IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **IN RE: NATIONAL COLLEGIATE ATHLETIC ASSOCIATION STUDENT-ATHLETE CONCUSSION INJURY LITIGATION**<br><br>**THIS DOCUMENT RELATES TO:** | MDL No. 2492<br><br>Judge John Z. Lee<br><br>Magistrate Judge Brown |
| **Walker,** *et al*.<br><br>     v.<br><br>**National College Athletic Assoc.,** | No. 1:13-cv-00293<br>(E.D. Tenn.) |
| **Morgan,** *et al*.<br><br>     v.<br><br>**National Collegiate Athletic Assoc.,** | No. 1:13-cv-03174<br>(D. Minn.) |

<u>*WALKER* AND *MORGAN* PLAINTIFFS' MOTION TO TEMPORARILY ENJOIN THE ONGOING *ARRINGTON* MEDICAL MONITORING CLASS SETTLEMENT NEGOTIATIONS WITH DEFENDANT NCAA</u>

Pursuant to Rule 23(a)(4) of the Federal Rules of Civil Procedure, Plaintiffs in the cases of *Walker, et al. v. NCAA*, 1:13-cv-00293 (E.D. Tennessee), and *Morgan, et al. v. NCAA*, 1:13-cv-03174 (D. Minn.), consolidated before this Court as part of MDL No. 2492, respectfully request that this Court temporarily enjoin the ongoing medical monitoring class settlement negotiations between Plaintiffs in *Arrington, et al. v. NCAA*, 1:11-cv-06356 (N.D. Ill.) and Defendant NCAA. *Walker* and *Morgan* Plaintiffs seek modification of the ongoing medical

1

monitoring class settlement negotiations to ensure that any negotiations are structured to fairly and adequately, and independently, represent the interests of former NCAA football players who played before 2004 and former NCAA football players who played in 32 states (all states *not* listed in the *Arrington* medical monitoring class certification motion (*Arrington*, Dkt. # 175 at p. 20; *see also Walker* and *Morgan* Memo. in Support of Motion to Temporarily Enjoin at p. 4-5)). Under Rule 23(a)(4) and *Amchem Prods., Inc., v. Windsor*, 521 U.S. 591, 627 (1997) and its progeny, the settlement negotiation process must have "structural assurances" for divergent interests of class members on fundamental issues. By not allowing for independent representation of former NCAA football players who played before 2004 and former NCAA football players who played in 32 states in its motion to certify a medical monitoring class, *Arrington* has failed to comply with these basic, fundamental Rule 23 requirements.

A memorandum in support of this Motion has been filed concurrently. *Walker* and *Morgan* Plaintiffs additionally have complied with this Court's Motion Practice Case Management Procedures in that *Walker* counsel Richard S. Lewis informed counsel for all other parties in this matter on January 30, 2014 about this motion and inquired as to whether there were any objections. *Arrington* counsel Elizabeth A. Fegan responded on January 31, 2014 that Arrington Plaintiffs oppose this motion.

Dated: January 31, 2014　　　　　　　　　　　　　　Respectfully Submitted:

　　　　　　　　　　　　　　　　　　　　　　　　By: */s/ Richard S. Lewis*＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　　　　　Michael D. Hausfeld
　　　　　　　　　　　　　　　　　　　　　　　　Richard S. Lewis
Renae Steiner　　　　　　　　　　　　　　　　　　Mindy B. Pava
Heins Mills & Olson, P.L.C.　　　　　　　　　　　Hausfeld LLP
310 Clifton Avenue　　　　　　　　　　　　　　　1700 K Street, N.W.
Minneapolis, MN 55403　　　　　　　　　　　　　Suite 650
Phone: 612-338-4605　　　　　　　　　　　　　　Washington, DC 20006
Fax: 612-338-4605　　　　　　　　　　　　　　　Phone: 202-540-7200
　　　　　　　　　　　　　　　　　　　　　　　　Fax: 202-540-7201

2

Mark J. Feinberg (Trial Bar Number 28654)
Shawn D. Stuckey
Zelle Hofmann Voelbel & Mason LLP
500 Washington Avenue, South
Suite 4000
Minneapolis, MN 55415
Telephone: 612-339-2020
Facsimile: 612-336-9100

Daniel S. Mason
Zelle Hofmann Voelbel & Mason LLP
44 Montgomery Street
Suite 3400
San Francisco, CA 94104
Phone: 415- 633-0700
Fax: 415-693-0770

Timothy J. McIlwain
Timothy J. McIlwain, Attorney at Law, LLC
89 River Street #1538
Hoboken, NJ 07030
Phone: 877-375-9599
Fax: 609-450-7017

Edgar D. Gankendorff,
Provosty & Gankendorff, L.L.C.
650 Poydras Street
Suite 2700
New Orleans, LA 70130
Phone: 504-410-2795
Fax: 504-410-2796

Gordon Ball
Law Offices of Gordon Ball
7001 Old Kent Drive
Knoxville, TN 37919
Phone: 865-525-7028
Fax: 865-525-4679

W. Mark Lanier
Eugene R. Egdorf
The Lanier Law Firm
6810 FM 1960 West
Houston, Texas 77069
Phone: 713-659-5200
Fax: 713-659-2204

Joseph J. DePalma
Steven J. Greenfogel
Lite DePalma Greenberg, LLC
Two Gateway Center
Suite 1201
Newark, NJ 07102
Phone: 973-623-3000
Fax: 973-623-0858

Charles S. Zimmerman
J. Gordon Rudd, Jr.
Brian C. Gudmundson
Zimmerman Reed, PLLP
1100 IDS Center, 80 South 8th Street
Minneapolis, MN 55402
Phone: 612-341-0400
Fax: 612-341-0844

*Counsel for Walker Plaintiffs*

James C. Selmer
Marc Berg
J. Selmer Law, P.A.
500 Washington Avenue South
Suite 2010
Minneapolis, MN 55415
Phone: 612-338-6005
Fax: 612-338-4120

*Counsel for Morgan Plaintiffs*

3

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that on the 31st day of January, 2014, a true and correct copy of the above and foregoing was served by electronic mail upon all attorneys of record.

/s/ Richard S. Lewis