# Exhibit 3

# Affidavit of Robert A. Stern, Ph.D.

I, Robert A. Stern, Ph.D., am Professor of Neurology and Neurosurgery at Boston University School of Medicine (BUSM). I have been on the faculty at BUSM since 2004. Prior to that, I was Associate Professor of Psychiatry and Human Behavior at Brown Medical School in Providence, Rhode Island, where I had been on the faculty since 1993. During that time, I was Director of the Memory and Cognitive Assessment Program at Rhode Island Hospital. Prior to that, I had been Assistant Professor of Psychiatry at the University of North Carolina (UNC) School of Medicine at Chapel Hill, North Carolina, where I had been on the faculty since 1990. During that time, I was Director of the Neurobehavioral Assessment Laboratory as well as the Associate Director of the federally-funded Mental Health Clinical Research Center. I am fully trained and licensed as a Clinical Psychologist (Massachusetts License number 7238), with a specialty in Clinical Neuropsychology. I have been duly licensed as a Clinical Psychologist since 1990 and have been a Registrant of the National Register of Health Service Providers in Psychology since 1992. I received my Ph.D. in Clinical Psychology in 1988 from the University of Rhode Island (dissertation titled, "Mood Disorders following Stroke"), completed my pre-doctoral internship training in Clinical Neuropsychology at the Boston Veterans Administration Medical Center, and completed my post-doctoral fellowship research and clinical training in both Neuropsychology and Psychoneuroendocrinology at UNC School of Medicine. My complete Curriculum Vitae is provided as Ex. 1 and provides a full summary of my experiences and qualifications. However, I will provide a summary of pertinent information below.

I am a Fellow of both the American Neuropsychiatric Association and the National Academy of Neuropsychology. I am on several editorial boards of medical and scientific journals and I have been on several grant review committees for international, national (e.g., National Institutes of Health, NIH), and foundation funding agencies. I am a member of the medical and scientific advisory boards of the MA/NH Chapter of the Alzheimer's Association, the National Grave's Disease Foundation, and

Sports Legacy Institute, and am also a member of the Mackey White Traumatic Brain
Injury Committee of the National Football League Players Association.

Throughout my 25 year career, I have taught medical students and young
physicians (neurology residents, psychiatry residents, and geriatrics fellows) through
courses and required training seminars in the areas of neurobehavioral mental status
examination, brain-behavior relationships, assessment of dementia, the diagnosis and
treatment of Alzheimer's disease and related disorders, chronic traumatic
encephalopathy (CTE), and similar areas of their formal training. I have been a lecturer
in, and a course director of, several continuing medical education (CME) courses for
physicians, both locally and nationally. I have been an invited lecturer (and keynote
lecturer) for numerous national and international medical and scientific meetings,
speaking primarily in the area of Alzheimer's disease, CTE, and issues pertaining to the
evaluation and assessment of the cognitive, mood, and behavioral aspects of
neurodegenerative disease. I have also been the mentor for numerous undergraduate
students, graduate students (PhD students, master's degree students, medical students,
MD/PhD students), and post-doctoral fellows, and have been the primary mentor of
several masters theses and Ph.D. dissertations.

One of my areas of specialization and expertise includes the assessment and
evaluation of neurocognitive functioning. I have published extensively in this area and
have also been the primary author of several widely used, standardized
neuropsychological tests, including the 33 tests of memory, language, attention,
executive functioning, and spatial skills that make up the *Neuropsychological
Assessment Battery* (NAB). I recently gave invited lectures at the New York Academy
of Sciences and for the Coalition Against Major Diseases in Washington, DC,
providing guidance and education to members of the Federal Drug Administration,
senior thought leaders in the pharmaceutical industry, and fellow scientists about
neurocognitive assessment issues for Alzheimer's disease clinical trials.

I am a clinical neuroscientist with my research program focusing on the risk
factors for, and the diagnosis and treatment of neurodegenerative diseases and other
causes of cognitive, mood, and behavior change in aging. Currently, I am the Clinical
Core Director of the Boston University (BU) Alzheimer's Disease Center (ADC), one

of 29 research centers across the country funded by the National Institute on Aging
(NIA) of the National Institutes of Health (NIH).  In this capacity, I oversee all clinical
research (i.e., research conducted on living humans) pertaining to AD, including studies
aimed at the early diagnosis of AD, genetics, and clinical trials of new medicines to
prevent or treat AD.  My other areas of currently NIH-funded research include the
cognitive effects of chemotherapy in older breast cancer patients and the cognitive and
mood effects of subclinical hypothyroidism in the elderly.

Since 2008, my primary area of research has been on the long-term
consequences of repetitive brain trauma in athletes (see: McKee et al., 2009; Gavett et
al., 2010; McKee et al., 2010; Daneshvar et al., 2011a and 2011b; Gavett et al., 2011a
and 2011b; Stern et al., 2011; Baugh et al., 2012; Goldstein et al., 2012; McKee et al.,
2013; Mez et al., 2013; Seichepine et al., 2013; Stern et al., 2013; Lin et al., in press;
Robbins et al., in press).  I was a co-founder of the BU Center for the Study of
Traumatic Encephalopathy (CSTE) and oversee all clinical research in this area of
research at BU.  I have received R01 grant funding from NIH (the first grant ever
funded by NIH for the study of CTE) to develop biomarkers for the *in vivo* detection
and diagnosis of CTE.  This project, called the Diagnosis and Evaluation of Traumatic
Encephalopathy using Clinical Tests (DETECT) study, involves the examination of 100
former professional football players (selected based on positions played, their overall
exposure to repetitive brain trauma using data from helmet sensors, and existing clinical
symptoms) and 50 same-age non-contact sport elite athletes.  All research participants
(approximately 90 to date) undergo extensive brain scans, lumbar punctures (to
measure proteins in cerebrospinal fluid), electrophysiological studies, blood tests (e.g.,
for genetic studies), and in-depth neurological, neuropsychological, and psychiatric
evaluations.   In addition, I have recently received Department of Defense funding
(with my colleague, Dr. Martha Shenton) to examine a new Positron Emission
Tomography (PET) ligand that is specific to the abnormal forms of tau protein found in
CTE.  I am also the principal investigator of a telephone- and web-based longitudinal
study (Longitudinal Evaluation to Gather Evidence of Neurodegenerative Disease;
LEGEND) of several hundred adult former and current athletes (currently ~600) across
all sports and levels of play (including collegiate) to assess risk factors (including brain

trauma exposure, genetics, and lifestyle) and clinical course of CTE and other short-term and long-term consequences of repetitive brain trauma. I have conducted all of the retrospective clinical interviews with the next-of-kin of the deceased athletes (and others) in Dr. Ann McKee's CTE brain bank and have developed the first clinical diagnostic criteria for CTE, based, in part, on the information gathered from the post-mortem family interviews of over 75 neuropathologically confirmed cases of CTE. Our group of researchers at BU has been playing a central role nationally and internationally in the area of CTE and the long-term consequences of repetitive brain trauma, including concussions and subconcussive blows. I was the co-director of the first ever national scientific meeting on CTE and have been an invited speaker at the first two meetings held by NIH on this topic. I have published extensively in this area of research including several empirical papers in high impact peer-reviewed scientific journals. I am the invited editor of a special series on CTE and traumatic brain injury (TBI) for the journal, *Alzheimer's Research and Therapy*. I have been recently asked to provide testimony regarding this area to the US Senate Special Committee on Aging.

Based on the above experience, training, and expertise, I will now provide my opinion regarding the facts related to concussion. In this summary, I will opine that (1) former NCAA college football players who played at NCAA member schools are at increased risk for long-term neurocognitive, mood, and behavioral symptoms as a consequence of repetitive head impacts, including symptomatic concussions and asymptomatic subconcussive trauma; (2) former athletes who played football in the NCAA before 2004 are at the age now when they might be expected to exhibit these latent, long-term consequences and that they must now be formally evaluated and treated, if indicated; and (3) the NCAA and its leadership has known for two or more decades of the long-term risks associated with concussions and other brain trauma experienced by collegiate and other football players, and that medical intervention, brain trauma prevention strategies, and concussion management, may reduce the risk of subsequent brain disease and injury and related cognitive, mood, and behavioral impairment.

**(1) Former NCAA college football players who played at NCAA member schools are at increased risk for long-term neurocognitive, mood, and behavioral symptoms as a consequence of repetitive brain trauma, including symptomatic concussions and asymptomatic subconcussive trauma.**

Chronic traumatic encephalopathy (CTE) is a neurodegenerative disease characterized by the accumulation of hyperphosphorylated tau protein (p-tau) in neurons and astrocytes in a pattern that is unique from other tauopathies, including AD and frontotemporal lobar degeneration. The p-tau deposition initially occurs focally, as perivascular neurofibrillary tangles and neurites at the depths of the cerebral sulci. It then spreads to involve superficial layers of adjacent cortex, eventually resulting in widespread degeneration of the medial temporal lobes, diencephalon, and brainstem (McKee et al., 2009, 2013). Unlike AD there is a paucity of beta amyloid neuritic plaques. CTE has been found most often in professional athletes involved in contact sports (e.g., boxing, American football) who have been subjected to repetitive blows to the head resulting in concussion as well as asymptomatic, subconcussive trauma (Bailes et al., 2013; Baugh et al., 2012). However, neuropathologically-confirmed CTE has been reported in individuals as young as 17 and in athletes who only played football through college (McKee, et al., 2013).

All cases of neuropathologically-confirmed CTE reported to date have had a history of repetitive head impacts. Although head impacts appear to be a necessary variable for the initiation of the pathogenetic cascade that eventually leads to neurodegeneration, the history of head impacts is not a sufficient variable and additional risk factors (including genetic susceptibility markers) remain unknown. The key issue here, however, is that it has been known since the early 20th century that repetitive blows to the head earlier in life can lead to later life cognitive, mood, and behavior impairments.

In his seminal 1928 paper in the *Journal of the American Medical Association*, Martland used the term "punch drunk" to describe boxers suffering from symptoms he believed to be related to the repetitive blows they received in the ring. Since that time, various terms have been used to describe the clinical syndrome associated with

repetitive head impacts, predominantly in studies of boxers.  In 1934, Parker published
a paper in which he referred to the traumatic encephalopathy of pugilists.  In 1937,
Millspaugh first used the term dementia pugilistica (Millspaugh, 1937), a term still
currently used by clinicians and researchers. Other terms coined through the decades
include traumatic encephalitis (Ravina et al., 1937), psychopathic deterioration of
pugilists (Courville, 1962), and traumatic boxer' s encephalopathy (Mawdsley 1963).
In 1937, Critchley first used the term, chronic progressive traumatic encephalopathy,
though later modified it to chronic traumatic encephalopathy, or CTE, because some
cases appeared to be stable and not progressive (Critchley, 1949, 1957, 1964).

        In 2005, Omalu and colleagues described the first case of neuropathologically
confirmed CTE in an American football player.  Since that time, there have been
several publications describing the neuropathological findings of CTE in former
football players, including those who played only through the college level (McKee et
al., 2009; McKee et al., 2013).  In our studies of neuropathologically confirmed cases
of CTE as well as in comprehensive reviews of the literature pertaining to dementia
pugilistica and CTE (e.g., Victoroff, 2013), the delay in symptoms from the end of
exposure to brain trauma (e.g., the end of football career) to the onset of symptoms is
15 years or more.

        In addition to neuropathological findings of CTE, several studies have
demonstrated cognitive, behavior, and/or mood changes in collegiate football players,
as well as damage to the white matter of the brain exhibited on magnetic resonance
imaging (MRI) scans using the specific technique called, diffusion tensor imaging
(DTI) even after a single season, even in athletes without symptomatic concussions
(e.g., McAllister et al., 2012; McAllister et al., 2014).  These changes in functioning
and brain structural integrity have also been found years following the end of play in
college students.  For example, Seichepine and colleagues (2013) examined a self-
report measure of executive function in current and retired college and professional
football players. Overall, football players reported more-frequent problems with
executive function in everyday activities, when compared to published normative data
for healthy individuals of the same age and representative of the U.S. population in
regard to sex, race/ethnicity, education, and geographic region. Scores were elevated

overall, as well as on specific indices of the ability to control behavior and emotional responses and the ability to methodically solve problems through planning, organization, and sustaining effort. Football players 40 years of age and older reported more frequent problems with the ability to control behavior and emotional responses, even after the data were corrected for age. This finding provides additional evidence to suggest that problems with executive function in football players develop or worsen after 40 years of age.

**(2) Former athletes who played football in the NCAA before 2004 are at the age now when they might be expected to exhibit these latent, long-term consequences and that they must now be formally evaluated and treated, if indicated.**

As summarized above, research has found that the symptoms associated with CTE and other long-term consequences of concussions and other repetitive brain trauma may not begin to be exhibited for many years following the end of exposure to the head impacts, with the delay between exposure and symptom onset being 15 years or more, on average. This would loosely translate into an age of symptom onset of 37 years old or more. Those NCAA football players who graduated in 2003 would now, in 2014, be approximately 32 years old. This would indicate that symptoms of neurodegenerative disease, such as CTE, would be expected to become manifest over the next decade. Moreover, these former players could be expected to demonstrate these clinical features with greater frequency and with worsening severity over the next two to three decades. It is critical, therefore, that appropriate longitudinal clinical evaluation begin now and that this surveillance continue for many years to come. Although there are currently no available disease-modifying treatments for CTE, it is expected that over the next several years, appropriate treatments (e.g., anti-tau agents) will become available. In the meantime, it would be critical to provide symptomatic treatment for behavioral, mood, and cognitive disorders to these former athletes in order to reduce symptoms and improve overall functioning and quality of life.

**(3) The NCAA and its leadership has known for two or more decades of the long-term risks associated with concussions and other brain trauma experienced by**

**collegiate and other football players, and that medical intervention, brain trauma prevention strategies, and concussion management, may reduce the risk of subsequent brain disease and injury and related cognitive, mood, and behavioral impairment.**

Since the 1980's, there have been published reports regarding the adverse consequences of concussions and repeated concussions in collegiate football, as well as the need for concussion prevention and management. Beginning in the early 1980's, the University of Virginia Department of Neurosurgery conducted extensive studies on college football teams (Alves et al., 1987; Barth et al., 1989; Dick, 1994; Dick et al., 2007; Macciocchi et al., 1996) and suggested, along with others (e.g., Cantu 1986), cautionary procedures for returning athletes to games and practices following a concussion before symptoms had cleared. These return to play guidelines developed over time (e.g., Cantu, 1998) and, at the same time, the frequency of concussion in college sports was being studied and published (e.g., Dick 1994; Guskiewicz et al., 2000). Formal sideline measurements for concussion assessment were developed and validated because of the published knowledge that it was unsafe for a player to return to play prior to full recovery from a concussion (e.g., Ferarra et al., 2001; McCrea et al., 2003). And, as stated in more detail above, there had been numerous publications on the long-term consequences of repetitive brain trauma, including CTE, through much of the 20th century, starting with Martland (1928).

**References Cited:**

Alves WM, Rimel RW, Nelson WE. (1987). University of Virginia prospective study of football-induced minor head injury: status report. Clin Sports Med. 6(1):211-8.

Barth, J. T., Alves, W., Ryan, T., Macciocchi, S., Rimel, R. W., Jane, J. J., et al. (1989). Mild head injury in sports: Neuropsychological sequelae and recovery of function. In H. Levin, J. Eisenberg, & A. Benton (Eds.), Mild head injury (pp. 257–275). New York: Oxford University Press.

Baugh, C.M., Stamm, J.M., Riley, D.O., Gavett, B.G., Shenton, M.E., Lin, A.L., Cantu, R.C., McKee, A.C., & **Stern, R.A.** (2012). Chronic Traumatic Encephalopathy: Neurodegeneration

following repetitive concussive and subconcussive brain trauma.    Brain Imaging and Behavior, 6, 244-254.

Broglio SP, Surma T, Ashton-Miller JA. (2012). High school and collegiate football athlete concussions: a biomechanical review. Annals of biomedical engineering. 40(1):37-46.

Cantu RC. (1986). Guidelines for return to contact sports after a cerebral concussion. Phys Sports Med. 14(10):75–83.

Cantu RC. (1998). Return to play guidelines after a head injury. Clin Sports Med. 17(1):45-60.

Critchley M. (1957) Medical Aspects of Boxing, Particularly from a Neurological Standpoint. Br Med J. 1:357–362.

Critchley M (1964). Medical Aspects of Boxing. In The black hole and other essays. Edited by Critchley M. London: Pitman.

Critchley M (1949). Punch-drunk syndromes: the chronic traumatic encephalopathy of boxers. In: Hommage a` Clovis Vincent. Paris: Maloine.

Daneshvar, D.H., Baugh, C.M., Nowinski, C.J., McKee, A.C., **Stern, R.A.,** & Cantu, R.C. (2011a). Helmets and mouth guards:  The role of personal equipment in preventing sport-related concussions. Clinics in Sports Medicine, 30, 145-163.

Daneshvar, D.H., Riley, D.O., Nowinski, C.J., McKee, A.C., **Stern, R.A.**, & Cantu, R.C. (2011b). Long-term consequences: Effects on normal development profile after concussion. Physical Medicine and Rehabilitation Clinics of North America, 22, 683–700.

Dick, R.W (1994). A Summary of Head and Neck Injuries in Collegiate Athletics Using the NCAA Surveillance System. In E.F. Hoern (Ed). Head and Neck Injuries in Sports, American Society for Testing and Materials, Philadelphia.

Dick, R., Ferrara, M. S., Agel, J., Courson, R., Marshall, S. W., Hanley, M. J., et al. (2007). Descriptive epidemiology of collegiate men's football injuries: National collegiate athletic association injury surveillance system, 1988–1989 through 2003–2004. Journal of Athletic Training, 42(2), 221–233.

Ferrara MS, McCrea M, Peterson CL, Guskiewicz KM. (2001) A Survey of Practice
    Patterns in Concussion Assessment and Management. J Athl Train.;36(2):145-149.

Gavett, B.E., Cantu, R.C., Shenton, M., Lin, A., Nowinski, C.J., McKee, A.C., & **Stern, R.A.**
    (2011a). Clinical appraisal of chronic traumatic encephalopathy: Current perspectives and
    future directions. Current Opinion in Neurology, 24, 525–531.

Gavett, B.E., **Stern, R.A.**, Cantu, R.C., Nowinski, C.J., & McKee, A.C. (2010b). Mild traumatic
    brain injury: A risk factor for neurodegeneration. Alzheimer's Research and Therapy, 2, 18-
    21.

Gavett, B.E., **Stern, R.A.**, & McKee, A.C. (2011b). Chronic Traumatic Encephalopathy: A
    potential late effect of sport-related concussive and subconcussive head trauma. Clinics in
    Sports Medicine, 30, 179-188.

Gessel LM, Fields SK, Collins CL, Dick RW, Comstock RD. (2007). Concussions
    among United States high school and collegiate athletes. Journal of athletic
    training.;42(4):495-503.

Goldstein, L.E., Fisher, A.M., Tagge, C.A., Zhang, X.-L., Velisek, L., Sullivan, J. A. Upreti, C.,
    Kracht, J. M., Ericsson, M., Wojnarowicz, M.W., Goletiani, C.J., Maglakelidze, G.M., Casey,
    N., Moncaster, J.A., Minaeva, O., Moir, R.D., Nowinski, C.J., **Stern**, **R.A.,** Cantu, R.C.,
    Geiling, J., Blusztajn, J.K., Wolozin, B.L., Ikezu, T., Stein, T.D., Budson, A.E., Kowall,
    N.W., Chargin, D. Sharon, A., Saman, S., Hall, G.F., Moss, W.C., Cleveland, R.O., Tanzi,
    R.E., Stanton, P.K., & McKee, A.C. (2012). Chronic Traumatic Encephalopathy in Blast-
    Exposed Military Veterans and a Blast Neurotrauma Mouse Model. Science Translational
    Medicine, 4, 1946-6234.

Guskiewicz KM, Weaver NL, Padua DA, Garrett WE, Jr.  (2000). Epidemiology of
    concussion in collegiate and high school football players. The American journal of
    sports medicine.;28(5):643-650.


Lin, A.P., Ramadan, S., **Stern, R.A.,** Box, H.C., Nowinski, C.J., Ross, B.D., & Mountford, C.E.
    (in press). Changes in the neurochemistry of athletes with repetitive brain trauma: Preliminary
    results using 2D correlated spectroscopy. Alzheimer's Research and Therapy.

Macciocchi SN, Barth JT, Alves W, Rimel RW, Jane JA. (1996). Neuropsychological functioning and recovery after mild head injury in collegiate athletes. <u>Neurosurgery</u>. 39(3):510-4.

Martland, H. (1928). Punch Drunk. <u>JAMA</u>, 91:1103-1107

Mawdsley C, Ferguson FR (1963). Neurological disease in boxers. <u>Lancet</u>., 2:795-801.

McAllister TW, Flashman LA, Maerlender A, Greenwald RM, Beckwith JG, Tosteson TD, Crisco JJ, Brolinson PG, Duma SM, Duhaime AC, Grove MR, Turco JH. (2012). Cognitive effects of one season of head impacts in a cohort of collegiate contact sport athletes. Neurology. 2012 May 29;78(22):1777-84.

McAllister TW, Ford JC, Flashman LA, Maerlender A, Greenwald RM, Beckwith JG, Bolander RP, Tosteson TD, Turco JH, Raman R, Jain S. (2014). Effect of head impacts on diffusivity measures in a cohort of collegiate contact sport athletes. Neurology. 2014 Jan 7;82(1):63-9.

McCrea M, Guskiewicz KM, Marshall SW, Barr W, Randolph C, Cantu RC, Onate JA, Yang J, Kelly JP. (2003). Acute effects and recovery time following concussion in collegiate football players: the NCAA Concussion Study. <u>JAMA</u>. 2003 Nov 19;290(19):2556-63.

McKee, A.C., Cantu, R.C., Nowinski, C.J., Hedley-Whyte, E.T., Lee, H.S., Kubilus, C.A., Gavett, B.E., Romero, R., Budson, A.E., Ryu, H., Santini, V.E., & **Stern, R.A.** (2009). Chronic Traumatic Encephalopathy in athletes: Progressive tauopathy following repetitive concussion. <u>Journal of Neuropathology and Experimental Neurology</u>, 68,709-735.

McKee, A.C., Gavett, B.E., **Stern, R.A.,** Nowinski, C.J., Cantu, R.C., Kowall, N.W., Perl, D., Hedley-Whyte, E.T., Price, B., Sullivan, C., Morin, P., Lee, H.S., Kubilus, C.A., Daneshvar, D., Wulff, M., & Budson, A.E. (2010). TDP-43 proteinopathy and motor neuron disease in chronic traumatic encephalopathy. <u>Journal of Neuropathology and Experimental Neurology</u>. 69, 918-929.

McKee, A., **Stern, R.**, Nowinski, C., Stein, T., Alvarez, V., Daneshvar, D., Lee, H., Wojtowicz, S., Hall, G., Baugh, B., Riley, D., Kubilis, C., Cormier, K., Jacobs, M., Martin, B., Abraham, C., Ikezu, T., Reichard, R., Wolozin, B., Budson, A., Goldstein, G., Kowall, N., & Cantu, R. (2013). The spectrum of disease in chronic traumatic encephalopathy. <u>Brain</u>. 136, 43-64

Mez, J., **Stern, R.A.**, & McKee, A.C. (2013). Chronic traumatic encephalopathy: Where are we and where are we going? Current Neurology and Neuroscience Reports. 13, 407.

