# Exhibit 4

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **IN RE: NATIONAL COLLEGIATE ATHLETIC ASSOCIATION STUDENT-ATHLETE CONCUSSION INJURY LITIGATION**<br><br>**THIS DOCUMENT RELATES TO:** | MDL No. 2492<br><br>Judge John Z. Lee<br><br>Magistrate Judge Brown |
| **Walker,** *et al*.<br><br>  v.<br><br>**National College Athletic Assoc.,** | No. 1:13-cv-00293  (E.D. Tenn.) |
| **Morgan,** *et al*.<br><br>  v.<br><br>**National Collegiate  Athletic Assoc.,** | No. 1:13-cv-03174 (D. Minn) |

## APPENDIX OF ARTICLE EXHIBITS

1. Attached as Exhibit A is a true and correct copy of an article by Jeffrey T. Barth, *et al.*, *Mild Head Injury in Sports: Neuropsychological Sequelae and Recovery of Function*, Oxford Press 257, 271-72 (1989).

2. Attached as Exhibit B is a true and correct copy of an article by Randall W. Dick, *A Summary of Head and Neck Injuries in Collegiate Athletics Using the NCAA Injury Surveillance System*, American Society for Testing and Materials Int'l 13, 18 (1994).

3. Attached as Exhibit C is a true and correct copy of an article by David M. Erlanger *et al.*, *Neuropsychology of Sports-Related Head Injury: Dementia Pugilistica to Post Concussion Syndrome*, 13 The Clinical Neuropsychologist 193, 200 (1999).

4. Attached as Exhibit D is a true and correct copy of an article by Kevin M. Guskiewicz, *et al.*, *Epidemiology of Concussion in Collegiate and High School Football Players*, 28 The Am. J. of Sports Med. 643, 649 (2000).

5. Attached as Exhibit E is a true and correct copy of an article by Kevin M. Guskiewicz, *et al., Cumulative Effects Associated with Recurrent Concussion in Collegiate Football Players*, 290 JAMA 2549, 2553 (2003).

6. Attached as Exhibit F is a true and correct copy of an article by Christopher Randolph, *et al.*, *Prevalence and Characterization of Mild Cognitive Impairment in Retired National Football League Players*, 19 J. of the Int'l Neuropsychological Soc'y 1, 1 (2013).

7. Attached as Exhibit G is a true and correct copy of an article by Brandon E. Gavett, *et al.*, *Chronic Traumatic Encephalopathy: A Potential Late Effect of Sport-Related Concussive and Subconcussive Head Trauma*, 30 Clinical J. of Sports Med. 179, 180 (2011).

8. Attached as Exhibit H is a true and correct copy of an article by Everett J. Lehman, *et al.*, *Neurodegenerative causes of death among retired National Football League players*, 79 Neurology 1, 1-2 (2012).

9. Attached as Exhibit I is a true and correct copy of an article by Jeff Victoroff (2013), *Traumatic encephalopathy: Review and provisional research diagnostic criteria*, 32 NeuroRehabilitation 211, 217 (2013).