IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **IN RE: NATIONAL COLLEGIATE ATHLETIC ASSOCIATION STUDENT-ATHLETE CONCUSSION INJURY LITIGATION**<br><br>**THIS DOCUMENT RELATES TO:** | MDL No. 2492<br><br>Judge John Z. Lee<br><br>Magistrate Judge Brown |
| **Walker,** *et al.*<br><br>   v.<br><br>**National College Athletic Assoc.,** | No. 1:13-cv-00293<br>(E.D. Tenn.) |
| **Morgan,** *et al.*<br><br>   v.<br><br>**National Collegiate Athletic Assoc.,** | No. 1:13-cv-03174<br>(D. Minn.) |

## NOTICE OF MOTIONS BY *WALKER* AND *MORGAN* PLAINTIFFS

PLEASE TAKE NOTICE that on Wednesday, February 5, 2014 at 9:00 a.m., the undersigned shall appear before the Honorable Judge John Z. Lee in the courtroom usually occupied by him in Room 1225 of the U.S. District Court for the Northern District of Illinois, 219 S. Dearborn Street, Chicago, Illinois and then and there present the:

(1)   Motion by the *Walker* and *Morgan* Plaintiffs to Temporarily Enjoin Ongoing Medical Monitoring Settlement Negotiations Between the *Arrington* Plaintiffs and the Defendant NCAA. Counsel for the *Arrington* Plaintiffs and counsel for Defendant NCAA have advised counsel for the *Walker* and *Morgan* Plaintiffs that this motion is contested; and

**(2)**   Motion by the *Walker* and *Morgan* Plaintiffs for an Extension of the Page Limitation for the Memorandum in Support of the *Walker* and *Morgan* Plaintiffs' Motion to Temporarily Enjoin Ongoing Medical Monitoring

1

Settlement Negotiations Between the *Arrington* Plaintiffs and the Defendant NCAA. Counsel for the *Arrington* Plaintiffs and counsel for Defendant NCAA do not oppose this motion.

Date: January 31, 2014

By: */s/ Richard S. Lewis*
Michael D. Hausfeld
Richard S. Lewis
Hausfeld LLP
1700 K Street, N.W.
Suite 650
Washington, DC 20006
Phone: 202-540-7200
Fax: 202-540-7201

Renae Steiner
Heins Mills & Olson, P.L.C.
310 Clifton Avenue
Minneapolis, MN 55403
Phone: 612-338-4605
Fax: 612-338-4605

Mark J. Feinberg (Trial Bar # 28654)
Shawn D. Stuckey
Zelle Hofmann Voelbel & Mason LLP
500 Washington Avenue, South
Suite 4000
Minneapolis, MN 55415
Telephone: 612-339-2020
Facsimile: 612-336-9100

Gordon Ball
Law Offices of Gordon Ball
7001 Old Kent Drive
Knoxville, TN 37919
Phone: 865-525-7028
Fax: 865-525-4679

Daniel S. Mason
Zelle Hofmann Voelbel & Mason LLP
44 Montgomery Street
Suite 3400
San Francisco, CA 94104
Phone: 415- 633-0700
Fax: 415-693-0770

W. Mark Lanier
Eugene R. Egdorf
The Lanier Law Firm
6810 FM 1960 West
Houston, Texas 77069
Phone: 713-659-5200
Fax: 713-659-2204

Timothy J. McIlwain
Timothy J. McIlwain, Attorney at Law, LLC
89 River Street #1538
Hoboken, NJ 07030
Phone: 877-375-9599
Fax: 609-450-7017

Joseph J. DePalma
Steven J. Greenfogel
Lite DePalma Greenberg, LLC
Two Gateway Center
Suite 1201
Newark, NJ 07102
Phone: 973-623-3000
Fax: 973-623-0858

Edgar D. Gankendorff,
Provosty & Gankendorff, L.L.C.
650 Poydras Street
Suite 2700
New Orleans, LA 70130
Phone: 504-410-2795
Fax: 504-410-2796

Charles S. Zimmerman
J. Gordon Rudd, Jr.
Brian C. Gudmundson
Zimmerman Reed, PLLP
1100 IDS Center, 80 South 8th Street
Minneapolis, MN 55402
Phone: 612-341-0400
Fax: 612-341-0844

*Counsel for Walker Plaintiffs*

James C. Selmer
Marc Berg
J. Selmer Law, P.A.
500 Washington Avenue South
Suite 2010
Minneapolis, MN 55415
Phone: 612-338-6005
Fax: 612-338-4120

*Counsel for Morgan Plaintiffs*

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that on the 31st day of January, 2014, a true and correct copy of the above and foregoing was served by electronic mail upon all attorneys of record.

/s/ Richard S. Lewis