# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6,1
### Eastern Division

National Collegiate Athletic Association Student−Athlete Concussion Injury Litigation, et al.

                                    Plaintiff,

v.                                      Case No.: 1:13−cv−09116

                                      Honorable John Z. Lee

                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, February 5, 2014:

      MINUTE entry before the Honorable John Z. Lee: Motion hearing held on 2/5/14. Any responses to Walker and Morgans motion to temporarily enjoin the ongoing Arrington medical monitoring class settlement negotiations with Defendant NCAA [5] are due by 2/19/14 and limited to 25 pages; the reply, if any, is due by 2/26/14 and limited to 5 pages. Plaintiff Walker and Morgan's unopposed motion for extension of page limitations for memorandum in support [6] is granted. The Doughty Plaintiffs joinder of Walker and Morgan's motion to temporarily enjoin the ongoing Arrington medical monitoring class action negotiations [10] and the Hudson Plaintiffs' joinder of Walker and Morgan Plaintiffs' motion [13] are both granted. Mailed notice(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.