UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **IN RE: NATIONAL COLLEGIATE ATHLETIC ASSOCIATION STUDENT-ATHLETE CONCUSSION LITIGATION** | MDL NO. 2492<br>Case No. 13-cv-09116<br><br>Judge John Z. Lee<br><br>Magistrate Judge Brown |

**MEDICAL MONITORING PLAINTIFFS' AGREED MOTION
FOR EXTENSION OF DATES SET IN CASE MANAGEMENT ORDER NO. 1
AND FOR CONTINUANCE OF HEARING DATE**

All Plaintiffs transferred to this Court by the Judicial Panel on Multi-District Litigation, by and through their attorneys, respectfully request a 30-day extension of the dates set forth in Case Management Order No. 1 and a continuance of the March 5, 2014 hearing date. In support thereof, Plaintiffs state as follows:

1. Pursuant to this Court's directions at the February 5, 2014 hearing and Case Management Order No. 1, Plaintiffs' counsel has been engaged in conferring regarding, *inter alia,* the discovery completed in *Arrington*, the status and substance of settlement negotiations between Interim Class Counsel in *Arrington* and the NCAA, and the other plaintiffs' counsel, including counsel in *Walker* and all the other cases bringing class medical monitoring claims in the MDL, as well as those cases bringing personal injury claims.

2. The discussions among Plaintiffs' counsel have been productive and may resolve issues regarding settlement and other topics. However, due to the complexity of the issues, all Plaintiffs believe an additional 30 days would aid in the resolution or narrowing of the current issues before the Court and be in the best interests of Plaintiffs and the medical monitoring Class members.

3. Plaintiffs' counsel has conferred with the NCAA, and the NCAA agrees with Plaintiffs' request.

4. The extended dates agreed to by Plaintiffs' counsel, subject to the Court's approval, are as follows:

| Description | Current Due Date | Requested Due Date |
|---|---|---|
| The *Arrington* Plaintiffs' response and the NCAA's response to the Motion To Temporarily Enjoin Settlement Negotiations | February 19, 2014 | March 21, 2014 |
| Applications for Lead and Liaison Counsel | February 24, 2014 | March 26, 2014 |
| The *Walker* Plaintiffs' Reply in Support of the Motion To Temporarily Enjoin Settlement Negotiations | February 26, 2014 | March 28, 2014 |
| Objections to Lead Applications | February 27, 2014 | March 31, 2014 |
| Proposed Case Management Schedule | February 27, 2014 | March 31, 2014 |
| Hearing | March 5, 2015 | Any date after March 31, 2014 at the convenience of the Court |

WHEREFORE, Plaintiffs respectfully request that the Court grant their Motion, extend the due dates set forth in Case Management Order No. 1 by 30 days, reset the hearing date to a date after March 31, 2014 at the Court's convenience, and grant such other and further relief as this Court deems appropriate.

Dated: February 19, 2014

        Respectfully submitted,

        ADRIAN ARRINGTON, DEREK OWENS, ANGELICA PALACIOS, and KYLE SOLOMON, individually and on behalf of all others similarly situated

        By: /s/ Steve W. Berman

        Steve W. Berman
        HAGENS BERMAN SOBOL SHAPIRO LLP
        1918 Eighth Avenue, Suite 3300
        Seattle, WA 98101
        206.623.7292
        Fax: 206.623.0594

        Elizabeth A. Fegan
        Daniel Kurowski
        Thomas E. Ahlering
        HAGENS BERMAN SOBOL SHAPIRO LLP
        1144 W. Lake Street, Suite 400
        Oak Park, IL 60301
        708.628.4949
        Fax: 708.628.4950

        Joseph J. Siprut
        SIPRUT PC
        17 North State Street, Suite 1600
        Chicago, IL 60602
        312.236.0000
        Fax: 312.878.1342