**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS**

|  |  |
|---|---|
| In Re: National Collegiate Athletic Association Student-Athlete Concussion Injury Litigation | ) ) ) ) ) ) ) ) | 

Case No: 13-cv-9116

Judge: John Z. Lee

**ORDER**

It has come to the Court's attention that a new Complaint attempting to file a tagalong action on behalf of plaintiff Abram Robert Wolf, et al., and intended to become part of the MDL case captioned *In Re National Collegiate Athletic Association Student-Athlete Concussion Injury Litigation*, Case No. 13-cv-9116, was erroneously filed in the master case docket. The Clerk is directed to remove the document filed as docket #18 and to open up a new case with this complaint as the originating document with the filing date of 2/10/14. Counsel should file a civil cover sheet and an affidavit in accordance with Local Rule 3.1(c). The plaintiff shall not be assessed an additional filing fee, as it has already paid the $400.00 fee when it erroneously filed the instant complaint in case no. 13-cv-9116.

Date: 2/19/14

_____
John Z. Lee
U.S. District Court Judge