# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

National Collegiate Athletic Association
Student−Athlete Concussion Injury Litigation, et al.

                        Plaintiff,

v.                              Case No.: 1:13−cv−09116

                        Honorable John Z. Lee

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, February 20, 2014:

    MINUTE entry before the Honorable John Z. Lee: The Medical Monitoring Plaintiffs' Agreed Motion for Extension of Dates [22] is granted. The Court adopts the revised due dates proposed therein. The Plaintiffs further requested that the Court reset the upcoming status hearing from 3/5/14 until some time after 3/31/14. Accordingly, the Court resets the status hearing from 3/5/14 to 4/24/14 at 1:00 p.m. No appearance is required on 2/25/14.Mailed notice(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.