# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                       Case Number:     13-cv-9116

In Re: National Collegiate Athletic Association Student-Athlete

Concussion Injury Litigation

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiffs, Abram Robert Wolf, Sean Sweeney, Natalie Kay Harada, Rachel Dianne Harada, Jim O'Connor, Brett Sweeney, and Brett Christensen

| NAME (Type or print) |
| --- |
| William T. Gibbs |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| --- |
| /s/William T. Gibbs |

| FIRM |
| --- |
| Corboy & Demetrio, P.C. |

| STREET ADDRESS |
| --- |
| 33 North Dearborn Street, 21st Floor |

| CITY/STATE/ZIP |
| --- |
| Chicago, Illinois 60602 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 6282949 | (312) 346-3191 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☒ |
| --- | --- | --- |

| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☒ |
| --- | --- | --- |

| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☒ |
| --- | --- | --- |

| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒ | NO ☐ |
| --- | --- | --- |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
| --- |
| RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ |

## CERTIFICATE OF SERVICE

      I certify that on February 21, 2014, I electronically filed the foregoing document entitled U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS - ATTORNEY APPEARANCE FORM with the Clerk of the Court using the ECF system, which will send notification of such filing to all parties. Parties may access this filing through the Court's electronic system.

 

/s/ William T. Gibbs
William T. Gibbs, Esq.
CORBOY & DEMETRIO, P.C.
33 North Dearborn Street, 21st Floor
Chicago, Illinois 60602
(312) 346-3191
(312) 346-5562 - FAX
wtg@corboydemetrio.com

***Attorneys for Plaintiffs, Abram Robert Wolf, Sean Sweeney, Natalie Kay Harada, Rachel Dianne Harada, Jim O'Connor, Brett Sweeney, and Brett Christensen***