UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **IN RE: NATIONAL COLLEGIATE ATHLETIC ASSOCIATION STUDENT-ATHLETE CONCUSSION LITIGATION** | MDL NO. 2492<br>Case No. 13-cv-09116<br><br>Judge John Z. Lee<br><br>Magistrate Judge Brown |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on Tuesday, April 1, 2014, at 9:00 a.m., counsel for Plaintiffs shall appear before the Honorable Judge John Z. Lee, in Courtroom 1225 of the U.S. District Court for the Northern District of Illinois, 219 S. Dearborn Street, Chicago, Illinois and then and there present the **MEDICAL MONITORING PLAINTIFFS' SECOND AGREED MOTION FOR EXTENSION OF DATES SET IN CASE MANAGEMENT ORDER NO. 1, AS AMENDED, AND FOR CONTINUANCE OF HEARING DATE**. You are welcome to attend and appear.

Date: March 20, 2014

Respectfully submitted,

ADRIAN ARRINGTON, DEREK OWENS, ANGELICA PALACIOS, and KYLE SOLOMON, individually and on behalf of all others similarly situated

By: /s/ Elizabeth A. Fegan

Steve W. Berman
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
206.623.7292
Fax: 206.623.0594
Email: steve@hbsslaw.com

Elizabeth A. Fegan
Daniel Kurowski
Thomas E. Ahlering
HAGENS BERMAN SOBOL SHAPIRO LLP
1144 W. Lake Street, Suite 400
Oak Park, IL 60301
708.628.4949
Fax: 708.628.4950
Email: beth@hbsslaw.com
Email: dank@hbsslaw.com
Email: toma@hbsslaw.com

Joseph J. Siprut
SIPRUT PC
17 North State Street, Suite 1600
Chicago, IL 60602
312.236.0000
Email: jsiprut@siprut.com

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that on March 20, 2014, a true and correct copy of the foregoing document was filed electronically via CM/ECF, which caused notice to be sent to all counsel of record.

By: /s/ Elizabeth A. Fegan