**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6,1**
**Eastern Division**

National Collegiate Athletic Association Student−Athlete
Concussion Injury Litigation, et al.

                                  Plaintiff,

v.　　　　　　　　　　　　　　　　　　Case No.: 1:13−cv−09116

                                                Honorable John Z. Lee

                                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, March 21, 2014:

      MINUTE entry before the Honorable John Z. Lee: The Medical Monitoring Plaintiffs' Motion for Extension of Dates, noticed for 4/1/14 at 9:00 a.m., is entered and continued to 4/8/14 at 10:00 a.m. All due dates are stayed and will be addressed at that time. At the hearing, counsel should be prepared to report on the status of the case. Any counsel located out of town may attend telephonically. Hagens Berman, as counsel for movant, shall coordinate attendance and provide the Court with a call−in number. Mailed notice(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.