# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6,1
### Eastern Division

| | |
|---|---|
| National Collegiate Athletic Association Student−Athlete Concussion Injury Litigation, et al.<br><br>Plaintiff,<br><br>v.<br><br><br><br>Defendant. | Case No.: 1:13−cv−09116<br><br>Honorable John Z. Lee |

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, April 14, 2014:

    MINUTE entry before the Honorable John Z. Lee: Motion hearing held on 4/14/14. Medical Monitoring Plaintiffs' second agreed motion for extension of dates set in Case Management Order No. 1 [29] is granted. The responses by the Arrington Plaintiffs and NCAA to the the Walker Plaintiffs' Motion To Temporarily Enjoin Settlement Negotiations is due by 5/5/14; applications for Lead and Liaison Counsel are due by 5/9/14; the Walker Plaintiffs Reply in Support of the Motion To Temporarily Enjoin Settlement Negotiations is due by 5/12/14; any objections to Lead Applications are due by 5/15/14; the Proposed Case Management Schedule is due by 5/15/14. This will be the final extension absent exceptional circumstances. The hearing date set for 4/24/14 is stricken. The Court is available for a case management hearing on the following days: 5/27/14, 5/28/14 or 5/29/14, all at 2:00 p.m. The parties are to confer and call the Courtroom Deputy within 7 days of the entry of this order with the date and time that works best for the parties. Out of town counsel may appear by telephone. Counsel should provide a call in number to the Court for the next case management hearing. Mailed notice(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.