# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF IOWA



### CERTIFICATE OF GOOD STANDING

I, Marjorie E. Krahn, Clerk of Court, certify that J. Barton Goplerud was duly admitted to practice in this Court on November 12, 2002 and is in good standing as a member of the Bar of this Court.

Dated at Des Moines, Iowa on this 11th day of April 2014.

Marjorie E. Krahn, Clerk
U.S. District Court

