UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL COLLEGIATE ATHLETIC ASSOCIATION STUDENT-ATHLETE CONCUSSION LITIGATION | MDL NO. 2492<br>Case No. 13-cv-09116<br><br>Judge John Z. Lee<br><br>Magistrate Judge Brown |

NOTICE OF WITHDRAWAL, WITHOUT PREJUDICE, OF MOTION TO TEMPORARILY ENJOIN THE ONGOING *ARRINGTON* MEDICAL MONITORING CLASS SETTLEMENT NEGOTIATIONS WITH DEFENDANT NCAA

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that the *Walker* and *Morgan* Plaintiffs hereby withdraw their Motion to Temporarily Enjoin the Ongoing *Arrington* Medical Monitoring Class Settlement Negotiations with Defendant NCAA [Dkt. No. 5], without prejudice, as *Walker* counsel will participate in the next mediation session between *Arrington* counsel and Defendant NCAA, in order to represent the interests of former NCAA football players.

The *Walker* and *Morgan* Plaintiffs respectfully submit that this withdrawal moots the response and reply dates designated by this Court's Minute Entry entered on April 14, 2014 [Dkt. No. 34].

DATED: April 30, 2014.                                  Respectfully submitted,

/s/ Richard S. Lewis\_\_\_
Michael D. Hausfeld
Richard S. Lewis
Mindy B. Pava
Hausfeld LLP
1700 K Street, N.W.
Suite 650
Washington, DC 20006
Phone: 202-540-7200
Fax: 202-540-7201

Mark J. Feinberg (Trial Bar Number 28654)
Shawn D. Stuckey
Zelle Hofmann Voelbel & Mason LLP
500 Washington Avenue, South
Suite 4000
Minneapolis, MN 55415
Phone: 612-339-2020
Fax: 612-336-9100

Renae Steiner
Heins Mills & Olson, P.L.C.
310 Clifton Avenue
Minneapolis, MN 55403
Phone: 612-338-4605
Fax: 612-338-4605

Gordon Ball
Law Offices of Gordon Ball
7001 Old Kent Drive
Knoxville, TN 37919
Phone: 865-525-7028
Fax: 865-525-4679

Daniel S. Mason
Zelle Hofmann Voelbel & Mason LLP
44 Montgomery Street
Suite 3400
San Francisco, CA 94104
Phone: 415- 633-0700
Fax: 415-693-0770

W. Mark Lanier
Eugene R. Egdorf
The Lanier Law Firm
6810 FM 1960 West
Houston, Texas 77069
Phone: 713-659-5200
Fax: 713-659-2204

Timothy J. McIlwain
Timothy J. McIlwain, Attorney at Law, LLC
89 River Street #1538
Hoboken, NJ 07030
Phone: 877-375-9599
Fax: 609-450-7017

Joseph J. DePalma
Steven J. Greenfogel
Lite DePalma Greenberg, LLC
Two Gateway Center
Suite 1201
Newark, NJ 07102
Phone: 973-623-3000
Fax: 973-623-0858

Edgar D. Gankendorff,
Provosty & Gankendorff, L.L.C.
650 Poydras Street
Suite 2700
New Orleans, LA 70130
Phone: 504-410-2795
Fax: 504-410-2796

Charles S. Zimmerman
J. Gordon Rudd, Jr.
Brian C. Gudmundson
Zimmerman Reed, PLLP
1100 IDS Center, 80 South 8th Street
Minneapolis, MN 55402
Phone: 612-341-0400
Fax: 612-341-0844

*Counsel for Walker Plaintiffs*

James C. Selmer
Marc Berg
J. Selmer Law, P.A.

3

        500 Washington Avenue South
        Suite 2010
        Minneapolis, MN 55415
        Phone: 612-338-6005
        Fax: 612-338-4120

        *Counsel for Morgan Plaintiffs*

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that on the 30th day of April, 2014, a true and correct copy of the above and foregoing was filed via the ECF system of the United States District Court for the Northern District of Illinois, which will automatically serve all counsel of record.

/s/  Richard S. Lewis