**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1**
**Eastern Division**

National Collegiate Athletic Association Student–Athlete
Concussion Injury Litigation, et al.

|                                      |                          |
|--------------------------------------|--------------------------|
|                          Plaintiff,  |                          |
| v.                                   | Case No.:                |
|                                      | 1:13–cv–09116            |
|                                      | Honorable John           |
|                                      | Z. Lee                   |
|                          Defendant.  |                          |

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, April 30, 2014:

        MINUTE entry before the Honorable John Z. Lee: Pursuant to the notice of
withdrawal of motion [dkt. 40] filed on 4/30/14, the Walker and Morgan Plaintiffs'
Motion to Temporarily Enjoin the Class Settlement Negotiations [dkt. 5] is stricken
without prejudice. Mailed notice(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at ***www.ilnd.uscourts.gov***.