UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL COLLEGIATE ATHLETIC ASSOCIATION STUDENT-ATHLETE CONCUSSION LITIGATION | MDL NO. 2492<br>Case No. 13-cv-09116<br><br>Judge John Z. Lee<br><br>Magistrate Judge Brown |

NOTICE OF WITHDRAWAL, WITHOUT PREJUDICE, OF JOINDER TO MOTION TO TEMPORARILY ENJOIN THE ONGOING *ARRINGTON* MEDICAL MONITORING CLASS SETTLEMENT NEGOTIATIONS WITH DEFENDANT NCAA BY THE *WASHINGTON* PLAINTIFFS

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that the *Washinton* Plaintiffs hereby withdraw their joinder [Dkt. No. 9] to the *Walker* and *Morgan* Plaintiffs' Motion to Temporarily Enjoin the Ongoing *Arrington* Medical Monitoring Class Settlement Negotiations with Defendant NCAA, without prejudice. The *Washinton* Plaintiffs respectfully withdraw their request that this Court temporarily enjoin the ongoing medical monitoring class settlement negotiations, as *Walker* counsel will participate in the next mediation session between *Arrington* counsel and Defendant NCAA, in order to represent the interests of former NCAA football players.

DATED: May 1, 2014.                              Respectfully submitted,

                                                 */s/ Daniel T. DeFeo*
                                                 Daniel T. DeFeo
                                                 The DeFeo Law Firm, LLC
                                                 924 Main Street
                                                 Lexington, MO 64067
                                                 Telephone: (660) 259-9806
                                                 Facsmile: (660)259-9809
                                                 ddefeo@defeolaw.com

1

and

Thayer L. Weaver, Jr.
TLW & Associates, LLC
3216 Locust Blvd.
St. Louis, MO 63103
Telephone: (314) 531-4747
Facsimile: (314) 531-4749
TLWeaver@TLW-Law.com

*Counsel for Washington Plaintiffs*

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that on the 30th day of April, 2014, a true and correct copy of the above and foregoing was filed via the ECF system of the United States District Court for the Northern District of Illinois, which will automatically serve all counsel of record.

/s/ Daniel T. DeFeo