UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL COLLEGIATE ATHLETIC ASSOCIATION STUDENT-ATHLETE CONCUSSION LITIGATION | MDL NO. 2492<br>Case No. 13-cv-09116<br><br>Judge John Z. Lee<br><br>Magistrate Judge Brown |

**NOTICE OF WITHDRAWAL, WITHOUT PREJUDICE, OF JOINDER TO MOTION TO TEMPORARILY ENJOIN THE ONGOING *ARRINGTON* MEDICAL MONITORING CLASS SETTLEMENT NEGOTIATIONS WITH DEFENDANT NCAA BY THE *POWELL* PLAINTIFFS**

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that the *Powell* Plaintiffs hereby withdraw their joinder [Dkt. No. 16] to the *Walker* and *Morgan* Plaintiffs' Motion to Temporarily Enjoin the Ongoing *Arrington* Medical Monitoring Class Settlement Negotiations with Defendant NCAA, without prejudice. The *Powell* Plaintiffs respectfully withdraw their request that this Court temporarily enjoin the ongoing medical monitoring class settlement negotiations, as *Walker* counsel will participate in the next mediation session between *Arrington* counsel and Defendant NCAA, in order to represent the interests of former NCAA football players.

DATED: April 30, 2014.          **Respectfully submitted,**

**BARTIMUS, FRICKLETON, ROBERTSON
& GOZA, P.C.**

BY:     /s/ Michael Rader
MICHAEL C. RADER          MO BAR #49117
JAMES P. FRICKLETON       MO BAR #31178

11150 OVERBROOK ROAD, SUITE 200
LEAWOOD, KS  66211-2298
(913) 266-2300
(913) 266-2366          FAX

1

**CERTIFICATE OF SERVICE**

      The undersigned, an attorney, hereby certifies that on the 30th day of April, 2014, a true and correct copy of the above and foregoing was filed via the ECF system of the United States District Court for the Northern District of Illinois, which will automatically serve all counsel of record.

      /s/ Michael C. Rader