UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL COLLEGIATE ATHLETIC ASSOCIATION STUDENT-ATHLETE CONCUSSION LITIGATION | MDL NO. 2492<br>Case No. 13-cv-09116<br><br>Judge John Z. Lee<br><br>Magistrate Judge Brown |

NOTICE OF WITHDRAWAL, WITHOUT PREJUDICE, OF JOINDER TO MOTION TO TEMPORARILY ENJOIN THE ONGOING *ARRINGTON* MEDICAL MONITORING CLASS SETTLEMENT NEGOTIATIONS WITH DEFENDANT NCAA BY THE DOUGHTY PLAINTIFFS

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that the Doughty Plaintiffs hereby withdraw their joinder [Dkt. No. 10] to the *Walker* and *Morgan* Plaintiffs' Motion to Temporarily Enjoin the Ongoing *Arrington* Medical Monitoring Class Settlement Negotiations with Defendant NCAA, without prejudice. The Doughty Plaintiffs respectfully withdraw their request that this Court temporarily enjoin the ongoing medical monitoring class settlement negotiations, as *Walker* counsel will participate in the next mediation session between *Arrington* counsel and Defendant NCAA, in order to represent the interests of former NCAA football players.

DATED: May 1, 2014.

Respectfully submitted,

*/s/Chris T. Hellums*
Chris T. Hellums
PITTMAN DUTTON & HELLUMS
1100 Park Place Towers
2001 Park Place North
Birmingham, AL 35203
Phone: (205) 322-8880
Fax: (205) 328-2711

1

**CERTIFICATE OF SERVICE**

      The undersigned, an attorney, hereby certifies that on the 1st day of May, 2014, a true and correct copy of the above and foregoing was filed via the ECF system of the United States District Court for the Northern District of Illinois, which will automatically serve all counsel of record.

                                                */s/Chris T. Hellums*
                                                Chris T. Hellums
                                                PITTMAN DUTTON & HELLUMS
                                                1100 Park Place Towers
                                                2001 Park Place North
                                                Birmingham, AL 35203
                                                Phone: (205) 322-8880
                                                Fax: (205) 328-2711