**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **IN RE: NATIONAL COLLEGIATE ATHLETIC ASSOCIATION STUDENT-ATHLETE CONCUSSION LITIGATION** | MDL NO. 2492<br>Case No. 13-cv-09116<br><br>Judge John Z. Lee<br><br>Magistrate Judge Brown |

**NOTICE OF WITHDRAWAL, WITHOUT PREJUDICE, OF JOINDER TO MOTION TO TEMPORARILY ENJOIN THE ONGOING *ARRINGTON* MEDICAL MONITORING CLASS SETTLEMENT NEGOTIATIONS WITH DEFENDANT NCAA BY THE *WALTON* PLAINTIFFS**

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that the *Walton* Plaintiffs hereby withdraw their joinder [Dkt. No. 19] to the *Walker* and *Morgan* Plaintiffs' Motion to Temporarily Enjoin the Ongoing *Arrington* Medical Monitoring Class Settlement Negotiations with Defendant NCAA, without prejudice. The *Walton* Plaintiffs respectfully withdraw their request that this Court temporarily enjoin the ongoing medical monitoring class settlement negotiations, as *Walker* counsel will participate in the next mediation session between *Arrington* counsel and Defendant NCAA, in order to represent the interests of former NCAA football players.

DATED:  May 2, 2014.            Respectfully submitted,

                                                     /s/ Gerald F. Easter___
                                                     Gerald Forrest Easter
                                                     Jerry Easter, Attorney at Law
                                                     369 N. Main Street
                                                     Memphis, TN 38103
                                                     Phone: (901) 575-9998
                                                     Fax: (901) 527-5003

                                                     *Counsel for Walton Plaintiffs*

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that on the 2nd day of May, 2014, a true and correct copy of the above and foregoing was filed via the ECF system of the United States District Court for the Northern District of Illinois, which will automatically serve all counsel of record.

*/s/ Gerald F. Easter*