UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL COLLEGIATE ATHLETIC ASSOCIATION STUDENT-ATHLETE CONCUSSION LITIGATION<br><br>[This Document Related to *Hudson v. National Collegiate Athletic Association,* 1:14-cv-194] | MDL NO. 2492<br>Case No. 13-cv-09116<br><br>Judge John Z. Lee<br><br>Magistrate Judge Brown |

**NOTICE OF WITHDRAWAL, WITHOUT PREJUDICE, OF JOINDER TO MOTION TO TEMPORARILY ENJOIN THE ONGOING *ARRINGTON* MEDICAL MONITORING CLASS SETTLEMENT NEGOTIATIONS WITH DEFENDANT NCAA BY PLAINTIFF RAY HUDSON**

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that the Hudson Plaintiff hereby withdraws his joinder [Dkt. No. 13] to the *Walker* and *Morgan* Plaintiffs' Motion to Temporarily Enjoin the Ongoing *Arrington* Medical Monitoring Class Settlement Negotiations with Defendant NCAA, without prejudice. The Hudson Plaintiff respectfully withdraws his request that this Court temporarily enjoin the ongoing medical monitoring class settlement negotiations, as *Walker* counsel will participate in the next mediation session between *Arrington* counsel and Defendant NCAA, in order to represent the interests of former NCAA football players.

DATED: May 2, 2014.

1

Respectfully submitted,

*/s/ J. Matthew Stephens*
J. Matthew Stephens
Florida Bar No.: 0688649
MCCALLUM, METHVIN & TERRELL
2201 Arlington Avenue South
Birmingham, Alabama
Phone: (205) 939-0199
Email: *mstephens@mmlaw.net*

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that on the 2nd day of May, 2014, a true and correct copy of the above and foregoing was filed via the ECF system of the United States District Court for the Northern District of Illinois, which will automatically serve all counsel of record.

*/s/ J. Matthew Stephens*
J. Matthew Stephens
Florida Bar No.: 0688649
MCCALLUM, METHVIN & TERRELL
2201 Arlington Avenue South
Birmingham, Alabama
Phone: (205) 939-0199
Email: *mstephens@mmlaw.net*