IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL COLLEGIATE ATHLETIC ASSOCIATION STUDENT-ATHLETE CONCUSSION INJURY LITIGATION | ) MDL No. 2492 ) ) Master Docket No. 1:13-cv-09116 ) ) This Document Relates to All Cases ) ) Judge John Z. Lee ) ) Magistrate Judge Geraldine Soat Brown |

**NATIONAL COLLEGIATE ATHLETIC ASSOCIATION**
**LIST OF RELATED CASES AS OF MAY 9, 2014**

Pursuant to the Court's February 5, 2014 Case Management Order (Master Dkt. #15) (the "Case Management Order"), the Court's February 20, 2014 Minute Entry (Master Dkt. #25) and the Court's April 14, 2014 Minute Entry (Master Dkt. #34), the National Collegiate Athletic Association (the "NCAA") hereby identifies the following related cases known to the NCAA as of May 9, 2014:

A.  Cases Listed On Exhibit A To The Case Management Order

| Case Name | N.D. Ill. Case No. |
|---|---|
| Arrington, et al. v. NCAA | 1:11-cv-06356 |
| Walker, et al. v. NCAA | 1:13-cv-09117 |
| DuRocher, et al. v. NCAA | 1:14-cv-00035 |
| Hudson v. NCAA | 1:14-cv-00194 |
| Caldwell, et al. v. NCAA | 1:14-cv-00195 |
| Morgan, et al. v. NCAA | 1:14-cv-00196 |
| Washington, et al. v. NCAA | 1:14-cv-00197 |
| Powell v. NCAA | 1:14-cv-00198 |

| Case Name | N.D. Ill. Case No. |
|---|---|
| Doughty v. NCAA | 1:14-cv-00199 |
| Walton, et al. v. NCAA | 1:14-cv-00200 |

B.  Cases That Do Not Appear On Exhibit A To The Case Management Order

| Case Name | Case Number | Filing Court |
|---|---|---|
| Sheely, et al. v. NCAA | 380569V | Circuit Court of Montgomery County, Maryland |
| Wells v. NCAA | 02-cv-2013-902657.00 | Circuit Court of Mobile County, Alabama |
| Onyshko, et al. v. NCAA | 2:13-cv-01791 | Western District of Pennsylvania |
| Jobe, et al. v. NCAA, et al. | 3:13-cv-00799 | Southern District of Mississippi |
| Nichols v. NCAA | 1:14-cv-00962 | Northern District of Illinois |
| Wolf, et al. v. NCAA | 1:14-cv-01268 | Northern District of Illinois |
| Anderson, et al. v. NCAA | 3:14-cv-00133 | Middle District of Louisiana |
| Jackson, et al. v. NCAA | 1:14-cv-02103 | Eastern District of New York |

Dated:  May 9, 2014

Respectfully submitted,

/s/ Mark S. Mester
One of the Attorneys for Defendant
National Collegiate Athletic Association

Mark S. Mester
  mark.mester@lw.com
Johanna M. Spellman
  johanna.spellman@lw.com
Katherine Walton
  katherine.walton@lw.com
LATHAM & WATKINS LLP
233 South Wacker Drive, Suite 5800
Chicago, Illinois 60606
Telephone:  (312) 876-7700
Facsimile:  (312) 993-9767

J. Christian Word
  christian.word@lw.com
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, D.C.  20004-1304
Telephone:  (202) 637-2200
Facsimile:  (202) 637-2201

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **IN RE NATIONAL COLLEGIATE ATHLETIC ASSOCIATION STUDENT-ATHLETE CONCUSSION INJURY LITIGATION** ) ) ) ) ) ) ) ) ) ) | **MDL No. 2492**<br><br>**Master Docket No. 1:13-cv-09116**<br><br>**This Document Relates to All Cases**<br><br>**Judge John Z. Lee**<br><br>**Magistrate Judge Geraldine Soat Brown** |

**CERTIFICATE OF SERVICE**

I, Mark S. Mester, certify that on May 9, 2014, a true and correct copy of the National Collegiate Athletic Association List of Related Cases as of May 9, 2014 and Certificate of Service was filed through the ECF system and served upon the following parties by prepaid first class mail:

Elizabeth Joan Cabraser
Lieff, Cabraser & Hiemann
Embarcadero Center, West
275 Battery Street, 30th Floor
San Francisco, CA 94111

Stanley Doughty
Edgar Gankendorff
Provosty & Gankendorff, LLC
Suite 2700
650 Poydras Street
New Orleans, LA 70130

Timothy J. McIlwain
Timothy J. McIlwain, Attorney at Law, LLC
#1538
89 River Street
Hoboken, NJ 07030

1

Date: May 9, 2014                                          /s/  Mark S. Mester<u>          </u>
                                                           **LATHAM & WATKINS LLP**

                                                           Mark S. Mester
                                                           233 South Wacker Drive, Suite 5800
                                                           Chicago, IL 60606-6362
                                                           Telephone:  (312) 876-7700
                                                           Facsimile:  (312) 993-9767
                                                           E-mail:  mark.mester@lw.com

2