# Ex. F

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL COLLEGIATE ATHLETIC ASSOCIATION STUDENT-ATHLETE CONCUSSION LITIGATION | MDL NO. 2492<br>Case No. 13-cv-09116<br><br>Judge John Z. Lee<br><br>Magistrate Judge Brown |

**APPLICATION AND DECLARATION OF MARK ZAMORA
FOR APPOINTMENT TO EXECUTIVE COMMITTEE**

**I.      INTRODUCTION**

1. I am the son of two immigrants who fled Castro's Cuba in the early 1960s. I am the first person in my family to graduate from college in the United States, and I fluently read and speak Spanish.  My firm represents more than forty plaintiffs in the *Caldwell* matter. I am a trial attorney and a partner in my law firm, and am licensed to practice in Florida and Georgia. My main office is located in Atlanta, Georgia.

2. I have direct and recent relevant experience in  complex litigation. Since 2009, I have served on the Plaintiffs' Steering Committee in the MDL known as *In Re Hydroxycut Marketing and Sales Practices Litigation*, (3:09-md-02087-BTM-KSC), and I am chair of the litigation's Discovery Committee.  I have led all aspects of discovery involving fourteen defendants in that case. The matter is now in the final stages of settlement.

3. I served as lead counsel in Georgia State Court in a consolidated action known as *Gurley adv. Total Body Essential Nutrition, Inc*. From 2008 until 2013, my firm and I oversaw and directed all discovery, served as lead examiners in more than sixty depositions, litigated the one case to a significant jury verdict, and negotiated a group settlement thereafter.

4. I have served as counsel on the Plaintiffs' Steering Committee in the *In Re: New England Compounding Pharmacy Litigation*, pending in United States District Court in Boston, Massachusetts.

5. I and members of my firm have also taken active roles in other complex litigation matters. We have served as class counsel in several matters, including: *In Re: Chemtura Corporation (Bio-Lab), et. al*. (Plaintiff's Management Committee & Liaison Counsel) and *Beulieu v. EQ Industrial Services* (Steering Committee).

## II. CRITERIA FOR APPOINTMENT

**(1) Willingness and ability to commit to serve**.

a. The firm is committed to this matter and is fully staffed to take on the labor and financial needs that would support my involvement.

**(2) Ability to work cooperatively with others**.

a. As has been the case over the last several months in this litigation, I have worked cooperatively with lead Plaintiffs' counsel.

**(3) Access to sufficient resources to advance the litigation in a timely manner.**

a. With our resources, we have more than six lawyers and thirty staffers ready able to proceed on this important matter.

RESPECTFULLY SUBMITTED this 9th day of May, 2014

/s O. Mark Zamora
ORLANDO FIRM
PO Box 660216
Atlanta, GA 30366
T:404-373-1800
mark@markzamora.com