IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL COLLEGIATE ATHLETIC ASSOCIATION STUDENT-ATHLETE CONCUSSION INJURY LITIGATION | MDL No. 2492 <br><br> Master Docket No. 1:13-cv-09116 <br><br> This Document Relates to All Cases <br><br> Judge John Z. Lee <br><br> Magistrate Judge Geraldine Soat Brown |

### RE-NOTICE OF MOTION

PLEASE TAKE NOTICE that on Thursday, May 22, 2014, at 9:00 a.m., counsel for Plaintiffs shall appear before the Honorable Judge John Z. Lee, in Courtroom 1225 of the U.S. District Court for the Northern District of Illinois, 219 S. Dearborn Street, Chicago, Illinois and then and there present the **CORRECTED JOINT AGREED MOTION FOR 60-DAY STAY**. You are welcome to attend and appear.

Date: May 15, 2014

Respectfully submitted,

ADRIAN ARRINGTON, DEREK OWENS, ANGELICA PALACIOS, and KYLE SOLOMON, individually and on behalf of all others similarly situated

By: /s/ Steve W. Berman
Steve W. Berman
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
206.623.7292
Fax: 206.623.0594
Email: steve@hbsslaw.com

Elizabeth A. Fegan
Daniel Kurowski
Thomas E. Ahlering
HAGENS BERMAN SOBOL SHAPIRO LLP
1144 W. Lake Street, Suite 400
Oak Park, IL 60301
708.628.4949
Fax: 708.628.4950
Email: beth@hbsslaw.com
Email: dank@hbsslaw.com
Email: toma@hbsslaw.com

        Joseph J. Siprut
        SIPRUT PC
        17 North State Street, Suite 1600
        Chicago, IL  60602
        312.236.0000
        Email: jsiprut@siprut.com

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned, an attorney, hereby certifies that on May 15, 2014, a true and correct copy of the foregoing document was filed electronically via CM/ECF, which caused notice to be sent to all counsel of record.

By: <u>/s/ Steve W. Berman</u>