# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

National Collegiate Athletic Association Student−Athlete Concussion Injury Litigation, et al.

        Plaintiff,

v.

National Collegiate Athletic Association

        Defendant.

Case No.: 1:13−cv−09116

Honorable John Z. Lee

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 22, 2014:

    MINUTE entry before the Honorable John Z. Lee: Motion hearing held on 5/22/14. For the reasons stated on the record, Plaintiff's corrected joint motion for a 60 day stay [53] is granted; all pending deadlines are stayed through 7/14/14. The Court strikes the case management hearing on 5/29/14 at 2:00 p.m. Status hearing set for 7/29/14 at 10:00 a.m. Out−of−town counsel may appear by telephone and should contact the courtroom deputy the day before with a call in number. Mailed notice(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.