**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

IN RE: NATIONAL COLLEGIATE )
ATHLETIC ASSOCIATION STUDENT- ) Case No: 1:13-cv-09116
ATHLETE CONCUSSION INJURY )
LITIGATION, )

**JOINT MOTION TO WITHDRAW APPEARANCES OF DENISE M. PORTNOY AND LUCINDA H. LUETKEMEYER**

Pursuant to Local Rule 83.17 of the United States District Court for the Northern District of Illinois, Defendant National Collegiate Athletic Association, by its attorneys, Latham & Watkins LLP, respectfully request that this Court grant Denise M. Portnoy and Lucinda H. Luetkemeyer of Spencer Fane Britt & Browne LLP leave to withdraw their appearance as counsel of record in this matter. In support of this motion, Defendants state as follows:

1. Spencer Fane Britt & Browne, LLP no longer represents the National Collegiate Athletic Association.

2. Defendant will continue to be represented by counsel from the firms Latham & Watkins LLP and other counsel of record in this matter.

WHEREFORE, Defendants respectfully request that the Court grant Denise M. Portnoy and Lucinda H. Luetkemeyer leave to withdraw as the attorneys of record in this action.

Dated: June 4, 2014

Respectfully submitted,

By the National Collegiate Athletic Association

s/ Katherine S. Walton
LATHAM & WATKINS LLP
330 N. Wabash, Suite 2800
Chicago, IL 60611
Telephone: (312) 876-7700
Facsimile: (312) 993-9767
katherine.walton@lw.com


s/ Denise M. Portnoy
Denise M. Portnoy    MO #62235
SPENCER FANE BRITT & BROWNE LLP
9401 Indian Creek Parkway, Suite 700
Overland Park, Kansas 66210
Telephone: (913) 345-8100
Facsimile: (913) 345-0736
dportnoy@spencerfane.com

and

s/ Lucinda H. Luetkemeyer
Lucinda H. Luetkemeyer    MO #63983
SPENCER FANE BRITT & BROWNE LLP
1000 Walnut Street, Suite 1400
Kansas City, Missouri 64106-2140
Telephone: (816) 474-8100
Facsimile: (816) 474-3216
lluetemeyer@spencerfane.com

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that on the 4th day of June, 2014, a true and correct copy of the above and foregoing was filed via the ECF system of the United States District Court for the Northern District of Illinois, which will automatically serve all counsel of record.

s/Katherine S. Walton