**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE: NATIONAL COLLEGIATE ATHLETIC ASSOCIATION STUDENT-ATHLETE CONCUSSION INJURY LITIGATION, | Case No: 1:13-cv-09116 |

**NOTICE OF MOTION**

TO: All Counsel of Record:

PLEASE TAKE NOTICE that on June 17, 2014 at 9 a.m., or as soon thereafter as counsel may be heard, Counsel for the NCAA shall appear before the Honorable Judge John Z. Lee, or any other judge sitting in his stead, in the United States District Court for the Northern District of Illinois, located at The Dirksen Federal Building, Room 1225, 219 South Dearborn Street, Chicago, Illinois 60604, and shall then present the Joint Motion for Leave to Withdraw Appearances of Denise M. Portnoy and Lucinda H. Luetkemeyer.

Dated: June 4, 2014

                Respectfully submitted,

                By the National Collegiate Athletic Association

                s/ Katherine S. Walton
                LATHAM & WATKINS LLP
                330 N. Wabash, Suite 2800
                Chicago, IL 60611
                Telephone: (312) 876-7700
                Facsimile: (312) 993-9767
                katherine.walton@lw.com

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that on the 4th day of June, 2014, a true and correct copy of the above and foregoing was filed via the ECF system of the United States District Court for the Northern District of Illinois, which will automatically serve all counsel of record.

s/Katherine S. Walton