# Exhibit E

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL COLLEGIATE ATHLETIC ASSOCIATION STUDENT-ATHLETE CONCUSSION LITIGATION | MDL NO. 2492<br>Case No. 13-cv-09116<br><br>Judge John Z. Lee<br><br>Magistrate Judge Brown |

## EXHIBIT E TO SETTLEMENT AGREEMENT:
## TOPICAL SUGGESTIONS FOR QUESTIONNAIRE

The Medical Science Committee ("MSC") will agree on a questionnaire for the Medical Monitoring Program as described in the Memorandum of Understanding ("MOU"), and will update it as appropriate on an annual basis during the Medical Monitoring Period. During the course of deliberations, the MSC will consider the inclusion of the following areas of inquiry and screening tools in the questionnaire:

1. History of Participation in Sports, including: sport(s) played, level of play (i.e., League, Division, Varsity/Junior Varsity), positions, ages played; and history of reported and diagnosed concussions or other brain trauma.

2. Work and Social Functioning, including questions pertaining to current employment, marital status, and living situation;

3. Cognitive Functioning, including the Cognitive Difficulties Scale;

4. Behavioral Functioning, including the Frontal Systems Behavioral Behavior Scale and the Barratt Impulsivity Scale;

5. Mood Functioning, including the Beck Depression Inventory for respondents under 50 years old, the Geriatric Depression Scale – 30 item for respondents age 50 and older, the Beck Hopelessness Scale, and the Brief Symptom Inventory - 18;

6. Functional Independence, including the Functional Assessment Questionnaire;

       7.      Motor Functioning, including ratings of the existence and severity of gait disturbance, speech disturbance, tremor, falls, and weakness;

       8.      Neurological Diagnoses and Treatment (checklist to be determined by Medical Scientific Committee);

       9.      Psychiatric Diagnoses and Treatment (checklist to be determined by Medical Scientific Committee); and

      10.     Substance Use/Abuse Diagnoses and Treatment (checklist to be determined by Medical Scientific Committee).