# Exhibit F

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | |
|---|---|
| **IN RE: NATIONAL COLLEGIATE ATHLETIC ASSOCIATION STUDENT-ATHLETE CONCUSSION LITIGATION** | MDL NO. 2492<br>Case No. 13-cv-09116<br><br>Judge John Z. Lee<br><br>Magistrate Judge Brown |

**EXHIBIT F TO SETTLEMENT AGREEMENT:**

**TESTING PROTOCOL SUGGESTIONS FOR MEDICAL EVALUATIONS**

      The Medical Science Committee will agree on the scope of the medical evaluations. The Medical Science Committee will evaluate whether the testing provided is consistent with the standard of care on an annual basis and update the testing protocols accordingly. The Medical Science Committee will also consider whether tiered evaluations are appropriate based on whether a Class Member has persistent symptoms from a concussion, or whether the Class Member is experiencing mid- to late-life symptoms after a period of being asymptomatic. During the course of its deliberations, the Committee should consider the following types of testing:

      (1) <u>Neurological Examination</u>.  The neurological evaluation may include a complete cranial nerve and sensory-motor examination. Additional balance testing may be conducted using the Modified Balance Error Scoring System (BESS).

      (2) <u>Neuropsychological Examination</u>.  The following tests and instruments may be used for the neuropsychological examination, divided by domain of functioning:

| Neuropsychological Domains Examined and Tests | |
|---|---|
| **Domain** | **Test** |
| **Effort/Symptom Validity** | Word Memory Test (WMT) |
| **Est. Premorbid Intelligence** | Wide Range Achievement Test (WRAT-4) |
| **Attention and Psychomotor Speed** | Trail Making Part A |
| | WAIS-IV Digit Span Test |
| | WAIS-IV Coding Subtestt |

| | |
|---|---|
| **Executive Function** | Controlled Oral Word Association Test (COWAT) |
| | Trail Making Test, Part B |
| | Delis-Kaplan Exec. Function System Color-Word Interference |
| | Wisconsin Card Sorting Test (WCST) |
| | Rey-Osterrieth Complex Figure (ROCF) with Boston Qualitative Scoring System (BQSS) Copy Condition |
| **Memory** | Neuropsychological Assessment Battery (NAB) List Learning |
| | NAB Story Learning |
| | ROCF-BQSS Immediate and Delayed Recalls |
| **Language** | Animal Fluency |
| | NAB Naming Test |
| **Visuospatial Ability** | ROCF-BQSS Copy Condition. |
| **Dementia Severity** | Functional Activities Questionnaire (FAQ) – Informant Based |
| | Clinical Dementia Rating (CDR) |

(3) Mood and Behavioral Evaluation. The assessment of mood and behavioral functioning may include: the *Hamilton Depression Rating Scale* and the *Columbia Suicide Severity Rating Scale*, both structured interviews; and the *Brief Inventory of Executive Functioning – Adult Version*, a paper and pencil rating scale that has a self-rating and an informant-rating, the latter to be completed by a spouse, significant other, adult child, friend, or other individual close to the Class Member when available. The neuropsychologist or another appropriate member of the clinic team (e.g., neuropsychiatrist, psychiatrist, clinical social worker) may conduct the interviews. In addition to these measures, the results from the questionnaire-based screening will be provided electronically to the clinician to be incorporated into the examination.

(4) Ancillary Testing. Based upon the results of the Neurological, Neuropsychological, and Mood/Behavioral examinations, the neurologist will determine which, if any, ancillary tests may be necessary to complete the evaluation of the Class Member. The Committee may make general recommendations where appropriate, but specific ancillary testing decisions will be made by the clinicians performing the evaluations.