# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6,1
### Eastern Division

| | |
|---|---|
| National Collegiate Athletic Association Student−Athlete Concussion Injury Litigation, et al.<br><br>                        Plaintiff,<br>v.<br><br>National Collegiate Athletic Association<br>                        Defendant. | Case No.:<br>1:13−cv−09116<br>Honorable John Z. Lee |

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 29, 2014:

      MINUTE entry before the Honorable John Z. Lee: Status hearing held on 7/29/14. Status hearing set for 9/19/14 at 10:00 a.m. Plaintiffs' motion for preliminary approval [64] is entered and continued for 9/19/14 at 10:00 a.m. The Settling Plaintiffs motion for leave to file an oversized brief [71] is granted. [For further details see Case Management Order No. 2.]Mailed notice(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.