IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILILNOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: NATIONAL COLLEGIATE ATHLETIC ASSOCIATION STUDENT-ATHLETE CONCUSSION INJURY LITIGATION | ) ) ) ) ) ) ) ) ) ) | MDL No. 2492<br><br>Master Docket No. 13 C 9116<br><br>Judge John Z. Lee<br><br>Magistrate Judge Geraldine Soat Brown |
| **This Document Relates to All Cases** | ) | |

## CASE MANAGEMENT ORDER NO. 2

On July 29, 2014, the Court held a status hearing. At that time, Plaintiffs Adrian Arrington, Derek Owens, Kyle Solomon, Angela Palacios, Abram Robert Wolf, Sean Sweeney, Jim O'Conner, Dan Ahern, Paul Morgan, Jeffrey Caldwell, John DuRocher, and Sharron Washington, individually and in their capacities as Class Representatives (collectively, the "Settling Plaintiffs"),[1] presented their Motion for Preliminary Approval of Class Settlement and Certification of Settlement Class. The Court heard argument from counsel for the Settling Plaintiffs, Defendant the National Collegiate Athletic Association (the "NCAA"), and from counsel representing Plaintiffs in *Nichols v. The National Collegiate Athletic Association*, No. 14-cv-0962 (the "*Nichols* Plaintiffs"). The Court also issued its ruling regarding the applications to serve as Lead and Liaison Counsel, which will be memorialized in a separate order.

---

[1] These individuals serve as the Class Representatives in the following cases: *Arrington, et al. v. NCAA*, No. 1:11-cv-06356; *Walker, et al. v. NCAA*, No. 1:13-cv-09117; *Caldwell, et al. v. NCAA*, No. 1:14-cv-00195; *Doughty v. NCAA*, No. 1:14-cv-00199; *John Durocher, et al. v. NCAA, et al.*, No. 1:14-cv-00035; *Hudson v. NCAA*, No. 1:14-cv-00194; *Paul Morgan, et al. v. NCAA*, No. 1:14- cv-00196; *Powell v. NCAA*, No. 1:14-cv-00198; *Walton, et al. v. NCAA*, No.1:14-cv-00200; *Washington, et al. v. NCAA*, No. 1:14-cv-00197; and *Wolf v. NCAA*, No. 1:14-01268.

The next status hearing shall take place on September 19, 2014 at 10:00 a.m., and the Settling Plaintiffs' Motion for Preliminary Approval [64] is entered and continued until that time. The Settling Plaintiffs' motion for leave to file an oversized brief [71] is granted. The Settling Plaintiffs are directed to file a supplemental memorandum in support of their Motion for Preliminary Approval by August 8, 2014. The supplemental memorandum, which is limited to 15 pages, should address the issues outlined by the Court with respect to the ability of the proposed settlement class to waive their rights to pursue class-wide relief under Fed. R. Civ. P. 23(b)(3). The Settling Plaintiffs are further directed to provide the Court with a memorandum regarding the ascertainability of the settlement class and the reasonableness of the proposed notice and related procedures under Fed. R. Civ. P. 23(e)(1) by September 5, 2014.

The *Nichols* Plaintiffs' objection to the Motion for Preliminary Approval is due by August 22, 2014. The *Nichols* Plaintiffs are allotted a total of 30 pages for their submission.

IT IS SO ORDERED:

Dated: 7/29/14

HONORABLE JOHN Z. LEE
UNITED STATES DISTRICT JUDGE