UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6,1
Eastern Division

National Collegiate Athletic Association Student−Athlete
Concussion Injury Litigation, et al.
                                          Plaintiff,
v.                                        Case No.: 1:13−cv−09116
                                          Honorable John Z. Lee

National Collegiate Athletic Association
                                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 30, 2014:

MINUTE entry before the Honorable John Z. Lee: The Joint Agreed Application for Appointment of Lead Class Counsel, Special Class Counsel and Executive Committee [49] and Designation of Lead and Liaison Counsel for the NCAA [47] are approved. Plaintiff Anthony Nichols' Motion to Appoint Jay Edelson as Lead Counsel [50] is denied without prejudice. [For further details see Case Management Order No. 3].Mailed notice(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.