**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1**
**Eastern Division**

National Collegiate Athletic Association Student–Athlete
Concussion Injury Litigation, et al.

                                              Plaintiff,

v.                                                              Case No.:
                                                                1:13–cv–09116

                                                                Honorable John
                                                                Z. Lee

National Collegiate Athletic Association

                                              Defendant.

---

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, September 8, 2014:

       MINUTE entry before the Honorable John Z. Lee: Plaintiffs' motion for leave to
file 27–page reply in support of plaintiffs' motion for preliminary approval of settlement
[85] is granted. No appearance is required on the motion. Mailed notice(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at ***www.ilnd.uscourts.gov***.