# EXHIBIT 1

# Elizabeth A. Fegan

| | |
|---|---|
| **From:** | Elizabeth A. Fegan |
| **Sent:** | Wednesday, May 21, 2014 2:32 PM |
| **To:** | Ari Scharg; jedelson@edelson.com |
| **Cc:** | Steve Berman |
| **Subject:** | RE: NCAA productions |
| **Attachments:** | DTI invoice.pdf |

Dear Jay and Ari,

Attached is the invoice for the production you requested. Please send a check for $2,000 made payable to Hagens Berman Sobol Shapiro LLP per our agreement, and we will provide you with the duplicate copies of 68 disks and 2 hard drives.

Unfortunately, two CDs were corrupted (namely NCAA10128784 and NCAA030-NCAA031), so you will have to ask for duplicates of those two directly from the NCAA.

Thanks,
Beth


Elizabeth A. Fegan | **Hagens Berman Sobol Shapiro LLP** | Direct: (708) 628-4960

**From:** Elizabeth A. Fegan
**Sent:** Tuesday, May 13, 2014 11:45 AM
**To:** Ari Scharg
**Subject:** Fwd: NCAA productions

FYI. Sending them the media today for your copies.


Begin forwarded message:

> **From:** Sheila Carey <sheilac@hbsslaw.com>
> **Date:** May 12, 2014 at 4:56:01 PM CDT
> **To:** "Elizabeth A. Fegan" <beth@hbsslaw.com>, "Daniel J. Kurowski" <dank@hbsslaw.com>
> **Subject: RE: NCAA productions**
>
> Marcus Coates
> DTI, Legal Solutions, Senior Litigation Consultant
> 105 West Adams Street Suite 1200
> Chicago, IL 60603
> Main Office: 312.739.9999
> Direct Dial: 312.262.9507
> Mobile: 312.450.5570
> Office Fax: 312.739.0899
> Email: mcoates@dtiglobal.com

1

Sheila Carey | **Hagens Berman Sobol Shapiro LLP** | Direct: (708) 628-4953

**From:** Elizabeth A. Fegan
**Sent:** Monday, May 12, 2014 4:54 PM
**To:** Sheila Carey; Daniel J. Kurowski
**Subject:** FW: NCAA productions

Let me know who you spoke to.


Elizabeth A. Fegan | **Hagens Berman Sobol Shapiro LLP** | Direct: (708) 628-4960

**From:** Ari Scharg [mailto:ascharg@edelson.com]
**Sent:** Monday, May 12, 2014 4:52 PM
**To:** Elizabeth A. Fegan
**Cc:** jedelson@edelson.com
**Subject:** Re: NCAA productions

Beth,

The cost is fine, but let us know who the vendor is -- we want to discuss formatting before they make the copies.

Ari

On May 8, 2014, at 12:20 PM, "Elizabeth A. Fegan" <beth@hbsslaw.com> wrote:

> Let me know if you agree – and we will get this to the vendor today.
>
> Thanks.
>
>
> Elizabeth A. Fegan | **Hagens Berman Sobol Shapiro LLP** | Direct: (708) 628-4960
>
> **From:** Elizabeth A. Fegan
> **Sent:** Thursday, May 08, 2014 12:13 PM
> **To:** jedelson@edelson.com; Ari Scharg (ascharg@edelson.com)
> **Cc:** Steve Berman
> **Subject:** NCAA productions
>
> Hi Jay and Ari,
>
> We are having the NCAA productions duplicated today – there are 70 CDs/DVDs and two external hard drives. The estimated cost is $2,275, and we will ask that you reimburse us $2,000 (basically the cost of the media itself). The breakdown is below (and we will provide you with the final bill):
>
> Duplicate 1 set of 70 DVD's / CD's @ 25.00 = **1,750.00**
> Copy over two (2) Hard Drives of data to (2) two external drives = **300.00**
> Tech Time Services estimated at (1) one hour **150.00**
> Courier p/u charges : **50.00-75.00**
> DTI will Return Deliver (No Charge)
> **Total Cost Estimate: 2,275.00**

2

If you have any questions or concerns, please let me know. The timing is estimated to be by the end of the day tomorrow.

Regards,
Beth

Elizabeth A. Fegan | Partner
**Hagens Berman Sobol Shapiro LLP**
1144 W. Lake Street, Suite 400 - Oak Park, IL 60301
Direct: (708) 628-4960
beth@hbsslaw.com | www.hbsslaw.com | HBSS Blog

<image001.jpg>

Named to 2013 **Plaintiff's Hot List** by *The National Law Journal*

<image002.png>  <image003.png>

3



**DTI**
105 West Adams Street
Suite 1200
Chicago, IL 60603
Phone : 312-739-9999
Fax : 312-739-0899
Fed. ID No. : 58-2413793

# INVOICE

Invoice Number: 805970

Invoice Date: 05/20/14

Bill To:
Hagens Berman Sohol
Shapiro LLP
1144 W. Lake Street
Suite 400
Oak Park, IL 60301
Sheila Carey

Ship To:
Hagens Berman Sohol
Shapiro LLP
1144 W. Lake Street
Suite 400
Oak Park, IL 60301

| | | |
|---|---|---|
| Customer ID | 22490 | |
| Terms | Net 15 Days | |
| SalesPerson | CHI MLC | |
| P.O. Number | | |

| | |
|---|---|
| Job No. | IM 05-38183 |
| ESI Project No. | |
| Client / Matter No. | 10270.12 |

| Quantity | Description | Unit Price | Total Price |
|---:|---|---:|---:|
| | NCAA Media Duplication Project Request | | |
| 2 | Hard Drive Mastering | 150.00 | 300.00 |
| 68 | CD Duplication | 25.00 | 1,700.00 |
| 1.5 | Tech Time - Custom Project Setup | 150.00 | 225.00 |

Thank you for choosing DTI
Past due invoices are subject to 1.5% interest per month

| | |
|---|---:|
| Subtotal: | 2,225.00 |
| Total Sales Tax: | 0.00 |
| Total: | 2,225.00 |

Accepted By: _____

**Remit To:** DTI
PO Box 933435
Atlanta, GA 31193-3435