# Ex. A