UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL COLLEGIATE ATHLETIC ASSOCIATION STUDENT-ATHLETE CONCUSSION LITIGATION | MDL NO. 2492<br><br>Master Docket No. 13-cv-09116<br><br>Judge John Z. Lee<br><br>Magistrate Judge Geraldine Soat Brown |

**PLAINTIFFS' NOTICE OF SUBMISSION OF ORDER GRANTING PRELIMINARY APPROVAL IN *KELLER v. ELECTRONIC ARTS, INC., NATIONAL COLLEGIATE ATHLETIC ASSOCIATION ET AL.***

Plaintiffs Adrian Arrington, Derek Owens, Kyle Solomon, Angela Palacios, Abram Robert Wolf, Sean Sweeney, Jim O'Conner, Dan Ahern, Paul Morgan, Jeffrey Caldwell, John DuRocher, and Sharron Washington (collectively, the "Class Representatives"), on behalf of themselves and as representatives of the Settlement Class, pursuant to this Court's request, submit the Order Granting Preliminary Approval dated September 3, 2014 in *Keller v. Electronic Arts, Inc., National Collegiate Athletic Ass'n, et al.*, No. 4:09-cv-1967 (N.D. Cal.) (Wilken, J.) (Dkt # 1178) ("Order"). *See* Ex. A. Paragraph 11 of the Order provides in pertinent part:

> The Court approves the Settlement Agreement's Class Notice plan. As part of that Class Notice plan, the NCAA will request that its member institutions and affiliated alumni associations provide to the Notice and Claims Administrator reasonably ascertainable information regarding the names and last-known addresses of NCAA football and basketball players who were listed on a roster published or issued by a school whose team was included in an NCAA-Branded Videogame originally published or distributed during the Keller Right of Publicity Settlement Class Period. To the extent that a member institution or affiliated alumni association declines to provide such information, Class Counsel shall endeavor in good faith to obtain such information, including when necessary by subpoena to such member institution or affiliated alumni association (to the extent Class Counsel have not already done so),

- 1 -

and shall forward any information received to the Notice and Claims Administrator.

Order, ¶ 11.

Date:  October 20, 2014                      Respectfully submitted,

By: */s/ Steve W. Berman*
      Steve W. Berman
*steve@hbsslaw.com*
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
206.623.7292
Fax: 206.623.0594

Elizabeth A. Fegan
*beth@hbsslaw.com*
Thomas E. Ahlering
*toma@hbsslaw.com*
HAGENS BERMAN SOBOL SHAPIRO LLP
1144 W. Lake Street, Suite 400
Oak Park, IL 60301
708.628.4949
Fax: 708.628.4950

Joseph J. Siprut
*jsiprut@siprut.com*
Gregg M. Barbakoff
*gbarbakoff@siprut.com*
SIPRUT PC
17 North State Street
Suite 1600
Chicago, IL  60602
312.236.0000
Fax: 312.878.1342

*Settlement Class Counsel*

010270-12 727704 V1

- 3 -

Richard Lewis
HAUSFELD LLP
1700 K Street, NW Suite 650
Washington, DC 20006

*Proposed Special Class Counsel for Medical Monitoring Relief*

Charles Zimmerman
ZIMMERMAN REED
1100 IDS Center
80 South 8th St.
Minneapolis, MN 55402

James Dugan
DUGAN LAW FIRM, APLC
One Canal Place, Suite 1000
365 Canal Street
New Orleans, LA 70130

Mark Zamora
THE ORLANDO FIRM, P.C.
315 West Ponce De Leon Ave
Suite 400
Decatur, Georgia 30030

*Proposed Executive Committee for Plaintiffs*

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that on October 28, 2014, a true and correct copy of the foregoing was filed electronically via CM/ECF, which caused notice to be sent to all counsel of record.

By: */s/ Steve W. Berman*