UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL COLLEGIATE ATHLETIC ASSOCIATION STUDENT-ATHLETE CONCUSSION LITIGATION | MDL NO. 2492<br>Case No. 13-cv-09116<br><br>Judge John Z. Lee<br><br>Magistrate Judge Brown |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on Tuesday, November 18, 2014 at 9:00 a.m., counsel for Plaintiffs shall appear before the Honorable Judge John Z. Lee in the courtroom usually occupied by him in Room 1225 of the U.S. District Court for the Northern District of Illinois, 219 S. Dearborn Street, Chicago, Illinois and then and there present **SETTLEMENT CLASS REPRESENTATIVES' MOTION TO ADD NON-CONTACT SPORTS PLAINTIFFS AND CLASS REPRESENTATIVES.**

Date: November 7, 2014

Respectfully submitted,

By: /s/ Steve W. Berman
    Steve W. Berman
steve@hbsslaw.com
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
206.623.7292
Fax: 206.623.0594

- 1 -

010270-12 730431 V1

- 2 -

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that on November 7, 2014, a true and correct copy of the foregoing was filed electronically via CM/ECF, which caused notice to be sent to all counsel of record.

By: */s/ Steve W. Berman*

- 2 -

010270-12 730431 V1