# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL COLLEGIATE ATHLETIC ASSOCIATION STUDENT-ATHLETE CONCUSSION INJURY LITIGATION | ) MDL No. 2492 ) ) Master Docket No. 1:13-cv-09116 ) ) This Document Relates To: ) All Cases ) ) Judge John Z. Lee ) ) Magistrate Judge Geraldine Soat Brown |

## NOTICE OF MOTION

Please take notice that on November 25, 2014, at 9:00 a.m., or as soon thereafter as counsel may be heard, we will appear before the Honorable Judge John Z. Lee of the United States District Court for the Northern District of Illinois in Courtroom 1225 at 219 South Dearborn Street, Chicago, Illinois to present Defendant NCAA's Motion for Leave to File a Supplemental Submission Regarding Adequacy of Representation and the Scope of the Proposed Settlement Class, a copy of which is filed herewith.

Dated: November 17, 2014

Respectfully submitted,

/s/ Mark S. Mester
Lead Counsel for Defendant
National Collegiate Athletic Association

Mark S. Mester
 mark.mester@lw.com
Johanna M. Spellman
 johanna.spellman@lw.com
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, Illinois 60611
Telephone: (312) 876-7700
Facsimile: (312) 993-9767

J. Christian Word
  christian.word@lw.com
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004-1304
Telephone: (202) 637-2200
Facsimile: (202) 637-2201

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

|  |  |
|---|---|
| IN RE NATIONAL COLLEGIATE ATHLETIC ASSOCIATION STUDENT-ATHLETE CONCUSSION INJURY LITIGATION | ) MDL No. 2492 ) ) Master Docket No. 1:13-cv-09116 ) ) This Document Relates To: ) All Cases ) ) Judge John Z. Lee ) ) Magistrate Judge Geraldine Soat Brown |

### CERTIFICATE OF SERVICE

I, Mark S. Mester, certify that on November 17, 2014, a true and correct copy of the foregoing Notice of Motion was filed through the ECF system and served upon the following parties by prepaid first class mail:

Timothy J. McIlwain
TIMOTHY J. MCILWAIN, ATTORNEY AT LAW, LLC
89 River Street #1538
Hoboken, NJ 07030
Telephone: 877-375-9599
Facsimile: 609-450-7017

Edgar D. Gankendorff
PROVOSTY & GANKENDORFF, L.L.C.
650 Poydras Street, Suite 2700
New Orleans, LA 70130
Telephone: 504-410-2795
Facsimile: 504-410-2796

Elizabeth J. Cabraser
LIEFF CABRASER HEIMANN & BERNSTEIN
275 Battery Street, 29th Floor
San Francisco, CA 94111
Telephone: 415-956-1000
Facsimile: 415-956-1008

/s/ Mark S. Mester
Mark S. Mester
  mark.mester@lw.com
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, Illinois 60611
Telephone:  (312) 876-7700
Facsimile:  (312) 993-9767