## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6,1
## Eastern Division

| | |
|---|---|
| National Collegiate Athletic Association Student−Athlete Concussion Injury Litigation, et al.<br><br>                                      Plaintiff,<br>v.<br><br>National Collegiate Athletic Association<br>                                      Defendant. | Case No.:<br>1:13−cv−09116<br>Honorable John Z. Lee |

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, November 18, 2014:

      MINUTE entry before the Honorable John Z. Lee: Motion hearing held on 11/18/14. For the reasons stated on the record, the Settlement Class Representatives' motion to add non−contact sports plaintiffs and class representatives [96] is denied without prejudice; the renewed motion is due by 12/15/14 and should be noticed up for presentment on 12/19/14 at 10:00 a.m. Defendant NCAA's motion for leave to file a supplemental submission regarding adequacy of representation and the scope of the proposed settlement class [98] is granted without objection. Mailed notice(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.