# **EXHIBIT F**

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL COLLEGIATE ATHLETIC ASSOCIATION STUDENT-ATHLETE CONCUSSION LITIGATION | MDL NO. 2492<br><br>Master Docket No. 13-cv-09116<br><br>Judge John Z. Lee<br><br>Magistrate Judge Geraldine Soat Brown |

### DECLARATION OF SHAVAUGHNE DESECKI

I, Shavaughne Desecki, under oath, declare as follows:

1. I am a former student-athlete and graduated from DePaul University in Chicago, Illinois in 2003. I played softball at DePaul. I am currently a volunteer assistant softball coach at Concordia University in River Forest, Illinois. I am not related to any of the lawyers currently representing the parties in this matter. I have not been promised any compensation for my participation in this matter. I have full knowledge of the matters stated herein and could and would testify hereto if necessary.

2. I received and reviewed the Amended Settlement Agreement in this matter. I was asked to review the Settlement Agreement on behalf of current and former NCAA student-athletes who have played non-contact sports. In reviewing the Settlement Agreement, I was particularly looking at it through the lens of a former player and also as a coach of current NCAA student-athletes to determine whether it is fair to both former and current players.

3. I think it is important that although the NCAA is not a multi-billion dollar organization, that they take the measures in the Settlement to provide medical screening to athletes who think that they may be suffering from concussion symptoms.

- 1 -

- 2 -

4. It is also important to me that the Settlement extend to all sports and it should not be just a football specific Settlement. During my career, I never personally suffered a concussion, but witnessed others sustain concussions as a result of accidents during the course of play on the softball field. Therefore, I know from first-hand experience that concussions can and do occur in softball albeit less frequently than in football.

5. During my career, I never received baseline testing and there were no concussion management rules in place despite the fact that concussions did occur. Therefore, as a current coach, it is important to me that modernized guidelines are in effect for players in all sports.

6. For former student athletes who suffered effects from concussions, I believe that all former student-athletes should have access to the Medical Monitoring Program – regardless of the sport they played. I know that there may be former student-athletes out there that may be unknowingly struggling with concussion effects and need a place to turn to obtain monitoring. While I did not personally sustain a concussion (to my knowledge), it gives me comfort to know that if I have symptoms that manifest, I will be eligible to obtain medical monitoring despite the fact that my playing career ended years ago.

7. I understand that the Settlement provides for trained personnel to be present at contact sports events but not at non-contact sports events. However, I understand the great expense that would come with requiring that medical personnel be present at every single NCAA sporting event due to the sheer volume of events.

8. As a current volunteer assistant NCAA softball coach, it is important that the Settlement requires that coaches, athletic trainers, and student-athletes receive mandatory concussion education prior to the start of the season alleviates this concern. The coaches are present with the student-athletes most often and it is important that we be able to recognize

- 3 -

symptoms of concussions and refer the student-athlete to a trainer or physician after an injury is sustained in our presence. Also, I am aware that despite the fact that medical personnel will not be present at every softball game, that student-athletes will still have to be cleared by a physician prior to returning to play regardless of sport.

9. As both a former player and current coach, the Settlement is a great idea for everyone because it requires modernized concussion guidelines and also provides medical screening for former players (like myself) who did not obtain the benefit of standardized concussion rules and management during our playing careers.

Date: December \_\_\_\_, 2014                               Shavaugnne Desecki

                                                          _____

the student-athlete to a trainer or physician after an injury is sustained in our presence. Also, I am aware that despite the fact that medical personnel will not be present at every softball game, that student-athletes will still have to be cleared by a physician prior to returning to play regardless of sport.

9. As both a former player and current coach, the Settlement is a great idea for everyone because it requires modernized concussion guidelines and also provides medical screening for former players (like myself) who did not obtain the benefit of standardized concussion rules and management during our playing careers.

Date: December 12, 2014

Shavaugnne Desecki

*[signature]*

- 3 -