# **<u>EXHIBIT G</u>**

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |
|---|---|
| **IN RE: NATIONAL COLLEGIATE ATHLETIC ASSOCIATION STUDENT-ATHLETE CONCUSSION LITIGATION** | MDL NO. 2492<br><br>Master Docket No. 13-cv-09116<br><br>Judge John Z. Lee<br><br>Magistrate Judge Geraldine Soat Brown |

## DECLARATION OF SPENCER TRAUTMANN

I, Spencer Trautmann, under oath, declare as follows:

1.      I am a current student-athlete at Western Oregon University. I am a senior and a pitcher for the baseball team. I am not related to any of the lawyers currently representing the parties in this matter. I have not been promised any compensation for my participation in this matter. I have full knowledge of the matters stated herein and could and would testify hereto if necessary.

2.      I received and reviewed the Amended Settlement Agreement in this matter.  I was asked to review the Settlement Agreement on behalf of current NCAA student-athletes who have played non-contact sports to determine if the Settlement is fair, adequate and reasonable as it applies to student-athletes who play non-contact sports.

3.      I reviewed the Settlement to determine whether all sports, regardless of whether sports are traditional "contact" sports, should be represented in the Settlement and whether all players should have access to the Medical Monitoring Program in the Settlement.

4.      It is obvious to me that the Settlement should apply to players in all sport and the NCAA is doing the right thing by funding a Medical Monitoring Program for the benefit of

- 1 -

010270-12  736244 V1

- 2 -

athletes who are either currently struggling with concussion symptoms or may in the future. This is especially true as athletes continue to get bigger and stronger in all sports and with what we now know regarding the severity and long-term effects of concussions.

5.     I have never personally suffered a concussion while playing baseball, but have witnessed other players suffer head injuries as a result of accidents or being hit in the head by a ball. The injuries I have witnessed on the baseball diamond can be just as serious as those suffered by football players, etc. because of the pure force that a baseball is hit with – especially since the NCAA allows metal bats. Frequently, a ball is hit directly back at high speed at the pitcher who is at risk of being hit with the ball in the head.

6.     For current and former student athletes who suffered effects from concussions, I believe that all current and former student-athletes should have access to the Medical Monitoring Program – regardless of the sport they played.

7.     One important benefit of the Medical Monitoring Program is that it is easily accessible to current and former student-athletes across the country. Therefore, student-athletes can obtain medical monitoring either where their school is located or near where they permanently reside. In addition, I think it is great that student-athletes will have a "go to" place to obtain medical monitoring rather than having to determine the best course of action by themselves.

8.     Another important benefit of the Settlement is that it requires that all student-athletes be baseline tested which will provide each student-athlete with a different foundation and help determine when it is safe to return to play especially because many student-athletes may ignore the symptoms of concussion. My school currently implements baseline testing and it should be implemented for all NCAA student-athletes regardless of sport. This is especially true

- 2 -

- 3 -

because a baseline test can indicate to a student-athlete to what extent they are injured when they take the test after they are injured and it is compared to their "baseline." Oftentimes, concussions can go unreported so having an objective and mandatory test is important.

9.      It is important to me that if a concussion occurs at a non-contact sports event, the Settlement requires that a student-athlete obtain medical clearance prior to returning to play regardless of sport. Due to the rarity of concussions in baseball, it may not be practical for a physician to be present at every game, but if a concussion does occur, I'm happy that it will be required that we have to see and be cleared by a physician before returning to play. In addition, it is important to me that in the absence of physicians, that everyone including student-athletes, coaches, and athletic trainers receive concussion education before each season. The athletic trainers with our team will be trained when to refer student-athletes to physicians and also be trained on when to remove us from the game if there is a concussion.

10.      Overall, the Settlement makes sense to me and I 100% think that all sports should be represented. With concussions being such a prevalent concern/issue nowadays, the Settlement is necessary to continue to protect student-athletes and also give student-athletes a way to obtain medical screening if they have been injured. I have seen that my school is making changes and I think that all NCAA schools should continue to evolve with the times.

Date: December ___, 2014                    Spencer Trautmann

010270-12 736244 V1