# **<u>EXHIBIT H</u>**

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE: NATIONAL COLLEGIATE ATHLETIC
ASSOCIATION STUDENT-ATHLETE CONCUSSION
LITIGATION

MDL NO. 2492

Master Docket No. 13-cv-09116

Judge John Z. Lee

Magistrate Judge Geraldine Soat Brown

## DECLARATION OF RYAN PARKS

I, Ryan Parks, under oath, declare as follows:

1. I am a former student-athlete and graduated from the University of Illinois in Champaign, Illinois in 2002. I was a pitcher for the baseball team. I am not related to any of the lawyers currently representing the parties in this matter. I have not been promised any compensation for my participation in this matter. I have full knowledge of the matters stated herein and could and would testify hereto if necessary.

2. I received and reviewed the Amended Settlement Agreement in this matter. I was asked to review the Settlement Agreement on behalf of former NCAA student-athletes who have played non-contact sports to determine if the Settlement is fair, adequate and reasonable as it applies to student-athletes who play non-contact sports.

3. During my baseball career, my school did not conduct baseline testing. However, concussions did occur in baseball; I witnessed other players (including fellow pitchers) sustain injuries as a result of being hit in the head by a ball. To my knowledge, there were no rules regarding return to play following a concussion during the time I played.

4. Although I never personally suffered a concussion, I think it is important that all current and former student-athletes have access to the Medical Monitoring Program. I think that there are former student-athletes struggling with the effects of concussions who may not be able to link these symptoms to their injuries. Therefore, they should be able to access the medical monitoring program to determine if their symptoms are concussion related.

5. One important benefit of the Settlement is that it requires that all student-athletes be baseline tested; in the event they are injured, the baseline test will help determine when it is safe to return to play. While I did witness some student-athletes take an objective test following injuries in my career, there was no "baseline" test to compare the results to.

6. While I am surprised that the concussion rates for baseball are lower than those for the "contact sports" defined in the Settlement, I think that the rule changes are sufficient to ensure that baseball players are protected going forward. Specifically, it is important that the coaches and athletic trainers are properly trained in

concussion management and recognition. The coaches and trainers are with the team almost all of the time and it is important that they be able to recognize an injury.

7. The Settlement is important because it both provides medical monitoring to former athletes like myself and also makes significant changes going forward to protect current players. Therefore, I support it on behalf of a former player in a "non-contact" sport, and am willing to participate as a class representative.

Date: December \_\_\_, 2014                                    Ryan Parks

- 2 -

010270-12 736203 V1