# **EXHIBIT J**

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL COLLEGIATE ATHLETIC ASSOCIATION STUDENT-ATHLETE CONCUSSION LITIGATION | MDL NO. 2492<br><br>Master Docket No. 13-cv-09116<br><br>Judge John Z. Lee<br><br>Magistrate Judge Geraldine Soat Brown |

### DECLARATION OF JESSICA MILLER

I, Jessica Miller, under oath, declare as follows:

1. I am a current student-athlete at Seattle Pacific University. I am a senior and a member of the women's volleyball team. I am not related to any of the lawyers currently representing the parties in this matter. I have not been promised any compensation for my participation in this matter. I have full knowledge of the matters stated herein and could and would testify hereto if necessary.

2. I received and reviewed the Amended Settlement Agreement in this matter. I was asked to review the Settlement Agreement on behalf of current NCAA student-athletes who have played non-contact sports to determine if the Settlement is fair, adequate and reasonable as it applies to student-athletes who play non-contact sports.

3. I also took the opportunity to talk to my friends who currently play NCAA sports to get their views.

4. I am extremely grateful for this Settlement primarily because it requires all schools to live up to the same standards. My school has started to implement some positive changes in concussion management, such as baseline testing. Requiring all schools to be on the

- 1 -

010270-12 736230 V1

- 2 -

same page and to implement the same concussion management policies and rules is important. The concussion management rules and treatment should not vary based on what school you go to or what sport you play.

5. Concussions are not solely a football issue. Concussions can also occur in sports like volleyball. I think that too often people associate concussions with "body to body" contact but "ball to body" contact can also cause concussions such as being hit in the head by a ball.

6. I suffered a mild concussion while playing volleyball and also witnessed a teammate suffer a concussion as a result of being hit in the head with a ball. Therefore I think that all current or former student-athletes should have access to the Medical Monitoring Program.

7. I acknowledge that the Settlement provides for trained personnel to be present at contact sports events but not at non-contact sports events. I do not believe that this difference means that the Settlement is unfair to non-contact sports athletes. Concussions happen much less frequently in sports like volleyball. However, if concussions do happen in non-contact sports, it is important that a student-athlete will have to obtain medical clearance before returning to play.

8. Also, it is important to me that baseline testing will be implemented across the board. My school currently institutes measures such as baseline testing, which should be available to all student-athletes. It is important to have an objective test that will help student-athletes and their medical providers determine if they have been injured, to what extent and when it is safe to return to play.

9. As a player who has suffered a concussion and witnessed teammates suffer concussions, I know how serious these injuries can be. Therefore, I want to be a part of the case

to ensure that non-contact sport student athletes, such as volleyball players like myself, obtain the benefits of this Settlement.

Date: December 11, 2014

Jessica Miller

*[signature]*