# **EXHIBIT K**

**NCAA-Sanctioned Sports** (source: http://www.ncaa.org/championships)

**Division I Fall Sports**
Cross Country (M/W)
Field Hockey
Football
Soccer (M)
Soccer (W)
Volleyball (W)
National Collegiate Water Polo (M)

**Division II Fall Sports**
Cross Country (M/W)
Field Hockey
Football
Soccer (M)
Soccer (W)
Volleyball (W)
National Collegiate Water Polo (M)

**Division III Fall Sports**
Cross Country (M/W)
Field Hockey
Football
Soccer (M)
Soccer (W)
Volleyball (W)
National Collegiate Water Polo (M)

**Division I Winter Sports**
Basketball (M)
Basketball (W)
National Collegiate Bowling
National Collegiate Fencing
National Collegiate Gymnastics (M)
National Collegiate Gymnastics (W)
Ice Hockey (M)
National Collegiate Ice Hockey (W)
National Collegiate Rifle (M/W)
National Collegiate Skiing (M/W)
Swimming and Diving (M/W)
Indoor Track and Field (M/W)
Wrestling

**Division II Winter Sports**
Basketball (M)
Basketball (W)
National Collegiate Bowling
National Collegiate Fencing (M/W)
National Collegiate Gymnastics (M)
National Collegiate Gymnastics (W)
National Collegiate Ice Hockey (W)
National Collegiate Rifle (M/W)
National Collegiate Skiing (M/W)
Swimming and Diving (M/W)
Indoor Track and Field (M/W)
Wrestling

**Division III Winter Sports**
Basketball (M)
Basketball (W)
National Collegiate Bowling
National Collegiate Fencing
National Collegiate Gymnastics (M)
National Collegiate Gymnastics (W)
Ice Hockey (M)
Ice Hockey (W)
National Collegiate Rifle (M/W)
National Collegiate Skiing (M/W)
Swimming and Diving (M/W)
Indoor Track and Field (M/W)
Wrestling

**Division I Spring Sports**
Baseball
Golf (M)
Golf (W)
Lacrosse (M)
Lacrosse (W)
Rowing
Softball
Tennis (M/W)
Outdoor Track and Field (M/W)
National Collegiate Volleyball (M)
National Collegiate Water Polo (W)

**Division II Spring Sports**
Baseball
Golf (M)
Golf (W)
Lacrosse (M)
Lacrosse (W)
Rowing
Softball
Tennis (M/W)
Outdoor Track and Field (M/W)
National Collegiate Volleyball (M)
National Collegiate Water Polo (W)

**Division III Spring Sports**
Baseball
Golf (M)
Golf (W)
Lacrosse (M)
Lacrosse (W)
Rowing
Softball
Tennis (M/W)
Outdoor Track and Field (M/W)
Volleyball (M)
National Collegiate Water Polo (W)