# **EXHIBIT 1**

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER



### Concussions in NCAA from 2004-2009

| | % of Injuries Competition | Median Days Out | Injury Frequency Rank | 12 most common injury Rank | National 5-yr Estimate (concussion) | Comments |
|---|---|---|---|---|---|---|
| Football | 6.6 | 6 | 4 | 2 | 16,277 | more concussions than all other fall sports combined |
| W. Soccer | 10.7 | 6 | 2 | 2 | 5,751 | Mech. simliar to M. Soccer |
| M. Soccer | 6.2 | 6 | 4 | 4 | 3,374 | nealy 1/3 due to direct player contact while heading ball |
| W. Volleyball | 3.9 | 6 | 7 | 4 | 1209 | |
| W. Basketball | 6.8 | 5 | 4 | 2 | 827 | |
| W. Field Hockey | 8.7 | 4 | 7 | 4 | 685 | |
| M. Basketball | 4.3 | 4 | 6 | 2 | 664 | |
| Wrestling | 4.5 | 8 | 5 | 4 | 256 | |
| W. Ice Hockey | 12.6 | 6 | 4 | 1 | 154 | |
| W. Gymnastics | 2.3 | 9 | 11 | 4 | 28 | |

**Sport 5-yr Concussion Estimate**    29,225

**Per year**    2,923



NCAA.org/health-safety

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER



Figure 1. Concussion incidence, by year, in 5 fall sports.



Figure 2. Concussion incidence, by year, in fall football.



Figure 3. Concussion incidence, by year, in men's soccer.



Figure 4. Concussion incidence, by year, in women's soccer.



NCAA.org/health-safety

NCAA00007965



Figure 5. Concussion incidence, by year, in 15 NCAA sports, 1988/89 to 2003/04 (published in Hootman et al. J Athletic Train 2007;42(2):308-14.



NCAA.org/health.safety

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

NCAA00007966