# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

National Collegiate Athletic Association Student−Athlete Concussion Injury Litigation, et al.

          Plaintiff,

v.

National Collegiate Athletic Association

          Defendant.

Case No.: 1:13−cv−09116

Honorable John Z. Lee

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, December 19, 2014:

    MINUTE entry before the Honorable John Z. Lee: Motion hearing held on 12/19/14. Because the Court denied without prejudice the Settlement Class Representatives' Motion for Preliminary Approval of Amended Class Settlement and Certification of Settlement Class, the Settlement Class Representatives' Renewed Motion to Add Non−Contact Sports Plaintiffs and Class Representatives [105] is denied as moot. During the hearing, Plaintiffs counsel for the Arrington action made an oral motion to amend the Second Amended Complaint in the Arrington action in order to join as named plaintiffs the individuals, who were the subject of the Renewed Motion. For the reasons stated on the record, that motion is granted. The amended complaint is due no later than 1/7/15. Defendants' answer or responsive pleading is due by 1/28/15. Furthermore, Plaintiff's counsel stated that he hopes to address the issues raised by the Court in its 12/17/14 order by mid−March. A status hearing is set for April 3, 2015 at 10:00 a.m.Mailed notice(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.