# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6,1
### Eastern Division

National Collegiate Athletic Association Student−Athlete Concussion Injury Litigation, et al.

        Plaintiff,

v.

Case No.: 1:13−cv−09116

Honorable John Z. Lee

National Collegiate Athletic Association

        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, January 12, 2015:

    MINUTE entry before the Honorable John Z. Lee: Plaintiff's Rule 23 motion for appointment of additional class counsel [118] is stricken without prejudice. Local Rule 5.3(b) clearly specifies that all motions must be accompanied by a notice of motion specifying the date and time on which, and the judge before whom, the motion is to be presented. Counsel is instructed to refile its motion with the proper notice, and is further cautioned to comply with the procedures set forth in this Court's standing order with respect to motion practice. Mailed notice(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.