

INTERNATIONAL CENTRE FOR
DISPUTE RESOLUTION'

## Hon. Dwight E. Jefferson
Coats Rose

| | |
|---|---|
| **Profession** | Attorney, Judge |
| **Work History** | Coats Rose Yale Ryman & Lee, P.C., 2012-present; Self-employed, 2004-12; Partner, Maloney, Jefferson & Dugas, LLC, 2001-04; Shareholder, Verner, Lipfert, Barnhard, McPhearson & Hand, Inc., 1999-01; State District Judge, 215th District Court, Harris County, Texas, 1995-1999; Partner, Coats Rose, 1988-95; In-House Counsel, Liberty Mutual Insurance Company, 1984-87. |
| **Experience** | Professional experience involves primarily litigation. Has practiced both as a defense attorney and plaintiff's attorney. Has handled all types of civil cases over a nearly 31 year period including construction, wrongful death, personal injury wrongful death, products liability, premises liability, commercial litigation (breach of contract, wrongful termination, breach of fiduciary duty), medical malpractice, auto accidents, and real estate disputes. As a State District Judge, experience was expanded to include presiding over construction cases including involving sureties, architects/engineers/designers, lenders and contractors. Presided over cases involving patents and trademarks, high technology, intellectual property, insurance, and maritime. Has represented clients in EEOC proceedings related to race discrimination. Has also prosecuted several sex, age and race discrimination cases against private entities. Has served as co-counsel, lead attorney, special master and mediator in class action and mass tort litigation including asbestos, securities transactions, consumer fraud, environmental torts, insurance fraud and pharmaceutical cases involving thousands of people. Was a certified NFL Contract Advisor from 2000-2001. In that capacity, has knowledge of the NCAA Rules generally and specifically regarding eligibility, academic standards, and enforcement. |
| **Alternative Dispute Resolution** | Has served as arbitrator, mediator, counsel and Judge in all types of civil litigation cases including contracts, business torts, medical malpractice, employment discrimination, wrongful termination, auto accident, commercial disputes, asbestos, |

4824-9485-4945.v1



| | |
|---|---|
| **Experience** | personal injury, premises liability, wrongful death, and construction. Has mediated numerous employment cases involving private employers and the Federal government. Has also mediated cases involving the U.S. Customs Service, Postal Service, and the Corp of Engineers. Mediation experience includes the mass mediation of the Harris County Asbestos Trial Docket involving hundreds of asbestos cases for the Harris County District Court. Arbitration experience has included the arbitration of labor and employment disputes, construction, contract, and a municipal annexation case. |
| **Alternative Dispute Resolution Training** | AAA Webinar, Does AT&T Mobility v. Concepcion L.L.C. Spell an End to Class Actions?, 2013; AAA, Managing a Successful Arbitration, 2013; AAA/ICDR Neutrals Conference, 2012; AAA Webinar, Environmental Dispute Resolution: Unmasking the Mystery and the Myths, 2011; AAA, ADR Strategies That Save Time and Money, 2010; The Negotiation Strategy Institute, Cutting Edge Negotiation Strategy for Lawyers, 2007; AAA Arbitrator I: Fundamentals of the Arbitration Process, 2006; A.A. White Dispute Resolution Center, International Arbitration Course, 2006; State Bar of Texas Newsletter, Alternative Resolutions, Self-Study, 2005; American Academy of Judicial Education, Mediation, Seattle, 1998; A. A. White Dispute Resolution Center, Advanced Family Mediation Training. |
| **Professional Licenses** | Admitted to the Bar, Texas, 1984. |
| **Professional Associations** | State Bar of Texas; Houston Bar Association; Houston Lawyers Association; American Bar Association; National Bar Association; American Board of Trial Advocates. |
| **Education** | University of Texas (BA, Government-1979; JD-1983). |
| **Publications and Speaking Engagements** | "Pre-Trial Conference & Orders," THE ULTIMATE TRIAL NOTEBOOK, State Bar of Texas, 1998; "Common Evidence Problems," Advanced Personal Injury Law Course, State Bar of Texas, 1995; "Work Product & Privileges - Protecting Your File," Advanced Personal Injury Law Course, State Bar of Texas, October 1993 and 1994. |
| **Citizen Locale** | United States of America<br>Houston, Texas, United States of America |

| | |
|---|---|
| **Compensation** | Hearing: $4000.00/Day |
| | Study: $450.00/Hr |
| | Cancellation: $3000.00/Day |
| | Cancellation Period: 14 Days |

Comment: To reduce overall cost and increase efficiency, a paralegal may be unitized to assist with the research and preparation of the arbitrator's decision at the rate of $150.00 Per Hour.

Cancellation Fee: $3000.00 for cancellations within 14 days of hearing date.

Reasonable Travel Expenses.

Available for Participation on Texas and Out-of-State Panels within the U.S., Alaska and Hawaii. Available for Participation in International Arbitrations in Texas, the U.S., and Abroad.