# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| **IN RE: NATIONAL COLLEGIATE ATHLETIC ASSOCIATION STUDENT-ATHLETE CONCUSSION LITIGATION** | MDL NO. 2492<br><br>Master Docket No. 13-cv-09116<br><br>Judge John Z. Lee<br><br>Magistrate Judge Geraldine Soat Brown |

## CLASS REPRESENTATIVES' AGREED MOTION FOR ENTRY OF BRIEFING SCHEDULE AND TO STRIKE HEARING DATE

Plaintiffs Adrian Arrington, Derek Owens, Kyle Solomon, Angela Palacios, Abram Robert Wolf, Sean Sweeney, Jim O'Conner, Dan Ahern, Paul Morgan, Jeffrey Caldwell, John DuRocher, Sharron Washington, Shelby Williams, Brice Sheeder, Shavaughne Desecki, Spencer Trautmann, Ryan Parks, Ursula Kunhardt, and Jessica Miller (collectively, "Class Representatives"), by and through Lead Counsel,[1] respectfully request an order entering an agreed briefing schedule and that the Court strike the January 20, 2015 hearing date on Plaintiff Whittier's Rule 23 Motion for Appointment of Additional Lead Counsel. In support thereof, Class Representatives state as follows:

1. On January 13, 2015, Plaintiff Whittier filed his Rule 23 Motion for Appointment of Additional Lead Counsel ("Motion").[1] (Dkt. No. 121). Plaintiff Whittier noticed his Motion for presentment on January 20, 2015 at 9:00 AM. (Dkt. No. 122).

2. On January 14, 2015, Class Representatives filed their Memorandum in Opposition to the Motion. (Dkt. No. 123).

---

[1] Lead Counsel means Steve W. Berman of Hagens Berman Sobol Shapiro LLP and Joseph Siprut of Siprut PC. *See* Case Management Order No. 3 (July 30, 2014) (Dkt. No. 76).

3. Co-Lead counsel and counsel for the NCAA are not available on January 20, 2015.

4. Accordingly, the parties have conferred with counsel for Whittier and have agreed that Whittier have until January 26, 2015 to file a reply in support of his Motion. The parties have also agreed to strike the January 20, 2015 hearing on the Motion.

WHEREFORE, Class Representatives respectfully request that the Court grant their Motion, order that Plaintiff Whittier file a reply in support of his Motion by January 26, 2015, strike the January 20, 2015 hearing date, and reset the hearing date, if the Court finds it necessary, to any date after January 26, 2015, and grant such other and further relief as this Court deems appropriate.

Date: January 15, 2015

Respectfully submitted,

By: */s/ Steve W. Berman*
     Steve W. Berman
*steve@hbsslaw.com*
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
206.623.7292
Fax: 206.623.0594

Elizabeth A. Fegan
*beth@hbsslaw.com*
Thomas E. Ahlering
*toma@hbsslaw.com*
HAGENS BERMAN SOBOL SHAPIRO LLP
1144 W. Lake Street, Suite 400
Oak Park, IL 60301
708.628.4949
Fax: 708.628.4950

>Joseph J. Siprut
>*jsiprut@siprut.com*
>Gregg M. Barbakoff
>*gbarbakoff@siprut.com*
>SIPRUT PC
>17 North State Street
>Suite 1600
>Chicago, IL  60602
>312.236.0000
>Fax: 312.878.1342
>
>*Co-Lead Counsel*

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that on January 15, 2015, a true and correct copy of the foregoing document was filed electronically via CM/ECF, which caused notice to be sent to all counsel of record.

>*/s/ Steve W. Berman*
>Steve W. Berman