UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6,1
Eastern Division

National Collegiate Athletic Association Student−Athlete
Concussion Injury Litigation, et al.
                                              Plaintiff,
v.                                            Case No.: 1:13−cv−09116
                                              Honorable John Z. Lee

National Collegiate Athletic Association
                                              Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, January 16, 2015:

MINUTE entry before the Honorable John Z. Lee:Class representatives' agreed motion for entry of briefing schedule and to strike hearing date [124] is granted. Plaintiff Whittier's reply in support of his motion is due by January 26, 2015. No appearance is required on 1/20/15. Mailed notice(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.