UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

NATIONAL COLLEGIATE ATHLETIC
ASSOCIATION STUDENT – ATHLETE
CONCUSSION INJURY LITIGATION, ET AL

*Plaintiffs,*

V.        Case No.: 1:13-cv-09116
       Honorable John Z. Lee

NATIONAL COLLEGIATE ATHLETIC ASSOCIATION

*Defendant.*

## AGREED MOTION FOR AMENDED BRIEFING SCHEDULE

**COMES NOW**, Mildred Whittier, A/N/F, Julius Whittier ("Whittier"), Putative Class Member in the above-styled and numbered cause and files this his Agreed Motion for Amended Briefing Schedule and in support thereof would show the Court as follows:

I.

On or about January 15, 2015, Class Representatives filed their Agreed Motion for Entry of Briefing Schedule and to Strike Hearing Date, seeking entry of a briefing scheduling granting Plaintiff Whittier until January 26, 2015 to file his Reply in Support of his Rule 23 Motion for Appointment of Additional Class Counsel.

On or about January 16, 2015, the Honorable John Z. Lee filed Minute Entry (Dkt. 126) granting class representatives' Motion for Entry of Briefing Schedule and

1

to Strike Hearing Date (Dkt. 124) and ordering that Plaintiff Whittier's Reply in Support of its Motion is due by January 26, 2015.

Due to a medical emergency in Plaintiff Whittier's counsel's family, which required the hospitalization of his brother, and his mother's current serious medical condition, counsel is not able to meet the briefing scheduling requiring Plaintiff Whittier's reply in support of his Rule 23 Motion for Appointment of Additional Class Counsel on January 26, 2015.

Plaintiff Whittier's counsel has conferred with Class Counsel for the Class representatives and the defendant, each of whom have agreed to Counsel's request that the briefing schedule be amended to allow Plaintiff Whittier to file his Reply in Support of his Rule 23 Motion on or before January 28, 2015.

WHEREFORE, Plaintiff Whittier prays that the Court grant its Motion to Amend the Briefing Schedule and allow him to file his Reply in Support of his Rule 23 Motion for Appointment of Additional Class Counsel on or before January 28, 2015.

Date: January 26, 2015.

Respectfully submitted,

By: /s/ Dwight E. Jefferson
Dwight E. Jefferson
State Bar No. 10605600
djefferson@coatsrose.com

4851-6763-9841.v1

                    **ATTORNEY FOR CLASS-PLAINTIFF MILDRED WHITTIER, A/N/F, JULIUS WHITTIER**

OF COUNSEL:

COATS ROSE YALE RYMAN & LEE
9 Greenway Plaza, Suite 1100
Houston, Texas 77046-0307
Telephone: (713) 651-0111
Facsimile: (713) 651-0220

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was filed electronically via CM/ECF, which caused notice to be sent to all counsel of record on this 26th day of January, 2015.

                    */s/ Dwight E. Jefferson*
                By:_____

4851-6763-9841.v1