**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **IN RE: NATIONAL COLLEGIATE ATHLETIC ASSOCIATION STUDENT-ATHLETE CONCUSSION LITIGATION** | MDL No. 2492<br><br>Master Docket No. 1:13-cv-09116<br><br>[Honorable John Z. Lee]<br><br>[Magistrate Judge Geraldine Soat Brown] |

**NOTICE OF MOTION**

     **PLEASE TAKE NOTICE** that on Tuesday, February 3, 2015 at 9:00 a.m., or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable John Z. Lee, or any judge sitting in his stead in Courtroom 1225, and then and there present *Plaintiff Nichols' Renewed Motion to Appoint Jay Edelson as Lead Counsel of the Personal Injury Class*, a true and accurate copy of which is attached hereto and hereby served upon you.

                                                                 Respectfully submitted,

                                                                 **Plaintiff Anthony Nichols**

Dated: January 26, 2015                        By: /s/ Ari J. Scharg

                                                                  Jay Edelson
                                                                  jedelson@edelson.com
                                                                  Rafey Balabanian
                                                                  rbalabanian@edelson.com
                                                                  Ari J. Scharg
                                                                  ascharg@edelson.com
                                                                  EDELSON PC
                                                                  350 North LaSalle Street, Suite 1300
                                                                  Chicago, Illinois 60654
                                                                 Tel: 312.589.6370
                                                                 Fax: 312.589.6378

**CERTIFICATE OF SERVICE**

   I, Ari J. Scharg, an attorney, hereby certify that on January 26, 2015, I served the above and foregoing *Notice of Plaintiff Nichols' Renewed Motion to Appoint Jay Edelson as Lead Counsel of the Personal Injury Class*, by causing true and accurate copies of such paper to be filed and transmitted to all counsel of record via the Court's CM/ECF electronic filing system.

            /s/ Ari J. Scharg