# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6,1
### Eastern Division

National Collegiate Athletic Association
Student−Athlete Concussion Injury Litigation, et al.

                                                                                                         Plaintiff,

v.                                                                                                           Case No.: 1:13−cv−09116

                                                                                                          Honorable John Z. Lee

National Collegiate Athletic Association

                                                                                   Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, February 4, 2015:

       MINUTE entry before the Honorable John Z. Lee: Motion hearing held on 2/3/15. Plaintiff Julius Whittier's motion to withdraw his Rule 23 motion for appointment of additional class counsel [132] is granted. Plaintiff's Rule 23 motion for appointment of additional class counsel [121] is stricken. Plaintiffs' response to Plaintiff Nichol's renewed motion to appoint Jay Edelson as lead counsel of the personal injury class [128] is due by 2/10/15; reply due by 2/17/15. A status hearing is set for 2/24/15 at 11:00 a.m. Mailed notice(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.