UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL COLLEGIATE ATHLETIC ASSOCIATION STUDENT-ATHLETE CONCUSSION INJURY LITIGATION | ) MDL No. 2492 <br> ) <br> ) Master Docket No. 1:13-cv-09116 <br> ) <br> ) This Document Relates To: <br> ) All Cases <br> ) <br> ) Judge John Z. Lee <br> ) <br> ) Magistrate Judge Geraldine Soat Brown |

## NOTICE OF MOTION

Please take notice that on February 24, 2015, at 9:00 a.m., or as soon thereafter as counsel may be heard, we will appear before the Honorable Judge John Z. Lee of the United States District Court for the Northern District of Illinois in Courtroom 1225 at 219 South Dearborn Street, Chicago, Illinois to present the Agreed Motion for an Extension of Time, a copy of which is filed herewith.

Dated: February 17, 2015         Respectfully submitted,

/s/ Mark S. Mester
Lead Counsel for Defendant
National Collegiate Athletic Association

Mark S. Mester
 mark.mester@lw.com
Johanna M. Spellman
 johanna.spellman@lw.com
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, Illinois 60611
Telephone: (312) 876-7700
Facsimile: (312) 993-9767

J. Christian Word
  christian.word@lw.com
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, D.C.  20004-1304
Telephone:  (202) 637-2200
Facsimile:  (202) 637-2201

## CERTIFICATE OF SERVICE

      I, Mark S. Mester, certify that on February 17, 2015, a true and correct copy of the foregoing Notice of Motion was filed through the ECF system and served upon the following parties by prepaid first class mail:

| | |
|---|---|
| Timothy J. McIlwain<br>TIMOTHY J. MCILWAIN, ATTORNEY AT LAW, LLC<br>89 River Street #1538<br>Hoboken, NJ 07030<br>Telephone: 877-375-9599<br>Facsimile: 609-450-7017 | Edgar D. Gankendorff<br>PROVOSTY & GANKENDORFF, L.L.C.<br>650 Poydras Street, Suite 2700<br>New Orleans, LA 70130<br>Telephone: 504-410-2795<br>Facsimile: 504-410-2796 |
| Elizabeth J. Cabraser<br>LIEFF CABRASER HEIMANN & BERNSTEIN<br>275 Battery Street, 29th Floor<br>San Francisco, CA 94111<br>Telephone: 415-956-1000<br>Facsimile: 415-956-1008 | |

                                        /s/ Mark S. Mester
                                        Mark S. Mester
                                           mark.mester@lw.com
                                        LATHAM & WATKINS LLP
                                        330 North Wabash Avenue, Suite 2800
                                        Chicago, Illinois 60611
                                        Telephone: (312) 876-7700
                                        Facsimile: (312) 993-9767