**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **IN RE NATIONAL COLLEGIATE ATHLETIC ASSOCIATION STUDENT-ATHLETE CONCUSSION INJURY LITIGATION** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **MDL No. 2492**<br><br>**Master Docket No. 1:13-cv-09116**<br><br>**This Document Relates to All Cases**<br><br>**Judge John Z. Lee**<br><br>**Magistrate Judge Geraldine Soat Brown** |

**EXHIBITS TO THE
JOINT SUBMISSION REGARDING THE
FEASIBILITY AND COST OF DIRECT NOTICE**

Exhibit A -- Declaration of Johanna Spellman

Exhibit B -- Declaration of Alan Vasquez (with exhibits)