**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

|  |  |
|---|---|
| **IN RE: NATIONAL COLLEGIATE ATHLETIC ASSOCIATION STUDENT-ATHLETE CONCUSSION LITIGATION** | MDL NO. 2492<br><br>Master Docket No. 13-cv-09116<br><br>Judge John Z. Lee<br><br>Magistrate Judge Geraldine Soat Brown |

**DECLARATION OF CHRISTOPHER A. O'HARA REGARDING CLASS NOTICE**

I, Christopher A. O'Hara, declare as follows:

1.      I am a member in good standing of the State Bars of Washington and Arizona.  I am a partner at Hagens Berman Sobol Shapiro LLP ("Hagens Berman"), Lead Counsel in the above captioned case.  I make this declaration of my own personal knowledge, except where noted, and, if called upon to do so, could and would testify competently to the facts that it contains.

2.      For the past several years, my main role at Hagens Berman has been to work on all our class action settlements on all aspects of claims administration, and more specifically, to work with third-party settlement notice providers in designing and implementing class notice programs.

3.      I provide this declaration to inform the Court of actions and progress related to the settlement and the provision of class notice in the case of *Keller v. Electronic Arts, Inc. et al.*, Case No. 4:09-cv-01967-CW (N.D. Cal.) ("NCAA Likeness Settlement"), which may be relevant to the parties' proposal regarding class notice in the instant matter, and to the Court's consideration thereof.

- 1 -

4.      The NCAA Likeness Settlement classes broadly include certain NCAA football and basketball players listed on rosters published or issued by a school whose team was included in NCAA-Branded Videogames. The Likeness classes include former student-athletes going back as far as 2003. The Court-approved notice and claims administrator in the NCAA Likeness Settlement is Gilardi & Co. ("Gilardi"), the same proposed notice and claims administrator in the instant case. Following the Court's preliminary approval of the NCAA Likeness Settlement in 2014, I have been involved in working with Gilardi and the NCAA's counsel over the past several months to obtain direct contact information for the Likeness class members in order for Gilardi to provide direct notice of the Likeness Settlement to those class members. The efforts to obtain direct contact information in the Likeness Settlement are similar to what the parties are proposing to do here in the instant case. While these efforts are still in progress, they have been largely successful in obtaining class member contact information and may partially inform the Court as to what can be done in the same regard here.

5.      The process began in earnest on November 12, 2014 with the NCAA sending its member schools emails and letters requesting and instructing them to attempt to compile and submit to Gilardi data including all last known contact information for the schools' current and former football and men's basketball players going back to 2003. The schools were asked and directed to download their data to a Gilardi-designed and maintained secured website, similar to what the parties propose to do here. The first responding download of contact information from a school happened just days later, on November 17, 2014.

6.      Following a reminder email from the NCAA to the schools in early December, 2015, the response rate picked up substantially and the schools have been individually and successfully downloading their data to Gilardi's website ever since. As the parties have also

- 2 -

010270-12 761128 V1

seen here, several member institutions expressed concerns that they would require a subpoena before providing contact information, to ensure compliance with, *inter alia*, the Family Educational Rights and Privacy Act, 20 U.S.C. § 1232g, so subpoenas were sent to these schools asking for that information and that process is ongoing, as the schools respond to the subpoenas. *See* Stipulation and Order Concerning Extension of Deadlines in Orders Granting Preliminary Approval of Class Action Settlements in the Likeness Settlement, dated December 29, 2014, at p. 1-3 ("Likeness Order"), attached hereto as Exhibit 1.

7.      As of December 26, 2014, 156 member institutions had provided Gilardi ascertainable information regarding the names and last-known addresses of NCAA football and basketball players who were listed on a roster published or issued by a school whose team was included in an NCAA-Branded Videogame originally published or distributed going back to 2003. At that time, Gilardi sampled the information uploaded by NCAA member institutions and analyzed the quality of the addresses. Gilardi's analysis found that approximately 97% of the addresses were valid addresses, and were therefore likely to be effective in disseminating information to Settlement class members in the NCAA Likeness Settlement. *See* Exhibit 1, Likeness Order at p. 2.

8.      As of February 18, 2015, Gilardi has now received downloads of contact information from a total of 284 NCAA schools, out of approximately 330 member institutions, which were sent requests and/or subpoenas. Based on the contact information obtained to date and that expected to come in over the next few weeks, Gilardi is preparing to mail direct notice to class members in the Likeness Settlement beginning in early March, 2015.

9.      Based on the contact information received to date and that expected to come in in the coming weeks, I understand that Gilardi expects to receive data that would allow it to mail a notice regarding the Likeness Settlement to approximately 60% of the Likeness class members. Gilardi has also prepared an indirect notice plan to supplement the direct notice efforts in the

010270-12 761128 V1

Likeness Settlement, including nationwide publication on the internet through directed advertising to likely class members, and print publication in *ESPN the Magazine* and *Sports Illustrated* magazine, similar to what the parties propose to do here in the Concussions settlement in order to supplement the direct notice to be mailed to Class members. Gilardi estimates that the combined reach of the direct and indirect notice efforts in the Likeness Settlement will exceed 80%.

10. With regard to direct notice, the parties propose to engage in a similar process here in the Concussion case, with the parties sending out requests (and subpoenas where necessary) to the member institutions to submit their last known direct contact information for Class members to a secure website to be developed and maintained by Gilardi. *See* Declaration of Alan Vasquez Regarding Direct Notice at ¶¶5-6.

