# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

| | |
|---|---|
| National Collegiate Athletic Association Student−Athlete Concussion Injury Litigation, et al.<br><br>                     Plaintiff,<br>v.<br><br><br>National Collegiate Athletic Association<br>                     Defendant. | Case No.: 1:13−cv−09116<br><br>Honorable John Z. Lee |

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, February 23, 2015:

  MINUTE entry before the Honorable John Z. Lee: Defendant NCAA's motion for an extension of time is granted. [139] The NCAA is granted until 2/23/15 to submit its memorandum regarding direct notice to the putative class. Furthermore, in light of this submission and the status hearing previously set for 4/17/15, the Court hereby strikes the status hearing previously set for 2/24/15. The status hearing set for 4/17/15 at 10:00 a.m. will stand. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.