Case: 1:13-cv-09116 Document #: 147-3 Filed: 04/14/15 Page 1 of 2 PageID #:3348

# Exhibit C

**NCAA-Sanctioned Sports** (source: http://www.ncaa.org/championships)

| **Division I Fall Sports** | **Division II Fall Sports** | **Division III Fall Sports** |
|---|---|---|
| Cross Country (M/W) | Cross Country (M/W) | Cross Country (M/W) |
| Field Hockey | Field Hockey | Field Hockey |
| Football | Football | Football |
| Soccer (M) | Soccer (M) | Soccer (M) |
| Soccer (W) | Soccer (W) | Soccer (W) |
| Volleyball (W) | Volleyball (W) | Volleyball (W) |
| National Collegiate Water Polo (M) | National Collegiate Water Polo (M) | National Collegiate Water Polo (M) |

| **Division I Winter Sports** | **Division II Winter Sports** | **Division III Winter Sports** |
|---|---|---|
| Basketball (M) | Basketball (M) | Basketball (M) |
| Basketball (W) | Basketball (W) | Basketball (W) |
| National Collegiate Bowling | National Collegiate Bowling | National Collegiate Bowling |
| National Collegiate Fencing | National Collegiate Fencing (M/W) | National Collegiate Fencing |
| National Collegiate Gymnastics (M) | National Collegiate Gymnastics (M) | National Collegiate Gymnastics (M) |
| National Collegiate Gymnastics (W) | National Collegiate Gymnastics (W) | National Collegiate Gymnastics (W) |
| Ice Hockey (M) | National Collegiate Ice Hockey (W) | Ice Hockey (M) |
| National Collegiate Ice Hockey (W) | National Collegiate Rifle (M/W) | Ice Hockey (W) |
| National Collegiate Rifle (M/W) | National Collegiate Skiing (M/W) | National Collegiate Rifle (M/W) |
| National Collegiate Skiing (M/W) | Swimming and Diving (M/W) | National Collegiate Skiing (M/W) |
| Swimming and Diving (M/W) | Indoor Track and Field (M/W) | Swimming and Diving (M/W) |
| Indoor Track and Field (M/W) | Wrestling | Indoor Track and Field (M/W) |
| Wrestling |  | Wrestling |

| **Division I Spring Sports** | **Division II Spring Sports** | **Division III Spring Sports** |
|---|---|---|
| Baseball | Baseball | Baseball |
| Golf (M) | Golf (M) | Golf (M) |
| Golf (W) | Golf (W) | Golf (W) |
| Lacrosse (M) | Lacrosse (M) | Lacrosse (M) |
| Lacrosse (W) | Lacrosse (W) | Lacrosse (W) |
| Rowing | Rowing | Rowing |
| Softball | Softball | Softball |
| Tennis (M/W) | Tennis (M/W) | Tennis (M/W) |
| Outdoor Track and Field (M/W) | Outdoor Track and Field (M/W) | Outdoor Track and Field (M/W) |
| National Collegiate Volleyball (M) | National Collegiate Volleyball (M) | Volleyball (M) |
| National Collegiate Water Polo (W) | National Collegiate Water Polo (W) | National Collegiate Water Polo (W) |