# Exhibit E

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **IN RE: NATIONAL COLLEGIATE ATHLETIC ASSOCIATION STUDENT-ATHLETE CONCUSSION LITIGATION** | MDL NO. 2492<br><br>Master Docket No. 13-cv-09116<br><br>Judge John Z. Lee<br><br>Magistrate Judge Geraldine Soat Brown |

### DECLARATION OF ADAM WALKER

I, Adam Walker, under oath, declare as follows:

1. I am a former student-athlete and played golf at Simpson College from 2009-2010. I am not related to any of the lawyers currently representing the parties in this matter. I have not been promised any compensation for my participation in this matter. I have full knowledge of the matters stated herein and could and would testify hereto if necessary.

2. I received and reviewed the Amended Settlement Agreement in this matter. I was asked to review the Settlement Agreement on behalf of former NCAA student-athletes who have played non-contact sports to determine if the Settlement is fair, adequate and reasonable as it applies to student-athletes who play non-contact sports.

3. The most important aspect of the Settlement is that it requires all schools to follow the same standards. Concussion management should not vary based on what school you go to or what sport you play. The Settlement will require that all schools implement the same concussion management rules which will ensure that *all* NCAA student athletes receive the protection they deserve. The Settlement also provides a mechanism by which the NCAA and the Court can implement and enforce proper concussion management rules.

- 1 -

- 2 -

4.      Overall, the Settlement provides the proactive approach necessary to protect student-athletes by mandating baseline testing and requiring proper concussion education for student-athletes, coaches, and trainers.

5.      I acknowledge that the Settlement provides for trained personnel to be present at contact sports events but not at non-contact sports events. I do not believe that this difference means that the Settlement is unfair to non-contact sports athletes. Concussions happen much less frequently in sports like golf. However, if concussions do happen in non-contact sports, it is important that a student-athlete will have to obtain medical clearance before returning to play and not return to play on the same day of the injury.

6.      Although I never suffered a concussion during my golf career, I think it is important that all current and former student-athletes should have access to the Medical Monitoring Program.

7.      Therefore, I want to be a part of the case to ensure that student athletes who play non-contact sports, like myself, obtain the benefits of this Settlement.

Date: March 30th, 2015                                      Adam Walker

                                                            *Adam Walker* (signature)