# Exhibit F

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL COLLEGIATE ATHLETIC ASSOCIATION STUDENT-ATHLETE CONCUSSION LITIGATION | MDL NO. 2492<br><br>Master Docket No. 13-cv-09116<br><br>Judge John Z. Lee<br><br>Magistrate Judge Geraldine Soat Brown |

## DECLARATION OF ANNA BARTZ

I, Anna Bartz, under oath, declare as follows:

1. I am a former student-athlete and graduated from the University of Wisconsin in Madison, Wisconsin in 2007. I participated in the heptathlon for the track and field team. I am not related to any of the lawyers currently representing the parties in this matter. I have not been promised any compensation for my participation in this matter. I have full knowledge of the matters stated herein and could and would testify hereto if necessary.

2. I received and reviewed the Amended Settlement Agreement in this matter. I was asked to review the Settlement Agreement on behalf of former NCAA student-athletes who played non-contact sports to determine if the Settlement is fair, adequate and reasonable as it applies to student-athletes who play non-contact sports.

3. I sustained a concussion during my track and field career. While lifting weights during practice, I fell backwards and hit my head on the ground. My school did not conduct baseline testing and therefore there was no way to objectively determine how severe the concussion was. Although I was withheld from participating in practice for approximately a week, I felt sick after the injury for approximately 3-4 days. To my knowledge, there were no

rules regarding return to play following a concussion during the time I participated in track and field. In addition, student-athletes, particularly those who participated in non-contact sports with a lower incidence of concussion, did not receive any concussion education from the school or the NCAA.

4. Therefore, I think it is important that all current and former student-athletes have access to the Medical Monitoring Program. I think that there are former student-athletes struggling with the effects of concussions who may not be able to link these symptoms to their injuries. Former student-athletes should be able to access the Medical Monitoring Program to determine if their symptoms are concussion related.

5. One of the most attractive aspects of the Medical Monitoring Program is the number of testing locations across the country which will be accessible to current and former student-athletes regardless of geographic location.

6. Another important benefit of the Settlement is that it requires that all student-athletes be baseline tested; in the event they are injured, the baseline test will help determine when it is safe to return to play. Following my injury, there was no testing which could have provided an objective measure to indicate when it was safe to return.

7. Track and field includes events with concussion risks such as the shot-put, high jump, and pole-vaulting. Therefore, it is important that student-athletes receive mandatory concussion education and coaches and athletic trainers are properly trained in concussion management and recognition.

8. I understand that the Settlement provides for trained personnel to be present at contact sports events but not at non-contact sports events. However, I understand the expense

that would come with requiring the medical personnel be present at every single NCAA sporting event.

9. The Settlement is important because it both provides medical monitoring to former athletes like myself who have sustained concussions and also makes significant changes going forward to protect current student-athletes. Therefore, I support it on behalf of a former player in a "non-contact" sport, and am willing to participate as a class representative.

Date: March 30, 2015

Anna Bartz

*/s/ Anna R. Bartz*