# Exhibit G

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **IN RE: NATIONAL COLLEGIATE ATHLETIC ASSOCIATION STUDENT-ATHLETE CONCUSSION LITIGATION** | MDL NO. 2492<br><br>Master Docket No. 13-cv-09116<br><br>Judge John Z. Lee<br><br>Magistrate Judge Geraldine Soat Brown |

## DECLARATION OF NATALIE HARADA

I, Natalie Harada, under oath, declare as follows:

1. I am a current student-athlete at Maryville University in St. Louis, Missouri. I am a sophomore and a member of the women's soccer team. I am not related to any of the lawyers currently representing the parties in this matter. I have not been promised any compensation for my participation in this matter. I have full knowledge of the matters stated herein and could and would testify hereto if necessary.

2. I received and reviewed the Amended Settlement Agreement in this matter. I was asked to review the Settlement Agreement on behalf of current NCAA student-athletes to determine if the Settlement is fair, adequate and reasonable as it applies to student-athletes.

3. I also took the opportunity to talk to my friends who currently play NCAA sports to get their views.

4. The most important aspect of the Settlement is that it requires all schools to live up to the same standards. Concussions should be diagnosed and treated the same across the board – regardless of what school you go to or sport you play. Requiring all schools to be on the same page and to implement the same concussion management policies and rules is important.

- 1 -

- 2 -

5. While I have never sustained a diagnosed concussion, I have seen teammates sustain concussions. In my opinion, concussions occurring in soccer may be just as serious as those sustained in football. Concussions may occur in soccer not only as a result of "body to body" contact but also "ball to body" contact such as heading.

6. Therefore, I think that all current and former student-athletes should have access to the Medical Monitoring Program. By monitoring and testing current and former student-athletes, the risk of the student-athletes suffering long-term injuries will be greatly reduced.

7. It is important to me that if I sustain a concussion, the Settlement requires that medical personnel be present and also that I must obtain medical clearance prior to returning to play.

8. In addition, it is important to me that student-athletes, coaches, and trainers receive concussion education. Therefore, everyone involved will understand the importance of promptly attending to concussions, removing student-athletes from practices and games, and prohibiting student-athletes from returning to play too soon.

9. Overall, the Settlement is an important step in the right direction. Due to the prevalent concern regarding concussions, the Settlement is necessary to protect student-athletes and also give student-athletes a way to obtain medical screening if they have been injured. I think that all schools should require these changes regardless of sport. I want to be involved as a class representative to ensure that the changes in the Settlement are implemented.

Date: March 31st, 2015     Natalie Harada
                           /s/ Natalie Harada

- 2 -

010270-12 768236 V1