# Exhibit I

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **IN RE: NATIONAL COLLEGIATE ATHLETIC ASSOCIATION STUDENT-ATHLETE CONCUSSION LITIGATION** | MDL NO. 2492<br>Master Docket No. 13-cv-09116<br>Judge John Z. Lee<br>Magistrate Judge Geraldine Soat Brown |

**DECLARATION OF PETER DYKSTRA**

I, Peter Dykstra, under oath, declare as follows:

1. I am a former student-athlete and graduated from the University of Wisconsin in Madison, Wisconsin in 2008. I participated in the decathlon for the track and field team. I am not related to any of the lawyers currently representing the parties in this matter. I have not been promised any compensation for my participation in this matter. I have full knowledge of the matters stated herein and could and would testify hereto if necessary.

2. I received and reviewed the Amended Settlement Agreement in this matter. I was asked to review the Settlement Agreement on behalf of former NCAA student-athletes who have played non-contact sports to determine if the Settlement is fair, adequate and reasonable as it applies to student-athletes who play non-contact sports.

3. I never sustained a concussion during my track and field career but had teammates who did sustain concussions. Concussions are serious injuries and are not just limited to contact sports. For example, track and field consists of dangerous events such as high jump and pole-vaulting.

4. Many former-student athletes may suffer from symptoms relating to concussions regardless of the sport they played. Therefore, I think it is important that all current and former student-athletes have access to the Medical Monitoring Program. The establishment of the Medical Monitoring Program is a valuable and proactive measure which will benefit many current and former student-athletes who may not be able to link these symptoms to their injuries.

5. When a student-athletes graduates, they often no longer have access to the university medical and training staffs. Therefore, having convenient Medical Monitoring Program locations nearby is a great benefit.

6. Another important benefit of the Settlement is that it requires that all student-athletes be baseline tested; in the event they are injured, the baseline test will help determine when it is safe to return to play. During my career, there was no testing which could have provided an objective measure to indicate when it was safe to return.

7. It is also important that student-athletes receive mandatory concussion education and coaches and athletic trainers are properly trained in concussion management and recognition.

8. I understand that the Settlement provides for trained personnel to be present at contact sports events but not at non-contact sports events. However, I understand the great expense that would come with requiring the medical personnel be present at every single NCAA sporting event.

9. I understand my role as a class representative and want to participate in the case to ensure that current and former student-athletes obtain the significant benefits of the Settlement.

Date: March 31, 2015 Peter Dykstra

[signature]