UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL COLLEGIATE ATHLETIC ASSOCIATION STUDENT-ATHLETE CONCUSSION LITIGATION | MDL No. 2492 <br><br> Master Docket No. 13-cv-09116 <br><br> Judge John Z. Lee <br><br> Magistrate Judge Geraldine Soat Brown |

## PLAINTIFFS' MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL

Plaintiffs, by and through their attorneys, respectfully request leave to file documents under seal ("Motion for Leave") and state the following:

1. Simultaneously with this Motion for Leave, Plaintiffs have filed their Unopposed Motion for Leave to File Fourth Amended Complaint and Joint Motion for Preliminary Approval of Class Settlement and Certification of Settlement Class ("Motions").

2. Plaintiffs' Motions are supported by documents quoting and/or citing to information that have been designated "CONFIDENTIAL" under the Agreed Protective Order dated March 7, 2012 in *Arrington v. National Collegiate Athletic Association*, No. 11-cv-06356 (Dkt. No. 57). The documents that contain information designated as Confidential include:

    a. Plaintiffs' Memorandum in Support of Unopposed Motion for Leave to File Fourth Amended Complaint;

    b. Exhibits 4 and 5 to the Declaration of Steve W. Berman in Support of Plaintiffs' Unopposed Motion for Leave to File Fourth Amended Complaint; and

-1-

      c.   Plaintiffs' Memorandum in Support of Joint Motion for Preliminary Approval of Class Settlement and Certification of Settlement Class.

3.   Plaintiffs have simultaneously filed public-record versions of the documents with the Confidential Information redacted. *See* Agreed Confidentiality Order, ¶ 7(b) (requiring the electronic filing of "a public-record version of the document with the Confidential Information excluded").

4.   Accordingly, Plaintiffs respectfully request leave to file unredacted copies of the documents listed in ¶ 2 under seal.

WHEREFORE, Plaintiffs respectfully request that the Court grant their Motion For Leave To File Documents Under Seal, and grant such other and further relief as this Court deems appropriate.

Dated: April 14, 2015                          Respectfully submitted,

By:   */s/ Steve W. Berman*
      Steve W. Berman
*steve@hbsslaw.com*
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
206.623.7292
Fax: 206.623.0594

Elizabeth A. Fegan
*beth@hbsslaw.com*
Thomas E. Ahlering
*toma@hbsslaw.com*
HAGENS BERMAN SOBOL SHAPIRO LLP
1144 W. Lake Street, Suite 400
Oak Park, IL 60301
708.628.4949
Fax: 708.628.4950

        Joseph J. Siprut
        *jsiprut@siprut.com*
        Gregg M. Barbakoff
        *gbarbakoff@siprut.com*
        SIPRUT PC
        17 North State Street
        Suite 1600
        Chicago, IL 60602
        312.236.0000
        Fax: 312.878.1342

        *Co-Lead and Settlement Class Counsel*

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that on April 14, 2015 a true and correct copy of the foregoing was filed electronically via CM/ECF, which caused notice to be sent to all counsel of record.

By: */s/ Steve W. Berman*