- 1 -

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL COLLEGIATE ATHLETIC ASSOCIATION STUDENT-ATHLETE CONCUSSION LITIGATION | MDL NO. 2492<br><br>Master Docket No. 13-cv-09116<br><br>Judge John Z. Lee<br><br>Magistrate Judge Geraldine Soat Brown |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on Friday, April 17, 2015 at 10:00 a.m., counsel for Plaintiffs shall appear before the Honorable Judge John Z. Lee in the courtroom usually occupied by him in Room 1225 of the U.S. District Court for the Northern District of Illinois, 219 S. Dearborn Street, Chicago, Illinois and then and there present **PLAINTIFFS' MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL**.

Date: April 14, 2015

Respectfully submitted,

By: */s/ Steve W. Berman*
 Steve W. Berman
*steve@hbsslaw.com*
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
206.623.7292
Fax: 206.623.0594

Elizabeth A. Fegan
*beth@hbsslaw.com*
Thomas E. Ahlering
*toma@hbsslaw.com*
HAGENS BERMAN SOBOL SHAPIRO LLP
1144 W. Lake Street, Suite 400
Oak Park, IL 60301
708.628.4949
Fax: 708.628.4950

- 2 -

          Joseph J. Siprut
          *jsiprut@siprut.com*
          Gregg M. Barbakoff
          *gbarbakoff@siprut.com*
          SIPRUT PC
          17 North State Street
          Suite 1600
          Chicago, IL 60602
          312.236.0000
          Fax: 312.878.1342

          *Co-Lead and Settlement Class Counsel*

010270-12 773870 V1

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that on April 14, 2015, a true and correct copy of the foregoing was filed electronically via CM/ECF, which caused notice to be sent to all counsel of record.

By: */s/ Steve W. Berman*