# EXHIBIT A

# *In Re: National Collegiate Athletic Association Student-Athlete Concussion Injury Litigation*

## United States District Court
## For the Northern District of Illinois

## Eastern Division

MDL No. 2492
Master Docket No. 13-cv-09116

Expert Report
April 15, 2015

Prepared by

Ross I. Mishkin

Managing Director
The Claro Group, LLC
321 North Clark Street, Suite 1200
Chicago, IL  60654

## I.  **Introduction and Summary of Opinions**

I have been retained by the National Collegiate Athletic Association[1] in connection with the proposed Amended Class Action Settlement Agreement and Release[2] in the *National Collegiate Athletic Association Student-Athlete Concussion Injury Litigation.*[3]  The Proposed Class Settlement seeks to establish a "Medical Monitoring Program to benefit all persons who played an NCAA-sanctioned sport at an NCAA member institution through the date of preliminary approval, as well as changes to the NCAA's return-to-play and concussion management policies and guidelines…."[4]  I was asked to analyze the financial adequacy of the funding for the Medical Monitoring Program, which I performed by evaluating the sources and uses of funds over time.

I reviewed information that the NCAA and its counsel provided to me, which included materials relating to the Class Action, the Proposed Class Settlement, and other documents described in the Data and Documents Considered in Attachment 1.

For the purposes of this review, my analysis is limited to the Medical Monitoring Program. At a high level, the Proposed Class Settlement Medical Monitoring Program will create a fund intended to last 50 years through $70 million in total contributions by the NCAA.[5,6]  The $70 million fund will establish a 50 year program whereby all current and former NCAA student-athletes will be eligible for voluntary screening for concussion-related illness and, where applicable under guidelines to be set by the Medical Science Committee, be further eligible for a Medical Evaluation.  The $70 million is also intended to provide for class counsel attorneys' fees, Medical Science Committee costs, notice costs, administration fees, and other uses described herein.

Based on my analysis and the assumptions included herein, it is my opinion that the $70 million Proposed Class Settlement will be adequate to provide benefits to Settlement Class Members who elect to participate in the Medical Monitoring Program for the next 50 years.  My opinions, and the bases for those opinions, are set forth in this Report.  I reserve the right to supplement this Report, if appropriate. Unless otherwise defined, capitalized terms in this Report shall take on the same meaning as those in the Proposed Class Settlement.

---

[1] Herein referred to as "NCAA"
[2] Herein referred to as "Proposed Class Settlement"
[3] Herein referred to as "Class Action"
[4] Amended Class Action Settlement Agreement and Release, Section I.
[5] Throughout my Report, I refer to terms of the Proposed Class Settlement.  My references are not intended to be exhaustive of every term, condition, and operation of the Proposed Class Settlement.  Please refer to the Proposed Class Settlement for a complete set of terms and conditions.
[6] I understand a $5 million research fund will be established with funds separate and outside the scope of the $70 million amount.  I did not consider this component of the Proposed Class Settlement.

1

## II.     Employment and Professional Qualifications

I am qualified to render the opinions expressed herein due to my education, training, knowledge, and experience in the fields of mass tort claims analysis and estimation.

I am a Managing Director in the Disputes, Claims and Investigations group at The Claro Group, LLC ("Claro").  Among other services, Claro's professionals provide support for clients on complex business disputes and litigation.  Claro's team of CPAs, MBAs, and finance professionals has deep experience analyzing asbestos, pollution, and human health (collectively, "APH") claims. Concussion litigation claims are representative of the types of claims Claro frequently addresses in the APH area.  Our expertise in APH claim disputes includes claims quantification, damages calculations, claims estimation, and insurance policy allocation services over a wide range of situations, including expert testimony.

I earned a BS in Finance from the University of Illinois at Urbana-Champaign in 1992 and an MBA from the University of Chicago in 2000.  During my career I have been a Senior Manager at Arthur Andersen LLP, a Principal at LECG, LLC, and am currently a Managing Director at Claro.  For most of my career I have focused on financial consulting services, specializing in complex insurance claims relating to APH issues.  I have given expert testimony at trials, mediations, and depositions.  My curriculum vitae is attached hereto as Attachment 2.

Over the course of my professional career, I have been retained on many claim matters requiring financial estimates, including class actions.  My role varies but typically includes expenditure analysis, risk estimation, and insurance policy allocation calculations.  Although every matter has its own specific set of facts and circumstances, the estimation analysis I performed for the NCAA relies upon standard methodologies and concepts typically utilized in these types of analyses.  In this capacity, I have performed many claim estimates analogous to the Medical Monitoring Fund adequacy analysis I performed for the NCAA.

## III.     Methodology and Analysis

### A.     Medical Monitoring Fund Operation

#### a.  Sources of Funds

The Proposed Class Settlement establishes a Medical Monitoring Fund[7] to provide benefits to the Class.   There are two primary sources of monies for the Fund:  (i) cash commitments from the NCAA and (ii) investment returns.  The Proposed Class Settlement also provides for potential "replenishment" through subrogation by the Fund against private insurance.

---

[7] Herein referred to as the "Fund."

The NCAA's commitment is $70 million. The settlement amounts will be funded as follows: [8]

    (i)      $5,000,000 paid within 14 days after the Preliminary Approval Date

    (ii)     $25,000,000 paid within 30 days after the Effective Date

    (iii)   $20,000,000 paid on the 1st day of the 11th year after the Effective Date

    (iv)   $20,000,000 paid on the 1st day of the 21st year after the Effective Date

    (v)    The Fund will have a $2,000,000 minimum balance requirement that must be maintained by NCAA and that can trigger early payments if the $2,000,000 balance is not maintained.

The Fund will invest available monies in relatively conservative investments. It will be able to invest in "short-term and long-term United States Agency or Treasury Securities (or a mutual fund invested solely in such instruments) or other similar short-term and long-term United States government obligations."[9] While future investment returns for the Fund are unknown, I reviewed Morningstar research of short-term and intermediate-term government bond portfolio returns.[10, 11] Based on this review, I utilized an annual return estimate of 3% to calculate potential future investment returns on the Fund.

The Fund also will have the right to "pursue subrogation or reimbursement from Qualifying Class Members' private health insurance for the cost of Medical Evaluations"[12] with limitations including prohibitions on certain Medicare and Medicaid claims. However, it is not known at this time if private health insurance will agree to reimburse the Fund for Medical Evaluations, much less make it cost efficient for the Fund to pursue. As such, I did not include recoveries from private insurance subrogation in this adequacy analysis, though it is quite possible that subrogation could help replenish monies spent from the Fund.

### b. Uses of Funds

The Fund is designed to operate for 50 years and provide defined medical monitoring benefits to Qualifying Class Members who played an NCAA-sanctioned sport at an NCAA member institution and who suffer certain ongoing medical conditions resulting from concussions and/or subconcussive hits.[13] The Fund will be administered by a Program Administrator with medical monitoring criteria established by the Medical Science Committee. A critical element of the Fund's operation will be the establishment of a Screening Questionnaire that will be administered to Settlement Class Members who voluntarily seek benefits from the

---

[8] Amended Class Action Settlement Agreement and Release, Section IV. A. 1.

[9] Amended Class Action Settlement Agreement and Release, Section IV. A. 1. f.

[10] "Short Government: Total Returns." *Morningstar*. Web. 6 Apr. 2015. <http://news.morningstar.com/fund-category-returns/short-government/$FOCA$GS.aspx>.

[11] "Intermediate Government: Total Returns." *Morningstar*. Web. 6 Apr., 2015. <http://news.morningstar.com/fund-category-returns/intermediate-government/$FOCA$GI.aspx>.

[12] Amended Class Action Settlement Agreement and Release, Section IV. B. 5.g.

[13] Amended Class Action Settlement Agreement and Release, Section IV. B. 5.

Fund.  Only Settlement Class Members exhibiting the appropriate medical symptoms as determined by the Screening Questionnaire will qualify for a Medical Evaluation.  Settlement Class Members are able to retake the Screening Questionnaire and may receive multiple Medical Evaluations based on protocols set forth in the Proposed Class Settlement.

Based on this anticipated Fund structure, the uses of funds fall into two broad categories:  (1) the Medical Evaluation cost estimate, which is dependent on the number of Qualifying Class Members that claim-in; and (2) other costs provided for under the Settlement Agreement, such as the award of attorneys' fees to class counsel, notice costs, and costs associated with administering the Medical Monitoring Program ("Other Costs").  The majority of Other Costs are fixed; however, certain administration costs will be variable based on the number of total class members that claim-in.

Settlement Class Member Population Estimate

The Settlement Class Member population is comprised of current and former NCAA student-athletes who are still alive.  The exact number of NCAA student-athletes participating in each historical academic year was not tracked by NCAA or any other institution of which the NCAA or I am aware.  As a result, I utilized NCAA student-athlete data by sport by year that the NCAA began tracking in 1981.  To estimate participation rates for academic years not tracked by the NCAA, I employed a linear regression methodology based on known population data.  I did not need to estimate female student-athletes before 1981 as the NCAA did not govern women's collegiate athletics prior to 1981.

Based on this analysis, I estimate 4,930,495 current and former student-athletes for all NCAA sports including contact and non-contact sports, before adjustments for mortality. After adjusting for expected mortality,[14] I estimate 4,219,919 living Settlement Class Members. Table 1 summarizes the estimated Settlement Class Member population by gender and type of sport.  See Attachment 3 for additional support for the estimate.

**Table 1. Settlement Class Member Population by Gender and Sport**

| Sport | Men | Women | Total |
|---|---|---|---|
| Contact | 1,408,796 | 386,388 | **1,795,184** |
| Non-Contact | 1,459,022 | 965,713 | **2,424,735** |
| **Total** | **2,867,818** | **1,352,101** | **4,219,919** |

Qualifying & Non-Qualifying Class Member Estimate

The number of Settlement Class Members who qualify for Medical Evaluations will depend on the Screening Questionnaire and criteria developed by the Medical Science Committee.  Eligibility will be determined via the Screening Questionnaire which "will be, and

---

[14] "Period Life Table, 2009" *Actuarial Life Table, Social Security Administration*. Web. 21 Jan. 2014.

is designed to assess… problems that may be associated with persistent post-concussion syndrome and/or mid- to late-life onset problems, such as Chronic Traumatic Encephalopathy ("CTE") and related disorders."[15]

To estimate concussion rates by sport, I relied upon concussion incidence data tracked by the NCAA Injury Surveillance Program from 2009-2012. These concussion rates are based on reported concussions and were adjusted for student-athletes with more than one concussion. A validation study performed on the NCAA Injury Surveillance System found that the observed capture rate of injury was close to 90%.[16] To account for underreporting of concussions, I conservatively assume that concussions are underreported by 10%.

