# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

NATIONAL COLLEGIATE ATHLETIC
ASSOCIATION STUDENT – ATHLETE
CONCUSSION INJURY LITIGATION, ET AL

*Plaintiffs,*

V.           Case No.: 1:13-cv-09116
         Honorable John Z. Lee

NATIONAL COLLEGIATE ATHLETIC ASSOCIATION

*Defendant.*

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on Tuesday, April 28, 2015, at 9:00 a.m., counsel for Plaintiff, Mildred Whittier, A/N/F of Julius Whittier, Putative Class Member, shall appear before the Honorable Judge John Z. Lee in the courtroom usually occupied by him in Room 1225 of the U.S. District Court for the Northern District of Illinois, 219 S. Dearborn Street, Chicago, Illinois and then and there present:

**PLAINTIFF JULIUS WHITTIER'S MOTION FOR LEAVE TO FILE OBJECTIONS TO THE PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT CLASS**

Date: April 22, 2015.

Respectfully submitted,

*/s/ Dwight E. Jefferson*
By:_____
Dwight E. Jefferson
State Bar No. 10605600
djefferson@coatsrose.com

**ATTORNEY FOR CLASS-PLAINTIFF MILDRED WHITTIER, A/N/F, JULIUS WHITTIER**

OF COUNSEL:

COATS ROSE YALE RYMAN & LEE
9 Greenway Plaza, Suite 1100
Houston, Texas 77046-0307
Telephone: (713) 651-0111
Facsimile: (713) 651-0220

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was filed electronically via CM/ECF, which caused notice to be sent to all counsel of record on this 22nd day of April, 2015.

*/s/ Dwight E. Jefferson*
By:_____

4840-2928-2081.v1