UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL COLLEGIATE ATHLETIC ASSOCIATION STUDENT-ATHLETE CONCUSSION LITIGATION | MDL NO. 2492<br><br>Master Docket No. 13-cv-09116<br><br>Judge John Z. Lee<br><br>Magistrate Judge Geraldine Soat Brown |

### NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE THAT effective May 1, 2015, the Oak Park office of Hagens Berman Sobol Shapiro LLP will change its address to the following:

Hagens Berman Sobol Shapiro LLP
455 N. Cityfront Plaza Drive
NBC Tower - Suite 2410
Chicago, IL 60611

All telephone numbers and email addresses will remain the same.

DATED: April 27, 2015

Respectfully submitted,

By: /s/ Elizabeth A. Fegan
Elizabeth A. Fegan
Daniel J. Kurowski
Thomas E. Ahlering
HAGENS BERMAN SOBOL SHAPIRO LLP
1144 W. Lake St., Suite 400
Oak Park, IL 60301
(708) 628-4960
E-mail: beth@hbsslaw.com
E-mail: dank@hbsslaw.com
E-mail: toma@hbsslaw.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that on April 27, 2015, a true and correct copy of the foregoing was filed via CM/ECF, which caused notice to be delivered to all counsel of record.

/s/ Elizabeth A. Fegan