IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **IN RE NATIONAL COLLEGIATE ATHLETIC ASSOCIATION STUDENT-ATHLETE CONCUSSION INJURY LITIGATION** | MDL No. 2492<br><br>Master Docket No. 1:13-cv-09116<br><br>This Documents Relates To:<br>All Cases<br><br>Judge John Z. Lee<br><br>Magistrate Judge Geraldine Soat Brown |

**NICHOLS' MOTION FOR LEAVE TO FILE *INSTANTER* AN
ENLARGED RESPONSE TO PLAINTIFFS' MOTION FOR
PRELIMINARY APPROVAL OF CLASS SETTLEMENT**

Anthony Nichols respectfully moves the Court, pursuant to Local Rule 7.1, for an Order granting him leave to file *instanter* an enlarged Response to Plaintiffs' Motion for Preliminary Approval of Class Action Settlement. In support of this motion, Nichols states as follows:

1. On April 14, 2015, Plaintiffs filed a Joint Motion for Preliminary Approval of Class Settlement and Certification of Settlement Class (the "Motion"), along with a 31-page supporting memorandum. (Dkts. 154, 156.)

2. On April 17, 2015, the Court granted Nichols leave to file an objection to the Motion by May 8, 2015. (Dkt. 169.)

3. While Nichols has made a good faith effort to be concise, in order to fully address the many issues raised by Plaintiffs' Motion and supporting memorandum, Nichols respectfully requests leave to file an enlarged response that is 27 pages in length.[1] A copy of Nichols'

---

[1] The Court previously granted Nichols leave to file a 30-page brief for his objection to Plaintiffs' first Motion for Preliminary Approval. (Dkt. 74 at 2.)

proposed Response is attached hereto as Exhibit A.

WHEREFORE, Anthony Nichols respectfully requests that the Court grant his motion and give him leave to file, *instanter*, an enlarged Response to the Motion for Preliminary Approval of Class Action Settlement, a copy of which is attached hereto as Exhibit A.

Respectfully submitted,

**ANTHONY NICHOLS**

By: /s/ Ari J. Scharg
      One of his Attorneys

Jay Edelson
jedelson@edelson.com
Rafey S. Balabanian
rbalabanian@edelson.com
Ari J. Scharg
ascharg@edelson.com
EDELSON PC
350 N. LaSalle, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

Robert A. Clifford
rclifford@cliffordlaw.com
Shannon M. McNulty
smm@cliffordlaw.com
CLIFFORD LAW OFFICES, P.C.
120 N. LaSalle Street, Suite 3100
Chicago, Illinois 60602
Tel: 312.899.9090
Fax: 312.251.1160

Richard R. Gordon
richard.gordon@gordonlawchicago.com
GORDON LAW OFFICES, Ltd.
211 West Wacker Drive, Suite 500
Chicago, Illinois 60606
Tel: 312.332.5200
Fax: 312.236.7727

Brian W. Coffman
bcoffmanlaw@gmail.com
COFFMAN LAW OFFICES
2615 North Sheffield Avenue
Chicago, Illinois 60614
Tel: 773.348.1295
Fax: 773.248.6013

Steven K. Mamat
STEVEN MAMAT, PLLC
302 S. Main St., Suite 202
Royal Oak, Michigan 48067
Tel: 248.548.1009
Fax: 248.548.1012

Samuel M. Lasser
LAW OFFICE OF SAMUEL LASSER
1934 Divisadero St.
San Francisco, California 94115
Tel: 415.994.9930
Fax: 415.776.8047

John J. Driscoll
THE DRISCOLL FIRM, P.C.
211 N. Broadway
St. Louis, Missouri 63102
Tel: 314.932.3232

Jeffery L. Raizner
RAIZNER SLANIA LLP
2402 Dunlavy Street
Houston, Texas 77006
Tel: 713.554.9077

## **CERTIFICATE OF SERVICE**

  I, Ari J. Scharg, an attorney, hereby certify that on May 8, 2015, I served the above and foregoing document on all counsel of record by filing it electronically with the Clerk of the Court using the CM/ECF system.

            /s/ Ari J. Scharg