UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6,1
Eastern Division

National Collegiate Athletic Association Student−Athlete
Concussion Injury Litigation, et al.

                        Plaintiff,

v.                                            Case No.: 1:13−cv−09116
                                           Honorable John Z. Lee

National Collegiate Athletic Association

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 14, 2015:

      MINUTE entry before the Honorable John Z. Lee: The Court sua sponte strikes the motion by Plaintiff Anthony Nichols for leave to file excess pages. [178] One of the primary objections to the proposed settlement that Nichols raises in his papers is his belief that a personal injury damages class can be certified in this case pursuant to Fed. R. Civ. P. 23(b)(3). After reviewing the various submissions by the parties to date, the Court finds that the current record is insufficient to allow it to make a determination as to the viability of a personal injury damages class under Rule 23(b)(3) as part of its fairness analysis. Accordingly, the Court sets the following schedule. Nichols is granted until 5/27/15 to file a memorandum discussing the objections that he has to Plaintiffs motion for preliminary approval, other than his argument that a personal injury class can be certified under Rule 23(b)(3); it should be no more than 15 pages. Any responses by the NCAA and/or the settling Plaintiffs to these objections should be filed by 6/10/15 and likewise is limited to 15 pages. Additionally, Nichols is granted until 6/24/15 to file a supplemental memorandum objecting to Plaintiffs motion for preliminary approval that specifically addresses his argument that a personal injury class can be certified in this action under Rule 23(b)(3); it is limited to 25 pages. The status hearing previously set for 6/11/15 is reset to 7/1/15 at 9:00 a.m., at which time the Court will set a schedule for any additional briefing on this issue. As the Court has previously noted, class and merits discovery already has been taken in the Arrington case, and the parties should incorporate this discovery in their memoranda to the extent necessary. Mailed notice(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please

refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.