IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL COLLEGIATE ATHLETIC ASSOCIATION STUDENT-ATHLETE CONCUSSION INJURY LITIGATION | MDL No. 2492<br><br>Master Docket No. 1:13-cv-09116<br><br>This Documents Relates To:<br>All Cases<br><br>Judge John Z. Lee<br><br>Magistrate Judge Geraldine Soat Brown |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on Wednesday, June 24, 2015 at 9:00 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable John Z. Lee or any judge sitting in his stead in Courtroom 1225, and then and there present Anthony Nichols' *Agreed Motion for Extension of Time,* a true and accurate copy of which is attached hereto and hereby served upon you.

Respectfully submitted,

By: /s/ Ari J. Scharg

Jay Edelson
jedelson@edelson.com
Rafey S. Balabanian
rbalabanian@edelson.com
Ari J. Scharg
ascharg@edelson.com
EDELSON PC
350 N. LaSalle, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

1

## CERTIFICATE OF SERVICE

      I, Ari J. Scharg, an attorney, hereby certify that on June 19, 2015, I served the above and foregoing *Notice of Motion*, by causing true and accurate copies of such paper to be filed and transmitted to all counsel of record via the Court's CM/ECF electronic filing system.

                                                /s/  Ari J. Scharg