**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE NATIONAL COLLEGIATE ATHLETIC ASSOCIATION STUDENT-ATHLETE CONCUSSION INJURY LITIGATION | ) ) ) ) ) ) ) ) ) ) | MDL No. 2492<br><br>Master Docket No. 1:13-cv-09116<br><br>This Document Relates To:<br>All Cases<br><br>Judge John Z. Lee<br><br>Magistrate Judge Geraldine Soat Brown |

**EXHIBITS TO THE
RESPONSE OF THE NCAA TO
NICHOLS' MAY 27, 2015 SUBMISSION**

Exhibit A -- Curriculum Vitaes of the Medical Science Committee

    1.    Robert Clark Cantu, M.A., M.D., FACS, FAANS, FICS, FACSM

    2.    Brian Hainline, M.D.

    3.    Ruben Echemendia, Ph.D.

    4.    Robert A. Stern, Ph.D.

Exhibit B -- R. Grech, S. Grech and A. Mizzi, Intracranial Calcifications: A Pictoral Review, THE NEURORADIOLOGY JOURNAL 2: 427-451 (2012)