# EXHIBIT A

# **<u>A-1</u>**

# **Dr. Robert Cantu**

# CURRICULUM VITAE

**ROBERT CLARK CANTU, M.A., M.D., FACS, FAANS, FICS, FACSM**

**NAME:**          Robert Clark Cantu, MA, M.D., F.A.C.S., .F.A.A.N.S., F.I.C.S., F.A.C.S.M.
**DATE OF BIRTH:** REDACTED
**BIRTHPLACE:**      REDACTED
**PRESENT**         Chief, Neurosurgery Service, Chairman Department of Surgery
**POSITIONS:**      Director, Service of Sports Medicine
                      Emerson Hospital, Concord, MA 01742
                      Telephone:    1-978-369-1386
                      Facsimile:    1-978-287-0047

                      **Clinical Professor Neurology and Neurosurgery, Boston University School of Medicine, Co-Founder Center for The Study of Traumatic Encephalopathy (CSTE), Boston University Medical Center,**
                      **Boston, MA**
                      **Senior Advisor to NFL's Head, Neck and Spine Committee**
                      **Member/Co-Chair Equipment and Rules Committee NFLPA Mackey/White TBI Committee**
                      **Adjunct Staff Department Neurosurgery, Senior Advisor Brain Injury Center Children's Hospital Boston, Boston, MA**
                      **Adjunct Professor, Exercise and Sport Science, University North Carolina, Chapel Hill, NC**
                      **Medical Director, National Center for Catastrophic Sports Injury Research, Chapel Hill, NC**
                      **Clinical Instructor in Pediatrics, Boston University School of Medicine**
                      **Neurosurgical Consultant Boston College Eagles football team**
                      **Co-Director, Neurologic Sports Injury Center at Brigham and Women's Hospital, Boston, MA**
                      **Co-Founder and Medical Director Sports Legacy Institute (SLI)**, Waltham, MA

**EDUCATION:**      1960     B.A.     University of California, Berkeley
                   1962     M.A.     University of California, San Francisco
                   1963     M.D.     University of California, San Francisco

**PROFESSIONAL EXPERIENCE:**

| Years | Position |
|---|---|
| 1963 - 1964 | **Intern in Surgery,** Columbia-Presbyterian Hospital, New York, NY |
| 1964 - 1967 | **Assistant Resident in Neurosurgery,** Massachusetts General Hospital |
| 1964 - 1967 | **Research Fellow in Physiology,** Harvard Medical School |
| 1967 - 1968 | **Chief Resident in Neurosurgery,** Boston City Hospital |
| 1967 - 1968 | **Teaching Fellow in Surgery,** Harvard Medical School |
| 1967 - 1968 | **Clinical Assistant in Neurosurgery,** Massachusetts General Hospital |
| 1968 - 1973 | **Clinical and Research Fellow in Neurosurgery,** Massachusetts General Hospital |
| 1968 - 1969 | **Assistant in Surgery,** Harvard Medical School |
| 1969 - 1973 | **Instructor in Surgery,** Harvard Medical School |
| 1968 - 1970 | **Acting Assistant Director Neurosurgery,** Boston City Hospital |
| 1968 - 1970 | **Director of Pediatric Neurosurgery,** Boston City Hospital |
| 1968 - 1973 | **Clinical Associate in Neurosurgery,** Massachusetts General Hospital |
| 1968 - | **Chief of Neurosurgery Service,** Emerson Hospital, Concord, MA |
| 1970 - 1995 | **Neurosurgical Consultant,** Cutler Army Hospital, Fort Devens, MA |
| 1970 - 1975 | **Neurosurgical Consultant,** Nashoba Community Hospital, Ayer, MA |
| 1976 - 1978 | **Chief of Neurosurgery Service,** Nashoba Community Hospital, Ayer, MA |
| 1979 - 1980 | **Chairman, Department of Surgery,** Emerson Hospital, Concord, MA |
| 1980 - | **Director, Service of Sports Medicine,** Emerson Hospital, Concord, MA |
| 1989 - 1991 | **Chairman, Department of Surgery,** Emerson Hospital, Concord, MA |
| 1989 - | **Medical Director,** National Center for Catastrophic Sports Injury Research |
| 1991 - 1993 | **Board of Trustees,** Emerson Hospital, Concord, MA |
| 1991 - 1993 | **Director,** Emerson Health System, Inc. |
| 1992 - 1993 | **President,** American College of Sports Medicine |
| 1994 - | **Clinical Instructor in Pediatrics,** Boston University School of Medicine |
| 1994 - | **Board of Trustees,** National Operating Committee on Standards For Athletic Equipment (NOCSAE) |

| | | |
|---|---|---|
| 1996 - | **Vice-President,** National Operating Committee on Standards for Athletic Equipment (NOCSAE) | |
| 1994 - | **Board of Advisors,** National Youth Sports Foundation for the Prevention of Athletic Injuries, Inc. | |
| 1998 - 2000 | **Scientific Advisory Panel on Sports Medicine,** Knoll Pharmaceutical Company | |
| 1998 - 2000 | **Advisory Committee for Injury Prevention,** Centers For Disease Control, Atlanta, GA | |
| 2000 - | **Executive Committee Joint Section on Neurotrauma,** | |
| | Congress Neurological  Surgeons/American Association Neurological Surgeons | |
| 2002 - 2005 | **Editorial Board,** Journal of Athletic Training | |
| 2001 - | **Co-Chairman,** NASCAR Safety Task Force, American College Sports Medicine, Indianapolis, IN | |
| 2002 - | **Editorial Board,** Current Sports Medicine Reports | |
| 2002 - | **Editorial Board,** American Journal of Medicine & Sports | |
| 2002 - | **Neurosurgical Consultant,** Boston College Eagles football team | |
| 2003-2010 | **Neurosurgical Consultant,** Boston Cannons professional Lacrosse team | |
| 2003 - | **Editorial Board Principal Sports,** *Neurosurgery* | |
| 2003- | **Adjunct Appointment,** Brigham and Women's Hospital, Boston, MA | |
| 2004-2010 | **Chairman, Department of Surgery**, Emerson Hospital Concord, MA | |
| 2005- | **Board of Directors,** Massachusetts Brain Injury Association, Westborough, MA | |
| 2007- | **Medical Advisory Board of the State Boxing Commission**, Boston, MA | |
| 2007 - | **Founding Member and Medical Director Sports Legacy Institute (SLI)**, Waltham, MA | |
| 2007 - | **Clinical Professor Neurosurgery, Boston University School of Medicine**, Boston, MA | |
| 2009 -2013 | **Co-Director Center for The Study of Traumatic Encephalopathy (CSTE), Boston University Medical Center, Boston, MA** | |
| 2010 - | **Senior Advisor to NFL's Head, Neck and Spine Committee** | |
| 2010- | **Fellow of the American Association of Neurological Surgeons (FAANS)** | |
| 2010 - | **Member/Co-Chair Equipment and Rules Committee, NFLPA Mackey/White TBI Committee** | |
| 2010- | **Fellow American Association Neurological Surgeons** | |
| 2012 - | **Adjunct Staff Department Neurosurgery, Senior Advisor Brain Injury Center Children's Hospital Boston, Boston, MA** | |
| 2013 - | **International Rugby Board Concussion Advisory Group – United Kingdom** | |
| 2014- | **Clinical Diagnostics and Therapeutics Leader CTEC, member BUADC Executive Committee** | |
| 2015- | **Medical Director and Director of Clinical Research**, Cantu Concussion Center, Concord, MA | |

# SERVICE TO PROFESSIONAL SOCIETIES

**NATIONAL SOCIETIES:**

| | | |
|---|---|---|
| **American College of Sports Medicine** | | 1978 - |
| Board of Trustees | | 1984 - 1994 |
| | | 1996 - 1999 |
| Ambassador | | 1988 – |
| | | |
| President-elect: | **American College of Sports Medicine,** | 1991 - 1992 |
| **President:** | **American College of Sports Medicine,** | 1992 - 1993 |
| Treasurer: | **American College of Sports Medicine,** | 1996 – 1999 |
| | | |
| Associate Editor: | Medicine and Science in Sports and Exercise, | 1986 - 1998 |
| Associate Editor: | Exercise and Sports Science Reviews, | 1986 - 2000 |
| Editorial Board: | The Physician and Sportsmedicine, | 1989 - |
| Editorial Board: | Clinical Journal of Sports Medicine, | 1991 - |
| Editorial Board: | Journal Athletic Training, | 2000 – 2005 |
| Editorial Board: | Neurosurgery: Sports Section | 2003 – |

**American Association of Neurological Surgeons**
   **Chairman,** Sports Medicine Section, 1985 – 1988

**American Medical Tennis Association**
      **Board of Directors**, 1984 – 1987

**REGIONAL SOCIETIES:**

New England Chapter, American College of Sports Medicine

      **Executive Committee:**    1980 - 1982
      **President:**    1981 - 1982
      **Board of Trustees:**    1982 - (**Chairman**, 1983)

**PROFESSIONAL CONSULTANT:**

| | |
|---|---|
| 1983 - 1985 | Advisory editor in sports medicine to The Collamore Press, Lexington, MA |
| 1984 - | Technical advisor, Milner-Fenwick Company, Baltimore, MD |
| 1985 - | Consultant, United States of America Amateur Boxing Federation, Inc. |
| 1986 - | Consultant, Exercycle Corporation, Woonsocket, RI |
| 1986 - 1988 | Consultant, Reebok Corporation, Avon, MA |
| 1988 - 1990 | Consultant, Nautilus Company, Independence, VA |
| 1994 - | Athletic Advisory Board, Hartwell Medical |
| 1994 - 2000 | Consultant, NordicTrack, Chaska, MN |
| 1998 - 2000 | Scientific Advisory Panel on Sports Medicine. Knoll Pharmaceutical Co. |
| 2000- | Executive Committee Joint Section on Neurotrauma, Congress Neurological Surgeons/American Association Neurological Surgeons |
| 2002-2005 | Editorial Board, Journal of Athletic Training |
| 2002- | Neurosurgical Consultant to Boston College Eagles football team |
| 2003-2010 | Neurosurgical Consultant to Boston Cannons professional Lacrosse team |
| 2003 | Principal – Sports Section, *Neurosurgery* |
| 2003- | NOCSAE Consultant to the NFL Concussion Committee |
| 2004- | Board of Directors, Massachusetts Brain Injury Association, Westborough, MA |
| 2007- | Medical Advisory Board of the State Boxing Commission, Massachusetts |
| 2007 - | Founding Member and Chairman Medical Advisory Board Sports Legacy Institute, Waltham, MA |
| 2014 - | International Rugby Board Advisory Board – United Kingdom |

**FELLOWSHIPS:**

| | |
|---|---|
| 1975 | **Fellow**, American College of Surgeons |
| 1981 | **Fellow,** International College of Surgeons |
| 1981 | **Fellow**, American College of Sports Medicine |
| 2010 | **Fellow**, American Association Neurological Surgeons (FAANS) |

**HONORS AND AWARDS:**

California Scholastic Federation Award
Kraft Award (top twenty freshmen), University of California, Berkeley, 1956-57
Borden Research Award, 1963
Microcirculatory Travel Award, 1963
Candidate Group Prize, Massachusetts Chapter, American College of Surgeons, 1969
Honor Award in Medicine, New England Chapter, American College of Sports Medicine, 1987
Distinguished Service Award, American Association for the Improvement of Boxing, 1991
Rocky Marciano Medical Award, American Association for the Improvement of Boxing, 1995
Citation Award, American College of Sports Medicine, 1996
Special Citation Award, New England Chapter, American College Sports Medicine, 2002
Educator of the Year Award from the American Association of Professional Ringside Physicians 2004
Dr.Ernst Jokl Sports Medicine Award 2010 from The United States Sports Academy 2010

Community Clinician of the Year 2013 from The Middlesex Central District Medical Society and The Massachusetts
Medical Society
ETHOS Award, Institute for Sports Law and Ethics, University of Santa Clara 2014
Wise Up! Pioneer "Grandfather of the Concussion Movement" Award 2014


**LICENSES TO PRACTICE MEDICINE:**

By written examination in California, 1963     #: 21223
By written examination in Massachusetts, 1964    #: 28386

**SPECIALTY BOARD CERTIFICATION:**

American Board of Neurological Surgery, 1970

**MEMBERSHIPS:**

Social Fraternities:       Phi Kappa Psi
                        Nu Sigma Nu (President, Phi Chapter, 1962-1963)
Scholastic Fraternities    California Scholastic Federation
                        Tower and Flame
                        Phi Eta Sigma
                        Phi Beta Kappa (junior year)
                        Alpha Omega Alpha

**PROFESSIONAL SOCIETIES:**
American Academy of Sports Physicians
American Association for the Advancement of Science
American Association for the Improvement of Boxing
American Association of Neurological Surgeons
American Association of Professional Ringside Physicians
American Association for the History of Medicine
American College of Angiography
American College of Sports Medicine
American College of Surgeons
American Federation of Clinical Research
American Heart Association
American Medical Association
American Physiology Society
American Society for Pharmacology and Experimental Biology
California (Medical) Alumni Society
Congress of Neurological Surgeons
International College of Surgeons
International Society for Pediatric Neurosurgery
Massachusetts Medical Benevolent Society
Massachusetts Medical Society
Microcirculatory Society
New England Neurosurgical Society
North American Spine Society
Presbyterian Hospital Alumni Society
Society of Military Surgeons
Society of Neuroscience

# BACKGROUND SUMMARY

Currently Dr. Cantu's professional responsibilities include those of Clinical Professor of Neurology and Neurosurgery and Co-Director Center for the Study of Traumatic Encephalopathy, Boston University School of Medicine, Boston, MA; Founding member and Medical Director Sports Legacy Institute, Waltham, MA; Adjunct Professor Exercise and Sport Science and Medical Director National Center for Catastrophic Sports Injury Research, University of North Carolina, Chapel Hill, NC; Co-Director, Neurologic Sports Injury Center, Brigham and Women's Hospital, Adjunct Staff Department Neurosurgery and Senior Advisor Brain Injury Center Children's Hospital Boston, Boston, MA; Boston, Chief of Neurosurgery Service, Associate Chairman Department of Surgery, and Director of Sports Medicine at Emerson Hospital in Concord, Massachusetts, Neurosurgical Consultant Boston Eagles football team. He has authored over 394 scientific publications, including 32 books on neurology and sports medicine, in addition to numerous book chapters, peer-reviewed papers, abstracts and free communications, and educational videos. He has served as associate editor of Medicine and Science in Sports and Exercise and Exercise and Sports Science Review, and on the editorial board of The Physician and Sports Medicine, Clinical Journal of Sports Medicine, and Journal of Athletic Training. In 2003 Dr. Cantu became the section head for the Sports Medicine Section of *Neurosurgery*.

He grew up in the northern California community of Santa Rosa. In 1960, he received his B.A. degree from the University of California Berkley where he pitched on the varsity baseball team. Jointly, in medical school and graduate school, he received his M.A. degree in endocrinology in 1962, and in 1963, his M.D. from the University of California Medical School in San Francisco. Following a surgical internship at Columbia-Presbyterian Hospital in New York City in 1963-1964, he began a neurosurgery residency at Massachusetts General Hospital in Boston, and simultaneous position of research fellow in physiology at Harvard Medical School. Upon completion of his residency in 1968, he joined the neurosurgery staff at MGH, where his practice and laboratory were located, while assuming the position of acting assistant director of neurosurgery and director of pediatric neurosurgery at Boston City Hospital. After five years of academic neurosurgery with Harvard Hospitals, Dr. Cantu entered private neurosurgery practice at the suburban Emerson Hospital in Concord, Massachusetts where he currently serves as Chairman Department of Surgery, Chief Neurosurgical Service and Director Service of Sports Medicine.

In addition to his professional responsibilities, Dr. Cantu is medical director of the National Center for Catastrophic Sports Injury Research, located in Chapel Hill, North Carolina, an ongoing registry instituted in 1982 for data collection and analysis of spine and head injuries. From this data important contributions have been made in sport safety and accident reduction; most notably football rule changes concerning tackling and blocking with the head, the establishment of football helmet standards, improved on-the-field medical care, and coaching techniques. He also serves on the Board of Trustees as Vice President and chairman of scientific committee of NOCSAE (National Operating Committee on Standards for Athletic Equipment).

Dr. Cantu also is Co-Director of the Neurological Sports Injury Center at Brigham and Women's Hospital in Boston, MA.

For many years, Dr. Cantu has been actively involved with the American College of Sports Medicine (ACSM), the oldest and largest sports medicine and exercise science organization in the world, and served as President of this organization from 1992 to 1993 and served as treasurer from 1996 to 1999. Dr. Cantu has received recognition from the college being named as the recipient of their Citation Award in 1996. This year Dr. Cantu gave the organizations most prestigious J.B. Dill Lecture on the History of Concussions at ACSMs annual meeting in New Orleans.

As spokesperson for ACSM, he has participated in nationally televised sports programs speaking on diverse sports issues and has appeared on "Larry King Live" discussing the Chris Benoit case in conjunction with Chris' father Michael Benoit, "ESPN Outside the Lines" discussing the Chris Benoit case, Canadian Television also discussing the Chris Benoit case as well as other media avenues, "NFL Today" with Bryant Gumbel and Terry Bradshaw, discussing the effect of artificial turf on cervical spine injuries, and football injuries on CNBC's "The Real Story". He has been interviewed for World News Tonight with Peter Jennings, CBS Evening News with Katie Couric, Dan Rather, and NBC Evening News with Brian Williams regarding gender and concussion incidence. He has been a spokesperson for ACSM on NASCAR deaths and safety issues surrounding NASCAR and has been interviewed for "World News Tonight" with Peter Jennings regarding NASCAR deaths and specifically Dale Earnhardt's death as well as safety issues in auto racing. Dr. Cantu also appeared on "ABC World News Tonight" with Bob Jamison regarding the Korey Stringer death from heat stroke as well as WGBH Channel 2 in Boston, NPR radio interview, WEEI Boston radio interview and ESPN's "Outside the Lines", all discussing the issue of heat stroke. He has discussed the health issues of football players with Mary Carillo on HBOs Inside the NFL and has done an interview regarding sports related injuries in cheerleading on Inside the NFL. Dr. Cantu has also been interviewed by Bob Costas on HBOs Inside the NFL regarding Concussion in Professional Sports and was the key speaker on Designer Steroids for Comcast Cable Network. Dr. Cantu is currently serving as the Consultant for NOCSAE to the NFL Concussion

Committee and Co-Chairman for the NASCAR Safety Task Force with ACSM. Dr. Cantu has done safety presentations for drivers and teams of CART as well as NASCAR. Dr. Cantu has been interviewed by ESPN Outside the Lines Tom Friend regarding Baby Joe Mesi and his return to boxing after a controversial subdural hematoma. Dr. Cantu continues to be an outspoken advocate for the sport of boxing and continues to advocate for the safety of that sport and its participants. Recently Dr. Cantu has done several interviews on Concussion in the NFL with ESPN, HBO and the Boston area news channels. Dr. Cantu has recently been involved with the NFL meeting in NYC regarding concussions and guidelines for concussions with Roger Goodell. Most recently Dr. Cantu has appeared on Brian Williams Rock Center with Kate Snow discussing concussion issues.

As an author of numerous books as well as articles on sports medicine topics, he is frequently invited to participate in symposiums addressing a wide range of sports medicine topics including anabolic steroid use; eating disorders in female athletes; acute and chronic brain injury in boxing; and on-the-field evaluation and medical management and return to play guidelines following head and spine sports injuries. *Dr. Cantu's most recent book "Concussion and Our Kids" was released September 19, 2012 from Houghton Mifflin Harcourt.*

He has served as a consultant to many scholastic and professional athletes on the return to collision sports after a head injury or spine injury, and is active speaking on a variety of health-related interests including the overall benefits of moderate regular exercise; the special health and exercise concerns of senior citizens; and sports safety issues with high school athletic trainers, coaches, students and parents. He currently serves as the Neurosurgical consultant to the Boston College Eagles Football team and served as the Neurosurgical consultant to the Boston Cannons professional Lacrosse team from 2003 to 2010. He recently was asked by the NFL Commissioner Roger Goodell to give two presentations at the NFL's concussion meeting in Chicago.

Practicing what he preaches, Dr. Cantu has enjoyed long-distance running since 1967. An official entrant in many Boston Marathons, he has also enjoyed the "long runs" at Newport and New York City,. Besides running, Dr. Cantu is a serious tennis player, for many years ranked in the men's senior singles in New England (NELTA) region.  REDACTED

**PUBLICATIONS:  394**

| | |
|---|---|
| **BOOK CHAPTERS** | **90** |
| **REFEREED ARTICLES** | **179** |
| **BOOKS** | **32** |
| **NON-REFEREED ARTICLES** | **46** |
| **ABSTRACTS AND FREE COMMUNICATIONS** | **29** |
| **SPORTS MEDICINE EDUCATIONAL VIDEOS** | **15** |
| **IN PRESS** | **3** |

# BOOK CHAPTERS

1.    **Cantu RC**: The treatment and prevention of athletic low back injuries, in Vinger FP, Hoerner EF (ed): <u>Sports Injuries: the Unthwarted Epidemic</u>, Littleton, PSG Publishing, Inc, 1980.

2.    **Cantu RC**: Nutrition and endurance exercise: Facts, myths, speculations, in **Cantu RC** (ed): <u>Health Maintenance Through Physical Conditioning,</u> Littleton, Wright-PSG Publishing, Inc, 1981.

3.    **Cantu RC**:  The prevention of athletic head and spine injuries, in **Cantu RC** (ed): <u>Health Maintenance Through Physical Conditioning,</u> Littleton, Wright-PSG Publishing, Inc, 1981.

4.    **Cantu RC**, Day RG: Corporate fitness centers, in **Cantu RC** (ed): <u>The Exercising Adult,</u> Lexington, The Collamore Press, D.C. Heath & Co, 1981.

5.    **Cantu RC**: Head and cervical spine injuries, in **Cantu RC** (ed): <u>The Exercising Adult,</u> Lexington, The Collamore Press, D.C. Heath & Co, 1981.

6.    **Cantu RC**: Lumbar spine injuries, in **Cantu RC** (ed): <u>The Exercising Adult</u>, Lexington, The Collamore Press, D.C. Heath & Co, 1981.

7.    **Cantu RC**: Conditioning the cardiovascular system, in **Cantu RC** (ed): <u>Sports Medicine in Primary Care</u>, Lexington, The Collamore Press, D.C. Heath & Co, 1982.

8.    **Cantu RC**: Nutrition for sports, in **Cantu RC** (ed): <u>Sports Medicine in Primary Care</u>, Lexington, The Collamore Press, D.C. Heath & Co, 1982.

9.    **Cantu RC**: Exercise and life-style modifications in primary care practice, in **Cantu RC** (ed): <u>Sports Medicine in Primary Care</u>, Lexington, The Collamore Press, D.C. Heath & Co, 1982.

10.   **Cantu RC**: Writing a precise aerobic exercise prescription, in **Cantu RC** (ed): <u>Sports Medicine in Primary Care</u>, Lexington, The Collamore Press, D.C. Heath & Co, 1982.

11.   **Cantu RC**: Sports injuries in young athletes, in **Cantu RC** (ed): <u>Sports Medicine in Primary Care,</u> Lexington, The Collamore Press, D.C. Heath & Co, 1982.

12.   **Cantu RC**: The sports medicine bag of the primary care team physician, in **Cantu RC** (ed): <u>Sports Medicine in Primary Care</u>, Lexington, The Collamore Press, D.C. Heath & Co, 1982.

13.   **Cantu RC**: Head and neck injuries, in **Cantu RC** (ed): <u>Sports Medicine in Primary Care,</u> Lexington, The Collamore Press, D.C. Heath & Co, 1982.

14.   **Cantu RC**: Lumbar spine injuries, in **Cantu RC** (ed): <u>Sports Medicine in Primary Care,</u> Lexington, The Collamore Press, D.C. Heath & Co, 1982.

15.   **Cantu RC**: Torso and genitourinary tract injuries, in **Cantu RC** (ed): <u>Sports Medicine in Primary Care</u>, Lexington, The Collamore Press, D.C. Heath & Co, 1982.

16.   **Cantu RC**: Upper extremity injuries, in **Cantu RC** (ed): <u>Sports Medicine in Primary Care,</u> Lexington, The Collamore Press, D.C. Heath & Co, 1982.

17.   **Cantu RC**: Sports and the handicapped child, in Micheli LJ (ed): <u>Sports Injuries in the Child and Adolescent,</u> Boston, Little Brown & Co, 1982.

18.   **Cantu RC**: Techniques of spinal fusion, in Schmidek HH, Sweet W (ed): <u>Current Techniques in Operative Neurosurgery,</u>  Orlando, Grune & Stratton, Inc, 1982.

19.    **Cantu RC**: Epidemiology, biomechanics, and diagnoses of head and cervical spine injuries, in **Cantu RC** (ed): Sports Medicine-Sports Science: Bridging the Gap,  Lexington, The Collamore Press, D.C. Heath & Co, 1982.

20.    **Cantu RC**: Intracranial injuries, in Butler RB, Moore MJ, **Cantu RC** (ed): Neurology in Primary Care, New York, MacMillan Publishing Co, 1985.

21.    **Cantu RC**: Cervical, thoracic and lumbar spine injuries, in Butler RB, Moore MJ, **Cantu RC** (ed): Neurology in Primary Care, New York, MacMillan Publishing Co, 1985.

22.    **Cantu RC**: Intervertebral disc disease: Acute rupture, spondylosis and spinal stenosis, in Bulter RB, Moore MJ, **Cantu RC** (ed): Neurology in Primary Care, New York, MacMillan Publishing Co, 1985.

23.    **Cantu RC**: Head and spine injuries in the young athlete, in Micheli LJ (ed): Clinics in Sports Medicine: Injuries in the Young Athlete. Philadelphia, W.B. Saunders Co, 1988.

24.    **Cantu RC**: Techniques of fusion in the cervical, thoracic, and lumbar spine, in Schmidek HH, Sweet WH (ed): Operative Neurosurgical Techniques: Indications, Methods and Results, ed 2. Orlando, Grune & Stratton, Inc, 1988.

25.    **Cantu RC**: Head injury in sports, in Grana WA, Lombardo JA (ed): Advances in Sports Medicine and Fitness, vol 2. Chicago, Year Book Medical Publishers, 1989.

26.    **Cantu RC**: Head and neck injuries, in Mueller FO, Ryan A (ed): The Sports Medicine Team and Athletic Injury Prevention. Philadelphia, F.A. Davis Co, 1990.

27.    **Cantu RC**: Osseous fusion of the cervical, thoracic, and lumbar spine with primary and metastatic spine tumors, in Schmidek HH, Schiller AL, Rosenthal DI, Sundaresan N (ed): Tumors of the Spine: Diagnosis and Clinical Management, Philadelphia, W.B. Saunders Company, 1990.

28.    **Cantu RC**: Criteria for return to competition following a closed head injury, in Torg JS (ed): Athletic Injuries to the Head, Neck, and Face, ed 2. Chicago, Year Book Medical Publishers, 1991.

29.    **Cantu RC**: Position statement of the American Medical Association on boxing: Analysis and perspective, in Torg JS (ed): Athletic Injuries to the Head, Neck, and Face, ed 2. Chicago, Year Book Medical Publishers, 1991.

30.    **Cantu RC**: The nervous system, in Strauss RH (ed): Sports Medicine, ed 2. Philadelphia, W.B. Saunders Co, 1991.

31.    **Cantu RC**: Minor head injuries in sports, in Dyment PG (ed): Adolescent Medicine: State of the Art Reviews, 2(1). Philadelphia, Hanley & Belfus, Inc, 1991.

32.    Mueller FO, **Cantu RC**: The annual survey of catastrophic football injuries: 1977-1988, in Holloszy JO (ed): Exercise and Sport Sciences Reviews, vol 19. Baltimore, Williams & Wilkins, 1991.

33.    **Cantu RC**: Transportation/immobilization: Criteria for return to competition after head or cervical spine injury, in **Cantu RC**, Micheli LJ (ed): American College of Sports Medicine: Guidelines for the Team Physician, Philadelphia, Lea & Febiger, 1991.

34.    Young JE, **Cantu RC**:  Life-threatening emergencies, in **Cantu RC**, Micheli LJ (ed):  American College of Sports Medicine: Guidelines for the Team Physician. Philadelphia, Lea & Febiger, 1991.

35.    **Cantu RC**:  Criteria for return to competition after head or cervical spine injury, in **Cantu RC**, Micheli LJ (ed): American College of Sports Medicine: Guidelines for the Team Physician. Philadelphia, Lea & Febiger, 1991.

36.    Mueller FO, **Cantu RC**: Annual survey of catastrophic football injuries: 1977-1992, in Hoerner EF (ed):  Head and Neck Injuries in Sports. Philadelphia, ASTM, 1994.

37.     **Cantu RC**:  How to make professional boxing safer: the American Medical Association controversy, in Hoerner EF (ed):  Head and Neck Injuries in Sports. Philadelphia, ASTM, 1994.

38.     **Cantu RC**: Medicine's stand on boxing in the 20th century, in **Cantu RC** (ed):  Boxing and Medicine. Champaign, Human Kinetics, 1995.

39.     **Cantu RC**:  Brain injuries, in **Cantu RC** (ed): Boxing and Medicine. Champaign, Human Kinetics, 1995.

40.     **Cantu RC**:  How to make professional boxing safer, in **Cantu RC** (ed):  Boxing and Medicine. Champaign, Human Kinetics, 1995.

41.     **Cantu RC**:  Sports medicine aspects of cervical spinal stenosis, in Exercise and Sports Science Reviews, vol 23. Baltimore, Williams & Wilkins, 1995.

42.     **Cantu RC**: Head and spine injuries in youth sports, in Micheli LJ (ed): Clinics in Sports Medicine, vol 14(3). Philadelphia, W.B. Saunders Company, 1995.

43.     **Cantu RC**:  Head and neck injuries, in Kibler WB (ed):  American College of Sports Medicine: Handbook for the Team Physician. Baltimore, Williams & Wilkins, 1996.

44.     **Cantu RC**:  Diagnosis and management of concussion, in Sallis RE, Massimino F (ed):  American College of Sports Medicine: Essentials of Sports Medicine. St. Louis, Mosby Year-Book, 1996.

45.     **Cantu RC**:  Diagnosis and management of concussion, in Sallis RE, Allen ME, Massimino F (ed):  American College of Sports Medicine: Sports Medicine Review. St. Louis, Mosby Year-Book, 1996.

46.     Cantu RV, **Cantu RC**, Wilberger JE:  Sports-related spinal cord injury, in Narayan RK, Wilberger JE, Povlishnock JT (ed):  Neurotrauma. New York, McGraw-Hill, 1996.

47.     **Cantu RC**:  Guidelines for return to contact sports in Hoerner EF (ed):  Safety in American Football. West Conshohocken, ASTM, 1996.

48.     **Cantu RC**:  Catastrophic head and spine injuries, in Mueller FO, **Cantu RC**, Van Camp SP (ed):  Catastrophic Injuries in High School and College Sports. Champaign, Human Kinetics, 1996.

49.     **Cantu RC**:  Second Impact Syndrome, in **Cantu RC** (ed):  Clinics In Sports Medicine: Neurologic Athletic Head and Neck Injuries. Philadelphia, W.B. Saunders Company, 1998.

50.     **Cantu RC**:  Return to Play Guidelines After a Head Injury, in **Cantu RC** (ed):  Clinics In Sports Medicine: Neurologic Athletic Head and Neck Injuries. Philadelphia, W.B. Saunders Company, 1998.

51.     **Cantu RC**:  The Cervical Spinal Stenosis Controversy, in **Cantu RC** (ed):  Clinics in Sports Medicine: Neurologic Athletic Head and Neck Injuries. Philadelphia, W.B. Saunders Company, 1998.

52.     **Cantu RC**, Bailes JE, Wilberger JE:  Guidelines for Return to Contact or Collision Sport After a Cervical Spine Injury, in **Cantu RC** (ed):  Clinics In Sports Medicine: Neurologic Athletic Head and Neck Injuries. Philadelphia, W.B. Saunders Company, 1998.

53.     **Cantu RC**:  Head Injuries, in Safran M (ed):  Spiral Manual of Sports Medicine. New York, Lippencott-Raven Publishers, 1998.

54.     Proctor MR, **Cantu RC**:  Head and Neck Injuries in Young Athletes,  In Clinics and Sports Medicine. WB Saunders Company, 2000.

55.     **Cantu RC**: Classifications and Clinical Management of Concussion, In Sports Medicine and Neurosurgery, 2000, The American Association of Neurological Surgeons.

56. **Cantu RC**: Cervical Spine Injuries in the Athlete, <u>In Seminars in Neurology on Sports Neurology</u>. Michael Cherington, editor 2000.

57. **Cantu RC**: Injuries to the Head and Cervical Spine, <u>In Textbook Paediatric Exercise Science and Medicine</u>. Willem van Mechelen and Neil Armstrong, editors, Oxford Press, 2000.

58. **Cantu RC**: Overview of Concussion, <u>Neurologic Athletic Head and Spine Injuries</u>. WB Saunders Company, Philadelphia, PA, 2000.

59. **Cantu RC**: Life Threatening Head Injuries: Malignant Brain Edema and Second Impact Syndrome. <u>Neurologic Athletic Head and Spine Injuries</u>. WB Saunders Company, Philadelphia, PA, 2000.

60. **Cantu RC**: Guidelines for Safe Return to Play After Athletic Head and Neck Injuries. <u>Neurologic Athletic Head and Spine Injuries</u>. WB Saunders Company, Philadelphia, PA, 2000.

61. **Cantu RC**: Cervical Spinal Stenosis: Diagnosis and Return to Play Issues. <u>Neurologic Athletic Head and Spine Injuries</u>. WB Saunders Company, Philadelphia, PA, 2000.

62. **Cantu RC**: Guidelines for Return to Contact or Collision Sport After a Cervical Spine Injury. <u>Neurologic Athletic Head and Spine Injuries</u>. WB Saunders Company, Philadelphia, PA, 2000.

63. **Cantu RC**: Biomechanics of Head Injury. <u>Neurologic Athletic Head and Spine Injuries</u>. WB Saunders Company, Philadelphia, PA, 2000.

64. **Cantu RC**: Return to Play Guidelines After Concussion. <u>Neurologic Athletic Head and Spine Injuries</u>. WB Saunders Company, Philadelphia, PA, 2000.

65. **Cantu RC**: Life Threatening Head Injuries: Intracranial Hematoma. <u>Neurologic Athletic Head and Spine Injuries</u>. WB Saunders Company, Philadelphia, PA, 2000.

66. **Cantu RC**: Return to Competition After Life Threatening Head Injury. <u>Neurologic Athletic Head and Spine Injuries</u>. WB Saunders Company, Philadelphia, PA, 2000.

67. **Cantu RC**: Classification and Management of Concussion, <u>In Neurological Sports Medicine, A Guide for Physicians and Trainers</u>. American Association of Neurologic Surgeons, Rolling Meadows, IL 2001.

68. **Cantu RC**: Head Injuries in Adults, <u>In Orthopaedic Sport Medicine.</u> Edited by Jesse C. DeLee, M.D. and David Drez, Jr., M.D. Elsevier Science, Philadelphia, PA 2002.

69. **Cantu RC**: Recurrent Athletic Head Injury: Risks and When to Retire, <u>In Clinics in Sports Medicine.</u> Edited by D. Greg Anderson, M.D. and Gregory A. Helm, M.D., Ph.D. W. B. Saunders Company. Philadelphia, PA 2003.

70. Bailes J, Maroon J, **Cantu R**: Athlete with Spine Injury. <u>In Spine Surgery Techniques, Complication Avoidance, and Managaement Second Edition</u>. Elsevier Science, Philadelphia, PA 2005.

71. Neurotrauma: Evidence-based Answers to Common Questions: How Important are Stingers. Thieme Medical Publishers, New York, N.Y. 2001

72. Cantu RV, **Cantu RC**: Athletic Head Injuries. <u>Clinical Sports Medicine</u>. Eited by Walter R. Frontera, MD; Lyle Micheli MD; Stanley A. Herring, MD and Julie K. Silver, MD. W.B. Saunders Company. Philadelphia, PA 2005.

73. Proctor MR, **Cantu RC**: Specific Injuries by Anatomic Location – NECK. <u>Clinical Sports Medicine</u>. Eited by Walter R. Frontera, MD; Lyle Micheli MD; Stanley A. Herring, MD and Julie K. Silver, MD. W.B. Saunders Company. Philadelphia, PA 2005.

74.     **Cantu RC**, Cantu RV:  Head Injuries. <u>Sports Medicine.</u> Edited by Anthony A. Schepsis; Brian D. Busconi. Littincott, Williams & Wilkins. Philadelphia, PA 2006;88-95.

75.     **Cantu RC**: Transient Quadriparesis. <u>In Sports Neurology</u>. Edited by Barry D. Jordan, Peter Tsairis, Russell F. Warren. Lippincott-Raven. Philadelphia, PA 1998.

76.     **Cantu RC**:   Recurrent Athletic Head Injury: Risks and When to Retire.  <u>In Clinics in Sports Medicine.</u> Edited by D. Gregg Anderson and Gregory A. Helm. WB Saunders Company. Philadelphia, PA 2003.

77.     Echemendia RL, **Cantu RC**:  Return to play following brain injury, in Traumatic Brain Injury in Sports: An international neuropsychological perspective. Lisse, The Netherlands: Swets & Zeitlinger.,  Lovell M, Echemendia R, Barth J, Collins M, Editor. 2004, Psychology Press: Lisse p. 479-498.

78.     **Cantu RC**:   Concussion Classification: Ongoing Controversy. <u>In Foundations of Sport-Related Brain Injuries.</u> Edited by Semyon M. Slobounov and Wayne J. Sebastianelli. Springer Science and Business Media, Inc. New York, New York 2006.

79.     **Cantu RC**: Injuries to the Head and Cervical Spine, <u>In Textbook Paediatric Exercise Science and Medicine</u>. Willem van Mechelen and Neil Armstrong, editors 2nd Edition, Oxford Press, 2008.

80.     Guskiewicz KM, Echemendia RJ, **Cantu RC**:  Assessment and Return to Play Following Sports-Related Concussion, <u>In Orthopaedic Knowledge Update Sports Medicine.</u> W. Ben Kibler, MD Editor 4th Edition, American Academy of Orthopaedic Surgeons, 2009.

81.     **Cantu RC**, Cantu RV:  Head Injuries. <u>In Orthopedic Sports Medicine Principles and Practice 3rd Edition Delee, Drez and Miller,</u> Saunders Elsevier 2009 p 657-663.

82.     Jayaro M, Chin LS, **Cantu RC**:  Punch Drunk Syndrome. <u>In Encyclopedia Of Sports Medicine.</u> Micheli L, Editor. Sage Publications, Inc. 2011 pp1185-1187.

83.     Jayro M, Chin LS, **Cantu RC**:  Catastrophic Sports Injuries. <u>In Encyclopedia of Sports Medicine,</u> Micheli L, Editor. Sage Publications, Inc. 2011. pp243.255

84.     **Cantu RC**:  Diabetes Mellitus in Sports. <u>In Encyclopedia of Sports Medicine.</u> Micheli L, Editor. Sage Publications, Inc. 2011. pp 363-365.

85.     Cantu RV, **Cantu RC**:  Skull Fractures. <u>In Encyclopedia of Sports Medicine.</u> Micheli L, Editor. Sage Publications, Inc. 2011 pp1340-1343.

86.     Jayarao M, Chin LS, **Cantu RC**:  Prevention of Sports-Related Concussion and Brain Injury.  <u>In Manual of Traumatic Brain Injury Management.</u> Demos Medical Publishing. 2011 pp 30-34.

87.     Toshkezi G, Chin LS, **Cantu RC**:  Cumulative Effects of Repeated Mild Traumatic Brain Injury.  <u>In Manual of Traumatic Brain Injury Management.</u> Demos Medical Publishing.  2011 pp 72-76.

88.     Daneshvar DH, Riley DO, Nowinski CJ, McKee AC, Stern RA, **Cantu RC**:  Long-Term Consequences; Effects on Normal Development Profile After Concussion.  <u>In Youth Sport Concussions.</u>  Bell KR and Herring, SA Editors. Physical Medicine and Rehabilitation Clinics of North America. Nov 2011, volume 22 pp 683-700.

89.     Micheli I, Stein C, O'Brien M, d'Hemecourt P, **Cantu RC**, Cantu RV:  Acute Cervical Spine Injuries. <u>Spinal Injuries and Conditions in Young Athletes.</u> Springer 2013, pp 37-45.

90.     Slobounov SM, Sebastianelli WJ, **Cantu RC:**  Consequences of Ignorance and Arrogance for Mismanagement of Sports-Related Concussions: Short- and Long-Term Complications. <u>Concussions in Athletics,</u> Springer 2014, pp 23-33.

**REFERRED ARTICLES**

1.    **Cantu RC**, Wise BL, Goldfien A, Gullixson KS, Pischer N, Ganong WF: Neural pathways mediating the increase in adrenal medullary secretion produced by hypoglycemia. *Proc Soc Exper Biol Med* 1964; 114:10-13.

2.    **Cantu RC**, LeMay M: A large middle cerebral aneurysm presenting as a bizarre vascular malformation. *Brit J Radiol* 1966; 39:317-319.

3.    **Cantu RC**, Schwab RS: Ceruloplasmin rise and protein-bound iodine fall in human serum during diphenylhydantoin (Dilantin) administration. *Trans Amer Neurol Assn* 1966; 91:201-203.

4.    **Cantu RC**, Drew JH: Pathological laughing and crying associated with a tumor ventral to the pons. *J Neurosurg* 1966; 24:1024-1026.

5.    **Cantu RC**, Nahas GG, Manger WM: Effect of hypercapnic acidosis and hypoxia on adrenal catecholamine output of the spinal dog. *Proc Soc Exper Biol Med* 1966; 122:434-437.

6.    Hepler RS, **Cantu RC**: Internal carotid aneurysms and third nerve palsies: Ocular status of survivors. *Surg Forum* 1966; 17:436-437.

7.    **Cantu RC**, LeMay M, Wilkinson HA: The importance of repeated angiography in the treatment of mycotic-embolic intracranial aneurysms. *J Neurosurg* 1966; 25:189-193.

8.    **Cantu RC**, Schwab RS: Ceruloplasmin rise and protein-bound iodine fall in serum due to diphenylhydantoin. *Arch Neurol* 1966; 15:393-396.

9.    **Cantu RC**, Moses JM, Kjellberg RN, Connelly JP: An unusual cause of aseptic postoperative fever in a neurosurgical patient. *Clin Med* 1966; 5:747-754.

10.   **Cantu RC**, Michelsen JJ, New PFJ: Demonstration of a venticulo-mastoid fistula (paradoxical cerebrospinal fluid rhinorrhea) by pantopaque ventriculography. *Neurochirurgia* 1967; 10:35-44.

11    **Cantu RC**, Goodman HM: Effects of denervation and fasting on white adipose tissue. *Amer J Physiol* 1967; 212:207-212.

12    **Cantu RC**, Roach AM, Hegsted DM: Atherosclerosis in denervated and intact carotid arteries in rabbits. *Proc Soc Exper Boil Med* 1967; 124:451-454.

13    **Cantu RC**, LeMay M: Porencephaly caused by intracerebral hemorrhage. *Radiology* 1967;; 38:526-530.

14    **Cantu RC**: Importance of pathological laughing and/or crying as a sign of  occurence or recurrence of a tumor lying beneath the brainstem. *J Nerv Ment Dis* 1967; 143:508-512.

15    Cantu JQ, **Cantu RC**: The psychiatric efforts of William Herberden Jr. *Bull Hist Med* 1967; 41:132-139.

16    Hepler RH, **Cantu RC**: Aneurysms and third nerve palsies: Ocular status of survivors. *Arch Ophth* 1967; 77:604-608.

17    Prieto A, **Cantu RC**: Spinal subarachnoid hemorrhage associated with neurofibroma of the cauda equina. *J Neurosurg* 1967; 27:63-69.

18.   **Cantu RC**, Mark VH, Austen WG: Accurate placement of the distal end of a ventriculo-atrial shunt catheter using vascular pressure changes. *J Neurosurg* 1967; 27:584-586.

19.   **Cantu RC**, Michelsen JJ: Long-term follow-up of nine cases of ventriculocisternostomy for non-neoplastic aqueductal occlusion. *J Neurol Neurosurg Psychiat* 1967; 30:556-558.

20.     **Cantu RC**, Ojemann RG: Glucosteroid treatment of keratin meningitis following removal of a fourth ventricle epidermoid tumor. *J Neurol Neurosurg Psychiat* 1967; 31:73-75.

21.     **Cantu RC**, Kjellberg RN, Moses JM, Ganz RN: Aseptic meningitis due to dermoid tumor: case report and confirming test. *Neurochirurgia* 1968; 11:94-98.

22.     **Cantu RC**, Ferris EJ, Baker EP Jr: Collateral circulation to a parietal arteriovenous malformation following bilateral external carotid artery ligation. *J Neurosurg* 1968; 28:369-372.

23.     **Cantu RC**, Ojemann RG: Corticosteroids in aseptic meningitis. *Lancet*; 2:1360-1361.

24.     **Cantu RC**, Schwab RS, Timberlake WS: Comparison of blood levels with oral and intramuscular diphenylhydantoin. *Neurology* 1968; 18:782-784.

25.     **Cantu RC**, Wright RL: Aseptic meningitis syndrome with cauda equina epidermoid tumor. *J Ped* 1968; 73:114-116.

26.     **Cantu RC**, Roth DA, Ferris EJ: Angiography in penetrating cervical injuries. *Inter Surg* 1968; 50:562-565.

27.     **Cantu RC**, Correll JW, Manger WM: Reassessment of central neural pathways necessary for adrenal catecholamine output in response to hypoglycemia. *Proc Soc Exper Biol Med* 1968; 129:155-170.

28.     **Cantu RC**, Prieto A, Ahmadi A: Evaluation of the increased risk of gastrointestinal bleeding following intracranial surgery in patients receiving high steroid dosages in the immediate postoperative period. *Inter Surg* 1968; 50:325-335.

29.     **Cantu RC**: Corticosteroids for spinal metastases. *Lancet* 1968; 2:912.

30.     **Cantu RC**, Adams RD, McNamara J, Connelly JP: Spinal cord tumors in children: Current status of early diagnosis in this potentially curable neoplasm. *Clin Ped* 1968; 7:726-732.

31.     **Cantu RC**: Improvement of cerebrovascular perfusion following complete ischemia. *Bibl Anat* 1969; 10:324-327.

32.     **Cantu RC**: Factors influencing post-ischemic cerebral vascular obstruction. *Surg Forum* 1969; 20:426.

33.     **Cantu RC**: Oculomotor palsy with posterior communicating artery aneurysm: Outcome with carotid ligation versus medical therapy. *Inter Surg* 1969; 52:144-150.

34.     **Cantu RC**: Transient traumatic cerebellar dysfunction: Report of a syndrome. *Inter Surg* 1969; 52:392-394.

35.     **Cantu RC**, Ames A III: Distribution of vascular lesions caused by cerebral ischemia; relation to survival. *Neurology* 1969; 19:128-132.

36.     **Cantu RC**, Ames A III: Experimental prevention of cerebral vascular obstruction produced by ischemia. *J Neurosurg* 1969; 30:50-54.

37.     **Cantu RC**, Ames A III, DiGiacinto G, Dixon J: Hypotension: A major factor limiting recovery from cerebral ischemia. *J Surg Res* 1969; 9:525-529.

38.     **Cantu RC**, Ames A III, Dixon J, DiGiacinto G: Reversibility of experimental cerebrovascular obstruction induced by complete ischemia. *J Neurosurg* 1969; 31:429-431.

39.     **Cantu RC**, Dixon J, Ames A III: Reversible ischemia model. *J Surg Res* 1969; 9: 521-524.

40.     **Cantu RC**, Souders T, Hepler RS: Effects of carotid ligation on aneurysm-induced oculomotor palsy. *J Neurosurg* 1969; 31:528-532.

41.     Kornblith PL, **Cantu RC**, Wilkinson HA, Santamarina BA: Syndrome of temporal lobe herniation in pre-eclampsia. *Amer J Obstet Gynec* 1969; 104:923-924.

42.     **Cantu RC**, Hegsted DM: Comparison of cerebrovascular perfusion after ischemia in normal and atherosclerotic rabbits. *J Surg Res* 1970; 10:129.

43.     DiGiacinto G, **Cantu RC**: Influence of hypertension on post-ischemic cerebrovascular obstruction. *J Sur Res* 1970; 10:229-232.

44.     Price DL, Harris JL, New PFJ, **Cantu RC**: Cardiac myxoma; a clinicopathologic and angiographic study. *Arch Neurol* 1970; 23:558-567.

45.     **Cantu RC**: Successful excision of giant scalp hemangioendothelioma. *Inter Surg* 1970; 53:293-295.

46.     **Cantu RC**: Unusual complication of long hair. *Lancet* 1971; 1(694):350.

47.     Wilkinson HA, Ferris EJ, Muggia AL, **Cantu RC**: Central nervous system tuberculosis; a persistent disease. *J Neurosurg* 1971; 34:15-22.

48.     **Cantu RC**: Value of myelography in thoracic spinal cord injuries. *Inter Surg* 1971; 56:23-26.

49      **Cantu RC**, Snyder M: Effects of anticoagulants, vasodilators, and dipyridamole on post-ischemic cerebral vascular obstruction. *J Surg Res* 1971; 2:70-71.

50.     **Cantu RC**: Use and abuse of carotid angiography in assessing brain ischemia in cases of increased intracranial pressure. *Inter Surg* 1972; 57: 668-670.

51.     **Cantu RC**: Brain death as determined by cerebral arteriography. *Lancet* 1973; 1:1391-1392.

52.     **Cantu RC**: A simplified technique of anterior spinal fusion using Methyl Methacrylate (Acrylic). *Inter Surg* 1974; 59:110-111.

53.     **Cantu RC**: Joint fitness program benefits business and hospital employees. *Hospitals* 1982; 56:46.

54.     **Cantu RC**: It happened in 1974. *Surgical Rounds* 1985; 8:117-118.

55.     **Cantu RC**: Guidelines to return to contact sports after cerebral concussion. *The Physician and Sportsmedicine* 1986; 14:75-83.

56.     **Cantu RC**: Catastrophic injuries in high school and collegiate athletes. *Surgical Rounds for Orthopaedics* 1988; November:62-66.

57.     Mueller FO, Blyth CS, **Cantu RC**: Catastrophic spine injuries in football. *The Physician and Sportsmedicine* 1989; 17(10).

58.     Cunningham LN, **Cantu RC**: Acute and chronic effects of exercise using an Exercycle in healthy, untrained adults. *Phys Ther* 1990; 70:494-502.

59.     McKeag DB, **Cantu RC**: Neck pain in a football player. *The Physician and Sportsmedicine* 1990; 18(3):115-120.

60.     **Cantu RC**, Mueller FO: Catastrophic spine injuries in football (1977-1989). *J Spinal Disord* 1990; 3(3):227-231.

61.   Mueller FO, **Cantu RC**: Catastrophic injuries and fatalities in high school and college sports: fall 1982-spring 1988. *MSSE* 1990; 22(6):737-741.

62.   Weinstein SM, **Cantu RC**: Cerebral stroke in a semi-pro football player: a case report. *MSSE* 1991; 23;1119-1121.

63.   **Cantu RC**: Congenital cardiovascular disease – the major cause of athletic death in high school and college. *MSSE* 1992; 24(3):279-280.

64.   **Cantu RC**: When to allow athletes to return to play after injury. *J Neurol Orthop Med Surg* 1992; 13:30-34.

65.   **Cantu RC**, Mueller FO: Catastrophic football injuries in the USA: 1977-1990. *Clinical Journal of Sports Medicine* 1992; 2 (3):180-185.

66.   **Cantu RC**: Cerebral concussion in sports. *Sports Medicine* 1992; 14(1):64-74.

67.   **Cantu RC**: Second impact syndrome: Immediate management. *The Physician and Sportsmedicine* 1992; 20(9):55-66.

68.   **Cantu RC**: Cervical spinal stenosis: Challenging an established detection method. *The Physician and Sportsmedicine* 1993; 21(9):57-63.

69.   **Cantu RC**: Functional spinal stenosis: A contraindication to participation in contact sports. *MSSE* 1993; 25(3):316-317.

70.   Cantu RV, **Cantu RC**: Guidelines for return to contact sports after transient quadriplegia. *J Neurosurg* 1994; 80(3):592-594.

71.   **Cantu RC**, Mueller FO: Cheerleading. *Clinical Journal of Sports Medicine* 1994; 4(2):75-76.

72.   Cantrill SV, **Cantu RC**, Ivatury RR, Viccellio P: Neck Trauma – no margin for error. *Patient Care* 1994; 28:44-46.

73.   **Cantu RC**: Transient quadriplegia: to play or not to play. *Sports Medicine Digest* 1994; 16:1-4.

74.   **Cantu RC**, Voy RO: Second Impact Syndrome: a risk in any contact sport. *The Physician and Sportsmedicine*. 1995; 23(6):27-34.

75.   Van Camp SP, Bloor CM, Mueller FO, **Cantu RC**, Olson HG: Nontraumatic sports death in high school and college athletes. *Medicine and Science in Sports and Exercise* 1995; 27(5):641-647.

76.   **Cantu RC**: Catastrophic injury of the brain and spinal cord. *Virginia Medical Quarterly* 1996; 123:98-102.

77.   **Cantu RC**: Head injuries in sport. *Br J Sports Med* 1996; 30:289-296.

78.   **Cantu RC**: Guidelines for Return to Contact Sport After Transient Quadriplegia. *ASTM* 1996; 1305:53-59.

79.   **Cantu RC**: Stingers, Transient Quadriplegia and Cervical Spinal Stenosis: Return to Play  Criteria. *MSSE* 1997; 29:233-235.

80.   **Cantu RC**: Reflection on Head Injuries in Sport and the Concussion Controversy. *Clinical Journal of Sports Medicine* 1997; 7:83-84.

81.   **Cantu RC**,  Mueller FO: Fatalities and Catastrophic Injuries in High School and College Sports, 1982 -1997, *The Physician in Sports Medicine* 1999; 27:35-48.

82. **Cantu RC**:  Cervical Spinal Stenosis: Diagnosis and Return to Play Issues, *Sports Medicine Consultant 2000*, McGraw-Hill, 2000; 1:2-6.

83. **Cantu RC**:  Curve Counter Spinal Stenosis, *NASS News*, 2000.

84. **Cantu RC**, Mueller FO:  Catastrophic Football Injuries *Neurosurgery*  2000; 47:673-677.

85. **Cantu RC**:  Cervical Spine Injuries in the Athlete, *Seminars in Neurology*, 2000;20(2):173-178.

86. **Cantu R**:  Post Traumatic Retrograde and Anterograde Amnesia: Pathophysiology and Implications in Grading and Safe Return to Play. *Journal Athletic Training on Sports Related Concussion* 2001;36:244-248.

87. **Cantu R**:  Forward: *Journal of Athletic Training on Sports Related Concussion* 2001;36:227.

88. Marchiacci Barth, Littlefield Jane, **Cantu Robert**: Multiple Concussions and Neuropsychological Functioning in College Football Player. *Journal of Athletic Training on Sports Related Concussion* 2001;36:303-306.

89. Aubry M, **Cantu R**, Devorak J, et al:   Summary and Agreement Statement of the First International Conference on Concussion in Sport, Vienna 2001: *The Physician and Sportsmedicine* 2002;30(2):57-63.

90. Aubry M, **Cantu R**, Devorak J et al:   Summary and Agreement Statement of the First International Conference on Concussion in Sport, Vienna 2001:  Published Concurrently In:  *Br J Sports Med* 2002; 36(1):6-10 and *Clin J Sports Med* 2002;12(1):6-11.

91. Guskiewicz KM, Marshall SW, Broglio SP, **Cantu RC**, Kirkendall DT:  No evidence of impaired neurocognitive performance in collegiate soccer athletes. *American Journal of Sports Medicine* 2002; 30(2):157-162.

92. **Cantu RC**:  Work-up of the Athlete With Concussion. The *American Journal of Medicine & Sports* 2002; IV(II):152-154.

93. Collins MW, Lovell MR, Iverson G, **Cantu RC**, Maroon J, Field M, Fu FH:  Cumulative Effects of Concussion in High School Athletes. *Neurosurgery* 2002.

94. Bailes JE, **Cantu RC**, Day AL:  The Neurosurgeon in Sport: Awareness of the Risks of Heatstroke and Dietary Supplements.  *Neurosurgery* 2002; 51:283-288.

95. Guskiewicz KM, **Cantu RC**:  The Concussion Puzzle: Evaluation of Sport-Related Concussion. *The American Journal of Medicine and Sport* 2003

96. Quarrie KL, **Cantu RC**, Chalmers DJ:  Rugby Union injuries to the cervical spine and spinal cord. *Sports Medicine* 2002;32(10):633-653.

97. **Cantu, RC**:  Invited Commentary: Athletic Head Injury. *Current Sports Medicine Reports* 2003; 2(3):117-119.

98. **Cantu RC**, Echemendia RJ:  Return to Play Following Sports-Related Mild Traumatic Brain Injury; The Role for Neuropsychology. *Applied Psychology* 2003; 10(1):48-55.

99. Guskiewicz K, McCrea M, Marshall S, **Cantu R**, Barr W, Onate J, Kelly J:  Cumulative Effects Associated With Recurrent Concussion in Collegiate Football Players, The NCAA Concussion Study.  *JAMA*  2003; 290(19):2549-2555.

100. McCrea M, Guskiewicz KM, Marshall SW, Barr W, Randolph C, **Cantu RC**, Onate JA, Yang J, Kelley JP: Acute Effects and Recovery Time Following Concussion in Collegiate Football Players. *JAMA* 2003; 290(19):2556-2563.

101. Lovell M, Collins M, Iverson G, Field M, Maroon J, **Cantu R**, Rodell K, Powell J, Belza M, Fu F:  Recovery from mild concussion in high school athletes. *Journal of Neurosurgery* 2003; 98:295-301.

102. Collins M, Lovell M, Iverson G, **Cantu R**, Maroon J, Field M:  Cumulative effects of concussion in high school athletes. *Neurosurgery* 2003; 51:1175-1181.

103. McCrea M, Guskiewicz K, Marshall S, Barr W, Randolph C, **Cantu R**, Onate J, Yang J, Kelly J:  Acute Effects and Recovery Time Following Concussion in Collegiate Football Players: The NCAA Concussion Study. *JAMA* 2003; 290(19):2556-2563.

104. Erlanger D, Kushik T, **Cantu R**, Barth J, Brishek D, Freeman J, Kroger D:  Symptom-Based Assessment of Concussion Severity. *J Neurosurg* 2003; Mar93(3):477-484.

105. Echemendia RJ, **Cantu RC**:  Return to play following Sports-Related Mild Traumatic Brain Injury: The Role for Neuropsychology. *Applied Neuropsychology*2003;10(1):48-55.

106. Echemendia RC, **Cantu RC**:  Neuropsychology's role in return to play following sports-related cerebral concussion. *Applied Neuropsychology*, 2003;10(1):48-55.

107. **Cantu RC**:  Concussion severity should not be determined until all post concussion symptoms have abated. *The Lancet* 2004;3:437-438.

108. Guskiewicz K, Bruce S, **Cantu R**, Ferrara M, Kelly J, McCrea M, Putukian M, McLeod T:  National Athletic Trainer's Association Position Statement: Management of Sport-Related Concussion . *Journal Athletic Training* 2004;39(3):280-295.

109. Guskiewicz K, Bruce S, **Cantu R**, Ferrara M, Kelly J, McCrea M, Putukian M, Valovich T:  Recommendations on Management of Sport-related Concussion:  Summary of the National Athletic Trainers' Association Position Statement.  *Neurosurgery* 2004;55(4):891-896.

110. McCrory P, Johnston K, et al:  Summary and Agreement Statement of the Second International Conference on Concussion in Sport, Prague 2004. *Phy and Sports Med* 2005;33(4);29-44

111. McCrea M, Barr W, Guskiewicz K, Randolph C, Marshall S, **Cantu R**, Onate J, Kelly J:  Standard regression-based methods for measuring recovery after sport-related concussion.  *Applied Neuropsychology* 2005;58-69.

112. McCrory P, Johnston K, et al:  Summary and Agreement Statement of the Second International Conference on Concussion in Sport, Prague 2004. *Br J Sports Med* 2005;39(4);196-205.

113. McCrory P, Johnston K, et al:  Summary and Agreement Statement of the Second International Conference on Concussion in Sport, Prague 2004. *Clin Sports Med* 2005;15(2);48-56.

114. Guskiewicz KM, Marshall SW, Bailes J, McCrea M. **Cantu RC**, Randolph C, Jordan BD:  Association between recurrent concussion, mild cognitive impairment, and Alzheimer's disease in retired professional football players. *Neurosurgery* 2005;57(4):719-724.

115. Herring, S, **Cantu R**, et al:  ACSM Team Physician Concussion Consensus Statement. *Med Sci Sports Exerc.* 2006; 38(2):395-399.

116. Boden B, Tacchetti R, **Cantu R**, Knowles S, Mueller F:   Catastrophic Cervical Injuries in High School and College Football Players  *AJSM* 2006;34(8):1223-1232.

117. **Cantu RC**:  An Overview of Concussion Consensus Statements Since 2000. *Neurosurgical Focus* 2006;21:1-5.

118. Miele VJ, Bailes JE, **Cantu RC**, Rabb CH:  Subdural hematomas in boxing: the spectrum of consequences. *Neurosurgical Focus* 2006;21(4):1-8.

119. Boden B, Tacchetti R, **Cantu R**, Knowles S, Mueller F: Catastrophic Head Injuries in High School and College Football Players. *AJSM* 2007;35:1-7.

120. **Cantu RC**: Athletic Concussions: Current Understanding as of 2007. *Neurosurgery* 2007;60(6):963-964.

121. **Cantu RC**: Chronic Traumatic Encephalopathy in the National Football League. *Neurosurgery* 2007;61(2):223-225.

122. Guskiewicz KM, Marshall SW, Bailes J, McCrea M, Harding HP JR, Matthews A, Mihalik JR, **Cantu RC**: Recurrent concussion and risk of depression in retired professional football players. *Medicine and Science in Sports and Exercise* 2007;39(6):903-909.

123. **Cantu RC**, Herring SA, Putukian M: Concussion: Letter to the Editor. *NEJM* 2007;356(17):1787.

124. Standaert CJ, Herring SA, **Cantu RC**: Expert Opinion and Controversies in Sports and Musculoskeletal Medicine: Concussion in the Young Athlete. *Arch Phys Med Rehabil*; 2007;88:1077-1079.

125. **Cantu RC**, Detection of postconcussion abnormalities after injury in young athletes. *Clin J Sport Med* 2007;17(5):435-436.

126. Davis G, Ugokwe K. Roger EP, Benzel EC, **Cantu RC**, Rogers M, Dvorak J, McCrory P: *Br J Sports Med* June 2008

127. Terrell, T, Bostick, R, Abramson, Xie, D, R, Barfield, W, **Cantu, R**, Stanek, M, Ewing, T. APOE, APOE Promoter, and Tau Genotypes and Risk for Concussion in College Athletes. Clinical Journal of Sport Medicine 2008;18:10-17.

128. **Cantu, R**: Consensus Statement on Concussion in Sport – The 3rd International Conference on Concussion, Zurich, November 2008. *Neurosurgery* 2009;64(5):786-787.

129. **Cantu RC**: Commentary When to Disqualify an Athlete After a Concussion, Current Sports Medicine Reports 2009;8:6-7.

130. McCrory JP, Meeuwisse W, Johnston K, Dvorak J, Aubry M, Mallow M, **Cantu R**. Consensus statement on concussion in sports – the Third International Conference on Concussion in Sport held in Zurich, November 2008, Phy Sportsmed. 2009;37:141-159.

131. McKee AC, **Cantu RC**, Nowinski CJ: Chronic Traumatic Encephalopathy in Athletes: Progressive Tauopathy After Repetitive Head Injury. J Neuropath Exp Neurol 2009;68:709-735.

132. **Cantu RC**, Mueller FO. The prevention of catastrophic head and spine injuries in high school and college sports. Br J Sports Med. 2009;43:981-986.

133. Mihalik JP, Greenwalk RM, Blackburn JT, **Cantu RC**, Marshall SW, Guskiewicz KM. The effect of infraction type on head impact severity in youth ice hockey. Med Sci Sports Exer. 2010;42:1431-1438.

134. Gavett BE, Stern RA, **Cantu RC**, Nowinski CJ, McKee AC. Mild traumatic brain injury: a risk factor for Neurodegeneration. Alzheimer's Research & Therapy 2010;2:18-21.

135. **Cantu RC**, Gean A. Second Impact Syndrome and a Thin Subdural Hematoma: An Uncommon Catastrophic Result of Repetitive Head Injury With a Characteristic Imaging Appearance. J Neurotrauma 2010;27:1-8.

136. Echlin PS, Tator CH, Cusimaon MD, **Cantu RC**, Taunton JE, Upshur RE, Hall CR, Johnson AM, Forwell LA, Skopelja EN. A prospective study of physician-observed concussions during junior ice hockey: implications for incidence rates. Neurosurg Focus 2010;29(5):E4.

137. Echlin PS, Johnson AM, Riverin S, Tator CH, **Cantu RC**, Cusimano MD, Taunton JE, Upshur RE, Hall CR, Forwell LA, Skopelja EN. A prospective study of concussion education in 2 junior ice hockey teams: implications for sports concussion education. Neurosurg Focus 2010;29(5):E6.

138. Echlin PS, Tator CH, Cusimano MD, **Cantu RC**, Taunton JE, Upshur RE, Czarnota M, Hall CR, Johnson AM, Forwell LA, Driediger M, Skopelja EN. Return to play after an initial or recurrence concussion in a prospective study of physician-observed junior ice hockey concussions: implications for return to play after a concussion. Neurosurg Focus 2010;29(5):E5.

139. Jayarao M, Chin L, **Cantu R**. Boxing-Related Head Injuries. The Physician and Sportsmedicine. October 2010;3:0091-3847.

140. McKee AC, Gavett BE, Stern RA, Nowinski CJ, **Cantu RC**, Kowall NW, Perl DP, Hedley-Whyte ET, Price B, Sullivan C, Morin P, Kubilus CA, Daneshvar DH, Wulff M, Budson AE. TDP-43 proteinopathy and motor neuron disease in chronic traumatic encephalopathy. J Neuropathol Exp Neurol. September 2010;60(9):918-29.

141. Mihalik JP, Blackburn JT, Greenwald RM, **Cantu RC**, Marshall SW, Guskiewicz KM. Collision type and player anticipation affect head impact severity among youth ice hockey players. Pediatrics. June 2010;125(6):e1394-401.

142. **Cantu RC**, Guskiewicz K, Register-Mhialik JK. A Retrospective Clinical Analysis of Moderate to Severe Athletic Concussions. PM&R. December 2010;(2)12:1088-1093.

143. **Cantu RC**: World Cup Soccer; A Major League Soccer Superstar's Career-Ending Injury, Concussion; and World Neurosurgery: A Common Thread. World Neurosurgery August/September 2010;74(2/3):224-225.

144. **Cantu RC**: Is Helmet Design the Answer to Concussion in Sports. Active Voice Bulletin ACSM, September 2010.

145. Thomas M, Haas, TS, Doerer, JJ, Hodges JS, Aicher BO, Garberich RF, Mueller FO, **Cantu RC**, Maron BJ: Epidemiology of Sudden Death in Young, Competitive Athletes Due to Blunt Trauma. *Pediatrics* July 2011;

146. Chin LS, Jayarao M, **Cantu RC**: Inside Sports-Related Head Injury: Tau Inclusion Bodies and Proteins in a Tangle. *Neurosurgeon*, 2011;20(1):4-7.

147. Daneshvar DH, Baugh CM, Nowinski CJ, McKee AC, Stern RA, **Cantu RC**: Helmets and Mouth Guards: The role of personal equipment in preventing sport-related concussions. *Clinics in Sports Medicine*. 2011;30:145-163

148. Chin LS, Toshkezi G, **Cantu RC**, Traumatic Encephalopathy Related to Sports Injury, *US Neurology*, 2011;7(1):33-6.

149. Broglio S, Schartz E, Crisco T, **Cantu RC**, In Vivo Biomechanical Measurements of a Football Player's C6 Spine Fracture, *N Engl J* Med 365;3 *nejm.org* 2011

150. Mihalik JP, Guskiewicz KM, Marshall SW, Greenwald RM, Blackburn JT, **Cantu RC**, Does Cervical Muscle Strength in Youth Ice Hockey Players Affect Head Impact Biomechanics, *Clin J Sport Med,* 2011;21:416-421

151. **Cantu RC**. Register-Mihalik JK: Return-to-Play and Retirement Decisions After Concussion. *PM&R*, 2011;3:S440-444.

152. Daneshavar DH, Riley DO, Nowinski CJ, McKee AC, Stern RA, **Cantu RC**: Long-Term Consequences: Effects on Normal Development Profile After Concussion. *PM&R*, 2011;22(4):682-700.

153. Herring SA, **Cantu RC**, Guskiewicz KM, Putukian M, Kibler WB: Concussion (Mild Traumatic Brain Injury) and the Team Physician: A Consensus Statement – 2011 Update. *Medicine & Science in Sports & Exercise*, 2011 Special Communications 2412-2422. http://www.acsm-msse.org

154. Stern RA, Riley DO, Daneshvar DH, Nowinski CJ, **Cantu RC**, Mckee AC: Long Term Consequences of Repetitive Brain Trauma: Chronic Traumatic Encephalopathy. *PM* ,2011;3: S460-S467.

155. Gavett, BE, **Cantu RC**, Shenton M, Lin A, Nowinski CJ, McKee AC, Stern RA: Clinical Appraisal of Chronic Traumatic Encephalopathy: Current Perspectives and Future Directions. *Current Opinion in neurology 2011a;* 24:525-531.

156. L. E. Goldstein, A. M. Fisher, C. A. Tagge, X.-L. Zhang, L. Velisek, J. A. Sullivan, C. Upreti, J. M. Kracht, M. Ericsson, M. W. Wojnarowicz, C. J. Goletiani, G. M. Maglakelidze, N. Casey, J. A. Moncaster, O. Minaeva, R. D. Moir, C. J. Nowinski, R. A. Stern, **R. C. Cantu**, J. Geiling, J. K. Blusztajn, B. L. Wolozin, T. Ikezu, T. D. Stein, A. E. Budson, N. W. Kowall, D. Chargin, A. Sharon, S. Saman, G. F. Hall, W. C. Moss, R. O. Cleveland, R. E. Tanzi, P. K. Stanton, A. C. McKee, Chronic traumatic encephalopathy in blast-exposed military veterans and a blast neurotrauma mouse model. Sci. Transl. Med. 4, 134ra60 (2012).

157. Mihalik JP, Guskiewicz KM, Marshall, SW, Blackburn JT, **Cantu RC**, Greenwald RM (2011). Head Impact Biomechanics in Youth Hockey: Comparisons across playing position, event types, and impact locations. *Ammuals of Biomedical Engineering;*40(1):141-149.

158. Saffary R, Chin LA, **Cantu RC**. From Concussion to Chronic Traumatic Encephalopathy: A review. *J Lifestyle Magazine* (2012)

159. Baugh, CM, Stamm, JM, Riley DO, Gavett, BE, Shenton M, Lin A, Nowinski, CJ, **Cantu RC**, McKee AC, Stern RA: Chronic Traumatic Encephalopathy: Neurodegeneration Following Repetitive Concussive and Subconcussive Brain Trauma. *Brain Imaging and Behavior,* June 2012;6(2):244-54.

160. McKee A, Stern R, Nowinski C, Stein T, Alvarez V, Daneshvar D, Lee H, Hall G, Wojtowica S, Baugh C, Riley D, Kubilis C, Cormier K, Jacobs M, Martin B, Abraham C, Ikesu T, Reichard R, Wolozin B, Budson A, Goldstein L, Kowall N, **Cantu R**: The Spectrum of Disease in Chronic Traumatic Encephalopathy, *doi:10.1093/Brain/aws307 (22 pages)* 2012

161. Yi J, Padalino D, Chin L, Montenigro P, **Cantu RC**: Chronic Traumatic Encephalopathy, *Current Sports Medicine Reports,* Jan/Feb 2013;12 (1): 28-32

162. Saffary R, Chin L, **Cantu RC**: From Concussion to Chronic Traumatic Encephalopathy: A Review, *Journal of Clinical Sport Psychology* 2012;6:351-362.

163. **Cantu, RC**, Li Y, Abdulhamid M, Chin L, Return to Play After Cervical Spine Injury in Sports, *Current Sports Medicine Reports,* Jan/Feb 2013;12 (1): 14-17.

164. Seichepine, DR, Stamm, JM, Daneshvar, DH, Riley, DO, Baugh, CM, Gavett, BE, Tripodis, Y, Martin, B, Chaisson, C, McKee, AC, **Cantu, RC**, Nowinski, CJ, & Stern, RA (in press). Profile of Self-reported Problems with Executive Functioning in College and Professional Football Players. *Journal of Neurotrauma*, 2013; 30: 1299-1304.

165. McCrory P, Meeuvisse WH, Aubry M, **Cantu B**, et al, Dvorak J, Echemendia RJ, Engebretsen L, Johnston K, Kutcher JS, Raftery M, Sills A, Benson BW, Davis GA, Ellenbogen RG, Guskiewicz K, Herring SA, Iverson GL, Jordan BD, Kissick J, McCrea M, McIntosh AS, Maddocks D, Makdiss M, Purcell L, Putukian M, Schneider K, Tator CH, Turner M: Consensus Statement on Concussion in Sport: the 4th International Conference on Concussion in Sport held in Zurich, November 2012: *Br J Sports Med* 2013;47:250-258 doi:10.1136/bjsports-2013-092313.

166. Putukian M, Raftery M, Guskiewicz K, Herring S, Aubry M, **Cantu RC**, Molloy M: Onfield Assessment of Concussion in the adult athlete: *Br J Sports Med* 2013;47:285-288 doi:10.1136/bjsports-2013-092158.

167. Makdissi M, **Cantu RC**, Johnston KM, McCrory P, Meeuwisse WH: The difficult Concussion Patient: What is the Best Approach to Investigation and Management of Persistent (>10 days) Postconcussive Symptoms?: *Br J Sports Med* 2013;47:308-313 doi:10.1136/bjsports-2013-092255.

168. Stern RA, Daneshvar DH, Baugh CM, Seichepine DR, Montenigro PH, Riley DO, Fritts NG, Stamm JM, Robbins CA, McHale L, Simkin I, Stein TD, Alvarez VE, Goldstein LE, Budson AE, Kowall NW, Nowinski CJ, **Cantu RC**, McKee AC: Clinical Presentation of Chronic Traumatic Encephalopathy: *American Academy of Neurology;* 2013;81:1122-1129.

169. **Cantu RC**, Role of Diffusion Tensor Imaging MRI in Detecting Brain Injury in Asymptomatic Contact Athletes: *World Neurosurgery*; December 2013;5:792-793.

170. **Cantu RC**, The Role of the Neurologist in Concussions When to Tell Your Patient to Stop: *Jama Neurology*; October 2013;*Jamaneurology.com;*E1-E2.

171. Kroshus E, Daneshvar DH, Baugh, CM, Nowinski CJ, **Cantu RC,** NCAA Concussion Education In Ice Hockey: An Ineffective Mandate: *BJSM Online;* 2013 10.1136

172. Broglio SP, **Cantu RC,** Gioia GA, Guskiewicz KM, Kutcher J, Palm M, Valovich McLeod TC, National Athletic Trainers' Association Position Statement: Management of Sport Concussion: *Journal of Athletic Training;* 2014;49(2):245-265.

173. Slobounov S, Bazarian J, Bigler E, **Cantu R**, Hallett M, Harbaugh R, Hovda D, Mayer AR, Nuwer MR, Kou Z, Lazzarino G, Papa L, Vagnozzi R, Sport-Related concussion: Ongoing Debate: *BR J Sports Med;* January 2014: 48:2:75-76.

174. Robbins CA, Daneshvar DH, Picano JD, Gavett BE, Baugh CM, Riley DO, Nowinski CJ, McKee AC, **Cantu RC**, Stern RA, Self-Reported Concussion History: Impact of Providing a Definition of Concussion: *Open Access Journal of Sport Medicine*; 2014:5:99-103.

175. Collins CL, Fletcher EN, Fields, SK, Kluchurosky L, Rohrkemper MK, Comstock RD, **Cantu RC,** Neck Strength: A Protective Factor Reducing Risk for Concussion in High School Sports: *J Primary Prevent;* June 2014:35:3

176. Montenigro PH, Baugh CM, Daneshvar DH, Mez J, Budson AE, Au R, Katz D, **Cantu RC**, Stern RA, Clinical Subtypes of Chronic Traumatic Encephalopathy: Literature Review and Proposed Research Diagnostic Criteria for Traumatic encephalopathy Syndrome: *Alzheimer's Research and Therapy*; 2014:6:68

177. Terrell TR, Abramson R, Bostick R, Barth J, Sloane R, **Cantu RC**, Bennett E, Galloway L, Erlanger D, McKeag D, Valentine V, Nichols G: Multi Center Cohort Study on Association of Genotypes with Prospective Sports Concussion: Methods, Lessons Learned, and Recommendations: *Journal of Sports Medicine and Physical Fitness;* 2014

178. Riley DO, Robbins CA, **Cantu RC,** Stern RA: Chronic Traumatic Encephalopathy: Contributions from the Boston University Center for the Study of Traumatic Encephalopathy: 2015: Vol 29, No.2 154-163.

179. Montenigro PH, Corp DT, Stein TD, **Cantu RC**, Stern RA: Chronic Traumatic Encephalopathy: Historical Origins and Current Perspective: *Annual Review of Clinical Psychology:* 11:14.1-14.22; 2015

# BOOKS

1.    **Cantu RC**, Michelsen JJ, White JC:
Ventriculocisternostomy:  Long-term Experiences
Springfield, Charles C Thomas, 1970.

2.    **Cantu RC**:  Toward Fitness
New York, Human Sciences Press, 1980.

3.    **Cantu RC**:  Health Maintenance Through Physical Conditioning
Littleton, Wright-PSG Publishing, Inc, 1981.

4.    **Cantu RC**:  The Exercising Adult
Lexington, The Collamore Press, D.C. Heath & Co, 1981.

5.    **Cantu RC**:  Sports Medicine in Primary Care
Lexington, The Collamore Press, D.C. Heath & Co, 1982.

6.    **Cantu RC**:  Diabetes and Exercise
New York, E.P. Dutton, Inc, 1982.

7.    **Cantu RC**:  Sports Medicine-Sports Science: Bridging the Gap
Lexington, The Collamore Press, D.C. Heath & Co, 1982.

8.    **Cantu RC**:  Regaining Health and Fitness
Brattleboro, The Stephen Greene Press, 1982.

9.    **Cantu RC**:  Exercise Injuries: Prevention and Treatment
Washington, D.C., The Stonewall Press, 1983.

10.    **Cantu RC**: Clinical Sports Medicine
Lexington, The Collamore Press, D.C. Heath & Co, 1983.

11.    **Cantu RC**, Butler RB, Moore MJ:
Neurology in Primary Care
New York, MacMillan Publishing Co, 1987.

12.    **Cantu RC**:  The Exercising Adult, 2nd Edition
New York, MacMillan Publishing Co, 1987.

13.    **Cantu RC**, Micheli LJ:
American College of Sports Medicine: Guidelines for the Team Physician
Philadelphia, Lea & Febiger, 1991.

14.    **Cantu RC**, et al, in Cantu RC (ed):  Boxing and Medicine
Champaign, IL, Human Kinetics, 1995.

15.    Mueller FO, **Cantu RC**, Van Camp SP:
       <u>Catastrophic Injuries in High School and College Sports</u>
       Champaign, IL, Human Kinetics, 1996.

16.    **Cantu RC**:  <u>Clinics in Sports Medicine: Neurologic Athletic Head and Neck Injuries</u>
17.    Philadelphia, W.B. Saunders Company, 1998.

18.    **Cantu RC**:  <u>Neurologic Athletic Head and Spine Injuries</u> Philadelphia, W.B. Saunders Company, 2000.

19.    **Cantu R**, Shephard R, Alexander M, Kohrt W, Nieman D, Shrier I:  <u>Yearbook of Sports Medicine</u> Philadelphia, PA Mosby, Inc. 2002

20.    **Cantu R**, Shephard R, Alexander M, Kohrt W, Nieman D, Shrier I:  <u>Yearbook of Sports Medicine</u> Philadelphia, PA Mosby, Inc. 2003

21.    **Cantu R**, Shephard, R, Alexander M, Nieman D, Sanborn C, Shrier I, Sallis R:  <u>Yearbook of Sports Medicine</u> Philadelphia, PA, Mosby, Inc. 2004.

22.    **Cantu R**, Shepard R, Alexander M, Feldman D, McCrory P, Nieman D, Rowland T, Sanborn C, Shrier I: <u>Yearbook of Sports Medicine</u> Philadelphia, PA, Elsevier/Mosby, Inc. 2005.

23.    **Cantu R**, Shepard R, Alexander M, Feldman D, McCrory P, Nieman D, Rowland T, Sanborn C, Shrier I: <u>Yearbook of Sports Medicine</u> Philadelphia, PA, Elsevier/Mosby, Inc. 2006.

24.    **Cantu R**, Shepard R, Alexander M, Feldman D, McCrory P, Nieman D, Rowland T, Sanborn C, Shrier I: <u>Yearbook of Sports Medicine</u> Philadelphia, PA, Elsevier/Mosby, Inc. 2007.

25.    **Cantu R**, Shepard R, Alexander M, Feldman D, McCrory P, Nieman D, Rowland T, Sanborn C, Shrier I: <u>Yearbook of Sports Medicine</u> Philadelphia, PA, Elsevier/Mosby, Inc. 2008.

26.    **Cantu R**, Shepard R, Alexander M, Feldman D, McCrory P, Nieman D, Rowland T, Sanborn C, ShrierI: <u>Yearbook of Sports Medicine</u> Philadelphia, PA,  Elsevier/Mosby, Inc. 2009.

27.    **Cantu R**, Shepard R, Alexander M, Feldman D, McCrory P, Nieman D, Rowland T, Sanborn C, Shrier I: <u>Yearbook of Sports Medicine</u> Philadelphia, PA, Elsevier/Mosby, Inc. 2010.

28.    Mueller FO, **Cantu RC**: <u>Football Fatalities and Catastrophic Injuries, 1931-2008</u> Carolina Academic Press Durham, NC 2011.

29.    Shephard RJ, **Cantu RC**, Feldman DH, Jankowski CM,Khan KM, Lebrun C, Nieman DC, Pierrynowski MR, Rowland T:  <u>Yearbook of Sport Medicine</u> Philadelphia, PA, Elsevier/Mosby, Inc. 2011.

30.    Shephard RJ, **Cantu RC**, Feldman DH, Jankowski CM,Khan KM, Lebrun C, Nieman DC, Pierrynowski MR, Rowland T:  <u>Yearbook of Sport Medicine</u> Philadelphia, PA, Elsevier/Mosby, Inc. 2012.

31.    **Cantu RC**, Hyman M: <u>Concussion and Our Kids</u> Houghton Mifflin Harcourt 2012

32.    Shephard RJ, **Cantu RC**, Feldman DH, Jankowski CM,Khan KM, Lebrun C, Nieman DC, Pierrynowski MR, Rowland T:  <u>Yearbook of Sport Medicine</u> Philadelphia, PA, Elsevier/Mosby, Inc. 2013.

## NON-REFEREED ARTICLES

1.  **Cantu RC**: Unwilling laughter traced to tumor. Med World News 1965; 184-185.

2.  **Cantu RC**, Drew JH: Pathological laughing and crying associated with a tumor ventral to the pons. JAMA 1966; 197:184.

3.  **Cantu RC**, Drew JH: Pathological laughing and crying associated with a tumor ventral to the pons. Psychiat Digest 1966; 27:46-47.

4.  **Cantu RC**: Factors improving post-ischemic cerebral vascular obstruction. Cerebral Circulation and Metabolism 1975; 216-219.

5.  **Cantu RC**: Nutrition for the long distance runner. Runner's Release 1979; 1(2):8-9.

6.  **Cantu RC**: The psychological benefits of running. Runner's Release 1979; 1(3):13.

7.  **Cantu RC**: Risk of chronic brain injury. ACSM Bulletin 1986; November.

8.  **Cantu RC**: When to return to contact sports after a cerebral concussion. Sports Medicine Digest 1988; 10(11):1-2.

9.  Mueller FO., **Cantu RC**: National Center for Catastrophic Sports Injury Research 6th Annual Report. Fall 1982-Spring 1988. Chapel Hill, NC.

10. Mueller FO, **Cantu RC**: National Center for Catastrophic Sports Injury Research 7th Annual Report. Fall 1982-Spring 1989. Chapel Hill, NC.

11. Tobin WE, **Cantu RC**: Subarachnoid hemorrhage associated with aerobic exercise. The Physician and Sportsmedicine 1989; 17(5):145-148.

12. Mueller FO, **Cantu RC**: National Center for Catastrophic Sports Injury Research 8th Annual Report. Fall 1982-Spring 1990. Chapel Hill, NC.

13. **Cantu RC**: On-the-field evaluation of head and neck injuries. Orthopedic & Sports Medicine News 1991; 2:15-16.

14. **Cantu RC**: Diagnosis of acute low back pain in the athlete. Sports Medicine Digest 1991; 13(3):1-2.

15. Mueller FO, **Cantu RC**: National Center for Catastrophic Sports Injury Research 9th Annual Report. Fall 1982-Spring 1991. Chapel Hill, NC.

16. Mueller FO, **Cantu RC**: National Center for Catastrophic Sports Injury Research 10th Annual Report. Fall 1982-Spring 1992. Chapel Hill, NC.

17. Hodgson VR, **Cantu RC**: Rule change in 1970s highlights efforts to reduce football injuries. National Federation News 1992; 28-29.

18. **Cantu RC**: Research: Our roots. Sports Medicine Bulletin 1992; 27(3):3.

19. **Cantu RC**: A night to be proud. Sports Medicine Bulletin 1993; 28(l):3.

20. **Cantu RC**: Membership: The foundation and strength of ACSM. Sports Medicine Bulletin 1993; 28(2):3.

21. **Cantu RC**: Functional spinal stenosis: A contraindication to participation in contact sports. (letter to editor) MSSE 1993; 25(9):1082-1083.

22. **Cantu RC**: Assessing athletic head injuries. Rehab Management 1993; 6(5):59-60.

23.     Mueller FO, **Cantu RC**: National Center for Catastrophic Sports Injury Research 11th Annual Report. Fall 1982-Spring 1993. Chapel Hill, NC.

24.     Mueller FO, **Cantu RC**: National Center for Catastrophic Sports Injury Research 12th Annual Report. Fall 1982-Spring 1994. Chapel Hill, NC.

25.     Mueller FO, **Cantu RC**: National Center for Catastrophic Sports Injury Research 13th Annual Report. Fall 1982-Spring 1995. Chapel Hill, NC.

26.     Mueller FO, **Cantu RC**: National Center for Catastrophic Sports Injury Research 14th Annual Report. Fall 1982-Spring 1996. Chapel Hill, NC.

27.     **Cantu RC**: Football's rate of concussions demands more helmet research and a halt to "spearing tactics." National Collegiate Athletic Association Education Newsletter: Sports Sciences Spring 1995.

28.     **Cantu RC**: The prevention of athletic head and spine injuries. Sidelines Fall 1996; National Youth Sports Safety Foundation, Needham, MA.

29.     Kleiner DM, **Cantu RC**: Football helmet removal. American College of Sports Medicine: Current Comments September, 1996.

30.     Mueller FO, **Cantu RC**:  National Center for Catastrophic Sports Injury Research 15th Annual Report. Fall 1982 to Spring 1997. Chapel Hill, NC.

31.     Mueller FO, **Cantu RC**:  National Center for Catastrophic Sports Injury Research 16th Annual Report. Fall 1982 to Spring 1998. Chapel Hill, NC.

32.     Mueller FO, **Cantu RC**:  National Center for Catastrophic Sports Injury Research 17th Annual Report. Fall 1982 to Spring 1999. Chapel Hill, NC.

33.     Mueller FO, **Cantu RC**:  National Center for Catastrophic Sports Injury Research 18th Annual Report. Fall 1982 to Spring 2000. Chapel Hill, NC.

34.     Mueller FO, **Cantu RC**:  National Center for Catastrophic Sports Injury Research 19th Annual Report. Fall 1982 to Spring 2001. Chapel Hill, NC.

35.     **Cantu RC**:  A New Tool for the Evaluation of Concussion in Boxers. 2002

36.     Mueller FO, **Cantu RC**:  National Center for Catastrophic Sports Injury Research 20th Annual Report. Fall 1982 to Spring 2002. Chapel Hill, NC.

37.     Mueller FO, **Cantu RC**:  National Center for Catastrophic Sports Injury Research 21st Annual Report. Fall 1982 to Spring 2003. Chapel Hill, NC.

38.     Mueller FO, **Cantu RC**:  National Center for Catastrophic Sports Injury Research 22nd Annual Report. Fall 1982 to Spring 2004. Chapel Hill, NC.

39.     Mueller FO, **Cantu RC**:  National Center for Catastrophic Sports Injury Research 23rd Annual Report. Fall 1982 to Spring 2005. Chapel Hill, NC.

40.     Mueller FO, **Cantu RC**:  National Center for Catastrophic Sports Injury Research 24th Annual Report. Fall 1982 to Spring 2006. Chapel Hill, NC.

41.     Mueller FO, **Cantu RC**:  National Center for Catastrophic Sports Injury Research 25th Annual Report. Fall 1982 to Spring 2007. Chapel Hill, NC.

42.     Mueller FO, **Cantu RC**:  National Center for Catastrophic Sports Injury Research 26th Annual Report. Fall 1982 to Spring 2008. Chapel Hill, NC.

43.     Mueller FO, **Cantu RC**:  National Center for Catastrophic Sports Injury Research 27th Annual Report.   Fall 1982 to Spring 2009.  Chapel Hill, NC

44.     Mueller FO, **Cantu RC**:  National Center for Catastrophic Sports Injury Research 28th Annual Report.   Fall 1982 to Spring 2010.  Chapel Hill, NC

45.     Mueller FO, **Cantu RC**:  National Center for Catastrophic Sports Injury Research 29th Annual Report.   Fall 1982 to Spring 2011.  Chapel Hill, NC

46.     Mueller FO, **Cantu RC**:  National Center for Catastrophic Sports Injury Research 30th Annual Report.   Fall 1982 to Spring 2012.  Chapel Hill, NC

## ABSTRACTS AND FREE COMMUNICATIONS

1.   Correll JW, **Cantu RC**: Effect of hypophysectomy and adrenalectomy on mobilization of free fatty acids (FFA) from isolated rat adipose tissue by nerve stimulation, in vitro. Fed Proc 1964; part 1, 23:541.

2.   **Cantu RC**, Nahas GG, Correll JW, Manger WM: Effect of hypoxia and acidosis on medullary secretion from the denervated adrenal gland. Physiologist 1964; 7:99.

3.   Correll JW, **Cantu RC**, Manger WM: Neural pathways mediating effects of intravascular norepinephrine administration. Physiologist 1964; 7:107.

4.   Nahas GG, **Cantu RC**, Manger WM, Correll JW: Mediation of adrenal medullary secretion in response to hypotension after spinal cord section. Physiologist 1964; 7:210.

5.   **Cantu RC**, Correll JW, Manger WM: Neural pathways mediating the increase in adrenal medullary secretion produced by hypoglycemia and hypotension. Pharmacologist 1964; 6:195.

6.   Correll JW, **Cantu RC**, Manger WM: Mechanism for mobilization of free fatty acids by insulin-induced hypoglycemia. Fed Proc 1065; part 1, 24:298.

7.   **Cantu RC**, Schwab RS: Protein-bound iodine (PBI) fall and serum ceruloplasmin (SC) rise following diphenylhydanoin administration (DA) in man. Pharmacologist 1965; 7:145.

8.   **Cantu RC**, Goodman HM: Effects of denervation and fasting on lumbar fat in the rat. Fed Proc 1966; part 3, 25:271.

9.   **Cantu RC**, Ames A III: Improvement of cerebral perfusion following complete ischemia. Fed Proc 1968; 27:329.

10.  **Cantu RC**: Heart failure: A limiting factor in recovery from cerebral ischemia. Circulation 1968; 38, suppl VI:51.

11.  **Cantu RC**, Ames A III: Distribution of cerebral vascular obstruction following ischemia. Circulation 1968; 38, suppl VI:51.

12.  DiGiacinto G, **Cantu RC**, Ames A III, Dixon J: Hypotension: A limiting factor in recovery from cerebral ischemia. Clin Res 1968; 16:512.

13.  Dixon J., **Cantu RC**, Ames A III, DiGiacinto G: Effect of heparin on vascular lesions caused by cerebral ischemia. Clin Res 1968; 16:513.

14.  **Cantu RC**, DiGiacinto G, Dixon J, Ames A III: Reversibility of post-ischemic cerebrovascular obstruction. Clin Res 1969; 17:233.

15.  DiGiacinto G, **Cantu RC**, Ames A III: Effects of hypertension on post-ischemic cerebrovascular obstruction. Clin Res 1969; 17:237.

16.  **Cantu RC**, Snyder M: Effect of pharmacological agents on post-ischemic cerebrovascular obstruction. Fed Proc 1970; 29:520.

17.  **Cantu RC**: Factors improving post-ischemic cerebrovascular obstruction. Stroke 1973; 4:345.

18.  **Cantu RC**: Acute and chronic brain injury and contact sports. 1987; ACSM Clinical Conference, Keystone, CO.

19.  **Cantu RC**: Concussion - what is it? Guidelines for returning to sports. 1987; ACSM Clinical Conference, Keystone, CO.

20.    **Cantu RC**: Discogenic disease: surgical and non-surgical approaches. 1987; ACSM Clinical Conference, Keystone, CO.

21.    **Cantu RC**: Medical aspects of boxing. 1987; ACSM Clinical Conference, Keystone, Co.

22.    **Cantu RC**: Catastrophic Football Spine Injuries: 1977-1988. <u>Joint Section on Disorders of the Spine and Peripheral Nerves</u> 1990; AANS/CNS Annual Meeting, Captiva Island, FL.

23.    Cunningham LM, **Cantu RC**: Is exercise intensity generalizable? Comparison of exercise test modes. <u>MSSE</u> 1990; 22:13.

24.    Van Camp SP, Mueller FO, **Cantu RC**, Nattiv A, Eichner ER: Catastrophic sports injuries in high school and college athletes. <u>MSSE</u> 1994; 26:S86.

25.    Mueller FO, **Cantu RC**: High school and college catastrophic pole vaulting injuries. <u>MSSE</u> 1995; 27:598.

26.    Ross SE, Guskiewicz KW, **Cantu RC**: Balance recovery following cerebral concussion in collegiate athletes. ACSM Clinical Conference, Baltimore, MD <u>MSSE</u> 2001; 33:S145.

27.    Guskiewicz KM, **Cantu RC**, Mueller FO, Barth, JT: Management of sports related concussion: New insights into an old problem. ACSM Clinical Conference, Baltimore, MD <u>MSSE</u> 2001; 33:S144.

28.    Guskiewicz KM, Marshall SW, Broglio SP, **Cantu RC**, Kirkendall DT: No evidence of impaired neurocognitive performance in collegiate soccer players. ACSM Clinical Conference, Baltimore, MD <u>MSSE</u> 2001; 33:S186.

29.    Mihalik JP, Guskiewicz KM, Marshall SW, **Cantu RC**, Blackburn JT, Greenwald RM. Effect of General On-Ice Aerobic Fitness on Head Impact Biomechanics in Youth Hockey Players. <u>MSSE</u> 2010

## SPORTS MEDICINE EDUCATIONAL VIDEOS

- <u>Diabetes and Exercise</u>
  **Cantu, RC**.
  Milner-Fenwick Company; 1984

- <u>Sports Medicine and the Primary Care Physician</u>
  **Cantu RC**, Siegel AJ, Childs HD.
  Network for Continuing Medical Education; 1990

  The preschool-sports physical, life-style modification in the well patient; special emphasis given to assisting physicians to help patients make life-style changes necessary to reap the benefits of regular physical activity.

- <u>ACSM's Guidelines for the Team Physician</u>
  **Cantu RC**, Herring SA, Kibler WB, Micheli LJ, Puffer JC.
  Williams & Wilkins Electronic Media; 1992

  **Cantu RC**: "Athletic Head and Neck Injury"'

- <u>ACSM: 39th Annual Meeting</u>
  **Cantu RC**, Jordan BD, Sennett BJ, Micheli LJ, Hainline B.
  CME Conference Video, Inc.; 1992

  **Cantu RC**, Jordan BD: "Sports Neurology"

- <u>ACSM Sports Medicine CAQ Review</u>
  **Cantu RC**, Stoller D, Saal J, Smith AD, Shoor S.
  CME Conference Video, Inc.; 1993

  **Cantu RC**:  "Functional Anatomy & Biomechanics: Exam of the Patient with Low-Back Pain"

  **Cantu RC**:  "Lumbar spinal stenosis: Dx and Management"

  **Cantu RC**  "Indications for Surgery and Return to Competition After Lumbar Spine Injury"

  **Cantu RC**:  "Legal Aspects of Sports Medicine and Role of the Team Physician"

  **Cantu RC**:  "Epidemiology, Recognition, and Acute Management of Closed Head Injury/Concussion"

  **Cantu RC**:  "Return to Competition After Head Injury"

  **Cantu RC**:  "Fractures and Dislocations of Cervical Spine"

  **Cantu RC**:  "Epidemiology, Evaluation, and Treatment of Traumatic Spinal Cord Injury: Return to   Competition"

  **Cantu RC**:  "Case Presentations: Transient Quadriplegia"

- <u>ACSM/Wyeth Ayerst Laboratories</u>
  Spellbound Productions; 1994

  **Cantu RC**: "Cervical Spine Injuries"

  **Cantu R**, Torg J et al:   "Catastrophic Head and Spine Injuries in Football"
  NATA

**IN PRESS**

1. Picano J, **Cantu RC** et al. Defining Concussion: An Emperical Analysis of Concussion Reporting Using a Specific Definition of Concussion. *Clin J Sports Med* (submitted)

2. Cantu RV, **Cantu RC**. Cervical Spine chapter for Lyle Micheli due October

3. Chapter on "Concussion" *Head Trauma and Brain Injury.*

# RECENT LECTURE PRESENTATIONS

10.28.15            Brok National Education Seminar
                    Keynote Speaker: "Concussion and Head Injuries"
                    St. Julien Hotel
                    Boulder, CO

*10.9-12.15         International Rugby Union Meeting
                    London, England

10.7.15             Texas Lutheran University
                    Concussion Summit
                    Keynote Speaker: "Concussions and TBI"
                    Sequin, TX

*9.25.15            Concussion Retreat
                    Keynote Speaker :"Current Research: Concussion"
                    Ontario, Canada

7.15-16.15          3rd Annual TBI Summit: Big Ten/CIC Ivy League TBI Injury Research Collaboration
                    Big Ten Center
                    Chicago, IL

6.2.15              Concussion Prevention Meeting
                    "Concussion Prevention and Diganosis"
                    U Mass Lowell

5.15.15             Children's Hospital Sports Medicine Meeting
                    "Practice Like the Pros"
                    Martin Conference Room, Harvard Medical School
                    Boston, MA

3.26.15             NEASM Annual Meeting
                    "From Concussion to CTE, Myth, Fiction and Fact"
                    Central Connecticut State University
                    New Britain, CT

3.6.15              BIA of CT
                    "Management of Concussion: Yesterday, Today and Tomorrow"
                    "Workshop: Biomarkers currently being trialed for concussion, sub-concussive, post concussion
                    syndrome and chronic traumatic encephalopathy"
                    Hartford, CT

2.27.15             Wise Up Initiative Conference
                    "Concussive and Sub-Concussive Trauma- How It Can Be Prevented/Minimized?"
                    Birmingham, AL

2.26.15             Grand Rounds
                    University of Alabama Hospital
                    "Update on Concussion and Sub-Concussive Trauma – Why The Pediatric Population Is At Greater Risk?"
                    Birmingham, AL

2.25.15             Project Play Summit Aspen Institute

Newseum
Panel Participant
Washington, DC

2.19-20.15     NFL/NFLPA Engineering Meeting
Indianapolis, IN

2.12-13.15     USA Rugby Meeting
"Short and Long Term Results of Repetitive Sub-Concussive and Concussive Head Injuyry"
Las Vegas, NV

1.23.15     USA Lacrosse Meeting
Baltimore, MD

1.20.15     NCAA Meeting
NYC

1.15-18.15     NOCSAE Meeting
Phoenix, Arizona

1.11-12.15     Meeting with NASCAR
Charlotte, NC

11.24.14     Safe Sports Think Tank 2014
How do we advance the science of prevention?
"How do we develop Evidence t Inform Safe Play"
Washington, DC

11.21.14     NOCSAE Grant Reviews
Chapel Hill, NC

11.17.14     IRB World Rugby Conference and Exhibition'
"Concussion – Driving Cultural Change"
London, England

11.7.14     SAC Meeting
Atlanta, GA

11.4.14     International State-of-the-Science Meeting
"What NOCSAE and I have learned from 40 years of concussion research and helmet testing"
Booz Allen Hamilton headquarters
McLean, VA  22102

11.1.14     2014 ARP Annual Convention "Ringside Medicine: Back to the Basics"
"Post Fight Neurological Evaluation"
Vdara Hotel & Spa
Las Vegas, Nevada

10.30.14     SLI Awards Banquet
Introducing People

10.24.14     French Rugby Federation
"Return to Play After Cervical Spine Injury"
Biarritz, France

10.23.14          French Rugby Federations
                  "Second Impact Syndrome Update"
                  Biarritz, France

10.16.14          31st Annual BIA Colorado Conference
                  "Concussion Management: Yesterday, Today Tomorrow"
                  Colorado Convention Center
                  Denver, CO

10.14.14          NHL Presentation
                  "Concussion/Post Concussion Syndrome and CTE"
                  Boston, MA

10.8.14           Oakmeadow School
                  "ImPACT Testing and Concussion Management"
                  Littleton, MA

8.13.14           Western University
                  "Sport Safety and Accident Reduction, Including The Establishment of Helmet Standards"
                  "Treatment Outcomes, Signs and Symptoms and Contemporary Treatment Strategies"
                  London, ON, Canada

7.31.14           #C4CT Concussion Awareness Summit
                  "Current State of Sport Concussion"
                  United Nations Headquarters
                  NYC, NY

7.18.14           Third Annual Western Slope Sports Medicine Clinical Symposium
                  "Concussion Management – Yesterday, Today, Tomorrow"
                  Grand Junction, CO

7.15.14           Hit Count Meeting

6.20.14           NOCSAE Summer Meeting
                  Boston, MA

6.5.14            Concord Rotary Club
                  "Why Youth Are At Increased Risk of Concussion"
                  Concord, MA

5.29.14           White House Concussion Summit
                  Washington, DC

5.23.14           11th Annual Sports Conference
                  "Practice Like Pros"
                  Martin Conference Center
                  Harvard Medical School
                  Boston, MA

5.16.14           9th Annual Brain Injury Rehabilitation Conference
                  "Update on Chronic Traumatic Encephalopathy"
                  "Management of Concussion in Student Athletes"
                  Liberty Station conference Center
                  San Diego, CA

5.8.14            New England Youth Concussion forum

"Concussion Past, Present, Future"
Gillette
Foxboro, MA

4.26.14    2014 Sports Sciences Symposium
"Concussions:  The Current Concussion Lessons We Have Learned"
Hilton Orlando at Lake Buena Vista Hotel
Orlando, FL

4.6.14    AMSSM
"Neurological Assessment and Concussion Management"
"Breaking Backbones:  Diagnosis and Management of Spinal Fractures in Athletes"
Hyatt Regency New Orleans
New Orleans, LA

3.29.14    ARP Mid Term Board Meeting
Miami, FL

3.21.14    Mackey White TBI Committee Meeting
Waldorf Astoria, Orlando
Orlando, FL

3.17.14    Brain Injury Association of South Carolina
"Short Term and Long Term Results of Repetitive Sub-Concussive and Concussive Head Injury"
Columbia, SC

2.27.14    Press Conference
"House Bill 5113, An Act Concerning Youth Athletics and Concussion"
Hartford, CT

1.29.14    C4CT Concussion Awareness Summit
"Long Term Consequences of Repetitive Brain Trauma: CTE and Neurodegeneration"
United Nations
NYC, NY

1.23.14-1.24.14    5th Annual USA Rugby sports Medicine Symposium
"Short Term and Long Term Results of Repetitive Sub-Concussive and Concussive Head Injury"
Las Vegas, NV

1.17.14    NOCSAE Winter Board Meeting 2014
SAC Presentation
Royal Palms
Phoenix, AZ

1.9.14    NASCAR Meeting
John Bobo, Steve O'Donnell, Jim Cassidy, Thomas Gideon, P.E., John Patalak, P.E.
Daytona, FL

12.14.13    Beth Israel Deaconess Hospital
"Risks for and Management of Patients with Concussions"
Dedham Holiday Inn
Dedham, MA

12.13.13    NCCSIR

Chapel Hill, NC

11.25.13          Safe Sports Think Tank:  Exploring the relationship between childhood sports-related
                  concussions and long-term cognitive outcomes
                  "What Should Parents Know About Short and Long-Term effect of Concussions, and Should
                  Parents Limit Sports Activities For Children Who Have Suffered Multiple Concssions"
                  Washington, DC

11.14.13          Press Conference
                  Legislative Office Building
                  Albany, NY

10.25.13          Boston Sports Medicine Symposium 2013
                  "How to Reduce the Risk of Concussions and CTE in Collision Sports"
                  Waltham Woods conference Center
                  Waltham, MA

10.24.13          ARP Annual conference
                  "Relationships Between CTE and Concussive Exposure in Contact Sports"
                  Symposium:  Concussion and Action Points
                  VDARA Hotel & Spa
                  Las Vegas, NV

10.16.13          Annual Emerson Hospital Auxiliary
                  "The Concussion Crisis:  Where Are We Today?"
                  Nashawtuc Country Club
                  Concord, MA

10.4.13           Reading Hospital
                  Grand Rounds
                  "Concussion Crisis in Youth Sports"
                  Thun/Janseen Auditorium
                  West Reading, PA

9.26.13           Belmont Hill School
                  "Concussion Update"
                  Belmont, MA

9.17.13           Emerson Hospital Cooperator Dinner
                  "The Concussion Crisis in 2013"
                  Emerson Hospital
                  Concord, MA

9.12.13           Fourth Annual Sports Law & Ethics Symposium
                  Santa Clara, CA

8.18.13           LA84 Foundation
                  "The Concussion Crisis in Youth Sports"
                  Los Angeles, CA

8.10.13           Massachusetts Coaches' Association
                  "Practice Like Pro's"
                  Worcester, MA

7.13.13           AOSSM 2013 Annual Meeting
                  Sheraton Chicago Hotel & Towers

|           | Chicago, IL |
|-----------|-------------|
| 6.28.13 | NOCSAE Summer Board Meeting<br>Fairmont Olympic Hotel<br>Seattle, WA |
| 5.17.13 | 10th Annual Sports-Related Conference on Concussion and Spine Injury<br>"Cervicogenic Headache, Upper Cervical Spine"<br>Martin conference Center at Harvard Medical School<br>Boston, MA |
| 4.24.13 | Mackey-White TBI Committee Meeting<br>Westin Grand Central<br>New York, NY |
| 4.11.13 | New England Patriots Alumni Club, Inc.<br>CBS Scene, Patriots Place<br>Foxboro, MA |
| 4.10.13 | SLI Reception<br>Boston Harbor Hotel<br>Boston, MA |
| 4.8.13 | NOCSAE SAC Meeting<br>Westin Atlanta Airport Hotel<br> Atlanta, GA |
| 3.22.13 | 8th Annual Brain Injury Rehabilitation Conference<br>"The Concussion Crisis-Later Life Consequences"<br>"Why We Need to Re-Think How Youth Sports Are Played"<br>Sheraton Carlsbad Resort<br>Carlsbad, CA |
| 3.9.13 | Second Matthew Gfeller Neurotrauma Symposium<br>"Are Professional Sports Athletes Different From the Rest?<br>Chapel Hill, NC |
| 1.27.13 | NOCSAE Board Meeting<br>SAC Presentation<br>Fairmont Olympic Hotel<br>Seattle, WA |
| 12.1.12 | APR Winter Board Meeting<br>Atlantic City, NJ |
| 11.16.12 | NOCSAE Grant Meeting<br>Chapel Hill, NC |
| 11.14.12 | "Concussion and Our Kids"<br>Park School of Baltimore<br>Baltimore, MD |
| 11.4.12 | 4th International Consensus Conference on Concussion in Sport<br>Writing Group<br>FIFA House |

|  | Zurich Switzerland |
|---|---|
| 10.31.12 -<br>11.4.12 | 4th International Consensus Conference on Concussion in Sport<br>"The NFL and Brain Safety First Since Zurich 2008<br>FIFA House<br>Zurich Switzerland |
| 10.27.12 | Boston Sports Symposium<br>"Protecting the Athlete's Brain"<br>Waltham Woods Conference Center<br>Waltham, MA |
| 10.26.12 | 2012 Brain Trauma and the Athlete Conference<br>"Case Presentations and Discussion of Concussion, Post-Concussion Syndrome<br>And CTE"<br>The Conference Center at Bentley College<br>Waltham, MA |
| 10.26.12 | 2012 Brain Trauma and the Athlete Conference<br>"Graduated Return to Play and Academics"<br>The Conference Center at Bentley College<br>Waltham, MA |
| 10.26.12 | 2012 Brain Trauma and the Athlete Conference<br>"Pathophysiology and Biomechanics of Concussion, Head Injury, and<br>Second Impact Syndrome"<br>The Conference Center at Bentley College<br>Waltham, MA |
| 10.25.12 | 2012 Hit Count Symposium<br>"Evidence of Dose-Related Brain Damage and Disease-Is there a Threshold?"<br>Waltham, MA |
| 10.13.12 | Eighteenth Annual Brain Injury Symposium<br>Keynote Speaker<br>"Short and Long-term Consequences of Repetitive Head Trauma, Post Concussion<br>Syndrome – CTE Chronic Traumatic Encephalopathy"<br>JW Marriott Hotel<br>Miami, FL |
| 10.12.12 | 2nd Annual Conference Concussion in Athletics: From Brain to Behavior"<br>"Consequences of "Ignorance & Arrogance" in accurate assessment of sport-related<br>Concussions"<br>Penn State University, PA |
| 9.30.12 | Cleveland Clinic Lou Ruvo Center for Brain Health<br>"Chronic Traumatic Encephalopathy (CTE) Conference 2012"<br>"CTE in the NFL: What Changes Have Been Made and What More Needs to be Done?"<br>Frank Gehry – designed Keep Memory Alive Center<br>Las Vegas, NV |
| 8.15.12 | St. Mary's Healthcare<br>Gloversville High School<br>"Short and Long-term Consequences of Repetitive Head Trauma, Post Concussion |

|         |                                                                                                                                                                 |
|---------|-----------------------------------------------------------------------------------------------------------------------------------------------------------------|
|         | Syndrome – CTE Chronic Traumatic Encephalopathy"<br>Gloversville, NY                                                                                              |
| 8.15.12 | St. Mary's Healthcare<br>Amsterdam High School\<br>"Short and Long-term Consequences of Repetitive Head Trauma, Post Concussion<br>Syndrome – CTE Chronic Traumatic Encephalopathy"<br>Amsterdam, NY |
| 7.19.12 | Center for the Study of Traumatic Encephalopathy<br>Presentation to President BU                                                                                 |
| 6.14.12 | NOCSAE Board Meeting<br>NOCSAE Scientific Advisory committee Report to the Board<br>Intercontinental Hotel<br>Kansas City, MO                                     |
| 6.1.12  | ARP Annual Meeting<br>"Concussion and Head Trauma in Martial Arts"<br>San Francisco Marriott Marquis<br>San Francisco, CA                                        |
| 5.26.12 | Congress AQMS 2012<br>"Concussion Update 2012"<br>Grenville-sur-la-Rouge<br>Montreal Canada                                                                      |
| 5.18.12 | Children' Hospital Annual Sports Medicine Meeting<br>Sports-Related Conference on Concussion and Spine Injury<br>"Prevention of Concussion: What Works, What Doesn't"<br>Joseph B. Martin Conference Center<br>Boston, MA |
| 5.11.12 | Injuries in Football 2012<br>"Head and Spine Injuries in Football: Concussion: Where are We Now"<br>Andrews Institute<br>Destin, FL                              |
| 4.24.12 | FC Stars of MA<br>"Concussion Prevention"<br>Nashawtuc Country Club<br>Concord, MA                                                                               |
| 4.23.12 | National School Board Association Meeting<br>"Head Injuries"<br>Boston Convention Center<br>Boston, MA                                                            |
| 4.18.12 | NOCSAE Retreat<br>Westin Atlanta Airport<br>Atlanta, GA                                                                                                          |
| 4.13.12 | Emerson Hospital Grand Rounds<br>"Current Concepts and Future Trends in Concussion Evaluation, Management and Treatment"<br>Assembly Room A/B<br>Emerson Hospital |

|  | Concord, MA |
|---|---|

4.11.12       FC Stars of MA
"Concussion Prevention"
Nashawtuc Country Club
Concord, MA

3.26.12       NFLPA Annual Meeting
Mackey-White Traumatic Brain Injury Committee
Marco Island Marriott
Marco Island, FL

3.23.12       2012 Harvard Law Sports Symposium
"Concussion Crisis in Professional Sports"
Panelist
Harvard Law School
Cambridge, MA

3.23.12       Parker Memorial DBP CME Program BU/BMC
"Youth Concussions: Diagnosis, Management Including Return to Play and Prevention"
Boston University School of Medicine
Boston, MA

3.21.12       FC Stars of MA
"Concussion Prevention"
Nashawtuc Country Club
Concord, MA

3.18.12       NHL Meeting
New York, NY

3.11.12       APR Meeting
JW Marriott
Indianapolis, IN

2.25.12       Professional Football Chiropractic Meeting
"Concussion Management: Short and Long-term Consequences of Mismanaging a Concussion"
Indianapolis, IN

2.25.12       Professional Football Chiropractic Meeting
"Catastrophic and Long-Term Outcomes After Traumatic Brain Injury"
Indianapolis, IN

1.28.12       LifeBridge Health Concussion Symposium
"Chronic Effects of Concussive Injury"
Sinai Hospital of Baltimore Zamoiski Auditorium
Baltimore, MD

1.25.12       Syracuse Neuroscience Grand Rounds
"Short and Long Term Consequences of Mismanaging a Concussion
Upstate Medical University
Syracuse, NY

1.21.12       NOCSAE Board Meeting
SAC Report to Board of Trustees
Royal Palms

                Phoenix, AZ

| | |
|---|---|
| 1.7.12 | Eastern Athletic Trainers Association |
| | "Concussion Update" |
| | Copley Plaza |
| | Boston, MA |
| | |
| 12.10.11 | Beth Israel Deaconess Hospital Core Curriculum Series |
| | "Traumatic Brain Injury: From Concussions to More Severe Injuries" |
| | Dedham Holiday Inn |
| | Dedham, MA |
| | |
| 12.9.11 | Retired Men's Association |
| | "Concussion Update" |
| | First Baptist Church |
| | Sudbury, MA |
| | |
| 12.5.11 | Congressional Hearings Testimony |
| | NOCSAE |
| | Congress |
| | Washington, DC |
| | |
| 11.17.11 | Hyannis Rotary Club Luncheon |
| | "Concussion Crisis" |
| | Hyannis Country Club |
| | Hyannis, MA |
| | |
| 11.14.11 | NOCSAE Youth Football Helmet Meeting |
| | Westin Atlanta Airport |
| | Atlanta, GA |
| | |
| 11.4.11 | Boston Shoulder and Sports Symposium 2011 |
| | "Concussion Update" |
| | Conference Center at Waltham Woods |
| | Waltham, MA |
| | |
| 10.28.11 | 2011 Brain Trauma and Athletic Conference |
| | Boston University Center for the Study of Traumatic Encephalopathy |
| | "Return to Play Guidelines and Step-by-step Clinical Recommendations" |
| | Framingham Sheraton |
| | Framingham, MA |
| | |
| 10.27.11 | APR Annual Meeting |
| | "Chronic Traumatic Encephalopathy" |
| | Omni Orlando Resorts Championship Gate |
| | Orlando, FL |
| | |
| 10.24.11 | Harvard University Lunch Time Learning Talk |
| | "The neurophysiological cascade of concussion and brain damage – what is going on in the gray/white matter? Brain stem trauma – shearing/tearing – CNS damage from whiplash direct blows |
| | Murr Center, Harvard University |
| | Boston, MA |

| | |
|---|---|
| 9.26.11 | 2011 Boston Public Schools Advanced Concussion Training<br>"Concussion Management for Coaches"<br>Northeastern University<br>Boston, MA |
| 9.22.11 | Athletics Committee Williams College<br>"New Trends in Concussion Management"<br>Williams College<br>Williamstown, MA |
| 9.22.11 | Athletics Committee Williams College<br>"Concussion for Coaches and Trainers"<br>Williams College<br>Williamstown, MA |
| 9.21.11 | Grand Rounds Haywood Hospital<br>"Current Evaluation and Management of Concussion"<br>Henry Haywood Hospital<br>Gardner, MA |
| 7.23.11 | 1st Annual USOC Sports Medicine Symposium<br>"Keynote Presentation: Current Concepts and Future Trends in Concussion Evaluation,<br>Management, and Treatment<br>Olympic Training Center<br>Colorado Springs, CO |
| 7.17.11 | ATSNJ 2nd Annual Sports Concussion Summit<br>"Keynote Presentation: Long-Term Effects of Concussion<br>Wyndham Princeton Forrestal Village<br>Plainsboro, NJ |
| 6.17.11 | NOCSAE Board Meeting<br>"Report of the Scientific Advisory Committee Meeting of 4.22.11<br>Carolina Inn<br>UNC Chapel Hill |
| 6.4.11 | 2011 Jacksonville Concussion Summit<br>"Concussion Management in your Community"<br>Brooks Rehabilitation Hospital<br>Jacksonville, FL |
| 6.4.11 | 2011 Jacksonville Concussion Summit<br>"Concussion 101"<br>Brooks Rehabilitation Hospital<br>Jacksonville, FL |
| 5.28.11 | Canadian Athletic Trainers Association Annual Meeting<br>"Chronic Traumatic Encephalopathy"<br>Banff, Alberta Canada |
| 5.27.11 | Sports-Related Conference on Concussion & Spine Injury<br>"How the NFL Has Become a Leading Concussion Advocate"<br>Fenway Park<br>Boston, MA |

5.7.11          Sports Related Concussion and Cervical Spine Injury Symposium
                "Everything You Wanted to Know About Sports Related Concussion:
                Epidemiology/Incidence/Research"
                Rust Auditorium – North Shore University Hospital
                Manhasset, NY

5.6.11          Andrews Institute "Injuries in Football" Conference
                "Concussion:  More Than Just a Headache"
                Destin, FL

4.30.11         Inaugural UNC Matthew Gfeller Center Sport-Related Neurotrauma Symposium
                "Catastrophic and Long-Term Outcomes of TBI"
                UNC Chapel Hill

4.30.11         Inaugural UNC Matthew Gfeller Center Sport-Related Neurotrauma Symposium
                "Pharmacological Interventions and Return-To-Play After Spinal Injury"
                UNC Chapel Hill

4.29.11         Head Injury Symposium: Stunts & Tumbling, Cheerleading and other female sports
                "Keynote Message, The Latest on the Concussion Crisis"
                Omni Parker House Hotel
                Boston, MA

4.22.11         NOCSAE Scientific Advisory Committee Meeting
                Westin Atlanta
                Atlanta, GA

4.1.11          MMS and DPS Sports Concussion Symposium and State Laws
                "Concussion Management and Prevention"
                Mass Medical Society Conference Room
                Waltham, MA

3.23.11         RI Primary Care Physicians Corporation
                "Concussion Management – New Strategies"
                Crowne Plaza
                Warwick, RI

3.19.11         Massachusetts Neurology Society
                "Traumatic Brain Injury – Pathophysiologic Mechanisms"
                Newton Marriott
                Newton, MA

2.26.11         Joint Commission on Sports Medicine and Science
                "Boxing Policy/Legislation: How it Can Be Improved"
                Philadelphia Convention Center
                Philadelphia, PA

2.26.11         Joint Commission on Sports Medicine and Science
                "Concussion Landscape"
                Philadelphia Convention Center
                Philadelphia, PA

2.25.11         NFL Players Association Mackie/White TBI Committee
                "Concussion and the Role of the Helmet"
                Conrad Hotel

Indianapolis, Indiana

02.02.11        39th Annual INS Meeting
                "Chronic Traumatic Encephalopathy: Long-term Consequences of Repetitive Brain Trauma"
                Boston, MA

1.14.11         Washington DC Children's Hospital
                National Forum on Youth Sport Concussion Taking Action State by State
                "The Concussion Landscape"
                Children's National Medical Center
                Washington, DC

1.11.11         Brigham Young University College of Life Sciences
                Sports Concussion and Brain Injury Seminar
                "Brain Injuries and Concussions"
                Brigham Young University, Provo, UT

12.13.10        NFL Players Association Meeting
                Mackey-White TBI Committee Members
                Washington, DC

12.8.10         NFL Meeting
                "NOCSAE: Current and future helmet standards
                NYC, NY

11.18.10        Retired Athletes Meeting
                Chapel Hill, NC

11.10.10        Get aHead Workshop: Emerging Knowledge and Significance of Sports-Related Concussions
                "International Perspective On Concussions"
                Dartmouth-Hitchcock Medical Center
                Hanover, NH

11.04.10        AAPRP Annual Meeting The Brain and Neck In Boxing and Related Sports
                "Concussion Definitions and Clinical Manifestations
                Omni Orlando Resort at ChampionsGate
                Orlando, FL

11.01.10        Hockey Concussion in Canada
                Hockey Concussion Education Project (HCEP) – an Independent Physicians' Study –
                Presentation of findings – Press Conference
                InterContinental Toronto Centre – Ontario Room
                Toronto, Canada

10.29.10        Boston Shoulder and Sports Symposium 15th Annual
                "Update Athletic Head and Neck Injuries"
                Mass Medical Society Conference Center
                Waltham, MA

10.20.10        Ice Hockey Summit: Action on Concussions
                "Incorporating Hockey and Medical Knowledge with Action Items for Prevention"
                Mayo Clinic
                Rochester, MN

| | |
|---|---|
| 10.13.10 | Lincoln Sudbury Regional High School Sports Conference |
| | "Concussion in Sports Update" |
| | LSRHS Auditorium |
| | Sudbury, MA |
| | |
| 10.5.10 | "Gender and Age Effects On Concussion" |
| | 22nd Annual Ironman Sports Medicine Conference in Conjunction with the 2010 |
| | Ford Ironman World Championships |
| | Royal Kona Resort |
| | Kailua-Kona, HI |
| | |
| 10.5.10 | "Overview of Sports Related Concussion" |
| | 22nd Annual Ironman Sports Medicine Conference in Conjunction with the 2010 |
| | Ford Ironman World Championships |
| | Royal Kona Resort |
| | Kailua-Kona, HI |
| | |
| 10.1.10 | BU Second Annual Head Trauma in the Athlete Conference |
| | Massachusetts Medical Society Auditorium |
| | Waltham, MA |
| | |
| 9.23.10 | Emerson Hospital Youth Sports Injury Symposium |
| | Concussions in Sports |
| | Concord Carlisle High School Auditorium |
| | Concord, MA |
| | |
| 9.22.10 | New Hampshire Pediatric Society |
| | "Concussion Recognition, Management and Long term Sequellae" |
| | SERESC Conference Center |
| | Bedford, NH |
| | |
| 9.15.10 | Brigham and Women's Hospital CORE Meeting |
| | "Head Injuries and Athletes and Return to Play" |
| | Brigham and Women's offsite at Chestnut Hill |
| | Chestnut Hill, MA |
| | |
| 8.21.10 | Athletic Trainers Association of New Jersey Concussion Summit |
| | "Management of Concussion 2010" |
| | Philadelphia, PA |
| | |
| 6.28.10 | "Coaches and Concussion" |
| | Hooksett, NH |
| | |
| 6.17.10 | "Physical Fitness and Sports Medicine – Post Concussion" |
| | "Short and Long Term Consequences of Mismanaging Concussion" |
| | 8th Annual Symposium on Men's Health |
| | Mass Medical Society Headquarters |
| | Waltham, MA |
| | |
| 6.12.10 | United States Sports Academy |
| | 2009 United States Sports Academy Ernst Jokl Sports Medicine Award Presentation |
| | To Dr. Robert Cantu |
| | Harvard University |
| | Cambridge, MA |

5.18.10        Association of Chief Executives of Sport
               "Short and Long Term Consequences of Mismanaging Concussion
               Antlers Hilton Hotel
               Colorado Springs, CO

5.14.10        "What is a Concussion? Current Consensus Guidelines"
               The Seventh Annual Sports-Related Conference on Concussion & Spine Injury
               Presented by Brigham and Women's Hospital
               Fenway Park
               Boston, MA

5.7.10         Keynote Speaker
               "Chronic Traumatic Encephalopathy"
               Neurology in the News
               The University of Toledo, Department of Neurology and Center for Continuing Medical
               Education
               Eleanor N. Dana Conference Center – University of Toledo
               Toledo, Ohio

4.29.10        "Concussion in Sports Presentation at the CDC"
               National Center for Injury Prevention and Control
               Centers for Disease Control and Prevention
               Atlanta, GA

4.26.10        "2010 Sports and Society Colloquium"
               Brown University, Salomon Hall
               Providence, RI

4.22.10        "Short and Long Term Consequences of Mismanaging an Athletic Concussion"
               2010 Injuries in Football Course
               Andrews Institute
               Pensacola, FL

4.8.10         "Short and Long Term Consequences of Mismanaging Concussion"
               Massachusetts General Hospital Neurosurgery Grand Rounds
               Ether Dome, MGH
               Boston, MA

4.7.10         "Short and Long Term Consequences of Mismanaging a Concussion"
               Boston University Grand Rounds
               Boston University School of Medicine Continuing Medical Education
               Boston, MA

3.12.10        "The Triad of Symptomatic Concussion, Second Impact Syndrome and Thin Subdural
               Hematoma"
               Is Football Bad for the Brain?
               Forensic Scientific, Medical-Legal and Societal Aspects of Concussion Debate
               The Cyril H. Wecht Institute of Forensic Science and Law

3.12.10        "Update on NFL Concussion Committee Experiences"
               Is Football Bad for the Brain?
               Forensic Scientific, Medical-Legal and Societal Aspects of Concussion Debate

The Cyril H. Wecht Institute of Forensic Science and Law

| | |
|---|---|
| 3.7.10 | "Interactive Case Studies<br>Youth Sports Concussions: Education to Legislation<br>Kane Hall Rm 130<br>University of Washington Campus<br>Seattle, Washington |
| 3.6.10 | Keynote Speaker<br>"Chronic Traumatic Encephalopathy"<br>Youth Sports Concussions: Education to Legislation<br>Kane Hall Rm 130<br>University of Washington Campus<br>Seattle, Washington |
| 2.18.10 | "The Short and Long Term Consequences of Mismanaging Concussion"<br>Concussion and Mild Traumatic Brain Injury: Update 2010<br>CSM Annual Meeting<br>Omni San Diego Hotel<br>San Diego, CA |
| 1.26.10 | NFL Players Association Concussion Committee<br>Medical Committee<br>Breakers<br>Palm Beach, FL |
| 1.9.10 | "Concussions"<br>Eastern Athletic Trainers Association Annual Meeting<br>Marriott Copley<br>Boston, MA |
| 11.10.09 | "Managing Concussion"<br>Pediatric Brain Injury Conference – BIA-MA<br>Best Western Royal Plaza<br>Marlborough, MA |
| 11.6.09 | "Panel Discussion on TBI"<br>Partnership for Military Medicine Symposium<br>Omni Shoreham Hotel<br>Washington, DC |
| 10.30.09 | "Concussions"<br>Fourteenth Annual Boston Shoulder and Sports Symposium 2009<br>Conference Center<br>Waltham Woods, Waltham, MA |
| 10.29.09 | CNN  - Lou Dobbs<br>"Testimony before U.S. House Judiciary Committee"<br>Time Warner Building – CNN Headquarters, NYC<br>New York, NY |
| 10.29.09 | "Testimony Before U.S. House Judiciary Committee – Hearing on Legal Issues Relating<br>To Football Head Injuries" |

|  | Rayburn Building<br>Washington, DC |
|---|---|
| 10.16.09 | "Study of Traumatic Encephalopathy"<br>The American Association of Professional Ringside Physicians, Inc.<br>2009 Annual Medical Seminar<br>Mohegan Sun<br>Uncasville, CT |
| 10.2.09 | Welcoming Remarks<br>"Overview of Current Concussion Consensus Statements Including Zurich Conference"<br>Concussion and the Athlete<br>Boston University Medical Center School of Medicine Continuing Education<br>Gillette Stadium, Foxboro, MA |
| 10.2.09 | "Panel Discussion"<br>Concussion and the Athlete<br>Boston University Medical Center School of Medicine Continuing Education<br>Gillette Stadium, Foxboro, MA |
| 10.2.09 | "Chronic Traumatic Encephalopathy and the Athlete – Update from the Center for the Study<br>Of Traumatic Encephalopathy"<br>Concussion and the Athlete<br>Boston University Medical Center School of Medicine Continuing Education<br>Gillette Stadium, Foxboro, MA |
| 9.3.09 | "Traumatic Brain Injury in Sports: When Can the Athlete Return to Play?"<br>XIV World Congress of Neurological Surgery of the WFNS<br>Boston, MA |
| 6.18.09 | "The Concussion Dilemma: Are We Headed in the Right Direction"<br>60th NATA Annual Meeting and Clinical Symposia<br>Henry B. Gonzalez Convention Center<br>San Antonio, TX |
| 5.27.09 | "Managing Sports Related Concussion in the Youth and Adolescent Athlete"<br>American College of Sports Medicine Annual Meeting<br>Seattle, WA |
| 5.20.09 | "Overview of Sports Concussion Consensus Statements and Chronic Traumatic<br>Encephalopathy"<br>Brain Injury Association of New Hampshire 26th Annual Brain Injury and Stroke Conference<br>Radisson, Manchester, NH |
| 5.15.09 | "Playing with Post Concussion Symptoms: Alarming Rates and Prevalence"<br>3rd Annual National Summit on Concussion and Other Sports Medicine Injuries<br>Westin Hotel LAX<br>Los Angeles, CA |
| 5.15.09 | "What Should a Concussion Evaluation Consist Of"<br>3rd Annual National Summit on Concussion and Other Sports Medicine Injuries"<br>Concurrent Afternoon Session<br>Westin LAX<br>Los Angeles, CA |
| 5.14.09 | Keynote Address: |

|  | College Athletic Trainers' Society<br>2009 Spring Symposium for Athletic Trainers and Team Physicians<br>The Orleans Hotel and Casino<br>Las Vegas, Nevada |
|---|---|
| 5.9.09 | "Concussion Management: Yesterday, Today and Tomorrow"<br>Sanford Sports Medicine Symposium<br>Sanford University South Dakota Medical Center<br>Sioux Falls, South Dakota |
| 5.9.09 | "Return to Play Issues Following Cervical Spine Injury"<br>Sanford Sports Medicine Symposium<br>Sanford University South Dakota Medical Center<br>Sioux Falls, South Dakota |
| 5.9.09 | "Catastrophic and Long Term Effects of Concussion"<br>Sanford Sports Medicine Symposium<br>Sanford University South Dakota Medical Center<br>Sioux Falls, South Dakota |
| 5.9.09 | "On-the-Field Management of the Concussed Athlete"<br>Sanford Sports Medicine Symposium<br>Sanford University South Dakota Medical Center<br>Sioux Falls, South Dakota |
| 5.1.09 | "Overview: Current Concussion Guidelines from the International Study Group"<br>6th Annual Sports Conference<br>BWH Hospital Conference<br>Fenway Park<br>Boston, MA |
| 4.27.09 | "Coaches Education Initiative"<br>Neurologic Head and Spine Injuries Semester Course Lecture<br>University of North Carolina – Doctorate Program Presentation<br>Chapel Hill, NC |
| 4.27.09 | "Celebrity Athletes – Is Management the Same?"<br>Neurologic Head and Spine Injuries Semester Course Lecture<br>University of North Carolina – Doctorate Program Presentation<br>Chapel Hill, NC |
| 4.27.09 | "Legal Case Discussion Sport and the Law"<br>Neurologic Head and Spine Injuries Semester Course Lecture<br>University of North Carolina – Doctorate Program Presentation<br>Chapel Hill, NC |
| 4.21.09 | "Traumatic Brain Injury & Physiological Disorders Facing Athletes Post Performance"<br>Summit on Health of the Former Professional Athlete<br>LaQuinta Spa and Resort<br>Palm Springs, CA |
| 4.13.09 | "Pharmacological Interventions in Management of Spine Injuries"<br>Neurologic Head and Spine Injuries Semester Course Lecture<br>University of North Carolina – Doctorate Program Presentation |

Chapel Hill, NC

| | |
|---|---|
| 4.13.09 | "Return to Play After Spinal Injury"<br>Neurologic Head and Spine Injuries Semester Course Lecture<br>University of North Carolina – Doctorate Program Presentation<br>Chapel Hill, NC |
| 4.13.09 | "Spine Injuries and Contraindications to Participation in Collision Sports"<br>Neurologic Head and Spine Injuries Semester Course Lecture<br>University of North Carolina – Doctorate Program Presentation<br>Chapel Hill, NC |
| 4.5.09 | "Current Concussion Classification and Return to Play Criteria"<br>First Annual Spring Current Concepts in Sports Related Concussions Symposium<br>Athletic Trainer Solutions<br>St. Paul Catholic High School<br>Bristol, CT |
| 3.16.09 | "Overview of Injury Types and Associated Complications"<br>Neurologic Head and Spine Injuries Semester Course Lecture<br>University of North Carolina – Doctorate Program Presentation<br>Chapel Hill, NC |
| 3.16.09 | "Anatomy and Biomechanics of Spine Injuries in Sport"<br>Neurologic Head and Spine Injuries Semester Course Lecture<br>University of North Carolina – Doctorate Program Presentation<br>Chapel Hill, NC |
| 3.16.09 | "Spine Injuries – Which Sports are at Greatest Risk and Why?"<br>Neurologic Head and Spine Injuries Semester Course Lecture<br>University of North Carolina – Doctorate Program Presentation<br>Chapel Hill, NC |
| 2.16.09 | "Case Studies"<br>Neurologic Head and Spine Injuries Semester Course Lecture<br>University of North Carolina – Doctorate Program Presentation<br>Chapel Hill, NC |
| 2.16.09 | "Parkinson's Disease"<br>Neurologic Head and Spine Injuries Semester Course Lecture<br>University of North Carolina – Doctorate Program Presentation<br>Chapel Hill, NC |
| 2.16.09 | "Chronic Traumatic Encephalopathy"<br>Neurologic Head and Spine Injuries Semester Course Lecture<br>University of North Carolina – Doctorate Program Presentation<br>Chapel Hill, NC |
| 2.16.09 | "Post Concussion Syndrome"<br>Neurologic Head and Spine Injuries Semester Course Lecture<br>University of North Carolina – Doctorate Program Presentation<br>Chapel Hill, NC |
| 1.27.09 | Press Conference<br>Chronic Traumatic Encephalopathy<br>In Association with the Super Bowl |

Tampa, Florida

1.26.09         "Anatomical Dissection of the Brain"
Neurologic Head and Spine Injuries Semester Course Lecture
University of North Carolina – Doctorate Program Presentation
Chapel Hill, NC

1.26.09         "Headaches in the Athlete"
Neurologic Head and Spine Injuries Semester Course Lecture
University of North Carolina – Doctorate Program Presentation
Chapel Hill, NC

1.26.09         "Epilepsy and Athletics"
Neurologic Head and Spine Injuries Semester Course Lecture
University of North Carolina – Doctorate Program Presentation
Chapel Hill, NC

1.26.09         "Stroke in Athletes"
Neurologic Head and Spine Injuries Semester Course Lecture
University of North Carolina – Doctorate Program Presentation
Chapel Hill, NC

1.26.09         "Malignant Brain Edema and Second Impact Syndrome"
Neurologic Head and Spine Injuries Semester Course Lecture
University of North Carolina – Doctorate Program Presentation
Chapel Hill, NC

1.26.09         "Intercerebral Hematoma"
Neurologic Head and Spine Injuries Semester Course Lecture
University of North Carolina – Doctorate Program Presentation
Chapel Hill, NC

1.17.09         "Current Testing and Return to Play Issues/Guidelines – Zurich Update"
London Hockey Concussion Summit
London Hilton Hotel
London, Ontario, Canada

1.12.09         "Ionic and Metabolic Consequences of Concussion"
Neurologic Head and Spine Injuries Semester Course Lecture
University of North Carolina – Doctorate Program Presentation
Chapel Hill, NC

1.12.09         "Athletic Head Injuries – Which Sports are at Greatest Risk and Why?"
Neurologic Head and Spine Injuries Semester Course Lecture
University of North Carolina – Doctorate Program Presentation
Chapel Hill, NC

1.9.09         "Post Concussion Syndrome and Traumatic Encephalopathy"
Emerson Hospital Medical Staff Clinical Conference
Emerson Hospital, Concord, MA

1.6.09         "Post Concussion Syndrome and Traumatic Encephalopathy"
Boston University Grand Rounds Presentation
Boston, MA

10.30-31.08    "Is Immediate Return to Play in the Same Game Ever Justified?"
               3rd International Conference on Concussion in Sport
               Hotel Zurichberg
               Zurich Switzerland

10.18.08       "Pituitary Dysfunction in Professional Boxing and the National Football League"
               2008 Annual Medical Seminar, AAPRP
               Paris/Bally's Resort & Casino
               Las Vegas, Nevada

10.3.08        "Return to Boxing After Subdural Hematoma – When?"
               World Boxing Association Medical Seminar, 87th Annual Convention
               Hotel Barcelo Bavaro Palace
               Punta Cana, Dominican Republic

9.18.08        "Traumatic Brain Injury and Shaken Baby Syndrome"
               14th International Conference Child Abuse Allegations: Separating Scientific Fact from Fiction
               Riviera Hotel and Casino
               Last Vegas, NV

7.24.08        "Preventive Aspects of Sports Concussion"
               New Developments in Sports-Related Concussion Conference
               Sheraton Station Square
               Pittsburgh, PA

6.21.08        "Concussion in Sports"
               New York State Public High School Athletic Association (NYSPHSAA)
               Saratoga, NY

6.11.08        "Neurotrauma in Sports"
               Symposium on the Prevention of Spinal Cord Injuries and Concussions in Hockey
               Hockey Hall of Fame
               Toronto, Canada

5.28.08        "Neuropsychological Assessment of the Concussed Athlete: Only One Piece of the Concussion
               Puzzle"
               ACSM 55th Annual Meeting
               Indianapolis, IN

5.9.08         "Concussion in Women Athletes"
               2008 Sports Related Conference on Concussion and Spine Injury
               Brigham and Women's Hospital
               Fenway Park
               Boston, MA

5.3.08         "Concussion in Sports"
               The Hill School
               Pottstown, PA

5.1.08         "Concussion and High School Sports, Risks and Management"
               Arlington High School
               Arlington, MA

| | |
|---|---|
| 4.19.08 | "Concussion in Sports: Does Gender Matter?"<br>The National Concussion Summit<br>Concussion in Sports: Advancing Health and Safety<br>Marriott Hotel<br>Marina del Rey, CA |
| 4.18.08 | "Concussion in Sports: Does Gender Matter?"<br>The National Concussion Summit<br>Concussion in Sports: Advancing Health and Safety<br>Marriott Hotel<br>Marina del Rey, CA |
| 4.3.08 | "Concussions and Sports"<br>Winchester High School<br>Winchester, MA |
| 3.13.08 | "Clinical Models for Concussion Management and Return to Play"<br>Fourth International Meeting on Minor Traumatic Brain Injury in Sports<br>Hotel Crystal, St. Moritz, Switzerland |
| 3.8.08 | "Concussions and the Sports Legacy Institute"<br>Joint Commission on Sports Medicine and Science 2008<br>New Orleans Hilton Riverside<br>New Orleans, LA |
| 12.13.07 | "Current Advances in Concussion Management/Traumatic Encephalopathy"<br>Grand Rounds<br>Brigham and Women's Hospital<br>Boston, MA |
| 11.29.07 | "Concussion in Sports"<br>Two presentations to student assemblies<br>Concord Carlisle High School<br>Concord, MA |
| 11.28.07 | "Concussion and Sports"<br>Presentation for parents, coaches, trainers, nurses and physicians<br>Concord Carlisle High School<br>Concord, MA |
| 11.26.07 | "Chronic Traumatic Encephalopathy/Concussion"<br>Boston Medical Center Grand Rounds<br>Boston Medical Center<br>Boston, MA |
| 11.29.07 | "Update Baby Joe Mesi"<br>Medical Advisory Board Meeting<br>Massachusetts Boxing Commission<br>McCarthy Building<br>Boston, MA |
| 11.29.07 | "More Than Just a Bump on the Head"<br>Concord Carlisle High School Students Presentation |

---

Two Presentations One hour each to student body
Concord, MA

11.28.07           "More Than Just a Bump on the Head"
Concord Carlisle High School Parents Presentation
Concord, MA

11.26.07           "Concussion and Sports Related Head Injury"
Neurosurgery/Surgery Grand Rounds
Boston University Medical Center
Boston , MA

11.15.07           "Joe Mesi Update"
AAPRP Annual Meeting
Intercontinental Hotel and Resort
San Juan, Puerto Rico

10/29/07          "Concussion  in High School"
Woburn High School
Woburn, MA

10/26/07          "Concussion and Sudden Death: Coping With Two Crises"
Independent School Health Association Annual Meeting
New Canaan Country School
New Canaan, CT

9/27/07           "Concussions in High School"
Austin Prep School
Reading, MA

9/24/07           "The Concussion Crisis in Football"
U Mass Lowell Athletic Department Meeting
McGauvran Hall
Lowell, MA

9/17/07           "History of Concussion and Second Impact Syndrome"
New Hampshire Interscholastic Athletic Association
Annual Meting
Courtyard by Marriott
Concord, NH

7/13/07           "Concussion/Brain"
The American Orthopedic Society for Sports Medicine Annual Meeting
TELUS Convention Center
Calgary, Canada

7/12/07           "Spine Instructional Course"
The American Orthopedic Society for Sports Medicine Annual Meeting
TELUS Convention Center
Calgary, Canada

6/1/07           The D.B. Historical Lecture

"The Evolution of Sports-related Concussion Recognition, Management and Prevention: The Science, the Art and the Politics."
Annual Meeting ACSM
New Orleans, Louisiana

5.5.07      "Concussion: How to make the diagnosis and Overview of Current Concussion Consensus Statements"
Sports Specific Rehabilitation Program
High Performance Sports, Inc.
Peabody, MA

4/30/07      "Concussion Management and Diagnosis"
New England University Medical Department Seminar
New England University
Biddeford, ME

4/27/07      "Overview of Current Concussion Consensus Statement"
2007 Sports Related Conference on Concussion and Spine Injury
Fenway Park
Boston, MA

4.20.07      "Traumatic Encephalopathy Among NFL Players"
The National Concussion Summit. Concussion in Sports: The Under-Recognized Public Epidemic
The Marriott Hotel
Los Angeles, CA

4/20/07      "Concussion in Sports: State of the Science - Discussant
The National Concussion Summit: Concussion in Sports: The Under-Recognized Public Epidemic
The Marriott Hotel
Los Angeles, CAS

4/18/07      "Argument to Ban Boxing – Analysis of Neurological Injury"
75th Annual Meeting of the American Association of Neurological Surgeons
Washington, DC

3/15/07      "Can the Recognition and Treatment of Hypopituitarism After mTBI Influence Post Concussion Syndrome"
Third International Meeting on Minor Traumatic Brain Injuries in Sports
St. Moritz, Switzerland

3/14/07      "How Many Concussion Are Too Many"
Third International Meeting on Minor Traumatic Brain Injuries in Sports
St. Moritz, Switzerland

12/8/06      "Cervical Spine Return to Play Issues"
ACSM -  Advanced Team Physician Course
Omni Orlando Resort at Championsgate
Orlando, FL

12/8/06      "MBTI Return to Play Issues"
ACSM Advanced Team Physician Course
Omni Orlando Resort at Championsgate

|          | Orlando, FL |
|----------|-------------|
| 11/9/06  | "Concussion Management"<br>Acute Management of Mild Traumatic Brain Injury in Military Operational Settings<br>Department of Defense Meeting<br>Washington, DC |
| 10/24/06 | "A Case of Concussion in Pop Warner Football"<br>Playing It Safe<br>Brain Injury Association of Massachusetts Sports Injury Conference<br>Best Western Royal Plaza Hotel<br>Marlborough, MA |
| 9/15/06  | "Intracranial Bleeding in Boxing/The Joe Mesi Story Round 3"<br>American Association of Professional Ringside Physicians<br>2006 Annual Medical Seminar<br>Luxor Hotel and Casino<br>Las Vegas, NV |
| 9/9/06   | "Neurosurgery Head and Neck Injury Update"<br>Emerson Hospital Fall Sports Primer<br>Harvey Wheeler Community Center<br>Concord, MA |
| 05/19/06 | Case Presentations<br>Sports Related Concussion and Spine Injury Conference 2006<br>Brigham and Women's Neurological Injury Center<br>Fenway Park<br>Boston, MA |
| 05/13/06 | "Management of Cervical Injuries and Related Disorders"<br>Sports Medicine and Football: The 20006 Perspective<br>AOSSM Meeting<br>Seminole Hard Rock Hotel and Casino<br>Hollywood, FL |
| 05/12/06 | Physical Examination Spine<br>Sports Medicine and Football: The 2006 Perspective<br>AOSSM Meeting<br>Seminole Hard Rock Hotel and Casino<br>Hollywood, FL |
| 03/10/06 | "Return to Boxing After Intracranial Hemorrhage"<br>USA Boxing Physician Symposium 2006<br>US Olympic Training Center<br>Colorado Springs, CO |
| 03/10/06 | "Acute and Chronic Brain Injuries in Boxing"<br>USA Boxing Physician Symposium 2006<br>US Olympic Training Center<br>Colorado Springs, CO |
| 03/07/06 | "Acute TBI Assessment and Secondary Prevention" |

| | |
|---|---|
| | Armed Forces Epidemiological Board Meeting |
| | Armed Forces Medical Intelligence Center |
| | Fort Detrick Frederick, MD |
| | |
| 02/24/06 | "Evolution of the Understanding of Concussion" |
| | Concussion in Youth Sports Summit |
| | Brain Injury Association of New Jersey |
| | Stadium Club at Giants Stadium |
| | Rutherford, NJ |
| | |
| 10/28/05 | "PASSOR: Sub-Acute Assessment and Management: Grading Systems: Initial Symptom |
| | Management: Second Impact Syndrome: When to Order Imaging" |
| | American Academy of Physical Medicine and Rehabilitation |
| | 2005 Annual Assembly |
| | Philadelphia Marriott Downtown |
| | Philadelphia, PA |
| | |
| 10/28/05 | "PASSOR: Concussion/Mild Traumatic Brain Injury: Return to Play and Function Decision |
| | Making" |
| | American Academy of Physical Medicine & Rehabilitation |
| | 2005 Annual Assembly |
| | Philadelphia Marriott Downtown |
| | Philadelphia, PA |
| | |
| 10/27/05 | "PASSOR: Vienna Conference Update and Future Decisions: Meet the Experts" |
| | American Academy of Physical Medicine & Rehabilitation |
| | 2005 Annual Assembly |
| | Philadelphia Marriott Downtown |
| | Philadelphia, PA |
| | |
| 6/25/05 | "Catastrophic Spine Injury in American Football – effect of athlete education and rule change" |
| | 1st World Congress on Sports Injury Prevention |
| | Holmenkollen Park Hotel |
| | Oslo, Norway |
| | |
| 5/20/05 | "What's New in Concussion Research and Overview of Prague Concussion Consensus |
| | Statement |
| | Brigham and Women's 2nd Annual Sports Medicine Symposium |
| | Gillette Stadium |
| | Foxboro, MA |
| | |
| 5/20/05 | "NATA/AFCA Spearing in Football Task Force Recommendations" |
| | Brigham and Women's 2nd Annual Sports Medicine Symposium |
| | Gillette Stadium |
| | Foxboro, MA |
| | |
| 5/13/05 | "Concussion in Sports" |
| | Mass Academy of Family Physicians Annual Meeting |
| | Fort Point Sheraton |
| | Leominster, MA |

| | |
|---|---|
| 4/30/05 | "Interesting Sport Medicine Cases of Concussion in Athletes" |
| | Concussion in Sports Conference |
| | Penn State University |
| | The Penn Stater Conference Center Hotel |
| | University Park, PA |
| | |
| 4/29/05 | "Concussion Classification: Scales and Categories" |
| | Concussion in Sports Conference |
| | Penn State University |
| | The Penn Stater Conference Center Hotel |
| | University Park, PA |
| | |
| 3/10/05 | "Catastrophic Spinal Injuries in Football" |
| | 5th Annual Sports Medicine and Neurotrauma Review |
| | Portofino Bay Hotel |
| | Orlando, FL |
| | |
| 3/10/05 | "Management of Difficult Spine Cases In Athletes" |
| | 5th Annual Sports Medicine and Neurotrauma Review |
| | Portofino Bay Hotel |
| | Orlando, FL |
| | |
| 3/12/05 | "When to Retire After a Concussion" |
| | 5th Annual Sports Medicine and Neurotrauma Review |
| | Portofino Bay Hotel |
| | Orlando, FL |
| | |
| 3/12/05 | "Can Second Impact Syndrome Be Eliminated?" |
| | 5th Annual Sports Medicine and Neurotrauma Review |
| | Portofino Bay Hotel |
| | Orlando, FL |
| | |
| 3/12/05 | "Recommendations from 2004 NATA Position Statement" |
| | 5th Annual Sports Medicine and Neurotrauma Review |
| | Portofino Bay Hotel |
| | Orlando, FL |
| | |
| 3/12/05 | "2004 Prague International Concussion Conference Consensus Statement" |
| | 5th Annual Sports Medicine and Neurotrauma Review |
| | Portofino Bay Hotel |
| | Orlando, FL |
| | |
| 3/15/05 | "Concussion, Head and Neck Injuries" |
| | Spring Sports Primer |
| | Emerson Hospital/Harvey Wheeler Community Center |
| | West Concord, MA |
| | |
| 2/9/05 | "Alanto-Occipital Dislocation – A Largely Preventable Previously Fatal Injury" |
| | Motorsports Safety Conference |
| | American College of Sports Medicine Team Physician Pre Conference Course |
| | Hyatt Regency on the Boardwalk |
| | San Antonio, TX |

| | |
|---|---|
| 11/5/04 | "National Football League (NFL) and NCAA Football Study"<br>IIHF Meeting<br>Second International Symposium on Concussion in Sport<br>Prague, Czech Republic |
| 11/6/04 | "How can we prevent diffuse brain swelling/SIS in children?<br>IIHF Meeting<br>Second International Symposium on Concussion in Sport<br>Prague, Czech Republic |
| 11/6/04 | "When Should an Athlete Retire Following Concussion"<br>IIHF Meeting<br>Second International Symposium on Concussion in Sport<br>Prague, Czech Republic |
| 9/23/04 | "Primary Care Management of Closed Head Injuries"<br>Southboro Medical Group Meeting<br>Southboro, MA |
| 7/18/04 | "Concussion Guidelines - Current Status"<br>University of Pittsburgh Medical Center<br>New Developments in Sports – Related Concussion<br>The Westin Convention Center<br>Pittsburgh, PA |
| 6/24/04 | NFL Meeting<br>NFL Headquarters<br>New York, NY |
| 6/16/04 | Press Conference<br>"Position Statement on Sports – Related Concussion"<br>National Athletic Trainers Association Annual Meeting<br>Baltimore, MD |
| 5/22/04 | "Diffuse Brain Injuries"<br>The William W. Backus Hospital Trauma Department<br>Athletic Injuries of the Head and Neck<br>Foxwood Resort Casino<br>Uncasville, CT |
| 5/4/04 | "Fatal Brain Injuries in American Football (1945-1999)"<br>Sports Concussion and Spine Injury Conference<br>Brigham and Women's Hospital<br>Fenway Park<br>Boston, MA |
| 5/1/04 | "Challenges In Identifying and Treating Sports Injuries"<br>2004 AANS Annual Meeting<br>Orlando Convention Center<br>Orlando, FL |

4/6/04            "Concussions in the Active Child, Adolescent, and Young Adult: Current Concepts, New
                  Findings and Re-Education"
                  Massachusetts Medical Society Meeting
                  Waltham, MA

9/11/03           "Head Injury and the Risk of Alzheimer's Disease and Depression
                  American Association of Ringside Physicians
                  Aladdin Hotel
                  Las Vegas, Nevada

7/4/03            "Effects of Dehydration on Race Car Drivers"
                  Daytona Pepsi 400 Race
                  Daytona International Speedway
                  Daytona Beach, Florida

6/21/03           "Cervical Spinal Stenosis – A Contraindication for Collision Sports"
                  International Academy for Sports Dentistry 2003 Annual Meeting
                  Caribe Hilton Hotel
                  San Juan, Puerto Rico

6/20/03           "Cerebral Concussion Controversies in Sports"
                  International Academy for Sports Dentistry 2003 Annual Meeting
                  Caribe Hilton Hotel
                  San Juan, Puerto Rico

5/30/03           "Emergency Care of the Spine Injured Athlete"
                  American College of Sports Medicine Annual Meeting
                  San Francisco Convention Center
                  San Francisco, California

5/30/03           "On-the-Field Management of the Spine-Injured Athlete"
                  American College of Sports Medicine Annual Meeting
                  San Francisco Convention Center
                  San Francisco, California

5/30/03           "Life After Football: History of Concussive Injuries, Onset of Neurologic Disorders, and
                  Mental Health Issues in former NFL Players"
                  American College of Sports Medicine Annual Meeting
                  San Francisco Convention Center
                  San Francisco, California

5/9/03            "Athletic Head and Spine Injuries and Return To Play Decisions"
                  3rd Annual Legacy Neurosurgery Symposium
                  Legacy Good Samaritan Hospital
                  Portland, Oregon

4/29/03           "Challenges in Identifying and Testing Sport Injuries"
                  American Association of Neurological Surgeons Annual Meeting
                  San Diego, CA

3/8/03            "Acute Concussion Evaluation and Post Concussion Syndrome"

---

|   |   |
|---|---|
|  | Texas ACMS Annual Meeting<br>Omni Houston Hotel Westside<br>Houston, Texas |
| 1/16/03 | "ACSM Motorsports Taks Force Committee Report"<br>International Council Motorsports Sciences<br>Mirage Hotel<br>Las Vegas, Mevada |
| 2/7/03 | "Brain Fatalities in American Football Over the Last 55 Years"<br>3rd Annual Neurotrauma and Sports Medicine Review<br>Grand Floridian Hotel<br>Orlando, Florida |
| 2/7/03 | "Interesting Sports Medicine Cases: A Potpourri of Head and Spine Cases"<br>3rd Annual Neurotrauma and Sports Medicine Review<br>Grand Floridian Hotel<br>Orlando, Florida |
| 2/7/03 | "Ongoing Concussion Controversy"<br>3rd Annual Neurotrauma and Sports Medicine Review<br>Grand Floridian Hotel<br>Orlando, Florida |
| 2/8/03 | "On-going Cervical-Spinal Stenosis Controversy"<br>3rd Annual Neurotrauma and Sports Medicine Review<br>Grand Floridian Hotel<br>Orlando, Florida |
| 12/5/02 | "Closed Head Injuries"<br>Thirtieth Annual Meeting Cervical Spine Research Society<br>Fontainbleu Hilton Hotel<br>Miami Beach, Florida |
| 12/5/02 | "On-the-Field Evaluation of Head Injuries"<br>Thirtieth Annual Meeting Cervical Spine Research Society<br>Fontainbleu Hilton Hotel<br>Miami Beach, Florida |
| 9/26/02 | "Concussion Guidelines and Return to Play Criteria"<br>Greater New York State Orthopedic Association<br>Saratoga, N.Y. |
| 7/20/02 | "Concussion in Sports Medicine"<br>New Developments in Sports Related Concussion<br>University of Pittsburgh School of Medicine<br>Pittsburgh, PA |
| 6/19/02 | "Concussion in Sports Medicine"<br>Sports Medicine Core Curriculum Series Harvard Medical School<br>Massachusetts General Hospital<br>Boston, MA |
| 6/16/02 | "Introduction to the Problem: The Grading Scale and RTP Dilemma" |

National Athletic Trainers Association: Annual Meeting
Dallas, TX

6/5/02        "Concussion in Athletic Sports-Controversies Regarding Grading and Return to Play
              Guidelines"
              Connecticut Athletic Trainers Association Annual Meeting
              Trinity College
              Hartford, Connecticut

6/1/02        "On-the-Field Evaluation of Head and Neck Injured Athletes
              American College of Sports Medicine: Annual Meeting
              St. Louis, MO

5/31/02       "Prehospital Care of the Spine-Injured Athlete: A Critical Look at the Task Force Document"
              American College of Sports Medicine: Annual Meeting
              St. Louis, MO

5/31/02       "On-the-Field Evaluation of Head and Neck Injuries"
              American College of Sports Medicine: Annual Meeting
              St. Louis, MO

5/30/02       "The Pros and Cons of Neuropsychological Testing in Concussion"
              "The Practical Use of Neuropsychological Testing: Clinically and in Research
              American College of Sports Medicine: Annual Meeting
              St. Louis, MO

4/13/02       "Grading Scale for Concussion in Sports"
              American Academy of Neurology
              Denver, Colorado

2/16/02       "Overview of Concussion"
              2nd Annual Neurotrauma and Sports Medicine Review
              Alleghany Hospital, Pittsburgh, PA
              Caribe Royale Resort Suites and Villas
              Orlando, Florida

2/16/02       "Head Injury in Recreational Sports"
              2nd Annual Neurotrauma and Sports Medicine Review
              Alleghany Hospital, Pittsburgh, PA
              Caribe Royale Resort Suites and Villas
              Orlando, Florida

2/16/02       "Guidelines for Return to Competition after a Mild Head Injury"
              2nd Annual Neurotrauma and Sports Medicine Review"
              Alleghany Hospital, Pittsburgh, PA
              Caribe Royale Resort Suites and Villas
              Orlando, Florida

11/3/01       "Panel Discussion: When to retire from sports"
              European Sports Medicine Conference
              Vienna, Austria

| | |
|---|---|
| 11/3/01 | "Assessing Concussions: Review of Grading Systems"<br>European Sports Medicine Conference<br>Vienna, Austria |
| 10/1/01 | "Neurosurgical Management of Athletic Injuries"<br>Congress of Neurological Surgeons 51st Annual Meeting<br>San Diego, California |
| 10/1/01 | "On-the-Field Management of Head and Neck Injuries"<br>Kerlin Jobe Clinic<br>Los Angeles, California |
| 7/28/01 | New Developments in Sports Related Concussion<br>"Models of Concussion Management: Current Models of Concussion<br>Management: Where Are We Headed?"<br>University of Pittsburgh School of Medicine Center for Continuing<br>Education in the Health Sciences, Department of Orthopedic Surgery,<br>UPMC Health System Center for Sports Medicine, Western Psychiatric<br>Institute and Clinic<br>Hilton Hotel, Pittsburgh, PA |
| 6/8/01 | "Second Impact Syndrome"<br>Manitoba Public Insurance and the Workers Compensation Board of<br>Manitoba Continuing Medical Education Guest Speakers Series<br>Winnipeg, Canada |
| 6/8/01 | "Return to Play After Concussion"<br>Manitoba Public Insurance and the Workers Compensation Board of<br>Manitoba Continuing Medical Education Guest Speakers Series<br>Winnipeg, Canada |
| 6/8/01 | "Concussion Grading Systems"<br>Manitoba Public Insurance and the Workers Compensation Board of<br>Manitoba Continuing Medical Education Guest Speakers Series<br>Winnipeg, Canada |
| 6/8/01 | "Biomechanical and Pathophysiology of Head Injury"<br>Manitoba Public Insurance and the Workers Compensation Board of<br>Manitoba Continuing Medical Education Guest Speakers Series<br>Winnipeg, Canada |
| 6/8/01 | "Overview of Concussion"<br>Manitoba Public Insurance and the Workers Compensation Board of<br>Manitoba Continuing Medical Education Guest Speakers Series<br>Winnipeg, Canada |
| 6/8/01 | "Guidelines to the Evaluation of Mild Traumatic Brain Injury in Motor Vehicle Accidents and<br>Work Injuries"<br>Manitoba Public Insurance and the Workers Compensation Board of Manitoba Continuing<br>Medical Education Guest Speakers Series<br>Winnipeg, Canada |

5/31/01          "On-the-Field Evaluation of Head and Neck Injuries"
                 American College of Sports Medicine Annual Meeting
                 Baltimore Convention Center
                 Baltimore, Maryland

5/31/01          "Return to Play Decisions Following Concussion: Controversies and Dilemmas"
                 American College of Sports Medicine Annual Meeting
                 Baltimore Convention Center
                 Baltimore, Maryland

5/30/01          "NASCAR Deaths: Were they preventable"
                 American College of Sports Medicine Annual Meeting
                 Baltimore Convention Center
                 Baltimore, Maryland

5/19/01          "Concussion: It's Effect Upon the Brain"
                 Salem Sports Medicine Conference Head and Neck Injuries in Athletes
                 Colonial Sheraton
                 Lynnfield, Massachusetts

5/7/01           "On-the-Field Evaluation of Athletic Head and Spine Injury"
                 New York State Public High School Athletic Association
                 Carrier Circle Holiday Inn
                 Syracuse, New York

5/7/01           "Evaluation, Treatment and Return to Play Decisions Regarding Athletic Head and Spine
                 Injury"
                 New York State Public High School Athletic Association
                 Carrier Circle Holiday Inn
                 Syracuse, New York

5/5/01           "Athletic Cervical Spine Injuries"
                 American Academy of Neurology 53rd Annual Meeting
                 Pennsylvania Convention Center
                 Philadelphia, PA

3/19/01          "NASCAR Deaths: Were they preventable"
                 Neurotrauma and Sports Medicine for the New Millennium
                 Department of Neurosurgery, Allegheny General Hospital
                 The Shadow Ridge Hotel and Conference Center
                 Park City, Utah

3/19/01          "Adult vs. Pediatric Athletic Spine Injuries: Management Issues"
                 Neurotrauma and Sports Medicine for the New Millennium
                 Department of Neurosurgery, Allegheny General Hospital
                 The Shadow Ridge Hotel and Conference Center
                 Park City, Utah

3/19/01          "Athletic Head and Spinal Cord Injuries"
                 Neurotrauma and Sports Medicine for the New Millennium
                 Department of Neurosurgery, Allegheny General Hospital
                 Park City, Utah

3/19/01   "On-the-Field Management of Athletic Head Injuries"
      Neurotrauma and Sports Medicine for the New Millennium
      Department of Neurosurgery, Allegheny General Hospital
      The Shadow Ridge Hotel and Conference Center
      Park City, Utah

3/19/01   "Overview of Concussion"
      Neurotrauma and Sports Medicine for the New Millennium
      Department of Neurosurgery, Allegheny General Hospital
      The Shadow Ridge Hotel and Conference Center
      Park City, Utah

12/2/00   "Second Impact Syndrome"
      Sports Neurology Injuries of the Head and Spine
      Hospital for Special Surgery, Burke Rehabilitation Hospital and the Weill Medical College of
      Cornell University
      Uris Auditorium
      New York, New York

11/18/00   "Catastrophic Football Head Injuries"
      Southwest Chapter American College Sports Medicine 2000 Annual Meeting
      Bahia Hotel
      San Diego, CA

11/3/00   "Practical Management of Head Injuries and Concussion in Sport
      British Association of Sports and Exercise Medicine
      Hilton Puckrup Hall
      Tewkesbury, Gloucestershire England

9/16/00   "Diagnosis and Nonsurgical Treatment and Rehabilitation of Degenerative Cervical
      Conditions"
      7th Annual Symposium New Hampshire Musculoskeletal Institute
      Saint Anselm College, Manchester, NH

06/04/99   "On-The-Field Evaluation of Head and Neck Injuries"
      American College of Sports Medicine: Annual Meeting
      Washington State Convention and Trade Center
      Seattle, Washington

06/03/99   "Concussion Symposium"
      American College of Sports Medicine: Annual Meeting
      Washington State Convention and Trade Center
      Seattle, Washington

05/28/99   "Concussion: Mechanisms and Classifications"
      Sports Related Concussions and Nervous System Injury Conference
      Orlando Regional Healthcare System
      Hotel Royal Plaza
      Orlando, Florida

12/10/98         "Headaches"
                      Middlesex Community College Community Lecture
                      Bedford, Massachusetts

11/08/98         "Sports Related Concussion Controversies: Neuropsychological Aspects and Return to
                      Play Issues:
                      Traumatic Brain Injury and Stroke Conference
                      Healthsouth Braintree Rehabilitation Hospital
                      Royal Sonesta Hotel
                      Boston, Massachusetts

06/06/98         "Examination of the Spine"
                      American College of Sports Medicine: Annual Meeting
                      Orange County Convention Center
                      Orlando, Florida

06/05/98         "Age, Ethical, Sociological, and Safety Issues in Boxing Especially as Regards Head Injury"
                      American College of Sports Medicine: Annual Meeting
                      Orange County Convention Center
                      Orlando, Florida

06/02/98         "Age in Boxing: Should there be an age limit"
                      XXVI FIMS World Congress of Sports Medicine
                      Orange County Convention Center
                      Orlando, Florida

05/15/98         "Return to Sports Criteria Following Concussion"
                      Innovative Symposiums/Sports Related Concussion
                      Smithtown Sheraton
                      Long Island, New York

05/15/98         "Concussion Classification and Implementation"
                      Innovative Symposiums/Sports Related Concussion
                      Smithtown Sheraton
                      Long Island, New York

05/08/98         "Fitness Over Forty and Fifty"
                      Lincoln-Sudbury Auxiliary Board Meeting
                      Pierce House, Lincoln

04/24/98         "The Concussion Controversy/Grading and Return to Play"
                      Sports Medicine Update '98 and NEACSM Spring Meeting
                      Sunrise/Mediplex, Concord, MA
                      Program Co-chair

04/07/98         "Living With Low Back Pain"
                      Emerson Hospital Community Lecture Series
                      Emerson Hospital
                      Concord, Massachusetts

03/17/98         "Head Injury in Sports"
                      Boston Medical Center
                      Department of Rehabilitation Medicine
                      Boston, Massachusetts

03/07/98          "Safety Issues In Boxing Regarding Head Injury"
<u>Sports Related Concussion and Nervous System Injuries</u>
Orlando Regional Healthcare System
Caribe Royale Resort
Lake Buena Vista, Florida

02/06/98          "Neurologic and Vascular Causes of Upper Extremity Problems
(Cervical Spine Stingers, Peripheral Nerve, Brachial Plexus, Thoracic Outlet)
<u>American College of Sports Medicine's Team Physician Course</u>
San Diego Princess Resort
San Diego, California

02/06/98          "Cervical Spine Injury, Extra Axial Facet, Disk, Radicular Symptoms, and Transient
Quadriparesis"
<u>American College of Sports Medicine's Team Physician Course</u>
San Diego Princess Resort
San Diego, California

02/06/98          "Epilepsy and Sports Participation"
<u>American College of Sports Medicine's Team Physician Course</u>
San Diego Princess Resort
San Diego, California

02/06/98          "Concussion: Definition, Classification, and Return to Play"
<u>American College of Sports Medicine's Team Physician Course</u>
San Diego Princess Resort
San Diego, California

02/06/98          "Problems and Perils in On-field Management of Head and Neck Injury"
Hands-on Exam Workshop
<u>American College of Sports Medicine's Team Physician Course</u>
San Diego Princess Resort
San Diego, California

02/06/98          "Physical Examination of the Cervical Spine"
Hands-on Exam Workshop
<u>American College of Sports Medicine's Team Physician Course</u>
San Diego Princess Resort
San Diego, California

01/31/98          "Concussion/Closed Head Trauma/Convulsions"
Panel Discussion
<u>The Jockey Club/Concussion and Head in Sport</u>
The Gloucester Hotel
Harrington Gardens
London, England

01/30/98          "Concussion in Sport and the Second Impact Syndrome"
<u>The Jockey Club/Concussion and Head in Sport</u>
The Gloucester Hotel
Harrington Gardens
London, England

| | |
|---|---|
| 10/18/97 | "The On-Field Management of Athletic Head and Spine Injuries"<br>ACC Keynote Address<br><u>New Zealand Sports Medicine Partners In Performance Conference</u><br>Millennium Hotel<br>Christchurch, New Zealand |
| 10/18/97 | "Second Impact Syndrome:"<br>ACC Keynote Address<br><u>New Zealand Sports Medicine Partners in Performance Conference</u><br>Millennium Hotel<br>Christchurch, New Zealand |
| 10/17/97 | "When To Return to Collision Sports After Concussion"<br>ACC Keynote Address:  Tom Anderson Trust Lecture<br><u>New Zealand Sports Medicine Partners in Performance Conference</u><br>Millennium Hotel<br>Christchurch, New Zealand |
| 10/16/97 | "The Return to Sport After Cervical Spine Injury"<br>Sports Physician Day<br><u>New Zealand Sports Medicine Partners in Performance Conference</u><br>Millennium Hotel<br>Christchurch, New Zealand |
| 10/14/97 | "Catastrophic Sports Injuries"<br><u>New Zealand Sports Medicine Conference</u><br>Hawkes Bay Chapter<br>Hawkes Bay, New Zealand |
| 10/14/97 | "Second Impact Syndrome"<br><u>Grand Rounds Presentation</u><br>Napier Hospital<br>Napier, New Zealand |
| 10/13/97 | "When to Return to Competition After Head and Spine Injury"<br><u>New Zealand Sports Medicine Conference</u><br>Whangarei, New Zealand |
| 09/25/97 | "Athletic Head Injury Guidelines"<br><u>New England American College of Sports Medicine:  Fall Meeting</u><br>Rhode Island Convention Center<br>Providence, R.I. |
| 05/22/97 | "Head Injury In Football"<br><u>American College of Sports Medicine:  Annual Meeting</u><br>Denver, Colorado |
| 05/01/97 | "Should There Be An Age Limit in Boxing"<br><u>WBC: First Medical Conference on Boxing Safety</u><br>Aruba |
| 03/14/97 | "Head Injury in Boxing"<br><u>Ringside Physician Course</u><br>Colorado Springs, Colorado |

| | |
|---|---|
| 02/10/97 | "Concussion Guidelines:  Controversies and Implementation"<br>Allegheny General Hospital Sports Medicine Meeting<br>Caribe Royale Resort<br>Lake Buena Vista, Florida |
| 01/12/97 | "Neurological Injuries and the Athlete"<br>Breakfast Seminar<br>AANS 65th Annual Meeting<br>Colorado Convention Center<br>Denver, Colorado |
| 11/22/96 | "Catastrophic Head Injury"<br>Oklahoma Spine Institute<br>Oklahoma City, Oklahoma |
| 11/08/96 | "Head and Face Protection for the Athlete"<br>New England American College of Sports Medicine:  Fall Meeting<br>Boxboro, MA |
| 10/26/96 | "Ask the Experts"<br>Fitness and Beauty Cruise<br>Norwegian Cruise Line |
| 10/23/96 | "Weekend Warrior Woes"<br>Fitness and Beauty Cruise<br>Norwegian Cruise Line |
| 10/22/96 | "Exercise for Health versus Fitness"<br>Fitness and Beauty Cruise<br>Norwegian Cruise Line |
| 10/02/96 | "Head Injury and the Athlete"<br>Pediatric Day Conference<br>Waterbury, CT |
| 06/01/96 | "Boxing and Medicine"<br>American College of Sports Medicine:  Annual Meeting<br>Cincinnati, OH |
| 05/31/96 | "On-the-Field Evaluation of Head and Neck Injuries"<br>Clinical Workshop<br>American College of Sports Medicine:  Annual Meeting<br>Cincinnati, OH |
| 05/31/96 | "Positive and Negative Effects of Head Protection"<br>NCAA Colloquium<br>American College of Sports Medicine:  Annual Meeting<br>Cincinnati, OH |
| 05/29/96 | "Management of Head and Neck Injuries"<br>American College of Sports Medicine:  Annual Meeting<br>Cincinnati, OH |

5/18/96          "Head and Neck Injuries in Sports:
Assessment in On-The-Field Management"
Sports Medicine For The Rheumatologist
American College of Rheumatology
Phoenix, AX

4/27/96          "Diffuse Brain Injuries";
"Spinal Stenosis, Cord Neuropraxia, Transient Quadriplegia";
"Athletic Injuries of the Head and Neck"
The William W. Backus Hospital Trauma Department Program
Foxwoods Resort Casino, CT

03/14/96         "Boxing Injuries"
Emory University School of Medicine
Summer Games: Sports Medicine Review
Atlanta, GA

02/09/96         "Concussion: Definition, Classification, and Return to Play";
"Epilepsy and Sports Participation";
"Cervical Spine Injury, Extra Axial Facet, Disk, Radicular
Symptoms, and Transient Quadriparesis";
"Neurologic and Vascular Causes of Upper Extremity Problems
(Cervical Spine, Stringers, Peripheral Nerve, Brachial Plexus, Thoracic Outlet)";
"Hands-on Workshop - Physical Examination of the Spine"
American College of Sports Medicine: Team Physician Course - Part I
San Diego, CA

01/27/96         "Strength Aerobics - The Next Stage in Personal Fitness"
McKenzie Speaker
Sports Injuries Update
Lake Placid Sports Medicine Society Conference
Lake Placid, NY

01/26/96         "Epidemiology and Pathophysiology of Athletic Head Injury"
"Acute Assessment of Athletic Head and Neck Injuries"
"Surgical Treatment of Athletic Head and Spine Injuries:
Who can Safely Return to Competition"
Sports Injuries Update
Lake Placid Sports Medicine Society Conference
Lake Placid, NY

01/25/96         "Athletic Neck and Cervical Spine Trauma"
Albany Medical College
Albany, NY

01/07/96         "Second Impact Syndrome"
Eastern Athletic Trainers Association Annual Meeting
Boston, MA

12/14/95         "Catastrophic Head and Neck Injury in Sports"
"Evaluation of Current Guidelines for Head Injury in Sports"
"General Spinal Stenosis in Contact Sports"
Rehabilitation Sports Medicine VIII:  Controversies in Sports Medicine.

|            | The Rehabilitation Institute of Chicago<br>Chicago, IL |
|------------|---------------------------------------------------------|
| 11/09/95   | "Strength Aerobics"<br>Walden Rehabilitation & Nursing Center<br>Concord, MA |
| 10/23/95   | "Weekend Warrior Woes: How to Avoid Exercise Injuries"<br>Fitness and Beauty Cruise<br>Norwegian Cruise Line |
| 10/22/95   | "Exercise for Health vs Fitness (How Much is Enough?)"<br>Fitness and Beauty Cruise<br>Norwegian Cruise Line |
| 10/13/95   | "Closed Head Injury"<br>"Transient Quadriplegia in Sports"<br>Together in College Health: Surviving and Thriving<br>Combined Annual Meeting: New York State Health Association and New England College Health Association<br>Tarrytown, NY |
| 10/11/95   | "Catastrophic Sports Injuries: Functional Spinal Stenosis"<br>"Sudden Death Syndrome"<br>Emerson Hospital Neurology Conference<br>Concord, MA |
| 08/24/95   | "Torso and Genitourinary Tract Injuries"<br>Medicine in the Last Frontier/Medical World Conference<br>Alaska |
| 08/24/95   | "A Team Physician's Sports Medicine Bag"<br>Medicine in the Last Frontier/Medical World Conference<br>Alaska |
| 08/21/95   | "Sports Injuries in Young Athletes"<br>Medicine in the Last Frontier/Medical World Conference<br>Alaska |
| 08/21/95   | "How to Write a Precise Aerobic Exercise Prescription"<br>Medicine in the Last Frontier/Medical World Conference<br>Alaska |
| 08/20/95   | "Conditioning of Cardiovascular System: A Machiavellian Approach to Health"<br>Medicine in the Last Frontier/Medical World Conference<br>Alaska |
| 06/14/95   | "Guidelines for Return to Competition After Mild Brain Injury in Sports"<br>National Athletic Trainers' Association<br>Indianapolis, IN |
| 06/02/95   | "On-The-Field Evaluation of Head and Neck Injuries"<br>Clinical Workshop |

American College of Sports Medicine: Annual Meeting
Minneapolis, MN

05/23/95        "Trauma to the Head and Spine"
                Connecticut Athletic Trainers' Association
                New Britain, CT

05/13/95        "Cervical Radiculopathy - Painless vs. Painful: A Conceptual Model and
                Management Approach"
                1st Annual Combined Meeting - Puget Sound & Portland Spine Interest Groups
                Seattle, WA

05/07/95        "Current Treatment Recommendations for Concussions and
                the Burner Syndromes"
                Prevention and Management of High School Football Injuries
                Salem Orthopedic Surgeons, Inc.
                Waltham, MA

04/28/95        "Management of Sports-Related Spine Injuries"
                Keynote Address
                Contemporary Management of Lumbar Spine Disorders
                The NeuroScience Institute at Mercy
                Oklahoma City, OK

04/23/95        "Assessment of Acute and Repetitive Head Injuries";
                "Management of Cervical Injuries"
                Clinical Congress: Decision Making and Sports Injuries
                Braintree Hospital Rehabilitation Network
                Randolph, MA

04/21/95        "Return to Play Criteria After Cervical Spine Injury"
                "Cervical Spine Injuries Workshop: Case Studies and Discussion"
                Controversies in Decision Making: Neurological Sports Injuries
                University of Miami School of Medicine
                Lake Buena Vista, FL

04/01/95        "Exercise for Health vs Fitness"
                Mens Health Day
                Emerson Hospital
                Concord, MA

03/03/95        "Catastrophic Injury of the Brain and Spinal Cord"
                Ninth Annual Neurologically Impaired Individual Symposium
                St. Mary's Hospital
                Richmond, VA

02/21/95        "Head Injuries"
                Department of Physical Medicine & Rehabilitation
                Resident Didactic Seminars
                Tufts University School of Medicine
                Newton Wellesley Hospital
                Natick, MA

| | |
|---|---|
| 02/15/95 | "Chest and Abdominal Injuries"<br>Sports Medicine: An In-Depth Review<br>American Academy of Family Physicians<br>Dallas, TX |
| 02/14/95 | "Closed Head Injuries"<br>"Entrapment Neuropathies"<br>"Spine: History and Exam Skills Workshop"<br>Sports Medicine: An In-Depth Review<br>American Academy of Family Physicians<br>Dallas, TX |
| 01/25/95 | "Athletic Head and Spine Injuries: Recognition of<br>On-The-Field Care and Return to Play Guidelines"<br>Sports Medicine Symposium 1995<br>North Broward Medical Center<br>Pompano Beach, FL |
| 12/07/94 | "The Prevention of Sports Related Neurological Injuries in American Football: Rules,<br>Equipment, and Surfaces";<br>"Guidelines for Return to American Football<br>After an Episode of Transient Quadriplegia"<br>American Society for Testing and Materials Symposium on Safety in American Football<br>Phoenix, AZ |
| 11/19/94 | "Prevention, Treatment, and Return to Play Criteria for Head & Neck Injuries in Sports"<br>"ACSM and the Sports Medicine Professional"<br>Greater New York Regional Chapter American College-of-Sports Medicine<br>New York, NY |
| 11/04/94 | "When to Return to Contact Collision Sports After an Episode of Transient Quadriplegia"<br>New England Chapter American College of Sports Medicine<br>Boxborough, MA |
| 09/14/94 | "Spinal Stenosis"<br>Emergency Department Medical Staff Conference<br>Emerson Hospital<br>Concord, MA |
| 06/11/94 | "Assessment and Treatment of Traumatic Cervical Spine/Cord Injury"<br>"Guidelines for Return to Contact Collision Sports After Traumatic Cervical<br>Spine/Cord Injury"<br>National Athletic Trainers Association Annual Meeting and Clinical Symposium<br>Dallas, TX |
| 06/04/94 | "On-the-Field Evaluation and Management of Head and Spinal Cord Injury"<br>American College of Sports Medicine: Annual Meeting<br>Indianapolis, IN |
| 06/03/94 | "Concussion: Management and Return to Competition"<br>American College of Sports Medicine: Annual Meeting<br>Indianapolis, IN |

06/02/94  "Traumatic Fatal and Non-Fatal Catastrophic Sports Injuries"
     American College of Sports Medicine: Annual Meeting
     Indianapolis, IN

06/02/94  "Cervical Spinal Stenosis and Contact Sports"
     American College of Sports Medicine: Annual Meeting
     Indianapolis, IN

05/20/94  "Return to Sport After Head Injury"
     "Head and Neck Injuries"
     "The Preparticipation Examination"
     Caribbean Sports Medicine Congress
     Bridgetown, Barbados, WI

04/17/94  "Cerebral Concussion in Sport: Prevention and Management"
     Mild Brain Injury Summit National Athletic Trainers Association
     Washington, D.C.

03/23/94  "Neck Injuries: The Great Debate: Personal Experience and Perspectives of Our Experts"
     Panelist: Neck Injuries Workshop Case Studies and Discussion
     Controversies in Decision Making: Neurological Sports Injuries
     University of Miami School of Medicine and the Miami Project to Cure Paralysis
     Lake Buena Vista, FL

03/22/94  "Catastrophic Sports Injuries: Which Sports Are at Greatest Risk and Why"
     "When to Return to Contact/ Collision Sports After Head and Spine Injury"
     16th Annual Family Practice Review
     Bayfront Medical Center
     St. Petersburg Beach, FL

03/21/94  "When is it Safe to Return to Contact Sports?"
     Panelist: Head Injury Workshop - Case Studies and Discussion
     Controversies in Decision Making: Neurological Sports Injuries
     University of Miami School of Medicine and the Miami Project to Cure Paralysis
     Lake Buena Vista, FL

03/20/94  "Prevention of Sports-Related Neurological Injuries: Rules, Equipment, and Surfaces,"
     Moderator: Peripheral Nerve Injuries Workshop - Case Studies and Discussion
     Controversies in Decision Making: Neurological Sports Injuries
     University of Miami School of Medicine and the Miami Project to Cure Paralysis
     Lake Buena Vista, FL

03/12/94  "Acute and Second Impact Syndrome Head Injury"
     First Annual Ringside Physicians Course
     United States Amateur Boxing, Inc.
     Colorado Springs, CO

03/08/94  "Health Benefits of Physical Fitness,"
     Second Annual New Dimensions in Research Conference
     Mabon Securities Corporation
     Beaver Creek, CO

03/05/94  "Managing Head and Neck Injuries"
     Sports Med Boston: "New Options for Treating the Injured Athlete"

Back Pain Society
Danvers, MA

01/21/94        "Neck Injuries"
                Sport Med 94
                Toronto, Canada

01/21/94        "Head Injuries in Sport"
                The Tom Pashby Sport Safety Fund Lecture
                Sport Med 94
                Toronto, Canada

11/19/93        "When is it Safe to Return to Contact Sports After a Head Injury"
                American Medical Tennis Association Omni Specialty Sports Medicine Update
                Palm Springs, CA

11/18/93        "When is it Safe to Return to Contact Sports After a Cervical Spine Injury?"
                American Medical Tennis Association Omni Specialty Sports Medicine Update
                Palm Springs, CA

11/09/93        "The Female Triad: Disordered Eating, Amenorrhea, and Osteoporosis"
                Community Health Education Program
                Emerson Hospital
                Concord, MA

09/06/93        "Head and Neck Injury"
                XV[th] World Congress of Neurology
                Vancouver, B.C., Canada

| | |
|---|---|
| 08/14/93 | "Epidemiology, Recognition and Acute Management of Closed Head Injury/ Concussion"<br>"Return to Competition After Head Injury"<br>"Fractures and Dislocations of Cervical Spine"<br>"Epidemiology, Evaluation and Treatment of Traumatic Spinal Cord Injury:<br>Return to Competition"<br>"Case Presentations: Transient Quadriparesis"<br>ACSM CAQ Board Review Course for the Certification Examination<br>in Sports Medicine<br>San Francisco, CA |
| 08/13/93 | "Functional Anatomy & Biomechanics:<br>Examination of the Patient with Low Back Pain"'<br>"Lumbar Spinal Stenosis: Dx and Management"<br>"Indications for Surgery and Return to Competition After Lumbar Spine Injury"<br>"Legal Aspects of Sports Medicine and Role of the Team Physician"<br>"On-field Management and Evaluation of Acute Spinal Cord Trauma"'<br>ACSM CAQ Board Review Course for the Certification Examination<br>in Sports Medicine<br>San Francisco, CA |
| 06/11/93 | "Case Studies: Epidemiology, Assessment, and Return to Play Criteria<br>for Head Injuries in Sports"<br>National Athletic Trainers Association Annual Meeting and Clinical Symposium<br>Kansas City, MO |
| 06/05/93 | "Spinal Stenosis: Transient Quadriplegia and Football"<br>40th Annual Meeting American College of Sports Medicine<br>Seattle, WA |
| 06/03/93 | "Physician Continuing Medical Education and Opportunities"<br>Symposium: 40th Annual Meeting American College of Sports Medicine<br>Seattle, WA |
| 05/20/93 | "Where is Boxing in This Process?"<br>International Symposium on Head and Neck Injuries in Sports American Society for Testing<br>and Materials<br>Atlanta, GA |
| 05/14/93 | "Sports Medicine in Primary Care"'<br>"Athletic Catastrophic Sports Injury Study (1931-1987):<br>Which Sports Are at Greatest Risk and What is Being Done to Reduce Injury"<br>"Medical Coverage of Games and Events"<br>"Legal Liabilities of the Team Physician"<br>"How to Live Painlessly With Your Low Back Disorder"<br>Fourth Annual Sports Medicine Conference on the Beach Halifax Medical Center Family Practice<br>Residency Program<br>Daytona Beach, FL |
| 05/07/93 | "Women's Triad"<br>Conference Chairman<br>Eighth Annual Sports Medicine Update 93<br>Westford, MA |

05/06/93            "Returning to Contact Sports After a Head Injury:
                    Relative and Definite Contraindications"
                    Department of Pediatrics, Emerson Hospital
                    Concord, MA

04/15/93            "The Prevention and Treatment of Athletic Spine Injuries"
                    Grand Rounds
                    Nashua Memorial Hospital, NH

03/06/93            "Specific Problems and Pearls in Boxing"
                    "Indications for Surgery and Return to Competition After Lumbar Spine Injury"
                    Team Physician Course Parts II and III: American College of Sports Medicine
                    Orlando, FL

03/05/93            "Transient Quadriparesis (Symptoms, Pathomechanics, Work-up, Return to Play,
                    Controversies, Case Presentations and Discussion)
                    (With Stanley A. Herring, M.D.)
                    Team Physician Course Part III: American College of Sports Medicine
                    Orlando, FL

03/04/93            "Brachial Plexus Injuries"
                    "Epidemiology, Recognition, and Acute Management of Head Injuries"
                    "Return to Play Criteria After Head Injury"
                    "Epilepsy and the Athlete"
                    Team Physician Course Part II and III: American College of Sports Medicine
                    Orlando, FL

03/02/93            "Toward a Lifetime of Family Fitness"
                    Health and Fitness in the 90's
                    The Thoreau Club of Concord
                    Concord, MA

02/23/93            "Legal Liabilities of the Team Physician"
                    Omni Specialty Sports Medicine Update American Medical Tennis Association
                    Scottsdale, AZ

02/22/93            "Epilepsy and the Athlete"
                    Omni Specialty Sports Medicine Update American Medical Tennis Association
                    Scottsdale, AZ

01/29/93            "Catastrophic Sports Injuries: Which Sports are at Greatest Risk and Why?"
                    Southeast Regional Chapter: American College of Sports Medicine
                    Norfolk, VA

01/29/93            "Medical Risks of Boxing/Is Boxing a Sport?"
                    Southeast Regional Chapter: American College of Sports Medicine
                    Norfolk, VA

01/25/93            "Head and Spine Injuries in Athletes"
                    Chelmsford High School
                    Chelmsford, MA

01/23/93   "Head and Neck Injuries in Athletes"
        Comprehensive Review Course in Sports Medicine
        The College of Physicians and Surgeons
        Department of Orthopaedic Surgery
        Columbia University, New York
        Barbados, West Indies

01/12/93   "Women's Health Issues: Ask the Doctor"
        Health and Fitness in the 90's
        The Thoreau Club of Concord
        Concord, MA

12/23/92   "Overview of Head Injuries in the Athlete,"
        St. Vincent Hospital Grand Rounds
        Worcester, MA

11/18/92   "Head and Neck Injury Reduction in Football: A Sixty-Year Effort"
        American Medical Tennis Association
        Palm Springs, CA

11/13/92   "Low Back Pain: Etiology, Diagnosis, and Treatment"
        "Spinal Cord Injuries"
        American Academy of Family Physicians 6th Annual Family Practice Weekend & Sports
        Medicine Conference
        Huntington, WV

11/10/92   "Exercise: What's the Right Dosage for You?"
        Health and Fitness in the 90's
        The Thoreau Club of Concord
        Concord, MA

10/14/92   "Cervical Spine Injuries"
        Australian College of Sports Physicians: National Annual Scientific Conference in
        Sports Medicine
        Perth, Western Australia

10/13/92   "The Team Physician"
        Australian College of Sports Physicians: National Annual Scientific Conference in
        Sports Medicine
        Perth, Western Australia

10/12/92   "Catastrophic Sports Injuries"
        Keynote Address
        Australian College of Sports Physicians: National Annual Scientific Conference in
        Sports Medicine
        Perth, Western Australia

10/06/92   "Signs and Symptoms of Anabolic Steroid Abuse"
        Commonwealth of Massachusetts
        Project Alliance Training Program
        Burlington, MA

| | |
|---|---|
| 08/22/92 | "Back Injuries in Tennis Players"<br>Society of Tennis Medicine and Science<br>Yale University<br>New Haven, CT |
| 07/23/92 | "Fitness for Good Health"<br>Concord Prison Outreach<br>Concord, MA |
| 06/05/92 | "Serious Head and Neck Injury Reduction in Football - A 60-Year Effort"<br>New England Neurosurgical Society,<br>Waltham, MA |
| 05/29/92 | "Head Injury in Sports"<br>39th Annual Meeting American College of Sports Medicine<br>Dallas, TX |
| 05/28/92 | "Team Physician Certification,"<br>39th Annual Meeting American College of Sports Medicine<br>Dallas, TX |
| 05/27/92 | "Head, Neck, and Spine: Head and Neck Injury"<br>Chair: Physician Case Presentations<br>39th Annual Meeting American College of Sports Medicine<br>Dallas, TX |
| 05/13/92 | "Steroid Abuse in the Athlete"<br>Spring Symposium on Sports Medicine<br>Milford Whitinsville Regional Hospital<br>Milford, MA |
| 05/01/92 | "The Anabolic Steroid Epidemic"<br>7th Annual Sports Medicine Update 92<br>Westford, MA |
| 04/14/92 | "Disc Herniation in the Athlete: When to Operate?";<br>"On-field Emergencies to the Spine and Neck"<br>The National Sportsmedicine Conference '92<br>Orlando, FL |
| 03/11/92 | "Steroids - The Threat and Dangers,"<br>Assabet Valley Regional Vocational School<br>Marlborough, MA |
| 02/26/92 | "Lumbar Spinal Stenosis: Evaluation and Treatment"<br>Leominster Hospital Grand Rounds<br>Leominster, MA |
| 02/24/92 | "Head Trauma in Adolescents"<br>Medical Student Education<br>Emerson Hospital<br>Concord, MA |

| | |
|---|---|
| 02/02/92 | "Sports Medicine-Sports Science: Bridging the Gap";<br>"Head, Neck, and Extraspinal Nerve Injury in Contact Sports";<br>"Acute and Chronic Brain Injuries in Boxing and Other Collision Sports";<br>"Return to Collision Sports After Athletic Cervical and Lumbar Spine Injury"<br>Third National Kaiser Permanente Sports Medical Conference<br>Snowbird, UT |
| 01/13/92 | "Steroids - The Threat and Dangers"<br>Marlborough High School Athletic Department<br>Marlborough, MA |
| 12/14/91 | "Epidemiology, Assessment, and Criteria for Return to Play in Cervical Spine Injuries";<br>"Epidemiology, Assessment, and Return to Play Criteria for Head Injuries in Sports"<br>Rehabilitation Sports Medicine IV: Injuries to the Head and Neck in Sports<br>Rehabilitation Institute of Chicago<br>Chicago, IL |
| 12/04/91 | "Steroids - The Threat and Dangers"<br>Sports Injury Symposium: The Massachusetts Interscholastic Athletic Association<br>Waltham, MA |
| 11/22/91 | "Anabolic Steroid Abuse in Athletics"<br>American Medical Tennis Association<br>Palm Springs, CA |
| 11/21/91 | "Catastrophic Sports Injuries in High School and College Sports"<br>American Medical Tennis Association<br>Palm Springs, CA |
| 10/22/91 | "Catastrophic Sports Injuries: Which Sports Are at Greatest Risk and What is Being Done to Reduce Injury"<br>Harvard Community Health Plan<br>Wellesley, MA |
| 10/19/91 | "Etiology, Biomechanics, Diagnosis, and Treatment of Athletic Low Back Pain"<br>University of Texas Health Center<br>Tyler, TX |
| 10/18/91 | "Etiology, Biomechanics, Diagnosis, and Treatment of Athletic Low Back Pain"<br>Tom Landry Sports Medicine Center<br>Dallas, TX |
| 10/18/91 | "Catastrophic Sports Injuries: Which Sports Are at Greatest Risk and What is Being Done to Reduce Injury"<br>Texas College of Osteopathic Medicine<br>Fort Worth, TX |
| 10/17/91 | "Catastrophic Sports Injuries: Which Sports Are at Greatest Risk and What is Being Done to Reduce Injury"<br>Texas A&M University<br>College Station, TX |

| | |
|---|---|
| 10/17/91 | "Etiology, Biomechanics, Diagnosis, and Treatment of Athletic Low Back Pain" <br> Texas Woman's University <br> Houston Center, TX |
| 10/10/91 | "Head and Spine Injuries in Athletes'" <br> Maine Medical Center <br> Portland, ME |
| 09/27/91 | "Catastrophic Sports Injuries: Sports at Risk?" <br> <u>Medical Staff Clinical Meeting</u> <br> Emerson Hospital <br> Concord, MA |
| 09/08/91 | "Catastrophic Spinal Injuries in Scholastic Sports" <br> <u>American Academy of Neurological and Orthopaedic Surgeons Fifteenth Annual Scientific Convention</u> <br> Las Vegas, NV |
| 09/07/91 | "The Boxing Controversy: A Neurosurgeon's Perspective" <br> <u>American Academy of Neurological and Orthopaedic Surgeons Fifteenth Annual Scientific Convention</u> <br> Las Vegas, NV |
| 09/07/91 | "When To Return to Collision Sports After Athletic Head and/or Cervical Spine Injury" <br> <u>American Academy of Neurological and Orthopaedic Surgeons Fifteenth Annual Scientific Convention</u> <br> Las Vegas, NV |
| 09/06/91 | "Catastrophic Spine Injuries in Scholastic Sports: Which Are at Greatest Risk and What is Being Done to Reduce Injury" <br> 1991 Presidential Guest Lecturer <br> <u>American Academy of Neurological and Orthopaedic Surgeons Fifteenth Annual Scientific Convention</u> <br> Las Vegas, NV |
| 07/27/91 | "Low Back Pain: Etiology, Diagnosis, and Treatment" <br> The Burdenko Water and Sports Therapy Institute <br> Boston, MA |
| 07/27/91 | "Catastrophic Spine Injuries in All School Sports" <br> <u>American Academy of Sports Physicians</u> <br> Boston, MA |
| 06/12/91 | "Health Effects of Regular Exercise" <br> Concord Prison Outreach <br> Concord, MA |
| 06/07/91 | "Acute and Chronic Brain Injury in Contact Sports"; <br> "Evaluation of the Athlete for Return to Sports After Concussion <br> <u>Snake River Medical Forum</u> <br> Lewiston, ID |

06/01/91   "Boxing - A Historical Perspective";
       "Professional Boxing - One Neurosurgeon's Viewpoint"
       <u>American College of Sports Medicine Annual Meeting</u>
       Orlando, FL

05/31/91   "Criteria For Return to Play Following Cervical Injuries"
       <u>American College of Sports Medicine Annual Meeting</u>
       Orlando, FL

05/17/91   "Carotid Artery Stenosis"
       <u>Medical Staff Clinical Scientific Meeting</u>
       Emerson Hospital
       Concord, MA

05/07/91   "Sports Injuries"'
       <u>Milford Regional Hospital Grand Rounds</u>
       Milford, MA

05/03/91   "When to Return to Competition after Head and Cervical Spine Injury";
       "Anatomy, Biomechanics, Diagnosis, and Management of Athletic Low Back Pain
       <u>Sixth Annual Sports Medicine Update 91</u>
       Westford, MA

05/02/91   "Life-threatening Injuries to the Head and Neck"
       <u>Minnesota Academy of Family Physicians</u>
       Minneapolis, MN

04/24/91   "Catastrophic Spine Injuries in All School Sports (1982-1989)
       <u>American Association of Neurological Surgeons</u>
       New Orleans, LA

04/12/91   "Low Back Pain: Etiology, Diagnosis, and Treatment"
       <u>National Sports Medicine Conference On The Beach</u>
       Halifax Medical Center
       Family Practice Residency Program
       Daytona Beach, FL

03/26/91   "Recognition and Management of Head Injuries"';
       "Peripheral Nerve Entrapment"
       <u>American College of Sports Medicine Team Physician Course</u>
       Orlando, FL

03/24/91   "Cord and Peripheral Nerve";
       "Spinal Stenosis: How to Evaluate";
       "On-the-Field Management of Acute Spinal Cord Injury"
       <u>American College of Sports Medicine Team Physician Course</u>
       Orlando, FL

03/14/91   "Catastrophic Sports Injuries in High School and College Sports"
       <u>Massachusetts Association for Health, Physical Education, Recreation and Dance,</u>
       <u>1991 Annual Convention</u>
       Randolph, MA

02/11/91        "Anatomy and Biomechanics of Athletic Cervical Spine & Head Injury";
                "Intraspinal and Extraspinal. Cervical Spine Injuries - Diagnosis and Management"
                <u>Second National Kaiser Permanent Sports Medicine Conference</u>
                Snowbird, UT

02/10/91        "Anatomy, Biomechanics, Diagnosis and Management of Low Back Pain"
                <u>Second National Kaiser Permanent Sports Medicine Conference</u>
                Snowbird, UT

02/01/91        "Spinal Stenosis: Identification and Therapy,"
                <u>Medical Staff Scientific Meeting</u>
                Emerson Hospital
                Concord, MA

01/10/91        "Lumbar Spinal Stenosis: Evaluation and Treatment/ Surgical Indications"
                <u>Buffalo General Hospital Grand Rounds</u>
                Buffalo, NY

01/10/91        "Diabetes and Exercise"
                <u>Mercy Hospital Grand Rounds</u>
                Buffalo, NY

01/09/91        "How to Live Painlessly With Your Low Back Disorder"
                South Town Physicians
                Blasdell, NY

12/04/90        "Feeling Fit for Life"
                <u>Community Health Lecture Series</u>
                Emerson Hospital
                Concord, MA

11/30/90        "Catastrophic Sports Injuries in High School and College Athletes"
                <u>American Medical Tennis Association</u>
                Palm Springs, CA

11/29/90        "Sports Medicine in Primary Care"
                <u>American Medical Tennis Association</u>
                Palm Springs, CA

11/26/90        "Neurologic Injuries: Assessment/Care at Scene of Injury"
                Littleton Fire Department - EMT
                Littleton, MA

11/17/90        "Epidemiology of Head Injuries in Sports and Return to Play Decision Making"
                Swedish Hospital Medical Center
                <u>Spine Institute Fall Symposium</u>
                Seattle, WA

11/16/90        "Epidemiology of Spinal Cord Injuries and Assessment of Intraspinal Injuries in Sports"
                Swedish Hospital Medical Center
                <u>Spine Institute Fall Symposium</u>
                Seattle, WA

| | |
|---|---|
| 11/07/90 | "Steroid Abuse in the Athlete"; <br> "Cranial and Cervical Injuries in Sports" <br> Hahnemann. University School of Medicine <br> Philadelphia, PA |
| 11/03/90 | "Sports Injuries to the Lower Extremities"" <br> <u>Nurse Practitioner Associates for Continuing Education National Primary Care Conference</u> <br> Boston, MA |
| 10/22/90 | "Neurosurgical Athletic Injuries" <br> <u>Congress of Neurological Surgeons</u> <br> Los Angeles, CA |
| 10/16/90 | "Osteoarthritis Due to Sports-related Injuries" <br> <u>Framingham Union Hospital Grand Rounds</u> <br> Framingham, MA |
| 10/12/90 | "Sports Injuries and Low Back Pain" <br> <u>Bethany Medical Conference</u> <br> Bethany Medical Center <br> Kansas City, KS |
| 10/12/90 | "Sports Injuries" <br> Trinity Lutheran Hospital <br> Kansas City, MO |
| 10/11/90 | "Prevention and Treatment of Catastrophic Sports Injuries" <br> Kansas University Medical Center; <br> Kansas City, MO |
| 10/11/90 | "Arthritic Low Back Pain" <br> Topeka Veterans Administration Hospital <br> Topeka,KS |
| 10/11/90 | "Low Back Pain - Management and Exercise of Diabetic Patients" <br> Providence - St. Margaret's Hospital <br> Kansas City, KS |
| 10/11/90 | "How to Live Painlessly with Arthritic Low Back Pain" <br> Shawnee Mission Medical Center <br> Overland Park, KS |
| 07/25/90 | "Sports Medicine and Primary Care" <br> <u>Omni Specialty Sports Medicine Update American Medical Tennis Association</u> <br> Waterville Valley, NH |
| 07/24/90 | "Anabolic Steroid Abuse in Athletics" <br> <u>Omni Specialty Sports Medicine Update American Medical Tennis Association</u> <br> Waterville Valley, NH |

07/23/90   "Catastrophic Sports Injuries in High School and College Sports"
<u>Omni Specialty Sports Medicine Update American Medical Tennis Association</u>
Waterville Valley, NH

07/14/90   "Management of Osteoarthritic Sports Injuries"
Health-in-Action Day
Stratton Mountain, VT

07/11/90   "Health Benefits of Exercise"
New England Correctional Center
Concord, MA

05/24/90   "Intracranial Athletic Cervical Spine Injury"
Symposium Co-chairman: Athletic Cervical Spine Injury
<u>American College of Sports Medicine Annual Meeting</u>
Salt Lake City, UT

05/24/90   "On-the-Field Evaluation of Head and Spine Injuries"
Clinical Workshop
<u>American College of Sports Medicine Annual Meeting</u>
Salt Lake City, UT

05/23/90   "Neck Pain - Soccer"
<u>American College of Sports Medicine Annual Meeting</u>
Salt Lake City, UT

05/23/90   "On-the-Field Evaluation of Head and Spine Injuries"
Clinical Workshop
<u>American College of Sports Medicine Annual Meeting</u>
Salt Lake City, UT

05/22/90   "Head Injuries in Sports: Biomechanics, Prevention, and Treatment"
Clinical Lecture
<u>American College of Sports Medicine Annual Meeting</u>
Salt Lake City, UT

05/07/90   Medical Resource for Breakout Medical Session
<u>National Catastrophic Head/Spinal Cord Sports Injury Consensus Meeting</u>
National Federation of State High School Associations
Kansas City, MO

05/04/90   "Catastrophic Sports Injuries"
Conference Chairman
<u>Sports Medicine Update 90</u>
Westford, MA

04/30/90   "The Athlete and the Neurosurgeon"
Breakfast Seminar Panel Chairman
<u>American Association of Neurological Surgeons</u>
Nashville, TN

04/23/90   "Diagnosis, Prevention, and Treatment of Athletic Spine Injuries"
Kaiser Permanente HMO
Holyoke, MA

04/18/90          "Burners/ Stingers /Cervical Spine Injuries";
                  "Concussions"
                  First Annual Sports Medicine Conference on the Beach
                  Halifax Medical Center
                  Family Practice Residency Program
                  Daytona Beach, FL

04/06/90          "Sports Medicine: Bridging the Gap"
                  Penobscot Bay Medical Center
                  Rockland, ME

04/05/90          "Low Back Pain: Etiology, Diagnosis, and Treatment"
                  Eastern Maine Medical Center
                  Bangor, ME

03/30/90          "Cervical and Low Back Pain: Diagnosis and Treatment"
                  St. Vincent Hospital Family Practice Residency Program
                  Erie, PA

03/30/90          "Catastrophic Sports Injuries"
                  Hamot Family Practice
                  Erie, PA

03/30/90          "Low Back Pain: Etiology, Diagnosis, and Treatment"
                  Millcreek Community Hospital
                  Erie, PA

03/29/90          "Low Back Pain: Etiology, Diagnosis, and Treatment"
                  Aviation Country Club
                  Erie, PA

03/23/90          "Low Back Pain: Etiology, Diagnosis, and Treatment"
                  Hanscom Clinic - Hanscom Field Air Force Base
                  Bedford,MA

02/09/90          "Catastrophic Football Spine Injuries; 1977-1988"
                  Joint Section on Disorders of the Spine and Peripheral Nerves
                  American Association of Neurological Surgeons
                  Captiva Island, FL

02/03/90          "The Neurosurgeon and the Amateur Athlete"
                  Downeast Association of Physician Assistants Winter Conference
                  Bethel, ME

01/12/90          "Exercise for Health vs Fitness: How much is enough?"
                  Community Health Lecture Series
                  Emerson Hospital
                  Concord, MA

10/24/89          "Adolescents and Anabolic Steroids"
                  Pediatric Grand Rounds
                  Baystate Medical Center
                  Springfield, MA

10/17/89   "Prevention and Treatment of Spinal Injuries in Athletes"
      St. Francis Health Care Foundation Endowed Lecture Series
      St. Francis Hospital
      Poughkeepsie, NY

10/04/89   "Steroids - The Threat and Dangers"
      Massachusetts Interscholastic Athletic Association, Inc Annual Sports Injury Conference
      Milford, MA

09/23/89   "Indications/ Contra-Indications For Surgery in the Arthritic Patient"
      Health-in-Action Day
      Nova Scotia, Canada

09/16/89   "Rehabilitation at Fitness Centers"
      Sponsored by Nautilus Sports Medical Industries, Inc.
      Vista International Hotel
      Elizabeth, NJ

07/25/89   "Anabolic Steroid Abuse in Athletics"
      Omni Specialty Sports Medicine Update American Medical Tennis Association
      Waterville Valley, NH

07/24/89   "Catastrophic Sports Injuries in High School and College Sports"
      Omni Specialty Sports Medicine Update American Medical Tennis Association
      Waterville Valley, NH

06/13/89   "Case Presentations"
      Monroe County Highland Hospital Grand Rounds
      Rochester, NY

06/13/89   "Cervical and Low Back Spine"
      Monroe County Highland Hospital Grand Rounds
      Rochester, NY

06/12/89   "Cervical and Low Back Spine"
      Sponsored by Monroe County Highland Hospital Physicians Assistants
      Pittsford, NY

06/10/89   "Low Back Pain: Etiology, Diagnosis, and Treatment"
      Sheehan Memorial Hospital
      Buffalo, NY

06/10/89   "Low Back Pain: Etiology, Diagnosis, and Treatment"
      Our Lady of Victory Hospital Grand Rounds
      Lackawanna, NY

06/05/89   "Sports Medicine in Primary Care"
      Williamsville, NY

06/05/89   "Sports Medicine in Primary Care"
      Niagara Falls Memorial Hospital
      Niagara Falls, NY

05/05/89          "Steroid Abuse in Athletics"
                  Sports Medicine Update 89
                  Westford, MA

04/28/89          "Cervical and Lumbar Osteoarthritis,"
                  St. Anne's Hospital Grand Rounds
                  Fall River, MA

04/24/89          "Medical Management of Low Back Pain"
                  Hunt Memorial Hospital
                  Danvers, MA

04/12/89          "Nutrition and Exercise For the Senior Citizen"
                  Trinitarian Church
                  Concord, MA

04/10/89          "Prevention and Treatment of Athletic Spine Injuries"
                  Sponsored by Cooley Dickinson Hospital
                  Northampton, MA

03/17/89          "Chronic Low Back Pain"
                  St. John's Hospital Grand Rounds
                  Lowell, MA

03/16/89          "Low Back Pain: Etiology, Diagnosis, and Treatment"
                  Mercy Hospital
                  Buffalo, NY

03/16/89          "Prevention and Treatment of Athletic Spine Injuries"
                  Millard Fillmore Hospital Grand Rounds
                  Buffalo, NY

03/15/89          "Low Back Pain: Etiology, Diagnosis, and Treatment"
                  Blasdell, NY

03/02/89          "Common Sports Injuries"
                  Youville Hospital
                  Cambridge, MA

02/24/89          "Catastrophic Sports Injuries"
                  6th Annual Office-Based Sports Medicine Conference
                  Sun Valley, ID
                  Sponsored by University of California School of Medicine at San Francisco

02/24/89          "When to Return to Contact Sports After a Concussion"
                  6th Annual Office-Based Sports, Medicine Conference
                  Sun Valley, ID
                  Sponsored by University of California School of Medicine at San Francisco

02/24/89          "Athletic Low Back Pain"
                  6th Annual Office-Based Sports Medicine Conference
                  Sun Valley, ID
                  Sponsored by University of California School of Medicine at San Francisco

| | |
|---|---|
| 02/22/89 | "Acute and Chronic Brain Injuries in Boxing and Other Collision Sports"<br>6th Annual Office-Based Sports Medicine Conference<br>Sun Valley, ID<br>Sponsored by University of California School of Medicine at San Francisco |
| 02/22/89 | "On-the-Field-Management of Athletic Head and Spine Injuries"<br>6th Annual Office-Based Sports Medicine Conference<br>Sun Valley, ID<br>Sponsored by University of California School of Medicine at San Francisco |
| 02/08/89 | "Osteoarthritis of the Lumbar Spine"<br>New Britain Hospital Grand Rounds<br>New Britain, CT |
| 02/08/89 | "Sports Medicine In Primary Care"<br>Stamford Hospital Grand Rounds<br>Stamford, CT |
| 02/07/89 | "Feeling Fit After Forty"<br>Community Health Lecture Series<br>Emerson Hospital<br>Concord, MA |
| 02/03/89 | "Osteoarthritis of the Lumbar Spine"<br>Harvard Community Health Plan<br>Braintree, MA |
| 01/20/89 | "Catastrophic Injuries in High School and College Athletes"<br>The Second International Symposium on the Prevention of<br>Catastrophic Sports and Recreational Injuries to the Spine and Head<br>Toronto ,Canada |
| 01/19/89 | "Head Injuries: The Experience in the United States"<br>The Second International Symposium on the Prevention of<br>Catastrophic Sports and Recreational Injuries to the Spine and Head<br>Toronto, Canada |
| 01/18/89 | "Steroid Abuse in Athletics"<br>Sports Medicine Symposium Connecticut State Medical Society<br>Choate School<br>Wallingford, CT |
| 01/17/89 | "Catastrophic Sports Injuries"<br>Connecticut State Medical Society<br>Cheshire, CT |
| 01/11/89 | "Diagnosis and Treatment of Degenerative Cervical and Lumbar Spine Disease"<br>Henry Heywood Hospital Grand Rounds<br>Gardner, MA |
| 01/11/89 | "Athletic Low Back Pain"<br>Sports Medicine Systems<br>Newton, MA |

| | |
|---|---|
| 12/20/88 | "Low Back Pain"<br>Milford-Whitinsville Regional Hospital Grand Rounds<br>Milford, MA |
| 12/10/88 | "Head and Neck Injuries in Sports";<br>"On-the-Field Management of Head and Neck Injuries"<br>American Physical Therapy Association<br>Hilton Head Island, SC |
| 11/21/88 | "Women and Sports - Special Concerns"<br>The Daisy Flour Mill<br>Rochester, NY |
| 11/21/88 | "Sports Medicine In Primary Care"<br>Genesee Memorial Hospital Grand Rounds<br>Batavia, NY |
| 11/11/88 | "Which Sports Are At Greatest Risk and What Is Being Done";<br>"Sports Medicine-Sports Science: Bridging the Gap"<br>Kent County Hospital Grand Rounds<br>Warwick, RI |
| 10/28/88 | "Osteoarthritis Due To Spinal Injuries"<br>Cutler Army Hospital Grand Rounds<br>Fort Devens, MA |
| 10/07/88 | "Health Enhancement Through Physical Conditioning"<br>Concord Fitness Club<br>Concord, MA |
| 10/05/88 | "Head and Neck Injuries"<br>Sports Medicine Workshop<br>Boxborough, MA |
| 09/29/88 | "Arthritic Low Back Pain"<br>Health-In-Action Day<br>Boston, MA |
| 09/22/88 | "Prevention and Recognition of Athletic Head and Spine Injuries"<br>Sports Medicine Update: Prevention and Treatment of Fall Sports Injuries<br>Albany Medical College<br>Albany, NY |
| 09/13/88 | "Emergency Care of the Injured Athlete"<br>Littleton Junior-Senior High School<br>Littleton, MA |
| 08/12/88 | "Osteoarthritis and Sports Injuries"'<br>Brockton Hospital Grand Rounds<br>Brockton, MA |

| | |
|---|---|
| 07/27/88 | "Catastrophic Sports Injuries"<br>Omni Specialty Sports Medicine Update American Medical Tennis Association<br>Waterville Valley, NH |
| 07/26/88 | "When To Return To Contact Sports After A Head Injury"<br>Omni Specialty Sports Medicine Update American Medical Tennis Association<br>Waterville Valley, NH |
| 07/25/88 | "Prevention of Athletic Spine Injuries"<br>Omni Specialty Sports Medicine Update American Medical Tennis Association<br>Waterville Valley, NH |
| 06/24/88 | "The Diagnosis and Treatment of Degenerative Cervical and Lumbar Spine Disease"<br>Binghamton General Hospital Grand Rounds<br>Binghamton, NY |
| 06/24/88 | "Low Back Pain: Etiology, Diagnosis, and Treatment"<br>Binghamton, NY |
| 06/23/88 | "Athletic Catastrophic Sports Injury Study (1931-1987):<br>Which Sports Are At Greatest Risk and What Is Being Done To Reduce Injury"<br>Binghamton, NY |
| 06/17/88 | "Osteoarthritis - As It Relates To Sports Injuries"<br>St. John's Hospital Grand Rounds<br>Lowell, MA |
| 06/10/88 | "Catastrophic Sports Injuries: Which Sports Are At Greatest Risk<br>and What Is Being Done To Reduce Injury"<br>Sports Medicine Update '88<br>Westford, MA |
| 05/31/88 | "Head and Neck Injuries in Rugby"<br>International Conference on Rugby Injuries<br>Boston, MA |
| 05/28/88 | "Sudden Death - Ice Hockey"<br>American College of Sports Medicine Annual Meeting<br>Dallas, TX |
| 05/28/88 | "Catastrophic Sports Injuries: Which Sports Are At Greatest Risk<br>and What Is Being Done To Reduce Injury"<br>American College of Sports Medicine Annual Meeting<br>Dallas, TX |
| 05/27/88 | "Discogenic Low Back Pain"<br>American College of Sports Medicine Annual Meeting<br>Dallas, TX |
| 05/26/88 | "Cervical Spine Evaluation"'<br>Clinical Workshop<br>American College of Sports Medicine Annual Meeting<br>Dallas, TX |

| | |
|---|---|
| 05/26/88 | "Headache and Convulsion - Aerobic Exercise"<br>Clinical Lecture<br>American College of Sports Medicine Annual Meeting<br>Dallas, TX |
| 05/25/88 | "When to Return to Contact Sports After a Cerebral Concussion"<br>Tutorial Lecture<br>American College of Sports Medicine Annual Meeting<br>Dallas, TX |
| 04/28/88 | "Football Catastrophic Sports Injury Experience 1987"<br>Sports Medicine Section<br>American Association of Neurological Surgeons<br>Toronto, Canada |
| 04/25/88 | "When to Return to Contact Sports After Head Injury"<br>Panel Chairman: Breakfast Seminar<br>American Association of Neurological Surgeons<br>Toronto, Canada |
| 03/24/88 | "High School and College Catastrophic Sports Injury Survey:<br>Which Sports Are At Greatest Risk and What is Being Done To Reduce Injury"<br>Drake University Sports Medicine Conference<br>Des Moines, IA |
| 03/24/88 | Returning to Action After a Head Injury"<br>Drake University Sports Medicine Conference<br>Des Moines, IA |
| 03/10/88 | "Catastrophic Injuries in High School and College Athletes"<br>Writer's Conference American College of-Sports Medicine<br>New York, NY |
| 03/05/88 | "Return to Contact Sports After a Cerebral Concussion"<br>Fitness in Sports Fourth Annual Conference<br>Fort Worth, TX |
| 02/09/88 | "Feeling Fit After Forty"<br>Community Health-Lecture Series<br>Emerson Hospital<br>Concord, MA |
| 01/31/88 | "Update on Field Management of Head and Neck Injury"<br>1988 Lake Placid Sports Medicine Conference<br>Lake Placid, NY |
| 01/30/88 | "Concussion in Athletes"<br>1988 Lake Placid Sports Medicine Conference<br>Lake Placid, NY |
| 11/06/87 | "Head, Neck, and Back Injuries"<br>American College of Sports Medicine, New England Chapter<br>Worcester, MA |

11/04/87          "Low Back Pain"
                  Nashoba Community Hospital Grand Rounds
                  Ayer, MA

09/20/87          "When to Return to Contact Sports After a Head Injury"
                  New Hampshire Medical Society
                  Mt. Washington, NH

08/07/87          "When to Return to Contact Sports After a Cerebral Concussion"
                  Community Health Lecture
                  Emerson Hospital
                  Concord, MA

08/03/87          "Comparison of Exercycle and Monark Bicycles: Maximal Oxygen Uptakes"
                  Exercycle Corporation
                  Newport, RI

07/28/87          "New Concepts in the Treatment of Spinal Injuries"
                  Symmes Hospital Grand Rounds
                  Arlington, MA

06/05/87          "When to Return to Contact Sports After a Cerebral Concussion"
                  New England Neurosurgical Society
                  Cambridge, MA

05/29/87          "On-Site Evaluation of Head and Spine Injuries"
                  Clinical Workshop
                  American College of Sports Medicine Annual Meeting
                  Las Vegas, NV

05/29/87          "Acute and Chronic Brain Injury in Contact Sports:
                  Historical Perspective and Overview"
                  American College of Sports Medicine Annual Meeting
                  Las Vegas, NV

05/29/87          "Acute and Chronic Brain Injury in Contact Sports"
                  Symposium Chairman
                  American College of Sports Medicine Annual Meeting
                  Las Vegas, NV

05/08/87          "Role of the Neurosurgeon In Sports Medicine"
                  Panel Chairman: Breakfast Seminar
                  American Association of Neurological Surgeons
                  Dallas, TX

05/01/98          When to Return to Contact Sports After a Cerebral Concussion
                  Sports Medicine Update '87
                  Westford, MA

04/24/87          "Extracranial Vascular Disease - The Carotid Endarterectomy Controversy"
                  Primary Care in Stroke: Putting the Puzzle Together
                  Westford, MA

04/06/87          "Brain Injuries In Football and Boxing - Can They be Prevented?"
                  Hot Topics in Sports Medicine and Sports Science '87
                  New York, NY -

02/27/87          "Medical Aspects of Boxing"
                  American College of Sports Medicine Clinical Conference
                  Keystone, CO

02/26/87          "Discogenic Disease - Surgical and Non-Surgical Approaches"
                  American College of Sports Medicine Clinical Conference
                  Keystone, CO

02/24/87          "Concussion - What Is It?: Guidelines for Returning to Sports"
                  American College of Sports Medicine Clinical Conference
                  Keystone, CO

02/23/87          "Acute and Chronic Brain Injury and Contact Sports"
                  American College of Sports Medicine Clinical Conference
                  Keystone, CO

01/08/87          "Guidelines for Return to Contact Sports After a Cerebral Concussion"
                  International Symposium on the Prevention of Catastrophic Sport, and Recreational Injuries to
                  the Spine and Head
                  Toronto, Canada

01/07/87          "The Activities Leading to Head Injury"
                  International Symposium on the Prevention of Catastrophic Sports and Recreational Injuries to
                  the Spine and Head
                  Toronto, Canada

# **A-2**
# **Dr. Brian Hainline**

**Curriculum Vitae and Bibliography**

Name:                    Brian Hainline

Birthdate:               REDACTED

Citizenship:             United States

Marital Status:          REDACTED

Office Address:          National Collegiate Athletic Association

                         PO Box 6222

                         Indianapolis, IN 46206-6222

                         Phone: 317-917-6994

                         Email:  bhainline@ncaa.org

Education/               1983-86: Neurology Resident, The New York Hospital - Cornell
Postgraduate             Medical Center
Training:

                         1982-83: Medical Intern, University of Chicago Hospitals and Clinics

                         1978-82: M.D., University of Chicago - Pritzker School of Medicine

                         1974-78: B.A. (philosophy/pre-professional), University of Notre Dame,
                         (Phi Beta Kappa)

Licensure:               New York #154571

Specialty Board:         Board Certified, American Board of Psychiatry and Neurology
                         • Pain Medicine: November 2001, Certificate # 56; Maintenance of
                           Certification December 2011, Certificate  #56
                         • Neurology: December 1987, Certificate # 29816

| | |
|---|---|
| <u>Academic Appointments:</u> | September 2013 - present: Clinical Professor of Neurology, NYU Langone Medical Center |
| | September 1995 – September 2013: Clinical Associate Professor of Neurology, New York University School of Medicine |
| | July 1991- August 1995: Assistant Professor of Neurology, New York University School of Medicine |
| | July 1987- June 1991: Assistant Professor of Neurology, Cornell University Medical College |
| | July 1986 - June 1987: Instructor of Neurology, Cornell University Medical College |
| <u>Professional Employment:</u> | January 2013 – present: Chief Medical Officer, National Collegiate Athletic Association, Indianapolis, IN |
| | November 2008 – December 2012: Chief Medical Officer, United States Tennis Association, White Plains, NY |
| | November 1997 - December 2012: Chief, Neurology and Integrative Pain Medicine, ProHEALTH Care Associates, Lake Success, NY |
| | July 1991 - October 1997: Director, Clinical Neurology Service and Sports Neurology, Hospital for Joint Diseases |

- January 1996-October 1997: Co-Director, The Pain Center, Hospital for Joint Diseases
- January 1994-October 1997: Vice-Chairman, Department of Neurology, Hospital for Joint Diseases
- August 1992-October 1997: Director, Headache and Facial Pain Center, Hospital for Joint Diseases

July 1986 - June 1991: Full-time Attending, Department of Neurology, North Shore University Hospital - Cornell University Medical College (Manhasset)

- July 1990 - June 1991: Program Director and Acting Co-Chairman, Department of Neurology, North Shore University Hospital - Cornell University Medical College
- July 1986 - June 1991: Director, Neuro-Oncology, North Shore University Hospital - Cornell University Medical College

<u>Hospital Admitting Privileges:</u>

North Shore University Hospital - Manhasset

<u>Hospital Committees:</u>

December 1994 - October 1997: Chairman, Institutional Review Board, Hospital for Joint Diseases

May 1993 - September 1995: Chairman, Working Committee for Traumatic Brain Injury Unit, Hospital for Joint Diseases

1992 - 1997: Editorial Board, *Bulletin*, Hospital for Joint Diseases

September 1992-December 1994: Vice-Chairman, Institutional Review Board, Hospital for Joint Diseases

June 1992 - February 1995: Chairman, Quality Assessment and Improvement Committee, Department of Neurology, Hospital for Joint Diseases

July 1986 - June 1991: Infection Control Committee, North Shore University Hospital - Cornell University Medical College

July 1986 - June 1991: Oncology Review Committee, North Shore University Hospital - Cornell University Medical College

| Society Memberships: | American Academy of Neurology (Fellow) |
| | American College of Sports Medicine (Fellow) |
| | Physicians for Social Responsibility |
| | American Academy of Pain Medicine |
| | The Phi Beta Kappa Society |
| | The Society for Tennis Medicine and Science |
| | American Medical Association |

| Sports Medicine Appointments: | 2014 – present: Board of Directors, Professional Association of Athlete Development Specialists |
| | 2013 – present: Medical Research Subcommittee, Pop Warner Football |
| | 2013 - present: Board of Directors, National Council on Youth Sports Safety |
| | 2013 – present: Chief Medical Officer, National Collegiate Athletic Association (NCAA) |
| | February 2012 – present: Founding Member, International Tennis Performance Association Certification Commission |
| | September 2010 – January 2011: Board of Directors, United States Anti-Doping Agency (Resigned: USTA Conflict of Interest) |
| | March 2010 - present: Councilor, American Academy of Neurology Sports Neurology Section |
| | February 2010 - present: Member, WTA Tour Player Development Advisory Panel |
| | November 2008 – December 2012: Chief Medical Officer, United States Tennis Association |

February 2007 - 2009: Investigator, Retired NFL Player Concussion Study

2007 - 2008: Board of Directors (Director-at-Large), United States Tennis Association

2007 - 2008: Board of Directors, USTA National Tennis Center Incorporated

2007 - 2008: Strategic Planning Committee, United States Tennis Association

January 2006 - January 2007: Management Committee, United States Tennis Association/Eastern Section

2005 - 2006: Chair, Professional Council, United States Tennis Association

2005 - 2006: Advisory Group on Committees, United States Tennis Association

2003 - 2008: International Committee, United States Tennis Association

2003 - 2004: Plan for Growth Steering Committee, United States Tennis Association

2003 - 2004: Chair, Adult Community Programs Committee, United States Tennis Association

2001 - 2002: Vice-Chair, USA Tennis 1-2-3 Committee, United States Tennis Association

2001 - 2005: Medical Advisory Board, New York State Athletic Commission

1999 - 2011: Wheelchair Tennis Medical Commission, International Tennis Federation (incorporated into ITF Sport Science and Medicine Commission

1997 - 2000: Sports Medicine Committee, United States Olympic Committee

1994 - 2003: Tennis Anti-Doping Program Review Board (International Tennis Federation, ATP Tour, WTA Tour)

1993 - present: Sport Science and Medicine Commission, International Tennis Federation (formerly Sports Medical Commission)
- Chair: 2003 - present

1992 - 2007: Chief Medical Officer, U.S. Open Tennis Championships

1991- 1998: Medical Review Officer, United States Tennis Association

1991- 1998: Co-Chairman, Drug Education and Control Subcommittee (Sport Science Committee, United States Tennis Association)

1990 - 1994: Drug Panel of Experts/Anti-Doping Advisory Panel, ATP Tour

1989 - 2004: Sport Science Committee, United States Tennis Association

Hobbies:    Competitive Tennis (former #1 singles/ doubles player at the University of Notre Dame); piano playing, poetry writing

Honors:    Visiting Professor, Waughtal Institute for Leadership at Augustana College, Rock Island, Illinois, March 16, 2001

2001 International Tennis Hall of Fame, Tennis Educational Merit Award, presented March 2002, Marco Island, Florida

2004 Irving Glick Award, presented September 2004 at the US Open Tennis Championships by the WTA Tour

2010 USTA Eastern Tennis Hall of Fame, presented April 2011, New York, NY

2013 ITF Award for Service to the Game, presented September 2013, New York, NY

**Publications**

<u>Journals:</u>

1)  Tramo MJ, Hainline B, Petito F, Lee B, Caronna J: Vertebral artery injury and cerebellar stroke while swimming: case report. Stroke 1985; 16:1039-1042.

2)  Friedman SG, Hainline B, Feinberg AW, Lesser M, Napolitano B: The use of diastolic ratios to predict significant carotid artery stenosis. Stroke 1988; 19:910-912.

3)  Kovner R, Perecman E, Lazar W, Hainline B et al: Relation of personality and attentional factors to cognitive deficits in HIV infected subjects. Arch Neurol 1989; 46:274-277.

4)  Teman A, Hainline B: Eosinophilia-myalgia syndrome: athletes should discard dietary L-tryptophan. Physician Sportsmed 1991; 19:80-86.

5)  Kovner R, Lazar W, Lesser M, Perecman E, Kaplan MH, Hainline et al: Use of the dementia rating scale as a test for neuropsychological dysfunction in HIV positive IV drug abusers. J Substance Abuse Treatment 1992; 9:133-137.

6)  Hainline B, Tuszynski MH, Posner JB: Ataxia in epidural spinal cord compression. Neurology 1992; 42:2193-2195.

7)      Hainline B, Devinsky O, Reding M: Behavioral problems in stroke rehabilitation patients: a prospective pilot study. J Stroke Cerebrovasc Dis 1992; 2:131-135.

8)      Reding MJ, Gardner C, Hainline B, Devinsky O. Neuropsychiatric problems interfering with inpatient stroke rehabilitation: a prospective study. Journal of Neurologic Rehabilitation 1993; 7:1-7.

9)      Sanchez-Villasenor F, Devinsky O, Hainline B, Weinreb H, Luciano D, Vazquez B. Psychogenic basilar migraine: report of four cases. Neurology 1995; 45:1291-1294.

10)     Hainline B: Controversies and management of lumbar spine injuries in tennis.  Medicine and Science in Tennis 2000; 5(1):10-11.

11)     Lebovits A, Hainline B, Stone LS, Seminowicz DA, Brunz JT, Rosenquist RW, Cowan P: Struck from behind: maintaining quality of life with chronic low back pain.  J Pain 2009; 10(9):927-931.

12)     Pluim BM, Fuller CW, Batt ME, Chase L, Hainline B, Miller S, Montalvan B, Renstrom P, Stroia KA, Weber K Wood T: Consensus statement on epidemiological studies of medical conditions in tennis.  Br J Sports Med 2009; 43:893-897.

13)     Sell K, Hainline B, Yorio M, Kovacs M:  Illness Data from the US Open Tennis Championships from 1994 to 2009.  Clin J Sports Med 2013; 23(1):25-32.

14)     Hainline B, Dexter WW, DiFiori J: Sports-related concussion: truth be told.  Neurology Clinical Practice 2013; August:277-278.

15)     Lloyd RS, Faigenbaum AD, Stone MH, Oliver JL, Jeffreys I, Moody JA, Brewer C, Pierce KC, McCambridge TM, Howard R, Herrington L, Hainline B et al: Position statement on youth resistance training: the 2014 International Consensus.  Br J Sports Med Sept 20, 2013 as 10.1136/bjsports-2013-092952.

16)     Wilkerson GB, Hainline B, Colston MA, Denegar CR: The need for accountability and transparency in intercollegiate athletic medicine.  J Athletic Training 2014; 49:5-6.

17)   Sell K, Hainline B, Yorio M, Kovacs M:  Injury trend analysis from the US Open Tennis Championships between 1994 and 2009.  Br J Sports Med 2014; 48:546-551.

18)   Kerr Z, Dompier T, Snook E, Marshall S, Klossner D, Hainline B, Corlette J: National Collegiate Athletic Association injury surveillance system: methodology during 2004/5-2013/14 academic years.  J Athletic Training.  Published online before print May 28, 2014. doi: 10.4085/1062-6050-49.3.58.

19)   Carman AJ, Ferguson R, Cantu R, Dawn Comstock D, Dacks PA, DeKosky ST, Gandy S, Gilbert J, Gilliland C, Gioia G, Giza C, Greicius M, Hainline B et al.  Mind the gaps – advancing research into short-term and long-term neuropsychological outcomes of youth sports-related concussions.  Nat Rev Neurol online 17 March 2015; doi:10.1038/http://www.nature.com/doifinder/10.1038/nrneurol.2015.30

20)   Dompier TP, Kerr, ZY, Marshall SW, Hainline B et al.  Incidence of concussion during practice and games in youth, high school, and collegiate American football players.  JAMA Pediatr.  Doi:10.1001/jamapediatrics.2015.0210.  Published online May 4, 2015.

Abstracts:

1)   Hainline B, Adan L, Sullivan J, Solomon G: Increased cerebrospinal fluid aluminum and neurological deterioration following deferoxamine administration in dialysis encephalopathy. Clin Res 1986; 34:597A.

2)   Adan L, Zackson D, Hainline B, et al: Aluminum-associated disease in chronic hemodialysis patients. Kidney Int 1987; 31:341A.

3)   Bansal M, Zackson D, Adan L, Hainline B et al: Histomorphometric correlations of aluminum-associated bone disease in chronic hemodialysis. Kidney Int 1987; 37 341A.

4)   Hainline B, Devinsky O, Reding M: Behavioral problems in stroke rehabilitation patients. Neurology 1987; 37(Suppl 1):84.

5)      Hainline B, Tuszynski M, Posner JB: Ataxia in spinal cord compression. Neurology 1987; 37(Suppl 1):288.

6)      Hainline B, Adan L, Kutt H, Solomon G: Dialysis encephalopathy: treatment with anti-convulsants. Neurology 1987; 37(Suppl 1):323

7)      Hughes JT, Beric A, Mir S, Hainline B: Soft sign polymyositis.  Presented at VIII International Congress on Neuromuscular Disease, Kyoto, Japan, 1994.

8)      Martin DM, Glick IV, Frick FW, Hainline B, Keul JW: Harmonization of the tennis anti-doping program. Presented at the Third International Olympic Committee World Congress on Sports Medicine, Atlanta, Georgia, September 18, 1995.


Letters:

1)      Adan L, Hainline B, Zackson DA: The importance of accurate and precise aluminum levels. N Engl J Med 19986; 313:1609.

2)      Hainline B, Wadler GI: Testing for marijuana. N Engl J Med 1989; 321:979.

3)      Hainline B: Cerebral stroke in a semi-pro football player. Med Sci Sports Exerc 1992; 24:1066.

4)      Hainline B, Posner JB, Tuszynski MH: Spinal cord ataxia. Neurology 1993; 43:1623.

5)      Hainline B: Pseudoseeing is pseudobelieving.  Epilepsy & Behavior 2001; 2(3):300-302.


CD-ROM/AUDIO:

1)      Hainline B: Reflex Sympathetic Dystrophy. Presented as interactive CD-ROM to GeoMedica Subscriber as an educational program with CME credits available.

2)  Hainline B: Drug Use in Sports.  Presented in audiocassette/CD format for Practical
    Reviews in Complementary and Alternative Medicine, January and February 2001;
    Oakstone Medical Publishing, Birmingham, Alabama.

3)  Hainline B: Complementary and Alternative Medicine during Pregnancy.  Presented in
    audiocassette/CD format for Audio Consult in Integrative Medicine, January 2003;
    Oakstone Medical Publishing, Birmingham, Alabama.

<u>Chapters:</u>

1)  Hainline B, Wadler GI: Drugs used by athletes. In Jordan B, Tsairis P, Warren R (eds):
    Sports Neurology, Aspen, Rockville, 1989, pp 14-30.

2)  Tramo MJ, Hainline B: Stroke in sports. In Jordan B, Tsairis P, Warren R (eds): Sports
    Neurology, Aspen, Rockville, 1989, pp 98-115.

3)  Hainline B: Doping and drug use in boxing. In Jordan B (ed): Medical Aspects of Boxing,
    Boca Raton, CRC Press, 1993, pp 117-144.

4)  Hainline B: Blood doping, erythropoietin, and drug testing in athletes. In Waller BF,
    Harvey WP (eds): Cardiovascular Evaluation of the Athlete, Laennec, Newton, 1993, pp
    129-137.

5)  Hainline B: Nerve injuries. In McKeag DB (ed): The Medical Clinics of North America:
    Sports Medicine, Philadelphia, W.B. Saunders, Volume 78 (Number 2), 1994, pp 327-
    343.

6)  Hainline B: Low-back pain in pregnancy. In Devinsky O, Feldmann E, Hainline B (eds):
    Neurological Complications of Pregnancy, New York, Raven Press, 1994, pp 65-76.

7)  Hainline B: Dialysis encephalopathy. In Feldmann E (ed): Current Diagnosis In
    Neurology, Philadelphia, Mosby-Year Book, 1994, pp 209-214.

8)      Hainline B: Headache. In Yerby M, Devinsky O (ed): Neurologic Clinics: Neurologic
        Complications of Pregnancy, Philadelphia, W.B. Saunders, 1994, pp 443-460.


9)      Hainline B: Low back injury. In Lehman R (ed): Clinics in Sports Medicine: Racquet
        Sports, Philadelphia, W.B. Saunders, 1995, pp 241-265.


10)     Hainline B: Drug use in sports.  In Jordan BD, Tsairis P, Warren RF (eds): Sports
        Neurology, Second Edition, New York, Lippincott-Raven, 1998, pp 29-48.


11)     Hainline B: Reflex sympathetic dystrophy. In Spivak JM, DiCesare PE, Feldman DS,
        Koval KJ, Rokito AS, Zuckerman JD (eds): Orthopaedics: A Comprehensive Study
        Guide, New York, McGraw-Hill; 1999, pp 943-945.


12)     Hainline B: Doping in sport.  In Crespo M, Pluim B, Reid M (eds): Tennis Medicine for
        Tennis Coaches, London, The International Tennis Federation; 2001, pp 164-176.


13)     Hainline B: Low back pain.  In Hainline B, Devinsky O (eds): Neurological Complications
        of Pregnancy, Second Edition, Philadelphia, Lippincott Williams & Wilkins, 2002, pp 9-
        23.


14)     Hainline B: Migraine and other headache conditions.  In Hainline B, Devinsky O (eds):
        Neurological Complications of Pregnancy, Second Edition, Philadelphia, Lippincott
        Williams & Wilkins, 2002, pp 25-40.


15)     Rosman S, Hainline B: Complementary and alternative medicine.  In Hainline B,
        Devinsky O (eds): Neurological Complications of Pregnancy, Second Edition,
        Philadelphia, Lippincott Williams & Wilkins, 2002, pp 307-316.


16)     Hainline B: Chronic pain: physiological, diagnostic and management considerations.  In
        Riggio S (ed): Psychiatric Clinics of North America: Neuropsychiatry, Philadelphia,
        Elsevier Science, 2005, pp 713-735.

17)     Hainline B: Chronic pain: physiologic, diagnostic, and management considerations.  In Waldman SD (ed): Pain Management, Philadelphia, Saunders (Elsevier Inc), 2007, pp 212-222.

18)     Hainline B: Neuropathic pain: mind-body considerations.  In Riggio S (ed): Neurologic Clinics: Psychiatry for the Neurologist.  Philadelphia, Elsevier, 2011, pp 19-33.

19)     Hainline B: Neuropathic pain: neuropsychiatric, diagnostic and management considerations.  In Waldman SD (ed): Pain Management, 2nd Edition.  Philadelphia, Saunders (Elsevier Inc), 2011, pp 202-212.

20)     Hainline B: Youth tennis – A medical overview.  In ITF Coaching & Sport Science Review.  London: ITF Tennis, 2013, pp 3-5.

Books:

1)     Wadler GI, Hainline B: Drugs and the Athlete, F.A. Davis, Philadelphia, 1989 (translated into Japanese and French).

2)     Hainline B: United States Tennis Association Drug Education Handbook, United States Tennis Association Publications, Princeton, 1992 (Revised 1994, 1996).

3)     Devinsky O, Feldmann E, Hainline B (eds): Neurological Complications of Pregnancy, Raven Press, New York, 1994.

4)     Hainline B, Devinsky O (eds): Neurological Complications of Pregnancy (Second Edition), Lippincott Williams & Wilkins, Philadelphia, 2002.

5)     Hainline B: Back Pain Understood, Medicus Press, Leonia, 2007

6)     Hainline B: Positioning Youth Tennis for Success.  United States Tennis Association Inc., White Plains, NY, 2012.

Miscellaneous:

1)      Hainline B: Winter Wonder (a poem).  In Mitchell MS: Embedded Dreams, Owing Mills, MD, Watermark Press, 1997, p58.

2)      Hainline B: Drug Testing - A Reasonable Response.  Tennis Week, October 14, 1999, p 23.

**Key Clinical and Scientific Lectures**

1)      Stroke in Sports.  Presented June 1991 at the Conference on Sports Neurology, The New York Hospital - Cornell Medical Center.

2)      Stroke in Sports.  Presented June 1992 at the American College of Sports Medicine Annual Meeting.

3)      Sports Neurology.  Presented June 1992 at the American Academy of Neurology Annual Meeting.

4)      Low Back and Neck Pain. Presented September 1992 at the Conference on Neurologic Complications of Pregnancy, NYU Medical Center and Hospital for Joint Diseases.

5)      The Difficult Headache Patient: Diagnostic and Therapeutic Challenges.  Presented May 1994 at Epilepsy and Headache: Therapeutic Challenges and Issues of Comorbidity, NYU Medical Center and Hospital for Joint Diseases.

6)      Overview of Musculo-Skeletal Injuries. Presented April 1995 at the National Conference on Sports Medicine and Science in Tennis, Key Biscayne, Florida.

7)      Overview of Back Injuries in Tennis.  Presented April 1995 at the National Conference on Sports Medicine and Science in Tennis, Key Biscayne, Florida.

8)      Overview of Medical Problems and Illnesses in Tennis Players.  Presented April 1995 at the National Conference on Sports Medicine and Science in Tennis, Key Biscayne, Florida.

9)      The Aging Spine: Management of Common Cervical and Lumbar Problems.  Presented May 1995 at The Neurology of Aging: Issues and Answers for Clinicians, New York V.A. Medical Center.

10)     Evaluating and Managing Cervical and Lumbar Spine Pain in Primary Care. Presented December 1995 at Pain Management in Primary Care, NYU Medical Center.

11)     Migraine: Current Concepts and Treatment. Presented March 1996 for the Medicine Grand Rounds at Beth Israel Medical Center.

12)     Diagnostic and Therapeutic Challenges in Back and Neuropathic Pain Disorders. Presented April 1996 at Merritt-Putnam Lectures, The Plaza Hotel, New York, NY.

13)     The Disc at Risk: Aggressive Conservative vs. Surgical management of Lumbar Spine Problems in Athletes. Presented May 1996 at the American College of Sports Medicine Annual Meeting, Cincinnati, Ohio.

14)     Modern Pharmocotherapy of Migraine. Presented March 1997 at Headache Management: A Comprehensive Update, NYU Medical Center.

15)     Low Back Pain. Presented November 1997 at Clinical Neurology for Primary Care Practitioners, NYU Medical Center.

16)     Traditional and Alternative Treatments for Mild Traumatic Brain Injury. Presented August 1998 at the National Football League Conference on Mild Traumatic Brain Injury, New York, NY and Phoenix, AZ.

17)     Integrative Medicine: Neurophysiological and Philosophical Considerations.  Presented October 10, 1998 as the Keynote Address for the Mid-Atlantic Regional Biofeedback Conference, Pocono Manor, PA.

18) Controversies in Management of Lumbar Spine Injuries in Tennis. Presented December 1999 at Sports Medicine and Science in Tennis, Second European Congress, Rome, Italy.

19) Reflex Sympathetic Dystrophy: Alternative Considerations. Presented October 2000 for the Department of Neurology Grand Rounds, NYU Medical Center.

20) NFL Perspective on Mild Traumatic Brain Injury. Presented June 2001 at Sports Medicine Symposium 2001, New York.

21) Overview and Management of Low Back Pain in the Professional Athlete. Presented June 2001 at Sports Medicine Symposium 2001, New York.

22) Drug Testing in Boxing. Presented November 2001 at Medical Aspects of Boxing, sponsored by The New York State Athletic Drug Commission, White Plains, NY.

23) Drug Testing in Sport. Presented October 2002 at Sports Medicine and Rehabilitation in the 21st Century: A Review and Update, NYU Medical Center

24) Understanding Migraine: The Pathophysiology of Headache and Migraine Management. Presented April 2003 (New York City) and May 2003 (Uniondale, Long Island) at Medical World Conferences: A Primary Care Update.

25) Acute Lumbar Disc Herniation in a Male Tennis Player. Presented June 2003 at 5th International Conference on Medicine & Tennis, Paris, France.

26) The Use of Medications in the Treatment of Low Back Pain. Presented June 2004 at Advanced Topics in Management and Treatment of Lower Back Disorders, Hofstra University.

27) Lumbar Stabilization: US Open Perspective. Presented March 2005 as a Distinguished Faculty for the 7th Annual Society for Tennis Medicine and Science International Conference, Indian Wells, CA.

28)   The Lumbar Spine in Tennis.  Presented October 2005 for the 14th International Tennis Federation International Coaches Workshop, Antalya, Turkey.

29)   Management of Back Injuries in the Golfer.  Presented September 2007 at Sport Specific Rehab: Advanced Topics in Golf Biomechanics and Rehabilitation, New York, NY

30)   Hot Topics in Tennis Medicine for Coaches and Players.  Presented October 2007 for the 15th ITF International Coaches Workshop, Asuncion, Paraguay.

31)   Injury patterns on Hard Courts: Practical Guidelines for Coaches and Trainers. Presented October 2007 for the 15th International Coaches Workshop, Asuncion, Paraguay.

32)   Back Pain: Differential Diagnosis, Medication Management, and Therapeutic Injections. Presented March 2008 as Keynote Speaker, Advanced Topics in Rehabilitation and Management of the Back and Spine, New York, NY.

33)   Health and Medical Issues in Tennis.  Presented October 2008 as Keynote Speaker, Tennis Training Symposium, New York, NY.

34)   Post-Match Recovery.  Presented November 2009 at International Tennis Federation Worldwide Coaches Conference, Valencia, Spain.

35)   Lumbar Spine Injuries: Core Considerations.  Presented November 2011 at the World Congress of the Society for Tennis Medicine and Science, Paris, France.

36)   Sports Neurology: Non-Concussion Considerations.  Presented April 2012 at the Sports Neurology Course at the American Academy of Neurology Annual Meeting.

37)   NYU Sports & Society Program.  2nd Annual Sports in America Series.  Young Athletes: The Costs, Sacrifices, and Consequences.  Panelist.  November 2012.

38)   Cervical Spine Injury in Sport.  Presented April 2013 at the Sports Neurology Course at the American Academy of Neurology Annual Meeting.

39)     Lumbar Spine Injury in Sport.  Presented April 2013 at the Sports Neurology Course at the American Academy of Neurology Annual Meeting.

40)     Neuropsychiatric Benefit of Sport and Exercise.  Presented April 2013 at the Sports Neurology Course at the American Academy of Neurology Annual Meeting.

# A-3
# Dr. Ruben Echemendia

# CURRICULUM VITAE
# RUBEN J. ECHEMENDIA

## PERSONAL DATA

Current Address: (Office)    204 East Calder Way, Suite 205
State College, Pennsylvania 16801
Phone:    (814) 235-5588
Fax:    (814) 272-0043

## LICENSED AS PSYCHOLOGIST

1986 - present    The Commonwealth of Pennsylvania.

## EDUCATION

1982 - 1984    *BOWLING GREEN STATE UNIVERSITY*, Bowling Green, Ohio. APA approved doctoral program in clinical psychology. Ph.D. awarded: August, 1984.

1979 - 1982    *BOWLING GREEN STATE UNIVERSITY*, Bowling Green, Ohio. MA awarded: June, 1982.

1974 - 1979    *HOFSTRA UNIVERSITY*, Hempstead, New York. BA awarded with *High Honors* in Psychology: January, 1979.

## CLINICAL INTERNSHIP

1983 - 1984    *STATE UNIVERSITY OF NEW YORK - UPSTATE MEDICAL CENTER*, Syracuse, New York. APA approved internship in clinical psychology.

## PROFESSIONAL AFFILIATIONS

President, Sports Neuropsychology Society
Past-President and Fellow, *National Academy of Neuropsychology*
Fellow, *American Psychological Association*
Research Scientist, *American Academy of Neurology*
Member, *American College of Sports Medicine*
Member, *International Neuropsychological Society*
Member, *Hispanic Neuropsychological Society*

## PROFESSIONAL EXPERIENCE

2013 – present    *Clinical Director,* University Orthopedic Center (UOC) Comprehensive Concussion Care. State College, PA.

| | |
|---|---|
| 2012 – present | *Adjunct Associate Professor of Psychology*, University of Missouri-Kansas City. |
| 2002 – present | Independent Practice of Clinical Neuropsychology and Clinical Psychology. |
| 1998 – 2003 | *Clinical Associate Professor of Psychology*, The Pennsylvania State University. |
| 1994 - 1998 | *Affiliate Associate Professor of Psychology,* The Pennsylvania State University. |
| 1987 - 2002 | *Director*, The Psychological Clinic, The Pennsylvania State University. |
| 1986 - 2002 | Private practice of Clinical Psychology and Clinical Neuropsychology - Limited. |
| 1984 - 1987 | *Assistant Director,* The Psychological Clinic; *Affiliate Assistant Professor of Psychology*, The Pennsylvania State University. |
| 1983 -1984 | *Intern in Clinical Psychology*, SUNY - Upstate Medical Center, Syracuse New York. |

## CONSULTATION

| | |
|---|---|
| 2010 – present | *Consultant and Chair*, Major League Soccer Concussion Program Committee. |
| 2007 – present | *Director*, Neuropsychological Testing Program, National Hockey League; *Chair,* NHL/NHLPA Concussion Working Group. |
| 2002 – present | *Consultant*, The Pennsylvania State University, Office of Disability Services. |
| 2002 – present | *Neuropsychology Consultant*, Athletic Medicine, Princeton University. |
| 2001 – present | *Neuropsychology Consultant*, US Soccer Federation. |
| 2004 – present | *Clinical Consultant*, EB Jacobs, LLC., State College, PA. |
| 1998 – 2008 | *Consultant*, Centre County Children and Youth Services. |

| 2004 – 2008 | *Neuropsychology Consultant,* Johnstown Chiefs Hockey Club. |
| 1997 - 2004 | *Neuropsychology Consultant,* The Pittsburgh Penguins Hockey Club. |
| 1997 - 2007 | *Co-Director, Neuropsychological Testing Program,* The National Hockey League. |
| 1988 - 1992 | *Neuropsychological Consultant,* Nittany Valley Rehabilitation Hospital, Pleasant Gap, Pennsylvania. |

*Additional consultation experiences available upon request.*

## GRANTS/CONTRACTS

| 2012–2014 | National Operating Committee on Safety in Athletic Equipment.  Investigators: Osherson D, Dettwiler A, Putukian M, Echemendia R, M Murugavel.  "Multimodal neuroimaging: Diffusion Tensor Imaging, MR Spectroscopy and Susceptibility weighted imaging in association with clinical measures to assess sports-related concussion in varsity level college athletes". $342,282 for 2 years. |
| 2010-2013 | New Jersey Commission on Brain Injury Research Grant; Investigators Osherson D, Dettwiler A, Putukian M, Cuban V, Echemendia R.  Longitudinal assessment of brain structure and function in sports-related concussion. May 2010- May 2013, $475,000. |
| 2010-2011 | American Medical Society for Sports Medicine Foundation Grant; Investigators:  Putukian, M, Osherson D, Dettwiler A, Cuban V, Echemendia R: Longitudinal Assessment of Brain Structure and Function in Sports-related Concussion., $24,750.00. 1 yr extension. |
| 2001 – 2003 | *Principal Investigator,* A Comparison of Traditional and Computerized Neuropsychological Assessment of Athletes Prior to and Following Cerebral Concussion. Funded by The National Operating Committee on Standards for Athletic Equipment,     $91,710. |

| | |
|---|---|
| 2001 – 2006 | *Co-Principal Investigator* (with O'Malley and Kirkendall). Heading and cognition: Long term effects of heading and head injury on cognitive function in soccer players. Funded by the US Soccer Federation, Total Budget = $437,479. |
| 1999 – 2001 | *Principal Investigator, Neuropsychological Assessment of Sports-Related Mild Traumatic Brain Injury: A Prospective Multi-Sport Study.* Funded by The National Operating Committee on Standards for Athletic Equipment, $78,732. |
| 1997 - present | *National Hockey League Neuropsychological Testing Program.* |
| 1995 - 1996 | *Co-Principal Investigator.* With T. Borkovec and S., Ragusea. Pennsylvania Practice Research Network. Funded by the American Psychological Association and The Pennsylvania Psychological Association. $40,000. |
| 1985 - 1990 | *Program Director*, National Institutes of Mental Health Clinical Training Grant for Minority/Disadvantaged students, #5-TO1-MH17282-03 ($34,271.00), #5-TO1-MH17282-04 ($58,588.00), #5-TO1-MH17282-05 ($57,911.00), #2-TO1-MH17282-06 ($58,588.00). |
| 1988 - 2001 | *Program Director,* Centre County Office of Mental Health/Mental Retardation, Contract for Outpatient Mental Health Services:  FY 1988 = $109,000;  FY 1989 = $111,000; FY 1990 = $124,475;  FY 1991 = $124,526; FY 1992 = $124,526; FY 1993 = $136,197;  FY 1994 = $136,197;  FY 1995 = $153,144; FY 1996 = 153, 144; FY 1997 = 144,012; FY 1998 = $151,919 ; FY 1999 = $151,919; |

## TEACHING EXPERIENCE

Forensic Applications of Clinical Psychology
Graduate Practicum in Psychological Assessment
Graduate Introductory Practicum in Clinical Methods
Advanced Psychological Assessment I (Personality, Intellectual, Vocational and
        Psychoeducational evaluations)
Advanced Psychological Assessment II (Neuroanatomy/Neuropsychological)
Advanced Neuropsychological Assessment
Clinical Hypnosis (Co-taught with Dr. Hal Johnson, Bowling Green State University)

## HONORS AND AWARDS

| | |
|---|---|
| 2011 - present | President, Sports Neuropsychology Society |
| 2008 | President, National Academy of Neuropsychology |
| 2006 | Elected Fellow, American Psychological Association. |
| 2007 | Guest Editor, Special Issue on Cultural Diversity, *Archives of Clinical Neuropsychology.* |
| 2003 | Guest Editor, Special Issue on Cultural and Ethnic Diversity, *Applied Neuropsychology, 11* (1). |
| 2001 | American Medical Society for Sports Medicine, Best Research Paper presented at the 2001 annual meeting. |
| 2000 | Elected Fellow, National Academy of Neuropsychology |
| 1982 - 1983 | Student Consulting Editor, *American Journal of Community Psychology.* |
| 1982 - 1983; 1981 - 1982 | University Fellow, Bowling Green State University. |
| 1981 - 1982; 1980 - 1981 | Professional Development Awards, Bowling Green State University. |
| 1980 - 1981 | Traineeship, National Institute of Mental Health. |
| 1979 | High Honors in Psychology, Hofstra University. |
| 1978 - 1979 | Dean's Scholar in Psychology, Hofstra University. |
| 1978 | Psi Chi - National Honor Society in Psychology, Hofstra University Chapter. |

## COMMITTEE INVOLVEMENT - NATIONAL/STATE/INTERNATIONAL

Member, NCAA Concussion Task Force.

Member, CDC Workgroup to Improve Clinical Care of Youth with Mild TBI.

Organizing/Scientific Committee, Concussion in Sport Group, 4th International Consensus Conference, Zurich.

Member, Traumatic Brain Injury/Sports Concussion Section, US Food and Drug Administration: Assuring the Safety and Effectiveness of Seizure, Cognitive Function, and TBI/Sports Concussion Diagnostic Devices

Chair, Major League Soccer Concussion Program Committee

Executive Committee, Mayo Clinic Summit on Sports Concussion

Panelist/Consultant, NCAA Concussion in Sports Summit

Chair, National Academy of Neuropsychology Advisory Panel to the Defense Veterans Brain Injury Center (DVBIC)

Member, U.S. Lacrosse Science and Safety Committee

Member, U.S. Soccer Medical Advisory Committee

Member, American College of Sports Medicine, Sports Safety Committee

Panelist, 3rd International Conference on Concussion in Sports. Zurich, 2009.

Chair, National Hockey League/NHL Player's Association Concussion Working Group

Member, Awards Committee, American Psychological Association, Division of Neuropsychology (2004-2007).

Member, ACSM Task Force on Health and Safety in Boxing and the Martial Arts

Panelist, National Academies of Science, Institute of Medicine: Neuropsychological Consequences of Head Impact in Youth Soccer (2001).

Chair, Committee on Ethnic and Cultural Diversity, National Academy of
    Neuropsychology  (2002-2006).
Chair, Awards Committee, National Academy of Neuropsychology (1999-2002).
Member, Awards Committee, National Academy of Neuropsychology (1996-1999).
Member, Public Education Committee, American Psychological Association, Division 40
Scientific Advisor/Diversity Consultant, American Psychological Association/National
    Institute of General Medical Sciences Regional Centers of Excellence Project.
Member/Co-Chair, Pennsylvania Psychological Association Practice Research Network
Member - Panel of Experts - Commission on Ethnic Minority Recruitment, Retention and
    Training in Psychology.  American Psychological Association.
Secretary/Treasurer - Hispanic Neuropsychological Society (1996-1999)
Co-chair - Department of Heath and Human Services; Substance Abuse and Mental Health
    Services Administration.  Task force on developing competencies for services to seriously
    mentally ill - Rural issues.
Member - NIMH Task Force on Faculty Development and Culturally Relevant Curriculum
     In Psychology.
Member - NIMH Task Force on Implementing Recommendations from the UCLA Ethnic Minority
Services and Training Conference.

**JOURNAL REVIEWER**

> *Assessment*
> *Journal of International Neuropsychological Society*
> *Archives of Clinical Neuropsychology*
> *The Clinical Neuropsychologist*
> *Journal of the American Medical Association*
> *Neuropsychology Review*
> *Clinical Journal of Sport Medicine*
> *Journal of Athletic Training*
> *Journal of Applied Psychology*

**TELEVISION/MEDIA APPEARANCES (Featured Guest)**

| | |
|---|---|
| October, 2013 | *Conversations LIVE!*  Sports-related Concussion. WPSU: State College, PA. |
| March, 2013 | *Concussion Awareness*. Produced by Major League Soccer and Major League Soccer Player's Union. |
| Oct., 2012 | *Head Games*.  Head Games The Movie, LLC: Steve James, producer. |
| Feb. 23, 2012 | *Conversations Live: The New Concussion Bill*, WPSU. |
| June, 2011 | *Conversations from Penn State. Head Games with Ruben Echemendia.* WPSU, Big Ten Network. |
| Nov, 2010 | *Concussions in Football: Signs, Symptoms & Playing Safe.* AMS Pictures: Dallas, TX |
| Oct. 25, 2010 | *Inside Hockey. Hockey Night in Canada*: Elliotte Friedman. |
| May 5, 2010 | *Expert Opinion with Graham Spanier; Athletes and Head Injuries.* Big Ten Network: Chicago, IL. |
| April 16, 2010 | *Pennsylvania People with Patty Satalia*: Ruben Echemendia, WPSU: State College, PA. |
| Feb. 24, 2010 | *These Days with Maureen Cavanaugh: Should Soccer Players Wear Headgear?* KPBS: San Diego, CA. |

July, 2009     *Concussions in Hockey: Signs, Symptoms & Playing Safe.*
               AMS Pictures: Dallas, TX
Nov. 6, 2007   *These days* with Tom Fudge, Military brain injury/Sports brain injury
               KPBS San Diego, CA.
Oct. 2, 2003   *Aqui y Ahora* (Here and Now), *Using your head in Soccer*,
               Univision.
April 15, 2003 *Real Sports with Bryant Gumbel, Concussion and Heading in
               Soccer,* Home Box Office (HBO).
April 3, 2002  *Take note with Patty Satalia, Special Education/ADA, WPSX.
               Take Note with Patty Satalia, Learning Disabilities*, WPSX.
April 18, 1988 *Take Note with Patty Satalia,* Seasonal Affective Disorder,
               WPSX.

## PUBLICATIONS

### A. Books

1) Myers, H., Wohlford, P., Guzman P. & Echemendia, R. (Eds). (1991). *Ethnic minority mental health perspectives on clinical training and services in psychology.* Washington, DC: American Psychological Association.

2) Lovell, M., Echemendia, R., Barth J. & Collins, M. (Eds) (2004). *Traumatic brain injury insports: An international neuropsychological perspective*. Lisse: Swets & Zeitlinger.

3) Echemendia, R. J. (Ed.) (2006). *Sports Neuropsychology: Assessment and Management of Traumatic Brain Injury.* New York: Guilford Press.

4) Echemendia, R. J. (2010). *Praeger Handbook of Sports Medicine and Athlete Health, Vol. III Psychological Perspectives.* Praeger Publishing.

5) Echemendia, R.J. & Iverson, G. (under contract). *The Oxford Handbook of sports-related Concussion.* Oxford University Press

### B. Articles/Chapters

1. Silverman, W., Pargament, K., Johnson, S., Echemendia, R., and Snyder, S. (1983). Measuring member satisfaction within the church. *Journal of Applied Psychology, 68* (4), 664-677.

2. Pargament, K.I., Silverman, W., Johnson, S., Echemendia, R.J., and Snyder, S. (1983). The psychosocial climate of religious congregations: Scale development and findings. *American Journal of Community Psychology, 11* (4), 351-381.

3. Pargament, K.I., Johnson, S.M., Echemendia, R.J. and Silverman, W.H. (1985). The limits of fit: Examining the implications of person-environment congruence within different religious settings. *Journal of Community Psychology, 13,* 20-30.

4. Pargament, K.I., Echemendia, R.J., Johnson, S., Myers, J.G., Cook, P., Brannick, M. and McGath ,C. (1987). The conservative church: psychological advantages and disadvantages. *American Journal of Community Psychology, 15,* 269-286.

5. Myers, H., Echemendia, R. & Trimble, J. (1991). Perspectives on ethnic minority training in psychology. In H. Myers, P. Wohlford, P. Guzman & R. Echemendia (Eds), *Ethnic minority mental health perspectives on clinical training and services in psychology.* Washington, DC: American Psychological Association.

6. Echemendia, R. J. & Congett, S. (1991). Minority clinical training in a rural context: the Pennsylvania State University program. In H. Myers, P. Wohlford, P. Guzman & R. Echemendia (Eds), *Ethnic minority mental health perspectives on clinical training and services in psychology.* Washington, DC: American Psychological Association.

7. Echemendia, R. J. (1992). The psychological aftermath of trauma: Post traumatic stress disorder. In S. K. Majumdar, Miller, G. S. Forbes and R. F. Schmalz (Eds), *Natural and Technological Disasters: Causes, Effects and Prevention Measures.* Easton, Pennsylvania: Academy of Science.

8. Allison, K. W., Crawford, I., Echemendia, R., Robinson, L. & Knepp, D. (1994).Human diversity and professional competence: Training in clinical and counseling psychology revisited. *American Psychologist, 49 (9).*

9. Allison, K. W., Echemendia, R. J., Crawford, I. & Robinson, L. (1996) Predicting cultural competence: Implications for practice and training. *Professional Psychology, 27 (4),* 386-393.

10. Putukian, M. & Echemendia, R. J. (1996) Managing successive minor head injuries: Which tests guide return to play? *The Physician and Sports Medicine, 24* (11), 25-38.

*11.* Echemendia, R.J., Congett, S., Harris, J., Diaz, L. & Puente, A. (1997). Neuropsychological Training and Practices with Hispanics: A National Survey. *The Clinical Neuropsychologist, 11 (3),229-243.*

12. Echemendia, R.J., Putukian, M.J., & Phillips, T. G. (1997). Neuropsychological testing in the management of head injured college students: The Penn State Concussion Program. *Clinical Journal of Sports Medicine, 7(4),* 319.

13. Echemendia, R. J. & Parker, E. (1998). Ethical issues in the neuropsychological assessment of athletes. In J. Bailes, M. Lovell, & J. Maroon (Eds.), *Sports Related Concussion and Nervous System Injuries.* St. Louis: Quality Medical Publishers.

14. Putukian, M., Echemendia, R. & Mackin, S. (2000). Acute Effects of Heading in Soccer: A Prospective Neuropsychological Evaluation. *Clinical Journal of Sport Medicine, 10,* 104-109.

15. Borkovec, T., Echemendia, R., Ragusea, S. & Ruiz, M. (2001). The Pennsylvania Practice Research Network and future possibilities for clinically meaningful and scientifically rigorous psychotherapy effectiveness research. *Clinical psychology: science and practice, 8* (2), 155-167.

16. Echemendia, R. J. & Julian, L. (2001). Mild Traumatic Brain Injury in Sports: Neuropsychology's Contribution to a Developing Field. *Neuropsychology Review, 11 (2),* 69-88.

17. Echemendia, R.J., Putukian, M., Mackin, S., Julian, L. & Shoss, N. (2001) Neuropsychological test performance prior to and following sports-related mild traumatic brain injury. *Clinical Journal of Sport Medicine, 11,* 23-31.

18. Harris, J., Echemendia, R.J., Ardila, A., & Roselli, M. (2001). Cross-cultural cognitive and neuropsychological assessment . In J. Andrews, H. Janzen, & D. Saklofske (Eds.). *Handbook of Psychoeducational Assessment*. Academic Press.

19. Hill-Briggs, F. & Echemendia, R.J. (2001). Association of metabolic controlwith problem solving skills. *Diabetes Care, 24* (5), 959.

20. Echemendia, R. J. & Julian, L. (2002). Neuropsychological assessment of Latino/Hispanic children. In R. Ferraro (Ed.), *Minority and Cross-Cultural Aspects of Neuropsychological Assessment (pp. 181-203)*. Lisse: Swets and Zeitlinger.

21. Echemendia, R.J., Lovell, M., & Barth, J. (2003). Neuropsychological assessment and management of cerebral concussion in athletes. In G. Prigatano, C. Munro Cullum, & N. Pliskin (Eds.), *Demonstrating Utility and Cost Effectiveness in Clinical Neuropsychology*. Philadelphia: Psychology Press.

22. Putukian, M. & Echemendia, R.J. (2003). Psychological aspects of serious head injury in the competitive athlete. In D.G. Anderson and G.A. Helm (Eds). *Clinics in Sports Medicine; Head and Neck Injuries in Sports Medicine* (pp. 617-630). Philadelphia: W.B. Saunders.

23. Bruce, J. & Echemendia, R.J. (2003). Delayed-onset deficits in verbal encoding strategies among patients with mild traumatic brain injury. *Neuropsychology. 17 (4),* 622-630.35.

24. Echemendia, R.J. & Cantu, R. (2003). Neuropsychology's role in return to play following sports-related cerebral concussion. *Applied Neuropsychology*, 10 (1), 48-55.

25. Echemendia, R.J. & Harris, J. (2004). Neuropsychological test use with Hispanic/Latino populations in the U.S.: Part II of a national survey. *Applied Neuropsychology*, 11(1), 4-12.

26. Echemendia, R. J. (2004). Introduction. Cultural diversity and neuropsychology: An uneasy relationship in a time of change. *Applied Neuropsychology*, *11*(1), 1-3.

27. Ruiz, M., Borkovec, T., Echemendia, R.J. & Ragusea, S. (2004). Validity of the inventory of interpersonal problems (IIP-C) for predicting treatment outcome: An investigation with The Pennsylvania Practice Research Network. *Journal of Personality Assessment, 83(3),* 213-22.

28. Bruce, J. & Echemendia, R.J. (2004). Concussion history predicts self-reported symptoms before and following a concussive event. *Neurology, 63(8),* 1516-8.

29. Collins, M., Lovell, M. & Echemendia, R. (2004). Models of neuropsychological assessment – collegiate and High School sports. In M. Lovell, R. Echemendia, J. Barth & M. Collins (Eds). *Traumatic brain injury in sports: An international neuropsychological perspective* (pp. 435-443). Lisse: Swets & Zeitlinger.

30. Lovell, M., Echemendia, R., & Burke, C. (2004). Models of neuropsychological assessment – professional ice hockey. In M. Lovell, R. Echemendia, J. Barth & M. Collins (Eds). *Traumatic brain injury in sports: An international neuropsychological perspective* (pp. 221-231). Lisse: Swets & Zeitlinger.

31. Echemendia, R.J. and Cantu, R. (2004). Return to play. In M. Lovell, R. Echemendia, J. Barth & Michael Collins (Eds). In M. Lovell, R. Echemendia, J. Barth & M. Collins (Eds). *Traumatic brain injury in sports: An international neuropsychological perspective* (pp. 479-499). Lisse: Swets & Zeitlinger.

32. Echemendia, R.J. (2004). Cultural Aspects of neuropsychological evaluation in sports. In M. Lovell, R. Echemendia, J. Barth & M. Collins (Eds). *Traumatic brain injury in sports: An international neuropsychological perspective* (pp. 435-443). Lisse: Swets & Zeitlinger.

33. Echemendia, R. J. & Nunez, J. (2004). Brief psychotherapy in a multicultural context. In M. Dewan, B. Steenbarger & R. Greenberg (Eds). *The art and science of brief psychotherapies: A practitioner's guide* (pp. 243-257). American Psychiatric Press.

34. Bailey, C., Echemendia, R.J., & Arnett, P. (2006). The Impact of Motivation on Neuropsychological Performance in Sports-Related Mild Traumatic Brain Injury. *Journal of the International Neuropsychological Society, 12,* 475-484.

35. Echemendia, R.J. (2006). Return to Play. In Echemendia, R. J. (Ed). *Sports Neuropsychology: Assessment and Management of Traumatic Brain Injury* (pp. 112-128). New York: Guilford Press.

36. Echemendia, R.J. (2006). Consulting with athletes: Rewards and pitfalls. In Echemendia, R. J. (Ed). *Sports Neuropsychology: Assessment and Management of Traumatic Brain Injury* (pp. 36-42). New York: Guilford Press.

37. Echemendia, R.J. & Westerfeld, M. (2006). Cultural perspectives in pediatric rehabilitation. In J. E. Farmer, J. Donders & S. Warschausky (Eds.). *Treating neurodevelopmental disabilities: clinical research and practice.* New York: Guilford Press.

38. Echemendia, R.J. (2006). Assessment and Management of Concussion: A Neuropsychological Perspective. In: S. Slobonov (Ed.) *Foundations of sport-related concussion.* Springer Press.

39. Rosenbaum, A.M., Arnett, P.A., Bailey, C.M., & Echemendia, R.J. (2006). Neuropsychological Assessment of Sports-Related Concussion: Measuring Clinically Significant Change. In Slobounov, S. & Sebastainelli, W. (eds.) *Foundation of Sports-Related Concussion.* New York: Springer Publishing Co., 137-169.

40. Manly, J. & Echemendia, R. J. (2007). Race-Specific Norms: Using the Model of Hypertension to Understand Issues of Race, Culture, and Education in Neuropsychology. *Archives of Clinical Neuropsychology, 22(3),* 319-326.

41. Echemendia, R.J. (2007). Introduction to the special edition. *Archives of Clinical Neuropsychology*, *22* (3), 271-273.

42. Echemendia, R.J. (2007). Die leichte traumatische Hirnverletzung – ein neuropsychologischer Ausblik. *Medizinische Mitteilungen.* Herausgegeben von den Ärztinnen und Ärzten der Suva, 78, 82-93.

43. Echemendia, R.J. (2007). Le traumatisme cranio-cérébral léger: Point du vue neuropsychologique. SUVA – *Informations Medicales*, 78, 85-95.

44. Moser, R.S., Iverson, G.L., Echemendia, R.J., Lovell, M./R., Schatz, P., Webbe, F., Ruff, R. & Barth, J.T. (2007). Neuropsychological evaluation in the diagnosis and management of sports-related concussion. *Archives of Clinical Neuropsychology*, 22, 909-916

45. Bruce, J. & Echemendia, R.J. (2009), History of multiple concussions is not associated with reduced cognitive abilities. *Neurosurgery, 64 (1),* 100-106.

46. Guskiewicz, K. M., Echemendia, R. J. & Cantu, R. C. (2009) Assessment and return to play following sports-related concussion. In W. Ben Kibler (Ed.) Orthopaedic Knowledge Update: Sports Medicine. American Academy of Orthopaedic Surgeons: Rosemont, Ill.

47. Heilbronner, RL, Bush, S., Ravdin, LD, Barth, JT, Iverson, GL, Ruff, RM, Lovell, ML, Barr, WB, Echemendia, RJ & Broshek, DK. (2009) Neuropsychological Consequences of Boxing

and Recommendations to Improve Safety: A National Academy of Neuropsychology Education Paper. *Archives of Clinical Neuropsychology*, *21*, 11-19.

48. Echemendia, R.J., Herring, S. & Bailes, J. (2009). Who should administer and interpret neuropsychological tests? *British Journal of Sports Medicine, 43,* 32-35.

49. McCrory, P., Meeuwisse, W., Johnston, K., Dvorak, J., Aubry, M., Molloy, M., Cantu, R., Broglio, S., Davis, G., Dick, R., Echemendia, R., Gioia, G., Guskiewicz, K., Herring, S., Iverson, G., Kelly, J., Kissick, J., Makdissi, M., McCrea, M., Ptito, A., Pucell, L. & Putukian, M. (2009). Consensus Statement on Concussion in Sport 3rd International Conference on Concussion in Sport held in Zurich, November 2008. *Clinical Journal of Sports Medicine, 19*, 185-195.

50. Romero HR, Lageman SK, Kamath VV, Irani F, Sim A, Suarez P, Manly JJ, Attix DK; Summit Participants (2009). Challenges in the neuropsychological assessment of ethnic minorities: summit proceedings. Clinical Neuropsychologist, 23, 761-79.

51. Echemendia, R.J. (2010). Sports Psychology: A historical overview. In R. Echemendia & C. Moorman (Eds). *Praeger Handbook of Sports Medicine and Allied Health* (pp. 1-14). Santa Barbara, CA: Praeger.

52. Echemendia, R.J. (2010). Concussion in sport: Neuropsychological and psychological considerations In R. Echemendia & C. Moorman (Eds). *Praeger Handbook of Sports Medicine and Allied Health* (pp. 171-194). Santa Barbara, CA: Praeger.

53. Echemendia, R.J., Iverson, G., McCrea, M., Broshek, D., Gioia, G. Sautter, S., Macciocchi, S. & Barr, W. (2011). Role of Neuropsychologists in the Evaluation and Management of Sports-Related Concussion: An Inter-Organization Position Statement. *Archives of Clinical Neuropsychology*, *25,* 1289-1294.

54. Echemendia**,** R. J. & Nunez, J. (2012). Brief psychotherapy from a multicultural perspective. In M. Dewan, B. Steenbarger & R. Greenberg (Eds.). *The art and science of brief psychotherapies: A practitioner's guide 2nd Edition (pp. 287-300).* American Psychiatric Press.

55. Iverson, G., Echemendia, R.J., LaMarre, A.K., Brooks, B.L., & Gaetz, M.B. (2012). Possible lingering effects of multiple past concussions. *Rehabilitation Research and Practice, 2012,* 1-7.

56. Echemendia, R.J. (2012). Cerebral Concussion in Sport: An Overview. *Journal of Clinical Sports Psychology, 6,* 207-230.

57. Echemendia, R.J., Bruce, J.M., Bailey, C. M., Sanders, F., Arnett, P. & Vargas, G. (2012). The utility of post-concussion neuropsychological data in identifying cognitive change in the absence of baseline data. *The Clinical Neuropsychologist, 26(7),* 1077-1091.

58. Echemendia, R.J. (2013). Promotion of cognitive health through prevention: The case of sports concussion. In J.J. Randolph (Ed.), *Positive neuropsychology: An evidence-based perspective on promoting cognitive health*. New York, NY: Springer Science+Business Media, LLC.

59. McCrea, M., Iverson, G.L., Echemendia, R.J., Makdissi, M. & Raftery, M. (2013). Day of Injury Assessment of Sports-related Concussion. *British Journal of Sports Medicine, 47,* 272-284.

60. Echemendia, R.J., Iverson, G.L., McCrea, M., Macciocch, S., Gioia, G., Putukian, M. & Comper, P. (2013). Advances in Neuropsychological Assessment. *British Journal of Sports Medicine, 47,* 294-298.

61. McCrory, P., Meeuwisse, W., Aubry, M., Cantu, R., Dvorak, J., Echemendia, R., Engebretsen, L., Johnston, K., Kutcher, J., Raftery, M., Sills, A., et al. (2013). Consensus statement on concussion in sport – the 4th international conference on concussion in sport held in Zurich, November 2012. *British Journal of Sports Medicine, 47,* 250-258

62. McCrory, P., Meeuwisse, W.H., Echemendia, R.J., Iverson, G.L., Dvořák, J., & Kutcher, J. S. (2013). What is the lowest threshold to make a diagnosis of concussion? *British Journal of Sports Medicine, 47,* 268-271.

63. Hutchinson, M., Comper, P., Meeuwisse, P., & Echemendia, R. (2013). A Systematic Video Analysis of National Hockey League Concussions: Part II: How Concussions Occur in the NHL. *British Journal of Sports Medicine*

64. Hutchinson, M., Comper, P., Meeuwisse, W., & Echemendia, R., (2013).The Heads Up Checklist: An Observational Method to Code Concussions in the National Hockey League. *British Journal of Sports Medicine,*

65. Hutchinson, M., Comper, P., Meeuwisse, P., & Echemendia, R. (2013). A Systematic Video Analysis of National Hockey League Concussions Part 1: Who, When, Where and What? *British Journal of Sports Medicine,*

## *Under Review*

Bruce, J.A., Echemendia, R.J., Meeuwisse, W., Comper, P. and Sisco, A. (under review). One year test-retest reliability of ImPACT in professional ice hockey players.

Echemendia, R.J., Bruce, J. A., Comper, P., Meeuwisse, W. & Rizos, J. (under review). Neuropsychological Assessment of Professional Ice Hockey Players: A Cross-cultural Examination of Baseline Data

## C. PUBLISHED ABSTRACTS

1. Curwin, L. B., Echemendia, R. J. & Petrucci, R. J. (1994). Neuropsychological functioning of the cardiac transplantation candidate: a one-year follow-up study. *Archives of Clinical Neuropsychology, 9 (2) pp. 118-119.*

2. Echemendia, R. J., Congett, S., Harris, J. & Puente, A. (1994). Neuropsychological practice with Spanish-speaking individuals: A national survey. *The Clinical Neuropsychologist, 8 (3),* p. 351.

3. Hill, F. & Echemendia, R.J. (1995) Neuropsychological functioning in adult insulin-dependent diabetes mellitus (IDDM) patients. *Archives of Clinical Neuropsychology, 10 (4)*, 340 - 341.

4. Echemendia, R.J. & Testa, S. (1996) Neuropsychological consequences of sequential concussions in a female college basketball player. *Archives of Clinical Neuropsychology.*

5. Echemendia, R.J., Putukian, M., & Phillips, T.G. (1997). Neuropsychological baseline testing in the management of head injured college athletes: The Penn State Concussion Program. *Clinical Journal of Sport Medicine*

6. Echemendia, R.J. (1998). Cultural Considerations in the Neuropsychological Assessment of NHL Athletes. *The Clinical Neuropsychologist.*

7. Julian, L., Shoss, N., & Echemendia, R. (1999). Neuropsychological performance on fluency tasks in male and female college-level athletes with a history or previous head injury. *Journal of Neuropsychiatry and Clinical Neuroscience, 11,* 145.

8. Mackin, R.S. & Echemendia, R.J. (1999) Pre-injury neuropsychological assessment of college athletes at risk for mild head injury. *Journal of Neuropsychiatry and Clinical Neuroscience, 11,* 146.

9. Echemendia, R.J., Mackin, R.S, Julian, L., Kachin, K., Shoss, N., Elsinger, C. (1999). Neuropsychological Assessment of Mild Brain Injury and Recovery of Function in College Athletes. *Journal of Neuropsychiatry and Clinical Neuroscience, 11,* 158.

10. Echemendia, R.J. (1999). Neuropsychological testing of cultural and linguistic minorities within the NHL. *Canadian Psychology, 40,* 43.

11. Echemendia, R. J. (1999). Are Reliable Change Scores Useful in Making Return-   to-Play Decisions? *The Clinical Neuropsychologist, 13, 221.*

12. Shoss, N.E., & Echemendia, R.J. (2001). The effects of manipulating test characteristics on a visual cancellation task. *Archives of Clinical Neuropsychology, 16*, 842.

13. Bruce, J. M., & Echemendia, R.J. (2001). Delayed-onset deficits in verbal encoding strategies among patients with mild traumatic brain injuries. *Archives of Clinical Neuropsychology, 16,* 740.

14. Bailey, C.M. & Echemendia, R.J. (2002). The number of errors per minute and its relation to mild traumatic brain injury in athletes. *Archives of Clinical Neuropsychology, 17,* 766-767.

15. Echemendia, R.J., Bruce, J. & Rosenbaum, A. (2002). Factor structure of a brief battery for assessing MTBI in athletes. *Archives of Clinical Neuropsychology, 17*, 767

16. Echemendia, R.J., Rosenbaum, A. & Bailey, C. (2003). Risks of sustaining a concussion given prior history of concussion in college athletes. *Medicine and Science in Sports & Exercise,* 35 (5), S321.

17. Bruce, J.M. & Echemendia, R.J. (2003). Concussion history predicts symptom severity before and after a concussive event. *Medicine and Science in Sports & Exercise,* 35 (5), S247.

18. Rosenbaum, A.M. & Echemendia, R.J. (2003) Severity of symptoms reported at different intervals after MTBI. *Archives of Clinical Neuropsychology, 18,* 746-747.

19. Echemendia, R.J., Bailey C., Bruce, J. & Furtado, J. (2003) T The role of symptoms and neuropsychological test data in Predicting MTBI in collegiate hockey players. *Archives of Clinical Neuropsychology, 18,* 742.

20. Bailey, CM & Echemendia, R.J. (2003) The sensitivity of performance errors to mild traumatic brain injury in an athletic population. *Archives of Clinical Neuropsychology*, *18*, 740.

21. Echemendia, R.J. (2004). Sports neuropsychology: a review of 20 years of research and practice. *The Clinical Neuropsychologist; 18* (2), 159-160.

22. Bailey, C.M., Echemendia, R.J., & Arnett, P.A. (2004) Differential motivation on baseline and post-MTBI neuropsychological performance in college athletes. *Archives of Clinical Neuropsychology*, *19*, 853-854

23. Bruce, J. & Echemendia, R.J. (2004) Pre-injury measures of attention and information processing interact with concussion history to predict symptom reporting following concussion. *Archives of Clinical Neuropsychology*, *19*, 959.

24. Macher, R.B., Arnett, P.A. & Echemendia, R.J. (2005) Computerized versus clinical testing: examining validity of cognitive assessment in sports-related concussion. *Archives of Clinical Neuropsychology*, 20, 839.

25. Echemendia, R., Manly, J., Harris, J., Weiss, L. & Heaton, R. (2006). Ethnically corrected norms: Folly or culturally sensitive science and practice? *The Clinical Neuropsychologist, 20,* 576.

26. Echemendia, R. & Bailey, C. (2006). Sensitivity and specificity of traditional and computer tests with concussion. *The Clinical Neuropsychologist, 20,* 578.

**D. Additional Publications**

Echemendia, R.J. (1986). Religious salience: a construct worthy of attention. *Newsletter, Division 36, American Psychological Association*, 11 (1), 5.

Echemendia, R. J. (1989). Review of Hynd, G. W. Neuropsychological assessment in clinical child psychology, Sage Publications, 1988. In *Child Development Abstracts and Bibliography*, 63 (3) 398-399.

Echemendia, R. J. & Liben, L. (1991). The Pennsylvania State University doctoral program in psychology. *Variability*, American Psychological Association, 11 (2).

Echemendia, R. J. (1996) Assessing the outcomes of psychotherapy II: Developing the instruments. *The Pennsylvania Psychologist Quarterly, 56* (2), 19, 26.

Reprinted in the *Colorado Psychological Association Bulletin*, (1996, April).

Echemendia, R.J. (2010). Measurement issues in sports neuropsychology. *Bulletin,* National Academy of Neuropsychology, *25 (2),* 5-9.

**E. INVITED WORKSHOPS/ADDRESSES**

1. *Neuropsychological assessment of children and adolescents.* In Traumatic Brain Injury (TBI): Deficits and Treatment Approaches for Children; Two day symposia sponsored by the College of Medicine and University Hospital Rehabilitation Center at The Milton Hershey Medical Center and the Penn State Department of Communication Disorders [Oct., 1991].

2. *Psychological screening of law enforcement candidates.* Sponsored by the City of Pittsburgh Office of Personnel. Pittsburgh, PA [Nov., 1992].

3. *Normal cognitive functioning: an overview.* In: Vocational Significance of Speech/Language Disorders. Sponsored by the Pennsylvania Office of Vocational Rehabilitation and the Penn State Department of Communication Disorders [July, 1993].

4. *Psychologists as expert witnesses.* Continuing education colloquia presented at The Pennsylvania State University, Department of Psychology [Sept., 1993].

5. *Managed care and psychological practice: Implications for training and training clinics.* Colloquia presented at the Department of Psychology, Bowling Green State University [April, 1994].

6. *The assessment of psychotherapy outcomes: an approach for the practicing clinician.* With S. Ragusea & T. Borkovec. Integrating practice and research: Practical approaches for the established clinician. Pennsylvania Psychological Association, Harrisburg, PA [June, 1995].

7. *Neuropsychological assessment practices with cultural and ethnic minorities: The case of Hispanics.* Continuing education presentation at The Pennsylvania State University [February, 1996].

8. *Use of neuropsychological assessment in sports.* With M. Lovell, J. Barth, E. Bartolic, M. Franzen, S. Koffler and E. Parker. Sponsored by the Allegheny General Hospital, Medical College of Pennsylvania and Hahnemann University [March, 1996].

9. *Neuropsychological assessment of acute head injuries.* In the Annual Primary Care Sports Medicine Symposium. Sponsored by the Pennsylvania State University College of Medicine [March, 1996].

10. *The neuropsychological evaluation of the college athlete.* In Sports related concussion and nervous system injuries. Sponsored by the Division of Neurosurgery, Allegheny General Hospital, Allegheny University of the Health Sciences [February, 1997].

11. *The use of neuropsychological testing in sports.* Presented at the annual meeting of the Pennsylvania Athletic Trainers Society [May, 1997].

12. *The Pennsylvania Psychological Association Practice-Research Network: An update.* With S. Ragusea & T. Borkovec. Continuing Education Workshop conducted at the annual meeting of the Pennsylvania Psychological Association [June, 1997].

13. *Evaluation and treatment of minor concussion.* With T.G. Phillips & M. Putukian. Presented as a Continuing Medical Education program for the medical staff of Centre Community Hospital [July, 1997].

14. *Psychotherapy outcomes evaluation in naturalistic settings: The Pennsylvania Psychological Association Practice-Research Network.* Continuing Education Workshop presented to the Oklahoma Psychological Association, Oklahoma City [August, 1997].

15. *Neuropsychological assessment of college and high school athletes prior to and following cerebral concussion.* Presented as part of the continuing education at the 6th annual conference on Neurobehavioral Rehabilitation in Acquired Brain Injury sponsored by the Ontario Brian Injury Association and Hamilton Health Sciences Corporation, Hamilton, Ontario [May, 1999].

16. *The Penn State multi sport program.* Presented as part of the Sports Related Concussion and Nervous System Injuries conference sponsored by the Orlando Regional Healthcare System, Orlando, FL [May, 1999].

17. *The neuropsychological assessment of brain injured athletes.* Sponsored by the Eastern Athletic Trainers Association, Philadelphia [January, 2000].

18. *Neuropsychological evaluation of mild traumatic injury in sports* (with Mark Lovell, Ph.D.). Workshop presented at the annual conference of the National Academy of Neuropsychology. Orlando, FL [November, 2000].

19. *Neuropsychological assessment in high school, college, and professional athletes* and *implementing a neuropsychology testing program: pearls and pitfalls* (with Mark Lovell, Ph.D.). Invited workshops presented at the annual meeting of the American Medical Society for Sports Medicine/American Osteopathic Academy of Sports Medicine. San Antonio, TX [April, 2001].

20. *Neuropsychology's role in return-to-play following sports-related mild traumatic brain injury.* Invited address as part of the National Academies, Institute of Medicine, Neuropsychological Consequences of Head Impact in Youth Soccer, Washington, DC. [October 12, 2001].

21. *Cognitive testing—diagnosis and recovery of mtbi.* Invited address as part of the National Academies, Institute of Medicine, Neuropsychological Consequences of Head Impact in Youth Soccer, Washington, DC. [October 12, 2001].

22. *The advantages of neuropsychological testing.* Part of symposia entitled, "The pros and cons of neuropsychological testing in concussion." American College of Sports Medicine, May, 2002.

23. *The use neuropsychological tests in the management of sports-related mild traumatic brain injury: A clinical primer (With M. Lovell and J. Brooks).* Workshop presented at the annual meeting of the National Academy of Neuropsychology. November, *2003.*

24. *Developments in the assessment and management of mild TBI and sports-related concussion.* (with Mark Lovell). Symposia presented for the Pennsylvania Neuropsychological Society.  Philadelphia: April, 2003.

25. *Heading in soccer: Is it safe?* (with Margot Putukian and Thomas Kaminsky). Clinical Colloquia presented at the annual meeting of the American College of Sports Medicine. San Francisco: May, 2003.

26. *Neuropsychological assessment of sports-related concussion.* Seminar series, Mount Washington Pediatric Hospital, University of Maryland School of Medicine.  Baltimore, MD: October, 2003.

27. *Neuropsychological testing after concussion in sport*.  Penn State Athletic Training Conference, State College, PA: March, 2004.

28. *Sports-related Brain Injury: A decade of neuropsychological findings.* Invited address delivered to the annual meeting of the American Psychological Association, Honolulu, HI: July, 2004.

29. *Does heading the ball in soccer cause neuropsychological damage?* (with D. Kirkendall & H. O'Malley) Second International Symposium on Concussion in Sport. Prague, Czech Republic: November, 2004.

30. *Is it safe yet? An examination of return to play following sports-related traumatic brain injury*.  Invited address at the 2nd annual international Meeting of Mild Traumatic Brain Injury in Sports, St. Moritz, Switzerland: March, 2006.

31. *Sports-related Mild Traumatic Brain  Injury: A review of neuropsychological findings.* Invited Fellows Address delivered to the American Psychological Association, New Orleans, LA: August, 2006.

32. *Mild Traumatic Brain Injury: From sports to the clinic to the courtroom.* Workshop presented at the National Academy of Neuropsychology (with Grant Iverson, PhD and Glenn Larrabee, PhD), San Antonio, Tx: October, 2006.

33. *Mild Traumatic Brain Injury: Neuropsychological Findings.* Lecture and workshop presented at SUVA Annual Medicine Meeting, Luzern, Switzerland: November, 2006.

34. *Head Injuries in Soccer* (with Don Kirkendall). Lecture presented at the annual meeting of the National Soccer Coaches Association of America, Indianapolis, IN.: January, 2007.

35. *Real Time Decisions about Return to Play – Guidelines for Coaches*. Lecture presented at the 10th annual De Val Pediatric Lecture Series, "Concussion Injury in Children and Teens: Risk Prevention and Management for the Young Athlete." Mary Free Bed Rehabilitation Hospital, Grand Rapids, MI: June 2007

36. *The Impact of Concussion: Differences between Children and Adults.* Lecture presented at the 10th annual De Val Pediatric Lecture Series, "Concussion Injury in Children and Teens: Risk Prevention and Management for the Young Athlete." Mary Free Bed Rehabilitation Hospital, Grand Rapids, MI: June 2007

37. *Neuropsychological Evaluation and Management of Sports-related Cerebral Concussion.* Symposium presented at the University of Cincinnati, Department of Psychology. Cincinnati, OH: October, 2007.

38. *Controversies In The World Of Sports Concussion.* Panelist. Sheldon Berrol Memorial Chautauqua Lectures. American College of Sports Medicine, Washington, D.C.: October 4, 2007.

39. *Current Controversies and Issues in the Assessment and Management of Sports-related Concussion (with Dr. Philip Schatz).* Workshop presented at the annual meeting of the National Academy of Neuropsychology. Scottsdale, AZ: November, 2007.

40. *Symposium: An Update on Concussions* (with Margot Putukian, MD). Presented at the Mid-Atlantic Regional Chapter of the American College of Sports Medicine. Harrisburg, PA: November 2, 2007.

41. *Concussion Management.* Presented at the Soccer Industry Medical Symposium. Ft. Lauderdale, FL.: January 12, 2008

42. *Challenges in the Neuropsychological Assessment of Ethnic Minorities: A Problem Solving Summit.* Invited Panelist. Waikoloa, Hawaii: February 5, 2008

43. *Neuropsychological Evaluation of Traumatic Brain Injury.* SUVA medical symposium on Mild Traumatic Brain Injury. Zurich, Switzerland: June 26, 2008.

44. *Management of Sports-related Brain Injury: An Update.* University of Pittsburgh Medical Center symposium on Sports Concussions; Pittsburgh, PA: July, 2008.

45. *Heads Up: Update on Concussion Management.* Presented as part of The Puck Stops Here: Comprehensive Management of Hockey Injuries. Sponsored by the American Orthopeadic Sports Medicine Society; Chicago: August, 2008.

46. *The National Hockey League Concussion Management Program: Preliminary Data.* National Academy of Neuropsychology Foundation, *Concussions in Sport: A Clinical Symposium.* New York City: October 2008.

47. *Presidential Address.* National Academy of Neuropsychology, New York City: October 2008.

48. *Cognitive assessment among elite and non-elite athletes. 3rd International Conference on Concussion in Sport.* Zurich, Switzerland *(October, 2008)*.

49. *Concussions in Ice Hockey: Epidemiology, Psychological Factors and the NHL.* Presented at the London Hockey Summit, London, Ontario: January, 2009.

50. *Assessment and Management of Sports-related Concussion.* Presented at the annual symposium of the Academy for Sports Dentistry. Chicago, IL: May, 2009.

51. *Cognitive Assessment Across Race, Culture and Language.* Presented at the annual meeting of the American Diabetes Association.  New Orleans, LA: June, 2009.

52. *Assessment and Management of Concussions in Soccer*.  U.S. Soccer Development Academy. Los Angeles, July, 2009.

53. *Concussion in Sports: Neuropsychological Perspectives.* An International Conference on Mild Traumatic Brain Injury. Vancouver, BC: August, 2009.

54. *Conmoción en el Deporte: Evaluación y Gestión Neuropsicológica (Concussion in Sports: Neuropsychological Evaluation and Management).* Presented as part of an international congress on advances in neuropsychology.  University of Granada, Granada, Spain: October, 2009.

55. *Who Should Administer And Interpret Neuropsychological Tests?*  Presented as part of a workshop entitled, "Drafting the Neuropsychologist: Sport-Related Concussion From Vienna to Zurich and Beyond*." Annual meeting of the National Academy of Neuropsychology. New Orleans, LA: November, 2009*

56. *NHL/NHLPA Neuropsychological Testing Program: Challenges and Outcomes.* Presented as part of "Issues and Challenges with Rapid Neuropsychological Assessment." University of Toronto, Toronto, Canada: December 10-11, 2009.

57. *Neurocognitive Testing in the NHL*. Presented at the Ice Hockey Summit: Action on Concussion. Mayo Clinic Sports Medicine Centre. Rochester, MN, October, 2010.

58. *Sports Concussions: Facts, Fallacies and New Frontiers (with Kevin Guskiewicz).* Brain Injury Association of Missouri. Saint Charles, MO, October, 2010.

59. *Neuropsychological Evaluation of Sports Concussion/TBI: Historical and Psychometric Considerations.* Federal Drug Administration Workshop: Assuring the Safety and

Effectiveness of Seizure, Cognitive Function, and TBI/Sports Concussion Diagnostic Devices. Silver Spring, MD, June 2011.

60. *Sports-related Concussion: The role of neuropsychological testing.* Athletic Trainer's Society of New Jersey, Plainsboro, NJ, July, 2011.

61. *Concussion Management Protocols and Outcomes in MLS.* Major League Soccer Medical Symposium. Ft. Lauderdale, FL, January, 2012.

62. *Sports Concussions: Facts, Fallacies and New Frontiers.* Keynote address sponsored by the Brian Injury Association of Missouri. St. Louis, Mo., March, 2012.

63. *Sports Concussion Evaluation and Management: Advances, Controversies and Future Directions.* Neurological Institute, Case Western Reserve Medical School/University Hospitals, Grand Rounds. Cleveland, OH, April, 2012.

64. *Concussion Evaluation and Management: Where do we go from here?* Keynote Address sponsored by Case Western Reserve's Brain Health and Memory Center, University Hospitals and Neurological Institute. Cleveland, OH, April, 2012.

65. *The Role and Value of Neuropsychological Testing.* Presented as part of: "Keep Your Edge: Hockey Sports Medicine in 2012" sponsored by the American Orthopedic Sports Medicine Society and the NHL Team Physicians Society. Toronto, CA: August, 2012.

66. *Neuropsychological Testing Sports: Which Tests to Use and When?* Mayo Clinic Symposium on Concussion in Sport. Mayo Clinic, Scottsdale, AZ: September, 2012

67. *Neurological and Cognitive Evaluation: Interpreting Computerized Cognitive Concussion Results, Treatment and Return-to-Play Strategies and Guidelines* (with Jeffrey Kutcher, M.D.). Mayo Clinic Symposium on Concussion in Sport. Mayo Clinic, Scottsdale, AZ: September, 2012

68. Echemendia, R.J. (2013). *The NHL Concussion Evaluation and Management Program.* 4th International Consensus Conference on Concussion in Sport. Zurich: November 1.

69. Echemendia, R.J. (2013). *Advances in Neuropsychological Assessment.* 4th International Consensus Conference on Concussion in Sport. Zurich: November 2.

70. Echemendia, R.J. (2013). *Traumatic Brain Injury: Detecting Malingered Neurocognitive Impairment.* Pennsylvania Association of Mutual Insurance Companies: Gettysburg, PA, April 4.

71. Echemendia, R.J. (2013). *Update: Legislative advocacy and CISG-IV (Zurich II)*. Presented at the Inaugural Meeting of the Sports Neuropsychological Society: Minneapolis, MN, May 3.

72. Echemendia, R.J. (2013). *Concussions in Soccer*. Presented as part of ISAKOS & FIA: Key Issues and Challenges in Safety and Health in Soccer 2013. International Society of Arthroscopic Surgery and Medicine and Fédéracion Internationale de Football Association: Toronto, May 12.

## Papers Presented at Professional Conferences

1. Sullivan, M., Pargament, K., McGath, C., Echemendia, R., Minyard, S., Manges, K., Gibson, A., Cook, P. Bena, T., Kennell, J., Goldblatt, D. and Pritchard, K. (1982, October). *Investigating the meaning of religiosity: An idiographic-nomothetic approach.* Paper presented at the annual 45.

2. Silverman, W., Pargament, K.I., Johnson, S., Echemendia, R., and Snyder, S. (1982, October). *The development of a scale to measure church satisfaction.* Paper presented at the annual meeting of the Society for the Scientific Study of Religion, Providence, R.I.

3. Pargament, K.I., Silverman, W., Echemendia, R.J., Johnson, S., and Snyder, S. (1982, October). *The congregation development program: A data based method of evaluating churches and synagogues.* Paper presented at the annual meeting of the Society for the Scientific Study of Religion, Providence, R.I.

4. Pargament, K.I., Silverman, W., Echemendia, R.J., Johnson, S. and Snyder, S. (1982, August). *Understanding and evaluating diverse religious settings.* Paper presented at the annual meeting of the American Psychological Association, Washington, D.C.

5. Pargament, K.I., Echemendia, R.J., Johnson, S., and McGath, C. (1981, November). *Identifying the religious needs of college students.* Paper presented at the annual meeting of the Society for the Scientific Study of Religion, Knoxville, Tennessee.

6. Pargament, K.I., Echemendia, R.J., Johnson, S., Silverman, W. and Snyder, S. (1982, May). *The psychosocial climate of churches and synagogues: initial findings.* Paper presented at the annual meeting of the Midwest Psychological Association, Minneapolis, Minn.

7. Echemendia, R.J., Pargament, K.I., Johnson, S., Silverman, W. and Snyder, S. (1981). *Community, organizational and individual approaches to religion.* Symposium presented at the annual meeting of the Midwest Psychological Association, Detroit, Michigan. (Invited symposium)

8. Echemendia, R.J., Fischetti, L. and Myers, J. (1982, October). *Issues in consultation: Practical problems in the course of community consultation.* Paper presented at the Midwest Eco/Community Conference, Tennessee.

9. Echemendia, R.J. and Pargament, K.I. (1982, August). *The psychosocial functions of religion: reconceptualization and measurement.* Paper presented at the annual meeting of the American Psychological Association, Washington, D.C.

10. Echemendia, R.J. (1984, August). *Religion and mental health: an overview.* Invited paper presented at the Department of Psychiatry and Behavioral Sciences, SUNY - Upstate Medical Center, Syracuse, N.Y.

11. Echemendia, R.J., Pargament, K.I., Miller, J.S. and Hahn, J. (1985, May). *The individual in context: An examination of the relationship between multiple systems and psychosocial competence.* Paper presented at the annual meeting of the Midwest Psychological Association, Chicago, Ill.

12. Echemendia, R.J. (1988, June). *National Institute of Mental Health training initiatives for FY88: Implications for Minority Training.* Paper presented at the National Conference on Clinical Training in Psychology: Improving Training and Psychological Services for Ethnic Minorities, UCLA, Los Angeles. (Invited Address).

13. Echemendia, R. (1989, August). Clinical Training and Funding Needs of Ethnic Minority Students. In R.J. Echemendia (Chair), *Report: National Conference on Clinical Training for Ethnic Minority Psychological Services.* Symposia conducted at the annual meeting of the American Psychological Association, New Orleans.

14. Echemendia, R. J. (1991, August). Culturally competent clinical training: A passing fad or critical need? In K. W. Allison (Chair) *Graduate training for cultural competence: Needs, practices and possibilities.* Symposia conducted at the annual meeting of the American Psychological Association, San Francisco.

15. Corbett, C. and Echemendia, R. (1993, August). *Dual minority status and college adjustment: An examination of social and academic adjustment in Black deaf college students.* Paper presented at the annual meeting of the American Psychological Association, Toronto.

16. Curwin, L. B., Echemendia, R. J. & Petrucci, R. J. (1993, October) *Neuropsychological functioning of the cardiac transplantation candidate: A one year follow-up study.* Paper presented at the annual meeting of the National Academy of Neuropsychology, Phoenix, Az.

17. Echemendia, R. J., Congett, S., Harris, J. & Puente, A. (1994, August). *Neuropsychological practice with Spanish-speaking individuals: A national survey.* Paper presented at the annual meeting of the American Psychological Association, Los Angeles

18. Hill F. & Echemendia, R.J. (1994, November) *Neuropsychological Functioning in Adult Insulin-Dependent Diabetics Mellitus (IDDM) Patients.* Paper presented at the annual meeting of the National Academy of Neuropsychology, Orlando, FL.

19. Echemendia, R.J & Testa, S. (1995). *Neuropsychological consequences of sequential cerebral concussions in a female college basketball player.* Paper presented at the annual meeting of the National Academy of Neuropsychology. San Francisco.

20. Echemendia, R.J., Harris, J., Diaz, M.L., Junco, R. & Puente, A. (1995). *Use of neuropsychological tests with Spanish speakers in the U.S.* Paper presented at the annual meeting of the National Academy of Neuropsychology. San Francisco.

21. Mackin, R.S., Sabsevitz, D.S., Julian, L., Junco, R., Dwyer, M. & Echemendia, R.J. (1997). Stability Coefficients and Practice Effects of Neuropsychological Tests in College Athletes: Preliminary Findings. . Paper presented at the Sports Related and Nervous System Injuries conference. Orlando.

22. Moraga, R.A., Mackin R.S., Sabsevitz, D.S. & Echemendia, R.J. (1997). *Neuropsychological Investigation of Levels of Information Processing in College Athletes.* Paper presented at the Sports Related and Nervous System Injuries conference. Orlando.

23. Julian, L.J., Marsh, W., Williams, J.L., Preston, R.J. & Echemendia, R.J. (1997). *Comparison of Neuropsychological Functioning in Male and Female Soccer Players.* Paper presented at the Sports Related and Nervous System Injuries conference. Orlando

24. Echemendia, R.J. (1997). *The Neuropsychological Evaluation of the College Athlete.* Paper presented at the Sports Related and Nervous System Injuries conference. Orlando.

25. Echemendia, R.J., Putukian, M., & Phillips, T.G. (1997). *Neuropsychological baseline testing in the management of head injured college athletes: The Penn State concussion program.* Presented at the annual meeting of the American Medical Society for Sports Medicine. Colorado Springs.

26. Echemendia, R. J. (1997). *Neuropsychological Assessment of College Athletes: The Penn State Concussion Program.* Special topics presentation at the annual meeting of the National Academy of Neuropsychology. Las Vegas, NV.

27. Putukian, M., Echemendia, R., & Mackin, S. (1998). *Acute Effects of Heading in Soccer: A Prospective Neuropsychological Evaluation.* Paper presented at the annual meeting of the American Medical Society for Sports Medicine.

28. Echemendia, R.J. (1998). *Neuropsychological Assessment in Sports-Related Mild Head Injury.* Paper presented at the annual meeting and clinical symposia of the National Athletic Trainers Association. Baltimore, MD.

29. Echemendia, R.J. (1998). *Cultural Considerations in the Neuropsychological Assessment of NHL Athletes.* Paper presented at the annual meeting of the American Psychological Association. San Francisco, CA.

30. Echemendia, R.J. (1999). *Neuropsychological Assessment of Mild Brain Injury and Recovery of Function in College Athletes.* Paper presented at the annual meeting of the American Neuropsychiatric Association. New Orleans, LA.

31. Echemendia, R.J. (1999) *Neuropsychological testing of Cultural and Linguistic Minorities within the NHL.* Paper presented at the annual meeting of the Canadian Psychological Association. Halifax, Nova Scotia.

32. Putukian, M., Echemendia, R., Evans, T. & Bruce, J. (2001*). Effect of heading contacts in collegiate soccer players on cognitive function; Prospective neuropsychological assessment over a season.* Paper presented at the annual meeting of the American Medical Society for Sports Medicine/American Osteopathic Academy of Sports Medicine. San Antonio, TX [April, 2001]. (Winner AMSSM/AOSSM Research Award).

33. Echemendia, R.J., Bruce, J. & Strober, L. (2001). *Which control group should be used in assessing sport-related concussion?* Paper presented at the annual meeting of the American Medical Society for Sports Medicine/American Osteopathic Academy of Sports Medicine. San Antonio, TX [April, 2001].

34. Harris, J. & Echemendia, R. J. (2001). *Testing the ethnoculturally diverse with the WAIS –III and WMS-III.* Paper presented at the annual meeting of the American Psychological Association. San Francisco, CA (August).

35. Shoss, N.E., & Echemendia, R.J. (2001). *The effects of manipulating test characteristics on a visual cancellation task.* Paper presented at the annual meeting of the National Academy of Neuropsychology. San Francisco, CA (November).

36. Bruce, J. M., & Echemendia, R.J. (2001*). Delayed-onset deficits in verbal encoding strategies among patients with mild traumatic brain injuries.* Paper presented at the annual meeting of the National Academy of Neuropsychology. San Francisco, CA (November).

37. Echemendia, R.J. (2001). *Neuropsychological Screening in Professional, College, and High School Sports: An Update on the NHL Neuropsychological Testing Program*. Paper presented at the annual meeting of the National Academy of Neuropsychology. San Francisco, CA (November).

38. Echemendia, R.J., Bruce, J. & Rosenbaum, A. (2002). *Factor structure of a brief battery for assessing MTBI in athletes.* Paper presented at the annual meeting of the National Academy of Neuropsychology. San Francisco, CA (October).

39. Bailey, C.M. & Echemendia, R.J. (2002). *The number of errors per minute and its relation to mild traumatic brain injury in athletes.* Paper presented at the annual meeting of the National Academy of Neuropsychology. San Francisco, CA (October).

40. Echemendia, R.J., Rosenbaum, A., Bailey, C. & Bruce, J. (2003). *Risks of sustaining a concussion given prior history of concussion in college athletes*. Paper presented at the annual meeting of the American College of Sports Medicine. San Francisco, CA (May).

41. Echemendia, R. J., Rosenbaum, A., Bailey, C. and Bruce, J. (2003). Cerebral concussions, learning disability and neuropsychological functioning in college athletes. Paper presented at the annual meeting of the American Psychological Association, Toronto, Canada, (August).

42. Rosenbaum, A.M. & Echemendia, R.J. (2003) Severity of symptoms reported at different intervals after MTBI. Paper presented at the annual meeting of the National Academy of Neuropsychology, Dallas, TX (October).

43. Echemendia, R.J., Bailey C., Bruce, J. & Furtado, J. (2003) The role of symptoms and neuropsychological test data in Predicting MTBI in collegiate hockey players. Paper presented at the annual meeting of the National Academy of Neuropsychology, Dallas, TX (October).

44. Bailey, CM & Echemendia, R.J. (2003) The sensitivity of performance errors to mild traumatic brain injury in an athletic population. Paper presented at the annual meeting of the National Academy of Neuropsychology, Dallas, TX (October).

45. Echemendia, R.J. (2004). Neurocognitive functioning and Soccer: An analytical review. Paper presented at the annual meeting of the International Neuropsychological Society, Baltimore, MD (February).

46. Echemendia, R.J. (2004). Sports-related Brain Injury: A decade of neuropsychological findings. Address delivered to the annual meeting of the American Psychological Association, Honolulu, HI (July).

47. Bailey, C.M., Echemendia, R.J., & Arnett, P.A. (2004) Differential motivation on baseline and post-MTBI neuropsychological performance in college athletes. Paper presented at the annual meeting of the National Academy of Neuropsychology, Seattle, WA (November). *Winner – Student Poster Award*.

48. Bruce, J. & Echemendia, R.J. (2004) Pre-injury measures of attention and information processing interact with concussion history to predict symptom reporting following concussion. Paper presented at the annual meeting of the National Academy of Neuropsychology, Seattle, WA (November).

49. Echemendia, R.J., Bailey, C.M., & Bruce, J.M. (2004) The cumulative impact of soccer-related heading on the neuropsychological performance of college athletes. Paper presented at the annual meeting of the International Neuropsychological Society (INS). Baltimore, MD.

50. Bailey, C.M., Echemendia, R.J., & Arnett, P.A. (2005).  Visual memory predicts concussion status independent of verbal memory and post-mild traumatic brain injury symptoms in college athletes. Paper presented at the annual meeting of the International Neuropsychological Society. St. Louis, Missouri.

51. Macher, R.B., Arnett, P.A. & Echemendia, R.J. (2005) Computerized versus clinical testing: examining validity of cognitive assessment in sports-related concussion. Paper presented at the annual meeting of the National Academy of Neuropsychology, Tampa, FL (October).

52. Echemendia, R. & Bailey, C. (2006). Sensitivity and specificity of traditional and computer tests with concussion. Paper presented at the annual meeting of the American Psychological Association, New Orleans, LA (August).

53. Echemendia, R. (2006). Ethnically corrected norms: Should we or shouldn't we? Paper presented at the annual meeting of the American Psychological Association, New Orleans, LA (August).

54. Iverson, G.L., Echemendia, R.J. & Brooks, B. (2007) Lingering effects of concussion in athletes with multiple injuries. Paper presented at the annual meeting of the National Academy of Neuropsychology, Scottsdale, AZ (November).

55. Iverson, G.L., Echemendia, R.J. & Brooks, B. (2008). No obvious cumulative effects in athletes with one or two previous concussions. Paper presented at the annual meeting of the International Neuropsychological Society. Waikoloa, HI (February).

56. Iverson, G.L., Echemendia, R.J. & Brooks, B. (2008). Are there lingering effects of a single concussion in young women athletes? Paper presented at the annual meeting of the International Neuropsychological Society. Waikoloa, HI (February).

57. Bailey, C.M., Echemendia, R.J., & Arnett, P.A. (2008). *The impact of motivation on sports-related concussion neuropsychological performance in college athletes.* Paper presented at the American College of Sports Medicine conference in Indianapolis, IN. as a part of a symposium on neuropsychology and sports-related concussion.

58. Bruce, J. & Echemendia, R.J. (2008). History of Multiple Concussions is not Associated with Reduced Cognitive Abilities. Paper presented at the annual meeting of the National Academy of Neuropsychology, New York City (October).

59. Iverson, G., Echemendia, R.J., Lovell, M. & Putukian, M. (2009). Regional differences in baseline cognitive testing: Implications for concussion management programs. Presented at the Canadian Academy of Sports Medicine, Vancouver, BC (May).

60. Putukian M, Echemendia R, Dettwiler A et al: Prospective Clinical Assessment (SCAT2), Hybrid Neuropsychological (NP )Testing and Neuroimaging in the Evaluation of Sport Related Concussion in College Athletes.  Presented at Annual American Medical Society for Sports Medicine Meeting, Atlanta, GA, April 2012.

61. Gulsman, M., Bruce, J., Sisco, A., Meeuwisse, W., Comper, P., & Echemendia, R.J. (2013). One and Fiour-Year Test-Retest Reliability of ImPACT in Professional Ice Hockey Players. Presented at the Sports Neuropsychology Society, Minneapolis, MN (May).

# A-4
# Dr. Robert Stern

**Curriculum Vitae**
**Robert A. Stern, PhD**

Alzheimer's Disease and CTE Center
Boston University School of Medicine
72 East Concord St., B7380
Boston, MA 02118-2526
Telephone: (617) 638-5678
Fax: (617) 638-5679
Email: bobstern@bu.edu
Web Sites: www.bu.edu/cte
www.bu.edu/alzresearch

June 2015

**ACADEMIC TRAINING:**

| | |
|---|---|
| 1980 B.A. | Wesleyan University, Middletown, CT |
| 1984 M.A. | University of Rhode Island, Kingston, RI, Psychology |
| 1988 Ph.D. | University of Rhode Island, Kingston, RI, Clinical Psychology (Clinical Neuropsychology Specialization); |
| 1986-1987 | Pre-Doctoral Internship in Clinical Neuropsychology; Mentor Edith Kaplan, Ph.D.; Department of Veterans Affairs Medical Center, Boston, MA |

**POSTDOCTORAL TRAINING:**

| | |
|---|---|
| 1988-1990 | Fellow in Neuropsychology and Psychoneuroendocrinology; Mentor Arthur J. Prange, Jr., MD; University of North Carolina School of Medicine, Chapel Hill, NC |

**ACADEMIC APPOINTMENTS:**

| | |
|---|---|
| 1988-1990 | Clinical Instructor of Psychiatry, University of North Carolina School of Medicine |
| 1990-1993 | Assistant Professor of Psychiatry, University of North Carolina School of Medicine |
| 1991-1993 | Clinical Assistant Professor of Speech and Hearing Sciences, University of North Carolina School of Medicine |
| 1991 - 1993 | Research Scientist, Brain and Development Research Center University of North Carolina School of Medicine |
| 1993-1996 | Assistant Professor of Psychiatry and Human Behavior, Brown Medical School |
| 1993-1996 | Assistant Professor of Clinical Neurosciences (Neurology), Brown Medical School |
| 1994-2004 | Adjunct Assistant Professor, Behavioral Neuroscience Program, Division of Graduate Medical Sciences, Boston University School of Medicine |
| 1996-2003 | Associate Professor of Psychiatry and Human Behavior, Brown Medical School |
| 1996-2003 | Associate Professor of Clinical Neurosciences (Neurology), Brown Medical School |
| 1997-2004 | Graduate Faculty Member, University of Rhode Island |
| 2002-2003 | Faculty Member, Brain Science Program, Brown University |
| 2005-Present | Faculty Member, Behavioral Neuroscience Program, Division of Graduate Medical Sciences, Boston University School of Medicine |
| 2005-2011 | Associate Professor of Neurology, Boston University School of Medicine |
| 2011-Present | Professor of Neurology and Neurosurgery, Boston University School of Medicine |
| 2014-Present | Professor of Neurology, Neurosurgery, and Anatomy & Neurobiology, Boston University School of Medicine |

**HOSPITAL APPOINTMENTS:**

| | |
|---|---|
| 1986-1988 | Assistant in Neuropsychology, McLean Hospital, Belmont, MA |
| 1990-1993 | Clinical Neuropsychologist; Director, Adult Neuropsychology Laboratory; UNC Hospitals, Chapel Hill, NC |
| 1993-2003 | Clinical Neuropsychologist, Women's and Infants Hospital, Providence, RI |
| 1993-2003 | Clinical Neuropsychologist, Rhode Island Hospital, Providence, RI |
| 1994-1995 | Supervising Neuropsychologist, Slater Hospital, Cranston, RI |
| 1994-2003 | Director, Memory and Cognitive Assessment Program, Rhode Island Hospital, Providence, RI |
| 1997-2003 | Director, Neuropsychology Program; Rhode Island Hospital, Providence, RI |
| 2004-Present | Clinical Neuropsychologist, Boston Medical Center (Boston University Neurology Associates), Boston, MA |
| 2014-Present | Core Faculty Member, Boston Medical Center Injury Prevention Center |

**HONORS:**

| | |
|---|---|
| 1980 | Honors in Psychology, Wesleyan University, Middletown, CT |
| 1980 | Heidman Prize (for Community Service), Wesleyan University, Middletown, CT |
| 1984 | Psi Chi National Honor Society in Psychology |
| 1988 | Phi Kappa Phi National Honor Society |
| 1997 | Master of Arts *ad eundem*, Brown University, Providence, RI |
| 1997 | Independent Investigator Award, National Alliance for Research on Schizophrenia & Depression (NARSAD) |
| 1999 | Outstanding Teaching Award in Psychology, Brown University School of Medicine, Providence, RI |
| 2001 | Fellow, American Neuropsychiatric Association |
| 2001 | Fellow, National Academy of Neuropsychology |
| 2008 | National Research Award, Alzheimer's Association MA/NH Chapter |

**LICENSES AND CERTIFICATION:**

| | |
|---|---|
| 1990-1994 | Licensed Psychologist, North Carolina License # 1560 |
| 1993-2008 | Licensed Psychologist, Rhode Island # 491 |
| 1992-Present | Registrant, National Register of Health Service Providers in Psychology |
| 1997-Present | Licensed Psychologist HSP, Massachusetts # 7238 |

**DEPARTMENTAL AND UNIVERSITY COMMITTEES:**

| | |
|---|---|
| 1994-1995 | Leadership Committee, Department of Psychiatry, Rhode Island Hospital |
| 1994-1996 | Committee for the Protection of the Rights of Human Subjects (IRB), Rhode Island Hospital |
| 1994-1997 | Research Committee, Department of Psychiatry and Human Behavior, Brown Medical School, RI |
| 1995-1996 | IRB Executive Committee Member, Rhode Island Hospital |
| 1995-2003 | Brown University Geriatric Neuropsychiatry Research and Treatment Program, Brown Medical School, RI |
| 1998-2000 | Continuing Medical Education Subcommittee, Department of Psychiatry, Rhode Island Hospital |
| 1999-2002 | Library Committee, Lifespan (Rhode Island Hospital and Miriam Hospital) |
| 2001-2002 | Training Committee, Brown University Clinical Psychology Training Consortium, Brown Medical School, RI |
| 2004-Present | Executive Committee, Alzheimer's Disease Center, Boston University School of Medicine |

| 2006-2012 | Executive Committee, Alzheimer's Disease Advisory (Philanthropic) Board, Boston University School of Medicine |
| 2012-present | Faculty Appointment and Promotions Committee, Boston University School of Medicine |
| 2014-present | Psychiatry Chair Search Committee |

## TEACHING EXPERIENCE AND RESPONSIBILITIES:

| 1990-1993 | Member, Clinical Psychology Training Program, UNC School of Medicine |
| 1990-1993 | Regular Lecturer for Internship Seminar Series, UNC School of Medicine |
| 1990-1993 | Mentor and Supervisor, Neuropsychology Clinical Post-doctoral Fellows and Pre-doctoral Interns, Dept. of Psychiatry, UNC School of Medicine |
| 1990-1993 | Mentor for Psychiatry Research Fellows, Research Fellowship Training Program, UNC School of Medicine |
| 1990-1993 | Member, Training Faculty Institutional National Research Service Award Fellowship Training Program; Brain and Development Research Center, UNC School of Medicine |
| 1990-1993 | Co-director, Neuropsychiatry Seminar Series, UNC School of Medicine |
| 1990-1993 | Regular lecturer, Consult/Liaison Seminar Series, UNC Psychiatry Residency Training Program, UNC School of Medicine |
| 1990-1993 | Co-director, "Brain-Behavior Relationships", 3rd year medical school course; UNC School of Medicine |
| 1990-1993 | Regular Lecturer, 1st year Neurobiology Course, UNC School of Medicine |
| 1990-1993 | Regular Lecturer, "Adult Language Disorders" Course, Division of Speech and Hearing Sciences; UNC School of Medicine |
| 1990-1993 | Regular Lecturer, Graduate Neuropsychology Course, UNC |
| 1990-1993 | Regular Lecturer, Undergraduate Neuropsychology Seminar, UNC |
| 1993 | Non-faculty member of Ph.D. Dissertation Committees; Suffolk University, North Carolina State University, University of Alabama, University of New South Wales, Australia |
| 1993-2003 | Member, Neuropsychology Training Faculty; mentored clinical and research neuropsychology fellows and interns; Brown University |
| 1993-2003 | Supervised research placements for neuropsychology pre-doctoral interns; Brown University |
| 1993-2003 | Regular lecturer for Neuropsychology Seminar Series, Brown Medical School |
| 1993-2003 | Regular lecturer for Neuropsychology Rounds, Brown Medical School |
| 1993-2003 | Training Faculty, Neuropsychiatry/Behavioral Neurology Fellowship, Depts. Of Psychiatry & Human Behavior and, Department of Clinical Neurosciences, Brown Medical School |
| 1993-2003 | Regular lectures for Post-doctoral Fellow Lecture Series; Clinical Psychology Training Consortium, Brown Medical School |
| 1993-2003 | Lecturer for Psychiatry Residency Training Program for PGY 1, 2, 3 and 4 Lecture Series, Brown Medical School |
| 1993-2003 | Lecturer for First Year Medical Students Medical Interviewing Seminar, Brown Medical School |
| 1993-2003 | Mentor for Undergraduate Independent Study Courses, Departments of Neuroscience, Psychology, and others, Brown University |
| 1993-2004 | Supervised Practicum Training Site for Clinical Psychology Graduate Students, Undergraduate Psychology Internship Placement; URI |
| 1994-Present | Annual lecturer for "Basic Neurosciences" Course, Behavioral Neurosciences Program, BUSM |
| 1999-2007 | Clinical Practicum Supervisor; Suffolk University Clinical Psychology Program |

| 2001–2002 | Coordinator, Internship Training Program Neuropsychology Track, Brown University Clinical Psychology Training Consortium |
| 2001-2002 | Training Committee Member; Brown University Clinical Psychology Training Consortium |
| 2003 | Core Faculty Member, Brown University T32 Dementia Research Training Program |
| 2004-Present | Annual lecturer for "Human Neuropsychology Seminar," Behavioral Neurosciences Program, BUSM |
| 2004-Present | Lecturer for Neurology Residency Training Program Lecture Series |
| 2005-2007 | Advisor (for 40 graduate students), BUSM Graduate Medical Sciences Masters Program |
| 2005-Present | Director, Post-Doctoral Neuropsychology Training Program, Alzheimer's Disease Center, BUSM |
| 2005-Present | Director and Lecturer for Neuropsychology and Dementia Seminar Series, Geriatric Medicine, Dentistry & Psychiatry Fellowship Program |
| 2005-Present | Consulting Neuropsychologist and Research Mentor, APA Accredited Internship and Fellowship Clinical Neuropsychology Training Program; Bedford (MA) Veterans Affairs Medical Center |
| 2006-2008 | Course Co-Director, "Neuropsychological Assessment" Course, Behavioral Neurosciences Program, BUSM |
| 2007-2008 | Lecturer for "Biology of Disease" (Neurology) Course, BUSM Preclinical Medical School Course |
| 2010-2013 | CME Annual Course Co-Director, Brain Trauma and the Athlete, BUSM |
| 2011-Present | Core Faculty Member, Alzheimer's Disease Translational Research Training Program (National Institute on Aging T32), BUSM |
| 2012 | CME Course Co-Director, Chronic Traumatic Encephalopathy, co-sponsored by BUSM and the Cleveland Clinic Lou Ruvo Center for Brain Health; Las Vegas, September 30-October 1, 2012 |
| 2015-Present | Lecturer for "Molecules to Molecular Therapeutics" Course, Division of Graduate Medical Sciences, BUSM |

**MAJOR MENTORING ACTIVITIES:**

<u>Undergraduate Honors Theses Supervised</u>

| 1991 | Wendy Cox, "Effects of Physostigmine on Mood and Sustained Attention," Psychology Department, University of North Carolina |
| 1992 | Boykin Robinson, "Self-Report of Emotional and Cognitive Complaints in Individuals with Graves' Disease: A Survey Study," Psychology Department, University of North Carolina |
| 1996 | Mara Lowenstein, "Neuropsychological Functioning in Alzheimer's Disease and Vascular Dementia: A Qualitative Assessment of the Rey-Osterrieth Complex Figure," Psychology Department, Brown University |
| 1997 | Yamini Subramanian, "The Thyroid Axis and Seizure Threshold: Examining a Mechanism of Thyroid Hormone Augmentation of ECT," Neuroscience Department, Brown University |
| 2002 | Anna Podolanczuk, "Thyroid Hormone Levels in Post-Mortem Alzheimer's and Control Brains," Neuroscience Department, Brown University |

<u>Master's Theses Supervised</u>

| 1998 | Jennifer Latham, "The Visual Analog Mood Scales for Adolescents : A Preliminary Examination of Reliability and Validity," Psychology Department, University of Rhode Island |
| 2000 | Jessica Somerville, "A Comparison of Administration Procedures for the Rey-Osterrieth Complex Figure: Flow-Charts Vs. Pen-Switching," Psychology Department, University of Rhode Island |
| 2000 | Susan L. Legendre, "The Influence of Cognitive Reserve on Memory After Electroconvulsive Therapy," Psychology Department, University of Rhode Island |

2005    Veronica Santini, "Thyroid-Neurobehavioral Relationships in the Elderly," Division of Graduate Medical Sciences, Boston University School of Medicine

2006    Daniel Daneshvar, "Association between Smoking, APOE, and Risk for Mild Cognitive Impairment and Alzheimer's Disease," Division of Graduate Medical Sciences, Boston University School of Medicine

2006    Laura Ridgely, "The Public Health Risk of Unsafe Elderly Drivers and Drivers with Dementia: Current Problems and Steps to be Taken," Division of Graduate Medical Sciences, Boston University School of Medicine

2007    David Essaff, "Executive Dysfunction in Early Alzheimer's Disease (AD) and Mild Cognitive Impairment: A Potential Cognitive Marker for Preclinical AD," Division of Graduate Medical Sciences, Boston University School of Medicine

2007    Meghan Lembeck, "Racial Disparities and Mild Cognitive Impairment Diagnosis: The Effects of Literacy Correction on Neuropsychological Test Scores," Division of Graduate Medical Sciences, Boston University School of Medicine

2008    Jessica A. Riggs, "Current Approaches to Alzheimer's Disease Treatment: A Focus on Passive Immunotherapy," Division of Graduate Medical Sciences, Boston University School of Medicine

2009    Vlada Doktor, "Clinical utility of Self and Informant's Complaint in Mild Cognitive Impairment and the Rate of Progression to Alzheimer's Disease," Division of Graduate Medical Sciences, Boston University School of Medicine

2011    John Picano, "Defining Concussions: A Literary and Empirical Analysis of Sports-Related Concussion."

2013    Alexandra Bourlas, "The Effects of Level and Duration of Play on Cognition, Mood and Behavior Among Former Football Players."


Doctoral Dissertations Supervised

1991    Susan L. Silva, "The Effects of Physostigmine on Cognition, Mood, and Behavior," Department of Psychology, North Carolina State University

1993    Mark L. Prohaska, "Thyroid, Lithium, and Cognition: The Use of Thyroid Hormone Augmentation in the Reduction of Cognitive Side Effects Associated with Lithium Maintenance," Psychology Department, University of Alabama

1999    Debbie J. Javorsky, "A Validation Study of the Boston Qualitative Scoring System (BQSS) for the Rey-Osterrieth Complex Figure," Psychology Department, University of Rhode Island

2003    Susan L. Legendre, "The Influence of Cognitive Reserve on Neuropsychological Functioning After Coronary-Artery Bypass Grafting (CABG)," Psychology Department, University of Rhode Island

2004    Jessica Somerville Ruffolo, "Visuoconstructional Impairment: What Are We Assessing and How Are We Assessing It?," Psychology Department, University of Rhode Island

2014    Stacy Anderson, "Episodic Memory and Executive Function in Familial Longevity" (Second Reader), Behavioral Neurosciences Program, Boston University School of Medicine.

2015    Julie Stamm, "Later-Life Structural and Functional Consequences of Youth Exposure to Repeated Head Impacts;" Mentor for NIH F31 Grant 1F31NS081957; 2013-2015; Current Position: Postdoctoral Fellow, University of Wisconsin


Current MA Students
        Lucy Liu


Current PhD and MD/PhD Students
        Philip Montenigro (MD/PhD candidate, Dept. of Anatomy and Neurobiology)

Post-Doctoral Fellows Trained

| | |
|---|---|
| 1991-1993 | Susan Silva, Ph.D., now Research Associate Professor at Duke University |
| 1992-1993 | Mareah Steketee, Ph.D., now Adjunct Associate Professor at UNC-Chapel Hill |
| 1993-1995 | Mark Prohaska, Ph.D., now Director, Neuropsychology Clinic, Alabama |
| 1994-1996 | James Arruda, Ph.D., now Associate Professor at University of West Florida |
| 1994-1996 | Garrie Thompson, Ph.D., now Clinical Neuropsychologist, Florida |
| 1996-1998 | Geoffrey Tremont, Ph.D., now Associate Professor at Brown University |
| 1998-2000 | Holly Westervelt, Ph.D., now Clinical Assistant Professor at Brown University |
| 1998-2000 | Debbie Javorsky, Ph.D., now Clinical Neuropsychologist, New Hampshire |
| 2000-2001 | Michael Ropacki, Ph.D., now Medical Director, Global Medical Affairs, Janssen Alzheimer Immunotherapy |
| 2000-2002 | Caitlin Macaulay, Ph.D., now Clinical Neuropsychologist at Lahey Clinic, Massachusetts |
| 2001-2004 | Jennifer Duncan Davis, Ph.D., now Assistant Professor at Brown University |
| 2002-2003 | Richard Temple, Ph.D., now Vice President of Clinical Operations at Core Health Care |
| 2003-2004 | Laura Brown, Ph.D., now Clinical Neuropsychologist, Rhode Island |
| 2003-2004 | Mary Beth Spitznagel, Ph.D., now Assistant Professor at Kent State University |
| 2004-2005 | Angela Jefferson, Ph.D., now Associate Professor at Vanderbilt University |
| 2005-2007 | Lee Ashendorf, Ph.D., now Clinical Neuropsychologist at Bedford VAMC |
| 2007-2009 | Brandon Gavett, Ph.D., now Assistant Professor at Univ. of Colorado, Colorado Springs |
| 2010-2011 | Katherine Gifford, Ph.D., now Fellow at Vanderbilt University |
| 2012-2013 | Daniel Seichepine, Ph.D. |
| 2012-2014 | Elizabeth Vassey, Ph.D. |
| 2013-2015 | Todd Solomon, Ph.D. |
| Exp. 2015 | Michael Alosco |

**MAJOR ADMINISTRATIVE RESPONSIBILITIES:**

| | |
|---|---|
| 1991-1993 | Director, Neurobehavioral Assessment Core, NIMH-funded Mental Health Clinical Research Center, UNC School of Medicine |
| 1992-1993 | Acting Director, Data Management/Biostatistics Core, NIMH-funded Mental Health Clinical Research Center, UNC School of Medicine |
| 1992-1993 | Associate Center Director, NIMH-funded Mental Health Clinical Research Center, UNC School of Medicine |
| 1995-1996 | Vice Chair, Committee for the Protection of the Rights of Human Subjects (IRB), Rhode Island Hospital |
| 2001-2002 | Coordinator of Neuropsychology Track, Internship Training Program, Brown Clinical Psychology Training Consortium, Brown Medical School |
| 2004-Present | Director of Neuropsychology, Alzheimer's Disease Clinical and Research Program, Boston University School of Medicine (BUSM) |
| 2004-2008 | Associate Director, Alzheimer's Disease Center (NIA-Funded) Clinical Core, BUSM |
| 2004-2006 | Associate Director, Alzheimer's Disease Clinical and Research Program, BUSM |
| 2006-2010 | Co-Director, Alzheimer's Disease Clinical and Research Program, BUMC |
| 2008-2012 | Co-Director, Center for the Study of Traumatic Encephalopathy, BUSM |
| 2009-2010 | Acting Director, Alzheimer's Disease Clinical and Research Program, BUMC |
| 2009 | Acting Director, Alzheimer's Disease Center (NIA-Funded) Clinical Core, BUSM |
| 2010-Present | Director, Alzheimer's Disease Center (NIA-Funded) Clinical Core, BUSM |
| 2011-2012 | Director, Alzheimer's Disease Clinical and Research Program, BUMC |
| 2011-2012 | Co-Chair, Global Advisory Committee, INternational Registry Of Alzheimer's Disease patientS (INROADS), Janssen Alzheimer Immunotherapy |
| 2011-Present | Site Director (BU) and Steering Committee Member, Alzheimer's Disease Cooperative Study (NIA-Funded) |
| 2014-Present | Director of Clinical Research, CTE Program, BUSM |
| 2015-Present | Investigator, Spivack Center for Clinical and Translational Neuroscience, BUSM |

## OTHER PROFESSIONAL ACTIVITIES:

**PROFESSIONAL SOCIETIES: MEMBERSHIPS, OFFICES, AND COMMITTEE ASSIGNMENTS**

International Neuropsychological Society (Member, 1987-Present)
    Member, Scientific Program Committee, 1997-1999
    Meeting Development Coordinator, 1999-2001

American Psychological Association Division 40, Clinical Neuropsychology (Member, 1988-Present)
    Member, Scientific Advisory Committee, 1995-1997

American Psychological Association Division 12, Clinical Psychology (Member, 1988-Present)

National Academy of Neuropsychology (Member, 1990-Present)
    Fellow, Appointed 2001

American Neuropsychiatric Association (Member, 1995-Present)
    Fellow, Appointed 2001
    Member, Scientific Program Committee, 1995-1999
    Co-Director, Annual Meetings, 1997-1999
    Member, Awards Committee, 2006-Present
    Co-Chair, Awards Committee, 2015-Present

Massachusetts Neuropsychological Society (Member, 2007-Present)

International Society to Advance Alzheimer Research and Treatment (Member, 2008-Present)

**EDITORIAL BOARDS:**

| | |
|---|---|
| 1998-Present | Associate Editor, *Journal of Neuropsychiatry and Clinical Neurosciences* |
| 2001-2003 | Consulting Editor, *Assessment* |
| 2008-Present | Editorial Board Member, *Archives of Clinical Neuropsychology* |
| 2010-Present | Review Editor, *Frontiers in Neurotrauma* |
| 2011-Present | Review Editor, *Frontiers in Sports Neurology* |
| 2012-Present | Series Editor, Traumatic Brain Injury Series, *Alzheimer's Research and Therapy* |

**JOURNAL REVIEWER**

Alzheimer's and Dementia
Alzheimer's Disease and Associated Disorders
Archives of Neurology
Brain and Cognition
Cognitive and Behavioral Neurology
Injury Epidemiology
International Journal of Geriatric Psychiatry
International Review of Psychiatry
Journal of Clinical and Experimental Neuropsychology
Journal of the International Neuropsychological Society
Journal of the Neurological Sciences
Journal of Nutrition, Health and Aging
Lancet Psychiatry
Neurology
Neurology: Clinical Practice
Neurology Psychiatry & Brain Research
Neuropsychology
Neuroscience & Biobehavioral Reviews
PLOS ONE
Psychoneuroendocrinology
The Clinical Neuropsychologist

## MAJOR COMMITTEE ASSIGNMENTS:

### Federal Government

| | |
|---|---|
| 1998 - 1999 | Independent Neuropsychological Review Committee V.A. Cooperative Study #029, "Evaluation of a Computer-Assisted Neuropsychological Screening Battery", Department of Veterans Affairs |
| 2012 – Present | Member, Advisory Board, DoD ADNI (Effects of traumatic brain injury and post traumatic stress disorder on Alzheimer's disease in Veterans using ADNI; PI: MW Weiner) |

### Private/Foundation

| | |
|---|---|
| 1993-Present | Member, Medical Advisory Board, National Graves' Disease Foundation |
| 2007-Present | Member, Medical Advisory Board, Sports Legacy Institute |
| 2007-2015 | Member, Medical & Scientific Advisory Committee, Massachusetts/New Hampshire Chapter, Alzheimer's Association |
| 2010-Present | Member, Mackey-White Traumatic Brain Injury Committee, National Football League Players Association; Co-Chair of Subcommittee on Former Player Research |
| 2014-Present | Member, Medical Science Committee, National Collegiate Athletic Association Student-Athlete Concussion Litigation |
| 2015-Present | Advisory Group Member, Head Injury Institute, American College of Radiology |
| 2015-Present | Advisory Council to the Medical & Scientific Advisory Committee, Massachusetts/New Hampshire Chapter, Alzheimer's Association |

### Study Sections

#### National Institutes of Health

| | |
|---|---|
| 1993 | Ad hoc Reviewer, Mental Health AIDS and Immunology Review Committee: Psychobiological, Biological, and Neuroscience Subcommittee |
| 1995 | Ad hoc Reviewer, Mental Health Small Business Research Review |
| 1995-1996 | Reviewers Reserve (NRR; Study Sections) Member |
| 1996-1998 | Mental Health Small Business Research Review Committee Member |
| 1999 | Ad hoc Reviewer, Small Business Research Review Committee |
| 2000 | Ad hoc Reviewer, Special Emphasis Panel – ZMH1-CRB-B01 |
| 2013 | Ad hoc Reviewer, Special Emphasis Panel - ZRG1 BBBP-D02 |
| 2015 | Ad hoc Reviewer, ZRG1 BBBP-V (55) R; PAR-14-089: Alzheimer's Disease Pilot Clinical Trials |
| 2015 | Ad hoc Reviewer, Special Emphasis Panel - G03/NSD-K |

#### Other National Review Committees

| | |
|---|---|
| 1998-Present | Initial Review Board of the Medical and Scientific Advisory Council, Alzheimer's Association |
| 2013 | Reviewer, US Army Medical Research and Materiel Command (USAMRMC) |

#### International

| | |
|---|---|
| 2013 | External Advisor, Wellcome Trust Strategic Award Committee (SAC) |
| 2015 | Reviewers, Netherlands Organisation for Health Research and Development (ZonMw) |

## CONSULTANT ACTIVITIES:

| | |
|---|---|
| 1991-1992 | Cato Research, Ltd. (Clinical Trials Design and Implementation) Durham, NC |
| 1995-2003 | "HIV: Neuropsychiatric and Psychoimmune Relationships" (Dwight Evans, PI; R01 Grant), Department of Psychiatry, University of Pennsylvania |
| 2004-2006 | "A Telephone Intervention for Dementia Caregivers" (Geoffrey Tremont, PI; R21 Grant), Rhode Island Hospital/Brown Medical School |

| 2004-2006 | "A Longitudinal Study of Hazardous Drivers with Dementia" (Brian Ott, PI; R01 Grant), Memorial Hospital of Rhode Island/Brown Medical School |
| 2007-2009 | Outcome Science (for Forest Laboratories), Cambridge, MA |
| 2009 | Elan Pharmaceuticals, San Francisco, CA |
| 2011 | Neuronix, Yokneam, Israel |
| 2012 | Lilly (*Expert Advisor*), Indianapolis, IN |
| 2011-2012 | Janssen Alzheimer Immunotherapy, San Francisco, CA |
| 2013-Present | Athena Diagnostics (Quest), Worcester, MA |
| 2014 | Janssen Research & Development, Titusville, NJ |
| 2014-Present | Amarantus Bioscience, Member, Advisory Board |
| 2015-Present | NCAA Concussion Litigation, Proposed Member of Medical Science Committee |
| 2015-Present | Adelphi Values; Expert Panel Member, C-Path's PRO Consortium |

### PENDING OTHER SUPPORT:

2015-2022     1U01NS093334-01, **mPIs: Stern (Contact),** Cummings, Reiman, Shenton, Chronic Traumatic Encephalopathy: Detection, Diagnosis, Course, and Risk Factors, Total Costs: $16,505,736. **\*\*Approved for funding by NINDS Council 5/30/15; awaiting NoGA.**

### CURRENT OTHER SUPPORT:

2014-2015     2R56NS078337-04, **PI: Stern**, Chronic Traumatic Encephalopathy: Clinical Presentation and Biomarkers (competing continuation), Total Costs: $785,813.

2014-2018     ADCS-Toyama Chemical Partnership; **Site PI: Stern**, A Phase 2 multi-center, randomized, double blind, placebo-controlled, parallel group study to evaluate the efficacy and safety of T-817MA in patients with mild to moderate Alzheimer's Disease (US202), Total Costs: $473,346.

2014-2015     Avid Radiopharmaceuticals; **PI: Stern**, 18F-AV-1451 and Florbetapir F 18 PET Imaging in Subjects with Repetitive Brain Trauma at High Risk for Chronic Traumatic Encephalopathy, Total Costs: $243,263.

2014-2015     R56NS089607, mPI: Au/McClean/Grafman **(Stern Co-Investigator)**, Precursors and Prognosis of Traumatic Brain Injury in Young to Middle Aged Adults, Total Costs: $634,227

2014-2016     Avid Radiopharmaceuticals; **Site PI: Stern**, 18F-AV-1451-A05: An open label, multicenter study, evaluating the safety and imaging characteristics of 18F-AV-1451 in cognitively healthy volunteers, subjects with Mild Cognitive Impairment, and subjects with Alzheimer's disease, Total Costs: $395,222.

2014-2019     Alzheimer's Disease Cooperative Study (ADCS), **Site PI: Stern**, Anti-Amyloid Treatment in Asymptomatic Alzheimer's Disease (A4 Study), Total Costs: $464,479.

2014-2019     Eli Lilly, **Site PI: Stern**, Effect of Passive Immunization on the Progression of Mild Alzheimer's Disease: Solanezumab (LY2062430) Versus Placebo, Total Costs: $395,270

2014-2016     Amarantus Holdings, Inc., **PI: Stern**, Amarantus LymPro Cell Cycle Dysfunction Blood Biomarker for AD and CTE, Total Costs: 54,600

2013-2016     DoD W81XWH-13-2-0064; Traumatic Brain Injury Research Award; **Co-PI: Stern** (Co-PI: M. Shenton), Tau Imaging of Chronic Traumatic Encephalopathy, Total Costs: $992,727

2013-2015     Eisai, Inc., **Site PI: Stern**, A Placebo-controlled, double-blind, parallel-group, Baysian Adaptive Randomization Design and Dose Regimen-finding study to evaluate safety,

tolerability and efficacy of BAN2401 in subjects with early Alzheimer's disease, Total Costs: $391,342.

2013-2017    U01-NS086659; PI: McKee (**Stern, Co-Investigator**), CTE and Posttraumatic Neurodegeneration: Neuropathology and Ex Vivo Imaging, Total Costs: $6,000,000

2011-2015    R01NS078337-01A1, **PI: Stern**, Chronic Traumatic Encephalopathy: Clinical Presentation and Biomarkers, Total Costs: $ 2,035,330.

2011-2016    P30-AG13846, PI: N. Kowall, **Clinical Core Director: Stern**; Boston University Alzheimer's Disease Core Center; Total Costs: $5,986,877.

2010-2015    D01 HP08796, PI: S. Chao. **Neuropsychology Director: R.A. Stern**; Geriatric Medicine, Dentistry and Psychiatry Fellowship at Boston University; Total Direct Costs: $1,044,630

2009-2015    R01CA129769, **PI: Stern** (mPI: Mandelblatt, Ahles), Older Breast Cancer Patients: Risk for Cognitive Decline, Total Costs: $ 3,186,605

PAST OTHER SUPPORT

2008-2014    R01MH080295, PI: Stern (MPI: R. Joffe), Subclinical Hypothyroidism: Mood, Cognition and the Effect of L-Thyroxine Treatment, Total Costs: $ 2,229,240

2009-2013    Medivation, Inc. Protocol No. DIM18EXT, Site PI: R.A. Stern, Concert Plus: An Open-Label Extension of the Concert Protocol (DIM18) Evaluating Dimebon (Latrepirdine) in Patients with Alzheimer's Disease, Total Direct Costs: $30,768

2009-2013    Wyeth/Pfizer Pharmaticals, Site PI: R.A. Stern, A Phase 3, Multicenter, Randomized, Double-Blind, Placebo-Controlled, Parallel Group, Efficacy and Safety Trial of Bapineuzumab (AAB-001, ELN115727) in Patients with Mild to Moderate Alzheimer's Disease who are Apolipoprotein E 4 Carriers (Protocol 3133K1-3001-US), Total Direct Costs: $265,380

2008-2012    Elan Pharmaceuticals (now Janssen Alzheimer's Immunotherapy), Site PI: R.A. Stern, A Phase 3, Multicenter, Randomized, Double-Blind, Placebo-Controlled, Parallel Group, Efficacy and Safety Trial of Bapineuzumab (AAB-001, ELN115727) in Patients with Mild to Moderate Alzheimer's Disease who are Apolipoprotein E 4 Non-Carriers (Protocol ELN115727-301) and Carriers (Protocol ELN115727-302), Total Direct Costs: $500,000

2007-2012    U01 AG10483, ADCS Contract (CFDA #93.866), Site PI: R.A. Stern, Multi-Center Trial to Evaluate Home-Based Assessment Methods for Alzheimer 's Disease Prevention Research in People Over 75 Years Old, Total Direct Costs: $117,750

2009-2011    5U01AG015477-07 ARRA. PI: J. Breitner; Site Director: R.A. Stern, Prevention of Alzheimer's Disease and Cognitive Decline, Total Direct Costs (Boston Site): $145,432

2009-2011    National Operating Committee on Standards for Athletic Equipment Investigator Initiated Grant, PI: A.C. McKee & R.A. Stern, Neuropathological and Clinical Consequences of Repetitive Concussion in Athletes; Total Direct Costs: $249,992

2008-2011    IIRG-08-89720 (Alzheimer's Association), PI: R.A. Stern, Assessment of Driving Safety in Aging, MCI and Dementia, Total Direct Costs: $240,000

2008-2011    Alzheimer's Association Subcontract, PI: G. Feke; Site PI: R.A. Stern, Objective Biomarkers for Alzheimer's Disease in the Retina, Total Costs: $81,000 Subcontract

| 2009-2010 | P30-AG13846 Supplement to P30 Center Grant, PI: R.A. Stern & A.C. McKee (N. Kowell, P30 PI); Development of Pathology Diagnostic Criteria for Chronic Traumatic Encephalopathy, Total Direct Costs: $83,287 |
|---|---|
| 2008-2009 | P30-AG13846 Supplement to P30 Center Grant, PI: R.A. Stern & A.C. McKee (N. Kowell, P30 PI); Neuropathologic Examination of Traumatic Encephalopathy in Athletes with Histories of Repetitive Concussion, Total Direct Costs: $100,000 |
| 2004-2009 | U01 AG023755, PI: T. Perls, Exceptional Survival and Longevity in New England, Total Direct Costs: $2,073,781 |
| 2006-2009 | R01 HG/AG02213, PI: R.C. Green, Risk Evaluation and Education for Alzheimer's Disease (REVEAL III), Total Direct Costs: $1,992,415 |
| 2000-2007 | U01 AG15477, PI: J. Breitner, The ADAPT Study: Alzheimer's Disease Anti-inflammatory Prevention Trial, Total Direct Costs to Boston Site: $561,246 |
| 2004-2006 | Massachusetts Institute of Technology AgeLab and The Hartford, PI: R.A. Stern; Driving and Dementia Total Direct Costs: $162,082 |
| 2004-2005 | Boston University Alzheimer's Disease Core Center Pilot Project Grant, PI: R.A. Stern Triiodothyronine Treatment of Alzheimer's Dementia, Total Direct Costs: $29,989 |
| 2001-2004 | R21MH062561, PI: G. Tremont, A Telephone Intervention for Dementia Caregivers, Total Direct Costs: $375,000 |
| 2001-2005 | 5R01AG016335, PI: B. Ott, A Longitudinal Study of Hazardous Drivers with Dementia, $103,008, Subcontract |
| 1998-2004 | 5R01NS037840, PI: Ivan Miller. Title: Efficacy of a Family Telephone Intervention for Stroke, Total Direct Costs: $1,516,615 |
| 2000-2003 | Eisai, Inc. and Pfizer, Inc Investigator Initiated Grant, PI: R.A. Stern; Title: Clinical Trial of Donepezil Hydrochloride (Aricept) in Diminishing the Cognitive Impairment Associated with Electroconvulsive Therapy; Total Direct Costs: $108,854 |
| 1999-2003 | Alzheimer's Association Individual Research Grant; PI: R.A. Stern; Title: A Double-Blind Study of Donepezil with and without Thyroid Hormone in the Treatment of Alzheimer's Dementia Total Direct Costs; $163,626 |
| 2000-2002 | R44 MH58501, PI: T. White. Project PI: R.A. Stern; Title: A Modular Neuropsychological Test Battery (Subcontract with Psychological Assessment Resources, Inc) Total Direct Costs: $272,487, Subcontract (Project Total Direct: $1,305,245) |
| 1999-2000 | Psychological Assessment Resources, Inc. Contract; PI: R.A. Stern; Title: Development of a Modular Neuropsychological Test Battery; Total Direct Costs: $48,084 |
| 1999-2004 | Thyroid Research Advisory Council (TRAC) Individual Grant; PI: Geoffrey Tremont; Title: Cerebral Perfusion and Neuropsychological Functioning in Thyrotoxic Graves' Disease Patients; Total Direct Costs: $55,139 |
| 1997-2000 | National Alliance for Research on Schizophrenia and Depression Independent Investigator Award; PI: R.A. Stern; Title: Thyroxine Treatment of the Neurocognitive Side Effects of Lithium; Total Direct Costs: $92,592 |
| 1998 | R43 MH58501-01; PI: T. White; A Modular Neuropsychological Test Battery (subcontract) Total Direct Costs: $23,463, Subcontract |

| | |
|---|---|
| 1997-1998 | Research Fellowship Training Grant, Brown University Department of Psychiatry and Human Behavior; PI: Geoffrey Tremont and R.A. Stern; Psychiatric and Neuropsychologic Consequences of Graves' Disease; Total Direct Costs: $15,888 |
| 1996-1997 | Contract, Milkhaus Laboratory; PI: R.A. Stern; An Open-Label Treatment of 2CVV in the Amelioration of Neuropsychological and Psychiatric Symptoms Associated with Chronic Fatigue Syndrome (CFS); Total Direct Costs: $10,000 |
| 1995-1996 | Contract, Milkhaus Laboratory; PI: R. A. Stern; 2CVV in the Amelioration of Neuropsychological and Psychiatric Symptoms in Outpatients with Chronic Fatigue Syndrome: A Phase 1/2, Double-Blind, Placebo-Controlled Study; Total Direct Costs: $9575 |
| 1994-1995 | Research Fellowship Training Grant (PI: James Arruda, Ph.D., Fellow); Title: Neurobehavioral Functioning in Women Infected with HIV-1; Total Direct Costs: $17,500 |
| 1992-1997 | 5R01MH048578-05; PI: R.A. Stern; Combined Thyroid Hormone and Electroconvulsive Therapy; Total Direct Costs: $471,021 |
| 1992-1994 | 5R01MH043231-02; PI: J.J.Haggerty; Co-PI: R.A. Stern; Neuropsychiatric Aspects of Marginal Hypothyroidism; Total Direct Costs: $174,413 |
| 1992-1997 | 5P50MH033127; PI: A.J. Prange, Jr.; Neurobehavioral Assessment Core Director: R.A. Stern; Psychoendocrinology: Children and Adults, Total Direct Costs: $4,641,038 total project; $256,624 subproject [core] *role in project ended 7/93 due to leaving UNC |
| 1992-1993 | UNC University Research Council Pilot Project Award Grant; PI: R. A. Stern; Influence of L-triiodothyronine (T3) on Memory following Repeated Electroconvulsive Shock (ECS) in Rats; Total Direct Costs: $3000 |
| 1992-1993 | The Psychological Corporation Contract; PI: R.A. Stern;  Validation of the Microcog Computerized Neuropsychological Screening Test in HIV-Infected Gay Men; Total Direct Costs: $3600 |
| 1991-1992 | UNC Medical Faculty Research Pilot Project Award Grant; PI: R.A. Stern; Physostigmine as a Psychodiagnostic Tool: The Effects of Physostigmine on Cognition, Mood, and Behavior in Normal Volunteers; Total Direct Costs: $3000 |
| 1990-1992 | The Foundation of Hope for Research and Treatment of Mental Illness Pilot Project Award; PI: R.A. Stern; Neuropsychological Correlates of Pregnancy and the Early Puerperium; Total Direct Costs: $16,000 |
| 1990-1992 | The North Carolina Foundation for Mental Health Research, Inc. Pilot Project Award; PI: R.A. Stern; Physostigmine as a Psychodiagnostic Tool: The Effects of Physostigmine on Cognition, Mood and Behavior; Total Direct Costs: $1200 |
| 1989-1991 | The Foundation of Hope for Research and Treatment of Mental Illness Pilot Project Award; PI: R.A. Stern; Neuropsychological Correlates of Alterations in Thyroid State; Total Direct Costs: $26,317 |
| 1989-1994 | R01MH044618; PI: D. Evans; HIV: Neuropsychiatric and Psychoimmune Relationships; Total Direct Costs: $1,293,290 (subcontract) |

## CONGRESSIONAL TESTIMONY

June 25, 2014      Special Committee on Aging United States Senate Hearing on "State of Play: Brain Injuries and Diseases of Aging"

## INVITED LECTURES AND PRESENTATIONS

*(Does not include frequent [average 2 x month] invited community lay lectures, including lectures for the MA/NH Chapter of the Alzheimer's Association)*

May 16, 1989      *Mood Disorders and Cerebrovascular Disease*.  Department of Psychiatry, Rhode Island Hospital, Brown University School of Medicine, Providence, RI,.

Dec. 8, 1989      *Mood Disorders following Stroke*.  Continuing Education Course,  Greensboro (NC) Area Health Education Center,

January 4, 1990      *Assessment and Diagnosis of Post-Stroke Mood Disorders*.  Continuing Education Course, Westboro (MA) State Hospital

March 3, 1990      *How to Design a Clinical Trial*.  Third annual meeting of the Southern Association for Research in Psychiatry. Chapel Hill, NC.

May 25, 1990      *Assessment and Diagnosis of Post-Stroke Mood Disorders*.  Whittiker Rehabilitation Center, Bowman-Gray Medical Center, Winston-Salem, NC

Aug 17, 31 1990      *Neurobehavioral Syndromes: Assessment and Diagnosis*.  Continuing Education Workshop, Mountain Area Health Education Center, Asheville, NC

September 22, 1990      *Theories and Models of Human Cognition: Learning and Memory*.  Advanced Workshops in Traumatic Brain Injury Rehabilitation, Peace Rehabilitation Center, Greenville, SC.

October 19, 1990      *Neurobehavioral Syndromes*.  Continuing Education Course, Broughton Hospital, Morganton, NC

December 11, 1990      *Neuropsychology of Aging*.  Continuing Education Workshop, Mountain Area Health Education Center, Asheville, NC

Feb 24-Mar 1, 1991      *States of Mind*.  Series of lectures on brain-behavior relationships to selected educators during week-long seminar/retreat, The North Carolina Center for the Advancement of Teaching, Cullowhee, NC

March 1, 1991      *How to Design a Clinical Trial*.  Psychiatry Grand Rounds, Bowman-Gray School of Medicine, Winston-Salem, NC

March 14, 1991      *Mood Disorders Following Stroke*.  Psychiatry Grand Rounds, University of North Carolina School of Medicine, Chapel Hill, NC

July 26, 1991      *Normal and Pathological Aging: Neurocognitive Functioning*.  Continuing Education Course, Broughton Hospital, Morganton, NC

September 12, 1991      *Neurobehavioral Functioning in a Non-Confounded Cohort of Asymptomatic HIV Seropositive Gay Men*.  National Institute of Mental Health (NIMH) sponsored meeting, Neurobehavioral Findings in AIDS Research, Washington, DC

April 2, 1992.      *Neuropsychiatric Disorders: Post-Stroke Depression and AIDS-Related Neurobehavioral Impairment*.  Annual meeting of the North Carolina Speech and Hearing Association, Wilmington, NC,

September 18, 1992      *Neurobehavioral Syndromes*. Continuing Education Course, Johnston County (NC) Mental Health Center.

October 13, 1993     *Neurobehavioral Aspects of HIV Infection: Children and Adults.* Child Psychiatry Grand Rounds, Brown University School of Medicine, Providence, RI

December 14, 1993     *New Directions in Psychoneuroimmunology: Neuropsychiatric Correlates of HIV Infection.* Boston Behavioral Immunology Study Group, Boston, MA

March 3, 1994     *Neuropsychiatric Aspects of Thyroid Disorders*. Endocrinology Grand Rounds, Rhode Island Hospital, Providence, RI

March 23, 1994     *Post-Stroke Mood Disorders*. Neurology Grand Rounds, Brown University School of Medicine, Providence, RI

April 29, 1994     *Behavioral Abnormalities in Dementia*. Gerontology '94: Brain and Behavior, a conference sponsored by the Rhode Island Department of Elderly Affairs, Cranston, RI

June 3, 1994     *Differential Diagnosis of Psychiatric Disorders in Neurologic Patients: Assessment of Mood*. Applications of Neuropsychological Expertise to Clinical Practice in Psychology. Boston Department of Veterans Affairs Medical Center and Tufts New England Medical Center, Boston, MA

November 15, 1994     *Brain-Behavior Relationships: Appropriate Use and Benefits of Neuropsychological Evaluation*. Grand Rounds. Department of Medicine, Rhode Island Hospital, Providence, RI

November 17, 1994     *Neuropsychiatric Aspects of HIV and AIDS.* General Internal Medicine Research Seminar. Rhode Island Hospital, Providence, RI.

March 5, 1996     *Thyroid Disorders and Psychiatry.* Grand Rounds, St. Luke's Hospital, New Bedford, MA

March 26, 1996     *Neurobehavioral Aspects of Thyroid Disorders*. Lecture Series, Department of Endocrinology, University of Virginia School of Medicine, Charlottesville, VA

April 10, 1996     *Neuropsychiatric Aspects of Thyroid Disorders*. Psychiatry Lecture Series, Rhode Island Hospital, Providence, RI

April 19, 1996     *Neurobehavioral Aspects of Graves' Disease.* Keynote Address, Third Annual Meeting of the New England Thyroid Club, Westborough, MA

May 7, 1996     *Neuropsychological Evaluation of Executive Functioning*. "Neuropsychiatry for Clinicians" section of the *Psychiatry Update* session of the 149th Annual Meeting of the American Psychiatric Association, New York

June 19, 1997     *Assessment of Mood State and Depression in Neurodegenerative Disease.* Geriatric Case Conference and Journal Club. Butler Hospital

November 2, 1997     *The Thyroid Axis in Mood Disorders: Thoughts About Therapy* (Discussant). The 14th Annual George C. Ham Symposium (A Festschrift Celebrating the Career of Arthur J. Prange, Jr.). Chapel Hill, NC

December 19, 1997     *Neuropsychiatric Manifestations of HIV Infection*. Psychiatry Grand Rounds. Department of Veterans Affairs Medical Center. Providence, RI

May 5, 1998     *Quantifying the Qualitative Features of Rey-Osterrieth Complex Figure Performance: The Boston Qualitative Scoring System (BQSS)*. Continuing Education Lecture. Massachusetts Neuropsychological Society, Boston, MA

November 8, 1998     *Assessment of Mood State and Depression in Aphasia.* Aphasia: Assessment, Treatment, and Emotional Issues Symposium. 19th Annual Neurorehabilitation Conference on Traumatic Brain Injury and Stroke. (Sponsored by the Healthsouth Braintree Rehabilitation Hospital.) Cambridge, MA

| | |
|---|---|
| April 27, 1999 | *Assessment of Mood and Depression in Neurologic Disease.*  Spring Lecture Series. Department of Communicative Disorders, University of Rhode Island, Kingston, RI |
| June 16, 1999 | *The Use of Thyroid Hormone to Diminish the Cognitive Side Effects of Psychiatric Treatment*. Psychiatry Grand Rounds, McMaster University Medical Center, Hamilton, Ontario, Canada |
| Nov. 13, 1999 | *Cognitive Rehabilitation: A Neuropsychological Perspective.*  "Frontiers of Hope;" Annual National Meeting for Patients, Families, and Health Care Professionals; Brain Tumor Society, Providence, RI |
| March 1, 2000 | *Neurobehavioral Functioning in Thyroid Disease*.  Neurology Grand Rounds, Brown University School of Medicine, Rhode Island Hospital, Providence, RI |
| June 14, 2000 | *Surviving a Brain Tumor: Understanding Changes in Thinking and Memory*.  Featured speaker for an international educational teleconference for brain tumor survivors and family members, co-sponsored by the Brain Tumor Society, the American Brain Tumor Association, the National Brain Tumor Foundation, and Cancer Care, Inc. |
| December 14, 2000 | *The Use of Thyroid Hormone to Diminish the Cognitive Side Effects of ECT and Lithium*. Geriatric Psychiatry Case Conference and Journal Club (CME activity), Butler Hospital, Providence, RI |
| April 29, 2002 | *The Thyroid-Brain Connection: Neuropsychological and Behavioral Aspects of Thyroid Disorders*.  Keynote Speaker, Psi Chi Induction Ceremony, Providence College, Providence, RI |
| September 21, 2002 | *The Invisible Disability: Living with the Cognitive and Behavioral Changes from a Brain Tumor*. "Living Beyond a Brain Tumor 2002: A brain tumor symposium for patients, families, and healthcare professionals. Brain Tumor Society, Quincy, MA |
| December 5, 2002 | *Neuropsychology of Thyroid Disease*. Behavioral Neuroscience Seminar Series. Brigham and Women's Hospital, Harvard Medical School, Boston, MA |
| June 16, 2003 | *The Role of Thyroid Functioning in the Aging Brain and Dementia*. Seminar Series, Alzheimer's Disease Center, Boston University School of Medicine, Boston, MA |
| December 12, 2003 | *The Neuropsychological Assessment Battery (NAB)*.  Continuing Education Workshop, Colorado Neuropsychological Society, Denver, CO |
| January 23, 2004 | *The Neuropsychological Assessment Battery (NAB)*.  Continuing Education Workshop, Georgia Psychological Association, Emerald Pointe, GA,. |
| January 24, 2004 | *The Neuropsychological Assessment Battery (NAB): Development and Psychometric Properties*.  Continuing Education Workshop, 1st Professional Neuropsychology Weekend Conference, Coalition of Clinical Practitioners in Neuropsychology, Las Vegas, NV |
| January 24, 2004 | *The Neuropsychological Assessment Battery (NAB): Administration, Scoring, and Interpretation*.  Continuing Education Workshop, 1st Professional Neuropsychology Weekend Conference, Coalition of Clinical Practitioners in Neuropsychology, Las Vegas, NV |
| April 1, 2004 | *The Utility of the Neuropsychological Assessment Battery (NAB) in the Evaluation of Adult Neurodevelopment Disabilities*.  Continuing Education Workshop, Annual Conference of Contemporary Applications of Psychological Testing, Harvard Medical School, Boston, MA |
| October 8, 2004 | *The Neuropsychological Assessment Battery (NAB)*. Workshop presented at the annual meeting of the International Test Commission, Williamsburg, VA |

| December 8, 2004 | *The Role of Thyroid Functioning in the Aging Brain and Dementia*. Psychiatry Grand Rounds, Edith Norse Veterans Administration Medical Center, Bedford, MA |
|---|---|
| February 5, 2005 | *Neurobehavioral Functioning in Thyroid Disorders*. Continuing Education Seminar presented at the 32nd Annual Conference of the International Neuropsychological Society, Las Vegas, NV |
| March 15, 2005 | *Thyroid-Brain Relationships in Aging and Dementia*. Neurology Grand Rounds, Boston University School of Medicine, Boston, MA |
| March 22, 2005 | *Cognitive & Memory Changes in Aging & Dementia*. Mini-Med School, Boston University School of Medicine, Boston, MA |
| May 12, 2005 | *Alzheimer's Disease Research in 2005: Where are we and Where are we Going?* Keynote Address, 5th Annual Boston Alzheimer's Partnership Legislative Breakfast. Dorchester, MA |
| June 7, 2005 | *Alzheimer's Disease Research in 2005.* Keynote Address, "Alzheimer's Disease: Finding New Pathways," Berkshire Area Health Education Center Conference, Hancock, MA. |
| May 3, 2006 | *Research Update.* Alzheimer's Association annual "Map Through the Maze," Marlboro, MA |
| June 4, 2006 | *Advances in Alzheimer's Disease: Diagnosis and Care of Women.* 14th Annual Congress on Women's Health, Hilton Head, SC |
| January 16, 2007 | *New Discoveries and Directions in Alzheimer's Disease Research and Care*. A Briefing for the Bipartisan Congressional Task Force on Alzheimer's Disease. The Rayburn House Office Building, Washington, DC, |
| May 2, 2007 | *Research Update.* Alzheimer's Association annual "Map Through the Maze," Marlboro, MA |
| June 29, 2007 | *Driving and Dementia*. Social Work Practice with Older Adults: A Continuing Education and Certificate Training Opportunity, Boston College Graduate School of Social Work, Boston, MA |
| February 28, 2008 | *Medical Advances in Research and Treatment*, Keynote Address for the Dementia/Alzheimer's Disease Training Session, Massachusetts Assisted Living Facilities Association (MassALFA), Waltham, MA. |
| May 14, 2008 | *Driving and Dementia: Balancing Personal Independence and Public Safety.* Alzheimer's Association annual "Map Through the Maze," Marlboro, MA |
| June 27, 2008 | *Elderly Drivers: A Difficult Balance of Personal Independence & Public Safety*. Women's Health and Older Adult Conference, Nurse Practitioner Associates Continuing Eduction (NPACE), Falmouth, MA |
| March 6, 2009 | *Chronic Traumatic Encephalopathy: Progressive Tauopathy following Repetitive Concussion in Athletes*, Pediatric Neurology Grand Rounds, Boston University School of Medicine |
| May 13, 2009 | *Research Update.* Alzheimer's Association annual "Map Through the Maze," Marlboro, MA |
| October 2, 2009 | *Chronic Traumatic Encephalopathy and the Athlete*. Concussion and the Athlete CME Conference, Foxboro, MA |
| October 7, 2009 | *Alzheimer's Disease Research Update.* Massachusetts Councils on Aging Annual Conference, Sturbridge, MA |

November 12, 2009    *Recognizing, Diagnosing, and Treating Alzheimer's Disease*. Pri-Med East CME Conference, Boston, MA

November 13, 2009    *Alzheimer's Disease Research Update 2009: Where are we Now and Where are we Going?* Keynote Address at the 12th Annual Alzheimer's Awareness Conference, Alzheimer's Services of Cape Cod and the Islands, Mashpee, MA

March 17, 2010        *Chronic Traumatic Encephalopathy*.  Briefing to the Congressional Brain Injury Task Force, Washington, DC

June 23, 2010          *Chronic Traumatic Encephalopathy and Repetitive Brain Trauma in Athletes*, Institute of Medicine Committee on Nutrition, Trauma and the Brain, Washington, DC

October 1, 2010        *Long-Term Effects of Repetitive Concussive and Subconcussive Brain Trauma: Chronic Traumatic Encephalopathy (CTE)*. 2010 Head Trauma and the Athlete CME Conference, Waltham, MA

October 28, 2010      *The Role of Thyroid Functioning in the Aging Brain*. Psychiatry Grand Rounds, Edith Norse Veterans Administration Medical Center, Bedford, MA

November 6, 2010      *Head Games: Chronic Traumatic Encephalopathy Following Repetitive Brain Trauma in Athletes*.  Keynote Address at the 31st Annual Braintree Neurorehabilitation Conference, Cambridge, MA

November 18, 2010    *Alzheimer's Disease 2010: A Time for Hope*, Keynote Address for the Dementia/Alzheimer's Disease Training Session, Massachusetts Assisted Living Facilities Association (MassALFA), Hopkinton, MA.

February 2, 2011      *Chronic Traumatic Encephalopathy: Long-term Consequences of Repetitive Brain Trauma*.  Continuing Education Course at the 39th Annual Meeting of the International Neuropsychological Society, Boston, MA.

March 19, 2011        *Chronic Traumatic Encephalopathy*, Keynote Speaker, **"**New Frontiers in Traumatic Brain Injury: Update 2011 Essential Information for the Clinical Neurologist," sponsored by the Massachusetts Neurologic Association and the Massachusetts Medical Society, Boston, MA.

March 25, 2011        *Head Games: Chronic Traumatic Encephalopathy and the Long-Term Impact of Repetitive Brain Trauma in Athletes*, Luncheon Keynote Address, American Neuropsychiatric Association, Denver, CO

April 28, 2011          *Sports Concussions: The Hidden Risks*, Invited Speaker for Brain Trauma Symposium, The Neuroscience Institute at the University of Tennessee Health Science Center, Memphis, TN.

April 29, 2011          *Head Games: Chronic Traumatic Encephalopathy and the Long-Term Consequences of Repetitive Brain Trauma in Athletes.* Neurology Grand Rounds, University of Tennessee Health Sciences Center.

May 11, 2011           *Driving and Dementia: A Difficult Balance of Personal Independence and Public Safety*. Alzheimer's Association annual "Map Through the Maze," Marlboro, MA.

August 5, 2011         *Chronic Traumatic Encephalopathy: The Synergy of Science and Journalism in Creating Culture Change*.  Invited Lecture at the Annual Meeting of the American Psychological Association, Washington, DC.

September 24, 2011    *Head Games: Chronic Traumatic Encephalopathy and the Long-Term Consequences of Repetitive Brain Trauma in Athletes*. Keynote Speaker for the Baptist Hospital Annual Brain Injury Symposium, Coconut Grove, FL.

| October 19, 2011 | *Head Games: Chronic Traumatic Encephalopathy and the Long Term Effects of Repetitive Brain Trauma in Athletes*. Grand Rounds Speaker, Beth Israel Deaconess Medical Center-Needham, Needham, MA |
|---|---|
| October 20, 2011 | Panelist, "Alzheimer's Forum," WBUR (NPR), Boston, MA |
| November 5, 2011 | *Alzheimer's disease: Research Updates on Diagnosis, Treatment and Prevention*. Keynote Speaker, Alzheimer's Association, Chicopee, MA |
| January 19, 2012 | *Chronic Traumatic Encephalopathy*. Invited Lecture, Boston Society of Neurology and Psychiatry, Boston, MA |
| March 5, 2012 | *Head Games: Chronic Traumatic Encephalopathy and the Long-Term Consequences of Repetitive Brain Trauma in Athletes*. Invited Speaker, Boston Surgical Society, Boston, MA |
| March 28, 2012 | Moderator, Annual Alzheimer's Association (MA/NH Chapter) Research Day, Lexington, MA |
| April 11, 2012 | *Alzheimer's Disease 2012: A Reason for Hope*. Keynote Speaker, Annual Research Program, Alzheimer's Association, Worcester, MA |
| April 17, 2012 | *Head Games: Chronic Traumatic Encephalopathy and the Long-Term Consequences of Repetitive Brain Trauma in Athletes*. Grand Rounds Speaker, Good Samaritans Medical Center, Brockton, MA |
| April 26, 2012 | *Head Games: Chronic Traumatic Encephalopathy and the Long-Term Consequences of Repetitive Brain Trauma in Athletes*. Invited Speaker, CME Series, Vista Health System, Waukegan, IL |
| April 28, 2012 | *Alzheimer's Disease: Research Updates on Diagnosis, Treatment and Prevention*. Keynote Speaker, Alzheimer's Partnership, Andover, MA |
| May 16, 2012 | *Driving and Dementia: A Difficult Balance of Personal Independence and Public Safety*. Alzheimer's Association annual "Map Through the Maze," Marlboro, MA. |
| May 24, 2012 | *Chronic Traumatic Encephalopathy: Long-Term Effects of Repetitive Brain Trauma in Athletes and the Military*. Invited Speaker, Alzheimer's Disease: Update and Research, Treatment, and Care, Annual Conference sponsored by the Shiley-Marcos Alzheimer's Disease Research Center, University of California, San Diego, San Diego, CA |
| June 13, 2012 | *Head Games: Long-term Consequences of Repetitive Brain Trauma*. Keynote Speaker, Traumatic Brain Injury Conference, Sunnybrook Hospital, Toronto, Canada |
| June 15, 2012 | *Head Games: Chronic Traumatic Encephalopathy and the Long-Term Consequences of Repetitive Brain Trauma in Athletes*. Keynote Speaker, "Effects of Multiple ABI—Preventing Further Injury" Conference, Brain Injury Association, London, Ontario, Canada |
| August 3, 2012 | *Chronic Traumatic Encephalopathy*. Plenary Speaker, Annual Meeting of the American Psychological Association, Orlando, FL |
| October 1, 2012 | *Clinical Presentation of CTE : Combining Clinical and Biomarker Data for Accurate Diagnosis*. Invited Speaker (and Conference Co-Chair), Inaugural Chronic Traumatic Encephalopathy (CTE) Conference, Jointly Sponsored by Boston University and the Lou Ruvo Center for Brain Health, Las Vegas, NV |
| October 13, 2012 | *Differentiating chronic traumatic encephalopathy from Alzheimer's disease and other neurodegenerative conditions*. Invited Speaker, Fred Kavli Public Symposium, Society for Neuroscience, New Orleans, LA |

| | |
|---|---|
| October 26, 2012 | *Chronic Traumatic Encephalopathy: Clinical Presentation*. Invited Speaker (and Conference Co-Chair), 2012 Brain Trauma and the Athlete Conference, CME Conference Sponsored by Boston University School of Medicine, Waltham, MA |
| October 29, 2012 | *Understanding the Continuum of MCI due to AD & Dementia due to AD*. Invited Speaker, Aging or Alzheimer's Disease? How to Detect and Treat Memory Loss in the Primary Care Setting, CME Conference by Boston University Alzheimer's Disease Center, Waltham, MA. |
| November 10, 2012 | *Alzheimer's Disease 2012: Reasons for Hope*. Keynote Speaker, NH Alzheimer's Association Conference: Care to Cure, Concord, NH. |
| December 1, 2012. | *Head Games: Chronic Traumatic Encephalopathy and the Long-Term Consequences of Repetitive Brain Trauma in Athletes*. Invited Speaker, 59th Annual Meeting of the Massachusetts Chapter of the American College of Surgeons, Boston, MA |
| December 5, 2012 | *Clinical Presentation of CTE*: Invited Speaker, 1st NIH Workshop on the Neuropathology of Chronic Traumatic Encephalopathy, Bethesda, MD. |
| December 11, 2012 | *Head Games: Chronic Traumatic Encephalopathy and the Long-Term Consequences of Repetitive Brain Trauma in Athletes*. Invited Speaker, Clinical Neurosciences Grand Rounds, Boston University School of Medicine, Boston, MA |
| March 6, 2013 | *Clinical Presentation of Chronic Traumatic Encephalopathy*, Invited Speaker, 3rd Traumatic Brain Injury Conference, Arlington, VA |
| March 17, 2013 | *Efforts toward earlier Alzheimer's Treatment*, Invited Panelist, Health Journalism 2013 (American Health Care Journalists), Boston, MA |
| April 17, 2013 | *Head Games: Chronic Traumatic Encephalopathy and the Long Term Consequences of Repetitive Brain Trauma in Athletes*. Invited Webinar Speaker, Rose® Webinar Series. |
| May 4, 2013 | *CTE and Late Life Issues*, Invited Speaker, International Sports Concussion Symposium, Minneapolis, MN |
| May 10, 2013 | BU A Leader in Sports-Related Head Injury: Long Term Consequences, Invited Speaker, Medical Grand Rounds, Boston University School of Medicine, Boston, MA |
| May 13, 2013 | *Clinical Presentation and Diagnosis of Chronic Traumatic Encephalopathy*, Invited Speaker, World Brain Mapping Conference, Baltimore, MD |
| May 31, 2013 | *Chronic Traumatic Encephalopathy*, Invited Speaker, "Dementia: A Comprehensive Update" Continuing Medical Education Course, Harvard Medical School, Boston, MA. |
| June 3, 2013 | *The Future of Contact Sports: Concussions May Be the Tip of the Iceberg*. Invited Panelist and Speaker, The German Center for Research and Innovation and Ludwig-Maximilians-Universität München, New York, NY |
| June 10, 2013 | *Clinical efficacy – how do we observe a potential treatment effect?* Invited Speaker, Workshop: Prevention of Alzheimer's Disease – What will it take? (New York Academy of Sciences), New York, NY |
| June 20, 2013 | *CTE: Point/Counterpoint Presentation*, Invited Speaker, 11th Annual American Academy of Clinical Neuropsychology Conference, Chicago, IL |
| October 24, 2013 | *Concussion and Action Points* Symposium, The Association of Ringside Physicians 2013 Annual Medical Seminar, Las Vegas, NV |
| November 12, 2013 | *Unmet Needs in Neurodegeneration: Focus on Endpoints*, Keynote Speaker, 2nd Annual Meeting of the Coalition Against Major Diseases, Bethesda, MD |

November 12, 2013    *Chronic Traumatic Encephalopathy: Public Health Consequences of Repetitive Brain Trauma in Sports*, Keynote Speaker, 2nd Annual Research Day, Boston University School of Public Health, Boston, MA

December 5, 2013    *Head Games: Chronic Traumatic Encephalopathy and the Long-Term Consequences of Repetitive Brain Trauma in Athletes,* Grand Rounds, Department of Neurology, Medical University of South Carolina, Charleston, SC

January 17, 2014    *Brain Games: Chronic Traumatic Encephalopathy and the Long-Term Consequences of Repetitive Brain Trauma*, Distinguished Lecturer for Grand Rounds, Department of Physical Medicine and Rehabilitation, Harvard Medical School, Spaulding Rehabilitation Hospital, Boston, MA

January 29, 2014    *Clinical Presentation and Diagnosis of Chronic Traumatic Encephalopathy: What We Think We Know and What We Need to Know Next*, Invited Lecture, C4CT Summit, United Nations, New York, NY

January 30, 2014    *Brain Games: Chronic Traumatic Encephalopathy and the Long-Term Consequences of Repetitive Brain Trauma*, Visiting Speaker, Mayo Clinic, Scottsdale, AZ

March 19-23, 2014    *Chronic Traumatic Encephalopathy*, Invited Symposium Organizer and Speaker, 10th World Congress on Brain Injury, San Francisco, CA

March 28, 2014    *Head Games: Chronic Traumatic Encephalopathy and the Long-Term Consequences of Repetitive Brain Trauma in Athletes*, Invited Speaker, Grand Rounds, Department of Medicine, Tufts Medical School, Boston, MA

April 16-17, 2014    *Chronic Traumatic Encephalopathy Clinical Presentation and Biomarkers: What We Know and What We Do Not Know*, Invited Speaker, 4rd Traumatic Brain Injury Conference, Washington, DC

May 2, 2014    *Chronic Traumatic Encephalopathy: What We Think We Know and What We Need to Know*, Plenary Speaker, 8th Annual National Summit on Sports Concussion, Los Angeles, CA

May 13, 2014    *Brain Games: Chronic Traumatic Encephalopathy and the Long Term Consequences of Repetitive Concussive and Subconcussive Brain Trauma in Athletes.* Keynote Speaker, NYC MedTech Program, New York, NY

May 30, 2014    *Chronic Traumatic Encephalopathy*, Invited Speaker, "Dementia: A Comprehensive Update" Continuing Medical Education Course, Harvard Medical School, Boston, MA.

June 30, 2014    *Overview of recent/current research in clinical endpoint development*, "Pre-Dementia Clinical Outcome Assessment Tool (pCOA) Stage 2 Meeting, Coalition Against Major Diseases, Bethesda, MD

July 31, 2014    *Brain Trauma Leading to Alzheimer's Disease and Chronic Traumatic Encephalopathy: What We Know and What We Need to Know*, Invited Lecture, C4CT Summit, United Nations, New York, NY

August 16, 2014    *Brain Games: Chronic Traumatic Encephalopathy and the Long-Term Consequences of Repetitive Head Impacts in Athletes*, Sabermetrics, Scouting, and the Science of Baseball, Boston, MA.

November 8, 2014    *Chronic Traumatic Encephalopathy: What We Think We Know and What We Need to Know Next*, Special Plenary Talk, 35th Annual Neurorehabilitation Conference, Boston, MA.

| | |
|---|---|
| November 12, 2014 | *Brain Games: What We Now Know and What We Must Know Next about Chronic Traumatic Encephalopathy*, Opening Keynote Address, 2014 Annual Conference of the National Academy of Neuropsychology, Puerto Rico. |
| November 24, 2014 | *The Long-Term Consequences of Youth Concussion and Subconcussive Impacts: What We Know and What We Need to Learn*, Safe Sports Think Tank 2014: Concussions in Youth Sports: How do we Advance the Science of Prevention, Washington, DC. |
| February 27, 2015 | *CTE: What is on the Forefront of Clinical Diagnosis?* 2nd Annual Concussion in Sport: The Latest in Diagnosis and Management, NYU Langone Medical Center, New York, NY |
| April 16, 2015 | *Detecting Tau: State of the art potential biomarkers for Chronic Traumatic Encephalopathy*. Invited Speaker, 5th Traumatic Brain Injury Conference, Washington, DC |
| May 18. 2015 | *Breaking the Brain: The Impact of Concussion at Any Age*, Invited Speaker, Oregon Health Sciences University (OHSU) Brain Institute, 2015 OHSU Brain Awareness Lecture, Newmark Theatre, Portland, OR |
| May 29, 2015 | *Chronic Traumatic Encephalopathy*, Invited Speaker, "Dementia: A Comprehensive Update" Continuing Medical Education Course, Harvard Medical School, Boston, MA. |

## MEDIA EXPERIENCE AND APPEARANCES:

| | |
|---|---|
| Media Training: | Fleishman-Hillard International Communications, New York, February 2009 |
| Print Media: | Interviewed and quoted in national and international newspapers and news magazines, including the New York Times, Washington Post, Boston Globe, LA Times, Time Magazine, USA Today, and others. |
| Broadcast Media: | Interviews on ABC World News Tonight, CBS Evening News, NBC Nightly News, Good Morning America, Nightline, CNN, Fox News, 60 Minutes - Sports, National Public Radio, ESPN, CTV's Canada AM, ABC Radio Australia, ABC TV Australia, and numerous local affiliate radio and television news interviews. |
| Documentaries: | Appeared in Feature Length Film Documentary, "I Remember Better When I Paint" (2009), French Connection Films and the Hilgos Foundation. |
| | Appeared in Feature Length Film Documentary, "Head Games" (2012), Variance Films, Directed by Steven James. |
| | Appeared in Feature Length Television Documentary, "League of Denial" (2013), *Frontline*, Public Broadcasting System (PBS), Directed by Michael Kirk. |

## ORIGINAL, PEER REVIEWED ARTICLES:

*(Past and present students, fellows, and other trainees italicized)*

1.  Elder, J.P., & **Stern, R.A.** (1986). The ABC's of adolescent smoking prevention: An environment and skills model. Health Education Quarterly, 13, 181-191.

2.  Elder, J.P., **Stern, R.A.**, Anderson, M., Hovell, M.F., Molgaard, C.A., & Seidman, R. (1987). Contingency-based strategies for the prevention of alcohol, drugs, and tobacco use: Missing or unwanted components of adolescent health promotion? Education and Treatment of Children, 10, 30-47.

3.  **Stern, R.A.**, Prochaska, J.O., Velicer, W.F., & Elder, J.P. (1987). Stages of adolescent smoking acquisition: Measurement and sample profiles. Addictive Behaviors, 12, 319-329.

4.  Elder, J.P., de Moor, C., Young, R.L., Wildey, M.B., Molgaard, C.A., Golbeck, A.L., Sallis, J.F., & **Stern, R.A.** (1990). Stages of adolescent tobacco-use acquisition. Addictive Behaviors, 15, 449-454.

5.  Simmons, R.B., **Stern, R.A.**, Teekhassaenee, C., & Kenyon, K.R. (1990). Elevated intraocular pressure following penetrating keratoplasty. Transactions of the American Ophthalmological Society, 87, 79-93.

6.  Simmons, R.B., Shields, M.B., Blasini, M., Wilkerson, M., & **Stern, R.A.** (1991). A clinical evaluation of transscleral Neodymium:YAG cyclophotocoagulation with a contact lens. American Journal of Ophthalmology, 112, 671-677.

7.  **Stern, R.A.**, & Bachman, D.L. (1991). Depressive symptoms following stroke. American Journal of Psychiatry, 148, 351-356.

8.  **Stern, R.A.**, Nevels, C.T., Shelhorse, M.E., *Prohaska, M.L.*, Mason, G.A., & Prange, A.J., Jr. (1991). Antidepressant and memory effects of combined thyroid hormone treatment and electroconvulsive therapy: Preliminary findings. Biological Psychiatry, 30, 623-627.

9.  Keenan, P., **Stern, R.A.**, Janowsky, D.S., & Pedersen, C.A. (1992). Psychological aspects of premenstrual syndrome I: Cognition and memory. Psychoneuroendocrinology, 17, 179-187.

10. **Stern, R.A.**, *Singer, N.G., Silva, S.G.*, Rogers, H.J., Perkins, D.O., Hall, C.D., van der Horst, C.M., & Evans, D.L. (1992). Neurobehavioral functioning in a nonconfounded group of asymptomatic HIV seropositive homosexual men. American Journal of Psychiatry, 149, 1099-1102.

11. **Stern, R.A.**, van der Horst, C.M., Hooper, S.R., Bloodgood, K.M., & High, K.A. (1992). Zidovudine overdose in an asymptomatic HIV seropositive patient with hemophilia. Psychosomatics, 33, 454-457.

12. Girdler, S.S., Pedersen, C.A., **Stern, R.A.**, & Light, K.C. (1993). The menstrual cycle and premenstrual syndrome: Modifiers of cardiovascular reactivity in women. Health Psychology, 12, 180-192.

13. Haggerty, J.J. Jr., **Stern, R.A.**, Mason, G.A., Beckwith, J., *Morey, C.E.*, & Prange, A.J. Jr. (1993). Subclinical hypothyroidism: A modifiable risk factor for depression. American Journal of Psychiatry, 150, 508-510.

14. Pedersen, C.A., **Stern, R.A.**, *Pate, J.*, Senger, M.A., Bowes, W.A., & Mason, G.A. (1993). Thyroid and adrenal measures during late pregnancy and the puerperium in women who have been major depressed or who become dysphoric postpartum. Journal of Affective Disorders, 29, 201-211.

15. Robertson, K.R., **Stern, R.A.**, Hall, C.D., Perkins, D.O., Wilkins, J.W., *Gortner, D.T.*, Donovan, M.K., Messenheimer, J.A., Whaley, R., & Evans, D.L. (1993). Vitamin $B_{12}$ deficiency and nervous system disease in HIV infection. Archives of Neurology, 50, 807-811.

16. **Stern, R.A.**, *Steketee, M.S.*, Durr, A., Prange, A.J. Jr., & Golden, R.N. (1993). Combined use of thyroid hormone and ECT. Convulsive Therapy, 9, 285-292.

17. Perkins, D.O., **Stern, R.A.**, Golden, R.N., Murphy, C., *Naftalowitz, D.*, & Evans, D.L. (1994). Mood disorders in HIV infection: Prevalence and risk factors in a non-epicenter of the AIDS epidemic. American Journal of Psychiatry, 151, 233-236.

18. **Stern, R.A.** (1994). Neuropsychiatric and psychoneuroimmune aspects of HIV infection and AIDS. Advances, 10 (4), 28-31.

19. **Stern, R.A.**, *Singer, E.A., Duke, L.M., Singer, N.G., Morey, C.E., Daughtrey, E.W.*, & Kaplan, E. (1994). The Boston Qualitative Scoring System for the Rey-Osterrieth Complex Figure: Description and interrater reliability. The Clinical Neuropsychologist, 8, 309-322.

20. Echelman, D.A., **Stern, R.A.**, Shields, S.R., Simmons, R.B., & Shields, M.B. (1995). Variability of contact transscleral neodymium:YAG cyclophotocoagulation. Investigative Ophthalmology & Visual Science, 36, 497-502.

21. Evans, D.L., Leserman, J., Perkins, D.O., **Stern, R.A.**, Murphy, C., Tamul, K., Liao, D., van der Horst, C.M., Hall, C.D., Folds, J.D., Golden, R.N., & Petitto, J.M. (1995). Stress associated reductions of cytotoxic T lymphocytes and natural killer cells in asymptomatic human immunodeficiency virus infection. American Journal of Psychiatry, 152, 543-550.

22. Perkins, D.O., Leserman, J., **Stern, R.A.**, *Baum, S.F.*, Liao, D., Golden, R.N., & Evans, D.L. (1995). Somatic symptoms and HIV-1 infection: Relationship to depressive symptoms and indicators of HIV disease. American Journal of Psychiatry, 152, 1776-1781.

23. *Prohaska, M.L.*, **Stern, R.A.**, *Steketee, M.C.*, & Prange, A.J. Jr. (1995). Lithium, thyroid hormones, and neuropsychological functioning: A review and hypothesis. Depression, 2, 241-251.

24. **Stern, R.A.**, *Whealin, J.M.*, Mason, G.A., Noonan, L.R., *Silva, S.G., Arruda, J.E.*, & Prange, A.J. Jr. (1995). Influence of L-triiodothyronine on memory following repeated electroconvulsive shock in rats: Implications for human electroconvulsive therapy. Biological Psychiatry, 37, 198-201.

25. *Arruda, J.E.*, **Stern, R.A.**, & *Legendre, S.A.* (1996). Assessment of mood state in patients undergoing electroconvulsive therapy: The utility of Visual Analogue Mood Scales developed for cognitively-impaired patients. Convulsive Therapy, 12, 207-212.

26. *Arruda, J.E.*, Weiler, M.D., Valentino, D.S., Willis, W.G., Rossi, J.S., **Stern, R.A.**, Gold, S.G., & Costa, L. (1996). A guide for applying principal components analysis and confirmatory factor analysis to quantitative electroencephalogram data. International Journal of Psychophysiology, 23, 63-81.

27. *Cahn, D.A.*., Marcotte, A.C., **Stern, R.A.**, *Arruda, J.E.*, Akshoomoff, N.A., & *Leshko, I.C.* (1996). The Boston Qualitative Scoring System for the Rey-Osterrieth Complex Figure: A study of children with Attention Deficit Hyperactivity Disorder. The Clinical Neuropsychologist, 10, 397-406.

28. *Prohaska, M.L.* **Stern, R.A.**, Nevels, C.T., Mason, G.A., & Prange, A.J. Jr. (1996). The relationship between thyroid status and neuropsychological performance in psychiatric outpatients maintained on lithium. Neuropsychiatry, Neuropsychology, and Behavioral Neurology, 9, 30-34.

29. **Stern, R.A.**, *Robinson, B., Thorner, A.R., Arruda, J.E., Prohaska, M.L.*, & Prange, A.J. Jr. (1996). A survey study of neuropsychiatric complaints in patients with Graves' disease. Journal of Neuropsychiatry and Clinical Neurosciences, 8, 181-185.

30. **Stern, R.A.**, *Silva, S.G., Chaisson, N.*, & Evans, D.L. (1996). Influence of cognitive reserve on neuropsychological functioning in asymptomatic Human Immunodeficiency Virus-1 infection. Archives of Neurology, 53, 148-153.

31. **Stern, R.A.** (1996). Assessment of mood states in neurodegenerative disease: Methodological and diagnostic recommendations. Seminars in Clinical Neuropsychiatry, 1, 315-324.

32. *Costa, L., Arruda, J.E.,* **Stern, R.A.,** *Somerville, J.A.,* & Valentino, D. (1997). Asymptomatic HIV infected women: A preliminary study of quantitative EEG activity and performance on a continuous performance test. Perceptual and Motor Skills, 85, 1395-1408.

CV: Robert A. Stern, Ph.D.    -    Page 25

33.    Evans, D.L., Leserman, J., Perkins, D.O., **Stern, R.A.**, Murphy, C., Zheng, B., Gettes, D., Longmate, J.A., Silva, S.G., van de Horst, C.M., Hall, C.D., Folds, J.D., Golden, R.N., & Petitto, J.M. (1997). Severe life stress as a predictor of early disease progression in HIV infection. <u>American Journal of Psychiatry</u>, <u>154</u>, 630-634.

34.    Nyenhuis, D.L., **Stern, R.A.**, Yamamoto, C., Luchetta, T., & *Arruda, J.E.* (1997). Standardization and validation of the Visual Analog Mood Scales. <u>The Clinical Neuropsychologist</u>, <u>11</u>, 407-415.

35.    **Stern, R.A.**, *Arruda, J.E.*, Hooper, C.R., Wolfner, G.D., & *Morey, C.E.* (1997). Visual Analogue Mood Scales to measure internal mood state in neurologically impaired patients: Description and initial validity evidence. <u>Aphasiology</u>, <u>11</u>, 59-71.

36.    **Stern, R.A.**, *Arruda, J.E., Somerville, J.A.*, Cohen, R.A., Boland, R.J., Stein, M.I., & Martin, E.M. (1998). Neurobehavioral functioning in asymptomatic HIV-1 infected women. <u>Journal of the International Neuropsychological Society</u>, <u>4</u>, 172-178.

37.    *Arruda, J.E.*, **Stern, R.A.**, & *Somerville, J.A.* (1999). Measurement of mood states in stroke patients: Validation of the Visual Analog Mood Scales. <u>Archives of Physical Medicine and Rehabilitation</u>, <u>80</u>, 676-680.

38.    **Stern, R.A.** (1999). Assessment of mood state in aphasia. <u>Seminars in Speech and Language</u>, <u>20</u>, 33-50.

39.    Freeman, R.Q., Giovannetti, T., Lamar, M., Cloud, B.S., **Stern, R.A.**, Kaplan, E., & Libon, D.J. (2000). Visuoconstructional problems in dementia: Contribution of executive systems functions. <u>Neuropsychology</u>, <u>14</u>, 415-426.

40.    Petitto, J.M., Leserman, J., Perkins, D., **Stern, R.A.**, Gettes, D., Folds, J.D., Golden, R.N., & Evans, D.L. (2000). High versus low basal cortisol secretion in asymptomatic, medication-free HIV infected men: Differential effects of severe life stress on parameters of immune status. <u>Behavioral Medicine</u>, <u>25</u>, 143-151.

41.    Schreiber, H.E., *Javorsky, D.J.*, Robinson, J., & **Stern, R.A**. (2000). Rey-Osterrieth Complex Figure Performance in Adults with Attention Deficit Hyperactivity Disorder: A Validation Study of the Boston Qualitative Scoring System. <u>The Clinical Neuropsychologist</u>, <u>14</u>, 509-520.

42.    *Somerville, J.A.*, Tremont, G., & **Stern, R.A.** (2000). The Boston Qualitative Scoring System (BQSS) as a measure of executive functioning in Rey-Osterrieth Complex Figure performance. <u>Journal of Clinical and Experimental Neuropsychology</u>, <u>22</u>, 613-621.

43.    Tremont, G., *Halpert, S., Javorsky, D.J.*, & **Stern, R.A.** (2000). Differential impact of executive dysfunction on verbal list learning and story recall. <u>The Clinical Neuropsychologist, 14</u>, 295-302.

44.    Tremont, G., & **Stern, R.A.** (2000). Minimizing the cognitive effects of lithium therapy and electroconvulsive therapy using thyroid hormone. <u>International Journal of Neuropsychopharmacology</u>, <u>3</u>, 175-186.

45.    *Ruffolo, J.A., Javorsky, D.J.*, Tremont, G., *Westervelt, H.J.*, & **Stern, R.A.** (2001). A comparison of administration procedures for the Rey-Osterrieth Complex Figure: Flowcharts vs. pen switching. <u>Psychological Assessment</u>, <u>13</u>, 299-305.

46.    Paul, R.H., Cohen, R.A., & **Stern, R.A.** (2002). Neurocognitive manifestations of Human Immunodeficiency Virus. <u>CNS Spectrums</u>, <u>7</u>, 860-866.

47.    Tremont, G., Westervelt, H.J., Javorsky, D., *Podolanczuk, A.*, & **Stern, R.A.** (2002). Referring physicians' perceptions of the neuropsychological evaluation: How are we doing? <u>The Clinical Neuropsychologist</u>, <u>16</u>, 551-554.

48.    *Bishop, C.L., Temple, R.O.*, Tremont, G., Westervelt, H.J., & **Stern, R.A.** (2003). Utility of the inpatient neuropsychological evaluation in an acute medical hospital. <u>The Clinical Neuropsychologist</u>, <u>17</u>, 468-473.

49.    Cahn-Weiner, D.A., Williams, K., Grace, J., Tremont, G., Westervelt, H., & **Stern, R.A.** (2003). Discrimination of dementia with lewy bodies from Alzheimer disease and Parkinson disease using the clock drawing test. <u>Cognitive and Behavioral Neurology</u>, <u>16</u>, 85-92.

50.  *Davis, J.D.*, **Stern, R.A.**, & Flashman, L. (2003). Cognitive and neuropsychiatric aspects of subclinical hypothyroidism: Significance in the elderly. Current Psychiatry Reports, 5, 384-390.

51.  *Legendre*, S.A., **Stern, R.A.**, Solomon, D.A., Furman, M.J., & *Smith, K.E.* (2003). The influence of cognitive reserve on memory following electroconvulsive therapy. Journal of Neuropsychiatry and Clinical Neurosciences, 15, 333-339.

52.  Tremont, G., **Stern, R.A.**, Westervelt, H., *Bishop, C.L, & Davis, J.D.* (2003). Neurobehavioral functioning in thyroid disorders. Medicine and Health Rhode Island, 86, 318-322.

53.  Westervelt, H.J., **Stern, R.A.**, & Tremont, G. (2003). Odor identification deficits in diffuse lewy body disease. Cognitive and Behavioral Neurology, 16, 93-99.

54.  *Temple, R.O.* **Stern, R.A.**, *Latham, J., Ruffolo, J.S.,* Arruda, J.E. & Tremont, G. (2004). Assessment of Mood State in Dementia by Use of the Visual Analog Mood Scales (VAMS). American Journal of Geriatric Psychiatry, 12. 527-530.

55.  **Stern, R.A.,** *Davis, J.D., Rogers, B.L., Smith, K.M.*, Harrington, C.J., Ott, B.R., Jackson, I.M.D., & Prange, A.J. Jr. (2004). Preliminary study of the relationship between thyroid status and cognitive and neuropsychiatric functioning in euthyroid patients with Alzheimer's dementia. Cognitive and Behavioral Neurology, 17, 219-223.

56.  *Brown, L.B.,* **Stern, R.A.,** Cahn-Weiner, D.A., *Rogers, B.,* Davis, M.A., Lannon, M.C., Maxwell, C., Souza, T., White, T., & Ott, B.R. (2005). Driving Scenes test of the Neuropsychological Assessment Battery (NAB) and on-road driving performance in aging and very mild dementia. Archives of Clinical Neuropsychology, 20, 209-215.

57.  Jefferson, A.L., *Wong, S., Bolen, E.,* Ozonoff, A., Green, R.C., & **Stern, R.A.** (2006). Cognitive correlates of HVOT performance differ between patients with mild cognitive impairment and normal controls. Archives of Clinical Neuropsychology, 21, 405-412.

58.  Westervelt, H.J., Brown, L.B, Tremont, G., Javorsky, D.J., & **Stern, R.A.** (2006). Patient and family perceptions of the neuropsychological evaluation: How Are We Doing? The Clinical Neuropsychologist, 20, 1385-4046

59.  Bhalla, R.K., Papandonatos, G.D., **Stern, R.A.**, & Ott, B.R. (2007). Alzheimer's disease patients' anxiety prior to and following a standardized on-road driving test. Alzheimer's and Dementia, 3, 33-39.

60.  Jefferson, A.L., *Wong, S., Gracer, T.S.* Ozonoff, A., Green, R.C., & **Stern, R.A.** (2007). Geriatric performance on an abbreviated version of the Boston Naming Test. Applied Neuropsychology, 14, 215-223.

61.  *Ropacki, S.A.L.,* Bert, A.A., Ropacki, M.T., Rogers, B.L., & **Stern, R.A.** (2007). The influence of cognitive reserve on neuropsychological functioning after coronary artery bypass grafting (CABG). Archives of Clinical Neuropsychology, 22, 73-85.

62.  *Ashendorf A.* Jefferson AL, O'Connor MK, Chaisson C, Green RC, & **Stern, RA**. (2008). Trail Making Test errors in normal aging, mild cognitive impairment, and dementia. Archives of Clinical Neuropsychology, 23, 129-137.

63.  *Davis, J.D., Podolanczuk, A.,* Donahue, J.E., Stopa, E., Hennessey, J.V., Luo, L.G., Lim, Y-P., & **Stern, R.A.** (2008). Thyroid hormone levels in the prefrontal cortex of post-mortem brains of Alzheimer's disease patients. Current Aging Science, 1, 175-181.

64.  *Hubbard EJ, Santini, V, Blankevoort CG, Volkers, KM, Barrup, MS, Byerly L,* Chaisson C, Jefferson AL, Kaplan, E, Green, RC, **Stern RA**. (2008). Clock Drawing Performance in Cognitively Normal Elderly. Archives of Clinical Neuropsychology, 23, 295-327.

65.  Posternak, M.A., Novak, S.P., **Stern, R.A.**, Hennessey, J.V., Joffe, R., Prange, A.J. Jr, & Zimmerman, M. (2008). A pilot effectiveness study: placebo-controlled trial of adjunctive L-triiodothyronine (T3) used to accelerate and potentiate the antidepressant response. The International Journal of Neuropsychopharmacology, 11, 15-25.

66. **Stern, R.A.**, D'Ambrosio, L.A., Mohyde, M., *Carruth, A.*, Tracton-Bishop, B., *Hunter, J.D., Daneshvar, D.H.*, & Coughlin, J.F. (2008). At the Crossroads: Development and evaluation of a dementia caregiver group intervention to assist in driving cessation. Gerontology and Geriatrics Education, 29, 363-382.

67. *Ashendorf, L.*, Jefferson, A.L., Green, R.C., & **Stern, R.A.** (2009). Test-retest stability on the WRAT-3 Reading subtest in geriatric cognitive evaluations. Journal of Clinical and Experimental Neuropsychology, 31, 605-610. **DOI:** 10.1080/13803390802375557

68. *Chung, W.W.*, Chen, C.A., Cupples, L.A., Roberts, J.S., Hiraki, S.C., Nair, A.K., Green, R.C., & **Stern, R.A.** (2009). A new scale measuring psychological impact of genetic susceptibility testing for Alzheimer's disease. Alzheimer's Disease and Associated Disorders, 23, 50-56.

69. D'Ambrosio, L.A., Coughlin, J.F., Mohyde, M., *Carruth, A., Hunter, J.D.*, & **Stern, R.A.** (2009). Caregiver communications and the transition from driver to passenger among people with dementia. Geriatric Rehabilitation, 25, 34–43.

70. *Gavett, B.E., Poon, S.J.*, Ozonoff, A., Jefferson, A.L., Nair, A.K., Green, R.C., and **Stern, R.A.** (2009). Diagnostic utility of a list learning test in Alzheimer's disease and mild cognitive impairment. Journal of the International Neuropsychological Society, 15, 121-129.

71. McKee, A.C., Cantu, R.C., *Nowinski, C.J.*, Hedley-Whyte, E.T., Lee, H.S., Kubilus, C.A., *Gavett, B.E.*, Romero, R., Budson, A.E., Ryu, H., *Santini, V.E.*, & **Stern, R.A.** (2009). Chronic Traumatic Encephalopathy in athletes: Progressive tauopathy following repetitive concussion. Journal of Neuropathology and Experimental Neurology, 68, 709-735.

72. *Eggermont, L.H., Gavett, B.E., Volkers, K.M., Blankevoort, C.G.,* Scherder, E.J., Jefferson, A.L., Steinberg, E., Nair, A., Green, R.C., & **Stern, R.A.** (2010). Lower extremity function in normal cognitive aging, mild cognitive impairment, and Alzheimer's disease. Archives of Physical Medicine and Rehabilitation, 91, 584-588.

73. Gavett, B.E., Ozonoff A, *Doktor V,* Palmisano J, Nair AK, Green RC, Jefferson AL, **Stern RA.** (2010). Predicting cognitive decline and conversion to Alzheimer's disease in older adults using the NAB List Learning test. Journal of the International Neuropsychological Society, 16, 651-660.

74. Gavett, B.E., **Stern, R.A.**, Cantu, R.C., *Nowinski, C.J.*, & McKee, A.C. (2010). Mild traumatic brain injury: A risk factor for neurodegeneration. Alzheimer's Research and Therapy, 2, 18-21.

75. McKee, A.C., Gavett, B.E., **Stern, R.A.,** *Nowinski, C.J.,* Cantu, R.C., Kowall, N.W., Perl, D., Hedley-Whyte, E.T., Price, B., Sullivan, C., Morin, P., Lee, H.S., Kubilus, C.A., *Daneshvar, D., Wulff, M.*, & Budson, A.E. (2010). TDP-43 proteinopathy and motor neuron disease in chronic traumatic encephalopathy. Journal of Neuropathology and Experimental Neurology. 69, 918-929.

76. Nair, A., *Gavett, B.E., Damman, M., Dekker, W.,* Green, R.C., Mandel, A., Auerbach, S., Steinberg, E., *Hubbard, E.*, and **Stern, R.A.** (2010). Clock Drawing Test ratings by practicing dementia specialists: Inter-rater reliability and diagnostic accuracy. Journal of Neuropsychiatry and Clinical Neurosciences. 22, 85-92.

77. *Daneshvar, D.H., Baugh, C.M., Nowinski, C.J.*, McKee, A.C., **Stern, R.A.,** & Cantu, R.C. (2011). Helmets and mouth guards: The role of personal equipment in preventing sport-related concussions. Clinics in Sports Medicine, 30, 145-163.

78. *Daneshvar, D.H., Riley, D.O., Nowinski, C.J.,* McKee, A.C., **Stern, R.A.**, & Cantu, R.C. (2011). Long-term consequences: Effects on normal development profile after concussion. Physical Medicine and Rehabilitation Clinics of North America, 22, 683–700.

79. *Gavett, B.E.*, Cantu, R.C., Shenton, M., Lin, A., *Nowinski, C.J.*, McKee, A.C., & **Stern, R.A.** (2011). Clinical appraisal of chronic traumatic encephalopathy: Current perspectives and future directions. Current Opinion in Neurology, 24, 525–531.

80. Gavett, B.E., **Stern, R.A.**, & McKee, A.C. (2011). Chronic Traumatic Encephalopathy: A potential late effect of sport-related concussive and subconcussive head trauma. Clinics in Sports Medicine, 30, 179-188.

81.    Naj, A.C., Jun, G., Beecham, G.W., Wang, L.S., Vardarajan, B.N., Buros, J., Gallins, P.J.,
       Buxbaum, J.D., Jarvik, G.P., Crane, P.K., Larson, E.B., Bird, T.D., Boeve, B.F., Graff-Radford,
       N.R., De Jager, P.L., Evans, D., Schneider, J.A., Carrasquillo, M.M., Ertekin-Taner, N., Younkin,
       S.G., Cruchaga, C., Kauwe, J.S.K., Nowotny, P., Kramer, P., Hardy, J., Huentelman, M.J., Myers,
       A.J., Barmada, M.M., Demirci, F.Y., Baldwin, C.T., Green, R.C., Rogaeva, E., St. George-Hyslop,
       P., Arnold, S.E., Barber, R., Beach, T., Bigio, E.H., Bowen, J.D., Boxer, A., Burke, J.R., Cairns,
       N.J., Carlson, C.S., Carney, R.M., Carroll, S.L., Chui, H.C., Clark, D.G., Corneveaux, J., Cotman,
       C.W., Cumming, J.L., DeCarli, C., DeKosky, S.T., Diaz-Arrastia, R., Dick, M., Dickson, D.W.,
       Eillis, W.G., Faber, K.M., Fallon, K.B., Farlow, M.R., Ferris, S., Frosch, M.P., Galasko, D.R.,
       Ganguli, M., Gearing, M., Geschwind, D.H., Ghetti, B., Gilbert, J.R., Gilman, S., Giordani, B.,
       Glass, J.D., Growdon, J.H., Hamilton, R.L., Harrell, L.E., Head, E., Honig, L.S., Hulette, C.M.,
       Hyman B.T., Jicha, G.A., Jin, L.W., Johnson, N., Karlawish, J., Karydas, A., Kaye, J.A., Kim, R.,
       Koo, E.H., Kowall, N.W., Lah, J.J., Levey, A.I., Lieberman, A.P., Lopez, O.L., Mack, W.J.,
       Marson, D.C., Martiniuk, F., Mash, D.C., Masliah, E., McCormick, W.C., McCurry, S.M.,
       McDavid, A.N., McKee, A.C., Mesulam, M., Miller, B.L., Miller, C.A., Miller, J.W., Parisi, J.E.,
       Perl, D.P., Peskind, E., Petersen, R.C., Poon, W.W., Quinn, J.F., Rajbhandary, R.A., Raskind, M.,
       Resiberg, B., Ringman, J.M., Roberson, E.D., Rosenberg, R.N., Sano, M., Schneider, L.S., Seeley,
       W., Shelanski, M.L., Slifer, M.A., Smith, C.D., Sonnen, H.V., Spina, S., **Stern, R.A.,** Tanzi, R.E.,
       Trojanowski, J.Q., Troncoso, J.C., Van Deerlin, V.M., Vinters, H.V., Vonsattel, J.P., Weintraub, S.,
       Welsh-Bohmer, K.A., Williamson, J., Woltjer, R.L., Cantwell, L.B., Dombrowski, B.A., Beekly,
       D., Lunetta, K.L, Martin, E.R, Kamboh, M.I., Saykin, A.J., Reiman, E.M., Bennett, D.A., Morris,
       J.C., Montine, T.J., Goate, A.M., Blacker, D., Tsuang, D.W., Hakonarson, H., Kukull, W.A.,
       Foroud, T.M., Haines, J.L., Mayeux, R., Pericak-Vance, M.A., Farrer, L.A., & Schellenberg, G.D.
       (2011). Common variants in *MS4A4/MS4A6E, CD2AP, CD33,* and *EPHA1* are associated with late-
       onset Alzheimer's disease. Nature Genetics, 43, 436–441

82.    Ready, R.E., Carvalho, J.O., Green, R.C., Gavett, B.E., & **Stern, R.A.** (2011). The structure and
       validity of self-reported affect in mild cognitive impairment and mild Alzheimer's disease.
       International Psychogeriatrics, 23, 887-898.

83.    **Stern, R.A.**, *Riley, D.A., Daneshvar, D.H., Nowinski, C.J.,* Cantu, R.C. & McKee, A.C. (2011).
       Long-term consequences of repetitive brain trauma: Chronic traumatic encephalopathy. Physical
       Medicine and Rehabilitation, 3, S460-S467.

84.    *Baugh, C.M., Stamm, J.M., Riley, D.O.,* Gavett, B.G., Shenton, M.E., Lin, A.L., Cantu, R.C.,
       McKee, A.C., & **Stern, R.A.** (2012). Chronic Traumatic Encephalopathy: Neurodegeneration
       following repetitive concussive and subconcussive brain trauma. Brain Imaging and Behavior, 6,
       244-254.

85.    Gavett, B.E., *Lou, K.R., Daneshvar, D.H.,* Green, R.C., Jefferson, A.L., & **Stern, R.A.** (2012).
       Diagnostic accuracy statistics for seven Neuropsychological Assessment Battery (NAB) Test
       variables in the diagnosis of Alzheimer's disease. Applied Neuropsychology, 19, 108-115.

86.    Gavett, B.E., & **Stern, R.A.** (2012). Dementia has a categorical, not dimensional, latent structure.
       Psychology and Aging, 27, 791–797.

87.    Goldstein, L.E., Fisher, A.M., Tagge, C.A., Zhang, X.-L., Velisek, L., Sullivan, J. A. Upreti, C.,
       Kracht, J. M., Ericsson, M., Wojnarowicz, M.W., Goletiani, C.J., Maglakelidze, G.M., Casey, N.,
       Moncaster, J.A., Minaeva, O., Moir, R.D., *Nowinski, C.J.,* **Stern, R.A.,** Cantu, R.C., Geiling, J.,
       Blusztajn, J.K., Wolozin, B.L., Ikezu, T., Stein, T.D., Budson, A.E., Kowall, N.W., Chargin, D.
       Sharon, A., Saman, S., Hall, G.F., Moss, W.C., Cleveland, R.O., Tanzi, R.E., Stanton, P.K., &
       McKee, A.C. (2012). Chronic Traumatic Encephalopathy in Blast-Exposed Military Veterans and a
       Blast Neurotrauma Mouse Model. Science Translational Medicine, 4, 1946-6234.

88.    Niewoehner, P.M., Henderson, R.R., Dalchow, J., Beardsley, T.L., **Stern, R.A.**, & Carr, D.B.
       (2012). Predicting road test performance in adults with cognitive or visual impairment referred to a
       VA driving clinic. Journal of the American Geriatrics Society, 60, 2070-2074

89.    Shenton ME, Hamoda HM, Schneiderman JS, Bouix S, Pasternak O, Rathi Y, Vu MA, Purohit MP, Helmer K, Koerte I, Lin AP, Westin CF, Kikinis R, Kubicki M, **Stern RA**, & Zafonte R. (2012). A review of magnetic resonance imaging and diffusion tensor imaging findings in mild traumatic brain injury. <u>Brain Imaging and Behavior, 6</u>, 137–192.

90.    Holton P, Ryten M, Nalls M, …**Stern RA**, … Wright CB, & Younkin SG (2013). Initial assessment of the pathogenic mechanisms of the recently identified Alzheimer risk Loci. <u>Annals of Human Genetics</u>, <u>77</u>, 85-105.

91.    Joffe, R.T., Pearce, E.N., Hennessey, J.V., Ryan, J.J., & **Stern, R.A.** (2013). Subclinical hypothyroidism, mood, and cognition in the elderly: A review. <u>International Journal of Geriatric Psychiatry</u>. 28, 111-118.

92.    Mandelblatt, J.S., Hurria, A., McDonald, B.C., Saykin, A.J., **Stern, R.A.**, VanMeter, J.W., McGuckin, M., Traina, T., Denduluri, N., Turner, S., Howard, D., Jacobsen, P.B., Ahles, T., for the Thinking and Living With Cancer Study (2013). Cognitive effects of cancer and its treatments at the intersection of aging: What do we know; what do we need to know? <u>Seminars in Oncology</u>, <u>40</u>, 709-725.

93.    McKee, A., **Stern, R.**, *Nowinski, C.,* Stein, T., Alvarez, V., *Daneshvar, D.*, Lee, H., Wojtowicz, S., Hall, G., *Baugh, B., Riley, D.*, Kubilis, C., Cormier, K., Jacobs, M., Martin, B., Abraham, C., Ikezu, T., Reichard, R., Wolozin, B., Budson, A., Goldstein, G., Kowall, N., & Cantu, R. (2013). The spectrum of disease in chronic traumatic encephalopathy. <u>Brain</u>. <u>136</u>, 43-64.

94.    Mez, J., **Stern, R.A.**, & McKee, A.C. (2013). Chronic traumatic encephalopathy: Where are we and where are we going? <u>Current Neurology and Neuroscience Reports</u>. <u>13</u>, 407. PMID: 24136455.

95.    *Seichepine, D.R., Stamm, J.M., Daneshvar, D.H., Riley, D.O., Baugh, C.M.,* Gavett, B.E., Tripodis, Y., Martin, B., Chaisson, C., McKee, A.C., Cantu, R.C., *Nowinski, C.J.,* & **Stern, R.A.** (2013). Profile of self-reported problems with executive functioning in college and professional football players. <u>Journal of Neurotrauma</u>. <u>30</u>, 1299-1304.

96.    **Stern, R.A.**, *Daneshvar, D.H., Baugh, C.M., Seichepine, D.R., Montenigro, P.H., Riley, D.O., Fritts, N.G., Stamm, J.M., Robbins, C.A.,* McHale, L., Simkin, I., Stein, T.D., Alvarez, V., Goldstein, L.E., Budson, A.E., Kowall, N.W., *Nowinski, C.J.,* Cantu, R.C., & McKee, A.C. (2013). Clinical presentation of Chronic Traumatic Encephalopathy. <u>Neurology</u>, <u>81</u>, 1122-1129.

97.    *Baugh, C.M.,* Kroshus, E., *Daneshvar, D.H.,* & **Stern, R.A.** (2014). Perceived coach support and concussion symptom-reporting: differences between freshmen and non-freshmen college football players. <u>Journal of Law Medicine and Ethics</u>, <u>42</u>, 314-322. PMID: 25264089.

98.    *Baugh, C.M., Robbins, C.A,* McKee, A.C. & **Stern, R.A.** *(*2014*).* Current understanding of Chronic Traumatic Encephalopathy. <u>Current Treatment Options in Neurology</u>. Sep;16(9):306. doi: 10.1007/s11940-014-0306-5.

99.    Mandelblatt, J.S., **Stern, R.A.,** Luta, G., McGuckin, M., Clapp, J.D., Hurria, A., Jacobsen, P.J., Faul, L.A., Isaacs, C., Denduluri, N., Gavett, B., Traina, T.A., Johnson, P., Silliman, R.A., Turner, R.S., Howard, D., VanMeter, J.W., Saykin, A., & Ahles, T. (2014). Cognitive impairments in older breast cancer patients prior to systemic therapy: Is there an interaction between cancer and comorbidity? <u>Journal of Clinical Oncology</u>. <u>32</u>, 1909-18.

100.   *Montenigro, P.H., Baugh, C.M., Daneshvar, D.H.*, Mez, J., Budson, A.E., Au, R., Katz, D., Cantu, R.C., & **Stern, R.A.** (2014). Clinical subtypes of chronic traumatic encephalopathy: Literature review and proposed research diagnostic criteria forTraumatic Encephalopathy Syndrome. <u>Alzheimer's Research and Therapy</u>, <u>6</u>, 68.

101.  *Robbins, C.A., Daneshvar, D.H., Picano, J.D.,* Gavett, B.E., *Baugh, C.M., Riley, D.O.,* Nowinski, *C.J.,* McKee, A.C., Cantu, R.C., & **Stern, R.A**. (2014). Self-reported concussion history: Impact of providing a definition of concussion. Open Access Journal of Sports Medicine. 5, 99-103. PMID: 24891816.

102.  Qiu, W.Q., Au, R., Zhu, H., Wallack, M., Liebson, E., Li, H., Rosenzweig, J., Mwamburi, M., & **Stern, R.A** (2014). Positive association between plasma amylin and cognition in a homebound elderly population. Journal of Alzheimer's Disease. 42, 555-563. PMID:24898659

103.  Qiu, W.Q, Mwamburi, M., Besser, L.M., Zhu, H., Li, H., Wallack, M., Phillips, L., Qiao, L., Budson, A., **Stern, R.A.**, & Kowall, N. (2014). Angiotensin Converting Enzyme inhibitors and the reduced risk of Alzheimer's disease in the absence of Apoliprotein E4 allele. Journal of Alzheimer's Disease, 22, 177-185.

104.  Rathi, Y., Ning, L., Michailovich, O., Liao, H., Gagoski, B., Grant, P.E., Shenton, M.E., **Stern, R.,** Westin, C.F., & Lin, A. (2014). Maximum entropy estimation of glutamate and glutamine in MR spectroscopic imaging. Medical Image Computing and Computer-Assisted Intervention. 17, 749-756. PMID: 25485447

105.  *Baugh, C.M., Kiernan, P.T.,* Kroshus, E., *Daneshvar, D.H., Montenigro, P.H.,* McKee, A.C., & **Stern, R.A.** (2015). Frequency of head impact related outcomes by position in NCAA Division I collegiate football players. Journal of Neurotrauma, 32, 314-26

106.  Koerte, I.K., Lin, A.P., Muehlmann, M., Merugumala, S., Liao, H., Starr, T., Kaufmann, D., Mayinger, M., Steffinger, D., Fisch, B., Karch, S., Heinen, F., Ertl-Wagner, B., Reiser, M., **Stern, R.A**., Zafonte, R., & Shenton, M.E. (2015). Altered neurochemistry in former professional soccer players without a history of concussion. Journal of Neurotrauma. May 14, 2015. [Epub ahead of print]

107.  Lin, A.P., Ramadan, S., **Stern, R.A.,** Box, H.C., *Nowinski, C.J.,* Ross, B.D., & Mountford, C.E. (2015). Changes in the neurochemistry of athletes with repetitive brain trauma: Preliminary results using 2D correlated spectroscopy. Alzheimer's Research and Therapy. 7(1):13. doi: 10.1186/s13195-015-0094-5 PMID: 25780390, PMCID: PMC4361214

108.  *Riley, D.O., Robbins, C.A.,* Cantu, R.C., & **Stern, R.A**. (2015). Chronic traumatic encephalopathy: Contributions from the Boston University Centre for the Study of Traumatic Encephalopathy. Brain Injury, 29, 154-163.

109.  *Stamm, J.M., Bourlas, A.P., Baugh, C.M., Fritts, N.G., Daneshvar, D.H.,* Martin, B.M., McClean, M.D., Tripodis, Y., & **Stern, R.A** (2015). Age of first exposure to football and later-life cognitive impairment in former NFL players. Neurology, ePub ahead of publication, PMID: 25632088.

110.  Stein, T.D., *Montenigro, P.H.,* Alvarez, V.E., Xia, W., Crary, J.F., Tripodis, Y., *Daneshvar, D.H.,* Mez, J., Solomon, T., Meng, G., Kubilus, C.A., Cormier, K.A., Meng, S., Babcock, K., Kiernan, P., Murphy, L., *Nowinski, C.J.,* Martin, B., Dixon, D., **Stern, R.A.,** Cantu, R.C., Kowall, N.W., & McKee, A.C. (2015). Beta-amyloid Deposition in Chronic Traumatic Encephalopathy. Acta Neuropathologica. May 6, 2015. [Epub ahead of print], PMID: 25943889

111.  Wang, L., Naj, A.C., Graham, R.R., … Schellenberg, G.D… **Stern, R.A.,** …Yu, L. (2015). Rarity of the Alzheimer Disease–Protective APP A673T Variant in the United States. JAMA Neurology, 72, 209-216.

112.  Zhu, H., Wang, X., Wallack, M., Li, H., Carreras, I., Dedeoglu, A., Hur, J.Y., Zheng, H., Li, H., Find, R., Mwamburi, M., Sun, X., Kowall, N., **Stern, R.A**. & Qiu, W.Q. (2015). Intraperitoneal injection of the pancreatic peptide amylin potently reduces behavioral impairment and brain amyloid pathology in murine models of Alzheimer's disease. Molecular Psychiatry, 20, 252-62.

CV: Robert A. Stern, Ph.D.　　　　　　　　　　　　-　　　　　　　　　　　　Page 31

113.　Feke, G.T., Hyman, B.T., **Stern, R.A.**, & Pasquale, L.R. (in press). Retinal blood flow in mild cognitive impairment and Alzheimer's disease. Alzheimer's & Dementia: Diagnosis, Assessment & Disease Monitoring.

114.　Qiu, W.Q., Lai, A., Mon, T., Mwamburi, D.M., Taylor, W., Rosenzweig, J., Kowall, N., **Stern, R.A.,** Zhu, H., & Steffens, D.C. (in press). Angiotensin Converting Enzyme Inhibitors and Alzheimer's disease in the Presence of Apolipoprotein E4 Allele. American Journal of Geriatric Psychiatry.

115.　Koerte, I.K., Hufschmidt, J., Muehlmann, M., Tripodis, Y., *Stamm, J.M.,* Giwerc, M.Y., Coleman, M.J., *Baugh, C.M., Fritts, N.G.,* Heinen, F., Lin, A., **Stern, R.A.\*,** Shenton, M.E.\* (under review) Cavum septi pellucidi in symptomatic former professional football players. Journal of Neurotrauma.

116.　*Stamm, J.M.,* Koerte, I.K., Muehlmann, M., *Bourlas, A.P., Baugh, C.M.,* Giwerc, M.Y., Zhu, A., Coleman, M., *Fritts, N.G.,* Martin, B.M., Chaisson, C., McClean, M.D., Lin, A.P., Tripodis,Y., Shenton, M.E.,\* & **Stern, R.A.**\* (under review).  Age at first exposure to football is associated with altered corpus callosum white matter microstructure in former professional football players. Journal of Neurotrauma.

### RESEARCH PUBLICATIONS WITHOUT NAMED AUTHORSHIP

1.　Aisen, P.S., Schneider, L.S., Sano, M., Diaz-Arrastia, R., van Dyck, C.H., Weiner, M.F., Bottiglieri, T., Jin, S., Stokes, K.T., Thomas, R.G., Thal, L.J. & **Alzheimer Disease Cooperative Study** (2008). High-dose B vitamin supplementation and cognitive decline in Alzheimer disease: a randomized controlled trial. Journal of the American Medical Association, 300, 1774-1783.

2.　**ADAPT Research Group**, Martin, B.K., Szekely, C., Brandt, J., Piantadosi, S., Breitner, J.C., Craft, S., Evans, D., Green, R., Mullan, M. (2009). Cognitive function over time in the Alzheimer's Disease Anti-inflammatory Prevention Trial (ADAPT): results of a randomized, controlled trial of naproxen and celecoxib. Archives of Neurology, 65, 896-905.

3.　Jun G, Naj AC, Beecham GW, …**Alzheimer's Disease Genetics Consortium,…** Pericak-Vance MA, & Schellenberg GD (2010).  Meta-Analysis confirms *CR1*, *CLU*, and *PICALM* as Alzheimer's disease risk loci and reveals interactions with *APOE* genotypes. Archives of Neurology, 67, 1473-1484.

4.　Jun G, Vardarajan BN, Buros J, …**Alzheimer's Disease Genetics Consortium**, … Schellenberg GD, & Farrer LA. (2012). Comprehensive search for Alzheimer disease susceptibility loci in the APOE region. Archives of Neurology, 69, 1270-9.

5.　Whitcomb, D., LaRusch, J., Krasinskas, A.M., …**Alzheimer's Disease Genetics Consortium**, … Yadav, D., & Devlin, B. (2012).  Common genetic variants in the CLDN2 and PRSS1-PRSS2 loci alter risk for alcohol-related and sporadic pancreatitis. Nature Genetics, 44, 1349–1354.

6.　Zou, F., Chai, H.S., Younkin, C.S., …**Alzheimer's Disease Genetics Consortium**, …Younkin, S.G.,  & Nilüfer Ertekin-Taner, N.   (2012). Brain expression genome-wide association study (eGWAS) identifies human disease-associated variants. PloS Genetics, 8(6): e1002707.

7.　**Alzheimer's Disease Anti-inflammatory Prevention Trial Research Group**. (2013). Results of a follow-up study to the randomized Alzheimer's Disease Anti-inflammatory Prevention Trial (ADAPT). Alzheimer's & Dementia, 9, 714-23. PMID: 23562431

CV: Robert A. Stern, Ph.D.      -      Page 32

8.  Cruchaga, C., Kauwe, J.S.K., Harari, O., …**Alzheimer Disease Genetic Consortium** & Goate, A.M. (2013). GWAS of cerebrospinal fluid tau levels identifies risk variants for Alzheimer's disease. Neuron, 78, 256–268.

9.  Holton, P., Ryten, M., Nalls, M., … **Alzheimer's Disease Genetics Consortium**, … Hardy, J., & Guerreiro, R. (2013). Initial assessment of the pathogenic mechanisms of the recently identified Alzheimer risk Loci. Annals of Human Genetics, 77, 85-105.

10. Miyashita, A., Koike, A., Jun, G., … **The Alzheimer's Disease Genetics Consortium**, … Farrer, L.A., and Kuwanzo, R. (2013). SORL1 is genetically associated with late-onset Alzheimer's disease in Japanese, Koreans and Caucasians. PLoS One, 8(4):e58618.

11. Reitz, C., Jun, G., Naj, A., …& **Alzheimer Disease Genetics Consortium.** (2013). Variants in the ATP-binding cassette transporter (ABCA7), apolipoprotein E ε4, and the risk of late-onset Alzheimer disease in African Americans. JAMA, 309(14), 1483-92. PMID: 23571587.

12. Reitz, C., Mayeux, R., & **Alzheimer's Disease Genetics Consortium.** (2013). TREM2 and neurodegenerative disease. New England Journal of Medicine, 369, 1564-1565.

13. Ridge, P.G., Mukherjee, S., Crane, P.K., Kauwe, J.S, **Alzheimer's Disease Genetics Consortium**. (2013). Alzheimer's disease: analyzing the missing heritability. PLoS One, 8, 79771. doi: 10.1371/journal.pone.0079771. PMID: 24244562.

14. Lambert, J.C., Ibrahim-Verbaas, C.A., Harold, D., …**Alzheimer's Disease Genetic Consortium**,… Schellenberg, G.D., & Amouyel, P. (2013). Meta-analysis of 74,046 individuals identifies 11 new susceptibility loci for Alzheimer's disease. Nature Genetics, 45,1452-1458.

15. Sano, M. Egelko, S., Donohue, M., Ferris, S., Kaye, J., Hayes, T.L., Mundt, J.C., Sun, C., Paparello, S., Aisen, P.S., and the **Alzheimer Disease Cooperative Study Investigators** (2013). Developing dementia prevention trials: Baseline report of the Home-Based Assessment Study. Alzheimer Disease and Associated Disorders, 27, 356–362.

16. Naj, A.A., Jun, G., Reitz, C. … Pericak-Vance, M.A., and the **Alzheimer Disease Genetics Consortium** (2014). Effects of multiple genetic loci on age at onset in late-onset Alzheimer disease: A genome-wide association study. JAMA Neurology, 71:1394-1404.

17. Jun G, Ibrahim-Verbaas CA, Vronskaya M, … **IGAP Consortium**, …van Duijn CM, Schellenberg GD, Farrer LA. (2015). A novel Alzheimer disease locus located near the gene encoding tau protein. Molecular Psychiatry. Mar 17. doi: 10.1038/mp.2015.23. [Epub ahead of print].

18. Allen, M., Zou, F., Chai, H.S., …**Alzheimer's Disease Genetics Consortium**, …Younkin, S.G, & Ertekin-Taner, N. (in press). Novel late-onset Alzheimer's disease loci variants associate with brain gene expression. Neurology.

19. **Alzheimer's Disease Anti-inflammatory Prevention Trial Research Group**. (in press). Follow-up evaluation of cognitive function in the randomized Alzheimer's Disease Anti-inflammatory Prevention Trial (ADAPT) and its Follow-up Study (ADAPT-FS). Alzheimer's & Dementia.

20. Escott-Price, V., Bellenguez, C., Wang, L… **Alzheimer's Disease Genetics Consortium** .. & Williams, J. (in press). Gene-wide analysis detects two new susceptibility genes for Alzheimer's disease. PLOS ONE.

21.     Jun, G., Vardarajan, B.N., Buros, J., …**The Alzheimer's Disease Genetics Consortium**, … Schellenberg, G.D., & Farrer, L.A. (in press). A comprehensive search for Alzheimer disease susceptibility loci in the APOE region. <u>Archives of Neurology</u>.

22.     Miyashita, A., Koike, A., Jun, G., … **The Alzheimer's Disease Genetics Consortium**, …(in press). SORL1 is genetically associated with late-onset Alzheimer's disease in Japanese, Koreans and Caucasians. <u>GWAS</u>.

23.     Reitz, C., Tosto, G., Vardarajan, B.N., … **& Alzheimer's Disease Genetics Consortium**. (under review). Independent and epistatic effects of variants in VPS10 sortilin receptors on Alzheimer's disease risk and processing of the amyloid precursor protein (APP). <u>Annals of Neurology</u>.

### INVITED PAPERS, CHAPTERS, LETTERS, PUBLISHED ABSTRACTS, PUBLISHED TESTS & MANUALS
*(Past and present students, fellows, and other trainees italicized)*

### Invited Papers

1.     **Stern, R.A.**, Gavett, B.E., *Baugh, C., Nowinski, C.J.,* Cantu, R.C., & McKee, A.C. (2011). Recurrent Sports-Related Traumatic Brain Injury and Tauopathy. In <u>Nutrition and Traumatic Brain Injury: Improving Acute and Subacute Health Outcomes in Military Personnel</u>, edited by J. Erdman, M. Oria, and L. Pillsbury. Washington, DC: The National Academies Press. pp. 305-310.

2.     Koerte, I.K., Lin, A.P., Willems, A., Muehlmann, M., Hufschmidt, J., Coleman, M.J., Green, I., Liao, H., Tate, D.F., Wilde, E.A., Pasternak, O., Bouix, S., Rathi, Y., Bigler, E.D., **Stern, R.A.**, & Shenton, M.E. (2015). A Review of Neuroimaging Findings in Repetitive Brain Trauma. <u>Brain Pathology</u>, <u>25</u>, 318-340.

3.     *Montenigro, P.H., Corp, D.T.,* Stein, T.D., Cantu, R.C. & **Stern, R.A.** (2015). Chronic Traumatic Encephalopathy: Historical origins and current perspective. <u>Annual Review of Clinical Psychology</u>, <u>11</u>, 14.1–14.22.

### Textbook Chapters

1.     Evans, D.L., **Stern, R.A.**, Golden, R.N., Haggerty, J.J. Jr., Perkins, D., Simon, J.S., & Nemeroff, C.D. (1990). Neuroendocrine and peptide challenge tests in primary and secondary depression. In C.B. Nemeroff (Ed.) <u>Neuropeptides and Psychiatric Disorders</u>. Washington, D.C.: American Psychiatric Association Press, pp. 279-298.

2.     Perkins, D.O., **Stern, R.A.**, Golden, R.N., Miller, H.L., & Evans, D.L. (1991). Use of neuroendocrine tests in the psychiatric assessment of the medically ill patient. In J.A. McCubbin, P.G. Kaufmann, and C.B. Nemeroff (Eds) <u>Stress, Neuropeptides, and Systemic Disease</u>. New York: Academic Press, pp. 199-217.

3.     Prange, A.J. Jr., & **Stern, R.A.** (1995). Pharmacologic use of thyroid hormones in psychiatry. In H.I. Kaplan & B.J. Sadock (Eds.). <u>Comprehensive Textbook of Psychiatry/VI</u>. Baltimore: Williams and Wilkins, pp. 2083-2088.

4.     **Stern, R.A.**, Perkins, D.O., & Evans, D.L. (1995). Neuropsychiatric aspects of HIV-1 infection and AIDS. In F.E. Bloom & D.J. Kupfer (Eds.). <u>Psychopharmacology: The Fourth Generation of Progress</u>. New York: Raven Press, pp. 1545-1558. URL: http://www.acnp.org/citations/GN401000149.

5.     **Stern, R.A.**, & Prange, A.J. Jr. (1995). Neuropsychiatric aspects of endocrine disorders. In H.I. Kaplan & B.J. Sadock (Eds.). <u>Comprehensive Textbook of Psychiatry/VI</u>. Baltimore: Williams and Wilkins, pp. 241-251.

6.  **Stern, R.A.**, & *Prohaska, M.L.* (1996). Neuropsychological evaluation of executive functioning. In L.J. Dickstein, M.B. Riba, & J.M. Oldham (Eds.). <u>American Psychiatric Press Review of Psychiatry, Vol. 15</u>. Washington, D.C.: American Psychiatric Press, pp. 243-266.

7.  Connors, C.K., Epstein, J., **Stern, R.A.**, March, J., Sparrow, E., & *Javorsky, D.J.* (2003). Subtyping Attention-Deficit/Hyperactivity Disorder (ADHD): Use of the ROCF. In J. Knight & E. Kaplan (Eds.). <u>The Handbook of Rey-Osterrieth Complex Figure Usage: Clinical and Research Applications</u>. Lutz, Florida: Psychological Assessment Resources, pp. 411-431.

8.  Libon, D.J., Freeman, R.Q., Giovannetti, T., Lamar, M., Cloud, B.S., **Stern, R.A.**, & Kaplan, E. (2003). The ROCF and visuoconstructional impairment in cortical and subcortical dementia.  In J. Knight & E. Kaplan (Eds.).  <u>The Handbook of Rey-Osterrieth Complex Figure Usage: Clinical and Research Applications</u>. Lutz, Florida: Psychological Assessment Resources, pp. 583-596.

9.  Boyle, P., *Ropacki, S.A.L.*, & **Stern, R.A.** (2007). Electroconvulsive therapy and coronary artery bypass grafting surgery: Pseudoexperimental paradigms for studying cognitive reserve. In Y. Stern (Ed.). <u>Cognitive Reserve: Theory and Applications</u>. New York: Taylor and Francis, pp. 117-130.

10. Iverson, G.L., Brooks, B.L., White, T., & **Stern, R.A.** (2007). Neuropsychological Assessment Battery (NAB): Introduction and advanced interpretation. In: A.M. Horton (Ed.). <u>The Neuropsychology Handbook (3rd Ed.)</u>. New York: Springer, pp. 279-343.

11. **Stern, R.A**. *Daneshvar, D. & Poon, S.* (2010). Visual Analogue Mood Scales. In S. Brumfitt (Ed.). <u>Psychological Well-Being in the Person with Acquired Communication Problems</u>. New York: John Wiley & Sons, pp. 116-136.

12. **Stern, R.A.**, *Anderson, S. & Gavett, B.*  (2011). Frontal Systems and Executive Functioning. In A. Budson & N. Kowall (Eds.). <u>The Handbook of Alzheimer's Disease and Other Dementias</u>. New York: Wiley-Blackwell.

13. Stamm, J. & **Stern, R.A.** (in preparation). Chronic Traumatic Encephalopathy. In B.L. Miller & J.L. Cummings (Eds.). <u>The Human Frontal Lobes, 3rd Edition</u>. New York: The Guilford Press.

14. Koerte, I.K., Lin, A., Muehlmann, M., Rauchmann, B., Cooper, K., Mayinger, M., **Stern, R.A**., & Shenton, M.E. (in press). Post-Traumatic Cognitive Disorders.  In S. Kanekar (Ed.) <u>Imaging Of Neurodegenerative Disorders</u>, New York: Thieme Publishers.


**Letters**

1.  Haggerty, J.J. Jr., **Stern, R.A.**, Mason, G., & Prange, A.J. Jr. (1994). In reply to: The prevalence of goiter in psychiatric outpatients suffering from affective disorder [letter]. <u>American Journal of Psychiatry</u>, <u>151</u>, 454.

2.  Tremont, G., & **Stern, R.A.** (2001). Minimizing the cognitive effects of lithium therapy and electroconvulsive therapy using thyroid hormone. .<u>Biologine Psichiatrija ir Psichofarmakologija</u> (Lithuanian journal; "Biological Psychiatry and Psychopharmacology"), <u>3</u>, 5-11.

3.  *Montenigro, P.H.* & **Stern, R.A.** (2014). Clinical presentation of chronic traumatic encephalopathy: Author Response. <u>Neurology</u>, <u>83,</u> 1991-1993.

**Published Abstracts/Proceedings of Meetings**
*(Past and present students, fellows, and other trainees italicized)*

1.    Raymond, P.F., **Stern, R.A.**, Authelet, A.M., & Penny, D. (1987). A comparison of California Verbal Learning Test performance among patients with multiple sclerosis, vascular lesions, and normal controls. Journal of Clinical and Experimental Neuropsychology, 9, 49.

2.    **Stern, R.A.** (1988). Mood disorders following stroke. Doctoral Dissertation, University of Rhode Island, Kingston. Abstracted in Dissertation Abstracts International.

3.    Raymond, P.A., Authelet, A.M., **Stern, R.A.**, & Penny, D. (1989). Patterns of memory dysfunction in multiple sclerosis. Journal of Clinical and Experimental Neuropsychology, 11, 49.

4.    **Stern, R.A.**, & Bachman, D.L. (1989). Dysphoric mood and vegetative disturbance following stroke: Patterns of lesion localization. Journal of Clinical and Experimental Neuropsychology, 11, 97-98.

5.    Keenan, P., **Stern, R.A.**, Janowsky, D.S., & Pedersen, C.A. (1990). Verbal learning and affective state in premenstrual syndrome. Journal of Clinical and Experimental Neuropsychology, 12, 76-77.

6.    Keenan, P., **Stern, R.A.**, Janowsky, D.S., & Pedersen, C.A. (1990). Cognitive functioning across the menstrual cycle in women with and without premenstrual syndrome. Journal of Clinical and Experimental Neuropsychology, 12, 76.

7.    **Stern, R.A.**, Bachman, D.L., Valentino, D.A., & Raymond, P.M. (1990). Aphasia and mood disorders. Journal of Clinical and Experimental Neuropsychology, 12, 32.

8.    **Stern, R.A.**, Hooper, C.R., & *Morey, C.E.* (1990). Development of visual analogue scales to measure mood in aphasia. The Clinical Neuropsychologist, 4, 300.

9.    **Stern, R.A.**, *Morey, C.E.*, Perry, J.R., McCartney, W.H., Mason, G.A., & Prange, A.J. Jr. (1990). Neuropsychological and psychiatric correlates of hyperthyroidism: Preliminary findings. NeuroEndocrinology Letters, 12, 273.

10.   **Stern, R.A.**, Nevels, C.T., Shelhorse, M.E., *Prohaska, M.L.*, Mason, G.A., & Prange, A.J. Jr. (1990). Triiodothyronine potentiation of electroconvulsive therapy: Preliminary findings. NeuroEndocrinology Letters, 12, 362.

11.   Girdler, S.S., Pedersen, C.A., **Stern, R.A.**, & Light, K.C. (1991). Menstrual cycle and premenstrual syndrome: Modifiers of cardiovascular reactivity in women. Psychophysiology (Suppl.), 28, S25.

12.   Haggerty, J.J. Jr., **Stern, R.A.**, Beckwith, J., *Morey, C.E.*, Mason, G., & Prange, A.J. Jr. (1991). A controlled evaluation of psychiatric and neuropsychological function in subclinical hypothyroidism. Biological Psychiatry, 29, 153A.

13.   **Stern, R.A.**, & Bachman, D.L. (1991). Depressive Symptom nach cerebrovaskularem insult [Depressive symptoms following stroke]. Exacta Psychiatrica, 5, 15.

14.   **Stern, R.A.**, & Bachman, D.L. (1991). Depressive symptoms following stroke. Digest of Neurology and Psychiatry, Series, 59, 125.

15.   **Stern, R.A.**, & Bachman, D.L. (1991). Depressive symptoms following stroke. Focus on Depression, 2, 93-94.

16.   **Stern, R.A.**, & Bachman, D.L. (1991). Depressive symptoms following stroke. Psychiatry Digest, 8, 22-23.

17.    **Stern, R.A.**, Davidson, E.J., *Singer, N.G.*, Perkins, D.O., *Silva, S.G.*, & Evans, D.L. (1991). The role of vitamin B12 deficiency in the early neurobehavioral impairments seen in asymptomatic HIV seropositive gay men. <u>Biological Psychiatry</u>, <u>29</u>, 155A-156A.

18.    **Stern, R.A.**, Nevels, C.T., Shelhorse, M.E., *Prohaska, M.L.*, & Prange, A.J. Jr. (1991). The effects of combined electroconvulsive therapy and thyroid hormone treatment on verbal memory and depressive symptomatology: Preliminary report. <u>Journal of Clinical and Experimental Neuropsychology</u>, <u>13</u>, 31.

19.    **Stern, R.A.**, Rosenbaum, J., White, R.F., & *Morey, C.E.* (1991). Clinical validation of a visual analogue dysphoria scale for neurologic patients. <u>Journal of Clinical and Experimental Neuropsychology</u>, <u>13</u>, 106.

20.    **Stern, R.A.**, *Singer, N.G., Morey, C.E., Silva, S.G.*, Wilkins, J.W., & Kaplan, E. (1991). A qualitative scoring system for the Rey-Osterrieth Complex Figure. <u>Journal of Clinical and Experimental Neuropsychology</u>, <u>13</u>, 89.

21.    **Stern, R.A.**, *Singer, N.G., Silva, S.G.*, Rogers, H.J., Perkins, D.O., Hall, C.D., van der Horst, C.M., & Evans, D.L. (1991). Motor dysfunction in early asymptomatic HIV infection. <u>Society for Neuroscience Abstracts</u>, <u>17</u>, 487.13.

22.    Evans, D.L., Petitto, J., Leserman, J., Perkins, D.O., **Stern, R.A.**, Folds, J. Ozer, H., Golden, R.N., (1992). Stress, depression and natural killer cells: Potential clinical relevance. <u>Clinical Neuropharmacology</u>, <u>15</u>, 656A-657A.

23.    Haggerty, J.J., **Stern, R.A.**, Mason, G.A., Marquardt, M., & Prange, A.J. Jr. (1992). Subclinical hypothyroidism: recognition, significance, management. <u>Clinical Neuropharmacology</u>, <u>15</u>, 386A.

24.    Pedersen, C.A., **Stern, R.A.**, *Pate, J.*, & Mason, G.A. (1992). Depression history and changes in the adrenal and thyroid axes during the puerperium. <u>Biological Psychiatry</u>, <u>31</u>, 126A.

25.    *Silva, S.G.*, **Stern, R.A.**, Golden, R.N., Davidson, E.J., & Janowsky, D.S. (1992). The effects of physostigmine on behavioral inhibition, cognition, and mood in healthy males. <u>Biological Psychiatry</u>, <u>31</u>, 111A-112A.

26.    *Silva, S.G.*, **Stern, R.A.**, Golden, R.N., Davidson, E.J., Mason, G.A., & Janowsky, D.S. (1992). Physostigmine effects on neuropsychological performance and mood in healthy males. <u>The Clinical Neuropsychologist</u>, <u>6</u>, 346.

27.    **Stern, R.A.**, *Duke, L.M., Pate, J.D., Silva, S.G.*, Bowes, W.A., & Pedersen, C.A. (1992). Neuropsychological correlates of pregnancy and the early postpartum period. <u>The Clinical Neuropsychologist</u>, <u>6</u>, 349.

28.    **Stern, R.A.**, Nevels, C.T., Shelhorse, M.E., *Prohaska, M.L.*, Mason, G.A., & Prange, A.J. Jr. (1992). The use of T3 to enhance the effects of ECT. <u>Clinical Neuropharmacology</u>, <u>15</u>, 387A-388A.

29.    **Stern, R.A.**, *Silva, S.G., Gortner, D.T., Daughtrey, E.W.,* Perkins, D.O., Leserman, J., Hall, C.D., & Evans, D.L. (1992). Neurobehavioral functioning as a predictor of immunosuppression in asymptomatic HIV seropositive gay men. <u>Biological Psychiatry</u>, <u>31</u>, 238A.

30.    Forman, L.M., *Silva, S.G.*, & **Stern, R.A.**, & *Pate, J.* (1993). Bromocriptine augmentation of neuroleptic treatment in schizophrenia. <u>Journal of Neuropsychiatry and Clinical Neurosciences</u>, <u>5</u>, 453.

31.    Pedersen, C.A., Evans, D.L., Ozer, H., Folds, J., *Pate, J.*, Senger, M.A., & **Stern, R.A.** (1993). Natural killer cell activity is decreased in postpartum dysphoria. <u>Biological Psychiatry</u>, 33, 85A.

32.    *Silva, S.G.*, **Stern, R.A.**, *Daughtrey, E.W.*, Perkins, D.O., Leserman, J., & Evans, D.L. (1993). Disrupted mood and information processing speed interactions in asymptomatic HIV-1 seropositive gay men. <u>Journal of Neuropsychiatry and Clinical Neurosciences</u>, <u>5</u>, 450-451.

33.    *Silva, S.G.*, **Stern, R.A.**, *Steketee, M.C., Daughtrey, E.W., Chaisson, N.*, & Evans, D.L. (1993). Twelve-month decline in general intellectual ability in asymptomatic HIV-1 seropositive gay men with early neurobehavioral impairments. <u>Clinical Neuropathology</u>, <u>12</u>, S34.

34.    *Steketee, M.C.*, **Stern, R.A.**, *Silva, S.G., Daughtrey, E.W., Chaisson, N.*, & Evans, D.L. (1993). Factor and cluster analyses of neuropsychological performance in a sample of asymptomatic HIV-seropositive gay men. <u>Clinical Neuropathology</u>, <u>12</u>, S34.

35.    **Stern, R.A.** *Silva, S.G., Daughtrey, E.W., Gortner, D.T.*, Mason, G.A., & Evans, D.L. (1993). Endocrine correlates of neuropsychological functioning in asymptomatic HIV-1 seropositive gay men. <u>Journal of Clinical and Experimental Neuropsychology</u>, <u>15</u>, 96.

36.    **Stern, R.A.**, *Silva, S.G., Gortner, D.T., Daughtrey, E.W., Bostancic, F.*, & Evans, D.L. (1993). Neuropsychological functioning in asymptomatic HIV-1 seropositive gay men: A principal components analysis. <u>Journal of Clinical and Experimental Neuropsychology</u>, <u>15</u>, 96-97.

37.    *Prohaska, M.L.*, **Stern, R.A.**, & Prange, A.J. Jr. (1994). The role of thyroid status in the neuropsychological side effects of lithium. <u>Journal of Neuropsychiatry and Clinical Neurosciences</u>, <u>6</u>, 323.

38.    *Silva, S.G.,* **Stern, R.A.**, *Chaisson, N., Baum, S.F.*, Perkins, D.O., Golden, R.N., & Evans, D.L. (1994). Apathy and neurobehavioral functioning in asymptomatic HIV-seropositive gay men. <u>Journal of Neuropsychiatry and Clinical Neurosciences</u>, <u>6</u>, 311.

39.    *Silva, S.G.*, **Stern, R.A.**, *Chaisson, N., Baum, S.F., Singer, E.,* Golden, R.N., & Evans, D.L. (1994). Stable manual dexterity disturbance in asymptomatic HIV-1 seropositive gay men: A twelve-month follow-up. <u>Biological Psychiatry</u>, <u>35</u>, 638A.

40.    *Silva, S.G.*, **Stern, R.A.**, Hall, M.J., & Janowsky, D.S. (1994). Physostigmine: Dissociation of mood and psychomotor effects in healthy males. <u>Biological Psychiatry</u>, <u>35</u>, 666A

41.    **Stern, R.A.**, & Bachman, D.L. (1994). Discrepancy between self-report and observer rating of mood in stroke patients: Implications for the differential diagnosis of post-stroke depression. <u>Journal of Neuropsychiatry and Clinical Neurosciences</u>, <u>6</u>, 319.

42.    **Stern, R.A.**, *Singer, E.A, Duke, L.M., Silva, S.G.*, Bowes, W., *Leshko, I.C.,* & Pedersen, C. (1994). Neuropsychiatric functioning in women taking oral contraceptives: A preliminary study. <u>Journal of Neuropsychiatry and Clinical Neurosciences</u>, <u>6</u>, 323.

43    *Arruda, J.E.*, Valentino, D., **Stern, R.A.**, & Costa, L. (1995). Confirmatory factor analysis of quantified electroencephalogram measured during a continuous performance test. <u>Journal of the International Neuropsychological Society</u>, <u>1</u>, 126.

44.    *Prohaska, M.L.*, **Stern, R.A.**, Mason, G.A., Nevels, C.T., & Prange, A.J. Jr. (1995). Thyroid hormone and lithium-related neuropsychological deficits: A preliminary test of the Lithium-Thyroid Interactive Hypothesis. <u>Journal of the International Neuropsychological Society</u>, <u>1</u>, 134.

45.    *Silva, S.G.,* **Stern, R.A.**, *Chaisson, N., Singer, E.A., Baum, S.F.*, Golden, R.N., & Evans, D.L. (1995). The effects of cognitive reserve on neurobehavioral functioning in asymptomatic HIV-seropositive gay men. <u>Journal of the International Neuropsychological Society</u>, <u>1</u>, 162.

46. *Silva, S.G.*, **Stern, R.A.**, *Chaisson, N., Singer, E.A.*, Gaver, V., Watson, J.B., Golden, R.N., & Evans, D.L. (1995). Evidence of mild visuoconstructive impairments in HIV infection using the Boston Qualitative Scoring System for the Rey-Osterrieth Complex Figure. Journal of the International Neuropsychological Society, 1, 138.

47. *Silva, S.G.*, **Stern, R.A.**, Durr, A.L., *Hall, M.J.*, Davis, S.S., & Haggerty, J.J. Jr. (1995). Neuropsychiatric functioning in subclinical hypothyroidism. Journal of Neuropsychiatry and Clinical Neurosciences, 7, 408.

48. **Stern, R.A.** (1995). Neuropsychological functioning in hyperthyroidism. The Clinical Neuropsychologist, 9, 296.

49. **Stern, R.A.**, *Singer, E.A., Duke, L.M., Singer, N.G., Morey, C.E., Daughtrey, E.W.*, & Kaplan, E. (1995). The Boston Qualitative Scoring System for the Rey-Osterrieth Complex Figure: Description and inter-rater reliability. Journal of the International Neuropsychological Society, 1, 357.

50. *Suhr, J.A.*, **Stern, R.A.**, *Leshko, I.C., Singer, E.A., Franco, A., Lee, B., Pacheco, G.M.,* & Kaplan, E. (1995). The Boston Qualitative Scoring System for the Rey-Osterrieth Complex Figure: Preliminary validity findings. Journal of the International Neuropsychological Society, 1, 125.

51. *Whealin, J.M*, **Stern, R.A.**, Mason, G.A., Noonan, L.R., Overstreet, D.H., *Silva, S.G.,* & Prange, A.J. Jr. (1995). Influence of L-triiodothyronine on memory functioning following repeated electroconvulsive shock in rats: Implications for human electroconvulsive therapy. Journal of the International Neuropsychological Society, 1, 382.

52. *Arruda, J.E.*, **Stern, R.A.**, Hooper, C.R., Wolfner, G., *Somerville, J.,* & Bishop, D. (1996). Visual Analogue mood scales to measure internal mood state in aphasic patients: Description and initial validity evidence with normal and neurologically impaired subjects. Archives of Clinical Neuropsychology, 11, 364.

53. *Cahn, D.A..*, Marcotte, A.C., **Stern, R.A.**, *Arruda, J.E.*, Akshoomoff, N.A., & *Leshko, I.C.* (1996). Qualitative features of visuoconstructional performance in children with Attention Deficit Hyperactivity Disorder. Archives of Clinical Neuropsychology, 11, 374-375.

54. Nyenhuis, D.L., **Stern, R.A.**, Yamamoto, C., Terrien, A., Parmentier, A., Luchetta, T, & *Arruda, J.E.* (1996). A standardization, further validation and principal component analysis of the Visual Analogue Mood Scales. Journal of the International Neuropsychological Society, 2, 4.

55. *Silva, S.G.*, Jackson, E., *Chaisson, N.*, **Stern, R.A.**, Golden, R.N., Petitto, J., & Evans, D.L. (1996). DHEA-S and decline in HIV-1 associated cognitive/motor functioning. Biological Psychiatry, 39, 663.

56. *Silva, S.G.*, **Stern, R.A.**, *Chaisson, N., Singer, E.A., Baum, S.F.*, Golden, R.N., & Evans, D.L. (1996). Influence of cognitive reserve on neuropsychological functioning in asymptomatic HIV-seropositive gay men. Journal of Neuro-AIDS, 2, 178.

57. **Stern, R.A.**, *Arruda, J.E.,* & *Legendre, S.A.* (1996). Assessment of mood state in patients undergoing electroconvulsive therapy: The utility of Visual Analog Mood Scales designed for cognitively-impaired patients. Convulsive Therapy, 12, 74-75.

58. *Arruda, J.E.*, **Stern, R.A.**, *Somerville, J.A.*, & Bishop, D.S. (1997). Description and initial reliability and validity evidence for the Visual Analogue Mood Scales in a neurologically-impaired patient population. Journal of Neuropsychiatry and Clinical Neurosciences, 9, 152.

59. *Arruda, J.E.*, **Stern, R.A.**, *Somerville, J.A.*, Cohen, R., Stein, M.I., & Martin, E.M. (1997). Neurobehavioral functioning in asymptomatic HIV-1 infected women: Preliminary findings. Journal of the International Neuropsychological Society, 3, 14.

60. *Arruda, J.E.*, Valentino, D.A., Weiler, M.D., & **Stern, R.A.** (1997). A further validation of a right hemisphere vigilance system as measured by factor analyzed quantitative electroencephalogram. Journal of Neuropsychiatry and Clinical Neurosciences, 9, 699-700.

61. Silva, S.G., Jackson, E.D., **Stern, R.A.**, Leserman, J., Perkins, D.O., Golden, R.N., & Evans, D.L. (1997). Depressed mood and neurocognitive functioning in HIV-1 infection: Relationship to cognitive reserve. Journal of Neuropsychiatry and Clinical Neurosciences, 9, 167.

62. *Singer Harris, N.*, **Stern, R.A.**, Marcotte, A.C., Stern, C., Huntzinger, R.M., *Somerville, J.A.*., Holler, K.A., Beetar, J.T., & Wilson, J.M. (1997). Assessment of mood states in children referred for neuropsychological evaluation: The Visual Analog Mood Scales-Children's Version. Journal of Neuropsychiatry and Clinical Neurosciences, 9, 667. (*Based on this abstract, Naomi Singer Harris was the recipient of an American Neuropsychiatric Association Young Investigator Award.*)

63. **Stern, R.A.**, *Arruda, J.E., Somerville, J.A.,* Cohen, R.A., & Boland, R.J. (1997). Neuropsychiatric functioning in asymptomatic HIV-1 infected women. Journal of Neuropsychiatry and Clinical Neurosciences, 9, 147-148.

64. **Stern, R.A.**, *Robinson, B., Thorner, A.R., Arruda, J.E., Prohaska, M.L.,* & Prange, A.J. Jr. (1997, February). A survey study of neuropsychiatric complaints in patients with Graves' disease. Psychiatry Digest, 1, 20-22.

65. *Thompson, G.B., Arruda, J.E., Javorsky, D.J., Dahlen, K., Somerville, J.A.*, Guilmette, T.J., & **Stern, R.A.** (1997). The effects of coaching on the detection of malingering using the Abbreviated Hiscock Forced-Choice Procedure. Archives of Clinical Neuropsychology, 12, 414-415.

66. *Tremont, G.*, **Stern, R.A.**, Abuelo, D.N., Geffroy, G.A.E., Walsh, A.J., & Salloway, S.P. (1997). Early-onset Alzheimer's dementia in a mentally-retarded adult associated with novel Presenilin-1 mutations. Journal of Neuropsychiatry and Clinical Neurosciences, 9, 697.

67. Freeman, R.Q., Carew, T.G., Lamar, M., Cloud, B.S., Resh, R., **Stern, R.**, & Libon, D.J. (1998). Visuoconstructional impairment in dementia. Archives of Clinical Neuropsychology, 13, 40-41.

68. *Thompson, G.B., Arruda, J.E., Tremont, G., Javorsky, D.J., Somerville, J.A.*, & **Stern, R.A.** (1998). Detection of malingering with the Boston Qualitative Scoring System for the Rey-Osterrieth Complex Figure. Archives of Clinical Neuropsychology, 13, 98-99.

69. *Harris, N.S.*, Bernstein, J.H., Waber, D.P., & **R.A. Stern** (1999). Comparison of two qualitative scoring systems for the Rey-Osterrieth Complex Figure: The DSS and BQSS. Journal of the International Neuropsychological Society, 5, 120.

70. *Javorsky, D.* & **Stern, R.A.** (1999). Validity of the Boston Qualitative Scoring System (BQSS) for the Rey-Osterrieth Complex Figure in discriminating between Alzheimer's and vascular dementia. Journal of the International Neuropsychological Society, 5, 120.

71. *Latham, J.A.*, Tremont, G., *Somerville, J.A.*, Arruda, J.E., & **Stern, R.A.** (1999). Assessing internal mood state in dementia: Validation of the Visual Analog Mood Scales. Journal of Neuropsychiatry and Clinical Neurosciences, 11, 148.

72. Silva, S.G., Jackson, E.D., Lanning, K.M., Leserman, J., Perkins, D.O., **Stern, R.A.**, Golden, R.N., & Evans, D.L. (1999). Cognitive reserve and HIV-1 disease progression: The differential effects of neurologic versus psychosocial factors. Journal of Neuropsychiatry and Clinical Neurosciences, 11, 162-163.

73. *Somerville, J.A., Tremont, G.*, & **Stern, R.A.** (1999). The Boston Qualitative Scoring System (BQSS) for the Rey-Osterrieth Complex Figure as a Measure of Executive Functioning: A Convergent Validity Study. Journal of the International Neuropsychological Society 5, 118.

74. *Javorsky, D.*, Rosenbaum, J., & **Stern, R.A.** (1999). Utility of the Boston Qualitative Scoring System (BQSS) for the Rey-Osterrieth Complex Figure in the evaluation of traumatic brain injury. Archives of Clinical Neuropsychology, 14, 789-790.

75. Tremont, G., *Somerville, J.A.*, & **Stern, R.A.** (1999). Neuropsychological performance in Graves' hyperthyroidism: Evidence for executive dysfunction. Archives of Clinical Neuropsychology, 14, 652-653.

76. *Halpert, S.*, Tremont, G., *Javorsky, D.*, & **Stern, R.A.** (2000). Differential impact of executive dysfunction on the California Verbal Learning Test and Logical Memory. Journal of the International Neuropsychological Society 6, 138.

77. *Javorsky, D.*, Silva, S.G., & **Stern, R.A.** (2000). Utility of the Boston Qualitative Scoring System (BQSS) in evaluating the Rey-Osterrieth performance of asymptomatic HIV seropositive men. Journal of the International Neuropsychological Society, 6, 232.

78. Racenstein, J.M., Martin, E.M., Reed, R., Carson, V., Harris, T.E., Pitrak, D., Arruda, J.E., *Somerville, J.A.*, & **Stern, R.A.** (2000). Gender differences in spatial working memory in HIV positive individuals. Journal of the International Neuropsychological Society, 6, 135.

79. *Somerville, J.A., Javorsky, D,* Tremont, G., *Westervelt, H.*, & **Stern, R.A.** (2000). Flow-charts vs. pen-switching: A comparison of administration procedures for the Rey-Osterrieth Complex Figure. Journal of the International Neuropsychological Society, 6, 144.

80. **Stern, R.A.**, *Legendre, S., Thorner, A.*, Solomon, D., Tremont, G., *Arruda, J.A.,* Furman, M., *Somerville, J.A.*, & Prange, A.J. Jr. (2000). Exogenous thyroid hormone diminishes the amnestic side effects of electroconvulsive therapy. Journal of the International Neuropsychological Society, 6, 235.

81. **Stern, R.A.** & White, T. (2000). Survey of neuropsychological assessment practices. Journal of the International Neuropsychological Society, 6, 137.

82. Tremont, G., *Somerville, J.A., Pettibon, W.H., Javorsky, D.J.*, & **Stern, R.A.** (2000). A Quick Scoring Guide for the Boston Qualitative Scoring System for the Rey-Osterrieth Complex Figure. Journal of the International Neuropsychological Society, 6, 144.

83. Tremont, G., *Somerville, J.A., Smith, K.E.*, Hennessey, J.V., Noto, R.V., Jackson, I.M.D., & **Stern, R.A.** (2000). Cerebral hypoperfusion and neuropsychological deficits in patients with Graves' hyperthyroidism. Archives of Clinical Neuropsychology, 15, 665-666.

84. *Westervelt, H., Somerville, J.A.,* Tremont, G., & **Stern, R.A.** (2000). The impact of organizational strategy on recall of the Rey-Osterrieth Complex Figure. Archives of Clinical Neuropsychology 15, 684.

85. *Legendre, S.A., Ropacki, M.T., Sourathathone, C.M.,* Tremont, G., & **Stern, R.A.** (2001). Comparison of the Hopkins Verbal Learning Test and Randt Short Stories in assessing memory after ECT. Archives of Clinical Neuropsychology, 16, 798.

86. *Legendre, S.A.*, **Stern, R.A.**, Solomon, D.A., Furman, M.J., & *Smith, K.E.* (2001). The influence of cognitive reserve on memory following electroconvulsive therapy. Journal of Neuropsychiatry and Clinical Neurosciences, 13, 133. (*Based on this abstract, Susan Legendre was the recipient of an American Neuropsychiatric Association Young Investigator Award.*)

87. *Somerville, J.A.*, & **Stern, R.A.** (2001). Effects of length of delay on Rey-Osterrieth Complex Figure Recall. Journal of the International Neuropsychological Society 7, 132.

88. *Sourathathone, C.M., Legendre, S., Ropacki, M.,* Westervelt, H., Tremont, G., & **Stern, R.A.** (2001). Relationship between verbal fluency measures and the Boston Naming Test (BNT). <u>Archives of Clinical Neuropsychology</u>, <u>16</u>, 807-808.

89. *Sourathathone, C.M., Westervelt, H.J.,* **Stern, R.A.,** & Tremont, G. (2001). Qualitative analysis of errors on the Paced Auditory Serial Addition Task (PASAT). <u>Journal of Neuropsychiatry and Clinical Neurosciences</u>, <u>13</u>, 135.

90. Tremont, G., Westervelt, H., *Podolanczuk, A.,* Javorsky, D., & **Stern, R.A.** (2001). Referring physician's perceptions of the neuropsychological evaluation: How are we doing? <u>Archives of Clinical Neuropsychology,</u> <u>16</u>, 808.

91. *Westervelt, H.,* Tremont, G., *Somerville, J., Padolanczuk, A.,* & **Stern, R.A.** (2001). Why are some amnestic patients oriented? <u>Journal of the International Neuropsychological Society</u>, <u>7</u>, 133-134.

92. *Rilling, L.M.,* Tremont, G., *Podolanczuk, A.,* & **Stern, R.A.** (2002). The validity and classification accuracy of the Wisconsin Card Sorting Test-64. <u>Journal of the International Neuropsychological Society</u>, <u>8</u>, 154.

93. *Williams, K.,* Cahn-Weiner, D.A., Grace, J., Tremont, G., Westervelt, H., & **Stern, R.A.** (2002). Quantitative and qualitative features of clock drawing performance in Alzheimer's disease, Parkinson's disease, and Dementia with Lew Bodies. <u>Archives of Clinical Neuropsychology</u>, <u>17</u>, 737.

94. *Bishop, C.,* **Stern, R.,** & Javorsky, D. (2003). Nine-year longitudinal case study of progressive dementia pugilistica. <u>Journal of the International Neuropsychological Society</u>, <u>9</u>, 165.

95. *Bishop, C.L.,* Westervelt, H.J., & **Stern, R.A.** (2003). Severe, refractory depression and the development of a buccofacial movement disorder in a patient with vascular dementia secondary to polycythemia vera: A case study. <u>Journal of Neuropsychiatry and Clinical Neurosciences</u>, <u>15</u>, 268.

96. *Davis, J.D.* & **Stern, R.A.** (2003). A case of apparent progressive cognitive decline in an older woman with multiple treated endocrinopathies: Importance of considering endocrine status in diagnosing dementia. <u>Journal of Neuropsychiatry and Clinical Neurosciences</u>, <u>15</u>, 268.

97. *Podolanczuk, A., Davis, J.D.,* Stopa, E., Hennessey, J.V., Luo, L., Lim, Y., & **Stern, R.A.** (2003). Thyroid hormone concentrations in prefrontal cortex of post mortem brains of Alzheimer's disease patients and controls. <u>Journal of Neuropsychiatry and Clinical Neurosciences</u>, <u>15</u>, 272.

98. **Stern, R.,** *Bender, A.,* Furman, M., *Smith, K., Rogers, B.,* Browning, R., Raufi, N., & Solomon, D. (2003). The use of Aricept (Donepezil) in electroconvulsive therapy (ECT). <u>Journal of the International Neuropsychological Society</u>, <u>9</u>, 327-328.

99. **Stern, R.A.,** *Davis, J.D., Rogers, B.L., Smith, K.M.,* Harrington, C.J., Ott, B.R., Prange, A.J. Jr. (2003). A double-blind study of thyroxine in the treatment of Alzheimer's dementia. <u>Journal of Neuropsychiatry and Clinical Neurosciences</u>, <u>15</u>, 272.

100. **Stern, R.,** Helm-Estabrooks, N., *Ruffolo, J.,* Leitten, C., & White, T. (2003). The NAB Narrative Writing Test: Description and interrater reliability. <u>Journal of the International Neuropsychological Society</u>, <u>9</u>, 242.

101. **Stern, R.,** *Ruffolo, J., Van Meter, A.,* Leitten, C., & White, T. (2003). The NAB Figure Drawing Test: Description and interrater reliability. <u>Journal of the International Neuropsychological Society</u>, <u>9</u>, 242.

102. **Stern, R.,** *Van Meter, A., Lang, K.,* Westervelt, H., Leitten, C., Hethcox, A., & White, T. (2003). The NAB Judgment Test: Description and interrater reliability. <u>Journal of the International Neuropsychological Society</u>, <u>9</u>, 241.

103.    Tremont, G., *Ruffolo, J., Bender, A., Podolanczuk, A.,* Hennessey, J., Noto, R., & **Stern, R.** (2003). Association between brain SPECT and neuropsychological functioning in Graves' disease. Journal of the International Neuropsychological Society, 9, 299.

104.    Westervelt, H.J., **Stern, R.**, & Tremont, G. (2003). Odor identification deficits in Diffuse Lewy Body disease. Journal of the International Neuropsychological Society, 9,164.

105.    *Bishop, C.L., Temple, R.O.,* Tremont, G., Westervelt, H.J., & **Stern, R.A.** (2003). Utility of inpatient neuropsychological consultation in an acute medical hospital. Archives of Clinical Neuropsychology, 18, 793.

106.    **Stern, R.A.**, & White, T. (2003). The Neuropsychological Assessment Battery (NAB): Development and psychometric properties. Archives of Clinical Neuropsychology, 18, 805.

107.    *Legendre, S.A.*, **Stern, R.A.**, Bert, A.A., & *Rogers, B.L.* (2003). The influence of cognitive reserve on neuropsychological functioning after CABG. Archives of Clinical Neuropsychology, 18, 726. (*Based on this abstract, Susan Legendre was the recipient of a Student Poster Award from the National Academy of Neuropsychology.*)

108.    *Temple, R.O.,* & **Stern, R.A.** (2003). Marchiafava-Bignami disease: A case report. Archives of Clinical Neuropsychology 18, 732-733.

109.    Tremont, G., Westervelt, H.J., *Davis, J.D., Macaulay, C.* & **Stern, R.A.** (2003). Effect of the neuropsychological evaluation on self-report of cognitive difficulties in early dementia. Archives of Clinical Neuropsychology, 18, 703-704.

110.    *Brown, L.B.*, **Stern, R.A.**, Cahn-Weiner, D.A., *Rogers, B.*, Davis, M.A., Lannon, M.C., Maxwell, C., Souza, T., White, T., & Ott, B.R. (2004). Ecological validity of the Neuropsychological Assessment Battery (NAB) Driving Scenes test. Journal of Neuropsychiatry and Clinical Neurosciences, 16, 232-233.

111.    Ledbetter, M.F., Davis, M.A., White, T., & **Stern, R.A.** (2004). Reliability of the Neuropsychological Assessment Battery (NAB). Journal of the International Neuropsychological Society, 10(S1), 106.

112.    Ledbetter, M.F., White, T., & **Stern, R.A.** (2004). Validity evidence based on the internal structure of the Neuropsychological Assessment Battery (NAB). Journal of the International Neuropsychological Society, 10 (S1), 106.

113.    *Macaulay, C.*, **Stern, R.A.**, & White, T. (2004). Validity evidence for the Neuropsychological Assessment Battery (NAB): How does the NAB compare to existing tests?. Journal of the International Neuropsychological Society, 10(S1), 106.

114.    *Spitznagel, M.B.*, Tremont, G., Westervelt, H.J. & **Stern, R.A.** (2004). Does cognitive reserve play a role in anosognosia in dementia? Journal of the International Neuropsychological Society, 10(S1), 10.

115.    **Stern, R.A.** & White, T. (2004). Introduction to the Neuropsychological Assessment Battery (NAB). Journal of the International Neuropsychological Society, 10(S1), 105.

116.    **Stern, R.A.**, White, T., & Ledbetter, M.F. (2004). Validity evidence for the Neuropsychological Assessment Battery (NAB): Sensitivity, specificity, and clinical profiles. Journal of the International Neuropsychological Society, 10(S1), 106-107.

117.    White, T., Davis, M.A., & **Stern, R.A.** (2004). Standardization and norming of the Neuropsychological Assessment Battery (NAB). Journal of the International Neuropsychological Society, 10(S1), 106.

118.   Westervelt, H J, Tremont G, *Spitznagel MB,* Howard JM, & **Stern RA.** (2005).  Differential Odor Identification Performance in Dementia Subtypes. Journal of the International Neuropsychological Society, 11(S1), 107.

119.   Westervelt, H.J., *Brown, L.B.,* Tremont, G., & **Stern, R.A.** (2005). Patient and family perceptions of the neuropsychological evaluation:  How are we doing? Archives of Clinical Neuropsychology, 20, 895.

120.   Jefferson, A.L., *Wong, S., Bolen, E.,* Ozonoff, A., Levenson, S., Green, R.C., & **Stern, R.A.** (2006). Cognitive predictors of Hooper Visual Organization Test (HVOT) performance differ between patients with mild cognitive impairment (MCI) and geriatric normal controls (NC). Journal of the International Neuropsychological Society, 12(S1), 115.

121.   Jefferson, A.L., *Wong, S., Gracer, T.S.,* Ozonoff, A., Levenson, S., Green, R.C., & **Stern, R.A.** (2006). Geriatric performance on the 30-item even version of the Boston Naming Test (BNT): A comparison of normal controls (NC), mild cognitive impairment (MCI), and Alzheimer's disease (AD). Journal of the International Neuropsychological Society, 12(S1), 26.

122.   *Santini, V.,* **Stern, R.A.,** & Green, R.C. (2006). Relationship between thyroid status and neuropsychological performance in healthy elderly euthyroid controls. Journal of the International Neuropsychological Society, 12(S1), 144.

123.   *Ashendorf, L.,* Jefferson, A.L., Green, R.C., & **Stern, R.A.** (2007). Test-retest consistency of the WRAT-3 Reading Subtest among older adults. Journal of the International Neuropsychological Society, 13(S1), 80.

124.   *Ashendorf, L.,* Jefferson, A.L., Green, R.C., & **Stern, R.A.** (2007). Grooved Pegboard Test Performance Among Cognitively Normal Elders and Individuals with MCI. Journal of the International Neuropsychological Society, 13(S1), 105.

125.   *Ashendorf, L.,* O'Connor, M.K., Green, R.C., Jefferson, A.L., & **Stern, R.A.** (2007). Utility of Trail Making Test errors in MCI and AD. Journal of the International Neuropsychological Society, 13(S1), 80.

126.   *Ashendorf, L.,* O'Connor, M.K., Green, R.C., Jefferson, A.L., & **Stern, R.A.** (2007). Older adult normative data for Trail Making Test errors. Journal of the International Neuropsychological Society, 13(S1), 31.

127.   *Gavett, B.E., Barrup, M., Gonzalez, B.,* Nair, A.K., Green, R.C., Jefferson, A.L., & **Stern, R.A.** (2008). Rates of Impaired Episodic Memory on a Modified Logical Memory Test Compared to the CERAD Word Recall Test. Archives of Clinical Neuropsychology, 23, 713.

128.   McKee, A., **Stern, R.A.,** *Gavett, B.,* & Cantu, R. (2008). The distinct pattern of tau degeneration in dementia pugilistica. Federation of American Societies for Experimental Biology Journal, 22,173.11.

129.   *Gavett, B.E.,* **Stern, R. A.,** Nowinski, C. J., Cantu, R. C., & McKee, A. C. (2009). Clinical and Neuropathological Findings in Chronic Traumatic Encephalopathy: A Case Series. Archives of Clinical Neuropsychology, 24, 525.

130.   *Lou, K. R., Gavett, B. E.,* Jefferson, A. L., Nair, A. K., Green R. C., & **Stern, R. A.** (2009). Sensitivity and specificity of select Neuropsychological Assessment Battery (NAB) subtests in the diagnosis of Alzheimer's disease. Archives of Clinical Neuropsychology, 24, 439-440.

131.   *Pimontel, M., Gavett, B. E.,* Jefferson, A. L., Nair, A. K., Green, R. C., & **Stern, R. A.** (2009). Cognitive assessment of older adults using WAIS-R Digit Symbol: Normative data concerns. Archives of Clinical Neuropsychology, 24, 439.

132.    Gavett BE, Kowall NK, Qiu W, Green RC, Jefferson AL, **Stern RA.** (2010, October). Lack of equivalence between the Mini-Mental State Examination (MMSE) and the Clinical Dementia Rating (CDR) in very mild to moderate stage dementia. <u>Archives of Clinical Neuropsychology.</u>

133.    Lin A.P., Ramadan, S., Box, H., Stanwell, P. & **Stern, R.A**. Neurochemical Changes in Athletes with Chronic Traumatic Encephalopathy.  Paper presented at the Annual Meeting of the Radiological Society of North America; December 1, 2010; Chicago, IL

134.    *Feke, G.T., Hyman, B.T., **Stern, R.A.,** & Pasquale, L.R. (2011).* Retinal Blood Flow and Nerve Fiber Layer Thickness in Patients with Mild Cognitive Impairment or Probable Alzheimer's Disease. Poster presented at the Annual Meeting of the Association for Research in Vision and Ophthalmology (ARVO), May 1-5, 2011, Fort Lauderdale, FL.

**Published Tests, Instruments, and Manuals:**

1.      **Stern, R.A.** (1997). Visual Analog Mood Scales, Psychological Assessment Resources (PAR), Odessa, FL.

2.      **Stern, R.A.**, *Javorsky, D.J., Singer, E.A., Singer, N.G., Duke, L.M., Somerville, J.A.*, Thompson, J.A., & Kaplan, E. (1999). Boston Qualitative Scoring System (BQSS) for the Rey-Osterrieth Complex Figure, Psychological Assessment Resources (PAR), Odessa, FL.

3.      **Stern, R.A.** & White, T. (2003). Neuropsychological Assessment Battery (NAB), Psychological Assessment Resources (PAR), Lutz, FL.
                        In addition to the entire battery, the following individual tests and modules are available from the publisher:
                                NAB Screening Module
                                NAB Attention Module
                                NAB Language Module
                                NAB Memory Module
                                NAB Spatial Module
                                NAB Executive Functions Module
                                NAB Auditory Comprehension Test
                                NAB Categories Test
                                NAB Design Construction Test
                                NAB Digits Forward/Digits Backward Test
                                NAB Mazes Test
                                NAB Naming Test
                                NAB Numbers and Letters Test
                                NAB Orientation Test
                                NAB Visual Discrimination Test
                                NAB Writing Test

4.      **Stern, R.A.** & White, T. (2003). NAB Administration, Scoring, and Interpretation Manual, Psychological Assessment Resources (PAR), Lutz, FL.

5.      White, T. & **Stern, R.A.** (2003). NAB Psychometric and Technical Manual, Psychological Assessment Resources (PAR), Lutz, FL.

6.      White, T. & **Stern, R.A.** (2003). NAB Demographically Corrected Norms Manual, Psychological Assessment Resources (PAR), Lutz, FL.

7.      White, T. & **Stern, R.A.** (2003). NAB U.S. Census-Matched Norms Manual, Psychological Assessment Resources (PAR), Lutz, FL.

8.      Mohyde, M., Tracton-Bishop, B., Coughlin, J. D'Ambrosio, L., & **Stern, R.A** (2007). At the Crossroads: The Support Group Kit on Alzheimer's Disease, Dementia & Driving. The Hartford, Hartford, CT.
                        The kit was developed collaboratively by BU School of Medicine, MIT AgeLab, The Hartford Financial Services Group the three organizations, based on materials developed for a research study (**PI R. Stern**) of dementia caregivers and driving. Other major contributors include from the MIT AgeLab. The support group kit was the recipient of a *Today's Caregiver* Magazine's "2011 Caregiver Friendly" Award.