## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
## Eastern Division

| | |
|---|---|
| National Collegiate Athletic Association Student−Athlete Concussion Injury Litigation, et al. | |
| Plaintiff, | |
| v. | Case No.: 1:13−cv−09116 |
| | Honorable John Z. Lee |
| National Collegiate Athletic Association | |
| Defendant. | |

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 8, 2015:

    MINUTE entry before the Honorable John Z. Lee: The Court sets a status hearing on Friday, July 24, 2015 at 2:00 p.m. for the purpose of setting a schedule for additional briefing with regard to Plaintiff Nichols' argument that a personal injury class can be certified in this action under Fed. R. Civ. P. 23(b)(3). Out−of−town counsel are granted leave to appear telephonically and should provide Judge Lee's Courtroom Deputy Carmen Acevedo with a call−in number the day prior to the status hearing. Should the parties come to an agreement with respect to a briefing schedule (and page limits) prior to the status hearing−−which the Court strongly encourages−−the parties should file a joint motion for entry of the stipulated schedule and page limits to be heard at the same time and date as the status hearing. If the Court approves of the stipulation, it will enter an order and strike the July 24 status hearing.Mailed notice(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.