IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **IN RE NATIONAL COLLEGIATE ATHLETIC ASSOCIATION STUDENT-ATHLETE CONCUSSION INJURY LITIGATION** | MDL No. 2492<br><br>Master Docket No. 1:13-cv-09116<br><br>This Documents Relates To:<br>All Cases<br><br>Judge John Z. Lee<br><br>Magistrate Judge Geraldine Soat Brown |

**NOTICE OF MOTION**

    **PLEASE TAKE NOTICE** that on Friday, July 24, 2015 at 2:00 p.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable John Z. Lee or any judge sitting in his stead ßin Courtroom 1225, and then and there present Anthony Nichols' *Agreed Motion to File Oversized Brief,* a true and accurate copy of which is attached hereto and hereby served upon you.

        Respectfully submitted,

        By: /s/ Ari J. Scharg

        Jay Edelson
        jedelson@edelson.com
        Rafey S. Balabanian
        rbalabanian@edelson.com
        Ari J. Scharg
        ascharg@edelson.com ecf
        EDELSON PC
        350 N. LaSalle, Suite 1300
        Chicago, Illinois 60654
        Tel: 312.589.6370
        Fax: 312.589.6378

**CERTIFICATE OF SERVICE**

      I, Ari J. Scharg, an attorney, hereby certify that on July 15, 2015, I served the above and foregoing *Notice of Motion*, by causing true and accurate copies of such paper to be filed and transmitted to all counsel of record via the Court's CM/ECF electronic filing system.

                                                      /s/ Ari J. Scharg