UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |
|---|---|
| IN RE: NATIONAL COLLEGIATE ATHLETIC ASSOCIATION STUDENT-ATHLETE CONCUSSION LITIGATION | MDL NO. 2492<br><br>Master Docket No. 13-cv-09116<br><br>Judge John Z. Lee<br><br>Magistrate Judge Geraldine Soat Brown |

## JOINT STIPULATION CONCERNING BRIEFING SCHEDULE

WHEREAS, on July 15, 2015, Nichols' Second Objections To Plaintiffs' Motion For Preliminary Approval of Class Settlement ("Second Objection") was filed;

WHEREAS, the Court scheduled a status conference for July 24, 2015 for the purpose of setting a schedule for the Plaintiffs' and NCAA's response to the Second Objection;

WHEREAS, the Court nonetheless encouraged the parties to confer regarding an appropriate briefing schedule and submit a joint stipulation in lieu of the status conference;

WHEREAS, the parties have conferred, including regarding the fact that one of the NCAA's attorneys is currently on her honeymoon;

NOW, THEREFORE, the parties have agreed that Plaintiffs and the NCAA shall have 60 days, until September 14, 2015, to respond to the Second Objections, and that Nichols shall have 14 days thereafter, until September 28, 2015, to file his reply. The parties respectfully request that the Court enter such deadlines.

010270-11 795790 V1

IT IS HEREBY ORDERED: Plaintiffs and the NCAA shall have until _____, 2015 to file a response to Nichols' Second Objections To Plaintiffs' Motion For Preliminary Approval of Class Settlement, and Nichols shall have until _____, 2015 to file his reply. Accordingly, the status conference scheduled for July 24, 2015 is stricken.

ENTERED: _____, 2015

_____
Honorable John Z. Lee

Date: July 21, 2015                                    Respectfully submitted,

| For Plaintiffs:<br><br>By: /s/ Steve W. Berman<br>      Steve W. Berman<br>steve@hbsslaw.com<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>1918 Eighth Avenue, Suite 3300<br>Seattle, WA 98101<br>206.623.7292<br>Fax: 206.623.0594<br><br>Elizabeth A. Fegan<br>beth@hbsslaw.com<br>Thomas E. Ahlering<br>toma@hbsslaw.com<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>1144 W. Lake Street, Suite 400<br>Oak Park, IL 60301<br>708.628.4949<br>Fax: 708.628.4950<br><br>Joseph J. Siprut<br>jsiprut@siprut.com<br>Gregg M. Barbakoff<br>gbarbakoff@siprut.com<br>SIPRUT PC<br>17 North State Street<br>Suite 1600<br>Chicago, IL 60602<br>312.236.0000<br>Fax: 312.878.1342<br><br>Co-Lead Counsel | For the National Collegiate Athletic Association:<br><br>By: /s/ Mark S. Mester<br>      Mark S. Mester<br>mark.mester@lw.com<br>Johanna M. Spellman<br>johanna.spellman@lw.com<br>LATHAM & WATKINS LLP<br>330 N. Wabash Suite 2800<br>Chicago, IL 60611<br>312.876.7700<br>312.993.9767 (F)<br><br>Christian Word<br>LATHAM & WATKINS LLP<br>555 11th Street NW, Ste. 1000<br>Washington, D.C. 20004-1304<br>christian.word@lw.com |
| For Nichols:<br><br>By: /s/ Jay Edelson<br>Jay Edelson<br>jedelson@edelson.com<br>Rafey S. Balabanian<br>rbalabanian@edelson.com<br>Ari J. Scharg<br>ascharg@edelson.com<br>EDELSON PC<br>350 N. LaSalle, Suite 1300 | |

- 3 -

010270-11 795790 V1

Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

Richard R. Gordon
richard.gordon@gordonlawchicago.com
GORDON LAW OFFICES, Ltd.
211 West Wacker Drive, Suite 500
Chicago, Illinois 60606
Tel: 312.332.5200
Fax: 312.236.7727

Brian W. Coffman
bcoffmanlaw@gmail.com
COFFMAN LAW OFFICES
2615 North Sheffield Avenue
Chicago, Illinois 60614
Tel: 773.348.1295
Fax: 773.248.6013

Steven K. Mamat
STEVEN MAMAT, PLLC
302 S. Main St., Suite 202
Royal Oak, Michigan 48067
Tel: 248.548.1009
Fax: 248.548.1012

Samuel M. Lasser
LAW OFFICE OF SAMUEL LASSER
1934 Divisadero St.
San Francisco, California 94115
Tel: 415.994.9930
Fax: 415.776.8047

John J. Driscoll
THE DRISCOLL FIRM, P.C.
211 N. Broadway
St. Louis, Missouri 63102
Tel: 314.932.3232

Jeffery L. Raizner
RAIZNER SLANIA LLP
2402 Dunlavy Street
Houston, Texas 77006
Tel: 713.554.9077

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that on July 21, 2015, a true and correct copy of the foregoing was filed electronically via CM/ECF, which caused notice to be sent to all counsel of record.

By: /s/ *Steve W. Berman*