# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6,1
## Eastern Division

National Collegiate Athletic Association Student−Athlete Concussion Injury Litigation, et al.

        Plaintiff,

v.

Case No.: 1:13−cv−09116

Honorable John Z. Lee

National Collegiate Athletic Association

        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 22, 2015:

    MINUTE entry before the Honorable John Z. Lee: The Court grants Nichols' unopposed motion for leave to file a 35−page brief concerning the viability of a Rule 23(b)(3) personal injury damages class [199] and grants NCAA leave to file a response brief of equal length. The Court adopts the parties' proposed briefing schedule [202] and strikes the status hearing set for July 24, 2015 at 2:00 p.m. NCAA's response to Nichols' Second Objections to Plaintiffs' Motion for Preliminary Approval of Class Settlement concerning the viability of a Rule 23(b)(3) personal injury damages class is due on or before September 14, 2015. Nichols' reply is due on or before September 28, 2015. Ruling by mail. Status hearing set for Thursday, November 12, 2015 at 2:00 p.m.Mailed notice(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.