# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| **IN RE NATIONAL COLLEGIATE ATHLETIC ASSOCIATION STUDENT-ATHLETE CONCUSSION INJURY LITIGATION** | MDL No. 2492<br><br>Master Docket No. 1:13-cv-09116<br><br>This Documents Relates To:<br>All Cases<br><br>**Judge John Z. Lee**<br><br>**Magistrate Judge Geraldine Soat Brown** |

## MOTION FOR LEAVE TO FILE AN OPPOSITION TO THE PROPOSED SETTLEMENT

Plaintiff, and putative class representative, ADRIAN ARRINGTON, through his attorneys, CLIFFORD LAW OFFICES, P.C., move this Honorable Court for leave of court to file a pleading in opposition to the presently proposed settlement, and in support thereof, states as follows:

1. Plaintiff, Adrian Arrington, is a former NCAA student-athlete who initiated this litigation on behalf of himself and similarly injured players.

2. Recently, Adrian Arrington discharged representation by his lawyers and retained ROBERT A. CLIFFORD and CLIFFORD LAW OFFICES, P.C., to represent his interests in this case.

3. In connection with the proposed settlement [Doc. 156-1], certain issues and irregularities have arisen which are important to Mr. Arrington and his claims, both on behalf of himself and those similarly situated.

4. Consequently, Plaintiff, Arrington, seeks leave of court to file a pleading in opposition to the presently proposed settlement.

WHEREFORE, Plaintiff, and putative class representative, ADRIAN ARRINGTON, through his attorneys, CLIFFORD LAW OFFICES, P.C., seeks entry of an Order by this Honorable Court granting leave of court to file a pleading in opposition to the presently proposed settlement, and for any other relief this Court deems just.

Respectfully submitted,

/s/ Shannon McNulty
Robert A. Clifford
rac@cliffordlaw.com
Shannon M. McNulty
smm@cliffordlaw.com
CLIFFORD LAW OFFICES
120 N. LaSalle Street, Suite 3100
Chicago, IL 60602
T: 312.899.9090