IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL COLLEGIATE ATHLETIC ASSOCIATION STUDENT-ATHLETE CONCUSSION INJURY LITIGATION | MDL No. 2492<br><br>Master Docket No. 1:13-cv-09116<br><br>This Documents Relates To:<br>All Cases<br><br>Judge John Z. Lee<br><br>Magistrate Judge Geraldine Soat Brown |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on **August 18, 2015**, at **9:00 a.m.**, or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge John Z. Lee, Room 1225, United States District Court for the Northern District of Illinois, 219 South Dearborn Avenue, Chicago, Illinois 60604, and shall then and there present **Plaintiff, Adrian Arrington's, Motion for Leave to File an Opposition to the Proposed Settlement,** copies of which are attached hereto and served upon you.

Dated: August 12, 2015

                                                                    Respectfully submitted,

                                                                    /s/ Shannon M. McNulty
                                                                    Robert A. Clifford
                                                                    RAC@cliffordlaw.com
                                                                    Shannon M. McNulty
                                                                    SMM@cliffordlaw.com
                                                                    CLIFFORD LAW OFFICES
                                                                    120 N. LaSalle Street, Suite 3100
                                                                    Chicago, IL 60602
                                                                    312.899.9090

## CERTIFICATE OF SERVICE

      I, Shannon M. McNulty, an attorney, hereby certify that on August 12, 2015, I served the above and foregoing Notice of Motion, by causing a true and accurate copy of such papers to be filed and served on all counsel of record via the Court's CM/ECF electronic filing system.

                                                          /s/ Shannon M. McNulty
                                                          Robert A. Clifford
                                                          RAC@cliffordlaw.com
                                                          Shannon M. McNulty
                                                          SMM@cliffordlaw.com
                                                          CLIFFORD LAW OFFICES
                                                          120 N. LaSalle Street, Suite 3100
                                                          Chicago, IL 60602
                                                          312.899.9090