IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL COLLEGIATE ATHLETIC ASSOCIATION STUDENT-ATHLETE CONCUSSION INJURY LITIGATION | ) ) ) ) ) ) ) ) ) ) |  MDL No. 2492<br><br>Master Docket No. 1:13-cv-09116<br><br>This Document Relates to All Cases<br><br>Judge John Z. Lee<br><br>Magistrate Judge Geraldine Soat Brown |

### MOTION FOR LEAVE TO WITHDRAW
### KATHERINE S. WALTON AS COUNSEL OF RECORD

Pursuant to Local Rule 83.17, Defendant National Collegiate Athletic Association ("NCAA"), by its attorneys, moves this Court for an order granting Katherine S. Walton leave to withdraw her appearance as one of the attorneys of record in this matter. In support of this motion, the NCAA's states as follows:

1. Attorneys from Latham & Watkins LLP have filed appearances on behalf of the NCAA in the above-captioned matter.

2. Katherine S. Walton has left Latham & Watkins LLP and is no longer participating in this matter. She does not require notice of filings in this matter and the undersigned respectfully requests that Ms. Walton be removed from all service lists, including the CM/ECF system.

3. Attorneys from Latham & Watkins LLP will continue to represent the NCAA in this case.

4. This withdrawal will not cause any delay or prejudice to any party.

WHEREFORE, counsel for the NCAA respectfully requests that this Court permit Ms. Walton to withdraw from this matter and to remove her from all service lists as counsel for the NCAA.

Dated: August 28, 2015                               Respectfully submitted,

                                                     /s/ Mark S. Mester
                                                     Lead Counsel for Defendant
                                                     National Collegiate Athletic Association

Mark S. Mester
  mark.mester@lw.com
Johanna M. Spellman
  johanna.spellman@lw.com
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, Illinois 60611
Telephone: (312) 876-7700
Facsimile: (312) 993-9767

## CERTIFICATE OF SERVICE

I, Mark S. Mester, certify that on August 28, 2015, a true and correct copy of the MOTION FOR LEAVE TO WITHDRAW KATHERINE S. WALTON AS COUNSEL OF RECORD was filed through the ECF system and served upon the following parties by prepaid first class mail.

Timothy J. McIlwain
McILWAIN, LLC
McIlwain Professional Building
2020 New Road, 2nd Floor
Linwood, NJ 08221
Telephone: (877) 375-9599
Facsimile: (609) 450-7017

Elizabeth J. Cabraser
LIEFF CABRASER HEIMANN & BERNSTEIN
275 Battery Street, 29th Floor
San Francisco, California 94111
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

Edgar D. Gankendorff
PROVOSTY & GANKENDORFF, L.L.C.
650 Poydras Street, Suite 2700
New Orleans, Louisiana 70130
Telephone: (504) 410-2795
Facsimile: (504) 410-2796

/s/ Mark S. Mester
Mark S. Mester
  mark.mester@lw.com
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, Illinois 60611
Telephone: (312) 876-7700
Facsimile: (312) 993-9767