# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL COLLEGIATE ATHLETIC ASSOCIATION STUDENT-ATHLETE CONCUSSION INJURY LITIGATION | ) MDL No. 2492 <br> ) <br> ) Master Docket No. 1:13-cv-09116 <br> ) <br> ) This Document Relates to All Cases <br> ) <br> ) Judge John Z. Lee <br> ) <br> ) Magistrate Judge Geraldine Soat Brown |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on Wednesday, September 9, 2015, at 9:00 a.m., or as soon thereafter as counsel may be heard, counsel for Defendant National Collegiate Athletic Association will appear before the Honorable Judge John Z. Lee of the United States District Court for the Northern District of Illinois in Courtroom 1225 at 219 S. Dearborn Street, Chicago, Illinois and present the Motion for Leave to Withdraw Katherine S. Walton as Counsel of Record, a copy of which is being filed concurrently herewith.

Dated: August 28, 2015                    Respectfully submitted,

/s/ Mark S. Mester
Lead Counsel for Defendant
National Collegiate Athletic Association

Mark S. Mester
  mark.mester@lw.com
Johanna M. Spellman
  johanna.spellman@lw.com
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, Illinois 60611
Telephone: (312) 876-7700
Facsimile: (312) 993-9767

**CERTIFICATE OF SERVICE**

I, Mark S. Mester, certify that on August 28, 2015, a true and correct copy of the foregoing NOTICE OF MOTION was filed through the ECF system and served upon the following parties by prepaid first class mail:

Timothy J. McIlwain
McILWAIN, LLC
McIlwain Professional Building
2020 New Road, 2nd Floor
Linwood, NJ 08221
Telephone: (877) 375-9599
Facsimile: (609) 450-7017

Elizabeth J. Cabraser
LIEFF CABRASER HEIMANN & BERNSTEIN
275 Battery Street, 29th Floor
San Francisco, California 94111
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

Edgar D. Gankendorff
PROVOSTY & GANKENDORFF, L.L.C.
650 Poydras Street, Suite 2700
New Orleans, Louisiana 70130
Telephone: (504) 410-2795
Facsimile: (504) 410-2796

/s/ Mark S. Mester
Mark S. Mester
 mark.mester@lw.com
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, Illinois 60611
Telephone: (312) 876-7700
Facsimile: (312) 993-9767