UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL COLLEGIATE ATHLETIC ASSOCIATION STUDENT-ATHLETE CONCUSSION LITIGATION | MDL NO. 2492<br>Case No. 13-cv-09116<br><br>Judge John Z. Lee<br><br>Magistrate Judge Brown |

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 83.17 of the United States District Court for the Northern District of Illinois, Plaintiffs respectfully request that this Court grant Mindy B. Pava leave to withdraw her appearance as one of the attorneys of record in this matter. In support of this motion, Plaintiffs state as follows:

1. Attorneys from Hausfeld LLP have filed appearances on behalf of Plaintiffs in the above-captioned matter.

2. Mindy B. Pava has left Hausfeld LLP, and is no longer participating in this matter. She does not require notice of filings and the undersigned respectfully requests that Ms. Pava be removed from all service lists, including the CM/ECF system.

3. Attorneys from Hausfeld LLP will continue to represent Plaintiffs in this case.

4. This withdrawal will not cause any delay or prejudice to any party.

WHEREFORE, Plaintiffs respectfully request that this Court permit Mindy B. Pava to withdraw from this matter and to remove her from all service lists.

Dated: September 11, 2015          Respectfully submitted,

                                                    /s/ Richard S. Lewis
                                     Richard S. Lewis
                                     HAUSFELD LLP
                                     1700 K Street, NW, Suite 650
                                     Washington, DC 20006
                                     Phone: (202) 540-7200

Fax: (202) 540-7201
rlewis@hausfeldllp.com

***Counsel for Plaintiffs***