- 1 -

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

|  |  |
|---|---|
| IN RE: NATIONAL COLLEGIATE ATHLETIC ASSOCIATION STUDENT-ATHLETE CONCUSSION LITIGATION | MDL No. 2492<br><br>Master Docket No. 13-cv-09116<br><br>Judge John Z. Lee<br><br>Magistrate Judge Geraldine Soat Brown |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on Thursday, September 17, 2015 at 9:00 a.m., counsel for Plaintiffs shall appear before the Honorable Judge John Z. Lee in the courtroom usually occupied by him in Room 1225 of the U.S. District Court for the Northern District of Illinois, 219 S. Dearborn Street, Chicago, Illinois and then and there present **PLAINTIFFS' MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL**.

Date: September 14, 2015

Respectfully submitted,

By: */s/ Steve W. Berman*
       Steve W. Berman
*steve@hbsslaw.com*
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
206.623.7292
Fax: 206.623.0594

- 1 -

010270-12 807322 V1

- 2 -

Elizabeth A. Fegan
*beth@hbsslaw.com*
Daniel J. Kurowski
*dank@hbsslaw.com*
Thomas E. Ahlering
*toma@hbsslaw.com*
HAGENS BERMAN SOBOL SHAPIRO LLP
455 N. Cityfront Plaza Drive, Suite 2410
Chicago, IL 60611
708.628.4949
Fax: 708.628.4950

Joseph J. Siprut
*jsiprut@siprut.com*
Gregg M. Barbakoff
*gbarbakoff@siprut.com*
SIPRUT PC
17 North State Street
Suite 1600
Chicago, IL 60602
312.236.0000
Fax: 312.878.1342

*Co-Lead and Settlement Class Counsel*

- 3 -

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that on September 14, 2015, a true and correct copy of the foregoing was filed electronically via CM/ECF, which caused notice to be sent to all counsel of record.

By: */s/ Steve W. Berman*