# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

National Collegiate Athletic Association Student–Athlete
Concussion Injury Litigation, et al.

|  |  |
|---|---|
| | Plaintiff, |
| v. | Case No.: 1:13–cv–09116 |
| | Honorable John Z. Lee |
| National Collegiate Athletic Association | |
| | Defendant. |

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 15, 2015:

     MINUTE entry before the Honorable John Z. Lee: The Court grants Mindy Pava's motion for leave to withdraw as counsel [215]. The Court also grants Defendants' motion for leave to file under seal certain portions of Plaintiffs' response to Nichols' Second Objections and Exhibit A thereof that contain protected health information and/or confidential information [216]. In addition, the Court grants Defendant NCAA's motion for leave to file under seal Exhibits 35, 36, 37, and 38 to the Spellman Declaration and those portions of Exhibit F that cites confidential protected health information [220]. No appearance on these motions is necessary. Mailed notice. (et, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.