# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6,1
### Eastern Division

| | |
|---|---|
| National Collegiate Athletic Association Student−Athlete Concussion Injury Litigation, et al.<br><br>Plaintiff,<br><br>v.<br><br><br><br>National Collegiate Athletic Association<br><br>Defendant. | Case No.: 1:13−cv−09116<br><br>Honorable John Z. Lee |

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, September 25, 2015:

MINUTE entry before the Honorable John Z. Lee:Plaintiff Nichols agreed motion for extension of time to file to file his reply brief in support of his second objection to the pending motion for preliminary approval of class settlement [227] is granted; the reply is due by 10/12/15. No appearance is required on the motion.Mailed notice(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.