

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

THOMAS G. BRUTON
CLERK

312-435-5670



**FILED**
9/10/2015
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**13CV9116**

August 27, 2015

Katherine S Walton
Latham & Watkins LLP
233 S. Wacker Drive
Suite 5800
Chicago, IL 60606

RE: Failure to Comply with General Order 14-0024

Dear Katherine S Walton

As you know, the Northern District of Illinois utilizes CM/ECF to provide electronic notices to parties. You are receiving this letter due to a critical concern with your email account. Pursuant to General Order 14-0024 Section IV(G), e-filers must maintain a current and active email account. On 8/12/2015, my office received a report that a notice of electronic filing sent to you at katherine.walton@lw.com was returned undeliverable.

In order to resolve this issue, you must access your CM/ECF account by following the applicable steps on the enclosed instructional sheet to update your contact information. If this attorney no longer works at your law firm, you must immediately file the appropriate documents to be in compliance with the local rules. Once you have updated your information, you are required to send an email to the Clerk's office. Please send the email to: docketing_ilnd@ilnd.uscourts.gov and provide your name, the case number referenced on the enclosed document, and an indication that you have updated your account and/or filed a notification of change of address.

Attached to this letter is a copy of the filing that was returned undeliverable to your email address. Again, you must resolve this matter immediately and notify my office once you have corrected the problem.

Sincerely,

Thomas G. Bruton
Clerk of Court
Northern District of Illinois

Enclosures

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL COLLEGIATE ATHLETIC ASSOCIATION STUDENT-ATHLETE CONCUSSION INJURY LITIGATION | MDL No. 2492<br><br>Master Docket No. 1:13-cv-09116<br><br>This Documents Relates To:<br>All Cases<br><br>Judge John Z. Lee<br><br>Magistrate Judge Geraldine Soat Brown |

### MOTION FOR LEAVE TO FILE AN OPPOSITION TO THE PROPOSED SETTLEMENT

Plaintiff, and putative class representative, ADRIAN ARRINGTON, through his attorneys, CLIFFORD LAW OFFICES, P.C., move this Honorable Court for leave of court to file a pleading in opposition to the presently proposed settlement, and in support thereof, states as follows:

1. Plaintiff, Adrian Arrington, is a former NCAA student-athlete who initiated this litigation on behalf of himself and similarly injured players.

2. Recently, Adrian Arrington discharged representation by his lawyers and retained ROBERT A. CLIFFORD and CLIFFORD LAW OFFICES, P.C., to represent his interests in this case.

3. In connection with the proposed settlement [Doc. 156-1], certain issues and irregularities have arisen which are important to Mr. Arrington and his claims, both on behalf of himself and those similarly situated.

4. Consequently, Plaintiff, Arrington, seeks leave of court to file a pleading in opposition to the presently proposed settlement.

WHEREFORE, Plaintiff, and putative class representative, ADRIAN ARRINGTON, through his attorneys, CLIFFORD LAW OFFICES, P.C., seeks entry of an Order by this Honorable Court granting leave of court to file a pleading in opposition to the presently proposed settlement, and for any other relief this Court deems just.

Respectfully submitted,

/s/ Shannon McNulty
Robert A. Clifford
rac@cliffordlaw.com
Shannon M. McNulty
smm@cliffordlaw.com
CLIFFORD LAW OFFICES
120 N. LaSalle Street, Suite 3100
Chicago, IL 60602
T: 312.899.9090



**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604
www.ilnd.uscourts.gov

## NOTIFICATION OF CHANGE OF ATTORNEY ADDRESS OR NAME

NOTE: The Northern District of Illinois is an electronic Court pursuant to General Order 14-0024. If you are not an electronic filer, visit our site at www.ilnd.uscourts.gov, E-Filing Info. or click this link for registration requirements http://www.ilnd.uscourts.gov/home/CMECF.aspx

**Instructions: In order to update your information c**omplete this form and e-file it in each case you list below. Next, use the CM/ECF "Utilities" menu to update your address information in CM/ECF. Updating this information is critical. Instructions for this procedure can be found on the Court's website, select   E-Filing Info, CM/ECF User Guide, "Managing Your CM/ECF Account." For assistance, please call the CM/ECF Help Desk at 312-582-8727.

NAME:

FIRM:

STREET ADDRESS:

CITY/STATE/ZIP:

PHONE NUMBER:

E-MAIL ADDRESS:

ARDC NUMBER (ILLINOIS STATE BAR MEMBERS):

If you have previously filed an appearance with this Court using a different name, enter that name:

List all active cases below in which you currently have an appearance on file.

| Case Number | Case Title | Assigned Judge |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

Attorney Signature                                                                                  Date

updated 06/11/2015

CM Account FAQ's

How do I correct my address and email information?

If you have a ECF user account:
1) Login
2) From the blue menu bar select the Utilities option
3) Select one or more of the following options:
    a) Maintain Your Address
    b) Maintain Your Email
4) Enter address or email changes and click the Submit button
5) Follow the prompts
6) For address changes, E-file a Notification of Change of Address in each case an appearance has been filed.

If you have lost or misplaced their login and/or password refer to the ECF Help Desk at 312-435-5671

If you do not have a ECF account file a Notification of Change of Address. The form is located on the website **www.ilnd.uscourts.gov** under On-line Forms/Attorney tab
Also register for an ECF account. See reference below.


How do I register for a ECF account?
   a. Go to the website **www.ilnd.uscourts.gov**: Attorney Info/Related Links – Electronic Case Filing (ECF) Registration. Select the registration option that applies.

**OFFICE OF**
**CLERK OF THE U.S. DISTRICT COURT**
**UNITED STATES COURTHOUSE**
**219 SOUTH DEARBORN STREET**
**CHICAGO, ILLINOIS 60604**

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

2015 SEP 10 AM 11: 54

S-SUBURBAN
02 SEP '15
PM MSC '15
PM 31



neopost
08/31/2015
US POSTAGE $000.48⁵
FIRST-CLASS MAIL
ZIP 60604
041M11270962

FORWARD TIME EXP RTN TO SEND
LATHAM & WATKINS LLP
330 N WABASH AVE STE 2700
CHICAGO IL 60611-4497

RETURN TO SENDER

X 600 N7E 1 51410009/07/15