## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| | **MDL No. 2492** |
| **IN RE NATIONAL COLLEGIATE ATHLETIC ASSOCIATION STUDENT-ATHLETE CONCUSSION INJURY LITIGATION** | **Master Docket No. 1:13-cv-09116** |
| | **This Documents Relates To:** <br> **All Cases** |
| | **Judge John Z. Lee** |
| | **Magistrate Judge Geraldine Soat Brown** |

### NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on Thursday, October 15, 2015 at 9:00 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable John Z. Lee or any judge sitting in his stead in Courtroom 1225, and then and there present Anthony Nichols' *Unopposed Motion for Leave to File Oversized Combined Reply Brief,* a true and accurate copy of which is attached hereto and hereby served upon you.

Respectfully submitted,

By: /s/ Ari J. Scharg

Jay Edelson
jedelson@edelson.com
Rafey S. Balabanian
rbalabanian@edelson.com
Ari J. Scharg
ascharg@edelson.com
Benjamin S. Thomassen
bthomassen@edelson.com
EDELSON PC
350 N. LaSalle, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

**CERTIFICATE OF SERVICE**

I, Ari J. Scharg, an attorney, hereby certify that on October 12, 2015, I served the above and foregoing ***Notice of Motion***, by causing true and accurate copies of such paper to be filed and transmitted to all counsel of record via the Court's CM/ECF electronic filing system.

/s/  Ari J. Scharg