# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6,1
### Eastern Division

National Collegiate Athletic Association Student−Athlete Concussion Injury Litigation, et al.

          Plaintiff,

v.

National Collegiate Athletic Association

          Defendant.

Case No.: 1:13−cv−09116

Honorable John Z. Lee

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, November 6, 2015:

    MINUTE entry before the Honorable John Z. Lee: On 11/5/15, Plaintiff Adrian Arrington filed his objection to the joint motion for preliminary approval of the proposed class settlement [236]. To the extent that his objection raises issues not previously raised by Plaintiff Anthony Nichols, the Court grants the Settling Plaintiffs and Defendant NCAA leave to file memoranda in response no later than 11/16/2015. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.