UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL COLLEGIATE ATHLETIC ASSOCIATION STUDENT-ATHLETE CONCUSSION INJURY LITIGATION | ) MDL No. 2492 <br> ) <br> ) Master Docket No. 1:13-cv-09116 <br> ) <br> ) This Document Relates To: <br> ) All Cases <br> ) <br> ) Judge John Z. Lee <br> ) <br> ) Magistrate Judge Geraldine Soat Brown |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on Tuesday, November 24, 2015, at 9:00 a.m. or as soon thereafter as counsel may be heard, counsel for Defendant National Collegiate Athletic Association ("NCAA") will appear before the Honorable Judge John Z. Lee of the United States District Court for the Northern District of Illinois in Courtroom 1225 at 219 S. Dearborn Street, Chicago, Illinois and present the Motion of the NCAA for Leave to File Documents Under Seal, a copy of which is being filed concurrently herewith.

Dated: November 16, 2015

Respectfully submitted,

/s/ Mark S. Mester
Lead Counsel for Defendant
National Collegiate Athletic Association

Mark S. Mester
  mark.mester@lw.com
Johanna M. Spellman
  johanna.spellman@lw.com
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, Illinois 60611
Telephone: (312) 876-7700
Facsimile: (312) 993-9767

J. Christian Word
  christian.word@lw.com
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004-1304
Telephone: (202) 637-2200
Facsimile: (202) 637-2201

## CERTIFICATE OF SERVICE

      I, Mark S. Mester, certify that on November 16, 2015, a true and correct copy of the foregoing NOTICE OF MOTION was filed through the ECF system and served upon the following parties by prepaid first class mail:

| | |
|---|---|
| Elizabeth J. Cabraser<br>LIEFF CABRASER HEIMANN & BERNSTEIN<br>275 Battery Street, 29th Floor<br>San Francisco, California 94111<br>Telephone: (415) 956-1000<br>Facsimile: (415) 956-1008 | Edgar D. Gankendorff<br>PROVOSTY & GANKENDORFF, L.L.C.<br>650 Poydras Street, Suite 2700<br>New Orleans, Louisiana 70130<br>Telephone: (504) 410-2795<br>Facsimile: (504) 410-2796 |

/s/ Mark S. Mester
Mark S. Mester
  mark.mester@lw.com
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, Illinois 60611
Telephone: (312) 876-7700
Facsimile: (312) 993-9767