**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1**
**Eastern Division**

National Collegiate Athletic Association Student–Athlete
Concussion Injury Litigation, et al.

                                                        Plaintiff,

v.                                                                          Case No.:
                                                                            1:13–cv–09116
                                                                            Honorable John
                                                                            Z. Lee

National Collegiate Athletic Association

                                                        Defendant.
_____

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, December 9, 2015:

        MINUTE entry before the Honorable John Z. Lee: In light of the recent filings, the
Court strikes the status hearing set for December 17, 2015, and resets the status hearing
for Thursday, January 28, 2016, at 2:00 p.m. Mailed notice(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at ***www.ilnd.uscourts.gov***.