# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
## Eastern Division

| | | |
|---|---|---|
| National Collegiate Athletic Association Student−Athlete Concussion Injury Litigation, et al. | | |
| | Plaintiff, | |
| v. | | Case No.: 1:13−cv−09116 |
| | | Honorable John Z. Lee |
| National Collegiate Athletic Association | | |
| | Defendant. | |

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, January 26, 2016:

MINUTE entry before the Honorable John Z. Lee: Subject to the modifications outlined in the memorandum opinion and order, the Court grants the Joint Motion for Preliminary Approval of Amended Class Settlement and Certification of Settlement Class [154]. The parties should discuss whether they are amenable to the Court's modifications and report on the status of these discussions at the next status hearing. [For further details see memorandum opinion and order.] Mailed notice(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.