# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL COLLEGIATE ATHLETIC ASSOCIATION STUDENT-ATHLETE CONCUSSION LITIGATION | MDL No. 2492<br><br>Master Docket No. 13-cv-09116<br><br>Judge John Z. Lee<br><br>Magistrate Judge Geraldine Soat Brown |

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 83.17 of the United States District Court for the Northern District of Illinois, Plaintiffs respectfully request leave to withdraw Thomas E. Ahlering ("Mr. Ahlering") as Counsel of Record for Plaintiffs. In support thereof, Plaintiffs state as follows:

1. As of February 15, 2016, Mr. Ahlering is no longer associated with the law firm Hagens Berman Sobol Shapiro LLP.

2. Steve W. Berman, Elizabeth A. Fegan and Daniel J. Kurowski of Hagens Berman Sobol Shapiro LLP will continue to represent Plaintiffs.

WHEREFORE, Plaintiffs respectfully request that this Court enter an order removing Mr. Ahlering's appearance as one of the attorneys of record for Plaintiffs.

Date: March 1, 2016

Respectfully submitted,

By: */s/ Elizabeth A. Fegan*
      Elizabeth A. Fegan
*beth@hbsslaw.com*
Daniel J. Kurowski
*dank@hbsslaw.com*
HAGENS BERMAN SOBOL SHAPIRO LLP
455 N. Cityfront Plaza Drive, Suite 2410
Chicago, IL 60611
708.628.4949
Fax: 708.628.4950

Steve W. Berman
*steve@hbsslaw.com*
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
206.623.7292
Fax: 206.623.0594

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that on March 1, 2016, a true and correct copy of the foregoing was filed electronically via CM/ECF, which caused notice to be sent to all counsel of record.

By: */s/ Elizabeth A. Fegan*