- 1 -

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **IN RE: NATIONAL COLLEGIATE ATHLETIC ASSOCIATION STUDENT-ATHLETE CONCUSSION LITIGATION** | MDL No. 2492<br><br>Master Docket No. 13-cv-09116<br><br>Judge John Z. Lee<br><br>Magistrate Judge Geraldine Soat Brown |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on Thursday, March 3, 2016 at 2:00 p.m., counsel for Plaintiffs shall appear before the Honorable Judge John Z. Lee in the courtroom usually occupied by him in Room 1225 of the U.S. District Court for the Northern District of Illinois, 219 S. Dearborn Street, Chicago, Illinois and then and there present **PLAINTIFFS' MOTION FOR LEAVE TO WITHDRAW COUNSEL**.

Date: March 1, 2016

Respectfully submitted,

By: */s/ Elizabeth A. Fegan*
    Elizabeth A. Fegan
*beth@hbsslaw.com*
Daniel J. Kurowski
*dank@hbsslaw.com*
HAGENS BERMAN SOBOL SHAPIRO LLP
455 N. Cityfront Plaza Drive, Suite 2410
Chicago, IL 60611
708.628.4949
Fax: 708.628.4950

- 1 -

- 2 -

>Steve W. Berman
>*steve@hbsslaw.com*
>HAGENS BERMAN SOBOL SHAPIRO LLP
>1918 Eighth Avenue, Suite 3300
>Seattle, WA 98101
>206.623.7292
>Fax: 206.623.0594
>
>*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that on March 1, 2016, a true and correct copy of the foregoing was filed electronically via CM/ECF, which caused notice to be sent to all counsel of record.

By: */s/ Elizabeth A. Fegan*

010270-12 857112 V1