UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | § | MDL No. 2492 |
| | § | |
| | § | Master Docket No. 1:13-cv-09116 |
| NATIONAL COLLEGIATE ATHLETIC | § | |
| ASSOCIATION STUDENT – ATHLETE | § | |
| CONCUSSION INJURY | § | This Document Relates to All Cases |
| LITIGATION, ET AL. | § | Judge John Z. Lee |
| | § | Magistrate Judge Geraldine Soat Brown |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on Thursday, March 3, 2016, at 2:00 p.m., or as soon thereafter as counsel may be heard, counsel for Plaintiff Julius Whittier "Plaintiff Whittier") will appear before the Honorable Judge John Z. Lee of the United States District Court for the Northern District of Illinois in Courtroom 1225 at 219 S. Dearborn Street, Chicago, Illinois, and present the Motion of the Plaintiff Whittier for Leave to Supplement the Record Previously Presented to the Court, a copy of which is being filed concurrently herewith.

Respectfully submitted,

By: */s/ Dwight E. Jefferson*
_____
Dwight E. Jefferson
State Bar No. 10605600
djefferson@coatsrose.com

**ATTORNEY FOR CLASS-PLAINTIFF
MILDRED WHITTIER, A/N/F, JULIUS
WHITTIER**

OF COUNSEL:

COATS ROSE YALE RYMAN & LEE
9 Greenway Plaza, Suite 1100
Houston, Texas 77046-0307
Telephone: (713) 651-0111
Facsimile: (713) 651-0220

013317.000001\4833-8237-8030.v1

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was filed electronically via CM/ECF, which caused notice to be sent to all counsel of record on this 2nd day of March, 2016.

By: */s/ Dwight E. Jefferson*
_____

013317.000001\4833-8237-8030.v1