# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6,1
### Eastern Division

National Collegiate Athletic Association Student−Athlete Concussion Injury Litigation, et al.

Plaintiff,

v.

Case No.: 1:13−cv−09116

Honorable John Z. Lee

National Collegiate Athletic Association

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, March 3, 2016:

MINUTE entry before the Honorable John Z. Lee: Status and motion hearing held on 3/3/16. Defendant's motion for leave to supplement the record previously presented to the Court [249] granted. The supplemental briefs by the NCAA and the Settling Plaintiffs are limited to 35 pages and due by 4/15/16. Motion for leave to withdraw as counsel [252] is granted; Thomas E. Ahlering is granted leave to withdraw as counsel. Motion of Plaintiff Whittier to supplement the record previously presented to the Court [254] [255] is denied as moot; Whittier's objections already are part of the record. Status hearing set for 4/21/16 at 2:00 p.m.Mailed notice(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.