## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
## Eastern Division

National Collegiate Athletic Association
Student−Athlete Concussion Injury Litigation, et al.

                Plaintiff,

v.                                     Case No.: 1:13−cv−09116

                                       Honorable John Z. Lee

National Collegiate Athletic Association

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 5, 2016:

      MINUTE entry before the Honorable John Z. Lee: Motion hearing held on 4/5/16. The agreed motion for an extension of time until May 16, 2016 to supplement the recordregarding the viability of single−school and single−school/single−sport bodily injury classes [259] isgranted. The supplemental pleadings are now due by 5/16/16. Mailed notice(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.