```
 1                IN THE UNITED STATES DISTRICT COURT
                    NORTHERN DISTRICT OF ILLINOIS
 2                        EASTERN DIVISION

 3   IN RE:  NATIONAL COLLEGIATE      )  Docket No. 13 C 9116
     ATHLETIC ASSOCIATION STUDENT-    )
 4   ATHLETE CONCUSSION INJURY        )  Chicago, Illinois
     LITIGATION,                      )  April 5  2016
 5                                    )  1:00 o'clock p.m.

 6               TRANSCRIPT OF PROCEEDINGS - MOTION
                BEFORE THE HONORABLE JOHN Z. LEE
 7
     APPEARANCES:
 8
     For the Plaintiffs:         HAGENS BERMAN SOBOL SHAPIRO, by
 9                               MS. ELIZABETH A. FEGAN
                                 455 North Cityfront Plaza Drive
10                               Suite 2410
                                 Chicago, Illinois 60611
11
                                 SIPRUT PC, by
12                               MR. MICHAEL SILVERMAN
                                 17 North State Street
13                               Suite 1600
                                 Chicago, Illinois 60602
14
     For the Nichols Objectors:  EDELSON PC, by
15                               MR. ARI JONATHAN SCHARG
                                 350 North LaSalle Street
16                               Suite 1300
                                 Chicago, Illinois 60654
17
     For the Whittier Objectors: COATS ROSE YALE RYMAN & LEE, by
18                               MR. DWIGHT E. JEFFERSON
                                 Nine Greenway Plaza
19                               Suite 1100
                                 Houston, Texas 77046
20                               (appearing telephonically)

21

22               ALEXANDRA ROTH, CSR, RPR
                   Official Court Reporter
23               219 South Dearborn Street
                         Room 1224
24               Chicago, Illinois 60604
                     (312) 408-5038
25
```

```
 1   APPEARANCES:  (Continued)

 2   For Defendant NCAA:          LATHAM & WATKINS, by
                                  MS. JOHANNA MARGARET SPELLMAN
 3                                330 North Wabash
                                  Suite 2800
 4                                Chicago, Illinois 60611

 5

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

3

```
 1          (Proceedings had in open court:)
 2               THE CLERK:  13 C 9116, NCAA Student-Athlete Concussion
 3   Injury Litigation, for motion hearing.
 4               MS. SPELLMAN:  Good afternoon, your Honor.  Johanna
 5   Spellman for the NCAA.
 6               MS. FEGAN:  Good afternoon, your Honor.  Elizabeth
 7   Fegan for plaintiffs.
 8               MR. SILVERMAN:  Good afternoon, your Honor.  Michael
 9   Silverman for plaintiffs.
10               MR. SCHARG:  Ari Scharg on behalf of the Nichols
11   objectors.
12               THE COURT:  And we have --
13               MR. JEFFERSON:  Dwight Jefferson on behalf of the
14   Whittier objectors.
15               THE COURT:  All right.  Good afternoon.
16          So this is an agreed motion for extension of time.
17   Ms. Spellman, do you want to update me on what's going on?
18               MS. SPELLMAN:  Yes, your Honor.  Since the parties
19   were last before your Honor, we have arranged and engaged in
20   mediation before Judge Andersen.  Currently the NCAA and class
21   counsel's supplemental submission on the viability of single-
22   school and single-school-single-sport bodily injury classes are
23   due on April 15.
24          We have been focusing our efforts on mediation, as we
25   believe that is the most productive way to reach resolution.
```

1  So we respectfully ask that the Court grant an extension of one
2  month of that April 15 deadline to allow the parties to
3  participate in mediation with Judge Andersen.
4     THE COURT: It's the most efficient way if the parties
5  can strike a deal. It's a big waste of time if the parties
6  can't, from my perspective.
7     Let me hear from the Nichols counsel. There is no
8  objection to the motion, correct?
9     MR. SCHARG: No.
10    THE COURT: And so, Ms. Fegan, just so I give everyone
11 a chance to speak here, how are things going in mediation?
