UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL COLLEGIATE ATHLETIC ASSOCIATION STUDENT-ATHLETE CONCUSSION INJURY LITIGATION | MDL No. 2492<br><br>Master Docket No. 13-cv-09116<br><br>Judge John Z. Lee<br><br>Magistrate Judge Geraldine Soat Brown |

## MOTION TO WITHDRAW AS COUNSEL FOR CERTAIN PLAINTIFFS

Pursuant to Local Rule 83.17 of the United States District Court for the Northern District of Illinois, the undersigned Plaintiffs respectfully request that this Court enter an order to permit Mark J. Feinberg leave to withdraw his appearance as one of the attorneys of record in this matter. In support of this motion, the undersigned Plaintiffs state as follows:

1. Attorneys from Zelle LLP have appeared on behalf of Plaintiffs Chris Walker, Ben Martin and Dan Ahern in the above-captioned matter.

2. Mark J. Feinberg, who has been listed as one of the counsel for Plaintiffs, is no longer a partner in Zelle LLP and does not wish to further participate in this matter. He does not require notice of filings and the undersigned respectfully requests that Mr. Feinberg be removed from all service lists, including the CM/ECF system.

3. Zelle LLP will continue to represent Plaintiffs Chris Walker, Ben Martin and Dan Ahern in this case.

4. This withdrawal will not cause any delay or prejudice to any party.

WHEREFORE, the undersigned Plaintiffs respectfully request that this Court enter an order to permit Mark J. Feinberg to withdraw from this matter and to remove him from all service lists.

Dated: May 19, 2016     By:     */s/ Daniel S. Mason*
                                Daniel S. Mason
                                ZELLE LLP
                                44 Montgomery Street, Suite 3400
                                San Francisco, CA 94104

|  |  |
|---|---|
| Telephone: | (415) 693-0700 |
| Facsimile: | (415) 693-0770 |
| Email: | dmason@zelle.com |

*Counsel for Plaintiffs Chris Walker, Ben Martin and Dan Ahern*