**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.1.1**
**Eastern Division**

National Collegiate Athletic Association Student−Athlete
Concussion Injury Litigation, et al.

                                    Plaintiff,

v.                                      Case No.: 1:13−cv−09116

                                    Honorable John Z. Lee

National Collegiate Athletic Association

                                  Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, July 14, 2016:

      MINUTE entry before the Honorable John Z. Lee: Status hearing held on 7/14/16. For the reasons stated on the record, the joint motion for preliminary approval of second amended class settlement and certification of settlement class and settlement subclasses [266] is granted. A written opinion will follow. The parties should submit to the proposed order mailbox a proposed order that incorporates the deadline dates discussed. The motion to enter the stipulated HIPAA protective order is granted. The parties should the proposed HIPAA order to the proposed order mailbox and contact the courtroom deputy when the have done so. Status hearing set for 12/8/16 at 9:00 a.m. Mailed notice(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.