## U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: In re NCAA Student Athlete Concussion Injury Litig.

Case Number: 1:13-cv-09116

An appearance is hereby filed by the undersigned as attorney for:

Plaintiff Anthony Nichols

Attorney name (type or print): J. Dominick Larry

Firm: Edelson PC

Street address: 350 North LaSalle Street, Suite 1300

City/State/Zip: Chicago, IL 60654

Bar ID Number: 6309519
(See item 3 in instructions)

Telephone Number: 312-572-7212

Email Address: nlarry@edelson.com

Are you acting as lead counsel in this case? ☐ Yes ☑ No

Are you acting as local counsel in this case? ☐ Yes ☑ No

Are you a member of the court's trial bar? ☐ Yes ☑ No

If this case reaches trial, will you act as the trial attorney? ☐ Yes ☑ No

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on July 25, 2016

Attorney signature: S/ J. Dominick Larry

(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015