Michael Bazley AX6869
CMF P.O. Box 2500
Vacaville, Ca. 95696

**FILED**

AUG 05 2016 DC

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

United States District Court
Northern District of Illinois

In Re: National Collegiate Atl. Asso.   Case No. 1:13-cv-09116

Request for Claim forms and Service of Notices

Please Take Notice That The undersigned Claimant and Party in interest and whose address is set forth above and Pursuant To Fed.R.Civ.Pro. Requests That all Notices given or Required To be given in This Case and all Papers Served in This Case be given To and Served upon The undersigned Party in interest at The address set forth above.

Please Take further Notice That The foregoing Request includes Not only Notices but also Claim forms, Request for Payments, Fees and demands.

Dated: 7/30/16

Respectfully Submitted

Mike Bazley