# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ROBERT SAMUELS, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>THE PENNSYLVANIA STATE UNIVERSITY, BIG TEN CONFERENCE, and THE NATIONAL COLLEGIATE ATHLETIC ASSOCIATION,<br><br>*Defendants*. | Case No.: 16-cv-05270<br><br>Honorable Jorge L. Alonso |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on Thursday, August 25, 2016 at 9:00 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable John Z. Lee or any judge sitting in his stead in Courtroom 1225, and then and there present the Parties' Joint Motion to Reassign, a true and accurate copy of which is attached hereto and hereby served upon you.

Dated: August 19, 2016

Respectfully submitted,

**ROBERT SAMUELS**, individually and on behalf of all others similarly situated,

By: /s/ Benjamin S. Thomassen
      One of Plaintiffs' Attorneys

Jay Edelson
jedelson@edelson.com
Rafey S. Balabanian
rbalabanian@edelson.com
Benjamin H. Richman
brichman@edelson.com
Benjamin S. Thomassen
bthomassen@edelson.com
J. Dominick Larry
nlarry@edelson.com

EDELSON PC
350 North LaSalle Street, 13th Floor
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

*Attorneys for Plaintiffs and the Putative Class*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 19, 2016, I caused a true and correct copy of the foregoing NOTICE OF MOTION to be served through ECF notification upon all attorneys of record, and further served such papers via email to the following individuals:

Andrew S. Rosenman  
arosenman@mayerbrown.com  
Daniel Leslie Ring  
dring@mayerbrown.com  
Michael Allen Olsen  
courtnotification@mayerbrown.com  
MAYER BROWN LLP  
71 South Wacker Drive  
Chicago, IL 60606  
(312) 782-0600


Mark Steven Mester  
mark.mester@lw.com  
Johanna Margaret Spellman  
johanna.spellman@lw.com  
Latham & Watkins LLP  
330 N. Wabash Avenue  
Suite 2800  
Chicago, Illinois 60611  
(312) 876-7700


                                                  /s/ Benjamin S. Thomassen