IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: NATIONAL COLLEGIATE ATHLETIC ASSOCIATION STUDENT-ATHLETE CONCUSSION INJURY LITIGATION | ) ) ) ) ) ) ) ) ) ) ) ) ) | MDL No. 2492<br><br>Master Docket No. 13 C 9116<br><br>Judge John Z. Lee<br><br>Magistrate Judge David M. Weisman |
| This Document Relates to All Cases | | |
| _____ | | |
| IN RE: NATIONAL COLLEGIATE ATHLETIC ASSOCIATION STUDENT-ATHLETE CONCUSSION INJURY LITIGATION – SINGLE SPORT/SINGLE SCHOOL (FOOTBALL) | ) ) ) ) ) ) ) ) ) ) ) | MDL No. 2492<br><br>Master Docket No. 16 C 8727<br><br>Judge John Z. Lee<br><br>Magistrate Judge David M. Weisman |
| This Document Relates to All Cases | ) | |

The clerk is directed to remove Conditional Transfer Order 5 and Conditional Transfer Order 6 in MDL No. 2492 from case No. 13-cv-6116 and docket them in case 16-cv-8727.

Any and all future Conditional Transfer Orders for new incoming (football related cases) should be docketed in the 16-cv-8727 case not the 13-cv-9116 case.

_____
John Z. Lee

9/9/16