

COATS | ROSE
A PROFESSIONAL CORPORATION

Coats Rose is a business transaction and litigation law firm based in Houston with a team of more than 100 attorneys who bring value to clients and perform legal work at the highest standards. In addition to its headquarters in Houston, Coats Rose has offices in Dallas, Austin, San Antonio and New Orleans. For over 30 years, the firm has leveraged its vast legal experience to fulfill clients' needs in numerous transactions and controversies, spanning the following areas:

- Affordable Housing
- Real Estate
- Construction and Surety
- Public Finance
- Bankruptcy and Business Reorganization
- Commercial Litigation
- Corporate and Securities
- Government Relations
- Health Care
- Insurance
- Intellectual Property
- Labor and Employment Law
- Mergers and Acquisitions
- Tax
- Wealth Preservation Planning
- Wealth Transfer Planning

Our objective at Coats Rose is to perform legal work to the highest standards, at a reasonable cost to our clients. We are careful to take on cases in which we confidently possess the necessary skills. We have the breadth and depth of experience required to fulfill our clients' needs in various types of transactions and controversies throughout the U.S. and internationally.

Our attorneys have cultivated term client relationships and helping clients to achieve their business aims. Upon reflection, we have found the vast majority of our business has derived from our longstanding client relationships. We treasure this fact and see it as the best indication we are realizing our goal.

