IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) MDL No. 2492 |
| NATIONAL COLLEGIATE ATHLETIC | ) Original N.D. Ill. Docket No. 13 C 9116 |
| ASSOCIATION STUDENT-ATHLETE | ) Judge John Z. Lee |
| CONCUSSION INJURY LITIGATION | ) Magistrate Judge David M. Weisman |
| | ) |
| This Document Relates To All Cases | ) |
| | ) |
| | ) |
| | ) MDL No. 2492 |
| IN RE: | ) |
| | ) Master Docket No. 16 C 8727 |
| NATIONAL COLLEGIATE ATHLETIC | ) Judge John Z. Lee |
| ASSOCIATION STUDENT-ATHLETE | ) Magistrate Judge David M. Weisman |
| CONCUSSION INJURY LITIGATION- | ) |
| SINGLE SPORT/SINGLE SCHOOL | ) |
| (FOOTBALL). | ) |
| | ) |
| This Document Relates To All Cases | ) |

## NOTICE OF MOTION

PLEASE TAKE NOTICE THAT on October 19, 2016, at 2:00 p.m., in Room 1225, in Judge John Z. Lee's courtroom, Everett M. Dirksen United State Courthouse, 219 South Dearborn Street, Chicago, Illinois, counsel for Plaintiff Julius Whittier shall then and there present **Class Plaintiff Julius Whittier's Motion for Appointment of the Honorable Dwight E. Jefferson as Plaintiffs' Class Liaison Counsel**.

Dated: October 5, 2016.   Respectfully submitted,

*/s/ Dwight E. Jefferson*
Dwight E. Jefferson
State Bar No. 10605600
djefferson@coatsrose.com
ATTORNEY FOR CLASS-PLAINTIFF
MILDRED WHITTIER, A/N/F, JULIUS
WHITTIER

4819-7994-8346.v1

OF COUNSEL:

COATS ROSE, P.C.
9 Greenway Plaza, Suite 1100
Houston, Texas 77046-0307
(713) 651-0111
(713) 651-0220 facsimile

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was filed electronically via CM/ECF, which caused notice to be sent to all counsel of record on this 5th day of October, 2016.

/s/ Dwight E. Jefferson
Dwight E. Jefferson

4819-7994-8346.v1