**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: NATIONAL COLLEGIATE ATHLETIC ASSOCIATION STUDENT-ATHLETE CONCUSSION INJURY LITIGATION | MDL No. 2492 <br><br> Master Docket No. 13 C 9116 <br><br> Judge John Z. Lee <br><br> Magistrate Judge David M. Weisman |
| This Document Relates to All Cases | |
| IN RE: NATIONAL COLLEGIATE ATHLETIC ASSOCIATION STUDENT-ATHLETE CONCUSSION INJURY LITIGATION – SINGLE SPORT/SINGLE SCHOOL (FOOTBALL) | MDL No. 2492 <br><br> Master Docket No. 16 C 8727 <br><br> Judge John Z. Lee <br><br> Magistrate Judge David M. Weisman |
| This Document Relates to All Cases | |

**CASE MANAGEMENT ORDER NO. 5**

A number of class representatives in this MDL, who have pursued a nationwide class action for medical monitoring in Lead Case No. 13-cv-9116 ("Original Nationwide Class Cases"),[1] have also asserted individual claims for personal injury damages. They are: (a) Adrian Arrington, Derek Owens, Angela Palacios, and Kyle Solomon in *Arrington v NCAA*, 11-

---

[1] *Arrington v. NCAA*, Case No. 11-cv-6356 (filed in N.D. Ill.); *Caldwell v. NCAA*, Case No. 14-cv-0195 (from N.D. Ga.); *Doughty v. NCAA*, Case No. 14-cv-0199 (from S.C.); *Durocher v. NCAA et al.*, Case No. 14-cv-0035 (from S.D. Ind.); *Hudson v. NCAA*, Case No. 14-cv-0194 (from N.D. Fla.); *Jackson v. NCAA*, Case No. 14-cv-4387 (from E.D.N.Y); *Morgan v. NCAA*, Case No. 14-cv-0196 (from Minn.); *Nichols v. NCAA*, Case No. 14-cv-0962 (filed in N.D. Ill.); *Powell v. NCAA*, Case No. 14-cv-0198 (from W.D. Mo.); *Walker v. NCAA*, Case No. 13-cv-9117 (from E.D. Tenn.); *Walton v. NCAA*, Case No. 14-cv-0200 (from W.D. Tenn.); *Washington v. NCAA*, Case No. 14-cv-0197 (from E.D. Mo.); *Wolf v. NCAA*, Case No. 14-cv-1268 (filed in N.D. Ill.); *Whittier v. NCAA*, Case No. 14-cv-9322 (from W.D. Tex.).

cv-6356; (b) Ray Hudson in *Hudson v. NCAA*, 14-cv-0194; (c) Christopher Powell in *Powell v. NCAA*, 14-cv-0198; (d) Anthony Nichols in *Nichols v. NCAA*, 14-cv-0962; and (e) Mildred Whittier in *Whittier v. NCAA*, 14-cv-9322.

As the parties are aware, the Court has approved the nationwide class settlement on a preliminary basis in the Original Nationwide Class Cases. If the class settlement is granted final approval, it would resolve the claims that were filed in the Original Nationwide Class Cases, with the exception of (1) personal injury damages claims asserted by the above-mentioned class representatives; (2) the personal injury damages claims of settlement class members brought on an individual basis; and (3) and personal injury damages claims brought on a class-wide basis on behalf of student-athletes who participated in a single NCAA-sanctioned sport at a single-NCAA member school.

Since the Court granted preliminary approval of the class settlement, a number of actions have been filed in this district as well as others on behalf of a putative class of NCAA student athletes who played a single sport at a single school (I will refer to them as "Single Sport/Single School cases"). The Court has ordered that those cases proceed under a different Master Case number. The Court would like to discuss with counsel for the class representatives identified above (1) what impact the nationwide class settlement, if it is approved, will have on their respective actions and the claims asserted therein, and (2) to the extent they will continue to assert their individual personal injury damages claims, the most efficient way for them to do so. Accordingly, the Court sets a status hearing for November 30, 2016 at 10:30 a.m.

IT IS SO ORDERED on October 12, 2016.

                                                          _____

                                                           John Z. Lee
                                                           United States District Judge