IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MILDRED WHITTIER A/N/F AND ATTORNEY IN FACT FOR JULIUS WHITTIER, | § § § § | MDL No. 2492 |
| | | Master Docket 13 C 9116 |
| Plaintiffs, | § § | Original N.D. Ill. Docket No. 14-cv-9322 |
| VS. | § § | |
| | § | Judge John Z. Lee |
| NATIONAL COLLEGIATE ATHLETIC ASSOCIATION AND BIG 12 CONFERENCE, INC., | § § § | Magistrate Judge David M. Weisman |
| | § § | This Document Relates to N.D. Ill. Master |
| Defendants. | § | Docket No. 16 C 8727 |

## NOTICE OF MOTION

PLEASE TAKE NOTICE THAT on November 30, 2016, at 10:30 a.m., in Room 1225, in Judge John Z. Lee's courtroom, Everett M. Dirksen United State Courthouse, 219 South Dearborn Street, Chicago, Illinois, counsel for Plaintiff Julius Whittier shall then and there present **Class Plaintiff Julius Whittier's Amended Motion for Leave to Amend His Complaint [Doc. #299].**

Dated: October 13, 2016            Respectfully submitted,

*/s/ Dwight E. Jefferson*
Dwight E. Jefferson
State Bar No. 10605600
djefferson@coatsrose.com
ATTORNEY FOR CLASS-PLAINTIFF
MILDRED WHITTIER, A/N/F, JULIUS
WHITTIER

OF COUNSEL:

COATS ROSE, P.C.
9 Greenway Plaza, Suite 1100
Houston, Texas 77046-0307
(713) 651-0111
(713) 651-0220 facsimile

1

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was filed electronically via CM/ECF, which caused notice to be sent to all counsel of record on this 13th day of October, 2016.

>*/s/ Dwight E. Jefferson*_____
>Dwight E. Jefferson

013317.000001\4848-0517-3562.v1