**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

|  |  |
|---|---|
| ) | |
| ) | **MDL No. 2492** |
| **IN RE: NATIONAL COLLEGIATE** ) | |
| **ATHLETIC ASSOCIATION STUDENT-** ) | **Master Docket No. 1:13-cv-09116** |
| **ATHLETE CONCUSSION LITIGATION** ) | |
| ) | **Judge John Z. Lee** |
| ) | |
| ) | **Magistrate Judge M. David Weisman** |

**STATUS REPORT ON
NOTICE TO MEMBERS OF THE SETTLEMENT CLASS**

The National Collegiate Athletic Association (the "NCAA"), through its counsel, submits the following status report on the progress of the Notice Plan in the above-captioned matter:[1]

1.      On July 15, 2016, the Court entered its Preliminary Approval Order, granting preliminary approval of the Second Amended Settlement Agreement in the above-captioned matter. See Preliminary Approval Order (Dkt. #278). In approving the Second Amended Settlement Agreement, the Court ordered that Notice be provided to members of the Settlement Class. See id. at 2. The Court further appointed Gilardi & Co. LLC as the Notice Administrator, in accordance with Section VII of the Second Amended Settlement Agreement. See id. at 5.

2.      The Court's July 15, 2016 Preliminary Approval Order also established the following deadlines vis-à-vis the provision of Notice to members of the Settlement Class:

      a.      July 21, 2016 – Settlement Website to be live;

      b.      July 29, 2016 – NCAA to provide notice to the Settlement Class via the NCAA's website, Facebook pages and Twitter accounts;

      c.      July 29, 2016 – Publication Notice to be issued;

---

[1]      Unless otherwise defined, capitalized terms have the meaning ascribed to them in the Second Amended Settlement Agreement, which is Exhibit 1 to the joint motion for preliminary approval filed with the Court on May 20, 2016. See Second Am. Settlement Agt. (Dkt. #266-1).

      d.     July 29, 2016 – Letter to be sent to NCAA members seeking contact information for Settlement Class Members; and

      e.     January 13, 2017 – Notice Administrator to file proof of publication of the Publication Notice, proof of dissemination of the Long-Form Notice and proof of maintenance of the Settlement Website.

Id. at 5-7.  The Court also ordered the parties to inform the Court when direct notice to individual Settlement Class Members has been completed and set a December 8, 2016 status conference to address the status of the Notice Plan.  Although the December 8, 2016 status conference is still over a month away, the NCAA wanted to provide the Court with an update on the progress of the Notice Plan to date.

      3.     Following entry of the July 15, 2016 Preliminary Approval Order, the Parties and their counsel, with the assistance of the Notice Administrator, have undertaken the steps outlined below:

      a.     On July 21, 2016, the Settlement Website was published.  See https://collegeathleteconcussionsettlement.

      b.     On July 28, 2016, the NCAA provided notice to the Settlement Class via its website, Facebook pages and Twitter accounts.  See Exs. A, B and C.

      c.     Notice of the Settlement was published in USA Today on July 28, 2016 and in Sports Illustrated on August 25, 2016.  See Exs. D and E.  Notice of the Settlement also was published in a press release issued by PR Newswire on July 29, 2016.  See Ex. F (available at http://www.prnewswire.com/news-releases/hagens-berman-sobol-shapiro-llp-and-siprut-pc-announce-proposed-settlement-of-national-collegiate-athletic-association-student-athlete-concussion-injury-litigation-300306314.html).

      d.     On July 29, 2016, the NCAA sent a letter to each of its member institutions, requesting that member institutions provide the Notice Administrator with last-known contact information for Settlement Class Members (the "Notice Letter").  The NCAA asked member institutions to provide the requested information by September 15, 2016.

      4.     In the approximately twelve (12) weeks since it sent the Notice Letter to member institutions, the NCAA and its counsel have responded to numerous inquiries from NCAA

member institutions regarding the request for student-athlete contact information. <u>See</u> Declaration of Johanna Spellman ("Spellman Decl."), Ex. G, ¶ 3. As of the date of this submission, over 260 inquiries have been received from approximately 162 different institutions. <u>See</u> <u>id.</u>

5.     These communications confirm that member institutions have been working diligently to collect and provide the requested information to the extent it is available. As was anticipated, however, the broad scope of the request and the fact that the request was sent during the summer caused some member institutions to ask for additional time to respond to the request. <u>See</u> Spellman Decl., Ex. G, ¶ 4. To date, 46 member institutions have advised the NCAA and/or its counsel that they were not able to meet the September 15, 2016 deadline and have requested an extension. <u>See</u> <u>id.</u> In addition, Hurricane Matthew impacted some schools that are located in states along the Atlantic Coast of the United States. As a result, some member institutions have sought additional time to complete their responses to the NCAA's request. <u>See</u> <u>id.</u>

6.     The NCAA has also been informed that due to concerns about compliance with the Family Educational Rights and Privacy Act or "FERPA," a number of member institutions have indicated that they would prefer to provide contact information only pursuant to subpoena. <u>See</u> Spellman Decl., Ex. G, ¶ 5. To date, 54 member institutions have requested a subpoena. <u>See</u> <u>id.</u> ¶ 6. Those requests have been communicated to Class Counsel, and the requested subpoenas are in the process of being prepared. <u>See</u> <u>id.</u>

7.     As of October 19, 2016, 622 NCAA member institutions have uploaded student-athlete contact information to the Notice Administrator, with a total of approximately 2,556,000

records uploaded.[2]  See Spellman Decl., Ex. G, ¶ 7.  The NCAA, in turn, has sent a follow-up request, reminding member institutions of the importance of providing available contact information for Settlement Class Members and urging them to do so as soon as possible.  See id. ¶ 8.

