# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL COLLEGIATE ATHLETIC ASSOCIATION STUDENT-ATHLETE CONCUSSION INJURY LITIGATION | MDL No. 2492 <br><br> Master Docket No. 1:13-cv-09116 <br><br> This Document Relates to All Cases <br><br> Judge John Z. Lee <br><br> Magistrate Judge Geraldine Soat Brown |

## WITHDRAWAL OF APPEARANCE

TO: THE CLERK OF COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE, that James L. Petersen and Christina L. Fugate of Ice Miller LLP, with offices located at One American Square, Suite 2900, Indianapolis, Indiana 46282, hereby withdraw their appearance in this case on behalf of Defendant Kranos Corp., d/b/a Schutt Sports ("Defendant"), and request to be removed from the Court's mailing list (on ECF and any other service list in this case).

In support of this Notice, the undersigned notes that Daniel J. Kain and Scott Toomey of the law firm of LITTLETON JOYCE UGHETTA PARK and KELLEY LLP have entered their appearance on behalf of the Defendant and continue to represent the Defendant.

WHEREFORE, the undersigned respectfully submits that Defendant is still represented by counsel and therefore this withdrawal of appearance in this matter on behalf of Defendant Kranos Corp., d/b/a Schutt Sports is appropriate.

ICE MILLER LLP

*s/ James L. Petersen*_____
James L. Petersen
Christina L. Fugate
Ice Miller LLP
One American Square, Ste. 2900
Indianapolis, IN 46282
James.Petersen@icemiller.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 16, 2016, I filed the foregoing via ECF, thereby effecting electronic service on all counsel of record.

ICE MILLER LLP

 *s/ James L. Petersen*_____
James L. Petersen

I\11149087.1