**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE NATIONAL COLLEGIATE ATHLETIC ASSOCIATION STUDENT-ATHLETE CONCUSSION INJURY LITIGATION | MDL No. 2492<br><br>Master Docket No. 1:13-cv-09116<br><br>This Document Relates to All Cases<br><br>Judge John Z. Lee<br><br>Magistrate Judge Geraldine Soat Brown |

**NOTICE OF MOTION**

To:   See attached Certificate of Service.

PLEASE TAKE NOTICE that on **November 22, 2016, at 9:00 a.m.**, or as soon thereafter as counsel may be heard, we shall appear before the **Honorable John Z. Lee,** in Courtroom 1225 of the Richard J. Daley Center, and then and there present *Withdrawal of Appearance*, copies of which are hereby served upon all parties.

                        **KRANOS CORP. d/b/a SCHUTT SPORTS**

                        By:   */s/ James L. Petersen*
                                  One of Its Attorneys

James L. Petersen
Christina L. Fugate
**ICE MILLER LLP**
One American Square, Suite 2900
Indianapolis, IN 46282
(312) 236-2100

## CERTIFICATE OF SERVICE

I hereby certify that on November 16, 2016, I filed the foregoing via ECF, thereby effecting electronic service on all counsel of record.

ICE MILLER LLP

__s/ James L. Petersen_____
James L. Petersen

I\11149096.1