- 1 –

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **IN RE: NATIONAL COLLEGIATE ATHLETIC ASSOCIATION STUDENT-ATHLETE CONCUSSION LITIGATION** | MDL No. 2492<br><br>Master Docket No. 13-cv-09116<br><br>Judge John Z. Lee |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on December 1, 2016 at 9:00 a.m., Settlement Class Counsel shall appear before the Honorable Judge John Z. Lee in the courtroom usually occupied by him in Room 1225 of the U.S. District Court for the Northern District of Illinois, 219 S. Dearborn Street, Chicago, Illinois and then and there present **MOTION FOR LEAVE TO PAY SETTLEMENT EXPENSES FROM THE SETTLEMENT FUND**. You are invited to attend.

Date: November 28, 2016

Respectfully submitted,

By: _/s/ Steve W. Berman_
　　　Steve W. Berman
*steve@hbsslaw.com*
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Tel.: 206.623.7292

Elizabeth A. Fegan
*beth@hbsslaw.com*
HAGENS BERMAN SOBOL SHAPIRO LLP
455 N. Cityfront Plaza Dr., Suite 2410
Chicago, IL 60611
Tel.: 708.628.4949

*Lead and Settlement Class Counsel*

- 1 –

- 2 –

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that on November 28, 2016, a true and correct copy of the foregoing was filed electronically via CM/ECF, which caused notice to be sent to all counsel of record.

By: */s/ Steve W. Berman*

- 2 –

010270-12 912427 V1