# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.1.1
### Eastern Division

National Collegiate Athletic Association Student−Athlete
Concussion Injury Litigation, et al.

Plaintiff,

v.

Case No.:
1:13−cv−09116

Honorable John Z. Lee

National Collegiate Athletic Association, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, November 29, 2016:

MINUTE entry before the Honorable John Z. Lee: The Court takes Settlement Class Counsel's Motion for Leave to Pay Settlement Expenses from the Settlement Fund under advisement [306]. No appearance on the motion is necessary. With regard to this motion and all future motions to pay settlement expenses from the settlement fund, Settlement Class Counsel shall: (1) certify that the settlement expenses are necessary for the purpose of a just and efficient settlement of this case, (2) file the invoice(s) justifying the expenses as exhibits to the motion, (3) provide the budget previously submitted to the Court for such expenses and state whether the actual expenses are under, over, or at the budgeted amount, and (4) provide an estimate as to whether the parties are on target for meeting the previously submitted budget. Settlement Class Counsel shall submit this information for [306] within ten days. Ruling by mail.Mailed notice(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.