UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.1.1
Eastern Division

National Collegiate Athletic Association Student−Athlete
Concussion Injury Litigation, et al.

                Plaintiff,

v.

Case No.: 1:13−cv−09116

Honorable John Z. Lee

National Collegiate Athletic Association, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, November 30, 2016:

      MINUTE entry before the Honorable John Z. Lee: Status and motion hearing held on 11/30/16. Plaintiffs Adrian Arrington, Derek Owens, Angela Palacios, Kyle Solomon, Ray Hudson, Christopher Powell, and Anthony Nichols previously asserted claims seeking personal injury damages in cases that are part of the Nationwide Class (master docket no. 13C9116). Lead Counsel for NCAA reports that it requests additional time to explore settlement with these Plaintiffs. The parties have until March 3, 2017 to explore settlement. To the extent that any of these Plaintiffs still wish to proceed on those claims, they should file new complaints by March 17, 2017. If the case was originally filed in the N.D. Illinois, any new complaint should be filed in this district. If the case was originally filed elsewhere and transferred here, the new complaint should be filed in the transferor court, and the Plaintiff may request that the MDL Panel conditionally transfer the case to MDL 2492. When the case is transferred, the case may then be a tag−along case to MDL 2492s Single−Sport/Single School Cases, master docket 16C8727. If any such new complaint is filed, or if any of these particular Plaintiffs no longer wishes to proceed on his or her claims seeking personal injury damages, the Plaintiff shall file a motion to withdraw all claims seeking personal injury damages in 13C9116. Plaintiff Whittiers motions to amend/correct the complaint are denied [296][299]. Lead Counsel for the Settlement Class provided an update regarding notice to the class and orally moved the Court to approve a plan to obtain data from certain NCAA member institutions, including a third request letter and subpoenas. The Court approved the plan. The next status update regarding notice to the class shall be filed on or by January 6, 2016. The next status hearing will take place January 26, 2017 at 1:00 p.m.. The status hearing date previously set for December 8, 2016 is stricken. Mailed notice(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of

Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.