# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

|  |  |
|---|---|
| **IN RE: NATIONAL COLLEGIATE ATHLETIC ASSOCIATION STUDENT-ATHLETE CONCUSSION LITIGATION** | MDL NO. 2492<br>Case No. 13-cv-09116<br><br>Judge John Z. Lee<br><br>Magistrate Judge Brown |

## UNOPPOSED MOTION FOR EXTENSION TO PROVIDE ADDITIONAL DETAIL IN SUPPORT OF SETTLEMENT EXPENSES

On November 28, 2016, Settlement Class Counsel submitted a Motion For Leave To Pay Settlement Expenses From the Settlement Fund (Dkt # 306). On November 29, 2016, this Court ordered that, within 10 days:

> Settlement Class Counsel shall: (1) certify that the settlement expenses are necessary for the purpose of a just and efficient settlement of this case, (2) file the invoice(s) justifying the expenses as exhibits to the motion, (3) provide the budget previously submitted to the Court for such expenses and state whether the actual expenses are under, over, or at the budgeted amount, and (4) provide an estimate as to whether the parties are on target for meeting the previously submitted budget.

Settlement Class Counsel is currently working with the Notice Administrator to ensure the accuracy of the estimate as to whether the parties are on target for meeting the previously submitted budget, and request an additional seven days to submit the requested detail. The NCAA does not oppose this request.

WHEREFORE, Settlement Class Counsel respectfully requests an extension of time until December 16, 2016 to submit the additional information requested in the Court's November 29, 2016 Order, and such other and further relief as this Court deems appropriate.

Dated: December 9, 2016

For the Plaintiffs:


By: /s/ Steve W. Berman

Steve W. Berman
Chris O'Hara
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
206.623.7292
Fax: 206.623.0594

Elizabeth A. Fegan
HAGENS BERMAN SOBOL SHAPIRO LLP
455 N. Cityfront Plaza Dr., Suite 2410
Chicago, IL 60611
708.628.4949
Fax: 708.628.4950

*Settlement Class Counsel*

## CERTIFICATE OF SERVICE

I, Steve W. Berman, an attorney, certify that I filed the above motion via the court's ECF system, which will serve all counsel of record.

Dated: December 9, 2016

Respectfully submitted,

By: /s/ Steve W. Berman