# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL COLLEGIATE ATHLETIC ASSOCIATION STUDENT-ATHLETE CONCUSSION LITIGATION | MDL NO. 2492 |
| | Master Docket No. 13-cv-09116 |
| This Filing Relates To: | Judge John Z. Lee |
| *Owens v. NCAA*, Case No. 11-cv-6356 *Solomon v. NCAA*, Case No. 11-cv-6356 | Magistrate Judge David M. Weisman |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on December 15, 2016 at 9:00 a.m., Settlement Class Counsel shall appear before the Honorable Judge John Z. Lee in the courtroom usually occupied by him in Room 1225 of the U.S. District Court for the Northern District of Illinois, 219 S. Dearborn Street, Chicago, Illinois and then and there present **UNOPPOSED MOTION FOR EXTENSION TO PROVIDE ADDITIONAL DETAIL IN SUPPORT OF SETTLEMENT EXPENSES.** You are invited to attend.

| | |
|---|---|
| Date: December 9, 2016 | Respectfully submitted, |
| | By: */s/ Steve W. Berman* |
| | Steve W. Berman |
| | *steve@hbsslaw.com* |
| | HAGENS BERMAN SOBOL SHAPIRO LLP |
| | 1918 Eighth Avenue, Suite 3300 |
| | Seattle, WA 98101 |
| | Tel.: 206.623.7292 |

        Elizabeth A. Fegan
*beth@hbsslaw.com*
H<small>AGENS</small> B<small>ERMAN</small> S<small>OBOL</small> S<small>HAPIRO</small> LLP
455 N. Cityfront Plaza Dr., Suite 2410
Chicago, IL 60611
Tel.: 708.628.4949

*Lead and Settlement Class Counsel and*
*Attorneys for Derek Owens and Kyle Solomon*

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that on December 9, 2016, a true and correct copy of the foregoing was filed electronically via CM/ECF, which caused notice to be sent to all counsel of record.

By: */s/ Steve W. Berman*

010270-12 922077 V1