UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL COLLEGIATE ATHLETIC ASSOCIATION STUDENT-ATHLETE CONCUSSION LITIGATION | MDL NO. 2492<br><br>Master Docket No. 13-cv-09116<br><br>Judge John Z. Lee<br><br>Magistrate Judge Brown |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on December 20, 2016 at 9:00 a.m., counsel for Plaintiffs shall appear before the Honorable Judge John Z. Lee, in Courtroom 1225 of the U.S. District Court for the Northern District of Illinois, 219 S. Dearborn Street, Chicago, Illinois and then and there present the **Second Unopposed Motion for Extension to Provide Additional Detail in Support of Settlement Expenses**.

Date: December 16, 2016

Respectfully submitted,

By: _/s/ Steve W. Berman_
    Steve W. Berman
*steve@hbsslaw.com*
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Tel: 206.623.7292
Fax: 206.623.0594

Elizabeth A. Fegan
*beth@hbsslaw.com*
HAGENS BERMAN SOBOL SHAPIRO LLP
455 N. Cityfront Plaza Drive, Suite 2410
Chicago, IL 60611
Tel: 708.628.4949
Fax: 708.628.4950

*Settlement Class Counsel*

- 2 -

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that on December 16, 2016, a true and correct copy of the foregoing was filed electronically via CM/ECF, which caused notice to be sent to all counsel of record.

By:   */s/ Steve W. Berman*
      Steve W. Berman