UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.1.1
Eastern Division

National Collegiate Athletic Association
Student−Athlete Concussion Injury Litigation, et al.

Plaintiff,

v.

Case No.: 1:13−cv−09116

Honorable John Z. Lee

National Collegiate Athletic Association, et al.

Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, December 27, 2016:

MINUTE entry before the Honorable John Z. Lee: The Clerk of the Court shall enter Florida Agricultural and Mechanical University's (Florida A&M); Non−Party Motion to Quash Subpoena to Produce Documents on the docket of lead case no. 13C9116 in MDL 2492 (Nationwide Class). The motion is stricken for failure to adhere to the Local Rules of the Northern District of Illinois governing motion practice, attorney appearances, and local counsel. In addition, the motion is stricken for failure to comply with Judge Lee's standing order that requires a movant to meet and confer prior to filing a motion. Florida AM is instructed to meet and confer with Plaintiffs' Co−Lead Counsel Steve Berman of Hagens Berman Sobol Shapiro LLP and Joseph Siprut of Siprut PC, as well as Defendant NCAA's Lead Counsel Mark S. Mester of Latham & Watkins LLP. Mailed notice(ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.