## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
### Eastern Division

National Collegiate Athletic Association Student−Athlete Concussion Injury Litigation, et al.

          Plaintiff,

v.            Case No.: 1:13−cv−09116

          Honorable John Z. Lee

National Collegiate Athletic Association, et al.

          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, January 3, 2017:

    MINUTE entry before the Honorable John Z. Lee: The Court has received various types of written communications from individual putative class members. Any communication that indicates a desire to opt out of the class settlement will be forwarded to Plaintiffs' Lead Counsel, who is directed to forward a copy of the communication to the Notice Administrator pursuant to Paragraph XIII(D)(2) of the Second Amended Class Action Settlement Agreement and Release. Any communication that indicates that the sender wishes to object to the subpoenas issued by the NCAA to its member institutes for notice purposes will be forwarded to Defendant's Lead Counsel, who is directed to provide a copy of the communication to Mr. Berman. To the extent that a putative class member wishes to file a formal objection to the subpoenas, he or she should first meet and confer with counsel for Plaintiffs and the NCAA and, if the dispute is not resolved, file a formal motion with the Court. Any motion filed with the Court must comply with the local rules and the standing orders of this Court. Mailed notice(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.