# Exhibit C

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL COLLEGIATE ATHLETIC ASSOCIATION STUDENT-ATHLETE CONCUSSION LITIGATION | MDL NO. 2492<br>Case No. 13-cv-09116<br><br>Judge John Z. Lee |

### DECLARATION OF CHARLES S. ZIMMERMAN IN SUPPORT OF PETITION FOR FEES AND EXPENSES

I, Charles S. Zimmerman, declare as follows:

1. I am a Partner with the firm of Zimmerman Reed LLP. I represent Plaintiffs Chris Walker, Ben Martin and Dan Ahren in the above-entitled action. I am submitting this declaration in support of my firm's application for an award of attorneys' fees and expenses in connection with services rendered in the above-entitled action.

2. My firm and the Plaintiffs we represent support the Settlement in this matter.

3. My firm first became involved with the litigation in July, 2013. From the inception of our work in this litigation, counsel for plaintiffs have aggressively prosecuted this case and vigorously represented the best interests of plaintiffs and the Class.

4. I was a Court-appointed member of the Plaintiffs' Executive Committee and served in this capacity throughout the consolidated MDL proceedings. I contributed to several discrete areas, most significantly to the expansion of the medical monitoring program by working with Plaintiffs' experts and leadership counsel. I participated in portions of mediation, worked with leadership counsel and others, including the Garretson group, on settlement and settlement approval, including the development of class notice and the medical monitoring panel. I was also involved in the creation and implementation of the MDL proceedings, including the vetting of potential class representatives.

1

5. Through December 31, 2016, the total number of hours spent on this litigation by my firm is 490.61. The total lodestar amount for attorney/professional time based on the firm's current rates is $352,339.50. The hourly rates shown below are the usual and customary rates charged for each individual in all of our cases. A breakdown of the lodestar is as follows:

| NAME | HOURS | RATE | LODESTAR |
|---|---|---|---|
| Charles Zimmerman<br>Partner | 270.10 | $900 | $243,090.00 |
| J. Gordon Rudd, Jr.<br>Partner | 11.00 | $795 | $8,745.00 |
| Hart L. Robinovitch<br>Partner | 1.50 | $795 | $1,192.50 |
| David M. Cialkowski<br>Partner | 17.10 | $695 | $11,884.50 |
| Brian C. Gudmundson<br>Partner | 91.95 | $650 | $59,767.50 |
| Wm Dane DeKrey<br>Associate | 32.81 | $375 | $12,303.75 |
| Michael J. Laird<br>Associate | 5.90 | $375 | $2,212.50 |
| Tina M. Olson<br>Paralegal | 12.00 | $275 | $3,300.00 |
| Leslie A. Harms<br>Paralegal | 12.25 | $275 | $3,368.75 |
| Heidi S. Cuppy<br>Paralegal | 15.5 | $200 | $3,100.00 |
| Stacy A. Bethea<br>Paralegal | 2.0 | $150 | $300.00 |
| Lindsey A. Carr<br>Administration | 2.5 | $275 | $687.50 |
| Angela L. Thomas<br>Administrative Assistant | 0.50 | $125 | $62.50 |
| Samantha E. Garretto<br>Administrative Assistant | 9.50 | $150 | $1,425.00 |
| Amanda R. Klinger<br>Legal Assistant | 5.75 | $150 | $862.50 |
| Adam K. Hill<br>Paralegal | 0.25 | $150 | $37.50 |
| TOTAL | 490.61 | | $352,339.50 |

2

6. My firm incurred a total of $7,571.45 in expenses in connection with the prosecution of this litigation. They are broken down as follows:

| EXPENSE CATEGORY | TOTAL |
| --- | --- |
| Meals, Hotels & Transportation | $6,858.93 |
| Photocopies | $203.80 |
| Postage | $57.35 |
| Telephone, Facsimile | $28.77 |
| Messenger, Overnight Delivery | |
| Filing, Witness & Other Fees | $399.00 |
| Court Reporters | |
| Lexis, Westlaw, Online Library Research | $23.60 |
| Class Action Notices/Business Wire | |
| Mediation Fees | |
| Experts/Consultants/Investigators | |
| TOTAL | $7,571.45 |

7. The expenses pertaining to this case are reflected in the books and records of this firm. These books and records are prepared from expense vouchers, check records and other documents and are an accurate record of the expenses.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 5th day of January, 2017

s/ Charles S. Zimmerman
Charles S. Zimmerman

3