**Exhibit F**

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

|  |  |
|---|---|
| **IN RE: NATIONAL COLLEGIATE ATHLETIC ASSOCIATION STUDENT-ATHLETE CONCUSSION LITIGATION** | MDL NO. 2492<br>Case No. 13-cv-09116<br><br>Judge John Z. Lee |

**DECLARATION OF EDGAR D. GANKENDORFF IN SUPPORT OF**
**PETITION FOR FEES AND EXPENSES**

I, Edgar D. Gankendorff, declare as follows:

1.      I am a Partner with the firm of Provosty & Gankendorff, L.L.C.   I represent Plaintiffs, Chris Walker, Dan Ahern and Ben Martin, in the above-entitled action.  I am submitting this Declaration in support of my firm's application for an award of attorneys' fees and expenses in connection with services rendered in the above-entitled action.

2.      My firm and the Plaintiffs we represent support the Settlement in this matter.

3.      My firm first became involved with the litigation on August 29, 2013.  From the inception of our work in this litigation, counsel for Plaintiffs have aggressively prosecuted this case and vigorously represented the best interests of Plaintiffs and the Class.

4.      My firm participated in the development of the theory of the case, the case strategy, the selection of potential class representatives, attended hearings and participated in the document review efforts which were critical in obtaining a favorable settlement.

5.      Through December 31, 2016, the total number of hours spent on this litigation by my firm is **115.90**.  The total lodestar amount for attorney/professional time based on the firm's current rates is **$54,085**.  The hourly rates shown below are the usual and customary rates charged for each individual in all of our cases.  A breakdown of the lodestar is as follows:

| NAME | HOURS | RATE | LODESTAR |
|---|---|---|---|
| Edgar D. Gankendorff | 66.20 | $500 | $33,100.00 |
| Christophe B. Szapary | 12.30 | $450 | $ 5,535.00 |
| Eric R. Belin | 32.30 | $450 | $14,535.00 |
| Jason P. Franco | 1.00 | $300 | $ 300.00 |
| Law Clerk | 4.10 | $150 | $ 615.00 |
| | | | |
| | | | |
| | | | |
| TOTAL: | 115.90 | | $54,085.00 |

6.     My firm incurred a total of **$1,084.69** in expenses in connection with the prosecution of this litigation.  They are broken down as follows:

| EXPENSE CATEGORY | TOTAL |
|---|---|
| Meals, Hotels & Transportation | $ 918.12 |
| Photocopies | $ 6.70 |
| Postage | |
| Telephone, Facsimile | $ 33.87 |
| Messenger, Overnight Delivery | |
| Filing, Witness & Other Fees | $ 90.00 |
| Court Reporters | |
| Lexis, Westlaw, Online Library Research | |
| Class Action Notices/Business Wire | |
| Mediation Fees | |
| Experts/Consultants/Investigators | |
| TOTAL | $1,048.69 |

7.     The expenses pertaining to this case are reflected in the books and records of this firm.  These books and records are prepared from expense vouchers, check records, and other documents and are an accurate record of the expenses.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 5th day of January, 2017.

EDGAR D. GANKENDORFF

2