# Exhibit G

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

|  |  |
|---|---|
| **IN RE: NATIONAL COLLEGIATE ATHLETIC ASSOCIATION STUDENT-ATHLETE CONCUSSION LITIGATION** | MDL NO. 2492<br>Case No. 13-cv-09116<br><br>Judge John Z. Lee |

**DECLARATION OF DANIEL T. DEFEO IN SUPPORT OF**
**PETITION FOR FEES AND EXPENSES**

I, Daniel T. DeFeo, declare as follows:

1.  I am a **partner** with the firm of DeFeo & Kolker, LLC. I represent Plaintiffs **Sharon Washington** and **Anthony VanZant** in the above-entitled action. I am submitting this declaration in support of my firm's application for an award of attorneys' fees and expenses in connection with services rendered in the above-entitled action.

2.  My firm and the Plaintiffs we represent support the Settlement in this matter.

3.  My firm first became involved with the litigation in February, 2013. From the inception of our work in this litigation, counsel for plaintiffs have aggressively prosecuted this case and vigorously represented the best interests of plaintiffs and the Class.

4.  DeFeo & Kolker, LLC (herein after DK), along with co-counsel Thayer Weaver were retained by Plaintiffs Sharon Washington and Anthony VanZant to prepare a complaint for relief from the NCAA for funding of relief medical monitoring and other as more fully stated in the complaint filed in the U.S. District Court for the Eastern District of Missouri, case number 4:13-cv-02434 on December 3, 2013. In advance of filing the complaint DK researched the litigation, its history and ways to expand relief for Plaintiffs to include late life neurocognitive disorder monitoring .

1

Thereafter, DK assisted counsel in preparing and filing Plaintiffs' Motion to Enjoin the Arrington Medical Monitoring Class in the U.S. District Court for the Northern District of Illinois case number 1:13-cv-09116 (Division 5) and appeared on February 5, 2014 for hearing in order to advocate for expanded relief . .

DK continued to work with co-counsel for other plaintiffs and contributed to the successfull expansion of the scope of the relief for Plaintiffs and other athletes. As the litigation progressed, DK worked in preparing proof and strategies to expand the net of coverage. This included detail review and analysis of confidential documents and conference calls on expert analysis and opinions. Throughout the process settlement class representatives were kept advised of the litigation status. Further detail of the day to day DK litigation efforts are detailed in the DK detail time logs.

5.     Through December 31, 2016, the total number of hours spent on this litigation by my firm is **246.25.** The total lodestar amount for attorney/professional time based on the firm's current rates is **$100,788.75**. The hourly rates shown below are the usual and customary rates charged for each individual in all of our cases. A breakdown of the lodestar is as follows:

| NAME | HOURS | RATE | LODESTAR |
|------|-------|------|----------|
| **Daniel T. DeFeo, Attorney** | 196.0 | 495.00 | $97,020.00 |
| | | | |
| **Angelia Lett, Legal Assistant** | 47.25 | 75.00 | $3,543.75 |
| **Britney Waterworth, Legal Assistant** | 3.0 | 75.00 | $225.00 |
| | | | |
| TOTAL: | | | $100,788.75 |

2

6.    My firm incurred a total of $5,113.00 in expenses in connection with the prosecution of this litigation.  They are broken down as follows:

| EXPENSE CATEGORY | TOTAL |
|---|---|
| Meals, Hotels & Transportation | $2,981.91 |
| Photocopies | $1,414.08 |
| Telephone, Facsimile | $317.01 |
| Filing, Witness & Other Fees | $400.00 |
| TOTAL | $5,113.00 |

7.    The expenses pertaining to this case are reflected in the books and records of this firm.  These books and records are prepared from expense vouchers, check records, and other documents and are an accurate record of the expenses.

I declare under penalty of perjury that the foregoing is true and correct.

3

Executed this 4rd day of January, 2017

DANIEL T DEFEO, MO #35161
1627 Main Street, Suite 801
Kansas City, MO 64108
Telephone: (816) 581-4600
Facsimile: (816) 581-4646
ddefeo@defeokolker.com

4