# Exhibit H

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **IN RE: NATIONAL COLLEGIATE ATHLETIC ASSOCIATION STUDENT-ATHLETE CONCUSSION LITIGATION** | MDL NO. 2492<br>Case No. 13-cv-09116<br><br>Judge John Z. Lee |

## DECLARATION OF JUDITH A. ZAHID IN SUPPORT OF PETITION FOR FEES AND EXPENSES

I, Judith A. Zahid, declare as follows:

1. I am a partner with the firm of Zelle LLP. Our firm has represented Plaintiffs Chris Walker, Ben Martin and Dan Ahern in the above-entitled action. I am submitting this declaration in support of my firm's application for an award of attorneys' fees and expenses in connection with services rendered in the above-entitled action.

2. My firm supports the Settlement in this matter.

3. My firm first became involved with the litigation in August, 2013. From the inception of our work in this litigation, counsel for plaintiffs have aggressively prosecuted this case and vigorously represented the best interests of plaintiffs and the Class.

4. During the course of this litigation, my firm performed the following activities: interviewing new plaintiffs and strategizing with counsel regarding same; analyzing the filing of additional cases; preparing the Morgan complaint; researching issues related to assuring the scope of relief included late life cognitive disorder monitoring; analyzing and strategizing with counsel regarding preliminary injunction hearing, settlement negotiations, and case leadership structure; and working with class representatives on settlement.

5. Through December 31, 2016, the total number of hours spent on this litigation by my firm is 134.3. The total lodestar amount for attorney/professional time based on the firm's

1

current rates is $80,874.00. The hourly rates shown below are the usual and customary rates charged for each individual in all of our cases. A breakdown of the lodestar is as follows:

| NAME | HOURS | RATE | LODESTAR |
|---|---|---|---|
| Daniel S. Mason, Partner | 17.5 | $900 | $15,750.00 |
| Mark J. Feinberg, Partner | 1.4 | $900 | $1,260.00 |
| Eric W. Buetzow, Associate | 5.0 | $580 | $2,900.00 |
| Shawn Stuckey, Associate | 109.3 | $555 | $60,661.50 |
| Robert L. Newman, Paralegal | 1.1 | $275 | $302.50 |
| TOTAL: | 134.3 | | $80,874.00 |

6. My firm incurred a total of $1,076.26 in expenses in connection with the prosecution of this litigation. They are broken down as follows:

| EXPENSE CATEGORY | TOTAL |
|---|---|
| Meals, Hotels & Transportation | $0 |
| Photocopies | $523.50 |
| Postage | $0 |
| Telephone, Facsimile | $0 |
| Messenger, Overnight Delivery | $20.76 |
| Filing, Witness & Other Fees | $532.00 |
| Court Reporters | $0 |
| Lexis, Westlaw, Online Library Research | $0 |
| Class Action Notices/Business Wire | $0 |
| Mediation Fees | $0 |
| Experts/Consultants/Investigators | $0 |
| TOTAL | $1,076.26 |

7. The expenses pertaining to this case are reflected in the books and records of this firm. These books and records are prepared from expense vouchers, check records, and other documents and are an accurate record of the expenses.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 4th day of January, 2017

/s/ Judith A. Zahid
Judith A. Zahid

4831-8336-4672