# Exhibit J

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL COLLEGIATE ATHLETIC ASSOCIATION STUDENT-ATHLETE CONCUSSION LITIGATION | MDL NO. 2492<br>Case No. 13-cv-09116<br><br>Judge John Z. Lee |

### DECLARATION OF THAYER L. WEAVER, JR. IN SUPPORT OF PETITION FOR FEES AND EXPENSES

I, THAYER L. WEAVER, JR., declare as follows:

1. I am the Managing Partner with the firm of TLW & Associates, LLC. I represent Plaintiffs SHARRON WASHINGTON and ANTHONY VANZANT in the above-entitled action. I am submitting this declaration in support of my firm's application for an award of attorneys' fees and expenses in connection with services rendered in the above-entitled action.

2. My firm and the Plaintiffs we represent support the Settlement in this matter.

3. My firm first became involved with the litigation in November 2013. From the inception of our work in this litigation, counsel for plaintiffs have aggressively prosecuted this case and vigorously represented the best interests of plaintiffs and the Class.

4. Please see my firm's itemized billing (attached hereto) to describe the worked we performed in detail pertaining to this matter. A significant portion of our work was directed at assuring the scope of the medical monitoring relief included older former players and testing for late-life cognitive impairment.

5. Through December 20, 2016, the total number of hours spent on this litigation by my firm exceeds 188 hours. The total lodestar amount for attorney/professional time based on the firm's current rates is $94,075.00. The hourly rates shown below are the usual and

1

customary rates charged for each individual in all of our cases. A breakdown of the lodestar is as follows:

| NAME | HOURS | RATE | LODESTAR |
|---|---|---|---|
| Thayer L. Weaver, Jr., Partner | 186.15 | $500 | $93,075.00 |
| General Associates | 47 | $300 | Unbilled |
| Hilda Hilton, paralegal | 45 | $150 | Unbilled |
| Hilda Hilton, paralegal | 6.66 | $150 | $1,000.00 |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
| **TOTAL:** |  |  | **$94.075.00** |

6. My firm incurred a total of $970.00 $in expenses in connection with the prosecution of this litigation. They are broken down as follows:

| EXPENSE CATEGORY | TOTAL |
|---|---|
| Meals, Hotels & Transportation | $945.00 |
| Photocopies | $25.00 |
| Postage |  |
| Telephone, Facsimile |  |
| Messenger, Overnight Delivery |  |
| Filing, Witness & Other Fees |  |
| Court Reporters |  |
| Lexis, Westlaw, Online Library Research |  |
| Class Action Notices/Business Wire |  |
| Mediation Fees |  |
| Experts/Consultants/Investigators |  |
|  |  |
| **TOTAL** | **$970.00** |

7. The expenses pertaining to this case are reflected in the books and records of this firm. These books and records are prepared from expense vouchers, check records, and other documents and are an accurate record of the expenses.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 6th day of January 2017.

                                                Thayer L. Weaver, Jr., Esq.