# Exhibit K

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL COLLEGIATE ATHLETIC ASSOCIATION STUDENT-ATHLETE CONCUSSION LITIGATION | MDL NO. 2492<br>Case No. 13-cv-09116<br><br>Judge John Z. Lee |

**DECLARATION OF J. BARTON GOPLERUD IN SUPPORT OF
PETITION FOR FEES AND EXPENSES**

I, J. Barton Goplerud, declare as follows:

1. I am a shareholder with the firm of Hudson, Mallaney, Shindler & Anderson, P.C. I represent Plaintiffs in the above-entitled action. I am submitting this declaration in support of my firm's application for an award of attorneys' fees and expenses in connection with services rendered in the above-entitled action.

2. My firm and the Plaintiffs we represent support the Settlement in this matter.

3. My firm first became involved with the litigation in November, 2011. From the inception of our work in this litigation, counsel for plaintiffs have aggressively prosecuted this case and vigorously represented the best interests of plaintiffs and the Class.

4. Our firm has worked extensively with the following class representatives in the investigation of all claims, as well as settlement, of the above matter:

(a) Abram Robert Wolf
(b) Sean Sweeney
(c) Jim O'Connor
(d) Shelby Williams
(e) Brice Sheeder
(f) Natalie Kay Harada

1

(g)     Rachel Dianna Harada

(h)     Adam Walker

5.     Through December 31, 2016, the total number of hours spent on this litigation by my firm is 115.70. The total lodestar amount for attorney/professional time based on the firm's current rates is $53,800.50. The hourly rates shown below are the usual and customary rates charged for each individual in all of our cases. A breakdown of the lodestar is as follows:

| NAME | HOURS | RATE | LODESTAR |
|---|---|---|---|
| **J. Barton Goplerud** | 115.70 | $465 | $53,800.50 |
| TOTAL: | 115.70 | $465 | $53,800.50 |

6.     My firm incurred a total of $808.12 in expenses in connection with the prosecution of this litigation. They are broken down as follows:

| EXPENSE CATEGORY | TOTAL |
|---|---|
| Meals, Hotels & Transportation | $808.12 |
| Photocopies | 0 |
| Postage | 0 |
| Telephone, Facsimile | 0 |
| Messenger, Overnight Delivery | 0 |
| Filing, Witness & Other Fees | $50.00 |
| Court Reporters | 0 |
| Lexis, Westlaw, Online Library Research | 0 |
| Class Action Notices/Business Wire | 0 |
| Mediation Fees | 0 |
| Experts/Consultants/Investigators | 0 |
| TOTAL | $858.12 |

7.     The expenses pertaining to this case are reflected in the books and records of this firm. These books and records are prepared from expense vouchers, check records, and other documents and are an accurate record of the expenses.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this \_\_11th\_\_ day of January 2017

_____
[ATTORNEY SIGNATURE]