# Exhibit L

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL COLLEGIATE ATHLETIC ASSOCIATION STUDENT-ATHLETE CONCUSSION LITIGATION | MDL NO. 2492<br>Case No. 13-cv-09116<br><br>Judge John Z. Lee |

### DECLARATION OF J. GERARD STRANCH, IV IN SUPPORT OF PETITION FOR FEES AND EXPENSES

I, J. Gerard Stranch, IV, declare as follows:

1. I am a Partner with the firm of Branstetter, Stranch & Jennings, PLLC. I represent Plaintiffs Adrian Arrington, Derek Owens, Angelica Palacios and Kyle Solomon, in the above-entitled action. I am submitting this declaration in support of my firm's application for an award of attorneys' fees and expenses in connection with services rendered in the above-entitled action.

2. My firm and the Plaintiffs we represent support the Settlement in this matter.

3. My firm first became involved with the litigation in September, 2013. From the inception of our work in this litigation, counsel for plaintiffs have aggressively prosecuted this case and vigorously represented the best interests of plaintiffs and the Class.

4. My firm was retained to act as Tennessee local counsel and the principal tasks undertaken by my firm included drafting and editing response to Motion for Emergency Hearing filed in the Eastern District of Tennessee, Response in Opposition to Emergency Motion and Brief in Support to Suggest Expedited Mediation, drafting and editing various motions and proposed orders, opposing counsel communications, and conference calls regarding same.

5. Through December 31, 2016, the total number of hours spent on this litigation by my firm is 12.30. The total lodestar amount for attorney/professional time based on the firm's

1

current rates is $5,852.50. The hourly rates shown below are the usual and customary rates charged for each individual in all of our cases. A breakdown of the lodestar is as follows:

| NAME | HOURS | RATE | LODESTAR |
|---|---|---|---|
| [ATTORNEY NAME, TITLE] | | | |
| James G. Stranch, III, Partner | 1.80 | 725.00 | 1,305.00 |
| J. Gerard Stranch, IV, Partner | 5.20 | 700.00 | 3,640.00 |
| [Paralegal NAME, TITLE] | | | |
| B. Caleb Batey, IT Admin. | .2 | 75.00 | 15.00 |
| Paralegal | 1.7 | 175.00 | 297.50 |
| Lisa Casey, Paralegal | .2 | 175.00 | 35.00 |
| Mariah Young, Comp. Lit. Case Manager | 2.9 | 175.00 | 507.50 |
| Jennifer Steele, Paralegal | .3 | 175.00 | 52.50 |

6. My firm incurred a total of $231.25 in expenses in connection with the prosecution of this litigation. They are broken down as follows:

| EXPENSE CATEGORY | TOTAL |
|---|---|
| Meals, Hotels & Transportation | |
| Photocopies | |
| Postage | |
| Telephone, Facsimile | |
| Messenger, Overnight Delivery | 51.25 |
| Filing, Witness & Other Fees | 180.00 |
| Court Reporters | |
| Lexis, Westlaw, Online Library Research | |
| Class Action Notices/Business Wire | |
| Mediation Fees | |
| Experts/Consultants/Investigators | |
| TOTAL | 231.25 |

7. The expenses pertaining to this case are reflected in the books and records of this firm. These books and records are prepared from expense vouchers, check records, and other documents and are an accurate record of the expenses.

2

Executed this 5th day of January, 2016

[ATTORNEY SIGNATURE]