```
BIM300T                              COATS | ROSE                      BIM RUN# ... 0020952        Page ............    1
Date .......... 1/11/17          BILLING INFORMATION MEMO                                          Time ......  12:15:19

Requ Attorney.. 1048  DWIGHT E. JEFFERSON      13317 000 MILDRED E. WHITTIER, a/n/f FOR JULIUS E.  BIM#:        20327128
N Orig Attorney 1048  DWIGHT E. JEFFERSON                IN RE: NCAA STUDENT ATHLETE CONCUSSION    Time:  0/00/0000 11/30/2018
N Bill Attorney 1048  DWIGHT E. JEFFERSON             1  Opened Date... 10/14/2014                 Cost:  0/00/0000 11/30/2018
N Resp Attorney 9999  FIRM                                             CONTINGENT-CIVIL/COMM LITIGATION-DEF
N Rept Attorney 9999  FIRM                                                                         Time by Prd/Year:
N Othr Attorney 9999  FIRM                                                                         Cost by Prd/Year:
```

```
MILDRED E. WHITTIER, a/n/f FOR JULIUS E.                          INJURY LITIGATION
632 NORTH MANUS                                                    ***CONTINGENCY***
DALLAS, TX 75224
```

Billing Notes

```
                                  <==================  T I M E  =================>

- Date -    Wkng  Task  Actv                              Billable
            Atty        Code  Description                  Hours     Rate      Value     Non-Chrg. Group# /Item

10/16/2014  DEJ               Reviewed file materials and began    4.00   400.00   1,600.00              19722
                              drafting of Plaintiff's Original
                              Complaint; dictated draft Complaint.

10/17/2014  DEJ               Reviewed draft Complaint and Response to   4.00   400.00   1,600.00         19722
                              Plaintiffs' Motion for Preliminary
                              Approval of Settlement in Illinois
                              Court.

10/20/2014  DEJ               Completed review of draft Complaint and    6.00   400.00   2,400.00         19722
                              Response to Plaintiff's Motion for
                              Preliminary Approval; began drafting
                              Objection to same.

10/21/2014  DEJ               Completed draft Objection Preliminary      6.00   400.00   2,400.00         19722
                              Class settlement and edit draft
                              Complaint.

10/22/2014  DEJ               Completed preparation of final Objection   12.00  400.00   4,800.00         19722
                              to Preliminary Approval; travel to
                              Chicago for hearing.

10/23/2014  DEJ               Attend and participate in hearing on       10.00  400.00   4,000.00         19722
```

**EXHIBIT A**

```
BIM300T                                                    COATS | ROSE                              BIM RUN# ... 0020952              Page ..........    2
Date ..........  1/11/17                             BILLING INFORMATION MEMO                                                        Time .....     12:15:19

Requ.Attorney..  1048  DWIGHT E. JEFFERSON     13317  000 MILDRED E. WHITTIER, a/n/f FOR JULIUS E.  BIM#:                         2032713
N Orig Attorney  1048  DWIGHT E. JEFFERSON         1       IN RE: NCAA STUDENT ATHLETE CONCUSSION   Time:      0/00/0000 11/30/200
N Resp Attorney  1048  DWIGHT E. JEFFERSON                 Opened Date ... 10/14/2014               Cost:      0/00/0000 11/30/200
N Rept Attorney  9999  FIRM                                          CONTINGENT-CIVIL/COM LITIGATION-DEFN
N Othr Attorney  9999  FIRM                    Monthly                                              Time by Prd/Year:          N
                       9999  FIRM               XML01                                               Cost by Prd/Year:          N
```

| - Date - | Wkng Atty | Task | Actv Code | Description | Billable Hours | Rate | Value | Non-Chrg. | Group# /Item |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Plaintiffs' Motion for Preliminary | | | | | |
| | | | | Approval of Class Settlement; return | | | | | |
| | | | | travel to Houston. | | | | | |
| 10/27/2014 | DEJ | | | Completed review and edit of Complaint; | 2.00 | 400.00 | 800.00 | | 19722 |
| | | | | filed Complaint with Court. | | | | | |
| 10/28/2014 | DEJ | | | Returned calls from media outlets; | 4.00 | 400.00 | 1,600.00 | | 19722 |
| | | | | conference with client. | | | | | |
| 10/29/2014 | DEJ | | | Returned telephone calls and email | 4.00 | 400.00 | 1,600.00 | | 19722 |
| | | | | regarding case. | | | | | |
| 10/31/2014 | DEJ | | | Travel to Dallas to meet with client and | 14.00 | 400.00 | 5,600.00 | | 19722 |
| | | | | next friend; attended and participated | | | | | |
| | | | | in television news interview with client | | | | | |
| | | | | and next friend; return travel to | | | | | |
| | | | | Houston. | | | | | |
| 11/12/2014 | DEJ | | | Reviewed email communications regarding | 1.00 | 400.00 | 400.00 | | 20063 |
| | | | | transfer; reviewed transfer; Conditional | | | | | |
| | | | | Transfer Order. | | | | | |
| 12/19/2014 | DEJ | | | Participated by phone in oral hearing on | 1.50 | 400.00 | 600.00 | | 20344 |
| | | | | Plaintiff's Motion to Add Class | | | | | |
| | | | | Representatives; conferred with other | | | | | |
| | | | | objecting counsel regarding hearings. | | | | | |

```
BIM300T                                                                              Page ........  3
Date ........  1/11/17                                                                Time ......  12:15:19
```

```
Requ Attorney.. 1048 DWIGHT E. JEFFERSON
N Orig Attorney 1048 DWIGHT E. JEFFERSON
N Rep Attorney. 1048 DWIGHT E. JEFFERSON
N Rep Attorney. 9999 FIRM
N Rep Attorney. 9999 FIRM
N Othr Attorney 9999 FIRM
```

```
                               COATS | ROSE                        BIM RUN# ... 0020952
                          BILLING INFORMATION MEMO

           13317 000 MILDRED E. WHITTIER, a/n/f FOR JULIUS E.  BIM#:       0/00/0000 11/30/20...
                 1  IN RE: NCAA STUDENT ATHLETE CONCUSSION     Time:       0/00/0000 11/30/20...
                    Opened Date... 10/14/2014                  Cost:
                    CONTINGENT-CIVIL/COM LITIGATION-DEF...               Time by Prd/Year:
           Monthly                                                      Cost by Prd/Year:
           XML01
```

T I M E

| - Date - | Wkng Atty | Task | Actv Code | Description | Billable Hours | Rate | Value | Non-Chrg. | Group# /Item |
|---|---|---|---|---|---|---|---|---|---|
| 12/21/2014 | DEJ | | | Drafted Plaintiff's Motion for Appointment of Additional Class Counsel. | 4.00 | 400.00 | 1,600.00 | | 20344 |
| 12/22/2014 | DEJ | | | Reviewed Notification of Docket Entry. | .30 | 400.00 | 120.00 | | 20344 |
| 12/23/2014 | DEJ | | | Reviewed draft Motion for Appointment of Class Counsel; reviewed Order regarding same; draft edits to motion. | 4.00 | 400.00 | 1,600.00 | | 20344 |
| 1/13/2015 | DEJ | | | Filed Rule 23 Motion to Appointment Additional Class Counsel. | .50 | 400.00 | | | 20751 |
| 1/14/2015 | LAL | | | Review response to motion to appoint co-counsel, begin review for potential reply. | 3.00 | 300.00 | 900.00 | | 20984 |
| 1/15/2015 | LAL | | | Continue review regarding potential class counsel briefing. | .80 | 300.00 | 240.00 | | 20984 |
| 1/15/2015 | DEJ | | | Conferred with class counsel regarding agreement on briefing schedule and to strike hearing date. | 1.00 | 400.00 | 400.00 | | 20751 |
| 1/16/2015 | LAL | | | Preliminary outline of potential class counsel briefing and conference with D. Jefferson regarding strategy. | .60 | 300.00 | 180.00 | | 20984 |
| 1/16/2015 | DEJ | | | Conferred with Larry Lynn regarding strategy for briefing response to class | 2.00 | 400.00 | 800.00 | | 20751 |

```
BIM300T                                   COATS | ROSE                      BIM RUN# ... 0020952            Page ..........    4
Date ..........  1/11/17                BILLING INFORMATION MEMO                                            Time .....  12:15:19

Requ.Attorney..  1048  DWIGHT E. JEFFERSON    13317  000 MILDRED E. WHITTIER, a/n/f FOR JULIUS E.  BIM#:              20327128
N Orig Attorney.  1048  DWIGHT E. JEFFERSON         1      IN RE: NCAA STUDENT ATHLETE CONCUSSION   Time:   0/00/0000 11/30/2026
N Bill Attorney.  1048  DWIGHT E. JEFFERSON                Opened Date.... 10/14/2014               Cost:   0/00/0000 11/30/2026
N ResP Attorney.  9999  FIRM            Monthly                       CONTINGENT-CIVIL/COMM LITIGATION-DEN  Time by Prd/Year:  N
N ResB Attorney.  9999  FIRM            XML01                                                               Cost by Prd/Year:  N
N Othr Attorney.  9999  FIRM

=================================================  T I M E  ====<=============================================================
                       Wkng  Task  Actv                                        Billable
- Date -   Atty  Code       Description                                Hours    Rate      Value     Non-Chrg. Group# /Item#

                                  counsel objection.

1/22/2015  LAL                    Memo to D. Jefferson regarding interim  .80   300.00    240.00                20984
                                  counsel briefing.

1/26/2015  LAL                    Conference with D. Jefferson regarding  .20   300.00     60.00                20984
                                  certification expert report.

1/27/2015  LAL                    Research regarding motion to appoint   1.00   300.00    300.00                20984
                                  additional class counsel; review renewed
                                  motion filed by co-plaintiff's counsel
                                  and supporting documents.

1/28/2015  LAL                    Conferences with D. Jefferson regarding .60   300.00    180.00                20984
                                  interim class counsel application,
                                  response to opposition and proposal by
                                  Nichols' counsel to join forces.

1/28/2015  DEJ                    Worked on draft Memorandum in Support of 6.00 400.00   2,400.00               20751
                                  Rule 23 Motion.

2/27/2015  DEJ                    Reviewed Joint Submission regarding     1.00   400.00    400.00                21196
                                  Feasibility and Cost of Direct Notice.

3/31/2015  DEJ                    Reviewed and edited draft Memorandum in 4.00   400.00   1,600.00               21730
                                  Support of Edelson Motion.

4/14/2015  DEJ                    Reviewed filings from Plaintiffs and    4.00   400.00   1,600.00               22266
                                  Defendants regarding status hearing.
```

