# CURRICULUM VITAE

## HONORABLE DWIGHT E. JEFFERSON
Attorney • Mediator • Arbitrator

### AV-Rated Martindale-Hubbell

**Professional Associations**

**COATS | ROSE P.C.: Of Counsel, March 2012 - Present**
Of Counsel - Civil litigation, mediation and arbitration. Litigation practice includes representation of clients in negligence, products liability, employment, commercial, medical malpractice and environmental cases. Mediation practice includes mediation of all types of tort cases, commercial cases, and labor and employment cases. Arbitrations have included commercial cases and business disputes, mass torts and complex litigation cases.

**DWIGHT E. JEFFERSON, Attorney at Law, P.L.L.C.: February 2004 - 2012**
Civil litigation, mediation and arbitration. Litigation practice includes representation of clients in negligence, products liability, employment, commercial, medical malpractice and environmental cases. Mediation practice includes mediation of all types of tort cases, commercial cases, and labor and employment cases. Arbitrations have included commercial cases and business disputes, mass torts and complex litigation cases.

**MALONEY, JEFFERSON & DUGAS: September 15, 2001 - February, 2004**
Partner - Civil litigation, mediation and arbitration. Practice included prosecution of negligence, products liability, employment, commercial and medical malpractice cases; as well as mediation of similar cases.

**VERNER, LIIPFERT, BERNHARD, McPHERSON & HAND: 1999 - 2001**
Partner - Civil Litigation and meditation. Represented clients in negligence, products liability, labor and employment, and commercial cases.

**215th CIVIL DISTRICT COURT OF HARRIS COUNTY, TEXAS: 1995 - 1999**
Presiding Judge - Appointed by Governor George W. Bush in March, 1995. The first African-American elected as a civil district judge in Harris County, Texas, in November 1996. Presided over all types of civil cases.

**COATS, ROSE, YALE, HOLM, RYMAN & LEE: 1988 - 1995**
Partner/Director - Insurance defense litigation. Represented insurance companies and the City of Houston in personal injury, workers' compensation, products liability, medical malpractice and asbestos litigation.

**LAW OFFICES OF JOHN C. KILPATRICK: 1984 - 1987**
Associate Attorney - In-house counsel for Liberty Mutual Insurance Company. Managed trial docket of personal injury, workers' compensation, and premises liability cases.

**EXHIBIT B**

**HARRIS COUNTY DISTRICT ATTORNEY: June 1983 — November 1983**
   **Intern Prosecutor:** Served as Number 3 Prosecutor in misdemeanor courts. Second chair for misdemeanor D.W.I. and assault cases.

### Education

University of Texas Law School, J.D., 1983
University of Texas, B.A., Government, 1978
International Commercial Arbitration, Certificate in International Arbitration Skills, A. A. White Dispute Resolution Center, University of Houston Law Center, 2006

### Professional Activities, Seminars and Papers

Judge Jefferson has lectured and authored several papers for continuing legal education programs including: Work Product and Privileges - Protecting Your File, State Bar of Texas Advanced Personal Injury Law Course, October 1993 and 1994; Common Evidence Problems, State Bar of Texas Advanced Personal Injury Law Course, 1995; Pretrial Conference and Orders, State Bar of Texas; The Ultimate Trial Notebook - Personal Injury Law Course, February, 1998; Courtroom Ethics and Antics - Integrity in Advocacy, State Bar of Texas Advanced Personal Injury Law Course, July 1998.

### Professional Organizations

Member, American Board of Trial Advocates
Member, State Bar of Texas
Member, Houston Bar Association
Past Member, Texas Federal Judicial Selection Advisory Committee (appointed by Sen. Kay Bailey Hutchison)
Past Member, Greater Houston Partnership's Governmental Affairs Committee
Member, Board of Directors, Downtown YMCA
Member, American Diabetes Association
Standing Member, Texas Pattern Jury Charge Committee
Member, METRO Board of Directors, Chairman of Finance/Audit Committee

### Arbitration Experience

Judge Jefferson has been a panelist for the American Arbitration Association in Commercial, Employment Law, Construction Law, Mass Torts, Complex Litigation and Class Action Arbitrations since 2005. Judge Jefferson is also a neutral with the National Arbitration Forum where he has arbitrated cases involving credit card and financial disputes.

### Mediation Experience

Judge Jefferson has successfully mediated the settlement of hundreds of cases since his retirement from the bench in 1999. He mediated settlement of the Harris County asbestos mass tort trial docket in 2001, which included thousands of asbestos plaintiffs; as well as the settlement of numerous individual cases including medical practice, employment discrimination, personal injury, environmental contamination and commercial disputes.

### Litigation Experience

Judge Jefferson has over 25 years of litigation experience in civil and personal injury law for plaintiffs and defendants. Judge Jefferson's litigation practice includes the trial of negligence, products liability, medical malpractice, mass tort, commercial and class action cases.

