UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE NATIONAL COLLEGIATE ATHLETIC ASSOCIATION STUDENT-ATHLETE CONCUSSION INJURY LITIGATION | § § § § § § § § | MDL No. 2492<br><br>Master Docket No. 1:13-cv-09116<br><br>Judge John Z. Lee |

## NOTICE OF MOTION

PLEASE TAKE NOTICE THAT on January 26, 2017 at 1:00 p.m. in Room 1225, in Judge John Z. Lee's courtroom, Everett M. Dirksen United State Courthouse, 219 South Dearborn Street, Chicago, Illinois, counsel for Plaintiff Julius Whittier shall then and there present **Plaintiff Whittier's Agreed Motion for Attorney's Fees and Costs**.

Date: January 13, 2017.

             Respectfully submitted,

             By: */s/ Dwight E. Jefferson*
               Dwight E. Jefferson
               State Bar No. 10605600
               djefferson@coatsrose.com

             **ATTORNEY FOR CLASS-PLAINTIFF MILDRED WHITTIER, A/N/F, JULIUS WHITTIER**

OF COUNSEL:
COATS ROSE, P.C.
9 Greenway Plaza, Suite 1100
Houston, Texas 77046-0307
Telephone: (713) 651-0111
Facsimile: (713) 651-0220

1

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing document was filed electronically via CM/ECF, which caused notice to be sent to all counsel of record on this 13th day of January, 2017.

                                      */s/ Dwight E. Jefferson*
                                      Dwight E. Jefferson

013317.000001\4835-8611-9488.v1