IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **IN RE NATIONAL COLLEGIATE ATHLETIC ASSOCIATION STUDENT-ATHLETE CONCUSSION INJURY LITIGATION** | MDL No. 2492<br><br>Master Docket No. 1:13-cv-09116<br><br>This Documents Relates To:<br>All Cases<br><br>**Judge John Z. Lee**<br><br>**Magistrate Judge Geraldine Soat Brown** |

**UNOPPOSED MOTION FOR LEAVE TO FILE EXCESS PAGES**

Lead Objector Anthony Nichols, by and through counsel, respectfully moves the Court for leave to file *instanter* a brief in excess of 15 pages in support of his petition for attorneys' fees and an incentive award. In support, Nichols states as follows:

1. In light of his participation as an objector in this class action, and in accordance with the Court's comments at the hearing on July 14, 2016, Nichols petitions for an award of attorneys' fees and for service awards for himself and Adrian Arrington. A brief in support of Nichols' petition has been filed contemporaneously herewith.

2. While Nichols has endeavored to keep his briefing succinct, due to the complex law associated with awards of attorneys' fees to objectors, and the fact-intensive nature of the required analysis, he requires an extra five pages, for a total of 20, to present a complete argument to the Court.

3. Prior to filing the instant motion, counsel for Nichols conferred with Class Counsel and counsel for the NCAA about the requested relief. Both parties consented to the relief sought by this motion.

4. Accordingly, Nichols respectfully submits that good cause exists for the requested page extension.

**WHEREFORE**, Lead Objector Anthony Nichols hereby respectfully requests that the Court enter an order granting him leave to file his oversized PETITION FOR AND MEMORANDUM IN SUPPORT OF AN AWARD OF ATTORNEYS' FEES AND SERVICE AWARD *instanter*.

Date: January 13, 2017  Respectfully submitted,

**ANTHONY NICHOLS**

By: /s/ Jay Edelson
 One of his Attorneys

Jay Edelson
jedelson@edelson.com
Rafey S. Balabanian
rbalabanian@edelson.com
Ari J. Scharg
ascharg@edelson.com
Benjamin S. Thomassen
bthomassen@edelson.com
EDELSON PC
350 N. LaSalle, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

## CERTIFICATE OF SERVICE

      I, Jay Edelson, an attorney, hereby certify that on January 13, 2017, I served the above and Foregoing *Unopposed Motion for Leave to File Excess Pages*, by causing true and accurate copies of such paper to be transmitted to all counsel of record via the Court's CM/ECF electronic filing system.

      /s/ Jay Edelson