IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL COLLEGIATE ATHLETIC ASSOCIATION STUDENT-ATHLETE CONCUSSION INJURY LITIGATION | MDL No. 2492<br>Master Docket No. 1:13-cv-09116<br>Judge John Z. Lee |

## NOTICE OF MOTION

PLEASE TAKE NOTICE THAT on January 26, 2017 at 1:00 p.m. in Room 1225, in Judge John Z. Lee's courtroom, Everett M. Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, counsel for Plaintiffs Chris Walker, Ben Martin and Dan Ahern moves for leave of court to file this Notice of Motion for attorney fees as if in time annexed hereto as support for this motion is the declaration of Timothy J. McIlwain, Esq., admitted pro hac vice

Dated: January 17, 2017

Respectfully submitted,

s/Timothy J. McIlwain
Timothy J. McIlwain, Esq.
NJ Atty ID #010471996
Admitted Pro Hac Vice
2020 New Road, Suite A
Linwood, NJ 08221
Phone: (877) 375-9599
Fax: (609) 450-7017
Email: Attorney@McIlwainLaw.com

## **CERTIFICATION OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing document was filed electronically via CM/ECF, which caused notice to be sent to all counsel of record on this 17th day of January, 2017

                                                                       s/Timothy J. McIlwain  
                                                                       Timothy J. McIlwain, Esq.