# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL COLLEGIATE ATHLETIC ASSOCIATION STUDENT-ATHLETE CONCUSSION INJURY LITIGATION | ) ) MDL No. 2492 ) ) Master Docket No. 13 C 9116 ) ) Judge John Z. Lee ) |
| This Document Relates to All Cases | ) |

## ORDER

Motion hearing held on 1/19/17. A number of attorneys have filed petitions for fees and costs. Any response or objections to the petitions for fees should be filed by the date that class member objections to the amended settlement agreement are due. Plaintiff Nichols' unopposed motion for leave to file excess pages [331] is granted.

The Court received an update from the parties on the status of the class notice program. As set forth in the recent declaration of Alan Vasquez [329-1], the Court was informed that the settlement administrator has received approximately 3.6 million records from over 900 NCAA member institutions and anticipates receiving more in the coming weeks. Ms. Vasquez also reported on the status of the media and social media notice program and estimated that the media program, in conjunction with the direct notice program, will reach at least 80% of the 4.6 million putative class members. As a result, Mr. Vasquez recommended that the media and social media notice program be concluded. The Court accepts this recommendation.

Additionally, the declaration submitted by Rachel Christman of Gilardi & Co, LLC, the notice administrator, [322] indicates that Gilardi anticipates incurring a substantial amount of additional expenses to administer the notice program. These administrative expenses were not previously discussed by the parties in their filings in support of preliminary approval of the amended class settlement and were not included in the costs considered by Bruce Deal in his declaration supporting the amended settlement. Accordingly, the Court directs the parties to submit a supplemental status report regarding these additional expenses by 2/9/17.

Finally, in light of the above, the Court does not believe that a status

hearing is necessary on 1/26/17 and resets the status hearing to 3/7/17 at 1:00 p.m.

1/19/17 s/John Z. Lee