UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL COLLEGIATE ATHLETIC ASSOCIATION STUDENT-ATHLETE CONCUSSION INJURY LIGITATION | MDL No. 2492<br><br>Master Docket No. 1:13-cv-09116<br><br>Judge John Z. Lee |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on March 7, 2017 at 1:00 p.m. in Room 1225, in Judge John Z. Lee's courtroom, Everett M. Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, counsel for Plaintiff, John DuRocher, moves for leave of court to file this Notice of Motion for attorney fees as if in time annexed hereto as support for this motion is the declaration of James R. Dugan, II, Esq., admitted *pro hac vice*.

Dated: January 20, 2017

                                            Respectfully submitted:

                                            **THE DUGAN LAW FIRM, APLC**

                                            */s/ James R. Dugan, II*
                                            _____
                                            **JAMES R. DUGAN, II**
                                            One Canal Place
                                            365 Canal Street, Suite 1000
                                            New Orleans, LA  70130
                                            Telephone:  (504) 648-0180
                                            Facsimile:  (504) 648-0181
                                            E-mail:  jdugan@dugan-lawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was filed electronically via CM/ECF, which caused notice to be sent to all counsel of record, this 20th day of January, 2017.

/s/ James R. Dugan, II
**JAMES R. DUGAN, II**