UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL COLLEGIATE ATHLETIC ASSOCIATION STUDENT-ATHLETE CONCUSSION LITIGATION | MDL NO. 2492<br>Case No. 13-cv-09116<br><br>Judge John Z. Lee |

## DECLARATION OF JAMES R. DUGAN, II AND THE DUGAN LAW FIRM
## IN SUPPORT OF
## PETITION FOR FEES AND EXPENSES

I, James R. Dugan, II, declare as follows:

1. I am the owner of The Dugan Law Firm. I represent 103 Plaintiffs including being lead counsel in the case DUROCHER, ET AL v. NCAA, ET AL in the above-entitled action. I am submitting this declaration in support of my firm's application for an award of attorneys' fees and expenses in connection with services rendered in the above-entitled action.

2. My firm and the Plaintiffs we represent support the Settlement in this matter.

3. My firm first became involved with the litigation in January, 2012. From the inception of our work in this litigation, The Dugan Law Firm has aggressively prosecuted this case and vigorously represented the best interests of plaintiffs and the Class.

4. The Dugan Law Firm was appointed to the Executive Committee and participated in various aspects of this case including but not limited to investigation, research, working with class representatives, discovery and experts.

5. Through December 31, 2016, the total number of hours spent on this litigation by my firm is 156.40. The total lodestar amount for attorney/professional time based on the firm's current rates is $96,588.00. The hourly rates shown below are the usual and customary rates charged for each individual in all of our cases. A breakdown of the lodestar is as follows:

| NAME | HOURS | RATE | LODESTAR |
|---|---|---|---|
| James R. Dugan, II, owner | 80.30 | $795.00 | $63,838.50 |
| David Franco, attorney | 49.20 | $395.00 | $19,434.00 |
| Scott Joanan, attorney | 26.90 | $495.00 | $13,315.50 |
|  |  |  |  |
|  |  |  |  |
| TOTAL: | 156.40 |  | $96,588.00 |
|  |  |  |  |

6. My firm incurred a total of $43,227.94 in expenses in connection with the prosecution of this litigation. They are broken down as follows:

| EXPENSE CATEGORY | TOTAL |
|---|---|
| Meals, Hotels & Transportation | $4,207.00 |
| Photocopies | $27.50 |
| Postage | $48.99 |
| Telephone, Facsimile |  |
| Messenger, Overnight Delivery |  |
| Filing, Witness & Other Fees |  |
| Court Reporters |  |
| Lexis, Westlaw, Online Library Research | $114.00 |
| Class Action Notices/Business Wire |  |
| Mediation Fees |  |
| Experts/Consultants/Investigators | $38,812.50 |
| Miscellaneous | $17.95 |
| TOTAL | $43,227.94 |

7. The time and expenses pertaining to this case are reflected in the books and records of this firm. These books and records are prepared from expense vouchers, check records, and other documents and are an accurate record of the expenses and time.

8. A true and correct copy of my firm's detailed time and expenses in this case are reflected in this declaration.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 20th day of January, 2017

_____
James R. Dugan, II