```
BIM300T                                    COATS | ROSE                      BIM RUN# ... 0020952        Page .........      1
Date ........  1/11/17                  BILLING INFORMATION MEMO                                         Time .....    12:15:19
```

```
Requ Attorney..  1048  DWIGHT E. JEFFERSON    13317  000  MILDRED E. WHITTIER, a/n/f FOR JULIUS E.  BIM#:                2032712A
N Orig Attorney  1048  DWIGHT E. JEFFERSON         1   IN RE: NCAA STUDENT ATHLETE CONCUSSION  Time:   0/00/0000  11/30/20147
N Bill Attorney  1048  DWIGHT E. JEFFERSON             Opened Date... 10/14/2014               Cost:   0/00/0000  11/30/20147
N Resp Attorney  9999  FIRM                                       CONTINGENT-CIVIL/COM LITIGATION-DEF
N Rptg Attorney  9999  FIRM                                                                  Time by Prd/Year:
N Othr Attorney  9999  FIRM                                                                  Cost by Prd/Year:
```

```
MILDRED E. WHITTIER, a/n/f FOR JULIUS E.                              INJURY LITIGATION
632 NORTH MANUS                                                       ***CONTINGENCY***
DALLAS, TX 75224
```

```
                                                  Billing Notes
=============================================================================================================================
                                                     T I M E      <======================================================>
                                                           Billable
- Date -   Wkng  Task  Actv                                 Hours    Rate      Value      Non-Chrg. Group# /Item
           Atty        Code   Description
```

| - Date - | Wkng Atty | Task | Actv Code | Description | Billable Hours | Rate | Value | Non-Chrg. | Group# /Item |
|---|---|---|---|---|---|---|---|---|---|
| 10/16/2014 | DEJ | | | Reviewed file materials and began drafting of Plaintiff's Original Complaint; dictated draft Complaint. | 4.00 | 400.00 | 1,600.00 | | 19722 |
| 10/17/2014 | DEJ | | | Reviewed draft Complaint and Response to Plaintiffs' Motion for Preliminary Approval of Settlement in Illinois Court. | 4.00 | 400.00 | 1,600.00 | | 19722 |
| 10/20/2014 | DEJ | | | Completed review of draft Complaint and Response to Plaintiff's Motion for Preliminary Approval; began drafting Objection to same. | 6.00 | 400.00 | 2,400.00 | | 19722 |
| 10/21/2014 | DEJ | | | Completed draft Objection Preliminary Class settlement and edit draft Complaint. | 6.00 | 400.00 | 2,400.00 | | 19722 |
| 10/22/2014 | DEJ | | | Completed preparation of final Objection to Preliminary Approval; travel to Chicago for hearing. | 12.00 | 400.00 | 4,800.00 | | 19722 |
| 10/23/2014 | DEJ | | | Attend and participate in hearing on | 10.00 | 400.00 | 4,000.00 | | 19722 |

**EXHIBIT A**

```
BIM300T                                                                        Page ..........     2
Date ..........  1/11/17                                                        Time .....  12:15:19

                                        COATS | ROSE
                                 BILLING INFORMATION MEMO
                                                            BIM RUN# ... 0020952

Requ.Attorney.. 1048 DWIGHT E. JEFFERSON   13317 000 MILDRED E. WHITTIER, a/n/f FOR JULIUS E.  BIM#:
N Orig Attorney 1048 DWIGHT E. JEFFERSON       1      IN RE: NCAA STUDENT ATHLETE CONCUSSION   Time:
N Resp Attorney 1048 DWIGHT E. JEFFERSON              Opened Date.... 10/14/2014               Cost:
N Resp Attorney 9999 FIRM                             CONTINGENT-CIVIL/COM LITIGATION
N Rept Attorney 9999 FIRM             Monthly                                    Time by Prd/Year: N
N Othr Attorney 9999 FIRM             XML01                                      Cost by Prd/Year: N
```

| - Date - | Wkng Atty | Task | Actv Code | Description | Billable Hours | Rate | Value | Non-Chrg. | Group# /Item# |
|----------|-----------|------|-----------|-------------|----------------|------|-------|-----------|---------------|
| 10/27/2014 | DEJ | | | Plaintiffs' Motion for Preliminary Approval of Class Settlement; return travel to Houston. | 2.00 | 400.00 | 800.00 | | 19722 |
| 10/28/2014 | DEJ | | | Completed review and edit of Complaint; filed Complaint with Court. | 4.00 | 400.00 | 1,600.00 | | 19722 |
| 10/29/2014 | DEJ | | | Returned calls from media outlets; conference with client. | 4.00 | 400.00 | 1,600.00 | | 19722 |
| 10/29/2014 | DEJ | | | Returned telephone calls and email regarding case. | 4.00 | 400.00 | 1,600.00 | | 19722 |
| 10/31/2014 | DEJ | | | Travel to Dallas to meet with client and next friend; attended and participated in television news interview with client and next friend; return travel to Houston. | 14.00 | 400.00 | 5,600.00 | | 19722 |
| 11/12/2014 | DEJ | | | Reviewed email communications regarding transfer; reviewed transfer; Conditional Transfer Order. | 1.00 | 400.00 | 400.00 | | 20063 |
| 12/19/2014 | DEJ | | | Participated by phone in oral hearing on Plaintiff's Motion to Add Class Representatives; conferred with other objecting counsel regarding hearings. | 1.50 | 400.00 | 600.00 | | 20344 |

```
BIM300T                                      COATS | ROSE                    BIM RUN# ... 0020952          Page ..........    3
Date .........  1/11/17                 BILLING INFORMATION MEMO                                         Time .....   12:15:19

Requ Attorney.. 1048  DWIGHT E. JEFFERSON       13317  000 MILDRED E. WHITTIER, a/n/f FOR JULIUS E. BIM#:              20327128
N Orig Attorney  1048  DWIGHT E. JEFFERSON              1    IN RE: NCAA STUDENT ATHLETE CONCUSSION Time:    0/00/0000 11/30/2016
N Resp Attorney  1048  DWIGHT E. JEFFERSON                Opened Date... 10/14/2014          Cost:    0/00/0000 11/30/2016
N Rep  Attorney  9999  FIRM                                                           CONTINGENT-CIVIL/COM LITIGATION-DEFN
N Bill Attorney  9999  FIRM                        Monthly                                           Time by Prd/Year:
N Othr Attorney  9999  FIRM                        XMLO1                                             Cost by Prd/Year:
```

| - Date - | Wkng Atty | Task | Actv Code | Description | Billable Hours | Rate | Value | Non-Chrg. | Group# /Item |
|----------|-----------|------|-----------|-------------|----------------|------|-------|-----------|-------------|
| 12/21/2014 | DEJ | | | Drafted Plaintiff's Motion for Appointment of Additional Class Counsel. | 4.00 | 400.00 | 1,600.00 | | 20344 |
| 12/22/2014 | DEJ | | | Reviewed Notification of Docket Entry. | .30 | 400.00 | 120.00 | | 20344 |
| 12/23/2014 | DEJ | | | Reviewed draft Motion for Appointment of Class Counsel; reviewed Order regarding same; draft edits to motion. | 4.00 | 400.00 | 1,600.00 | | 20344 |
| 1/13/2015 | DEJ | | | Filed Rule 23 Motion to Appointment Additional Class Counsel. | .50 | 400.00 | | | 20751 |
| 1/14/2015 | LAL | | | Review response to motion to appoint co-counsel, begin review for potential reply. | 3.00 | 300.00 | 900.00 | | 20984 |
| 1/15/2015 | LAL | | | Continue review regarding potential class counsel briefing. | .80 | 300.00 | 240.00 | | 20984 |
| 1/15/2015 | DEJ | | | Conferred with class counsel regarding agreement on briefing schedule and to strike hearing date. | 1.00 | 400.00 | 400.00 | | 20751 |
| 1/16/2015 | LAL | | | Preliminary outline of potential class counsel briefing and conference with D. Jefferson regarding strategy. | .60 | 300.00 | 180.00 | | 20984 |
| 1/16/2015 | DEJ | | | Conferred with Larry Lynn regarding strategy for briefing response to class | 2.00 | 400.00 | 800.00 | | 20751 |

```
BIM300T                                                                            Page ........... 4
Date .......... 1/11/17                                                             Time ..... 12:15:19

                              COATS | ROSE
                          BILLING INFORMATION MEMO                    BIM RUN# ... 0020952

Requ.Attorney.. 1048 DWIGHT E. JEFFERSON    13317 000 MILDRED E. WHITTIER, a/n/f FOR JULIUS E.   BIM#:
Orig Attorney.. 1048 DWIGHT E. JEFFERSON          1   IN RE: NCAA STUDENT ATHLETE CONCUSSION      Time:   0/00/0000 11/30/2026
Bill Attorney.. 1048 DWIGHT E. JEFFERSON              Opened Date.... 10/14/2014                  Cost:   0/00/0000 11/30/2026
Resp Attorney.. 9999 FIRM                        CONTINGENT-CIVIL/COMM LITIGATION-DE                      Time by Prd/Year:
Resp Attorney.. 9999 FIRM                                                                                 Cost by Prd/Year:
Othr Attorney.. 9999 FIRM                     Monthly
                                              XML01
```

