UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **IN RE: NATIONAL COLLEGIATE ATHLETIC ASSOCIATION STUDENT-ATHLETE CONCUSSION LITIGATION** | MDL NO. 2492<br><br>Case No. 13-cv-09116<br><br>Judge John Z. Lee<br><br>Mag. Judge Geraldine Soat Brown |

**PLAINTIFF DUROCHER'S MOTION FOR ATTORNEY'S FEES AND EXPENSES**

COMES NOW Counsel for Plaintiff John Durocher, James R. Dugan, II, respectfully moves the Court to award him attorney's fees of $96,588 and costs of $48,227.94 incurred in representing Plaintiff Durocher and other class members.

1. Plaintiff's counsel, James R. Dugan, II and the Dugan Law Firm have been involved with the litigation since January 2012. As a member of the Executive Committee, Mr. Dugan has worked diligently to represent the best interests of plaintiffs and the Class.

2. Mr. Dugan was under the impression that his fees and expenses incurred in prosecuting this case would be included in the Settlement Class Counsel's Petition for Fees and Expenses, and Incentive Awards for Settlement Class Representatives [Docket No. 327].

3. However, due to a miscommunication with Steve Berman's office, Mr. Dugan's Declaration noting his firm's time and expenses was not included in the Settlement Class Counsel's Petition.

**WHEREFORE**, Counsel for Plaintiff John Durocher, James R. Dugan, II, respectfully requests that the Court award him attorney's fees of $96,588 and costs of $48,227.94

Dated: January 25, 2017

Respectfully submitted,

/s/ *James R. Dugan, II*
James R. Dugan, II (LSBA No. 24785)

1

> THE DUGAN LAW FIRM, APLC
> 365 Canal Street, Suite 1000
> New Orleans, Louisiana 70130
> Telephone: (504) 648-0180
> Facsimile: (504) 648-0181
> Email: jdugan@dugan-lawfirm.com
> ***Attorney for Plaintiff and the Class***

## CERTIFICATE OF SERVICE

I hereby certified that on the 25th day of January 2017, a true and correct copy of the foregoing document was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

> */s/ James R. Dugan, II*
> James R. Dugan, II