**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

|  |  |
|---|---|
| **IN RE: NATIONAL COLLEGIATE ATHLETIC ASSOCIATION STUDENT-ATHLETE CONCUSSION LITIGATION** | MDL NO. 2492<br>Case No. 13-cv-09116<br><br>Judge John Z. Lee |

**DECLARATION OF JAMES R. DUGAN, II AND THE DUGAN LAW FIRM**
**IN SUPPORT OF**
**MOTION FOR FEES AND EXPENSES**

I, James R. Dugan, II, declare as follows:

1.      I am the owner of The Dugan Law Firm. I represent 103 Plaintiffs including being lead counsel in the case DUROCHER, ET AL v. NCAA, ET AL in the above-entitled action. I am submitting this declaration in support of my firm's application for an award of attorneys' fees and expenses in connection with services rendered in the above-entitled action.

2.      My firm and the Plaintiffs we represent support the Settlement in this matter.

3.      My firm first became involved with the litigation in January, 2012. From the inception of our work in this litigation, The Dugan Law Firm has aggressively prosecuted this case and vigorously represented the best interests of plaintiffs and the Class.

4.      The Dugan Law Firm was appointed to the Executive Committee and participated in various aspects of this case including but not limited to investigation, research, working with class representatives, discovery and experts.

5.     Through December 31, 2016, the total number of hours spent on this litigation by my firm is 156.40.  The total lodestar amount for attorney/professional time based on the firm's current rates is $96,588.00.  The hourly rates shown below are the usual and customary rates charged for each individual in all of our cases.  A breakdown of the lodestar is as follows:

| NAME | HOURS | RATE | LODESTAR |
|------|-------|------|----------|
| James R. Dugan, II, owner | 80.30 | $795.00 | $63,838.50 |
| David Franco, attorney | 49.20 | $395.00 | $19,434.00 |
| Scott Joanan, attorney | 26.90 | $495.00 | $13,315.50 |
|  |  |  |  |
|  |  |  |  |
| TOTAL: | 156.40 |  | $96,588.00 |
|  |  |  |  |

6.     My firm incurred a total of $43,227.94 in expenses in connection with the prosecution of this litigation.  They are broken down as follows:

| EXPENSE CATEGORY | TOTAL |
|------------------|-------|
| Meals, Hotels & Transportation | $4,207.00 |
| Photocopies | $27.50 |
| Postage | $48.99 |
| Telephone, Facsimile |  |
| Messenger, Overnight Delivery |  |
| Filing, Witness & Other Fees |  |
| Court Reporters |  |
| Lexis, Westlaw, Online Library Research | $114.00 |
| Class Action Notices/Business Wire |  |
| Mediation Fees |  |
| Experts/Consultants/Investigators | $38,812.50 |
| Miscellaneous | $17.95 |
| TOTAL | $43,227.94 |

7.     The expenses pertaining to this case are reflected in the books and records of this firm.  These books and records are prepared from expense vouchers, check records, and other documents and are an accurate record of the expenses.

8.     A true and correct copy of my firm's detailed time and expenses is being submitted to the Court for review by Settlement Class Counsel.

I declare under penalty of perjury that the foregoing is true and correct.


Executed this 9 day of January, 2017


_____
James R. Dugan, II

Lodestar Report for NCAA CONCUSSION

| Staff | Total Duration | Rate | Lodestar |
|---|---|---|---|
| James Dugan | 80.3 | $795.00 | $63,838.50 |
| David Franco | 49.2 | $395.00 | $19,434.00 |
| Scott Joanan | 26.9 | $495.00 | $13,315.50 |
| **Total Duration** | **156.4** | **Total Lodestar** | **96,588.00** |

