January 18, 2017

Certified RRR: 7014 1820 0000 4927 6881

100 East Hartsdale Ave.

Apt. TCE

Hartsdale, N.Y. 10530-3207

United States District Court for the Northern

District of Illinois

Everett Mc Kinley Dirksen

United States Courthouse

219 South Dearborn Street

20th floor

Chicago, Illinois 60604

FILED

JAN 24 2017

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Att: Clerk of the Court

Dear Sir:

Pleaae see the attached letter addressed to NCAA, etal. c/o Gilardi & Co. LLc. I am not connected to this legal action. I am a retired senior citizen. Please show my letter of complaint to the presiding judge and have my name removed from this action when it comes before the court. Thank you for your anticipated cooperation.

Very truly yours,

Dorothy A. Hanley

13cv9116