# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.1.1
## Eastern Division

| | |
|---|---|
| National Collegiate Athletic Association Student−Athlete Concussion Injury Litigation, et al.<br><br>                                Plaintiff,<br>v.<br><br>National Collegiate Athletic Association, et al.<br><br>                                Defendant. | Case No.: 1:13−cv−09116<br><br>Honorable John Z. Lee |

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, January 27, 2017:

      MINUTE entry before the Honorable John Z. Lee:The Court denies Plaintiff John Durocher's motion for attorneys' fees and expenses [342] as being untimely. On 7/15/16, the Court ordered that all petitions for attorneys fees and costs must be filed by 1/13/17. Plaintiff John Durocher did not comply with that order; moreover, he has not provided good cause for his failure nor any basis for his claimed belief that his fees and expenses would be included in the Settlement Class Counsel 9;s Petition for Fees and Expenses.Mailed notice(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.