# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.1.1
## Eastern Division

National Collegiate Athletic Association Student−Athlete Concussion Injury Litigation, et al.

          Plaintiff,

v.

Case No.: 1:13−cv−09116

Honorable John Z. Lee

National Collegiate Athletic Association, et al.

          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, January 27, 2017:

      MINUTE entry before the Honorable John Z. Lee: As to their petition for attorneys fees and costs, counsel for the Settlement Class, Whittier, Nichols, and Arrington are hereby ordered to file billing records containing sufficient detail to allow the Court to determine whether the attorney time spent was reasonable and the charges reasonably incurred. Any privileged information can be redacted from the records, and the redacted copies of the billing records filed on the docket. Additionally, unredacted copies of the billing records should be filed under seal and provided to chambers.Mailed notice(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.