John Aretakis
7 Coyote Lane
Troy, NY 12180
917 – 304 – 4885
Aretakis@nycap.rr.com



January 30, 2017

Notice Administrator
United States District Court for N.D. Illinois
327 South Church St.
Rockford, IL 61101

Re: In Re: National Collegiate Athletic Assoc. Student Athlete Concussion Injury Litigation
Case: 1: 13 – CV – 09116 (ND,IL)

    I request to opt out of the settlement, and an opt out of the class. Please send me the required documents to sign as soon as possible.

    The writer objects to the fairness of the settlement. Obviously hundreds of thousands of Plaintiffs will get only hundreds of dollars each, while the attorneys involved get millions.

    This does not seem fair, nor equitable. The real injured persons, the litigants are left with almost nothing, but the legal field gets a tremendous windfall to the attorneys.

    If I choose to commence my own litigation, may I file in New York City? And may I file and State or Federal Court?

    Can the Court send me the Amended Complaint or Complaint on file in this case?

    Can the Court date stamp this letter, and return in the self-addressed stamped envelope?

Thank you,

John Aretakis

1