

ALBANY NY 120

23 JAN 2017 PM 1 L

J. Aretakis
7 Coyote Lene
Troy NY 12180

MDL
Judge Lee

Notice Administrator
United States District Court, for
Northern Dist. of Illinois
327 1D6 320 South Church St
Rockford, Illinois 61101