UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL COLLEGIATE ATHLETIC ASSOCIATION STUDENT-ATHLETE CONCUSSION LITIGATION | MDL NO. 2492<br>Case No. 13-cv-09116<br><br>Judge John Z. Lee<br><br>Magistrate Judge Brown |

## NOTICE OF FILING

Settlement Class Counsel as directed in the January 27, 2017 Court Order (ECF No. 345) hereby gives notice of filing of the following documents attached hereto as Exhibit A through Exhibit N:

- Hagens Berman Sobol Shapiro LLP (Redacted) detailed time and expense report;
- Siprut, P.C. detailed time and expense report;
- Zimmerman Reed detailed time and expense report;
- Hausfeld LLP detailed time and expense report;
- Lite DePalma Greenberg, LLC detailed time and expense report;
- Provosty Sadler & DeLaunay detailed time and expense report;
- DeFeo & Kolker, LLC detailed time and expense report;
- Zelle LLP detailed time and expense report;
- TLW & Associates, LLC detailed time and expense report;
- Branstetter, Stranch & Jennings, PLLC detailed time and expense report;
- Shindler, Anderson, Goplerud & Weese P.C. detailed time and expense report;
- J. Selmer Law, P.A. detailed time and expense report;
- Amended Declaration of Charles S. Zimmerman; and
- Amended Declaration of Marc M. Berg.

Dated: February 3, 2017

For the Plaintiffs:

HAGENS BERMAN SOBOL SHAPIRO LLP

By: */s/ Steve W. Berman*
    Steve W. Berman
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Tel.: 206.623.7292
Fax: 206.623.0594
Email: steve@hbsslaw.com

Elizabeth A. Fegan
HAGENS BERMAN SOBOL SHAPIRO LLP
455 N. Cityfront Plaza Dr., Suite 2410
Chicago, IL 60611
Tel.: 708.628.4949
Fax: 708.628.4950
Email: beth@hbsslaw.com

*Settlement Class Counsel*

- 3 -

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that on February 3, 2017, a true and correct copy of the foregoing was filed electronically via CM/ECF, which caused notice to be sent to all counsel of record.

By: /s/ Steve W. Berman
   Steve W. Berman