**Exhibit E**

# Lite DePalma Greenberg, LLC.

570 Broad Street, Suite 1201
Newark, New Jersey 07102
Telephone:  973-623-3000
Fax:  973-623-0858

Charges      $148,735.15

RE:    Walker v. National Collegiate Athletic Association
       (Student Athletic Concussion Litigation)

       2359 -01301

| FOR PROFESSIONAL SERVICES RENDERED | | | Hours |
|---|---|---|---|
| 08/29/2013 | JJD | Review draft complaint; correspond with colleagues re filing | 1.00 |
| 08/29/2013 | SJG | Review complaint; emails Bojedla(2), JJD(3), KBC, AZL, Lehmann re: filing suit | 2.50 |
| 08/30/2013 | SJG | Telephone calls and emails to Katrina Carroll, Bojedla, Allyn Z. Lite and Steiner re: above to comment on same. | 0.80 |
| 09/03/2013 | SJG | Review final complaint; emails Bojedla, Gosselin re: above | 1.00 |
| 09/09/2013 | JJD | Discuss organizational issues with Greenfogel; review pleadings | 2.90 |
| 09/11/2013 | JJD | Work on MDL filing opposition. | 0.70 |
| 09/13/2013 | JJD | Continue MDL work. | 0.90 |
| 09/16/2013 | JJD | Revise draft MDL papers; Edits to co-counsel. | 1.50 |
| 09/16/2013 | SJG | Email Steiner re: motion to appoint mediator. | 0.10 |
| 09/17/2013 | JJD | Discuss scope of case with Greenfogel | 0.40 |
| 09/19/2013 | JJD | Review draft of MDL submission; discuss with Greenfogel whether to file an appearance in MDL | 0.90 |
| 09/20/2013 | JJD | Review new draft for comments/approval | 0.50 |
| 10/02/2013 | JJD | Attention to emergency hearing | 0.70 |
| 10/03/2013 | JJD | Review Durocher case; review and circulate news summary to colleagues. | 0.50 |
| 10/04/2013 | JJD | Prepare for and participate in conference call with co-counsel; update Greenfogel | 1.50 |
| 10/04/2013 | SJG | T/C, email JJD re: conf call | 0.20 |

| | | | |
|---|---|---|---|
| 10/04/2013 | EES | Per authorization of J. DePalma, retrieve copy of complaint in Walker v. NCAA; scan and forward electronic copy to J. DePalma. | 0.50 |
| 10/07/2013 | JJD | Update Greenfogel re conference call; review materials circulated in advance of 10-8 conference call | 2.20 |
| 10/07/2013 | SJG | T/C JJD re: conf call | 0.20 |
| 10/08/2013 | JJD | Prepare for and participate in conference call with cocounsel | 1.80 |
| 10/08/2013 | VAA | Review with Joseph J. DePalma concerns for potential clients in class action matter, draft e-mail to Marc Hopkins re: same. | 0.50 |
| 10/09/2013 | JJD | Work on pro hac preparation | 0.10 |
| 10/10/2013 | VAA | Telephone conference with potential class member, Mark Hopkins re: NCAA Concussion cases. Telephone conference with Joseph J. DePalma re: same. | 0.60 |
| 10/15/2013 | JJD | Notice of MDL hearing; diary | 0.10 |
| 10/16/2013 | JJD | Review Arrington MDL filing. | 0.30 |
| 10/17/2013 | ABL | Letters to USDC, NJ and MA courts requesting Certificates of Good Standing for Joseph DePalma and Steven Greenfogel | 0.50 |
| 10/21/2013 | JJD | Prepare for conference call | 0.50 |
| 10/22/2013 | JJD | Participate in conference call with cocounsel; work on client questionnaire | 2.80 |
| 10/22/2013 | SCH | Edit and finalize questionnaire and retainer. | 0.20 |
| 10/22/2013 | SJG | T/C, email JJD re: conf call; email BDG re: mediation w NCAA | 0.30 |
| 10/28/2013 | JJD | Travel arrangements to MDL. | 0.30 |
| 10/29/2013 | JJD | Receipt and review of intervention papers; forward to Lewis | 0.80 |
| 10/29/2013 | ABL | Finalize phv motion papers for Joseph DePalma and Steve Greenfogel; attention to service of same | 1.30 |
| 10/30/2013 | JJD | Coverage for 10-31 conference call; meet with Greenfogel on same; notes re intervention issues with Pava | 0.50 |
| 10/31/2013 | JJD | Review agenda for conference; review letter to mediator; debriefing from Greenfogel re all-hands conference call | 0.50 |
| 10/31/2013 | SJG | Discuss with JJD re:case status | 0.50 |
| 10/31/2013 | SJG | Conf call plaintiffs counsel re: mediation, MDL status; T/C JJD re; above | 1.50 |
| 11/04/2013 | JJD | Prepare for and participate in conference call with cocounsel; Conference with  Katrina Carroll to coordinate filing | 1.00 |
| 11/04/2013 | ABL | Receipt of Order admitting Joseph DePalma pro hac vice; telephone call to Tennessee Clerk's office regarding registration; prepare registration form; attention to Steve Greenfogel notice | 0.60 |
| 11/04/2013 | KBC | Telephone call with co-counsel; | 1.20 |

