**Exhibit F**

# Provosty and Gankendorff, L.L.C.

650 Poydras Street, Suite 2700
New Orleans, Louisiana 70130

Telephone (504) 410-2795
Telecopier (504) 410-2796

email: attorneys@provostylaw.com
Tax ID # 33-1144569

Bill # 15696

CLIENT: 207518  CHRIS WALKER, ET AL
MATTER: 0001   NCAA CONCUSSION CLASS ACTION

| | |
|---|---:|
| Balance Due from Last Invoice | $0.00 |
| Payments Since Last Invoice | 0.00 |
| Past Due Balance | $0.00 |

### Aged Accounts

| Current | 31-60 | 61-90 | 91-120 | Over 120 |
|:---:|:---:|:---:|:---:|:---:|
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

### For Legal Services Rendered Through 11/30/2016

| | |
|---|---:|
| Current Fees | $54,085.00 |
| Current Costs | $1,048.69 |
| SUBTOTAL | $55,133.69 |
| **CURRENT CHARGES THIS STATEMENT** | $55,133.69 |
| **TOTAL AMOUNT DUE** | **$55,133.69** |

Amount Enclosed: _____

Thank you

## Please return this page with your remittance to:

**Provosty & Gankendorff, L.L.C.**

P. O. Box 4869
Dept. 481
Houston, TX  77210-4869

# Provosty and Gankendorff, L.L.C.

650 Poydras Street, Suite 2700
New Orleans, Louisiana 70130

Telephone (504) 410-2795
Telecopier (504) 410-2796

email: attorneys@provostylaw.com
Tax ID # 33-1144569

Bill # 15696
December 8, 2016

**For Legal Services Rendered Through 11/30/2016**

CLIENT: 207518 CHRIS WALKER, ET AL
MATTER: 0001 NCAA CONCUSSION CLASS ACTION

**Professional Services This Statement:**

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 08/29/2013 | EDG | Received and reviewed correspondence from Swathi Bojedla regarding the attached NCAA Concussions Complaint. | 0.30 | 150.00 |
| 09/04/2013 | EDG | Analyze and consider the attached Class Complaint, Motion to Appoint, Interview Lead Counsel, and Summons. | 1.00 | 500.00 |
| 09/13/2013 | EDG | Received and reviewed correspondence from Anna Galloway regarding the attached Plaintiffs' Motion and Memorandum to Suggest Consideration of Mediation on an Expedited Basis; Declaration of Richard S. Lewis in Support of Plaintiffs' Motion and Memorandum to Suggest Consideration of Mediation on an Expedited Basis; Opposition to Motion to Intervene. Analyze and consider same. | 1.50 | 750.00 |
| 09/13/2013 | EDG | Received and reviewed correspondence from Renae Steiner with the attached Plaintiffs Memorandum regarding transfer. | 0.30 | 150.00 |
| 09/16/2013 | EDG | Received and reviewed Plaintiffs Opposition to Motion to Transfer for Coordination or Consolidation. Analyze and consider same. | 0.50 | 250.00 |
| 09/16/2013 | EDG | Drafted letter to Richard Lewis re: the attached Opposition to Motion to Intervene and Plaintiffs' Suggestion for Consideration of Mediation on an Expedited Basis. | 0.30 | 150.00 |

| CHRIS WALKER, ET AL | | | | | 12/08/2016 |
| --- | --- | --- | --- | --- | --- |
| NCAA CONCUSSION CLASS ACTION | | Page 2 | | | Bill No. 15696 |

