**Exhibit G**

NCAA Medical Monitoring Class Action (Washington)
DeFeo & Kolker, LLC

| Date | Attorney/Assistant | Activity | Time | Amount |
|---|---|---|---|---|
| 11/18/2013 | Dan DeFeo | Telephone Conf w/ Plaintiff's Counsel re: prep of complaint on behalf of Sharon Washington & Anthony Vanzant | 0.5 | $247.50 |
| 11/19/2013 | Dan DeFeo | Travel to office of Thayer Weaver re: NCAA Concussion Litigation on Behalf of Sharon Washinton & Anthony Vanzant & other athletes in MO & return | 7 | $3,465.00 |
| 11/20/2013 | Dan DeFeo | Conference Call with Thayer Weaver & Anthony Vanzant re: Class Rep | 0.75 | $371.25 |
| 11/20/2013 | Dan DeFeo | Conference Call with Thayer Weaver & Sharon Washington re: Class Rep | 0.75 | $371.25 |
| 11/20/2013 | Dan DeFeo | Prepare Fee Contract | 1 | $495.00 |
| 11/20./15 | Angelia Lett | Assist in preparation of fee contract | 1 | $75.00 |
| 11/20/2013 | Dan DeFeo | Prepare, Draft & Review Complaint | 9 | $4,455.00 |
| 11/20/2013 | Dan DeFeo | Receipt & Review Email Re: Fee Contract & Questionionnare not | 0.25 | $123.75 |
| 11/20/2013 | Angelia Lett | Set up basic file, time logs, contact sheets | 3 | $225.00 |
| 11/21/2013 | Dan DeFeo | Conference with Ronnie Wingo & Thayer Weaver re: NCAA Concussion Litigation & executed attorney contract | 1.5 | $742.50 |
| 11/21/2013 | Dan DeFeo | Prepare correspondence with attached fee contract/client intake | 0.5 | $247.50 |
| 11/21/2013 | Angelia Lett | Revise Fee Contract and Client Intake | 1 | $75.00 |
| 11/21/2013 | Dan DeFeo | Deliver fee contract – client intaketo Thayer Weaver and confer with Thayer regarding class litigation strategy | 6 | $2,970.00 |

1

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 11/21/2013 | Dan DeFeo | Email re clients | 0.25 | $123.75 |
| 11/21/2013 | Angelia Lett | Receipt & Review Email re clients | 0.25 | $18.75 |
| 11/21/2013 | Dan DeFeo | Receipt & Review Email from R. Lewis regarding case prep | 0.25 | $123.75 |
| 11/21/2013 | Angelia Lett | Receipt & Review Email from R. Lewis regarding case prep | 0.25 | $18.75 |
| 11/21/2013 | Dan DeFeo | Draft & Email response to R. Lewis regarding case prep | 0.25 | $123.75 |
| 11/21/2013 | Angelia Lett | Review D DeFeo email to R. Lewis regarding lawsuit prep | 0.25 | $18.75 |
| 11/21/2013 | Dan DeFeo | Receipt & Review Email from R Lewis | 0.25 | $123.75 |
| 11/21/2013 | Angelia Lett | Receipt & Review Email from R. Lewis | 0.25 | $18.75 |
| 11/22/2013 | Dan DeFeo | Receipt & Review Email to R Lewis | 0.25 | $123.75 |
| 11/22/2013 | Angelia Lett | Receipt & Review Email to R Lewis | 0.25 | $18.75 |
| 11/22/2013 | Dan DeFeo | Receipt & Review Email from R. Lewis | 0.25 | $123.75 |
| 11/22/2013 | Dan DeFeo | Receipt & Review Email from Mindy Pava regarding complaint | 0.25 | $123.75 |
| 11/22/2013 | Dan DeFeo | Receipt & Review of contract & Questionnaire notes re: Sharon Washington II | 1.5 | $742.50 |
| 11/22/2013 | Dan DeFeo | Follow Up Memo re: notes on additional information needed | 1 | $495.00 |
| 11/22/2013 | Dan DeFeo | Legal Research & Review of NCAA Conc. Litigation Claims and Defenses | 2 | $990.00 |
| 11/22/2013 | Dan DeFeo | Telephone Conf with Mindy Pava re: NCAA Complaint/re draft complaint for Sharon Washington & Anthony Vanzant | 4 | $1,980.00 |
| 11/22/2013 | Dan DeFeo | Receipt & Review Email from T Weaver regarding client update | 0.25 | $123.75 |
| 11/22/2013 | Britney Waterworth | Open Case File | 2 | $150.00 |

