# Exhibit H

**Walker v. NCAA**
**Daily Time Reports**
**Zelle Hofmann Voelbel & Mason LLP**

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 8/29/13 | SHAWN STUCKEY | REVISE AND EDIT COMPLAINT AND MOTION TO APPOINT INTERIM LEAD COUNSEL AND STATUS REPORT (3.5); MULTIPLE ANALYSIS AND STRATEGY WITH D. MASON AND M. FEINBERG RE PARTICIPATING IN COMPLAINT (1.0); ANALYSIS AND STRATEGY WITH S. BOJEDLA RE SAME (.9); REVIEW AND ANALYZE ARTICLES RE STATUS OF NCAA CONCUSSION LITIGATION TO ASSIST IN REVISING COMPLAINT (1.5); REVIEW AND ANALYZE EXISTING COMPLAINT FILED IN CASE TO ASSIST IN REVISING COMPLAINT (1.5); REVIEW AND ANALYZE CLASS CERTIFICATION MOTION AND PROFFER TO ASSIST IN REVISING COMPLAINT (2.0) | 10.40 | $5,772.00 |
| 9/2/13 | SHAWN STUCKEY | REVIEW AND ANALYZE OWENS V. NCAA COMPLAINT FILED IN CASE TO DETERMINE EFFECT ON CLAIMS IN PRESENT ACTION (1.5) | 2.50 | $1,387.50 |
| 9/3/13 | DANIEL S. MASON | REVIEW AND RESPOND TO EMAIL FROM MICHAEL HAUSFELD RE PARTICIPATION IN NCAA CONCUSSIONS COMPLAINT. REVIEW PLEADINGS IN NEW NCAA CONCUSSION CASE. REVIEW NFL SETTLEMENT ISSUES TO DETERMINE EFFECT ON POTENTIAL SETTLEMENT IN CURRENT CASE.` | 2.50 | $2,250.00 |
| 9/26/13 | SHAWN STUCKEY | E-MAIL EXCHANGES RE: REVISE AND EDIT PRO HAC VICE PAPERS FOR MARK FEINBERG AND SHAWN STUCKEY FOR DISTRICT OF TENNESSEE | 0.30 | $166.50 |
| 10/4/13 | SHAWN STUCKEY | ANALYSIS AND STRATEGY WITH CO-COUNSEL RE MDL, MEDIATION, FILING ADDITIONAL CASES AND OBTAINING NEW PLAINTIFFS; REVIEW AND ANALYZE NOTICE OF RELATED ACTION AND NEW COMPLAINT (DUROCHER) TO DETERMINE EFFECT ON CURRENT PLAINTIFFS' CLAIMS. | 2.50 | $1,387.50 |
| 10/6/13 | SHAWN STUCKEY | MULTIPLE PHONE CONFERENCES AND E-MAIL EXCHANGES WITH PROSPECTIVE PLAINTIFFS TO INTERVIEW POTENTIAL CLASS REPS OR FACT WITNESSES. | 4.20 | $2,331.00 |
| 10/7/13 | SHAWN STUCKEY | MULTIPLE PHONE CONFERENCES AND E-MAIL EXCHANGES WITH PROSPECTIVE PLAINTIFFS TO INTERVIEW POTENTIAL CLASS REPS OR FACT WITNESSES. | 3.00 | $1,665.00 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 10/7/13 | DANIEL S. MASON | REVIEW ARRINGTON PLAINTIFFS' REPLY IN SUPPORT OF MOTION TO TRANSFER TO ASSIST IN DISCUSSION WITH S. STUCKEY. REVIEW AND RESPOND TO EMAIL FROM SHAWN STUCKEY RE SPEAKING WITH POTENTIAL PLAINTIFFS ABOUT THEIR INVOLVEMENT AND FIRM'S INTEREST IN FILING ANOTHER COMPLAINT AND/OR SPEAKING WITH OTHER FIRMS ABOUT FILING A COMPLAINT. FOLLOW-UP DISCUSSION WITH PLAINTIFFS' COUNSEL; FOLLOW UP RE POTENTIAL PLAINTIFFS. | 3.10 | $2,790.00 |
