# Exhibit I



# NCAA Medical Monitoring Class Action
(WASHINGTON AND VANZANT)
## Time Log
## TLW & ASSOCIATES, LLC

**Hourly Rate of Thayer L. Weaver, Jr.  - $500/hour**

| Date | Attorney/Assistant | Activity | Time/hr | Amount |
|---|---|---|---|---|
| 11/1/13 | TLW | Telephone Conference with Dan DeFeo re clients eligibile for NCAA Class Action | 1.25 | $ 625.00 |
| 11/7/13 | TLW | Meeting with client Sharon Washington re Representation in Class Action | 2.5 | $ 1,250.00 |
| 11/8/13 | TLW | Preparation of Documents of Representation fro Sharon Washington | 1.5 | $ 750.00 |
| 11/8/13 | TLW | Preparation of Documents of Representation for Anthony VanZant | 1.5 | $ 750.00 |
| 11/9/13 | TLW | Travel to Jefferson City, MO to meet with Anthony VanZant to discuss representation in NCAA Class Action and return | 5.5 | $ 2,750.00 |
| 11/11/13 | TLW | Meeting with Anthony VanZant regarding representation in Class Action and Execution of Agreement | 2.75 | $ 1,375.00 |
| 11/13/13 |  | Meeting with Client Sharon Washington re execution of documents of representation and Questionaire | 2.75 | $ 1,375.00 |
| 11/14/13 | TLW | Telephone Conference with co-counsel Dan DeFeo re clients and execution of documents for representation | 0.5 | $ 250.00 |
| 11/18/13 | TLW | Telephone Conf w/ Plaintiff's Counsel re: prep of complaint on behalf of Sharon Washington & Anthony Vanzant | 0.5 | $ 250.00 |
| 11/19/13 | TLW | Meeting with prespective client Ronnie Wingo re NCAA Class Action and Execution of Documents for Representation and Questionaire | 2.5 | $ 1,250.00 |
| 11/20/13 | TLW | Conference Call with TLW & Anthony Vanzant re: Class Representation | 0.75 | $ 375.00 |
| 11/20/13 | TLW | Conference Call with TLW & Sharon Washington re: Class Representation | 0.75 | $ 375.00 |
| 11/20/13 | TLW | Review and Research of Fee Contract | 0.5 | $ 250.00 |
| 11/20./15 | TLW | Assist in revision of fee contract | 0.25 | $ 125.00 |
| 11/20/13 | TLW | Review and Research and revise Complaint | 2.25 | $ 1,125.00 |
| 11/20/13 | TLW | Receipt & Review and Research Email Re:  Fee Contract & Questionionnare not | 0.25 | $ 125.00 |



