**Exhibit J**



**BRANSTETTER STRANCH & JENNINGS PLLC**

223 Rosa L. Parks Ave.
Suite 200
Nashville, TN 37203

Elizabeth Fegan
NCAA CONCUSSION
c/o Elizabeth Fegan
Hagens, Berman, Sobol, Shapiro, LLP
455 N. Cityfront Plaza Drive, Suite 2410
Chicago, IL 60611

January 3, 2017
Invoice #55948
Due Upon Receipt
004745 - 13335

For Professional Services Rendered Through January 3, 2017

## Matter: NCAA CONCUSSION - Professional Services

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09/06/2013 | GS | Review Memo ISO of Mtn to Intervene and Stay, Second Amended Class Action Complaint and Walker Complaint forwarded by Beth Fegan | 1.00 | 700.00 | 700.00 |
| 09/06/2013 | GS | Email from Beth Fegan re Hausfeld wanting to try mediation and need to expedite filing; Review Walker Amended Mtn to Appoint Interim Lead Counsel and Status Report forwarded by Beth | 0.80 | 700.00 | 560.00 |
| 09/09/2013 | BCB | BCB: Processed Exhibits to Motion to Intervene for GS | 0.20 | 75.00 | 15.00 |
| 09/09/2013 | GS | Review current drafts and meeting with Jim Stranch to discuss same | 0.50 | 700.00 | 350.00 |
| 09/09/2013 | JGS | Review memorandum and suggested minor revisions; meeting with G. Stranch. | 0.50 | 725.00 | 362.50 |
| 09/09/2013 | PRLG | Finalize filings with exhibits and e-file same | 0.50 | 175.00 | 87.50 |
| 09/10/2013 | GS | Emails with J. Dugan re NCAA Case | 0.20 | 700.00 | 140.00 |
| 09/10/2013 | JGS | Communications with Jamie Duggan; Teleconference with G. Stranch. | 0.30 | 725.00 | 217.50 |
| 09/10/2013 | PRLG | Download Exhibits for filing; Receive finalized pleadings for filing, emails with Beth re suggested changes, finalize and forward to paralegal for e-filing and attaching exhibits, etc.; forward e-stamped copies to Beth Fegan | 1.20 | 175.00 | 210.00 |
| 09/11/2013 | GS | Review media link forwarded by B. Fegan; | 0.10 | 700.00 | 70.00 |
| 10/01/2013 | JGS | Review communications relating to Walker's emergency motion to compel arbitraon | 0.30 | 725.00 | 217.50 |

Elizabeth Fegan
January 3, 2017
Invoice # 55948

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/02/2013 | GS | Review communications sent to Judge Collier concerning cover letter and proposed order on Plaintiff's Motion and Memo requesting emergency hearings and emails and discussion with Jim regarding same | 0.50 | 700.00 | 350.00 |
| 10/02/2013 | JGS | Review Walker's motion and memorandum requesting emergency hearing to compel arbitration | 0.30 | 725.00 | 217.50 |
| 10/03/2013 | GS | Email from Beth Fegan regarding emergency hearing; call with Beth and Steve Berman re same; Review Opposition to Plaintiff's Motion Req. Emergency Hearing draft forwarded by Beth Fegan and emails re same | 0.80 | 700.00 | 560.00 |
| 10/04/2013 | GS | Add revisions discussed with Beth to Response to Mtn for Emergency Hearing and approve for filing; Finalize and e-file Response in Opposition to Emergency Motion and Memorandum to Suggest Consideration of Mediation on Expedited Bases | 0.60 | 700.00 | 420.00 |
| 10/04/2013 | JGS | Review response in opposition for emergency hearing to consolidate mediations | 0.10 | 725.00 | 72.50 |
| 10/16/2013 | JGS | Review response from Arrington to MDL panel | 0.20 | 725.00 | 145.00 |
| 10/18/2013 | GS | Review Walker Joint Request to Stay Proposed Order, Joint Request for Stay Pending JPML Decision forwarded by M. Pava | 0.50 | 700.00 | 350.00 |
| 10/18/2013 | JGS | Review Ball motion to stay proceeding pending resolution of MDL | 0.10 | 725.00 | 72.50 |
| 11/04/2013 | GS | Review Walker Plaintiffs letter to Judge Lee forwarded by Beth Fegan and emails regarding same | 0.20 | 700.00 | 140.00 |
| 03/27/2014 | LMC | Receive and process 14-03-27 Def Prudential's Unopposed Motion For Extension to Answer. | 0.20 | 175.00 | 35.00 |
| 04/26/2016 | MY | General - review recent filings in preparation to update docket and update docket for attorneys. | 0.10 | 175.00 | 17.50 |
| 07/01/2016 | MY | General - update internal docket, calendar deadlines and email to attorneys for review. | 0.10 | 175.00 | 17.50 |
| 08/04/2016 | MY | General - update internal docket and send to attorneys for review. | 0.10 | 175.00 | 17.50 |
| 08/12/2016 | MY | General - update internal docket and send to attorneys for review. | 0.10 | 175.00 | 17.50 |
| 08/17/2016 | MY | General - update internal docket, calendar deadlines and send to attorneys for review. | 0.10 | 175.00 | 17.50 |
| 08/23/2016 | MY | General - update internal docket and send to attorneys for review. | 0.10 | 175.00 | 17.50 |
| 09/12/2016 | MY | General - update internal docket, calendar deadlines and send to attorneys for review. | 0.10 | 175.00 | 17.50 |
| 10/10/2016 | MY | General -- update internal docket, calendar deadlines and send to attorneys for review. | 0.10 | 175.00 | 17.50 |

