**Exhibit K**

# Shindler, Anderson, Goplerud and Weese, P.C.

5015 Grand Ridge Drive, Suite 100
West Des Moines, Iowa 50265-5749
Phone: 515-223-4567
Fax: 515-223-8887

January 30, 2017

NCAA
5015 Grand Ridge Dr.

Invoice# 159475
Our file# 944045    00003
Billed through 12/19/2016   JBG

PROFESSIONAL SERVICES

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/12/2011 | JBG | WORK ON CASE INVESTIGATION. | 1.10 hrs. | 465 /hr | 511.50 |
| 11/21/2011 | JBG | TELEPHONE CONFERENCE WITH CO-COUNSEL REGARDING SAME. | 0.40 hrs. | 465 /hr | 186.00 |
| 12/27/2011 | JBG | TELEPHONE CONFERENCE WITH CO-COUNSEL. FOLLOW-UP INVESTIGATION. | 0.60 hrs. | 465 /hr | 279.00 |
| 02/01/2012 | JBG | WORK ON STATUS. | 0.20 hrs. | 465 /hr | 93.00 |
| 03/08/2012 | JBG | FOLLOW-UP WITH JIM O'CONNOR; FOLLOW-UP WITH SHALA CAREY. | 0.60 hrs. | 465 /hr | 279.00 |
| 04/01/2012 | JBG | BILLED FROM 3/28. INTERVIEW WITH CLIENT AND SHEILA; FOLLOW-UP ON SAME. | 0.80 hrs. | 465 /hr | 372.00 |
| 04/26/2012 | JBG | CONFERENCE CALL WITH CO-COUNSEL REGARDING STATUS. | 0.40 hrs. | 465 /hr | 186.00 |
| 05/27/2012 | JBG | EMAILS AND CALLS ABOUT CLIENT; REVIEW INTAKE SHEET. | 1.10 hrs. | 465 /hr | 511.50 |
| 02/01/2014 | JBG | BILLED FOR 2/4/2014. WORK ON INVESTIGATION; CALLS TO JOHN H. EMAIL BETH; FORWARD EMAIL TO JOHN. | 1.10 hrs. | 465 /hr | 511.50 |
| 03/01/2014 | JBG | BILLED FOR 2/28/14. CALL WITH BETH AND FOLLOW UP WITH STAFF ON HEARING ON APRIL 24 1:00. | 1.20 hrs. | 465 /hr | 558.00 |
| 03/01/2014 | JBG | BILLED FOR 3/31/14. CONFERENCE WITH BETH ON STATUS. | 0.30 hrs. | 465 /hr | 139.50 |
| 04/15/2014 | JBG | FOLLOW UP ON PRO HAC AND HEARING. | 0.40 hrs. | 465 /hr | 186.00 |

