UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL COLLEGIATE ATHLETIC ASSOCIATION STUDENT-ATHLETE CONCUSSION LITIGATION | MDL No. 2492<br><br>Case No. 1:13-cv-09116<br><br>Judge John Z. Lee<br><br>Magistrate Judge M. David Weisman |

### JOINT MOTION FOR EXTENSION OF TIME TO SUBMIT SUPPLEMENTAL REPORT CONCERNING PROJECTED NOTICE EXPENSES

On January 20, 2017, the Court ordered the parties to submit by February 9, 2017, a supplemental status report regarding additional expenses the Notice Administrator anticipated incurring to complete the Notice Program, as set forth in the Notice Administrator's December 23, 2016 report. Since that time, the parties have been working with the Notice Administrator to review the projected costs of completing the Notice Program based on information that was not available or has been updated since the Notice Administrator submitted its December 23, 2016 report (*e.g.*, the amount of support time the Notice Administrator expects to spend assisting NCAA member institutions that provide Settlement Class Member contact information, the amount of Notice Administrator time required to clean and/or re-format data provided by NCAA member institutions, the amount of returned mail and email bounce-backs the Notice Administrator has received out of the direct notice that has been sent to date and the number of requests for long-form notices that the Notice Administrator has received from Settlement Class Members).

Based on this review, the parties and Notice Administrator believe the projected costs of completing the Notice Program will be significantly lower than was estimated in the December 23, 2016 report. In order to complete the review and provide a thorough explanation of projected

expenses for the Court, however, the parties jointly and respectfully request an additional fourteen (14) days to submit their supplemental status report.

WHEREFORE, Settlement Class Counsel and the NCAA jointly request an additional fourteen (14) days, until February 23, 2017, to submit the supplemental status report regarding the additional expenses the Notice Administrator anticipates incurring to complete the Notice Program.

Dated: February 9, 2017

Respectfully submitted,

HAGENS BERMAN SOBOL SHAPIRO LLP

By: */s/ Steve W. Berman*
Steve W. Berman
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Tel.: 206.623.7292
Fax: 206.623.0594
Email: steve@hbsslaw.com

Elizabeth A. Fegan
HAGENS BERMAN SOBOL SHAPIRO LLP
455 N. Cityfront Plaza Dr., Suite 2410
Chicago, IL 60611
Tel.: 708.628.4949
Fax: 708.628.4950
Email: beth@hbsslaw.com

*Settlement Class Counsel*

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that on February 9, 2017, a true and correct copy of the foregoing was filed electronically via CM/ECF, which caused notice to be sent to all counsel of record.

By: */s/ Steve W. Berman*
Steve W. Berman