# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| **IN RE: NATIONAL COLLEGIATE ATHLETIC ASSOCIATION STUDENT-ATHLETE CONCUSSION LITIGATION** | MDL NO. 2492<br><br>Master Docket No. 13-cv-09116<br><br>Judge John Z. Lee<br><br>Magistrate Judge David M. Weisman |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on February 23, 2017 at 9:00 a.m., Settlement Class Counsel shall appear before the Honorable Judge John Z. Lee in the courtroom usually occupied by him in Room 1225 of the U.S. District Court for the Northern District of Illinois, 219 S. Dearborn Street, Chicago, Illinois and then and there present the **JOINT MOTION FOR EXTENSION OF TIME TO SUBMIT SUPPLEMENTAL REPORT CONCERNING PROJECTED NOTICE EXPENSES.** You are invited to attend.

Date: February 9, 2017

Respectfully submitted,

By: _/s/ Steve W. Berman_
Steve W. Berman
*steve@hbsslaw.com*
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Tel.: 206.623.7292

Elizabeth A. Fegan
*beth@hbsslaw.com*
HAGENS BERMAN SOBOL SHAPIRO LLP
455 N. Cityfront Plaza Dr., Suite 2410
Chicago, IL 60611
Tel.: 708.628.4949

*Lead and Settlement Class Counsel and Attorneys for Derek Owens and Kyle Solomon*

010270-12 935699 V1

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that on February 9, 2017, a true and correct copy of the foregoing was filed electronically via CM/ECF, which caused notice to be sent to all counsel of record.

By: */s/ Steve W. Berman*

010270-12 935699 V1