**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **IN RE NATIONAL COLLEGIATE ATHLETIC ASSOCIATION STUDENT-ATHLETE CONCUSSION INJURY LITIGATION** | **MDL No. 2492**<br><br>Master Docket No. 1:13-cv-09116<br><br>This Documents Relates To:<br>All Cases<br><br>Judge John Z. Lee<br><br>Magistrate Judge Geraldine Soat Brown |

**NOTICE OF FILING**

To:   All Counsel of Record

**PLEASE TAKE NOTICE** that on February 15, 2017, Lead Objector Anthony Nichols, by and through his undersigned counsel, pursuant to the Court's Minute Entry dated January 27, 2017 (Dkt. 345), have caused to be filed with the Clerk through the Court's electronic filing system, the attached billing records and expense report, redacted in part, of Edelson PC.

Date:   February 15, 2017

Respectfully submitted,

**ANTHONY NICHOLS**

By: /s/ Rafey S. Balabanian
       One of his Attorneys

Jay Edelson
jedelson@edelson.com
Ari J. Scharg
ascharg@edelson.com
Benjamin S. Thomassen
bthomassen@edelson.com
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

1

Rafey S. Balabanian
rbalabanian@edelson.com
EDELSON PC
123 Townsend Street, Suite 100
San Francisco, California 94107
Tel: 415.234.5342
Fax: 415.373.9435

## **CERTIFICATE OF SERVICE**

      I, Rafey S. Balabanian, an attorney, hereby certify that on February 15, 2017, I served the above and Foregoing *Notice of Filing* by causing true and accurate copies of such paper to be filed with the Court and transmitted to all counsel of record via the Court's CM/ECF electronic filing system.

                                          /s/ Rafey S. Balabanian