**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **IN RE NATIONAL COLLEGIATE ATHLETIC ASSOCIATION STUDENT-ATHLETE CONCUSSION INJURY LITIGATION** | **MDL No. 2492**<br><br>Master Docket No. 1:13-cv-09116<br><br>This Documents Relates To:<br>All Cases<br><br>**Judge John Z. Lee**<br><br>**Magistrate Judge Geraldine Soat Brown** |

## NOTICE OF FILING

Counsel for Adrian Arrington, as directed in the January 27, 2017 Court Order (ECF No. 345) hereby gives Notice of Filing of Clifford Law Offices, P.C., detailed time report attached hereto as Exhibit A.

Date: February 15, 2017                   CLIFFORD LAW OFFICES, P.C.


/s/ Shannon M. McNulty
Shannon McNulty
120 N. LaSalle Street, 31st Floor
Chicago, Illinois 60602
312.899.9090
312.251.1160 Facsimile
SMM@cliffordlaw.com

## **CERTIFICATE OF SERVICE**

      The undersigned, an attorney, hereby certifies that on February 15, 2017, a true and correct copy of the foregoing was filed electronically via CM/ECF, which caused notice to be sent to all Counsel of Record.

                                            /s/ Shannon M. McNulty
                                            Shannon McNulty

# EXHIBIT A

| Date | Name | Position | Time Billed | Hourly Rate | Amount | Description |
|---|---|---|---|---|---|---|
|  | CLIFFORD LAW OFFICES |||||||
|  | NCAA - FOR LEGAL SERVICES RELATING TO ARRINGTON'S OBJECTIONS TO THE PROPOSED SETTLEMENT |||||||
| 7/29/2014 | Shannon M. McNulty | P | 1 | $600.00 | 600.00 | Status Hearing |
| 10/23/2014 | Shannon M. McNulty | P | 1 | $600.00 | 600.00 | Status Hearing |
| 1/29/2015 | Shannon M. McNulty | P | 1.5 | $600.00 | 900.00 | Pltfs Agreed Motion for Amended Briefing Schedule |
| 2/3/2015 | Shannon M. McNulty | P | 1 | $600.00 | 600.00 | Pltfs Nichols Renewed Motion to Appt Edelson as Lead Counsel of the PI Class |
| 2/24/2015 | Shannon M. McNulty | P | 1 | $600.00 | 600.00 | Status Hearing/Motion for Ext of Time |
| 6/18/2015 | Shannon M. McNulty | P | 3 | $600.00 | 1,800.00 | Meeting with Adrian Arrington |
| 6/25/2015 | Shannon M. McNulty | P | 1 | $600.00 | 600.00 | Phone Conference with Adrian Arrington |
| 7/20/2015 | Shannon M. McNulty | P | 2 | $600.00 | 1,200.00 | Meeting with Adrian Arrington |
| 7/24/2015 | Shannon M. McNulty | P | 2 | $600.00 | 1,200.00 | Status Hearing |
| 8/12/2015 | Shannon M. McNulty | P | 2 | $600.00 | 1,200.00 | NOM/Mtn for Leave to File/Opposition to the Proposed Settlement |
| 8/18/2015 | Shannon M. McNulty | P | 6 | $600.00 | 3,600.00 | Arrington Motion |
| 5/25/2016 | Shannon M. McNulty | P | 1.5 | $600.00 | 900.00 | Status Hearing |
| 7/14/2016 | Shannon M. McNulty | p | 1.5 | $600.00 | 900.00 | Status Hearing |
| 9/12/2016 | Shannon M. McNulty | P | 1 | $600.00 | 600.00 | Phone Conference re recent Order/email |
| | | | **25.5** | | **15,300.00** | |