**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **IN RE NATIONAL COLLEGIATE ATHLETIC ASSOCIATION STUDENT-ATHLETE CONCUSSION INJURY LITIGATION** | **MDL No. 2492**<br><br>**Master Docket No. 1:13-cv-09116**<br><br>**This Document Relates to:**<br>**All Cases**<br><br>**Judge John Z. Lee**<br><br>**Magistrate Judge Geraldine Soat Brown** |

<u>**NOTICE OF FILING**</u>

To: All Counsel of Record

**PLEASE TAKE NOTICE** that on February 16, 2017, Lead Objector Anthony Nichols, by and through his undersigned counsel, pursuant to the Court's Minute Entry dated January 27, 2017 (Dkt. 345), have caused to be filed with the Clerk through the Court's electronic filing system, the attached billing records, redacted in part, of Gordon Law Offices, Ltd.

Date: February 15, 2017                Respectfully submitted,


                            **ANTHONY NICHOLS**


                            By: /s/ Richard R. Gordon
                                One of his Attorneys

Richard R. Gordon
rrg@gordonlawchicago.com
Gordon Law Offices, Ltd.
211 W. Wacker Dr.
Suite 500
Chicago, IL 60606
(312) 332-5200

2

## CERTIFICATE OF SERVICE

    I, Richard R. Gordon, an attorney, hereby certify that on February 16, 2017, I served the above and foregoing Notice of Filing by causing true and accurate copies of such paper to be filed with the Court and transmitted to all counsel of record via the Court's CM/ECF electronic filing system.


                                    By: /s/ Richard R. Gordon