| DATE | ATTY | NARRATIVE | HOURS | RATE | TOTAL | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 10/3/13 | AXC | Review general procedural principals and choice of law in complex, multi-district and class action litigation; drafting of memo to R. Gordon re same. | 2.00 | $ 245.00 | $ 490.00 | | | | |
| 10/3/13 | AXC | Drafting memo to R. Gordon re jurisdictional choice of law, procedural and financial aspects of multi-district, complex and class action litigation. | 1.30 | $ 245.00 | $ 318.50 | | | | |
| 10/4/13 | AXC | Review procedural guidelines for multi-district litigation in preparation to supplement memo to RRG. | 2.00 | $ 245.00 | $ 490.00 | | | | |
| 10/4/13 | AXC | Preparation for memo to RRG re PL class member expenses. | 2.50 | $ 245.00 | $ 612.50 | | Hours | Rate | Total |
| 10/7/13 | AXC | Research injuries and professional/collegiate athletics in preparation for memo to RRG re neurological issues and football. | 0.50 | $ 245.00 | $ 122.50 | AXC | 59.6 | 245 | 14602 |
| 10/7/13 | AXC | Review injuries and long term implications of same; draft memo advising RRG of substantive legal issues of litigation. | 2.00 | $ 245.00 | $ 490.00 | Minye | 30.4 | 395 | 12008 |
| 10/8/13 | AXC | Review recent daily law bulletin article re concussions. | 0.10 | $ 245.00 | $ 24.50 | RKA | 2.1 | 475 | 997.5 |
| 10/8/13 | AXC | Review medical coverage on NCAA concussion claims and similar sports-related head injuries. | 3.00 | $ 245.00 | $ 735.00 | RRG | 257.4 | 575 | 148005 |
| 10/8/13 | AXC | Review scholarly/medical literature re concussion injuries. | 3.00 | $ 245.00 | $ 735.00 | | 349.5 | | 175612.5 |
| 10/9/13 | AXC | Continued review of media coverage of NCAA concussion litigation | 3.00 | $ 245.00 | $ 735.00 | | | | |
| 10/9/13 | AXC | Continued review of scholarly articles re concussion injuries. | 3.00 | $ 245.00 | $ 735.00 | | | | |
| 10/9/13 | AXC | Draft memo to RRG re scholarly articles re concussions. | 0.30 | $ 245.00 | $ 73.50 | | | | |
| 10/10/13 | AXC | Review scholarly/academic articles re CTE and other sports-related head injury issues. | 3.30 | $ 245.00 | $ 808.50 | | | | |
| 10/11/13 | AXC | Research neurologists and other health care providers prominent in head injury treatment. | 1.30 | $ 245.00 | $ 318.50 | | | | |
| 10/14/13 | AXC | Review and organize career and concussion info for plaintiffs. | 3.60 | $ 245.00 | $ 882.00 | | | | |
| 10/14/13 | AXC | Review client files re reported/unreported concussions. | 3.00 | $ 245.00 | $ 735.00 | | | | |
| 10/15/13 | AXC | Research potential for future expenses to clients related to CTE and other concussion/head injuries. | 2.30 | $ 245.00 | $ 563.50 | | | | |
| 10/15/13 | AXC | Research "fair and adequate class action settlements for memo to RRG re concussion litigation settlement. | 2.60 | $ 245.00 | $ 637.00 | | | | |
| 10/15/13 | AXC | Revise and update client career spreadsheet. | 0.30 | $ 245.00 | $ 73.50 | | | | |
| 10/16/13 | AXC | Research common damages awarded in mass tort and class actions | 2.30 | $ 245.00 | $ 563.50 | | | | |
| 10/16/13 | AXC | Review client files and update client spreadsheet list. | 2.40 | $ 245.00 | $ 588.00 | | | | |
| 10/17/13 | AXC | Research personal injury, mass tort and class action for preparing to draft client questionnaire. | 1.30 | $ 245.00 | $ 318.50 | | | | |
| 10/18/13 | AXC | Research, examination and analysis of materials related to DTI testing. | 0.50 | $ 245.00 | $ 122.50 | | | | |
| 10/18/13 | AXC | Continued drafting of client questionnaire. | 2.00 | $ 245.00 | $ 490.00 | | | | |
| 10/21/13 | AXC | Drafting and revising client questionnaire. | 3.30 | $ 245.00 | $ 808.50 | | | | |
| 10/22/13 | AXC | Continued drafting and revising of client questionnaire. | 2.00 | $ 245.00 | $ 490.00 | | | | |
| 10/22/13 | AXC | Review scholarly article re DTI testing | 1.30 | $ 245.00 | $ 318.50 | | | | |
| 10/30/13 | AXC | Preparation for investigating client complaints. | 1.00 | $ 245.00 | $ 245.00 | | | | |
| 11/1/13 | AXC | Continued drafting of client questionnaire. | 1.40 | $ 245.00 | $ 343.00 | | | | |
| 11/15/13 | AXC | Continued review of client files to investigate documentation of concussions/head injuries | 3.00 | $ 245.00 | $ 735.00 | | | | |
| 3/24/15 | Min\ye | Review voluminous NCAA discovery in preparation for drafting of discovery index; review documents 10055044-1005635; draft index re same. | 8.20 | $ 395.00 | $ 3,239.00 | | | | |
| 3/18/15 | Minye | Review voluminous NCAA discovery in preparation for drafting of discovery index; reviewed documents 10052730 - 10053503; draft index re same. | 8.90 | $ 395.00 | $ 3,515.50 | | | | |
