IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL COLLEGIATE ATHLETIC ASSOCIATION STUDENT-ATHLETE CONCUSSION INJURY LITIGATION | MDL No. 2492<br>Master Docket No. 1:13-cv-09116<br>Judge John Z. Lee |

### DECLARATION OF CAROL CRAWFORD IN SUPPORT OF MOTION FOR FEES AND EXPENSES

I, Carol Crawford, declare as follows:

1. I am a paralegal at McIlwain, LLC, who represent Plaintiffs Chris Walker, Ben Martin and Dan Ahern ("*Walker* Class Representatives") in the above-entitled action. I am submitting this declaration in support of Timothy J. McIlwain, Esquire's application for an award of attorneys' fees and expenses in connection with services rendered in the above-entitled action.

2. On January 13, 2017, I finalizing Attorney McIlwain's motion for attorney fees and expenses to be filed electronically. However, I had a problem logging into Attorney McIlwain's Illinois ECF account and needed to call the ECF help desk the next business day, which was the day after Martin Luther King, Jr. day.

3. When I realized that I could not log into Attorney McIlwain's Illinois ECF account and the ECF help desk was closed, I the promptly called Attorney

McIlwain to find out if he had another way of filing the application on January 13, 2017.

4. Unfortunately, Attorney McIlwain was unreachable because he was at a winery in Montalcino, Italy.

5. We were ready, willing, but unable to file the motion for attorney fees on January 13, 2017 due to the login problem, which was going to be the first time we needed to file anything through the ECF in this matter.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this February 2, 2017

_____
Carol Crawford
Paralegal for Timothy J. McIlwain, Esq.