## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| **IN RE NATIONAL COLLEGIATE ATHLETIC ASSOCIATION STUDENT-ATHLETE CONCUSSION INJURY LITIGATION** | **MDL No. 2492**<br><br>**Master Docket No. 1:13-cv-09116**<br><br>**John Z. Lee**<br><br>**Magistrate Judge Geraldine Soat Brown** |

### NOTICE OF FILING

To:     All Counsel of Record

**PLEASE TAKE NOTICE** that on February 22, 2017, Objector Julius Whittier, by and through his undersigned counsel, pursuant to the Court's Minute Entry dated January 27, 2017 (Dkt. 345), has caused to be filed with the Clerk through the Court's electronic filing system, the attached billing records of Coats Rose, P.C.

Date:  February 22, 2017.

Respectfully submitted,

**MILDRED WHITTIER, AS NEXT FRIEND AND ATTORNEY IN FACT FOR JULIUS WHITTIER**

By: */s/ Dwight E. Jefferson*
            Attorney
            Dwight E. Jefferson
            State Bar No. 10605600
            djefferson@coatsrose.com

OF COUNSEL:
COATS ROSE, P.C.
9 Greenway Plaza, Suite 1100
Houston, Texas 77046-0307
Telephone: (713) 651-0111
Facsimile:  (713) 651-0220

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was filed electronically via CM/ECF, which caused notice to be sent to all counsel of record on this 22nd day of February, 2017.

*/s/ Dwight E. Jefferson*
Dwight E. Jefferson

013317.000001\4847-9467-9107.v1