```
BIM300T                                    COATS | ROSE                         BIM RUN# ... 0020952        Page .........: 1
Date .........: 2/20/17                BILLING INFORMATION MEMO                                            Time .....: 13:46:51

Requ.Attorney.: 1048 DWIGHT E. JEFFERSON      13317 000 MILDRED E. WHITTIER, a/n/f FOR JULIUS E. BIM#:              20327138
N Orig Attorney: 1048 DWIGHT E. JEFFERSON                IN RE: NCAA STUDENT ATHLETE CONCUSSION Time: 0/00/0000 11/30/2016
N Bill Attorney: 1048 DWIGHT E. JEFFERSON                Opened Date...: 10/14/2014            Cost: 0/00/0000 11/30/2016
N Rsp Attorney: 9999 FIRM                                CONTINGENT-CIVIL/COMM LITIGATION-DEFEN  Time by Prd/Year:
N Rept Attorney: 9999 FIRM           Monthly                                                    Cost by Prd/Year: N
N Othr Attorney: 9999 FIRM           XML01
```

MILDRED E. WHITTIER, a/n/f FOR JULIUS E.                          INJURY LITIGATION
612 NORTH MANUS                                                   ***CONTINGENCY***
DALLAS, TX 75224

Billing Notes

T I M E

| Date - | Wkng Atty | Task | Actv Code | Description | Billable Hours | Rate | Value | Non-Chrg. | Group#/Item# |
|---|---|---|---|---|---|---|---|---|---|
| 10/16/2014 | DEJ | | | Reviewed file materials and began drafting of Plaintiff's Original Complaint; dictated draft Complaint. | 4.00 | 400.00 | 1,600.00 | | 19722 28 |
| 10/17/2014 | DEJ | | | Reviewed draft Complaint and Response to Plaintiffs' Motion for Preliminary Approval of Settlement in Illinois Court. | 4.00 | 400.00 | 1,600.00 | | 19722 29 |
| 10/20/2014 | DEJ | | | Completed review of draft Complaint and Response to Plaintiff's Motion for Preliminary Approval; began drafting Objection to same. | 6.00 | 400.00 | 2,400.00 | | 19722 30 |
| 10/21/2014 | DEJ | | | Completed draft Objection Preliminary Class settlement and edit draft Complaint. | 6.00 | 400.00 | 2,400.00 | | 19722 31 |
| 10/22/2014 | DEJ | | | Completed preparation of final Objection to Preliminary Approval; travel to Chicago for hearing. | 12.00 | 400.00 | 4,800.00 | | 19722 32 |
| 10/23/2014 | DEJ | | | Attend and participate in hearing on | 10.00 | 400.00 | 4,000.00 | | 19722 33 |

```
BIM300T                                        COATS | ROSE                    BIM RUN# ... 0020952              Page ........... 2
Date ..........  2/20/17                   BILLING INFORMATION MEMO                                            Time .....  13:46:51

Requ.Attorney.. 1048 DWIGHT E. JEFFERSON        13317 000 MILDRED E. WHITTIER, a/n/f FOR JULIUS E.   BIM#:
N Orig Attorney 1048 DWIGHT E. JEFFERSON              1   1       IN RE: NCAA STUDENT ATHLETE        Time:   0/00/0000 11/30/2016   20327138
N Bill Attorney 1048 DWIGHT E. JEFFERSON                         CONCUSSION                          Cost:   0/00/0000 11/30/2016
N Rsp Attorney  9999 FIRM                                     Opened Date... 10/14/2014    CONTINGENT-CIVIL/COMM LITIGATION-DEFEN
N Rsp Attorney  9999 FIRM                            Monthly                                          Time by Prd/Year:     N
N Othr Attorney 9999 FIRM                            XML01                                            Cost by Prd/Year:     N
===========================================================================================================================================
              Wkng   Actv                                                          Billable
 - Date -     Atty   Task  Code   Description              <=======                 Hours   Rate     Value      Non-Chrg. Group# /Item#
===========================================================================================================================================

                                  Plaintiffs' Motion for Preliminary
                                  Approval of Class Settlement; return
                                  travel to Houston.

10/27/2014 DEJ                    Completed review and edit of Complaint;           2.00   400.00    800.00                19722    34
                                  filed Complaint with Court.

10/28/2014 DEJ                    Returned calls from media outlets;                4.00   400.00  1,600.00                19722    35
                                  conference with client.

10/29/2014 DEJ                    Returned telephone calls and email                4.00   400.00  1,600.00                19722    36
                                  regarding case.

10/31/2014 DEJ                    Travel to Dallas to meet with client and         14.00   400.00  5,600.00                19722    38
                                  next friend; attended and participated
                                  in television news interview with client
                                  and next friend; return travel to
                                  Houston.

11/12/2014 DEJ                    Reviewed email communications regarding           1.00   400.00    400.00                20063   697
                                  transfer; reviewed transfer; Conditional
                                  Transfer Order.

12/19/2014 DEJ                    Participated by phone in oral hearing on          1.50   400.00    600.00                20344    33
                                  Plaintiff's Motion to Add Class
                                  Representatives; conferred with other
                                  objecting counsel regarding hearings.
```

BIM300T

Date .......... 2/20/17

COATS | ROSE
BILLING INFORMATION MEMO

BIM RUN# ... 0020952

Page ......... 3
Time ..... 13:46:51

Requ Attorney.. 1048 DWIGHT E. JEFFERSON
Orig Attorney.. 1048 DWIGHT E. JEFFERSON
Bill Attorney.. 1048 DWIGHT E. JEFFERSON
Resp Attorney.. 9999 FIRM
Prod Attorney.. 9999 FIRM
Othr Attorney.. 9999 FIRM

13317 000 MILDRED E. WHITTIER, a/n/f FOR JULIUS E.
1    IN RE: NCAA STUDENT ATHLETE CONCUSSION
Opened Date... 10/14/2014    CONTINGENT-CIVIL/COMM LITIGATION-DEFEN

BIM#:    0/00/0000 20327138
Time:    0/00/0000 11/30/2016
Cost:    0/00/0000 11/30/2016
Time by Prd/Year: N
Cost by Prd/Year: N

Monthly
XML01

T I M E

| Date - | Wkng Atty | Task | Acty Code | Description | Billable Hours | Rate | Value | Non-Chrg. | Group# /Item# |
|---|---|---|---|---|---|---|---|---|---|
| 12/21/2014 | DEJ | | | Drafted Plaintiff's Motion for Appointment of Additional Class Counsel. | 4.00 | 400.00 | 1,600.00 | | 20344 13 |
| 12/22/2014 | DEJ | | | Reviewed Notification of Docket Entry. | .30 | 400.00 | 120.00 | | 20344 15 |
| 12/23/2014 | DEJ | | | Reviewed draft Motion for Appointment of Class Counsel; reviewed Order regarding same; draft edits to motion. | 4.00 | 400.00 | 1,600.00 | | 20344 17 |
| 1/13/2015 | DEJ | | | Filed Rule 23 Motion to Appointment Additional Class Counsel. | | | | | 20751 577 |
| 1/14/2015 | LAL | | | Review response to motion to appoint co-counsel, begin review for potential reply. | 3.00 | 300.00 | 900.00 | | 20984 39 |
| 1/15/2015 | LAL | | | Continue review regarding potential class counsel briefing. | .80 | 300.00 | 240.00 | | 20984 43 |
| 1/15/2015 | DEJ | | | Conferred with class counsel regarding agreement on briefing schedule and to strike hearing date. | 1.00 | 400.00 | 400.00 | | 20751 588 |
| 1/16/2015 | LAL | | | Preliminary outline of potential class counsel briefing and conference with D. Jefferson regarding strategy. | .60 | 300.00 | 180.00 | | 20984 47 |
| 1/16/2015 | DEJ | | | Conferred with Larry Lynn regarding strategy for briefing response to class | 2.00 | 400.00 | 800.00 | | 20751 624 |

```
BIM300T                                COATS | ROSE                          BIM RUN# ... 0020952                    Page ........ :        4
Date ........ : 2/20/17            BILLING INFORMATION MEMO                                                          Time ..... :  13:46:51

Requ. Attorney.: 1048 DWIGHT E. JEFFERSON      13317 000 MILDRED E. WHITTIER, a/n/f FOR JULIUS E.       BIM#:        0/00/0000 11/30/2016  20327138
N Orig Attorney: 1048 DWIGHT E. JEFFERSON              1    IN RE: NCAA STUDENT ATHLETE CONCUSSION      Time:        0/00/0000 11/30/2016
N Bill Attorney: 1048 DWIGHT E. JEFFERSON         Opened Date...: 10/14/2014                            Cost:        Time by Prd/Year: N
N Resp Attorney: 9999 FIRM                                                   CONTINGENT-CIVIL/COMM LITIGATION-DEFEN  Cost by Prd/Year: N
N Rspt Attorney: 9999 FIRM                    Monthly
N Othr Attorney: 9999 FIRM                    XML01
```

