# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
### Eastern Division

National Collegiate Athletic Association Student−Athlete Concussion Injury Litigation, et al.

        Plaintiff,

v.

Case No.: 1:13−cv−09116

Honorable John Z. Lee

National Collegiate Athletic Association, et al.

        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, March 3, 2017:

    MINUTE entry before the Honorable John Z. Lee:Motion hearing held on 3/3/17. Joint motion for extension of time to submit supplemental report concerning projected notice expenses [352] is granted. Counsel reports that the supplemental submission regarding notice costs will be filed today. The parties also informed the Court that they will likely seek to modify the dates related to the final approval of the settlement agreement due to ongoing efforts to provide direct notice to the class. The status hearing set for 3/7/17 at 1:00 p.m. will stand.Mailed notice(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.