UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.1.1
Eastern Division

National Collegiate Athletic Association Student−Athlete
Concussion Injury Litigation, et al.

                Plaintiff,

v.

National Collegiate Athletic Association, et al.

                Defendant.

Case No.: 1:13−cv−09116
Honorable John Z. Lee

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, March 7, 2017:

    MINUTE entry before the Honorable John Z. Lee: Status hearing held on 3/7/17. In their response to the order requesting supplemental status report regarding additional notice program expenses [36], the parties state that the updated total estimated cost of the Notice program is $2,135,380.21, an increase of $635,380.21 from the $1.5 million estimate provided in the motion to preliminary approve the class action settlement. They ask that the Court authorize these costs and find them to be necessary and reasonable for the reasons stated in the response. Any objection to this request must be filed by 3/21/17. Mailed notice(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.