UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.1.1
Eastern Division

National Collegiate Athletic Association
Student−Athlete Concussion Injury Litigation, et al.

                                                   Plaintiff,

v.                                                   Case No.:
                                                    1:13−cv−09116
                                                    Honorable John Z. Lee

National Collegiate Athletic Association, et al.

                                                   Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, March 7, 2017:

      MINUTE entry before the Honorable John Z. Lee: The parties have filed a joint motion for an extension of time [366]. In short, the parties request a continuance of certain dates, including the date of the Final Fairness hearing, to allow the parties to obtain additional contact information from 78 NCAA member institutions and send out direct mail notice based upon that data. Finding this request reasonable and appropriate, the Court intends to modify the schedule that was set forth in its 7/15/16 order as follows. The deadline for Settlement Class Members to object or opt out of the Settlement will be 5/31/17. The deadline for any objections or responses to the petitions for attorneys fees and costs shall be 5/31/17. The Notice Administrator shall file with the Court the Opt−Out List with an affidavit attesting to the completeness and accuracy thereof by 6/16/17. The Notice Administrator and Program Administrator shall file declarations with the Court concerning implementation of the Notice program and other terms of the Settlement by 6/16/17. The motion for Final Approval of the Settlement, including any responses to objections, shall be filed by 6/23/17. The Fairness Hearing shall take place on 7/27/17 at 10:00 a.m. Any objections to these proposed scheduling changes should be filed by 3/21/17. If and when the Court approves the scheduling modifications, the Court authorizes the parties to inform the class members of the modifications in accordance with the plan set forth in the joint motion. Finally, in the event that any NCAA member institutions have not complied with the subpoenas for class member contact information by 4/14/17, the parties should file a status report on 4/15/17 identifying those institutions that have failed to comply. Mailed notice(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and

criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.