# ADELA APRODU

<u>Via USPS</u>
Clerk of Court
United States District Court for the
Northern District of Illinois
219 South Dearborn Street
Chicago, IL 60604

FILED

MAR 10 2017 TM

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

March 8, 2017

### RE: DOCKET NO. 1:13-CV-09116 CLASS MEMBER OBJECTION

Dear Sir/Madam:

Kindly file and docket the enclosed Class Member Objection.

Please let me know if you have any questions.

Thank you,

*[signature]*

Adela Aprodu

cc:  Steve Berman, Esq.
     Mark S. Mester, Esq.

1