# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.1.1
## Eastern Division

National Collegiate Athletic Association Student−Athlete
Concussion Injury Litigation, et al.

                        Plaintiff,

v.                                                       Case No.: 1:13−cv−09116
                                                        Honorable John Z. Lee

National Collegiate Athletic Association, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, March 13, 2017:

      MINUTE entry before the Honorable John Z. Lee:Motion for entry of privacy act protective order permitting disclosure of Federal Records [370] is granted. No appearance is required on the motion.Mailed notice(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.