IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: NATIONAL COLLEGIATE ATHLETIC ASSOCIATION STUDENT-ATHLETE CONCUSSION INJURY LITIGATION | ) ) ) ) ) ) ) | MDL No. 2492<br><br>Master Docket No. 1:13-cv-09116<br><br>Judge John Z. Lee<br><br>Magistrate Judge M. David Weisman |

## PRIVACY ACT PROTECTIVE ORDER

This matter coming before the Court on a motion by the National Collegiate Athletic Association pursuant to the Privacy Act, 5 U.S.C. § 552a(b)(11), for an order permitting disclosure of certain information in the possession of the United States of America for use in providing notice to Settlement Class Members in the above-captioned litigation, and the Court being fully informed, it is hereby ORDERED:[1]

The following information in the possession of the Department of Defense, Department of the Army (United States Military Academy), Department of the Navy (United States Naval Academy), Department of Homeland Security (United States Coast Guard Academy) and Department of the Air Force (United States Air Force Academy) may be disclosed to the Settlement Administrator:

> First name, last name, last known street address, city, state, zip code, e-mail address, telephone number, foreign province code, foreign postal code, and foreign country for the following individuals: All Persons who played an NCAA-sanctioned sport at the United States Military Academy, United States Naval Academy, United States Coast Guard Academy, and United States Air Force Academy, on or prior to July 15, 2016.

---

[1] Capitalized terms herein have the meaning ascribed to them in the Second Amended Settlement Agreement, which is Exhibit 1 to the joint motion for preliminary approval filed with the Court on May 20, 2016. See Second Am. Settlement Agt. (Dkt. #266-1).

The above-described information shall be used solely for the purposes of providing direct notice of the Settlement to Settlement Class Members and not otherwise.

*So Ordered.*

Dated: 3/13/17

_____
U.S. District Judge John Z. Lee