UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**IN RE: NATIONAL COLLEGIATE ATHLETIC ASSOCIATION STUDENT-ATHLETE CONCUSSION LITIGATION**

This Filing Relates To:
*Solomon v. NCAA*, Case No. 11-cv-6356

MDL NO. 2492

Master Docket No. 13-cv-09116

Judge John Z. Lee

Magistrate Judge David M. Weisman

**[PROPOSED] SCHEDULING ORDER FOR
INDIVIDUAL TRIAL OF KYLE SOLOMON'S CLAIMS
AGAINST DEFENDANT NCAA**

UPON CONSIDERATION of the Motion to Lift Stay and for Entry of Scheduling Orders for Derek Owens' and Kyle Solomon's Individual Claims Against Defendant NCAA, IT IS HEREBY ORDERED that the following schedule shall apply to the individual claims of Plaintiff Kyle Solomon:

**Supplemental Fact Discovery**

a. **April 3, 2017** – Supplemental fact discovery opens;

b. **July 3, 2017** - Supplemental fact discovery closes.

**Rule 26(a)(2) Expert Disclosures.**

a. **July 17, 2017** - Plaintiff's expert report(s) due;

b. **July 31, 2017** - Deadline for Defendant to complete depositions of Plaintiff's experts;

c. **August 21, 2017** - Defendant's expert report(s) due;

d. **September 4, 2017** - Deadline for Plaintiff to complete depositions of Defendant's experts;

e. **September 18, 2017** - Plaintiff's rebuttal expert report(s) due (if any).

**Dispositive Motions.**

a. **October 2, 2017** - Dispositive motions due;

b. **October 30, 2017** – Oppositions to dispositive motions due;

c. **November 17, 2017** – Replies in support of dispositive motions due.

**Pre-Trial Motions, Conference and Trial.**

a. **December 17, 2017** - Final pretrial orders, motions in limine, proposed voir dire forms, schedule of exhibits, proposed jury instructions & verdict forms due;

b. **_____, 2018** - Final pretrial conference (1-2 weeks before trial);

c. **_____, 2018** - Trial.

ENTERED: \_\_\_\_\_, 2017  _____
Honorable John Z. Lee