# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL COLLEGIATE ATHLETIC ASSOCIATION STUDENT-ATHLETE CONCUSSION LITIGATION<br><br>This Filing Relates To:<br><br>*Owens v. NCAA*, Case No. 11-cv-6356<br>*Solomon v. NCAA*, Case No. 11-cv-6356 | MDL NO. 2492<br><br>Master Docket No. 13-cv-09116<br><br>Judge John Z. Lee<br><br>Magistrate Judge David M. Weisman |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on Wednesday, March 22, 2017 at 9:00 a.m., Settlement Class Counsel shall appear before the Honorable Judge John Z. Lee in the courtroom usually occupied by him in Room 1225 of the U.S. District Court for the Northern District of Illinois, 219 S. Dearborn Street, Chicago, Illinois and then and there present **MOTION TO LIFT STAY AND FOR ENTRY OF SCHEDULING ORDERS FOR DEREK OWENS' AND KYLE SOLOMON'S INDIVIDUAL CLAIMS AGAINST DEFENDANT NCAA**.

Date: March 17, 2017

Respectfully submitted,

By: */s/ Daniel J. Kurowski*
Steve W. Berman
*steve@hbsslaw.com*
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
206.623.7292
Fax: 206.623.0594

Elizabeth A. Fegan
*beth@hbsslaw.com*
Daniel J. Kurowski
*dank@hbsslaw.com*
HAGENS BERMAN SOBOL SHAPIRO LLP
455 N. Cityfront Plaza Drive, Suite 2410
Chicago, IL 60611
708.628.4949

*Lead and Settlement Class Counsel and Attorneys for Derek Owens and Kyle Solomon*

**CERTIFICATE OF SERVICE**

      The undersigned, an attorney, hereby certifies that on March 17, 2017 a true and correct copy of the foregoing was filed electronically via CM/ECF, which caused notice to be sent to all counsel of record.

      By: */s/ Daniel J. Kurowski*

010270-12 918863 V1