IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL COLLEGIATE ATHLETIC ASSOCIATION STUDENT-ATHLETE CONCUSSION INJURY LITIGATION | MDL No. 2492<br><br>Master Docket No. 1:13-cv-09116<br><br>This Documents Relates To:<br>All Cases<br><br>Judge John Z. Lee<br><br>Magistrate Judge M. David Weisman |

**MOTION TO WITHDRAW PLAINTIFF ANTHONY NICHOLS'S CLAIMS
SEEKING PERSONAL INJURY DAMAGES FROM CASE NO. 13-cv-9116**

Pursuant to the Court's November 30, 2016 Minute Entry, Plaintiff Anthony Nichols, by and through his counsel, respectfully moves for leave to withdraw any previously asserted claims seeking personal injury damages from Master Docket No. 13-cv-9116. (*See* Dkt. 312.) Contemporaneous with this filing, Plaintiff Nichols has filed a new complaint containing his previously-asserted claims seeking personal injury damages. *See Nichols v. National Collegiate Athletic Association*, No. 1:17-cv-2131 (N.D. Ill.).

                                                Respectfully submitted,

                                                **ANTHONY NICHOLS**, individually and on behalf of all others similarly situated,

Date: March 17, 2017                By: /s/ Benjamin S. Thomassen
                                                          One of his Attorneys

                                                Jay Edelson
                                                jedelson@edelson.com
                                                Rafey S. Balabanian
                                                rbalabanian@edelson.com
                                                Ari J. Scharg
                                                ascharg@edelson.com

        Benjamin S. Thomassen
        bthomassen@edelson.com
        EDELSON PC
        350 North LaSalle Street, Suite 1300
        Chicago, Illinois 60654
        Tel: 312.589.6370
        Fax: 312.589.6378

## CERTIFICATE OF SERVICE

    I, Benjamin S. Thomassen, hereby certify that on March 17, 2017, I served the above and foregoing ***Motion to Withdraw Plaintiff Anthony Nichols's Claims Seeking Personal Injury Damages From Case No. 13-cv-9116***, by causing true and accurate copies of such paper to be filed and transmitted to all counsel of record via the Court's CM/ECF electronic filing system.

                                                /s/ Benjamin S. Thomassen