UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL COLLEGIATE ATHLETIC ASSOCIATION STUDENT-ATHLETE CONCUSSION LITIGATION | MDL NO. 2492<br>Case No. 13-cv-09116<br><br>Judge John Z. Lee<br><br>Magistrate Judge Brown |

UPON CONSIDERATION and for good cause shown Plaintiffs' Chris Walker, Ben Martin and Dan Ahern (*Walker Plaintiffs'*) Motion for Leave to File Out of Time or, alternatively, as an Exhibit to Settlement Class Counsel's Petition for fees and expenses in the interest of justice.

IT IS HEREBY ORDERED:

Plaintiff's motion is granted.

1. The *Walker* Plaintiffs have leave to file the application for Timothy J. McIlwain's attorney fees and expenses; alternatively,

2. The *Walker* Plaintiffs Motion for Leave for the attorney fees and expenses application of Timothy J. McIlwain, Esquire shall be annexed as an exhibit to Settlement Class Counsel's Petition for fees and expenses.

**SO ORDERED.**

DATED:  April ___, 2017.

_____

HONORABLE JOHN Z. LEE

UNITED STATES DISTRICT JUDGE