# Exhibit A

Irving Botwinick, Founder
New York State Professional Process Servers
Association

Founding Member National Association
of Professional Process Servers

Associate Member of the following
State Process Servers Association:
Arizona, California, Colorado, Florida, Georgia,
New Jersey, Oregon, Tennessee, Washington



*"Serving the Legal Community Since 1977."*

Society of Professional Investigators
Chairman of the Board

Associated Licensed Detectives of
New York State, Inc.
National Council of Investigation
and Security Services
Society of Professional Investigators
World Investigators Network Inc.

February 10, 2017

Page 1 of 5

ATTN: MICHAEL SMITH

LATHAM & WATKINS LLP
330 NORTH WABASH AVENUE
SUITE 2800
CHICAGO, IL 60611

INVOICE # CL-4658

| CASE | SERVICE | Invoice Number | CHARGE | 30% Discount | Balance | Disbursements | TOTAL AMOUNT |
|---|---|---|---|---|---|---|---|
| In re | Subpoena | | | | | | |
| National | Emergency Service | | | | | | |
| Collegiate | On | | | | | | |
| Athletic | | JY-1148 | $ 350.00 | $ 105.00 | $ 245.00 | $ 190.00 | $ 435.00 |
| Association | | CL-4568 | $ 350.00 | $ 105.00 | $ 245.00 | $ 85.00 | $ 330.00 |
| Student- | | SD-1173 | $ 350.00 | $ 105.00 | $ 245.00 | $ 130.00 | $ 375.00 |
| Athlete | | SD-1189 | $ 350.00 | $ 105.00 | $ 245.00 | $ 65.00 | $ 310.00 |
| Concussion | | CL-4628 | $ 350.00 | $ 105.00 | $ 245.00 | $ 75.00 | $ 320.00 |
| Injury | | SD-1143 | $ 350.00 | $ 105.00 | $ 245.00 | $ 100.00 | $ 345.00 |
| Litigation | | SD-1103 | $ 350.00 | $ 105.00 | $ 245.00 | - | $ 245.00 |
| | | SD-1242 | $ 350.00 | $ 105.00 | $ 245.00 | $ 125.00 | $ 370.00 |
| | | CL-4615 | $ 350.00 | $ 105.00 | $ 245.00 | $ 106.00 | $ 351.00 |
| | | CL-4598 | $ 350.00 | $ 105.00 | $ 245.00 | $ 57.00 | $ 302.00 |
| | | SD-1140 | $ 350.00 | $ 105.00 | $ 245.00 | - | $ 245.00 |
| | | SD-1141 | $ 350.00 | $ 105.00 | $ 245.00 | - | $ 245.00 |
| | | SD-1142 | $ 350.00 | $ 105.00 | $ 245.00 | - | $ 245.00 |
| | | SD-1255 | $ 350.00 | $ 105.00 | $ 245.00 | $ 100.00 | $ 345.00 |
| | | CL-4569 | $ 350.00 | $ 105.00 | $ 245.00 | $ 55.00 | $ 300.00 |
| | | SD-1258 | $ 350.00 | $ 105.00 | $ 245.00 | $ 175.00 | $ 420.00 |
| | | JY-1166 | $ 350.00 | $ 105.00 | $ 245.00 | $ 90.00 | $ 335.00 |
| | | CL-4557 | $ 350.00 | $ 105.00 | $ 245.00 | $ 75.00 | $ 320.00 |
| | | SD-1236 | $ 350.00 | $ 105.00 | $ 245.00 | $ 50.00 | $ 295.00 |
| | | SD-1241 | $ 350.00 | $ 105.00 | $ 245.00 | $ 50.00 | $ 295.00 |
| | | SD-1214 | $ 350.00 | $ 105.00 | $ 245.00 | $ 115.00 | $ 360.00 |
| | | SD-1227 | $ 350.00 | $ 105.00 | $ 245.00 | $ 40.00 | $ 285.00 |
| | | SD-1170 | $ 350.00 | $ 105.00 | $ 245.00 | $ 75.00 | $ 320.00 |
| | | SD-1174 | $ 350.00 | $ 105.00 | $ 245.00 | $ 60.00 | $ 305.00 |
| | | SD-1169 | $ 350.00 | $ 105.00 | $ 245.00 | $ 125.00 | $ 370.00 |
| | | JY-1165 | $ 350.00 | $ 105.00 | $ 245.00 | $ 60.00 | $ 305.00 |
| | | CL-4570 | $ 350.00 | $ 105.00 | $ 245.00 | $ 55.00 | $ 300.00 |
| | | CL-4601 | $ 350.00 | $ 105.00 | $ 245.00 | $ 175.00 | $ 420.00 |
| | | SD-1138 | $ 350.00 | $ 105.00 | $ 245.00 | - | $ 245.00 |
| | | SD-1331 | $ 350.00 | $ 105.00 | $ 245.00 | $ 75.00 | $ 320.00 |
| | | SD-1349 | $ 350.00 | $ 210.00 | $ 490.00 | $ 245.00 | $ 735.00 |
| | | SD-1293 | $ 350.00 | $ 105.00 | $ 245.00 | $ 95.00 | $ 340.00 |
| | | CL-4647 | $ 350.00 | $ 105.00 | $ 245.00 | $ 100.00 | $ 345.00 |
| | | CL-4644 | $ 350.00 | $ 105.00 | $ 245.00 | $ 65.00 | $ 310.00 |
| | | SD-1292 | $ 350.00 | $ 105.00 | $ 245.00 | $ 115.00 | $ 360.00 |
| | | CL-4643 | $ 350.00 | $ 105.00 | $ 245.00 | $ 85.00 | $ 330.00 |
| | | SD-1291 | $ 350.00 | $ 105.00 | $ 245.00 | $ 115.00 | $ 360.00 |
| | | SD-1290 | $ 350.00 | $ 105.00 | $ 245.00 | $ 115.00 | $ 360.00 |
| | | SD-1326 | $ 350.00 | $ 22.50 | $ 52.50 | - | $ 52.50 |
| | | SD-1289 | $ 350.00 | $ 105.00 | $ 245.00 | $ 95.00 | $ 340.00 |
| | | SD-1327 | $ 350.00 | $ 105.00 | $ 245.00 | $ 80.00 | $ 325.00 |
| | | SD-1406 | $ 350.00 | $ 105.00 | $ 245.00 | $ 90.00 | $ 335.00 |
| | | SD-1405 | $ 350.00 | $ 105.00 | $ 245.00 | $ 90.00 | $ 335.00 |
| | | SD-1404 | $ 350.00 | $ 105.00 | $ 245.00 | $ 90.00 | $ 335.00 |
| | | SD-1394 | $ 350.00 | $ 105.00 | $ 245.00 | $ 90.00 | $ 335.00 |

Irving Botwinick, Founder
New York State Professional Process Servers
Association

Founding Member National Association
of Professional Process Servers

Associate Member of the following
State Process Servers Association:
Arizona, California, Colorado, Florida, Georgia,
New Jersey, Oregon, Tennessee, Washington

Society of Professional Investigators
Chairman of the Board

Associated Licensed Detectives of
New York State, Inc.
National Council of Investigation
and Security Services
Society of Professional Investigators
World Investigators Network Inc.



