# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL COLLEGIATE ATHLETIC ASSOCIATION STUDENT-ATHLETE CONCUSSION INJURY LITIGATION – SINGLE SPORT / SINGLE SCHOOL (FOOTBALL) | ) MDL No. 2492 )  ) Master Docket No. 1:16-cv-08727 )  ) This Document Relates To: All Cases )  ) Judge John Z. Lee )  ) Magistrate Judge M. David Weisman |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on Thursday, March 30, 2017, at 9:00 a.m. or as soon thereafter as counsel may be heard, counsel for Defendant National Collegiate Athletic Association will appear before the Honorable Judge John Z. Lee of the United States District Court for the Northern District of Illinois in Courtroom 1225 at 219 S. Dearborn Street, Chicago, Illinois and present the MOTION OF THE NATIONAL COLLEGIATE ATHLETIC ASSOCIATION FOR THE PAYMENT OF SETTLEMENT EXPENSES, a copy of which is being filed concurrently herewith.

Dated: March 21, 2017

Respectfully submitted,

*/s/ Johanna M. Spellman*
Liaison Counsel for Defendant
National Collegiate Athletic Association

Mark S. Mester
  mark.mester@lw.com
Johanna M. Spellman
  johanna.spellman@lw.com
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, Illinois 60611
Telephone: (312) 876-7700
Facsimile: (312) 993-9767

**CERTIFICATE OF SERVICE**

    I, Johanna M. Spellman, certify that on March 21, 2017, a true and correct copy of the foregoing NOTICE OF MOTION was filed through the CM/ECF system, which caused notice to be sent to all counsel of record.

                                          */s/ Johanna M. Spellman*
                                          Johanna M. Spellman
                                            johanna.spellman@lw.com
                                          LATHAM & WATKINS LLP
                                          330 North Wabash Avenue, Suite 2800
                                          Chicago, Illinois 60611
                                          Telephone:  (312) 876-7700
                                          Facsimile:  (312) 993-9767