# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.1.1
### Eastern Division

National Collegiate Athletic Association Student−Athlete
Concussion Injury Litigation, et al.

Plaintiff,

v.

Case No.: 1:13−cv−09116

Honorable John Z. Lee

National Collegiate Athletic Association, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, March 22, 2017:

MINUTE entry before the Honorable John Z. Lee: Motion hearing held on 3/22/17. For the reasons stated on the record, motion to lift stay and for entry of scheduling orders for Derek Owens' and Kyle Solomon's individual claims against Defendant NCAA [379] is granted in part and denied in part; the individual claims will proceed under case 11−cv−6356. The parties should meet and confer and submit a proposed discovery schedule within 14 days. Motion to withdraw plaintiff Anthony Nichol's claim seeking personal injury damages from Case No. 13−cv−9116 [381] is granted. Class Counsel's response to NCCA's motion for the payment of settlement expenses [385] shall be due by 3/29/17; reply due by 4/5/17. No appearance is required on 3/30/17. Status hearing set for 4/20/17 at 9:00 a.m. Mailed notice(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.