Millspaugh JA: Dementia pugilistica. US Naval Med Bull., 35:297-303

Parker HL (1934). Traumatic encephalopathy ('punch drunk') of professional pugilists. J Neurol Psychopathol, 15:20

Omalu BI, DeKosky ST, Minster RL, Kamboh MI, Hamilton RL, Wecht CH. (2005). Chronic traumatic encephalopathy in a National Football League player. Neurosurgery. 57(1):128-34;

Ravina A: L'encéphalite traumatique ou punch drunk. Presse Méd. 45:1362-1364.

Robbins, C.A., Daneshvar, D.H., Picano, J.D., Gavett, B.E., Baugh, C.M., Riley, D.O., Nowinski, C.J., McKee, A.C., Cantu, R.C., & **Stern, R.A** (in press). Self-reported concussion history: Impact of providing a definition of concussion. Open Access Journal of Sports Medicine.

Schnebel B, Gwin JT, Anderson S, Gatlin R. In vivo study of head impacts in football: a comparison of National Collegiate Athletic Association Division I versus high school impacts. Neurosurgery. Mar 2007;60(3):490-495; discussion 495-496.

Seichepine, D.R., Stamm, J.M., Daneshvar, D.H., Riley, D.O., Baugh, C.M., Gavett, B.E., Tripodis, Y., Martin, B., Chaisson, C., McKee, A.C., Cantu, R.C., Nowinski, C.J., & **Stern, R.A.** (2013). Profile of self-reported problems with executive functioning in college and professional football players. Journal of Neurotrauma. 30, 1299-1304.

**Stern, R.A.**, Daneshvar, D.H., Baugh, C.M., Seichepine, D.R., Montenigro, P.H., Riley, D.O., Fritts, N.G., Stamm, J.M., Robbins, C.A., McHale, L., Simkin, I., Stein, T.D., Alvarez, V., Goldstein, L.E., Budson, A.E., Kowall, N.W., Nowinski, C.J., Cantu, R.C., & McKee, A.C. (2013). Clinical presentation of Chronic Traumatic Encephalopathy. Neurology, 81, 1122-1129.

**Stern, R.A**., Riley, D.A., Daneshvar, D.H., Nowinski, C.J., Cantu, R.C. & McKee, A.C. (2011). Long-term consequences of repetitive brain trauma: Chronic traumatic encephalopathy. Physical Medicine and Rehabilitation, 3, S460-S467.

Victoroff J. (2013) Traumatic encephalopathy: Review and provisional research

    diagnostic criteria. <u>NeuroRehabilitation</u>. 32:211-224.

I declare that the foregoing is true and accurate to the best of my knowledge.

                              Robert A. Stern, Ph.D.

                              Signed, January 31, 2014

**Exhibit 1**

**Curriculum Vitae of Robert A. Stern, Ph.D.**

# Curriculum Vitae
# Robert A. Stern, PhD

Center for the Study of Traumatic Encephalopathy
Alzheimer's Disease Center
Boston University School of Medicine
72 East Concord St., B7380
Boston, MA 02118-2526
Telephone: (617) 638-5678
Fax: (617) 638-5679
Email: bobstern@bu.edu
Web Sites: www.bu.edu/cste
www.bu.edu/alzresearch
January 2014

### ACADEMIC TRAINING:

| | | |
|---|---|---|
| 1980 | B.A. | Wesleyan University, Middletown, CT |
| 1984 | M.A. | University of Rhode Island, Kingston, RI, Psychology |
| 1988 | Ph.D. | University of Rhode Island, Kingston, RI, Clinical Psychology (Clinical Neuropsychology Specialization); |
| 1986-1987 | | Pre-Doctoral Internship in Clinical Neuropsychology; Mentor Edith Kaplan, Ph.D.; Department of Veterans Affairs Medical Center, Boston, MA |

### POSTDOCTORAL TRAINING:

| | |
|---|---|
| 1988-1990 | Fellow in Neuropsychology and Psychoneuroendocrinology; Mentor Arthur J. Prange, Jr., MD; University of North Carolina School of Medicine, Chapel Hill, NC |

### ACADEMIC APPOINTMENTS:

| | |
|---|---|
| 1988-1990 | Clinical Instructor of Psychiatry, University of North Carolina School of Medicine |
| 1990-1993 | Assistant Professor of Psychiatry, University of North Carolina School of Medicine |
| 1991-1993 | Clinical Assistant Professor of Speech and Hearing Sciences, University of North Carolina School of Medicine |
| 1991 - 1993 | Research Scientist, Brain and Development Research Center University of North Carolina School of Medicine |
| 1993-1996 | Assistant Professor of Psychiatry and Human Behavior, Brown Medical School |
| 1993-1996 | Assistant Professor of Clinical Neurosciences (Neurology), Brown Medical School |
| 1994-2004 | Adjunct Assistant Professor, Behavioral Neuroscience Program, Division of Graduate Medical Sciences, Boston University School of Medicine |
| 1996-2003 | Associate Professor of Psychiatry and Human Behavior, Brown Medical School |
| 1996-2003 | Associate Professor of Clinical Neurosciences (Neurology), Brown Medical School |
| 1997-2004 | Graduate Faculty Member, University of Rhode Island |
| 2002-2003 | Faculty Member, Brain Science Program, Brown University |
| 2005-Present | Faculty Member, Behavioral Neuroscience Program, Division of Graduate Medical Sciences, Boston University School of Medicine |
| 2005-2011 | Associate Professor of Neurology, Boston University School of Medicine |
| 2011-Present | Professor of Neurology and Neurosurgery, Boston University School of Medicine |

## HOSPITAL APPOINTMENTS:

| | |
|---|---|
| 1986-1988 | Assistant in Neuropsychology, McLean Hospital, Belmont, MA |
| 1990-1993 | Clinical Neuropsychologist; Director, Adult Neuropsychology Laboratory; UNC Hospitals, Chapel Hill, NC |
| 1993-2003 | Clinical Neuropsychologist, Women's and Infants Hospital, Providence, RI |
| 1993-2003 | Clinical Neuropsychologist, Rhode Island Hospital, Providence, RI |
| 1994-1995 | Supervising Neuropsychologist, Slater Hospital, Cranston, RI |
| 1994-2003 | Director, Memory and Cognitive Assessment Program, Rhode Island Hospital, Providence, RI |
| 1997-2003 | Director, Neuropsychology Program; Rhode Island Hospital, Providence, RI |
| 2004-Present | Clinical Neuropsychologist, Boston Medical Center (Boston University Neurology Associates), Boston, MA |
| 2014-Present | Core Faculty Member, Boston Medical Center Injury Prevention Center |

## HONORS:

| | |
|---|---|
| 1980 | Honors in Psychology, Wesleyan University, Middletown, CT |
| 1980 | Heidman Prize (for Community Service), Wesleyan University, Middletown, CT |
| 1984 | Psi Chi National Honor Society in Psychology |
| 1988 | Phi Kappa Phi National Honor Society |
| 1997 | Master of Arts *ad eundem*, Brown University, Providence, RI |
| 1997 | Independent Investigator Award, National Alliance for Research on Schizophrenia & Depression (NARSAD) |
| 1999 | Outstanding Teaching Award in Psychology, Brown University School of Medicine, Providence, RI |
| 2001 | Fellow, American Neuropsychiatric Association |
| 2001 | Fellow, National Academy of Neuropsychology |
| 2008 | National Research Award, Alzheimer's Association MA/NH Chapter |

## LICENSES AND CERTIFICATION:

| | |
|---|---|
| 1990-1994 | Licensed Psychologist, North Carolina License # 1560 |
| 1992-Present | Registrant, National Register of Health Service Providers in Psychology |
| 1993-Present | Licensed Psychologist, Rhode Island # 491 |
| 1997-Present | Licensed Psychologist HSP, Massachusetts # 7238 |

## DEPARTMENTAL AND UNIVERSITY COMMITTEES:

| | |
|---|---|
| 1994-1995 | Leadership Committee, Department of Psychiatry, Rhode Island Hospital |
| 1994-1996 | Committee for the Protection of the Rights of Human Subjects (IRB), Rhode Island Hospital |
| 1994-1997 | Research Committee, Department of Psychiatry and Human Behavior, Brown Medical School, RI |
| 1995-1996 | IRB Executive Committee Member, Rhode Island Hospital |
| 1995-2003 | Brown University Geriatric Neuropsychiatry Research and Treatment Program, Brown Medical School, RI |
| 1998-2000 | Continuing Medical Education Subcommittee, Department of Psychiatry, Rhode Island Hospital |
| 1999-2002 | Library Committee, Lifespan (Rhode Island Hospital and Miriam Hospital) |
| 2001-2002 | Training Committee, Brown University Clinical Psychology Training Consortium, Brown Medical School, RI |
| 2004-Present | Executive Committee, Alzheimer's Disease Center, Boston University School of Medicine |

| | |
|---|---|
| 2006-2012 | Executive Committee, Alzheimer's Disease Advisory (Philanthropic) Board, Boston University School of Medicine |
| 2012-present | Faculty Appointment and Promotions Committee, Boston University School of Medicine |

## TEACHING EXPERIENCE AND RESPONSIBILITIES:

| | |
|---|---|
| 1990-1993 | Member, Clinical Psychology Training Program, UNC School of Medicine |
| 1990-1993 | Regular Lecturer for Internship Seminar Series, UNC School of Medicine |
| 1990-1993 | Mentor and Supervisor, Neuropsychology Clinical Post-doctoral Fellows and Pre-doctoral Interns, Dept. of Psychiatry, UNC School of Medicine |
| 1990-1993 | Mentor for Psychiatry Research Fellows, Research Fellowship Training Program, UNC School of Medicine |
| 1990-1993 | Member, Training Faculty Institutional National Research Service Award Fellowship Training Program; Brain and Development Research Center, UNC School of Medicine |
| 1990-1993 | Co-director, Neuropsychiatry Seminar Series, UNC School of Medicine |
| 1990-1993 | Regular lecturer, Consult/Liaison Seminar Series, UNC Psychiatry Residency Training Program, UNC School of Medicine |
| 1990-1993 | Co-director, "Brain-Behavior Relationships", 3rd year medical school course; UNC School of Medicine |
| 1990-1993 | Regular Lecturer, 1st year Neurobiology Course, UNC School of Medicine |
| 1990-1993 | Regular Lecturer, "Adult Language Disorders" Course, Division of Speech and Hearing Sciences; UNC School of Medicine |
| 1990-1993 | Regular Lecturer, Graduate Neuropsychology Course, UNC |
| 1990-1993 | Regular Lecturer, Undergraduate Neuropsychology Seminar, UNC |
| 1993 | Non-faculty member of Ph.D. Dissertation Committees; Suffolk University, North Carolina State University, University of Alabama, University of New South Wales, Australia |
| 1993-2003 | Member, Neuropsychology Training Faculty; mentored clinical and research neuropsychology fellows and interns; Brown University |
| 1993-2003 | Supervised research placements for neuropsychology pre-doctoral interns; Brown University |
| 1993-2003 | Regular lecturer for Neuropsychology Seminar Series, Brown Medical School |
| 1993-2003 | Regular lecturer for Neuropsychology Rounds, Brown Medical School |
| 1993-2003 | Training Faculty, Neuropsychiatry/Behavioral Neurology Fellowship, Depts. Of Psychiatry & Human Behavior and, Department of Clinical Neurosciences, Brown Medical School |
| 1993-2003 | Regular lectures for Post-doctoral Fellow Lecture Series; Clinical Psychology Training Consortium, Brown Medical School |
| 1993-2003 | Lecturer for Psychiatry Residency Training Program for PGY 1, 2, 3 and 4 Lecture Series, Brown Medical School |
| 1993-2003 | Lecturer for First Year Medical Students Medical Interviewing Seminar, Brown Medical School |
| 1993-2003 | Mentor for Undergraduate Independent Study Courses, Departments of Neuroscience, Psychology, and others, Brown University |
| 1993-2004 | Supervised Practicum Training Site for Clinical Psychology Graduate Students, Undergraduate Psychology Internship Placement; URI |
| 1994-Present | Annual lecturer for Basic Neurosciences Course, Behavioral Neurosciences Program, BUSM |
| 1999-2007 | Clinical Practicum Supervisor; Suffolk University Clinical Psychology Program |

| | |
|---|---|
| 2001–2002 | Coordinator, Internship Training Program Neuropsychology Track, Brown University Clinical Psychology Training Consortium |
| 2001-2002 | Training Committee Member; Brown University Clinical Psychology Training Consortium |
| 2003 | Core Faculty Member, Brown University T32 Dementia Research Training Program |
| 2004-Present | Annual lecturer for Human Neuropsychology Seminar, Behavioral Neurosciences Program, BUSM |
| 2004-Present | Lecturer for Neurology Residency Training Program Lecture Series |
| 2005-2007 | Advisor (for 40 graduate students), BUSM Graduate Medical Sciences Masters Program |
| 2005-Present | Director, Post-Doctoral Neuropsychology Training Program, Alzheimer's Disease Center, BUSM |
| 2005-Present | Director and Lecturer for Neuropsychology and Dementia Seminar Series, Geriatric Medicine, Dentistry & Psychiatry Fellowship Program |
| 2005-Present | Consulting Neuropsychologist and Research Mentor, APA Accredited Internship and Fellowship Clinical Neuropsychology Training Program; Bedford (MA) Veterans Affairs Medical Center |
| 2006-2008 | Course Co-Director, Neuropsychological Assessment, Behavioral Neurosciences Program, BUSM |
| 2007-2008 | Lecturer for Biology of Disease (Neurology) Course, BUSM Preclinical Medical School Course |
| 2010-Present | CME Annual Course Co-Director, Brain Trauma and the Athlete, BUSM |
| 2011-Present | Core Faculty Member, Alzheimer's Disease Translational Research Training Program (National Institute on Aging T32), BUSM |
| 2012-Present | CME Course Co-Director, Chronic Traumatic Encephalopathy, co-sponsored by BUSM and the Cleveland Clinic Lou Ruvo Center for Brain Health; Las Vegas, September 30-October 1, 2012 |

## MAJOR MENTORING ACTIVITIES:

### Undergraduate Honors Theses Supervised

| | |
|---|---|
| 1991 | Wendy Cox, "Effects of Physostigmine on Mood and Sustained Attention," Psychology Department, University of North Carolina |
| 1992 | Boykin Robinson, "Self-Report of Emotional and Cognitive Complaints in Individuals with Graves' Disease: A Survey Study," Psychology Department, University of North Carolina |
| 1996 | Mara Lowenstein, "Neuropsychological Functioning in Alzheimer's Disease and Vascular Dementia: A Qualitative Assessment of the Rey-Osterrieth Complex Figure," Psychology Department, Brown University |
| 1997 | Yamini Subramanian, "The Thyroid Axis and Seizure Threshold: Examining a Mechanism of Thyroid Hormone Augmentation of ECT," Neuroscience Department, Brown University |
| 2002 | Anna Podolanczuk, "Thyroid Hormone Levels in Post-Mortem Alzheimer's and Control Brains," Neuroscience Department, Brown University |

### Master's Theses Supervised

| | |
|---|---|
| 1998 | Jennifer Latham, "The Visual Analog Mood Scales for Adolescents : A Preliminary Examination of Reliability and Validity," Psychology Department, University of Rhode Island |
| 2000 | Jessica Somerville, "A Comparison of Administration Procedures for the Rey-Osterrieth Complex Figure: Flow-Charts Vs. Pen-Switching," Psychology Department, University of Rhode Island |
| 2000 | Susan L. Legendre, "The Influence of Cognitive Reserve on Memory After Electroconvulsive Therapy," Psychology Department, University of Rhode Island |

2005    Veronica Santini, "Thyroid-Neurobehavioral Relationships in the Elderly," Division of Graduate Medical Sciences, Boston University School of Medicine

2006    Daniel Daneshvar, "Association between Smoking, APOE, and Risk for Mild Cognitive Impairment and Alzheimer's Disease," Division of Graduate Medical Sciences, Boston University School of Medicine

2006    Laura Ridgely, "The Public Health Risk of Unsafe Elderly Drivers and Drivers with Dementia: Current Problems and Steps to be Taken," Division of Graduate Medical Sciences, Boston University School of Medicine

2007    David Essaff, "Executive Dysfunction in Early Alzheimer's Disease (AD) and Mild Cognitive Impairment: A Potential Cognitive Marker for Preclinical AD," Division of Graduate Medical Sciences, Boston University School of Medicine

2007    Meghan Lembeck, "Racial Disparities and Mild Cognitive Impairment Diagnosis: The Effects of Literacy Correction on Neuropsychological Test Scores," Division of Graduate Medical Sciences, Boston University School of Medicine

2008    Jessica A. Riggs, "Current Approaches to Alzheimer's Disease Treatment: A Focus on Passive Immunotherapy," Division of Graduate Medical Sciences, Boston University School of Medicine

2009    Vlada Doktor, "Clinical utility of Self and Informant's Complaint in Mild Cognitive Impairment and the Rate of Progression to Alzheimer's Disease," Division of Graduate Medical Sciences, Boston University School of Medicine

2011    John Picano, "Defining Concussions: A Literary and Empirical Analysis of Sports-Related Concussion."

2013    Alexandra Bourlas, "The Effects of Level and Duration of Play on Cognition, Mood and Behavior Among Former Football Players."


Doctoral Dissertations Supervised

1991    Susan L. Silva, "The Effects of Physostigmine on Cognition, Mood, and Behavior," Department of Psychology, North Carolina State University

1993    Mark L. Prohaska, "Thyroid, Lithium, and Cognition: The Use of Thyroid Hormone Augmentation in the Reduction of Cognitive Side Effects Associated with Lithium Maintenance," Psychology Department, University of Alabama

1999    Debbie J. Javorsky, "A Validation Study of the Boston Qualitative Scoring System (BQSS) for the Rey-Osterrieth Complex Figure," Psychology Department, University of Rhode Island

2003    Susan L. Legendre, "The Influence of Cognitive Reserve on Neuropsychological Functioning After Coronary-Artery Bypass Grafting (CABG)," Psychology Department, University of Rhode Island

2004    Jessica Somerville Ruffolo, "Visuoconstructional Impairment: What Are We Assessing and How Are We Assessing It?," Psychology Department, University of Rhode Island


Current PhD and MD/PhD Students

Daniel Daneshvar
Julie Stamm (Mentor for NIH F31 Grant 1F31NS081957; 2013-Present)
Philip Montenigro

Affidavid of Robert A. Stern, Ph.D.        -        Page 6
Concerning the Facts Related to Concussions

Post-Doctoral Fellows Trained

| | |
|---|---|
| 1991-1993 | Susan Silva, Ph.D., now Research Associate Professor at Duke University |
| 1992-1993 | Mareah Steketee, Ph.D., now Adjunct Associate Professor at UNC-Chapel Hill |
| 1993-1995 | Mark Prohaska, Ph.D., now Director, Neuropsychology Clinic, Alabama |
| 1994-1996 | James Arruda, Ph.D., now Associate Professor at University of West Florida |
| 1994-1996 | Garrie Thompson, Ph.D., now Clinical Neuropsychologist, Florida |
| 1996-1998 | Geoffrey Tremont, Ph.D., now Associate Professor at Brown University |
| 1998-2000 | Holly Westervelt, Ph.D., now Clinical Assistant Professor at Brown University |
| 1998-2000 | Debbie Javorsky, Ph.D., now Clinical Neuropsychologist, New Hampshire |
| 2000-2001 | Michael Ropacki, Ph.D., now Medical Director, Global Medical Affairs, Janssen Alzheimer Immunotherapy |
| 2000-2002 | Caitlin Macaulay, Ph.D., now Clinical Neuropsychologist at Lahey Clinic, Massachusetts |
| 2001-2004 | Jennifer Duncan Davis, Ph.D., now Assistant Professor at Brown University |
| 2002-2003 | Richard Temple, Ph.D., now Vice President of Clinical Operations at Core Health Care |
| 2003-2004 | Laura Brown, Ph.D., now Clinical Neuropsychologist, Rhode Island |
| 2003-2004 | Mary Beth Spitznagel, Ph.D., now Assistant Professor at Kent State University |
| 2004-2005 | Angela Jefferson, Ph.D., now Associate Professor at Vanderbilt University |
| 2005-2007 | Lee Ashendorf, Ph.D., now Clinical Neuropsychologist at Bedford VAMC |
| 2007-2009 | Brandon Gavett, Ph.D., now Assistant Professor at Univ. of Colorado, Colorado Springs |
| 2010-2011 | Katherine Gifford, Ph.D., now Fellow at Vanderbilt University |
| 2012-2013 | Daniel Seichepine, Ph.D. |
| 2012-Present | Elizabeth Vassey, Ph.D. |
| 2013-Present | Todd Solomon, Ph.D. |

## MAJOR ADMINISTRATIVE RESPONSIBILITIES:

| | |
|---|---|
| 1991-1993 | Director, Neurobehavioral Assessment Core, NIMH-funded Mental Health Clinical Research Center, UNC School of Medicine |
| 1992-1993 | Acting Director, Data Management/Biostatistics Core, NIMH-funded Mental Health Clinical Research Center, UNC School of Medicine |
| 1992-1993 | Associate Center Director, NIMH-funded Mental Health Clinical Research Center, UNC School of Medicine |
| 1995-1996 | Vice Chair, Committee for the Protection of the Rights of Human Subjects (IRB), Rhode Island Hospital |
| 2001-2002 | Coordinator of Neuropsychology Track, Internship Training Program, Brown Clinical Psychology Training Consortium, Brown Medical School |
| 2004-Present | Director of Neuropsychology, Alzheimer's Disease Clinical and Research Program, Boston University School of Medicine (BUSM) |
| 2004-2008 | Associate Director, Alzheimer's Disease Center (NIA-Funded) Clinical Core, BUSM |
| 2004-2006 | Associate Director, Alzheimer's Disease Clinical and Research Program, BUSM |
| 2006-2010 | Co-Director, Alzheimer's Disease Clinical and Research Program, BUMC |
| 2008-2012 | Co-Director, Center for the Study of Traumatic Encephalopathy, BUSM |
| 2009-2010 | Acting Director, Alzheimer's Disease Clinical and Research Program, BUMC |
| 2009 | Acting Director, Alzheimer's Disease Center (NIA-Funded) Clinical Core, BUSM |
| 2010-Present | Director, Alzheimer's Disease Center (NIA-Funded) Clinical Core, BUSM |
| 2011-2012 | Director, Alzheimer's Disease Clinical and Research Program, BUMC |
| 2011-2012 | Co-Chair, Global Advisory Committee, INternational Registry Of Alzheimer's Disease patientS (INROADS), Janssen Alzheimer Immunotherapy |
| 2011-Present | Site Director (BU) and Steering Committee Member, Alzheimer's Disease Cooperative Study (NIA-Funded) |

## OTHER PROFESSIONAL ACTIVITIES:

### PROFESSIONAL SOCIETIES: MEMBERSHIPS, OFFICES, AND COMMITTEE ASSIGNMENTS

International Neuropsychological Society (Member, 1987-Present)
    Member, Scientific Program Committee, 1997-1999
    Meeting Development Coordinator, 1999-2001