11. Attached as Exhibit 2 hereto is a chart prepared by Gilardi listing each school that has downloaded their data to the Likeness Settlement website and the date of the download, as of February 23, 2015.

12. Attached as Exhibit 3 hereto is a graph prepared by Gilardi showing the rate of downloads by the schools in the Likeness Settlement through February 23, 2015.

13. While the Likeness class is smaller than the Concussions Class proposed here (encompassing only two sports and going back only to 2003), the process in place for obtaining last known direct contact information for current and former student-athletes has been largely successful in the Likeness Settlement and may inform similar efforts that the parties propose to prepare for the dissemination of direct notice to the proposed Concussion Class here.

I declare that the foregoing is true and correct to the best of my ability.

Date:  February 23, 2015

Respectfully submitted,

By: _____

Christopher A. O'Hara
*Chriso@hbsslaw.com*
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
206.623.7292
Fax: 206.623.0594

010270-12  761128 V1

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that on February 23, 2015, a true and correct copy of the foregoing was filed electronically via CM/ECF, which caused notice to be sent to all counsel of record.

By: */s/ Steve W. Berman*

010270-12  761128 V1

# EXHIBIT - 1

1   MICHAEL D. HAUSFELD (*pro hac vice*)          GREGORY L. CURTNER (*Pro Hac Vice*)
    mhausfeld@hausfeldllp.com                      gcurtner@schiffhardin.com
2   HILARY K. SCHERRER (SBN 209451)                ROBERT J. WIERENGA (SBN 183687)
    hscherrer@hausfeldllp.com                      rwierenga@schiffhardin.com
3   SATHYA S. GOSSELIN (SBN 269171)                SCHIFF HARDIN LLP
    sgosselin@hausfeldllp.com                      350 Main St., Suite 210
4   SWATHI BOJEDLA                                 Ann Arbor, MI  48104
    sbojedla@hausfeldllp.com (*pro hac vice*)      Telephone:    (734) 222-1500
5   HAUSFELD LLP                                   Facsimile:    (734) 222-1501
    1700 K Street, NW, Suite 650
6   Washington, D.C.  20006                        Attorneys for Defendant
    Telephone:    (202) 540-7200                   National Collegiate Athletic Association
7   Facsimile:    (202) 540-7201

8   Antitrust Plaintiffs' Class Counsel

9   Robert B. Carey (*Pro Hac Vice*)               R. James Slaughter
    Leonard W. Aragon (*Pro Hac Vice*)             Robert Van Nest
10  HAGENS BERMAN SOBOL SHAPIRO LLP                KEKER & VAN NEST LLP
    11 West Jefferson, Suite 1000                  633 Battery Street
11  Phoenix, Arizona 85003                         San Francisco, CA 94111
    Telephone: (602) 840-5900                      Telephone: (415) 391-5400
12  Facsimile: (602) 840-3012                      Facscimile: (415) 397-7188
    rob@hbsslaw.com                                rslaughter@kvn.com
13  leonard@hbsslaw.com                            rvannest@kvn.com

14  Right of Publicity Plaintiffs' Class Counsel   Attorneys for Defendant Electronic Arts Inc.

15                      UNITED STATES DISTRICT COURT
                       NORTHERN DISTRICT OF CALIFORNIA

16  EDWARD C. O'BANNON, JR., on behalf of       Case Nos. 09-cv-3329-CW, 09-cv-1967 CW
17  himself and all others similarly situated,
                                                 **STIPULATION AND ORDER**
18              Plaintiffs,                       **CONCERNING EXTENSION OF**
                                                 **DEADLINES IN ORDERS GRANTING**
        v.                                       **PRELIMINARY APPROVAL OF CLASS**
19                                               **ACTION SETTLEMENTS**
    NATIONAL COLLEGIATE ATHLETIC
20  ASSOCIATION (NCAA); ELECTRONIC              Judge:        Hon. Claudia Wilken
    ARTS, INC.; and COLLEGIATE                  Crtrm:        2, 4th Floor
21  LICENSING COMPANY,

22              Defendants.

    SAMUEL MICHAEL KELLER, on behalf of
23  himself and all others similarly situated,

24              Plaintiffs,

25      v.

    NATIONAL COLLEGIATE ATHLETIC
26  ASSOCIATION (NCAA); ELECTRONIC
    ARTS, INC.; and COLLEGIATE
27  LICENSING COMPANY,

28              Defendants.

Case Nos. 09-cv-3329-CW, 09-cv-1967 CW

STIPULATION AND ~~[PROPOSED]~~ ORDER CONCERNING EXTENSION OF DEADLINES IN ORDERS GRANTING PRELIMINARY
APPROVAL OF CLASS ACTION SETTLEMENTS

1    WHEREAS, on September 3, 2014, the Court granted preliminary approval to two

2    settlements—one between the Antitrust Plaintiffs and the Right of Publicity Plaintiffs and

3    Electronic Arts Inc. (Case No. 09-1967-CW, Dkt. No. 1177); and one between the Right of

4    Publicity Plaintiffs and the National Collegiate Athletic Association (Case No. 09-1967-CW, Dkt.

5    No. 1178);

6    WHEREAS, the Court also approved both Class Notice plans, providing further that

7

8    As part of that Class Notice plan, the NCAA will request that its member
     institutions and affiliated alumni associations provide to the Notice and Claims
     Administrator reasonably ascertainable information regarding the names and last-

9    known addresses of NCAA football and basketball players who were listed on a
     roster published or issued by a school whose team was included in an NCAA-

10   Branded Videogame originally published or distributed during the *Keller* Right of
     Publicity Settlement Class Period. To the extent that a member institution or

11   affiliated alumni association declines to provide such information, Class Counsel
     shall endeavor in good faith to obtain such information, including when necessary

12   by subpoena to such member institution or affiliated alumni association (to the
     extent Class Counsel have not already done so), and shall forward any information

13   received to the Notice and Claims Administrator.