Table 2 summarizes the estimated number of concussed Settlement Class Members. See Attachment 4 for additional support for the estimate.

**Table 2. Settlement Class Member Concussions by Sport**

| Sport | Not Concussed | Concussed | Total |
|-------|---------------|-----------|-------|
| Contact | 1,534,780 | 260,404 | **1,795,184** |
| Non-Contact | 2,359,606 | 65,129 | **2,424,735** |
| **Total** | **3,894,386** | **325,533** | **4,219,919** |

It is my understanding the vast majority of concussion symptoms resolve shortly after the concussive event, and very few concussions lead to post-concussion syndrome ("PCS"), CTE, or other disorders. Based on unresolved or late onset concussion symptom rates reported in recent clinical studies,[17] I estimated the number of student-athletes with unresolved or late onset concussions symptoms (i.e., the number of Qualifying Class Members) to be 5% - 7.5% of concussed Settlement Class Members.

In addition to providing Medical Evaluations to Qualifying Class Members, the Proposed Class Settlement provides additional screening for Settlement Class Members that meet the "impaired" threshold on the mood and behavior measures of the Screening Questionnaire, but that do not qualify for a Medical Evaluation. These class members will be further screened via telephone by a trained professional or will be referred to a mental health specialist outside of the Medical Monitoring Program ("Supplemental Depression Screening"). Based on statistics reported by the CDC and National Institutes of Health, I estimate the

---

[15] Amended Class Action Settlement Agreement and Release, Section IV. B. 4.
[16] Kucera, Kristen L., PhD, MSPH, LAT, ATC, et al. "Validity of Soccer Injury Data from the National Collegiate Athletic Association's Injury Surveillance System." *Journal of Athletic Training.* 2011;46(5):517-526.
[17] See Attachment 1 for documents I reviewed.

prevalence of moderate to severe depression among non-Qualifying Class Members to be 7.5%.[18]

Table 3 summarizes the estimated number of Qualifying and non-Qualifying Class Members, as well as Settlement Class Members estimated to be eligible for Supplemental Depression Screening.

**Table 3. Qualifying and Non-Qualifying Class Members and Settlement Class Members Eligible for Supplemental Depression Screening**

| | | | Non-Qualifying Class Members | | Qualifying Class Members | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | Not Concussed | Concussed with Resolved Symptoms | Concussed with Unresolved Symptoms | Total |
| Unresolved Concussion Rate | 5% | Contact Sports | 1,534,780 | 247,384 | 13,020 | 1,795,184 |
| | | Non-Contact Sports | 2,359,606 | 61,873 | 3,256 | 2,424,735 |
| | | **Total** | **3,894,386** | **309,257** | **16,277** | **4,219,919** |
| | | Eligible for Supplemental Depression Screening (7.5% of Non-Qualifying Class Members)* | 292,079 | 23,194 | 0 | 315,273 |
| | 7.5% | Contact Sports | 1,534,780 | 240,874 | 19,530 | 1,795,184 |
| | | Non-Contact Sports | 2,359,606 | 60,244 | 4,885 | 2,424,735 |
| | | **Total** | **3,894,386** | **301,118** | **24,415** | **4,219,919** |
| | | Eligible for Supplemental Depression Screening (7.5% of Non-Qualifying Class Members)* | 292,079 | 22,584 | 0 | 314,663 |

*Qualifying Class Members assumed to be eligible for Medical Evaluation and therefore are not eligible for Supplemental Depression Screening.*

<u>Settlement Class Member Claim-In Estimate</u>

After estimating the Settlement Class Member population and number of Qualifying Class Members, I apply a claim-in rate. Based on a review of other class action settlements, it is likely that the number of Settlement Class Members who choose to complete a screening questionnaire will be low relative to the total Settlement Class Member population. I reviewed more than 20 class action settlements with public data to observe claim-in rates. Claim-in rates ranged from less than 1% up to nearly 25%.[19] All but one have a claim-in rate less than 10%, while the vast majority are less than 5%. The availability of published claim-in rates for medical monitoring class actions is limited and, as such, the majority of comparables are class actions that provided a monetary benefit.

The observed upper bound claim-in rate in the literature was a medical monitoring class settlement relating to the Fernald Medical Monitoring Program. This medical monitoring program differs from that outlined in the Proposed Class Settlement in at least two key ways: 1) the Fernald Class was limited to a small population of residents who lived or worked in close proximity to a uranium plant in Ohio and 2) the medical monitoring program provided a

---

[18] See Attachment 1 for documents I reviewed.
[19] The exact class size for the class action settlement representing the observed upper bound claim-in rate is not known. The claim-in rate ranges from 18.37% to 24.29%, depending on the class size estimate used in the calculation.

comprehensive current health evaluation for eligible class members, and was not designed to test for a specific disease or condition.

This Class Action has generated press coverage and will receive more attention than most other class action settlements. As a result, I conservatively estimate that the Qualifying Class Member claim-in rates will bias towards the upper end of a reasonable range, at 15% - 25%. I estimate that the non-Qualifying Class Member claim-in rates will be much lower, equal to 1% or 5% depending on whether the student-athlete experienced a concussion that resolved (5%) or none at all (1%). As the Proposed Class Settlement is limited to medical monitoring related to specific diseases or conditions, it is much less likely that a Settlement Class Member will opt to take the Screening Questionnaire if they did not suffer a concussion or do not exhibit unresolved symptoms.

The Proposed Class Settlement provides that Settlement Class Members can be screened multiple times and can receive two Medical Evaluations over the course of the 50 year Fund.[20] I refer to this as a "comeback" rate. I assume that 15% of Settlement Class Members who elect to fill out the Screening Questionnaire and do not qualify for a Medical Evaluation will elect to retake the Screening Questionnaire, and that 15% of Qualifying Class Members that receive a Medical Evaluation once will elect to get a second Medical Evaluation.

---

[20] Class members may receive more than two Medical Evaluations if specifically approved by the Medical Science Committee.

Table 4 summarizes the estimated number Screening Questionnaires, Supplemental Depression Screenings, and Medical Evaluations.

Table 4. Estimated Number of Screening Questionnaires, Supplemental Depression Screenings, and Medical Evaluations

| | | | Qualifying Class Member Claim-in Rate | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | 15% | | | | 25% | | | |
| | | | Non-Qualifying | | Qualifying | | Non-Qualifying | | Qualifying | |
| | | | Not Concussed | Concussed - Resolved | Concussed - Unresolved | Total | Not Concussed | Concussed - Resolved | Concussed - Unresolved | Total |
| Unresolved Concussion Rate | 5% | Settlement Class Member Population | 3,894,386 | 309,257 | 16,277 | 4,219,919 | 3,894,386 | 309,257 | 16,277 | 4,219,919 |
| | | Initial Claim-in Rate | 1% | 5% | 15% | | 1% | 5% | 25% | |
| | | Initial Number of Claim-ins | 38,944 | 15,463 | 2,441 | 56,848 | 38,944 | 15,463 | 4,069 | 58,476 |
| | | Comeback Rate | 15% | 15% | 15% | | 15% | 15% | 15% | |
| | | Number of Rescreens/Retests | 5,842 | 2,319 | 366 | 8,527 | 5,842 | 2,319 | 610 | 8,771 |
| | | Screening Questionnaires | 44,785 | 17,782 | 2,441 | 65,009 | 44,785 | 17,782 | 4,069 | 66,637 |
| | | Supplemental Depression Screenings | 3,359 | 1,334 | 0 | 4,693 | 3,359 | 1,334 | 0 | 4,693 |
| | | Medical Evaluations | 0 | 0 | 2,808 | 2,808 | 0 | 0 | 4,680 | 4,680 |
| | 7.5% | Settlement Class Member Population | 3,894,386 | 301,118 | 24,415 | 4,219,919 | 3,894,386 | 301,118 | 24,415 | 4,219,919 |
| | | Initial Claim-in Rate | 1% | 5% | 15% | | 1% | 5% | 25% | |
| | | Initial Number of Claim-ins | 38,944 | 15,056 | 3,662 | 57,662 | 38,944 | 15,056 | 6,104 | 60,104 |
| | | Comeback Rate | 15% | 15% | 15% | | 15% | 15% | 15% | |
| | | Number of Rescreens/Retests | 5,842 | 2,258 | 549 | 8,649 | 5,842 | 2,258 | 916 | 9,016 |
| | | Screening Questionnaires | 44,785 | 17,314 | 3,662 | 65,762 | 44,785 | 17,314 | 6,104 | 68,203 |
| | | Supplemental Depression Screenings | 3,359 | 1,299 | 0 | 4,657 | 3,359 | 1,299 | 0 | 4,657 |
| | | Medical Evaluations | 0 | 0 | 4,212 | 4,212 | 0 | 0 | 7,019 | 7,019 |

Medical Evaluation Cost Estimate

I next estimated the cost of Medical Evaluations based on the number of Qualifying Class Members who claim-in to the Proposed Class Settlement.

The Medical Evaluations are designed to be performed in person at designated Program Locations.[21] The evaluation will be performed by a physician who will follow guidelines established by the Medical Science Committee. The exact testing protocol, and the cost per person for that testing protocol, has not been finally determined. Estimates presented in this Class Action to date range from $822[22] up to $3,016.[23]

Qualifying Class Members residing more than 100 miles from a Program Location will be eligible for reimbursement from the Fund for their driving expenses to and from a Program Location; alternatively, they may obtain a Medical Evaluation from another provider and be reimbursed for out-of-pocket Medical Evaluation expenses, not to exceed the average cost of Medical Evaluations within the Medical Monitoring Program. Based on an analysis by the

---

[21] Amended Class Action Settlement Agreement and Release, Section IV. B. 5.

[22] Expert Report of Robert C. Cantu, M.A., M.D., F.A.C.S., F.A.C.S.M., *Arrington v. National Collegiate Athletic Association,* No. 1:11-cv-06356 (N.D. Ill.) (Docket # 180).

[23] Represents weighted-average for PCS and CTE as presented in the Expert Report of Bruce Deal (Dkt. #160). Mr. Deal assumes that any class member who qualifies for a medical monitoring evaluation will, in addition to receiving a PCS or CTE test, receive a magnetic resonance imaging test ("MRI"). While I understand that there is little or no medical basis or necessity for performing MRI's as part of the prescribed medical monitoring called for by the Settlement Agreement, I also recognize that Mr. Deal has factored the cost of such testing in to his analysis. To be conservative, I have included Mr. Deal's test cost figure in my adequacy analysis.

Garretson Resolution Group, approximately 30% of the Settlement Class Member population lives greater than 100 miles from the nearest proposed Program Location, and only 20% of these Settlement Class Members live more than 200 miles from the nearest proposed Program Location. Presumably, at least some of these Settlement Class Members will opt to receive a Medical Evaluation from another provider and request reimbursement for out-of-pocket expenses. To the extent insurance covers some or all of the cost of these Medical Evaluations, thereby reducing reimbursable out-of-pocket expenses, the cost to the Fund for these Settlement Class Members may be significantly less than if the Settlement Class Members received a Medical Evaluation at a Program Location.