12 What are some of the things that are being discussion? Or
13 anyone can kind of chime in. And how many times have you met
14 with -- I believe you are meeting with Judge Andersen, right?
15 And are there plans for future meetings?
16    What is the status of things, generally speaking?
17    MS. FEGAN: Your Honor, we have had several
18 discussions with defense counsel. We have not yet met with
19 Judge Andersen. I am not sure if they have. But we have had
20 some fruitful discussions about things to be discussed with
21 Judge Andersen. But it is, I think, in its preliminary stage.
22    MS. SPELLMAN: Yes, your Honor, and I could add,
23 scheduling a meeting with Judge Andersen has been somewhat
24 complicated by he has a three-week arbitration this month,
25 which unfortunately means that we are looking at dates later in

1  the month to actually get together and mediate.  If that
2  arbitration -- if that case settles, then we are hopeful we
3  could -- we could meet with him sooner than that.
4              THE COURT:  Okay.  But at this point at least the
5  parties believe that additional -- there is stuff to talk
6  about?
7              MS. SPELLMAN:  Yes, your Honor.
8              THE COURT:  Everyone is nodding.
9              MR. JEFFERSON:  Judge --
10             THE COURT:  Mr. Jefferson, go ahead.
11             MR. JEFFERSON:  I don't know anything about this.
12             THE COURT:  Well, I am sure that you are free to call
13  any of the attorneys here and ask them what's going on.
14             All right.  So currently, the supplemental pleadings
15  are due April 15.
16             MS. SPELLMAN:  That is correct, your Honor.
17             THE COURT:  And the requested extension is to May 16.
18             MS. SPELLMAN:  Yes.
19             THE COURT:  Yes, Mr. Jefferson, anything to add?
20             MR. JEFFERSON:  Judge, would it be inappropriate for
21  me to ask you to have the defendants to include me in
22  communications regarding the mediation?  I mean, you know, I
23  have done a few of those.  I might have some ideas that might
24  be able to help.
25             THE COURT:  Mr. Jefferson, what I would suggest is,

1  you go ahead and contact lead counsel that the Court has
2  already designated for the case and submit your request to
3  them.  Okay?
4        MR. JEFFERSON:  Yes, your Honor.
5        THE COURT:  It doesn't seem like an unreasonable
6  request, given the posture of the case.
7        All right.  Well, is there anything else?
8        MS. SPELLMAN:  No, your Honor.
9        THE COURT:  Given the parties' continuing efforts to
10 try to address the issues, I am assuming what the parties are
11 trying to address are the concerns that I raised in my
12 memorandum opinion, is that correct.
13       MS. SPELLMAN:  Correct.
14       THE COURT:  I am amenable to giving the parties some
15 time to try to explore additional ways of trying to address
16 those concerns.  At some point, though, the case has to
17 continue, right?  And so I would encourage the parties to
18 exhaust whatever discussions that they need to have within the
19 timeframe that I am allotting, so that to the extent that any
20 supplemental filings need to be made, they may be done in a
21 timely fashion on a going forward basis.  The motion has been
22 pending for some time.
23       I know that there is a lot of complicated issues.  And
24 I know the parties are still trying to work through some of the
25 things that I stated in my opinion.  And I understand that.

1   But I do want to just let the parties know that I am anxious to
2   get this case moving forward one way or the other.  Okay?
3           All right.  Very good.  So with that, the agreed
4   motion for extension of time is granted.
5           MS. SPELLMAN:  Thank you, your Honor.
6           MS. FEGAN:  Thank you, your Honor.
7           MR. SCHARG:  Thank you.
8       (Which were all the proceedings had at the hearing of the
9        within cause on the day and date hereof.)
10                          CERTIFICATE
11          I HEREBY CERTIFY that the foregoing is a true, correct
12  and complete transcript of the proceedings had at the hearing
13  of the aforementioned cause on the day and date hereof.
14
15   /s/Alexandra Roth                                4/18/2016
    _____      _____
16   Official Court Reporter                       Date
     U.S. District Court
17   Northern District of Illinois
     Eastern Division