       8.     The NCAA will, of course, continue to keep the Court apprised of the progress of the Notice Plan.


Dated: October 20, 2016             Respectfully submitted,

                               */s/ Johanna Spellman*
                               Liaison Counsel for Defendant
                               National Collegiate Athletic Association

Mark S. Mester
    mark.mester@lw.com
Johanna Spellman
    johanna.spellman@lw.com
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, Illinois, 60611
Telephone:  (312) 876-7700
Facsimile:  (312) 993-9767

---

[2]      The number of records uploaded as of October 19, 2016 is based on information that NCAA member institutions provided when they uploaded files to the Notice Administrator.  The Notice Administrator is working to verify the completeness of those records and accuracy of that number.  See Spellman Decl., Ex. G, ¶ 7.

## <u>CERTIFICATE OF SERVICE</u>

I, Johanna Spellman, certify that on October 20, 2016, a true and correct copy of the

forgoing STATUS REPORT ON NOTICE TO MEMBERS OF THE SETTLEMENT CLASS

was filed through the CM/ECF system, which caused notice to be sent to all counsel of record.

*/s/ Johanna Spellman*
Johanna Spellman
    johanna.spellman@lw.com
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, Illinois, 60611
Telephone:  (312) 876-7700
Facsimile:  (312) 993-9767

**EXHIBITS TO**
**STATUS REPORT ON**
**NOTICE TO MEMBERS OF THE SETTLEMENT CLASS**

| Tab | Description |
|-----|-------------|
| A | Screenshot of notice to the Settlement Class via NCAA website (July 28, 2016) |
| B | Screenshot of notice to the Settlement Class via NCAA Facebook page (July 28, 2016) |
| C | Screenshot of notice to the Settlement Class via NCAA Twitter account (July 28, 2016) |
| D | Notice of Settlement published in USA Today (July 28, 2016) |
| E | Notice of Settlement published in Sports Illustrated (August 25, 2016) |
| F | Notice of Settlement published in press release issued by PR Newswire (July 29, 2016) |
| G | Declaration of Johanna Spellman |

# Exhibit A



http://www.ncaa.org/health-and-safety/medical-conditions/concussion

Concussion | NCAA.org - Th...

NCAA Daily | NCAA.org | NCAA | TweetDeck

SUBMIT CONTENT | MEDIA CENTER | NCAA.COM

About Us     Student-Athletes     Division I     Division II     Division III     My Apps

Home  »  Health and Safety  »  Medical Conditions

## Concussion



A concussion is a serious injury, so proper reporting, diagnosis and treatment are crucial. Student-athlete wellbeing is a priority for the NCAA and has been a key component of our mission for more than 100 years. The NCAA is a leader in evaluating the impact of concussions in sport and has produced research and best practices to mitigate the potential effects of head injuries.

In partnership with the U.S. Department of Defense, the NCAA announced in May 2014 a $30 million effort to fund the most comprehensive clinical study of concussion and head impact exposure ever conducted, and issue an educational grand challenge aimed at changing important concussion safety behaviors in college sports and ultimately, the military. Over the next three years, the study will perform baseline assessments on more than 37,000 student-athletes, plus repeat assessments on any individual who suffers a concussion. This landmark research will establish the natural history of concussion including risks, treatment and management. The educational grand challenge, to be launched in September 2014, will seek to change the culture of concussion reporting and management among coaches, administrators and student-athletes. Combined with previous research funded by the NCAA, this initiative will develop resources for providing student-athletes with the best care possible.

NCAA member schools are a critical component of these efforts. Our campuses recognize the responsibility they have to care for their student-athletes. To empower campus personnel and others with the most up-to-date information on concussions, the NCAA provides detailed recommendations in its Sports Medicine Handbook Guideline 21—a publication that is available to every NCAA member school. The NCAA also provides resources to raise awareness of concussions among student-athletes.

In addition to playing rules aimed at providing a safer playing environment, such as prohibiting helmet-to-helmet contact, the NCAA requires each member school to have a concussion management plan in place. These plans detail when a player should be removed from practice

### NCAA Student-Athlete Concussion Injury Litigation Website

www.collegeathleteconcussionsettlement.com

### Related Information on Concussions

Nine schools added to NCAA-Department of Defense concussion study

9 schools added to NCAA-DOD concussion study

Safety in College Football Summit leads to football practice, concussion management recommendations

Mind Matters Challenge winners honored

Experts work towards consensus on updates to football safety guidelines

Mind Matters Challenge research winners announced

Preliminary approval granted for concussion settlement

Concussion and college sports

Concussion Timeline

Mind Matters Challenge winners to present proposals

Concussion Safety

28 researchers and companies advance to next phase of Mind Matters Challenge

Concussion Safety

Concussion Detection Dilemma: How Do You Really Know?