BIM300T

Date .........: 1/11/17

Page .........: 5

Time .....: 12:15:19

COATS | ROSE

BILLING INFORMATION MEMO

BIM RUN# ... 0020952

| Regu.Attorney..: | 1048 | DWIGHT E. | JEFFERSON |
| Orig.Attorney..: | 1048 | DWIGHT E. | JEFFERSON |
| Bill.Attorney..: | 1048 | DWIGHT E. | JEFFERSON |
| Resp.Attorney..: | 9999 | FIRM |
| Othr.Attorney..: | 9999 | FIRM |

13317 000 MILDRED E. WHITTIER, a/n/f FOR JULIUS E.   BIM#:
1   IN RE: NCAA STUDENT ATHLETE CONCUSSION   Time:
Opened Date....10/14/2014   Cost:
CONTINGENT-CIVIL/COMM LITIGATION-DEM

Monthly
XML01

Time by Prd/Year:
Cost by Prd/Year:

T I M E

| - Date - | Wkng Atty | Task | Actv Code | Description | Billable Hours | Rate | Value | Non-Chrg. | Group# /Item |
|---|---|---|---|---|---|---|---|---|---|
| 4/15/2015 | DEJ | | | Reviewed Expert Reports regarding preparation for status hearing. | 4.00 | 400.00 | 1,600.00 | | 22266 |
| 4/16/2015 | DEJ | | | Travel to Chicago for hearing on Plaintiff's Motion for Approval of Settlement Class; review of Plaintiff's Motion for Preliminary Approval and Exhibits regarding preparation for hearing. | 10.00 | 400.00 | 4,000.00 | | 22266 |
| 4/17/2015 | DEJ | | | Attended hearing on Motion for Preliminary Approval; travel from Chicago to Houston. | 8.00 | 400.00 | 3,200.00 | | 22266 |
| 4/20/2015 | DEJ | | | Dictated Motion for Leave to File Objection to Motion for Preliminary Approval. | 2.00 | 400.00 | 800.00 | | 22266 |
| 4/27/2015 | DEJ | | | Reviewed Motion for Preliminary Approval and exhibits regarding preparation of objection. | 4.00 | 400.00 | 1,600.00 | | 22266 |
| 5/07/2015 | DEJ | | | Research and review regarding preparation of Response to Joint Motion for Preliminary Approval. | 6.00 | 400.00 | 2,400.00 | | 22726 |
| 5/08/2015 | LAL | | | Assist research regarding class | .60 | 300.00 | 180.00 | | 22602 |

```
BIM300T                                          COATS | ROSE                              BIM RUN# ... 0020952                    Page .........       6
Date ........  1/11/17                      BILLING INFORMATION MEMO                                                             Time .....   12:15:19

Requ.Attorney.. 1048  DWIGHT E. JEFFERSON    13317  000  MILDRED E. WHITTIER, a/n/f FOR JULIUS E.             BIM#:           20327138
N Orig Attorney  1048  DWIGHT E. JEFFERSON           1    IN RE: NCAA STUDENT ATHLETE CONCUSSION             Time:  0/00/0000 11/30/20[..]
N Bill Attorney  1048  DWIGHT E. JEFFERSON               Opened Date... 10/14/2014                           Cost:  0/00/0000 11/30/20[..]
N Resp Attorney  9999  FIRM                                                                    CONTINGENT-CIVIL/COMM LITIGATION-DEF
N Rept Attorney  9999  FIRM                  Monthly                                                         Time by Prd/Year:
N Othr Attorney  9999  FIRM                  XML01                                                           Cost by Prd/Year:

======================================================  T I M E  =====================  <==============================================
                                                                         Billable
- Date -   Wkng Task  Actv    Description                              Hours    Rate       Value       Non-Chrg. Group# /Item
           Atty       Code

5/08/2015  DEJ                 certification response and discuss with
                               D. Jefferson.

                               Drafted Response to Joint Motion for     6.00   400.00    2,400.00                          22726
                               Preliminary Approval.

6/10/2015  DEJ                 Review NCAA Motion for Extension of      2.00   400.00      800.00                          23169
                               Time; Notice of Motion; reviewed
                               plaintiffs' response to Nichols'
                               objection.

6/26/2015  DEJ                 Reviewed Minute Order from Court          .30   400.00      120.00                          23192
                               regarding status conference
                               rescheduling.

7/14/2015  DEJ                 Reviewed Plaintiff's Motion to File      1.00   400.00      400.00                          23719
                               excess pages.

8/18/2015  DEJ                 Reviewed Minute entry of hearing on      1.00   400.00      400.00                          24009
                               Plaintiff's Motion for Leave to file
                               Opposition to Settlement.

8/20/2015  DEJ                 Reviewed appearance of new counsel.       .20   400.00       80.00                          24009

2/01/2016  DEJ                 Reviewed Minute Entry from Court          .30   400.00      120.00                          26941
                               regarding 2/4/16 status hearing
                               rescheduled to 3/3/16.

3/02/2016  DEJ                 Travel to Chicago for status hearing;    8.00   400.00    3,200.00                          27490
```

```
BIM300T                                    COATS | ROSE                    BIM RUN# ... 0020952       Page .......... 7
Date ..........  1/11/17                BILLING INFORMATION MEMO                                  Time ......  12:15:19

Requ Attorney.. 1048  DWIGHT E. JEFFERSON    13317  000  MILDRED E. WHITTIER, a/n/f FOR JULIUS E. BIM#:               2032712
N Orig Attorney 1048  DWIGHT E. JEFFERSON         1    1       IN RE: NCAA STUDENT ATHLETE CONCUSSION  Time:    0/00/0000 11/30/20
N Resp Attorney 1048  DWIGHT E. JEFFERSON                      Opened Date... 10/14/2014              Cost:    0/00/0000 11/30/20
N Resp Attorney 9999  FIRM                                                   CONTINGENT-CIVIL/COMM LITIGATION-DEF
N Rept Attorney 9999  FIRM                 Monthly                                            Time by Prd/Year:
N Othr Attorney 9999  FIRM                 XML01                                              Cost by Prd/Year:
============================================================  T I M E  <=================================================
                                                                                    Billable
- Date -    Wkng                    Description                                      Hours    Rate      Value     Non-Chrg. Group# /Ite
            Atty  Task  Activ
                        Code                                                                                                27490
                                    prepare regarding same; prepared motion
                                    to supplement the record.

3/02/2016   DEJ                     Reviewed Notice of Fegan Motion to               .30      400.00    120.00
                                    Withdraw as Counsel and other filings.

3/04/2016   DEJ                     Reviewed email from Judge Lee's Court            .30      400.00    120.00     27490
                                    reporter regarding clarification of
                                    record.

3/21/2016   DEJ                     Reviewed email hearing transcript.              .50      400.00    200.00     27490
6/02/2016   DEJ                     Reviewed email from court and attached          .50      400.00    200.00     29143
                                    Hearing transcript.

7/13/2016   DEJ                     Reviewed Amended Class Action Settlement        4.00     400.00   1,600.00    29172
                                    Agreement and exhibits regarding
                                    preparing for status hearing regarding
                                    preliminary approval.

7/14/2016   DEJ                     Participated in status hearing regarding        3.00     400.00   1,200.00    29172
                                    preliminary approval of settlement and
                                    reviewed Memorandum Order regarding
                                    same; reviewed filing for court
                                    regarding notice of appearance of
                                    counsel; reviewed minute Entry regarding
                                    Hearing.
```

```
BIM300T                                    COATS | ROSE                          BIM RUN# ... 0020952                    Page .........    8
Date .........  1/11/17                BILLING INFORMATION MEMO                                                          Time ......  12:15:19

Requ.Attorney.. 1048  DWIGHT E. JEFFERSON     13317 000  MILDRED E. WHITTIER, a/n/f FOR JULIUS E. BIM#:        0/00/0000 11/30/2018  20327128
N Orig Attorney 1048  DWIGHT E. JEFFERSON           1    IN RE: NCAA STUDENT ATHLETE CONCUSSION  Time:        0/00/0000 11/30/2018  20327128
N Resp Attorney 3998  DWIGHT E. JEFFERSON                Opened Date... 10/14/2014                Cost:      CONTINGENT-CIVIL/COM LITIGATION-DEF
N Rep  Attorney 3998  DWIGHT E. JEFFERSON   Monthly                                    CONTINGENT-CIVIL/COM LITIGATION-DEF Time by Prd/Year:
N Repd Attorney 9999  FIRM                   XML01                                                                       Cost by Prd/Year:
N Othr Attorney 9999  FIRM
```

```
====================================================== T I M E ======================================================================

                                                                        <===================>                  <======================
            Wkng
 - Date -   Atty  Task  Actv                                            Billable                                 Non-Chrg. Group# /Item
                        Code  Description                               Hours    Rate     Value

 7/15/2016  DEJ                     Review Memorandum Opinion and Order   3.00   400.00   1,200.00                         29172
                                    signed by Judge Lee and Notice, Minute
                                    Entry, and Preliminary Approval Order
                                    and Stipulated HIPPA Orders.

 7/18/2016  DEJ                     Review email and draft TSCA Protective 1.00  400.00    400.00                         29172
                                    Order; conference with L. Wilson
                                    regarding same; email from Defendant's
                                    attorney regarding same.

 8/09/2016  DEJ                     Began review of complaint regarding   2.00   400.00    800.00                         29807
                                    amending to include Big XII Conference.

 8/22/2016  DEJ                     Reviewed filing with the Court 288 and 1.50  400.00    600.00                         29807
                                    filing with the Judicial Panel on MDL.

 8/22/2016  DEJ                     Reviewed filing with the Court 289.     .50  400.00    200.00                         29807

 9/12/2016  DEJ                     Begin review of draft Amended petition 2.00  400.00    800.00                         30533
                                    and court order.

 9/13/2016  DEJ                     Conferred with co-counsel regarding    1.00  400.00    400.00                         30533
                                    docket control order.

10/05/2016  DL                      Research on WestLaw as well as the Texas 1.90 140.00   266.00                         30403    10
                                    SOS regarding the Southwest Athletic
                                    Conference.

10/05/2016  DEJ                     Prepared, edited, and filed Plaintiff  4.00  400.00   1,600.00                        30533
```

```
BIM300T                                              COATS | ROSE                          BIM RUN# ... 0020952              Page .......... 9
Date ..........  1/11/17                          BILLING INFORMATION MEMO                                                  Time .....  12:15:19

Regu.Attorney..  1048  DWIGHT E. JEFFERSON    13317  000 MILDRED E. WHITTIER, a/n/f FOR JULIUS E.  BIM#:
N Orig Attorney  1048  DWIGHT E. JEFFERSON          1  IN RE: NCAA STUDENT ATHLETE CONCUSSION      Time:   0/00/0000  11/30/2005  20327128
N Bill Attorney  1048  DWIGHT E. JEFFERSON             Opened Date....10/14/2014                   Cost:   0/00/0000  11/30/2005
N Resp Attorney  9999  FIRM                                                                        CONTINGENT-CIVIL/COMM LITIGATION-DEFE
N Repp Attorney  9999  FIRM                   Monthly                                                      Time by Prd/Year:       N
N Othr Attorney  9999  FIRM                   XML01                                                        Cost by Prd/Year:       N

========================================================  T I M E  ==================================================================

            Wkng          Actv                                        <=========================>   Billable
- Date -    Atty  Task    Code    Description                                                       Hours   Rate    Value    Non-Chrg. Group# /Item

                                  Whittier's Motion for Appointment of
                                  Dwight E. Jefferson as Class Liaison
                                  counsel.

10/06/2016  DEJ                   Reviewed draft First Amended Complaint,      2.00   400.00    800.00            30533
                                  edited same; conferred with F. Reece
                                  regarding preparation of same.

10/07/2016  DEJ                   Completed review and preparation of         4.00   400.00  1,600.00            30533
                                  Plaintiffs' First Amended Complaint and
                                  Motion for Leave; conferred with court
                                  coordinator regarding filing of Motion
                                  for Appointment as Class Liaison
                                  Counsel.

10/13/2016  DEJ                   Reviewed Amended Motion for Leave and        1.00   400.00    400.00            30533
                                  Amended Complaint and Notice of Motion
                                  and conferred with legal assistant
                                  regarding same.

10/18/2016  DEJ                   Conferred with court coordinator and        3.00   400.00  1,200.00            30533
                                  legal assistance regarding filing of
                                  notice of appearance; conferred with D.
                                  Jasmer regarding serving as local
                                  counsel.
```

```
BIM300T                                                                    Page .........    10
Date .........  1/11/17                                                     Time .....   12:15:19

                                      COATS | ROSE
                                BILLING INFORMATION MEMO

Requ.Attorney.. 1048  DWIGHT E. JEFFERSON     13317  000  MILDRED E. WHITTIER. a/n/f  FOR JULIUS E.      BIM RUN# ... 0020952
N Orig Attorney 1048  DWIGHT E. JEFFERSON            1     IN RE: NCAA STUDENT ATHLETE CONCUSSION
N Bill Attorney 1048  DWIGHT E. JEFFERSON                  Opened Date... 10/14/2014
N Resp Attorney 9999  FIRM                                                                              BIM#:
N Resp Attorney 9999  FIRM                                                                              Time:
N Othr Attorney 9999  FIRM                                Monthly              CONTINGENT-CIVIL/COMM LITIGATION-DEFN  Cost:
                                                          XML01                                         0/00/0000 11/30/2016  2037103
                                                                                                        0/00/0000 11/30/2016  2037103
                                                                                                        Time by Prd/Year:
                                                                                                        Cost by Prd/Year:
```