### Ad Litem/Special Master

Judge Jefferson has been called upon frequently to serve as an ad litem or special master in Harris County State Courts.

Judge Jefferson's experience as ad litem has included the first fen-phen pharmaceutical case to go to trial in Harris County.

Judge Jefferson has served as a special master in a shareholders' class action case and a major case involving an attorneys' fees dispute arising from a billion-dollar verdict.

### Significant Cases

Judge Jefferson was retained by the manager of the recording artist Destiny's Child in 2002 to defend him and his companies in multi-million dollar litigation brought by two former group members and the estate of the deceased co-manager of the group.

### Significant Decisions

While the Presiding Judge of the 215[1]" Civil Judicial District of Harris County, Texas, Judge Jefferson presided over the $1.3 billion jury verdict, the nation's largest, in 1998.

Judge Jefferson presided over the first lawsuit to enforce the Texas Solid Waste Disposal Act. This case and Judge Jefferson's rulings were matters of first impression by a Texas court.

### Personal

Judge Jefferson has been married to his wife, Elaine, since 1984, and they have two sons. He was co-captain of The University of Texas Longhorn Football Team in 1979 where he played as a defensive end, and he was a free agent linebacker with the Oakland Raiders for a brief time in 1979.

(///www.martindale.com/)

People | Law Firms & Organizations | Groups & Topics | Jobs

Find people by name, practice area, geography, etc. | Search

Advanced search (//www.martindale.com/Find-Lawyers-and-Law-Firms.aspx)

(///www.martindale.com/) | Get Connected | Communities | Search Tools | Professional Development

Market Your Firm (http://www.martindale.com/marketyourfirm/?utm_campaign=sitewide-nav&utm_medium=referral&utm_source=martindale.com&utm_content=header-link)

Home (/) > Lawyer Profile

Sign In (http://community.martindale.com/signin.aspx)
(http://www.martindale.com/Contact_Us/index.aspx)

Home (/) > Lawyer Profile

Sign In (http://community.martindale.com/signin.aspx)
(http://www.martindale.com/Contact_Us/index.aspx)



# Judge Dwight E. Jefferson

Member
Dwight E. Jefferson Attorney at Law, P.L.L.C. (//www.martindale.com/Dwight-E-Jefferson-Attorney-at/2774605-law-firm-office.htm)
405 Main St., Ste. 950
Houston, Texas 77002

Update this Profile (http://www.martindale.com/Products_and_Services/martindale_Connected/profile.aspx)

**Peer Rating**
5.0 of 5.0

**Client Rating**
N/R

Submit a review



### Experience & Credentials

**Practice Areas**
Mediation; Arbitration; Litigation; ADR; Commercial; Personal Injury; Securities

**University**
University Of Texas, B.A., 1979

**Law School**
University Of Texas, LL.B., 1984

**Admitted**
Texas Eastern District Court; Texas Northern District Court; 1984, Texas; Texas Western District Court; Texas Southern District/Bankruptcy Court

**ISLN**
906184477

Ratings Methodology

**Peer Reviews**



**5.0/5.0**
Peer Rating

 HIGH ETHICAL STANDING

**No feedback is available.**
The individuals that have reviewed this lawyer have not provided any additional feedback.

*Individual reviews provided before 2009 are not displayed

Disclaimer: No representation is made that the quality of legal services to be performed is greater than the quality of legal services performed by other lawyers. The testimonial or endorsement does not constitute a guarantee, warranty, or prediction regarding the outcome of your legal matter. Any result that the endorsed lawyer or law firm may achieve on behalf of one client in one matter does not necessarily indicate that similar results can be obtained for other clients. Past success cannot be an assurance of future success because each case must be decided on its own merits. Prior results do not guarantee a similar outcome. Martindale-Hubbell® does not undertake to develop a Client Review Rating or Peer Review Rating for all firms and/or lawyers. Therefore, the fact that a firm or lawyer has not been reviewed should not be construed as unfavorable. Martindale-Hubbell accepts no responsibility for and will not be liable for the content and accuracy of the individual Reviews and the aggregated Reviews.

| Featured Services | About Us | Digital Network | Follow Us |
|---|---|---|---|
| Law Firm Marketing Solutions | About Martindale-Hubbell | Lawyers.com℠ | |
| Law Firm Websites | FAQs & tutorials | attorneys.com℠ | |
| Martindale-Hubbell Ratings | Follow us | | |
| Browse lawyers | Contact Us | | |
| Browse law firms | Site map | | |

(//www.martindale.com/)

Terms & Conditions | Privacy | Cookie Policy | Copyright © 2016 Internet Brands, Inc. All rights reserved.

Wednesday, January 11, 2017    Page 2 of 2    http://www.martindale.com/Judg...