| Date - | Wkng Atty | Task | Actv Code | Description | Billable Hours | Rate | Value | Non-Chrg. Group# /Item |
|--------|-----------|------|-----------|-------------|---------------|------|-------|------------------------|
| | | | | counsel objection. | | | | |
| 1/22/2015 | LAL | | | Memo to D. Jefferson regarding interim counsel briefing. | .80 | 300.00 | 240.00 | 20984 |
| 1/26/2015 | LAL | | | Conference with D. Jefferson regarding certification expert report. | .20 | 300.00 | 60.00 | 20984 |
| 1/27/2015 | LAL | | | Research regarding motion to appoint additional class counsel; review renewed motion filed by co-plaintiff's counsel and supporting documents. | 1.00 | 300.00 | 300.00 | 20984 |
| 1/28/2015 | LAL | | | Conferences with D. Jefferson regarding interim class counsel application, response to opposition and proposal by Nichols' counsel to join forces. | .60 | 300.00 | 180.00 | 20984 |
| 1/28/2015 | DEJ | | | Worked on draft Memorandum in Support of Rule 23 Motion. | 6.00 | 400.00 | 2,400.00 | 20751 |
| 2/27/2015 | DEJ | | | Reviewed Joint Submission regarding Feasibility and Cost of Direct Notice. | 1.00 | 400.00 | 400.00 | 21196 |
| 3/31/2015 | DEJ | | | Reviewed and edited draft Memorandum in Support of Edelson Motion. | 4.00 | 400.00 | 1,600.00 | 21730 |
| 4/14/2015 | DEJ | | | Reviewed filings from Plaintiffs and Defendants regarding status hearing. | 4.00 | 400.00 | 1,600.00 | 22266 |

```
BIM300T                                    COATS | ROSE                                  BIM RUN# ... 0020952              Page ........:      5
Date ........:  1/11/17                BILLING INFORMATION MEMO                                                           Time .....: 12:15:19

Regu.Attorney..: 1048 DWIGHT E. JEFFERSON     13317 000 MILDRED E. WHITTIER, a/n/f FOR JULIUS E.    BIM#:  N ... 20327128
Orig.Attorney..: 1048 DWIGHT E. JEFFERSON         1   IN RE: NCAA STUDENT ATHLETE CONCUSSION        Time:  N ... 0/00/0000 11/30/2016
Bill Attorney..: 1048 DWIGHT E. JEFFERSON             Opened Date....10/14/2014                     Cost:  N ... 0/00/0000 11/30/2016
Resp.Attorney..: 9999 FIRM                                   Monthly   CONTINGENT-CIVIL/COM LITIGATION-DEEN  N
Othr.Attorney..: 9999 FIRM                                   XML01                                         Time by Prd/Year:  N
                                                                                                            Cost by Prd/Year:  N
```

### T I M E

| - Date - | Wkng Atty | Task | Actv Code | Description | Billable Hours | Rate | Value | Non-Chrg. | Group# /Item |
|---|---|---|---|---|---|---|---|---|---|
| 4/15/2015 | DEJ | | | Reviewed Expert Reports regarding preparation for status hearing. | 4.00 | 400.00 | 1,600.00 | | 22266 |
| 4/16/2015 | DEJ | | | Travel to Chicago for hearing on Plaintiff's Motion for Approval of Settlement Class; review of Plaintiff's Motion for Preliminary Approval and Exhibits regarding preparation for hearing. | 10.00 | 400.00 | 4,000.00 | | 22266 |
| 4/17/2015 | DEJ | | | Attended hearing on Motion for Preliminary Approval; travel from Chicago to Houston. | 8.00 | 400.00 | 3,200.00 | | 22266 |
| 4/20/2015 | DEJ | | | Dictated Motion for Leave to File Objection to Motion for Preliminary Approval. | 2.00 | 400.00 | 800.00 | | 22266 |
| 4/27/2015 | DEJ | | | Reviewed Motion for Preliminary Approval and exhibits regarding preparation of objection. | 4.00 | 400.00 | 1,600.00 | | 22266 |
| 5/07/2015 | DEJ | | | Research and review regarding preparation of Response to Joint Motion for Preliminary Approval. | 6.00 | 400.00 | 2,400.00 | | 22726 |
| 5/08/2015 | LAL | | | Assist research regarding class | .60 | 300.00 | 180.00 | | 22602 |

```
BIM300T                                    COATS | ROSE                           Page .........  6
Date .......... 1/11/17                BILLING INFORMATION MEMO                    Time ......  12:15:19

Requ.Attorney.. 1048 DWIGHT E. JEFFERSON   13317 000 MILDRED E. WHITTIER, a/n/f FOR JULIUS E.   BIM RUN# ... 0020952
N Orig Attorney 1048 DWIGHT E. JEFFERSON         1 IN RE: NCAA STUDENT ATHLETE CONCUSSION
N Bill Attorney 1048 DWIGHT E. JEFFERSON           Opened Date... 10/14/2014                  BIM#:  0/00/0000 11/30/20...
N Resp Attorney 9999 FIRM                                                                     Time:  0/00/0000 11/30/20...
N Othr Attorney 9999 FIRM                  Monthly                                            Cost:
                                           XML01           CONTINGENT-CIVIL/COMM LITIGATION-DEF   Time by Prd/Year:
                                                                                              Cost by Prd/Year:
```

T I M E

| - Date - | Wkng Atty | Task | Actv Code | Description | Billable Hours | Rate | Value | Non-Chrg. | Group# /Item |
|---|---|---|---|---|---|---|---|---|---|
| 5/08/2015 | DEJ | | | Drafted Response to Joint Motion for Preliminary Approval. | 6.00 | 400.00 | 2,400.00 | | 22726 |
| 6/10/2015 | DEJ | | | Review NCAA Motion for Extension of Time; Notice of Motion; reviewed plaintiffs' response to Nichols' objection. | 2.00 | 400.00 | 800.00 | | 23169 |
| 6/26/2015 | DEJ | | | Reviewed Minute Order from Court regarding status conference rescheduling. | .30 | 400.00 | 120.00 | | 23192 |
| 7/14/2015 | DEJ | | | Reviewed Plaintiff's Motion to File excess pages. | 1.00 | 400.00 | 400.00 | | 23719 |
| 8/18/2015 | DEJ | | | Reviewed Minute entry of hearing on Plaintiff's Motion for Leave to file Opposition to Settlement. | 1.00 | 400.00 | 400.00 | | 24009 |
| 8/20/2015 | DEJ | | | Reviewed appearance of new counsel. | .20 | 400.00 | 80.00 | | 24009 |
| 2/01/2016 | DEJ | | | Reviewed Minute Entry from Court regarding 2/4/16 status hearing rescheduled to 3/3/16. | .30 | 400.00 | 120.00 | | 26941 |
| 3/02/2016 | DEJ | | | Travel to Chicago for status hearing; | 8.00 | 400.00 | 3,200.00 | | 27490 |

```
BIM300T                                              COATS | ROSE                          Page .........    7
Date .........   1/11/17                      BILLING INFORMATION MEMO        BIM RUN# ... 0020952    Time .....  12:15:19

Requ Attorney..  1048  DWIGHT E. JEFFERSON    13317  000  MILDRED E. WHITTIER. a/n/f FOR JULIUS E.  BIM#:         2032712B
N Orig Attorney  1048  DWIGHT E. JEFFERSON           1   IN RE: NCAA STUDENT ATHLETE CONCUSSION     Time:    0/00/0000  11/30/20
N Bal Attorney   1048  DWIGHT E. JEFFERSON                Opened Date... 10/14/2014                 Cost:    0/00/0000  11/30/20
N Resp Attorney  9999  FIRM                                                CONTINGENT-CIVIL/COMM LITIGATION-DEF
N Rept Attorney  9999  FIRM                      Monthly                                            Time by Prd/Year:
N Othr Attorney  9999  FIRM                      XML01                                              Cost by Prd/Year:

                                                    T I M E
=====================================================================================================================
- Date -   Wkng                              <=================>         Billable
           Atty  Task  Actv                                             Hours    Rate     Value    Non-Chrg. Group# /Item
                 Code  Description
=====================================================================================================================

3/02/2016  DEJ                     prepare regarding same; prepared motion
                                   to supplement the record.

                                   Reviewed Notice of Fegan Motion to            .30   400.00    120.00              27490
                                   Withdraw as Counsel and other filings.

3/04/2016  DEJ                     Reviewed email from Judge Lee's Court         .30   400.00    120.00              27490
                                   reporter regarding clarification of
                                   record.

3/21/2016  DEJ                     Reviewed email hearing transcript.            .50   400.00    200.00              27490

6/02/2016  DEJ                     Reviewed email from court and attached        .50   400.00    200.00              29143
                                   Hearing transcript.

7/13/2016  DEJ                     Reviewed Amended Class Action Settlement     4.00   400.00  1,600.00              29172
                                   Agreement and exhibits regarding
                                   preparing for status hearing regarding
                                   preliminary approval.

7/14/2016  DEJ                     Participated in status hearing regarding     3.00   400.00  1,200.00              29172
                                   preliminary approval of settlement and
                                   reviewed Memorandum Order regarding
                                   same; reviewed filing for court
                                   regarding notice of appearance of
                                   counsel; reviewed minute Entry regarding
                                   Hearing.
```

```
BIM300T                                          COATS | ROSE                        BIM RUN# ... 0020952              Page .......... 8

Date ..........  1/11/17                     BILLING INFORMATION MEMO                                                  Time ......  12:15:19

Requ.Attorney..  1048  DWIGHT E. JEFFERSON       13317  000  MILDRED E. WHITTIER, a/n/f FOR JULIUS E.  BIM#:          0/00/0000  20327128
N Orig Attorney  1048  DWIGHT E. JEFFERSON                1  IN RE: NCAA STUDENT ATHLETE CONCUSSION    Time:          0/00/0000  11/30/2018
N Resp Attorney  3998  FIRM                                  Opened Date... 10/14/2014   CONTINGENT-CIVIL/COMM LITIGATION-DEF  11/30/2018
N Resp Attorney  3998  FIRM                                                                             Cost:          Time by Prd/Year:
N Repl Attorney  9999  FIRM                        Monthly                                                             Cost by Prd/Year:
N Othr Attorney  9999  FIRM                        XML01

=================================================================   T I M E   <======================================================

                          Actv
- Date -  Wkng  Task  Code        Description                                   Billable
          Atty                                                            Hours     Rate       Value    Non-Chrg. Group# /Item

7/15/2016 DEJ               Review Memorandum Opinion and Order                  3.00    400.00   1,200.00                      29172
                           signed by Judge Lee and Notice, Minute
                           Entry, and Preliminary Approval Order
                           and Stipulated HIPPA Orders.

7/18/2016 DEJ               Review email and draft TSCA Protective              1.00    400.00     400.00                      29172
                           Order; conference with L. Wilson
                           regarding same; email from Defendant's
                           attorney regarding same.

8/09/2016 DEJ               Began review of complaint regarding                 2.00    400.00     800.00                      29807
                           amending to include Big XII Conference.

8/22/2016 DEJ               Reviewed filing with the Court 288 and              1.50    400.00     600.00                      29807
                           filing with the Judicial Panel on MDL.

8/22/2016 DEJ               Reviewed filing with the Court 289.                  .50    400.00     200.00                      29807

9/12/2016 DEJ               Begin review of draft Amended petition             2.00    400.00     800.00                      30533
                           and court order.

9/13/2016 DEJ               Conferred with co-counsel regarding                1.00    400.00     400.00                      30533
                           docket control order.

10/05/2016 DL              Research on WestLaw as well as the Texas            1.90    140.00     266.00                      30403
                           SOS regarding the Southwest Athletic
                           Conference.

10/05/2016 DEJ             Prepared, edited, and filed Plaintiff               4.00    400.00   1,600.00                      30533
```

```
BIM300T                                          COATS | ROSE                          BIM RUN# ... 0020952              Page .......... 9
Date ...........  1/11/17                    BILLING INFORMATION MEMO                                                    Time .....   12:15:19

Requ.Attorney.. 1048   DWIGHT E. JEFFERSON    13317  000 MILDRED E. WHITTIER, a/n/f FOR JULIUS E.    BIM#:
N Orig Attorney  1048   DWIGHT E. JEFFERSON           1      IN RE: NCAA STUDENT ATHLETE CONCUSSION  Time:     0/00/0000 11/30/2005   20327128
N Bill Attorney  1048   DWIGHT E. JEFFERSON                  Opened Date.... 10/14/2014              Cost:     0/00/0000 11/30/2005
N Resp Attorney  9999   FIRM                        Monthly              CONTINGENT-CIVIL/COMM LITIGATION-DEF            Time by Prd/Year:
N Othr Attorney  9999   FIRM                        XML01                                                                Cost by Prd/Year:
```

```
========================================================    T I M E    <========================================================

-  Date  -    Wkng   Task   Actv                    Description                        Billable   Rate      Value   Non-Chrg. Group# /Item
              Atty          Code                                                        Hours
```