Search Report

| Grand Duration Total: | 156.4 |
|---|---|
| **Duration Totals by Staff** | |
| David Franco | 49.2 |
| James Dugan | 80.3 |
| Scott Joanan | 26.9 |

| Bill Date | Duration | Staff | Case | Code | Description |
|---|---|---|---|---|---|
| 03/07/2012 | 0.5 | James Dugan | NCAA CONCUSSION | REPL | Receipt, review and sign Acknowledgement and Agreement to be Bound in Agreed Confidentiality Order |
| 09/04/2013 | 0.3 | James Dugan | NCAA CONCUSSION | REPL | Review MDL Plaintiffs Motion to Transfer for Coordinated or Consolidated Pre-Trial Proceedings Pursuant to 28 USC 1407 |
| 09/04/2013 | 0.3 | James Dugan | NCAA CONCUSSION | REPL | Review USDC Eastern Dist of TN Class Action Complaint |
| 09/11/2013 | 1 | James Dugan | NCAA CONCUSSION | DRME | Draft MDL Docket No. 2492 - Interested Party Response of Durocher Plaintiffs Opposing Consolidation to Transfer Actions to the So Dist of Indiana |
| 09/25/2013 | 0.3 | James Dugan | NCAA CONCUSSION | REPL | Review MDL No. 2492 Plaintiffs Chris Walker, Ben Martin and Dan Ahern's Opposition to Plaintiff Arrington's Motion to Transfer for Coordinated or Consolidated Pre-Trial Proceedings Pursuant to 28 USC 1407 |
| 10/02/2013 | 0.3 | James Dugan | NCAA CONCUSSION | REPL | Review MDL Reply in Support of the Arrington Plaintiffs Motion to Transfer for Coordinated or Consolidated Pre-Trial Proceedings Pursuant to 28 USC 1407 |
| 10/03/2013 | 0.3 | James Dugan | NCAA CONCUSSION | REPL | Review MDL No. 2492 Notice of Related Action |
| 10/09/2013 | 0.5 | James Dugan | NCAA CONCUSSION | REPL | Receipt and review MDL Interested Party Response to Durocher Plaintiffs Opposing Consolidation and Transfer Actions to the Southern District of Indiana |
| 10/13/2013 | 0.3 | James Dugan | NCAA CONCUSSION | REPL | Review MDL Notice of Potential Tag Along Action |
| 10/13/2013 | 0.3 | James Dugan | NCAA CONCUSSION | REPL | Review MDL No. 2492 Notice of Related Action with Complaint and Docket report |
| 10/15/2013 | 0.5 | James Dugan | NCAA CONCUSSION | RTG | Prior timekeeper system hours 10/15/2013 |
| 10/23/2013 | 0.5 | James Dugan | NCAA CONCUSSION | LEGA | Review article "Ex-South Carolina Football Player and Ex-Samford Soccer Player Sue NCAA Over Concussions". |
| 10/28/2013 | 0.3 | James Dugan | NCAA CONCUSSION | REPL | Review USDC Appearance of Counsel Joshua Fleming |
| 10/28/2013 | 0.3 | James Dugan | NCAA CONCUSSION | REPL | Review USDC Appearance of Counsel Randall Riggs |
| 10/31/2013 | 0.3 | James Dugan | NCAA CONCUSSION | DOC | Review correspondence from Hausfeld regarding representing Walker Plaintiffs |
| 10/31/2013 | 0.3 | James Dugan | NCAA CONCUSSION | DOC | Receipt and review correspondence from Hausfeld regarding Walker plaintiffs |
| 11/04/2013 | 0.3 | James Dugan | NCAA CONCUSSION | DOC | Review correspondence from Hausfeld regarding Arrington v NCAA medical monitoring relief |
| 11/05/2013 | 0.3 | James Dugan | NCAA CONCUSSION | DOC | Receipt and review correspondence from Toomey requesting extension to time |
| 11/08/2013 | 0.3 | James Dugan | NCAA CONCUSSION | DOC | Law 360 article - NCAA Athletes Score Class Cert. Win In Antitrust Action |