|  |  | conference with Joseph DePalma; review letter to submit to Judge Lee in Arrington matter; finalize letter and send same to court. |  |
|---|---|---|---|
| 11/04/2013 | SJG | T/C, email JJD re: case status | 0.20 |
| 11/05/2013 | JJD | Client retention, Mark Hopkins; review docket re intervention; update Lewis. | 1.00 |
| 11/05/2013 | VAA | Send message to potential client Mark Hopkins re: filling out the football form and forward to him retainer agreement, review same. | 0.50 |
| 11/07/2013 | JJD | Follow up with Hopkins; update Lewis | 0.50 |
| 11/11/2013 | JJD | Review class cert opinion | 0.50 |
| 11/12/2013 | JJD | Call with Lewis re additional case; attention to Missouri complaint | 0.70 |
| 11/18/2013 | JJD | Analyze helmet opposition to MDL | 0.40 |
| 11/19/2013 | JJD | Answer from Hopkins re involvement | 0.30 |
| 11/21/2013 | JJD | Review additional MDL filings; new case | 0.60 |
| 11/25/2013 | JJD | All hands conference call to prepare for MDL; prepare for same | 1.00 |
| 11/26/2013 | JJD | Information on Judge Pannell; attention to support issues; review filings | 0.50 |
| 12/02/2013 | JJD | Attention to MDL hearing; review recent filings | 2.00 |
| 12/03/2013 | JJD | Conference call to prepare for hearing | 0.50 |
| 12/03/2013 | EMH | Assemble table of plaintiffs in MDL 2492 | 1.40 |
| 12/03/2013 | SJG | Conference call with Lewis re: MDL Hearing; T/C, emails JJD re: above | 0.70 |
| 12/04/2013 | JJD | Travel to hearing; review filings | 7.00 |
| 12/04/2013 | SJG | PHL-LAS; meeting w JJD re: Hearing | 7.00 |
| 12/05/2013 | JJD | Attend hearing | 2.00 |
| 12/05/2013 | SJG | LAS- Dis w JJD re: Panel argument | 0.50 |
| 12/06/2013 | JJD | Travel from hearing | 7.00 |
| 12/18/2013 | JJD | Receipt and review of MDL order; Receipt and review of note from Pava re same | 0.50 |
| 12/23/2013 | JJD | Review high school case | 0.50 |
| 01/02/2014 | EES | Review docket in Walker v. NCAA (E.D. Tenn) and MDL opinions and orders transfering docket to N.D. Illinois; draft e-mail to A. Lee re. same. | 1.20 |
| 01/06/2014 | JJD | Work on  Katrina Carroll appearance | 0.20 |
| 01/07/2014 | ABL | Prepare and electronically file Attorney appearance for Katrina Carroll | 0.40 |
| 01/13/2014 | JJD | Note re all hands call; diary and prepare for same | 0.30 |
| 01/14/2014 | SJG | Meeting w JJD re: new plaintiffs | 1.00 |
| 01/17/2014 | JJD | Prepare for and participate in conference call;  receive assignment; commence work on brief | 3.50 |
| 01/17/2014 | JAS | Discuss research project with J. DePalma re: structural issues to class cert; pull Amchem, Dewey, and NFL cases; | 1.00 |