**Professional Services This Statement:**

| Date | Atty | Description | Hours | Amount |
| --- | --- | --- | --- | --- |
| 09/16/2013 | ERB | Consider and analyze and edit draft of MDL transfer brief. | 1.20 | 540.00 |
| 09/20/2013 | EDG | Received and reviewed correspondence from Mindy Pava regarding the attached revised version of the NCAA Student-Athlete Concussion Injury Litigation (MDL 2942) Opposition to the Arrington Plaintiffs' Motion to Transfer. | 0.30 | 150.00 |
| 09/20/2013 | EDG | Received and reviewed correspondence from Mindy Pava with attached Opposition to Plaintiffs' Motion to Transfer. | 1.00 | 500.00 |
| 09/20/2013 | ERB | Consider and analyze opposition to Motion to Transfer for edits and comments. | 1.20 | 540.00 |
| 09/30/2013 | EDG | Analyze and consider Plaintiffs' Reply to Proposed Intervenor Opposition to Plaintiffs Motion for Mediation. | 0.50 | 250.00 |
| 10/02/2013 | EDG | Received and reviewed correspondence from Mindy Pava regarding the Proposed Order on Plaintiffs' Request for Emergency Hearing; Cover letter to Judge Collier on Motion and Memorandum Requesting Emergency Hearing, and Certificate of Service. | 0.50 | 250.00 |
| 10/03/2013 | EDG | Received and reviewed correspondence from Joseph J. DePalma regarding the attached Reply to Arrington Plaintiffs' Opposition to Motion to Suggest Consideration of Mediation. | 0.30 | 150.00 |
| 10/04/2013 | CBS | Consider and analyze potential plaintiffs for NCAA Concussion case. Telephone conference with Joan Hebert regarding potential plaintiffs. Analyze and consider the case of Josh Williford. | 2.50 | 1,125.00 |
| 10/04/2013 | EDG | Received and reviewed correspondence from Renae Steiner regarding Opposition to Plaintiffs' Motion requesting Emergency Hearing attached. | 0.30 | 150.00 |
| 10/04/2013 | EDG | Received and reviewed correspondence from Mindy Pava regarding the attached Docket No. 34 filing Opposition to Plaintiffs' Motion Requesting an Emergency Hearing from the Arrington Plaintiffs. | 0.30 | 150.00 |

CHRIS WALKER, ET AL 12/08/2016
NCAA CONCUSSION CLASS ACTION Page 3 Bill No. 15696

**Professional Services This Statement:**

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 10/04/2013 | EDG | Received and reviewed correspondence from Renae Steiner regarding the attached Opposition to Plaintiffs' Motion Requesting Emergency Hearing. | 0.80 | 400.00 |
| 10/04/2013 | EDG | Conference call with Richard Lewis and co-counsel regarding MD; Filing more cases; Case strategy. | 1.00 | 500.00 |
| 10/04/2013 | ERB | Consider and analyze notice of related action in advance of telephone conference concerning litigation handling. | 1.20 | 540.00 |
| 10/07/2013 | CBS | Communicate with Joan Hebert and T-Bob Hebert regarding Plaintiffs for NCAA case and qualifying requirements in the case of Josh Williford. | 1.50 | 675.00 |
| 10/08/2013 | EDG | Conference call with Richard Lewis and NCAA regarding concussion case and potential plaintiff. | 0.80 | 400.00 |
| 10/09/2013 | CBS | Consider and analyze potential concussion plaintiff, requirements for same. Communicate with Joan Hebert regarding same. | 1.00 | 450.00 |
| 10/14/2013 | CBS | Consider and analyze potential plaintiff for additional suit in Louisiana. Communicate with T-Bob Hebert regarding Josh Williford. | 0.80 | 360.00 |
| 10/15/2013 | CBS | Communicate with Joan and T-Bob Hebert regarding Josh Williford as potential plaintiff in NCAA Concussion case. | 0.30 | 135.00 |
| 10/15/2013 | EDG | Drafted letter to Chris Hellums regarding MDL hearing and potential plaintiffs. | 0.30 | 150.00 |
| 10/16/2013 | EDG | Telephone conference with Chris Hellums regarding MDL hearing; New suits / plaintiffs. | 0.30 | 150.00 |
| 10/18/2013 | EDG | Telephone conference with Chris Hellums regarding MDL hearing, and new suit. | 0.30 | 150.00 |
| 10/22/2013 | EDG | Received and reviewed correspondence from Richard Lewis with resume of Dr. Erlanger and article on Sports Related Head Injury. Analyze and consider same. | 1.00 | 500.00 |
| 10/22/2013 | EDG | Conference call on NCAA Concussion with Richard Lewis and co-counsel regarding MDL, mediation, and expert. | 1.00 | 500.00 |

| | | | | |
|---|---|---|---|---|
| CHRIS WALKER, ET AL | | | | 12/08/2016 |
| NCAA CONCUSSION CLASS ACTION | | Page 4 | | Bill No. 15696 |