| Date | Person | Description | Hours | Amount |
|---|---|---|---|---|
| 11/22/2013 | Angelia Lett | Receipt & Review Email re case | 0.25 | $18.75 |
| 11/26/2014 | Dan DeFeo | Receipt & Review Email from T. Weaver regarding Vanzant | 0.25 | $123.75 |
| 11/26/2013 | Angelia Lett | Receipt & Review, file, email & Attachment T. Weaver | 0.5 | $37.50 |
| 12/2/2013 | Dan DeFeo | Receipt & Review Emails re Conf Call and attachments | 1.25 | $618.75 |
| 12/2/2013 | Angelia Lett | Revise & Edit draft complaint & cover sheet | 2 | $150.00 |
| 12/2/2013 | Dan DeFeo | Prepare civil cover sheet & final draft of complaint | 4 | $1,980.00 |
| 12/3/2013 | Dan DeFeo | Receipt & Review Emails re: Conf Call and To Do's | 0.75 | $371.25 |
| 12/3/2013 | Dan DeFeo | Prepare for and participate in Conference Call re NCAA Concussion Litigation. Prepare notes on next steps | 2 | $990.00 |
| 12/3/2013 | Dan DeFeo | Email Corresp with L. Pinola re service | 0.5 | $247.50 |
| 12/3/2013 | Angelia Lett | Receipt & Review Email from D DeFeo | 0.25 | $18.75 |
| 12/3/2013 | Angelia Lett | Draft Email re: filing in case | 0.25 | $18.75 |
| 12/3/2013 | Dan DeFeo | Receipt & Review email re: filing in case | 0.25 | $123.75 |
| 12/3/2013 | Dan DeFeo | Receipt & Review email from N. Lee | 0.25 | $123.75 |
| 12/3/2013 | Angelia Lett | Receipt & Review email from N. Lee | 0.25 | $18.75 |
| 12/3/2013 | Angelia Lett | Prepare/File cover sheet, complaint, summons | 3 | $225.00 |
| 12/3/2013 | Angelia Lett | Receipt & Review Email re filing complaint | 0.25 | $18.75 |
| 12/3/2013 | Dan DeFeo | Receipt & Review email re filing complaint | 0.25 | $123.75 |
| 12/3/2013 | Dan DeFeo | Receipt & Review Email re phv | 0.25 | $123.75 |
| 12/3/2013 | Angelia Lett | Receipt & Review Email re phv Kuykendall | 0.25 | $18.75 |
| 12/3/2013 | Dan DeFeo | Receipt & Review Email to R Kuykendall re phv | 0.25 | $123.75 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 12/3/2013 | Angelia Lett | Receipt & Review Email to R Kuykendall re phv | 0.25 | $18.75 |
| 12/4/2013 | Angelia Lett | Call & Email Counsel re MO Lawyers weekly article | 0.5 | $37.50 |
| 12/4/2013 | Dan Defeo | Receipt & Review email re MLW article publication of Mizzou Student Athlete Claims | 1 | $495.00 |
| 12/4/2013 | Dan DeFeo | Receipt & Review email from R. Lewis | 0.5 | $247.50 |
| 12/4/2013 | Dan DeFeo | Meeting with co-counsel re case status, strategy & media | 4 | $1,980.00 |
| 12/4/2013 | Dan DeFeo | Receipt & Review Email re process server | 0.25 | $123.75 |
| 12.4.13 | Angelia Lett | Receipt & Review Email re: process server | 0.25 | $18.75 |
| 12/4/2013 | Angelia Lett | Email to D Tichy re Filing Form | 0.5 | $37.50 |
| 12/4/2013 | Angelia Lett | Receipt & review of emails re: filing forms | 1 | $75.00 |
| 12/4/2013 | Dan DeFeo | Receipt & review of emails re: filing forms | 1 | $495.00 |
| 12/5/2013 | Britney Waterworth | Phone call re case The Post Dispatch | 0.25 | $18.75 |
| 12/5/2013 | Angelia Lett | Call re case from Associated Press | 0.25 | $18.75 |
| 12/5/2013 | Angelia Lett | Call re case from 41 Action News | 0.25 | $18.75 |
| 12/5/2013 | Dan DeFeo | Receipt, review reply re 41 news | 0.5 | $247.50 |
| 12/5/2013 | Angelia Lett | Reply to 41 news | 0.25 | $18.75 |
| 12/5/2013 | Angelia Lett | Receipt, review email re case/news story | 0.25 | 18.75 |
| 12/5/2013 | Angelia Lett | Media Research regarding NCAA & CTE | 3 | $225.00 |
| 12/6/2013 | Angelia Lett | Receipt & Review Emails re Penton PHV | 0.5 | $37.50 |
| 12/6/2013 | Angelia Lett | Receipt & Review Email re Press Release | 0.5 | $37.50 |
| 12/6/2013 | Dan DeFeo | Receipt & review press release | 1 | $495.00 |
| 12/7/2013 | Dan DeFeo | Receipt & Review Email T. Weaver re case update | 0.25 | $123.75 |
| 12/12/2013 | Britney Waterworth | Receipt & Review Email re PBS Call | 0.25 | $18.75 |