| 10/8/13 | SHAWN STUCKEY | ANALYSIS AND STRATEGY WITH CO-COUNSEL RE MDL, MEDIATION, FILING ADDITIONAL CASES AND OBTAINING NEW PLAINTIFFS; E-MAIL EXCHANGES WITH D. MASON RE SAME; PHONE CONFERENCES AND E-MAIL EXCHANGES WITH PROSPECTIVE PLAINTIFFS RE PARTICIPATING IN CASE | 2.30 | $1,276.50 |
| 10/18/13 | SHAWN STUCKEY | REVIEW AND ANALYZE WALKER JOINT REQUEST FOR STAY PENDING JPML DECISION AND PROPOSED ORDER TO AID IN DISCUSSION WITH CLASS REPS; ANALYSIS AND STRATEGY WITH CLASS MEMBER AND PROSPECTIVE PLAINTIFF TO INTERVIEW POTENTIAL CLASS REPS OR FACT WITNESSES. | 2.50 | $1,387.50 |
| 10/22/13 | SHAWN STUCKEY | ANALYSIS AND STRATEGY WITH CO-COUNSEL RE MEDIATION, EXPERTS, DOCUMENT REVIEW, ADDITIONAL PLAINTIFFS; ANALYSIS AND STRATEGY WITH G. BALL RE ADDING CHATTANOOGA PLAINTIFF; PHONE CONFERENCES AND E-MAIL EXCHANGES WITH PROSPECTIVE PLAINTIFFS RE PARTICIPATING IN CASE | 3.00 | $1,665.00 |
| 10/24/13 | SHAWN STUCKEY | REVIEW AND ANALYZE NEW COMPLAINT FILED IN CASE (DOUGHTY) TO AID IN INTERVIEW WITH POTENTIAL CLASS REPS; PHONE CONFERENCES AND E-MAIL EXCHANGES WITH PROSPECTIVE PLAINTIFFS TO INTERVIEW POTENTIAL CLASS REPS. | 3.80 | $2,109.00 |
| 10/25/13 | SHAWN STUCKEY | REVIEW AND ANALYZE NEW COMPLAINT FILED IN CASE (DOUGHTY) TO AID IN INTERVIEW WITH POTENTIAL CLASS REPS; PHONE CONFERENCES AND E-MAIL EXCHANGES WITH PROSPECTIVE PLAINTIFFS TO INTERVIEW POTENTIAL CLASS REPS. | 2.00 | $1,110.00 |
| 10/31/13 | ERIC W. BUETZOW | PER DSM, LEGAL RESEARCH TO SUPPORT REQUEST TO PARTICIPATE IN MEDIATION AS NON-PARTY, OR ORDER FROM COURT LIMITING PLAINTIFF COUNSEL'S REPRESENTATION IN MEDIATION TO ONLY THOSE CLASS CLAIMS IN CLASS DEFINITION SOUGHT; EMAIL AND CONFERENCES WITH DSM AND AJH RE SAME. | 5.00 | $2,900.00 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 10/31/13 | DANIEL S. MASON | PREPARE MEMO RE CONTRACT AND MEDIATION ISSUES. REVIEW LOCAL RULES RE ADDRESSING COURT ON MEDIATION ISSUES TO ASSIST IN DRAFTING MEMO. REVIEW LETTERS TO PHILLIPS AND LATHAM. NUMEROUS EMAILS WITH CO-COUNSEL RE SAME. LENGTHY CONFERENCE CALL RE SAME. | 5.70 | $5,130.00 |
| 11/1/13 | ROBERT NEWMAN | EDIT AND FINALIZE MOTION FOR D. MASON'S ADMISSION PRO HAC VICE, COVER LETTERS TO E.D. TENNESSEE CLERK AND COUNSEL, AND PROOF OF SERVICE` | 0.70 | $192.50 |
| 11/4/13 | SHAWN STUCKEY | ANALYSIS AND STRATEGY WITH TEAM RE MEDIATION, ADDITIONAL PLAINTIFFS, AND STRATEGY REGARDING UPCOMING MEDIATION WITH ARRINGTON PLAINTIFFS | 0.50 | $277.50 |