# NCAA Medical Monitoring Class Action
(WASHINGTON AND VANZANT)
## Time Log
## TLW & ASSOCIATES, LLC

**Hourly Rate of Thayer L. Weaver, Jr. - $500/hour**

| Date | Attorney/Assistant | Activity | Time/hr | Amount |
|---|---|---|---|---|
| 11/21/13 | TLW | Conference with Ronnie Wingo & Dan DeFeo re: NCAA Concussion Litigation & executed attorney contract | 1.5 | $ 750.00 |
| 11/21/13 | TLW | Email re fee contract/client intake | 0.5 | $ 250.00 |
| 11/21/13 | TLW | Review and Research revision of Fee Contract and Client Intake | 1 | $ 500.00 |
| 11/21/13 | TLW | Email re fee contract – client intake | 0.25 | $ 125.00 |
| 11/21/13 | TLW | Review and Research email re clients | 0.25 | $ 125.00 |
| 11/21/13 | TLW | Receipt & Review and Research Email from R. Lewis | 0.25 | $ 125.00 |
| 11/21/13 | TLW | Review and Research Email to R. Lewis | 0.25 | $ 125.00 |
| 11/21/13 | TLW | Receipt & Review and Research Email from R Lewis | 0.25 | $ 125.00 |
| 11/22/13 | TLW | Receipt & Review and Research Email to R Lewis | 0.25 | $ 125.00 |
| 11/22/13 | TLW | Receipt & Review and Research Email from R. Lewis | 0.25 | $ 125.00 |
| 11/22/13 | TLW | Receipt & Review and Research Email from Mindy Pava | 0.25 | $ 125.00 |
| 11/22/13 | TLW | Review and Research contract & Questionnaire re: Sharon Washington II | 0.5 | $ 250.00 |
| 11/22/13 | TLW | Review and Research of follow Up Memo re: additional information needed from Clients | 0.25 | $ 125.00 |
| 11/22/13 | TLW | Review and Research of legal research and NCAA Conc. Litigation Claims and Defenses | 0.75 | $ 375.00 |
| 11/22/13 | TLW | Telephone Conf with Dan DeFeo re: discussion with Mindy Pava re: NCAA Complaint for Sharon Washington & Anthony Vanzant | 2 | $ 1,000.00 |
| 11/22/13 | TLW | Email to Dan DeFeo | 0.25 | $ 125.00 |
| 11/22/13 | HH | Open Case File | 2 | $ 1,000.00 |
| 11/26/14 | TLW | Prepare and Send email to Dan DeFeo | 0.25 | $ 125.00 |
| 12/2/13 | TLW | Receipt & Review and Research Emails re Conf Call and attachments | 1.5 | $ 750.00 |
| 12/2/13 | TLW | Review and Research complaint & cover sheet | 2.25 | $ 1,125.00 |
| 12/3/13 | TLW | Receipt & Review and Research Emails re: Conf Call and To Do's | 0.5 | $ 250.00 |



# NCAA Medical Monitoring Class Action
(WASHINGTON AND VANZANT)
## Time Log
## TLW & ASSOCIATES, LLC

**Hourly Rate of Thayer L. Weaver, Jr. - $500/hour**

| Date | Attorney/Assistant | Activity | Time/hr | Amount |
|---|---|---|---|---|
| 12/3/13 | TLW | Prepare for and participate in Conference Call re NCAA Concussion Litigation. | 1.5 | $ 750.00 |
| 12/3/13 | TLW | Receipt & Review and Research email re: filing in case | 0.25 | $ 125.00 |
| 12/3/13 | TLW | Receipt & Review and Research email from N. Lee | 0.25 | $ 125.00 |
| 12/3/13 | TLW | Review and Research of file cover sheet, complaint, summons | 1.75 | $ 875.00 |
| 12/3/13 | TLW | Receipt & Review and Research Email re filing | 0.25 | $ 125.00 |
| 12/3/13 | TLW | Receipt & Review and Research Email re phv | 0.25 | $ 125.00 |
| 12/3/13 | TLW | Receipt & Review and Research Email to R Kuykendall re phv | 0.25 | $ 125.00 |
| 12/4/13 | TLW | Receipt & Review and Research email re article | 0.25 | $ 125.00 |
| 12/4/13 | TLW | Receipt & Review and Research email from R. Lewis | 0.25 | $ 125.00 |
| 12/4/13 | TLW | Meeting with co-counsel re case | 3 | $ 1,500.00 |
| 12/4/13 | TLW | Receipt & Review and Research of emails re: filing forms | 1 | $ 500.00 |
| 12/5/13 | TLW | Phone call re case The Post Dispatch | 0.5 | $ 250.00 |
| 12/5/13 | TLW | Call re case from Associated Press | 0.25 | $ 125.00 |
| 12/5/13 | TLW | Telephone Conversation with Dan DeFeo re: media statements | 1 | $ 500.00 |
| 12/6/13 | TLW | Receipt & Review and Research press release | 1 | $ 500.00 |
| 12/7/13 | TLW | Prepare and Send Email to Dan DeFeo re case update | 0.25 | $ 125.00 |
| 12/20/13 | TLW | Research re: Brain Concussion | 3.25 | $ 1,625.00 |
| 12/26/13 | TLW | Review and Research legal research & Prepare and Sending of Washington/VanZant Complaint | 3 | $ 1,500.00 |
| 12/30/13 | TLW | Review and Research email re transfer | 0.25 | $ 125.00 |
| 12/30/13 | TLW | Review and Research Letter to client from DeFeo firm | 0.25 | $ 125.00 |
| 1/3/14 | TLW | Receipt & Review and Research Email re: Client | 0.25 | $ 125.00 |
| 1/30/14 | TLW | Receipt & Review and Research Email re phone call | 0.25 | $ 125.00 |
| 1/30/14 | TLW | Receipt & Review and Research Letter from Rich Lewis | 1 | $ 500.00 |
| 1/31/14 | TLW | Receipt & Review and Research email regarding support of class | 0.75 | $ 375.00 |