Elizabeth Fegan
January 3, 2017
Invoice # 55948

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/14/2016 | MY | General - update internal docket, calendar deadlines and send to attorneys for review. | 0.10 | 175.00 | 17.50 |
| 10/18/2016 | MY | General -- update internal docket, calendar deadlines and send to attorneys for review. | 0.20 | 175.00 | 35.00 |
| 10/20/2016 | MY | General -update internal docket and send to attorneys for review. | 0.10 | 175.00 | 17.50 |
| 10/25/2016 | MY | General - update internal docket, calendar deadlines and send to attorneys for review. | 0.20 | 175.00 | 35.00 |
| 11/16/2016 | MY | Update internal docket and send to attorneys for review. | 0.10 | 175.00 | 17.50 |
| 11/21/2016 | MY | Update internal docket and send to attorneys for review. | 0.20 | 175.00 | 35.00 |
| 11/29/2016 | MY | Update internal docket and send to attorneys for review. | 0.20 | 175.00 | 35.00 |
| 12/06/2016 | MY | Update internal docket and send to attorneys for review. | 0.20 | 175.00 | 35.00 |
| 12/09/2016 | MY | Update internal docket and send to attorneys for review. | 0.20 | 175.00 | 35.00 |
| 12/14/2016 | JS | Review and finalize final invoice | 0.30 | 175.00 | 52.50 |
| 12/21/2016 | MY | Update internal docket and send to attorneys for review. | 0.20 | 175.00 | 35.00 |
| 12/27/2016 | MY | Update internal docket and send to attorneys for review. | 0.20 | 175.00 | 35.00 |
| 12/30/2016 | MY | Update internal docket and send to attorneys for review. | 0.20 | 175.00 | 35.00 |
| | | Total professional services | 12.30 | | $5,852.50 |

## Matter: NCAA CONCUSSION - Expenses

| Date | Code | Description | Amount |
|---|---|---|---|
| 09/12/2013 | 0001 | Clerk, Eastern District of TN at Chattanooga; Invoice # 09122013; Filing Fee | 180.00 |
| 09/24/2013 | 0005 | Federal Express; Invoice # 2-405-38760; Expedited Mail Charges from G. Stranch to Clerk, U.S. District on 9/13/13 | 51.25 |
| | | Total Charges | $231.25 |

Elizabeth Fegan
January 3, 2017
Invoice # 55948

| | |
|---|---:|
| SUBTOTAL | $6,083.75 |
| Total amount of this bill | $6,083.75 |
| Previous balance | $0.00 |
| Total Payments and Adjustments | $0.00 |
| Balance due upon receipt | $6,083.75 |