| 944045 | NCAA | | | | Page 2 |
| --- | --- | --- | --- | --- | --- |
| | | | | | Invoice# 159475 |
| 04/17/2014 | JBG | WORK WITH STAFF. | | | |
| | | | 0.60 hrs. | 465 /hr | 279.00 |
| 04/18/2014 | JBG | WORK ON STATUS CONFERENCE, ISSUES. | | | |
| | | | 0.60 hrs. | 465 /hr | 279.00 |
| 04/19/2014 | JBG | REVIEW PLEADINGS ; AWARD COMPLAINT; DOCKET CALENDAR EVENTS. | | | |
| | | | 1.20 hrs. | 465 /hr | 558.00 |
| 04/22/2014 | JBG | EMAILS ABOUT STATUS AND MEDIATION MAY 12. FOLLOW UP WITH BETH ON SAME. | | | |
| | | | 0.40 hrs. | 465 /hr | 186.00 |
| 05/01/2014 | JBG | BILLED FOR 4/29/14. REVIEW MDL FILING 1-19 (HAVE REVIEWED 20 TO PRESENT; FOLLOW UP ON MEDIATION MAY 12. | | | |
| | | | 1.20 hrs. | 465 /hr | 558.00 |
| 05/22/2014 | JBG | FOLLOW UP ON MEDIATION CLASS CERT, ETC... | | | |
| | | | 0.40 hrs. | 465 /hr | 186.00 |
| 05/27/2014 | JBG | REVIEW TAG ALSO MOTION, ETC...FOLLOW UP WITH STAFF; FOLLOW UP WITH BETH - WHY NOW. | | | |
| | | | 0.40 hrs. | 465 /hr | 186.00 |
| 06/01/2014 | JBG | BILLED FOR 5/12/14. CALL WITH BETH ON MEDIATION STATUS AND PRELIMINARY SETTLEMENT AND FINAL APPROVAL. | | | |
| | | | 0.90 hrs. | 465 /hr | 418.50 |
| 06/01/2014 | JBG | BILLED FOR 5/13./14. FOLLOW UP ON SCHEDULING ORDER, NOTICE ET. AL. AFTER MEDIATION. | | | |
| | | | 0.40 hrs. | 465 /hr | 186.00 |
| 06/01/2014 | JBG | BILLED FOR 5/13/14. READ REVIEW THREE FILES ON PACER; NOTES TO FILE REGARDING SAME. | | | |
| | | | 1.20 hrs. | 465 /hr | 558.00 |
| 06/02/2014 | JBG | CONFERENCE WITH BETH ON STATUS. | | | |
| | | | 0.20 hrs. | 465 /hr | 93.00 |
| 06/10/2014 | JBG | EMAILS ABOUT NEW CASE. | | | |
| | | | 0.40 hrs. | 465 /hr | 186.00 |
| 06/12/2014 | JBG | REVIEW PACER FILINGS; FOLLOW UP ON SAME. | | | |
| | | | 0.80 hrs. | 465 /hr | 372.00 |
| 07/20/2014 | JBG | REVIEW NEW FOLLOW UP W/ BETH. | | | |
| | | | 0.90 hrs. | 465 /hr | 418.50 |
| 07/28/2014 | JBG | WORK ON SETTLEMENT ISSUES. CALLS, EMAILS, AND TEXTS TO CLIENTS AND W/ BETH. | | | |
| | | | 2.40 hrs. | 465 /hr | 1,116.00 |
| 07/29/2014 | JBG | FOLLOW UP ON SETTLEMENT ISSUES AND FILINGS. | | | |
| | | | 2.50 hrs. | 465 /hr | 1,162.50 |
| 07/30/2014 | JBG | REVIEW ALL ORDERS, MOTION YESTERDAY. REVIEW 2 TOGO. | | | |
| | | | 1.40 hrs. | 465 /hr | 651.00 |
| 07/31/2014 | JBG | FOLLOW UP W/ CLIENTS. | | | |
| | | | 0.80 hrs. | 465 /hr | 372.00 |