| 3/20/15 | Minye | Review voluminous NCAA discovery in preparation for drafting of discovery index; reviewed documents 10053503 - 1005993; draft index re same. | 5.00 | $ 395.00 | $ 1,975.00 | | | | |
| 3/23/15 | Minye | Review voluminous NCAA discovery in preparation for drafting of discovery index; review documents 10053994 - 1005043; draft index re same. | 8.30 | $ 395.00 | $ 3,278.50 | | | | |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 8/7/16 | RKA | Emails to/from Frank Moore re medical records. | 0.30 | $475.00 | $142.50 |
| 8/7/16 | RKA | Internet research re Moore player data. | 0.30 | $475.00 | $142.50 |
| 8/7/16 | RKA | Draft memo to file re Moore player data. | 0.20 | $475.00 | $95.00 |
| 8/7/16 | RKA | Emails to/from Anthony Nichols re medical records. | 0.30 | $475.00 | $142.50 |
| 8/7/16 | RKA | Internet research re Nichols player data. | 0.60 | $475.00 | $285.00 |
| 8/7/16 | RKA | Draft memo to file re Nichols player data. | 0.40 | $475.00 | $190.00 |
| 9/11/13 | RRG | Review old file materials to determine viability of participation in concussion lawsuit. | 1.50 | $575.00 | $862.50 |
| 9/11/13 | RRG | Meet with potential co-counsel to discuss NCAA concussion case. | 1.50 | $575.00 | $862.50 |
| 9/11/13 | RRG | Draft email to current clients regarding concussion history. | 0.50 | $575.00 | $287.50 |
| 9/11/13 | RRG | Emails to/from co-counsel regarding litigation strategy. | 0.20 | $575.00 | $115.00 |
| 9/12/13 | RRG | Meet with co-counsel regarding partnership arrangement. | 1.00 | $575.00 | $575.00 |
| 9/13/13 | RRG | Review workers' compensation file and conduct telephone conference re representation with Frank Moore. | 0.30 | $575.00 | $172.50 |
| 9/13/13 | RRG | Review pleadings in Arrington case. | 1.00 | $575.00 | $575.00 |
| 9/13/13 | RRG | Due diligence research on co-counsel. | 1.80 | $575.00 | $1,035.00 |
| 9/16/13 | RRG | Review and revise co-counsel agreement; research, examination and analysis of applicable law and rules re same. | 1.70 | $575.00 | $977.50 |
| 9/16/13 | RRG | Meet with co-counsel; emails to/from co-counsel re Joint Prosecution Agreement. | 3.50 | $575.00 | $2,012.50 |
| 9/18/13 | RRG | Continued review and revision to co-counsel agreement. | 1.20 | $575.00 | $690.00 |
| 9/18/13 | RRG | Drafting of proposed retainer agreement. | 2.00 | $575.00 | $1,150.00 |
| 9/20/13 | RRG | Review Gale Sayers Complaint. | 1.00 | $575.00 | $575.00 |
| 9/27/13 | RRG | Examination and analysis of article: "The spectrum of disease in chronic traumatic encephalopathy". | 1.20 | $575.00 | $690.00 |
| 9/28/13 | RRG | Meet with PHPA panel lawyers to discuss medical monitoring. | 3.50 | $575.00 | $2,012.50 |
| 9/30/13 | RRG | Telephone call with Anthony Nichols; email retainer to Nichols. | 0.30 | $575.00 | $172.50 |
| 9/30/13 | RRG | Review NYSBA Journal article re concussions. | 0.60 | $575.00 | $345.00 |
| 10/1/13 | RRG | Continued drafting of correspondence to be mailed/emailed to client list re retention. | 0.30 | $575.00 | $172.50 |
| 10/1/13 | RRG | Review draft letter to NCAA counsel. | 0.20 | $575.00 | $115.00 |
| 10/7/13 | RRG | Review article: "Braun and Brains: Looking at NFL Head Injuries" | 0.40 | $575.00 | $230.00 |
| 10/8/13 | RRG | Review signed retainer agreement from Anthony Nichols. | 0.10 | $575.00 | $57.50 |
| 10/8/13 | RRG | Review article: "The Spectrum of Disease in CTE" | 1.30 | $575.00 | $747.50 |
| 10/15/13 | RRG | Review email and marketing materials from Dr. Neil Bockian. | 0.30 | $575.00 | $172.50 |
| 10/15/13 | RRG | Telephone call from co-counsel re status. | 0.30 | $575.00 | $172.50 |
| 10/15/13 | RRG | Review Arrington Complaint and related docket entries. | 4.00 | $575.00 | $2,300.00 |
| 10/15/13 | RRG | Review Motion to Certify Class in Arrington case. | 2.00 | $575.00 | $1,150.00 |
| 10/17/13 | RRG | Email to Anthony Nichols re medical treatment. | 0.10 | $575.00 | $57.50 |
| 10/17/13 | RRG | Email to Frank Moore re medical treatment. | 0.10 | $575.00 | $57.50 |
| 10/18/13 | RRG | Email from Tony Nichols re medical treatment. | 0.20 | $575.00 | $115.00 |
| 10/18/13 | RRG | Email from Frank Moore re medical treatment. | 0.10 | $575.00 | $57.50 |
| 10/18/13 | RRG | Research, examination and analysis of materials related to DTI testing. | 1.50 | $575.00 | $862.50 |
| 10/19/13 | RRG | Drafting of FAQ. | 1.10 | $575.00 | $632.50 |
| 10/19/13 | RRG | Examination and analysis of treatises on lodestar calculations and class action fee disputes. | 0.70 | $575.00 | $402.50 |
| 10/22/13 | RRG | Telephone call to Anthony Nichols re permission to proceed with case. | 0.30 | $575.00 | $172.50 |
| 10/22/13 | RRG | Review UCLA article re imaging. | 0.40 | $575.00 | $230.00 |
| 10/29/13 | RRG | Emails to/from Anthony Nichols re status. | 0.20 | $575.00 | $115.00 |