                                       T I M E

                                <====================>

| - Date - | Wkng Atty | Task | Actv Code | Description | Billable Hours | Rate | Value | Non-Chrg. | Group# /Item# |
|---|---|---|---|---|---|---|---|---|---|
| | | | | counsel objection. | | | | | |
| 1/22/2015 | LAL | | | Memo to D. Jefferson regarding interim counsel briefing. | .80 | 300.00 | 240.00 | | 20984  67 |
| 1/26/2015 | LAL | | | Conference with D. Jefferson regarding certification expert report. | .20 | 300.00 | 60.00 | | 20984  83 |
| 1/27/2015 | LAL | | | Research regarding motion to appoint additional class counsel; review renewed motion filed by co-plaintiff's counsel and supporting documents. | 1.00 | 300.00 | 300.00 | | 20984  87 |
| 1/28/2015 | LAL | | | Conferences with D. Jefferson regarding interim class counsel application, response to opposition and proposal by Nichols' counsel to join forces. | .60 | 300.00 | 180.00 | | 20984  101 |
| 1/28/2015 | DEJ | | | Worked on draft Memorandum in Support of Rule 23 Motion. | 6.00 | 400.00 | 2,400.00 | | 20751  648 |
| 2/27/2015 | DEJ | | | Reviewed Joint Submission regarding Feasibility and Cost of Direct Notice. | 1.00 | 400.00 | 400.00 | | 21196  680 |
| 3/31/2015 | DEJ | | | Reviewed and edited draft Memorandum in Support of Edelson Motion. | 4.00 | 400.00 | 1,600.00 | | 21730  122 |
| 4/14/2015 | DEJ | | | Reviewed filings from Plaintiffs and Defendants regarding status hearing. | 4.00 | 400.00 | 1,600.00 | | 22266  9 |

```
BIM300T                                    COATS | ROSE                    BIM RUN# ... 0020952            Page .........   5
Date ........  2/20/17                 BILLING INFORMATION MEMO                                            Time ....   13:46:51

Regu Attorney.. 1048  DWIGHT E. JEFFERSON    13317  000  MILDRED E. WHITTIER, a/n/f FOR JULIUS E.              BIM#:
N Orig Attorney  1048  DWIGHT E. JEFFERSON          1    IN RE: NCAA STUDENT ATHLETE CONCUSSION               Time:  0/00/0000 11/30/2016  20327138
N Bill Attorney  1048  DWIGHT E. JEFFERSON                Opened Date....10/14/2014                            Cost:  0/00/0000 11/30/2016
N Resp Attorney  9999  FIRM                                          CONTINGENT-CIVIL/COMM LITIGATION-DEFEN          Time by Prd/Year: N
N Resp Attorney  9999  FIRM                                                                                              Cost by Prd/Year: N
N Othr Attorney  9999  FIRM
                                            Monthly
                                            XML01
=====================================================================  T I M E  ===========================================================
                                                                    <=====================>
                        Wkng              Actv                                   Billable
- Date -    Task Atty   Code    Description                                       Hours    Rate      Value     Non-Chrg. Group# /Item#

4/15/2015   DEJ                 Reviewed Expert Reports regarding                  4.00    400.00   1,600.00              22266    10
                                preparation for status hearing.

4/16/2015   DEJ                 Travel to Chicago for hearing on                 10.00    400.00   4,000.00              22266    11
                                Plaintiff's Motion for Approval of
                                Settlement Class; review of Plaintiff's
                                Motion for Preliminary Approval and
                                Exhibits regarding preparation for
                                hearing.

4/17/2015   DEJ                 Attended hearing on Motion for                    8.00    400.00   3,200.00              22266    12
                                Preliminary Approval; travel from
                                Chicago to Houston.

4/20/2015   DEJ                 Dictated Motion for Leave to File                 2.00    400.00    800.00               22266    13
                                Objection to Motion for Preliminary
                                Approval.

4/27/2015   DEJ                 Reviewed Motion for Preliminary Approval          4.00    400.00   1,600.00              22266    16
                                and exhibits regarding preparation of
                                objection.

5/07/2015   DEJ                 Research and review regarding                     6.00    400.00   2,400.00              22726     7
                                preparation of Response to Joint Motion
                                for Preliminary Approval.

5/08/2015   LAL                 Assist research regarding class                    .60    300.00    180.00               22602    13
```

```
BIM300T                                      COATS | ROSE                          BIM RUN# ... 0020952         Page ........   6
Date ........  2/20/17                   BILLING INFORMATION MEMO                                              Time .....  13:46:51

Requ Attorney.. 1048  DWIGHT E. JEFFERSON    13317 000 MILDRED E. WHITTIER, a/n/f FOR JULIUS E.  BIM#:         20327138
N Orig Attorney 1048  DWIGHT E. JEFFERSON        1   1 IN RE: NCAA STUDENT ATHLETE CONCUSSION    Time:  0/00/0000 11/30/2016
N Bill Attorney 1048  DWIGHT E. JEFFERSON              Opened Date....10/14/2014                 Cost:  0/00/0000 11/30/2016
N Resp Attorney 9999  FIRM                                                    CONTINGENT-CIVIL/COMM LITIGATION-DEFEN
N Rqst Attorney 9999  FIRM                       Monthly                                         Time by Prd/Year: N
N Othr Attorney 9999  FIRM                       XML01                                           Cost by Prd/Year: N
```

```
==============================================================   T I M E   <==================================================
           Wkng      Actv                                                       Billable
- Date  -  Atty Task Code  Description                                          Hours       Rate       Value   Non-Chrg. Group# /Item#
==============================================================================================================================

5/08/2015  DEJ             certification response and discuss with
                           D. Jefferson.
                           Drafted Response to Joint Motion for                  6.00     400.00    2,400.00              22726    10
                           Preliminary Approval.

6/10/2015  DEJ             Review NCAA Motion for Extension of                   2.00     400.00      800.00              23169    11
                           Time; Notice of Motion; reviewed
                           plaintiffs' response to Nichols'
                           objection.

6/26/2015  DEJ             Reviewed Minute Order from Court                       .30     400.00      120.00              23192     9
                           regarding status conference
                           rescheduling.

7/14/2015  DEJ             Reviewed Plaintiff's Motion to File                   1.00     400.00      400.00              23719     5
                           excess pages.

8/18/2015  DEJ             Reviewed Minute entry of hearing on                   1.00     400.00      400.00              24009    47
                           Plaintiff's Motion for Leave to file
                           Opposition to Settlement.

8/20/2015  DEJ             Reviewed appearance of new counsel.                    .20     400.00       80.00              24009    63

2/01/2016  DEJ             Reviewed Minute Entry from Court                       .30     400.00      120.00              26941     3
                           regarding 2/4/16 status hearing
                           rescheduled to 3/3/16.

3/02/2016  DEJ             Travel to Chicago for status hearing;                 8.00     400.00    3,200.00              27490     3
```

```
BIM300T                                    COATS | ROSE                    BIM RUN# ... 0020952          Page ........    7
Date .........  2/20/17                 BILLING INFORMATION MEMO                                        Time .....  13:46:51

Requ.Attorney.. 1048  DWIGHT E. JEFFERSON      13317  000  MILDRED E. WHITTIER, a/n/f FOR JULIUS E.  BIM#:
N Orig Attorney. 1048  DWIGHT E. JEFFERSON            1      IN RE: NCAA STUDENT ATHLETE CONCUSSION   Time:    0/00/0000 11/30/2016  20327138
N Bill Attorney. 1048  DWIGHT E. JEFFERSON                   Opened Date...10/14/2014                 Cost:    0/00/0000 11/30/2016
N Resp Attorney. 9999  FIRM                                            CONTINGENT-CIVIL/COMM LITIGATION-DEFEN
N Resp Attorney. 9999  FIRM                   Monthly                                                 Time by Prd/Year:  N
N Othr Attorney. 9999  FIRM                   XML01                                                   Cost by Prd/Year:  N
```