*"Serving the Legal Community Since 1977."*

February 10, 2017

Page 2 of 5

ATTN: MICHAEL SMITH

LATHAM & WATKINS LLP
330 NORTH WABASH AVENUE
SUITE 2800
CHICAGO, IL 60611

INVOICE # CL-4658

| CASE | SERVICE | Invoice Number | CHARGE | 30% Discount | Balance | Disbursements | TOTAL AMOUNT |
|---|---|---|---|---|---|---|---|
| In re National Collegiate Athletic Association Student-Athlete Concussion Injury Litigation | | SD-1371 | $ 350.00 | $ 105.00 | $ 245.00 | $ 125.00 | $ 370.00 |
| | | SD-1407 | $ 350.00 | $ 105.00 | $ 245.00 | $ 125.00 | $ 370.00 |
| | | SD-1432 | $ 350.00 | $ 105.00 | $ 245.00 | $ 125.00 | $ 370.00 |
| | | SD-1384 | $ 350.00 | $ 105.00 | $ 245.00 | $ 100.00 | $ 345.00 |
| | | SD-1408 | $ 350.00 | $ 105.00 | $ 245.00 | $ 125.00 | $ 370.00 |
| | | SD-1385 | $ 350.00 | $ 105.00 | $ 245.00 | $ 125.00 | $ 370.00 |
| | | SD-1386 | $ 350.00 | $ 105.00 | $ 245.00 | $ 125.00 | $ 370.00 |
| | | SD-1383 | $ 350.00 | $ 105.00 | $ 245.00 | $ 55.00 | $ 300.00 |
| | | CL-4657 | $ 350.00 | $ 105.00 | $ 245.00 | $ 55.00 | $ 300.00 |
| | | CL-4656 | $ 350.00 | $ 105.00 | $ 245.00 | $ 75.00 | $ 320.00 |
| | | SD-1413 | $ 350.00 | $ 105.00 | $ 245.00 | $ 75.00 | $ 320.00 |
| | | SD-1412 | $ 350.00 | $ 105.00 | $ 245.00 | $ 80.00 | $ 325.00 |
| | | SD-1411 | $ 350.00 | $ 105.00 | $ 245.00 | $ 220.00 | $ 465.00 |
| | | SD-1410 | $ 350.00 | $ 105.00 | $ 245.00 | $ 220.00 | $ 465.00 |
| | | SD-1409 | $ 350.00 | $ 105.00 | $ 245.00 | $ 220.00 | $ 465.00 |
| | | SD-1301 | $ 350.00 | $ 105.00 | $ 245.00 | $ 115.00 | $ 360.00 |
| | | SD-1300 | $ 350.00 | $ 105.00 | $ 245.00 | $ 115.00 | $ 360.00 |
| | | SD-1299 | $ 350.00 | $ 105.00 | $ 245.00 | $ 115.00 | $ 360.00 |
| | | SD-1298 | $ 350.00 | $ 105.00 | $ 245.00 | $ 115.00 | $ 360.00 |
| | | SD-1297 | $ 350.00 | $ 105.00 | $ 245.00 | $ 115.00 | $ 360.00 |
| | | SD-1296 | $ 350.00 | $ 105.00 | $ 245.00 | $ 115.00 | $ 360.00 |
| | | SD-1294 | $ 350.00 | $ 105.00 | $ 245.00 | $ 115.00 | $ 360.00 |
| | | SD-1295 | $ 350.00 | $ 105.00 | $ 245.00 | $ 115.00 | $ 360.00 |
| | | SD-1336 | $ 350.00 | $ 105.00 | $ 245.00 | $ 75.00 | $ 320.00 |
| | | SD-1340 | $ 350.00 | $ 105.00 | $ 245.00 | $ 75.00 | $ 320.00 |
| | | SD-1334 | $ 350.00 | $ 105.00 | $ 245.00 | $ 75.00 | $ 320.00 |
| | | SD-1344 | $ 350.00 | $ 105.00 | $ 245.00 | $ 140.00 | $ 385.00 |
| | | SD-1339 | $ 350.00 | $ 105.00 | $ 245.00 | $ 75.00 | $ 320.00 |
| | | SD-1343 | $ 350.00 | $ 105.00 | $ 245.00 | $ 180.00 | $ 425.00 |
| | | SD-1338 | $ 350.00 | $ 105.00 | $ 245.00 | $ 75.00 | $ 320.00 |
| | | SD-1337 | $ 350.00 | $ 105.00 | $ 245.00 | $ 75.00 | $ 320.00 |
| | | SD-1345 | $ 350.00 | $ 105.00 | $ 245.00 | $ 165.00 | $ 410.00 |
| | | SD-1335 | $ 350.00 | $ 105.00 | $ 245.00 | $ 75.00 | $ 320.00 |
| | | SD-1346 | $ 350.00 | $ 105.00 | $ 245.00 | $ 175.00 | $ 420.00 |
| | | SD-1341 | $ 350.00 | $ 105.00 | $ 245.00 | $ 75.00 | $ 320.00 |
| | | SD-1342 | $ 350.00 | $ 105.00 | $ 245.00 | $ 75.00 | $ 320.00 |
| | | CL-4650 | $ 350.00 | $ 105.00 | $ 245.00 | $ 75.00 | $ 320.00 |
| | | CL-4651 | $ 350.00 | $ 105.00 | $ 245.00 | $ 50.00 | $ 295.00 |
| | | CL-4652 | $ 350.00 | $ 105.00 | $ 245.00 | $ 50.00 | $ 295.00 |
| | | CL-4653 | $ 350.00 | $ 105.00 | $ 245.00 | $ 85.00 | $ 330.00 |
| | | SD-1308 | $ 350.00 | $ 105.00 | $ 245.00 | $ 115.00 | $ 360.00 |
| | | SD-1307 | $ 350.00 | $ 105.00 | $ 245.00 | $ 115.00 | $ 360.00 |
| | | SD-1306 | $ 350.00 | $ 105.00 | $ 245.00 | $ 115.00 | $ 360.00 |
| | | SD-1305 | $ 350.00 | $ 105.00 | $ 245.00 | $ 115.00 | $ 360.00 |
| | | SD-1304 | $ 350.00 | $ 105.00 | $ 245.00 | $ 115.00 | $ 360.00 |
| | | SD-1303 | $ 350.00 | $ 105.00 | $ 245.00 | $ 115.00 | $ 360.00 |

*WE ARE PRIVATE INVESTIGATORS LICENSED BY THE NEW YORK STATE DEPARTMENT OF STATE • LICENSE #11000079635*
WOOLWORTH BUILDING • 233 BROADWAY, SUITE 2201 • NEW YORK, NEW YORK 10279
(212) 233-3346 • Fax (212) 349-0338
e-mail: irving@servingbyirving.com • website: www.servingbyirving.com • Federal Tax I.D. # 13-3074123



Irving Botwinick, Founder  
New York State Professional Process Servers Association

Founding Member National Association of Professional Process Servers

Associate Member of the following State Process Servers Association:  
Arizona, California, Colorado, Florida, Georgia, New Jersey, Oregon, Tennessee, Washington

**SERVING by IRVING INC.**  
*"Serving the Legal Community Since 1977."*

Society of Professional Investigators  
Chairman of the Board

Associated Licensed Detectives of New York State, Inc.  
National Council of Investigation and Security Services  
Society of Professional Investigators  
World Investigators Network Inc.