American Psychological Association Division 40, Clinical Neuropsychology (Member, 1988-Present)
    Member, Scientific Advisory Committee, 1995-1997

American Psychological Association Division 12, Clinical Psychology (Member, 1988-Present)

National Academy of Neuropsychology (Member, 1990-Present)
    Fellow, Appointed 2001

American Neuropsychiatric Association (Member, 1995-Present)
    Fellow, Appointed 2001
    Member, Scientific Program Committee, 1995-1999
    Co-Director, Annual Meetings, 1997-1999
    Member, Awards Committee, 2006-Present

Massachusetts Neuropsychological Society (Member, 2007-Present)

International Society to Advance Alzheimer Research and Treatment (Member, 2008-Present)

**EDITORIAL BOARDS:**

| | |
|---|---|
| 1998-Present | Associate Editor, *Journal of Neuropsychiatry and Clinical Neurosciences* |
| 2001-2003 | Consulting Editor, *Assessment* |
| 2008-Present | Editorial Board Member, *Archives of Clinical Neuropsychology* |
| 2010-Present | Review Editor, *Frontiers in Neurotrauma* |
| 2011-Present | Review Editor, *Frontiers in Sports Neurology* |
| 2012-Present | Series Editor, Traumatic Brain Injury Series, *Alzheimer's Research and Therapy* |

**JOURNAL REVIEWER**

Alzheimer's Disease and Associated Disorders
Archives of Neurology
Brain and Cognition
Cognitive and Behavioral Neurology
International Journal of Geriatric Psychiatry
International Review of Psychiatry
Journal of Clinical and Experimental Neuropsychology
Journal of the International Neuropsychological Society
Journal of the Neurological Sciences
Journal of Nutrition, Health and Aging
Neurology
Neuropsychology
PLOS ONE
The Clinical Neuropsychologist

### MAJOR COMMITTEE ASSIGNMENTS:

**Federal Government**

| | |
|---|---|
| 1998 - 1999 | Independent Neuropsychological Review Committee V.A. Cooperative Study #029, "Evaluation of a Computer-Assisted Neuropsychological Screening Battery", Department of Veterans Affairs |
| 2012 – Present | Member, Advisory Board, DoD ADNI (Effects of traumatic brain injury and post traumatic stress disorder on Alzheimer's disease in Veterans using ADNI; PI: MW Weiner) |

**Private/Foundation**

| | |
|---|---|
| 1993-Present | Member, Medical Advisory Board, National Graves' Disease Foundation |
| 2007-Present | Member, Medical Advisory Board, Sports Legacy Institute |
| 2007-Present | Member, Medical & Scientific Advisory Committee, Massachusetts/New Hampshire Chapter, Alzheimer's Association |
| 2010-Present | Member, Mackey-White Traumatic Brain Injury Committee, National Football League Players Association; Co-Chair of Subcommittee on Former Player Research |

**Study Sections**

*National Institutes of Health*

| | |
|---|---|
| 1993 | Ad hoc Reviewer, Mental Health AIDS and Immunology Review Committee: Psychobiological, Biological, and Neuroscience Subcommittee |
| 1995 | Ad hoc Reviewer, Mental Health Small Business Research Review |
| 1995-1996 | Reviewers Reserve (NRR; Study Sections) Member |
| 1996-1998 | Mental Health Small Business Research Review Committee Member |
| 1999 | Ad hoc Reviewer, Small Business Research Review Committee |
| 2000 | Ad hoc Reviewer, Special Emphasis Panel – ZMH1-CRB-B01 |
| 2013 | Ad hoc Reviewer, Special Emphasis Panel - ZRG1 BBBP-D02 |

*Other National Review Committees*

| | |
|---|---|
| 1998-Present | Initial Review Board of the Medical and Scientific Advisory Council, Alzheimer's Association |
| 2013 | Reviewer, US Army Medical Research and Materiel Command (USAMRMC) |

*International*

| | |
|---|---|
| 2013 | External Advisor, Wellcome Trust Strategic Award Committee (SAC) |

### CONSULTANT ACTIVITIES:

| | |
|---|---|
| 1991-1992 | Cato Research, Ltd. (Clinical Trials Design and Implementation) Durham, NC |
| 1995-2003 | "HIV: Neuropsychiatric and Psychoimmune Relationships" (Dwight Evans, PI; R01 Grant), Department of Psychiatry, University of Pennsylvania |
| 2004-2006 | "A Telephone Intervention for Dementia Caregivers" (Geoffrey Tremont, PI; R21 Grant), Rhode Island Hospital/Brown Medical School |
| 2004-2006 | "A Longitudinal Study of Hazardous Drivers with Dementia" (Brian Ott, PI; R01 Grant), Memorial Hospital of Rhode Island/Brown Medical School |
| 2007-2009 | Outcome Science (for Forest Laboratories), Cambridge, MA |
| 2009 | Elan Pharmaceuticals, San Francisco, CA |
| 2011 | Neuronix, Yokneam, Israel |
| 2012 | Lilly (*Expert Advisor*), Indianapolis, IN |

| | |
|---|---|
| 2011-2012 | Janssen Alzheimer Immunotherapy, San Francisco, CA |
| 2013-Present | Athena Diagnostics (Quest), Worcester, MA |

## PENDING OTHER SUPPORT:

2014-2019    NIH R01; PI: R.A. Stern (MPI: M. Shenton), Tau PET Imaging as a Biomarker for Chronic Traumatic Encephalopathy, Total Costs: $4,201,196

2013-2018    NIH R01AG046222-01; Co-PI: R.A. Stern (Co-PI: W. Qiu), Pilot Clinical Trial with Pramlintide on Alzheimer's disease, Total Costs: $3,114,816.

2013-2018    Alzheimer's Disease Cooperative Study (ADCS), **Site PI: Stern**, Anti-Amyloid Treatment in Asymptomatic Alzheimer's Disease (A4 Study), Total Costs: Under negotiation.

2014-2018    ADCS-Toyama Chemical Partnership; **Site PI: Stern**, Toyama Chemical in Alzheimer's Disease (TCAD), Total Costs: Under negotiation.

2014-2015    Avid Radiopharmaceuticals; **Site PI: Stern**, 18F-AV-1451-A05: An open label, multicenter study, evaluating the safety and imaging characteristics of 18F-AV-1451 in cognitively healthy volunteers, subjects with Mild Cognitive Impairment, and subjects with Alzheimer's disease, Total Costs: Under negotiation.

2014          Avid Radiopharmaceuticals; **PI: Stern**, Tau and Amyloid Imaging in Those at Risk for Chronic Traumatic Encephalopathy, Total Costs: Under negotiation.

2014-2015    NFL-GE Challenge Grant, PI: McClean (**Co-I: Stern**), Challenge Predicting risk and susceptibility of developing long-term, Total Costs: $100,000. In peer review.

2014          BUSPH Pilot Project Program, PI: McClean (**Co-I: Stern**), Total Costs: $20,000. In peer review.

## CURRENT OTHER SUPPORT:

2013-2016    DoD W81XWH-13-2-0064; Traumatic Brain Injury Research Award; Co-PI: R.A. Stern (Co-PI: M. Shenton), Tau Imaging of Chronic Traumatic Encephalopathy, Total Costs: $992,727

2013-2015    Eisai, Inc., PI: R.A. Stern, A Placebo-controlled, double-blind, parallel-group, Baysian Adaptive Randomization Design and Dose Regimen-finding study to evaluate safety, tolerability and efficacy of BAN2401 in subjects with early Alzheimer's disease, Total Costs: $391,342.

2013-2017    U01-NS086659; PI: McKee, CTE and Posttraumatic Neurodegeneration: Neuropathology and Ex Vivo Imaging, Total Costs: $6,000,000

2011-2014    R01NS078337-01A1, PI: R.A. Stern, Chronic Traumatic Encephalopathy: Clinical Presentation and Biomarkers, Total Costs: $ 2,035,330.

2011-2016    P30-AG13846, PI: N. Kowall; Clinical Core Director: R.A. Stern; Boston University Alzheimer's Disease Core Center; Total Costs: $5,986,877.

2010-2015    D01 HP08796, PI: S. Chao; Neuropsychology Director: R.A. Stern; Geriatric Medicine, Dentistry and Psychiatry Fellowship at Boston University; Total Direct Costs: $1,044,630

2009-2014    R01CA129769, PI: R.A. Stern (MPI: Mandelblatt, Ahles), Older Breast Cancer Patients: Risk for Cognitive Decline, Total Costs: $ 3,186,605

2008-2014          R01MH080295, PI: R.A. Stern (MPI: R. Joffe), Subclinical Hypothyroidism:  Mood,
                   Cognition and the Effect of L-Thyroxine Treatment, Total Costs: $ 2,229,240

## PAST OTHER SUPPORT

| | |
|---|---|
| 2009-2013 | Medivation, Inc. Protocol No. DIM18EXT, Site PI: R.A. Stern, Concert Plus: An Open-Label Extension of the Concert Protocol (DIM18) Evaluating Dimebon (Latrepirdine) in Patients with Alzheimer's Disease, Total Direct Costs: $30,768 |
| 2009-2013 | Wyeth/Pfizer Pharmaceuticals, Site PI: R.A. Stern, A Phase 3, Multicenter, Randomized, Double-Blind, Placebo-Controlled, Parallel Group, Efficacy and Safety Trial of Bapineuzumab (AAB-001, ELN115727) in Patients with Mild to Moderate Alzheimer's Disease who are Apolipoprotein E 4 Carriers (Protocol 3133K1-3001-US), Total Direct Costs: $265,380 |
| 2008-2012 | Elan Pharmaceuticals (now Janssen Alzheimer's Immunotherapy), Site PI: R.A. Stern, A Phase 3, Multicenter, Randomized, Double-Blind, Placebo-Controlled, Parallel Group, Efficacy and Safety Trial of Bapineuzumab (AAB-001, ELN115727) in Patients with Mild to Moderate Alzheimer's Disease who are Apolipoprotein E 4 Non-Carriers (Protocol ELN115727-301) and Carriers (Protocol ELN115727-302), Total Direct Costs: $500,000 |
| 2007-2012 | U01 AG10483, ADCS Contract (CFDA #93.866), Site PI: R.A. Stern, Multi-Center Trial to Evaluate Home-Based Assessment Methods for Alzheimer 's Disease Prevention Research in People Over 75 Years Old, Total Direct Costs: $117,750 |
| 2009-2011 | 5U01AG015477-07 ARRA. PI: J. Breitner; Site Director: R.A. Stern, Prevention of Alzheimer's Disease and Cognitive Decline, Total Direct Costs (Boston Site): $145,432 |
| 2009-2011 | National Operating Committee on Standards for Athletic Equipment Investigator Initiated Grant, PI: A.C. McKee & R.A. Stern, Neuropathological and Clinical Consequences of Repetitive Concussion in Athletes; Total Direct Costs: $249,992 |
| 2008-2011 | IIRG-08-89720 (Alzheimer's Association), PI: R.A. Stern, Assessment of Driving Safety in Aging, MCI and Dementia, Total Direct Costs: $240,000 |
| 2008-2011 | Alzheimer's Association Subcontract, PI: G. Feke; Site PI: R.A. Stern, Objective Biomarkers for Alzheimer's Disease in the Retina, Total Costs: $81,000 Subcontract |
| 2009-2010 | P30-AG13846 Supplement to P30 Center Grant, PI: R.A. Stern & A.C. McKee (N. Kowell, P30 PI); Development of Pathology Diagnostic Criteria for Chronic Traumatic Encephalopathy, Total Direct Costs: $83,287 |
| 2008-2009 | P30-AG13846 Supplement to P30 Center Grant, PI: R.A. Stern & A.C. McKee (N. Kowell, P30 PI); Neuropathologic Examination of Traumatic Encephalopathy in Athletes with Histories of Repetitive Concussion, Total Direct Costs: $100,000 |
| 2004-2009 | U01 AG023755, PI: T. Perls, Exceptional Survival and Longevity in New England, Total Direct Costs: $2,073,781 |
| 2006-2009 | R01 HG/AG02213, PI: R.C. Green, Risk Evaluation and Education for Alzheimer's Disease (REVEAL III), Total Direct Costs: $1,992,415 |
| 2000-2007 | U01 AG15477, PI: J. Breitner, The ADAPT Study: Alzheimer's Disease Anti-inflammatory Prevention Trial, Total Direct Costs to Boston Site: $561,246 |
| 2004-2006 | Massachusetts Institute of Technology AgeLab and The Hartford, PI: R.A. Stern; Driving and Dementia Total Direct Costs: $162,082 |
| 2004-2005 | Boston University Alzheimer's Disease Core Center Pilot Project Grant, PI: R.A. Stern Triiodothyronine Treatment of Alzheimer's Dementia, Total Direct Costs: $29,989 |

| | |
|---|---|
| 2001-2004 | R21MH062561, PI: G. Tremont, A Telephone Intervention for Dementia Caregivers, Total Direct Costs: $375,000 |
| 2001-2005 | 5R01AG016335, PI: B. Ott, A Longitudinal Study of Hazardous Drivers with Dementia, $103,008, Subcontract |
| 1998-2004 | 5R01NS037840, PI: Ivan Miller. Title: Efficacy of a Family Telephone Intervention for Stroke, Total Direct Costs: $1,516,615 |
| 2000-2003 | Eisai, Inc. and Pfizer, Inc Investigator Initiated Grant, PI: R.A. Stern; Title: Clinical Trial of Donepezil Hydrochloride (Aricept) in Diminishing the Cognitive Impairment Associated with Electroconvulsive Therapy; Total Direct Costs: $108,854 |
| 1999-2003 | Alzheimer's Association Individual Research Grant; PI: R.A. Stern; Title: A Double-Blind Study of Donepezil with and without Thyroid Hormone in the Treatment of Alzheimer's Dementia Total Direct Costs; $163,626 |
| 2000-2002 | R44 MH58501, PI: T. White. Project PI: R.A. Stern; Title: A Modular Neuropsychological Test Battery (Subcontract with Psychological Assessment Resources, Inc) Total Direct Costs: $272,487, Subcontract (Project Total Direct: $1,305,245) |
| 1999-2000 | Psychological Assessment Resources, Inc. Contract; PI: R.A. Stern; Title: Development of a Modular Neuropsychological Test Battery; Total Direct Costs: $48,084 |
| 1999-2004 | Thyroid Research Advisory Council (TRAC) Individual Grant; PI: Geoffrey Tremont; Title: Cerebral Perfusion and Neuropsychological Functioning in Thyrotoxic Graves' Disease Patients; Total Direct Costs: $55,139 |
| 1997-2000 | National Alliance for Research on Schizophrenia and Depression Independent Investigator Award; PI: R.A. Stern; Title: Thyroxine Treatment of the Neurocognitive Side Effects of Lithium; Total Direct Costs: $92,592 |
| 1998 | R43 MH58501-01; PI: T. White; A Modular Neuropsychological Test Battery (subcontract) Total Direct Costs: $23,463, Subcontract |
| 1997-1998 | Research Fellowship Training Grant, Brown University Department of Psychiatry and Human Behavior; PI: Geoffrey Tremont and R.A. Stern; Psychiatric and Neuropsychologic Consequences of Graves' Disease; Total Direct Costs: $15,888 |
| 1996-1997 | Contract, Milkhaus Laboratory; PI: R.A. Stern; An Open-Label Treatment of 2CVV in the Amelioration of Neuropsychological and Psychiatric Symptoms Associated with Chronic Fatigue Syndrome (CFS); Total Direct Costs: $10,000 |
| 1995-1996 | Contract, Milkhaus Laboratory; PI: R. A. Stern; 2CVV in the Amelioration of Neuropsychological and Psychiatric Symptoms in Outpatients with Chronic Fatigue Syndrome: A Phase 1/2, Double-Blind, Placebo-Controlled Study; Total Direct Costs: $9575 |
| 1994-1995 | Research Fellowship Training Grant (PI: James Arruda, Ph.D., Fellow); Title: Neurobehavioral Functioning in Women Infected with HIV-1; Total Direct Costs: $17,500 |
| 1992-1997 | 5R01MH048578-05; PI: R.A. Stern; Combined Thyroid Hormone and Electroconvulsive Therapy; Total Direct Costs: $471,021 |
| 1992-1994 | 5R01MH043231-02; PI: J.J.Haggerty; Co-PI: R.A. Stern; Neuropsychiatric Aspects of Marginal Hypothyroidism; Total Direct Costs: $174,413 |
| 1992-1997 | 5P50MH033127; PI: A.J. Prange, Jr.; Neurobehavioral Assessment Core Director: R.A. Stern; Psychoendocrinology: Children and Adults, Total Direct Costs: $4,641,038 total project; $256,624 subproject [core] *role in project ended 7/93 due to leaving UNC |

| 1992-1993 | UNC University Research Council Pilot Project Award Grant; PI: R. A. Stern; Influence of L-triiodothyronine (T3) on Memory following Repeated Electroconvulsive Shock (ECS) in Rats; Total Direct Costs: $3000 |
| 1992-1993 | The Psychological Corporation Contract; PI: R.A. Stern;  Validation of the Microcog Computerized Neuropsychological Screening Test in HIV-Infected Gay Men; Total Direct Costs: $3600 |
| 1991-1992 | UNC Medical Faculty Research Pilot Project Award Grant; PI: R.A. Stern; Physosstigmine as a Psychodiagnostic Tool: The Effects of Physostigmine on Cognition, Mood, and Behavior in Normal Volunteers; Total Direct Costs: $3000 |
| 1990-1992 | The Foundation of Hope for Research and Treatment of Mental Illness Pilot Project Award; PI: R.A. Stern; Neuropsychological Correlates of Pregnancy and the Early Puerperium; Total Direct Costs: $16,000 |
| 1990-1992 | The North Carolina Foundation for Mental Health Research, Inc. Pilot Project Award; PI: R.A. Stern; Physosstigmine as a Psychodiagnostic Tool: The Effects of Physostigmine on Cognition, Mood and Behavior; Total Direct Costs: $1200 |
| 1989-1991 | The Foundation of Hope for Research and Treatment of Mental Illness Pilot Project Award; PI: R.A. Stern; Neuropsychological Correlates of Alterations in Thyroid State; Total Direct Costs: $26,317 |
| 1989-1994 | R01MH044618; PI: D. Evans; HIV: Neuropsychiatric and Psychoimmune Relationships; Total Direct Costs: $1,293,290 (subcontract) |

## INVITED LECTURES AND PRESENTATIONS

*(Does not include frequent invited community lay lectures, including lectures for the MA/NH Chapter of the Alzheimer's Association)*

| May 16, 1989 | *Mood Disorders and Cerebrovascular Disease*.  Department of Psychiatry, Rhode Island Hospital, Brown University School of Medicine, Providence, RI,. |
| Dec. 8, 1989 | *Mood Disorders following Stroke*.  Continuing Education Course,  Greensboro (NC) Area Health Education Center. |
| January 4, 1990 | *Assessment and Diagnosis of Post-Stroke Mood Disorders*.  Continuing Education Course, Westboro (MA) State Hospital |
| March 3, 1990 | *How to Design a Clinical Trial*.  Third annual meeting of the Southern Association for Research in Psychiatry. Chapel Hill, NC. |
| May 25, 1990 | *Assessment and Diagnosis of Post-Stroke Mood Disorders*.  Whittiker Rehabilitation Center, Bowman-Gray Medical Center, Winston-Salem, NC |
| Aug 17, 31 1990 | *Neurobehavioral Syndromes: Assessment and Diagnosis*.  Continuing Education Workshop, Mountain Area Health Education Center, Asheville, NC |
| September 22, 1990 | *Theories and Models of Human Cognition: Learning and Memory*.  Advanced Workshops in Traumatic Brain Injury Rehabilitation, Peace Rehabilitation Center, Greenville, SC. |
| October 19, 1990 | *Neurobehavioral Syndromes*.  Continuing Education Course, Broughton Hospital, Morganton, NC |
| December 11, 1990 | *Neuropsychology of Aging*.  Continuing Education Workshop, Mountain Area Health Education Center, Asheville, NC |

Feb 24-Mar 1, 1991   *States of Mind.*  Series of lectures on brain-behavior relationships to selected educators during week-long seminar/retreat, The North Carolina Center for the Advancement of Teaching, Cullowhee, NC

March 1, 1991   *How to Design a Clinical Trial.*  Psychiatry Grand Rounds, Bowman-Gray School of Medicine, Winston-Salem, NC

March 14, 1991   *Mood Disorders Following Stroke.*  Psychiatry Grand Rounds, University of North Carolina School of Medicine, Chapel Hill, NC

July 26, 1991   *Normal and Pathological Aging: Neurocognitive Functioning.*  Continuing Education Course, Broughton Hospital, Morganton, NC

September 12, 1991   *Neurobehavioral Functioning in a Non-Confounded Cohort of Asymptomatic HIV Seropositive Gay Men.*  National Institute of Mental Health (NIMH) sponsored meeting, Neurobehavioral Findings in AIDS Research, Washington, DC

April 2, 1992.   *Neuropsychiatric Disorders: Post-Stroke Depression and AIDS-Related Neurobehavioral Impairment.*  Annual meeting of the North Carolina Speech and Hearing Association, Wilmington, NC,

September 18, 1992   *Neurobehavioral Syndromes.* Continuing Education Course, Johnston County (NC) Mental Health Center.

October 13, 1993   *Neurobehavioral Aspects of HIV Infection: Children and Adults.*  Child Psychiatry Grand Rounds, Brown University School of Medicine, Providence, RI

December 14, 1993   *New Directions in Psychoneuroimmunology: Neuropsychiatric Correlates of HIV Infection.*  Boston Behavioral Immunology Study Group, Boston, MA

March 3, 1994   *Neuropsychiatric Aspects of Thyroid Disorders.* Endocrinology Grand Rounds, Rhode Island Hospital, Providence, RI

March 23, 1994   *Post-Stroke Mood Disorders.* Neurology Grand Rounds, Brown University School of Medicine, Providence, RI

April 29, 1994   *Behavioral Abnormalities in Dementia.* Gerontology '94: Brain and Behavior, a conference sponsored by the Rhode Island Department of Elderly Affairs, Cranston, RI

June 3, 1994   *Differential Diagnosis of Psychiatric Disorders in Neurologic Patients: Assessment of Mood.* Applications of Neuropsychological Expertise to Clinical Practice in Psychology. Boston Department of Veterans Affairs Medical Center and Tufts New England Medical Center, Boston, MA

November 15, 1994   *Brain-Behavior Relationships: Appropriate Use and Benefits of Neuropsychological Evaluation.*  Grand Rounds. Department of Medicine, Rhode Island Hospital, Providence, RI

November 17, 1994   *Neuropsychiatric Aspects of HIV and AIDS.*  General Internal Medicine Research Seminar. Rhode Island Hospital, Providence, RI.