14   Case No. 09-1967-CW, Dkt. No. 1178, at 4.

15

16   As part of that Class Notice plan, in coordination with the NCAA Videogame
     Settlement, the NCAA will request that its member institutions and affiliated

17   alumni associations provide to the Notice and Claims Administrator reasonably
     ascertainable information regarding the names and last-known addresses of NCAA

18   football and basketball players who were listed on a roster published or issued by a
     school whose team was included in an NCAA-Branded Videogame originally

19   published or distributed during the Settlement Class Period. To the extent that a
     member institution or affiliated alumni association declines to provide such

20   information, Class Counsel shall endeavor in good faith to obtain such information,
     including by subpoenaing if necessary such member institution and affiliated

21   alumni association for that information (to the extent it has not already done so),
     and shall forward any information received to the Notice and Claims

22   Administrator.

23   Case No. 09-1967-CW, Dkt. No. 1177, at 5-6;

24   WHEREAS, in the intervening months the NCAA has requested on multiple occasions that

25   its member institutions and affiliated alumni associations provide to the Notice and Claims

26   Administrator reasonably ascertainable information regarding the names and last-known addresses

27   of NCAA football and basketball players who were listed on a roster published or issued by a 1967 CW

28

1   school whose team was included in an NCAA-Branded Videogame originally published or

2   distributed during the respective class periods;

3        WHEREAS, responsive to the NCAA's requests, 156 member institutions have now

4   provided to the Notice and Claims Administrator reasonably ascertainable information regarding

5   the names and last-known addresses of NCAA football and basketball players who were listed on

6   a roster published or issued by a school whose team was included in an NCAA-Branded

7   Videogame originally published or distributed during the respective class periods;

8        WHEREAS, the Notice and Claims Administrator, Gilardi & Co. LLC, has sampled the

9   information uploaded by NCAA member institutions and analyzed the quality of the addresses.

10  Gilardi's analysis found that approximately 97 % of the addresses were valid addresses, and are

11  therefore likely to be effective in disseminating information to Settlement Class Members;

12       WHEREAS, the NCAA has been in active communication with its member institutions,

13  some of whom have informed the NCAA that they will need additional time to respond to the

14  request;

15       WHEREAS, some of the NCAA's member institutions have informed the NCAA that they

16  believe that their student-athlete contact information is protected under the Family Educational

17  Rights and Privacy Act ("FERPA") and that they will provide the requested information once they

18  have received a subpoena for the information and the other procedural requirements of FERPA

19  have been satisfied;

20       WHEREAS, no member institution to date has refused outright to disclose the requested

21  information;

22       WHEREAS, the Antitrust Plaintiffs and Right of Publicity Plaintiffs are in the process of

23  subpoenaing member institutions that have yet to provide information;

24       WHEREAS, the parties are concerned that some member institutions' responses to the

25  subpoenas (which will yield additional information regarding the names and last-known addresses

26  of NCAA football and basketball players who were listed on a roster published or issued by a

27  school whose team was included in an NCAA-Branded Videogame originally published or

28

-2-          Case Nos. 09-cv-3329-CW, 09-cv-1967 CW

STIPULATION AND [PROPOSED] ORDER CONCERNING EXTENSION OF DEADLINES IN ORDERS GRANTING PRELIMINARY
APPROVAL OF CLASS ACTION SETTLEMENTS

1   distributed during the respective class periods) will not be received until after January 2, 2015, the

2   current date for mailed notice to issue under both orders (Case No. 09-1967-CW, Dkt. No. 1178,

3   at 4; Case No. 09-1967-CW, Dkt. No. 1177, at 6);

4       WHEREAS, all parties agree that an extension of sixty days will benefit class members by

5   allowing the parties to obtain additional contact information for class members, and that the

6   extension will likely result in a higher claim rate.

7       **IT IS HEREBY STIPULATED AND AGREED THAT:**

8       The following deadlines in both preliminary-approval orders (Case No. 09-1967-CW, Dkt.

9   Nos. 1177, 1178) are extended as set forth below:

| Event | Current Deadline (Dkt. Nos. 1177, 1178) | New Deadline |
|---|---|---|
| Mailed Notice Date | January 2, 2015 | March 3, 2015 |
| Plaintiffs' Fee Petitions | February 10, 2015 | April 13, 2015 |
| Opt-Out/Objection Deadline | March 3, 2015 | May 4, 2015 |
| Replies to Objections | April 30, 2015 | July 2, 2015 |
| Claims Deadline | April 30, 2015 | July 2, 2015 |
| Fairness Hearing | May 14, 2015 at 2 p.m. | July 16, 2015 at 2 p.m. |

18      The authority for and concurrence in the filing of this stipulated request has been obtained

19  from each of the signatories, pursuant to Civil Local Rule 5-1(i)(3).