For purposes of my analysis, I conservatively assume that 30% of Qualifying Class Members that claim-in live greater than 100 miles from the nearest Program Location and will opt to drive to the nearest Program Location and request mileage reimbursement. I assume the average round trip mileage for these Settlement Class Members is 400 miles. The 2015 standard mileage rate issued by the IRS for medical purposes is $0.23.[24] Based on these inputs, 30% of Settlement Class Members will be reimbursed an average of $92 in today's dollars. I assume standard mileage rates will increase at an annual rate of 2.76% based on the compound annual growth rate over the last 10 years.[25]

Table 5 summarizes the Medical Evaluation Costs in nominal dollars, including mileage reimbursement. I assume that the annual inflation rate of Medical Evaluations will be 3.45% per the Consumer Price Index for Medical Care published by the Bureau of Labor Statistics.[26]

**Table 5. Medical Evaluation Costs Including Mileage Reimbursement**

| | | Initial Medical Evaluation Test Costs | Qualifying Class Member Claim-in Rate | |
| --- | --- | --- | --- | --- |
| | | | 15% | 25% |
| Unresolved Concussion Rate | 5% | $822 | $4,399,246 | $7,332,077 |
| | | $1,968 | $10,360,837 | $17,268,062 |
| | | $3,016 | $15,811,910 | $26,353,183 |
| | 7.5% | $822 | $6,598,869 | $10,998,116 |
| | | $1,968 | $15,541,256 | $25,902,093 |
| | | $3,016 | $23,717,865 | $39,529,775 |

I developed a model for when, during the 50 year Fund duration, Qualifying Class Members would receive a Medical Evaluation and retest, as appropriate. I expect that the number of Medical Evaluations will generally be at highest levels in the earliest years of the

---

[24] "New Standard Mileage Rates Now Available; Business Rate to Rise in 2015." *Internal Revenue Service.* Dec. 10, 2014. Web. 31 Mar. 2015. <http://www.irs.gov/uac/Newsroom/New-Standard-Mileage-Rates-Now-Available;-Business-Rate-to-Rise-in-2015>.
[25] "Standard Mileage Rates." *Internal Revenue Service.* Web. 31 Mar. 2015. <http://www.irs.gov/Tax-Professionals/Standard-Mileage-Rates>.
[26] "Consumer Price Index – All Urban Consumers: Medical Care." *Bureau of Labor Statistics 2005-2014 Inflation Rates.* Web. 4 Mar. 2015. <http://www.bls.gov/data/>.

Fund and will taper off over time, as observed in the Fernald Medical Monitoring Program. The timing model I applied is based on an exponential distribution (λ=.05), which extrapolates the anticipated claims over time such that the filings peak in the first year and tail off thereafter. I estimated the number of Screening Questionnaires and related costs per year using the same methodology.

Table 6 summarizes the proportion of Medical Evaluations that will occur in each year, including retests.[27]

**Table 6. Medical Evaluations**



---

[27] The number of Medical Evaluations varies based on unresolved concussion rate and claim-in rate but follows the same curve.

Other Costs

        In addition to the Medical Evaluation costs, the Fund will also be used to pay attorneys' fees to class counsel, notice costs, screening costs including Supplemental Depression Screening, and other costs associated with administering the Medical Monitoring Program. Certain costs, such as costs associated with the initial screenings and Supplemental Depression Screenings, vary based on the sensitivity presented herein. Table 7 summarizes all estimated Other Costs.

**Table 7. Other Costs**

| Category | Cost |
|---|---|
| ***Class Representatives, Class Counsel, and Medical Science Committee*** | |
| Service Awards | $72,500 |
| Attorneys' Fee | $15,000,000 |
| Attorneys' Expenses | $750,000 |
| Lead Counsel Continuing Costs | $500,000 |
| Medical Science Committee* | $3,862,500 |
| **Class Representatives, Class Counsel, and Medical Science Committee Subtotal** | **$20,185,000** |
| ***Notice Costs (Per Declaration of Alan Vasquez)*** | |
| Class Member Notification Costs | $1,769,137 |
| **Notice Costs Subtotal** | **$1,769,137** |
| ***Administrative Costs (per Garretson Resolution Group)*** | |
| Program Initiation, Class Member Registration, and Opt Out Processing | $576,536 |
| Provider Network Setup and Maintenance | $2,367,480 |
| IT Setup and Maintenance | $1,917,834 |
| Screening & Evaluation Costs** | $3,000,912 - $3,610,894 |
| **Administrative Costs Subtotal** | **$7,862,762 - $8,472,744** |
| **Use of Funds Excluding Medical Evaluations Total** | **$29,816,899 - $30,426,881** |

*Estimate per NCAA counsel over life of Fund.

**Garretson Resolution Group estimates are based on a projected number of Screening Questionnaires, Supplemental Depression Screenings, and Medical Evaluations. Estimates have been adjusted to reflect my projected number of Screening Questionnaires, Supplemental Depression Screenings, and Medical Evaluations.*

### B.    Fund Adequacy Analysis

In order to assess Fund adequacy, I analyzed a range of potential outcomes. Three variables have a significant impact on Fund adequacy because they drive the total cost of Medical Evaluations *and* are inherently uncertain. These variables are: (1) unresolved concussion rate as determined by the Screening Questionnaire; (2) claim-in rate; and (3) Medical Evaluation costs. To reflect this uncertainty, I incorporated into my analysis a range for these inputs in order to present a range of potential Fund adequacy sensitivities. These inputs are summarized in Table 8 below.

**Table 8. Variable Inputs**

| Category | Low | Mid | High |
|---|---|---|---|
| Unresolved Concussion Rate | 5% | n/a | 7.5% |
| Claim-in Rates | | | |
|   Unresolved Concussion | 15% | n/a | 25% |
| Medical Evaluation Costs | $822 | $1,968 | $3,016 |

For purposes of these sensitivity analyses, I held other inputs constant either because they are relatively certain or because they don't drive significant costs. These inputs are summarized in Table 9 below.

**Table 9. Fixed Inputs**

| Category | Input |
|---|---|
| Unreported Concussion Rate | 10.00% |
| Claim-in Rates | |
|   Resolved Concussion | 5.00% |
|   Not Concussed | 1.00% |
| Comeback Rate | 15.00% |
| Supplemental Depression Screening | 7.50% |
| Medical Evaluation Inflation Rate | 3.45% |
| Interest Earned on Funds | 3.00% |
| Settlement Class Members > 100 miles | 30.00% |
| Average Reimbursed Miles | 400 |
| Medical Mileage Reimbursement Rate | $0.23 |
| Mileage Reimbursement Inflation Rate | 2.76% |

Utilizing the inputs and related values shown in Tables 8 and 9 above, Table 10 presents five sensitivities to assess Fund adequacy. Each of these sensitivities should be considered conservative, and each demonstrates the expected adequacy of the Fund.

**Table 10. Fund Adequacy**

| | Category | Sensitivity 1 | Sensitivity 2 | Sensitivity 3 | Sensitivity 4 | Sensitivity 5 |
|---|---|---|---|---|---|---|
| **Inputs** | Unresolved Concussion Rate | 5% | 5% | 5% | 7.5% | 7.5% |
| | Claim-in Rates | | | | | |
| |   Unresolved Concussion | 15% | 15% | 25% | 25% | 25% |
| | Medical Evaluation Costs | | | | | |
| |   Initial Evaluation | $822 | $1,968 | $1,968 | $1,968 | $3,016 |
| |   Retest | $822 | $1,968 | $1,968 | $1,968 | $3,016 |
| **Outputs** | Number of Screening Questionnaires | 65,009 | 65,009 | 66,637 | 68,203 | 68,203 |
| | Number of Supplemental Depression Screenings | 4,693 | 4,693 | 4,693 | 4,657 | 4,657 |
| | Number of Medical Evaluations | 2,808 | 2,808 | 4,680 | 7,019 | 7,019 |
| | Medical Evaluation & Mileage Reimbursement Costs | $4,399,246 | $10,360,837 | $17,268,062 | $25,902,093 | $39,529,775 |
| | Other Costs | $29,816,899 | $29,816,899 | $30,096,583 | $30,426,881 | $30,426,881 |
| | Total Remaining in Fund After Year 50 | $123,185,489 | $108,305,109 | $90,359,880 | $67,976,409 | $34,681,387 |
| | **Fund Adequacy** | **Adequate** | **Adequate** | **Adequate** | **Adequate** | **Adequate** |

## IV.   Overall Conclusions and Opinions

Based on my analysis and the assumptions included herein, I conclude that the Fund will be adequate for providing Settlement Class Members the Medical Monitoring benefits outlined in the Proposed Class Settlement.

Ross Mishkin

_____

Ross I. Mishkin

13

**Attachment 1**

**Data and Documents Considered**

I.    **Motions, declarations, and other documents related to *Arrington v. National Collegiate Athletic Association,* No. 11-cv-06356 (N.D. Ill.) (Docket No. 180).**
1. *Arrington v. National Collegiate Athletic Association,* Amended Complaint 11/21/2011
2. *Arrington v. National Collegiate Athletic Association,* Report of Robert C. Cantu, M.A., M.D., F.A.C.S., F.A.C.S.M. 7/19/2013

II.   **Motions, declarations, and other documents related to *In Re: National Collegiate Athletic Association Student-Athlete Concussion Injury Litigation,* MDL No. 2492. Master Docket No. 1:13-cv-09116**
1. *In Re: National Collegiate Athletic Association Student-Athlete Concussion Injury Litigation,* Expert Report of Bruce Deal Regarding the Medical Monitoring Fund 7/28/2014
2. *In Re: National Collegiate Athletic Association Student-Athlete Concussion Injury Litigation,* Plaintiffs' Amended Motion For Preliminary Approval of Amended Class Settlement and Certification of Settlement Class 10/20/2014
3. *In Re: National Collegiate Athletic Association Student-Athlete Concussion Injury Litigation,* Transcript of Proceedings Motion Before the Honorable John Z. Lee 10/23/2014
4. *In Re: National Collegiate Athletic Association Student-Athlete Concussion Injury Litigation,* Transcript of Proceedings – Motion Before the Honorable John Z. Lee 11/18/2014
5. *In Re: National Collegiate Athletic Association Student-Athlete Concussion Injury Litigation,* Expert Report of Bruce Deal Regarding the Medical Monitoring Fund Supplementary Report: Non-Contact Sports 12/15/2014
6. *In Re: National Collegiate Athletic Association Student-Athlete Concussion Injury Litigation,* Memorandum Opinion and Order 12/17/2014
7. *In Re: National Collegiate Athletic Association Student-Athlete Concussion Injury Litigation,* Transcript of Proceedings Before the Honorable John Z. Lee 12/19/2014
8. *In Re: National Collegiate Athletic Association Student-Athlete Concussion Injury Litigation,* Amended Class Action Settlement Agreement and Release 4/14/2015