Competitive safeguards committee supports SEC concussion proposal, wearable technology use

Tough love powers Penn State

Inextinguishable Zeal

NCAA, DOD launch Mind Matters Challenge

# Exhibit B



**NCAA**
1 min · 🌐

Court gives prelim approval for concussion settlement. Website for all who played NCAA sport on or prior to 7/15/16.

## National Collegiate Athletic Association Student-Athlete Concussion Injury Litigation

If you played a National Collegiate Athletic Association ("NCAA")-sanctioned sport at an NCAA member school, you may be entitled to free medical screening and may receive free medical testing, known as "medical monitoring," up to two times over the next 50 years.

COLLEGEATHLETECONCUSSIONSETTLEMENT.COM

# Exhibit C

 **Inside the NCAA** ✓
@InsidetheNCAA



Court gives prelim approval for concussion settlement. Website for all who played NCAA sport on or prior to 7/15/16:
on.ncaa.com/2aNw3OR

# Exhibit D



## Reporters notebook

### FIRST GENTLEMAN? LET'S GOOGLE THAT

The people are dying to know what Bill Clinton will be called if Hillary Clinton wins the White House.

According to Google, "What will he be called?" was a top trending search for the former president this week.

But potential first lady Melania Trump still has the unenviable Google high mark, beating Bill Clinton by 5% for searches after speaking to Republicans in Cleveland last week. Mrs. Trump was caught up in a dust-up when it was discovered her speech contained a section from Michelle Obama's 2008 convention speech.

**Eliza Collins**
USA TODAY



THE CINCINNATI ENQUIRER
Specs to "make a statement."

### THEY WEAR THEIR SUNGLASSES AT NIGHT

Corey Hart isn't at the Democratic National Convention in Philadelphia, but the Ohio delegation will be wearing sunglasses Wednesday night.

And not just any sunglasses – special white ones that spell out O-H-I-O.

"They're fantastic," said Kathy Rollison, a Toledo delegate. "We'll certainly make a statement."

Former Ohio Democratic Party Executive Director Bill DeMora said the plan had been to sell them, but giving them away would mean the delegation could present a show of unity inside the arena.

**Sharon Coolidge**
The Cincinnati Enquirer

### UBER REDIRECTS AFTER BUMPY START

After a less-than-smooth debut at the Democratic National Convention, Uber seems to have improved service for delegates and members of the media hoping to get in and out of the convention perimeter.

How did they do it? By paying drivers more and sweetening the pot by giving them a chance to win $2,500.

**Courtesy of billypenn.com**

### SOME BERNIE OR BUST TO START THE DAY

Michigan delegates were still feeling the Bern.

"Am I in the middle of something here?" asked Rep. Keith Ellison of Minnesota, a Bernie Sanders supporter whose speech at the Michigan delegate breakfast Wednesday was interrupted by disgruntled devotees.

"It's hard to be Bernie or Bust if Bernie isn't Bernie or Bust," Ellison said.

**Kathleen Gray**
Detroit Free Press

### ANOTHER POLL SHOWS TRUMP BUMP

A poll released Wednesday shows Donald Trump leading Hillary Clinton among likely voters 47% to 40.4%. It was the largest lead for Trump so far this year in the Los Angeles Times/USC Dornsife tracking poll.

**Donovan Slack**
USA TODAY

# One goal in Philly: Wooing and wowing young women

## Dems hope guest list is a magnet for Millennials

**Maeve McDermott**
@maeve_mcdermott
USA TODAY

PHILADELPHIA Young women of America: The Democrats are trying to serenade you.

Unlike last week's Republican National Convention, where the big-name stars were limited to celebs like Scott Baio and *Duck Dynasty*'s Willie Robertson, the Democratic National Convention has featured a long list of female musicians including Demi Lovato, Alicia Keys and Katy Perry and celebrities such as Lena Dunham, America Ferrera and Sarah Silverman, all speaking in support of nominee Hillary Clinton.

A pattern emerges from the guest list. They're young, female and have spoken out about feminism and liberal policies in the past. With more Millennial women voting for Bernie Sanders than Clinton in the primaries, the Democratic candidate's convention squad of feminist-friendly celebrities seems like a play for young women's votes.

"It's the younger women that she hasn't done as well with, and who she's really appealing to," said Michael Delli Carpini, Dean of the Annenberg School for Communications at the University of Pennsylvania.

Iowa delegate Sruthi Palaniappan, one of the convention's youngest at 18, was particularly inspired by Meryl Streep's feminism-championing speech. "This whole convention is about the impact young women can have on the political process," she said, explaining the power of seeing her celebrity role models support Clinton. "I think it's important not to just support a candidate because someone famous does, but to listen to why."