| - Date - | Wkng Atty | Task | Actv Code | Description | Billable Hours | Rate | Value | Non-Chrg. | Group# /Item |
|---|---|---|---|---|---|---|---|---|---|
| 10/19/2016 | DEJ | | | Conference call with Northern District Clerk regarding status of attorney of record. | 1.00 | 400.00 | 400.00 | | 30533 |
| 10/20/2016 | DEJ | | | Reviewed notice from court regarding appearance of counsel. | .30 | 400.00 | 120.00 | | 30533 |
| 10/25/2016 | DEJ | | | Reviewed filings with the Court regarding conditional Transfer Order; Notice of Correction. | .50 | 400.00 | 200.00 | | 30533 |
| 11/15/2016 | DEJ | | | Prepared engagement letter for Lee Rickman and draft local counsel agreement and client consent | 1.50 | 400.00 | 600.00 | | 30951 |
| 11/16/2016 | DEJ | | | Reviewed draft Local Counsel Agreement, Client Fee Sharing Disclosure and Consent, Attorney Client Employment Agreement, edited same | 3.00 | 400.00 | 1,200.00 | | 30951 |
| 11/21/2016 | DEJ | | | Reviewed draft Attorney Client Agreement and Local Counsel Agreement. Forwarded same to L. Rickman and D. Jasmer. | 2.00 | 400.00 | 800.00 | | 30951 |
| 12/01/2016 | DEJ | | | Reviewed correspondence and Plaintiff's Notice of Subpoena. | .30 | 400.00 | 120.00 | | 31395 |
| 12/01/2016 | DEJ | | | Reviewed email from client Rickman - | .50 | 400.00 | 200.00 | | 31395 |

BIM300T

Date ........ 1/11/17

```
                        COATS | ROSE
                 BILLING INFORMATION MEMO
```

Page .......... 11
Time ...... 12:15:19

BIM RUN# ... 0020952

```
Requ.Attorney.. 1048  DWIGHT E. JEFFERSON
N Orig Attorney  1048  DWIGHT E. JEFFERSON
N Bill Attorney  1048  DWIGHT E. JEFFERSON
N Resp Attorney  9999  FIRM
N Supp Attorney  9999  FIRM
N Othr Attorney  9999  FIRM
```

```
13317  000  MILDRED E. WHITTIER, a/n/f FOR JULIUS E.   BIM#:
    1       IN RE: NCAA STUDENT ATHLETE CONCUSSION     Time:
            Opened Date... 10/14/2014                  Cost:
```

CONTINGENT-CIVIL/COMM LITIGATION-DEFEN...