| - Date - | Wkng Atty | Task | Actv Code | Description | Billable Hours | Rate | Value | Non-Chrg. | Group# /Item |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Whittier's Motion for Appointment of | | | | | |
| | | | | Dwight E. Jefferson as Class Liaison | | | | | |
| | | | | counsel. | | | | | |
| 10/06/2016 | DEJ | | | Reviewed draft First Amended Complaint, | 2.00 | 400.00 | 800.00 | | 30533 |
| | | | | edited same; conferred with F. Reece | | | | | |
| | | | | regarding preparation of same. | | | | | |
| 10/07/2016 | DEJ | | | Completed review and preparation of | 4.00 | 400.00 | 1,600.00 | | 30533 |
| | | | | Plaintiffs' First Amended Complaint and | | | | | |
| | | | | Motion for Leave; conferred with court | | | | | |
| | | | | coordinator regarding filing of Motion | | | | | |
| | | | | for Appointment as Class Liaison | | | | | |
| | | | | Counsel. | | | | | |
| 10/13/2016 | DEJ | | | Reviewed Amended Motion for Leave and | 1.00 | 400.00 | 400.00 | | 30533 |
| | | | | Amended Complaint and Notice of Motion | | | | | |
| | | | | and conferred with legal assistant | | | | | |
| | | | | regarding same. | | | | | |
| 10/18/2016 | DEJ | | | Conferred with court coordinator and | 3.00 | 400.00 | 1,200.00 | | 30533 |
| | | | | legal assistance regarding filing of | | | | | |
| | | | | notice of appearance; conferred with D. | | | | | |
| | | | | Jasmer regarding serving as local | | | | | |
| | | | | counsel. | | | | | |

BIM300T
Date .......... 1/11/17

COATS | ROSE
BILLING INFORMATION MEMO

BIM RUN# ... 0020952

Page ......... 10
Time ...... 12:15:19

Requ.Attorney.- 1048 DWIGHT E. JEFFERSON
N Orig Attorney 1048 DWIGHT E. JEFFERSON
N Bill Attorney 1048 DWIGHT E. JEFFERSON
N Resp Attorney 9999 FIRM
N Othr Attorney 9999 FIRM

13317 000 MILDRED E. WHITTIER. a/n/f FOR JULIUS E.
1 IN RE: NCAA STUDENT ATHLETE CONCUSSION
Opened Date....10/14/2014 CONTINGENT-CIVIL/COMM LITIGATION-DEF

BIM#: 2032710...
Time: 0/00/0000 11/30/20...
Cost: 0/00/0000 11/30/20...
Time by Prd/Year:
Cost by Prd/Year:

Monthly
XML01

T I M E

| - Date - | Wkng Atty | Task | Actv Code | Description | Billable Hours | Rate | Value | Non-Chrg. | Group# /Item |
|---|---|---|---|---|---|---|---|---|---|
| 10/19/2016 | DEJ | | | Conference call with Northern District Clerk regarding status of attorney of record. | 1.00 | 400.00 | 400.00 | | 30533 |
| 10/20/2016 | DEJ | | | Reviewed notice from court regarding appearance of counsel. | .30 | 400.00 | 120.00 | | 30533 |
| 10/25/2016 | DEJ | | | Reviewed filings with the Court regarding conditional Transfer Order; Notice of Correction. | .50 | 400.00 | 200.00 | | 30533 |
| 11/15/2016 | DEJ | | | Prepared engagement letter for Lee Rickman and draft local counsel agreement and client consent | 1.50 | 400.00 | 600.00 | | 30951 |
| 11/16/2016 | DEJ | | | Reviewed draft Local Counsel Agreement, Client Fee Sharing Disclosure and Consent, Attorney Client Employment Agreement, edited same | 3.00 | 400.00 | 1,200.00 | | 30951 |
| 11/21/2016 | DEJ | | | Reviewed draft Attorney Client Agreement and Local Counsel Agreement. Forwarded same to L. Rickman and D. Jasmer. | 2.00 | 400.00 | 800.00 | | 30951 |
| 12/01/2016 | DEJ | | | Reviewed correspondence and Plaintiff's Notice of Subpoena. | .30 | 400.00 | 120.00 | | 31395 |
| 12/01/2016 | DEJ | | | Reviewed email from client Rickman - | .50 | 400.00 | 200.00 | | 31395 |

```
BIM300T                              COATS | ROSE                      BIM RUN# ... 0020952        Page .........  11
Date .......... 1/11/17            BILLING INFORMATION MEMO                                        Time ......  12:15:19
```

```
Requ.Attorney.. 1048 DWIGHT E. JEFFERSON     13317 000 MILDRED E. WHITTIER, a/n/f FOR JULIUS E.   BIM#:   0/00/0000 11/30/2006
N Orig.Attorney 1048 DWIGHT E. JEFFERSON         1     IN RE: NCAA STUDENT ATHLETE CONCUSSION      Time:   0/00/0000 11/30/2006
N Bill.Attorney 1048 DWIGHT E. JEFFERSON               Opened Date...10/14/2014                    Cost:
N Resp.Attorney 9999 FIRM                                                                          CONTINGENT-CIVIL/COMM LITIGATION-DEFEN
N Rept.Attorney 9999 FIRM                        Monthly                                           Time by Prd/Year:
N Othr.Attorney 9999 FIRM                        XML01                                             Cost by Prd/Year:        2032710
```

### T I M E

| - Date - | Wkng Atty | Task | Actv Code | Description | Billable Hours | Rate | Value | Non-Chrg. | Group# /Item |
|---|---|---|---|---|---|---|---|---|---|
| | | | | client contract and medical authorization. | | | | | |
| 12/16/2016 | DEJ | | | Reviewed draft of edited Plaintiff's Motions to Transfer to MDL. Researched and dictated Plaintiff's Memorandum in Support of Motion to Transfer to MDL. | 4.00 | 400.00 | 1,600.00 | | 31395 |
| 12/19/2016 | DEJ | | | Reviewed and edited draft memorandum in support of Motion to Transfer MDL. Reviewed MDL Rules of Procedure regarding filing of motions. Reviewed Settlement Class Counsel Unopposed Motion for Extension of Time and Second Unopposed Motion Extension of Time. | 2.00 | 400.00 | 800.00 | | 31395 |
| | | | | Unbilled Time | 205.80 | | 81,066.00 | 200.00 | |