| Date | Hours | Name | Matter | Code | Description |
|---|---|---|---|---|---|
| 11/11/2013 | 0.5 | James Dugan | NCAA CONCUSSION | REPL | Review USDC Western Dist of Missouri Class Action Complaint Jury Trial Demand |
| 11/18/2013 | 1.5 | James Dugan | NCAA CONCUSSION | DRME | Notice of Presentation of Oral Argument; Draft MDL NCAA Defendants Interested Party Response in Opposition to the Arrington Plaintiffs Motion to Transfer; (Schutt) |
| 11/18/2013 | 0.3 | James Dugan | NCAA CONCUSSION | DRME | Notice of Presentation of Oral Argument; Draft MDL NCAA Defendants Interested Party Response in Opposition to the Arrington Plaintiffs Motion to Transfer; (Riddell) |
| 11/18/2013 | 0.5 | James Dugan | NCAA CONCUSSION | REPL | Review MDL Notice of Presentment of Oral Argument |
| 11/18/2013 | 0.5 | James Dugan | NCAA CONCUSSION | REPL | Review MDL Response of Interested Party Kranos Corp, D/B/A Schutt Sports Opposing the Motion to Transfer for Coordinated or Consolidated Pre-Trial Proceedings Pursuant to 28 U.S.C 1407 |
| 11/18/2013 | 0.5 | James Dugan | NCAA CONCUSSION | REPL | Review MDL Riddell Defendants' Interested Party Response in Opposition to the Arrington Plaintiffs Motion to Transfer |
| 11/19/2013 | 0.3 | James Dugan | NCAA CONCUSSION | REPL | Review USDC Dist of Minnesota Class Action Complaint Demand for Jury Trial |
| 11/25/2013 | 0.3 | James Dugan | NCAA CONCUSSION | REPL | Review MDL 2492 Combined Reply in Response to the Oppositions to Consolidation filed by Interested Parties (1) Kranos Corp D/B/A Schutt Sports and (2) Riddell Defendants |
| 11/27/2013 | 0.3 | James Dugan | NCAA CONCUSSION | REPL | Review USDC So Dist of Indiana Answer and Affirmative Defenses of Defendant NCAA to Plaintiffs First Amended Class Action Complaint |
| 12/26/2013 | 0.3 | James Dugan | NCAA CONCUSSION | LEGA | Research John Z. Lee Wikipedia page |
| 02/01/2014 | 1 | James Dugan | NCAA CONCUSSION | MEET | Meeting with representative Durocher, Franco |
| 02/01/2014 | 1 | David Franco | NCAA CONCUSSION | MEET | Meeting with representative Durocher, Dugan |
| 02/03/2014 | 0.5 | David Franco | NCAA CONCUSSION | TELE | Conf call with Durocher, Dugan |
| 02/03/2014 | 0.5 | James Dugan | NCAA CONCUSSION | TELE | Conf call with Durocher, Franco |
| 02/05/2014 | 1 | James Dugan | NCAA CONCUSSION | DOC | Review transcript of proceedings - Motion before Judge Lee |
| 02/07/2014 | 0.3 | James Dugan | NCAA CONCUSSION | DOC | Review correspondence from R. Lewis regarding hearing before Judge Lee & CMO 1 |
| 02/07/2014 | 0.3 | James Dugan | NCAA CONCUSSION | DOC | Receipt and review of correspondence to Plaintiffs Counsel regarding Case Mgmt Order No,. 1 |
| 02/15/2014 | 1 | David Franco | NCAA CONCUSSION | TELE | Conf call with Ristol Engineering re: helmet safety |
| 02/15/2014 | 1 | James Dugan | NCAA CONCUSSION | TELE | Conf call with Ristol Engineering re: helmet safety |
| 02/18/2014 | 1.5 | James Dugan | NCAA CONCUSSION | TELE | Conf call with Ristol Engineering re: helmet safety |
| 02/18/2014 | 1.5 | David Franco | NCAA CONCUSSION | TELE | Conf call with Ristol Engineering re: helmet safety |
| 02/19/2014 | 1 | James Dugan | NCAA CONCUSSION | TELE | Conf call with Rristol Engineering re: helmet safety |