|            |     |                                                                                                                                                                                                                                                             |      |
|------------|-----|-------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------|
|            |     | conduct preliminary research                                                                                                                                                                                                                                |      |
| 01/20/2014 | JJD | Legal Research; work on brief                                                                                                                                                                                                                               | 5.00 |
| 01/20/2014 | JAS | Research issues re: scope of and scope of Walker classes 23(a)(4), subclass and MDL issues, authority of dist. cts. to manage pretrial proceedings; draft brief point re: same; numerous discussions w/ J. DePalma re: same                                  | 8.50 |
| 01/21/2014 | JJD | Edit draft brief; note to Lewis re research; submit draft                                                                                                                                                                                                   | 1.70 |
| 01/21/2014 | EES | Per authorization of J. DePalma, shephardize all cases cited in brief points re. subclass representation; review and revise brief point for authoritative accuracy; draft e-mail to J. DePalma re. same; confer wtih J. DePalma re. same.                    | 1.00 |
| 01/22/2014 | JJD | Work on brief; legal research re new assignment                                                                                                                                                                                                             | 1.40 |
| 01/22/2014 | JAS | Review correspondence from R. Lewis re: /Walker class issues and assignment on dist. ct.'s authority to enjoin mediations; discussions w/ J. DePalma re: same; legal research on dist. ct.'s authority to enjoin mediation proceedings                        | 1.50 |
| 01/23/2014 | JJD | Work on brief                                                                                                                                                                                                                                               | 1.30 |
| 01/23/2014 | JAS | Research and review cases on court's authority to enjoin settlement proceedings in an MDL; draft brief point re: same and transmit and discuss w/ J. DePalma                                                                                                 | 2.00 |
| 01/26/2014 | JJD | Further work on brief.                                                                                                                                                                                                                                      | 0.90 |
| 01/26/2014 | KBC | Emails and telephone calls with Mindy Pava regarding local filing rules.                                                                                                                                                                                    | 0.80 |
| 01/28/2014 | JJD | Work on filing issue regarding brief.                                                                                                                                                                                                                       | 1.00 |
| 01/29/2014 | KBC | Review draft motion in support of motion to enjoin settlement; emails with Mindy Pava regarding local practice.                                                                                                                                             | 0.60 |
| 01/30/2014 | KBC | Review emails from Richard Lewis to counsel regarding upcoming filing; telephone calls with Mindy Pava regarding practice rules; review MDL pro hac vice rules.                                                                                              | 1.50 |
| 01/31/2014 | KBC | Telephone calls and emails with Mindy Pava regarding upcoming filing.                                                                                                                                                                                       | 0.70 |
| 01/31/2014 | JAS | Review pleading on enjoining the Arrington mediation                                                                                                                                                                                                        | 0.50 |
| 02/03/2014 | JJD | Work on court hearing issues                                                                                                                                                                                                                                | 0.50 |
| 02/03/2014 | ABL | Attention to courtesy copies to court                                                                                                                                                                                                                       | 0.60 |
| 02/03/2014 | KBC | Telephone call and email with Mindy Pava regarding motion filing and procedures; review and revise joinder motion prepared by counsel in consitutent matter and telephone call with Mindy Pava regarding same; conference call with Richard Lewis and Mindy Pava | 2.40 |