**Professional Services This Statement:**

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 10/23/2013 | EDG | Drafted letter to Richard Lewis regarding Williford concussion plaintiff. | 0.30 | 150.00 |
| 10/23/2013 | EDG | Telephone conference with Chris Hellums regarding Williford concussion plaintiff. | 0.30 | 150.00 |
| 10/23/2013 | EDG | Drafted letter to Richard Lewis regarding information on Williford. | 0.30 | 150.00 |
| 10/23/2013 | EDG | Drafted letter to Chris Hellums regarding new concussion suit. | 0.30 | 150.00 |
| 10/29/2013 | EDG | Drafted letter to Richard Lewis regarding new potential plaintiffs. | 0.30 | 150.00 |
| 10/30/2013 | EDG | Received and reviewed correspondence from James Rizer with attached articles on concussions and sports related injuries | 1.00 | 500.00 |
| 11/01/2013 | EDG | Drafted letter to Richard Lewis regarding new suit. | 0.30 | 150.00 |
| 11/01/2013 | EDG | Received and reviewed correspondence from Richard Lewis regarding potential NCAA concussion class reps. | 0.30 | 150.00 |
| 11/03/2013 | EDG | Received and reviewed correspondence from Mindy Pava regarding NCAA Concussions. Draft letter to N.D. Illinois Judge regarding Arrington mediation. | 0.30 | 150.00 |
| 11/04/2013 | CBS | Consider and analyze issues regarding additional suits to file in Louisiana. Telephone conference with Damon Kirin regarding filing of same. | 1.70 | 765.00 |
| 11/04/2013 | EDG | Received and reviewed correspondence from Richard Lewis regarding final draft letter to Judge Lee. | 0.30 | 150.00 |
| 11/04/2013 | EDG | Conference call on NCAA Concussion case regarding letter to Judge Lee. | 1.00 | 500.00 |
| 11/04/2013 | EDG | Received and reviewed correspondence from Richard Lewis with the attached draft letter to Judge John Lee. Analyze and consider same. | 0.50 | 250.00 |
| 11/04/2013 | ERB | Consider and analyze draft letter to Judge Lee regarding Arrington Plaintiffs' settlement. Edit same. | 1.20 | 540.00 |
| 11/06/2013 | CBS | Communicate with Joan Hebert and T-Bob Hebert regarding plaintiff for NCAA concussion suit in Louisiana. | 0.30 | 135.00 |

| | | | | |
|---|---|---|---|---|
| CHRIS WALKER, ET AL | | | | 12/08/2016 |
| NCAA CONCUSSION CLASS ACTION | | Page 5 | | Bill No. 15696 |

**Professional Services This Statement:**

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 11/07/2013 | CBS | Communicate with Joan Hebert regarding interest of Josh Williford as plaintiff in concussion case suit in Louisiana. | 0.30 | 135.00 |
| 11/12/2013 | CBS | Consider and analyze concussion questionnaire in preparation for telephone conference with Josh Williford. Draft email to Josh Williford regarding questionnaire. Communicate with Josh Williford regarding same. | 1.80 | 810.00 |
| 11/12/2013 | EDG | Telephone conference with Damon Kirin regarding NCAA concussion suit. | 0.30 | 150.00 |
| 11/12/2013 | EDG | Telephone conference with Richard Lewis regarding NCAA concussion suit. | 0.30 | 150.00 |
| 11/12/2013 | EDG | Received and reviewed correspondence from Mindy Pava regarding the attached new complaint filed in W.D. Missouri. | 0.30 | 150.00 |
| 11/12/2013 | EDG | Received and reviewed correspondence from Renae Steiner regarding new complaint filed in W.D. Missouri. | 0.30 | 150.00 |
| 11/12/2013 | EDG | Received and reviewed correspondence from Chris Hellums regarding new complaint filed in W.D. Missouri. | 0.30 | 150.00 |
| 11/12/2013 | EDG | Received and reviewed correspondence from Joseph J. DePalma regarding new complaint filed in W.D. Missouri. | 0.30 | 150.00 |
| 11/12/2013 | EDG | Received and reviewed correspondence from Brian Gudmundson regarding new complaint filed in W.D. Missouri. | 0.30 | 150.00 |
| 11/12/2013 | EDG | Received and reviewed correspondence from Daniel S. Mason regarding new complaint filed in W.D. Missouri. | 0.30 | 150.00 |
| 11/12/2013 | EDG | Received and reviewed correspondence from Mark Feinberg regarding NCAA Concussions new complaint filed in W.D. Missouri. | 0.30 | 150.00 |
| 11/13/2013 | EDG | Drafted letter to Richard Lewis regarding new suit by Josh Williford. | 0.30 | 150.00 |
| 11/14/2013 | CBS | Telephone conference with Josh Williford regarding questionnaire. | 0.80 | 360.00 |