4

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 12/9/13 – 12/11/13 | Angelia Lett | Research & Email re MU Student Statistics 1987-2013 | 9 | $675.00 |
| 12/15/2013 | Dan DeFeo | Review MU student stats and game highlights | 5 | $2,475.00 |
| 12/17/2013 | Angelia Lett | Phone Call D Portnoy | 0.25 | $18.75 |
| 12/17/2013 | Angelia Lett | Client Phone Call re Update | 0.5 | $37.50 |
| 12/18/2013 | Dan DeFeo | Research re: Brain Concussion and CTE | 2 | $990.00 |
| 12/23/2013 | Britney Waterworth | Phone Call and Email re Client update | 0.5 | $37.50 |
| 12/26/2013 | Dan DeFeo | Review legal research & drafting of Washington/VanZant Complaint | 3 | $1,485.00 |
| 12/30/2013 | Dan DeFeo | Email re transfer | 0.25 | $123.75 |
| 12/30/2013 | Angelia Lett | Prepare & Mail Client letter and questionnaire | 1 | $75.00 |
| 12/30/2013 | Angelia Lett | Prepare Letter to client | 0.75 | $56.25 |
| 1/3/2014 | Dan DeFeo | Receipt & Review Email re: Client | 0.25 | $123.75 |
| 1/3/2014 | Angelia Lett | Receipt & Review Email re: Client | 0.25 | $18.75 |
| 1/27/2014 | Angelia Lett | Phone Call C Walton | 0.25 | $18.75 |
| 1/30/2014 | Angelia Lett | Phone Call R. Lewis | 0.25 | $18.75 |
| 1/30/2014 | Dan DeFeo | Receipt & Review Email re phone call | 0.25 | $123.75 |
| 1/30/2014 | Dan DeFeo | Receipt & Review Letter from Rich Lewis | 1 | $495.00 |
| 1/31/2014 | Dan Defeo | Receipt & review email regarding support of class | 0.75 | $371.25 |
| 1/31/2014 | Dan DeFeo | Receipt & Review email from M Pava | 0.5 | $247.50 |
| 2/1/2014 | Dan DeFeo | Receipt & review email communication re: motion | 5 | $2,475.00 |
| 2/2/2014 | Dan DeFeo | Prepare Washington Plaintiff's Motion to Temporarily Enjoin Ongoing Settlement Negotiations | 2 | $990.00 |
| 2/2/2014 | Dan DeFeo | Telephone Conference with Plaintiff's Counsel | 1 | $495.00 |
| 2/3/2014 | Angelia Lett | Receipt & review email re order | 0.25 | $18.75 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 2/3/2014 | Angelia Lett | Prepare Order | 0.5 | $37.50 |
| 2/3/2014 | Angelia Lett | Prepare NCAA Motion to Temporarily Enjoin The Ongoing Arrington Medical Monitoring Class Settlement Negotiations with Defendant NCAA | 2 | $150.00 |
| 2/3/2014 | Angelia Lett | Call re case update | 0.25 | $18.75 |
| 2/3/2014 | Angelia Lett | Email re Motion to Temporarily Enjoin The Ongoing Arrington Medical Monitoring Class Settlement Negotiations with Defendant NCAA | 0.25 | $18.75 |
| 2/3/2014 | Angelia Lett | Receipt & review of email and revisions to Motion to Temporarily Enjoin The Ongoing Arrington Medical Monitoring Class Settlement Negotiations with Defendant NCAA | 1 | $75.00 |
| 2/3/2014 | Dan DeFeo | Receipt & review of email from M. Pava with Motion to Temporarily Enjoin the Ongoing Arrington Medical Monitoring Class Settlement Negotiations with Defendant NCAA | 1 | $495.00 |
| 2/3/2014 | Angelia Lett | Revisions to Motion to Temporarily Enjoin The Ongoing Arrington Medical Monitoring Class Settlement Negotiations with Defendant NCAA | 1 | $75.00 |
| 2/3/2014 | Dan DeFeo | Prepare proposed order granting Washington Plaintiff's Motion to Temporarily Enjoin Medical Monitoring Settlement Negotiation between Airrington Plaintiffs and Defendant NCAA | 1.5 | $742.50 |
| 2/3/2014 | Dan DeFeo | Receipt & review of emails M. Pava and revisions to Motion to Temporarily Enjoin The Ongoing Arrington Medical Monitoring Class Settlement Negotiations with Defendant NCAA | 3.5 | $1,732.50 |