| 11/4/13 | ROBERT NEWMAN | REVISE MOTION FOR D. MASON'S ADMISSION PRO HAC VICE, COVER LETTERS TO E.D. TENNESSEE CLERK AND COUNSEL, AND PROOF OF SERVICE TO REFLECT TODAY'S DATE, IN PREPARATION TO MAIL SAME` | 0.20 | $55.00 |
| 11/5/13 | SHAWN STUCKEY | PHONE CONFERENCE WITH CLIENT RE CASE STRATEGY AND CASE BACKGROUND; ANALYSIS AND STRATEGY WITH CO-COUNSEL RE FINDING ADDITIONAL FIRMS TO FILE CASES; EMAIL EXCHANGES WITH TEAM RE SAME AND MEDIATION STRATEGY; REVIEW AND ANALYZE CLIENT DOCUMENTS TO COMMUNICATE FACTUAL BACKGROUND TO COUNSEL; EMAIL EXCHANGES WITH CO-COUNSEL RE SAME | 3.50 | $1,942.50 |
| 11/8/13 | SHAWN STUCKEY | PHONE CALLS AND EMAIL EXCHANGES WITH MULTIPLE FIRMS RE FILING MORGAN COMPLAINT AND ISSUES ASSOCIATED WITH IT (FILING MORGAN COMPLAINT WILL HELP BOLSTER THE POSITION OF THE WALKER PLAINTIFFS AND HELP TO CREATE A SETTLEMENT FOR THE CLASS) | 4.20 | $2,331.00 |
| 11/11/13 | SHAWN STUCKEY | EMAIL EXCHANGES AND PHONE CALLS WITH PROSPECTIVE PLAINTIFFS TO EXPLAIN CLASS REP DUTIES (.8); MULTIPLE EMAIL EXCHANGES AND PHONE CALLS WITH CO-COUNSEL RE FILING OF ADDITIONAL CASES BY OTHER FIRMS AND PLAINTIFFS (3.0) | 3.80 | $2,109.00 |
| 11/12/13 | SHAWN STUCKEY | PHONE CALL TO PROSPECTIVE PLAINTIFF RE CLASS REP DUTIES (.1); MULTIPLE EMAIL EXCHANGES AND PHONE CONFERENCES WITH CO-COUNSEL RE FILING OF ADDITIONAL CASES BY OTHER FIRMS AND PLAINTIFFS (1.0); ANALYSIS AND STRATEGY WITH CLIENTS AND CLASS REPS, J. BALTHAZAR AND PAUL | 4.70 | $2,608.50 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| | | MORGAN, RE CLASS REP DUTIES, AMENDMENT OF RETENTION AGREEMENT, ETC. (1.5); EMAIL EXCHANGES WITH CO-COUNSEL RE ADDING CLASS REPS, HANDLING MEDIA, ETC. (1.3); REVIEW AND ANALYZE NEW COMPLAINT/RELATED ACTION FILED – POWELL V. NCAA TO DETERMINE EFFECT ON CLAIM IN CURRENT CASE (.8) | | |
| 11/13/13 | MARK J. FEINBERG | EMAILS TO PLAINTIFFS' COUNSEL ON NEW COMPLAINT | 0.30 | $270.00 |
| 11/13/13 | ROBERT NEWMAN | PREPARE AND SUBMIT EASTERN DISTRICT OF TENNESSEE ONLINE ECF REGISTRATION FOR D. MASON` | 0.20 | $55.00 |
| 11/13/13 | SHAWN STUCKEY | EMAIL EXCHANGES AND ANALYSIS AND STRATEGY WITH CLASS REPS RE AMENDED RETENTION AGREEMENTS, DUTIES AS CLASS REPS, SCOPE OF CASE, ETC. (2.5); EMAIL EXCHANGES WITH TEAM RE FIRM FILING RECENT COMPLAINT (.3); PHONE CONFERENCES AND EMAIL EXCHANGES WITH PROSPECTIVE LAW FIRMS RE FILING ADDITIONAL COMPLAINTS IN CASE (2.1) | 4.90 | $2,719.50 |