# NCAA Medical Monitoring Class Action
(WASHINGTON AND VANZANT)
## Time Log
## TLW & ASSOCIATES, LLC

**Hourly Rate of Thayer L. Weaver, Jr. - $500/hour**

| Date | Attorney/Assistant | Activity | Time/hr | Amount |
|---|---|---|---|---|
| 1/31/14 | TLW | Receipt & Review and Research email from M Pava | 0.5 | $ 250.00 |
| 2/1/14 | TLW | Receipt & Review and Research email communication re: motion | 4.25 | $ 2,125.00 |
| 2/2/14 | TLW | Review and Research Washington Plaintiff's Motion to Temporarily Enjoin Ongoing Settlement Negotiations | 1.25 | $ 625.00 |
| 2/2/14 | TLW | Telephone Conference with Plaintiff's Counsel | 1 | $ 500.00 |
| 2/3/14 | TLW | Review and Research NCAA Motion to Temporarily Enjoin The Ongoing Arrington Medical Monitoring Class Settlement Negotiations with Defendant NCAA | 1 | $ 500.00 |
| 2/3/14 | TLW | Review and Research email re Motion to Temporarily Enjoin The Ongoing Arrington Medical Monitoring Class Settlement Negotiations with Defendant NCAA | 0.5 | $ 250.00 |
| 2/3/14 | TLW | Receipt & Review and Research of email and revisions to Motion to Temporarily Enjoin The Ongoing Arrington Medical Monitoring Class Settlement Negotiations with Defendant NCAA | 1.25 | $ 625.00 |
| 2/3/14 | TLW | Receipt & Review and Research of email from M. Pava | 1 | $ 500.00 |
| 2/3/14 | TLW | Review and Research revisions to Motion to Temporarily Enjoin The Ongoing Arrington Medical Monitoring Class Settlement Negotiations with Defendant NCAA | 0.5 | $ 250.00 |
| 2/3/14 | TLW | Review and Research of proposed order granting Washington Plaintiff's Motion to Temporarily Enjoin Medical Monitoring Settlement Negotiation between Arrington Plaintiffs and Defendant NCAA | 0.75 | $ 375.00 |
| 2/3/14 | TLW | Receipt & Review and Research of emails M. Pava and revisions to Motion to Temporarily Enjoin The Ongoing Arrington Medical Monitoring Class Settlement Negotiations with Defendant NCAA | 4 | $ 2,000.00 |
| 2/4/14 | TLW | Review and Research email to K Carroll re Motion to Temporarily Enjoin The Ongoing Arrington Medical Monitoring Class Settlement Negotiations with Defendant NCAA | 0.25 | $ 125.00 |