| 944045 | NCAA | | | | Page 3 |
| --- | --- | --- | --- | --- | --- |
| | | | | | Invoice# 159475 |
| 08/01/2014 | JBG | WORK ON SETTLEMENT ON 7/25/14. | | | |
| | | | 1.50 hrs. | 465 /hr | 697.50 |
| 08/12/2014 | JBG | REVIEW 'PACER' FILE. | | | |
| | | | 0.40 hrs. | 465 /hr | 186.00 |
| 08/19/2014 | JBG | WORK ON FINAL APPROVAL AND PRELIMINARY APPROVAL ISSUE. | | | |
| | | | 0.60 hrs. | 465 /hr | 279.00 |
| 08/23/2014 | JBG | NEED OBJECTOR BRIEF. | | | |
| | | | 0.80 hrs. | 465 /hr | 372.00 |
| 08/26/2014 | JBG | EMAILS ABOUT BRIEFING. CALL W/ BETH. | | | |
| | | | 0.40 hrs. | 465 /hr | 186.00 |
| 08/27/2014 | JBG | TRAVEL PART WAY TO CHICAGO FOR MEETING. | | | |
| | | | 1.50 hrs. | 465 /hr | 697.50 |
| 08/28/2014 | JBG | FILE REVIEW WITH BRIAN; TRAVEL TO CHICAGO; DISCUSS OBJECTION BRIEF. | | | |
| | | | 3.80 hrs. | 465 /hr | 1,767.00 |
| 08/30/2014 | JBG | RETURN FROM CHICAGO. | | | |
| | | | 3.00 hrs. | 465 /hr | 1,395.00 |
| 09/22/2014 | JBG | WORK ON OBJECTION TO SETTLEMENT. | | | |
| | | | 0.60 hrs. | 465 /hr | 279.00 |
| 10/07/2014 | JBG | (9/8/14) FOLLOW UP ON STATUS. | | | |
| | | | 0.30 hrs. | 465 /hr | 139.50 |
| 10/20/2014 | JBG | TRAVEL TO CHICAGO FOR PRETRIAL HEARING. | | | |
| | | | 3.50 hrs. | 465 /hr | 1,627.50 |
| 10/21/2014 | JBG | REVIEW LETTER ORDER, PREP, ET AL. | | | |
| | | | 0.40 hrs. | 465 /hr | 186.00 |
| 10/23/2014 | JBG | HEARING TO AND FROM AND FOLLOW UP 8:30-1:00. | | | |
| | | | 4.50 hrs. | 465 /hr | 2,092.50 |
| 10/24/2014 | JBG | WORK ON INVESTIGATION OF NON CONTACT ATHLETES. CALLS AND EMAILS W/ OFFICE. | | | |
| | | | 1.40 hrs. | 465 /hr | 651.00 |
| 10/26/2014 | JBG | WORK W/ BETH TEXTS AND EMAILS ABOUT INVESTIGATION. CALL W/ SHELBY. | | | |
| | | | 1.20 hrs. | 465 /hr | 558.00 |
| 10/27/2014 | JBG | FOLLOW UP W/ SHELBY ON MATTERS ETC. | | | |
| | | | 0.90 hrs. | 465 /hr | 418.50 |
| 10/28/2014 | JBG | FOLLOW UP W/ SHELBY AND BRICE AND FILINGS ABOUT EA AND NOTICE PLAN AND SUBMISSION OF PREPARED ORDER. CONFERENCE W/ BETH ABOUT SAME. | | | |
| | | | 2.10 hrs. | 465 /hr | 976.50 |
| 10/29/2014 | JBG | WORK ON INVESTIGATION. | | | |
| | | | 0.40 hrs. | 465 /hr | 186.00 |
| 10/30/2014 | JBG | CALL W/ BRICE AND BETH, WORK ON INVESTIGATION. FOLLOW UP W/ BETH. DOCKET MONDAY 10:00 CALL AND TUESDAY 2:30 CALL W/ BRICE. | | | |
| | | | 1.40 hrs. | 465 /hr | 651.00 |