| 10/29/13 | RRG | Review proposed petition to intervene and intervening complaint for Nichols and Moore. | 1.50 | $575.00 | $862.50 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/29/13 | RRG | Review Nichols' Motion to Intervene and Intervening Complaint. | 1.00 | $575.00 | $575.00 |
| 10/29/13 | RRG | Review Berman's Response to Motion to Intervene. | 0.40 | $575.00 | $230.00 |
| 10/31/13 | RRG | Emails to/from Frank Moore re fact development. | 0.20 | $575.00 | $115.00 |
| 11/3/13 | RRG | Review League of Denial on audio book | 1.00 | $575.00 | $575.00 |
| 11/4/13 | RRG | Review League of Denial on audio book | 1.00 | $575.00 | $575.00 |
| 11/4/13 | RRG | Watch PBS special on concussions. | 1.00 | $575.00 | $575.00 |
| 11/5/13 | RRG | Review league of Denial on audio book | 2.00 | $575.00 | $1,150.00 |
| 11/9/13 | RRG | Review League of Denial on Audio Book | 1.50 | $575.00 | $862.50 |
| 11/12/13 | RRG | Review draft Edelson letter to NCAA/Berman | 0.50 | $575.00 | $287.50 |
| 11/13/13 | RRG | Draft California retainer agreements. | 0.30 | $575.00 | $172.50 |
| 11/15/13 | RRG | Draft memo to file re call center FAQ for California client referrals. | 1.00 | $575.00 | $575.00 |
| 11/15/13 | RRG | Review League of Denial on Audio Book | 3.00 | $575.00 | $1,725.00 |
| 12/3/13 | RRG | Telephone call from Frank Moore re retention. | 0.40 | $575.00 | $230.00 |
| 12/4/13 | RRG | Review NCAA Response to Petition to Intervene. | 1.00 | $575.00 | $575.00 |
| 12/4/13 | RRG | Review Edelson correspondence to NCAA. | 0.40 | $575.00 | $230.00 |
| 12/28/13 | RRG | Review MDL order. | 0.20 | $575.00 | $115.00 |
| 1/14/14 | RRG | Draft email to pending players regarding update to case. | 1.50 | $575.00 | $862.50 |
| 1/28/14 | RRG | Email from Tony Nichols re additional retention paperwork. | 0.10 | $575.00 | $57.50 |
| 1/29/14 | RRG | Email to Tony Nichols re medical treatment. | 0.20 | $575.00 | $115.00 |
| 2/6/14 | RRG | Emails to/from co-counsel re draft complaint; review draft complaint. | 1.50 | $575.00 | $862.50 |
| 2/6/14 | RRG | Meeting with Ari to discuss status. | 1.00 | $575.00 | $575.00 |
| 2/10/14 | RRG | Emails to/from co-counsel re Nichols complaint. | 0.50 | $575.00 | $287.50 |
| 2/11/14 | RRG | Review final Nichols complaint. | 1.00 | $575.00 | $575.00 |
| 2/14/14 | RRG | Co-counsel conference call re status. | 0.80 | $575.00 | $460.00 |
| 2/19/14 | RRG | Emails to/from co-counsel re status. | 0.30 | $575.00 | $172.50 |
| 2/21/14 | RRG | Draft email to Dr. Jeff Mjaanes re concussion reading list recommendations. | 0.30 | $575.00 | $172.50 |
| 2/22/14 | RRG | Emails to/from co-counsel re co-counsel meeting. | 0.10 | $575.00 | $57.50 |
| 3/6/14 | RRG | Review correspondence from co-counsel to NCAA. | 0.20 | $575.00 | $115.00 |
| 3/7/14 | RRG | Review correspondence from co-counsel sent to NCAA; review emails to/from co-counsel. | 0.70 | $575.00 | $402.50 |
| 3/12/14 | RRG | Emails to/from co-counsel re status update. | 0.10 | $575.00 | $57.50 |
| 3/14/14 | RRG | Research Sports brain in preparation for meeting | 1.50 | $575.00 | $862.50 |
| 3/18/14 | RRG | Meeting with Sports Brain to discuss testing methodologies. | 3.00 | $575.00 | $1,725.00 |
| 3/21/14 | RRG | Telephone call from co-counsel re status update; emails to/from co-counsel re same. | 0.20 | $575.00 | $115.00 |
| 3/21/14 | RRG | Review Nichols'' Response to Berman Motion for Extension of Time | 0.30 | $575.00 | $172.50 |
| 3/24/14 | RRG | Emails to/from co-counsel re discovery issues. | 0.50 | $575.00 | $287.50 |
| 3/24/14 | RRG | Examination and analysis of HIPPA issues in light of potential settlement impediments. | 0.30 | $575.00 | $172.50 |
| 3/25/14 | RRG | Conference call with co-counsel re status. | 0.30 | $575.00 | $172.50 |
| 3/25/14 | RRG | Review NCAA Motion to Dismiss Onyshoko claim. | 0.50 | $575.00 | $287.50 |
| 3/25/14 | RRG | Review file materials in preparation for drafting of memo re discovery issues; draft memo. | 3.50 | $575.00 | $2,012.50 |
| 3/26/14 | RRG | Continued drafting of memorandum re discovery and claims process. | 5.50 | $575.00 | $3,162.50 |
| 3/26/14 | RRG | Meet with DNC to discuss discovery/litigation memo. | 1.50 | $575.00 | $862.50 |
| 3/26/14 | RRG | Research, examination and analysis of VICP and related documentation in preparation for drafting of VICP-like proposal. | 1.80 | $575.00 | $1,035.00 |
| 3/26/14 | RRG | Continued drafting of proposal | 1.30 | $575.00 | $747.50 |
| 3/27/14 | RRG | Continued drafting of memorandum re discovery and claims process. | 3.75 | $575.00 | $2,156.25 |
| 3/28/14 | RRG | Conference call with co0counsel re discovery proposals | 0.50 | $575.00 | $287.50 |