| - Date - | Wkng Atty | Task | Actv Code | Description | Billable Hours | Rate | Value | Non-Chrg. | Group# /Item# |
|----------|-----------|------|-----------|-------------|----------------|------|-------|-----------|----------------|
| | | | | T I M E          <=====================> | | | | | |
| | | | | prepare regarding same; prepared motion | | | | | |
| | | | | to supplement the record. | | | | | |
| 3/02/2016 | DEJ | | | Reviewed Notice of Fegan Motion to | .30 | 400.00 | 120.00 | | 27490  5 |
| | | | | Withdraw as Counsel and other filings. | | | | | |
| 3/04/2016 | DEJ | | | Reviewed email from Judge Lee's Court | .30 | 400.00 | 120.00 | | 27490  9 |
| | | | | reporter regarding clarification of | | | | | |
| | | | | record. | | | | | |
| 3/21/2016 | DEJ | | | Reviewed email hearing transcript. | .50 | 400.00 | 200.00 | | 27490  29 |
| 6/02/2016 | DEJ | | | Reviewed email from court and attached | .50 | 400.00 | 200.00 | | 29143  4 |
| | | | | Hearing transcript. | | | | | |
| 7/13/2016 | DEJ | | | Reviewed Amended Class Action Settlement | 4.00 | 400.00 | 1,600.00 | | 29172  22 |
| | | | | Agreement and exhibits regarding | | | | | |
| | | | | preparing for status hearing regarding | | | | | |
| | | | | preliminary approval. | | | | | |
| 7/14/2016 | DEJ | | | Participated in status hearing regarding | 3.00 | 400.00 | 1,200.00 | | 29172  23 |
| | | | | preliminary approval of settlement and | | | | | |
| | | | | reviewed Memorandum Order regarding | | | | | |
| | | | | same; reviewed filing for court | | | | | |
| | | | | regarding notice of appearance of | | | | | |
| | | | | counsel; reviewed minute Entry regarding | | | | | |
| | | | | Hearing. | | | | | |

```
BIM300T                                                    COATS | ROSE                              Page ..........      8
Date ..........   2/20/17                            BILLING INFORMATION MEMO       BIM RUN# ... 0020952      Time ..... 13:46:51

Requ.Attorney.. 1048  DWIGHT E. JEFFERSON    13317  000 MILDRED E. WHITTIER. a/n/f FOR JULIUS E.   BIM#:             20327138
N Orig.Attorney 1048  DWIGHT E. JEFFERSON           1  IN RE: NCAA STUDENT ATHLETE CONCUSSION      Time:     0/00/0000 11/30/2016
N Bill.Attorney 1048  DWIGHT E. JEFFERSON       Opened Date.... 10/14/2014                         Cost:     0/00/0000 11/30/2016
N Resp.Attorney 9999  FIRM                                                                         CONTINGENT-CIVIL/COMM LITIGATION-DEFEN
N Resp.Attorney 9999  FIRM                       Monthly                                                      Time by Prd/Year:  N
N Othr.Attorney 9999  FIRM                       XML01                                                        Cost by Prd/Year:  N
```

```
                                                                         <===========  T I M E  ===========>
                                      Wkng  Task  Actv                              Billable
- Date -   Atty  Task  Code   Description                                     Hours    Rate     Value   Non-Chrg. Group# /Item#

7/15/2016  DEJ                 Review Memorandum Opinion and Order            3.00    400.00  1,200.00              29172     30
                               signed by Judge Lee and Notice, Minute
                               Entry, and Preliminary Approval Order
                               and Stipulated HIPPA Orders.

8/09/2016  DEJ                 Began review of complaint regarding           2.00    400.00    800.00              29807      3
                               amending to include Big XII Conference.

8/22/2016  DEJ                 Reviewed filing with the Court 289.            .50    400.00    200.00              29807     14

9/12/2016  DEJ                 Begin review of draft Amended petition        2.00    400.00    800.00              30533      7
                               and court order.

9/13/2016  DEJ                 Conferred with co-counsel regarding           1.00    400.00    400.00              30533     12
                               docket control order.

10/05/2016 DL                  Research on WestLaw as well as the Texas      1.90    140.00    266.00              30403   1093
                               SOS regarding the Southwest Athletic
                               Conference.

10/05/2016 DEJ                 Prepared, edited, and filed Plaintiff         4.00    400.00  1,600.00              30533     19
                               Whittier's Motion for Appointment of
                               Dwight E. Jefferson as Class Liaison
                               counsel.

10/06/2016 DEJ                 Reviewed draft First Amended Complaint,       2.00    400.00    800.00              30533     23
                               edited same; conferred with F. Reece
                               regarding preparation of same.
```

```
BIM300T                                                                              Page ...........  9
Date ........  2/20/17                        COATS | ROSE                           Time .....  13:46:51
                                          BILLING INFORMATION MEMO

                                  13317  000 MILDRED E. WHITTIER, a/n/f    BIM RUN# ... 0020952
Requ.Attorney. 1048 DWIGHT E. JEFFERSON      1   IN RE: NCAA STUDENT ATHLETE  BIM#:
N Orig Attorney 1048 DWIGHT E. JEFFERSON         CONCUSSION                    Time:      0/00/0000 20327138
N Bill Attorney 1048 DWIGHT E. JEFFERSON         Opened Date... 10/14/2014    Cost:      0/00/0000 11/30/2016
N ReSp Attorney 9999 FIRM      Monthly                      CONTINGENT-CIVIL/COM LITIGATION-DEFEN
N Othr Attorney 9999 FIRM      XML01                                          Time By Prd/Year: N
                                                                             Cost By Prd/Year: N

=====================================================  T I M E  <==========================================

- Date -   Wkng  Task  Actv                                        Billable
           Atty        Code   Description                          Hours    Rate      Value    Non-Chrg. Group# /Item#

10/07/2016 DEJ                Completed review and preparation of   4.00   400.00   1,600.00             30533   24
                             Plaintiffs' First Amended Complaint and
                             Motion for Leave; conferred with court
                             coordinator regarding filing of Motion
                             for Appointment as Class Liaison
                             Counsel.

10/13/2016 DEJ                Reviewed Amended Motion for Leave and 1.00   400.00     400.00             30533   34
                             Amended Complaint and Notice of Motion
                             and conferred with legal assistant
                             regarding same.

10/18/2016 DEJ                Conferred with court coordinator and  3.00   400.00   1,200.00             30533   37
                             legal assistance regarding filing of
                             notice of appearance; conferred with D.
                             Jasmer regarding serving as local
                             counsel.

10/19/2016 DEJ                Conference call with Northern District 1.00  400.00     400.00             30533   38
                             Clerk regarding status of attorney of
                             record.

10/20/2016 DEJ                Reviewed notice from court regarding   .30   400.00     120.00             30533   40
                             appearance of counsel.

10/25/2016 DEJ                Reviewed filings with the Court        .50   400.00     200.00             30533   47
```

BIM300T  
Date .........  2/20/17

COATS | ROSE  
BILLING INFORMATION MEMO

BIM RUN# ... 0020952  
Page .........  10  
Time ......  13:46:51

```
Regu Attorney.. 1048  DWIGHT E. JEFFERSON
N Orig Attorney 1048  DWIGHT E. JEFFERSON
N Bill Attorney 1048  DWIGHT E. JEFFERSON
N Resp Attorney 9999  FIRM
N Othr Attorney 9999  FIRM
```

```
13317 000  MILDRED E. WHITTIER, a/n/f FOR JULIUS E.
      1    IN RE: NCAA STUDENT ATHLETE CONCUSSION
           Opened Date....10/14/2014

      CONTINGENT-CIVIL/COMM LITIGATION-DEFEN
```

```
Monthly                                       BIM#:   0/00/0000  20327138
XML01                                         Time:   0/00/0000  11/30/2016
                                              Cost:   0/00/0000  11/30/2016
                                              Time by Prd/Year: N
                                              Cost by Prd/Year: N
```

## T I M E

| Date - | Wkng Atty | Task | Actv Code | Description | Billable Hours | Rate | Value | Non-Chrg. | Group# /Item# |
|--------|-----------|------|-----------|-------------|----------------|------|-------|-----------|---------------|
| | | | | regarding conditional Transfer Order; Notice of Correction. | | | | | |
| 12/01/2016 | DEJ | | | Reviewed correspondence and Plaintiff's Notice of Subpoena. | .30 | 400.00 | 120.00 | | 31395   2 |
| 12/16/2016 | DEJ | | | Reviewed draft of edited Plaintiff's Motions to Transfer to MDL. Researched and dictated Plaintiff's Memorandum in Support of Motion to Transfer to MDL. | 4.00 | 400.00 | 1,600.00 | | 31395   12 |
| 12/19/2016 | DEJ | | | Reviewed and edited draft memorandum in support of Motion to Transfer MDL. Reviewed MDL Rules of Procedure regarding filing of motions. Reviewed Settlement Class Counsel Unopposed Motion for Extension of Time and Second Unopposed Motion Extension of Time. | 2.00 | 400.00 | 800.00 | | 31395   16 |

```
                    Unbilled Time   196.30        77,266.00                  200.00
                                 -----------     -----------              -----------
```

## C O S T S   A D V A N C E D

| Date - | Wkng Atty | Task | Serv Code | Description | Quantity | Amount | Group# /Item# |
|--------|-----------|------|-----------|-------------|----------|--------|---------------|
| 10/23/2014 | DEJ | | 0110 | DWIGHT JEFFERSON  Check # -  000149320 | | 1,056.70 | 13913   29 |

```
BIM300T                              COATS | ROSE                     BIM RUN# ... 0020952           Page .........:       11
Date .......:  2/20/17            BILLING INFORMATION MEMO                                            Time .....:   13:46:51

Regu Attorney..: 1048 DWIGHT E. JEFFERSON      13317 000 MILDRED E. WHITTIER, a/n/f FOR JULIUS E.       BIM#:
N Orig Attorney: 1048 DWIGHT E. JEFFERSON          1   1 IN RE: NCAA STUDENT ATHLETE CONCUSSION        Time: 0/00/0000 11/30/2016
N Bill Attorney: 1048 DWIGHT E. JEFFERSON                   Opened Date....10/14/2014                  Cost: 0/00/0000 11/30/2016
N Resp Attorney: 9999 FIRM                                  CONTINGENT-CIVIL/COMM LITIGATION-DEFEN     Time by Prd/Year: N
N Othr Attorney: 9999 FIRM                     Monthly                                                 Cost by Prd/Year: N
                                               XML01
=====================================================================================================================================
                  Wkng  Atty  Task  Serv
- Date -          Code       Description              C O S T S   A D V A N C E D         Quantity       Amount    Group# /Item#
=====================================================================================================================================
```