February 10, 2017

Page 3 of 5

ATTN: MICHAEL SMITH

LATHAM & WATKINS LLP  
330 NORTH WABASH AVENUE  
SUITE 2800  
CHICAGO, IL 60611

INVOICE # CL-4658

| CASE | SERVICE | Invoice Number | CHARGE | 30% Discount | Balance | Disbursements | TOTAL AMOUNT |
|---|---|---|---|---|---|---|---|
| In re National Collegiate Athletic Association Student-Athlete Concussion Injury Litigation | | SD-1302 | $ 350.00 | $ 105.00 | $ 245.00 | $ 115.00 | $ 360.00 |
| | | SD-1354 | $ 350.00 | $ 105.00 | $ 245.00 | $ 75.00 | $ 320.00 |
| | | SD-1355 | $ 350.00 | $ 105.00 | $ 245.00 | $ 75.00 | $ 320.00 |
| | | SD-1353 | $ 350.00 | $ 105.00 | $ 245.00 | $ 75.00 | $ 320.00 |
| | | HW-9708 | $ 350.00 | $ 105.00 | $ 245.00 | $ 65.00 | $ 310.00 |
| | | SD-1330 | $ 350.00 | $ 105.00 | $ 245.00 | $ 105.00 | $ 350.00 |
| | | SD-1329 | $ 350.00 | $ 105.00 | $ 245.00 | $ 150.00 | $ 395.00 |
| | | SD-1328 | $ 350.00 | $ 105.00 | $ 245.00 | $ 75.00 | $ 320.00 |
| | | SD-1072 | $ 350.00 | $ 105.00 | $ 245.00 | $ 82.50 | $ 327.50 |
| | | JY-1123 | $ 350.00 | $ 105.00 | $ 245.00 | $ 112.50 | $ 357.50 |
| | | SD-1240 | $ 350.00 | $ 105.00 | $ 245.00 | $ 125.00 | $ 370.00 |
| | | SD-1190 | $ 350.00 | $ 105.00 | $ 245.00 | $ 250.00 | $ 495.00 |
| | | JY-1161 | $ 350.00 | $ 105.00 | $ 245.00 | $ 250.00 | $ 495.00 |
| | | SD-1257 | $ 350.00 | $ 105.00 | $ 245.00 | $ 250.00 | $ 495.00 |
| | | SD-1043 | $ 350.00 | $ 105.00 | $ 245.00 | $ 75.00 | $ 320.00 |
| | | JY-1162 | $ 350.00 | $ 105.00 | $ 245.00 | $ 250.00 | $ 495.00 |
| | | SD-1076 | $ 350.00 | $ 105.00 | $ 245.00 | $ 170.00 | $ 415.00 |
| | | SD-1100 | $ 350.00 | $ 105.00 | $ 245.00 | $ 45.54 | $ 290.54 |
| | | JY-1114 | $ 350.00 | $ 105.00 | $ 245.00 | $ 340.00 | $ 585.00 |
| | | SD-1031 | $ 350.00 | $ 105.00 | $ 245.00 | $ 90.00 | $ 335.00 |
| | | SD-1032 | $ 350.00 | $ 105.00 | $ 245.00 | $ 90.00 | $ 335.00 |
| | | SD-1029 | $ 350.00 | $ 105.00 | $ 245.00 | $ 90.00 | $ 335.00 |
| | | SD-1028 | $ 350.00 | $ 105.00 | $ 245.00 | $ 90.00 | $ 335.00 |
| | | SD-1030 | $ 350.00 | $ 105.00 | $ 245.00 | $ 90.00 | $ 335.00 |
| | | JY-1147 | $ 350.00 | $ 105.00 | $ 245.00 | $ 90.00 | $ 335.00 |
| | | SD-1212 | $ 350.00 | $ 105.00 | $ 245.00 | $ 80.00 | $ 325.00 |
| | | SD-1256 | $ 350.00 | $ 105.00 | $ 245.00 | $ 90.00 | $ 335.00 |
| | | SD-1254 | $ 350.00 | $ 105.00 | $ 245.00 | $ 90.00 | $ 335.00 |
| | | SD-1211 | $ 350.00 | $ 105.00 | $ 245.00 | $ 80.00 | $ 325.00 |
| | | SD-1073 | $ 350.00 | $ 105.00 | $ 245.00 | $ 80.00 | $ 325.00 |
| | | SD-1252 | $ 350.00 | $ 105.00 | $ 245.00 | $ 80.00 | $ 325.00 |
| | | SD-1071 | $ 350.00 | $ 105.00 | $ 245.00 | $ 130.00 | $ 375.00 |
| | | SD-1063 | $ 350.00 | $ 105.00 | $ 245.00 | $ 130.00 | $ 375.00 |
| | | SD-1069 | $ 350.00 | $ 105.00 | $ 245.00 | $ 112.50 | $ 357.50 |
| | | SD-1065 | $ 350.00 | $ 105.00 | $ 245.00 | $ 88.33 | $ 333.33 |
| | | SD-1066 | $ 350.00 | $ 105.00 | $ 245.00 | $ 150.00 | $ 395.00 |
| | | SD-1064 | $ 350.00 | $ 105.00 | $ 245.00 | $ 125.00 | $ 370.00 |
| | | JY-1146 | $ 350.00 | $ 105.00 | $ 245.00 | $ 88.33 | $ 333.33 |
| | | SD-1070 | $ 350.00 | $ 105.00 | $ 245.00 | $ 88.33 | $ 333.33 |
| | | SD-1062 | $ 350.00 | $ 105.00 | $ 245.00 | $ 215.00 | $ 460.00 |
| | | SD-1067 | $ 350.00 | $ 105.00 | $ 245.00 | $ 100.00 | $ 345.00 |
| | | SD-1068 | $ 350.00 | $ 105.00 | $ 245.00 | $ 112.50 | $ 357.50 |
| | | SD-1208 | $ 350.00 | $ 105.00 | $ 245.00 | $ 80.00 | $ 325.00 |
| | | SD-1235 | $ 350.00 | $ 105.00 | $ 245.00 | $ 100.00 | $ 345.00 |
| | | SD-1210 | $ 350.00 | $ 105.00 | $ 245.00 | $ 80.00 | $ 325.00 |
| | | SD-1209 | $ 350.00 | $ 105.00 | $ 245.00 | $ 80.00 | $ 325.00 |
| | | SD-1175 | $ 350.00 | $ 105.00 | $ 245.00 | $ 100.00 | $ 345.00 |

*WE ARE PRIVATE INVESTIGATORS LICENSED BY THE NEW YORK STATE DEPARTMENT OF STATE • LICENSE #11000079635*  
WOOLWORTH BUILDING • 233 BROADWAY, SUITE 2201 • NEW YORK, NEW YORK 10279  
(212) 233-3346 • Fax (212) 349-0338  
e-mail: irving@servingbyirving.com • website: www.servingbyirving.com • Federal Tax I.D. # 13-3074123

Irving Botwinick, Founder
New York State Professional Process Servers
Association

Founding Member National Association
of Professional Process Servers

Associate Member of the following
State Process Servers Association:
Arizona, California, Colorado, Florida, Georgia,
New Jersey, Oregon, Tennessee, Washington



*"Serving the Legal Community Since 1977."*

Society of Professional Investigators
Chairman of the Board

Associated Licensed Detectives of
New York State, Inc.
National Council of Investigation
and Security Services
Society of Professional Investigators
World Investigators Network Inc.