March 5, 1996   *Thyroid Disorders and Psychiatry.*  Grand Rounds, St. Luke's Hospital, New Bedford, MA

March 26, 1996   *Neurobehavioral Aspects of Thyroid Disorders.* Lecture Series, Department of Endocrinology, University of Virginia School of Medicine, Charlottesville, VA

April 10, 1996   *Neuropsychiatric Aspects of Thyroid Disorders.* Psychiatry Lecture Series, Rhode Island Hospital, Providence, RI

| | |
|---|---|
| April 19, 1996 | *Neurobehavioral Aspects of Graves' Disease*.  Keynote Address, Third Annual Meeting of the New England Thyroid Club, Westborough, MA |
| May 7, 1996 | *Neuropsychological Evaluation of Executive Functioning*. "Neuropsychiatry for Clinicians" section of the *Psychiatry Update* session of the 149th Annual Meeting of the American Psychiatric Association, New York |
| June 19, 1997 | *Assessment of Mood State and Depression in Neurodegenerative Disease*.  Geriatric Case Conference and Journal Club. Butler Hospital |
| November 2, 1997 | *The Thyroid Axis in Mood Disorders: Thoughts About Therapy* (Discussant). The 14th Annual George C. Ham Symposium (A Festschrift Celebrating the Career of Arthur J. Prange, Jr.). Chapel Hill, NC |
| December 19, 1997 | *Neuropsychiatric Manifestations of HIV Infection*.  Psychiatry Grand Rounds. Department of Veterans Affairs Medical Center.  Providence, RI |
| May 5, 1998 | *Quantifying the Qualitative Features of Rey-Osterrieth Complex Figure Performance: The Boston Qualitative Scoring System (BQSS)*.  Continuing Education Lecture.  Massachusetts Neuropsychological Society, Boston, MA |
| November 8, 1998 | *Assessment of Mood State and Depression in Aphasia*.  Aphasia: Assessment, Treatment, and Emotional Issues Symposium.  19th Annual Neurorehabilitation Conference on Traumatic Brain Injury and Stroke.  (Sponsored by the Healthsouth Braintree Rehabilitation Hospital.) Cambridge, MA |
| April 27, 1999 | *Assessment of Mood and Depression in Neurologic Disease*.  Spring Lecture Series. Department of Communicative Disorders, University of Rhode Island, Kingston, RI |
| June 16, 1999 | *The Use of Thyroid Hormone to Diminish the Cognitive Side Effects of Psychiatric Treatment*. Psychiatry Grand Rounds, McMaster University Medical Center, Hamilton, Ontario, Canada |
| Nov. 13, 1999 | *Cognitive Rehabilitation: A Neuropsychological Perspective*.  "Frontiers of Hope;" Annual National Meeting for Patients, Families, and Health Care Professionals; Brain Tumor Society, Providence, RI |
| March 1, 2000 | *Neurobehavioral Functioning in Thyroid Disease*.  Neurology Grand Rounds, Brown University School of Medicine, Rhode Island Hospital, Providence, RI |
| June 14, 2000 | *Surviving a Brain Tumor: Understanding Changes in Thinking and Memory*.  Featured speaker for an international educational teleconference for brain tumor survivors and family members, co-sponsored by the Brain Tumor Society, the American Brain Tumor Association, the National Brain Tumor Foundation, and Cancer Care, Inc. |
| December 14, 2000 | *The Use of Thyroid Hormone to Diminish the Cognitive Side Effects of ECT and Lithium*. Geriatric Psychiatry Case Conference and Journal Club (CME activity), Butler Hospital, Providence, RI |
| April 29, 2002 | *The Thyroid-Brain Connection: Neuropsychological and Behavioral Aspects of Thyroid Disorders*.  Keynote Speaker, Psi Chi Induction Ceremony, Providence College, Providence, RI |
| September 21, 2002 | *The Invisible Disability: Living with the Cognitive and Behavioral Changes from a Brain Tumor*. "Living Beyond a Brain Tumor 2002: A brain tumor symposium for patients, families, and healthcare professionals. Brain Tumor Society, Quincy, MA |

| | |
|---|---|
| December 5, 2002 | *Neuropsychology of Thyroid Disease*. Behavioral Neuroscience Seminar Series. Brigham and Women's Hospital, Harvard Medical School, Boston, MA |
| June 16, 2003 | *The Role of Thyroid Functioning in the Aging Brain and Dementia*. Seminar Series, Alzheimer's Disease Center, Boston University School of Medicine, Boston, MA |
| December 12, 2003 | *The Neuropsychological Assessment Battery (NAB)*. Continuing Education Workshop, Colorado Neuropsychological Society, Denver, CO |
| January 23, 2004 | *The Neuropsychological Assessment Battery (NAB)*. Continuing Education Workshop, Georgia Psychological Association, Emerald Pointe, GA,. |
| January 24, 2004 | *The Neuropsychological Assessment Battery (NAB): Development and Psychometric Properties*. Continuing Education Workshop, 1st Professional Neuropsychology Weekend Conference, Coalition of Clinical Practitioners in Neuropsychology, Las Vegas, NV |
| January 24, 2004 | *The Neuropsychological Assessment Battery (NAB): Administration, Scoring, and Interpretation*. Continuing Education Workshop, 1st Professional Neuropsychology Weekend Conference, Coalition of Clinical Practitioners in Neuropsychology, Las Vegas, NV |
| April 1, 2004 | *The Utility of the Neuropsychological Assessment Battery (NAB) in the Evaluation of Adult Neurodevelopment Disabilities*. Continuing Education Workshop, Annual Conference of Contemporary Applications of Psychological Testing, Harvard Medical School, Boston, MA |
| October 8, 2004 | *The Neuropsychological Assessment Battery (NAB)*. Workshop presented at the annual meeting of the International Test Commission, Williamsburg, VA |
| December 8, 2004 | *The Role of Thyroid Functioning in the Aging Brain and Dementia*. Psychiatry Grand Rounds, Edith Norse Veterans Administration Medical Center, Bedford, MA |
| February 5, 2005 | *Neurobehavioral Functioning in Thyroid Disorders*. Continuing Education Seminar presented at the 32nd Annual Conference of the International Neuropsychological Society, Las Vegas, NV |
| March 15, 2005 | *Thyroid-Brain Relationships in Aging and Dementia*. Neurology Grand Rounds, Boston University School of Medicine, Boston, MA |
| March 22, 2005 | *Cognitive & Memory Changes in Aging & Dementia*. Mini-Med School, Boston University School of Medicine, Boston, MA |
| May 12, 2005 | *Alzheimer's Disease Research in 2005: Where are we and Where are we Going?* Keynote Address, 5th Annual Boston Alzheimer's Partnership Legislative Breakfast. Dorchester, MA |
| June 7, 2005 | *Alzheimer's Disease Research in 2005*. Keynote Address, "Alzheimer's Disease: Finding New Pathways," Berkshire Area Health Education Center Conference, Hancock, MA. |
| May 3, 2006 | *Research Update*. Alzheimer's Association annual "Map Through the Maze," Marlboro, MA |
| June 4, 2006 | *Advances in Alzheimer's Disease: Diagnosis and Care of Women*. 14th Annual Congress on Women's Health, Hilton Head, SC |
| January 16, 2007 | *New Discoveries and Directions in Alzheimer's Disease Research and Care*. A Briefing for the Bipartisan Congressional Task Force on Alzheimer's Disease. The Rayburn House Office Building, Washington, DC, |

| | |
|---|---|
| May 2, 2007 | *Research Update.* Alzheimer's Association annual "Map Through the Maze," Marlboro, MA |
| June 29, 2007 | *Driving and Dementia.* Social Work Practice with Older Adults: A Continuing Education and Certificate Training Opportunity, Boston College Graduate School of Social Work, Boston, MA |
| February 28, 2008 | *Medical Advances in Research and Treatment*, Keynote Address for the Dementia/Alzheimer's Disease Training Session, Massachusetts Assisted Living Facilities Association (MassALFA), Waltham, MA. |
| May 14, 2008 | *Driving and Dementia: Balancing Personal Independence and Public Safety.* Alzheimer's Association annual "Map Through the Maze," Marlboro, MA |
| June 27, 2008 | *Elderly Drivers: A Difficult Balance of Personal Independence & Public Safety.* Women's Health and Older Adult Conference, Nurse Practitioner Associates Continuing Eduction (NPACE), Falmouth, MA |
| March 6, 2009 | *Chronic Traumatic Encephalopathy: Progressive Tauopathy following Repetitive Concussion in Athletes*, Pediatric Neurology Grand Rounds, Boston University School of Medicine |
| May 13, 2009 | *Research Update.* Alzheimer's Association annual "Map Through the Maze," Marlboro, MA |
| October 2, 2009 | *Chronic Traumatic Encephalopathy and the Athlete.* Concussion and the Athlete CME Conference, Foxboro, MA |
| October 7, 2009 | *Alzheimer's Disease Research Update.* Massachusetts Councils on Aging Annual Conference, Sturbridge, MA |
| November 12, 2009 | *Recognizing, Diagnosing, and Treating Alzheimer's Disease.* Pri-Med East CME Conference, Boston, MA |
| November 13, 2009 | *Alzheimer's Disease Research Update 2009: Where are we Now and Where are we Going?* Keynote Address at the 12th Annual Alzheimer's Awareness Conference, Alzheimer's Services of Cape Cod and the Islands, Mashpee, MA |
| March 17, 2010 | *Chronic Traumatic Encephalopathy.* Briefing to the Congressional Brain Injury Task Force, Washington, DC |
| June 23, 2010 | *Chronic Traumatic Encephalopathy and Repetitive Brain Trauma in Athletes*, Institute of Medicine Committee on Nutrition, Trauma and the Brain, Washington, DC |
| October 1, 2010 | *Long-Term Effects of Repetitive Concussive and Subconcussive Brain Trauma: Chronic Traumatic Encephalopathy (CTE).* 2010 Head Trauma and the Athlete CME Conference, Waltham, MA |
| October 28, 2010 | *The Role of Thyroid Functioning in the Aging Brain.* Psychiatry Grand Rounds, Edith Norse Veterans Administration Medical Center, Bedford, MA |
| November 6, 2010 | *Head Games: Chronic Traumatic Encephalopathy Following Repetitive Brain Trauma in Athletes.* Keynote Address at the 31st Annual Braintree Neurorehabilitation Conference, Cambridge, MA |
| November 18, 2010 | *Alzheimer's Disease 2010: A Time for Hope*, Keynote Address for the Dementia/Alzheimer's Disease Training Session, Massachusetts Assisted Living Facilities Association (MassALFA), Hopkinton, MA. |

| | |
|---|---|
| February 2, 2011 | *Chronic Traumatic Encephalopathy: Long-term Consequences of Repetitive Brain Trauma*.  Continuing Education Course at the 39th Annual Meeting of the International Neuropsychological Society, Boston, MA. |
| March 19, 2011 | *Chronic Traumatic Encephalopathy*, Keynote Speaker, **"**New Frontiers in Traumatic Brain Injury: Update 2011 Essential Information for the Clinical Neurologist," sponsored by the Massachusetts Neurologic Association and the Massachusetts Medical Society, Boston, MA. |
| March 25, 2011 | *Head Games: Chronic Traumatic Encephalopathy and the Long-Term Impact of Repetitive Brain Trauma in Athletes*, Luncheon Keynote Address, American Neuropsychiatric Association, Denver, CO |
| April 28, 2011 | *Sports Concussions: The Hidden Risks*, Invited Speaker for Brain Trauma Symposium, The Neuroscience Institute at the University of Tennessee Health Science Center, Memphis, TN. |
| April 29, 2011 | *Head Games: Chronic Traumatic Encephalopathy and the Long-Term Consequences of Repetitive Brain Trauma in Athletes.* Neurology Grand Rounds, University of Tennessee Health Sciences Center. |
| May 11, 2011 | *Driving and Dementia: A Difficult Balance of Personal Independence and Public Safety*. Alzheimer's Association annual "Map Through the Maze," Marlboro, MA. |
| August 5, 2011 | *Chronic Traumatic Encephalopathy: The Synergy of Science and Journalism in Creating Culture Change.*  Invited Lecture at the Annual Meeting of the American Psychological Association, Washington, DC. |
| September 24, 2011 | *Head Games: Chronic Traumatic Encephalopathy and the Long-Term Consequences of Repetitive Brain Trauma in Athletes*. Keynote Speaker for the Baptist Hospital Annual Brain Injury Symposium, Coconut Grove, FL. |
| October 19, 2011 | *Head Games: Chronic Traumatic Encephalopathy and the Long Term Effects of Repetitive Brain Trauma in Athletes*. Grand Rounds Speaker, Beth Israel Deaconess Medical Center-Needham, Needham, MA |
| October 20, 2011 | Panelist, "Alzheimer's Forum," WBUR (NPR), Boston, MA |
| November 5, 2011 | *Alzheimer's disease: Research Updates on Diagnosis, Treatment and Prevention*. Keynote Speaker, Alzheimer's Association, Chicopee, MA |
| January 19, 2012 | *Chronic Traumatic Encephalopathy*. Invited Lecture, Boston Society of Neurology and Psychiatry, Boston, MA |
| March 5, 2012 | *Head Games:  Chronic Traumatic Encephalopathy and the Long-Term Consequences of Repetitive Brain Trauma in Athletes*. Invited Speaker, Boston Surgical Society, Boston, MA |
| March 28, 2012 | Moderator, Annual Alzheimer's Association (MA/NH Chapter) Research Day, Lexington, MA |
| April 11, 2012 | *Alzheimer's Disease 2012: A Reason for Hope*. Keynote Speaker, Annual Research Program, Alzheimer's Association, Worcester, MA |
| April 17, 2012 | *Head Games: Chronic Traumatic Encephalopathy and the Long-Term Consequences of Repetitive Brain Trauma in Athletes*. Grand Rounds Speaker, Good Samaritans Medical Center, Brockton, MA |

| | |
|---|---|
| April 26, 2012 | *Head Games: Chronic Traumatic Encephalopathy and the Long-Term Consequences of Repetitive Brain Trauma in Athletes*. Invited Speaker, CME Series, Vista Health System, Waukegan, IL |
| April 28, 2012 | *Alzheimer's Disease: Research Updates on Diagnosis, Treatment and Prevention*. Keynote Speaker, Alzheimer's Partnership, Andover, MA |
| May 16, 2012 | *Driving and Dementia: A Difficult Balance of Personal Independence and Public Safety*. Alzheimer's Association annual "Map Through the Maze," Marlboro, MA. |
| May 24, 2012 | *Chronic Traumatic Encephalopathy: Long-Term Effects of Repetitive Brain Trauma in Athletes and the Military*. Invited Speaker, Alzheimer's Disease: Update and Research, Treatment, and Care, Annual Conference sponsored by the Shiley-Marcos Alzheimer's Disease Research Center, University of California, San Diego, San Diego, CA |
| June 13, 2012 | *Head Games: Long-term Consequences of Repetitive Brain Trauma*. Keynote Speaker, Traumatic Brain Injury Conference, Sunnybrook Hospital, Toronto, Canada |
| June 15, 2012 | *Head Games: Chronic Traumatic Encephalopathy and the Long-Term Consequences of Repetitive Brain Trauma in Athletes*. Keynote Speaker, "Effects of Multiple ABI— Preventing Further Injury" Conference, Brain Injury Association, London, Ontario, Canada |
| August 3, 2012 | *Chronic Traumatic Encephalopathy*. Plenary Speaker, Annual Meeting of the American Psychological Association, Orlando, FL |
| October 1, 2012 | *Clinical Presentation of CTE : Combining Clinical and Biomarker Data for Accurate Diagnosis*. Invited Speaker (and Conference Co-Chair), Inaugural Chronic Traumatic Encephalopathy (CTE) Conference, Jointly Sponsored by Boston University and the Lou Ruvo Center for Brain Health, Las Vegas, NV |
| October 13, 2012 | *Differentiating chronic traumatic encephalopathy from Alzheimer's disease and other neurodegenerative conditions*. Invited Speaker, Fred Kavli Public Symposium, Society for Neuroscience, New Orleans, LA |
| October 26, 2012 | *Chronic Traumatic Encephalopathy: Clinical Presentation*. Invited Speaker (and Conference Co-Chair), 2012 Brain Trauma and the Athlete Conference, CME Conference Sponsored by Boston University School of Medicine, Waltham, MA |
| October 29, 2012 | *Understanding the Continuum of MCI due to AD & Dementia due to AD*. Invited Speaker, Aging or Alzheimer's Disease? How to Detect and Treat Memory Loss in the Primary Care Setting, CME Conference by Boston University Alzheimer's Disease Center, Waltham, MA. |
| November 10, 2012 | *Alzheimer's Disease 2012: Reasons for Hope*. Keynote Speaker, NH Alzheimer's Association Conference: Care to Cure, Concord, NH. |
| December 1, 2012. | *Head Games: Chronic Traumatic Encephalopathy and the Long-Term Consequences of Repetitive Brain Trauma in Athletes*. Invited Speaker, 59th Annual Meeting of the Massachusetts Chapter of the American College of Surgeons, Boston, MA |
| December 5, 2012 | *Clinical Presentation of CTE*: Invited Speaker, 1st NIH Workshop on the Neuropathology of Chronic Traumatic Encephalopathy, Bethesda, MD. |
| December 11, 2012 | *Head Games: Chronic Traumatic Encephalopathy and the Long-Term Consequences of Repetitive Brain Trauma in Athletes*. Invited Speaker, Clinical Neurosciences Grand Rounds, Boston University School of Medicine, Boston, MA |

Affidavid of Robert A. Stern, Ph.D.                                         -                                         Page 21
Concerning the Facts Related to Concussions

| | |
|---|---|
| March 6, 2013 | *Clinical Presentation of Chronic Traumatic Encephalopathy*, Invited Speaker, 3rd Traumatic Brain Injury Conference, Arlington, VA |
| March 17, 2013 | *Efforts toward earlier Alzheimer's Treatment*, Invited Panelist, Health Journalism 2013 (American Health Care Journalists), Boston, MA |
| April 17, 2013 | *Head Games: Chronic Traumatic Encephalopathy and the Long Term Consequences of Repetitive Brain Trauma in Athletes*. Invited Webinar Speaker, Rose® Webinar Series. |
| May 4, 2013 | *CTE and Late Life Issues*, Invited Speaker, International Sports Concussion Symposium, Minneapolis, MN |
| May 10, 2013 | BU A Leader in Sports-Related Head Injury: Long Term Consequences, Invited Speaker, Medical Grand Rounds, Boston University School of Medicine, Boston, MA |
| May 13, 2013 | *Clinical Presentation and Diagnosis of Chronic Traumatic Encephalopathy*, Invited Speaker, World Brain Mapping Conference, Baltimore, MD |
| May 31, 2013 | *Chronic Traumatic Encephalopathy*, Invited Speaker, "Dementia: A Comprehensive Update" Continuing Medical Education Course, Harvard Medical School, Boston, MA. |
| June 3, 2013 | *The Future of Contact Sports: Concussions May Be the Tip of the Iceberg*. Invited Panelist and Speaker, The German Center for Research and Innovation and Ludwig-Maximilians-Universität München, New York, NY |
| June 10, 2013 | *Clinical efficacy – how do we observe a potential treatment effect?* Invited Speaker, Workshop: Prevention of Alzheimer's Disease – What will it take? (New York Academy of Sciences), New York, NY |
| June 20, 2013 | *CTE: Point/Counterpoint Presentation*, Invited Speaker, 11th Annual American Academy of Clinical Neuropsychology Conference, Chicago, IL |
| October 24, 2013 | *Concussion and Action Points* Symposium, The Association of Ringside Physicians 2013 Annual Medical Seminar, Las Vegas, NV |
| November 12, 2013 | *Unmet Needs in Neurodegeneration: Focus on Endpoints*, Keynote Speaker, 2nd Annual Meeting of the Coalition Against Major Diseases, Bethesda, MD |
| November 12, 2013 | *Chronic Traumatic Encephalopathy: Public Health Consequences of Repetitive Brain Trauma in Sports*, Keynote Speaker, 2nd Annual Research Day, Boston University School of Public Health, Boston, MA |
| December 5, 2013 | *Head Games: Chronic Traumatic Encephalopathy and the Long-Term Consequences of Repetitive Brain Trauma in Athletes,* Grand Rounds, Department of Neurology, Medical University of South Carolina, Charleston, SC |
| January 3, 2014 | *Brain Games: Chronic Traumatic Encephalopathy and the Long-Term Consequences of Repetitive Brain Trauma*, Grand Rounds, Department of Medicine, Tufts Medical School, Boston, MA |
| January 17, 2014 | *Brain Games: Chronic Traumatic Encephalopathy and the Long-Term Consequences of Repetitive Brain Trauma*, Distinguished Lecturer for Grand Rounds, Department of Physical Medicine and Rehabilitation, Harvard Medical School, Spaulding Rehabilitation Hospital, Boston, MA |
| January 29, 2014 | *Clinical Presentation and Diagnosis of Chronic Traumatic Encephalopathy: What We Think We Know and What We Need to Know Next*, Invited Lecture, C4CT Summit, United Nations, New York, NY |

January 30, 2014    *Brain Games: Chronic Traumatic Encephalopathy and the Long-Term Consequences of Repetitive Brain Trauma*, Visiting Speaker, Mayo Clinic, Scottsdale, AZ

March 19-23, 2014    *Chronic Traumatic Encephalopathy*, Invited Symposium Organizer and Speaker, 10th World Congress on Brain Injury, San Francisco, CA

April 16-17, 2014    *Chronic Traumatic Encephalopathy Clinical Presentation and Biomarkers: What We Know and What We Do Not Know*, Invited Speaker, 4rd Traumatic Brain Injury Conference, Washington, DC

May 30, 2014    *Chronic Traumatic Encephalopathy*, Invited Speaker, "Dementia: A Comprehensive Update" Continuing Medical Education Course, Harvard Medical School, Boston, MA.

## MEDIA EXPERIENCE AND APPEARANCES:

Media Training:     Fleishman-Hillard International Communications, New York, February 2009

Print Media:        Interviewed and quoted in national and international newspapers and news magazines, including the New York Times, Washington Post, Boston Globe, LA Times, Time Magazine, USA Today, and others.

Broadcast Media:    Interviews on ABC World News Tonight, CBS Evening News, NBC Nightly News, Good Morning America, Nightline, CNN, Fox News, National Public Radio, ESPN, CTV's Canada AM, ABC Radio Australia, ABC TV Australia, and numerous local affiliate radio and television news interviews.

Documentaries:      Appeared in Feature Length Film Documentary, "I Remember Better When I Paint" (2009), French Connection Films and the Hilgos Foundation.

Appeared in Feature Length Film Documentary, "Head Games" (2012), Variance Films, Directed by Steven James.

Appeared in Feature Length Television Documentary, "League of Denial" (2013), *Frontline*, Public Broadcasting System (PBS), Directed by Michael Kirk.

## ORIGINAL, PEER REVIEWED ARTICLES:

*(Past and present students, fellows, and other trainees italicized)*

1. Elder, J.P., & **Stern, R.A.** (1986). The ABC's of adolescent smoking prevention: An environment and skills model. <u>Health Education Quarterly</u>, <u>13</u>, 181-191.

2. Elder, J.P., **Stern, R.A.**, Anderson, M., Hovell, M.F., Molgaard, C.A., & Seidman, R. (1987). Contingency-based strategies for the prevention of alcohol, drugs, and tobacco use: Missing or unwanted components of adolescent health promotion? <u>Education and Treatment of Children</u>, <u>10</u>, 30-47.