20

21  Dated: December 26, 2014                    HAGENS BERMAN SOBOL SHAPIRO LLP

22                                              By____/s/ Leonard W. Aragon_____
                                                Robert B. Carey (Pro Hac Vice)
23                                              Leonard W. Aragon (Pro Hac Vice)
                                                11 West Jefferson Street, Suite 1000
24                                              Phoenix, Arizona 85003
                                                Telephone: (602) 840-5900
25                                              Facsimile: (602) 840-3012
                                                rob@hbsslaw.com
26                                              leonard@hbsslaw.com

27                                              Attorneys for Right of Publicity Plaintiffs

28

Dated: December 26, 2014          HAUSFELD LLP

                                  By: /s/ Hilary K. Scherrer
                                  Michael D. Hausfeld (pro hac vice)
                                  Hilary K. Scherrer (Cal. Bar No. 209451)
                                  Sathya S. Gosselin (Cal. Bar No. 269171)
                                  HAUSFELD LLP
                                  1700 K Street, NW, Suite 650
                                  Washington, DC 20006
                                  Telephone: (202) 540-7200
                                  Facsimile: (202) 540-7201
                                  mhausfeld@hausfeldllp.com
                                  hscherrer@hausfeldllp.com
                                  sgosselin@hausfeldllp.com

                                  Counsel for the Antitrust Plaintiffs

Dated: December 26, 2014          KEKER & VAN NEST LLP

                                  By  /s/ R. James Slaughter
                                  R. James Slaughter
                                  Robert Van Nest
                                  633 Battery Street
                                  San Francisco, CA 94111
                                  Telephone: 415.391.5400
                                  Facscimile: 415.397.7188
                                  rslaughter@kvn.com
                                  rvannest@kvn.com

                                  Attorneys for Defendant Electronic Arts Inc.

Dated: July 1, 2014               SCHIFF HARDIN LLP

                                  By: /s/ Gregory L. Curtner
                                  Gregory L. Curtner (Pro Hac Vice)
                                  Robert Wierenga
                                  350 Main Street, Suite 210
                                  Ann Arbor, Michigan 48104
                                  Telephone: (734) 222-1500
                                  Facsimile: (734) 222-1501
                                  gcurtner@schiffhardin.com
                                  rwierenga@schiffhardin.com

                                  Attorneys for Defendant National Collegiate
                                  Athletic Association

1

2   **ORDER**

3   Pursuant to the stipulation of counsel, IT IS SO ORDERED.

4   Dated:  December 29, 2014

5   _____
    The Honorable Claudia Wilken
6   Chief United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## CERTIFICATE OF SERVICE

I hereby certify that on December 26, 2014, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification to the e-mail addresses registered.

/s/ Leonard W. Aragon
LEONARD W. ARAGON

STIPULATION AND [PROPOSED] ORDER CONCERNING EXTENSION OF DEADLINES IN ORDERS GRANTING PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENTS

# EXHIBIT - 2



**Gilardi**
& CO LLC

**Upload Statistics Report**
NCAA/EA Likeness Settlement Census
February 23, 2015

CASE MANAGER: Kenneth Jue
Direct Telephone: (415) 458-3045
Email: Kenneth.Jue@Gilardi.com