9. *In Re: National Collegiate Athletic Association Student-Athlete Concussion Injury Litigation,* Report of the Proposed Medical Science Committee In Support of Motion for Preliminary Approval
    4/14/2015
10. *In Re: National Collegiate Athletic Association Student-Athlete Concussion Injury Litigation,* Expert Report of Bruce Deal
    4/14/2015
11. *In Re: National Collegiate Athletic Association Student-Athlete Concussion Injury Litigation,* Report of the Garretson Resolution Group Regarding Administration of the Proposed Medical Monitoring Program Under the Amended Settlement Agreement
    4/14/2015
12. *In Re: National Collegiate Athletic Association Student-Athlete Concussion Injury Litigation,* Declaration of Alan Vasquez Regarding Dissemination of Notice to Class Members
    4/14/2015

## III. Class Member Population and Participation

1. Irick, Erin. *1981-82 - 2013-14 NCAA Sports Sponsorship and Participation Rates Report*. Rep. NCAA Publications, Oct. 2014. Web. 2 Mar. 2015.
2. "Period Life Table, 2009" *Actuarial Life Table, Social Security Administration*. Web. 21 Jan. 2014.
3. "Estimated Probability of Competing in Athletics Beyond the High School Interscholastic Level." *NCAA*. 2012. Web. 2 Dec. 2013.

## IV. Concussions

1. NCAA10137514-NCAA10137954 – Confidential Subject to Protective Order *Arrington, et al v. National Collegiate Athletic Association*, No. 1:11-cv-06356, NCAA024
2. Datalys Center for Sports Injury Research and Prevention, Inc. "2013 12 23 NCAA Participation and Qualification by Year.xlsx." Email Sent by Thomas Dompier, President and Injury Epidemiologist. 23 Dec. 2013.
3. Daneshvar, Daniel H., MA, Christopher J. Nowinski, AB, Ann C. McKee, MD, and Robert C. Cantu, MD.  "The Epidemiology of Sport-Related Concussion." *Clinics in Sports Medicine.* 2011;30(1):1-17.
4. Gavett, Brandon E., PhD, Robert A. Stern, PhD, and Ann C. McKee, MD "Chronic Traumatic Encephalopathy: A Potential Late Effect of Sport-Related Concussive and Subconcussive Head Trauma". *Clin Sports Med.* Jan 2011;30(1):179-188, xi.
5. Gessel, Luke M., BS, Sarah K. Fields, JD, Christy L. Collins, MA, Randall W. Dick, MS, and Dawn R. Comstock, PhD. "Concussions Among United States High School and Collegiate Athletes." *Journal of Athletic Training.* 2007;42(4):495-503.
6. Guskiewicz, Kevin M., PhD, et al. "Cumulative Effects Associated With Recurrent Concussion in Collegiate Football Players The NCAA Concussion Study." *American Medical Association.* 2003;290(19):549-555.

7. Hootman, Jennifer M., PhD, Randall Dick, MA, and Julie Agel, MA. "Epidemiology of Collegiate Injuries for 15 Sports: Summary and Recommendations for Injury Prevention Initiatives." *Journal of Athletic Training.* 2007;42(2):311-19. -

8. Kucera, Kristen L., PhD, MSPH, LAT, ATC, et al. "Validity of Soccer Injury Data from the National Collegiate Athletic Association's Injury Surveillance System." *Journal of Athletic Training.* 2011;46(5):517-526.

9. Makdissi, Michael et al. "Natural History of Concussion in Sport: Markers of Severity and Implications for Management." *The American Journal of Sports Medicine.* 2010;38(3):464-471.

10. Maroon, Joseph C., et al. "Chronic Traumatic Encephalopathy in Contact Sports: A Systematic Review of All Reported Pathological Cases." *PLoS ONE.* 10(2): e0117338. -

11. McCrory, Paul, Willem H. Meeuwisse, Jeffrey S. Kutcher, Barry D. Jordan, and Andrew Gardner. "What is the evidence for chronic concussion-related changes in retired athletes: behavioural, pathological, and clinical outcomes?" *Br J Sports Med.* 2013;47:327-330.

12. McKee, Ann C., MD, et al. "Chronic Traumatic Encephalopathy in Athletes: Progressive Tauopathy After Repetitive Head Injury." Jul 2009;68(7):709-735.

13. McKee, Ann C. MD, et al. "The spectrum of disease in chronic traumatic encephalopathy." *Brain.* 2013;136:43-64.

14. McKeever, Catherine K., and Philip Schatz. "Current Issues in the Identification, Assessment, and Management of Concussions in Sports-Related Injuries." *Applied Neuropsychology.* 2003;10(1):4-11.

## V. Depression

1. Pratt, Laura A., PhD, and Debra J. Brody, MPH. "Depression in the U.S. Household Population, 2009-2012." *National Center for Health Statistics.* December 2014. NCHS Data Brief #172.

2. Shim, Ruth S., MD, MPH, Peter Baltrus, PhD, Jiali Ye, PhD, and George Rust, MD, MPH. "Prevalence, Treatment, and Control of Depressive Symptoms in the United States: Results from the National Health and Nutrition Examination Survey (NHANES), 2005-2008." *J Am Board Fam Med.* 2011; 24(1):33-38.

3. "Results from the 2012 National Survey on Drug Use and Health: Mental Health Findings." *Substance Abuse and Mental Health Services Administration (SAMHSA).* Web. 26 Mar. 2015. <http://www.samhsa.gov/data/population-data-nsduh/reports>.

## VI. Claim-in

1. Wones, Robert, MD, et al. "Medical Monitoring: A Beneficial Remedy for Residents Living Near an Environmental Hazard Site." *Journal of Occupational and Environmental Medicine.* 2009;51(12): 1374-1383.

2. Wones, Robert, MD, Susan Pinney, PhD, and Jeanette Buckholz, RNC, MSN, CEN. "Description of the Fernald Medical Monitoring Program." *University of Cincinnati College of Medicine.* 2005.

3. *Klier v. Elf Atochem North America, Inc.658 F. 3d 468*
   9/27/2011

4. *Do Class Actions Benefit Class Members? An Empirical Analysis of Class Actions.* Rep. Mayer Brown LLP, 2013.
5. Fitzpatrick, Brian T. "An Empirical Study of Class Action Settlements and Their Fee Awards." *Journal of Empirical Legal Studies.* 2010;7(4):811-846.
6. Miller, Geoffrey P., and Lori S. Singer. "Nonpecuniary Class Action Settlements." *Law and Contemporary Problems.* 1997;97-154.
7. "WTC Health Program Annual Statistics." *World Trade Center Health Program.* Centers for Disease Control and Prevention. Web. 6 Apr. 2015. <http://www.cdc.gov/wtc/reports.html>.

## VII. Other Sources

1. "Short Government: Total Returns." *Morningstar.* Web. 6 Apr. 2015. <http://news.morningstar.com/fund-category-returns/short-government/$FOCA$GS.aspx>.
2. "Intermediate Government: Total Returns." *Morningstar*. Web. 6 Apr. 2015. <http://news.morningstar.com/fund-category-returns/intermediate-government/$FOCA$GI.aspx>.
3. Sutherland, Lloyd R. MD, and Marja J. Verhoef, PhD. "Why Do Patients Seek a Second Opinion or Alternative Medicine?" *Journal of Clinical Gastroenterology.* Oct 1994;19(3):194-7.
4. Garretson Resolution Group. "GRG NCAA Cost Estimates by Year – 2015'04'07.xlsx" Email Sent by Johanna Spellman, Associate at Latham & Watkins LLP. 7 Apr. 2015.
5. "New Standard Mileage Rates Now Available; Business Rate to Rise in 2015." *Internal Revenue Service.* Dec. 10, 2014. Web. 31 Mar. 2015. <http://www.irs.gov/uac/Newsroom/New-Standard-Mileage-Rates-Now-Available;-Business-Rate-to-Rise-in-2015>.
6. "Standard Mileage Rates." *Internal Revenue Service.* Web. 31 Mar. 2015. <http://www.irs.gov/Tax-Professionals/Standard-Mileage-Rates>.
7. "Consumer Price Index – All Urban Consumers: Medical Care." *Bureau of Labor Statistics 2005-2014 Inflation Rates*. Web. 4 Mar. 2015. <http://www.bls.gov/data/>.



**Ross Mishkin**
Managing Director

**The Claro Group, LLC**

321 North Clark Street
Suite 1200
Chicago, IL 60654

Tel  312.546.3402
Fax  312.554.8085
rmishkin@theclarogroup.com

**EDUCATION**

MBA (with honors)
    University of Chicago
    Graduate School of
    Business

B.S., Finance (with highest
    honors)
    University of Illinois at
    Urbana-Champaign

Ross Mishkin is a Managing Director with The Claro Group located in Chicago.  Ross specializes in providing complex claims consulting related to commercial insurance disputes and class actions.  Ross has assisted many corporations and their legal counsel on a variety of complex litigation matters and class actions, including damages calculations, insurance claim allocations, insurance offsets in CERCLA recovery cases, retrospective premium plan calculations, insurance receivable reserving analyses, statistical sampling, and claims exposure estimations.

Ross is a recognized expert preparing damages calculations and allocating damages to historical general liability insurance programs in complex insurance claims.  He has performed damages analyses and developed allocation analyses in both an expert and consulting capacity based on various state and federal jurisdictions across the country.

Ross has extensive experience analyzing and evaluating insurance programs dating back to the 1940's through today, including coverage with retrospective premium plans, fronting arrangements, and captive programs.

**REPRESENTATIVE PROFESSIONAL EXPERIENCE**

- Extensive experience with many clients reviewing and analyzing historical transaction and claims data from disparate sources and systems.  Review has included millions of transactions and documents relating to individual liability claims and class actions.  Performed analyses to assist clients in identifying, quantifying and categorizing activities, including statistical procedures and future claim estimates.

- Managed many complex environmental and product liability claims projects for Fortune 1000 companies, involving more than $3 billion of exposures.  Engagements regularly include quantifying incurred and paid damages, developing future liability estimates, and building models to allocate claims and exposures to historical general liability insurance policy programs.

- Regularly retained as an expert relating to quantifying damages amounts relating to insurance claim disputes and allocating those damages to insurance policies.  Significant experience with asbestos products and premises claims, environmental property damage claims, other bodily injury claims including silicone breast implants, silica, and beryllium, as well as residual value automotive lease claims.