But as Clinton works to make herself as more relatable to young people, does surrounding herself with celebrities help or hurt?

According to Delli Carpini, endorsements work if the figure has expertise in an area, if they're a trustworthy figure to the public, or preferably both. He sees figures like Dunham and Lovato, who've established political activism as part of their brand, as wise alliances for the Clinton campaign to make.

"Several of those people have that kind of authenticity, they've been active in political and social issues before this campaign, so they really do have that credibility," he said.

But some younger voters think differently about the Clinton campaign's motivations in bringing on celebrity endorsers.

"I don't know if Snoop Dogg endorsing Hillary means anything," said Aaron Ghitelman, 25, the communications manager of the political advocacy non-profit HeadCount. He pointed out that while the rapper, who's in Philadelphia supporting the Democratic candidate this week, supports legalizing marijuana, Clinton does not. "Snoop endorses Hillary, but she doesn't endorse legalization ... in that way, it kinda feels weird."

HeadCount hosted concerts at both the Republican and Democratic conventions aimed at registering Millennials to vote. Ghitelman recommends that politicians hoping to court Millennial voters focus on issues rather



ROBERT HANASHIRO, USA TODAY
**Alicia Keys performs Tuesday.**



ROBERT HANASHIRO, USA TODAY
**Actresses Lena Dunham, left, and America Ferrera**



ROBERT DEUTSCH, USA TODAY
**Sarah Silverman had some pointed words.**



ROBERT DEUTSCH, USA TODAY
**Demi Lovato takes the stage.**

than big-name endorsements.

"To a certain extent, to use a musician to win over supporters feels like pandering," he said.

For Alexis Waksmunski, a 23-year-old Sanders delegate from Pennsylvania, the big names appearing at Democratic conventions didn't repel her from the process, but rather pulled her in.

Attending the 2012 convention as a volunteer, she was moved enough by the big-name appearances and dramatic speeches to become further involved with her state's Democratic delegation, returning four years later as a delegate.

To further connect with voters, many of the celebrity speakers shared stories of overcoming adversity, with Lovato taking mental health, Dunham speaking about her sexual assault and Ferrera and Longoria discussing immigrants' experiences in the U.S.

But when Sarah Silverman, previously a vocal Bernie Sanders supporter, took the stage Monday night, she skipped the personal anecdotes. Instead, she declared she'd "proudly vote" for Clinton, before blasting the Vermont sen-

ator's more radical fans.

"Can I just say to the 'Bernie or bust' people, you're being ridiculous," she said, to a mix of cheers and jeers from the crowd.

Shauna Valdez, a 25-year-old Sanders delegate from Minnesota, disagreed.

"I thought it was insulting," she said. "Just the way she said it. She could've maybe given us a message why we should get behind Clinton, instead of shoot us down."

Valdez's colleague from Minnesota, Clinton delegate Andie Whitaker, 24, defended Silverman's comment. "I think she was trying to cut through," she said. "She probably offended a number of people, but at the same time, there are Sanders delegates who are open-minded to Hillary Clinton and want party unity.

Waksmunski identified herself as one of those Clinton-friendly Sanders delegates. "The 'Bernie or bust' movement needs to realize what they're doing to the party as a whole," she said. "I agreed with (Silverman) ...we need to chill out."

LEGAL NOTICE

In re National Collegiate Athletic Association Student-Athlete Concussion Injury Litigation. Case No. 1:13-cv-09116 (United States District Court for the Northern District of Illinois)

NOTICE OF PROPOSED SETTLEMENT OF CLASS ACTION AND FAIRNESS HEARING FOR MEDICAL MONITORING AND RELEASE OF CLAIMS

If You Are a Current or Former Student-Athlete Who Played An NCAA-Sanctioned Sport at an NCAA School At Any Time Through July 15, 2016.

Your Rights May Be Affected by a Class Action Lawsuit

A Settlement, subject to court approval, has been reached in a class action lawsuit called *In re National Collegiate Athletic Association Student-Athlete Concussion Injury Litigation*, Case No. 1:13-cv-09116 (N.D. Ill.). It is pending in the United States District Court for the Northern District of Illinois.

**What is The Lawsuit About?**

The lawsuit claims that the NCAA was negligent and breached its duty to protect all current and former student-athletes by failing to adopt appropriate rules regarding concussions. The lawsuit seeks medical monitoring relief to diagnose possible long-term effects of concussions or the accumulation of sub-concussive hits for all current and former student-athletes. The lawsuit also seeks changes to the NCAA's concussion management and return-to-play guidelines.

The NCAA denies these allegations and denies it did anything wrong. If the Court does not approve the Settlement, the NCAA will argue, among other things, that the case should not be a class action. The Court has not decided whether or not Defendant did anything wrong.

**Who is Included?**

You are a Class Member and included in the Settlement if you played an NCAA-sanctioned sport at an NCAA school at any time up to July 15, 2016.