Monthly
XML01

```
0/00/0000 11/30/2008   2032710
0/00/0000 11/30/2008
Time by Prd/Year:
Cost by Prd/Year:
```

### T I M E

| - Date - | Wkng Atty | Task | Actv Code | Description | Billable Hours | Rate | Value | Non-Chrg. | Group# /Item |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| 12/16/2016 | DEJ | | | Reviewed draft of edited Plaintiff's Motions to Transfer to MDL. Researched and dictated Plaintiff's Memorandum in Support of Motion to Transfer to MDL. | 4.00 | 400.00 | 1,600.00 | | 31395 |
| 12/19/2016 | DEJ | | | Reviewed and edited draft memorandum in support of Motion to Transfer MDL. Reviewed MDL Rules of Procedure regarding filing of motions. Reviewed Settlement Class Counsel Unopposed Motion for Extension of Time and Second Unopposed Motion Extension of Time. | 2.00 | 400.00 | 800.00 | | 31395 |

Note: (client contract and medical authorization.)

```
                     Unbilled Time   205.80        81,066.00        200.00
```

### C O S T S   A D V A N C E D

| - Date - | Wkng Atty | Task | Serv Code | Description | Quantity | Amount | Group# /Item |
|---|---|---|---|---|---|---|---|
| 10/23/2014 | DEJ | | 0110 | DWIGHT JEFFERSON  Check # - 000149320  DWIGHT JEFFERSON - AIRFARE OUT OF TOWN TRAVEL, TO/FROM CHICAGO, IL TO ATTEND CLASS ACTION | | 1,056.70 | 13913 |

```
BIM300T                                    COATS | ROSE                          Page  . . . . . . . . :   12
Date . . . . . . . . :   1/11/17                                                  Time  . . . . . :   12:15:19
                                     BILLING INFORMATION MEMO

Requ.Attorney. .  1048  DWIGHT E. JEFFERSON      13317  000  MILDRED E. WHITTIER, a/n/f FOR JULIUS E.          2032710
N Orig Attorney   1048  DWIGHT E. JEFFERSON             1    IN RE: NCAA STUDENT ATHLETE CONCUSSION   Time:   0/00/0000  11/30/2006
N Bill Attorney   1048  DWIGHT E. JEFFERSON                  Opened Date. . . . 10/14/2014             Cost:   0/00/0000  11/30/2006
N Resp Attorney   9999  FIRM                                                                 CONTINGENT-CIVIL/COMM LITIGATION-DEF
N Resp Attorney   9999  FIRM                   Monthly                                             Time by Prd/Year:
N Othr Attorney   9999  FIRM                   XML01                                               Cost by Prd/Year:

                                    BIM RUN# . . . 0020952

=============================================>  C O S T S     A D V A N C E D   <=============================================

- Date -    Wkng                                                                                                    Group# /Item
          Atty Task    Serv                 Description                              Quantity         Amount
                       Code

10/23/2014  DEJ        0110   DWIGHT JEFFERSON              Check # -
                             HEARING 10/22/14 - 10/23/14
                             OUT OF TOWN TRAVEL, DWIGHT JEFFERSON - HOTEL IN                       110.00           13913
                             CHICAGO, IL TO ATTEND CLASS ACTION HEARING
                             10/22/14 - 10/23/14

10/23/2014  DEJ        0110   DWIGHT JEFFERSON              Check # -         000149320
                             OUT OF TOWN TRAVEL, DWIGHT JEFFERSON - TAXI IN                         40.80           13913
                             CHICAGO, IL TO ATTEND CLASS ACTION HEARING
                             10/22/14 - 10/23/14

10/23/2014  DEJ        0110   DWIGHT JEFFERSON              Check # -         000149320
                             OUT OF TOWN TRAVEL, DWIGHT JEFFERSON - MEALS IN                        81.06           13913
                             CHICAGO, IL TO ATTEND CLASS ACTION HEARING
                             10/22/14 - 10/23/14

10/23/2014  DEJ        0110   DWIGHT JEFFERSON              Check # -         000149320
                             OUT OF TOWN TRAVEL, DWIGHT JEFFERSON - PARKING AT                      19.00           13913
                             AIRPORT FOR CHICAGO, IL TRIP 10/22/14 - 10/23/14

10/27/2014  DEJ        0112   DWIGHT JEFFERSON              Check # -         000149320
                             COURT FEES, DWIGHT JEFFERSON, U.S. DISTRICT COURT                     400.00           13913
                             - FILING FEE FOR ORIGINAL COMPLAINT

10/30/2014  DEJ        0112   CLERK OF THE SUPREME          Check # -         000149242
                             COURT FEES, CLERK OF THE SUPREME COURT -                               10.00           13880
```

```
BIM300T
Date .........: 1/11/17                                                    Page .........: 13
                                                                           Time .....: 12:15:19
```

```
                              COATS | ROSE
                         BILLING INFORMATION MEMO                    BIM RUN# ... 0020952
```

```
Requ.Attorney.-: 1048 DWIGHT E. JEFFERSON
N Orig Attorney: 1048 DWIGHT E. JEFFERSON     13317 000 MILDRED R. WHITTIER, a/n/f FOR JULIUS E.    BIM#:  0/00/0000 11/30/20
N Bill Attorney: 1048 DWIGHT E. JEFFERSON          1   IN RE: NCAA STUDENT ATHLETE CONCUSSION      Time:  0/00/0000 11/30/20
N Rep Attorney: 9999 FIRM                              Opened Date... 10/14/2014                   Cost:
N Othr Attorney: 9999 FIRM                         CONTINGENT-CIVIL/COMM LITIGATION-DEF            Time by Prd/Year:
                                              Monthly                                              Cost by Prd/Year:
                                              XML01
```