### C O S T S   A D V A N C E D

| - Date - | Wkng Atty | Task | Serv Code | Description | Check # | Quantity | Amount | Group# /Item |
|---|---|---|---|---|---|---|---|---|
| 10/23/2014 | DEJ | | 0110 | DWIGHT JEFFERSON OUT OF TOWN TRAVEL, DWIGHT JEFFERSON - AIRFARE TO/FROM CHICAGO, IL TO ATTEND CLASS ACTION | Check # - 000149320 | | 1,056.70 | 13913 |

```
BIM300T                                           COATS | ROSE                          Page .........  12
Date .........  1/11/17                      BILLING INFORMATION MEMO                    Time .....  12:15:19

Requ.Attorney .. 1048 DWIGHT E. JEFFERSON     13317 000 MILDRED E. WHITTIER, a/n/f FOR JULIUS E.   BIM RUN# ... 0020952
N Orig Attorney 1048 DWIGHT E. JEFFERSON            1 IN RE: NCAA STUDENT ATHLETE CONCUSSION       BIM#:                 2032710...
N Bill Attorney 1048 DWIGHT E. JEFFERSON              Opened Date ... 10/14/2014                   Time:  0/00/0000 11/30/20...
N Resp Attorney 9999 FIRM                                                                          Cost:  0/00/0000 11/30/20...
N Othr Attorney 9999 FIRM                     Monthly                                              Time by Prd/Year:
                                              XML01     CONTINGENT-CIVIL/COMM LITIGATION-DEF...    Cost by Prd/Year:
```

| Date - | Wkng Atty | Task | Serv Code | Description | Quantity | Amount | Group#/Item |
|---|---|---|---|---|---|---|---|
| 10/23/2014 | DEJ | | 0110 | HEARING 10/22/14 - 10/23/14 | | 110.00 | 13913 |
| | | | | DWIGHT JEFFERSON    Check # -  000149320 | | | |
| | | | | OUT OF TOWN TRAVEL, DWIGHT JEFFERSON - HOTEL IN | | | |
| | | | | CHICAGO, IL TO ATTEND CLASS ACTION HEARING | | | |
| | | | | 10/22/14 - 10/23/14 | | | |
| 10/23/2014 | DEJ | | 0110 | DWIGHT JEFFERSON    Check # -  000149320 | | 40.80 | 13913 |
| | | | | OUT OF TOWN TRAVEL, DWIGHT JEFFERSON - TAXI IN | | | |
| | | | | CHICAGO, IL TO ATTEND CLASS ACTION HEARING | | | |
| | | | | 10/22/14 - 10/23/14 | | | |
| 10/23/2014 | DEJ | | 0110 | DWIGHT JEFFERSON    Check # -  000149320 | | 81.06 | 13913 |
| | | | | OUT OF TOWN TRAVEL, DWIGHT JEFFERSON - MEALS IN | | | |
| | | | | CHICAGO, IL TO ATTEND CLASS ACTION HEARING | | | |
| | | | | 10/22/14 - 10/23/14 | | | |
| 10/23/2014 | DEJ | | 0110 | DWIGHT JEFFERSON    Check # -  000149320 | | 19.00 | 13913 |
| | | | | OUT OF TOWN TRAVEL, DWIGHT JEFFERSON - PARKING AT | | | |
| | | | | AIRPORT FOR CHICAGO, IL TRIP 10/22/14 - 10/23/14 | | | |
| 10/27/2014 | DEJ | | 0112 | DWIGHT JEFFERSON    Check # -  000149320 | | 400.00 | 13913 |
| | | | | COURT FEES, DWIGHT JEFFERSON, U.S. DISTRICT COURT | | | |
| | | | | - FILING FEE FOR ORIGINAL COMPLAINT | | | |
| 10/30/2014 | DEJ | | 0112 | CLERK OF THE SUPREME    Check # -  000149242 | | 10.00 | 13880 |
| | | | | COURT FEES, CLERK OF THE SUPREME COURT - | | | |

COATS | ROSE
BILLING INFORMATION MEMO

BIM RUN# ... 0020952

Requ.Attorney.. 1048 DWIGHT E. JEFFERSON
N Orig Attorney. 1048 DWIGHT E. JEFFERSON
N Bill Attorney. 1048 DWIGHT E. JEFFERSON
N Rept Attorney. 9999 FIRM
N Othr Attorney. 9999 FIRM

13317 000 MILDRED E. WHITTIER, a/n/f FOR JULIUS E.
1     IN RE: NCAA STUDENT ATHLETE CONCUSSION
      Opened Date... 10/14/2014

Monthly
XML01

CONTINGENT-CIVIL/COMM LITIGATION-DEFH

2032712
BIM#:
Time:
Cost:

0/00/0000 11/30/200..
0/00/0000 11/30/200..
Time by Prd/Year:
Cost by Prd/Year:

C O S T S    A D V A N C E D

| - Date - | Wkng Atty | Task | Serv Code | Description | Quantity | Amount | Group# /Item |
|---|---|---|---|---|---|---|---|
| 10/31/2014 | DEJ | | 0110 | DWIGHT JEFFERSON   Check # -   000149448 CERTIFICATE OF GOOD STANDING OUT OF TOWN TRAVEL, DWIGHT JEFFERSON - MEAL IN DALLAS, TX FOR MEETING W/ CLIENT & INTERVIEWS | | 138.56 | 13970 |
| 10/31/2014 | DEJ | | 0125 | DWIGHT JEFFERSON   Check # -   000149448 MILEAGE, DWIGHT JEFFERSON - 480 MILES @ .560 PER MILE TO/FROM DALLAS, TX FOR MEETING W/ CLIENT & INTERVIEWS | | 268.80 | 13970 |
| 11/12/2014 | PB | | 0101 | PHOTOCOPIES | 11.00 | 2.75 | 13979 |
| 11/12/2014 | PB | | 0101 | PHOTOCOPIES | 30.00 | 7.50 | 13979 |
| 11/20/2014 | PB | | 0101 | PHOTOCOPIES | 204.00 | 51.00 | 14073 |
| 11/20/2014 | DEJ | | 0112 | U.S. DISTRICT CLERK, Check # -   000149541 COURT FEES, U.S. DISTRICT CLERK, NORTHERN DISTRICT - FILING FEE FOR MOTION FOR LEAVE TO APPEAR PRO HAC VICE | | 50.00 | 14065 |
| 11/24/2014 | PB | | 0101 | PHOTOCOPIES | 10.00 | 2.50 | 14106 |
| 11/24/2014 | PB | | 0101 | PHOTOCOPIES | 11.00 | 2.75 | 14106 |
| 12/31/2014 | DEJ | | 0106 | PACER SERVICE CENTER Check # -   000150380 ONLINE RESEARCH - PACER SEARCHES - 10/1/2014 - 12/31/2014 | | 15.50 | 14587 |
| 1/05/2015 | LM | | 0101 | PHOTOCOPIES | 148.00 | 37.00 | 14522 |

```
BIM300T                                    COATS | ROSE                        BIM RUN# ... 0020952        Page .......... 14
Date ..........  1/11/17                BILLING INFORMATION MEMO                                          Time .....  12:15:19

Requ.Attorney.. 1048  DWIGHT E. JEFFERSON      13317 000  MILDRED E. WHITTIER, a/n/f FOR JULIUS E. BIM#:            20327101
N Orig Attorney 1048  DWIGHT E. JEFFERSON            1    IN RE: NCAA STUDENT ATHLETE CONCUSSION  Time:  0/00/0000 11/30/2016
N Bdgt Attorney 1048  DWIGHT E. JEFFERSON                 Opened Date.... 10/14/2014               Cost:  0/00/0000 11/30/2016
N Rspb Attorney 9999  FIRM                                                              CONTINGENT-CIVIL/COMM LITIGATION-DEF
N Rept Attorney 9999  FIRM                                                                          Time by Prd/Year:
N Othr Attorney 9999  FIRM                                                                          Cost by Prd/Year:

===================================>   C O S T S   A D V A N C E D   <====================================================
 - Date -     Wkng  Serv
              Atty  Task  Code   Description                          Quantity         Amount        Group# /Item
===========================================================================================================================
1/05/2015  LM       0101  PHOTOCOPIES                                 164.00          41.00          14522    1
1/07/2015  LM       0101  PHOTOCOPIES                                 108.00          27.00          14543    2
1/14/2015  DEJ      0107  FEDERAL EXPRESS        Check # -  000150575                 22.93          14717    2
                          DELIVERY SERVICE/MESSENGER, FEDERAL EXPRESS -
                          FROM LATONYA MCPHERSON TO THE HONORABLE JOHN ZEE
1/27/2015  LAL      0101  PHOTOCOPIES                                  10.00           2.50          14759    2
1/28/2015  DEJ      0101  PHOTOCOPIES                                 108.00          27.00          14770    2
1/30/2015  LM       0101  PHOTOCOPIES                                  20.00           5.00          14788    2
1/31/2015  DEJ      0106  LEXISNEXIS - ONLINE    Check # -  000151093                 68.04          15065    1
                          ONLINE RESEARCH, LEXISNEXIS - INVOICE 1501449582
                          - JANUARY 2015
2/03/2015  DEJ      0101  PHOTOCOPIES                                  10.00           2.50          14831    1
2/12/2015  DEJ      0101  PHOTOCOPIES                                  20.00           5.00          14995    2
2/23/2015  DEJ      0101  PHOTOCOPIES                                  15.00           3.75          15090    2
3/25/2015  DEJ      0101  PHOTOCOPIES                                  13.00           3.25          15409    1
3/31/2015  DEJ      0106  PACER SERVICE CENTER Check # -  000151812                   25.00          15567    1
                          ONLINE RESEARCH, PACER SERVICE CENTER - INVOICE
                          2527874-Q12015 - JAN. 2015-MARCH 2015
4/15/2015  DEJ      0101  PHOTOCOPIES                                  25.00           6.25          15652    2
4/15/2015  DEJ      0101  PHOTOCOPIES                                  39.00           9.75          15652    2
4/15/2015  DEJ      0101  PHOTOCOPIES                                  45.00          11.25          15652    2
```

```
BIM300T                              COATS | ROSE                    BIM RUN# ... 0020952        Page ......... 15
Date .......... 1/11/17           BILLING INFORMATION MEMO                                       Time ...... 12:15:19

Requ.Attorney.. 1048 DWIGHT E. JEFFERSON     13317 000 MILDRED B. WHITTIER, a/n/f FOR JULIUS E.    BIM#:              2032710
N Orig Attorney. 1048 DWIGHT E. JEFFERSON            1   IN RE: NCAA STUDENT ATHLETE CONCUSSION     Time: 0/00/0000 11/30/2036
N Bill Attorney. 3948 DWIGHT E. JEFFERSON                Opened Date.... 10/14/2014                 Cost: 0/00/0000 11/30/2036
N Resp Attorney. 9999 FIRM                                                                          Time by Prd/Year:
N Repd Attorney. 9999 FIRM                Monthly    CONTINGENT-CIVIL/COMM LITIGATION-DEFEN         Cost by Prd/Year:
N Othr Attorney. 9999 FIRM                XML01
```