| Date | Hours | Name | Matter | Code | Description |
|---|---|---|---|---|---|
| 02/19/2014 | 1 | David Franco | NCAA CONCUSSION | TELE | Conf call with Ristol Engineering re: helmet safety |
| 02/26/2014 | 1.3 | James Dugan | NCAA CONCUSSION | TELE | Conf call with Ristol Engineering re: helmet safety |
| 02/26/2014 | 1.3 | David Franco | NCAA CONCUSSION | TELE | Conf call with Ristol Engineering re: helmet safety |
| 05/12/2014 | 1 | James Dugan | NCAA CONCUSSION | REPL | USDC Northern District of Illinois Notice of Proposed Settlement of Medical Monitoring Class |
| 05/12/2014 | 1 | James Dugan | NCAA CONCUSSION | REPL | USDC Northern District of Illinois Memorandum of Understanding |
| 05/12/2014 | 0.3 | James Dugan | NCAA CONCUSSION | DOC | Analysis of NCAA Concussion Medical Monitoring Program Fund Adequacy |
| 05/13/2014 | 0.6 | James Dugan | NCAA CONCUSSION | DOC | LAW 360 article - NCAA Concussion Deal Could Include Medical Monitoring |
| 05/15/2014 | 1 | David Franco | NCAA CONCUSSION | TELE | Conference call with Matt Garretsen re: medical monitoring |
| 05/15/2014 | 1 | James Dugan | NCAA CONCUSSION | TELE | Conference call with Matt Garretsen re: medical monitoring |
| 05/21/2014 | 1.5 | David Franco | NCAA CONCUSSION | DRME | Draft USDC Northern Dist of Illinois Settlement Agreement with Exhibits |
| 05/26/2014 | 0.5 | James Dugan | NCAA CONCUSSION | RREM | Email to D. Franco detailing the 5/15/14 conference call with Berman and Fegan. |
| 05/28/2014 | 1 | James Dugan | NCAA CONCUSSION | REPL | Complaint - Plaintiffs Onyshko vs NCAA |
| 05/28/2014 | 1 | James Dugan | NCAA CONCUSSION | DOC | Review Garretson Resolution Group's Proposed Role of Program Administrator in Concussion case |
| 06/01/2014 | 1 | James Dugan | NCAA CONCUSSION | TELE | Conference call with Beth Fagan & Matt Garretsen re: medical monitoring |
| 06/01/2014 | 1 | David Franco | NCAA CONCUSSION | TELE | Conference call with Beth Fagan & Matt Garretsen re: medical monitoring |
| 06/05/2014 | 2 | David Franco | NCAA CONCUSSION | MEET | Meeting in Chicago with Beth Fagan & Matt Garretsen re: medical monitoring |
| 06/05/2014 | 2 | James Dugan | NCAA CONCUSSION | MEET | Meeting in Chicago with Beth Fagan & Matt Garretsen re: medical monitoring |
| 06/08/2014 | 1 | James Dugan | NCAA CONCUSSION | TELE | Conference call with Matt Garretsen re: Med monitoring program |
| 06/08/2014 | 1 | David Franco | NCAA CONCUSSION | TELE | Conference call with Matt Garretsen re: Med monitoring program |
| 06/09/2014 | 0.6 | James Dugan | NCAA CONCUSSION | DOC | Review LAW 360 document regarding PA. Magistrate shows path for NCAA Concussion plaintiffs |
| 06/15/2014 | 3 | David Franco | NCAA CONCUSSION | DRME | Draft outline for medical monitoring program send to Matt Garretsen |
| 06/15/2014 | 3 | James Dugan | NCAA CONCUSSION | DRME | Draft outline for medical monitoring program send to Matt Garretsen |
| 06/18/2014 | 1.8 | James Dugan | NCAA CONCUSSION | TELE | Conf call with Matt Garretsen re: medical monitoring outline |
| 06/18/2014 | 1.8 | David Franco | NCAA CONCUSSION | TELE | Conf call with Matt Garretsen re: medical monitoring outline |
| 06/25/2014 | 2.3 | David Franco | NCAA CONCUSSION | RDC | Comment and review outline of medical monitoring with Matt Garretsen |
| 06/25/2014 | 2.3 | David Franco | NCAA CONCUSSION | RDC | Comment and review outline of medical monitoring with Matt Garretsen |
| 06/26/2014 | 3.3 | James Dugan | NCAA CONCUSSION | LEGA | Legal research medical monitoring |
| 06/26/2014 | 3.3 | David Franco | NCAA CONCUSSION | LEGA | Legal research medical monitoring |
| 06/27/2014 | 2.5 | David Franco | NCAA CONCUSSION | DOC | Review NFL Medical Monitoring program and how terms can benefit NCAA Concussion program |