|            |     |                                                                                                                                                                                                                                                                                                                                                                                |      |
|------------|-----|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------|
|            |     | concerning motion hearing.                                                                                                                                                                                                                                                                                                                                                      |      |
| 02/03/2014 | JAS | Review correspondence re: hearing in Chicago                                                                                                                                                                                                                                                                                                                                   | 0.10 |
| 02/04/2014 | JJD | Review joinder filings                                                                                                                                                                                                                                                                                                                                                          | 0.40 |
| 02/04/2014 | ABL | Prepare and electronically file Attorney appearance form for Katrina Carroll in lead case                                                                                                                                                                                                                                                                                       | 0.30 |
| 02/04/2014 | KBC | Emails with co-counsel regarding joinder filings; review ECF notices regarding motion hearing and emails with co-counsel regarding same; preparation for motion hearing.                                                                                                                                                                                                        | 5.30 |
| 02/05/2014 | JJD | Debriefing of court hearing                                                                                                                                                                                                                                                                                                                                                     | 0.50 |
| 02/05/2014 | KBC | Breakfast meeting with Richard Lewis and Dan DeFeo in advance of motion hearing; attend hearing before Judge Lee; emails with co-counsel regarding hearing and transcript.                                                                                                                                                                                                       | 3.50 |
| 02/06/2014 | JJD | Attention to organizational meeting; review transcript                                                                                                                                                                                                                                                                                                                         | 1.00 |
| 02/06/2014 | ABL | Attention to transcript purchase from 2/5/14 hearing                                                                                                                                                                                                                                                                                                                            | 0.40 |
| 02/06/2014 | KBC | Conference with Amina Lee regarding transcript order of hearing before Judge Lee; circulate and review same; conference call with co-counsel regarding hearing.                                                                                                                                                                                                                 | 1.60 |
| 02/06/2014 | SJG | Conf call re: Heraing before Judge Lee; review transcript; emails JJD, KBC, Lewis re: above; t/cs JJD/KBC re: above                                                                                                                                                                                                                                                             | 1.50 |
| 02/06/2014 | JAS | Read transcript of presentment hearing; tele conf. w/ Walker plaintiffs' counsel re: strategy going forward                                                                                                                                                                                                                                                                     | 1.50 |
| 02/10/2014 | JJD | Review Wolf complaint; review and execute protective order; work on leadership; work on document review organization and staffing                                                                                                                                                                                                                                               | 1.10 |
| 02/10/2014 | KBC | Review emails from Richard Lewis concerning status of MDL and negotiations with plaintiffs' counsel; emails with co-counsel regarding discovery review assignment and conferences with Joseph DePalma and Jeffrey Shooman regarding same; execute confidentiality orders.                                                                                                        | 0.50 |
| 02/11/2014 | KBC | Email Beth Feagan concerning upcoming all counsel call.                                                                                                                                                                                                                                                                                                                         | 0.10 |
| 02/11/2014 | JAS | Discussion w/ J. DePalma re: document review; review emails from Hausfeld re: document review; review excerpts of deposition of Derek Owens; review excerpts of deposition of Adrian Arrington; review excerpts of deposition of Angela Palacios; review excerpts of deposition of David Klossner; review deposition excerpts of Dennis Poppe; review excerpts of deposition of Joni Comstock; review excerpts of deposition of Keith Martin; review excerpts of | 3.50 |

|  |  |  |  |
|---|---|---|---|
|  |  | deposition of Kyle Solomon; review NCAA meeting minutes; review correspondence to NCAA from doctors' groups; review NCAA correspondence to doctors re: research grants; code all documents for importance and subject matter |  |
| 02/12/2014 | KBC | Emails with Beth Feagan regarding plaintiffs' counsel conference; conference with Joseph DePalma regarding same. | 0.20 |
| 02/12/2014 | SJG | Dis w JJD re conf call w Berman /Lewis | 0.20 |
| 02/12/2014 | JAS | Review NCAA meeting minutes; review R.W. Dick article entitled  "A Summary of Head and Neck Injuries in Collegiate Athletics Using the NCAA Surveillance System"; read NCAA memo from Randall Dick re: research proposals regarding concussion research; read NCAA soccer and football surveillance reports; read letter from NCAA to Dr. Michael McCray inviting him to submit proposal on NCAA research re: Return to Play Criteria Following Concussion Using Objective Measurements and Techniques; code documents for importance and subject matter | 1.80 |
| 02/13/2014 | JJD | Prepare for call; conference call with colleagues re same | 1.00 |
| 02/13/2014 | KBC | Conference call with Richard Lewis and plaintiffs' counsel in 8 constitutent cases in advance of all plaintiffs' counsel call concerning CMO 1 and meet and confer strategy; emails with Jeffrey Shooman and review document review spreadsheet. | 1.20 |
| 02/13/2014 | SJG | Conf call plaintiffs counsel; emails JJD(2), KBC re: above | 0.60 |
| 02/14/2014 | JJD | Participate in all hands call; post call discussions with Lewis group; strategy discussions re expert and meet and confer; work on letter/motion to court re injunction; attention to sealing issues; work on letter to Fagan | 2.50 |
| 02/14/2014 | KBC | Conference call with all plaintiffs' counsel; conference call with Walker and constitutent case counsel concerning strategy; review letter drafted by Richard Lewis and advise on local practice. | 2.70 |
| 02/15/2014 | JJD | Work on affidavit | 0.50 |
| 02/16/2014 | JJD | Continue work on affidavit | 0.40 |
| 02/17/2014 | JJD | Research assignment from Lewis; discuss with  Jeffrey A. Shooman; with  Katrina Carroll; edit draft letter | 0.80 |
| 02/17/2014 | KBC | Emails with co-counsel regarding research assignment and letter to counsel. | 0.20 |
| 02/17/2014 | JAS | Telephone conf. w/ J. DePalma re: new research assignment; read email from R. | 1.50 |