**Professional Services This Statement:**

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 11/20/2013 | CBS | Telephone conference with Josh Williford regarding filing of suit in Louisiana. | 0.30 | 135.00 |
| 11/22/2013 | ERB | Consider and analyze opposition to Arrington Plaintiff's Motion to Transfer. | 2.30 | 1,035.00 |
| 11/25/2013 | EDG | Conference call on NCAA concussion conference call regarding MDL hearing. | 1.00 | 500.00 |
| 11/26/2013 | EDG | Drafted letter to Richard Lewis regarding MDL Judge. | 0.30 | 150.00 |
| 11/26/2013 | EDG | Drafted letter to Richard Lewis regarding Judge in Atlanta. | 0.30 | 150.00 |
| 12/03/2013 | EDG | Telephone conference with Richard Lewis regarding co-counsel. | 0.30 | 150.00 |
| 12/03/2013 | EDG | Conference call regarding NCAA Concussion regarding strategy for MDL hearing. | 1.00 | 500.00 |
| 12/04/2013 | EDG | Travel to Las Vegas for MDL hearing; Conference with counsel for Plaintiff regarding preparation for MDL hearing. | 8.00 | 4,000.00 |
| 12/05/2013 | EDG | Attended MDL hearing in Las Vegas. Return trip to New Orleans. | 12.00 | 6,000.00 |
| 12/06/2013 | ERB | Consider and analyze combined Reply in Response to the Opposition to Consolidation filed by Kranos, etc and Riddell defendants. | 0.80 | 360.00 |
| 01/17/2014 | EDG | Telephone conference with Richard Lewis regarding transfer to MDL and status. | 0.50 | 250.00 |
| 01/29/2014 | EDG | Received and reviewed correspondence from Richard Lewis regarding confidential draft memo for NCAA concussions. | 0.30 | 150.00 |
| 01/30/2014 | EDG | Received and reviewed correspondence from Mindy Pava regarding Motion to Temporarily Enjoin Ongoing Settlement Negotiations and Other Pleadings. | 0.30 | 150.00 |
| 01/31/2014 | EDG | Received and reviewed correspondence from Mindy Pava regarding Proposed Order. | 0.30 | 150.00 |
| 02/05/2014 | EDG | Received and reviewed correspondence from Mindy Pava regarding the attached NCAA Concussions Minute Entry and Case Management Order. | 0.30 | 150.00 |
| 02/06/2014 | EDG | Conference call with NCAA regarding concussion call on injunction hearing. | 1.00 | 500.00 |
| 02/07/2014 | EDG | Received and reviewed correspondence from Beth Fegan regarding the attached letter to Plaintiffs' counsel. | 0.30 | 150.00 |

CHRIS WALKER, ET AL  
NCAA CONCUSSION CLASS ACTION    Page 7

12/08/2016  
Bill No. 15696

**Professional Services This Statement:**

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 02/10/2014 | EDG | Received and reviewed correspondence from Richard Lewis regarding Confidentiality Order. | 0.30 | 150.00 |
| 02/10/2014 | EDG | Received and reviewed correspondence from Anna Galloway regarding letter to Beth Fegan regarding meeting. | 0.30 | 150.00 |
| 02/10/2014 | EDG | Drafted letter to Steve Berman regarding Rule 408 Agreement. | 0.30 | 150.00 |
| 02/10/2014 | EDG | Received and reviewed correspondence from Mindy Pava regarding written attached exhibits for discovery regarding review project. | 1.00 | 500.00 |
| 02/10/2014 | EDG | Drafted letter to Beth Fegan regarding Confidentiality Agreement. | 0.30 | 150.00 |
| 02/10/2014 | EDG | Received and reviewed Agreed Confidentiality Order. | 0.50 | 250.00 |
| 02/10/2014 | EDG | Received and reviewed Stipulated Qualified HIPPA Protective Order. | 0.30 | 150.00 |
| 02/10/2014 | EDG | Received and reviewed correspondence from Richard Lewis regarding the attached medical monitoring complaint filed by the Hagens firm. | 0.30 | 150.00 |
| 02/10/2014 | EDG | Received and reviewed correspondence from Jim Frickleton regarding Confidentiality Order. | 0.30 | 150.00 |
| 02/10/2014 | EDG | Received and reviewed correspondence from Beth Fegan regarding stipulated qualified HIPPA Protective Order and Agreed Confidentiality Order. | 0.30 | 150.00 |
| 02/10/2014 | EDG | Received and reviewed correspondence from Mindy Pava regarding additional exhibits for review. | 0.80 | 400.00 |
| 02/10/2014 | EDG | Received and reviewed correspondence from Mindy Pava regarding the attached exhibits to Arrington Discovery Review Project. | 0.30 | 150.00 |
| 02/10/2014 | ERB | Consider and analyze emails concerning upcoming telephone conference with Hagens Behrman. | 0.30 | 135.00 |
| 02/10/2014 | ERB | Consider and analyze of letter from Hagens Behrman letter for telephone conference concerning status of case and discovery. | 0.30 | 135.00 |
| 02/10/2014 | ERB | Consider and analyze stipulated qualified HIPAA Protective Order regarding discovery document handling for document review. | 0.50 | 225.00 |