| Date | Person | Description | Hours | Amount |
|---|---|---|---|---|
| 2/4/2014 | Angelia Lett | Email to K Carroll re Motion to Temporarily Enjoin The Ongoing Arrington Medical Monitoring Class Settlement Negotiations with Defendant NCAA | 0.25 | $18.75 |
| 2/5/2014 | Dan DeFeo | Travel KC to Chicago. Meeting with Plaintiff's Counsel to prepare for hearing. Attend hearing followed by meeting with Plaintiff's counsel. Return to Office | 18 | $8,910.00 |
| 2/10/2014 | Dan DeFeo | Receipt, review email & docs from R. Lewis | 3 | $1,485.00 |
| 2/10/2014 | Dan DeFeo | Review letter from Steve Berman | 0.75 | $371.25 |
| 2/10/2014 | Dan DeFeo | Review R. Lewis Letter | 0.75 | $371.25 |
| 2/11/2014 | Dan DeFeo | Prepare letter re press | 0.5 | $247.50 |
| 2/11/2014 | Angelia Lett | Review emails re R Lewis letter | 1 | $75.00 |
| 2/11/2014 | Dan DeFeo | Prepare Letter regarding settlement confidentiality | 0.75 | $371.25 |
| 2/11/2014 | Dan DeFeo | Email re filings and deadlines | 0.25 | $123.75 |
| 2/11/2014 | Angelia Lett | Review emails & docs. From R. Lewis | 0.5 | $37.50 |
| 2/11/2014 | Dan DeFeo | Receipt & review email R. Lewis | 0.5 | $247.50 |
| 2/11/2014 | Angelia Lett | Receipt, review, print email & Doc | 0.5 | $33.50 |
| 2/11/2014 | Dan DeFeo | Receipt, review of email from M. Pava with attached pleadings | 1 | $495.00 |
| 2/11/2014 | Angelia Lett | Receipt, review email from M. Pava | 1 | $75.00 |
| 2/11/2014 | Angelia Lett | Print, Organize documents for review | 2 | $150.00 |
| 2/11/2014 | Dan DeFeo | Receipt & review Email re agreement letter | 0.25 | $123.75 |
| 2/11/2014 | Angelia Lett | Receipt & review Email re agreement letter | 0.25 | $18.75 |
| 2/11/2014 | Angelia Lett | Receipt & review Email from T. Weaver | 0.25 | $18.75 |
| 2/11/2014 | Dan DeFeo | Receipt review 5 emails from M.Pava re docs | 1.25 | 618.75 |
| 2/11/2014 | Dan DeFeo | Read, review & analyze Airrington exhibits | 8 | $3,960.00 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 2/11/2014 | Dan DeFeo | Prepare Excel coded sheet | 8 | $3,960.00 |
| 2/12/2014 | Dan DeFeo | Prepare & Participate in NCAA Conference Call re document review and review confidential documents | 7.5 | $3,712.50 |
| 2/12/2014 | Dan DeFeo | Conference call with Plaintiff's counsel re: NCAA Concussion Document review | 0.75 | $371.25 |
| 2/12 14 | Angelia Lett | Receipt review email and letter from T. Weaver | 0.5 | $33.50 |
| 2/12/2014 | Dan DeFeo | Receipt review email and letter from T. Weaver | 0.5 | $247.50 |
| 2/12/2014 | Dan DeFeo | Receipt, review email re conf call | 0.25 | $123.75 |
| 2/12/2014 | Dan DeFeo | Review Thayer Weaver Confidentiality Letter | 0.75 | $371.25 |
| 2/13/2014 | Dan DeFeo | Conference Call with Rich Lewis | 1 | $495.00 |
| 2/13/2014 | Dan DeFeo | Continue review and analyze exhibits and confidential documents | 7.5 | $3,712.50 |
| 2/13/2014 | Angelia Lett | Email doc review to m Pava | 0.25 | $18.75 |
| 2/14/2014 | Dan DeFeo | Conference Call on case assignment and follow up plan to organize documents | 2 | $990.00 |
| 2/14/2014 | Angelia Lett | Conference Call on case assignment and follow up plan to organize documents | 2 | $150.00 |
| 2/18/2014 | Dan DeFeo | Receipt & review 3 emails re case assignment | 0.75 | $371.25 |
| 2/19/2014 | Dan DeFeo | Conference Call on case assignment and follow up plan to organize documents | 1 | $495.00 |
| 2/19/2014 | Dan DeFeo | Receipt & Review emails re: Medical Monitoring | 1.5 | 742.5 |
| 2/24/2014 | Dan DeFeo | Prepare list of related cases and provide to counsel. Telephone Conference with Thayer Weaver re: Sharon Washington acting as liason counsel. | 3 | $1,485.00 |
| 2/25/2014 | Dan DeFeo | Travel and Meeting with Sharon Washington re: NCAA Concussion Litigation and liason role | 14 | $6,930.00 |