| 11/14/13 | SHAWN STUCKEY | EMAIL EXCHANGES WITH CLASS REPS RE AMENDED RETENTION AGREEMENTS (.5); ANALYSIS AND STRATEGY WITH CLIENT, P. MORGAN'S WIFE RE AMENDED RETAINER (.3); EMAIL EXCHANGES WITH TEAM RE FIRM FILING RECENT COMPLAINT (.3) | 1.10 | $610.50 |
| 11/14/13 | DANIEL S. MASON | REVIEW AND ANALYZE NEW COMPLAINT INCLUDING CLIENTS TO ADVISE AND UPDATE CLIENTS AND ; REVIEW AND ANALYZE PRESS RELEASE RE SAME. | 1.40 | $1,260.00 |
| 11/15/13 | DANIEL S. MASON | ANALYSIS AND STRATEGY WITH TEAM REGARDING CLIENT ISSUES IN CONTINUING PARTICIPATION AS CLASS REPS. | 1.10 | $990.00 |
| 11/15/13 | SHAWN STUCKEY | ANALYSIS AND STRATEGY WITH CO-COUNSEL RE ISSUES ASSOCIATED WITH FILING MORGAN COMPLAINT AND ISSUES ASSOCIATED WITH PROSPECTIVE PLAINTIFFS; EMAIL EXCHANGES AND PHONE CALLS WITH CLIENTS RE FILING MORGAN COMPLAINT | 2.00 | $1,110.00 |
| 11/16/13 | SHAWN STUCKEY | PHONE CONFERENCE WITH CLIENTS RE FILING MORGAN COMPLAINT, CLASS REPRESENTATIVE DUTIES, ETC.; EMAIL EXCHANGES WITH CLIENTS RE SAME AND REVISED RETENTION AGREEMENTS | 1.50 | $832.50 |
| 11/17/13 | SHAWN STUCKEY | PHONE CONFERENCE WITH CLIENTS RE FILING MORGAN COMPLAINT, CLASS REPRESENTATIVE DUTIES, ETC.; EMAIL EXCHANGES WITH CLIENTS RE | 3.20 | $1,776.00 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| | | SAME AND REVISED RETENTION AGREEMENTS | | |
| 11/18/13 | SHAWN STUCKEY | REVISE AND EDIT MORGAN COMPLAINT; REVIEW AND ANALYZE LOCAL RULES RE FILING COMPLAINTS; MULTIPLE EMAIL EXCHANGES AND ANALYSIS AND STRATEGY WITH COUNSEL RE STRATEGY RE FILING MORGAN V. NCAA | 2.90 | $1,609.50 |
| 11/19/13 | SHAWN STUCKEY | MULTIPLE EMAIL EXCHANGES AND ANALYSIS AND STRATEGY WITH LOCAL COUNSEL AND CO-COUNSEL RE ISSUES ASSOCIATED WITH FILING MORGAN V. NCAA; REVISE AND EDIT COMPLAINT | 1.10 | $610.50 |
| 11/19/13 | DANIEL S. MASON | REVIEW AND OFFER COMMENTS ON MORGAN V. NCAA COMPLAINT FILED ON BEHALF OF OUR CLIENTS ALLEDGING SIMILAR FACTS AND REQUESTING SIMILAR RELIEF AS WALKER V. NCAA | 0.50 | $450.00 |
| 11/20/13 | SHAWN STUCKEY | MULTIPLE EMAIL EXCHANGES AND PHONE CONFERENCES WITH LOCAL COUNSEL AND CO-COUNSEL RE ISSUES ASSOCIATED WITH FILING MORGAN COMPLAINT | 1.50 | $832.50 |
| 11/25/13 | SHAWN STUCKEY | ANALYSIS AND STRATEGY WITH TEAM RE MDL STRATEGY AND EXTENDING THE TIME TO RESPOND TO COMPLAINTS | 1.50 | $832.50 |
| 1/2/14 | SHAWN STUCKEY | EMAIL EXCHANGES WITH CO-COUNSEL RE CASE STRATEGY, I.E., MULTI-DISTRICT STRATEGY, GETTING ADMITTED IN ILLINOIS, ETC.; EMAIL EXCHANGES WITH D. MASON RE SUPPORT FOR ADDING HIGH SCHOOL ALLEGATIONS TO COMPLAINT (.9); REVIEW AND ANALYZE PROPOSED AMENDED COMPLAINT TO DETERMINE IF WALKER PLAINTIFFS SHOULD JOIN IN COMPLAINT TO DISCUSS WITH CO-COUNSEL (1.5) | 2.40 | $1,332.00 |