# NCAA Medical Monitoring Class Action
(WASHINGTON AND VANZANT)
## Time Log
## TLW & ASSOCIATES, LLC

**Hourly Rate of Thayer L. Weaver, Jr. - $500/hour**

| Date | Attorney/Assistant | Activity | Time/hr | Amount |
|---|---|---|---|---|
| 2/5/14 | TLW | Telephone conference with Dan DeFeo re hearing and conferenece Plaintiff's counsel. | 1.25 | $ 625.00 |
|  |  | Receipt, Review and Research email & docs from R. Lewis |  | $ - |
| 2/10/14 | TLW | Review and Research letter from Steve Berman | 2.25 | $ 1,125.00 |
| 2/10/14 | TLW | Review and Research R. Lewis Letter | 1 | $ 500.00 |
| 2/10/14 | TLW | Review and Research of letter re press | 0.5 | $ 250.00 |
| 2/11/14 | TLW | Review and Research emails re R Lewis letter | 0.5 | $ 250.00 |
| 2/11/14 | TLW | Review and Research of letter regarding settlement confidentiality | 0.5 | $ 250.00 |
| 2/11/14 | TLW | Review and Research of email re filings and deadlines | 0.5 | $ 250.00 |
| 2/11/14 | TLW | Review and Research emails & docs. From R. Lewis | 0.25 | $ 125.00 |
| 2/11/14 | TLW | Receipt, Review and Research, print email & Doc | 0.25 | $ 125.00 |
| 2/11/14 | TLW | Receipt, Review and Research email from M. Pava | 1 | $ 500.00 |
| 2/11/14 | TLW | Receipt & Review and Research Email re agreement letter | 0.25 | $ 125.00 |
| 2/11/14 | TLW | Prepare and Send email to Dan DeFeo | 0.25 | $ 125.00 |
| 2/11/14 | TLW | Receipt Review and Research emails from M.Pava re docs | 0.25 | $ 125.00 |
| 2/11/14 | TLW | Read, Review and Research & analyze Airrington exhibits | 1.25 | $ 625.00 |
| 2/11/14 | TLW | Prepare & Participate in NCAA Conference Call re document Review and Research | 2.25 | $ 1,125.00 |
| 2/12/14 | TLW | Conference call with Plaintiff's counsel re: NCAA Concussion Document Review and Research | 7.25 | $ 3,625.00 |
| 2/12/14 | TLW | Prepare and Send email | 1.25 | $ 625.00 |
| 2/12/14 | TLW | Receipt, Review and Research email re conf call | 0.25 | $ 125.00 |
| 2/12/14 | TLW | Prepare Confidentiality Letter | 1.5 | $ 750.00 |
| 2/13/14 | TLW | Review and Research of email to M Pava | 5.5 | $ 2,750.00 |
| 2/14/14 | TLW | Conference Call on case assignment | 2 | $ 1,000.00 |
| 2/14/14 | TLW | Receipt & Review and Research emails re case assignment | 1.5 | $ 750.00 |



# NCAA Medical Monitoring Class Action
## (WASHINGTON AND VANZANT)
## Time Log
## TLW & ASSOCIATES, LLC

**Hourly Rate of Thayer L. Weaver, Jr. - $500/hour**

| Date | Attorney/Assistant | Activity | Time/hr | Amount |
|---|---|---|---|---|
| 2/18/14 | TLW | Receipt & Review and Research emails re: Medical Monitoring | 1 | $ 500.00 |
| 2/19/14 | TLW | Telephone Conference with Dan DeFeo re: Sharon Washington acting as liason counsel. | 1.5 | $ 750.00 |
| 2/24/14 | TLW | Meeting with Sharon Washington re: NCAA Concussion Litigation and liason role | 1.75 | $ 875.00 |
| 2/25/14 | TLW | Review and Research R. Lewis email re extenstion | 6.5 | $ 3,250.00 |
| 2/27/14 | TLW | Review and Research pre-trial conference Notes and information provided to Plaintiffs' counsel | 0.5 | $ 250.00 |
| 3/5/14 | TLW | Receipt & Review and Research emails re extenstion | 1.25 | $ 625.00 |
| 3/20/14 | TLW | Receipt & Review and Research email re conference call | 2 | $ 1,000.00 |
| 4/9/14 | TLW | Conf Call with Counsel | 0.25 | $ 125.00 |
| 4/11/14 | TLW | Receipt and Review and Research Comm re Case Mgmt Hearing | 0.25 | $ 125.00 |
| 4/16/14 | TLW | Receipt and Review and Research of email from R. Lewis re status report | 2.25 | $ 1,125.00 |
| 4/25/14 | TLW | Review and Research of Motion to Withdraw Joinder w/o Prejudice of Joinder to Temporarily Enjoin the Ongoing Airrington Medical Monitoring Class Settlement Negations | 1.25 | $ 625.00 |
| 4/29/14 | TLW | Review and Research of Motion to Withdraw | 0.75 | $ 375.00 |
| 4/30/14 | TLW | Receipt & Review and Research 6 emails re conf call | 1.25 | $ 625.00 |
| 5/30/14 | TLW | Conference with Client Sharon Washington re Status and Procedures to date | 1.5 | $ 750.00 |
| 7/21/14 | TLW | Review and Research email re Rule 408 Settlement & Docs | 1.5 | $ 750.00 |
| 7/21/14 | TLW | Receipt & Review and Research 4 emails re conf call | 2 | $ 1,000.00 |
| 7/24/14 | TLW | Draft Correspondence | 1.5 | $ 750.00 |
| 7/24/14 | TLW | Receipt & Review and Research email and Orders | 0.5 | $ 250.00 |
| 7/30/14 | TLW | Receipt & Review and Research Email re conf call | 1.25 | $ 625.00 |
| 10/21/14 | TLW | Review and Research of Email (Alma Marrero) and Attachment | 0.25 | $ 125.00 |