| 944045 | NCAA | | | | Page 4 |
| --- | --- | --- | --- | --- | --- |
| | | | | | Invoice# 159475 |
| 10/31/2014 | JBG | FOLLOW UP ON CALLS NEXT WEEK. | | | |
| | | | 1.20 hrs. | 465 /hr | 558.00 |
| 11/03/2014 | JBG | WORK ON INVESTIGATION OF NON-CONTACT SPORTS. | | | |
| | | | 0.50 hrs. | 465 /hr | 232.50 |
| 11/04/2014 | JBG | WORK ON INVESTIGATION AND DECLARATIONS AND CALLS. | | | |
| | | | 2.40 hrs. | 465 /hr | 1,116.00 |
| 11/05/2014 | JBG | WORK ON MATTERS FOR CLASS REPS AND HEARING ON PRELIMINARY APPROVAL UPCOMING IN CHICAGO. | | | |
| | | | 0.90 hrs. | 465 /hr | 418.50 |
| 11/07/2014 | JBG | READ BETH EMAIL, FOLLOW UP ON SAME AND REVIEW FILINGS. | | | |
| | | | 0.80 hrs. | 465 /hr | 372.00 |
| 11/18/2014 | JBG | WORK ON CLASS IMPRESSIONS, CONFERENCE W/ TAYLOR, CALL W/ BETH, AND FOLLOW UP INVESTIGATION. | | | |
| | | | 1.80 hrs. | 465 /hr | 837.00 |
| 11/25/2014 | JBG | WORK ON CLASS REP ISSUES. | | | |
| | | | 1.20 hrs. | 465 /hr | 558.00 |
| 11/26/2014 | JBG | EMAILS, CONFERENCE W/ STAFF ETC ABOUT HEARING, AND NEEDS FOR CLASS REPS. | | | |
| | | | 1.10 hrs. | 465 /hr | 511.50 |
| 12/01/2014 | JBG | FOLLOW UP W/ TOM ON CALLS W/ BRICE AND SHELBY. | | | |
| | | | 0.40 hrs. | 465 /hr | 186.00 |
| 12/02/2014 | JBG | WORK ON PACER FILINGS REVIEW. | | | |
| | | | 0.40 hrs. | 465 /hr | 186.00 |
| 12/15/2014 | JBG | FOLLOW UP ON COURT RULING AND NEXT STEPS FOR PRE LINE APPEAL. | | | |
| | | | 0.90 hrs. | 465 /hr | 418.50 |
| 12/17/2014 | JBG | REVIEW ORDER ETC AND FOLLOW UP. | | | |
| | | | 1.20 hrs. | 465 /hr | 558.00 |
| 12/18/2014 | JBG | CONFERENCE W/ BETH ON JUDGE LEES RULING. | | | |
| | | | 0.80 hrs. | 465 /hr | 372.00 |
| 12/27/2014 | JBG | REVIEW BRIEF, EXHIBITS ABOUT ADDITIONAL LEAD CO-COUNSEL. | | | |
| | | | 1.20 hrs. | 465 /hr | 558.00 |
| 01/05/2015 | JBG | LETTER REGARDING RESPONSES TO LEAD COUNCIL. | | | |
| | | | 0.40 hrs. | 465 /hr | 186.00 |
| 01/06/2015 | JBG | READ AND INVESTIGATE ALL AND CALL ABOUT NECESSARY CLASS REPS. | | | |
| | | | 2.00 hrs. | 465 /hr | 930.00 |
| 01/07/2015 | JBG | CALLS REGARDING INVESTIGATION. REVIEW PACER FILES. | | | |
| | | | 1.20 hrs. | 465 /hr | 558.00 |
| 01/08/2015 | JBG | WORK ON INVESTIGATION, WORK W/ TAYLOR, CALLS TO BETH. | | | |
| | | | 1.20 hrs. | 465 /hr | 558.00 |