| 5/1/14 | RRG | Telephone call with co-counsel re status. | 0.40 | $575.00 | $230.00 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 5/8/14 | RRG | Telephone call with Ari re status | 0.40 | $575.00 | $230.00 |
| 5/8/14 | RRG | telephone conference with co-counsel re status; emails to/from co-counsel re same. | 0.70 | $575.00 | $402.50 |
| 5/9/14 | RRG | Emails to/from co-counsel re motion to appoint Edelson as lead counsel for PI claims. | 0.20 | $575.00 | $115.00 |
| 5/10/14 | RRG | Review Nichols' Motion to Appoint Edelson Lead Counsel. | 1.00 | $575.00 | $575.00 |
| 5/12/14 | RRG | Emails to/from co-counsel re status update re mediation. | 0.30 | $575.00 | $172.50 |
| 5/15/14 | RRG | Review Berman's Response to Nichols' Motion to Intervene. | 0.30 | $575.00 | $172.50 |
| 5/15/14 | RRG | Review Nichols' Response to Motion to Stay. | 0.30 | $575.00 | $172.50 |
| 6/13/14 | RRG | Examination and analysis of article suggested by Dr. Mjaanes: "Long-term effects of mild traumatic brain injury on cognitive performance" | 1.30 | $575.00 | $747.50 |
| 6/13/14 | RRG | Examination and analysis of article suggested by Dr. Mjaanes: "long-term consequences of repetitive brain trauma: chronic traumatic encephalopathy." | 1.10 | $575.00 | $632.50 |
| 6/18/14 | RRG | Examination and analysis of article suggested by Dr. Mjaanes: "Recurrent concussion and risk of depression in retired professional football players." | 0.90 | $575.00 | $517.50 |
| 6/27/14 | RRG | Examination and analysis of article suggested by Dr. Mjaanes: "NFL Player Care Foundation study of retired NFL players." | 1.50 | $575.00 | $862.50 |
| 6/27/14 | RRG | Examination and analysis of article suggested by Dr. Mjaanes: "Association between recurrent concussion and late-life cognitive impairment in retired professional football players" | 0.70 | $575.00 | $402.50 |
| 6/30/14 | RRG | Examination and analysis of article suggested by Dr. Mjaanes: "CTE: a potential late effect of sport-related concussive and sub-concussive head trauma." | 0.50 | $575.00 | $287.50 |
| 7/3/14 | RRG | Emails to/from John Eichler re referral to Naperville neurologist Dr. Robert Richardson for potential expert retention. | 0.20 | $575.00 | $115.00 |
| 7/19/14 | RRG | Email from Dr. Jeff Mjaanes re potential neurologist retention; research CV's of recommended neurologists. | 1.20 | $575.00 | $690.00 |
| 7/30/14 | RRG | Review Plaintiff's Motion to Approve Settlement. | 2.25 | $575.00 | $1,293.75 |
| 7/30/14 | RRG | Review plaintiff's proposed Settlement Agreement | 3.25 | $575.00 | $1,868.75 |
| 8/10/14 | RRG | Review Berman's Supplemental Motion re class approval. | 0.50 | $575.00 | $287.50 |
| 8/15/14 | RRG | Review NCAA brief re 23(b)(1) and 23(b)(2) | 2.75 | $575.00 | $1,582.40 |
| 8/22/14 | RRG | Review draft Nichols' Response to Plaintiff's Motion for Preliminary Approval of Class Settlement. | 0.90 | $575.00 | $517.50 |
| 8/26/14 | RRG | Review email from co-counsel regarding additional clients referred from Ginocchio and Diaz. | 0.30 | $575.00 | $172.50 |
| 8/27/14 | RRG | Meet with co-counsel to discuss status. | 2.00 | $575.00 | $1,150.00 |
| 9/7/14 | RRG | Examination and analysis of Berman/Siprut Motion for Notice Approval Plan. | 0.50 | $575.00 | $287.50 |
| 9/9/14 | RRG | Emails to/from Ari re medical bill questions. | 0.10 | $575.00 | $57.50 |
| 9/9/14 | RRG | Review Berman Reply to Motion to Approve Settlement Agreement | 1.20 | $575.00 | $690.00 |
| 9/9/14 | RRG | Review Berman Motion for Notice Approval | 0.50 | $575.00 | $287.50 |
| 9/10/14 | RRG | Examination and analysis of Siprut's and Berman's Reply in Support of Motion for Preliminary Approval and Response to Nichols' Opposition. | 1.30 | $575.00 | $747.50 |
| 9/10/14 | RRG | Draft email correspondence to NCAA clients re medical bills and treatment history. | 0.50 | $575.00 | $287.50 |
| 9/10/14 | RRG | Emails to/from John Lorentz re whether line of duty testing/treatment is paid by players. | 0.20 | $575.00 | $115.00 |
| 9/11/14 | RRG | Conference call with Ari to discuss medical bills/treatment research. | 0.20 | $575.00 | $115.00 |
| 9/14/14 | RRG | Emails from/to Anthony Nichols re medical bills and treatment; draft memorandum to file re same. | 0.10 | $575.00 | $57.50 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 9/14/14 | RRG | Email from Anthony Nichols re medical treater information. | 0.10 | $ 575.00 | $ 57.50 |
| 9/16/14 | RRG | Draft email to clients that have not yet responded to previous request for medical bill/treatment information. | 0.20 | $ 575.00 | $ 115.00 |
| 9/16/14 | RRG | Draft email to client list re medical treater information. | 2.00 | $ 575.00 | $ 1,150.00 |