Description

OUT OF TOWN TRAVEL, DWIGHT JEFFERSON - AIRFARE
TO/FROM CHICAGO, IL TO ATTEND CLASS ACTION
HEARING 10/22/14 - 10/23/14

| - Date -        | Serv Code | Description                          | Amount  | Group# /Item# |
|-----------------|-----------|--------------------------------------|---------|---------------|
| 10/23/2014 DEJ  | 0110      | DWIGHT JEFFERSON  Check # -  000149320 | 110.00  | 13913   30    |

OUT OF TOWN TRAVEL, DWIGHT JEFFERSON - HOTEL IN
CHICAGO, IL TO ATTEND CLASS ACTION HEARING
10/22/14 - 10/23/14

| 10/23/2014 DEJ  | 0110      | DWIGHT JEFFERSON  Check # -  000149320 | 40.80   | 13913   31    |

OUT OF TOWN TRAVEL, DWIGHT JEFFERSON - TAXI IN
CHICAGO, IL TO ATTEND CLASS ACTION HEARING
10/22/14 - 10/23/14

| 10/23/2014 DEJ  | 0110      | DWIGHT JEFFERSON  Check # -  000149320 | 81.06   | 13913   32    |

OUT OF TOWN TRAVEL, DWIGHT JEFFERSON - MEALS IN
CHICAGO, IL TO ATTEND CLASS ACTION HEARING
10/22/14 - 10/23/14

| 10/23/2014 DEJ  | 0110      | DWIGHT JEFFERSON  Check # -  000149320 | 19.00   | 13913   33    |

OUT OF TOWN TRAVEL, DWIGHT JEFFERSON - PARKING AT
AIRPORT FOR CHICAGO, IL TRIP 10/22/14 - 10/23/14

| 10/27/2014 DEJ  | 0112      | DWIGHT JEFFERSON  Check # -  000149320 | 400.00  | 13913   34    |

COURT FEES, DWIGHT JEFFERSON, U.S. DISTRICT COURT
- FILING FEE FOR ORIGINAL COMPLAINT

```
BIM300T                                      COATS | ROSE                          Page .........       12
Date .........  2/20/17                 BILLING INFORMATION MEMO                    Time .....    13:46:51

Requ.Attorney.  1048  DWIGHT E. JEFFERSON    13317  000  MILDRED E. WHITTIER, a/n/f FOR JULIUS E.
N Orig Attorney 1048  DWIGHT E. JEFFERSON        1  IN RE: NCAA STUDENT ATHLETE CONCUSSION       0/00/0000 11/30/2016
N Bill Attorney 1048  DWIGHT E. JEFFERSON                 Opened Date.... 10/14/2014             0/00/0000 11/30/2016
N Resp Attorney 9999  FIRM                                                                  Cost:
N Othr Attorney 9999  FIRM             Monthly           CONTINGENT-CIVIL/COMM LITIGATION-DEFEN
N Othr Attorney 9999  FIRM             XML01                                        Time by Prd/Year:  N
                                                                                   Cost by Prd/Year:  N
                                                                       BIM RUN# ... 0020952  BIM#:
                                                                                         Time:
====================================================================================================
                                    C O S T S   A D V A N C E D
===================================================>
- Date -   Wrkg  Task                                                                   Group# /Item#
           Atty        Serv
                       Code    Description              Quantity        Amount
10/31/2014 DEJ         0110    DWIGHT JEFFERSON    Check # -  000149448                  13970      10
                               OUT OF TOWN TRAVEL, DWIGHT JEFFERSON - MEAL IN                        138.56
                               DALLAS, TX FOR MEETING W/ CLIENT & INTERVIEWS
10/31/2014 DEJ         0125    DWIGHT JEFFERSON    Check # -  000149448                  13970       9
                               MILEAGE, DWIGHT JEFFERSON - 480 MILES @ .560 PER                      268.80
                               MILE TO/FROM DALLAS, TX FOR MEETING W/ CLIENT &
                               INTERVIEWS
11/12/2014 PB          0101    PHOTOCOPIES                    11.00          2.75        13979     218
11/12/2014 PB          0101    PHOTOCOPIES                    30.00          7.50        13979     219
11/20/2014 PB          0101    PHOTOCOPIES                   204.00         51.00        14073     180
11/20/2014 DEJ         0112    U.S. DISTRICT CLERK, Check # -  000149541                 14065       2
                               COURT FEES, U.S. DISTRICT CLERK, NORTHERN                              50.00
                               DISTRICT - FILING FEE FOR MOTION FOR LEAVE TO
                               APPEAR PRO HAC VICE
11/24/2014 PB          0101    PHOTOCOPIES                    10.00          2.50        14106     267
11/24/2014 PB          0101    PHOTOCOPIES                    11.00          2.75        14106     268
12/31/2014 DEJ         0106    PACER SERVICE CENTER Check # -  000150380                 14587      49
                               ONLINE RESEARCH - PACER SEARCHES - 10/1/2014 -                         15.50
                               12/31/2014
1/05/2015 LM           0101    PHOTOCOPIES                   148.00         37.00        14522     181
1/05/2015 LM           0101    PHOTOCOPIES                   164.00         41.00        14522     182
```

```
BIM300T                                  COATS | ROSE                      BIM RUN# ... 0020952        Page ......... 13
Date ........ 2/20/17                BILLING INFORMATION MEMO                                          Time ..... 13:46:51

Regu Attorney.. 1048 DWIGHT E. JEFFERSON     13317 000 MILDRED E. WHITTIER, a/n/f FOR JULIUS E.   BIM#:  20327138
N Orig Attorney 1048 DWIGHT E. JEFFERSON             IN RE: NCAA STUDENT ATHLETE CONCUSSION        Time:  0/00/0000 11/30/2016
N Bill Attorney 1048 DWIGHT E. JEFFERSON             Opened Date...10/14/2014                      Cost:  0/00/0000 11/30/2016
N Resp Attorney 9999 FIRM                    Monthly                                               Time by Prd/Year: N
N Othr Attorney 9999 FIRM                    XML01           CONTINGENT-CIVIL/COM LITIGATION-DEFEN Cost by Prd/Year: N
========================================     < = = = = C O S T S    A D V A N C E D = = = = >
```