February 10, 2017

Page 4 of 5

ATTN: MICHAEL SMITH

LATHAM & WATKINS LLP
330 NORTH WABASH AVENUE
SUITE 2800
CHICAGO, IL 60611

INVOICE # CL-465B

| CASE | SERVICE | Invoice Number | CHARGE | 30% Discount | Balance | Disbursements | TOTAL AMOUNT |
|---|---|---|---|---|---|---|---|
| In re National Collegiate Athletic Association Student-Athlete Concussion Injury Litigation | | CL-4612 | $ 350.00 | $ 105.00 | $ 245.00 | $ 45.00 | $ 290.00 |
| | | SD-1099 | $ 350.00 | $ 105.00 | $ 245.00 | $ 80.00 | $ 325.00 |
| | | CL-4544 | $ 350.00 | $ 105.00 | $ 245.00 | $ 90.00 | $ 335.00 |
| | | JY-1137 | $ 350.00 | $ 105.00 | $ 245.00 | $ 75.00 | $ 320.00 |
| | | SD-1041 | $ 350.00 | $ 105.00 | $ 245.00 | $ 114.00 | $ 359.00 |
| | | SD-1021 | $ 350.00 | $ 105.00 | $ 245.00 | $ − | $ 245.00 |
| | | SD-1020 | $ 350.00 | $ 105.00 | $ 245.00 | $ − | $ 245.00 |
| | | SD-1024 | $ 350.00 | $ 105.00 | $ 245.00 | $ − | $ 245.00 |
| | | JY-1138 | $ 350.00 | $ 105.00 | $ 245.00 | $ 75.00 | $ 320.00 |
| | | JY-1144 | $ 350.00 | $ 105.00 | $ 245.00 | $ 90.00 | $ 335.00 |
| | | SD-1039 | $ 350.00 | $ 105.00 | $ 245.00 | $ − | $ 245.00 |
| | | SD-1019 | $ 350.00 | $ 105.00 | $ 245.00 | $ − | $ 245.00 |
| | | CL-4609 | $ 350.00 | $ 105.00 | $ 245.00 | $ 110.00 | $ 355.00 |
| | | SD-1023 | $ 350.00 | $ 105.00 | $ 245.00 | $ − | $ 245.00 |
| | | SD-1058 | $ 350.00 | $ 105.00 | $ 245.00 | $ 100.00 | $ 345.00 |
| | | CL-4611 | $ 350.00 | $ 105.00 | $ 245.00 | $ 110.00 | $ 355.00 |
| | | SD-1156 | $ 350.00 | $ 105.00 | $ 245.00 | $ − | $ 245.00 |
| | | SD-1057 | $ 350.00 | $ 105.00 | $ 245.00 | $ 125.00 | $ 370.00 |
| | | SD-1134 | $ 350.00 | $ 105.00 | $ 245.00 | $ 65.00 | $ 310.00 |
| | | SD-1040 | $ 350.00 | $ 105.00 | $ 245.00 | $ − | $ 245.00 |
| | | CL-4613 | $ 350.00 | $ 105.00 | $ 245.00 | $ 45.00 | $ 290.00 |
| | | SD-1022 | $ 350.00 | $ 105.00 | $ 245.00 | $ − | $ 245.00 |
| | | SD-1098 | $ 350.00 | $ 105.00 | $ 245.00 | $ 70.00 | $ 315.00 |
| | | CL-4610 | $ 350.00 | $ 105.00 | $ 245.00 | $ 110.00 | $ 355.00 |
| | | SD-1097 | $ 350.00 | $ 105.00 | $ 245.00 | $ 45.00 | $ 290.00 |
| | | SD-1102 | $ 350.00 | $ 105.00 | $ 245.00 | $ 45.00 | $ 290.00 |
| | | SD-1099A | $ 350.00 | $ 105.00 | $ 245.00 | $ 45.00 | $ 290.00 |
| | | SD-1096 | $ 350.00 | $ 105.00 | $ 245.00 | $ 135.00 | $ 380.00 |
| | | SD-1163 | $ 350.00 | $ 105.00 | $ 245.00 | $ 125.00 | $ 370.00 |
| | | SD-1207 | $ 350.00 | $ 105.00 | $ 245.00 | $ 145.00 | $ 390.00 |
| | | SD-1238 | $ 350.00 | $ 105.00 | $ 245.00 | $ 185.26 | $ 430.26 |
| | | SD-1239 | $ 350.00 | $ 105.00 | $ 245.00 | $ 115.65 | $ 360.65 |
| | | SD-1167 | $ 350.00 | $ 105.00 | $ 245.00 | $ 100.00 | $ 345.00 |
| | | JY-1120 | $ 350.00 | $ 105.00 | $ 245.00 | $ 100.00 | $ 345.00 |
| | | SD-1205 | $ 350.00 | $ 105.00 | $ 245.00 | $ 145.00 | $ 390.00 |
| | | SD-1168 | $ 350.00 | $ 105.00 | $ 245.00 | $ 100.00 | $ 345.00 |
| | | SD-1166 | $ 350.00 | $ 105.00 | $ 245.00 | $ 125.00 | $ 370.00 |
| | | SD-1206 | $ 350.00 | $ 105.00 | $ 245.00 | $ 145.00 | $ 390.00 |
| | | SD-1164 | $ 350.00 | $ 105.00 | $ 245.00 | $ 95.00 | $ 340.00 |
| | | JY-1119 | $ 350.00 | $ 105.00 | $ 245.00 | $ 100.00 | $ 345.00 |
| | | SD-1165 | $ 350.00 | $ 105.00 | $ 245.00 | $ 95.00 | $ 340.00 |
| | | SD-1204 | $ 350.00 | $ 105.00 | $ 245.00 | $ 145.00 | $ 390.00 |
| | | SD-1101 | $ 350.00 | $ 105.00 | $ 245.00 | $ 141.20 | $ 386.20 |
| | | CL-4545 | $ 350.00 | $ 105.00 | $ 245.00 | $ 110.00 | $ 355.00 |
| | | CL-4551 | $ 350.00 | $ 105.00 | $ 245.00 | $ 65.00 | $ 310.00 |
| | | CL-4567 | $ 350.00 | $ 105.00 | $ 245.00 | $ 150.00 | $ 395.00 |

*WE ARE PRIVATE INVESTIGATORS LICENSED BY THE NEW YORK STATE DEPARTMENT OF STATE • LICENSE #11000079635*
WOOLWORTH BUILDING • 233 BROADWAY, SUITE 2201 • NEW YORK, NEW YORK 10279
(212) 233-3346 • Fax (212) 349-0338
e-mail: irving@servingbyirving.com • website: www.servingbyirving.com • Federal Tax I.D. # 13-3074123

Irving Botwinick, Founder
New York State Professional Process Servers Association

Founding Member National Association of Professional Process Servers

Associate Member of the following State Process Servers Association:
Arizona, California, Colorado, Florida, Georgia, New Jersey, Oregon, Tennessee, Washington



"Serving the Legal Community Since 1977."

Society of Professional Investigators
Chairman of the Board

Associated Licensed Detectives of New York State, Inc.
National Council of Investigation and Security Services
Society of Professional Investigators
World Investigators Network Inc.

February 10, 2017

Page 5 of 5

ATTN: MICHAEL SMITH

LATHAM & WATKINS LLP
330 NORTH WABASH AVENUE
SUITE 2800
CHICAGO, IL 60611

INVOICE # CL-4658

| CASE | SERVICE | Invoice Number | CHARGE | 30% Discount | Balance | Disbursements | TOTAL AMOUNT |
|---|---|---|---|---|---|---|---|
| In re | | CL-4552 | $ 350.00 | $ 105.00 | $ 245.00 | $ 95.00 | $ 340.00 |
| National | | CL-4547 | $ 350.00 | $ 105.00 | $ 245.00 | $ 100.00 | $ 345.00 |
| Collegiate | | CL-4629 | $ 350.00 | $ 105.00 | $ 245.00 | $ 90.00 | $ 335.00 |
| Athletic | | CL-4558 | $ 350.00 | $ 105.00 | $ 245.00 | $ 110.00 | $ 355.00 |
| Association | | CL-4631 | $ 350.00 | $ 105.00 | $ 245.00 | $ 90.00 | $ 335.00 |
| Student- | | CL-4548 | $ 350.00 | $ 105.00 | $ 245.00 | $ 100.00 | $ 345.00 |
| Athlete Concussion | | CL-4630 | $ 350.00 | $ 105.00 | $ 245.00 | $ 100.00 | $ 345.00 |
| Injury | | CL-4546 | $ 350.00 | $ 105.00 | $ 245.00 | $ 100.00 | $ 345.00 |
| Litigation | | | | | | GRAND TOTAL AMOUNT | |
| | | | | | | | $ 65,977.14 |

Irving Botwinick, Founder
New York State Professional Process Servers Association

Founding Member National Association of Professional Process Servers

Associate Member of the following State Process Servers Association:
Arizona, California, Colorado, Florida, Georgia, New Jersey, Oregon, Tennessee, Washington



*"Serving the Legal Community Since 1977."*

Society of Professional Investigators
Chairman of the Board

Associated Licensed Detectives of New York State, Inc.
National Council of Investigation and Security Services
Society of Professional Investigators
World Investigators Network Inc.