3. **Stern, R.A.**, Prochaska, J.O., Velicer, W.F., & Elder, J.P. (1987). Stages of adolescent smoking acquisition: Measurement and sample profiles. <u>Addictive Behaviors</u>, <u>12</u>, 319-329.

4. Elder, J.P., de Moor, C., Young, R.L., Wildey, M.B., Molgaard, C.A., Golbeck, A.L., Sallis, J.F., & **Stern, R.A.** (1990). Stages of adolescent tobacco-use acquisition. <u>Addictive Behaviors</u>, <u>15</u>, 449-454.

5. Simmons, R.B., **Stern, R.A.**, Teekhassaenee, C., & Kenyon, K.R. (1990). Elevated intraocular pressure following penetrating keratoplasty. <u>Transactions of the American Ophthalmological Society</u>, <u>87</u>, 79-93.

6. Simmons, R.B., Shields, M.B., Blasini, M., Wilkerson, M., & **Stern, R.A.** (1991). A clinical evaluation of transscleral Neodymium:YAG cyclophotocoagulation with a contact lens. <u>American Journal of Ophthalmology</u>, <u>112</u>, 671-677.

7. **Stern, R.A.**, & Bachman, D.L. (1991). Depressive symptoms following stroke. <u>American Journal of Psychiatry</u>, <u>148</u>, 351-356.

8. **Stern, R.A.**, Nevels, C.T., Shelhorse, M.E., *Prohaska, M.L.*, Mason, G.A., & Prange, A.J., Jr. (1991). Antidepressant and memory effects of combined thyroid hormone treatment and electroconvulsive therapy: Preliminary findings. <u>Biological Psychiatry</u>, <u>30</u>, 623-627.

9. Keenan, P., **Stern, R.A.**, Janowsky, D.S., & Pedersen, C.A. (1992). Psychological aspects of premenstrual syndrome I: Cognition and memory. <u>Psychoneuroendocrinology</u>, <u>17</u>, 179-187.

10. **Stern, R.A.**, *Singer, N.G., Silva, S.G.*, Rogers, H.J., Perkins, D.O., Hall, C.D., van der Horst, C.M., & Evans, D.L. (1992). Neurobehavioral functioning in a nonconfounded group of asymptomatic HIV seropositive homosexual men. <u>American Journal of Psychiatry</u>, <u>149</u>, 1099-1102.

11. **Stern, R.A.**, van der Horst, C.M., Hooper, S.R., Bloodgood, K.M., & High, K.A. (1992). Zidovudine overdose in an asymptomatic HIV seropositive patient with hemophilia. <u>Psychosomatics</u>, <u>33</u>, 454-457.

12. Girdler, S.S., Pedersen, C.A., **Stern, R.A.**, & Light, K.C. (1993). The menstrual cycle and premenstrual syndrome: Modifiers of cardiovascular reactivity in women. <u>Health Psychology</u>, <u>12</u>, 180-192.

13. Haggerty, J.J. Jr., **Stern, R.A.**, Mason, G.A., Beckwith, J., *Morey, C.E.*, & Prange, A.J. Jr. (1993). Subclinical hypothyroidism: A modifiable risk factor for depression. <u>American Journal of Psychiatry</u>, <u>150</u>, 508-510.

14. Pedersen, C.A., **Stern, R.A.**, *Pate, J.*, Senger, M.A., Bowes, W.A., & Mason, G.A. (1993). Thyroid and adrenal measures during late pregnancy and the puerperium in women who have been major depressed or who become dysphoric postpartum. <u>Journal of Affective Disorders</u>, <u>29</u>, 201-211.

15. Robertson, K.R., **Stern, R.A.**, Hall, C.D., Perkins, D.O., Wilkins, J.W., *Gortner, D.T.*, Donovan, M.K., Messenheimer, J.A., Whaley, R., & Evans, D.L. (1993). Vitamin B$_{12}$ deficiency and nervous system disease in HIV infection. <u>Archives of Neurology</u>, <u>50</u>, 807-811.

16. **Stern, R.A.**, *Steketee, M.S.*, Durr, A., Prange, A.J. Jr., & Golden, R.N. (1993). Combined use of thyroid hormone and ECT. <u>Convulsive Therapy</u>, <u>9</u>, 285-292.

17.     Perkins, D.O., **Stern, R.A.**, Golden, R.N., Murphy, C., *Naftalowitz, D.*, & Evans, D.L. (1994). Mood disorders in HIV infection: Prevalence and risk factors in a non-epicenter of the AIDS epidemic. American Journal of Psychiatry, 151, 233-236.

18.     **Stern, R.A.** (1994). Neuropsychiatric and psychoneuroimmune aspects of HIV infection and AIDS. Advances, 10 (4), 28-31.

19.     **Stern, R.A.**, *Singer, E.A., Duke, L.M., Singer, N.G., Morey, C.E., Daughtrey, E.W.,* & Kaplan, E. (1994). The Boston Qualitative Scoring System for the Rey-Osterrieth Complex Figure: Description and interrater reliability. The Clinical Neuropsychologist, 8, 309-322.

20.     Echelman, D.A., **Stern, R.A.**, Shields, S.R., Simmons, R.B., & Shields, M.B. (1995). Variability of contact transscleral neodymium:YAG cyclophotocoagulation. Investigative Ophthalmology & Visual Science, 36, 497-502.

21.     Evans, D.L., Leserman, J., Perkins, D.O., **Stern, R.A.**, Murphy, C., Tamul, K., Liao, D., van der Horst, C.M., Hall, C.D., Folds, J.D., Golden, R.N., & Petitto, J.M. (1995). Stress associated reductions of cytotoxic T lymphocytes and natural killer cells in asymptomatic human immunodeficiency virus infection. American Journal of Psychiatry, 152, 543-550.

22.     Perkins, D.O., Leserman, J., **Stern, R.A.**, *Baum, S.F.*, Liao, D., Golden, R.N., & Evans, D.L. (1995). Somatic symptoms and HIV-1 infection: Relationship to depressive symptoms and indicators of HIV disease. American Journal of Psychiatry, 152, 1776-1781.

23.     *Prohaska, M.L.*, **Stern, R.A.**, *Steketee, M.C.*, & Prange, A.J. Jr. (1995). Lithium, thyroid hormones, and neuropsychological functioning: A review and hypothesis. Depression, 2, 241-251.

24.     **Stern, R.A.**, *Whealin, J.M.*, Mason, G.A., Noonan, L.R., *Silva, S.G., Arruda, J.E.*, & Prange, A.J. Jr. (1995). Influence of L-triiodothyronine on memory following repeated electroconvulsive shock in rats: Implications for human electroconvulsive therapy. Biological Psychiatry, 37, 198-201.

25.     *Arruda, J.E.*, **Stern, R.A.**, & *Legendre, S.A.* (1996). Assessment of mood state in patients undergoing electroconvulsive therapy: The utility of Visual Analogue Mood Scales developed for cognitively-impaired patients. Convulsive Therapy, 12, 207-212.

26.     *Arruda, J.E.*, Weiler, M.D., Valentino, D.S., Willis, W.G., Rossi, J.S., **Stern, R.A.**, Gold, S.G., & Costa, L. (1996). A guide for applying principal components analysis and confirmatory factor analysis to quantitative electroencephalogram data. International Journal of Psychophysiology, 23, 63-81.

27.     *Cahn, D.A.*., Marcotte, A.C., **Stern, R.A.**, *Arruda, J.E.*, Akshoomoff, N.A., & *Leshko, I.C.* (1996). The Boston Qualitative Scoring System for the Rey-Osterrieth Complex Figure: A study of children with Attention Deficit Hyperactivity Disorder. The Clinical Neuropsychologist, 10, 397-406.

28.     *Prohaska, M.L.* **Stern, R.A.**, Nevels, C.T., Mason, G.A., & Prange, A.J. Jr. (1996). The relationship between thyroid status and neuropsychological performance in psychiatric outpatients maintained on lithium. Neuropsychiatry, Neuropsychology, and Behavioral Neurology, 9, 30-34.

29.     **Stern, R.A.**, *Robinson, B., Thorner, A.R., Arruda, J.E., Prohaska, M.L.,* & Prange, A.J. Jr. (1996). A survey study of neuropsychiatric complaints in patients with Graves' disease. Journal of Neuropsychiatry and Clinical Neurosciences, 8, 181-185.

30.     **Stern, R.A.**, *Silva, S.G., Chaisson, N.*, & Evans, D.L. (1996). Influence of cognitive reserve on neuropsychological functioning in asymptomatic Human Immunodeficiency Virus-1 infection. Archives of Neurology, 53, 148-153.

31.     **Stern, R.A.** (1996). Assessment of mood states in neurodegenerative disease: Methodological and diagnostic recommendations. Seminars in Clinical Neuropsychiatry, 1, 315-324.

32.     *Costa, L., Arruda, J.E.,* **Stern, R.A.**, *Somerville, J.A.,* & Valentino, D. (1997). Asymptomatic HIV infected women: A preliminary study of quantitative EEG activity and performance on a continuous performance test. Perceptual and Motor Skills, 85, 1395-1408.

33.     Evans, D.L., Leserman, J., Perkins, D.O., **Stern, R.A.**, Murphy, C., Zheng, B., Gettes, D., Longmate, J.A., Silva, S.G., van de Horst, C.M., Hall, C.D., Folds, J.D., Golden, R.N., & Petitto,

J.M. (1997). Severe life stress as a predictor of early disease progression in HIV infection. American Journal of Psychiatry, 154, 630-634.

34.    Nyenhuis, D.L., **Stern, R.A.**, Yamamoto, C., Luchetta, T., & *Arruda, J.E.* (1997). Standardization and validation of the Visual Analog Mood Scales. The Clinical Neuropsychologist, 11, 407-415.

35.    **Stern, R.A.**, *Arruda, J.E.*, Hooper, C.R., Wolfner, G.D., & *Morey, C.E.* (1997). Visual Analogue Mood Scales to measure internal mood state in neurologically impaired patients: Description and initial validity evidence. Aphasiology, 11, 59-71.

36.    **Stern, R.A.**, *Arruda, J.E., Somerville, J.A.*, Cohen, R.A., Boland, R.J., Stein, M.I., & Martin, E.M. (1998). Neurobehavioral functioning in asymptomatic HIV-1 infected women. Journal of the International Neuropsychological Society, 4, 172-178.

37.    *Arruda, J.E.,* **Stern, R.A.**, & *Somerville, J.A.* (1999). Measurement of mood states in stroke patients: Validation of the Visual Analog Mood Scales. Archives of Physical Medicine and Rehabilitation, 80, 676-680.

38.    **Stern, R.A.** (1999). Assessment of mood state in aphasia. Seminars in Speech and Language, 20, 33-50.

39.    Freeman, R.Q., Giovannetti, T., Lamar, M., Cloud, B.S., **Stern, R.A.**, Kaplan, E., & Libon, D.J. (2000). Visuoconstructional problems in dementia: Contribution of executive systems functions. Neuropsychology, 14, 415-426.

40.    Petitto, J.M., Leserman, J., Perkins, D., **Stern, R.A.**, Gettes, D., Folds, J.D., Golden, R.N., & Evans, D.L. (2000). High versus low basal cortisol secretion in asymptomatic, medication-free HIV infected men: Differential effects of severe life stress on parameters of immune status. Behavioral Medicine, 25, 143-151.

41.    Schreiber, H.E., *Javorsky, D.J.*, Robinson, J., & **Stern, R.A**. (2000). Rey-Osterrieth Complex Figure Performance in Adults with Attention Deficit Hyperactivity Disorder: A Validation Study of the Boston Qualitative Scoring System. The Clinical Neuropsychologist, 14, 509-520.

42.    *Somerville, J.A.*, Tremont, G., & **Stern, R.A.** (2000). The Boston Qualitative Scoring System (BQSS) as a measure of executive functioning in Rey-Osterrieth Complex Figure performance. Journal of Clinical and Experimental Neuropsychology, 22, 613-621.

43.    Tremont, G., *Halpert, S., Javorsky, D.J.,* & **Stern, R.A.** (2000). Differential impact of executive dysfunction on verbal list learning and story recall. The Clinical Neuropsychologist, 14, 295-302.

44.    Tremont, G., & **Stern, R.A.** (2000). Minimizing the cognitive effects of lithium therapy and electroconvulsive therapy using thyroid hormone. International Journal of Neuropsychopharmacology, 3, 175-186.

45.    *Ruffolo, J.A., Javorsky, D.J.*, Tremont, G., *Westervelt, H.J.*, & **Stern, R.A.** (2001). A comparison of administration procedures for the Rey-Osterrieth Complex Figure: Flowcharts vs. pen switching. Psychological Assessment, 13, 299-305.

46.    Paul, R.H., Cohen, R.A., & **Stern, R.A.** (2002). Neurocognitive manifestations of Human Immunodeficiency Virus. CNS Spectrums, 7, 860-866.

47.    Tremont, G., Westervelt, H.J., Javorsky, D., *Podolanczuk, A.*, & **Stern, R.A.** (2002). Referring physicians' perceptions of the neuropsychological evaluation: How are we doing? The Clinical Neuropsychologist, 16, 551-554.

48.    *Bishop, C.L., Temple, R.O.*, Tremont, G., Westervelt, H.J., & **Stern, R.A.** (2003). Utility of the inpatient neuropsychological evaluation in an acute medical hospital. The Clinical Neuropsychologist, 17, 468-473.

49.    Cahn-Weiner, D.A., Williams, K., Grace, J., Tremont, G., Westervelt, H., & **Stern, R.A.** (2003). Discrimination of dementia with lewy bodies from Alzheimer disease and Parkinson disease using the clock drawing test. Cognitive and Behavioral Neurology, 16, 85-92.

50.    *Davis, J.D.*, **Stern, R.A.**, & Flashman, L. (2003). Cognitive and neuropsychiatric aspects of subclinical hypothyroidism: Significance in the elderly. Current Psychiatry Reports, 5, 384-390.

Affidavit of Robert A. Stern, Ph.D.                                    -                                    Page 27
Concerning the Facts Related to Concussions

51.   *Legendre,* S.A., **Stern, R.A.**, Solomon, D.A., Furman, M.J., & *Smith, K.E.* (2003). The influence of cognitive reserve on memory following electroconvulsive therapy. Journal of Neuropsychiatry and Clinical Neurosciences, 15, 333-339.

52.   Tremont, G., **Stern, R.A.**, Westervelt, H., *Bishop, C.L, & Davis, J.D.* (2003). Neurobehavioral functioning in thyroid disorders. Medicine and Health Rhode Island, 86, 318-322.

53.   Westervelt, H.J., **Stern, R.A.**, & Tremont, G. (2003). Odor identification deficits in diffuse lewy body disease. Cognitive and Behavioral Neurology, 16, 93-99.

54.   *Temple, R.O.* **Stern, R.A.**, *Latham, J., Ruffolo, J.S.,* Arruda, J.E. & Tremont, G. (2004). Assessment of Mood State in Dementia by Use of the Visual Analog Mood Scales (VAMS). American Journal of Geriatric Psychiatry, 12. 527-530.

55.   **Stern, R.A.,** *Davis, J.D., Rogers, B.L., Smith, K.M.,* Harrington, C.J., Ott, B.R., Jackson, I.M.D., & Prange, A.J. Jr. (2004). Preliminary study of the relationship between thyroid status and cognitive and neuropsychiatric functioning in euthyroid patients with Alzheimer's dementia. Cognitive and Behavioral Neurology, 17, 219-223.

56.   *Brown, L.B.,* **Stern, R.A.**, Cahn-Weiner, D.A., *Rogers, B.,* Davis, M.A., Lannon, M.C., Maxwell, C., Souza, T., White, T., & Ott, B.R. (2005). Driving Scenes test of the Neuropsychological Assessment Battery (NAB) and on-road driving performance in aging and very mild dementia. Archives of Clinical Neuropsychology, 20, 209-215.

57.   Jefferson, A.L., *Wong, S., Bolen, E.,* Ozonoff, A., Green, R.C., & **Stern, R.A.** (2006). Cognitive correlates of HVOT performance differ between patients with mild cognitive impairment and normal controls. Archives of Clinical Neuropsychology, 21, 405-412.

58.   Westervelt, H.J., Brown, L.B, Tremont, G., Javorsky, D.J., & **Stern, R.A.** (2006). Patient and family perceptions of the neuropsychological evaluation: How Are We Doing? The Clinical Neuropsychologist, 20, 1385-4046

59.   Bhalla, R.K., Papandonatos, G.D., **Stern, R.A.**, & Ott, B.R. (2007). Alzheimer's disease patients' anxiety prior to and following a standardized on-road driving test. Alzheimer's and Dementia, 3, 33-39.

60.   Jefferson, A.L., *Wong, S., Gracer, T.S.* Ozonoff, A., Green, R.C., & **Stern, R.A.** (2007). Geriatric performance on an abbreviated version of the Boston Naming Test. Applied Neuropsychology, 14, 215-223.

61.   *Ropacki, S.A.L.,* Bert, A.A., Ropacki, M.T., Rogers, B.L., & **Stern, R.A.** (2007). The influence of cognitive reserve on neuropsychological functioning after coronary artery bypass grafting (CABG). Archives of Clinical Neuropsychology, 22, 73-85.

62.   *Ashendorf A.* Jefferson AL, O'Connor MK, Chaisson C, Green RC, & **Stern, RA**. (2008). Trail Making Test errors in normal aging, mild cognitive impairment, and dementia. Archives of Clinical Neuropsychology, 23, 129-137.

63.   *Davis, J.D., Podolanczuk, A.,* Donahue, J.E., Stopa, E., Hennessey, J.V., Luo, L.G., Lim, Y-P., & **Stern, R.A.** (2008).  Thyroid hormone levels in the prefrontal cortex of post-mortem brains of Alzheimer's disease patients.  Current Aging Science, 1, 175-181.

64.   *Hubbard EJ, Santini, V, Blankevoort CG, Volkers, KM, Barrup, MS, Byerly L,* Chaisson C, Jefferson AL, Kaplan, E, Green, RC, **Stern RA**. (2008). Clock Drawing Performance in Cognitively Normal Elderly. Archives of Clinical Neuropsychology, 23, 295-327.

65.   Posternak, M.A., Novak, S.P., **Stern, R.A.**, Hennessey, J.V., Joffe, R., Prange, A.J. Jr, & Zimmerman, M. (2008). A pilot effectiveness study: placebo-controlled trial of adjunctive L-triiodothyronine (T3) used to accelerate and potentiate the antidepressant response. The International Journal of Neuropsychopharmacology, 11, 15-25.

66.   **Stern, R.A.**, D'Ambrosio, L.A., Mohyde, M., *Carruth, A.,* Tracton-Bishop, B., *Hunter, J.D., Daneshvar, D.H.,* & Coughlin, J.F. (2008). At the Crossroads: Development and evaluation of a dementia caregiver group intervention to assist in driving cessation.  Gerontology and Geriatrics Education, 29, 363-382.

67.     *Ashendorf, L.*, Jefferson, A.L., Green, R.C., & **Stern, R.A.** (2009).  Test-retest stability on the WRAT-3 Reading subtest in geriatric cognitive evaluations.  Journal of Clinical and Experimental Neuropsychology, 31, 605-610.  **DOI:** 10.1080/13803390802375557

68.     *Chung, W.W.*, Chen, C.A., Cupples, L.A., Roberts, J.S., Hiraki, S.C., Nair, A.K., Green, R.C., & **Stern, R.A.** (2009). A new scale measuring psychological impact of genetic susceptibility testing for Alzheimer's disease. Alzheimer's Disease and Associated Disorders, 23, 50-56.

69.     D'Ambrosio, L.A., Coughlin, J.F., Mohyde, M., *Carruth, A., Hunter, J.D.*, & **Stern, R.A**. (2009). Caregiver communications and the transition from driver to passenger among people with dementia. Geriatric Rehabilitation, 25, 34–43.

70.     *Gavett, B.E., Poon, S.J.*, Ozonoff, A., Jefferson, A.L., Nair, A.K., Green, R.C., and **Stern, R.A.** (2009). Diagnostic utility of a list learning test in Alzheimer's disease and mild cognitive impairment. Journal of the International Neuropsychological Society, 15, 121-129.

71.     McKee, A.C., Cantu, R.C., Nowinski, C.J., Hedley-Whyte, E.T., Lee, H.S., Kubilus, C.A., *Gavett, B.E.*, Romero, R., Budson, A.E., Ryu, H., *Santini, V.E.,* & **Stern, R.A.** (2009). Chronic Traumatic Encephalopathy in athletes: Progressive tauopathy following repetitive concussion. Journal of Neuropathology and Experimental Neurology, 68, 709-735.

72.     *Eggermont, L.H., Gavett, B.E., Volkers, K.M., Blankevoort, C.G.*, Scherder, E.J., Jefferson, A.L., Steinberg, E., Nair, A., Green, R.C., & **Stern, R.A.** (2010). Lower extremity function in normal cognitive aging, mild cognitive impairment, and Alzheimer's disease.  Archives of Physical Medicine and Rehabilitation, 91, 584-588.

73.     Gavett BE, Ozonoff A, *Doktor V,* Palmisano J, Nair AK, Green RC, Jefferson AL, **Stern RA.** (2010). Predicting cognitive decline and conversion to Alzheimer's disease in older adults using the NAB List Learning test. Journal of the International Neuropsychological Society, 16, 651-660.

74.     Gavett, B.E., **Stern, R.A.**, Cantu, R.C., Nowinski, C.J., & McKee, A.C. (2010). Mild traumatic brain injury: A risk factor for neurodegeneration. Alzheimer's Research and Therapy, 2, 18-21.

75.     McKee, A.C., Gavett, B.E., **Stern, R.A.,** Nowinski, C.J., Cantu, R.C., Kowall, N.W., Perl, D., Hedley-Whyte, E.T., Price, B., Sullivan, C., Morin, P., Lee, H.S., Kubilus, C.A., *Daneshvar, D., Wulff, M.,* & Budson, A.E. (2010). TDP-43 proteinopathy and motor neuron disease in chronic traumatic encephalopathy. Journal of Neuropathology and Experimental Neurology. 69, 918-929.

76.     Nair, A., *Gavett, B.E., Damman, M., Dekker, W.,* Green, R.C., Mandel, A., Auerbach, S., Steinberg, E., *Hubbard, E.*, and **Stern, R.A**. (2010). Clock Drawing Test ratings by practicing dementia specialists: Inter-rater reliability and diagnostic accuracy.  Journal of Neuropsychiatry and Clinical Neurosciences. 22, 85-92.

77.     *Daneshvar, D.H., Baugh, C.M.,* Nowinski, C.J., McKee, A.C., **Stern, R.A.,** & Cantu, R.C. (2011). Helmets and mouth guards:  The role of personal equipment in preventing sport-related concussions. Clinics in Sports Medicine, 30, 145-163.

78.     *Daneshvar, D.H., Riley, D.O.,* Nowinski, C.J., McKee, A.C., **Stern, R.A.**, & Cantu, R.C. (2011). Long-term consequences: Effects on normal development profile after concussion. Physical Medicine and Rehabilitation Clinics of North America, 22, 683–700.