Plaintiffs' Counsel
Leonard Aragon
Chris O'Hara
Hagens Berman Sobol Shapiro

Sathya Gosselin
Swathi Bojedla
Hausfeld

Renae Steiner
Heins Mills & Olson PLC

Defense Counsel
Dede Kokolis
Gregory Curtner
Paul Bateman Jr.
Schiff Hardin LLP

| School | Team Name | Upload Date | 2nd Upload |
|---|---|---|---|
| Rider University | Rider Broncs | 11/17/2014 | |
| Marquette University | Marquette Golden Eagles | 11/19/2014 | |
| University of Kentucky | Kentucky Wildcats | 11/21/2014 | |
| Monmouth University | Monmouth Hawks | 11/26/2014 | |
| Manhattan College | Manhattan Jaspers | 12/3/2014 | |
| College of the Holy Cross | Holy Cross Crusaders | 12/3/2014 | |
| University of Evansville | Evansville Purple Aces | 12/4/2014 | |
| St. John's University (New York) | St. John's Red Storm | 12/4/2014 | |
| Indiana University-Purdue University, Fo | IPFW Mastadons | 12/4/2014 | |
| South Dakota State University | South Dakota State Jackrabbits | 12/4/2014 | |
| Youngstown State University | Youngstown State Penguins | 12/5/2014 | |
| North Dakota State University | North Dakota State Bison | 12/5/2014 | |
| Arizona State University | Arizona State Sun Devils | 12/5/2014 | |
| Villanova University | Villanova Wildcats | 12/8/2014 | |
| Louisiana State University | LSU Tigers | 12/8/2014 | |
| Niagara University | Niagara University Purple Eagles | 12/8/2014 | |
| Wofford College | Wofford Terriers | 12/8/2014 | |
| Elon University | Elon Phoenix | 12/8/2014 | |
| University of Vermont | Vermont Catamounts | 12/8/2014 | |
| Gonzaga University | Gonzaga Bulldogs | 12/8/2014 | |
| St. Bonaventure University | St. Bonaventure Bonnies | 12/8/2014 | |
| University of North Carolina, Charlotte | Charlotte 49ers | 12/8/2014 | |
| Campbell University | Campbell Fighting Camels | 12/8/2014 | |
| Auburn University | Auburn Tigers | 12/8/2014 | |
| Drake University | Drake Bulldogs | 12/8/2014 | |
| Missouri State University | Southwest Missouri State Bears | 12/9/2014 | |
| Siena College | Siena Saints | 12/9/2014 | |
| University of Wisconsin, Madison | Wisconsin Badgers | 12/9/2014 | |
| Stetson University | Stetson Hatters | 12/9/2014 | |
| University of Wisconsin-Green Bay | #N/A | 12/9/2014 | |
| Texas Southern University | Texas Southern Tigers | 12/9/2014 | |
| New Mexico State University | New Mexico State Aggies | 12/9/2014 | |
| University of Texas at Arlington | UT Arlington Mavericks | 12/9/2014 | |
| Montana State University-Bozeman | Montana State Bobcats | 12/9/2014 | |
| University of San Diego | San Diego Toreros | 12/9/2014 | |
| Saint Francis University (Pennsylvania) | Saint Francis Red Flash | 12/10/2014 | |
| Morehead State University | Morehead State Eagles | 12/10/2014 | |
| University of New Mexico | New Mexico Lobos | 12/10/2014 | |
| University of Georgia | Georgia Bulldogs | 12/10/2014 | |
| University of Wyoming | Wyoming Cowboys | 12/10/2014 | |
| DePaul University | DePaul Blue Demons | 12/10/2014 | |
| Georgia Institute of Technology | Georgia Tech Yellow Jackets | 12/10/2014 | |
| University of Washington | Washington Huskies | 12/10/2014 | |
| Belmont University | Belmont Bruins | 12/10/2014 | |
| Illinois State University | Illinois State Redbirds | 12/10/2014 | |
| University of New Orleans | New Orleans Privateers | 12/10/2014 | |
| University of Miami (Florida) | Miami Hurricanes | 12/10/2014 | |
| University of Hawaii, Manoa | Hawaii Rainbow Warriors | 12/10/2014 | |
| Stephen F. Austin State University | Stephen F. Austin Lumberjacks | 12/10/2014 | |
| University of Tennessee at Chattanooga | Tennessee-Chattanooga Mocs | 12/10/2014 | |
| University of Wisconsin, Milwaukee | UW-Milwaukee Panthers | 12/10/2014 | |
| Lipscomb University | Lipscomb Bison | 12/10/2014 | |
| Yale University | Yale Bulldogs | 12/10/2014 | |
| Bowling Green State University | Bowling Green Falcons | 12/10/2014 | |
| University of North Florida | North Florida Ospreys | 12/10/2014 | |
| Valparaiso University | Valparaiso Crusaders | 12/10/2014 | |
| University of Montana | Montana Grizzlies | 12/10/2014 | |
| Pennsylvania State University | Pennsylvania State Nittany Lions | 12/10/2014 | |
| East Carolina University | East Carolina Pirates | 12/10/2014 | |
| Texas A&M University-Corpus Christi | A&M Corpus Christi Islanders | 12/10/2014 | |
| Wichita State University | Wichita State Shockers | 12/10/2014 | |
| The Citadel | The Citadel Bulldogs | 12/10/2014 | |
| University of Iowa | Iowa Hawkeyes | 12/10/2014 | |
| University of Maryland, College Park | Maryland Terrapins | 12/10/2014 | |
| University of North Carolina, Chapel Hill | North Carolina Tar Heels | 12/10/2014 | |
| University of Portland | Portland Pilots | 12/10/2014 | |
| Northern Arizona University | Northern Arizona Lumberjacks | 12/10/2014 | |
| University of Hartford | Hartford Hawks | 12/10/2014 | |
| Vanderbilt University | Vanderbilt Commodores | 12/10/2014 | |
| University of South Alabama | South Alabama Jaguars | 12/10/2014 | |
| Northwestern University | Northwestern Wildcats | 12/10/2014 | |
| University of California, Irvine | UC Irvine Anteaters | 12/10/2014 | |
| Mississippi State University | Mississippi State Bulldogs | 12/10/2014 | |
| American University | American Eagles | 12/11/2014 | |
| Middle Tennessee State University | Middle Tennessee State Blue Raiders | 12/11/2014 | |
| Dartmouth College | Dartmouth Big Green | 12/11/2014 | |
| University of Dayton | Dayton Flyers | 12/11/2014 | |
| Loyola University Chicago | Loyola College | 12/11/2014 | |
| Bucknell University | Bucknell Bison | 12/11/2014 | |
| University of Delaware | Delaware Blue Hens | 12/11/2014 | |
| Idaho State University | Idaho State Bengals | 12/11/2014 | |
| University of Virginia | Virginia Cavaliers | 12/12/2014 | |
| George Washington University | George Washington Colonials | 12/12/2014 | |
| University of Missouri, Columbia | Missouri Tigers | 12/12/2014 | |