- Provided expert claims and allocation services in a mediation related to hundreds of product liability claims for a large chemicals company.  Quantified the incurred claim amounts and allocated those claims to four primary insurers participating in the mediation.

- Assisted a specialty chemicals company to settle its outstanding bodily-injury insurance claims with several dozen insurers.  Developed and executed claims allocations for several cash buyout settlements and one comprehensive coverage-in-place settlement agreement.  Provide ongoing insurance claim allocation services for all of the coverage-in-place participants.



**TESTIMONY / EXPERT RETENTIONS**

- *Duchossois Industries, Inc., et al. v. Allianz Underwriters Insurance Company, et al, Circuit Court of DuPage County, Illinois --- Case No. 94 MR 0535*
  Testifying expert to quantify and allocate to insurance coverage claim amounts related to more than 20 third-party facilities related to an environmental property damage insurance lawsuit.

- *Tribune Company, et al. v. Allstate Insurance Company, et al, Circuit Court of Cook County, Chancery Division --- Case No. 94 CH 1573*
  Testifying expert to quantify claim amounts at one owned facility related to an environmental property damage and bodily injury insurance lawsuit.

- *Reliance Insurance Company vs. Keybank USA, National Association vs. Swiss Reinsurance America Corporation, et al, US District Court for the Northern District of Ohio Eastern Division ---  Case No. 1:01 CV 062*
  Testifying expert to quantify damages amounts and changes to damages amounts submitted under residual value insurance policies related to a retail automotive vehicle leasing business.

- *Brush Wellman Inc vs. Certain Underwriters at Lloyds, and Certain London Market Insurance Companies, et al, Court of Common Pleas of Ottawa County, Ohio --- Case No. 03-CVH-089*
  Testifying expert to quantify and estimate damage amounts relating to beryllium products bodily injury claims, and to allocate those damage amounts to historical general liability insurance coverage.

- *Combustion Engineering 524(g) Asbestos PI Trust v. Allianz Global Risks US Insurance Company, et al, Superior Court of the State of Delaware in and for New Castle County*
  Testifying expert to quantify and allocate asbestos products bodily injury damage amounts to historical general liability insurance coverage.

- *American Optical Corporation, Warner Lambert LLC, W-L LLC vs. Admiral Insurance Company, et al, Superior Court of New Jersey Law Division: Union County Docket No: UNN-L-2505 01*
  Testifying expert to quantify outstanding claims, determine policy exhaustions, and allocate asbestos products bodily injury damage amounts to historical general liability insurance coverage.  Allocated claims under Massachusetts and New Jersey laws.

- *In re Dow Corning Corporation, Case No. 95-CV-20512 DT*
  Testifying expert to evaluate a claim for reimbursement made against Dow Corning by certain of its historical insurers, relating to an existing settlement agreement.  Performed historical and potential future claims allocations scenarios, analyzing the effect of certain reimbursement provisions in the settlement agreement.

- *McKesson Corporation v. Univar USA Inc., Case No. 74 489 Y 01220 07JRJ*
  Testifying expert, in an arbitration, to review distribution company's historical product sales data and shipping records to calculate quantities of material sold in a breach of contract matter.



- *Navcom Defense Electronics, Inc. v. Gould Electronics Inc. et al, Superior Court of the State of California County of Los Angeles – Central Civil West; Case No.: BC374697*
  Testifying expert to analyze a claim for indemnification relating to environmental liabilities under a purchase and sale agreement. Calculated relevant expenditures and evaluated claim valuation under various indemnification scenarios.

- *York International Corporation vs. Liberty Mutual Insurance Company In the United State District Court for the Middle District of Pennsylvania; Case No. 1:10-CV-00692-SHR*
  Testifying expert to accumulate and quantify asbestos bodily injury claims allocable to certain primary insurance policies. Calculated reimbursements recoveries from other insurers.

- *Bridgestone Americas Tire Operations, LLC f/k/a Bridgestone/Firestone North America Tire, LLC vs. AIU Insurance Company, et al, in the Court of Common Pleas Summit County, Ohio ; Case No. 08-07-5163*
  Testifying expert to accumulate and quantify asbestos bodily injury claims (both products and premises claims) allocable to certain excess insurance policies.

- *Appleton Papers Inc. and NCR Corporation v. George A. Whiting Paper Company, et al.*
  Represented joint defense group; testifying expert to determine how much, if any, offsets were appropriate relating to a CERCLA PRP contribution action where parties had already entered into significant insurance settlements.

- *Jean Smith and Lorie Ivie et al v. United American Insurance Company et al; In the Circuit Court of Saline County, Arkansas; Civil Action No. CV 2004-742-2*
  Class Counsel expert to evaluate and analyze the value of insurance policy products offered to each member of the Class as part of a Class Settlement. Analyzed settlement values for more than 45,000 individual Class claimants.

- *Columbia Casualty Company and Continental Insurance Company vs. 3M Company, et al; State of Minnesota, County of Ramsey, Second Judicial District Court; File No.62-C2-07-2419*
  Testifying expert to accumulate and quantify asbestos bodily injury claims (both asbestos-containing products and respirator claims) allocable to certain excess insurance policies. Performed statistical analysis to verify the accuracy and reliability of claims information including exposure dates. Case involved more than 400,000 individual claimants.

- *U.S. Silica Company v. ACE Fire Underwriters Insurance Company, et al, in the Circuit Court of Morgan County, West Virginia, Case No. 06-C-2*
  Testifying expert to quantify and allocate recoverable silica bodily injury claims to certain primary insurance policies. Performed statistical analysis to verify the accuracy and reliability of claims information including exposure dates.



- *Sonic Automotive, Inc. v. Chrysler Insurance Company, et al., in the United States District Court For the Southern District of Ohio Western Division, Case No. 10-cv-717*

    Testifying expert to allocate damages to insurance policies relating to the settlement of two underlying class actions alleging errors and omissions in connection with the financing of automotive purchases and leases over several years. Scope included estimation of redemption rates and total class benefit for one class, as the redemption period remained open as of the date of my report. Case involved allocation of damages related to more than 160,000 class members with various class benefits and transaction dates.

- *Ashland Inc. and Hercules Incorporated v. National Indemnity Company and Resolute Management Inc., Commonwealth of Kentucky Fayette Circuit Court, Case No.: 12-CI-4638*

    Testifying expert regarding allocation, administration, and historical course of dealings relating to a coverage-in-place agreement between the parties.