**What Does the Settlement Provide?**

The NCAA has agreed to a Medical Monitoring Fund of $70,000,000, which, after deducting administrative costs, and attorneys' fees and expenses, will fund the screening of Class Members as well as medical evaluations for those Class Members who qualify as a result of the screening during the 50-year Medical Monitoring Program. The medical evaluations will be designed to assess symptoms related to persistent post-concussion syndrome, as well as cognitive, mood, behavioral, and motor problems that may be associated with mid- to late-life onset diseases that may be linked to concussions and/or subconcussive hits, such as Chronic Traumatic Encephalopathy and related disorders. In addition, the NCAA has committed $5,000,000 to fund research regarding the prevention, diagnosis, care, and management of concussions and mid- to late-life neurodegenerative disease. The NCAA has also agreed to change its policies and procedures for concussion management and return to play. You can download the Second Amended Settlement Agreement from www.collegeathleteconcussionsettlement.com or call the toll-free number listed below and request one.

**Who represents you?**

The Court appointed the law firms Hagens Berman Sobol Shapiro LLP and Siprut PC to represent you. You do not have to pay these attorneys or anyone else to participate. They will ask the Court for attorneys' fees and costs, which would be paid from the Medical Monitoring Fund. You may hire your own lawyer to appear in Court for you; if you do, you have to pay that lawyer.

**What are your options?**

- **Do Nothing and Remain in the Settlement.** If you do nothing, you are considered a participant in the Settlement. You will be bound by all Court orders. If the Settlement is approved, certain potential legal claims you may have against the NCAA will be resolved and forever released. Also, if the Settlement is approved, you will have the opportunity to complete a screening questionnaire to determine whether you qualify for up to two medical evaluations during the 50-year medical monitoring period.

- **Opt Out ("Exclude Yourself") from the Settlement.** You must submit a written request to Opt Out of the Class and the Settlement to the Notice Administrator. The complete, signed Opt-Out request must be mailed to the Notice Administrator **postmarked no later than March 10, 2017. However,** if you are a current NCAA student-athlete on or after 6 months after the Effective Date and your school fails to put in place a concussion management plan within six months of the Effective Date, you will have a second opportunity to opt-out so long as you do so within 12 months of the Effective Date.

- **Object or Comment on the Settlement.** Written objections must be filed and served **no later than March 10, 2017.** You give up your right to sue and are bound by Court orders even if your objection is rejected. If you file an objection, you may appear at the Fairness Hearing to explain your objection, but you are not required to attend.

The Court will determine whether to approve the Settlement and attorneys' fees and expenses at a Fairness Hearing to be held on **May 5, 2017, at 10 a.m.,** at the Everett M. Dirksen United States Courthouse for the United States District Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois. You may attend this hearing if you wish, but you do not have to attend in order to participate in the proposed Settlement.

**HOW CAN I GET MORE INFORMATION?**

If you have questions or want to complete a Screening Questionnaire:
*Visit:* www.collegeathleteconcussionsettlement.com; *Call:* 1-877-209-9898; *Write:* In re: NCAA Student-Athlete Concussion Injury Litigation, c/o Gilardi & Co. LLC, PO Box 43414, Providence, RI 02940-3414

---

# MARKETPLACE TODAY

To view more Classified listings, visit: www.USATODAYClassifieds.com

For advertising information: 1-800-397-0070  www.russelljohns.com/usat

| NOTICES | CAREERS | BUSINESS | MARKETPLACE | HEALTH/FITNESS | NOTICES |
|---|---|---|---|---|---|
| PERSONALS | EMPLOYMENT | BUSINESS OPPORTUNITIES | HEALTH/FITNESS | | PUBLIC NOTICE |













**MISSING — BRANDY CAUSEY**
DOB: Oct 9, 2001
Missing: Oct 18, 2015
Sex: Male
Race: White
Hair: Lt. Brown
Eyes: Brown
From: Indianapolis, IN
NATIONAL CENTER FOR MISSING & EXPLOITED CHILDREN
1-800-THE-LOST

# Exhibit E

## SPORTS ILLUSTRATED TEAR SHEET







**NIT-PICKING**
The role Carroll (left) played in the INT by Butler that ended Super Bowl XLIX: questionable clockwork that left Seattle with few choices on the goal line.

When one last hook-and-lateral attempt by doctors at Emory Hospital in Atlanta came up short, Kathy drove Homer home for the last time. Former Browns GM Phil Savage (who'd been hired in Cleveland by a third-year coach named Belichick) visited Smith on Enterprise Avenue and was told by his mentor, "I won't be here next Friday."

That's when Kathy called their two daughters and asked them to come over with the grandkids (including Taylor Hall, a quality control coach and, yes, clock management specialist at Princeton) to say goodbye.

The image of those descendants trudging up the same staircase that Homer and Kathy had traversed in researching their book, a volume that contains as much humility as hard-won wisdom (in one case study, Homer described a costly error by UCLA, noting, "the author was the offensive coordinator and QB coach"), calls to mind a line from the original Homer, who was hailed by the ancient Greeks as *protos didaskalos,* "first teacher": "There is a time for many words, and there is also a time for sleep."

At the very end, with his daughters at his side and his wife holding his hand, the 79-year-old coach had something, Kathy says, that any man who has ever been embroiled in one of football's time-intensive predicaments—any coach who has played the percentages and lost, or has followed his gut, only to get punched there—has too little of in such moments.