C O S T S   A D V A N C E D

| - Date - | Wkng Atty | Task | Serv Code | Description | Quantity | Amount | Group# /Item |
|---|---|---|---|---|---|---|---|
| 10/31/2014 | DEJ | | 0110 | DWIGHT JEFFERSON   Check # -  000149448 CERTIFICATE OF GOOD STANDING OUT OF TOWN TRAVEL, DWIGHT JEFFERSON - MEAL IN DALLAS, TX FOR MEETING W/ CLIENT & INTERVIEWS | | 138.56 | 13970 |
| 10/31/2014 | DEJ | | 0125 | DWIGHT JEFFERSON   Check # -  000149448 MILEAGE, DWIGHT JEFFERSON - 480 MILES @ .560 PER MILE TO/FROM DALLAS, TX FOR MEETING W/ CLIENT & INTERVIEWS | | 268.80 | 13970 |
| 11/12/2014 | PB | | 0101 | PHOTOCOPIES | 11.00 | 2.75 | 13979 |
| 11/12/2014 | PB | | 0101 | PHOTOCOPIES | 30.00 | 7.50 | 13979 |
| 11/20/2014 | PB | | 0101 | PHOTOCOPIES | 204.00 | 51.00 | 14073 |
| 11/20/2014 | DEJ | | 0112 | U.S. DISTRICT CLERK, Check # -  000149541 COURT FEES, U.S. DISTRICT CLERK, NORTHERN DISTRICT - FILING FEE FOR MOTION FOR LEAVE TO APPEAR PRO HAC VICE | | 50.00 | 14065 |
| 11/24/2014 | PB | | 0101 | PHOTOCOPIES | 10.00 | 2.50 | 14106 |
| 11/24/2014 | PB | | 0101 | PHOTOCOPIES | 11.00 | 2.75 | 14106 |
| 12/31/2014 | DEJ | | 0106 | PACER SERVICE CENTER Check # -  000150380 ONLINE RESEARCH - PACER SEARCHES - 10/1/2014 - 12/31/2014 | | 15.50 | 14587 |
| 1/05/2015 | LM | | 0101 | PHOTOCOPIES | 148.00 | 37.00 | 14522 |

```
BIM300T                                    COATS | ROSE                       Page .........    14
Date .........   1/11/17                BILLING INFORMATION MEMO              Time .....    12:15:19

Requ.Attorney..   1048   DWIGHT E. JEFFERSON    13317  000  MILDRED E. WHITTIER, a/n/f FOR JULIUS E.  BIM#:              20327110
N Orig Attorney   1048   DWIGHT E. JEFFERSON         1       IN RE: NCAA STUDENT ATHLETE CONCUSSION   Time:   0/00/0000 11/30/2015
N Rqst Attorney   1048   DWIGHT E. JEFFERSON                 Opened Date.... 10/14/2014               Cost:   0/00/0000 11/30/2015
N Rspn Attorney   9999   FIRM                                                       CONTINGENT-CIVIL/COMM LITIGATION-DEFT
N Rept Attorney   9999   FIRM                       Monthly                                           Time by Prd/Year:
N Othr Attorney   9999   FIRM                       XML01                                             Cost by Prd/Year:

========================================>   C O S T S     A D V A N C E D    <========================================

 - Date -    Wkng           Serv
             Atty  Task     Code    Description                        Quantity          Amount      Group# /Item

1/05/2015    LM             0101    PHOTOCOPIES                          164.00            41.00      14522   19
1/07/2015    LM             0101    PHOTOCOPIES                          108.00            27.00      14543   22
1/14/2015    DEJ            0107    FEDERAL EXPRESS      Check # -  000150575              22.93      14717
                                    DELIVERY SERVICE/MESSENGER, FEDERAL EXPRESS -
                                    FROM LATONYA MCPHERSON TO THE HONORABLE JOHN ZEE

1/27/2015    LAL            0101    PHOTOCOPIES                           10.00             2.50      14759    2
1/28/2015    DEJ            0101    PHOTOCOPIES                          108.00            27.00      14770   23
1/30/2015    LM             0101    PHOTOCOPIES                           20.00             5.00      14788    3
1/31/2015    DEJ            0106    LEXISNEXIS - ONLINE  Check # -  000151093              68.04      15065
                                    ONLINE RESEARCH, LEXISNEXIS - INVOICE 1501449582
                                    - JANUARY 2015

2/03/2015    DEJ            0101    PHOTOCOPIES                           10.00             2.50      14831
2/12/2015    DEJ            0101    PHOTOCOPIES                           20.00             5.00      14995    4
2/23/2015    DEJ            0101    PHOTOCOPIES                           15.00             3.75      15090    4
3/25/2015    DEJ            0101    PHOTOCOPIES                           13.00             3.25      15409   18
3/31/2015    DEJ            0106    PACER SERVICE CENTER Check # -  000151812             25.00       15567
                                    ONLINE RESEARCH, PACER SERVICE CENTER - INVOICE
                                    2527874-Q12015 - JAN. 2015-MARCH 2015

4/15/2015    DEJ            0101    PHOTOCOPIES                           25.00             6.25      15652
4/15/2015    DEJ            0101    PHOTOCOPIES                           39.00             9.75      15652    2
4/15/2015    DEJ            0101    PHOTOCOPIES                           45.00            11.25      15652    2
```

```
BIM300T                                    COATS | ROSE                          Page ..........      15
Date ........ 1/11/17                  BILLING INFORMATION MEMO                   Time .....    12:15:19

Requ.Attorney.. 1048  DWIGHT E. JEFFERSON    13317 000  MILDRED B. WHITTIER, a/n/f FOR JULIUS E.    2032710(1)
N Orig Attorney 1048  DWIGHT E. JEFFERSON          1    IN RE: NCAA STUDENT ATHLETE CONCUSSION  0/00/0000 11/30/2008
N Bill Attorney 3948  DWIGHT                             Opened Date... 10/14/2014  Cost:  0/00/0000 11/30/2008
N Resp Attorney 9999  FIRM                                               CONTINGENT-CIVIL/COMM LITIGATION-DEFEN N
N Rept Attorney 9999  FIRM          Monthly                                        Time by Prd/Year:
N Othr Attorney 9999  FIRM          XML01                                          Cost by Prd/Year:

                                   BIM RUN# ... 0020952

============================  C O S T S    A D V A N C E D  ============================>

- Date -    Wkng   Serv
            Atty  Task  Code   Description                              Quantity      Amount    Group# /Item
============================================================================================================
4/15/2015   DEJ         0101   PHOTOCOPIES                               181.00        45.25    15652     2
4/17/2015   DEJ         0110   DWIGHT JEFFERSON    Check # -  000152271              1,060.00    15871
                               OUT OF TOWN TRAVEL, DWIGHT JEFFERSON - AIRFARE
                               TO/FROM CHICAGO, IL TO ATTEND HEARING 4/16/15 -
                               4/17/15
4/17/2015   DEJ         0110   DWIGHT JEFFERSON    Check # -  000152271                231.64    15871
                               OUT OF TOWN TRAVEL, DWIGHT JEFFERSON - HOTEL IN
                               CHICAGO, IL TO ATTEND HEARING 4/16/15 - 4/17/15
4/17/2015   DEJ         0110   DWIGHT JEFFERSON    Check # -  000152271                 69.60    15871
                               OUT OF TOWN TRAVEL, DWIGHT JEFFERSON - MEALS IN
                               CHICAGO, IL TO ATTEND HEARING 4/16/15 - 4/17/15
4/17/2015   DEJ         0110   DWIGHT JEFFERSON    Check # -  000152271                 28.00    15871
                               OUT OF TOWN TRAVEL, DWIGHT JEFFERSON - PARKING AT
                               AIRPORT FOR CHICAGO, IL TRIP 4/16/15 - 4/17/15
4/28/2015   DEJ         0102   US LEGAL SUPPORT, IN Check # -  000152461               83.00     16066
                               OUTSIDE PRINTING, US LEGAL SUPPORT, INC., INVOICE
                               #507089 -  AFFIDDAVIT OF NO RECORD FOR JULIUS E.
                               WHITTIER
5/07/2015   LAL         0101   PHOTOCOPIES                                17.00         4.25     15865
5/08/2015   LAL         0101   PHOTOCOPIES                                30.00         7.50     15887    22
6/18/2015   LAL         0101   PHOTOCOPIES                                14.00         3.50     16405
```

```
BIM300T                                                                              Page .........   16
Date .........   1/11/17                                                             Time .....    12:15:19

                                        COATS | ROSE                BIM RUN# ... 0020952

                                   BILLING INFORMATION MEMO

Requ Attorney..  1048  DWIGHT E. JEFFERSON     13317 000 MILDRED E. WHITTIER, a/n/f FOR JULIUS E. BIM#:         20327134
N Orig Attorney  1048  DWIGHT E. JEFFERSON              1  IN RE: NCAA STUDENT ATHLETE CONCUSSION     Time:   0/00/0000 11/30/2016
N Bill Attorney  1048  DWIGHT E. JEFFERSON                 Opened Date... 10/14/2014                  Cost:   0/00/0000 11/30/2016
N Rep Attorney   9999  FIRM                                                        CONTINGENT-CIVIL/COMM LITIGATION-DEFEN
N Othr Attorney  9999  FIRM                                             Monthly                       Time by Prd/Year:
N Othr Attorney  9999  FIRM                                             XML01                         Cost by Prd/Year:

===================================================  C O S T S   A D V A N C E D  <====================================

- Date -    Wkng                                                                                        Group# /Item
            Atty  Task  Serv    Description                         Quantity          Amount
                        Code

6/19/2015   DEJ        0101    PHOTOCOPIES                            14.00              3.50            16429
6/22/2015   DEJ        0101    PHOTOCOPIES                            18.00              4.50            16452
6/30/2015   DEJ        0106    PACER SERVICE CENTER Check # -  000153038               1.20            16662
                              ONLINE RESEARCH, PACER SERVICE CENTER - INVOICE #
                              2527874 - Q22015 - 4/1/2015- 6/30/2015

6/30/2015   DEJ        0106    PACER SERVICE CENTER Check # -  000153038               1.40            16662
                              ONLINE RESEARCH, PACER SERVICE CENTER - INVOICE #
                              2527874 - Q22015 - 4/1/2015- 6/30/2015

7/08/2015   DEJ        0101    PHOTOCOPIES                            10.00              2.50            16624
8/03/2015   FIRM       0101    PHOTOCOPIES                             1.00               .25            16905
8/03/2015   FIRM       0101    PHOTOCOPIES                             2.00               .50            16905
8/03/2015   FIRM       0101    PHOTOCOPIES                             6.00              1.50            16905
8/03/2015   FIRM       0101    PHOTOCOPIES                            14.00              3.50            16905
8/03/2015   FIRM       0101    PHOTOCOPIES                            26.00              6.50            16905
8/03/2015   FIRM       0101    PHOTOCOPIES                            82.00             20.50            16905
8/03/2015   FIRM       0101    PHOTOCOPIES                           208.00             52.00            16905
8/03/2015   FIRM       0101    PHOTOCOPIES                            14.00              3.50            16905
8/03/2015   FIRM       0101    PHOTOCOPIES                            27.00              6.75            16905
8/03/2015   FIRM       0101    PHOTOCOPIES                            84.00             21.00            16905
8/03/2015   FIRM       0101    PHOTOCOPIES                           214.00             53.50            16905
8/17/2015   LAL        0101    PHOTOCOPIES                            13.00              3.25            17028
```

```
BIM300T                                      COATS | ROSE                          BIM RUN# ... 0020952        Page ..........  17
Date ........  1/11/17                   BILLING INFORMATION MEMO                                              Time .....  12:15:19

Requ.Attorney..  1048  DWIGHT E. JEFFERSON      13317  000  MILDRED E. WHITTIER, a/n/f FOR JULIUS E.          0/00/0000  11/30/2020
N Orig Attorney  1048  DWIGHT E. JEFFERSON          1    1  IN RE: NCAA STUDENT ATHLETE CONCUSSION  Time:     0/00/0000  11/30/2020
N Bill Attorney  1048  DWIGHT E. JEFFERSON                  Opened Date....10/14/2014              Cost:                2032712
N Resp Attorney  9999  FIRM                                                                                   COMM LITIGATION-DEF
N Oth  Attorney  9999  FIRM                     Monthly                        CONTINGENT-CIVIL/C             Time by Prd/Year:
N Othr Attorney  9999  FIRM                     XML01                                                         Cost by Prd/Year:
```

| - Date - | Wkng Atty | Task | Serv Code | Description | Quantity | Amount | Group#/Item |
|---|---|---|---|---|---|---|---|
| 8/17/2015 | LAL | | 0101 | PHOTOCOPIES | 16.00 | 4.00 | 17028 |
| 8/24/2015 | DEJ | | 0101 | PHOTOCOPIES | 13.00 | 3.25 | 17130 |
| 8/24/2015 | DEJ | | 0101 | PHOTOCOPIES | 13.00 | 3.25 | 17130 |
| 8/24/2015 | DEJ | | 0101 | PHOTOCOPIES | 13.00 | 3.25 | 17130 |
| 8/24/2015 | DEJ | | 0101 | PHOTOCOPIES | 13.00 | 3.25 | 17130 |
| 8/24/2015 | DEJ | | 0101 | PHOTOCOPIES | 13.00 | 3.25 | 17130 |
| 10/05/2015 | DEJ | | 0101 | PHOTOCOPIES | 17.00 | 4.25 | 17553 |
| 10/21/2015 | DEJ | | 0101 | PHOTOCOPIES | 21.00 | 5.25 | 17770 |
| 11/02/2015 | DEJ | | 0101 | PHOTOCOPIES | 24.00 | 6.00 | 17854 |
| 11/02/2015 | DEJ | | 0101 | PHOTOCOPIES | 24.00 | 6.00 | 17854 |
| 11/02/2015 | DEJ | | 0101 | PHOTOCOPIES | 24.00 | 6.00 | 17854 |
| 11/02/2015 | DEJ | | 0101 | PHOTOCOPIES | 24.00 | 6.00 | 17854 |
| 11/05/2015 | DEJ | | 0101 | PHOTOCOPIES | 30.00 | 7.50 | 17910 |
| 11/05/2015 | DEJ | | 0101 | PHOTOCOPIES | 222.00 | 55.50 | 17910 |
| 11/11/2015 | DEJ | | 0101 | PHOTOCOPIES | 90.00 | 22.50 | 17931 |
| 1/29/2016 | DEJ | | 0101 | PHOTOCOPIES | 53.00 | 13.25 | 18640 |
| 3/03/2016 | DEJ | | 0110 | DWIGHT JEFFERSON   Check # - 000156832 | | 1,091.96 | 19138 |
| | | | | OUT OF TOWN TRAVEL, DWIGHT JEFFERSON - AIRFARE | | | |
| | | | | TO/FROM CHICAGO, IL TO ATTEND HEARING 3/2/16 - | | | |
| | | | | 3/3/16 | | | |
| 3/03/2016 | DEJ | | 0110 | DWIGHT JEFFERSON   Check # - 000156832 | | 261.91 | 19138 |