C O S T S   A D V A N C E D

| - Date - | Wkng Atty | Task | Serv Code | Description | Quantity | Amount | Group# /Item |
|----------|-----------|------|-----------|-------------|----------|--------|--------------|
| 4/15/2015 | DEJ | | 0101 | PHOTOCOPIES | 181.00 | 45.25 | 15652  2 |
| 4/17/2015 | DEJ | | 0110 | DWIGHT JEFFERSON   Check # - 000152271 | | 1,060.00 | 15871 |
| | | | | OUT OF TOWN TRAVEL, DWIGHT JEFFERSON - AIRFARE | | | |
| | | | | TO/FROM CHICAGO, IL TO ATTEND HEARING 4/16/15 - | | | |
| | | | | 4/17/15 | | | |
| 4/17/2015 | DEJ | | 0110 | DWIGHT JEFFERSON   Check # - 000152271 | | 231.64 | 15871 |
| | | | | OUT OF TOWN TRAVEL, DWIGHT JEFFERSON - HOTEL IN | | | |
| | | | | CHICAGO, IL TO ATTEND HEARING 4/16/15 - 4/17/15 | | | |
| 4/17/2015 | DEJ | | 0110 | DWIGHT JEFFERSON   Check # - 000152271 | | 69.60 | 15871 |
| | | | | OUT OF TOWN TRAVEL, DWIGHT JEFFERSON - MEALS IN | | | |
| | | | | CHICAGO, IL TO ATTEND HEARING 4/16/15 - 4/17/15 | | | |
| 4/17/2015 | DEJ | | 0110 | DWIGHT JEFFERSON   Check # - 000152271 | | 28.00 | 15871 |
| | | | | OUT OF TOWN TRAVEL, DWIGHT JEFFERSON - PARKING AT | | | |
| | | | | AIRPORT FOR CHICAGO, IL TRIP 4/16/15 - 4/17/15 | | | |
| 4/28/2015 | DEJ | | 0102 | US LEGAL SUPPORT, IN Check # - 000152461 | | 83.00 | 16066 |
| | | | | OUTSIDE PRINTING, US LEGAL SUPPORT, INC., INVOICE | | | |
| | | | | #507089 - AFFIDDAVIT OF NO RECORD FOR JULIUS E. | | | |
| | | | | WHITTIER | | | |
| 5/07/2015 | LAL | | 0101 | PHOTOCOPIES | 17.00 | 4.25 | 15865  1 |
| 5/08/2015 | LAL | | 0101 | PHOTOCOPIES | 30.00 | 7.50 | 15887  22 |
| 6/18/2015 | LAL | | 0101 | PHOTOCOPIES | 14.00 | 3.50 | 16405  2 |

BIM300T

Date ......... 1/11/17

COATS | ROSE

BILLING INFORMATION MEMO

BIM RUN# ... 0020952

Page ......... 16
Time ..... 12:15:19

```
Requ Attorney.. 1048  DWIGHT E. JEFFERSON
N Orig Attorney 1048  DWIGHT E. JEFFERSON
N Bill Attorney 1048  DWIGHT E. JEFFERSON
N Rep Attorney  9999  FIRM
N Othr Attorney 9999  FIRM
```

```
13317 000  MILDRED E. WHITTIER, a/n/f FOR JULIUS E.   BIM#:
      1    IN RE: NCAA STUDENT ATHLETE CONCUSSION        Time:
           Opened Date... 10/14/2014                     Cost:
```

Monthly
XML01

CONTINGENT-CIVIL/CMM LITIGATION-DEF
Time by Prd/Year:      0/00/0000 11/30/20...
Cost by Prd/Year:      0/00/0000 11/30/20...

### C O S T S   A D V A N C E D

| Date - | Wkng Atty | Task | Serv Code | Description | Quantity | Amount | Group# /Item |
|---|---|---|---|---|---|---|---|
| 6/19/2015 | DEJ | | 0101 | PHOTOCOPIES | 14.00 | 3.50 | 16429 |
| 6/22/2015 | DEJ | | 0101 | PHOTOCOPIES | 18.00 | 4.50 | 16452 |
| 6/30/2015 | DEJ | | 0106 | PACER SERVICE CENTER  Check # -  000153038 | | 1.20 | 16662 |
| | | | | ONLINE RESEARCH, PACER SERVICE CENTER - INVOICE # | | | |
| | | | | 2527874 - Q22015 - 4/1/2015- 6/30/2015 | | | |
| 6/30/2015 | DEJ | | 0106 | PACER SERVICE CENTER  Check # -  000153038 | | 1.40 | 16662 |
| | | | | ONLINE RESEARCH, PACER SERVICE CENTER - INVOICE # | | | |
| | | | | 2527874 - Q22015 - 4/1/2015- 6/30/2015 | | | |
| 7/08/2015 | DEJ | | 0101 | PHOTOCOPIES | 10.00 | 2.50 | 16624 |
| 8/03/2015 | FIRM | | 0101 | PHOTOCOPIES | 1.00 | .25 | 16905 |
| 8/03/2015 | FIRM | | 0101 | PHOTOCOPIES | 2.00 | .50 | 16905 |
| 8/03/2015 | FIRM | | 0101 | PHOTOCOPIES | 6.00 | 1.50 | 16905 |
| 8/03/2015 | FIRM | | 0101 | PHOTOCOPIES | 14.00 | 3.50 | 16905 |
| 8/03/2015 | FIRM | | 0101 | PHOTOCOPIES | 26.00 | 6.50 | 16905 |
| 8/03/2015 | FIRM | | 0101 | PHOTOCOPIES | 82.00 | 20.50 | 16905 |
| 8/03/2015 | FIRM | | 0101 | PHOTOCOPIES | 208.00 | 52.00 | 16905 |
| 8/03/2015 | FIRM | | 0101 | PHOTOCOPIES | 14.00 | 3.50 | 16905 |
| 8/03/2015 | FIRM | | 0101 | PHOTOCOPIES | 27.00 | 6.75 | 16905 |
| 8/03/2015 | FIRM | | 0101 | PHOTOCOPIES | 84.00 | 21.00 | 16905 |
| 8/03/2015 | FIRM | | 0101 | PHOTOCOPIES | 214.00 | 53.50 | 16905 |
| 8/17/2015 | LAL | | 0101 | PHOTOCOPIES | 13.00 | 3.25 | 17028 |

```
BIM300T                                                                                    Page .........    17
Date .......... 1/11/17                                                                     Time .....  12:15:19

                                  COATS | ROSE
                           BILLING INFORMATION MEMO                 BIM RUN# ... 0020952

Requ.Attorney.. 1048 DWIGHT E. JEFFERSON       13317 000 MILDRED E. WHITTIER, a/n/f FOR JULIUS E.      BIM#:
N Orig Attorney 1048 DWIGHT E. JEFFERSON           1     IN RE: NCAA STUDENT ATHLETE CONCUSSION        Time:
N Bill Attorney 1048 DWIGHT E. JEFFERSON                 Opened Date....10/14/2014                     Cost:
N Resp Attorney 9999 FIRM                                                                       0/00/0000 11/30/20...
N Rspt Attorney 9999 FIRM                       Monthly              CONTINGENT-CIVIL/COMM LITIGATION-DEF  0/00/0000 11/30/20...
N Othr Attorney 9999 FIRM                       XML01                                                  Time by Prd/Year:
                                                                                                       Cost by Prd/Year:
```