| | | | | | |
|---|---|---|---|---|---|
| 06/27/2014 | 2.5 | James Dugan | NCAA CONCUSSION | DOC | Review NFL Medical Monitoring program and how terms can benefit NCAA Concussion program |
| 06/30/2014 | 1.5 | James Dugan | NCAA CONCUSSION | RDC | Send M. Garretsen draft outline of medical monitoring program to review |
| 06/30/2014 | 1.5 | David Franco | NCAA CONCUSSION | RDC | Send draft outline of medical monitoring program to M. Garretsen to review |
| 07/01/2014 | 1 | David Franco | NCAA CONCUSSION | TELE | Conf call with M. Garretsen, Dugan to discuss med monitoring program |
| 07/01/2014 | 1 | James Dugan | NCAA CONCUSSION | TELE | Conf call with M. Garretsen, Franco to discuss med monitoring program |
| 07/18/2014 | 0.8 | James Dugan | NCAA CONCUSSION | DOC | Receipt and Review Correspondence from Steve Berman regarding Proposed Settlement Class Representatives |
| 07/18/2014 | 0.5 | James Dugan | NCAA CONCUSSION | DOC | Receipt and review Memo regarding NCAA Student-Athlete Concussion Lit (Confidential Pursuant to Fed R. Evid 408 and Atty Wk Prdt) |
| 07/19/2014 | 3 | James Dugan | NCAA CONCUSSION | REPL | Plaintiffs' Proposed Revisions Class Action Settlement Agreement and Release |
| 07/21/2014 | 1 | James Dugan | NCAA CONCUSSION | DOC | Review The Messina Group NCAA Concussion injury Medical Monitoring settlement Notice Plan |
| 08/21/2014 | 1 | James Dugan | NCAA CONCUSSION | STMT | Draft Confidential Settlement Demand Letter to Paul Cereghini |
| 12/31/2014 | 9.7 | David Franco | NCAA CONCUSSION | RTG | Prior timekeeper system hours 05/21/2014 to 12/19/2014 |
| 12/31/2014 | 15.9 | James Dugan | NCAA CONCUSSION | RTG | Prior timekeeper system hours 05/27/2014-10/23/2014 |
| 04/01/2015 | 1.5 | David Franco | NCAA CONCUSSION | TELE | Conf call with Dr Robert Cantu re: medical monitoring |
| 04/01/2015 | 1.5 | James Dugan | NCAA CONCUSSION | TELE | Conf call with Dr Robert Cantu re: medical monitoring |
| 04/04/2015 | 2 | David Franco | NCAA CONCUSSION | TELE | Conf call with Dr Robert Cantu re: medical monitoring |
| 04/04/2015 | 2 | James Dugan | NCAA CONCUSSION | TELE | Conf call with Dr Robert Cantu re: medical monitoring |
| 04/10/2015 | 2 | David Franco | NCAA CONCUSSION | TELE | Conf call with Dr Robert Cantu re: medical monitoring |
| 04/10/2015 | 2 | James Dugan | NCAA CONCUSSION | TELE | Conf call with Dr Robert Cantu re: medical monitoring |
| 04/16/2015 | 0.3 | James Dugan | NCAA CONCUSSION | DOC | Law 360 article - NCAA Floats New $75M Concussion Deal with Ex-Athletes |
| 06/11/2015 | 0.3 | James Dugan | NCAA CONCUSSION | DOC | Review Law 360 article - Ex - NCAA Player Hits $75M Concussion Settlement, Fires Atty |
| 06/30/2015 | 13.4 | Scott Joanan | NCAA CONCUSSION | RTG | LSJ - Prior timekeeper system hours 2/11/2015 to 6/17/2015 |
| 12/31/2015 | 13.5 | Scott Joanan | NCAA CONCUSSION | RTG | LSJ - Prior timekeeper system hours 2/11/2015 to 6/17/2015 |
| 12/31/2015 | 5.8 | David Franco | NCAA CONCUSSION | RTG | Prior timekeeper system hours 01/08/2015 to 7/20/2015 |
| 12/31/2015 | 1 | David Franco | NCAA CONCUSSION | RTG | Prior timekeeper system hours 2/25/2015 |
| 01/27/2016 | 0.3 | James Dugan | NCAA CONCUSSION | DOC | Review Law 360 article - Judge Grants OK for Modified NCAA Concussion Settlement |
| 03/11/2016 | 0.3 | James Dugan | NCAA CONCUSSION | DOC | Law 360 article Pop Warner Settles Concussion Suit with Mom of Dead Player |
| 04/11/2016 | 0.3 | James Dugan | NCAA CONCUSSION | DOC | Law 360 article NCAA Faces Trial Over Footballer's Fatal Head Injury |
| 05/05/2016 | 0.3 | James Dugan | NCAA CONCUSSION | DOC | Law 360 article Bowling Green reaches $712K Football Concussion Deal |