| | | | |
|---|---|---|---|
| | | Lewis re: research assignment; research issue of enjoining settlement negotiations in the context of a possible inter class conflict. | |
| 02/18/2014 | BDG | Conference with Jeffrey A. Shooman re: legal research issues | 0.30 |
| 02/18/2014 | JJD | Work on settlement issues; review research memo to Lewis; edit letter to Arrington counsel | 1.70 |
| 02/18/2014 | KBC | Conference with Jeffrey Shooman regarding research on settlement issues; review Sullivan opinion. | 1.20 |
| 02/18/2014 | KBC | Review email from Richard Lewis regarding request for stay. | 0.10 |
| 02/18/2014 | SJG | Email Lewis re: case status; dis w JJD re: above | 0.40 |
| 02/18/2014 | JAS | Research issue of enjoining settlement negotiations in the context of a possible inter class conflict; tele confs. w/ K. Carroll re: same; draft memo email to R. Lewis and team explaining findings | 4.00 |
| 02/19/2014 | JJD | All hands call with Walker group; review motion; review proposed order; provide consent; review Edelson overtures | 2.00 |
| 02/19/2014 | KBC | Conference call with Richard Lewis and co-counsel regarding status; review emails from plaintiffs' counsel; review agreed motion to stay; emails with Richard Lewis regarding local practice. | 0.80 |
| 02/19/2014 | SJG | T/C, email JJD re: case status | 0.20 |
| 02/20/2014 | BDG | Conference with Joseph J. DePalma re: latest developments and further strategy | 0.20 |
| 02/20/2014 | JJD | Update Greenfogel on conference call of 2-19; Receipt of order on motion | 0.50 |
| 02/20/2014 | KBC | Email co-counsel regarding presentment on agreed motion. | 0.10 |
| 02/20/2014 | SJG | T/C, email JJD re: case status | 0.20 |
| 02/27/2014 | JJD | Update from Lewis | 0.10 |
| 02/27/2014 | KBC | Review email from Richard Lewis regarding status of settlement negotiations and expert involvement. | 0.10 |
| 03/06/2014 | JJD | Information update from Pava | 0.10 |
| 03/19/2014 | JJD | Status update; provide consent; discuss with Greenfogel | 0.30 |
| 03/19/2014 | KBC | Review email from co-counsel regarding status of settlement discussions. | 0.10 |
| 04/08/2014 | KBC | Emails with co-counsel regarding upcoming status hearing. | 0.20 |
| 04/09/2014 | KBC | Review email from co-counsel regarding status of settlement negotiations. | 0.10 |
| 04/11/2014 | KBC | Conference call with co-counsel in preparation for hearing before Judge Lee. | 0.50 |
| 04/11/2014 | SJG | Conf call Lewis et al re: update on settlement; email KBC re: above | 0.40 |
| 04/14/2014 | KBC | Prepare for status conference; meeting | 3.50 |