CHRIS WALKER, ET AL  
NCAA CONCUSSION CLASS ACTION    Page 8

12/08/2016  
Bill No. 15696

**Professional Services This Statement:**

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 02/10/2014 | ERB | Consider and analyze Agreed Confidentiality Order regarding discovery documents handling for document review. | 0.70 | 315.00 |
| 02/10/2014 | ERB | Consider and analyze various emails from Richard Lewis regarding procedure for document review and discovery handling. | 0.30 | 135.00 |
| 02/10/2014 | ERB | Consider and analyze various emails from Mindy Pava concerning document review in preparation of Hagens Behrman call. | 0.30 | 135.00 |
| 02/11/2014 | EDG | Received and reviewed correspondence from Mindy Pava regarding the attached codes for NCAA Concussions document review. | 0.30 | 150.00 |
| 02/11/2014 | EDG | Received and reviewed correspondence from Mindy Pava regarding Affidavit by Plaintiffs ISO Motion to Certify Class. | 0.30 | 150.00 |
| 02/11/2014 | ERB | Consider and analyze email from Mindy Pava regarding document review assignment. | 0.30 | 135.00 |
| 02/11/2014 | ERB | Consider and analyze email from Beth Fagan regarding upcoming telephone conference. | 0.30 | 135.00 |
| 02/11/2014 | ERB | Consider and analyze email from Steve Berman regarding discovery documents handling. | 0.30 | 135.00 |
| 02/11/2014 | ERB | Consider and analyze declaration of Steve Berman concerning class certification for document review project. | 0.70 | 315.00 |
| 02/11/2014 | ERB | Consider and analyze email from Mindy Pava regarding document review codes. | 0.30 | 135.00 |
| 02/11/2014 | ERB | Consider and analyze coding instructions for document review. | 0.50 | 225.00 |
| 02/11/2014 | ERB | Consider and analyze data entry sheets concerning document review project. | 0.30 | 135.00 |
| 02/11/2014 | ERB | Consider and analyze various pleadings and file material in preparation of document review project. | 2.70 | 1,215.00 |
| 02/12/2014 | EDG | Received and reviewed correspondence from Mark Feinberg regarding the attached Acknowledgement and Agreement to be Bound. | 0.30 | 150.00 |
| 02/12/2014 | ERB | Consider and analyze email from Mindy Pava regarding upcoming telephone conference concerning coding document review. | 0.20 | 90.00 |