| Date | Person | Description | Hours | Amount |
|---|---|---|---|---|
| 2/27/2014 | Dan DeFeo | Review R. Lewis email re extenstion | 0.25 | $123.75 |
| 3/5/2014 | Dan DeFeo | Prepare for pre-trial conference. Provide information to Plaintiff's counsel | 1.5 | $742.50 |
| 3/20/2014 | Dan DeFeo | Receipt & Review 8 emails re extenstion | 2 | $990.00 |
| 4/9/2014 | Dan DeFeo | Receipt & Review email re conference call on document review and organization | 0.25 | $123.75 |
| 4/11/2014 | Dan DeFeo | Conf Call with Counsel, Draft notes for follow up | 1.5 | $742.50 |
| 4/16/2014 | Dan DeFeo | Email Comm re Case Mgmt Hearing work on CM protocol and plan | 2.5 | $1,237.50 |
| 4/25/2014 | Dan DeFeo | Email from R. Lewis re status report | 1 | $495.00 |
| 4/29/2014 | Dan DeFeo | Prepare Motion to Withdraw Joinder w/o Prejudice of Joinder to Temporarily Enjoin the Ongoing Airrington Medical Monitoring Class Settlement Negations | 2 | $990.00 |
| 4/30/2014 | Dan DeFeo | File Motion to Withdraw | 0.5 | $247.50 |
| 4/30/2014 | Angelia Lett | File Motion to Withdraw | 0.5 | $37.50 |
| 4/30/2014 | Dan DeFeo | Receipt & review 4 emails re case update | 1 | $495.00 |
| 7/21/2014 | Dan DeFeo | Receipt & review 6 emails re conf call to do's | 1.5 | $742.50 |
| 7/21/2014 | Dan DeFeo | Email re Rule 408 Settlement & Docs | 2 | $990.00 |
| 7/24/2014 | Dan DeFeo | Receipt & Review 4 emails re conf call | 1 | $495.00 |
| 7/24/2014 | Dan DeFeo | Conference Call Draft Notes for follow up | 1 | $495.00 |
| 7/24/2014 | Dan DeFeo | Review Letter from Thayer Weaver | 0.75 | $371.25 |
| 7/24/2014 | Dan DeFeo | Receipt & Review Email & Letter from T Weaver | 0.5 | $247.50 |
| 7/29/2014 | Dan DeFeo | Conference call with Plaintiff's counsel | 1 | $495.00 |
| 7/30/2014 | Dan DeFeo | Receipt & Review email and Orders | 0.75 | $371.25 |
| 10/23/2014 | Dan DeFeo | NCAA Telephone Hearing | 0.5 | $247.50 |

| | | | | |
|---|---|---|---|---|
| 10/24/2014 | Dan DeFeo | Receipt & Review Email re conf call | 0.25 | $123.75 |
| 10/27/2014 | Dan DeFeo | Conference Call re case status | 0.75 | $371.25 |
| 12/18/2014 | Dan DeFeo | Receipt & review email and docs from M. Pava regarding Arrington Exhibits | 5.75 | $2,846.25 |
| 12/22/2014 | Dan DeFEo | Conference Call re case status | 0.5 | 247.5 |
| 6/19/2015 | Dan DeFeo | Conference Call to discuss case status | 0.5 | 247.5 |
| | | | | |
| | | TOTAL | 246.25 | $100,285.75 |

Summary of Case Expenses

| Item | Expense amount |
|---|---|
| Travel | $2,981.91 |
| Copies | $1,414.08 |
| Filing Fees | $400.00 |
| Conference Calls | $317.01 |
| | |
| Total | $5,113.00 |