| 2/3/14 | DANIEL S. MASON | REVIEW AND OFFER COMMENTS ON MOTIONS OF WALKER AND MORGAN PLAINTIFFS TO TEMPORARILY ENJOIN ONGOING SETTLEMENT NEGOTIATIONS BETWEEN ARRINGTON PLAINTIFFS AND NCAA, UNOPPOSED MOTION FOR EXTENSION OF PAGE LIMITS FOR SUPPORTING MEMORANDUM, AND PROPOSED ORDER. | 2.70 | $2,430.00 |
| 2/6/14 | SHAWN STUCKEY | ANALYSIS AND STRATEGY WITH CO-COUNSEL RE EVENTS TRANSPIRING AT PRELIMINARY INJUNCTION HEARING AND STRATEGY GOING FORWARD; REVIEW AND ANALYZE CASE MANAGEMENT ORDER TO DISCUSS WITH CO-COUNSEL; REVIEW AND ANALYZE TRANSCRIPT OF PRELIMINARY INJUNCTION HEARING TO DISCUSS WITH CO-COUNSEL; REVIEW AND ANALYZE DRAFT LETTER FROM RICH LEWIS TO | 5.20 | $2,886.00 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| | | ARRINGTON PLAINTIFFS AND NCAA RE DRAFT SETTLEMENT AGREEMENTS TO DISCUSS WITH CO-COUNSEL; EMAIL EXCHANGES WITH CO-COUNSEL RE SAME | | |
| 2/7/14 | SHAWN STUCKEY | ANALYSIS AND STRATEGY WITH R. LEWIS RE STRATEGY FOR INTERVENING IN MEDIATION, MEETING WITH CO-COUNSEL, AND AGREEING TO A CONSISTENT LEADERSHIP STRUCTURE; ANALYSIS AND STRATEGY WITH J. SELMER LAW RE MORGAN PLAINTIFFS AGREEMENTS WITH PROPOSED LEADERSHIP STRUCTURE; REVIEW AND ANALYZE LETTER SENT FROM ARRINGTON PLAINTIFFS RE MEETING TO DISCUSS CASE STRATEGY TO ALL CLASS COUNSEL TO AID IN DISCUSSION WITH R. LEWIS. | 2.50 | $1,387.50 |
| 4/14/14 | SHAWN STUCKEY | APPEAR FOR STATUS HEARING TELEPHONICALLY; EMAIL EXCHANGES RE SAME | 1.00 | $555.00 |
| 5/9/14 | DANIEL S. MASON | REVIEW AND ANALYZE EMAIL RE NCAA CONCUSSIONS LEADERSHIP UPDATE TO ADVISE TEAM COUNSEL REGARDING ISSUES TO ADVISE AND UPDATE CLIENTS. REVIEW AND ANALYZE JOINT AGREED APPLICATION FOR THE APPOINTMENT OF LEAD CLASS COUNSEL, SPECIAL CLASS COUNSEL FOR MONITORING RELIEF, AND EXECUTIVE COMMITTEE FOR THE MEDICAL MONITORING PLAINTIFFS AND REVIEW MOTION BY PLAINTIFF ANTHONY NICHOLS TO APPOINT JAY EDELSON AS LEAD COUNSEL OF THE CLASS PERSONAL INJURY CLAIMS TO ADVISE TEAM COUNSEL REGARDING ISSUES TO ADVISE AND UPDATE CLIENTS.` | 0.50 | $450.00 |
| 7/22/14 | SHAWN STUCKEY | ANALYSIS AND STRATEGY WITH CO-COUNSEL TO DISCUSS PROPOSED SETTLEMENT DETAILS (1.0); E-MAIL EXCHANGES WITH CO-COUNSEL RE SAME (1.0); REVIEW AND ANALYZE EXTENDED SETTLEMENT AGREEMENT AND SETTLEMENT MEMO TO OFFER COMMENTS ON AND DISCUSS WITH CO-COUNSEL (3.0) | 5.00 | $2,775.00 |