# NCAA Medical Monitoring Class Action
(WASHINGTON AND VANZANT)
## Time Log
## TLW & ASSOCIATES, LLC

**Hourly Rate of Thayer L. Weaver, Jr. - $500/hour**

| Date | Attorney/Assistant | Activity | Time/hr | Amount |
|---|---|---|---|---|
| 10/22/14 | TLW | Conference Call | 0.75 | $ 375.00 |
| 10/23/14 | TLW | Review and Research of Case Minutes | 0.15 | $ 75.00 |
| 10/24/14 | TLW | Conference Call re case status | 0.25 | $ 125.00 |
| 10/25/14 | TLW | Review and Research of Motion by Plaintiffs… for Preliminary Approval of Class Settlement... #91 | 0.75 | $ 375.00 |
| 10/25/14 | TLW | Review and Research of Amended Motion #92 | 0.25 | $ 125.00 |
| 10/27/14 | TLW | Receipt & Review and Research email and docs from M. Pava | 1.25 | $ 625.00 |
| 10/28/14 | TLW | Review and Research of Email and Plaintiffs' Objection to Motion for Preliminary Approval.. #94 and #95 | 0.25 | $ 125.00 |
| 11/7/14 | TLW | Review and Research of Motion… to Add Non-Contact Sports, Attachments and Notice | 0.25 | $ 125.00 |
| 11/17/14 | TLW | Review and Research of Motion… for leave to File Supplemental Submission… and Attachments #98 and #99 | 0.5 | $ 250.00 |
| 11/20/14 | TLW | Review and Research of Supplemental Submission of the NCAA Regarding Adequacy of Representation… and Attachments #101 | 1.25 | $ 625.00 |
| 11/27/14 | TLW | Meeting with Client - Sharron Washinton re Status of Case and future proceedings | 2.75 | $ 1,375.00 |
| 12/15/14 | TLW | Review and Research of Motion by Plaintiff (Sharon Washington)…to Add non-contact, Attachments and Exhibits… #105 | 1 | $ 500.00 |
| 12/15/14 | TLW | Review and Research of Declaration of Steve W. Berman… #106 | 0.75 | $ 375.00 |
| 12/15/14 | TLW | Review and Research of Memorandum by.. Sharon D. Washington…; Notice | 0.25 | $ 125.00 |
| 12/15/14 | TLW | Review and Research of Email (Elizabeth A. Fegan) | 0.25 | $ 125.00 |
| 12/17/14 | TLW | Review and Research of Memorandum Opinion and Order | 1.5 | $ 750.00 |
| 12/18/14 | TLW | Email from Mindy Pava re Denying Motion for Prelimianry Approval | 0.5 | $ 250.00 |