| 944045 | NCAA | | | | Page 5 |
| --- | --- | --- | --- | --- | --- |
| | | | | | Invoice# 159475 |
| 01/09/2015 | JBG | WORK ON INVESTIGATION. | | | |
| | | | 1.50 hrs. | 465 /hr | 697.50 |
| 01/16/2015 | JBG | WORK ON CLASS REP INVESTIGATION FOR NON CONTACT AND CONTACT SPORTS, CONFERENCE W/ TAYLOR AND PETE. | | | |
| | | | 1.40 hrs. | 465 /hr | 651.00 |
| 01/19/2015 | JBG | WORK W/ TAYLOR ON INVESTIGATION OF CONTENT AND NONCONTENT CLASS REPS. | | | |
| | | | 0.40 hrs. | 465 /hr | 186.00 |
| 01/27/2015 | JBG | READ NOTION ON BRIEFING BY PLAINTIFF COUNSEL AND NOW NEW NOTION FOR INJURY LEAD COUNSEL. | | | |
| | | | 0.90 hrs. | 465 /hr | 418.50 |
| 01/28/2015 | JBG | REVIEW FILINGS. | | | |
| | | | 0.80 hrs. | 465 /hr | 372.00 |
| 02/04/2015 | JBG | READ ORDER REGARDING HEARING ON 2.3.4. | | | |
| | | | 0.30 hrs. | 465 /hr | 139.50 |
| 02/17/2015 | JBG | REVIEW STATUS OF INFESTATION, CONFERENCE W/ BETH. | | | |
| | | | 0.50 hrs. | 465 /hr | 232.50 |
| 02/18/2015 | JBG | WORK ON INVESTIGATION. | | | |
| | | | 0.20 hrs. | 465 /hr | 93.00 |
| 02/23/2015 | JBG | WORK ON CLIENTS. | | | |
| | | | 0.60 hrs. | 465 /hr | 279.00 |
| 03/02/2015 | JBG | FOLLOW UP ON FILINGS AND INVESTIGATION FOR SETTLEMENT. | | | |
| | | | 0.30 hrs. | 465 /hr | 139.50 |
| 03/03/2015 | JBG | CONFERENCE W/ BETH. | | | |
| | | | 0.20 hrs. | 465 /hr | 93.00 |
| 03/09/2015 | JBG | EMAILS ABOUT INTERVIEWS. | | | |
| | | | 0.30 hrs. | 465 /hr | 139.50 |
| 03/31/2015 | JBG | REVIEW RECORDS IN SUPPORT OF PI CLASS LEAD. | | | |
| | | | 0.50 hrs. | 465 /hr | 232.50 |
| 04/15/2015 | JBG | READ FILES AND FOLLOW UP. | | | |
| | | | 2.20 hrs. | 465 /hr | 1,023.00 |
| 05/04/2015 | JBG | FILINGS AND FOLLOW UP W/ BETH FROM LATE HEARING. | | | |
| | | | 0.60 hrs. | 465 /hr | 279.00 |
| 05/06/2015 | JBG | CONFERENCE W/ BM. | | | |
| | | | 0.40 hrs. | 465 /hr | 186.00 |
| 05/11/2015 | JBG | REVIEW FILINGS ABOUT SUB CLASSES AND/OR OPPOSITIONS TO OUR NOTION FOR CERTIFICATION FOR SETTLEMENT. | | | |
| | | | 0.90 hrs. | 465 /hr | 418.50 |
| 05/12/2015 | JBG | CONFERENCE W/ STAFF ABOUT PRELIMINARY HEARING DATE IN JUNE AND TRAVEL PLANS AND UPDATING CLIENTS. | | | |
| | | | 0.40 hrs. | 465 /hr | 186.00 |
| 05/14/2015 | JBG | FILE REVIEW W/ BETH, DISCUSS STATUS, ORDER EXTENDED, AND DISCUSS CERTIFICATE | | | |

| 944045 | NCAA | | | | Page 6 |
| --- | --- | --- | --- | --- | --- |
| | | | | | Invoice# 159475 |