| 9/17/14 | RRG | Meeting with Chris Ginocchio to discuss status of case. | 1.00 | $ 575.00 | $ 575.00 |
| 9/19/14 | RRG | Emails to/from Ari re 9.19 hearing on Motion for Preliminary Approval; hearing continued. | 0.10 | $ 575.00 | $ 57.50 |
| 9/19/14 | RRG | Attend status hearing | 1.00 | $ 575.00 | $ 575.00 |
| 9/24/14 | RRG | Telephone conference with Jay Edelson re status. | 0.20 | $ 575.00 | $ 115.00 |
| 10/15/14 | RRG | Telephone call from co-counsel re status update. | 0.20 | $ 575.00 | $ 115.00 |
| 10/16/14 | RRG | Conference call with Ari to discuss status. | 0.20 | $ 575.00 | $ 115.00 |
| 10/23/14 | RRG | Examination and analysis of Siprut/Berman's Amended Settlement Agreement. | 1.50 | $ 575.00 | $ 862.50 |
| 10/23/14 | RRG | Attend hearing on Motion for Preliminary Approval. Motion entered and continued. | 3.00 | $ 575.00 | $ 1,725.00 |
| 10/23/14 | RRG | Attend hearing on Motion for Preliminary Approval. | 2.75 | $ 575.00 | $ 1,581.25 |
| 10/24/14 | RRG | Emails to/from Dwight Jefferson re additional objections. | 0.20 | $ 575.00 | $ 115.00 |
| 10/26/14 | RRG | Emails to/from Dwight Jefferson re new concussion lawsuits. | 0.20 | $ 575.00 | $ 115.00 |
| 10/29/14 | RRG | Review Keller v. EA Sports decision. | 0.30 | $ 575.00 | $ 172.50 |
| 10/30/14 | RRG | Emails to Ari re status; conference call with Ari/Jay re same. | 0.50 | $ 575.00 | $ 287.50 |
| 10/31/14 | RRG | Review article re Dwight Jefferson filing suit in NCAA case. | 0.20 | $ 575.00 | $ 115.00 |
| 10/31/14 | RRG | Review article re new NCAA concussion filing by Texas attorney. | 0.20 | $ 575.00 | $ 115.00 |
| 11/3/14 | RRG | Examination and analysis of Keller v. EA decision and Berman's Notice of Submission of that case. | 0.80 | $ 575.00 | $ 460.00 |
| 11/3/14 | RRG | Examination and analysis of Julius Whittier's Objection to Motion for Preliminary Approval. | 0.30 | $ 575.00 | $ 172.50 |
| 11/10/14 | RRG | Examination and analysis of published article "Head Injuries and Parkinson's Disease in a Case-Control Study". | 1.00 | $ 575.00 | $ 575.00 |
| 11/10/14 | RRG | Examination and analysis of Berman's Motion to Add Non-Contact Sports Plaintiffs and Class Representatives. | 0.50 | $ 575.00 | $ 287.50 |
| 11/10/14 | RRG | Email to Frank Moore re medical treatment and bills. | 0.10 | $ 575.00 | $ 57.50 |
| 11/10/14 | RRG | Review Berman/s Motion to Add non-Contact Sports | 0.70 | $ 575.00 | $ 402.50 |
| 11/18/14 | RRG | Review NCAA motion re adequacy of class. | 1.10 | $ 575.00 | $ 632.50 |
| 11/18/14 | RRG | Attend hearing on motion for new class representatives. | 1.00 | $ 575.00 | $ 575.00 |
| 11/20/14 | RRG | Telephone call from co-counsel re update on status; emails to/from co-counsel re same. | 0.30 | $ 575.00 | $ 172.50 |
| 12/17/14 | RRG | Emails to/from co-counsel re status and Judge Lee's denial of preliminary approval of settlement agreement. | 0.20 | $ 575.00 | $ 115.00 |
| 12/17/14 | RRG | Review Judge Lee's Memorandum denying class settlement. | 1.00 | $ 575.00 | $ 575.00 |
| 12/19/14 | RRG | Telephone call with co-counsel regarding status of settlement. | 0.50 | $ 575.00 | $ 287.50 |
| 12/19/14 | RRG | Review Berman's renewed motion to add non-contact plaintiffs. | 1.50 | $ 575.00 | $ 862.50 |
| 12/19/14 | RRG | Attend hearing on status | 1.50 | $ 575.00 | $ 862.50 |
| 1/7/15 | RRG | Review Third Amended Complaint by Arrington | 1.20 | $ 575.00 | $ 690.00 |
| 1/14/15 | RRG | Review recently filed lawsuit against IHSA. | 1.00 | $ 575.00 | $ 575.00 |
| 1/14/15 | RRG | Review Dwight Jefferson motion for additional class counsel. | 0.30 | $ 575.00 | $ 172.50 |
| 1/26/15 | RRG | Review Plaintiff Nichols' Renewed Motion to Appoint Jay Edelson as Lead Counsel of the Personal Injury Class; emails to/from co-counsel re same. | 0.40 | $ 575.00 | $ 230.00 |
| 1/26/15 | RRG | Review filing note of Motion to Appoint Edelson as class counsel. | 0.10 | $ 575.00 | $ 57.50 |
| 1/28/15 | RRG | Review NCAA Answer and Affirmative Defenses to Amended Complaint. | 3.25 | $ 575.00 | $ 1,868.75 |
| 2/3/15 | RRG | Attend hearing on presentment of Plaintiff Nichols' Renewed Motion to Appoint Jay Edelson as Lead Counsel of the Personal Injury Class. | 1.70 | $ 575.00 | $ 977.50 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 2/10/15 | RRG | Review Berman Response to Edelson Renewed Motion for Lead Counsel. | 1.20 | $ 575.00 | $ 690.00 |
| 2/17/15 | RRG | Review Edelson Reply to Motion to Appoint Edelson lead counsel. | 0.60 | $ 575.00 | $ 345.00 |
| 2/23/15 | RRG | Review Joint Feasibility report filed by Plaintiffs. | 0.70 | $ 575.00 | $ 402.50 |
| 3/4/15 | RRG | Emails to/from Jay and Ari re Judge Anderson settlement discussions. | 0.30 | $ 575.00 | $ 172.50 |