| Date | Wkng Atty | Task | Serv Code | Description | Quantity | Amount | Group# | /Item# |
|---|---|---|---|---|---|---|---|---|
| 1/07/2015 | LM | | 0101 | PHOTOCOPIES | 108.00 | 27.00 | 14543 | 228 |
| 1/14/2015 | DEJ | | 0107 | FEDERAL EXPRESS          Check # - 000150575 | | 22.93 | 14717 | 41 |
| | | | | DELIVERY SERVICE/MESSENGER, FEDERAL EXPRESS - | | | | |
| | | | | FROM LATONYA MCPHERSON TO THE HONORABLE JOHN ZEE | | | | |
| 1/27/2015 | LAL | | 0101 | PHOTOCOPIES | 10.00 | 2.50 | 14759 | 253 |
| 1/28/2015 | DEJ | | 0101 | PHOTOCOPIES | 108.00 | 27.00 | 14770 | 225 |
| 1/30/2015 | LM | | 0101 | PHOTOCOPIES | 20.00 | 5.00 | 14788 | 203 |
| 1/31/2015 | DEJ | | 0106 | LEXISNEXIS - ONLINE      Check # - 000151093 | | 68.04 | 15065 | 6 |
| | | | | ONLINE RESEARCH, LEXISNEXIS - INVOICE 1501449582 | | | | |
| | | | | - JANUARY 2015 | | | | |
| 2/03/2015 | DEJ | | 0101 | PHOTOCOPIES | 10.00 | 2.50 | 14831 | 143 |
| 2/12/2015 | DEJ | | 0101 | PHOTOCOPIES | 20.00 | 5.00 | 14995 | 188 |
| 2/23/2015 | DEJ | | 0101 | PHOTOCOPIES | 15.00 | 3.75 | 15090 | 244 |
| 3/25/2015 | DEJ | | 0101 | PHOTOCOPIES | 13.00 | 3.25 | 15409 | 189 |
| 3/31/2015 | DEJ | | 0106 | PACER SERVICE CENTER Check # - 000151812 | | 25.00 | 15567 | 52 |
| | | | | ONLINE RESEARCH, PACER SERVICE CENTER - INVOICE | | | | |
| | | | | 2527874-Q12015 - JAN. 2015-MARCH 2015 | | | | |
| 4/15/2015 | DEJ | | 0101 | PHOTOCOPIES | 25.00 | 6.25 | 15652 | 210 |
| 4/15/2015 | DEJ | | 0101 | PHOTOCOPIES | 39.00 | 9.75 | 15652 | 211 |
| 4/15/2015 | DEJ | | 0101 | PHOTOCOPIES | 45.00 | 11.25 | 15652 | 212 |
| 4/15/2015 | DEJ | | 0101 | PHOTOCOPIES | 181.00 | 45.25 | 15652 | 213 |

```
BIM300T                              COATS | ROSE                 BIM RUN# ... 0020952        Page .........     14
Date .........  2/20/17          BILLING INFORMATION MEMO                                     Time .....   13:46:51

Requ.Attorney..  1048  DWIGHT E. JEFFERSON    13317  000  MILDRED E. WHITTIER, a/n/f FOR JULIUS E.  BIM#:
N Orig Attorney  1048  DWIGHT E. JEFFERSON        1    IN RE: NCAA STUDENT ATHLETE CONCUSSION      Time:    0/00/0000 11/30/2016
N Bill Attorney  1048  DWIGHT E. JEFFERSON             Opened Date.... 10/14/2014                  Cost:    0/00/0000 11/30/2016
N Resp Attorney  9999  FIRM                                              CONTINGENT-CIVIL/COMM LITIGATION=DEFEN  20327138
N Rept Attorney  9999  FIRM                         Monthly                                        Time by Prd/Year: N
N Othr Attorney  9999  FIRM                         XML01                                          Cost by Prd/Year: N
======================================================    C O S T S   A D V A N C E D    <=====================================

- Date -  Wkng                                                                                                    Group# /Item#
          Atty  Task  Serv                                                                           Amount
                      Code  Description                                                   Quantity

4/17/2015  DEJ        0110  DWIGHT JEFFERSON       Check # -  000152271                              1,060.00    15871         7
                           OUT OF TOWN TRAVEL, DWIGHT JEFFERSON - AIRFARE
                           TO/FROM CHICAGO, IL TO ATTEND HEARING 4/16/15 -
                           4/17/15

4/17/2015  DEJ        0110  DWIGHT JEFFERSON       Check # -  000152271                                231.64    15871         8
                           OUT OF TOWN TRAVEL, DWIGHT JEFFERSON - HOTEL IN
                           CHICAGO, IL TO ATTEND HEARING 4/16/15 - 4/17/15

4/17/2015  DEJ        0110  DWIGHT JEFFERSON       Check # -  000152271                                 69.60    15871         9
                           OUT OF TOWN TRAVEL, DWIGHT JEFFERSON - MEALS IN
                           CHICAGO, IL TO ATTEND HEARING 4/16/15 - 4/17/15

4/17/2015  DEJ        0110  DWIGHT JEFFERSON       Check # -  000152271                                 28.00    15871        10
                           OUT OF TOWN TRAVEL, DWIGHT JEFFERSON - PARKING AT
                           AIRPORT FOR CHICAGO, IL TRIP 4/16/15 - 4/17/15

4/28/2015  DEJ        0102  US LEGAL SUPPORT, IN Check # -  000152461                                   83.00    16066        14
                           OUTSIDE PRINTING, US LEGAL SUPPORT, INC., INVOICE
                           #507089 - AFFIDDAVIT OF NO RECORD FOR JULIUS E.
                           WHITTIER

5/07/2015  LAL        0101  PHOTOCOPIES                                                     17.00        4.25    15865       172
5/08/2015  LAL        0101  PHOTOCOPIES                                                     30.00        7.50    15887       226
6/18/2015  LAL        0101  PHOTOCOPIES                                                     14.00        3.50    16405       207
6/19/2015  DEJ        0101  PHOTOCOPIES                                                     14.00        3.50    16429       173
```

```
BIM300T                                           COATS | ROSE                          BIM RUN# ... 0020952        Page ........:       15
Date ........:  2/20/17                     BILLING INFORMATION MEMO                                                 Time ....:  13:46:51

Requ Attorney..: 1048 DWIGHT E. JEFFERSON      13317 000 MILDRED E. WHITTIER, a/n/f FOR JULIUS E.    BIM#:
Orig Attorney.: 1048 DWIGHT E. JEFFERSON           1   IN RE: NCAA STUDENT ATHLETE CONCUSSION        Time: 0/00/0000 11/30/2016    20327138
Bill Attorney.: 1048 DWIGHT E. JEFFERSON                   Opened Date...: 10/14/2014                Cost: 0/00/0000 11/30/2016
Resp Attorney.: 9999 FIRM                               CONTINGENT-CIVIL/COMM LITIGATION-DEFEN       Time by Prd/Year: N
Othr Attorney: 9999 FIRM                                                                             Cost by Prd/Year: N
=========================================================================================================================================
                                            Monthly
                                            XML01
                              <=====    C O S T S   A D V A N C E D   =====>
```

| - Date - | Wkng Atty | Task | Serv Code | Description | Quantity | Amount | Group# /Item# |
|----------|-----------|------|-----------|-------------|----------|--------|---------------|
| 6/22/2015 | DEJ | | 0101 | PHOTOCOPIES | 18.00 | 4.50 | 16452 235 |
| 6/30/2015 | DEJ | | 0106 | PACER SERVICE CENTER Check # - 000153038 | | 1.20 | 16662 69 |
| | | | | ONLINE RESEARCH, PACER SERVICE CENTER - INVOICE # | | | |
| | | | | 2527874 - Q22015 - 4/1/2015- 6/30/2015 | | | |
| 6/30/2015 | DEJ | | 0106 | PACER SERVICE CENTER Check # - 000153038 | | 1.40 | 16662 70 |
| | | | | ONLINE RESEARCH, PACER SERVICE CENTER - INVOICE # | | | |
| | | | | 2527874 - Q22015 - 4/1/2015- 6/30/2015 | | | |
| 7/08/2015 | DEJ | | 0101 | PHOTOCOPIES | 10.00 | 2.50 | 16624 208 |
| 8/03/2015 | FIRM | | 0101 | PHOTOCOPIES | 1.00 | .25 | 16905 32 |
| 8/03/2015 | FIRM | | 0101 | PHOTOCOPIES | 2.00 | .50 | 16905 33 |
| 8/03/2015 | FIRM | | 0101 | PHOTOCOPIES | 6.00 | 1.50 | 16905 34 |
| 8/03/2015 | FIRM | | 0101 | PHOTOCOPIES | 14.00 | 3.50 | 16905 35 |
| 8/03/2015 | FIRM | | 0101 | PHOTOCOPIES | 26.00 | 6.50 | 16905 36 |
| 8/03/2015 | FIRM | | 0101 | PHOTOCOPIES | 82.00 | 20.50 | 16905 37 |
| 8/03/2015 | FIRM | | 0101 | PHOTOCOPIES | 208.00 | 52.00 | 16905 38 |
| 8/03/2015 | FIRM | | 0101 | PHOTOCOPIES | 14.00 | 3.50 | 16905 39 |
| 8/03/2015 | FIRM | | 0101 | PHOTOCOPIES | 27.00 | 6.75 | 16905 40 |
| 8/03/2015 | FIRM | | 0101 | PHOTOCOPIES | 84.00 | 21.00 | 16905 41 |
| 8/03/2015 | FIRM | | 0101 | PHOTOCOPIES | 214.00 | 53.50 | 16905 42 |
| 8/17/2015 | LAL | | 0101 | PHOTOCOPIES | 13.00 | 3.25 | 17028 147 |
| 8/17/2015 | LAL | | 0101 | PHOTOCOPIES | 16.00 | 4.00 | 17028 148 |

```
BIM300T                                                          COATS | ROSE                    BIM RUN# ... 0020952        Page .........   16
Date .........   2/20/17                                BILLING INFORMATION MEMO                                             Time .....   13:46:51

Requ Attorney.. 1048  DWIGHT E. JEFFERSON        13317 000  MILDRED E. WHITTIER, a/n/f FOR JULIUS E.  BIM#:
N Orig Attorney  1048  DWIGHT E. JEFFERSON             1    IN RE: NCAA STUDENT ATHLETE CONCUSSION    Time:   0/00/0000  20327138
N Bill Attorney  1048  DWIGHT E. JEFFERSON                  Opened Date... 10/14/2014                 Cost:   0/00/0000  11/30/2016
N Resp Attorney  9999  FIRM                                                  CONTINGENT-CIVIL/COMM LITIGATION-DEFEN  Time by Prd/Year: N
N Rept Attorney  9999  FIRM                         Monthly                                                          Cost by Prd/Year: N
N Othr Attorney  9999  FIRM                         XML01
==================================================  < C O S T S   A D V A N C E D >  ==========================================================

- Date -      Wkng  Task  Serv
            Atty         Code  Description                                   Quantity        Amount        Group# /Item#

8/24/2015   DEJ          0101  PHOTOCOPIES                                     13.00           3.25         17130   223
8/24/2015   DEJ          0101  PHOTOCOPIES                                     13.00           3.25         17130   224
8/24/2015   DEJ          0101  PHOTOCOPIES                                     13.00           3.25         17130   225
8/24/2015   DEJ          0101  PHOTOCOPIES                                     13.00           3.25         17130   226
8/24/2015   DEJ          0101  PHOTOCOPIES                                     13.00           3.25         17130   227
10/05/2015  DEJ          0101  PHOTOCOPIES                                     17.00           4.25         17553   184
10/21/2015  DEJ          0101  PHOTOCOPIES                                     21.00           5.25         17770   163
11/02/2015  DEJ          0101  PHOTOCOPIES                                     24.00           6.00         17854   205
11/02/2015  DEJ          0101  PHOTOCOPIES                                     24.00           6.00         17854   206
11/02/2015  DEJ          0101  PHOTOCOPIES                                     24.00           6.00         17854   207
11/02/2015  DEJ          0101  PHOTOCOPIES                                     24.00           6.00         17854   208
11/05/2015  DEJ          0101  PHOTOCOPIES                                     30.00           7.50         17910   737
11/05/2015  DEJ          0101  PHOTOCOPIES                                    222.00          55.50         17910   738
11/11/2015  DEJ          0101  PHOTOCOPIES                                     90.00          22.50         17931   186
1/29/2016   DEJ          0101  PHOTOCOPIES                                     53.00          13.25         18640   128
3/03/2016   DEJ          0110  DWIGHT JEFFERSON        Check # -  000156832                1,091.96         19138     1
                              OUT OF TOWN TRAVEL, DWIGHT JEFFERSON - AIRFARE
                              TO/FROM CHICAGO, IL TO ATTEND HEARING 3/2/16 -
                              3/3/16
3/03/2016   DEJ          0110  DWIGHT JEFFERSON        Check # -  000156832                  261.91         19138     2
                              OUT OF TOWN TRAVEL, DWIGHT JEFFERSON - HOTEL IN
```

```
BIM300T                                              COATS | ROSE                    BIM RUN# ... 0020952        Page .........   17
Date .........  2/20/17                       BILLING INFORMATION MEMO                                          Time .....    13:46:51

Requ Attorney..  1048  DWIGHT E. JEFFERSON     13317  000  MILDRED E. WHITTIER, a/n/f FOR JULIUS E.  BIM#:
N Orig Attorney  1048  DWIGHT E. JEFFERSON        1    1    IN RE: NCAA STUDENT ATHLETE CONCUSSION    Time:  0/00/0000 11/30/2016
N Bill Attorney  1048  DWIGHT E. JEFFERSON                  Opened Date....10/14/2014                 Cost:  0/00/0000 11/30/2016
N Resp Attorney  9999  FIRM                               Monthly         CONTINGENT-CIVIL/COMM LITIGATION-DEFEN
N Dept Attorney  9999  FIRM                               XML01                            Time by Prd/Year:  N
N Dept Attorney  9999  FIRM                                                                Cost by Prd/Year:  N
=================================================  C O S T S    A D V A N C E D  <=============================================
          Wkng                  Serv
- Date -  Atty  Task    Code    Description                              Quantity        Amount     Group# /Item#

3/03/2016 DEJ          0110     CHICAGO, IL TO ATTEND HEARING 3/2/16 - 3/3/16                        64.34      19138       3
                                DWIGHT JEFFERSON    Check # -  000156832
                                OUT OF TOWN TRAVEL, DWIGHT JEFFERSON - MEALS IN
                                CHICAGO, IL TO ATTEND HEARING 3/2/16 - 3/3/16

4/07/2016 DEJ          0106     PACER SERVICE CENTER Check # -  000157566                            16.80      19514      47
                                ONLINE RESEARCH, PACER SERVICE
                                CENTER-INV#252787474-Q12016- PACER SERVICE CENTER -
                                CLIENT ONLINE RESEARCH FROM 1/01/16-03/31/16.

5/20/2016 FIRM         0101     PHOTOCOPIES                                18.00           4.50      19658      12
5/20/2016 FIRM         0101     PHOTOCOPIES                                18.00           4.50      19658      13
5/24/2016 FIRM         0101     PHOTOCOPIES                                70.00          17.50      19685      20
5/24/2016 FIRM         0101     PHOTOCOPIES                               272.00          68.00      19685      21
5/24/2016 FIRM         0101     PHOTOCOPIES                               330.00          82.50      19685      22
5/24/2016 FIRM         0101     PHOTOCOPIES                               390.00          97.50      19685      23
5/24/2016 DEJ          0101     PHOTOCOPIES                                29.00           7.25      19699     174
5/25/2016 DEJ          0101     PHOTOCOPIES                                29.00           7.25      19699     175
7/14/2016 FIRM         0101     PHOTOCOPIES                               108.00          27.00      20119      24
7/15/2016 FIRM         0101     PHOTOCOPIES                                12.00           3.00      20128       9
7/15/2016 FIRM         0101     PHOTOCOPIES                                12.00           3.00      20128      10
7/15/2016 FIRM         0101     PHOTOCOPIES                                14.00           3.50      20128      11
7/15/2016 FIRM         0101     PHOTOCOPIES                                71.00          17.75      20128      12
```

```
BIM300T                                                        COATS | ROSE                        BIM RUN# ... 0020952        Page .........    18
Date .........  2/20/17                               BILLING INFORMATION MEMO                                                 Time  .....   13:46:51

Regu.Attorney.. 1048 DWIGHT E. JEFFERSON      13317 000 MILDRED E. WHITTIER, a/n/f FOR JULIUS E.   BIM#:
N Orig Attorney 1048 DWIGHT E. JEFFERSON          1   IN RE: NCAA STUDENT ATHLETE CONCUSSION       Time:
N Bill Attorney 1048 DWIGHT E. JEFFERSON              Opened Date.... 10/14/2014                   Cost: 0/00/0000 11/30/2016        20327138
N ResP Attorney 9999 FIRM                                                                 CONTINGENT-CIVIL/COMM LITIGATION-DEFEN
N Othr Attorney 9999 FIRM                         Monthly                                          Time by Prd/Year: N
                                                  XML01                                            Cost by Prd/Year: N
=====================================================  C O S T S   A D V A N C E D  <==============================================================
```