February 10, 2017

Page 1 of 5

ATTN: MICHAEL SMITH

LATHAM & WATKINS LLP
330 NORTH WABASH AVENUE
SUITE 2800
CHICAGO, IL 60611

INVOICE # CL-4659

| CASE | SERVICE | Invoice Number | CHARGE | 30% Discount | Balance | Disbursements | TOTAL AMOUNT |
|---|---|---|---|---|---|---|---|
| In re National Collegiate Athletic Association Student-Athlete Concussion Injury Litigation | | SD-1194 | $ 350.00 | $ 105.00 | $ 245.00 | $ 100.00 | $ 345.00 |
| | | SD-1176 | $ 350.00 | $ 105.00 | $ 245.00 | $ 100.00 | $ 345.00 |
| | | JY-1105 | $ 350.00 | $ 105.00 | $ 245.00 | $ 100.00 | $ 345.00 |
| | | SD-1177 | $ 350.00 | $ 105.00 | $ 245.00 | $ 100.00 | $ 345.00 |
| | | SD-1192 | $ 350.00 | $ 105.00 | $ 245.00 | $ 125.00 | $ 370.00 |
| | | SD-1191 | $ 350.00 | $ 105.00 | $ 245.00 | $ 125.00 | $ 370.00 |
| | | SD-1178 | $ 350.00 | $ 105.00 | $ 245.00 | $ 100.00 | $ 345.00 |
| | | SD-1181 | $ 350.00 | $ 105.00 | $ 245.00 | $ 100.00 | $ 345.00 |
| | | SD-1180 | $ 350.00 | $ 105.00 | $ 245.00 | $ 100.00 | $ 345.00 |
| | | SD-1179 | $ 350.00 | $ 105.00 | $ 245.00 | $ 100.00 | $ 345.00 |
| | | SD-1193 | $ 350.00 | $ 105.00 | $ 245.00 | $ 125.00 | $ 370.00 |
| | | CL-4550 | $ 350.00 | $ 105.00 | $ 245.00 | $ 50.00 | $ 295.00 |
| | | JY-1124 | $ 350.00 | $ 105.00 | $ 245.00 | $ 50.00 | $ 295.00 |
| | | CL-4549 | $ 350.00 | $ 105.00 | $ 245.00 | $ 50.00 | $ 295.00 |
| | | CL-4521 | $ 350.00 | $ 105.00 | $ 245.00 | $ 119.00 | $ 364.00 |
| | | CL-4522 | $ 350.00 | $ 105.00 | $ 245.00 | $ 95.00 | $ 340.00 |
| | | SD-1229 | $ 350.00 | $ 105.00 | $ 245.00 | $ 175.00 | $ 420.00 |
| | | CL-4523 | $ 350.00 | $ 105.00 | $ 245.00 | $ 95.00 | $ 340.00 |
| | | CL-4524 | $ 350.00 | $ 105.00 | $ 245.00 | $ 95.00 | $ 340.00 |
| | | CL-4525 | $ 350.00 | $ 105.00 | $ 245.00 | $ 95.00 | $ 340.00 |
| | | CL-4526 | $ 350.00 | $ 105.00 | $ 245.00 | $ 95.00 | $ 340.00 |
| | | CL-4527 | $ 350.00 | $ 105.00 | $ 245.00 | $ 95.00 | $ 340.00 |
| | | CL-4528 | $ 350.00 | $ 105.00 | $ 245.00 | $ 95.00 | $ 340.00 |
| | | CL-4529 | $ 350.00 | $ 105.00 | $ 245.00 | $ 95.00 | $ 340.00 |
| | | CL-4574 | $ 350.00 | $ 105.00 | $ 245.00 | $ 85.00 | $ 330.00 |
| | | CL-4575 | $ 350.00 | $ 105.00 | $ 245.00 | $ 100.00 | $ 345.00 |
| | | CL-4530 | $ 350.00 | $ 105.00 | $ 245.00 | $ 95.00 | $ 340.00 |
| | | CL-4566 | $ 350.00 | $ 105.00 | $ 245.00 | $ 95.00 | $ 340.00 |
| | | CL-4578 | $ 350.00 | $ 105.00 | $ 245.00 | $ 90.00 | $ 335.00 |
| | | CL-4531 | $ 350.00 | $ 105.00 | $ 245.00 | $ 95.00 | $ 340.00 |
| | | CL-4565 | $ 350.00 | $ 105.00 | $ 245.00 | $ 55.00 | $ 300.00 |
| | | CL-4599 | $ 350.00 | $ 105.00 | $ 245.00 | $ 50.00 | $ 295.00 |
| | | CL-4532 | $ 350.00 | $ 105.00 | $ 245.00 | $ 95.00 | $ 340.00 |
| | | CL-4573 | $ 350.00 | $ 105.00 | $ 245.00 | $ 60.00 | $ 305.00 |
| | | CL-4608 | $ 350.00 | $ 105.00 | $ 245.00 | $ 85.00 | $ 330.00 |
| | | CL-4571 | $ 350.00 | $ 105.00 | $ 245.00 | $ 90.00 | $ 335.00 |
| | | CL-4533 | $ 350.00 | $ 105.00 | $ 245.00 | $ 95.00 | $ 340.00 |
| | | CL-4534 | $ 350.00 | $ 105.00 | $ 245.00 | $ 95.00 | $ 340.00 |
| | | CL-4535 | $ 350.00 | $ 105.00 | $ 245.00 | $ 95.00 | $ 340.00 |
| | | CL-4577 | $ 350.00 | $ 105.00 | $ 245.00 | $ 100.00 | $ 345.00 |

*WE ARE PRIVATE INVESTIGATORS LICENSED BY THE NEW YORK STATE DEPARTMENT OF STATE • LICENSE #11000079635*
WOOLWORTH BUILDING • 233 BROADWAY, SUITE 2201 • NEW YORK, NEW YORK 10279
(212) 233-3346 • Fax (212) 349-0338
e-mail: irving@servingbyirving.com • website: www.servingbyirving.com • Federal Tax I.D. # 13-3074123

Case: 1:13-cv-09116 Document #: 385-1 Filed: 03/21/17 Page 8 of 11 PageID #:10243

Irving Botwinick, Founder
New York State Professional Process Servers Association

Founding Member National Association
of Professional Process Servers

Associate Member of the following
State Process Servers Association:
Arizona, California, Colorado, Florida, Georgia,
New Jersey, Oregon, Tennessee, Washington



*"Serving the Legal Community Since 1977."*

Society of Professional Investigators
Chairman of the Board

Associated Licensed Detectives of
New York State, Inc.
National Council of Investigation
and Security Services
Society of Professional Investigators
World Investigators Network Inc.