79.     Gavett, B.E., Cantu, R.C., Shenton, M., Lin, A., Nowinski, C.J., McKee, A.C., & **Stern, R.A.** (2011). Clinical appraisal of chronic traumatic encephalopathy: Current perspectives and future directions. Current Opinion in Neurology, 24, 525–531.

80.     Gavett, B.E., **Stern, R.A.**, & McKee, A.C. (2011). Chronic Traumatic Encephalopathy: A potential late effect of sport-related concussive and subconcussive head trauma. Clinics in Sports Medicine, 30, 179-188.

81.     Naj, A.C., Jun, G., Beecham, G.W., Wang, L.S., Vardarajan, B.N., Buros, J., Gallins, P.J., Buxbaum, J.D., Jarvik, G.P., Crane, P.K., Larson, E.B., Bird, T.D., Boeve, B.F., Graff-Radford, N.R., De Jager, P.L., Evans, D., Schneider, J.A., Carrasquillo, M.M., Ertekin-Taner, N., Younkin, S.G., Cruchaga, C., Kauwe, J.S.K., Nowotny, P., Kramer, P., Hardy, J., Huentelman, M.J., Myers, A.J., Barmada, M.M., Demirci, F.Y., Baldwin, C.T., Green, R.C., Rogaeva, E., St. George-Hyslop, P., Arnold, S.E., Barber, R., Beach, T., Bigio, E.H., Bowen, J.D., Boxer, A., Burke, J.R., Cairns,

N.J., Carlson, C.S., Carney, R.M., Carroll, S.L., Chui, H.C., Clark, D.G., Corneveaux, J., Cotman, C.W., Cumming, J.L., DeCarli, C., DeKosky, S.T., Diaz-Arrastia, R., Dick, M., Dickson, D.W., Eillis, W.G., Faber, K.M., Fallon, K.B., Farlow, M.R., Ferris, S., Frosch, M.P., Galasko, D.R., Ganguli, M., Gearing, M., Geschwind, D.H., Ghetti, B., Gilbert, J.R., Gilman, S., Giordani, B., Glass, J.D., Growdon, J.H., Hamilton, R.L., Harrell, L.E., Head, E., Honig, L.S., Hulette, C.M., Hyman B.T., Jicha, G.A., Jin, L.W., Johnson, N., Karlawish, J., Karydas, A., Kaye, J.A., Kim, R., Koo, E.H., Kowall, N.W., Lah, J.J., Levey, A.I., Lieberman, A.P., Lopez, O.L., Mack, W.J., Marson, D.C., Martiniuk, F., Mash, D.C., Masliah, E., McCormick, W.C., McCurry, S.M., McDavid, A.N., McKee, A.C., Mesulam, M., Miller, B.L., Miller, C.A., Miller, J.W., Parisi, J.E., Perl, D.P., Peskind, E., Petersen, R.C., Poon, W.W., Quinn, J.F., Rajbhandary, R.A., Raskind, M., Resiberg, B., Ringman, J.M., Roberson, E.D., Rosenberg, R.N., Sano, M., Schneider, L.S., Seeley, W., Shelanski, M.L., Slifer, M.A., Smith, C.D., Sonnen, H.V., Spina, S., **Stern, R.A.,** Tanzi, R.E., Trojanowski, J.Q., Troncoso, J.C., Van Deerlin, V.M., Vinters, H.V., Vonsattel, J.P., Weintraub, S., Welsh-Bohmer, K.A., Williamson, J., Woltjer, R.L., Cantwell, L.B., Dombrowski, B.A., Beekly, D., Lunetta, K.L, Martin, E.R, Kamboh, M.I., Saykin, A.J., Reiman, E.M., Bennett, D.A., Morris, J.C., Montine, T.J., Goate, A.M., Blacker, D., Tsuang, D.W., Hakonarson, H., Kukull, W.A., Foroud, T.M., Haines, J.L., Mayeux, R., Pericak-Vance, M.A., Farrer, L.A., & Schellenberg, G.D. (2011). Common variants in *MS4A4/MS4A6E*, *CD2AP*, *CD33*, and *EPHA1* are associated with late-onset Alzheimer's disease. <u>Nature Genetics,</u> <u>43</u>, 436–441

82.    Ready, R.E., Carvalho, J.O., Green, R.C., Gavett, B.E., & **Stern, R.A.** (2011). The structure and validity of self-reported affect in mild cognitive impairment and mild Alzheimer's disease. <u>International Psychogeriatrics,</u> <u>23</u>, 887-898.

83.    **Stern, R.A.**, *Riley, D.A., Daneshvar, D.H.*, Nowinski, C.J., Cantu, R.C. & McKee, A.C. (2011). Long-term consequences of repetitive brain trauma: Chronic traumatic encephalopathy.  <u>Physical Medicine and Rehabilitation,</u> <u>3</u>, S460-S467.

84.    *Baugh, C.M., Stamm, J.M., Riley, D.O.,* Gavett, B.G., Shenton, M.E., Lin, A.L., Cantu, R.C., McKee, A.C., & **Stern, R.A.** (2012). Chronic Traumatic Encephalopathy: Neurodegeneration following repetitive concussive and subconcussive brain trauma.  <u>Brain Imaging and Behavior,</u> <u>6</u>, 244-254.

85.    Gavett, B.E., *Lou, K.R., Daneshvar, D.H.,* Green, R.C., Jefferson, A.L., & **Stern, R.A.** (2012). Diagnostic accuracy statistics for seven Neuropsychological Assessment Battery (NAB) Test variables in the diagnosis of Alzheimer's disease. <u>Applied Neuropsychology,</u> <u>19</u>, 108-115.

86.    Gavett, B.E., & **Stern, R.A.** (2012). Dementia has a categorical, not dimensional, latent structure. <u>Psychology and Aging,</u> <u>27</u>, 791–797.

87.    Goldstein, L.E., Fisher, A.M., Tagge, C.A., Zhang, X.-L., Velisek, L., Sullivan, J. A. Upreti, C., Kracht, J. M., Ericsson, M., Wojnarowicz, M.W., Goletiani, C.J., Maglakelidze, G.M., Casey, N., Moncaster, J.A., Minaeva, O., Moir, R.D., Nowinski, C.J., **Stern, R.A.,** Cantu, R.C., Geiling, J., Blusztajn, J.K., Wolozin, B.L., Ikezu, T., Stein, T.D., Budson, A.E., Kowall, N.W., Chargin, D. Sharon, A., Saman, S., Hall, G.F., Moss, W.C., Cleveland, R.O., Tanzi, R.E., Stanton, P.K., & McKee, A.C. (2012). Chronic Traumatic Encephalopathy in Blast-Exposed Military Veterans and a Blast Neurotrauma Mouse Model. <u>Science Translational Medicine,</u> <u>4</u>, 1946-6234.

88.    Niewoehner, P.M., Henderson, R.R., Dalchow, J., Beardsley, T.L., **Stern, R.A.**, & Carr, D.B. (2012). Predicting road test performance in adults with cognitive or visual impairment referred to a VA driving clinic. <u>Journal of the American Geriatrics Society,</u> <u>60</u>, 2070-2074

89.    Shenton ME, Hamoda HM, Schneiderman JS, Bouix S, Pasternak O, Rathi Y, Vu MA, Purohit MP, Helmer K, Koerte I, Lin AP, Westin CF, Kikinis R, Kubicki M, **Stern RA**, & Zafonte R. (2012). A review of magnetic resonance imaging and diffusion tensor imaging findings in mild traumatic brain injury. <u>Brain Imaging and Behavior,</u> <u>6</u>, 137–192.

90.      Holton P, Ryten M, Nalls M, Trabzuni D, Weale ME, Hernandez D, Crehan H, Gibbs JR, Mayeux R, Haines JL, Farrer LA, Pericak-Vance MA, Schellenberg GD; Alzheimer's Disease Genetics Consortium, Ramirez-Restrepo M, Engel A, Myers AJ, Corneveaux JJ, Huentelman MJ, Dillman A, Cookson MR, Reiman EM, Singleton A, Hardy J, Guerreiro R, Apostolova LG, Arnold SE, Baldwin CT, Barber R, Barmada MM, Beach TG, Beecham GW, Beekly D, Bennett DA, Bigio EH, Bird TD, Blacker D, Boeve BF, Bowen JD, Boxer A, Burke JR, Buros J, Buxbaum JD, Cairns NJ, Cantwell LB, Cao C, Carlson CS, Carney RM, Carrasquillo MM, Carroll SL, Chui HC, Clark DG, Cotman CW, Crane PK, Crocco EA, Cruchaga C, Cummings JL, De Jager PL, DeCarli C, DeKosky ST, Demirci FY, Diaz-Arrastia R, Dick M, Dickson DW, Duara R, Ellis WG, Ertekin-Taner N, Evans D, Faber KM, Fallon KB, Farlow MR, Ferris S, Foroud TM, Frosch MP, Galasko DR, Ganguli M, Gearing M, Geschwind DH, Ghetti B, Gilbert JR, Gilman S, Giordani B, Glass JD, Goate AM, Graff-Radford NR, Green RC, Growdon JH, Hakonarson H, Hamilton RL, Harrell LE, Head E, Honig LS, Hulette CM, Hyman BT, Jarvik GP, Jicha GA, Jin LW, Jun G, Kamboh MI, Karlawish J, Karydas A, Kauwe JS, Kaye JA, Kim R, Koo EH, Kowall NW, Kramer P, Kukull WA, Lah JJ, Larson EB, Levey AI, Lieberman AP, Lopez OL, Lunetta KL, Mack WJ, Marson DC, Martin ER, Martiniuk F, Mash DC, Masliah E, McCormick WC, McCurry SM, McDavid AN, McKee AC, Mesulam M, Miller BL, Miller CA, Miller JW, Montine TJ, Morris JC, Naj AC, Nowotny P, Parisi JE, Peskind E, Petersen RC, Poon WW, Potter H, Quinn JF, Raj A, Rajbhandary RA, Raskind M, Reisberg B, Reitz C, Ringman JM, Roberson ED, Rogaeva E, Rosenberg RN, Sano M, Saykin AJ, Schneider JA, Schneider LS, Seeley WW, Shelanski ML, Smith CD, Sonnen JA, Spina S, St George-Hyslop P, **Stern RA**, Tanzi RE, Trojanowski JQ, Troncoso JC, Tsuang DW, Valladares O, Van Deerlin VM, Vardarajan BN, Vinters HV, Vonsattel JP, Wang LS, Weintraub S, Welsh-Bohmer KA, Williamson J, Woltjer RL, Wright CB, & Younkin SG (2013). Initial assessment of the pathogenic mechanisms of the recently identified Alzheimer risk Loci. <u>Annals of Human Genetics</u>, <u>77</u>, 85-105.

91.      Joffe, R.T., Pearce, E.N., Hennessey, J.V., Ryan, J.J., & **Stern, R.A.** (2013). Subclinical hypothyroidism, mood, and cognition in the elderly: A review. <u>International Journal of Geriatric Psychiatry</u>. 28, 111-118.

92.      Mandelblatt, J.S., Hurria, A., McDonald, B.C., Saykin, A.J., **Stern, R.A.**, VanMeter, J.W., McGuckin, M., Traina, T., Denduluri, N., Turner, S., Howard, D., Jacobsen, P.B., Ahles, T., for the Thinking and Living With Cancer Study (2013). Cognitive effects of cancer and its treatments at the intersection of aging: What do we know; what do we need to know? <u>Seminars in Oncology</u>, <u>40</u>, 709-725.

93.      McKee, A., **Stern, R.**, Nowinski, C., Stein, T., Alvarez, V., *Daneshvar, D.*, Lee, H., Wojtowicz, S., Hall., G., *Baugh, B., Riley, D.*, Kubilis, C., Cormier, K., Jacobs, M., Martin, B., Abraham, C., Ikezu, T., Reichard, R., Wolozin, B., Budson, A., Goldstein, G., Kowall, N., & Cantu, R. (2013). The spectrum of disease in chronic traumatic encephalopathy. <u>Brain</u>. <u>136</u>, 43-64

94.      Mez, J., **Stern, R.A**., & McKee, A.C. (2013). Chronic traumatic encephalopathy: Where are we and where are we going? <u>Current Neurology and Neuroscience Reports.</u> <u>13</u>, 407.

95.      *Seichepine, D.R., Stamm, J.M., Daneshvar, D.H., Riley, D.O., Baugh, C.M.,* Gavett, B.E., Tripodis, Y., Martin, B., Chaisson, C., McKee, A.C., Cantu, R.C., *Nowinski, C.J.,* & **Stern, R.A.** (2013). Profile of self-reported problems with executive functioning in college and professional football players. <u>Journal of Neurotrauma</u>. <u>30</u>, 1299-1304.

96.      **Stern, R.A.**, *Daneshvar, D.H., Baugh, C.M., Seichepine, D.R., Montenigro, P.H., Riley, D.O., Fritts, N.G., Stamm, J.M., Robbins, C.A.,* McHale, L., Simkin, I., Stein, T.D., Alvarez, V., Goldstein, L.E., Budson, A.E., Kowall, N.W., Nowinski, C.J., Cantu, R.C., & McKee, A.C. (2013). Clinical presentation of Chronic Traumatic Encephalopathy. <u>Neurology</u>, <u>81</u>, 1122-1129.

97.    Lin, A.P., Ramadan, S., **Stern, R.A.,** Box, H.C., Nowinski, C.J., Ross, B.D., & Mountford, C.E. (in press). Changes in the neurochemistry of athletes with repetitive brain trauma: Preliminary results using 2D correlated spectroscopy. <u>Alzheimer's Research and Therapy.</u>

98.    *Robbins, C.A., Daneshvar, D.H., Picano, J.D.,* Gavett, B.E., *Baugh, C.M., Riley, D.O.,* Nowinski, C.J., McKee, A.C., Cantu, R.C., & **Stern, R.A.** (in press). Self-reported concussion history: Impact of providing a definition of concussion. <u>Open Access Journal of Sports Medicine.</u>

99.    Qiu, W.Q., Lai, A., Mon, T., Mwamburi, D.M., Taylor, W., Rosenzweig, J., Kowall, N., **Stern, R.A.,** Zhu, H., & Steffens, D.C. (in press). Angiotensin Converting Enzyme Inhibitors and Alzheimer's disease in the Presence of Apolipoprotein E4 Allele. <u>American Journal of Geriatric Psychiatry</u>.

100.   Qiu, W.Q, Mwamburi, M., Besser, L.M., Zhu, H., Li, H., Wallack, M., Phillips, L., Qiao, L., Budson, A., **Stern, R.A.,** & Kowall, N. (in press). Angiotensin Converting Enzyme inhibitors and the reduced risk of Alzheimer's disease in the absence of Apoliprotein E4 allele. <u>Journal of Alzheimer's Disease</u>.


**ORIGINAL, PEER REVIEWED ARTICLES <u>UNDER REVIEW</u>:**

*(Past and present students, fellows, and other trainees italicized)*


1.    *Bourlas, A.P., Stamm, J.M., Baugh, C.M., Daneshvar, D.H.,* Breaud, A.H., *Robbins, C.A., Riley, D.O.,* Martin, B.M., McClean, M.D., Au, R., Gioia, G., Ozonoff, A., McKee, A.C., Nowinski, C.J., Chaisson, C.E., Cantu, R.C., Tripodis, Y., & **Stern, R.A.** (under review). Relationship between playing tackle football prior to age 12 and later-life mood, behavior, and cognition. <u>Journal of the American Medical Association - Neurology</u>.

2.    Crary, J.F., Stein, T.D., *Daneshvar, D.H.,* Alvarez, V.E., Santa-Maria, I., **Stern, R.A**., Illowsky, A., Clark, L., & McKee, A. (under review). The MAPT H1 haplotype accelerates progression of chronic traumatic encephalopathy. <u>Annals of Neurology</u>.

3.    Mandelblatt, J.S., **Stern, R.A.,** Luta, G., McGuckin, M., Clapp, J.D., Hurria, A., Jacobsen, P.J., Faul, L.A., Isaacs, C., Denduluri, N., Gavett, B., Traina, T.A., Johnson, P., Silliman, R.A., Turner, R.S., Howard, D., VanMeter, J.W., Saykin, A., & Ahles, T., (under review). Cognitive impairments in older breast cancer patients prior to systemic therapy: Is there an interaction between cancer and comorbidity? <u>Journal of Clinical Oncology</u>.

4.    Montenigro, P.H., Baugh, C.M., Daneshvar, D.H., Mez, J., Budson, A.E., Au, R., Katz, D., Cantu, R.C., & **Stern, R.A.** (under review).  Clinical subtypes of chronic traumatic encephalopathy: Literature review and proposed research diagnostic criteria forTraumatic Encephalopathy Syndrome. <u>Alzheimer's Research and Therapy.</u>

5.    *Seichepine, D.R., Stamm, J.M., Baugh, C.M.,* & **Stern, R.A** (under review). Brain trauma and Alzheimer's disease risk in the context of chronic traumatic encephalopathy. <u>Neurology</u>.


**RESEARCH PUBLICATIONS WITHOUT NAMED AUTHORSHIP**

1.    Aisen, P.S., Schneider, L.S., Sano, M., Diaz-Arrastia, R., van Dyck, C.H., Weiner, M.F., Bottiglieri, T., Jin, S., Stokes, K.T., Thomas, R.G., Thal, L.J. & **Alzheimer Disease Cooperative Study** (2008). High-dose B vitamin supplementation and cognitive decline in Alzheimer disease: a randomized controlled trial. <u>Journal of the American Medical Association, 300,</u> 1774-1783.

2.      **ADAPT Research Group**, Martin, B.K., Szekely, C., Brandt, J., Piantadosi, S., Breitner, J.C., Craft, S., Evans, D., Green, R., Mullan, M. (2009). Cognitive function over time in the Alzheimer's Disease Anti-inflammatory Prevention Trial (ADAPT): results of a randomized, controlled trial of naproxen and celecoxib. Archives of Neurology, 65, 896-905.

3.      Jun G, Naj AC, Beecham GW, …**Alzheimer's Disease Genetics Consortium,…** Pericak-Vance MA, & Schellenberg GD (2010). Meta-Analysis confirms *CR1*, *CLU*, and *PICALM* as Alzheimer's disease risk loci and reveals interactions with *APOE* genotypes. Archives of Neurology, 67, 1473-1484.

4.      Jun G, Vardarajan BN, Buros J, …**Alzheimer's Disease Genetics Consortium**, … Schellenberg GD, & Farrer LA. (2012). Comprehensive search for Alzheimer disease susceptibility loci in the APOE region. Archives of Neurology, 69, 1270-9.

5.      Whitcomb, D., LaRusch, J., Krasinskas, A.M., …**Alzheimer's Disease Genetics Consortium**, … Yadav, D., & Devlin, B. (2012).  Common genetic variants in the CLDN2 and PRSS1-PRSS2 loci alter risk for alcohol-related and sporadic pancreatitis. Nature Genetics, 44, 1349–1354.

6.      Zou, F., Chai, H.S., Younkin, C.S., …**Alzheimer's Disease Genetics Consortium**, …Younkin, S.G.,  & Nilüfer Ertekin-Taner, N.  (2012). Brain expression genome-wide association study (eGWAS) identifies human disease-associated variants. PloS Genetics, 8(6): e1002707.

7.      Cruchaga, C., Kauwe, J.S.K., Harari, O., …**Alzheimer Disease Genetic Consortium** & Goate, A.M. (2013). GWAS of cerebrospinal fluid tau levels identifies risk variants for Alzheimer's disease. Neuron, 78, 256–268.

8.      Holton, P., Ryten, M., Nalls, M., … **Alzheimer's Disease Genetics Consortium**, … Hardy, J., & Guerreiro, R. (2013). Initial assessment of the pathogenic mechanisms of the recently identified Alzheimer risk Loci. Annals of Human Genetics, 77, 85-105.

9.      Miyashita, A., Koike, A., Jun, G., … **The Alzheimer's Disease Genetics Consortium**, … Farrer, L.A., and Kuwanzo, R. (2013). SORL1 is genetically associated with late-onset Alzheimer's disease in Japanese, Koreans and Caucasians. PLoS One, 8(4):e58618.

10.     Reitz, C., Jun, G., Naj, A., …& **Alzheimer Disease Genetics Consortium.** (2013). Variants in the ATP-binding cassette transporter (ABCA7), apolipoprotein E ∈4, and the risk of late-onset Alzheimer disease in African Americans. JAMA, 309(14), 1483-92.

11.     Reitz C, Mayeux, R., & **Alzheimer's Disease Genetics Consortium.** (2013). TREM2 and neurodegenerative disease. New England Journal of Medicine, 369, 1564-5.

12.     Lambert, J.C., Ibrahim-Verbaas, C.A., Harold, D., …**Alzheimer's Disease Genetic Consortium**,… Schellenberg, G.D., & Amouyel, P. (2013). Meta-analysis of 74,046 individuals identifies 11 new susceptibility loci for Alzheimer's disease. Nature Genetics, epub ahead of print, October 27, 2013.

13.     Allen, M., Zou, F., Chai, H.S., …**Alzheimer's Disease Genetics Consortium**, …Younkin, S.G, & Ertekin-Taner, N. (in press). Novel late-onset Alzheimer's disease loci variants associate with brain gene expression. Neurology.

14.   Jun, G., Vardarajan, B.N., Buros, J., …**The Alzheimer's Disease Genetics Consortium**, … Schellenberg, G.D., & Farrer, L.A. (in press). A comprehensive search for Alzheimer disease susceptibility loci in the APOE region. <u>Archives of Neurology</u>.

15.   Reitz, C., Tosto, G., Vardarajan, B.N., … & **Alzheimer's Disease Genetics Consortium**. (under review).  Independent and epistatic effects of variants in VPS10 sortilin receptors on Alzheimer's disease risk and processing of the amyloid precursor protein (APP).  <u>Annals of Neurology</u>.

16.   Miyashita, A., Koike, A., Jun, G., … **The Alzheimer's Disease Genetics Consortium**, …(in press). SORL1 is genetically associated with late-onset Alzheimer's disease in Japanese, Koreans and Caucasians. <u>GWAS</u>.

**CASE REPORTS, REVIEWS, CHAPTERS, EDITORIALS AND OTHER PUBLICATIONS**

## Proceedings of Meetings & Invited Papers

*(Past and present students, fellows, and other trainees italicized)*

1.   Raymond, P.F., **Stern, R.A.**, Authelet, A.M., & Penny, D. (1987). A comparison of California Verbal Learning Test performance among patients with multiple sclerosis, vascular lesions, and normal controls. <u>Journal of Clinical and Experimental Neuropsychology</u>, 9, 49.

2.   **Stern, R.A.** (1988). <u>Mood disorders following stroke</u>. Doctoral Dissertation, University of Rhode Island, Kingston. Abstracted in Dissertation Abstracts International.

3.   Raymond, P.A., Authelet, A.M., **Stern, R.A.**, & Penny, D. (1989). Patterns of memory dysfunction in multiple sclerosis. <u>Journal of Clinical and Experimental Neuropsychology</u>, 11, 49.

4.   **Stern, R.A.**, & Bachman, D.L. (1989). Dysphoric mood and vegetative disturbance following stroke: Patterns of lesion localization. <u>Journal of Clinical and Experimental Neuropsychology</u>, 11, 97-98.