| School | Team Name | Upload Date | 2nd Upload |
|---|---|---|---|
| St. Francis College Brooklyn | St. Francis College Terriers | 12/12/2014 | |
| Iowa State University | Iowa State Cyclones | 12/12/2014 | |
| Davidson College | Davidson Wildcats | 12/12/2014 | |
| Kent State University | Kent State Golden Flashes | 12/12/2014 | |
| Boise State University | Boise State Broncos | 12/12/2014 | |
| Quinnipiac University | Quinnipiac Bobcats | 12/12/2014 | |
| Arkansas State University | Arkansas State Red Wolves | 12/12/2014 | |
| University of Texas at El Paso | UTEP Miners | 12/12/2014 | |
| Seton Hall University | Seton Hall Pirates | 12/12/2014 | |
| University of Alabama | Alabama Crimson Tide | 12/12/2014 | |
| University of Southern California | USC Trojans | 12/12/2014 | |
| University of Illinois, Champaign | Illinois Fighting Illini | 12/12/2014 | |
| Georgetown University | Georgetown Hoyas | 12/13/2014 | |
| West Virginia University | West Virginia Mountaineers | 12/15/2014 | |
| University of Northern Iowa | UNI Panthers | 12/15/2014 | |
| Xavier University | Xavier Musketeers | 12/15/2014 | |
| University of Louisiana at Monroe | UL Monroe Warhawks | 12/15/2014 | |
| Eastern Washington University | Eastern Washington Eagles | 12/15/2014 | |
| University of Northern Colorado | Northern Colorado Bears | 12/15/2014 | |
| Louisiana Tech University | Louisiana Tech Bulldogs | 12/16/2014 | |
| University of Akron | Akron Zips | 12/16/2014 | |
| Colorado State University | Colorado State Rams | 12/16/2014 | |
| Saint Louis University | Saint Louis Billikens | 12/16/2014 | |
| University of Pittsburgh | Pittsburgh Panthers | 12/16/2014 | |
| McNeese State University | McNeese State Cowboys | 12/16/2014 | |
| Tennessee Technological University | Tennessee Tech Golden Eagles | 12/16/2014 | |
| Santa Clara University | Santa Clara Broncos | 12/16/2014 | |
| University of Utah | Utah Utes | 12/16/2014 | |
| Southeastern Louisiana University | Southeastern Louisiana Lions | 12/16/2014 | |
| Fairleigh Dickinson University, Metropolitan Campus | Fairleigh Dickinson Knights | 12/17/2014 | |
| University of Mississippi | Ole Miss Rebels | 12/17/2014 | |
| Austin Peay State University | Austin Peay Governors | 12/17/2014 | |
| University of Massachusetts, Amherst | Umass Minutemen | 12/17/2014 | |
| Ball State University | Ball State Cardinals | 12/17/2014 | |
| University at Buffalo, the State University of New York | Buffalo Bulls | 12/17/2014 | |
| University of New Hampshire | New Hampshire Wildcats | 12/17/2014 | |
| Eastern Illinois University | Eastern Illinois Panthers | 12/18/2014 | |
| Western Carolina University | Western Carolina Catamounts | 12/18/2014 | |
| Virginia Commonwealth University | VCU Rams | 12/18/2014 | |
| Butler University | Butler Bulldogs | 12/18/2014 | |
| Oklahoma State University | Oklahoma State Cowboys | 12/18/2014 | |
| University of Richmond | Richmond Spiders | 12/18/2014 | |
| University of Tennessee at Martin | Tennessee-Martin Skyhawks | 12/18/2014 | |
| Kennesaw State University | Kennesaw State Owls | 12/18/2014 | |
| Bradley University | Bradley Braves | 12/18/2014 | |
| Mercer University | Mercer Bears | 12/18/2014 | |
| University of Tennessee, Knoxville | Tennessee Volunteers | 12/19/2014 | |
| Duke University | Duke Blue Devils | 12/19/2014 | |
| Texas Christian University | TCU Horned Frogs | 12/19/2014 | |
| Marshall University | Marshall Thundering Herd | 12/19/2014 | |
| Western Illinois University | Western Illinois Leathernecks | 12/19/2014 | |
| Miami University (Ohio) | Miami (OH) Redhawks | 12/19/2014 | |
| University of Texas at San Antonio | UTSA Roadrunners | 12/19/2014 | |
| Brigham Young University | Brigham Young Cougars | 12/19/2014 | |
| North Carolina State University | NC State Wolfpack | 12/19/2014 | |
| Eastern Michigan University | Eastern Michigan Eagles | 12/19/2014 | |
| Northwestern State University | Northwestern State Demons | 12/19/2014 | |
| Florida International University | Florida International (FIU) Golden Panthers | 12/19/2014 | |
| Delaware State University | Delaware State Hornets | 12/19/2014 | |
| College of Charleston (South Carolina) | College of Charleston Cougars | 12/22/2014 | |
| Wake Forest University | Wake Forest Demon Deacons | 12/22/2014 | |
| Southeast Missouri State University | Southeast Missouri State Indians | 12/22/2014 | |
| La Salle University | La Salle Explorers | 12/22/2014 | |
| Oregon State University | Oregon State Beavers | 12/22/2014 | |
| Canisius College | Canisius Golden Griffins | 12/22/2014 | |
| University of Nevada, Las Vegas | UNLV Rebels | 12/22/2014 | |
| Lafayette College | Lafayette Leopards | 12/22/2014 | |
| Georgia Southern University | Georgia Southern Eagles | 12/22/2014 | |
| Purdue University | Purdue Boilermakers | 12/23/2014 | |
| Southern Illinois University at Carbondale | Southern Illinois Salukis | 12/23/2014 | |
| Duquesne University | Duquesne Dukes | 12/23/2014 | |
| The Ohio State University | Ohio State Buckeyes | 12/23/2014 | |
| Marist College | Marist Red Foxes | 12/24/2014 | |
| Rice University | Rice Owls | 12/23/2014 | |
| Creighton University | Creighton Bluejays | 12/18/2014 | |
| University of Louisiana at Lafayette | UL Lafayette Ragin' Cajuns | 12/15/2014 | |
| University of California, Davis | UC Davis Aggies | 12/28/2014 | |
| University of Missouri-Kansas City | UMKC Kangaroos | 12/30/2014 | |
| University of Connecticut | Connecticut Huskies | 12/30/2014 | |
| Columbia University-Barnard College | Columbia | 12/30/2014 | |
| Georgia State University | Georgia State Panthers | 12/31/2014 | |
| University of California, Los Angeles | UCLA Bruins | 12/31/2014 | |
| University of South Florida | South Florida Bulls | 1/2/2015 | |
| Stanford University | Stanford Cardinal | 1/4/2015 | |
| University of Louisville | Louisville Cardinals | 1/5/2015 | |
| Robert Morris University | Robert Morris Colonials | 1/5/2015 | |
| Boston College | Boston College Eagles | 1/5/2015 | |
| California State University, Northridge | Cal State Northridge Matadors | 1/5/2015 | |
| University of Colorado, Boulder | Colorado Buffaloes | 1/5/2015 | |
| University of South Carolina, Columbia | South Carolina Gamecocks | 1/5/2015 | |
| University of Oklahoma | Oklahoma Sooners | 1/6/2015 | |
| Cleveland State University | Cleveland State Vikings | 1/7/2015 | |
| University of Kansas | Kansas Jayhawks | 1/7/2015 | |
| University of Florida | Florida Gators | 1/7/2015 | |
| Boston University | Boston University Terriers | 12/18/2014 | |
| North Carolina A&T State University | North Carolina A&T Aggies | 1/7/2015 | |
| Pepperdine University | Pepperdine Waves | 1/7/2015 | |
| St. Mary's College of California | Saint Mary's Gaels | 1/7/2015 | |
| University of Texas at Austin | Texas Longhorns | 1/7/2015 | |
| Nicholls State University | Nicholls Colonels | 1/8/2015 | |
| Winthrop University | Winthrop Eagles | 1/8/2015 | |
| Portland State University | Portland State Vikings | 1/8/2015 | |
| Kansas State University | Kansas State Wildcats | 1/8/2015 | |