**Attachment 3**

| | Participation Data per NCAA (1981-2014) [1,2,3] | | | | | Estimated New Participants By Year (1925-2015) [4,5] | | | | | Estimated Surviving New Participants By Year (1925-2015) [9] | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Men's Sports | | Women's Sports | | Total | Men's Sports [6] | | Women's Sports [7,8] | | Total New | Men's Sports | | Women's Sports | | Total Surviving |
| | Contact [A] | Non-Contact [B] | Contact [C] | Non-Contact [D] | Participation [E]=[A]+[B]+[C]+[D] | Contact [F] | Non-Contact [G] | Contact [H] | Non-Contact [I] | Participants [J]=[F]+[G]+[H]+[I] | Contact [K] | Non-Contact [L] | Contact [M] | Non-Contact [N] | New Participants [O]=[K]+[L]+[M]+[N] |
| 1925-1926 | | | | | | 181 | 5,446 | | | 5,627 | 0 | 1 | | | 1 |
| 1926-1927 | | | | | | 588 | 5,777 | | | 6,365 | 0 | 2 | | | 2 |
| 1927-1928 | | | | | | 995 | 6,109 | | | 7,103 | 1 | 5 | | | 6 |
| 1928-1929 | | | | | | 1,402 | 6,440 | | | 7,842 | 2 | 8 | | | 10 |
| 1929-1930 | | | | | | 1,809 | 6,771 | | | 8,580 | 4 | 15 | | | 19 |
| 1930-1931 | | | | | | 2,216 | 7,102 | | | 9,318 | 8 | 26 | | | 34 |
| 1931-1932 | | | | | | 2,623 | 7,434 | | | 10,056 | 15 | 43 | | | 58 |
| 1932-1933 | | | | | | 3,029 | 7,765 | | | 10,794 | 27 | 69 | | | 96 |
| 1933-1934 | | | | | | 3,436 | 8,096 | | | 11,532 | 46 | 108 | | | 154 |
| 1934-1935 | | | | | | 3,843 | 8,427 | | | 12,270 | 76 | 166 | | | 242 |
| 1935-1936 | | | | | | 4,250 | 8,758 | | | 13,009 | 120 | 248 | | | 368 |
| 1936-1937 | | | | | | 4,657 | 9,090 | | | 13,747 | 184 | 359 | | | 543 |
| 1937-1938 | | | | | | 5,064 | 9,421 | | | 14,485 | 272 | 506 | | | 778 |
| 1938-1939 | | | | | | 5,471 | 9,752 | | | 15,223 | 389 | 693 | | | 1,082 |
| 1939-1940 | | | | | | 5,878 | 10,083 | | | 15,961 | 538 | 923 | | | 1,461 |
| 1940-1941 | | | | | | 6,285 | 10,414 | | | 16,699 | 722 | 1,197 | | | 1,919 |
| 1941-1942 | | | | | | 6,692 | 10,746 | | | 17,438 | 944 | 1,516 | | | 2,460 |
| 1942-1943 | | | | | | 7,099 | 11,077 | | | 18,176 | 1,205 | 1,880 | | | 3,085 |
| 1943-1944 | | | | | | 7,506 | 11,408 | | | 18,914 | 1,503 | 2,284 | | | 3,787 |
| 1944-1945 | | | | | | 7,913 | 11,739 | | | 19,652 | 1,838 | 2,726 | | | 4,564 |
| 1945-1946 | | | | | | 8,320 | 12,070 | | | 20,390 | 2,207 | 3,202 | | | 5,409 |
| 1946-1947 | | | | | | 8,727 | 12,402 | | | 21,128 | 2,622 | 3,692 | | | 6,314 |
| 1947-1948 | | | | | | 9,134 | 12,733 | | | 21,867 | 3,038 | 4,236 | | | 7,274 |
| 1948-1949 | | | | | | 9,541 | 13,064 | | | 22,605 | 3,495 | 4,786 | | | 8,281 |
| 1949-1950 | | | | | | 9,948 | 13,395 | | | 23,343 | 3,996 | 5,332 | | | 9,328 |
| 1950-1951 | | | | | | 10,355 | 13,726 | | | 24,081 | 4,475 | 5,932 | | | 10,407 |
| 1951-1952 | | | | | | 10,762 | 14,058 | | | 24,819 | 4,991 | 6,519 | | | 11,510 |
| 1952-1953 | | | | | | 11,168 | 14,389 | | | 25,557 | 5,520 | 7,111 | | | 12,631 |
| 1953-1954 | | | | | | 11,575 | 14,720 | | | 26,296 | 6,059 | 7,705 | | | 13,764 |
| 1954-1955 | | | | | | 11,982 | 15,051 | | | 27,034 | 6,608 | 8,301 | | | 14,909 |
| 1955-1956 | | | | | | 12,389 | 15,383 | | | 27,772 | 7,164 | 8,895 | | | 16,059 |
| 1956-1957 | | | | | | 12,796 | 15,714 | | | 28,510 | 7,724 | 9,485 | | | 17,209 |
| 1957-1958 | | | | | | 13,203 | 16,045 | | | 29,248 | 8,286 | 10,070 | | | 18,356 |
| 1958-1959 | | | | | | 13,610 | 16,376 | | | 29,986 | 8,850 | 10,649 | | | 19,499 |
| 1959-1960 | | | | | | 14,017 | 16,707 | | | 30,724 | 9,415 | 11,222 | | | 20,637 |
| 1960-1961 | | | | | | 14,424 | 17,039 | | | 31,463 | 9,980 | 11,789 | | | 21,769 |
| 1961-1962 | | | | | | 14,831 | 17,370 | | | 32,201 | 10,543 | 12,348 | | | 22,891 |
| 1962-1963 | | | | | | 15,238 | 17,701 | | | 32,939 | 11,105 | 12,900 | | | 24,005 |
| 1963-1964 | | | | | | 15,645 | 18,032 | | | 33,677 | 11,664 | 13,443 | | | 25,107 |
| 1964-1965 | | | | | | 16,052 | 18,363 | | | 34,415 | 12,221 | 13,980 | | | 26,201 |
| 1965-1966 | | | | | | 16,459 | 18,695 | | | 35,153 | 12,775 | 14,510 | | | 27,285 |
| 1966-1967 | | | | | | 16,866 | 19,026 | | | 35,892 | 13,325 | 15,032 | | | 28,357 |
| 1967-1968 | | | | | | 17,273 | 19,357 | | | 36,630 | 13,871 | 15,545 | | | 29,416 |
| 1968-1969 | | | | | | 17,680 | 19,688 | | | 37,368 | 14,413 | 16,050 | | | 30,463 |
| 1969-1970 | | | | | | 18,087 | 20,019 | | | 38,106 | 14,950 | 16,548 | | | 31,498 |
| 1970-1971 | | | | | | 18,494 | 20,351 | | | 38,844 | 15,484 | 17,038 | | | 32,522 |
| 1971-1972 | | | | | | 18,901 | 20,682 | | | 39,582 | 16,014 | 17,523 | | | 33,537 |
| 1972-1973 | | | | | | 19,307 | 21,013 | | | 40,321 | 16,541 | 18,003 | | | 34,544 |
| 1973-1974 | | | | | | 19,714 | 21,344 | | | 41,058 | 17,067 | 18,478 | | | 35,545 |
| 1974-1975 | | | | | | 20,121 | 21,676 | | | 41,797 | 17,590 | 18,949 | | | 36,539 |
| 1975-1976 | | | | | | 20,528 | 22,007 | | | 42,535 | 18,111 | 19,415 | | | 37,526 |
| 1976-1977 | | | | | | 20,935 | 22,338 | | | 43,273 | 18,628 | 19,876 | | | 38,504 |
| 1977-1978 | | | | | | 21,342 | 22,669 | | | 44,011 | 19,142 | 20,332 | | | 39,474 |
| 1978-1979 | | | | | | 21,749 | 23,000 | | | 44,750 | 19,651 | 20,782 | | | 40,433 |
| 1979-1980 | | | | | | 22,156 | 23,332 | | | 45,488 | 20,157 | 21,226 | | | 41,383 |
| 1980-1981 | | | | | | 22,563 | 23,663 | | | 46,226 | 20,658 | 21,664 | | | 42,322 |
| 1981-1982 | 80,964 | 88,836 | 20,164 | 53,566 | 243,530 | 22,851 | 25,073 | 20,164 | 107,132 | 175,220 | 21,044 | 23,090 | 19,121 | 50,794 | 114,049 |
| 1982-1983 | 87,761 | 92,474 | 21,875 | 58,165 | 260,275 | 24,769 | 26,699 | 6,174 | 16,416 | 73,499 | 22,933 | 24,165 | 5,904 | 15,699 | 68,702 |
| 1983-1984 | 91,493 | 97,101 | 23,034 | 61,779 | 273,407 | 25,823 | 27,405 | 6,501 | 17,436 | 77,165 | 24,026 | 25,499 | 6,236 | 16,726 | 72,487 |
| 1984-1985 | 97,488 | 103,575 | 24,827 | 66,852 | 292,742 | 27,515 | 29,233 | 7,007 | 18,868 | 82,622 | 25,714 | 27,320 | 6,740 | 18,150 | 77,924 |
| 1985-1986 | 99,091 | 100,940 | 25,528 | 69,823 | 295,382 | 27,967 | 28,480 | 7,205 | 19,707 | 83,367 | 26,243 | 26,753 | 6,949 | 19,005 | 78,950 |
| 1986-1987 | 95,491 | 94,526 | 24,162 | 66,693 | 280,872 | 26,951 | 26,679 | 6,819 | 18,823 | 79,272 | 25,384 | 25,128 | 6,592 | 18,197 | 75,301 |
| 1987-1988 | 88,520 | 90,421 | 23,642 | 66,183 | 268,766 | 24,984 | 25,520 | 6,673 | 18,679 | 75,855 | 23,611 | 24,118 | 6,464 | 18,096 | 72,290 |
| 1988-1989 | 89,629 | 90,316 | 24,166 | 67,243 | 271,354 | 25,297 | 25,547 | 6,393 | 18,410 | 75,647 | 23,982 | 24,219 | 6,621 | 18,423 | 73,244 |
| 1989-1990 | 88,826 | 88,340 | 23,729 | 65,483 | 266,378 | 25,070 | 24,933 | 6,697 | 18,482 | 75,181 | 23,835 | 23,705 | 6,513 | 17,972 | 72,025 |
| 1990-1991 | 92,848 | 91,747 | 24,867 | 67,911 | 277,373 | 26,205 | 25,894 | 7,018 | 19,167 | 78,285 | 24,980 | 24,684 | 6,836 | 18,669 | 75,169 |
| 1991-1992 | 92,790 | 93,257 | 25,670 | 70,799 | 282,516 | 26,189 | 26,320 | 7,245 | 19,982 | 79,736 | 25,025 | 25,151 | 7,067 | 19,492 | 76,735 |
| 1992-1993 | 93,145 | 93,893 | 27,005 | 72,854 | 286,897 | 26,289 | 26,500 | 7,622 | 20,562 | 80,973 | 25,177 | 25,379 | 7,445 | 20,085 | 78,086 |
| 1993-1994 | 94,533 | 95,109 | 28,712 | 76,820 | 295,174 | 26,681 | 26,843 | 8,104 | 21,681 | 83,309 | 25,605 | 25,761 | 7,925 | 21,204 | 80,495 |
| 1994-1995 | 96,072 | 92,933 | 31,462 | 79,062 | 299,529 | 27,115 | 26,229 | 8,880 | 22,314 | 84,537 | 26,072 | 25,220 | 8,694 | 21,847 | 81,833 |
| 1995-1996 | 103,187 | 105,787 | 36,513 | 93,569 | 339,056 | 29,123 | 29,857 | 10,305 | 26,409 | 95,694 | 28,054 | 28,761 | 10,100 | 25,882 | 92,797 |
| 1996-1997 | 102,804 | 100,404 | 38,360 | 92,335 | 333,903 | 29,015 | 28,338 | 10,827 | 26,060 | 94,239 | 27,997 | 27,344 | 10,621 | 25,565 | 91,527 |
| 1997-1998 | 103,001 | 100,640 | 39,987 | 95,193 | 338,869 | 29,071 | 28,418 | 11,286 | 26,863 | 95,638 | 28,097 | 27,466 | 11,081 | 26,949 | 93,593 |
| 1998-1999 | 106,733 | 104,635 | 43,017 | 105,830 | 360,215 | 30,124 | 29,532 | 12,141 | 29,869 | 101,666 | 29,161 | 28,587 | 11,931 | 29,351 | 99,030 |
| 1999-2000 | 108,046 | 102,946 | 43,915 | 106,272 | 361,179 | 30,494 | 29,055 | 12,394 | 29,994 | 101,938 | 29,564 | 28,169 | 12,189 | 29,497 | 99,419 |
| 2000-2001 | 111,261 | 106,825 | 45,923 | 111,819 | 374,828 | 31,120 | 30,152 | 12,961 | 31,559 | 105,790 | 30,215 | 29,273 | 12,589 | 30,428 | 102,505 |
| 2001-2002 | 108,734 | 103,406 | 46,046 | 109,467 | 367,653 | 30,689 | 29,185 | 12,996 | 30,896 | 103,765 | 29,977 | 28,331 | 12,625 | 29,991 | 100,924 |
| 2002-2003 | 111,304 | 105,687 | 47,097 | 113,553 | 377,641 | 31,414 | 29,829 | 13,292 | 32,049 | 106,584 | 30,588 | 29,045 | 13,100 | 31,584 | 104,317 |
| 2003-2004 | 111,348 | 105,961 | 47,608 | 115,144 | 380,061 | 31,313 | 30,352 | 13,437 | 32,498 | 107,600 | 30,471 | 30,086 | 13,247 | 31,704 | 105,508 |
| 2004-2005 | 112,774 | 110,036 | 48,742 | 117,986 | 389,538 | 31,829 | 31,056 | 13,757 | 33,300 | 109,942 | 30,960 | 30,257 | 13,535 | 32,485 | 107,237 |
| 2005-2006 | 115,599 | 112,501 | 49,999 | 120,527 | 398,626 | 32,626 | 31,752 | 14,112 | 34,017 | 112,507 | 31,697 | 30,820 | 13,790 | 33,189 | 109,496 |
| 2006-2007 | 118,117 | 115,713 | 50,968 | 123,566 | 408,364 | 33,337 | 32,658 | 14,503 | 34,875 | 115,373 | 32,395 | 31,699 | 14,178 | 34,014 | 112,286 |
| 2007-2008 | 121,563 | 118,698 | 52,348 | 125,736 | 418,345 | 34,309 | 33,135 | 14,774 | 35,487 | 117,705 | 33,334 | 32,157 | 14,439 | 34,597 | 114,527 |
| 2008-2009 | 123,280 | 120,987 | 53,556 | 128,967 | 426,770 | 34,794 | 34,147 | 15,110 | 36,399 | 120,450 | 34,360 | 33,525 | 14,941 | 35,994 | 118,820 |
| 2009-2010 | 125,277 | 124,030 | 54,331 | 132,129 | 435,767 | 36,427 | 35,923 | 15,869 | 38,668 | 126,887 | 34,762 | 34,416 | 15,171 | 36,894 | 121,243 |
| 2010-2011 | 129,064 | 127,280 | 56,225 | 137,007 | 449,576 | 37,237 | 36,469 | 16,251 | 39,661 | 129,618 | 35,861 | 35,365 | 15,947 | 38,273 | 125,446 |
| 2011-2012 | 131,936 | 129,214 | 57,578 | 140,525 | 459,253 | 37,237 | 36,469 | 16,850 | 40,604 | 131,160 | 36,705 | 35,947 | 16,091 | 39,273 | 128,016 |
| 2012-2013 | 134,013 | 131,632 | 59,701 | 143,864 | 469,210 | 37,237 | 38,438 | 17,230 | 41,422 | 135,154 | 37,237 | 37,111 | 17,075 | 41,049 | 132,472 |
| 2013-2014 | 136,853 | 134,202 | 61,049 | 146,765 | 478,869 | 38,625 | 37,677 | 17,230 | 41,422 | 135,154 | 38,152 | 37,413 | 17,075 | 41,049 | 133,689 |
| 2014-2015 | | | | | | 39,032 | 38,208 | 17,612 | 42,254 | 137,105 | 38,587 | 37,772 | 17,459 | 41,887 | 135,705 |
| **Total** | **3,502,545** | **3,474,300** | **1,281,786** | **3,203,487** | **11,462,118** | **1,664,404** | **1,833,833** | **393,851** | **1,038,407** | **4,930,495** | **1,408,796** | **1,459,022** | **386,388** | **965,713** | **4,219,919** |