"He knew he had love."

---

In re National Collegiate Athletic Association Student-Athlete Concussion Injury Litigation, Case No. 1:13-cv-09116 (United States District Court for the Northern District of Illinois)

**NOTICE OF PROPOSED SETTLEMENT OF CLASS ACTION AND FAIRNESS HEARING FOR MEDICAL MONITORING AND RELEASE OF CLAIMS**

**If You Are a Current or Former Student-Athlete Who Played An NCAA-Sanctioned Sport at an NCAA School At Any Time Through July 15, 2016, Your Rights May Be Affected by a Class Action Lawsuit**

A Settlement, subject to court approval, has been reached in a class action lawsuit called *In re National Collegiate Athletic Association Student-Athlete Concussion Injury Litigation,* Case No. 1:13-cv-09116 (N.D. Ill.). It is pending in the United States District Court for the Northern District of Illinois.

**What is The Lawsuit About?**
The lawsuit claims that the NCAA was negligent and breached its duty to protect all current and former student-athletes by failing to adopt appropriate rules regarding concussions. The lawsuit seeks medical monitoring relief to diagnose possible long-term effects of concussions or the accumulation of sub-concussive hits for all current and former student-athletes. The lawsuit also seeks changes to the NCAA's concussion management and return-to-play guidelines.

The NCAA denies these allegations and denies it did anything wrong. If the Court does not approve the Settlement, the NCAA will argue, among other things, that the case should not be a class action. The Court has not decided whether or not Defendant did anything wrong.

**Who Is Included?**
You are a Class Member and included in the Settlement if you played an NCAA-sanctioned sport at an NCAA school at any time up to July 15, 2016.

**What does the Settlement Provide?**
The NCAA has agreed to a Medical Monitoring Fund of $70,000,000, which, after deducting administrative costs, and attorneys' fees and expenses, will fund the screening of Class Members as well as medical evaluations for those Class Members who qualify as a result of the screening during the 50-year Medical Monitoring Program. The medical evaluations will be designed to assess symptoms related to persistent post-concussion syndrome, as well as cognitive, mood, behavioral, and motor problems that may be associated with mid- to late-life onset diseases that may be linked to concussions and/or subconcussive hits, such as Chronic Traumatic Encephalopathy and related disorders. In addition, the NCAA has committed $5,000,000 to fund research regarding the prevention, diagnosis, care, and management of concussions and mid- to late-life neurodegenerative disease. The NCAA has also agreed to change its policies and procedures for concussion management and return to play. You can download the Second Amended Settlement Agreement from www.collegeathleteconcussionsettlement.com or call the toll-free number listed below and request one.

**Who represents you?**
The Court appointed the law firms Hagens Berman Sobol Shapiro LLP and Siprut PC to represent you. You do not have to pay these attorneys or anyone else to participate. They will ask the Court for attorneys' fees and costs, which would be paid from the Medical Monitoring Fund. You may hire your own lawyer to appear in Court for you; if you do, you have to pay that lawyer.

**What are your options?**
- **Do Nothing and Remain in the Settlement.** If you do nothing, you are considered a participant in the Settlement. You will be bound by all Court orders. If the Settlement is approved, certain potential legal claims you may have against the NCAA will be resolved and forever released. Also, if the Settlement is approved, you will have the opportunity to complete a screening questionnaire to determine whether you qualify for up to two medical evaluations during the 50-year medical monitoring period.
- **Opt Out ("Exclude Yourself") from the Settlement.** You must submit a written request to Opt Out of the Class and the Settlement to the Notice Administrator. The complete, signed Opt-Out request must be mailed to the Notice Administrator postmarked no later than March 10, 2017. However, if you are a current NCAA student-athlete on or after 6 months after the Effective Date and your school fails to put in place a concussion management plan within six months of the Effective Date, you will have a second opportunity to opt-out so long as you do so within 12 months of the Effective Date.
- **Object or Comment on the Settlement.** Written objections must be filed and served no later than March 10, 2017. You give up your right to sue and are bound by Court orders even if your objection is rejected. If you file an objection, you may appear at the Fairness Hearing to explain your objection, but you are not required to attend.

The Court will determine whether to approve the Settlement and attorneys' fees and expenses at a Fairness Hearing to be held on May 5, 2017, at 10 a.m., at the Everett M. Dirksen United States Courthouse for the United States District Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois. You may attend this hearing if you wish, but you do not have to attend in order to participate in the proposed Settlement.