Case: 1:13-cv-09116 Document #: 328-2 Filed: 01/13/17 Page 18 of 25 PageID #:8676

```
BIM300T                                    COATS | ROSE                              BIM RUN# ... 0020952
Date .......... 1/11/17                BILLING INFORMATION MEMO
```

| Requ. Attorney.. 1048 DWIGHT E. JEFFERSON | 13317 000 MILDRED E. WHITTIER, a/n/f FOR JULIUS E. | BIM#: |
| N Orig Attorney 1048 DWIGHT E. JEFFERSON | 1   IN RE: NCAA STUDENT ATHLETE CONCUSSION | Time: 0/00/0000 11/30/2008 |
| N Bill Attorney 1048 DWIGHT E. JEFFERSON | Opened Date.... 10/14/2014 | Cost: 0/00/0000 11/30/2008 |
| N Resp Attorney 9999 FIRM | | Time by Prd/Year: |
| N Resp Attorney 9999 FIRM | CONTINGENT-CIVIL/COMM LITIGATION-DEF | Cost by Prd/Year: |
| N Othr Attorney 9999 FIRM | | |

Monthly
XML01

## COSTS ADVANCED

| Date - | Wkng Atty | Task | Serv Code | Description | Quantity | Amount | Group# /Item# |
|--------|-----------|------|-----------|-------------|----------|--------|---------------|
| 3/03/2016 | DEJ | | 0110 | OUT OF TOWN TRAVEL, DWIGHT JEFFERSON - HOTEL IN CHICAGO, IL TO ATTEND HEARING 3/2/16 - 3/3/16 DWIGHT JEFFERSON     Check # - 000156832 | | 64.34 | 19138 |
| 4/07/2016 | DEJ | | 0106 | OUT OF TOWN TRAVEL, DWIGHT JEFFERSON - MEALS IN CHICAGO, IL TO ATTEND HEARING 3/2/16 - 3/3/16 PACER SERVICE CENTER Check # - 000157566 ONLINE RESEARCH, PACER SERVICE CENTER-INV#2527874-Q12016 - PACER SERVICE CENTER - CLIENT ONLINE RESEARCH FROM 1/01/16-03/31/16. | | 16.80 | 19514 |
| 5/20/2016 | FIRM | | 0101 | PHOTOCOPIES | 18.00 | 4.50 | 19658 |
| 5/20/2016 | FIRM | | 0101 | PHOTOCOPIES | 18.00 | 4.50 | 19658 |
| 5/24/2016 | FIRM | | 0101 | PHOTOCOPIES | 70.00 | 17.50 | 19685 |
| 5/24/2016 | FIRM | | 0101 | PHOTOCOPIES | 272.00 | 68.00 | 19685 |
| 5/24/2016 | FIRM | | 0101 | PHOTOCOPIES | 330.00 | 82.50 | 19685 |
| 5/24/2016 | FIRM | | 0101 | PHOTOCOPIES | 390.00 | 97.50 | 19685 |
| 5/24/2016 | DEJ | | 0101 | PHOTOCOPIES | 29.00 | 7.25 | 19699 |
| 5/25/2016 | DEJ | | 0101 | PHOTOCOPIES | 29.00 | 7.25 | 19699 |
| 7/14/2016 | FIRM | | 0101 | PHOTOCOPIES | 108.00 | 27.00 | 20119 |
| 7/15/2016 | FIRM | | 0101 | PHOTOCOPIES | 12.00 | 3.00 | 20128 |
| 7/15/2016 | FIRM | | 0101 | PHOTOCOPIES | 12.00 | 3.00 | 20128 |
| 7/15/2016 | FIRM | | 0101 | PHOTOCOPIES | 14.00 | 3.50 | 20128 |

```
BIM300T                                                    COATS | ROSE                           BIM RUN# ... 0020952        Page .........    19
Date .........  1/11/17                           BILLING INFORMATION MEMO                                                    Time .....   12:15:19

Requ.Attorney.. 1048  DWIGHT E. JEFFERSON     13317  000  MILDRED E. WHITTIER, a/n/f FOR JULIUS E.  BIM#:          0/00/0000  20321170
N Orig Attorney 1048  DWIGHT E. JEFFERSON          1  IN RE: NCAA STUDENT ATHLETE CONCUSSION       Time:          0/00/0000  11/30/20
N Bill Attorney 1048  DWIGHT E. JEFFERSON             Opened Date... 10/14/2014                    Cost:          0/00/0000  11/30/20
N Resp Attorney 9999  FIRM                                               CONTINGENT-CIVIL/COMM LITIGATION-DEFE
N Othr Attorney 9999  FIRM                                                                         Time by Prd/Year:
                                                  Monthly                                          Cost by Prd/Year:
                                                  XML01            C O S T S   A D V A N C E D
=============================================================>                                      <=================================================

- Date -      Wkng  Task  Serv                                                                                                      Group# /Item
              Atty        Code   Description                        Quantity              Amount

7/15/2016  FIRM      0101   PHOTOCOPIES                              71.00                17.75                                      20128
7/15/2016  DEJ       0101   PHOTOCOPIES                              12.00                 3.00                                      20129
7/15/2016  DEJ       0101   PHOTOCOPIES                              14.00                 3.50                                      20129
7/25/2016  FIRM      0101   PHOTOCOPIES                              12.00                 3.00                                      20212
7/25/2016  FIRM      0101   PHOTOCOPIES                              12.00                 3.00                                      20212
7/27/2016  DEJ       0124   COLLEEN M. CONWAY, C Check # -  000158933                     27.00                                      20284
                            OTHER, COLLEEN M. CONWAY, CSR, RMR, CRR - INVOICE
                            NO. 20160102 - 7/14/16 TRANSCRIPT OF PROCEEDINGS
                            BEFORE HON. JOHN Z. LEE (FAE)

7/28/2016  FIRM      0101   PHOTOCOPIES                              31.00                 7.75                                      20243
7/28/2016  DEJ       0101   PHOTOCOPIES                              24.00                 6.00                                      20244
8/09/2016  FIRM      0101   PHOTOCOPIES                             108.00                27.00                                      20328
8/10/2016  DEJ       0101   PHOTOCOPIES                              27.00                 6.75                                      20342
8/11/2016  FIRM      0101   PHOTOCOPIES                              18.00                 4.50                                      20357
8/12/2016  DEJ       0112   COURT FEES - SECRETARY OF STATE - 68455365                     2.00                                      20369
8/12/2016  DEJ       0112   COURT FEES - SECRETARY OF STATE - 68471858                     3.00                                      20424
8/12/2016  DEJ       0124   SECRETARY OF STATE O Check # -  000159072                     44.00                                      20374
                            OTHER, SECRETARY OF STATE OF DELAWARE - FOR
                            DELAWARE SOS RECORDS FOR BIG 12 CONFERENCE, INC.

8/31/2016  FIRM      0101   PHOTOCOPIES                              38.00                 9.50                                      20521
8/31/2016  FIRM      0101   PHOTOCOPIES                              38.00                 9.50                                      20521
```

Case: 1:13-cv-09116 Document #: 328-2 Filed: 01/13/17 Page:20 of 25 PageID #:8678

COATS | ROSE

BILLING INFORMATION MEMO                                          BIM RUN# ... 0020952

Requ.Attorney.. 1048 DWIGHT E. JEFFERSON        13317 000 MILDRED E. WHITTIER, a/n/f FOR JULIUS E.     Case...: 2032771
N Orig Attorney. 1048 DWIGHT E. JEFFERSON           1     IN RE: NCAA STUDENT ATHLETE CONCUSSION                0/00/0000 11/30/2008
N Reqd Attorney. 1048 DWIGHT E. JEFFERSON                 Opened Date.... 10/14/2014                            0/00/0000 11/30/2008
N Resp Attorney. 9999 FIRM                                CONTINGENT-CIVIL/COMM LITIGATION-DEFEN      BIM#:
N Repl Attorney. 9999 FIRM                      Monthly                                               Time:     Time by Prd/Year:
N Othr Attorney. 9999 FIRM                      XML01                                                 Cost:     Cost by Prd/Year:

=============================>   C O S T S     A D V A N C E D   <===========================================

| - Date - | Wkng Atty | Task | Serv Code | Description | Quantity | Amount | Group# /Item |
|----------|-----------|------|-----------|-------------|----------|--------|--------------|
| 8/31/2016 | FIRM | | 0101 | PHOTOCOPIES | 39.00 | 9.75 | 20521 |
| 8/31/2016 | FIRM | | 0101 | PHOTOCOPIES | 39.00 | 9.75 | 20521 |
| 9/08/2016 | FIRM | | 0101 | PHOTOCOPIES | 30.00 | 7.50 | 20588 |
| 9/12/2016 | FIRM | | 0101 | PHOTOCOPIES | 4.00 | 1.00 | 20609 |
| 9/12/2016 | FIRM | | 0101 | PHOTOCOPIES | 31.00 | 7.75 | 20609 |
| 9/12/2016 | DEJ | | 0101 | PHOTOCOPIES | 35.00 | 8.75 | 20610 |
| 9/13/2016 | FIRM | | 0101 | PHOTOCOPIES | 15.00 | 3.75 | 20619 |
| 9/13/2016 | FIRM | | 0101 | PHOTOCOPIES | 15.00 | 3.75 | 20619 |
| 9/30/2016 | DEJ | | 0106 | PACER SERVICE CENTER Check # -   000001611 | | .20 | 20876 |
| | | | | ONLINE RESEARCH, PACER SERVICE CENTER INVOICE NO. | | | |
| | | | | 2527874-Q32016 PACER SERVICE CENTER ONLINE | | | |
| | | | | RESEARCH FROM 7/1/16 TO 9/30/16 | | | |
| 9/30/2016 | DEJ | | 0106 | PACER SERVICE CENTER Check # -   000001611 | | 16.50 | 20876 |
| | | | | ONLINE RESEARCH, PACER SERVICE CENTER INVOICE NO. | | | |
| | | | | 2527874-Q32016 PACER SERVICE CENTER ONLINE | | | |
| | | | | RESEARCH FROM 7/1/16 TO 9/30/16 | | | |
| 10/04/2016 | FIRM | | 0101 | PHOTOCOPIES | 36.00 | 9.00 | 20836 |
| 10/05/2016 | FIRM | | 0101 | PHOTOCOPIES | 5.00 | 1.25 | 20844 |
| 10/05/2016 | FIRM | | 0101 | PHOTOCOPIES | 10.00 | 2.50 | 20844 |
| 10/05/2016 | FIRM | | 0101 | PHOTOCOPIES | 31.00 | 7.75 | 20844 |
| 10/05/2016 | FIRM | | 0101 | PHOTOCOPIES | 5.00 | 1.25 | 20844 |

Case: 1:13-cv-09116 Document #: 328-2 Filed: 01/13/17 Page 21 of 25 PageID #:8679

```
Requ Attorney.-  1048  DWIGHT E. JEFFERSON
N Orig Attorney.  1048  DWIGHT E. JEFFERSON
N Bill Attorney.  1948  DWIGHT E. JEFFERSON
N Resp Attorney.  9999  FIRM
N Rep  Attorney.  9999  FIRM
N Othr Attorney.  9999  FIRM
```

```
                              COATS | ROSE

                        BILLING INFORMATION MEMO        BIM RUN# ... 0020952

                  13317  000  MILDRED E. WHITTIER, a/n/f FOR JULIUS E. BIM#:
                         1    IN RE: NCAA STUDENT ATHLETE CONCUSSION  Time:
                              Opened Date... 10/14/2014                Cost:
    Monthly                         CONTINGENT-CIVIL/COMM LITIGATION-DEF...
    XML01

                       C O S T S   A D V A N C E D   <=====...
```

| - Date - | Wkng Atty | Task | Serv Code | Description | Quantity | Amount | Group # /Item |
|----------|-----------|------|-----------|-------------|----------|--------|---------------|
| 10/05/2016 | FIRM | | 0101 | PHOTOCOPIES | 15.00 | 3.75 | 20844 |
| 10/05/2016 | FIRM | | 0101 | PHOTOCOPIES | 31.00 | 7.75 | 20844 |
| 10/05/2016 | FIRM | | 0101 | PHOTOCOPIES | 4.00 | 1.00 | 20844 |
| 10/05/2016 | FIRM | | 0101 | PHOTOCOPIES | 12.00 | 3.00 | 20844 |
| 10/05/2016 | DL | | 0101 | PHOTOCOPIES | 60.00 | 15.00 | 20845 |
| 10/06/2016 | FIRM | | 0101 | PHOTOCOPIES | 5.00 | 1.25 | 20854 |
| 10/06/2016 | FIRM | | 0101 | PHOTOCOPIES | 30.00 | 7.50 | 20854 |
| 10/06/2016 | FIRM | | 0101 | PHOTOCOPIES | 31.00 | 7.75 | 20854 |
| 10/07/2016 | FIRM | | 0101 | PHOTOCOPIES | 4.00 | 1.00 | 20860 |
| 10/07/2016 | FIRM | | 0101 | PHOTOCOPIES | 31.00 | 7.75 | 20860 |
| 10/07/2016 | FIRM | | 0101 | PHOTOCOPIES | 4.00 | 1.00 | 20860 |
| 10/07/2016 | FIRM | | 0101 | PHOTOCOPIES | 4.00 | 1.00 | 20860 |
| 10/07/2016 | FIRM | | 0101 | PHOTOCOPIES | 31.00 | 7.75 | 20860 |
| 10/07/2016 | FIRM | | 0101 | PHOTOCOPIES | 31.00 | 7.75 | 20860 |
| 10/07/2016 | FIRM | | 0101 | PHOTOCOPIES | 6.00 | 1.50 | 20860 |
| 10/10/2016 | FIRM | | 0101 | PHOTOCOPIES | 4.00 | 1.00 | 20872 |
| 10/11/2016 | FIRM | | 0101 | PHOTOCOPIES | 5.00 | 1.25 | 20881 |
| 10/11/2016 | FIRM | | 0101 | PHOTOCOPIES | 31.00 | 7.75 | 20881 |
| 10/12/2016 | FIRM | | 0101 | PHOTOCOPIES | 4.00 | 1.00 | 20899 |
| 10/12/2016 | FIRM | | 0101 | PHOTOCOPIES | 5.00 | 1.25 | 20899 |
| 10/12/2016 | FIRM | | 0101 | PHOTOCOPIES | 10.00 | 2.50 | 20899 |

```
BIM300T                                                          COATS | ROSE                    BIM RUN# ... 0020952          Page ..........    22
Date ..........  1/11/17                                   BILLING INFORMATION MEMO                                             Time .....   12:15:19

Requ.Attorney.. 1048  DWIGHT E. JEFFERSON            13317  000  MILDRED E. WHITTIER, a/n/f FOR JULIUS E.  BIM#:                             2032710
N Orig Attorney 1048  DWIGHT E. JEFFERSON                     1  IN RE: NCAA STUDENT ATHLETE CONCUSSION    Time:      0/00/0000 11/30/2006
N Bill Attorney 1048  DWIGHT E. JEFFERSON                        Opened Date.... 10/14/2014                Cost:      0/00/0000 11/30/2006
N Resp Attorney 9999  FIRM                                                                 CONTINGENT-CIVIL/COMM LITIGATION-DEF  Time by Prd/Year:
N Supv Attorney 9999  FIRM                           Monthly                                                                    Cost by Prd/Year:
N Othr Attorney 9999  FIRM                           XML101
=========================================================   C O S T S   A D V A N C E D   <==============================================
                     Wkng                 Serv
- Date -   Atty  Task  Code  Description                                           Quantity           Amount   Group# /Item
10/12/2016 FIRM        0101  PHOTOCOPIES                                              20.00              5.00        20899
10/12/2016 FIRM        0101  PHOTOCOPIES                                              31.00              7.75        20899
10/12/2016 FIRM        0101  PHOTOCOPIES                                              31.00              7.75        20899
10/12/2016 FIRM        0101  PHOTOCOPIES                                              36.00              9.00        20899
10/12/2016 FIRM        0101  PHOTOCOPIES                                              70.00             17.50        20899
10/13/2016 FIRM        0101  PHOTOCOPIES                                               4.00              1.00        20910
10/13/2016 FIRM        0101  PHOTOCOPIES                                              31.00              7.75        20910
10/13/2016 FIRM        0101  PHOTOCOPIES                                              39.00              9.75        20910
10/13/2016 FIRM        0101  PHOTOCOPIES                                              39.00              9.75        20910
10/13/2016 FIRM        0101  PHOTOCOPIES                                              18.00              4.50        20910
10/18/2016 FIRM        0101  PHOTOCOPIES                                              64.00             16.00        20932
10/18/2016 FIRM        0101  PHOTOCOPIES                                             133.00             33.25        20932
10/24/2016 FIRM        0101  PHOTOCOPIES                                              27.00              6.75        20976
10/24/2016 FIRM        0101  PHOTOCOPIES                                              27.00              6.75        20976
11/01/2016 DEJ        0106  WESTLAW                                                                    186.69        21229
                            Check # -  000002222
                            ONLINE RESEARCH, WESTLAW - INVOICE NO. 834991765
                            - ONLINE RESEARCH CHARGES FROM 10/1/16 - 10/31/16
11/28/2016 DEJ        0101  PHOTOCOPIES                                              35.00              8.75        21309
                            Check # -  000002717
11/30/2016 DEJ        0110  DWIGHT JEFFERSON                                                         1,093.96        21538
                            OUT OF TOWN TRAVEL, DWIGHT JEFFERSON - AIRFARE
                            TO/FROM CHICAGO, IL TO ATTEND HEARINGS & STATUS
```