C O S T S   A D V A N C E D

| - Date - | Wkng Atty | Task | Serv Code | Description | Quantity | Amount | Group# /Item |
|---|---|---|---|---|---|---|---|
| 8/17/2015 | LAL | | 0101 | PHOTOCOPIES | 16.00 | 4.00 | 17028 |
| 8/24/2015 | DEJ | | 0101 | PHOTOCOPIES | 13.00 | 3.25 | 17130 |
| 8/24/2015 | DEJ | | 0101 | PHOTOCOPIES | 13.00 | 3.25 | 17130 |
| 8/24/2015 | DEJ | | 0101 | PHOTOCOPIES | 13.00 | 3.25 | 17130 |
| 8/24/2015 | DEJ | | 0101 | PHOTOCOPIES | 13.00 | 3.25 | 17130 |
| 8/24/2015 | DEJ | | 0101 | PHOTOCOPIES | 13.00 | 3.25 | 17130 |
| 10/05/2015 | DEJ | | 0101 | PHOTOCOPIES | 17.00 | 4.25 | 17553 |
| 10/21/2015 | DEJ | | 0101 | PHOTOCOPIES | 21.00 | 5.25 | 17770 |
| 11/02/2015 | DEJ | | 0101 | PHOTOCOPIES | 24.00 | 6.00 | 17854 |
| 11/02/2015 | DEJ | | 0101 | PHOTOCOPIES | 24.00 | 6.00 | 17854 |
| 11/02/2015 | DEJ | | 0101 | PHOTOCOPIES | 24.00 | 6.00 | 17854 |
| 11/05/2015 | DEJ | | 0101 | PHOTOCOPIES | 30.00 | 7.50 | 17910 |
| 11/05/2015 | DEJ | | 0101 | PHOTOCOPIES | 222.00 | 55.50 | 17910 |
| 11/11/2015 | DEJ | | 0101 | PHOTOCOPIES | 90.00 | 22.50 | 17931 |
| 1/29/2016 | DEJ | | 0101 | PHOTOCOPIES | 53.00 | 13.25 | 18640 |
| 3/03/2016 | DEJ | | 0110 | DWIGHT JEFFERSON            Check # -  000156832 | | 1,091.96 | 19138 |
| | | | | OUT OF TOWN TRAVEL, DWIGHT JEFFERSON - AIRFARE | | | |
| | | | | TO/FROM CHICAGO, IL TO ATTEND HEARING 3/2/16 - | | | |
| | | | | 3/3/16 | | | |
| 3/03/2016 | DEJ | | 0110 | DWIGHT JEFFERSON            Check # -  000156832 | | 261.91 | 19138 |

```
BIM300T                                              COATS | ROSE                          Page .........   18
Date ..........  1/11/17                      BILLING INFORMATION MEMO                      Time .....    12:15:19
```

```
Requ.Attorney..  1048  DWIGHT E. JEFFERSON       13317  000  MILDRED E. WHITTIER, a/n/f FOR JULIUS E.  BIM#:   2032710
N Orig Attorney  1048  DWIGHT E. JEFFERSON              1    IN RE: NCAA STUDENT ATHLETE CONCUSSION    Time:   0/00/0000  11/30/2009
N Bil1 Attorney  1048  DWIGHT E. JEFFERSON                   Opened Date... 10/14/2014                 Cost:   0/00/0000  11/30/2009
N Resp Attorney  9999  FIRM                         Monthly                CONTINGENT-CIVIL/COMM LITIGATION-DEF
N Rpt Attorney   9999  FIRM                         XML01                                     Time by Prd/Year:
N Othr Attorney  9999  FIRM                                                                   Cost by Prd/Year:
```

```
==========================================>   C O S T S   A D V A N C E D   <==============================================

- Date -   Wkng                                                                                                Group# /Item
            Atty  Task  Serv    Description                                   Quantity       Amount
                        Code
```

| - Date - | Wkng Atty | Task | Serv Code | Description | Quantity | Amount | Group# /Item |
|---|---|---|---|---|---|---|---|
| 3/03/2016 | DEJ | | 0110 | OUT OF TOWN TRAVEL, DWIGHT JEFFERSON - HOTEL IN | | | 19138 |
| | | | | CHICAGO, IL TO ATTEND HEARING 3/2/16 - 3/3/16 | | | |
| | | | | DWIGHT JEFFERSON    Check # -  000156832 | | 64.34 | |
| 4/07/2016 | DEJ | | 0106 | OUT OF TOWN TRAVEL, DWIGHT JEFFERSON - MEALS IN | | | 19514 |
| | | | | CHICAGO, IL TO ATTEND HEARING 3/2/16 - 3/3/16 | | | |
| | | | | PACER SERVICE CENTER Check # -  000157566 | | 16.80 | |
| | | | | ONLINE RESEARCH, PACER SERVICE | | | |
| | | | | CENTER-INV#2527874-Q12016 - PACER SERVICE CENTER - | | | |
| | | | | CLIENT ONLINE RESEARCH FROM 1/01/16-03/31/16. | | | |
| 5/20/2016 | FIRM | | 0101 | PHOTOCOPIES | 18.00 | 4.50 | 19658 |
| 5/20/2016 | FIRM | | 0101 | PHOTOCOPIES | 18.00 | 4.50 | 19658 |
| 5/24/2016 | FIRM | | 0101 | PHOTOCOPIES | 70.00 | 17.50 | 19685 |
| 5/24/2016 | FIRM | | 0101 | PHOTOCOPIES | 272.00 | 68.00 | 19685 |
| 5/24/2016 | FIRM | | 0101 | PHOTOCOPIES | 330.00 | 82.50 | 19685 |
| 5/24/2016 | FIRM | | 0101 | PHOTOCOPIES | 390.00 | 97.50 | 19685 |
| 5/24/2016 | DEJ | | 0101 | PHOTOCOPIES | 29.00 | 7.25 | 19699 |
| 5/25/2016 | DEJ | | 0101 | PHOTOCOPIES | 29.00 | 7.25 | 19699 |
| 7/14/2016 | FIRM | | 0101 | PHOTOCOPIES | 108.00 | 27.00 | 20119 |
| 7/15/2016 | FIRM | | 0101 | PHOTOCOPIES | 12.00 | 3.00 | 20128 |
| 7/15/2016 | FIRM | | 0101 | PHOTOCOPIES | 12.00 | 3.00 | 20128 |
| 7/15/2016 | FIRM | | 0101 | PHOTOCOPIES | 14.00 | 3.50 | 20128 |

BIM RUN# ... 0020952

```
BIM300T                                                                    Page .........:      19
Date ........:  1/11/17                                                     Time ......:   12:15:19

                                    COATS | ROSE
                              BILLING INFORMATION MEMO                      BIM RUN# ... 0020952

                    13317 000 MILDRED E. WHITTIER, a/n/f FOR JULIUS E.   BIM#:
                          1   IN RE: NCAA STUDENT ATHLETE CONCUSSION     Time:  0/00/0000 11/30/20...
                              Opened Date...: 10/14/2014                 Cost:  0/00/0000 11/30/20...
                                    CONTINGENT-CIVIL/COMM LITIGATION-DEFT
Requ.Attorney..: 1048 DWIGHT E. JEFFERSON                                          Time by Prd/Year:
N Orig Attorney.: 1048 DWIGHT E. JEFFERSON                                         Cost by Prd/Year:
N Bill Attorney.: 1048 DWIGHT E. JEFFERSON
N Resp Attorney.: 9999 FIRM                               Monthly
N Othr Attorney.: 9999 FIRM                               XML01
```

C O S T S   A D V A N C E D

| - Date - | Wkng Atty | Task | Serv Code | Description | Quantity | Amount | Group#/Item |
|---|---|---|---|---|---|---|---|
| 7/15/2016 | FIRM | | 0101 | PHOTOCOPIES | 71.00 | 17.75 | 20128 |
| 7/15/2016 | DEJ | | 0101 | PHOTOCOPIES | 12.00 | 3.00 | 20129 |
| 7/15/2016 | DEJ | | 0101 | PHOTOCOPIES | 14.00 | 3.50 | 20129 |
| 7/25/2016 | FIRM | | 0101 | PHOTOCOPIES | 12.00 | 3.00 | 20212 |
| 7/25/2016 | FIRM | | 0101 | PHOTOCOPIES | 12.00 | 3.00 | 20212 |
| 7/27/2016 | DEJ | | 0124 | COLLEEN M. CONWAY, C Check # - 000158933 | | 27.00 | 20284 |
| | | | | OTHER, COLLEEN M. CONWAY, CSR, RMR, CRR - INVOICE | | | |
| | | | | NO. 20160102 - 7/14/16 TRANSCRIPT OF PROCEEDINGS | | | |
| | | | | BEFORE HON. JOHN Z. LEE (FAE) | | | |
| 7/28/2016 | FIRM | | 0101 | PHOTOCOPIES | 31.00 | 7.75 | 20243 |
| 7/28/2016 | DEJ | | 0101 | PHOTOCOPIES | 24.00 | 6.00 | 20244 |
| 8/09/2016 | FIRM | | 0101 | PHOTOCOPIES | 108.00 | 27.00 | 20328 |
| 8/10/2016 | DEJ | | 0101 | PHOTOCOPIES | 27.00 | 6.75 | 20342 |
| 8/11/2016 | FIRM | | 0101 | PHOTOCOPIES | 18.00 | 4.50 | 20357 |
| 8/12/2016 | DEJ | | 0112 | COURT FEES - SECRETARY OF STATE - 68455365 | | 2.00 | 20369 |
| 8/12/2016 | DEJ | | 0112 | COURT FEES - SECRETARY OF STATE - 68471858 | | 3.00 | 20424 |
| 8/12/2016 | DEJ | | 0124 | SECRETARY OF STATE O Check # - 000159072 | | 44.00 | 20374 |
| | | | | OTHER, SECRETARY OF STATE OF DELAWARE - FOR | | | |
| | | | | DELAWARE SOS RECORDS FOR BIG 12 CONFERENCE, INC. | | | |
| 8/31/2016 | FIRM | | 0101 | PHOTOCOPIES | 38.00 | 9.50 | 20521 |
| 8/31/2016 | FIRM | | 0101 | PHOTOCOPIES | 38.00 | 9.50 | 20521 |

```
BIM300T                                           COATS | ROSE                        Page ..........    20
Date ..........  1/11/17                    BILLING INFORMATION MEMO                   Time  ......  12:15:19

Requ.Attorney..  1048  DWIGHT E. JEFFERSON    13317  000  MILDRED E. WHITTIER, a/n/f FOR JULIUS E.  BIM#:             Case ........    203271
N Orig Attorney. 1048  DWIGHT E. JEFFERSON            1  IN RE: NCAA STUDENT ATHLETE CONCUSSION    Time:   0/00/0000 11/30/2005
N Resp Attorney. 1948  DWIGHT E. JEFFERSON               Opened Date.... 10/14/2014                Cost:   0/00/0000 11/30/2005
N Rep Attorney.. 9999  FIRM                   Monthly                                  CONTINGENT-CIVIL/COMM LITIGATION-DEFEN
N Rep Attorney.. 9999  FIRM                   XML01                                               Time by Prd/Year:
N Othr Attorney. 9999  FIRM                                                                        Cost by Prd/Year:
```