| 05/18/2016 | 0.3 | James Dugan | NCAA CONCUSSION | DOC | Law 360 article NCAA, Conferences Hit In Wave of Football Head Injury Suits |
|---|---|---|---|---|---|
| 05/20/2016 | 0.4 | James Dugan | NCAA CONCUSSION | REPL | Receipt and review Joint Motion for Preliminary Approval of Second Amended Class Settlement and Certification of Settlement Class AND Settlement Subclasses 8 pgs |
| 07/18/2016 | 0.5 | David Franco | NCAA CONCUSSION | REPL | Receipt and review of Court's order and memorandum granting preliminary approval to NCAA Med Monitoring Settlement |
| 08/11/2016 | 0.2 | James Dugan | NCAA CONCUSSION | RREM | Receipt and review MDL-2323 IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION |
| 09/28/2016 | 0.3 | James Dugan | NCAA CONCUSSION | REPL | Receipt and review Joint Discovery Letter Brief JOINT STATEMENT RE NCAA 30(B)(6) DEPOSITION TOPIC 10 filed by National Collegiate Athletic Association. (Attachments: # (1) Exhibit A, # (2) Exhibit B, # (3) Exhibit C, # (4) Exhibit D, # (5) Exhibit E, # (6) Exhibit F, # (7) Exhibit G, # (8) Exhibit H, # (9) Exhibit I, # (10) Exhibit J, # (11) Exhibit K, # (12) Exhibit L, # (13) Exhibit M, # (14) Exhibit N, # (15) Exhibit O, # (16) Exhibit P)(Mishkin, Jeffrey) (Filed on 9/28/2016) |
| 09/28/2016 | 0.1 | James Dugan | NCAA CONCUSSION | RREM | Activity in Case 1:13-cv-01570-SEB-DML DUROCHER et al v. NATIONAL COLLEGIATE ATHLETIC ASSOCIATION et al Motion for Leave to File |
| 09/28/2016 | 0.5 | James Dugan | NCAA CONCUSSION | TELE | Telephone conference with co-lead counsel regarding strategy going forward to amend complaint or to combine with NJ case. |
| 09/28/2016 | 0.5 | David Scalia | NCAA CONCUSSION | TELE | Conference with co-leads regarding strategy going forward. Do we amend complaint or do we try to combine with NJ case? |
| 09/29/2016 | 0.3 | James Dugan | NCAA CONCUSSION | RREM | Receipt and review: DUROCHER et al v. NATIONAL COLLEGIATE ATHLETIC ASSOCIATION et al |
| 09/29/2016 | 0.2 | James Dugan | NCAA CONCUSSION | DOC | Review Document: Local lawyers reach landmark concussion settlement with NCAA - Kansas City Business Journal; Six Concussion Suits Are Filed Against Colleges and N.C.A.A. - The New York Times |
| 10/10/2016 | 0.3 | James Dugan | NCAA CONCUSSION | TELE | Telephone conference with Wendy and Lynn regarding TAC strategy. |
| 10/10/2016 | 0.3 | David Scalia | NCAA CONCUSSION | TELE | TC with Wendy and Lynn re: TAC strategy. |
| 10/14/2016 | 0.2 | James Dugan | NCAA CONCUSSION | TELE | Telephone conference regarding how to proceed. Scalia assigned draft Motion to Withdraw the 2nd Amended Complaint |