|            |     | with co-counsel; attend status before Judge Lee. | |
|------------|-----|---------------------------------------------------|------|
| 04/15/2014 | SJG | Email KBC re: 4/14 Hearing | 0.10 |
| 04/16/2014 | JJD | Work on meet and confer matters; review minute order and Pava note re meeting | 0.40 |
| 04/16/2014 | KBC | Review Judge Lee's order concerning upcoming schedule. | 0.10 |
| 04/16/2014 | SJG | Email KBC, dis w JJD re: 4/14 Hearing | 0.30 |
| 04/25/2014 | JJD | Review status report; term sheet; ancillary documents | 0.90 |
| 04/25/2014 | KBC | Review email and status report from Richard Lewis. | 0.30 |
| 04/29/2014 | KBC | Emails with Mindy Pava regarding Notice of Withdrawal of motion to enjoin settlement; revise notice. | 0.20 |
| 04/30/2014 | KBC | Emails and telephone call with Mindy Pava regarding e-filing Notice of Withdrawal of motion. | 0.20 |
| 05/05/2014 | JJD | Work on liaison issue; organizational concerns | 0.80 |
| 05/07/2014 | JJD | Discuss motion with Carroll; review Berman's leadership proposal | 0.30 |
| 05/08/2014 | JJD | Calls with Lewis, Greenfogel, Carroll re leadership issues and filing | 1.00 |
| 05/08/2014 | KBC | Telephone calls with Joseph DePalma, Richard Lewis and Mindy Pava regarding CMO issues; conference with Kyle Shamberg regarding liaison counsel application; review and revise same. | 1.40 |
| 05/08/2014 | KAS | Discuss liaison counsel position w/ Katrina Carroll; research and draft motion to appoint liaison counsel; review co-counsel's lead counsel motion. | 3.40 |
| 05/09/2014 | JJD | Leadership conferences/negotiations/decisions; review filings | 1.30 |
| 05/09/2014 | KBC | Revise liaison counsel application and send same to co-counsel; telephone call with Richard Lewis regarding consent order. | 0.40 |
| 05/09/2014 | KAS | Review KC edits to motion to appoint liaison counsel; prepare NoM and cover letter for courtesy copy of motion. | 0.60 |
| 05/12/2014 | JJD | Attention to mediation and documents from Pava re same | 0.70 |
| 05/14/2014 | JJD | Review court filings | 0.20 |
| 05/14/2014 | KAS | Review motions to appoint lead counsel and motion to stay; discuss with KC. | 0.60 |
| 05/15/2014 | JJD | Review filings; attention to Edelson application/strategy | 0.50 |
| 05/15/2014 | SJG | Email Lewis re: objection to Edelson motion | 0.10 |
| 05/22/2014 | KBC | Conference with Richard Lewis regarding status hearing; order transcript. | 0.20 |
| 05/27/2014 | ABL | Letter to court reporter enclosing check for transcript | 0.30 |
| 07/18/2014 | KBC | Review emails and memorandum concerning | 0.50 |

| | | | |
|---|---|---|---|
| | | settlement. | |
| 07/18/2014 | SJG | Review settlement memo; email KBC re: above | 0.30 |
| 07/21/2014 | JJD | Review draft settlement agreement; prepare for 7-22 conference | 1.50 |
| 07/22/2014 | JJD | Prepare for and participate in conference call with colleagues re settlement | 1.00 |
| 07/22/2014 | KBC | Conference call with co-counsel. | 0.50 |
| 07/22/2014 | SJG | Email JJD re: settlement | 0.10 |
| 07/24/2014 | JJD | Conference call with colleagues; call to Katrina Carroll re hearing | 0.50 |
| 07/24/2014 | KBC | Telephone conference with co-counsel regarding settlement status. | 0.50 |
| 07/28/2014 | JJD | Work on settlement matters with Lewis. | 1.00 |
| 07/28/2014 | KBC | Review emails from Arrington counsel regarding status; emails with Richard Lewis. | 0.20 |
| 07/29/2014 | JJD | Attention to court hearing; review preliminary approval papers | 1.80 |
| 07/29/2014 | KBC | Review preliminary approval papers; meet with Richard Lewis; attend status conference. | 3.50 |
| 07/29/2014 | SJG | T/C, email JJD re: Hearing on preliminary approval | 0.30 |
| 07/30/2014 | KBC | Review email from co-counsel regarding status report. | 0.10 |
| 07/30/2014 | SJG | Review PTO 3; email KBC re: above | 0.30 |
| 09/09/2014 | KBC | Review reply in support of preliminary approval. | 0.40 |
| 10/27/2014 | JJD | Conference call with Lewis and team re hearing | 0.50 |
| 10/27/2014 | KBC | Conference call with co-counsel regarding preliminary approval. | 0.40 |
| 12/17/2014 | JJD | Review opinion and order; discussions with colleagues; review motions | 1.30 |
| 12/22/2014 | JJD | Conference call with Lewis for update and next steps | 0.50 |
| 01/07/2015 | JJD | Review third amended complaint | 0.50 |
| 02/24/2015 | JJD | Analyze feasibility submission | 0.20 |
| 02/27/2015 | JJD | Review transcript | 0.30 |
| 03/24/2015 | JJD | Review Berman note; Lewis note; work on fee report per Lewis | 0.50 |
| 03/25/2015 | JJD | Call with Lewis re time report and Berman instructions; work on report | 0.50 |
| 04/08/2015 | JJD | Note from Lewis re Berman protocol; discuss with  Steven J. Greenfogel | 0.30 |
| 04/20/2015 | JJD | Review amended complaint and docket for general status appraisal | 0.50 |
| 06/11/2015 | JJD | Review withdrawal of representation; notes to Lewis and from colleagues re same | 1.00 |
| 06/12/2015 | SJG | T/C, emails JJD re: Arrington objection to settlement | 0.20 |
| 06/19/2015 | JJD | Conference call with team re Arrington | 0.50 |