**Professional Services This Statement:**

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 02/12/2014 | ERB | Initial review of material in preparation for telephone conference with Mindy Pava for document review. | 1.00 | 450.00 |
| 02/12/2014 | ERB | Attend telephone conference regarding NCAA document review. | 0.50 | 225.00 |
| 02/12/2014 | ERB | Consider, analyze and code various documents assigned for review. | 5.50 | 2,475.00 |
| 02/12/2014 | LC | NCAA Concussion document coding. | 4.10 | 615.00 |
| 02/13/2014 | EDG | Received and reviewed correspondence from Brian Gudmundson regarding the attached attached signed Protective Orders. | 0.30 | 150.00 |
| 02/13/2014 | EDG | Conference call with Richard Lewis regarding leadership application. | 1.00 | 500.00 |
| 02/13/2014 | ERB | Consider, analyze and code various assigned documents concerning NCAA Concussion litigation. | 8.00 | 3,600.00 |
| 02/13/2014 | ERB | Prepare and forward email to Mindy Pava regarding document coding sheets. | 0.30 | 135.00 |
| 02/14/2014 | EDG | Conference with Richard Lewis regarding conference with Steve Berman, proposed settlement, and future handling. | 1.00 | 500.00 |
| 02/14/2014 | EDG | Conference with Steve Berman regarding status of NCAA Concussion case, and proposed settlement. | 1.00 | 500.00 |
| 02/19/2014 | EDG | Conference call with Richard Lewis regarding personal injury claim. | 0.50 | 250.00 |
| 02/19/2014 | EDG | Received and reviewed correspondence from Beth Fegan regarding attached Proposed Order. | 0.30 | 150.00 |
| 02/19/2014 | ERB | Consider and analyze emails with Berman and Fegan regarding joint handling of claims and discovery. | 0.30 | 135.00 |
| 02/19/2014 | ERB | Consider and analyze email from James Dugan regarding upcoming telephone conference. | 0.30 | 135.00 |
| 03/06/2014 | EDG | Received and reviewed correspondence from Ari Scharg regarding draft letter to NCAA. | 0.30 | 150.00 |
| 03/06/2014 | EDG | Drafted letter to Richard Lewis regarding draft letter regarding NCAA. | 0.30 | 150.00 |

| | | | | |
|---|---|---|---|---|
| CHRIS WALKER, ET AL | | | | 12/08/2016 |
| NCAA CONCUSSION CLASS ACTION | | Page 10 | | Bill No. 15696 |

**Professional Services This Statement:**

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 03/19/2014 | EDG | Received and reviewed correspondence from Elizabeth Cabraser regarding NCAA Concussions Status Update and Request for Additional Extension. | 0.30 | 150.00 |
| 04/11/2014 | EDG | Attended conference call on concussion case. | 0.80 | 400.00 |
| 04/16/2014 | EDG | Received and reviewed correspondence from Mindy Pava regarding date of next case management hearing. | 0.30 | 150.00 |
| 04/25/2014 | EDG | Received and reviewed correspondence from Richard Lewis regarding NCAA Concussions - status report on negotiations with Arrington counsel; MDL Term Sheet; Ex A to MOU; Exhibits. Analyze and consider same. | 0.30 | 150.00 |
| 04/28/2014 | EDG | Received and reviewed correspondence from Richard Lewis regarding status report on negotiations with Arrington counsel. | 0.30 | 150.00 |
| 05/08/2014 | EDG | Received and reviewed correspondence from Walker Plaintiffs regarding Memo in Support of Motion to Designate Richard Lewis as co-lead. | 1.00 | 500.00 |
| 05/08/2014 | EDG | Received and reviewed correspondence from Mindy Pava regarding the attached NCAA Concussions Leadership brief draft. | 0.30 | 150.00 |
| 05/09/2014 | EDG | Received and reviewed correspondence from Mindy Pava regarding the attached joint agreed application for NCAA. | 0.30 | 150.00 |
| 07/18/2014 | EDG | Received and reviewed correspondence from Elizabeth A. Fegan regarding the attached memo to Plaintiffs' Counsel for Proposed Settlement Class Representatives. | 0.30 | 150.00 |
| 07/18/2014 | ERB | Consider and analyze letter from Steve Berman regarding settlement framework. | 0.50 | 225.00 |
| 07/21/2014 | CBS | Receipt and review of NCAA proposed settlement and memorandum to plaintiffs' counsel for proposed settlement class representatives in preparation for telephone conference with attorneys on MDL settlement. | 1.00 | 450.00 |
| 07/21/2014 | EDG | Received and reviewed correspondence from Mindy Pava regarding the attached Rule 408 Settlement Communication document. | 0.30 | 150.00 |
| 07/22/2014 | JPF | Review memorandum prepared by Steve Berman regarding proposed settlement in preparation for telephone conference with all Plaintiffs' counsel. | 0.50 | 150.00 |