| 7/23/14 | SHAWN STUCKEY | ANALYSIS AND STRATEGY WITH CLASS REPRESENTATIVES RE DETAILS OF SETTLEMENT AND DISCUSSING SETTLEMENT WITH PRESS (2.5); E-MAIL EXCHANGES WITH CO-COUNSEL RE DISCUSSIONS WITH CLASS REPRESENTATIVES RE SETTLEMENT (.3) | 2.80 | $1,554.00 |
| 7/28/14 | MARK J. FEINBERG | READ MOTION PAPERS RE PRELIMINARY APPROVAL MOTION TO ASSIST IN SETTLEMENT STRATEGY PREPARATION AND TO ADVISE TEAM COUNSEL REGARDING ISSUES TO ADVISE AND UPDATE CLIENTS | 1.10 | $990.00 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 7/29/14 | SHAWN STUCKEY | ANALYSIS AND STRATEGY WITH CLASS REPRESENTATIVE RE DETAILS OF SETTLEMENT AND DISCUSSING SETTLEMENT WITH PRESS (1.0); E-MAIL EXCHANGES WITH CO-COUNSEL RE DISCUSSIONS WITH CLASS REPRESENTATIVES RE SETTLEMENT (.5) | 1.50 | $832.50 |
| 7/30/14 | SHAWN STUCKEY | REVIEW AND ANALYZE CMC ORDER NUMBER TWO TO DISCUSS WITH CO-COUNSEL (.5); E-MAIL EXCHANGES WITH CO-COUNSEL RE DISCUSSIONS WITH CLASS REPRESENTATIVES RE SETTLEMENT (.5); REVIEW AND ANALYZE CMC ORDER NUMBER THREE AND E-MAIL EXCHANGES WITH CO-COUNSEL RE SAME (.7); REVIEW AND ANALYZE ARTICLES ON CONCUSSION SETTLEMENT TO ASSIST IN SETTLEMENT STRATEGY PREPARATION AND TO ADVISE AND UPDATE CLIENTS (.5) | 2.20 | $1,221.00 |
| 10/22/14 | SHAWN STUCKEY | E-MAIL EXCHANGES WITH TEAM RE PLAINTIFFS MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT AND CERTIFICATION OF SETTLEMENT CLASS HEARING (.3) | 0.30 | $166.50 |
| 10/23/14 | SHAWN STUCKEY | ATTEND HEARING RE PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT AND CERTIFICATION OF SETTLEMENT CLASS (2.5); REVIEW AND ANALYZE MULTIPLE BRIEFING RE PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT AND CERTIFICATION OF SETTLEMENT CLASS (3.0) | 5.50 | $3,052.50 |
| 12/15/14 | SHAWN STUCKEY | EMAIL EXCHANGES WITH R. LEWIS RE STATUS UPDATE (.5) | 0.50 | $277.50 |
| 12/16/14 | SHAWN STUCKEY | PHONE CONFERENCE WITH CLIENT – PAUL MORGAN RE CASE STATUS AND CASE STRATEGY GOING FORWARD AND EMAIL EXCHANGES RE SAME (2.0) | 1.00 | $555.00 |
| 12/19/14 | SHAWN STUCKEY | ATTEND HEARING WITH THE COURT RE JUDGE'S ORDER DENYING PRELIMINARY APPROVAL OF SETTLEMENT (1.5); REVIEW MULTIPLE FILINGS WITH THE COURT AND BRIEFING RE PRELIMINARY SETTLEMENT APPROVAL TO PREPARE FOR HEARING -3 | 4.50 | $2,497.50 |
| 12/22/14 | SHAWN STUCKEY | ALL COUNSEL CONFERENCE CALL RE JUDGE'S ORDER DENYING PRELIMINARY APPROVAL OF SETTLEMENT | 1.00 | $555.00 |
| 2/23/15 | SHAWN STUCKEY | PHONE CONFERENCE WITH CLIENT PAUL MORGAN RE CASE UPDATE AND STATUS | 1.00 | $555.00 |
| | GRAND TOTALS | | 134.30 | $80,874.00 |