# NCAA Medical Monitoring Class Action
(WASHINGTON AND VANZANT)
## Time Log
## TLW & ASSOCIATES, LLC

**Hourly Rate of Thayer L. Weaver, Jr. - $500/hour**

| Date | Attorney/Assistant | Activity | Time/hr | Amount |
|---|---|---|---|---|
| 12/26/14 | TLW | Review and Research of Motion for Appointment of Additional Class Counsel by Mildred Whittier… #118 and Correspondence | 0.25 | $ 125.00 |
| 1/7/15 | TLW | Review and Research of 3rd Amended Class Action Complaint… #119 | 2.25 | $ 1,125.00 |
| 1/14/15 | TLW | Review and Research of Memorandum by… Sharron D. Washington… #123 | 0.5 | $ 250.00 |
| 1/14/15 | TLW | Conference with Client re Status and Latest Developments | 1.5 | $ 750.00 |
| 1/15/15 | TLW | Review and Research of Motion by Plaintiffs… Sharron D. Washington…Class Representatives' Agreed Motion for Entry of Briefing, Schedule and to Strike Hearing Date, #124 | 0.5 | $ 250.00 |
| 1/26/15 | TLW | Review and Research of Motion by Whittier to set a briefing schedule Agreed Motion… #127 | 0.25 | $ 125.00 |
| 1/26/15 | TLW | Review and Research of Motion by Plaintiff Nichols… to Appoint Jay Edelson as Lead Counsel of the Class Personal Injury… #128, #129 | 0.5 | $ 250.00 |
| 1/28/15 | TLW | Review and Research of Answer to Amended Complaint and Affirmative Defenses… #131 | 2.5 | $ 1,250.00 |
| 1/28/15 | TLW | Review and Research of Aswer to Complaint Third Amended by NCAA… #134 | 1.25 | $ 625.00 |
| 2/10/15 | TLW | Review and Research of Memorandum by Sharron D. Washington… in Opposition to Motion for Misc. Regarding… and Attachments… #136 | 1 | $ 500.00 |
| 2/17/15 | TLW | Review and Research of Transcript of Proceedings held on 12/19/14 | 1 | $ 500.00 |
| 2/17/15 | TLW | Review and Research of Motion by NCAA to extend time… and Notice.. #139, 140 | 0.25 | $ 125.00 |
| 2/20/15 | TLW | Review and Research Email Amended Notice for Extension… #141 | 0.25 | $ 125.00 |



# NCAA Medical Monitoring Class Action
(WASHINGTON AND VANZANT)
## Time Log
## TLW & ASSOCIATES, LLC

**Hourly Rate of Thayer L. Weaver, Jr. - $500/hour**

| Date | Attorney/Assistant | Activity | Time/hr | Amount |
|---|---|---|---|---|
| 2/23/15 | TLW | Review and Research of Joint Submission Regarding the Feasibility and Cost of Direct Notice by NCAA…. And Attachments #142 | 1.25 | $625.00 |
| 2/23/15 | TLW | Review and Research of Supplemental Submission by Plaintiffs re Feasibility and Cost of… #143 | 0.75 | $375.00 |
| 2/27/15 | TLW | Review and Research of Transcript of Proceeding held on 2/3/15 | 0.5 | $250.00 |
| 3/24/15 | TLW | Review and Research of Emails from Rich Lewis re Class Action | 0.5 | $250.00 |
| 4/15/15 | TLW | Review and Research of Joint Supplemental… Declaration of Johanna Spellman… #167 | 0.75 | $375.00 |
| 4/15/15 | TLW | Review and Research of Submission of the NCAA Regarding the Sufficiency of the Medical Monitoring Fund by NCAA… and Attachments … #168 | 1.5 | $750.00 |
| 2013 - 2015 | TLW | Review and Research of Various Emails from Court but unopended due to Duplicate headings, notices, minutes, etc. | 1.5 | $750.00 |
| 4/20/15 | TLW | Review and Research of Fourth Amended Complaint by Adrian Arrington… #171 | 1.25 | $625.00 |
| 4/22/15 | TLW | Review and Research of Motion for Leave to File Objections… #172 | 0.25 | $125.00 |
| 5/4/15 | TLW | Review and Research of Transcript of Proceedings 4/17/15 | 0.5 | $250.00 |
| 5/7/15 | TLW | Review and Research to Amended Complaint - Answer and Affirmative Defenses of NCAA… #177 | 2 | $1,000.00 |
| 5/8/15 | TLW | Review and Research of Motion by Plaintiff Anthony Nichols for leave to file excess pages…. # 178 | 0.25 | $125.00 |
| 5/8/15 | TLW | Review and Research of Response by Mildred Whittier to Motion by Plaintiffs Adrian Arrington, … #180 | 0.25 | $125.00 |
| 5/27/15 | TLW | Review and Research of Response by Anthony Nicholson Opposition to Motion by Plaintiffs Adrian… | 0.25 | $125.00 |
| 6/10/15 | TLW | Review and Research Court Email re Motion Extension of Time to File | 0.25 | $125.00 |