| Date | Atty | Description | Hours | Rate | Amount |
| --- | --- | --- | --- | --- | --- |
| | | ABILITY OF P.I. CLASS. | 0.40 hrs. | 465 /hr | 186.00 |
| 06/11/2015 | JBG | REVIEW DEADLINES AND FOLLOW UP ISSUES OF PLAINTIFF. | 0.80 hrs. | 465 /hr | 372.00 |
| 06/12/2015 | JBG | MOVE WORK BECAUSE OF PLAINTIFF PULLING OUT. | 0.80 hrs. | 465 /hr | 372.00 |
| 06/15/2015 | JBG | COURT ORDER GRANTING MOTION OF EXT OF TIME TO FILE RESPONSE TO OBJECTIVES. | 0.30 hrs. | 465 /hr | 139.50 |
| 06/18/2015 | JBG | MEETING W/ BETH AND DISCUSSION ABOUT PLANTIFF HEARING ETC AND JULY 1 HEARING ETC FOR PRELEIN. | 0.40 hrs. | 465 /hr | 186.00 |
| 06/19/2015 | JBG | RETURN TO DSM AND REVIEW FILINGS. | 2.00 hrs. | 465 /hr | 930.00 |
| 06/23/2015 | JBG | REVIEW YESTERDAY FILING BY NCAA IN OPPOSITION TO NICHOLAS, AND APPEARANCE TODAY. | 1.10 hrs. | 465 /hr | 511.50 |
| 07/16/2015 | JBG | BRIEFLY REVIEW BRIEF BY OBJECTIVE. | 0.20 hrs. | 465 /hr | 93.00 |
| 07/22/2015 | JBG | REVIEW STIP BRIEFING SCHEDULE AND FOLLOW UP W/ STAFF. | 0.40 hrs. | 465 /hr | 186.00 |
| 07/23/2015 | JBG | REVIEW ORDER EXTENDED ON DEADLINES. | 0.40 hrs. | 465 /hr | 186.00 |
| 09/14/2015 | JBG | ORDERS AND FILINGS BRIEFLY REVIEWED. | 0.60 hrs. | 465 /hr | 279.00 |
| 09/24/2015 | JBG | REVIEW, NOTICE, NOTION, ETC. | 0.40 hrs. | 465 /hr | 186.00 |
| 09/25/2015 | JBG | FILINGS REVIEWED. | 0.40 hrs. | 465 /hr | 186.00 |
| 10/01/2015 | JBG | FILINGS, ETC. REVIEWED | 0.40 hrs. | 465 /hr | 186.00 |
| 10/12/2015 | JBG | FILINGS BRIEFLY REVIEWED | 0.80 hrs. | 465 /hr | 372.00 |
| 11/23/2015 | JBG | ORDER REVIEW NCAA OPPOSTITION TO OBJECTIVE | 0.60 hrs. | 465 /hr | 279.00 |
| 12/04/2015 | JBG | REVIEW WITH BETH AND DISCUSS HEARING | 0.40 hrs. | 465 /hr | 186.00 |
| 12/18/2015 | JBG | CALL WITH BETH | 0.30 hrs. | 465 /hr | 139.50 |
| 01/11/2016 | JBG | CONFERENCE BETH ABOUT STATUS | 0.20 hrs. | 465 /hr | 93.00 |
| 01/26/2016 | JBG | BRIEFLY READ ORDER (53 PAGES) EMAILS WITH BETH RE: SAME AND STATUS | 0.60 hrs. | 465 /hr | 279.00 |