| 3/5/15 | RRG | Review Article - Sports Concussion, Time for a Culture Change; email to Jay and Ari re same and relationship to settlement. | 0.50 | $ 575.00 | $ 287.50 |
| 3/6/15 | RRG | Email from Jay re conversations with Berman. | 0.10 | $ 575.00 | $ 57.50 |
| 3/6/15 | RRG | Emails to/from Jay/Ari re discovery review. | 0.20 | $ 575.00 | $ 115.00 |
| 3/9/15 | RRG | Emails to/from Ari re discovery review. | 0.10 | $ 575.00 | $ 57.50 |
| 3/9/15 | RRG | Emails to/from Ari re loadstar. | 0.10 | $ 575.00 | $ 57.50 |
| 3/10/15 | RRG | Emails to/from Jay/Ari re loadstar. | 0.20 | $ 575.00 | $ 115.00 |
| 3/10/15 | RRG | Telephone conference with Ari/Jay re status. | 0.40 | $ 575.00 | $ 230.00 |
| 3/11/15 | RRG | Emails to/from Ari re loadstar. | 0.20 | $ 575.00 | $ 115.00 |
| 3/18/15 | RRG | Meting with Associate re assignment to review voluminous NCAA discovery in preparation for drafting of discovery index; assist associate in review of documents 10052730 - 10053503; review draft index re same. | 2.30 | $ 575.00 | $ 1,322.50 |
| 3/20/15 | RRG | Meeting with Associate re discovery review assignment; assist associate in review of documents 10053503 - 10059930; review draft index re same. | 1.20 | $ 575.00 | $ 690.00 |
| 3/21/15 | RRG | Emails to/from Jay/Ari re assignment to draft memo re settlement agreement injunctive terms. | 0.50 | $ 575.00 | $ 287.50 |
| 3/23/15 | RRG | Examination and analysis of pleadings re preliminary settlement approval in preparation for drafting of memorandum re injunctive terms of agreement v. changes already implemented and in place in NCAA. | 1.80 | $ 575.00 | $ 1,035.00 |
| 3/23/15 | RRG | Examination and analysis of NCAA materials in preparation for drafting of memorandum re injunctive terms of agreement v. changes already implemented and in place in NCAA. | 2.30 | $ 575.00 | $ 1,322.50 |
| 3/23/15 | RRG | Conference call with Ari re memo re injunctive terms. | 0.20 | $ 575.00 | $ 115.00 |
| 3/23/15 | RRG | Emails to/from Ari re memo re injunctive terms. | 0.40 | $ 575.00 | $ 230.00 |
| 3/23/15 | RRG | Draft memo to Ari/Jay re injunctive terms of agreement v. changes already implemented and in place. | 4.50 | $ 575.00 | $ 2,587.50 |
| 3/23/15 | RRG | Meeting with associate re discovery review assignment; assist associate in review of documents 10053994 - 1005043; review draft index re same. | 1.60 | $ 575.00 | $ 920.00 |
| 3/24/15 | RRG | Meeting with associate re discovery review assignment; assist associate in review of documents 10055044-10056357; review draft index re same. | 1.20 | $ 575.00 | $ 690.00 |
| 3/26/15 | RRG | Emails to/from Ari/Jay re discovery review. | 0.30 | $ 575.00 | $ 172.50 |
| 4/6/15 | RRG | Emails to/from Jay/Ari re status of settlement negotiations. | 0.20 | $ 575.00 | $ 115.00 |
| 4/15/15 | RRG | Emails to/from Jay re new settlement agreement impact on injunctive relief as compared to old agreement. | 0.30 | $ 575.00 | $ 172.50 |
| 4/16/15 | RRG | Review amended settlement agreement re injunctive relief. | 2.30 | $ 575.00 | $ 1,322.50 |
| 4/16/15 | RRG | Emails to/from Jay re amended settlement agreement injunctive relief terms. | 1.00 | $ 575.00 | $ 575.00 |
| 4/16/15 | RRG | Emails to/from Ari re status. | 0.30 | $ 575.00 | $ 172.50 |
| 4/22/15 | RRG | Review Brody decision in NFL case and examination and analysis of how that might apply to approval/non-approval of NCAA case. | 1.50 | $ 575.00 | $ 862.50 |
| 5/7/15 | RRG | Review draft opposition brief to preliminary approval; emails to/from Ari re same. | 1.30 | $ 575.00 | $ 747.50 |
| 5/8/15 | RRG | Telephone call from Jay re status. | 0.10 | $ 575.00 | $ 57.50 |
| 5/14/15 | RRG | Telephone conference with Jay/Ari re status. | 0.40 | $ 575.00 | $ 230.00 |
| 5/18/15 | RRG | Telephone conference with Ari re status; emails to/from Ari re same. | 0.50 | $ 575.00 | $ 287.50 |
| 5/22/15 | RRG | Emails to/from Ari re discovery. | 0.20 | $ 575.00 | $ 115.00 |
| 6/1/15 | RRG | Email to Ari re status of reply brief. | 0.10 | $ 575.00 | $ 57.50 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 6/10/15 | RRG | Email from Ari re status of NCAA case and Arrington dismissal of counsel. | 0.50 | $ 575.00 | $ 287.50 |
| 6/16/15 | RRG | Emails to/from Ari re status update; telephone call re same. | 0.80 | $ 575.00 | $ 460.00 |
| 6/17/15 | RRG | Telephone call to Anthony Nichols re status. | 0.10 | $ 575.00 | $ 57.50 |
| 6/18/15 | RRG | Telephone call to Anthony Nichols re status. | 0.70 | $ 575.00 | $ 402.50 |
| 7/1/15 | RRG | Email to Ari re status. | 0.10 | $ 575.00 | $ 57.50 |
| 7/17/15 | RRG | Review objection to motion to approve amended class settlement. | 1.80 | $ 575.00 | $ 1,035.00 |