| - Date - | Wkng Atty | Task | Serv Code | Description | Quantity | Amount | Group# /Item# |
|---|---|---|---|---|---|---|---|
| 7/15/2016 | DEJ | | 0101 | PHOTOCOPIES | 12.00 | 3.00 | 20129 156 |
| 7/15/2016 | DEJ | | 0101 | PHOTOCOPIES | 14.00 | 3.50 | 20129 157 |
| 7/25/2016 | FIRM | | 0101 | PHOTOCOPIES | 12.00 | 3.00 | 20212 15 |
| 7/25/2016 | FIRM | | 0101 | PHOTOCOPIES | 12.00 | 3.00 | 20212 16 |
| 7/27/2016 | DEJ | | 0124 | | | 27.00 | 20284 2 |
| | | | | COLLEEN M. CONWAY, C Check # - 000158933 | | | |
| | | | | OTHER, COLLEEN M. CONWAY, CSR, RMR, CRR - INVOICE | | | |
| | | | | NO. 20160102 - 7/14/16 TRANSCRIPT OF PROCEEDINGS | | | |
| | | | | BEFORE HON. JOHN Z. LEE (FAE) | | | |
| 7/28/2016 | FIRM | | 0101 | PHOTOCOPIES | 31.00 | 7.75 | 20243 27 |
| 7/28/2016 | DEJ | | 0101 | PHOTOCOPIES | 24.00 | 6.00 | 20244 141 |
| 8/09/2016 | FIRM | | 0101 | PHOTOCOPIES | 108.00 | 27.00 | 20328 23 |
| 8/10/2016 | DEJ | | 0101 | PHOTOCOPIES | 27.00 | 6.75 | 20342 159 |
| 8/11/2016 | FIRM | | 0101 | PHOTOCOPIES | 18.00 | 4.50 | 20357 24 |
| 8/12/2016 | DEJ | | 0112 | COURT FEES - SECRETARY OF STATE - 68455365 | | 2.00 | 20369 17 |
| 8/12/2016 | DEJ | | 0112 | COURT FEES - SECRETARY OF STATE - 68471858 | | 3.00 | 20424 2 |
| 8/12/2016 | DEJ | | 0124 | | | 44.00 | 20374 1 |
| | | | | SECRETARY OF STATE O Check # - 000159072 | | | |
| | | | | OTHER, SECRETARY OF STATE OF DELAWARE - FOR | | | |
| | | | | DELAWARE SOS RECORDS FOR BIG 12 CONFERENCE, INC. | | | |
| 8/31/2016 | FIRM | | 0101 | PHOTOCOPIES | 38.00 | 9.50 | 20521 16 |
| 8/31/2016 | FIRM | | 0101 | PHOTOCOPIES | 38.00 | 9.50 | 20521 17 |
| 8/31/2016 | FIRM | | 0101 | PHOTOCOPIES | 39.00 | 9.75 | 20521 18 |

```
BIM300T                                                                                              Page ........: 19
Date ........: 2/20/17                                                                                Time .....: 13:46:51

                                              COATS | ROSE
                                        BILLING INFORMATION MEMO            BIM RUN# ... 0020952

Regu.Attorney..: 1048 DWIGHT E. JEFFERSON   13317 000 MILDRED E. WHITTIER, a/n/f FOR JULIUS E.  BIM#:   0/00/0000 20327138
Orig Attorney..: 1048 DWIGHT E. JEFFERSON       1       IN RE: NCAA STUDENT ATHLETE CONCUSSION  Time:   0/00/0000 11/30/2016
Bill Attorney..: 1048 DWIGHT E. JEFFERSON               Opened Date...: 10/14/2014              Cost:   0/00/0000 11/30/2016
Resp Attorney..: 9999 FIRM                                                                      Time by Prd/Year: N
Resp Attorney..: 9999 FIRM           Monthly                                                    Cost by Prd/Year: N
Othr Attorney..: 9999 FIRM           XML01          CONTINGENT-CIVIL/COMM LITIGATION-DEFEN
```