February 10, 2017

Page 2 of 5

ATTN: MICHAEL SMITH

LATHAM & WATKINS LLP
330 NORTH WABASH AVENUE
SUITE 2800
CHICAGO, IL 60611

INVOICE # CL-4659

| CASE | SERVICE | Invoice Number | CHARGE | 30% Discount | Balance | Disbursements | TOTAL AMOUNT |
|---|---|---|---|---|---|---|---|
| In re National Collegiate Athletic Association Student-Athlete Concussion Injury | | CL-4563 | $ 350.00 | $ 105.00 | $ 245.00 | $ 65.00 | $ 310.00 |
| | | CL-4536 | $ 350.00 | $ 105.00 | $ 245.00 | $ 95.00 | $ 340.00 |
| | | CL-4564 | $ 350.00 | $ 105.00 | $ 245.00 | $ 55.00 | $ 300.00 |
| | | CL-4537 | $ 350.00 | $ 105.00 | $ 245.00 | $ 95.00 | $ 340.00 |
| | | CL-4576 | $ 350.00 | $ 105.00 | $ 245.00 | $ 105.00 | $ 350.00 |
| | | CL-4538 | $ 350.00 | $ 105.00 | $ 245.00 | $ 95.00 | $ 340.00 |
| | | CL-4562 | $ 350.00 | $ 105.00 | $ 245.00 | $ 60.00 | $ 305.00 |
| | | CL-4539 | $ 350.00 | $ 105.00 | $ 245.00 | $ 95.00 | $ 340.00 |
| | | CL-4540 | $ 350.00 | $ 105.00 | $ 245.00 | $ 95.00 | $ 340.00 |
| | | SD-1218 | $ 350.00 | $ 105.00 | $ 245.00 | $ 170.00 | $ 415.00 |
| | | SD-1225 | $ 350.00 | $ 105.00 | $ 245.00 | $ 80.00 | $ 325.00 |
| | | SD-1092 | $ 350.00 | $ 105.00 | $ 245.00 | $ 115.00 | $ 360.00 |
| | | SD-1226 | $ 350.00 | $ 105.00 | $ 245.00 | $ 80.00 | $ 325.00 |
| | | SD-1219 | $ 350.00 | $ 105.00 | $ 245.00 | $ 125.00 | $ 370.00 |
| | | SD-1094 | $ 350.00 | $ 105.00 | $ 245.00 | $ 105.00 | $ 350.00 |
| | | SD-1217 | $ 350.00 | $ 105.00 | $ 245.00 | $ 105.00 | $ 350.00 |
| | | SD-1093 | $ 350.00 | $ 105.00 | $ 245.00 | $ 205.00 | $ 450.00 |
| | | JY-1132 | $ 350.00 | $ 105.00 | $ 245.00 | $ 150.00 | $ 395.00 |
| | | SD-1260 | $ 350.00 | $ 105.00 | $ 245.00 | $ 175.00 | $ 420.00 |
| | | JY-1133 | $ 350.00 | $ 105.00 | $ 245.00 | $ 150.00 | $ 395.00 |
| | | JY-1134 | $ 350.00 | $ 105.00 | $ 245.00 | $ 110.00 | $ 355.00 |
| | | JY-1136 | $ 350.00 | $ 105.00 | $ 245.00 | $ 150.00 | $ 395.00 |
| | | JY-1135 | $ 350.00 | $ 105.00 | $ 245.00 | $ 150.00 | $ 395.00 |
| | | JY-1121 | $ 350.00 | $ 105.00 | $ 245.00 | $ 150.00 | $ 395.00 |
| | | SD-1259 | $ 350.00 | $ 105.00 | $ 245.00 | $ 175.00 | $ 420.00 |
| | | JY-1139 | $ 350.00 | $ 105.00 | $ 245.00 | $ 150.00 | $ 395.00 |

*WE ARE PRIVATE INVESTIGATORS LICENSED BY THE NEW YORK STATE DEPARTMENT OF STATE • LICENSE #11000079635*
WOOLWORTH BUILDING • 233 BROADWAY, SUITE 2201 • NEW YORK, NEW YORK 10279
(212) 233-3346 • Fax (212) 349-0338
e-mail: irving@servingbyirving.com • website: www.servingbyirving.com • Federal Tax I.D. # 13-3074123

Irving Botwinick, Founder
New York State Professional Process Servers Association

Founding Member National Association of Professional Process Servers

Associate Member of the following State Process Servers Association:
Arizona, California, Colorado, Florida, Georgia, New Jersey, Oregon, Tennessee, Washington



Society of Professional Investigators
Chairman of the Board

Associated Licensed Detectives of New York State, Inc.
National Council of Investigation and Security Services
Society of Professional Investigators
World Investigators Network Inc.

*"Serving the Legal Community Since 1977."*

February 10, 2017

Page 3 of 5

ATTN: MICHAEL SMITH

LATHAM & WATKINS LLP
330 NORTH WABASH AVENUE
SUITE 2800
CHICAGO, IL 60611

INVOICE # CL-4659

| CASE | SERVICE | Invoice Number | CHARGE | 30% Discount | Balance | Disbursements | TOTAL AMOUNT |
|---|---|---|---|---|---|---|---|
| In re National Collegiate Athletic Association Student-Athlete Concussion Injury Litigation | | SD-1237 | $ 350.00 | $ 105.00 | $ 245.00 | $ 150.00 | $ 395.00 |
| | | CL-4614 | $ 350.00 | $ 105.00 | $ 245.00 | $ 130.00 | $ 375.00 |
| | | CL-4543 | $ 350.00 | $ 105.00 | $ 245.00 | $ 130.00 | $ 375.00 |
| | | SD-1042 | $ 350.00 | $ 105.00 | $ 245.00 | $ 50.00 | $ 295.00 |
| | | SD-1128 | $ 350.00 | $ 105.00 | $ 245.00 | $ 75.00 | $ 320.00 |
| | | CL-4541 | $ 350.00 | $ 105.00 | $ 245.00 | $ 93.00 | $ 338.00 |
| | | CL-4542 | $ 350.00 | $ 105.00 | $ 245.00 | $ 93.00 | $ 338.00 |
| | | SD-1127 | $ 350.00 | $ 105.00 | $ 245.00 | $ 75.00 | $ 320.00 |
| | | SD-1124 | $ 350.00 | $ 105.00 | $ 245.00 | $ 150.00 | $ 395.00 |
| | | SD-1122 | $ 350.00 | $ 105.00 | $ 245.00 | $ 65.00 | $ 310.00 |
| | | SD-1125 | $ 350.00 | $ 105.00 | $ 245.00 | $ 75.00 | $ 320.00 |
| | | SD-1126 | $ 350.00 | $ 105.00 | $ 245.00 | $ 75.00 | $ 320.00 |
| | | SD-1123 | $ 350.00 | $ 105.00 | $ 245.00 | $ 150.00 | $ 395.00 |
| | | SD-1095 | $ 350.00 | $ 105.00 | $ 245.00 | $ 68.00 | $ 313.00 |
| | | SD-1171 | $ 350.00 | $ 105.00 | $ 245.00 | $ 75.00 | $ 320.00 |
| | | JY-1163 | $ 350.00 | $ 105.00 | $ 245.00 | $ 75.00 | $ 320.00 |
| | | JY-1164 | $ 350.00 | $ 105.00 | $ 245.00 | $ 85.00 | $ 330.00 |
| | | JY-1149 | $ 350.00 | $ 105.00 | $ 245.00 | $ 85.00 | $ 330.00 |
| | | SD-1187 | $ 350.00 | $ 105.00 | $ 245.00 | $ 65.00 | $ 310.00 |
| | | SD-1186 | $ 350.00 | $ 105.00 | $ 245.00 | $ 65.00 | $ 310.00 |
| | | JY-1111 | $ 350.00 | $ 105.00 | $ 245.00 | $ 105.00 | $ 350.00 |
| | | SD-1172 | $ 350.00 | $ 105.00 | $ 245.00 | $ 105.00 | $ 350.00 |
| | | JY-1112 | $ 350.00 | $ 105.00 | $ 245.00 | $ 105.00 | $ 350.00 |
| | | JY-1110 | $ 350.00 | $ 105.00 | $ 245.00 | $ 105.00 | $ 350.00 |
| | | SD-1110 | $ 350.00 | $ 105.00 | $ 245.00 | $ 90.00 | $ 335.00 |
| | | JY-1113 | $ 350.00 | $ 105.00 | $ 245.00 | $ 125.00 | $ 370.00 |
| | | JY-1108 | $ 350.00 | $ 105.00 | $ 245.00 | $ 105.00 | $ 350.00 |
| | | SD-1104 | $ 350.00 | $ 105.00 | $ 245.00 | $ 105.00 | $ 350.00 |
| | | SD-1106 | $ 350.00 | $ 105.00 | $ 245.00 | $ 125.00 | $ 370.00 |
| | | SD-1183 | $ 350.00 | $ 105.00 | $ 245.00 | $ 125.00 | $ 370.00 |
| | | SD-1184 | $ 350.00 | $ 105.00 | $ 245.00 | $ 105.00 | $ 350.00 |
| | | JY-1107 | $ 350.00 | $ 105.00 | $ 245.00 | $ 105.00 | $ 350.00 |
| | | JY-1109 | $ 350.00 | $ 105.00 | $ 245.00 | $ 105.00 | $ 350.00 |
| | | SD-1182 | $ 350.00 | $ 105.00 | $ 245.00 | $ 125.00 | $ 370.00 |
| | | SD-1105 | $ 350.00 | $ 105.00 | $ 245.00 | $ 68.00 | $ 313.00 |
| | | JY-1106 | $ 350.00 | $ 105.00 | $ 245.00 | $ 105.00 | $ 350.00 |
| | | SD-1074 | $ 350.00 | $ 105.00 | $ 245.00 | $ 85.00 | $ 330.00 |
| | | SD-1185 | $ 350.00 | $ 105.00 | $ 245.00 | $ 125.00 | $ 370.00 |
| | | CL-4582 | $ 350.00 | $ 105.00 | $ 245.00 | $ 70.00 | $ 315.00 |
| | | CL-4586 | $ 350.00 | $ 105.00 | $ 245.00 | $ 85.00 | $ 330.00 |
| | | CL-4588 | $ 350.00 | $ 105.00 | $ 245.00 | $ 70.00 | $ 315.00 |
| | | CL-4583 | $ 350.00 | $ 105.00 | $ 245.00 | $ 70.00 | $ 315.00 |