5.   Keenan, P., **Stern, R.A.**, Janowsky, D.S., & Pedersen, C.A. (1990). Verbal learning and affective state in premenstrual syndrome.  <u>Journal of Clinical and Experimental Neuropsychology</u>, 12, 76-77.

6.   Keenan, P., **Stern, R.A.**, Janowsky, D.S., & Pedersen, C.A. (1990). Cognitive functioning across the menstrual cycle in women with and without premenstrual syndrome.  <u>Journal of Clinical and Experimental Neuropsychology</u>, 12, 76.

7.   **Stern, R.A.**, Bachman, D.L., Valentino, D.A., & Raymond, P.M. (1990).  Aphasia and mood disorders.  <u>Journal of Clinical and Experimental Neuropsychology</u>, 12, 32.

8.   **Stern, R.A.**, Hooper, C.R., & *Morey, C.E.* (1990). Development of visual analogue scales to measure mood in aphasia. <u>The Clinical Neuropsychologist</u>, 4, 300.

9.   **Stern, R.A.**, *Morey, C.E.*, Perry, J.R., McCartney, W.H., Mason, G.A., & Prange, A.J. Jr. (1990). Neuropsychological and psychiatric correlates of hyperthyroidism: Preliminary findings. <u>NeuroEndocrinology Letters</u>, 12, 273.

10.   **Stern, R.A.**, Nevels, C.T., Shelhorse, M.E., *Prohaska, M.L.*, Mason, G.A., & Prange, A.J. Jr. (1990). Triiodothyronine potentiation of electroconvulsive therapy: Preliminary findings. <u>NeuroEndocrinology Letters</u>, 12, 362.

11.   Girdler, S.S., Pedersen, C.A., **Stern, R.A.**, & Light, K.C. (1991). Menstrual cycle and premenstrual syndrome: Modifiers of cardiovascular reactivity in women. <u>Psychophysiology</u> (Suppl.), 28, S25.

12.  Haggerty, J.J. Jr., **Stern, R.A.**, Beckwith, J., *Morey, C.E.*, Mason, G., & Prange, A.J. Jr. (1991). A controlled evaluation of psychiatric and neuropsychological function in subclinical hypothyroidism. Biological Psychiatry, 29, 153A.

13.  **Stern, R.A.**, & Bachman, D.L. (1991). Depressive Symptom nach cerebrovaskularem insult [Depressive symptoms following stroke]. Exacta Psychiatrica, 5, 15.

14.  **Stern, R.A.**, & Bachman, D.L. (1991). Depressive symptoms following stroke. Digest of Neurology and Psychiatry, Series, 59, 125.

15.  **Stern, R.A.**, & Bachman, D.L. (1991). Depressive symptoms following stroke. Focus on Depression, 2, 93-94.

16.  **Stern, R.A.**, & Bachman, D.L. (1991). Depressive symptoms following stroke. Psychiatry Digest, 8, 22-23.

17.  **Stern, R.A.**, Davidson, E.J., *Singer, N.G.*, Perkins, D.O., *Silva, S.G.*, & Evans, D.L. (1991). The role of vitamin B12 deficiency in the early neurobehavioral impairments seen in asymptomatic HIV seropositive gay men. Biological Psychiatry, 29, 155A-156A.

18.  **Stern, R.A.**, Nevels, C.T., Shelhorse, M.E., *Prohaska, M.L.*, & Prange, A.J. Jr. (1991). The effects of combined electroconvulsive therapy and thyroid hormone treatment on verbal memory and depressive symptomatology: Preliminary report. Journal of Clinical and Experimental Neuropsychology, 13, 31.

19.  **Stern, R.A.**, Rosenbaum, J., White, R.F., & *Morey, C.E.* (1991). Clinical validation of a visual analogue dysphoria scale for neurologic patients. Journal of Clinical and Experimental Neuropsychology, 13, 106.

20.  **Stern, R.A.**, *Singer, N.G., Morey, C.E., Silva, S.G.*, Wilkins, J.W., & Kaplan, E. (1991). A qualitative scoring system for the Rey-Osterrieth Complex Figure. Journal of Clinical and Experimental Neuropsychology, 13, 89.

21.  **Stern, R.A.**, *Singer, N.G., Silva, S.G.*, Rogers, H.J., Perkins, D.O., Hall, C.D., van der Horst, C.M., & Evans, D.L. (1991). Motor dysfunction in early asymptomatic HIV infection. Society for Neuroscience Abstracts, 17, 487.13.

22.  Evans, D.L., Petitto, J., Leserman, J., Perkins, D.O., **Stern, R.A.**, Folds, J. Ozer, H., Golden, R.N., (1992). Stress, depression and natural killer cells: Potential clinical relevance. Clinical Neuropharmacology, 15, 656A-657A.

23.  Haggerty, J.J., **Stern, R.A.**, Mason, G.A., Marquardt, M., & Prange, A.J. Jr. (1992). Subclinical hypothyroidism: recognition, significance, management. Clinical Neuropharmacology, 15, 386A.

24.  Pedersen, C.A., **Stern, R.A.**, *Pate, J.*, & Mason, G.A. (1992). Depression history and changes in the adrenal and thyroid axes during the puerperium. Biological Psychiatry, 31, 126A.

25.  *Silva, S.G.*, **Stern, R.A.**, Golden, R.N., Davidson, E.J., & Janowsky, D.S. (1992). The effects of physostigmine on behavioral inhibition, cognition, and mood in healthy males. Biological Psychiatry, 31, 111A-112A.

26.  *Silva, S.G.*, **Stern, R.A.**, Golden, R.N., Davidson, E.J., Mason, G.A., & Janowsky, D.S. (1992). Physostigmine effects on neuropsychological performance and mood in healthy males. The Clinical Neuropsychologist, 6, 346.

27.  **Stern, R.A.**, *Duke, L.M., Pate, J.D., Silva, S.G.*, Bowes, W.A., & Pedersen, C.A. (1992). Neuropsychological correlates of pregnancy and the early postpartum period. The Clinical Neuropsychologist, 6, 349.

28.    **Stern, R.A.**, Nevels, C.T., Shelhorse, M.E., *Prohaska, M.L.*, Mason, G.A., & Prange, A.J. Jr. (1992). The use of T3 to enhance the effects of ECT. Clinical Neuropharmacology, 15, 387A-388A.

29.    **Stern, R.A.**, *Silva, S.G., Gortner, D.T., Daughtrey, E.W.*, Perkins, D.O., Leserman, J., Hall, C.D., & Evans, D.L. (1992). Neurobehavioral functioning as a predictor of immunosuppression in asymptomatic HIV seropositive gay men. Biological Psychiatry, 31, 238A.

30.    Forman, L.M., *Silva, S.G.*, & **Stern, R.A.**, & *Pate, J.* (1993). Bromocriptine augmentation of neuroleptic treatment in schizophrenia.  Journal of Neuropsychiatry and Clinical Neurosciences, 5, 453.

31.    Pedersen, C.A., Evans, D.L., Ozer, H., Folds, J., *Pate, J.*, Senger, M.A., & **Stern, R.A.** (1993). Natural killer cell activity is decreased in postpartum dysphoria.  Biological Psychiatry, 33, 85A.

32.    *Silva, S.G.*, **Stern, R.A.**, *Daughtrey, E.W.*, Perkins, D.O., Leserman, J., & Evans, D.L. (1993). Disrupted mood and information processing speed interactions in asymptomatic HIV-1 seropositive gay men. Journal of Neuropsychiatry and Clinical Neurosciences, 5, 450-451.

33.    *Silva, S.G.*, **Stern, R.A.**, *Steketee, M.C., Daughtrey, E.W., Chaisson, N.*, & Evans, D.L. (1993). Twelve-month decline in general intellectual ability in asymptomatic HIV-1 seropositive gay men with early neurobehavioral impairments. Clinical Neuropathology, 12, S34.

34.    *Steketee, M.C.*, **Stern, R.A.**, *Silva, S.G., Daughtrey, E.W., Chaisson, N.*, & Evans, D.L. (1993). Factor and cluster analyses of neuropsychological performance in a sample of asymptomatic HIV-seropositive gay men. Clinical Neuropathology, 12, S34.

35.    **Stern, R.A.** *Silva, S.G., Daughtrey, E.W., Gortner, D.T.*, Mason, G.A., & Evans, D.L. (1993). Endocrine correlates of neuropsychological functioning in asymptomatic HIV-1 seropositive gay men. Journal of Clinical and Experimental Neuropsychology, 15, 96.

36.    **Stern, R.A.**, *Silva, S.G., Gortner, D.T., Daughtrey, E.W., Bostancic, F.*, & Evans, D.L. (1993). Neuropsychological functioning in asymptomatic HIV-1 seropositive gay men: A principal components analysis. Journal of Clinical and Experimental Neuropsychology, 15, 96-97.

37.    *Prohaska, M.L.*, **Stern, R.A.**, & Prange, A.J. Jr. (1994).  The role of thyroid status in the neuropsychological side effects of lithium. Journal of Neuropsychiatry and Clinical Neurosciences, 6, 323.

38.    *Silva, S.G.*, **Stern, R.A.**, *Chaisson, N., Baum, S.F.*, Perkins, D.O., Golden, R.N., & Evans, D.L. (1994). Apathy and neurobehavioral functioning in asymptomatic HIV-seropositive gay men. Journal of Neuropsychiatry and Clinical Neurosciences, 6, 311.

39.    *Silva, S.G.*, **Stern, R.A.**, *Chaisson, N., Baum, S.F., Singer, E.,* Golden, R.N., & Evans, D.L. (1994). Stable manual dexterity disturbance in asymptomatic HIV-1 seropositive gay men: A twelve-month follow-up. Biological Psychiatry, 35, 638A.

40.    *Silva, S.G.*, **Stern, R.A.**, Hall, M.J., & Janowsky, D.S. (1994). Physostigmine: Dissociation of mood and psychomotor effects in healthy males. Biological Psychiatry, 35, 666A

41.    **Stern, R.A.**, & Bachman, D.L. (1994). Discrepancy between self-report and observer rating of mood in stroke patients: Implications for the differential diagnosis of post-stroke depression. Journal of Neuropsychiatry and Clinical Neurosciences, 6, 319.

42.    **Stern, R.A.**, *Singer, E.A, Duke, L.M., Silva, S.G.*, Bowes, W., *Leshko, I.C.,* & Pedersen, C. (1994). Neuropsychiatric functioning in women taking oral contraceptives: A preliminary study.  Journal of Neuropsychiatry and Clinical Neurosciences, 6, 323.

Affidavit of Robert A. Stern, Ph.D.                                    -                                    Page 36
Concerning the Facts Related to Concussions

43      *Arruda, J.E.*, Valentino, D., **Stern, R.A.**, & Costa, L. (1995). Confirmatory factor analysis of quantified electroencephalogram measured during a continuous performance test. Journal of the International Neuropsychological Society, 1, 126.

44.     *Prohaska, M.L.*, **Stern, R.A.**, Mason, G.A., Nevels, C.T., & Prange, A.J. Jr. (1995). Thyroid hormone and lithium-related neuropsychological deficits: A preliminary test of the Lithium-Thyroid Interactive Hypothesis. Journal of the International Neuropsychological Society, 1, 134.

45.     *Silva, S.G.,* **Stern, R.A.**, *Chaisson, N., Singer, E.A., Baum, S.F.*, Golden, R.N., & Evans, D.L. (1995). The effects of cognitive reserve on neurobehavioral functioning in asymptomatic HIV-seropositive gay men. Journal of the International Neuropsychological Society, 1, 162.

46.     *Silva, S.G.,* **Stern, R.A.**, *Chaisson, N., Singer, E.A.*, Gaver, V., Watson, J.B., Golden, R.N., & Evans, D.L. (1995). Evidence of mild visuoconstructive impairments in HIV infection using the Boston Qualitative Scoring System for the Rey-Osterrieth Complex Figure. Journal of the International Neuropsychological Society, 1, 138.

47.     *Silva, S.G.,* **Stern, R.A.**, Durr, A.L., *Hall, M.J.,* Davis, S.S., & Haggerty, J.J. Jr. (1995). Neuropsychiatric functioning in subclinical hypothyroidism. Journal of Neuropsychiatry and Clinical Neurosciences, 7, 408.

48.     **Stern, R.A.** (1995). Neuropsychological functioning in hyperthyroidism. The Clinical Neuropsychologist, 9, 296.

49.     **Stern, R.A.**, *Singer, E.A., Duke, L.M., Singer, N.G., Morey, C.E., Daughtrey, E.W.*, & Kaplan, E. (1995). The Boston Qualitative Scoring System for the Rey-Osterrieth Complex Figure: Description and inter-rater reliability. Journal of the International Neuropsychological Society, 1, 357.

50.     *Suhr, J.A.*, **Stern, R.A.**, *Leshko, I.C., Singer, E.A., Franco, A., Lee, B., Pacheco, G.M.*, & Kaplan, E. (1995). The Boston Qualitative Scoring System for the Rey-Osterrieth Complex Figure: Preliminary validity findings. Journal of the International Neuropsychological Society, 1, 125.

51.     *Whealin, J.M*, **Stern, R.A.**, Mason, G.A., Noonan, L.R., Overstreet, D.H., *Silva, S.G.,* & Prange, A.J. Jr. (1995). Influence of L-triiodothyronine on memory functioning following repeated electroconvulsive shock in rats: Implications for human electroconvulsive therapy. Journal of the International Neuropsychological Society, 1, 382.

52.     *Arruda, J.E.*, **Stern, R.A.**, Hooper, C.R., Wolfner, G., *Somerville, J.,* & Bishop, D. (1996). Visual Analogue mood scales to measure internal mood state in aphasic patients: Description and initial validity evidence with normal and neurologically impaired subjects. Archives of Clinical Neuropsychology, 11, 364.

53.     *Cahn, D.A.*., Marcotte, A.C., **Stern, R.A.**, *Arruda, J.E.*, Akshoomoff, N.A., & *Leshko, I.C.* (1996). Qualitative features of visuoconstructural performance in children with Attention Deficit Hyperactivity Disorder. Archives of Clinical Neuropsychology, 11, 374-375.

54.     Nyenhuis, D.L., **Stern, R.A.**, Yamamoto, C., Terrien, A., Parmentier, A., Luchetta, T, & *Arruda, J.E.* (1996). A standardization, further validation and principal component analysis of the Visual Analogue Mood Scales. Journal of the International Neuropsychological Society, 2, 4.

55.     *Silva, S.G.,* Jackson, E., *Chaisson, N.*, **Stern, R.A.**, Golden, R.N., Petitto, J., & Evans, D.L. (1996). DHEA-S and decline in HIV-1 associated cognitive/motor functioning. Biological Psychiatry, 39, 663.

56.     *Silva, S.G.,* **Stern, R.A.**, *Chaisson, N., Singer, E.A., Baum, S.F.*, Golden, R.N., & Evans, D.L. (1996). Influence of cognitive reserve on neuropsychological functioning in asymptomatic HIV-seropositive gay men. Journal of Neuro-AIDS, 2, 178.

57.   **Stern, R.A.**, *Arruda, J.E.,* & *Legendre, S.A.* (1996). Assessment of mood state in patients undergoing electroconvulsive therapy: The utility of Visual Analog Mood Scales designed for cognitively-impaired patients. <u>Convulsive Therapy</u>, <u>12</u>, 74-75.

58.   *Arruda, J.E.*, **Stern, R.A.**, *Somerville, J.A.*, & Bishop, D.S. (1997). Description and initial reliability and validity evidence for the Visual Analogue Mood Scales in a neurologically-impaired patient population. <u>Journal of Neuropsychiatry and Clinical Neurosciences</u>, <u>9</u>, 152.

59.   *Arruda, J.E.*, **Stern, R.A.**, *Somerville, J.A.*, Cohen, R., Stein, M.I., & Martin, E.M. (1997). Neurobehavioral functioning in asymptomatic HIV-1 infected women: Preliminary findings. <u>Journal of the International Neuropsychological Society</u>, <u>3</u>, 14.

60.   *Arruda, J.E.*, Valentino, D.A., Weiler, M.D., & **Stern, R.A.** (1997). A further validation of a right hemisphere vigilance system as measured by factor analyzed quantitative electroencephalogram. <u>Journal of Neuropsychiatry and Clinical Neurosciences</u>, <u>9</u>, 699-700.

61.   Silva, S.G., Jackson, E.D., **Stern, R.A.**, Leserman, J., Perkins, D.O., Golden, R.N., & Evans, D.L. (1997). Depressed mood and neurocognitive functioning in HIV-1 infection: Relationship to cognitive reserve. <u>Journal of Neuropsychiatry and Clinical Neurosciences</u>, <u>9</u>, 167.

62.   *Singer Harris, N.*, **Stern, R.A.**, Marcotte, A.C., Stern, C., Huntzinger, R.M., *Somerville, J.A..*, Holler, K.A., Beetar, J.T., & Wilson, J.M. (1997). Assessment of mood states in children referred for neuropsychological evaluation: The Visual Analog Mood Scales-Children's Version. <u>Journal of Neuropsychiatry and Clinical Neurosciences</u>, <u>9</u>, 667. (*Based on this abstract, Naomi Singer Harris was the recipient of an American Neuropsychiatric Association Young Investigator Award.*)

63.   **Stern, R.A.**, *Arruda, J.E., Somerville, J.A.,* Cohen, R.A., & Boland, R.J. (1997). Neuropsychiatric functioning in asymptomatic HIV-1 infected women. <u>Journal of Neuropsychiatry and Clinical Neurosciences</u>, <u>9</u>, 147-148.

64.   **Stern, R.A.**, *Robinson, B., Thorner, A.R., Arruda, J.E.*, Prohaska, M.L., & Prange, A.J. Jr. (1997, February). A survey study of neuropsychiatric complaints in patients with Graves' disease. <u>Psychiatry Digest</u>, <u>1</u>, 20-22.

65.   *Thompson, G.B., Arruda, J.E., Javorsky, D.J., Dahlen, K., Somerville, J.A..*, Guilmette, T.J., & **Stern, R.A.** (1997). The effects of coaching on the detection of malingering using the Abbreviated Hiscock Forced-Choice Procedure. <u>Archives of Clinical Neuropsychology</u>, <u>12</u>, 414-415.

66.   *Tremont, G.*, **Stern, R.A.**, Abuelo, D.N., Geffroy, G.A.E., Walsh, A.J., & Salloway, S.P. (1997). Early-onset Alzheimer's dementia in a mentally-retarded adult associated with novel Presenilin-1 mutations. <u>Journal of Neuropsychiatry and Clinical Neurosciences</u>, <u>9</u>, 697.

67.   Freeman, R.Q., Carew, T.G., Lamar, M., Cloud, B.S., Resh, R., **Stern, R.**, & Libon, D.J. (1998). Visuoconstructional impairment in dementia. <u>Archives of Clinical Neuropsychology</u>, <u>13</u>, 40-41.

68.   *Thompson, G.B., Arruda, J.E., Tremont, G., Javorsky, D.J., Somerville, J.A.*, & **Stern, R.A.** (1998). Detection of malingering with the Boston Qualitative Scoring System for the Rey-Osterrieth Complex Figure. <u>Archives of Clinical Neuropsychology</u>, <u>13</u>, 98-99.

69.   *Harris, N.S.*, Bernstein, J.H., Waber, D.P., & **R.A. Stern** (1999). Comparison of two qualitative scoring systems for the Rey-Osterrieth Complex Figure: The DSS and BQSS. <u>Journal of the International Neuropsychological Society</u>, <u>5</u>, 120.

70.   *Javorsky, D.* & **Stern, R.A.** (1999). Validity of the Boston Qualitative Scoring System (BQSS) for the Rey-Osterrieth Complex Figure in discriminating between Alzheimer's and vascular dementia. <u>Journal of the International Neuropsychological Society</u>, <u>5</u>, 120.

71.    *Latham, J.A.*, Tremont, G., *Somerville, J.A.*, Arruda, J.E., & **Stern, R.A.** (1999). Assessing internal mood state in dementia: Validation of the Visual Analog Mood Scales. Journal of Neuropsychiatry and Clinical Neurosciences, 11, 148.

72.    Silva, S.G., Jackson, E.D., Lanning, K.M., Leserman, J., Perkins, D.O., **Stern, R.A.**, Golden, R.N., & Evans, D.L. (1999). Cognitive reserve and HIV-1 disease progression: The differential effects of neurologic versus psychosocial factors. Journal of Neuropsychiatry and Clinical Neurosciences, 11, 162-163.

73.    *Somerville, J.A., Tremont, G.*, & **Stern, R.A.** (1999). The Boston Qualitative Scoring System (BQSS) for the Rey-Osterrieth Complex Figure as a Measure of Executive Functioning: A Convergent Validity Study.  Journal of the International Neuropsychological Society 5, 118.

74.    *Javorsky, D.*, Rosenbaum, J., & **Stern, R.A.** (1999). Utility of the Boston Qualitative Scoring System (BQSS) for the Rey-Osterrieth Complex Figure in the evaluation of traumatic brain injury. Archives of Clinical Neuropsychology, 14, 789-790.

75.    Tremont, G., *Somerville, J.A.*, & **Stern, R.A.** (1999). Neuropsychological performance in Graves' hyperthyroidism: Evidence for executive dysfunction. Archives of Clinical Neuropsychology, 14, 652-653.

76.    *Halpert, S.*, Tremont, G., *Javorsky, D.*, & **Stern, R.A.** (2000). Differential impact of executive dysfunction on the California Verbal Learning Test and Logical Memory. Journal of the International Neuropsychological Society 6, 138.

77.    *Javorsky, D.*, Silva, S.G., & **Stern, R.A.** (2000). Utility of the Boston Qualitative Scoring System (BQSS) in evaluating the Rey-Osterrieth performance of asymptomatic HIV seropositive men. Journal of the International Neuropsychological Society, 6, 232.

78.    Racenstein, J.M., Martin, E.M., Reed, R., Carson, V., Harris, T.E., Pitrak, D., Arruda, J.E., *Somerville, J.A.*, & **Stern, R.A.** (2000). Gender differences in spatial working memory in HIV positive individuals. Journal of the International Neuropsychological Society, 6, 135.

79.    *Somerville, J.A., Javorsky, D,* Tremont, G., *Westervelt, H.*, & **Stern, R.A.** (2000). Flow-charts vs. pen-switching: A comparison of administration procedures for the Rey-Osterrieth Complex Figure. Journal of the International Neuropsychological Society, 6, 144.

80.    **Stern, R.A.**, *Legendre, S., Thorner, A.*, Solomon, D., Tremont, G., *Arruda, J.A,* Furman, M., *Somerville, J.A.*, & Prange, A.J. Jr. (2000). Exogenous thyroid hormone diminishes the amnestic side effects of electroconvulsive therapy. Journal of the International Neuropsychological Society, 6, 235.

81.    **Stern, R.A.** & White, T. (2000). Survey of neuropsychological assessment practices. Journal of the International Neuropsychological Society, 6, 137.

82.    Tremont, G., *Somerville, J.A., Pettibon, W.H., Javorsky, D.J.,* & **Stern, R.A.** (2000). A Quick Scoring Guide for the Boston Qualitative Scoring System for the Rey-Osterrieth Complex Figure. Journal of the International Neuropsychological Society, 6, 144.