| School | Team Name | Upload Date | 2nd Upload |
|---|---|---|---|
| Oral Roberts University | Oral Roberts Golden Eagles | 1/8/2015 | |
| Old Dominion University | Old Dominion Monarchs | 1/8/2015 | |
| Radford University | Radford Highlanders | 1/9/2015 | |
| Long Island University-Brooklyn Campus | Long Island Blackbirds | 1/9/2015 | |
| Binghamton University | Binghamton Bearcats | 1/9/2015 | |
| University of North Carolina Asheville | UNC Asheville Bulldogs | 1/9/2015 | |
| East Tennessee State University | East Tennessee State Buccaneers | 1/9/2015 | |
| California State University, Fullerton | Cal State Fullerton Titans | 1/9/2015 | |
| Northeastern University | Northeastern Huskies | 1/12/2015 | |
| Texas A&M University, College Station | Texas A&M Aggies | 1/12/2015 | |
| The University of Tulsa | Tulsa Golden Hurricanes | 1/12/2015 | |
| Lehigh University | Lehigh Mountainhawks | 1/12/2015 | |
| Utah State University | Utah State Aggies | 1/12/2015 | |
| Washington State University | Washington State Cougars | 1/12/2015 | |
| Sacred Heart University | Sacred Heart Pioneers | 1/12/2015 | |
| Fairfield University | Fairfield Stags | 1/12/2015 | |
| Western Michigan University | Western Michigan Broncos | 1/12/2015 | |
| University of Detroit Mercy | Detroit Titans | 1/12/2015 | |
| Wagner College | Wagner Seahawks | 1/12/2015 | |
| Mount St. Mary's University | Mount St. Mary's Mountaineers | 1/13/2015 | |
| University of North Texas | North Texas Mean Green | 1/13/2015 | |
| San Jose State University | San Jose State Spartans | 1/13/2015 | |
| Princeton University | Princeton Tigers | 1/13/2015 | |
| Chicago State University | Chicago State Cougars | 1/13/2015 | |
| University of Denver | Denver Pioneers | 1/13/2015 | |
| Central Connecticut State University | Central Connecticut Blue Devils | 1/13/2015 | |
| Ohio University | Ohio Bobcats | 1/14/2015 | |
| University of Memphis | Memphis Tigers | 1/14/2015 | |
| Southern Utah University | Southern Utah Thunderbirds | 1/14/2015 | |
| Texas Tech University | Texas Tech Red Raiders | 1/15/2015 | |
| Stony Brook University | Stony Brook Sea Wolves | 1/15/2015 | |
| Indiana State University | Indiana State Sycamores | 1/16/2015 | |
| High Point University | High Point Panthers | 1/16/2015 | |
| Troy University | Troy Trojans | 1/16/2015 | |
| University of Idaho | Idaho Vandals | 1/19/2015 | |
| Virginia Military Institute | VMI Keydets | 1/21/2015 | |
| Iona College | Iona Gaels | 1/21/2015 | |
| Texas A&M University-Corpus Christi | A&M Corpus Christi Islanders | 1/20/2015 | Y |
| California State University, Sacramento | Sacramento State Hornets | 1/22/2015 | |
| Duquesne University | Duquesne Dukes | 1/23/2015 | Y |
| University of Nebraska, Lincoln | Nebraska Cornhuskers | 1/24/2015 | |
| University of Memphis | Memphis Tigers | 1/26/2015 | Y |
| Loyola Marymount University | Loyola Marymount Lions | 1/26/2015 | |
| University of Arkansas, Little Rock | Arkansas-Little Rock Trojans | 1/26/2015 | |
| Mississippi Valley State University | Mississippi Valley State Delta Devils | 1/27/2015 | |
| University of Houston | Houston Cougars | 1/28/2015 | |
| Fairfield University | Fairfield Stags | 1/28/2015 | Y |
| University of North Carolina Wilmington | UNCW Seahawks | 1/28/2015 | |
| Hofstra University | Hofstra Flying Dutchman | 1/29/2015 | |
| Tennessee State University | Tennessee State Tigers | 1/29/2015 | |
| Lamar University | Lamar Cardinals | 1/30/2015 | |
| Loyola University Maryland | Loyola University MD Greyhounds | 2/2/2015 | |