[1] Figures may not sum due to rounding.

[2] Irick, Erin. 1981-82 - 2013-14 NCAA Sports Sponsorship and Participation Rates Report. Rep. NCAA Publications, Oct. 2014. Web. 2 Mar. 2015.

[3] Participation data counts student-athletes in each year of participation in an NCAA-sanctioned sport, and therefore participation data must be adjusted for double counting.

[4] Figures adjusted to remove student-athletes accounted for in prior academic year.

[5] Gessel, Luke M., BS, Sarah K. Fields, JD, Christy L. Collins, MA, Randall W. Dick, MS, and Dawn R. Comstock, PhD. "Concussions Among United States High School and Collegiate Athletes." Journal of Athletic Training. 2007;42(4):495-503.

[6] 2014-2015 and Pre-1981 figures calculated by performing a linear regression on New Participants by Year Men Contact and Non-Contact sports 1981 through 2014.

[7] 2014-2015 figures calculated by performing a linear regression on New Participants by Year Women's Contact and Non-Contact sports 1981 through 2014.

[8] 1981-1982 is the first year women's athletics were governed by the NCAA. The 1981-1982 season includes all participating women, not just freshmen.

[9] "Period Life Table, 2009" Actuarial Life Table. Social Security Administration. Web. 21 Jan. 2014.

**Attachment 4**

- **Estimated Surviving New Participants By Year (1925-2015) [1]** — Men's Sports: Contact [A], Non-Contact [B]; Women's Sports: Contact [C], Non-Contact [D]; Total Surviving New Participants [E]=[A]+[B]+[C]+[D]
- **Estimated Surviving Concussed Participants By Year (1925-2015) [1,2,3]** — Men's Sports: Contact [F], Non-Contact [G]; Women's Sports: Contact [H], Non-Contact [I]; Total Surviving Concussed Participants [J]=[F]+[G]+[H]+[I]
- **Estimated Surviving Non-Concussed Participants By Year (1925-2015)** — Men's Sports: Contact [K]=[A]-[F], Non-Contact [L]=[B]-[G]; Women's Sports: Contact [M]=[C]-[H], Non-Contact [N]=[D]-[I]; Total Surviving Non-Concussed Participants [O]=[K]+[L]+[M]+[N]