**HOW CAN I GET MORE INFORMATION?**

**If you have questions or want to complete a Screening Questionnaire:**
**Visit:** www.collegeathleteconcussionsettlement.com;
**Call:** 1-877-209-9898; **Write:** In re: NCAA Student-Athlete Concussion Injury Litigation, c/o Gilardi & Co. LLC, PO Box 43414, Providence, RI 02940-3414

# Exhibit F

JUL 29, 2016, 12:25 ET

News provided by
Hagens Berman Sobol Shapiro LLP →
(http://www.prnewswire.com/news/hagens+berman+sobol+shapiro+llp)

f  🐦  G+  in  📌  ⬚

vscript language="javascript1.2"
src="http://www.prnewswire.com/g/g/button/button_1.js"> <

# Hagens Berman Sobol Shapiro LLP and Siprut PC Announce Proposed Settlement of National Collegiate Athletic Association Student-Athlete Concussion Injury Litigation

< j

CHICAGO, July 29, 2016 /PRNewswire/ -- The following statement is being issued by Hagens Berman Sobol Shapiro LLP and Siprut PC regarding the National Collegiate Athletic Association Student-Athlete Concussion Injury Litigation:

**In re National Collegiate Athletic Association Student-Athlete Concussion Injury Litigation, Case No. 1:13-cv-09116 (United States District Court for the Northern District of Illinois)**

**NOTICE OF PROPOSED SETTLEMENT OF CLASS ACTION AND FAIRNESS HEARING FOR MEDICAL MONITORING AND RELEASE OF CLAIMS**

**If You Are a Current or Former Student-Athlete Who Played An NCAA-Sanctioned Sport at an NCAA School At Any Time Through July 15, 2016,**

**Your Rights May Be Affected by a Class Action Lawsuit**

A Settlement, subject to court approval, has been reached in a class action lawsuit called
*In re National Collegiate Athletic Association Student-Athlete Concussion Injury Litigation*, Case No. 1:13-cv-09116 (N.D. Ill.). It is pending in the United States District Court for the Northern District of Illinois.

**What is The Lawsuit About?**

The lawsuit claims that the NCAA was negligent and breached its duty to protect all current and former student-athletes by failing to adopt appropriate rules regarding concussions. The lawsuit seeks medical monitoring relief to diagnose possible long-term effects of concussions or the accumulation of sub-concussive hits for all current and former student-athletes. The lawsuit also seeks changes to the NCAA's concussion management and return-to-play guidelines.

The NCAA denies these allegations and denies it did anything wrong. If the Court does not approve the Settlement, the NCAA will argue, among other things, that the case should not be a class action. The Court has not decided whether or not Defendant did anything wrong.

**Who Is Included?**

You are a Class Member and included in the Settlement if you played an NCAA-sanctioned sport at an NCAA school at any time up to July 15, 2016.

**What does the Settlement Provide?**

The NCAA has agreed to a Medical Monitoring Fund of $70,000,000, which, after deducting administrative costs, and attorneys' fees and expenses, will fund the screening of Class Members as well as medical evaluations for those Class Members who qualify as a result of the screening during the 50-year Medical Monitoring

Program. The medical evaluations will be designed to assess symptoms related to persistent post-concussion syndrome, as well as cognitive, mood, behavioral, and motor problems that may be associated with mid- to late-life onset diseases that may be linked to concussions and/or subconcussive hits, such as Chronic Traumatic Encephalopathy and related disorders. In addition, the NCAA has committed $5,000,000 to fund research regarding the prevention, diagnosis, care, and management of concussions and mid- to late-life neurodegenerative disease. The NCAA has also agreed to change its policies and procedures for concussion management and return to play. You can download the Second Amended Settlement Agreement from www.collegeathleteconcussionsettlement.com (http://www.collegeathleteconcussionsettlement.com) or call the toll-free number listed below and request one.

**Who represents you?**

The Court appointed the law firms Hagens Berman Sobol Shapiro LLP and Siprut PC to represent you. You do not have to pay these attorneys or anyone else to participate. They will ask the Court for attorneys' fees and costs, which would be paid from the Medical Monitoring Fund. You may hire your own lawyer to appear in Court for you; if you do, you have to pay that lawyer.

**What are your options?**

**Do Nothing and Remain in the Settlement**. If you do nothing, you are considered a participant in the Settlement. You will be bound by all Court orders. If the Settlement is approved, certain potential legal claims you may have against the NCAA will be resolved and forever released. Also, if the Settlement is approved, you will have the opportunity to complete a screening questionnaire to determine whether you qualify for up to two medical evaluations during the 50-year medical monitoring period.

**Opt Out ("Exclude Yourself") from the Settlement.** You must submit a written request to Opt Out of the Class and the Settlement to the Notice Administrator. The complete, signed Opt-Out request must be mailed to the Notice Administrator

postmarked no later than March 10, 2017. However, if you are a current NCAA student-athlete on or after 6 months after the Effective Date and your school fails to put in place a concussion management plan within six months of the Effective Date, you will have a second opportunity to opt-out so long as you do so within 12 months of the Effective Date.

**Object or Comment on the Settlement.** Written objections must be filed and served **no later than March 10, 2017.** You give up your right to sue and are bound by Court orders even if your objection is rejected. If you file an objection, you may appear at the Fairness Hearing to explain your objection, but you are not required to attend.

The Court will determine whether to approve the Settlement and attorneys' fees and expenses at a Fairness Hearing to be held on **May 5, 2017, at 10 a.m.**, at the Everett M. Dirksen United States Courthouse for the United States District Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois. You may attend this hearing if you wish, but you do not have to attend in order to participate in the proposed Settlement.