Case: 1:13-cv-09116 Document #: 328-2 Filed: 01/13/17 Page 23 of 25 PageID #:8681

COATS | ROSE

BILLING INFORMATION MEMO

BIM RUN# ... 0020952

| Requ Attorney . | 1048 | DWIGHT E. JEFFERSON |
| N Orig Attorney | 1048 | DWIGHT E. JEFFERSON |
| N Bill Attorney | 1048 | DWIGHT E. JEFFERSON |
| N Resp Attorney | 9999 | FIRM |
| N Othr Attorney | 9999 | FIRM |

13317   000   MILDRED E. WHITTIER. a/n/f FOR JULIUS E.
      1      IN RE: NCAA STUDENT ATHLETE CONCUSSION
           Opened Date.... 10/14/2014

Monthly                      CONTINGENT-CIVIL/COMM LITIGATION-DEF
XML01

| BIM#: | 0/00/0000 | 2032710026 |
| Time: | 0/00/0000 | 11/30/2005 |
| Cost: | 0/00/0000 | 11/30/2005 |
| Time by Prd/Year: | | |
| Cost by Prd/Year: | | |

==== C O S T S    A D V A N C E D ====>

| Date - | Wkng Atty | Task | Serv Code | Description | Quantity | Amount | Group /Item |
|--------|-----------|------|-----------|-------------|----------|--------|-------------|
| 11/30/2016 | DEJ | | 0110 | CONFERENCE 11/29/16 - 11/30/16 | | | 21538 |
| | | | | DWIGHT JEFFERSON    Check # -    000002717 | | 433.21 | |
| | | | | OUT OF TOWN TRAVEL, DWIGHT JEFFERSON - HOTEL IN | | | |
| | | | | CHICAGO, IL TO ATTEND HEARINGS & STATUS | | | |
| | | | | CONFERENCE 11/29/16 - 11/30/16 | | | |
| 11/30/2016 | DEJ | | 0110 | DWIGHT JEFFERSON    Check # -    000002717 | | 141.32 | 21538 |
| | | | | OUT OF TOWN TRAVEL, DWIGHT JEFFERSON - MEALS IN | | | |
| | | | | CHICAGO, IL TO ATTEND HEARINGS & STATUS | | | |
| | | | | CONFERENCE 11/29/16 - 11/30/16 | | | |
| 11/30/2016 | DEJ | | 0110 | DWIGHT JEFFERSON    Check # -    000002717 | | 40.00 | 21538 |
| | | | | OUT OF TOWN TRAVEL, DWIGHT JEFFERSON - PARKING AT | | | |
| | | | | AIRPORT FOR CHICAGO, IL TRIP 11/29/16 - 11/30/16 | | | |
| 12/07/2016 | DEJ | | 0112 | DWIGHT JEFFERSON    Check # -    000002717 | | 400.00 | 21538 |
| | | | | COURT FEES, DWIGHT JEFFERSON, U.S. DISTRICT | | | |
| | | | | COURT, WESTERN DISTRICT OF TX - FILING FEE FOR | | | |
| | | | | ORIGINAL COMPLAINT | | | |
| 12/12/2016 | FIRM | | 0108 | POSTAGE | | 25.23 | 21463 |
| 12/16/2016 | DEJ | | 0101 | PHOTOCOPIES | 10.00 | 2.50 | 21505 |
| 12/16/2016 | DEJ | | 0101 | PHOTOCOPIES | 10.00 | 2.50 | 21505 |
| 12/16/2016 | DEJ | | 0101 | PHOTOCOPIES | 27.00 | 6.75 | 21505 |
| 1/06/2017 | TMF | | 0101 | PHOTOCOPIES | 78.00 | 19.50 | 21629 |

```
BIM300T                                                                                   Page .........  24
Date .........  1/11/17                                                                    Time .....  12:15:19

                                          COATS | ROSE                      BIM RUN# ... 0020952
                                    BILLING INFORMATION MEMO

Requ.Attorney. 1048  DWIGHT E. JEFFERSON    13317 000  MILDRED E. WHITTIER, a/n/f FOR JULIUS E.    BIM#:    2032712 XI
N Orig Attorney 1048  DWIGHT E. JEFFERSON         1    IN RE: NCAA STUDENT ATHLETE CONCUSSION      Time:   0/00/0000 11/30/2009
N Bill Attorney 1048  DWIGHT E. JEFFERSON              Opened Date... 10/14/2014                   Cost:   0/00/0000 11/30/2009
N Resp Attorney 9999  FIRM                  Monthly                   CONTINGENT-CIVIL/COMM LITIGATION-DEFEN   Time By Prd/Year:
N Othr Attorney 9999  FIRM                  XML01                                                  Cost By Prd/Year:

============================================>                                               <===========================
                Wkng   Serv                                                                      Group# /Item
  - Date -  Atty Task  Code   Description                        Quantity        Amount            21628

 1/06/2017 FIRM        0108   POSTAGE                                              16.82

                             Unbilled Costs Advanced              5,666.00         9,062.67
                                                                 -----------    -----------

=========>   No unapplied credits for this matter

=========>   No trust activity balance for this matter

============================================>   B I L L I N G   S U M M A R Y   <===========================
Name                   Atty   Hours     Rate         Value     N/C Hr

* DWIGHT E. JEFFERSON   1048      .00             78,520.00       .00
* DWIGHT E. JEFFERSON   1048   196.30   400.00                    .00
  LAWRENCE A. LYNN      1048     1.60    30.00                    .00
* DYLAN LEE             0982     1.00   140.00     2,286.00       .00

                              ----                ----------
 Unbilled Time         205.80                    81,066.00
 Unbilled Costs Advanced                          9,062.67
                                                 ----------
 Total Unbilled Time & Costs Advanced            90,128.67

 Outstanding                  Before      Value       Value     After                Value
 Unbilled Time             0/00/0000        .00         .00  11/30/2016                .00
 Unbilled Costs Advanced   0/00/0000        .00         .00  11/30/2016              36.98
```

BIM300T                          COATS | ROSE                    BIM RUN# ... 0020952          Page ......... 25

Date ......... 1/11/17                                                                        Time ..... 12:15:19

                              BILLING INFORMATION MEMO

Requ Attorney. 1048 DWIGHT E. JEFFERSON        13317 000 MILDRED E. WHITTIER, a/n/f FOR JULIUS E.   BIM#:    2032711...
N Orig Attorney 1048 DWIGHT E. JEFFERSON              1 IN RE: NCAA STUDENT ATHLETE CONCUSSION       Time:   0/00/0000 11/30/20...
N Bill Attorney 1048 DWIGHT E. JEFFERSON                Opened Date... 10/14/2014                    Cost:   0/00/0000 11/30/20...
N Resp Attorney 9999 FIRM                            CONTINGENT-CIVIL/COMM LITIGATION-DEFR                    0/00/0000 11/30/20...
N Repl Attorney 9999 FIRM                       Monthly                                    Time by Prd/Year:
N Othr Attorney 9999 FIRM                       XML01                                      Cost by Prd/Year:

==========================> B I L L I N G   S U M M A R Y  <==========================

                C O S T S   C O D E   S U M M A R Y

| Serv Code | Description | Amount |
|---|---|---|
| 0100 | PHOTOCOPIES | 1,478.00 |
| 0102 | OUTSIDE PRINTING | 483.00 |
| 0106 | ONLINE RESEARCH | 331.33 |
| 0107 | DELIVERY SERVICE/MESSENGER | 22.93 |
| 0108 | POSTAGE | 42.05 |
| 0110 | OUT OF TOWN TRAVEL | 5,962.06 |
| 0112 | COURT FEES | 87.00 |
| 0124 | OTHER | 87.00 |
| 0125 | MILEAGE | 268.80 |

                        Total Costs Advanced    ----------
                                                 9,062.67

==========================> M A T T E R   S U M M A R Y  <==========================

| Time Totals | Year to Date | Life to Date |
|---|---|---|
| Tim Dollars Rpt | 2,720.00 | 75,466.00 |
| Total Unbilled | 75,466.00 | 75,466.00 |
| Time Relief $ . | .00 | .00 |
| Time Billed-Reg | .00 | .00 |
| Oune Receipts;/R | .00 | .00 |
| Realization.... | .00% | .00% |
| Time Writ;y;D.. | .00 | .00 |
| Time A/R Adj... | .00 | .00 |

| Costs Totals | Year to Date | Life to Date |
|---|---|---|
| Cost Dollar Rpt | 36.32 | 9,062.67 |
| Total Unbilled | 9,062.67 | 9,062.67 |
| Costs Relief$. | .00 | .00 |
| Cost Billed-Reg | .00 | .00 |
| Costs Receipts | .00 | .00 |
| Outstanding A/R | .00% | .00% |
| Cost Write;y;D | .00 | .00 |
| Cost A/R Adj... | .00 | .00 |

Last Time Rept. 12/19/201...
Last Cost Rept. 12/06/201...
Last Bill Date. .00
Last Receipts. 0/00/000...
Bill Thru Date. .00
Bill Time Bgt. .00%
A/R Credit Amt. .00
Credit Limit.. .00