| - Date - | Wkng Atty | Task | Serv Code | Description | Quantity | Amount | Group# /Item |
|---|---|---|---|---|---|---|---|
| 8/31/2016 | FIRM | | 0101 | PHOTOCOPIES | 39.00 | 9.75 | 20521 |
| 8/31/2016 | FIRM | | 0101 | PHOTOCOPIES | 39.00 | 9.75 | 20521 |
| 9/08/2016 | FIRM | | 0101 | PHOTOCOPIES | 30.00 | 7.50 | 20588 |
| 9/12/2016 | FIRM | | 0101 | PHOTOCOPIES | 4.00 | 1.00 | 20609 |
| 9/12/2016 | FIRM | | 0101 | PHOTOCOPIES | 31.00 | 7.75 | 20609 |
| 9/12/2016 | DEJ | | 0101 | PHOTOCOPIES | 35.00 | 8.75 | 20610 |
| 9/13/2016 | FIRM | | 0101 | PHOTOCOPIES | 15.00 | 3.75 | 20619 |
| 9/13/2016 | FIRM | | 0101 | PHOTOCOPIES | 15.00 | 3.75 | 20619 |
| 9/30/2016 | DEJ | | 0106 | PACER SERVICE CENTER Check # - 000001611 | | .20 | 20876 |
| | | | | ONLINE RESEARCH, PACER SERVICE CENTER INVOICE NO. | | | |
| | | | | 2527874-Q32016 PACER SERVICE CENTER ONLINE | | | |
| | | | | RESEARCH FROM 7/1/16 TO 9/30/16 | | | |
| 9/30/2016 | DEJ | | 0106 | PACER SERVICE CENTER Check # - 000001611 | | 16.50 | 20876 |
| | | | | ONLINE RESEARCH, PACER SERVICE CENTER INVOICE NO. | | | |
| | | | | 2527874-Q32016 PACER SERVICE CENTER ONLINE | | | |
| | | | | RESEARCH FROM 7/1/16 TO 9/30/16 | | | |
| 10/04/2016 | FIRM | | 0101 | PHOTOCOPIES | 36.00 | 9.00 | 20836 |
| 10/05/2016 | FIRM | | 0101 | PHOTOCOPIES | 5.00 | 1.25 | 20844 |
| 10/05/2016 | FIRM | | 0101 | PHOTOCOPIES | 10.00 | 2.50 | 20844 |
| 10/05/2016 | FIRM | | 0101 | PHOTOCOPIES | 31.00 | 7.75 | 20844 |
| 10/05/2016 | FIRM | | 0101 | PHOTOCOPIES | 5.00 | 1.25 | 20844 |

```
BIM300T                                          COATS | ROSE                           BIM RUN# ... 0020952          Page ......... 21
Date .......... 1/11/17                    BILLING INFORMATION MEMO                                                   Time ......  12:15:19

Requ Attorney.- 1048  DWIGHT E. JEFFERSON                                                                     203271
N Orig Attorney 1048  DWIGHT E. JEFFERSON        13317 000 MILDRED E. WHITTIER, a/n/f FOR JULIUS E.  BIM#:
N Bill Attorney 1948  DWIGHT E. JEFFERSON              1   IN RE: NCAA STUDENT ATHLETE CONCUSSION    Time:   0/00/0000 11/30/20..
N Resp Attorney 9999  FIRM                                 Opened Date... 10/14/2014                 Cost:   0/00/0000 11/30/20..
N RepE Attorney 9999  FIRM                       Monthly                    CONTINGENT-CIVIL/COMM LITIGATION-DEFE..  Time by Prd/Year:
N Othr Attorney 9999  FIRM                       XML01                                                         Cost by Prd/Year:
========================================================> C O S T S    A D V A N C E D  <======================================
```

|  - Date -  | Wkng Atty | Task | Serv Code | Description | Quantity | Amount | Group# /Item |
|------------|-----------|------|-----------|-------------|----------|--------|--------------|
| 10/05/2016 | FIRM | | 0101 | PHOTOCOPIES | 15.00 | 3.75 | 20844 |
| 10/05/2016 | FIRM | | 0101 | PHOTOCOPIES | 31.00 | 7.75 | 20844 |
| 10/05/2016 | FIRM | | 0101 | PHOTOCOPIES | 4.00 | 1.00 | 20844 |
| 10/05/2016 | FIRM | | 0101 | PHOTOCOPIES | 12.00 | 3.00 | 20844 |
| 10/05/2016 | DL | | 0101 | PHOTOCOPIES | 60.00 | 15.00 | 20845 |
| 10/06/2016 | FIRM | | 0101 | PHOTOCOPIES | 5.00 | 1.25 | 20854 |
| 10/06/2016 | FIRM | | 0101 | PHOTOCOPIES | 30.00 | 7.50 | 20854 |
| 10/06/2016 | FIRM | | 0101 | PHOTOCOPIES | 31.00 | 7.75 | 20854 |
| 10/07/2016 | FIRM | | 0101 | PHOTOCOPIES | 4.00 | 1.00 | 20860 |
| 10/07/2016 | FIRM | | 0101 | PHOTOCOPIES | 31.00 | 7.75 | 20860 |
| 10/07/2016 | FIRM | | 0101 | PHOTOCOPIES | 4.00 | 1.00 | 20860 |
| 10/07/2016 | FIRM | | 0101 | PHOTOCOPIES | 4.00 | 1.00 | 20860 |
| 10/07/2016 | FIRM | | 0101 | PHOTOCOPIES | 31.00 | 7.75 | 20860 |
| 10/07/2016 | FIRM | | 0101 | PHOTOCOPIES | 31.00 | 7.75 | 20860 |
| 10/07/2016 | FIRM | | 0101 | PHOTOCOPIES | 6.00 | 1.50 | 20860 |
| 10/10/2016 | FIRM | | 0101 | PHOTOCOPIES | 4.00 | 1.00 | 20872 |
| 10/11/2016 | FIRM | | 0101 | PHOTOCOPIES | 5.00 | 1.25 | 20881 |
| 10/11/2016 | FIRM | | 0101 | PHOTOCOPIES | 31.00 | 7.75 | 20881 |
| 10/12/2016 | FIRM | | 0101 | PHOTOCOPIES | 4.00 | 1.00 | 20899 |
| 10/12/2016 | FIRM | | 0101 | PHOTOCOPIES | 5.00 | 1.25 | 20899 |
| 10/12/2016 | FIRM | | 0101 | PHOTOCOPIES | 10.00 | 2.50 | 20899 |

```
BIM300T                                                    COATS | ROSE                          BIM RUN# ... 0020952         Page .........  22
Date .........  1/11/17                              BILLING INFORMATION MEMO                                                 Time .....  12:15:19

Requ.Attorney..  1048  DWIGHT E. JEFFERSON        13317  000  MILDRED E. WHITTIER, a/n/f FOR JULIUS E.  BIM#:            2032718
N Orig Attorney  1048  DWIGHT E. JEFFERSON              1      IN RE: NCAA STUDENT ATHLETE CONCUSSION    Time:  0/00/0000  11/30/2006
N Bill Attorney  1048  DWIGHT E. JEFFERSON                     Opened Date.... 10/14/2014               Cost:  0/00/0000  11/30/2006
N Resp Attorney  9999  FIRM                                                                        CONTINGENT-CIVIL/COMM LITIGATION-DEFE
N Othr Attorney  9999  FIRM                   Monthly                                                      Time by Prd/Year:
                                              XML101                                                      Cost by Prd/Year:
=============================================  C O S T S   A D V A N C E D   <====================================================
                       Wkng        Serv
- Date -     Atty  Task  Code  Description                                                   Quantity        Amount   Group# /Item#

10/12/2016  FIRM         0101  PHOTOCOPIES                                                      20.00          5.00           20899
10/12/2016  FIRM         0101  PHOTOCOPIES                                                      31.00          7.75           20899
10/12/2016  FIRM         0101  PHOTOCOPIES                                                      31.00          7.75           20899
10/12/2016  FIRM         0101  PHOTOCOPIES                                                      36.00          9.00           20899
10/12/2016  FIRM         0101  PHOTOCOPIES                                                      70.00         17.50           20899
10/13/2016  FIRM         0101  PHOTOCOPIES                                                       4.00          1.00           20910
10/13/2016  FIRM         0101  PHOTOCOPIES                                                      31.00          7.75           20910
10/13/2016  FIRM         0101  PHOTOCOPIES                                                      39.00          9.75           20910
10/13/2016  FIRM         0101  PHOTOCOPIES                                                      39.00          9.75           20910
10/13/2016  FIRM         0101  PHOTOCOPIES                                                      18.00          4.50           20910
10/18/2016  FIRM         0101  PHOTOCOPIES                                                      64.00         16.00           20932
10/18/2016  FIRM         0101  PHOTOCOPIES                                                     133.00         33.25           20932
10/24/2016  FIRM         0101  PHOTOCOPIES                                                      27.00          6.75           20976
10/24/2016  FIRM         0101  PHOTOCOPIES                                                      27.00          6.75           20976
11/01/2016  DEJ          0106  WESTLAW                                                                       186.69           21229
                               ONLINE RESEARCH, WESTLAW - INVOICE NO. 834991765
                               - ONLINE RESEARCH CHARGES FROM 10/1/16 - 10/31/16
                               Check # -  000002222
11/28/2016  DEJ          0101  PHOTOCOPIES                                                      35.00          8.75           21309
11/30/2016  DEJ          0110  DWIGHT JEFFERSON                                                           1,093.96           21538
                               OUT OF TOWN TRAVEL, DWIGHT JEFFERSON - AIRFARE
                               TO/FROM CHICAGO, IL TO ATTEND HEARINGS & STATUS
                               Check # -  000002717
```