|            |      | and status                                                                                           |       |
|------------|------|------------------------------------------------------------------------------------------------------|-------|
| 01/26/2016 | JJD  | Receipt and review of opinion and order                                                              | 0.50  |
| 02/08/2016 | JJD  | Inquiry to and update from Lewis                                                                      | 0.20  |
| 06/08/2016 | JJD  | Debriefing of all ands call                                                                          | 0.20  |
| 07/16/2016 | JJD  | Receipt and review of approval order; diary dates                                                    | 0.30  |
| 10/20/2016 | JJD  | Receipt and review of Status Report; diary dates                                                     | 0.50  |

|                      | **Total Fees for this matter** | **$145,832.50** |
|----------------------|--------------------------------|-----------------|

**DISBURSEMENTS**                                                                        Amount

| 10/10/2013 | MISC | Miscellaneous services paid to Secretary, Board of Bar Examiners for Certificate of Good Standing for Joseph J. DePalma | 10.00  |
|------------|------|------------------------------------------------------------------------------------------------------------------------|--------|
| 10/10/2013 | MISC | Miscellaneous services paid to Supreme Court for Certificate of Good Standing for Steven J. Greenfogel                  | 25.00  |
| 10/16/2013 | MISC | Miscellaneous services paid to Clerk, Maura S. Doyle on 10/16/13                                                        | 15.00  |
| 10/16/2013 | MISC | Miscellaneous services paid to Clerk, U.S. District Court for Certificate of Good Standing on 10/16/13                  | 18.00  |
| 10/21/2013 | PACE | Pacer search on 9/9/13                                                                                                  | 3.80   |
| 10/28/2013 | FILE | Filing Fee paid to U.S. District Court, E.D. Tennessee for Pro Hac Vice Admission on 10/28/13                           | 90.00  |
| 10/28/2013 | FILE | Filing Fee paid to U.S. District Court, E.D. Tennessee for Pro Hac Vice Admission on 10/28/13                           | 90.00  |
| 11/04/2013 | MISC | Miscellaneous services paid to Clerk, U.S.D.C of Eastern Pennsylvania for Certificate of Good Standing on 11/4/13       | 18.00  |
| 11/06/2013 | FEDX | Federal Express delivery on 10/28/13                                                                                    | 20.97  |
| 11/21/2013 | FEDX | Federal Express delivery on 11/11/13                                                                                    | 20.88  |
| 12/05/2013 | SEAR | Search by Erik E. Sardina on 10/9/13                                                                                    | 8.82   |
| 12/13/2013 | AIRF | Airfare for attorney travel by Steven J. Greenfogel to/from Las Vegas, NV for MDL Hearing from 12/4/13-12/6/13          | 287.80 |
| 12/13/2013 | AIRF | Airfare for attorney travel to/from Newark EWR and  Las Vegas LAS for Joseph J. DePalma on 10/20/13 and 10/21/13        | 652.80 |
| 12/13/2013 | LODG | Lodging costs by Joseph J. DePalma in Las Vegas for MDL on 10/28/13.                                                    | 160.27 |
| 12/13/2013 | LODG | Lodging costs by Steven J. Greenfogel during travel to Las Vegas, NV for MDL Hearing from 12/4/13-12/6/13               | 473.73 |
| 12/13/2013 | TRAV | Attorney Travel by Steven J. Greenfogel via taxi cabs in Las Vegas, NV for MDL Hearing from 12/4/13-12/6/13             | 50.00  |
| 01/08/2014 | MISC | Miscellaneous services paid to Secretary,                                                                              | 10.00  |