CHRIS WALKER, ET AL  12/08/2016
NCAA CONCUSSION CLASS ACTION    Page 11   Bill No. 15696

**Professional Services This Statement:**

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 07/22/2014 | JPF | Attend telephone conference with all Plaintiffs' counsel regarding proposed settlement and details related to approval of same. | 0.50 | 150.00 |
| 07/29/2014 | EDG | Received and reviewed correspondence from Elizabeth A. Fegan regarding settlement of concussion litigation. | 0.30 | 150.00 |
| 07/29/2014 | EDG | Received and reviewed correspondence from Charles Zimmerman regarding negotiated settlement. | 0.30 | 150.00 |
| 10/27/2014 | EDG | Conference call on NCAA concussion case and settlement. | 0.80 | 400.00 |
| 12/22/2014 | EDG | Conference call with Richard Lewis regarding NCAA concussion settlement. | 0.50 | 250.00 |
| 12/29/2014 | EDG | Received and reviewed Memo Opinion and Order regarding settlement. Analyze and consider same. | 1.00 | 500.00 |
| 02/26/2015 | EDG | Received and reviewed Joint Submission Regarding The Feasibility and Cost of Direct Notice. | 1.00 | 500.00 |
| 06/19/2016 | EDG | Conference call on NCAA Concussion regarding status of settlement. | 0.50 | 250.00 |

**Attorney Summary:**

| Atty | Name | Hours | Rate | Amount |
|---|---|---|---|---|
| EDG | Gankendorff, Edgar D. | 66.20 | $500.00 | 33,100.00 |
| CBS | Szapary, Christophe B. | 12.30 | $450.00 | 5,535.00 |
| ERB | Belin, Eric R. | 32.30 | $450.00 | 14,535.00 |
| JPF | Franco, Jason P. | 1.00 | $300.00 | 300.00 |
| LC | Law Clerk | 4.10 | $150.00 | 615.00 |
| **Professional Fees:** | | 115.90 | | $54,085.00 |

| CHRIS WALKER, ET AL | | 12/08/2016 |
|---|---|---|
| NCAA CONCUSSION CLASS ACTION | Page 12 | Bill No. 15696 |

**Costs and Disbursements this Statement:**

| | | |
|---|---|---|
| 11/08/2013 | U.S.D.C. Pacer Service Center - Printing of court documents (67 pages @ $.10/page) | 6.70 |
| 12/16/2013 | Edgar D. Gankendorff, APLC - Reimbursement for round-trip flight on Southwest Airlines - Flight to Las Vegas, NV (12/4/13-12/5/13) | 339.80 |
| 12/16/2013 | Edgar D. Gankendorff, APLC - Reimbursement for hotel stay at Wynn Encore Hotel, Las Vegas, NV (12/4/13-12/5/13) | 308.17 |
| 12/16/2013 | Edgar D. Gankendorff, APLC - Reimbursement for transportation in Las Vegas, NV (Ace Cab) | 25.00 |
| 12/16/2013 | Edgar D. Gankendorff, APLC - Reimbursement for transportation in Las Vegas, NV (Yellow-Checker Star Cab) | 28.00 |
| 12/16/2013 | Edgar D. Gankendorff, APLC - Reimbursement for transportation in Las Vegas, NV (Ace Cab) | 31.20 |
| 12/16/2013 | Edgar D. Gankendorff, APLC - Reimbursement for transportation in Las Vegas, NV (cab fare) | 38.40 |
| 12/16/2013 | Edgar D. Gankendorff, APLC - Reimbursement for transportation in Las Vegas, NV (cab fare) | 27.00 |
| 12/16/2013 | Edgar D. Gankendorff, APLC - Reimbursement for transportation in Las Vegas, NV (cab fare) | 46.55 |
| 12/16/2013 | Edgar D. Gankendorff, APLC - Reimbursement for charge by Southwest Airlines on return flight to New Orleans (12/5/13) | 40.00 |
| 12/16/2013 | Edgar D. Gankendorff, APLC - Reimbursement for Parking (New Orleans International Airport) | 34.00 |
| 12/18/2013 | AT&T TeleConference Services - Conference Charges on 11/19/13 hosted by E. Gankendorff | 33.87 |
| 01/08/2014 | Chattanooga Divisional Office - U.S Courthouse - Filing Fee for Motion to Appear Pro Hac Vice re: Edgar D. Gankendorff | 90.00 |
| | **Total Costs and Disbursements:** | $1,048.69 |

| | |
|---|---|
| SUBTOTAL | $55,133.69 |
| **Total Charges This Statement:** | **$55,133.69** |