**Walker v. NCAA**
**Expense Detail**
**Zelle Hofmann Voelbel & Mason LLP**

| Date | Description | Amount |
|---|---|---|
| 9/5/13 | PHOTOCOPYING EXPENSE | $1.50 |
| 9/9/13 | PHOTOCOPYING EXPENSE | $45.25 |
| 9/9/13 | PHOTOCOPYING EXPENSE | $2.50 |
| 9/10/13 | PHOTOCOPYING EXPENSE | $3.00 |
| 9/10/13 | COURT FEES - - VENDOR: MINNESOTA SUPREME COURT AND S. STUCKEY  Check #186476  09/10/2013 | $50.00 |
| 9/10/13 | COURT FEES - - VENDOR: UNITED STATES DISTRICT COURT-DISTRICT OF MN  - CERTIFICATE OF GOOD STANDING FOR M. FEINBERG AND S. STUCKEY  Check #186479  09/10/2013 | $36.00 |
| 9/25/13 | PHOTOCOPYING EXPENSE | $2.50 |
| 9/26/13 | PHOTOCOPYING EXPENSE | $23.25 |
| 9/26/13 | COURT FEES - - VENDOR: CLERK OF COURT  - FEE FOR ADMISSION PRO HAC VICE - S. STUCKEY  Check #186592  09/26/2013 | $90.00 |
| 9/27/13 | COURT FEES - - VENDOR: CLERK OF COURT  - PRO HAC VICE ADMISSION FEE FOR M. FEINBERG  Check #186640  09/27/2013 | $90.00 |
| 9/27/13 | PHOTOCOPYING EXPENSE | $18.75 |
| 10/2/13 | PHOTOCOPYING EXPENSE | $1.25 |
| 10/7/13 | PHOTOCOPYING EXPENSE | $5.25 |
| 10/7/13 | COURT FEES - - VENDOR: LAWYER REGISTRATION  - CERTIFICATE OF GOOD STANDING FOR M. CASHMAN  Check #186703  10/07/2013 | $25.00 |
| 10/7/13 | COURT FEES - - VENDOR: CLERK OF COURT  - | $18.00 |

| Date | Description | Amount |
|---|---|---|
| | CERTIFICATE OF GOOD STANDING FOR M. CASHMAN<br>Check #186700  10/07/2013 | |
| 10/11/13 | PHOTOCOPYING EXPENSE | $334.75 |
| 10/15/13 | PHOTOCOPYING EXPENSE | $2.75 |
| 10/15/13 | PHOTOCOPYING EXPENSE | $4.25 |
| 10/15/13 | PHOTOCOPYING EXPENSE | $7.25 |
| 10/18/13 | PHOTOCOPYING EXPENSE | $0.25 |
| 10/22/13 | PHOTOCOPYING EXPENSE | $1.00 |
| 10/22/13 | PHOTOCOPYING EXPENSE | $29.00 |
| 10/22/13 | COURT FEES - - VENDOR: US DISTRICT COURT  - FEE TO FILE PRO HAC VICE<br>Check #186796  10/22/2013 | $90.00 |
| 10/23/13 | PHOTOCOPYING EXPENSE | $0.25 |
| 10/24/13 | PHOTOCOPYING EXPENSE | $23.75 |
| 10/28/13 | COURT FEES - - VENDOR: CLERK, US DISTRICT COURT<br>Check #3452  10/14/2013 | $18.00 |
| 10/28/13 | COURT FEES - - VENDOR: STATE BAR OF CALIFORNIA<br>Check #3453  10/14/2013 | $25.00 |
| 11/13/13 | COURT FEES - - VENDOR: CLERK OF COURT  - PRO HAC VICE APPLICATION FEE - D. MASON<br>Check #3458  11/07/2013 | $90.00 |
| 11/13/13 | PHOTOCOPYING EXPENSE | $17.00 |
| 12/6/13 | DELIVERY SERVICES/MESSENGER - - VENDOR: FEDERAL EXPRESS  - PKG TO USDC EASTERN DISTRICT OF TENNESSEE 11/7/13<br>Check #1289  12/06/2013 | $20.76 |
| | GRAND TOTAL | $1,076.26 |