# NCAA Medical Monitoring Class Action
## (WASHINGTON AND VANZANT)
## Time Log
## TLW & ASSOCIATES, LLC

**Hourly Rate of Thayer L. Weaver, Jr.  - $500/hour**

| Date | Attorney/Assistant | Activity | Time/hr | Amount |
|---|---|---|---|---|
| 6/11/15 | TLW | Telephone conference with co-counsel Dan DeFeo regarding Sharron Washington | 0.25 | $ 125.00 |
| 6/11/15 | TLW | Review and Research of Email from Alma Marreo re. Objections to Motion to Preliminary Approval | 0.25 | $ 125.00 |
| 6/11/15 | TLW | Review and Research of Email from Michael Silberman (withdrawing) | 0.25 | $ 125.00 |
| 6/17/15 | TLW | Telephone conference re Status (Plaintiff's call) | 1 | $ 500.00 |
| 6/17 - 7/15/15 | TLW | Review and Research of Various Emails re: Appearance, Minute entries, notices, etc. | 0.5 | $ 250.00 |
| 7/21/15 | TLW | Review and Research of Joint Stipulation Concerning Briefing Schedule, #202 | 0.25 | $ 125.00 |
| 8/22/15 | TLW | Review and Research of Transcript of Proceedings held on 8/18/2015 | 0.5 | $ 250.00 |
| 9/14/15 | TLW | Review and Research of from Alma marrero and Attachment Plaitniffs' response to Nichols 2nd objection… | 0.5 | $ 250.00 |
| 9/15/15 | TLW | Review and Research of Email and Correspondence from DJL (LathamWatkins) | 0.25 | $ 125.00 |
| 9/24/15 | TLW | Review and Research of Email from Ben Thomassen | 0.25 | $ 125.00 |
| 10/12/15 | TLW | Review and Research of Response by Plaintiff Nichols… #233 | 0.5 | $ 250.00 |
| 10/13/15 | TLW | Review and Research of Correspondence from Ben Thomassen | 0.25 | $ 125.00 |
| 11/5/15 | TLW | Review and Research of Response by Andrian Arrington… Joint Motion for Preliminary Approval.. #235 | 0.25 | $ 125.00 |
| 11/16/15 | TLW | Review and Research of Response by NCAA in opposition… #238 | 0.75 | $ 375.00 |
| 11/16 - 12/9/15 | TLW | Review and Research of Various Emails re: Appearance, Minute entries, notices, etc. | 0.5 | $ 250.00 |
| 12/25/15 | TLW | Conference with Client Sharron Washington regarding Case Status and Developments | 2.25 | $ 1,125.00 |



# NCAA Medical Monitoring Class Action
## (WASHINGTON AND VANZANT)
## Time Log
## TLW & ASSOCIATES, LLC

**Hourly Rate of Thayer L. Weaver, Jr. - $500/hour**

| Date | Attorney/Assistant | Activity | Time/hr | Amount |
|---|---|---|---|---|
| 12/28/15 | TLW | Conference with Client Anthony VanZant regarding Case Status | 1.25 | $ 625.00 |
| 4/23/16 | TLW | Conference with Sharon Washington re Status and Developments | 1.75 | $ 875.00 |
| 12/20/16 | TLW | Conference with Clients regading Status, Settlement and Attorney Fees | 1.25 | $ 625.00 |
| | | | | |
| | | | | |
| | | **TOTAL** | 188.15 | $ 94,075.00 |

### SUMMARY OF CASE EXPENSES

| ITEM | EXPENSE AMOUNT |
|---|---|
| Travel | $945.00 |
| Copies | $25.00 |
| Filing Fees | $0.00 |
| Conference Call | $0.00 |
| TOTAL | $970.00 |