| 944045 | NCAA | | | | Page 7 |
| --- | --- | --- | --- | --- | --- |
| | | | | | Invoice# 159475 |
| 02/03/2016 | JBG | REVIEW AGAIN REPLY AND LIMITATIONS ON NCAA | | | |
| | | | 0.80 hrs. | 465 /hr | 372.00 |
| 03/01/2016 | JBG | FILINGS ON SETTLEMENT ISSUES | | | |
| | | | 0.80 hrs. | 465 /hr | 372.00 |
| 03/03/2016 | JBG | FILINGS FRAME ON THE OBJECTION | | | |
| | | | 0.30 hrs. | 465 /hr | 139.50 |
| 03/04/2016 | JBG | REVIEW FILE FOR OBJECTION, COURT ORDER RESPONSES | | | |
| | | | 0.80 hrs. | 465 /hr | 372.00 |
| 04/05/2016 | JBG | REVIEW MINUTE ENTRY. | | | |
| | | | 0.20 hrs. | 465 /hr | 93.00 |
| 05/20/2016 | JBG | REVIEW FILINGS; REVIEW BRIEF, ETC. FOLLOW UP WITH BRIAN MARTY. | | | |
| | | | 1.40 hrs. | 465 /hr | 651.00 |
| 05/24/2016 | JBG | FILING REVIEWED AND FOLLOW UP ISSUES FOR PRELIMINARY APPROVAL. | | | |
| | | | 0.40 hrs. | 465 /hr | 186.00 |
| 05/25/2016 | JBG | FILE REVIEW UPDATE - NEED TO UPDATE CLAIM. | | | |
| | | | 0.40 hrs. | 465 /hr | 186.00 |
| 07/06/2016 | JBG | REVIEW TAG-ALONG FILINGS BY INTERVENORS. FOLLOW-UP WITH STAFF. | | | |
| | | | 0.80 hrs. | 465 /hr | 372.00 |
| 07/14/2016 | JBG | FOLLOW UP ON TEXT ENTRY OF PRELIMINARY APPROVAL. | | | |
| | | | 0.40 hrs. | 465 /hr | 186.00 |
| 07/15/2016 | JBG | ATTENTION TO FILINGS, CONTACT WITH CLIENT AND MULTIPLE EMAILS WITH BETH. | | | |
| | | | 1.50 hrs. | 465 /hr | 697.50 |
| 08/08/2016 | JBG | FOLLOW UP ON FILINGS AND DATES CALENDARED. | | | |
| | | | 0.40 hrs. | 465 /hr | 186.00 |
| 08/23/2016 | JBG | FILINGS REVIEWED AND DOCKETED. | | | |
| | | | 0.60 hrs. | 465 /hr | 279.00 |
| 09/01/2016 | JBG | WORK ON COMMUNICATION. WORK ON MDL FILING. | | | |
| | | | 0.80 hrs. | 465 /hr | 372.00 |
| 10/01/2016 | JBG | 09/15/2016 ACTUAL DATE OF WORK. WORK ON STATUS OF SETTLEMENT AND NEW SINGLE SPORT FILINGS. FOLLOWUP ON ANY DEADLINES RELEVANT TO OUR CASE. | | | |
| | | | 2.00 hrs. | 465 /hr | 930.00 |
| 10/06/2016 | JBG | WORK ON NEW FILING. | | | |
| | | | 0.80 hrs. | 465 /hr | 372.00 |
| 10/10/2016 | JBG | REVIEW AUDIT, COMPLAINT AND OTHER FILINGS OF PAST WEEK. CATCH UP ON DOCKET. CONFER WITH STAFF. REVIEW LIAISON PAPERS, MULTIPLE FILINGS, ETC. | | | |
| | | | 0.80 hrs. | 465 /hr | 372.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 944045 | NCAA | | | | | Page 8 |
| | | | | | | Invoice# 159475 |
| 10/18/2016 | JBG | REVIEW FILINGS (YESTERDAY). | | | | |
| | | | 0.20 hrs. | | 465 /hr | 93.00 |
| 10/27/2016 | JBG | BRIEFLY REVIEWED FILING. CONFER WITH STAFF. | | | | |
| | | | 0.20 hrs. | | 465 /hr | 93.00 |
| 10/29/2016 | JBG | REVIEW STATUS OF NOTICE AND EXHIBITS. FOLLOWUP WITH BETH. | | | | |
| | | | 1.50 hrs. | | 465 /hr | 697.50 |
| 11/30/2016 | JBG | REVIEW FILINGS AND TEXT ENTRY ON EXPENSES. | | | | |
| | | | 0.80 hrs. | | 465 /hr | 372.00 |
| 12/04/2016 | JBG | REVIEW NOTICE FOR EXPENSES. | | | | |
| | | | 0.30 hrs. | | 465 /hr | 139.50 |
| 12/13/2016 | JBG | REVIEW ORDERS. FOLLOWUP WITH BETH ON STATUS, FEES, ETC. | | | | |
| | | | 1.20 hrs. | | 465 /hr | 558.00 |
| 12/14/2016 | JBG | WORK ON FEE ISSUES. EMAILS AND PHONE CALLS WITH BETH. | | | | |
| | | | 0.80 hrs. | | 465 /hr | 372.00 |
| 12/19/2016 | JBG | FILINGS AND REVIEW OF TIME TO RESPOND TO EXPENSES. | | | | |
| | | | 0.40 hrs. | | 465 /hr | 186.00 |
| | | | | | | $53,800.50 |

**EXPENSES**

| | | |
|---|---|---|
| 12/19/2016 | Pro Hac Fee 4.16.14 | 50.00 |
| 10/07/2014 | Miscellaneous Charges meals | 25.00 |
| 10/07/2014 | Travel Expenses | 307.52 |
| 11/19/2014 | Travel Expenses | 265.60 |
| 12/19/2016 | Mileage | 210.00 |
| | | $858.12 |

<u>Billing Summary</u>

| | |
|---|---|
| Total professional services | $53,800.50 |
| Total expenses incurred | $858.12 |
| Total of new charges for this invoice | $54,658.62 |
| **Total balance now due** | **$54,658.62** |

944045    NCAA

Page 9
Invoice#  159475

Goplerud, J. Barton
Make check payable to Shindler, Anderson, Goplerud & Weese, P.C.
Please show Bill #  159475   on all checks