| 8/6/15 | RRG | Review file materials re client information re medical care; draft spreadsheet re same. | 3.50 | $ 575.00 | $ 2,012.50 |
| 8/14/15 | RRG | Call to Sharg. | 0.30 | $ 575.00 | $ 172.50 |
| 8/16/15 | RRG | Emails to/from Sharg. | 0.20 | $ 575.00 | $ 115.00 |
| 8/17/15 | RRG | Call with Sharg. | 0.40 | $ 575.00 | $ 230.00 |
| 9/14/15 | RRG | Review Plaintiffs Response to Nichols Objections. | 1.00 | $ 575.00 | $ 575.00 |
| 9/14/15 | RRG | Review NCAA Response to Nichols' Objections. | 2.50 | $ 575.00 | $ 1,437.50 |
| 9/16/15 | RRG | Email to Sharg. | 0.10 | $ 575.00 | $ 57.50 |
| 9/22/15 | RRG | Review Nichols' Response to NCAA ex parte letter. | 0.40 | $ 575.00 | $ 230.00 |
| 9/25/15 | RRG | Review Order. | 0.10 | $ 575.00 | $ 57.50 |
| 9/29/15 | RRG | Emails to/from Sharg re status. | 0.20 | $ 575.00 | $ 115.00 |
| 9/30/15 | RRG | Telephone call with Sharg re status. | 0.30 | $ 575.00 | $ 172.50 |
| 10/12/15 | RRG | Review Reply to Objection to Motion for Preliminary Approval. | 3.00 | $ 575.00 | $ 1,725.00 |
| 10/29/15 | RRG | Meet with Dr. Rotstein to discuss NCAA medical monitoring | 1.00 | $ 575.00 | $ 575.00 |
| 10/30/15 | RRG | Meet with Dr. Waxman to discuss NCAA medical monitoring. | 1.00 | $ 575.00 | $ 575.00 |
| 11/3/15 | RRG | Email to Sharg. | 0.10 | $ 575.00 | $ 57.50 |
| 11/16/15 | RRG | Preparation for PHPA panel meetings. | 2.00 | $ 575.00 | $ 1,150.00 |
| 11/16/15 | RRG | Review Response to Objection to Proposed Settlement. | 1.70 | $ 575.00 | $ 977.50 |
| 11/16/15 | RRG | Email to Sharg. | 0.10 | $ 575.00 | $ 57.50 |
| 11/20/15 | RRG | Meet with sports lawyers from across country at PHPA panel meeting and dis | 2.00 | $ 575.00 | $ 1,150.00 |
| 11/21/15 | RRG | Meet with sports lawyers from across country at PHPA panel meeting and dis | 1.20 | $ 575.00 | $ 690.00 |
| 11/22/15 | RRG | Emails to/from Sharg. | 0.10 | $ 575.00 | $ 57.50 |
| 11/23/15 | RRG | Telephone call with Dr. Rick Stern re NCAA medical monitoring. | 0.40 | $ 575.00 | $ 230.00 |
| 11/23/15 | RRG | Telephone call with Larry Landon re NCAA medical monitoring. | 0.30 | $ 575.00 | $ 172.50 |
| 11/24/15 | RRG | Meet wit Dr. Neil Allen re NCAA medical monitoring | 0.70 | $ 575.00 | $ 402.50 |
| 12/3/15 | RRG | Meet with AFL player union and discuss NCAA medical monitoring case | 2.50 | $ 575.00 | $ 1,437.50 |
| 12/14/15 | RRG | Emails to/from Ari re status. | 0.20 | $ 575.00 | $ 115.00 |
| 12/14/15 | RRG | Meeting with Kevin Magnuson re NCAA medical monitoring. | 1.40 | $ 575.00 | $ 805.00 |
| 1/7/16 | RRG | Emails to/from Sharg. | 0.10 | $ 575.00 | $ 57.50 |
| 1/8/16 | RRG | Emails to/fro Sharg. | 0.20 | $ 575.00 | $ 115.00 |
| 1/8/16 | RRG | Telephone conference with Sharg. | 0.30 | $ 575.00 | $ 172.50 |
| 1/11/16 | RRG | Meeting with Ned Erlich to discuss NCAA medical monitoring. | 1.50 | $ 575.00 | $ 862.50 |
| 1/26/16 | RRG | Review Order. | 0.20 | $ 575.00 | $ 115.00 |
| 1/26/16 | RRG | Review memorandum Opinion and Order. | 2.50 | $ 575.00 | $ 1,437.50 |
| 1/26/16 | RRG | Emails to/from Sharg. | 0.30 | $ 575.00 | $ 172.50 |
| 1/26/16 | RRG | Meeting with Dr. Sherman to discuss NCAA medical monitoring. | 0.50 | $ 575.00 | $ 287.50 |
| 1/27/16 | RRG | Meeting with Steve Zaremka to discuss NCAA medical monitoring. | 1.00 | $ 575.00 | $ 575.00 |
| 2/1/16 | RRG | Emails to/from Sharg | 0.10 | $ 575.00 | $ 57.50 |
| 2/1/16 | RRG | Telephone conference with Sharg. | 0.30 | $ 575.00 | $ 172.50 |
| 2/2/16 | RRG | Meet with Dr. Josh Alpert to discuss NCAA medical monitoring. | 1.00 | $ 575.00 | $ 575.00 |
| 2/4/16 | RRG | Meeting with Cliff Stein to discuss NCAA medical monitoring. | 0.30 | $ 575.00 | $ 172.50 |
| 2/4/16 | RRG | Meeting with Dr. Metrick to discuss NCAA medical monitoring. | 0.50 | $ 575.00 | $ 287.50 |
| 2/16/16 | RRG | Meet with Dr. Steven Rothke to discuss NCAA medical monitoring. | 1.20 | $ 575.00 | $ 690.00 |
| 2/17/16 | RRG | Review articles from Dr. Rothke. | 3.00 | $ 575.00 | $ 1,725.00 |
| 2/29/16 | RRG | Telephone call with Ivan Soto re NCAA re medical monitoring. | 0.50 | $ 575.00 | $ 287.50 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 3/3/16 | RRG | Review Order. | 0.10 | $575.00 | $57.50 |
| 3/3/16 | RRG | NCAA status hearing. | 1.00 | $575.00 | $575.00 |
| 3/7/16 | RRG | Review ABA concussion article. | 1.40 | $575.00 | $805.00 |
| 3/7/16 | RRG | Review Post Gazette concussion article. | 0.40 | $575.00 | $230.00 |
| 3/29/16 | RRG | Review blood testing article. | 0.80 | $575.00 | $460.00 |
| 4/5/16 | RRG | Review Order. | 0.10 | $575.00 | $57.50 |
| 4/12/16 | RRG | Review NY Times concussion article from 3/31/16 | 0.60 | $575.00 | $345.00 |
| 4/12/16 | RRG | Review NHL concussion article from 3/30/16 Washington Post. | 0.20 | $575.00 | $115.00 |