< C O S T S   A D V A N C E D >

| Date - | Wkng Atty | Task | Serv Code | Description | Quantity | Amount | Group# /Item# |
|---|---|---|---|---|---|---|---|
| 8/31/2016 | FIRM | | 0101 | PHOTOCOPIES | 39.00 | 9.75 | 20521 19 |
| 9/08/2016 | FIRM | | 0101 | PHOTOCOPIES | 30.00 | 7.50 | 20588 23 |
| 9/12/2016 | FIRM | | 0101 | PHOTOCOPIES | 4.00 | 1.00 | 20609 25 |
| 9/12/2016 | FIRM | | 0101 | PHOTOCOPIES | 31.00 | 7.75 | 20609 26 |
| 9/12/2016 | DEJ | | 0101 | PHOTOCOPIES | 35.00 | 8.75 | 20610 172 |
| 9/13/2016 | FIRM | | 0101 | PHOTOCOPIES | 15.00 | 3.75 | 20619 20 |
| 9/13/2016 | FIRM | | 0101 | PHOTOCOPIES | 15.00 | 3.75 | 20619 21 |
| 9/30/2016 | DEJ | | 0106 | PACER SERVICE CENTER Check # - 000001611 | | .20 | 20876 49 |
| | | | | ONLINE RESEARCH, PACER SERVICE CENTER INVOICE NO. | | | |
| | | | | 2527874-Q32016 PACER SERVICE CENTER ONLINE | | | |
| | | | | RESEARCH FROM 7/1/16 TO 9/30/16 | | | |
| 9/30/2016 | DEJ | | 0106 | PACER SERVICE CENTER Check # - 000001611 | | 16.50 | 20876 52 |
| | | | | ONLINE RESEARCH, PACER SERVICE CENTER INVOICE NO. | | | |
| | | | | 2527874-Q32016 PACER SERVICE CENTER ONLINE | | | |
| | | | | RESEARCH FROM 7/1/16 TO 9/30/16 | | | |
| 10/04/2016 | FIRM | | 0101 | PHOTOCOPIES | 36.00 | 9.00 | 20836 21 |
| 10/05/2016 | FIRM | | 0101 | PHOTOCOPIES | 5.00 | 1.25 | 20844 17 |
| 10/05/2016 | FIRM | | 0101 | PHOTOCOPIES | 10.00 | 2.50 | 20844 18 |
| 10/05/2016 | FIRM | | 0101 | PHOTOCOPIES | 31.00 | 7.75 | 20844 19 |
| 10/05/2016 | FIRM | | 0101 | PHOTOCOPIES | 5.00 | 1.25 | 20844 20 |
| 10/05/2016 | FIRM | | 0101 | PHOTOCOPIES | 15.00 | 3.75 | 20844 21 |

```
BIM300T                                              COATS | ROSE                    BIM RUN# ... 0020952          Page ..........    20
Date ..........   2/20/17                       BILLING INFORMATION MEMO                                           Time ....   13:46:51

Requ.Attorney..   1048  DWIGHT E. JEFFERSON     13317  000 MILDRED E. WHITTIER, a/n/f FOR JULIUS E.  BIM#:
N Orig Attorney   1048  DWIGHT E. JEFFERSON            1   IN RE: NCAA STUDENT ATHLETE CONCUSSION     Time:     0/00/0000  11/30/2016  20327138
N Rept Attorney   9998  DWIGHT E. JEFFERSON              Opened Date...  10/14/2014                    Cost:     0/00/0000  11/30/2016  11/30/2016
N Rept Attorney   9999  FIRM                                            CONTINGENT-CIVIL/COMMLITIGATION-DFPN  Time by Prd/Year:  N
N Othr Attorney   9999  FIRM                Monthly                                                   Cost by Prd/Year:  N
                                            XML01
=========================================   C O S T S   A D V A N C E D   <=================================================================

- Date -  Wkng  Task  Serv                                                                                           Group# /Item#
          Atty        Code  Description           Quantity          Amount
10/05/2016 FIRM        0101  PHOTOCOPIES            31.00             7.75                                              20844    22
10/05/2016 FIRM        0101  PHOTOCOPIES             4.00             1.00                                              20844    23
10/05/2016 FIRM        0101  PHOTOCOPIES            12.00             3.00                                              20844    24
10/05/2016 DL          0101  PHOTOCOPIES            60.00            15.00                                              20845   104
10/06/2016 FIRM        0101  PHOTOCOPIES             5.00             1.25                                              20854    16
10/06/2016 FIRM        0101  PHOTOCOPIES            30.00             7.50                                              20854    17
10/06/2016 FIRM        0101  PHOTOCOPIES            31.00             7.75                                              20854    18
10/07/2016 FIRM        0101  PHOTOCOPIES             4.00             1.00                                              20860    31
10/07/2016 FIRM        0101  PHOTOCOPIES            31.00             7.75                                              20860    32
10/07/2016 FIRM        0101  PHOTOCOPIES             4.00             1.00                                              20860    33
10/07/2016 FIRM        0101  PHOTOCOPIES             4.00             1.00                                              20860    34
10/07/2016 FIRM        0101  PHOTOCOPIES            31.00             7.75                                              20860    35
10/07/2016 FIRM        0101  PHOTOCOPIES            31.00             7.75                                              20860    36
10/07/2016 FIRM        0101  PHOTOCOPIES             6.00             1.50                                              20860    37
10/10/2016 FIRM        0101  PHOTOCOPIES             4.00             1.00                                              20872    39
10/11/2016 FIRM        0101  PHOTOCOPIES             5.00             1.25                                              20881    29
10/11/2016 FIRM        0101  PHOTOCOPIES            31.00             7.75                                              20881    30
10/12/2016 FIRM        0101  PHOTOCOPIES             4.00             1.00                                              20899    20
10/12/2016 FIRM        0101  PHOTOCOPIES             5.00             1.25                                              20899    21
10/12/2016 FIRM        0101  PHOTOCOPIES            10.00             2.50                                              20899    22
10/12/2016 FIRM        0101  PHOTOCOPIES            20.00             5.00                                              20899    23
```

```
BIM300T                                      COATS | ROSE                          BIM RUN# ... 0020952        Page ........... 21
Date ......... 2/20/17                 BILLING INFORMATION MEMO                                                Time ..... 13:46:51

Requ.Attorney.. 1048 DWIGHT E. JEFFERSON    13317 000 MILDRED E. WHITTIER, a/n/f FOR JULIUS E. BIM#:           20327138
N Orig Attorney 1048 DWIGHT E. JEFFERSON        1     IN RE: NCAA STUDENT ATHLETE CONCUSSION  Time: 0/00/0000 11/30/2016
N Bill Attorney 1048 DWIGHT E. JEFFERSON              Opened Date... 10/14/2014               Cost: 0/00/0000 11/30/2016
N Resp Attorney 9999 FIRM                                  CONTINGENT-CIVIL/COM LITIGATION=DEFEN
N Othr Attorney 9999 FIRM             Monthly                                        Time by Prd/Year: N
                                      XML01                                          Cost by Prd/Year: N
```

| - Date -   | Wkng Atty | Task | Serv Code | Description | Quantity | Amount | Group# | /Item# |
|------------|-----------|------|-----------|-------------|----------|--------|--------|--------|
| 10/12/2016 | FIRM      |      | 0101      | PHOTOCOPIES | 31.00    | 7.75   | 20899  | 24     |
| 10/12/2016 | FIRM      |      | 0101      | PHOTOCOPIES | 31.00    | 7.75   | 20899  | 25     |
| 10/12/2016 | FIRM      |      | 0101      | PHOTOCOPIES | 36.00    | 9.00   | 20899  | 26     |
| 10/12/2016 | FIRM      |      | 0101      | PHOTOCOPIES | 70.00    | 17.50  | 20899  | 27     |
| 10/13/2016 | FIRM      |      | 0101      | PHOTOCOPIES | 4.00     | 1.00   | 20910  | 31     |
| 10/13/2016 | FIRM      |      | 0101      | PHOTOCOPIES | 31.00    | 7.75   | 20910  | 32     |
| 10/13/2016 | FIRM      |      | 0101      | PHOTOCOPIES | 39.00    | 9.75   | 20910  | 33     |
| 10/13/2016 | FIRM      |      | 0101      | PHOTOCOPIES | 39.00    | 9.75   | 20910  | 34     |
| 10/18/2016 | FIRM      |      | 0101      | PHOTOCOPIES | 18.00    | 4.50   | 20910  | 35     |
| 10/18/2016 | FIRM      |      | 0101      | PHOTOCOPIES | 64.00    | 16.00  | 20932  | 25     |
| 10/18/2016 | FIRM      |      | 0101      | PHOTOCOPIES | 133.00   | 33.25  | 20932  | 26     |
| 10/24/2016 | FIRM      |      | 0101      | PHOTOCOPIES | 27.00    | 6.75   | 20976  | 14     |
| 10/24/2016 | FIRM      |      | 0101      | PHOTOCOPIES | 27.00    | 6.75   | 20976  | 15     |
| 11/01/2016 | DEJ       |      | 0106      | WESTLAW     |          | 186.69 | 21229  | 29     |

```
                    ONLINE RESEARCH, WESTLAW - INVOICE NO. 834991765
                    - ONLINE RESEARCH CHARGES FROM 10/1/16 - 10/31/16
                                            Check # - 000002222
```

| - Date -   | Wkng Atty | Task | Serv Code | Description      | Quantity | Amount   | Group# | /Item# |
|------------|-----------|------|-----------|------------------|----------|----------|--------|--------|
| 11/28/2016 | DEJ       |      | 0101      | PHOTOCOPIES      | 35.00    | 8.75     | 21309  | 144    |
| 11/30/2016 | DEJ       |      | 0110      | DWIGHT JEFFERSON |          | 1,093.96 | 21538  | 1      |

```
                    OUT OF TOWN TRAVEL, DWIGHT JEFFERSON - AIRFARE
                    TO/FROM CHICAGO, IL TO ATTEND HEARINGS & STATUS
                    CONFERENCE 11/29/16 - 11/30/16
                                            Check # - 000002717
```