*WE ARE PRIVATE INVESTIGATORS LICENSED BY THE NEW YORK STATE DEPARTMENT OF STATE • LICENSE #11000079635*
WOOLWORTH BUILDING • 233 BROADWAY, SUITE 2201 • NEW YORK, NEW YORK 10279
(212) 233-3346 • Fax (212) 349-0338
e-mail: irving@servingbyirving.com • website: www.servingbyirving.com • Federal Tax I.D. # 13-3074123

Irving Botwinick, Founder
New York State Professional Process Servers Association

Founding Member National Association of Professional Process Servers

Associate Member of the following State Process Servers Association:
Arizona, California, Colorado, Florida, Georgia, New Jersey, Oregon, Tennessee, Washington



*"Serving the Legal Community Since 1977."*

Society of Professional Investigators
Chairman of the Board

Associated Licensed Detectives of New York State, Inc.
National Council of Investigation and Security Services
Society of Professional Investigators
World Investigators Network Inc.

February 10, 2017

Page 4 of 5

ATTN: MICHAEL SMITH

LATHAM & WATKINS LLP
330 NORTH WABASH AVENUE
SUITE 2800
CHICAGO, IL 60611

INVOICE # CL-4659

| CASE | SERVICE | Invoice Number | CHARGE | 30% Discount | Balance | Disbursements | TOTAL AMOUNT |
|---|---|---|---|---|---|---|---|
| In re National Collegiate Athletic Association Student-Athlete Concussion Injury Litigation | | CL-4579 | $ 350.00 | $ 105.00 | $ 245.00 | $ 50.00 | $ 295.00 |
| | | CL-4581 | $ 350.00 | $ 105.00 | $ 245.00 | $ 70.00 | $ 315.00 |
| | | CL-4580 | $ 350.00 | $ 105.00 | $ 245.00 | $ 70.00 | $ 315.00 |
| | | CL-4587 | $ 350.00 | $ 105.00 | $ 245.00 | $ 70.00 | $ 315.00 |
| | | CL-4585 | $ 350.00 | $ 105.00 | $ 245.00 | $ 70.00 | $ 315.00 |
| | | CL-4584 | $ 350.00 | $ 105.00 | $ 245.00 | $ 75.00 | $ 320.00 |
| | | SD-1224 | $ 350.00 | $ 105.00 | $ 245.00 | $ 85.00 | $ 330.00 |
| | | SD-1130 | $ 350.00 | $ 105.00 | $ 245.00 | $ 87.50 | $ 332.50 |
| | | SD-1253 | $ 350.00 | $ 105.00 | $ 245.00 | $ 75.00 | $ 320.00 |
| | | JY-1167 | $ 350.00 | $ 105.00 | $ 245.00 | $ 40.00 | $ 285.00 |
| | | SD-1077 | $ 350.00 | $ 105.00 | $ 245.00 | $ 85.00 | $ 330.00 |
| | | SD-1079 | $ 350.00 | $ 105.00 | $ 245.00 | $ 85.00 | $ 330.00 |
| | | SD-1078 | $ 350.00 | $ 105.00 | $ 245.00 | $ 85.00 | $ 330.00 |
| | | HW-9703 | $ 350.00 | $ 105.00 | $ 245.00 | $ 85.00 | $ 330.00 |
| | | HW-9660 | $ 350.00 | $ 105.00 | $ 245.00 | $ 99.00 | $ 344.00 |
| | | SD-1137 | $ 350.00 | $ 105.00 | $ 245.00 | $ 110.00 | $ 355.00 |
| | | SD-1129 | $ 350.00 | $ 105.00 | $ 245.00 | $ 99.00 | $ 344.00 |
| | | SD-1080 | $ 350.00 | $ 105.00 | $ 245.00 | $ 25.00 | $ 270.00 |
| | | SD-1081 | $ 350.00 | $ 105.00 | $ 245.00 | $ 25.00 | $ 270.00 |
| | | SD-1082 | $ 350.00 | $ 105.00 | $ 245.00 | $ 25.00 | $ 270.00 |
| | | SD-1223 | $ 350.00 | $ 105.00 | $ 245.00 | $ 100.00 | $ 345.00 |
| | | SD-1213 | $ 350.00 | $ 105.00 | $ 245.00 | $ 99.00 | $ 344.00 |
| | | SD-1083 | $ 350.00 | $ 105.00 | $ 245.00 | $ 25.00 | $ 270.00 |
| | | SD-1026 | $ 350.00 | $ 105.00 | $ 245.00 | $ 135.00 | $ 380.00 |
| | | SD-1027 | $ 350.00 | $ 105.00 | $ 245.00 | $ 135.00 | $ 380.00 |
| | | CL-4619 | $ 350.00 | $ 105.00 | $ 245.00 | $ 100.00 | $ 345.00 |
| | | SD-1089 | $ 350.00 | $ 105.00 | $ 245.00 | $ 100.00 | $ 345.00 |
| | | CL-4618 | $ 350.00 | $ 105.00 | $ 245.00 | $ 100.00 | $ 345.00 |
| | | CL-4620 | $ 350.00 | $ 105.00 | $ 245.00 | $ 100.00 | $ 345.00 |
| | | SD-1188 | $ 350.00 | $ 105.00 | $ 245.00 | $ 75.00 | $ 320.00 |
| | | JY-1104 | $ 350.00 | $ 105.00 | $ 245.00 | $ 100.00 | $ 345.00 |
| | | SD-1090 | $ 350.00 | $ 105.00 | $ 245.00 | $ 100.00 | $ 345.00 |
| | | SD-1157 | $ 350.00 | $ 105.00 | $ 245.00 | $ 85.00 | $ 330.00 |
| | | JY-1125 | $ 350.00 | $ 105.00 | $ 245.00 | $ 110.00 | $ 355.00 |
| | | JY-1130 | $ 350.00 | $ 105.00 | $ 245.00 | $ 110.00 | $ 355.00 |
| | | JY-1160 | $ 350.00 | $ 105.00 | $ 245.00 | $ 110.00 | $ 355.00 |
| | | JY-1126 | $ 350.00 | $ 105.00 | $ 245.00 | $ 150.00 | $ 395.00 |
| | | JY-1131 | $ 350.00 | $ 105.00 | $ 245.00 | $ 150.00 | $ 395.00 |
| | | JY-1127 | $ 350.00 | $ 105.00 | $ 245.00 | $ 110.00 | $ 355.00 |
| | | JY-1129 | $ 350.00 | $ 105.00 | $ 245.00 | $ 120.00 | $ 365.00 |
| | | JY-1128 | $ 350.00 | $ 105.00 | $ 245.00 | $ 110.00 | $ 355.00 |
| | | SD-1148 | $ 350.00 | $ 105.00 | $ 245.00 | $ 45.00 | $ 290.00 |
| | | SD-1146 | $ 350.00 | $ 105.00 | $ 245.00 | $ 65.00 | $ 310.00 |
| | | SD-1145 | $ 350.00 | $ 105.00 | $ 245.00 | $ 65.00 | $ 310.00 |
| | | SD-1147 | $ 350.00 | $ 105.00 | $ 245.00 | $ 45.00 | $ 290.00 |
| | | SD-1091 | $ 350.00 | $ 105.00 | $ 245.00 | $ 59.00 | $ 304.00 |