83.    Tremont, G., *Somerville, J.A., Smith, K.E.,* Hennessey, J.V., Noto, R.V., Jackson, I.M.D., & **Stern, R.A.** (2000). Cerebral hypoperfusion and neuropsychological deficits in patients with Graves' hyperthyroidism. Archives of Clinical Neuropsychology, 15, 665-666.

84.    *Westervelt, H., Somerville, J.A.,* Tremont, G., & **Stern, R.A.** (2000). The impact of organizational strategy on recall of the Rey-Osterrieth Complex Figure. Archives of Clinical Neuropsychology 15, 684.

85.    *Legendre, S.A., Ropacki, M.T., Sourathathone, C.M.,* Tremont, G., & **Stern, R.A.** (2001). Comparison of the Hopkins Verbal Learning Test and Randt Short Stories in assessing memory after ECT. Archives of Clinical Neuropsychology, 16, 798.

86.    *Legendre, S.A.,* **Stern, R.A.,** Solomon, D.A., Furman, M.J., & *Smith, K.E.* (2001). The influence of cognitive reserve on memory following electroconvulsive therapy. Journal of Neuropsychiatry and Clinical Neurosciences, 13, 133. (*Based on this abstract, Susan Legendre was the recipient of an American Neuropsychiatric Association Young Investigator Award.*)

87.    *Somerville, J.A.,* & **Stern, R.A.** (2001). Effects of length of delay on Rey-Osterrieth Complex Figure Recall.  Journal of the International Neuropsychological Society 7, 132.

88.    *Sourathathone, C.M., Legendre, S., Ropacki, M.,* Westervelt, H., Tremont, G., & **Stern, R.A.** (2001). Relationship between verbal fluency measures and the Boston Naming Test (BNT). Archives of Clinical Neuropsychology, 16, 807-808.

89.    *Sourathathone, C.M., Westervelt, H.J.,* **Stern, R.A.,** & Tremont, G. (2001). Qualitative analysis of errors on the Paced Auditory Serial Addition Task (PASAT). Journal of Neuropsychiatry and Clinical Neurosciences, 13, 135.

90.    Tremont, G., Westervelt, H., *Podolanczuk, A.,* Javorsky, D., & **Stern, R.A.** (2001). Referring physician's perceptions of the neuropsychological evaluation: How are we doing? Archives of Clinical Neuropsychology, 16, 808.

91.    *Westervelt, H.,* Tremont, G., *Somerville, J., Padolanczuk, A.,* & **Stern, R.A.** (2001). Why are some amnestic patients oriented? Journal of the International Neuropsychological Society, 7, 133-134.

92.    *Rilling, L.M.,* Tremont, G., *Podolanczuk, A.,* & **Stern, R.A.** (2002). The validity and classification accuracy of the Wisconsin Card Sorting Test-64. Journal of the International Neuropsychological Society, 8, 154.

93.    *Williams, K.,* Cahn-Weiner, D.A., Grace, J., Tremont, G., Westervelt, H., & **Stern, R.A.** (2002). Quantitative and qualitative features of clock drawing performance in Alzheimer's disease, Parkinson's disease, and Dementia with Lew Bodies. Archives of Clinical Neuropsychology, 17, 737.

94.    *Bishop, C.,* **Stern, R.,** & Javorsky, D. (2003). Nine-year longitudinal case study of progressive dementia pugilistica. Journal of the International Neuropsychological Society, 9, 165.

95.    *Bishop, C.L.,* Westervelt, H.J., & **Stern, R.A.** (2003). Severe, refractory depression and the development of a buccofacial movement disorder in a patient with vascular dementia secondary to polycythemia vera: A case study. Journal of Neuropsychiatry and Clinical Neurosciences, 15, 268.

96.    *Davis, J.D.* & **Stern, R.A.** (2003). A case of apparent progressive cognitive decline in an older woman with multiple treated endocrinopathies: Importance of considering endocrine status in diagnosing dementia. Journal of Neuropsychiatry and Clinical Neurosciences, 15, 268.

97.    *Podolanczuk, A., Davis, J.D.,* Stopa, E., Hennessey, J.V., Luo, L., Lim, Y., & **Stern, R.A.** (2003). Thyroid hormone concentrations in prefrontal cortex of post mortem brains of Alzheimer's disease patients and controls. Journal of Neuropsychiatry and Clinical Neurosciences, 15, 272.

98.    **Stern, R.,** *Bender, A.,* Furman, M., *Smith, K., Rogers, B.,* Browning, R., Raufi, N., & Solomon, D. (2003). The use of Aricept (Donepezil) in electroconvulsive therapy (ECT). Journal of the International Neuropsychological Society, 9, 327-328.

99.    **Stern, R.A.,** *Davis, J.D., Rogers, B.L., Smith, K.M.,* Harrington, C.J., Ott, B.R., Prange, A.J. Jr. (2003). A double-blind study of thyroxine in the treatment of Alzheimer's dementia. Journal of Neuropsychiatry and Clinical Neurosciences, 15, 272.

100.    **Stern, R.,** Helm-Estabrooks, N., *Ruffolo, J.,* Leitten, C., & White, T. (2003). The NAB Narrative Writing Test: Description and interrater reliability. <u>Journal of the International Neuropsychological Society</u>, 9, 242.

101.    **Stern, R.,** *Ruffolo, J., Van Meter, A.,* Leitten, C., & White, T. (2003). The NAB Figure Drawing Test: Description and interrater reliability. <u>Journal of the International Neuropsychological Society</u>, 9, 242.

102.    **Stern, R.,** *Van Meter, A., Lang, K.,* Westervelt, H., Leitten, C., Hethcox, A., & White, T. (2003). The NAB Judgment Test: Description and interrater reliability. <u>Journal of the International Neuropsychological Society</u>, 9, 241.

103.    Tremont, G., *Ruffolo, J., Bender, A., Podolanczuk, A.,* Hennessey, J., Noto, R., & **Stern, R.** (2003). Association between brain SPECT and neuropsychological functioning in Graves' disease. <u>Journal of the International Neuropsychological Society</u>, 9, 299.

104.    Westervelt, H.J., **Stern, R.,** & Tremont, G. (2003). Odor identification deficits in Diffuse Lewy Body disease. <u>Journal of the International Neuropsychological Society</u>, 9, 164.

105.    *Bishop, C.L., Temple, R.O.,* Tremont, G., Westervelt, H.J., & **Stern, R.A.** (2003). Utility of inpatient neuropsychological consultation in an acute medical hospital. <u>Archives of Clinical Neuropsychology</u>, 18, 793.

106.    **Stern, R.A.,** & White, T. (2003). The Neuropsychological Assessment Battery (NAB): Development and psychometric properties. <u>Archives of Clinical Neuropsychology</u>, 18, 805.

107.    *Legendre, S.A.,* **Stern, R.A.,** Bert, A.A., & *Rogers, B.L.* (2003).  The influence of cognitive reserve on neuropsychological functioning after CABG. <u>Archives of Clinical Neuropsychology</u>, 18, 726. *(Based on this abstract, Susan Legendre was the recipient of a Student Poster Award from the National Academy of Neuropsychology.)*

108.    *Temple, R.O.,* & **Stern, R.A.** (2003). Marchiafava-Bignami disease: A case report. <u>Archives of Clinical Neuropsychology</u> 18, 732-733.

109.    Tremont, G., Westervelt, H.J., *Davis, J.D., Macaulay, C.* & **Stern, R.A.** (2003). Effect of the neuropsychological evaluation on self-report of cognitive difficulties in early dementia. <u>Archives of Clinical Neuropsychology</u>, 18, 703-704.

110.    *Brown, L.B.,* **Stern, R.A.,** Cahn-Weiner, D.A., *Rogers, B.,* Davis, M.A., Lannon, M.C., Maxwell, C., Souza, T., White, T., & Ott, B.R. (2004). Ecological validity of the Neuropsychological Assessment Battery (NAB) Driving Scenes test. <u>Journal of Neuropsychiatry and Clinical Neurosciences</u>, 16, 232-233.

111.    Ledbetter, M.F., Davis, M.A., White, T., & **Stern, R.A.** (2004). Reliability of the Neuropsychological Assessment Battery (NAB). <u>Journal of the International Neuropsychological Society</u>, 10(S1), 106.

112.    Ledbetter, M.F., White, T., & **Stern, R.A.** (2004). Validity evidence based on the internal structure of the Neuropsychological Assessment Battery (NAB). <u>Journal of the International Neuropsychological Society</u>, 10 (S1), 106.

113.    *Macaulay, C.,* **Stern, R.A.,** & White, T. (2004). Validity evidence for the  Neuropsychological Assessment Battery (NAB): How does the NAB compare to existing tests?. <u>Journal of the International Neuropsychological Society</u>, 10(S1), 106.

114.   *Spitznagel, M.B.*, Tremont, G., Westervelt, H.J. & **Stern, R.A.** (2004). Does cognitive reserve play a role in anosognosia in dementia? Journal of the International Neuropsychological Society, 10(S1), 10.

115.   **Stern, R.A.** & White, T. (2004). Introduction to the Neuropsychological Assessment Battery (NAB). Journal of the International Neuropsychological Society, 10(S1), 105.

116.   **Stern, R.A.**, White, T., & Ledbetter, M.F. (2004). Validity evidence for the Neuropsychological Assessment Battery (NAB): Sensitivity, specificity, and clinical profiles. Journal of the International Neuropsychological Society, 10(S1), 106-107.

117.   White, T., Davis, M.A., & **Stern, R.A.** (2004). Standardization and norming of the Neuropsychological Assessment Battery (NAB). Journal of the International Neuropsychological Society, 10(S1), 106.

118.   Westervelt, H J, Tremont G, *Spitznagel MB,* Howard JM, & **Stern RA.** (2005). Differential Odor Identification Performance in Dementia Subtypes. Journal of the International Neuropsychological Society, 11(S1), 107.

119.   Westervelt, H.J., *Brown, L.B.,* Tremont, G., & **Stern, R.A.** (2005). Patient and family perceptions of the neuropsychological evaluation: How are we doing? Archives of Clinical Neuropsychology, 20, 895.

120.   Jefferson, A.L., *Wong, S., Bolen, E.*, Ozonoff, A., Levenson, S., Green, R.C., & **Stern, R.A.** (2006). Cognitive predictors of Hooper Visual Organization Test (HVOT) performance differ between patients with mild cognitive impairment (MCI) and geriatric normal controls (NC). Journal of the International Neuropsychological Society, 12(S1), 115.

121.   Jefferson, A.L., *Wong, S., Gracer, T.S.*, Ozonoff, A., Levenson, S., Green, R.C., & **Stern, R.A.** (2006). Geriatric performance on the 30-item even version of the Boston Naming Test (BNT): A comparison of normal controls (NC), mild cognitive impairment (MCI), and Alzheimer's disease (AD). Journal of the International Neuropsychological Society, 12(S1), 26.

122.   *Santini, V.*, **Stern, R.A.**, & Green, R.C. (2006). Relationship between thyroid status and neuropsychological performance in healthy elderly euthyroid controls. Journal of the International Neuropsychological Society, 12(S1), 144.

123.   *Ashendorf, L.*, Jefferson, A.L., Green, R.C., & **Stern, R.A.** (2007). Test-retest consistency of the WRAT-3 Reading Subtest among older adults. Journal of the International Neuropsychological Society, 13(S1), 80.

124.   *Ashendorf, L.,* Jefferson, A.L., Green, R.C., & **Stern, R.A.** (2007). Grooved Pegboard Test Performance Among Cognitively Normal Elders and Individuals with MCI. Journal of the International Neuropsychological Society, 13(S1), 105.

125.   *Ashendorf, L.,* O'Connor, M.K., Green, R.C., Jefferson, A.L., & **Stern, R.A.** (2007). Utility of Trail Making Test errors in MCI and AD. Journal of the International Neuropsychological Society, 13(S1), 80.

126.   *Ashendorf, L.,* O'Connor, M.K., Green, R.C., Jefferson, A.L., & **Stern, R.A.** (2007). Older adult normative data for Trail Making Test errors. Journal of the International Neuropsychological Society, 13(S1), 31.

127.   *Gavett, B.E., Barrup, M., Gonzalez, B.,* Nair, A.K., Green, R.C., Jefferson, A.L., & **Stern, R.A**. (2008). Rates of Impaired Episodic Memory on a Modified Logical Memory Test Compared to the CERAD Word Recall Test. Archives of Clinical Neuropsychology, 23, 713.

128.     McKee, A., **Stern, R.A.**, *Gavett, B.*, & Cantu, R. (2008). The distinct pattern of tau degeneration in dementia pugilistica. <u>Federation of American Societies for Experimental Biology Journal</u>, <u>22</u>,173.11.

129.     *Gavett, B.E.,* **Stern, R. A.**, Nowinski, C. J., Cantu, R. C., & McKee, A. C. (2009). Clinical and Neuropathological Findings in Chronic Traumatic Encephalopathy: A Case Series. <u>Archives of Clinical Neuropsychology</u>, <u>24</u>, 525.

130.     *Lou, K. R., Gavett, B. E.,* Jefferson, A. L., Nair, A. K., Green R. C., & **Stern, R. A.** (2009). Sensitivity and specificity of select Neuropsychological Assessment Battery (NAB) subtests in the diagnosis of Alzheimer's disease. <u>Archives of Clinical Neuropsychology</u>, <u>24</u>, 439-440.

131.     *Pimontel, M., Gavett, B. E.,* Jefferson, A. L., Nair, A. K., Green, R. C., & **Stern, R. A.** (2009). Cognitive assessment of older adults using WAIS-R Digit Symbol: Normative data concerns. <u>Archives of Clinical Neuropsychology</u>, <u>24</u>, 439.

132.     Gavett BE, Kowall NK, Qiu W, Green RC, Jefferson AL, **Stern RA.** (2010, October). Lack of equivalence between the Mini-Mental State Examination (MMSE) and the Clinical Dementia Rating (CDR) in very mild to moderate stage dementia. <u>Archives of Clinical Neuropsychology.</u>

133.     Lin A.P., Ramadan, S., Box, H., Stanwell, P. & **Stern, R.A** Neurochemical Changes in Athletes with Chronic Traumatic Encephalopathy.  Paper presented at the Annual Meeting of the Radiological Society of North America; December 1, 2010; Chicago, IL

134.     *Feke, G.T., Hyman, B.T.,* **Stern, R.A.,** *& Pasquale, L.R. (2011).* Retinal Blood Flow and Nerve Fiber Layer Thickness in Patients with Mild Cognitive Impairment or Probable Alzheimer's Disease. Poster presented at the Annual Meeting of the Association for Research in Vision and Ophthalmology (ARVO), May 1-5, 2011, Fort Lauderdale, FL.

**Textbook Chapters**

1.     Evans, D.L., **Stern, R.A.**, Golden, R.N., Haggerty, J.J. Jr., Perkins, D., Simon, J.S., & Nemeroff, C.D. (1990). Neuroendocrine and peptide challenge tests in primary and secondary depression. In C.B. Nemeroff (Ed.) <u>Neuropeptides and Psychiatric Disorders</u>. Washington, D.C.: American Psychiatric Association Press, pp. 279-298.

2.     Perkins, D.O., **Stern, R.A.**, Golden, R.N., Miller, H.L., & Evans, D.L. (1991). Use of neuroendocrine tests in the psychiatric assessment of the medically ill patient. In J.A. McCubbin, P.G. Kaufmann, and C.B. Nemeroff (Eds) <u>Stress, Neuropeptides, and Systemic Disease</u>. New York: Academic Press, pp. 199-217.

3.     Prange, A.J. Jr., & **Stern, R.A.** (1995). Pharmacologic use of thyroid hormones in psychiatry. In H.I. Kaplan & B.J. Sadock (Eds.). <u>Comprehensive Textbook of Psychiatry/VI</u>.  Baltimore: Williams and Wilkins, pp. 2083-2088.

4.     **Stern, R.A.**, Perkins, D.O., & Evans, D.L. (1995). Neuropsychiatric aspects of HIV-1 infection and AIDS. In F.E. Bloom & D.J. Kupfer (Eds.). <u>Psychopharmacology: The Fourth Generation of Progress</u>. New York: Raven Press, pp. 1545-1558. URL: http://www.acnp.org/citations/GN401000149.

5.     **Stern, R.A.**, & Prange, A.J. Jr. (1995). Neuropsychiatric aspects of endocrine disorders. In H.I. Kaplan & B.J. Sadock (Eds.). <u>Comprehensive Textbook of Psychiatry/VI</u>.  Baltimore: Williams and Wilkins, pp. 241-251.

6.         **Stern, R.A.**, & *Prohaska, M.L.* (1996). Neuropsychological evaluation of executive functioning. In L.J. Dickstein, M.B. Riba, & J.M. Oldham (Eds.). <u>American Psychiatric Press Review of Psychiatry, Vol. 15</u>. Washington, D.C.: American Psychiatric Press, pp. 243-266.

7.         Connors, C.K., Epstein, J., **Stern, R.A.**, March, J., Sparrow, E., & *Javorsky, D.J.* (2003). Subtyping Attention-Deficit/Hyperactivity Disorder (ADHD): Use of the ROCF. In J. Knight & E. Kaplan (Eds.). <u>The Handbook of Rey-Osterrieth Complex Figure Usage: Clinical and Research Applications</u>. Lutz, Florida: Psychological Assessment Resources, pp. 411-431.

8.         Libon, D.J., Freeman, R.Q., Giovannetti, T., Lamar, M., Cloud, B.S., **Stern, R.A.**, & Kaplan, E. (2003). The ROCF and visuoconstructional impairment in cortical and subcortical dementia. In J. Knight & E. Kaplan (Eds.). <u>The Handbook of Rey-Osterrieth Complex Figure Usage: Clinical and Research Applications</u>. Lutz, Florida: Psychological Assessment Resources, pp. 583-596.

9.         Boyle, P., *Ropacki, S.A.L.*, & **Stern, R.A.** (2007). Electroconvulsive therapy and coronary artery bypass grafting surgery: Pseudoexperimental paradigms for studying cognitive reserve. In Y. Stern (Ed.). <u>Cognitive Reserve: Theory and Applications</u>. New York: Taylor and Francis, pp. 117-130.

10.       Iverson, G.L., Brooks, B.L., White, T., & **Stern, R.A.** (2007). Neuropsychological Assessment Battery (NAB): Introduction and advanced interpretation. In: A.M. Horton (Ed.). <u>The Neuropsychology Handbook (3rd Ed.)</u>. New York: Springer, pp. 279-343.

11.       **Stern, R.A**. *Daneshvar, D. & Poon, S.* (2010). Visual Analogue Mood Scales. In S. Brumfitt (Ed.). <u>Psychological Well-Being in the Person with Acquired Communication Problems</u>. New York: John Wiley & Sons, pp. 116-136.

12.       **Stern, R.A.**, *Anderson, S. & Gavett, B.* (2011). Frontal Systems and Executive Functioning. In A. Budson & N. Kowall (Eds.). <u>The Handbook of Alzheimer's Disease and Other Dementias</u>. New York: Wiley-Blackwell.

13.       **Stern, R.A.** (in preparation). Chronic Traumatic Encephalopathy. In B.L. Miller & J.L. Cummings (Eds.). <u>The Human Frontal Lobes, 3rd Edition</u>. New York: The Guilford Press.

14.       Koerte, I.K., Lin, A., **Stern, R.A**., & Shenton, M.E. (in preparation). Post-Traumatic Cognitive Disorders. In S. Kanekar (Ed.) <u>Imaging Of Neurodegenerative Disorders</u>, New York: Thieme Publishers.

## Letters and Other Publications

1.         Haggerty, J.J. Jr., **Stern, R.A.**, Mason, G., & Prange, A.J. Jr. (1994). In reply to: The prevalence of goiter in psychiatric outpatients suffering from affective disorder [letter]. <u>American Journal of Psychiatry</u>, 151, 454.

2.         Tremont, G., & **Stern, R.A.** (2001). Minimizing the cognitive effects of lithium therapy and electroconvulsive therapy using thyroid hormone. .<u>Biologine Psichiatrija ir Psichofarmakologija</u> (Lithuanian journal; "Biological Psychiatry and Psychopharmacology"), 3, 5-11.

3.         **Stern, R.A.**, Gavett, B.E., *Baugh, C.,* Nowinski, C.J., Cantu, R.C., & McKee, A.C. (2011). Recurrent Sports-Related Traumatic Brain Injury and Tauopathy. In <u>Nutrition and Traumatic Brain Injury: Improving Acute and Subacute Health Outcomes in Military Personnel</u>, edited by J. Erdman, M. Oria, and L. Pillsbury. Washington, DC: The National Academies Press. pp. 305-310.

**Published Tests, Instruments, and Manuals:**

1.    **Stern, R.A.** (1997). <u>Visual Analog Mood Scales</u>, Psychological Assessment Resources (PAR), Odessa, FL.

2.    **Stern, R.A.**, *Javorsky, D.J., Singer, E.A., Singer, N.G., Duke, L.M., Somerville, J.A.*, Thompson, J.A., & Kaplan, E. (1999). <u>Boston Qualitative Scoring System (BQSS) for the Rey-Osterrieth Complex Figure</u>, Psychological Assessment Resources (PAR), Odessa, FL.

3.    **Stern, R.A.** & White, T. (2003). <u>Neuropsychological Assessment Battery (NAB)</u>, Psychological Assessment Resources (PAR), Lutz, FL.
                  In addition to the entire battery, the following individual tests and modules are available from the publisher:
                              NAB Screening Module
                              NAB Attention Module
                              NAB Language Module
                              NAB Memory Module
                              NAB Spatial Module
                              NAB Executive Functions Module
                              NAB Auditory Comprehension Test
                              NAB Categories Test
                              NAB Design Construction Test
                              NAB Digits Forward/Digits Backward Test
                              NAB Mazes Test
                              NAB Naming Test
                              NAB Numbers and Letters Test
                              NAB Orientation Test
                              NAB Visual Discrimination Test
                              NAB Writing Test

4.    **Stern, R.A.** & White, T. (2003). <u>NAB Administration, Scoring, and Interpretation Manual</u>, Psychological Assessment Resources (PAR), Lutz, FL.

5.    White, T. & **Stern, R.A.** (2003). <u>NAB Psychometric and Technical Manual</u>, Psychological Assessment Resources (PAR), Lutz, FL.

6.    White, T. & **Stern, R.A.** (2003). <u>NAB Demographically Corrected Norms Manual</u>, Psychological Assessment Resources (PAR), Lutz, FL.

7.    White, T. & **Stern, R.A.** (2003). <u>NAB U.S. Census-Matched Norms Manual</u>, Psychological Assessment Resources (PAR), Lutz, FL.

8.    Mohyde, M., Tracton-Bishop, B., Coughlin, J. D'Ambrosio, L., & **Stern, R.A** (2007). <u>At the Crossroads: The Support Group Kit on Alzheimer's Disease, Dementia & Driving</u>.  The Hartford, Hartford, CT.
                  The kit was developed collaboratively by BU School of Medicine, MIT AgeLab, The Hartford Financial Services Group the three organizations, based on materials developed for a research study (**PI R. Stern**) of dementia caregivers and driving.  Other major contributors include from the MIT AgeLab. The support group kit was the recipient of a *Today's Caregiver* Magazine's "2011 Caregiver Friendly" Award.