| Florida Atlantic University | Florida Atlantic Owls | 2/2/2015 | |
| Coastal Carolina University | Coastal Carolina Chanticleers | 2/2/2015 | |
| Clemson University | Clemson Tigers | 2/2/2015 | |
| Indiana University-Purdue University at Indianapolis | IUPUI Jaguars | 2/3/2015 | |
| Grambling State University | Grambling State Tigers | 2/3/2015 | |
| Brown University | Brown Bears | 2/3/2015 | |
| Southern Methodist University | SMU Mustangs | 2/4/2015 | |
| Canisius College | Canisius Golden Griffins | 2/4/2015 | Y |
| University of Oregon | Oregon Ducks | 2/4/2015 | |
| University of California, Santa Barbara | UCSB Gauchos | 2/5/2015 | |
| Drexel University | Drexel Dragons | 2/5/2015 | |
| Texas Christian University | TCU Horned Frogs | 2/5/2015 | Y |
| Weber State University | Weber State Wildcats | 2/5/2015 | |
| Florida State University | Florida State Seminoles | 2/5/2015 | |
| University of Minnesota, Twin Cities | Minnesota Golden Gophers | 2/6/2015 | |
| Southern Utah University | Southern Utah Thunderbirds | 2/6/2015 | Y |
| Bethune-Cookman University | Bethune-Cookman Wildcats | 2/6/2015 | |
| University of Cincinnati | Cincinnati Bearcats | 2/6/2015 | |
| George Mason University | George Mason Patriots | 2/9/2015 | |
| Michigan State University | Michigan State Spartans | 2/10/2015 | |
| University of Central Florida | UCF Golden Knights | 2/10/2015 | |
| Liberty University | Liberty Flames | 2/10/2015 | |
| Bradley University | Bradley Braves | 2/10/2015 | Y |
| Wright State University | Wright State Rowdy Raider | 2/11/2015 | |
| University of California, Los Angeles | UCLA Bruins | 2/11/2015 | Y |
| Temple University | Temple Owls | 2/11/2015 | |
| Rutgers, The State University of New Jersey, New Brunsw | Rutgers Scarlet Knights | 2/11/2015 | |
| Bradley University | Bradley Braves | 2/11/2015 | Y |
| University of Wisconsin, Milwaukee | UW-Milwaukee Panthers | 2/12/2015 | Y |
| James Madison University | James Madison Dukes | 2/12/2015 | |
| Sam Houston State University | Sam Houston State Bearkats | 2/12/2015 | |
| Eastern Kentucky University | Eastern Kentucky Colonels | 12/10/2014 | |
| College of William and Mary | William & Mary Tribe | 2/13/2015 | |
| Long Beach State University | Long Beach State 49ers | 2/13/2015 | |
| California State University, Fresno | Fresno State Bulldogs | 2/13/2015 | |
| Oakland University | Oakland Golden Grizzlies | 2/13/2015 | |
| Bradley University | Bradley Braves | 2/13/2015 | Y |
| Cornell University | Cornell Big Red | 2/13/2015 | |
| University of Oregon | Oregon Ducks | 2/14/2015 | Y |
| Indiana University, Bloomington | Indiana Hoosiers | 2/16/2015 | |
| Gardner-Webb University | Gardner Webb Runnin' Bulldogs | 2/16/2015 | |
| Central Connecticut State University | Central Connecticut Blue Devils | 2/17/2015 | Y |
| University of Massachusetts, Amherst | Umass Minutemen | 2/17/2015 | Y |
| Virginia Polytechnic Institute and State University | Virginia Tech Hokies | 2/17/2015 | |
| Birmingham-Southern College | Birmingham-Southern College Panthers | 2/17/2015 | |
| University of California, Santa Barbara | UCSB Gauchos | 2/18/2015 | 1 |
| University of California, Berkeley | California Golden Bears | 2/19/2015 | |
| University of California, Irvine | UC Irvine Anteaters | 2/19/2015 | 1 |
| Furman University | Furman Paladins | 2/19/2015 | |

| School | | Team Name | | Upload Date | 2nd Upload |
|---|---|---|---|---|---|

Visitors to Download Page: 496
Total Upload Count: 288
Unique School Count: 273

# EXHIBIT - 3