| Year | [A] | [B] | [C] | [D] | [E] | [F] | [G] | [H] | [I] | [J] | [K] | [L] | [M] | [N] | [O] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1925-1926 | 0 | 1 | | | 1 | 0 | 0 | | | 0 | 0 | 1 | | | 1 |
| 1926-1927 | 0 | 2 | | | 2 | 0 | | | | 0 | 0 | 2 | | | 2 |
| 1927-1928 | 1 | 5 | | | 6 | 0 | | | | 0 | 1 | 5 | | | 6 |
| 1928-1929 | 2 | 8 | | | 10 | 0 | | | | 0 | 2 | 8 | | | 10 |
| 1929-1930 | 4 | 15 | | | 19 | 1 | | | | 1 | 3 | 15 | | | 18 |
| 1930-1931 | 8 | 26 | | | 34 | 1 | | | | 1 | 7 | 26 | | | 33 |
| 1931-1932 | 15 | 43 | | | 58 | 2 | 1 | | | 3 | 13 | 42 | | | 55 |
| 1932-1933 | 27 | 69 | | | 96 | 4 | 1 | | | 5 | 23 | 68 | | | 91 |
| 1933-1934 | 46 | 108 | | | 154 | 6 | 2 | | | 8 | 40 | 107 | | | 146 |
| 1934-1935 | 76 | 166 | | | 242 | 11 | 2 | | | 13 | 65 | 164 | | | 229 |
| 1935-1936 | 120 | 248 | | | 368 | 17 | 3 | | | 20 | 103 | 245 | | | 348 |
| 1936-1937 | 184 | 359 | | | 543 | 26 | 5 | | | 31 | 158 | 354 | | | 512 |
| 1937-1938 | 272 | 506 | | | 778 | 38 | 7 | | | 45 | 234 | 499 | | | 733 |
| 1938-1939 | 389 | 693 | | | 1,082 | 54 | 9 | | | 64 | 335 | 684 | | | 1,018 |
| 1939-1940 | 538 | 923 | | | 1,461 | 75 | 12 | | | 88 | 463 | 911 | | | 1,373 |
| 1940-1941 | 722 | 1,197 | | | 1,919 | 101 | 16 | | | 117 | 621 | 1,181 | | | 1,802 |
| 1941-1942 | 944 | 1,516 | | | 2,460 | 132 | 20 | | | 152 | 812 | 1,496 | | | 2,308 |
| 1942-1943 | 1,205 | 1,880 | | | 3,085 | 169 | 25 | | | 194 | 1,036 | 1,855 | | | 2,891 |
| 1943-1944 | 1,503 | 2,284 | | | 3,787 | 210 | 30 | | | 241 | 1,293 | 2,254 | | | 3,546 |
| 1944-1945 | 1,838 | 2,726 | | | 4,564 | 257 | 36 | | | 293 | 1,581 | 2,690 | | | 4,271 |
| 1945-1946 | 2,207 | 3,202 | | | 5,409 | 309 | 42 | | | 351 | 1,898 | 3,160 | | | 5,058 |
| 1946-1947 | 2,608 | 3,706 | | | 6,314 | 365 | 49 | | | 414 | 2,243 | 3,657 | | | 5,900 |
| 1947-1948 | 3,038 | 4,236 | | | 7,274 | 425 | 56 | | | 481 | 2,613 | 4,180 | | | 6,793 |
| 1948-1949 | 3,495 | 4,786 | | | 8,281 | 489 | 63 | | | 553 | 3,006 | 4,723 | | | 7,728 |
| 1949-1950 | 3,975 | 5,353 | | | 9,328 | 557 | 71 | | | 627 | 3,418 | 5,282 | | | 8,701 |
| 1950-1951 | 4,475 | 5,932 | | | 10,407 | 627 | 78 | | | 705 | 3,848 | 5,854 | | | 9,702 |
| 1951-1952 | 4,991 | 6,519 | | | 11,510 | 699 | 86 | | | 785 | 4,292 | 6,433 | | | 10,725 |
| 1952-1953 | 5,520 | 7,111 | | | 12,631 | 773 | 94 | | | 867 | 4,747 | 7,017 | | | 11,764 |
| 1953-1954 | 6,059 | 7,705 | | | 13,764 | 849 | 102 | | | 950 | 5,210 | 7,603 | | | 12,814 |
| 1954-1955 | 6,608 | 8,301 | | | 14,909 | 925 | 110 | | | 1,035 | 5,683 | 8,191 | | | 13,874 |
| 1955-1956 | 7,164 | 8,895 | | | 16,059 | 1,003 | 117 | | | 1,121 | 6,161 | 8,778 | | | 14,938 |
| 1956-1957 | 7,724 | 9,485 | | | 17,209 | 1,082 | 125 | | | 1,207 | 6,642 | 9,360 | | | 16,002 |
| 1957-1958 | 8,286 | 10,070 | | | 18,356 | 1,160 | 133 | | | 1,293 | 7,126 | 9,937 | | | 17,063 |
| 1958-1959 | 8,850 | 10,649 | | | 19,499 | 1,239 | 141 | | | 1,380 | 7,611 | 10,508 | | | 18,119 |
| 1959-1960 | 9,415 | 11,222 | | | 20,637 | 1,319 | 148 | | | 1,467 | 8,096 | 11,074 | | | 19,170 |
| 1960-1961 | 9,980 | 11,789 | | | 21,769 | 1,398 | 156 | | | 1,553 | 8,582 | 11,633 | | | 20,216 |
| 1961-1962 | 10,543 | 12,348 | | | 22,891 | 1,477 | 163 | | | 1,639 | 9,066 | 12,185 | | | 21,252 |
| 1962-1963 | 11,105 | 12,900 | | | 24,005 | 1,555 | 170 | | | 1,725 | 9,550 | 12,730 | | | 22,280 |
| 1963-1964 | 11,664 | 13,443 | | | 25,107 | 1,633 | 177 | | | 1,811 | 10,031 | 13,266 | | | 23,296 |
| 1964-1965 | 12,221 | 13,980 | | | 26,201 | 1,712 | 185 | | | 1,896 | 10,509 | 13,795 | | | 24,305 |
| 1965-1966 | 12,775 | 14,510 | | | 27,285 | 1,789 | 192 | | | 1,981 | 10,986 | 14,318 | | | 25,304 |
| 1966-1967 | 13,325 | 15,032 | | | 28,357 | 1,866 | 198 | | | 2,065 | 11,459 | 14,834 | | | 26,292 |
| 1967-1968 | 13,871 | 15,545 | | | 29,416 | 1,943 | 205 | | | 2,148 | 11,928 | 15,346 | | | 27,268 |
| 1968-1969 | 14,413 | 16,050 | | | 30,463 | 2,018 | 212 | | | 2,230 | 12,395 | 15,838 | | | 28,233 |
| 1969-1970 | 14,950 | 16,548 | | | 31,498 | 2,094 | 219 | | | 2,312 | 12,856 | 16,329 | | | 29,186 |
| 1970-1971 | 15,484 | 17,038 | | | 32,522 | 2,168 | 225 | | | 2,393 | 13,316 | 16,813 | | | 30,129 |
| 1971-1972 | 16,014 | 17,523 | | | 33,537 | 2,243 | 231 | | | 2,474 | 13,771 | 17,292 | | | 31,063 |
| 1972-1973 | 16,541 | 18,003 | | | 34,544 | 2,317 | 238 | | | 2,554 | 14,224 | 17,765 | | | 31,990 |
| 1973-1974 | 17,067 | 18,478 | | | 35,545 | 2,390 | 244 | | | 2,634 | 14,677 | 18,234 | | | 32,911 |
| 1974-1975 | 17,590 | 18,949 | | | 36,539 | 2,463 | 250 | | | 2,714 | 15,127 | 18,699 | | | 33,825 |
| 1975-1976 | 18,111 | 19,415 | | | 37,526 | 2,536 | 256 | | | 2,793 | 15,575 | 19,159 | | | 34,733 |
| 1976-1977 | 18,628 | 19,876 | | | 38,504 | 2,609 | 262 | | | 2,871 | 16,019 | 19,614 | | | 35,633 |
| 1977-1978 | 19,142 | 20,332 | | | 39,474 | 2,681 | 268 | | | 2,949 | 16,461 | 20,064 | | | 36,525 |
| 1978-1979 | 19,651 | 20,782 | | | 40,433 | 2,752 | 274 | | | 3,026 | 16,899 | 20,508 | | | 37,407 |
| 1979-1980 | 20,157 | 21,226 | | | 41,383 | 2,823 | 280 | | | 3,103 | 17,334 | 20,946 | | | 38,280 |
| 1980-1981 | 20,658 | 21,664 | | | 42,322 | 2,893 | 286 | | | 3,179 | 17,765 | 21,378 | | | 39,143 |
| 1981-1982 | 21,044 | 23,090 | 19,121 | 50,794 | 114,049 | 2,947 | 305 | 3,123 | 2,413 | 8,787 | 18,097 | 22,785 | 15,998 | 48,381 | 105,261 |
| 1982-1983 | 22,933 | 24,165 | 5,904 | 15,699 | 68,702 | 3,212 | 319 | 964 | 746 | 5,241 | 19,721 | 23,846 | 4,940 | 14,954 | 63,461 |
| 1983-1984 | 24,026 | 25,499 | 6,236 | 16,726 | 72,487 | 3,365 | 337 | 1,018 | 794 | 5,514 | 20,661 | 25,162 | 5,218 | 15,933 | 66,972 |
| 1984-1985 | 25,714 | 27,320 | 6,740 | 18,150 | 77,924 | 3,601 | 361 | 1,019 | 944 | 5,925 | 22,113 | 26,959 | 5,814 | 17,288 | 71,999 |
| 1985-1986 | 26,243 | 26,733 | 6,949 | 19,005 | 78,930 | 3,675 | 387 | 1,135 | 862 | 6,066 | 22,568 | 26,346 | 5,814 | 18,103 | 72,864 |
| 1986-1987 | 25,384 | 25,128 | 6,592 | 18,197 | 75,301 | 3,555 | 332 | 1,077 | 864 | 5,828 | 21,829 | 24,796 | 5,516 | 17,332 | 69,473 |
| 1987-1988 | 23,611 | 24,118 | 6,464 | 18,096 | 72,290 | 3,307 | 318 | 1,056 | 860 | 5,540 | 20,304 | 23,800 | 5,409 | 17,237 | 66,750 |
| 1988-1989 | 23,982 | 24,219 | 6,621 | 18,423 | 73,244 | 3,359 | 326 | 1,081 | 875 | 5,635 | 20,623 | 23,892 | 5,539 | 17,547 | 67,610 |
| 1989-1990 | 23,835 | 23,705 | 6,513 | 17,972 | 72,025 | 3,338 | 326 | 1,064 | 854 | 5,568 | 20,497 | 23,392 | 5,449 | 17,119 | 66,457 |
| 1990-1991 | 24,980 | 24,684 | 6,836 | 16,669 | 75,169 | 3,499 | 326 | 1,117 | 887 | 5,827 | 21,481 | 24,358 | 5,720 | 16,013 | 69,342 |
| 1991-1992 | 25,025 | 25,151 | 7,067 | 19,492 | 76,735 | 3,505 | 340 | 1,154 | 954 | 5,917 | 21,520 | 24,819 | 5,913 | 18,566 | 70,818 |
| 1992-1993 | 25,177 | 25,379 | 7,445 | 20,085 | 78,086 | 3,526 | 335 | 1,216 | 954 | 6,031 | 21,651 | 25,044 | 6,229 | 19,131 | 72,055 |
| 1993-1994 | 25,605 | 25,761 | 7,925 | 21,204 | 80,495 | 3,586 | 340 | 1,294 | 1,007 | 6,227 | 22,019 | 25,425 | 6,631 | 20,197 | 74,268 |
| 1994-1995 | 26,072 | 25,220 | 8,694 | 21,847 | 81,833 | 3,651 | 361 | 1,420 | 1,038 | 6,442 | 22,421 | 24,887 | 7,274 | 20,809 | 75,391 |
| 1995-1996 | 26,054 | 26,761 | 10,100 | 25,882 | 92,797 | 3,929 | 380 | 1,650 | 1,229 | 7,187 | 22,125 | 26,381 | 8,450 | 24,653 | 85,610 |
| 1996-1997 | 27,997 | 27,344 | 10,623 | 25,551 | 91,527 | 3,921 | 389 | 1,735 | 1,214 | 7,231 | 24,076 | 26,955 | 8,886 | 24,377 | 84,296 |
| 1997-1998 | 28,097 | 27,466 | 11,081 | 26,380 | 93,024 | 3,935 | 389 | 1,810 | 1,253 | 7,360 | 24,162 | 27,077 | 9,271 | 25,127 | 85,663 |
| 1998-1999 | 29,161 | 28,587 | 11,931 | 29,351 | 99,030 | 4,084 | 377 | 1,949 | 1,394 | 7,804 | 25,077 | 28,210 | 9,982 | 27,957 | 91,226 |
| 1999-2000 | 29,564 | 28,169 | 12,189 | 29,497 | 99,419 | 4,140 | 372 | 1,991 | 1,401 | 7,904 | 25,424 | 27,797 | 10,198 | 28,096 | 91,515 |
| 2000-2001 | 30,226 | 28,778 | 12,756 | 31,060 | 103,304 | 4,231 | 375 | 2,083 | 1,488 | 8,177 | 25,995 | 28,403 | 10,673 | 29,572 | 95,127 |
| 2001-2002 | 29,840 | 28,378 | 12,799 | 30,028 | 101,045 | 4,179 | 375 | 2,090 | 1,445 | 8,089 | 25,661 | 28,003 | 10,709 | 28,982 | 93,356 |
| 2002-2003 | 30,588 | 29,045 | 13,100 | 31,584 | 104,317 | 4,284 | 383 | 2,140 | 1,500 | 8,307 | 26,304 | 28,662 | 10,960 | 30,084 | 96,010 |
| 2003-2004 | 30,643 | 29,161 | 13,250 | 32,047 | 105,101 | 4,291 | 385 | 2,164 | 1,522 | 8,362 | 26,352 | 28,776 | 11,086 | 30,525 | 96,739 |
| 2004-2005 | 31,078 | 30,324 | 13,574 | 32,858 | 107,834 | 4,352 | 400 | 2,217 | 1,561 | 8,530 | 26,726 | 29,924 | 11,357 | 31,297 | 99,304 |
| 2005-2006 | 31,900 | 31,045 | 13,932 | 33,585 | 110,462 | 4,467 | 472 | 2,275 | 1,534 | 8,748 | 27,433 | 30,573 | 11,657 | 31,990 | 101,714 |
| 2006-2007 | 32,640 | 31,975 | 14,210 | 34,415 | 113,276 | 4,571 | 451 | 2,321 | 1,626 | 8,968 | 28,069 | 31,524 | 11,889 | 32,814 | 104,308 |
| 2007-2008 | 33,638 | 32,845 | 14,603 | 35,074 | 116,160 | 4,711 | 434 | 2,385 | 1,666 | 9,196 | 28,927 | 32,411 | 12,218 | 33,408 | 106,964 |
| 2008-2009 | 34,160 | 33,525 | 14,941 | 35,994 | 118,620 | 4,784 | 443 | 2,440 | 1,710 | 9,377 | 29,376 | 33,082 | 12,501 | 34,284 | 109,244 |
| 2009-2010 | 34,762 | 34,416 | 15,171 | 36,894 | 121,242 | 4,868 | 454 | 2,478 | 1,752 | 9,553 | 29,894 | 33,962 | 12,693 | 35,141 | 111,689 |
| 2010-2011 | 35,362 | 35,168 | 15,707 | 38,274 | 125,206 | 5,022 | 484 | 2,565 | 1,865 | 9,875 | 30,839 | 34,698 | 13,141 | 36,177 | 115,334 |
| 2011-2012 | 36,705 | 35,947 | 16,091 | 39,273 | 128,016 | 5,140 | 474 | 2,628 | 1,865 | 10,108 | 31,565 | 35,473 | 13,463 | 37,407 | 117,908 |
| 2012-2013 | 37,324 | 36,661 | 16,692 | 40,222 | 130,899 | 5,227 | 484 | 2,726 | 1,911 | 10,348 | 32,097 | 36,177 | 13,965 | 38,312 | 120,551 |
| 2013-2014 | 38,157 | 37,318 | 17,075 | 41,049 | 133,689 | 5,348 | 399 | 2,789 | 1,480 | 10,016 | 32,809 | 36,919 | 14,286 | 38,312 | 123,673 |
| 2014-2015 | 38,587 | 37,728 | 17,459 | 41,887 | 135,705 | 5,404 | 455 | 2,852 | 1,990 | 10,744 | 33,183 | 37,273 | 14,607 | 39,854 | 124,961 |
| **Total** | **1,408,796** | **1,459,022** | **386,388** | **965,713** | **4,219,919** | **197,297** | **19,258** | **63,108** | **45,871** | **325,533** | **1,211,499** | **1,439,764** | **323,281** | **919,842** | **3,894,386** |

[1] Figures may not sum due to rounding.

[2] Datalys Center for Sports Injury Research and Prevention, Inc. "2013 12 23 NCAA Participation and Qualification by Year.xlsx." Email Sent by Thomas Dompier, President and Injury Epidemiologist. 23 Dec. 2013.

[3] Kucera, Kristen L., PhD, MSPH, LAT, ATC, et al. "Validity of Soccer Injury Data from the National Collegiate Athletic Association's Injury Surveillance System." Journal of Athletic Training. 2011;46(5):517-526.