**HOW CAN I GET MORE INFORMATION?**

**If you have questions or want to complete a Screening Questionnaire:**

*Visit*: **www.collegeathleteconcussionsettlement.com (http://www.collegeathleteconcussionsettlement.com/);** *Call*: **1-877-209-9898;** *Write*: **In re: NCAA Student-Athlete Concussion Injury Litigation, c/o Gilardi & Co. LLC, PO Box 43414, Providence, RI 02940-3414**

**About Hagens Berman** (http://www.hbsslaw.com/)
Hagens Berman Sobol Shapiro LLP is a consumer-rights class-action law firm with offices in 10 cities. The firm has been named to the National Law Journal's Plaintiffs'

Hot List eight times. More about the law firm and its successes can be found at www.hbsslaw.com. Follow the firm for updates and news at @ClassActionLaw (http://twitter.com/classactionlaw).

To view the original version on PR Newswire, visit:http://www.prnewswire.com/news-releases/hagens-berman-sobol-shapiro-llp-and-siprut-pc-announce-proposed-settlement-of-national-collegiate-athletic-association-student-athlete-concussion-injury-litigation-300306314.html (http://www.prnewswire.com/news-releases/hagens-berman-sobol-shapiro-llp-and-siprut-pc-announce-proposed-settlement-of-national-collegiate-athletic-association-student-athlete-concussion-injury-litigation-300306314.html)

SOURCE Hagens Berman Sobol Shapiro LLP

**Related Links**

http://www.hbsslaw.com (http://www.hbsslaw.com)

#PURL { display:none !important;}

**Find this article at:**
http://www.prnewswire.com/news-releases/hagens-berman-sobol-shapiro-llp-and-siprut-pc-announce-proposed-settlement-of-national-collegiate-athletic-association-student-athlete-concussion-injury-litigation-300306314.html

☐ Check the box to include the list of links referenced in the article.

# Exhibit I

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ) | |
| ) | MDL No. 2492 |
| IN RE: NATIONAL COLLEGIATE ) | |
| ATHLETIC ASSOCIATION STUDENT- ) | Master Docket No. 1:13-cv-09116 |
| ATHLETE CONCUSSION LITIGATION ) | |
| ) | Judge John Z. Lee |
| ) | |
| ) | Magistrate Judge M. David Weisman |

<u>DECLARATION OF JOHANNA SPELLMAN</u>

I, Johanna Spellman, declare as follows:

1.       I am an attorney with Latham & Watkins LLP, counsel of record for the National
Collegiate Athletic Association ("NCAA"). On July 30, 2014, I was appointed by the Court as
Liaison Counsel for the NCAA. I make this declaration based upon my personal knowledge, and
I am competent to testify as to its contents.

2.       On July 29, 2016, the NCAA sent a letter to each of its member institutions,
requesting that members provide the Notice Administrator with last-known contact information
for Settlement Class Members (the "Notice Letter"). The NCAA asked member institutions to
provide the requested information by September 15, 2016.

3.       In the approximately twelve (12) weeks since it sent the Notice Letter to member
institutions, the NCAA and its counsel have responded to numerous inquiries from NCAA
members regarding the request for student-athlete contact information. To date, over 260 such
inquiries have been received from approximately 162 different institutions.

4.       These communications confirm that member institutions are working diligently to
collect and provide the requested information to the extent it is available. As was anticipated,
however, the broad scope of the request and the fact that the request was sent during the summer

have caused some member institutions to ask for additional time to respond to the request. Indeed, classes resumed following the Labor Day weekend at many institutions. To date, 46 member institutions have advised the NCAA and/or its counsel that they could not meet the September 15, 2016 deadline and have requested an extension. In addition, Hurricane Matthew impacted some schools that are located in states along the Atlantic Coast of the United States. As a result, some member institutions have sought additional time to complete their responses to the NCAA's request.

5. The NCAA and its counsel have also been informed that due to concerns about compliance with the Family Educational Rights and Privacy Act or "FERPA," a number of member institutions have indicated that they would prefer to provide contact information only pursuant to subpoena.

6. To date, 54 member institutions have requested a subpoena. Those requests have been communicated to Class Counsel, and the requested subpoenas are in the process of being prepared.

7. As of October 19, 2016, 622 NCAA member institutions have uploaded student-athlete contact information to the Notice Administrator, with a total of approximately 2,556,000 records uploaded. The number of records uploaded as of October 19, 2016 is based on information that NCAA member institutions provided when they uploaded files to the Notice Administrator. The Notice Administrator is working to verify the completeness of those records and accuracy of that number.

8. The NCAA, in turn, has sent a follow-up request, reminding member institutions of the importance of providing available contact information for Settlement Class Members and urging them to do so as soon as possible.

I declare under penalty of perjury under the laws of the state of Illinois that the foregoing is true and correct.

EXECUTED on this 20th day of October, 2016, at Chicago, Illinois.

Johanna M. Spellman
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, Illinois 60611
Telephone: (312) 876-7700
Facsimile: (312) 993-9767

Liaison Counsel for Defendant NCAA