BIM300T

Date ......... 1/11/17

COATS | ROSE

BILLING INFORMATION MEMO

BIM RUN# ... 0020952

| Regu Attorney.. | 1048 | DWIGHT E. JEFFERSON |
| N Orig Attorney | 1048 | DWIGHT E. JEFFERSON |
| N Bill Attorney | 1048 | DWIGHT E. JEFFERSON |
| N Resp Attorney | 9999 | FIRM |
| N Othr Attorney | 9999 | FIRM |

13317 000 MILDRED E. WHITTIER, a/n/f FOR JULIUS E.
1 IN RE: NCAA STUDENT ATHLETE CONCUSSION
Opened Date....10/14/2014
CONTINGENT-CIVIL/COMM LITIGATION-DEF...

Monthly
XML01

BIM#:
Time:
Cost:
0/00/0000 11/30/20...
0/00/0000 11/30/20...
Time by Prd/Year:
Cost by Prd/Year:

## C O S T S   A D V A N C E D

| - Date - | Wkng Atty | Task | Serv Code | Description | Quantity | Amount | Group# /Item |
|---|---|---|---|---|---|---|---|
| | | | | CONFERENCE 11/29/16 - 11/30/16 | | | |
| 11/30/2016 | DEJ | | 0110 | DWIGHT JEFFERSON        Check # -   000002717 | | 433.21 | 21538 |
| | | | | OUT OF TOWN TRAVEL, DWIGHT JEFFERSON - HOTEL IN | | | |
| | | | | CHICAGO, IL TO ATTEND HEARINGS & STATUS | | | |
| | | | | CONFERENCE 11/29/16 - 11/30/16 | | | |
| 11/30/2016 | DEJ | | 0110 | DWIGHT JEFFERSON        Check # -   000002717 | | 141.32 | 21538 |
| | | | | OUT OF TOWN TRAVEL, DWIGHT JEFFERSON - MEALS IN | | | |
| | | | | CHICAGO, IL TO ATTEND HEARINGS & STATUS | | | |
| | | | | CONFERENCE 11/29/16 - 11/30/16 | | | |
| 11/30/2016 | DEJ | | 0110 | DWIGHT JEFFERSON        Check # -   000002717 | | 40.00 | 21538 |
| | | | | OUT OF TOWN TRAVEL, DWIGHT JEFFERSON - PARKING AT | | | |
| | | | | AIRPORT FOR CHICAGO, IL TRIP 11/29/16 - 11/30/16 | | | |
| 12/07/2016 | DEJ | | 0112 | DWIGHT JEFFERSON        Check # -   000002717 | | 400.00 | 21538 |
| | | | | COURT FEES, DWIGHT JEFFERSON, U.S. DISTRICT | | | |
| | | | | COURT, WESTERN DISTRICT OF TX - FILING FEE FOR | | | |
| | | | | ORIGINAL COMPLAINT | | | |
| 12/12/2016 | FIRM | | 0108 | POSTAGE | | 25.23 | 21463 |
| 12/16/2016 | DEJ | | 0101 | PHOTOCOPIES | 10.00 | 2.50 | 21505 |
| 12/16/2016 | DEJ | | 0101 | PHOTOCOPIES | 10.00 | 2.50 | 21505 |
| 12/16/2016 | DEJ | | 0101 | PHOTOCOPIES | 27.00 | 6.75 | 21505 |
| 1/06/2017 | TMF | | 0101 | PHOTOCOPIES | 78.00 | 19.50 | 21629 |

```
BIM300T                              COATS | ROSE              BIM RUN# ... 0020952     Page .........   24
Date .........  1/11/17           BILLING INFORMATION MEMO                              Time .....   12:15:19
```

```
Requ.Attorney.. 1048  DWIGHT E. JEFFERSON     13317 000  MILDRED E. WHITTIER, a/n/f FOR JULIUS E.        2032719
N Orig Attorney 1048  DWIGHT E. JEFFERSON           1    IN RE: NCAA STUDENT ATHLETE CONCUSSION     0/00/0000 11/30/2006  BIM#:
N Bill Attorney 1048  DWIGHT E. JEFFERSON                Opened Date.... 10/14/2014                 0/00/0000 11/30/2006  Time:
N Resp Attorney 9999  FIRM                                                                                               Cost:
N Rept Attorney 9999  FIRM                        Monthly                    CONTINGENT-CIVIL/COMM LITIGATION-DEFEN  Time By Prd/Year:
N Othr Attorney 9999  FIRM                        XML01                                             Cost By Prd/Year:
```

```
===================================================>                        <===================================

                 Wkng                                                                              Group# /Item#
 - Date -    Atty Task Code   Description                         Quantity              Amount          21628

1/06/2017  FIRM    0108  POSTAGE                                                          16.82
```

```
                               C O S T S    A D V A N C E D
```

```
                          Unbilled Costs Advanced                            5,666.00 ----------- 9,062.67
```

```
=======>   No unapplied credits for this matter
```

```
=======>   No trust activity balance for this matter
```

```
===================================================>                        <===================================

                                   B I L L I N G    S U M M A R Y

Name              Atty    Hours       Rate              Value      N/C Hr
* DWIGHT E. JEFFERSON    1048     .00      .00              .00
* DWIGHT E. JEFFERSON    1048   196.30   400.00        78,520.00        .00
  LAWRENCE A. LYNN       0048    16.50    30.00           495.00        .00
* DYLAN LEE              0982     1.50   140.00         2,286.00        .00
                                                       -----------
       Unbilled Time        205.80                     81,066.00
       Unbilled Costs Advanced                           9,062.67
                                                       -----------
       Total Unbilled Time & Costs Advanced            90,128.67
```

```
       Outstanding          Before              Value         After             Value
       Unbilled Time        0/00/0000             .00     11/30/2016              .00
       Unbilled Costs Advanced                    .00     11/30/2016           36.98
```

```
BIM300T                                    COATS | ROSE                          BIM RUN# ... 0020952              Page .........  25

Date .........  1/11/17                   BILLING INFORMATION MEMO                                                 Time .....  12:15:19
```

```
Requ Attorney.. 1048  DWIGHT E. JEFFERSON        13317 000  MILDRED E. WHITTIER, a/n/f FOR JULIUS E.  BIM#:                   2032714
N Orig Attorney 1048  DWIGHT E. JEFFERSON              1    IN RE: NCAA STUDENT ATHLETE CONCUSSION    Time:    0/00/0000 11/30/2025 5
N Bill Attorney 1048  DWIGHT E. JEFFERSON                   Opened Date... 10/14/2014                 Cost:    0/00/0000 11/30/2025
N Resp Attorney 9999  FIRM                                                                       CONTINGENT-CIVIL/COMM LITIGATION-DEFN
N Repl Attorney 9999  FIRM                     Monthly                                                Time by Prd/Year:
N Othr Attorney 9999  FIRM                     XML01                                                  Cost by Prd/Year:
```

```
=========================================>  B I L L I N G   S U M M A R Y  <=========================================
```

```
=========================================>  C O S T S   C O D E   S U M M A R Y  <=========================================

Serv
Code   Description                                                                          Amount
0006   PHOTOCOPIES                                                                        1,478.00
0102   OUTSIDE PRINTING                                                                      83.00
0106   ONLINE RESEARCH                                                                       31.33
0107   DELIVERY SERVICE/MESSENGER                                                            22.93
0108   POSTAGE                                                                               42.05
0110   OUT OF TOWN TRAVEL                                                                 5,962.06
0112   COURT FEES                                                                           172.06
0124   OTHER                                                                                 87.00
0125   MILEAGE                                                                              268.80
                                                                                    ----------------
                                                 Total Costs Advanced                      9,062.67
```

```
=========================================>  M A T T E R   S U M M A R Y  <=========================================

Time Totals     Year to Date     Life to Date        Costs Totals     Year to Date     Life to Date        Last Time Rept.  12/29/2016
Tim Dollars Rpt   2,720.00        75,466.00           Cost Dollar Rpt      36.32         9,062.67           Last Cost Rept.  12/06/2016
Total Unbilled   75,466.00        75,466.00           Total Unbilled    9,062.67         9,062.67           Last Bill Date.   0/00/0000
Time Relief $ .        .00              .00           Costs Relief $ .       .00              .00           Last Bill Date.   0/00/0000
Time Billed-Reg        .00              .00           Cost Billed-Reg        .00              .00           Last Receipts..   0/00/0000
Outs Receipts,/R       .00              .00           Costs Receipts.        .00              .00           Bill Thru Date.
Realization A/R        .00%             .00%           Outstanding A/R        .00%             .00%          Bill Time Bgt.
Realization ...        .00%             .00%           Realization ...        .00%             .00%          A/R Credit Bgt.
Time Writ y/D..        .00              .00            Cost Writ y/D..        .00              .00           Credit Limit..
Time A/R Adj...        .00              .00            Cost A/R Adj...        .00              .00
```