| | | | |
|---|---|---|---:|
| | | Board of Bar Examiners for Certificate of Good Standing on 1/8/13 | |
| 02/06/2014 | TRAS | Transcript Charges paid to Alexandra Roth, CSR, Ltd. on 2/6/14 | 36.00 |
| 02/21/2014 | FEDX | Federal Express delivery on 2/7/14 | 21.62 |
| 03/05/2014 | MESS | Messenger service paid to Best Courier and Delivery Service on 2/3/14 | 43.78 |
| 03/11/2014 | LODG | Lodging costs for Joseph J. DePalma in Las Vegas, NV for MDL on 12/4/13 | 485.16 |
| 03/11/2014 | MEAL | Meal costs for Joseph J. DePalma at United Airlines flight on 12/4/13 | 8.59 |
| 03/11/2014 | TRAV | Attorney Travel carfare by Joseph J. DePalma on 12/4/13 and 12/5/13 | 57.00 |
| 03/12/2014 | SEAR | Search by Jeffrey A. Shooman on 2/17/14 and 2/18/14 | 19.29 |
| 04/23/2014 | PACE | Pacer search on 2/3/14 re: Northern Illinois District Court | 2.40 |
| 04/25/2014 | PACE | Pacer search on 2/3/14 re: Northern Illinois District Court | 18.40 |
| 05/20/2014 | SEAR | Search on 4/29/14 | 24.84 |
| 05/27/2014 | TRAS | Transcript Charges paid to Alexandra Roth, CSR on 5/27/14 | 11.70 |
| 06/09/2014 | FEDX | Federal Express delivery on 5/27/14 to Alexandra Roth, CSR | 21.52 |
| 06/12/2014 | LEX | Lexis/Nexis Research on 5/11/14 by Kyle A. Shamberg | 14.02 |
| 11/04/2014 | PACE | Pacer search on 9/22/14 and 9/24/14 | 9.10 |
| 12/31/2016 | COPY | Copier Charges | 68.86 |
| 12/31/2016 | MILE | Mileage | 18.00 |
| 12/31/2016 | PARK | Parking Charges | 60.00 |
| 12/31/2016 | POST | Postage Charges | 22.30 |
| 12/31/2016 | TOLL | Tolls | 5.00 |
| | | **Total Disbursements for this matter** | **$2,902.65** |

**BILLING SUMMARY**

| Timekeeper | | Hours | Rate | Amount |
|---|---|---|---|---:|
| ABL | LEE, AMINA B. | 4.40 Hrs @ | 250 | $1,100.00 |
| BDG | GREENBERG, BRUCE D | 0.50 Hrs @ | 800 | $400.00 |
| EES | SARDINA, ERIK E | 2.70 Hrs @ | 375 | $1,012.50 |
| EMH | HENLEY, ERIC M | 1.40 Hrs @ | 250 | $350.00 |

```
Invoice   44607                                                          Page  12
JAS       SHOOMAN, JEFFREY A.          25.90 Hrs @  550      $14,245.00
JJD       DePALMA, JOSEPH J.           96.30 Hrs @  800      $77,040.00
KAS       SHAMBERG, KYLE A              4.60 Hrs @  525       $2,415.00
KBC       CARROLL, KATRINA             38.10 Hrs @  800      $30,480.00
SCH       CRUZ HODGE, SUSANA            0.20 Hrs @  750         $150.00
SJG       GREENFOGEL, STEVEN J.        21.70 Hrs @  800      $17,360.00
VAA       AFANADOR, VICTOR A.           1.60 Hrs @  800       $1,280.00
              Total                    197.40               $145,832.50




          CURRENT CHARGES:
                PROFESSIONAL FEES                   $145,832.50
                DISBURSEMENTS                         $2,902.65
                INTEREST INCURRED                         $0.00
          TOTAL CURRENT CHARGES                     $148,735.15
```