| 4/20/16 | RRG | Emails to/from Ari re status. | 0.10 | $575.00 | $57.50 |
| 4/28/16 | RRG | Telephone call with Matt Zieba re medical monitoring. | 0.40 | $575.00 | $230.00 |
| 5/2/16 | RRG | Preparation for NFL player union meetings. | 1.00 | $575.00 | $575.00 |
| 5/4/16 | RRG | Emails to/from Ari re status. | 0.10 | $575.00 | $57.50 |
| 5/5/16 | RRG | Meet with sports lawyers from across country at NFLPA panel meeting and di | 1.10 | $575.00 | $632.50 |
| 5/5/16 | RRG | Emails to/from Ari re status. | 0.10 | $575.00 | $57.50 |
| 5/6/16 | RRG | Meet with sports lawyers from across country at NFLPA panel meeting and di | 2.70 | $575.00 | $1,552.50 |
| 5/20/16 | RRG | Review Motion for Settlement. | 2.00 | $575.00 | $1,150.00 |
| 5/24/16 | RRG | Review Nichols Response to Motion for Preliminary Approval. | 0.50 | $575.00 | $287.50 |
| 5/24/16 | RRG | Emails to/from Sharg re Nichols and status hearing. | 0.30 | $575.00 | $172.50 |
| 5/24/16 | RRG | Review Law360 article on NCAA status. | 0.30 | $575.00 | $172.50 |
| 5/25/16 | RRG | Review Order. | 0.20 | $575.00 | $115.00 |
| 5/25/16 | RRG | Attend status hearing. | 1.00 | $575.00 | $575.00 |
| 5/25/16 | RRG | Nichols telephone call. | 0.70 | $575.00 | $402.50 |
| 5/25/16 | RRG | Telephone call from Sharg re Nichols call. | 0.20 | $575.00 | $115.00 |
| 5/25/16 | RRG | Emails to/from Sharg re Nichols meeting. | 1.00 | $575.00 | $575.00 |
| 5/26/16 | RRG | Emails to/from Edelson re Nichols meeting. | 0.30 | $575.00 | $172.50 |
| 5/26/16 | RRG | Nichols conference call. | 0.60 | $575.00 | $345.00 |
| 5/26/16 | RRG | Emails to/from Anthony Nichols. | 0.40 | $575.00 | $230.00 |
| 6/1/16 | RRG | Review Stephen Peat CTE article in NY Times. | 1.00 | $575.00 | $575.00 |
| 6/7/16 | RRG | Meet with Dr. Tony Fletcher re NCAA medical monitoring. | 1.00 | $575.00 | $575.00 |
| 7/15/16 | RRG | Review Memorandum Opinion and Order. | 1.20 | $575.00 | $690.00 |
| 7/15/16 | RRG | Review Preliminary Approval Order. | 1.00 | $575.00 | $575.00 |
| 7/18/16 | RRG | Email from Sharg re status update. | 0.10 | $575.00 | $57.50 |
| 7/28/16 | RRG | Email to Sharg re status update. | 0.10 | $575.00 | $57.50 |
| 7/28/16 | RRG | Meet with Dr. Neil Bockian re medical monitoring. | 1.30 | $575.00 | $747.50 |
| 8/2/16 | RRG | Conference call with Sharg re status update. | 0.30 | $575.00 | $172.50 |
| 8/2/16 | RRG | Email to Sharg re status update. | 0.10 | $575.00 | $57.50 |
| 8/19/16 | RRG | Review Motion to Reassign Case. | 0.30 | $575.00 | $172.50 |
| 8/19/16 | RRG | Meet with Dave Reavy to discuss NCAA medical monitoring. | 1.00 | $575.00 | $575.00 |
| 8/23/16 | RRG | Review Order. | 0.10 | $575.00 | $57.50 |
| 8/30/16 | RRG | Email to Sharg re Nichols. | 0.20 | $575.00 | $115.00 |
| 8/30/16 | RRG | Emails to/from Anthony Nichols. | 0.30 | $575.00 | $172.50 |
| 9/8/16 | RRG | Review Case Management Order No. 4 | 1.00 | $575.00 | $575.00 |
| 9/12/16 | RRG | Preparation for PHPA panel meetings. | 2.30 | $575.00 | $1,322.50 |
| 9/12/16 | RRG | Review Order. | 0.10 | $575.00 | $57.50 |
| 9/14/16 | RRG | Meet with sports lawyers from across country at PHPA panel meeting and dis | 3.00 | $575.00 | $1,725.00 |
| 9/28/16 | RRG | Meet with Chicago Bears players at Halas Hall and discuss NCAA medical mon | 2.50 | $575.00 | $1,437.50 |
| 10/12/16 | RRG | Review Order. | 0.20 | $575.00 | $115.00 |
| 10/19/16 | RRG | Email Sharg for status update. | 0.10 | $575.00 | $57.50 |
| 10/20/16 | RRG | Review Status Report on Notice. | 0.50 | $575.00 | $287.50 |
| 11/11/16 | RRG | Email Sharg for status update. | 0.10 | $575.00 | $57.50 |
| 11/28/16 | RRG | Review Motion to Pay Settlement Expenses. | 0.20 | $575.00 | $115.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/29/16 | RRG | Review Order. | 0.10 | $ 575.00 | $ 57.50 |
| 11/30/16 | RRG | Review Order. | 0.30 | $ 575.00 | $ 172.50 |
| 12/3/16 | RRG | Review Law360 article about NCAA case. | 0.30 | $ 575.00 | $ 172.50 |
| 12/3/16 | RRG | Email Sharg re law360 article. | 0.10 | $ 575.00 | $ 57.50 |
| 12/5/16 | RRG | Emails to/from Sharg. | 0.20 | $ 575.00 | $ 115.00 |
| 12/7/16 | RRG | Emails to/from Sharg. | 0.10 | $ 575.00 | $ 57.50 |
| 12/7/16 | RRG | Meet with Sharg. | 1.00 | $ 575.00 | $ 575.00 |
| 12/13/16 | RRG | Review Order. | 0.10 | $ 575.00 | $ 57.50 |
| 12/19/16 | RRG | Review Order. | 0.10 | $ 575.00 | $ 57.50 |
| 12/23/16 | RRG | Review Response to Order Requesting Additional Detail in Support of Settlem | 0.50 | $ 575.00 | $ 287.50 |
| 12/27/16 | RRG | Review Order. | 0.10 | $ 575.00 | $ 57.50 |
| 12/27/16 | RRG | Review Florida A&M Motion to Quash. | 0.20 | $ 575.00 | $ 115.00 |
| | | | | | |
| **TOTALS** | | | **349.50** | | **$ 175,613.65** |