BIM300T
Date .........: 2/20/17

Regu Attorney.: 1048 DWIGHT E. JEFFERSON
Orig Attorney: 1048 DWIGHT E. JEFFERSON
Bill Attorney: 1048 DWIGHT E. JEFFERSON
Resp Attorney: 9999 FIRM
Othr Attorney: 9999 FIRM

COATS | ROSE
BILLING INFORMATION MEMO

BIM RUN# ... 0020952

Page .........: 22
Time .....: 13:46:51

13317 000 MILDRED E. WHITTIER. a/n/f FOR JULIUS E.
1 1 IN RE: NCAA STUDENT ATHLETE CONCUSSION
Opened Date....:10/14/2014 CONTINGENT-CIVIL/COMM LITIGATION-DEFEN

BIM#:
Time:  0/00/0000 11/30/2016  20327138
Cost:  0/00/0000 11/30/2016  20327138
Time by Prd/Year: N
Cost by Prd/Year: N

Monthly
XML01

COSTS ADVANCED

| Date - | Wkng Atty | Task | Serv Code | Description | Quantity | Amount | Group# /Item# |
|---|---|---|---|---|---|---|---|
| 11/30/2016 | DEJ | | 0110 | DWIGHT JEFFERSON       Check # -  000002717 OUT OF TOWN TRAVEL, DWIGHT JEFFERSON - HOTEL IN CHICAGO, IL TO ATTEND HEARINGS & STATUS CONFERENCE 11/29/16 - 11/30/16 | | 433.21 | 21538 2 |
| 11/30/2016 | DEJ | | 0110 | DWIGHT JEFFERSON       Check # -  000002717 OUT OF TOWN TRAVEL, DWIGHT JEFFERSON - MEALS IN CHICAGO, IL TO ATTEND HEARINGS & STATUS CONFERENCE 11/29/16 - 11/30/16 | | 141.32 | 21538 3 |
| 11/30/2016 | DEJ | | 0110 | DWIGHT JEFFERSON       Check # -  000002717 OUT OF TOWN TRAVEL, DWIGHT JEFFERSON - PARKING AT AIRPORT FOR CHICAGO, IL TRIP 11/29/16 - 11/30/16 | | 40.00 | 21538 4 |
| 12/07/2016 | DEJ | | 0112 | DWIGHT JEFFERSON       Check # -  000002717 COURT FEES, DWIGHT JEFFERSON, U.S. DISTRICT COURT, WESTERN DISTRICT OF TX - FILING FEE FOR ORIGINAL COMPLAINT | | 400.00 | 21538 5 |
| 12/12/2016 | FIRM | | 0108 | POSTAGE | | 25.23 | 21463 30 |
| 12/16/2016 | DEJ | | 0101 | PHOTOCOPIES | 10.00 | 2.50 | 21505 94 |
| 12/16/2016 | DEJ | | 0101 | PHOTOCOPIES | 10.00 | 2.50 | 21505 95 |
| 12/16/2016 | DEJ | | 0101 | PHOTOCOPIES | 27.00 | 6.75 | 21505 96 |
| 1/06/2017 | TMF | | 0101 | PHOTOCOPIES | 78.00 | 19.50 | 21629 120 |
| 1/06/2017 | FIRM | | 0108 | POSTAGE | | 16.82 | 21628 21 |

```
BIM300T                                    COATS | ROSE                    BIM RUN# ... 0020952            Page ......... 23
Date ........ 2/20/17                  BILLING INFORMATION MEMO                                            Time ...... 13:46:51

Req Attorney.. 1048 DWIGHT E. JEFFERSON   13317 000 MILDRED E. WHITTIER, a/n/f FOR JULIUS E.  BIM#:  20327138
N Orig Attorney 1048 DWIGHT E. JEFFERSON        1  IN RE: NCAA STUDENT ATHLETE CONCUSSION     Time:  0/00/0000 11/30/2016
N Bill Attorney 1048 DWIGHT E. JEFFERSON           Opened Date.... 10/14/2014                 Cost:  0/00/0000 11/30/2016
N Resp Attorney 9999 FIRM                                       CONTINGENT-CIVIL/COMM LITIGATION-DEFEN
N Rspr Attorney 9999 FIRM                  Monthly              Time by Prd/Year: N
N Othr Attorney 9999 FIRM                  XML01                Cost by Prd/Year: N
===================================================>  C O S T S   A D V A N C E D   <=================================================

  - Date -  Wkng  Serv                                                  Quantity        Amount        Group# /Item#
            Atty  Task  Code  Description
                                                                       ----------    ----------
            Unbilled Costs Advanced                                      5,666.00      9,052.67


========>  No unapplied credits for this matter


========>  No trust activity balance for this matter

===================================================>  B I L L I N G   S U M M A R Y   <=============================================

Name                      Atty     Hours      Rate         Value      N/C Hr
  * DWIGHT E. JEFFERSON    1048       .00                    .00         .00
  * DWIGHT E. JEFFERSON    1048    186.80    400.00     74,720.00        .00
    LAWRENCE A. LYNN       0120      7.60    300.00      2,280.00        .00
  * DYLAN LEE              0982      1.90    140.00        266.00        .00

        Unbilled Time              196.30              77,266.00
        Unbilled Costs Advanced                         9,052.67
                                                    -----------
        Total Unbilled Time & Costs Advanced          86,318.67

        Outstanding              Before      Value           After         Value
        Unbilled Time          0/00/0000       .00       11/30/2016          .00
        Unbilled Costs Advanced 0/00/0000      .00       11/30/2016        36.98
```

```
BIM300T                                            COATS | ROSE              BIM RUN# ... 0020952      Page ......... 24

Date ......... 2/20/17                        BILLING INFORMATION MEMO                                 Time ..... 13:46:51

Requ Attorney. 1048 DWIGHT E. JEFFERSON   13317 000 MILDRED E. WHITTIER, a/n/f FOR JULIUS E.  BIM#:              2032713B
N Orig Attorney 1048 DWIGHT E. JEFFERSON         1           IN RE: NCAA STUDENT ATHLETE CONCUSSION  Time: 0/00/0000 11/30/2016
N Bill Attorney 1048 DWIGHT E. JEFFERSON                     Opened Date... 10/14/2014             Cost: 0/00/0000 11/30/2016
N Resp Attorney 9999 FIRM                   Monthly                             CONTINGENT-CIVIL/COMM LITIGATION-DEFEN
N Rrsp Attorney 9999 FIRM                   XMLO1                                        Time by Prd/Year:    N
N Othr Attorney 9999 FIRM                                                                Cost by Prd/Year:    N

============>            C O S T S   C O D E   S U M M A R Y   <==========

            Serv
            Code    Description                                     Amount

            0101    PHOTOCOPIES                                   1,416.50
            0102    OUTSIDE PRINTING                                 83.00
            0106    ONLINE RESEARCH                                 331.33
            0107    DELIVERY SERVICE/MESSENGER                       22.93
            0108    POSTAGE                                          42.05
            0110    OUT OF TOWN TRAVEL                            5,962.06
            0112    COURT FEES                                      855.00
            0124    OTHER                                            71.00
            0125    MILEAGE                                         268.80
                                                                 ----------
                              Total Costs Advanced                9,052.67

============>            M A T T E R   S U M M A R Y   <==========

            Costs Totals              Year to Date    Life to Date

            Cost Dollar Rpt              406.92         9,433.27
            Total Unbilled             9,433.27         9,433.27
            Costs Relief $.                 .00
            Costs Billed-Reg                .00              .00
            Cost Receipts                   .00              .00
            Cost Receipts A/R               .00
            Outstanding A/R                 .00              .00
            Realization                     .00%             .00%
            Cost Write U/D.                 .00              .00
            Cost A/R Adj...                 .00              .00

============>                                          Last Time Rept.  1/31/2017
                                                       Last Cost Rept.  2/17/2017
                                                       Last Bill Date.
                                                       Last Receipts..  0/00/0000
                                                       Bill Thru Date.
                                                       Bill Time Bgt.
                                                       Bill Time Bgt.
                                                       A/R Credit Amt.       0
                                                       Credit Limit..        0

Time Totals       Year to Date    Life to Date

Time Dollars Rpt   12,240.00       84,986.00
Total Unbilled     84,986.00       84,986.00
Time Relief $.          .00             .00
Time Billed-Reg         .00             .00
Time Receipts..         .00             .00
Outstanding A/R         .00             .00
Realization             .00%            .00%
Time Write U/D.         .00             .00
Time A/R Adj...         .00             .00
```