*WE ARE PRIVATE INVESTIGATORS LICENSED BY THE NEW YORK STATE DEPARTMENT OF STATE • LICENSE #11000079635*
WOOLWORTH BUILDING • 233 BROADWAY, SUITE 2201 • NEW YORK, NEW YORK 10279
(212) 233-3346 • Fax (212) 349-0338
e-mail: irving@servingbyirving.com • website: www.servingbyirving.com • Federal Tax I.D. # 13-3074123

Irving Botwinick, Founder
New York State Professional Process Servers Association

Founding Member National Association of Professional Process Servers

Associate Member of the following State Process Servers Association:
Arizona, California, Colorado, Florida, Georgia, New Jersey, Oregon, Tennessee, Washington



*"Serving the Legal Community Since 1977."*

Society of Professional Investigators
Chairman of the Board

Associated Licensed Detectives of New York State, Inc.
National Council of Investigation and Security Services
Society of Professional Investigators
World Investigators Network Inc.

Page 5 of 5

ATTN: MICHAEL SMITH

LATHAM & WATKINS LLP
330 NORTH WABASH AVENUE
SUITE 2800
CHICAGO, IL 60611

February 10, 2017

INVOICE # CL-4659

| CASE | SERVICE | Invoice Number | CHARGE | 30% Discount | Balance | Disbursements | TOTAL AMOUNT |
|---|---|---|---|---|---|---|---|
| In re National Collegiate Athletic Association Student-Athlete Concussion Injury Litigation | | SD-1162 | $ 350.00 | $ 105.00 | $ 245.00 | $ 59.00 | $ 304.00 |
| | | SD-1161 | $ 350.00 | $ 105.00 | $ 245.00 | $ 59.00 | $ 304.00 |
| | | CL-4622 | $ 350.00 | $ 105.00 | $ 245.00 | $ 55.00 | $ 300.00 |
| | | CL-4597 | $ 350.00 | $ 105.00 | $ 245.00 | $ 45.00 | $ 290.00 |
| | | CL-4621 | $ 350.00 | $ 105.00 | $ 245.00 | $ 55.00 | $ 300.00 |
| | | CL-4596 | $ 350.00 | $ 105.00 | $ 245.00 | $ 55.00 | $ 300.00 |
| | | CL-4604 | $ 350.00 | $ 105.00 | $ 245.00 | $ 55.00 | $ 300.00 |
| | | CL-4605 | $ 350.00 | $ 105.00 | $ 245.00 | $ 80.00 | $ 325.00 |
| | | CL-4607 | $ 350.00 | $ 105.00 | $ 245.00 | $ 80.00 | $ 325.00 |
| | | CL-4606 | $ 350.00 | $ 105.00 | $ 245.00 | $ 80.00 | $ 325.00 |
| | | CL-4625 | $ 350.00 | $ 105.00 | $ 245.00 | $ 88.00 | $ 333.00 |
| | | SD-1228 | $ 350.00 | $ 105.00 | $ 245.00 | $ 29.05 | $ 274.05 |
| | | CL-4572 | $ 350.00 | $ 105.00 | $ 245.00 | $ 68.00 | $ 313.00 |
| | | SD-1144 | $ 350.00 | $ 105.00 | $ 245.00 | $ 50.00 | $ 295.00 |
| | | CL-4559 | $ 350.00 | $ 105.00 | $ 245.00 | $ 78.00 | $ 323.00 |
| | | CL-4623 | $ 350.00 | $ 105.00 | $ 245.00 | $ 78.00 | $ 323.00 |
| | | CL-4624 | $ 350.00 | $ 105.00 | $ 245.00 | $ 78.00 | $ 323.00 |
| | | JY-1145 | $ 350.00 | $ 105.00 | $ 245.00 | $ 74.46 | $ 319.46 |
| | | SD-1248 | $ 350.00 | $ 105.00 | $ 245.00 | $ 100.00 | $ 345.00 |
| | | SD-1108 | $ 350.00 | $ 105.00 | $ 245.00 | $ 100.00 | $ 345.00 |
| | | SD-1075 | $ 350.00 | $ 105.00 | $ 245.00 | $ 80.00 | $ 325.00 |
| | | JY-1122 | $ 350.00 | $ 105.00 | $ 245.00 | $ 60.00 | $ 305.00 |
| | | SD-1158 | $ 350.00 | $ 105.00 | $ 245.00 | $ 85.00 | $ 330.00 |
| | | SD-1159 | $ 350.00 | $ 105.00 | $ 245.00 | $ 85.00 | $ 330.00 |
| | | SD-1160 | $ 350.00 | $ 105.00 | $ 245.00 | $ 85.00 | $ 330.00 |
| | | SD-1250 | $ 350.00 | $ 105.00 | $ 245.00 | $ 120.00 | $ 365.00 |
| | | SD-1251 | $ 350.00 | $ 105.00 | $ 245.00 | $ 120.00 | $ 365.00 |
| | | SD-1249 | $ 350.00 | $ 105.00 | $ 245.00 | $ 120.00 | $ 365.00 |
| | | CL-4600 | $ 350.00 | $ 105.00 | $ 245.00 | $ 75.00 | $ 320.00 |
| | | CL-4560 | $ 350.00 | $ 105.00 | $ 245.00 | $ 75.00 | $ 320.00 |
| | | CL-4561 | $ 350.00 | $ 105.00 | $ 245.00 | $ 75.00 | $ 320.00 |
| | | SD-1136 | $ 350.00 | $ 105.00 | $ 245.00 | $ 125.00 | $ 370.00 |
| | | SD-1135 | $ 350.00 | $ 105.00 | $ 245.00 | $ 125.00 | $ 370.00 |
| | | CL-4626 | $ 350.00 | $ 105.00 | $ 245.00 | $ 115.00 | $ 360.00 |
| | | CL-4627 | $ 350.00 | $ 105.00 | $ 245.00 | $ 125.00 | $ 370.00 |
| | | SD-1109 | $ 350.00 | $ 105.00 | $ 245.00 | $ 150.00 | $ 395.00 |
| | | SD-1114 | $ 350.00 | $ 105.00 | $ 245.00 | $ 85.00 | $ 330.00 |
| | | SD-1107 | $ 350.00 | $ 105.00 | $ 245.00 | $ 65.00 | $ 310.00 |
| | | SD-1025 | $ 350.00 | $ 105.00 | $ 245.00 | $ 100.00 | $ 345.00 |
| | | | | | | GRAND TOTAL AMOUNT | $ 65,346.01 |