UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL COLLEGIATE ATHLETIC ASSOCIATION STUDENT-ATHLETE CONCUSSION INJURY LITIGATION | MDL No. 2492<br><br>Master Docket No. 1:13-cv-09116<br><br>This Document Relates to:<br>All Cases<br><br>Judge John Z. Lee<br><br>Magistrate Judge M. David Weisman |

**MOTION TO WITHDRAW PLAINTIFF MILDRED WHITTIER A/N/F AND ATTORNEY IN FACT FOR JULIUS WHITTIER'S CLAIMS SEEKING PERSONAL INJURY DAMAGES FROM CASE NO. 13-cv-09116**

Pursuant to the Court's November 30, 2016 Minute Entry, Plaintiff Mildred Whittier a/n/f and Attorney in Fact for Julius Whittier ("Whittier"), by and through her counsel, respectfully moves for leave to withdraw any previously asserted claims seeking personal injury damages from Master Docket No. 13-cv-09116 (*See* Dkt. 312). Plaintiff Whittier filed a new complaint containing her previously-asserted claims seeking personal injury damages. *See Whittier, et al. v. National Collegiate Athletic Association*, No. 17-cv-00391 (N.D. IL).

Respectfully submitted,

**MILDRED WHITTIER A/N/F AND ATTORNEY IN FACT FOR JULIUS WHITTIER**, individually and on behalf of all others similarly situated,

Dated: March 23, 2017

By: */s/ Dwight E. Jefferson*
Dwight E. Jefferson
State Bar No. 10605600
djefferson@coatsrose.com
Coats Rose, P.C.
9 Greenway Plaza, Suite 1100

1

013317.000001\4840-8419-2581.v1

Houston, Texas 77046-0307<br>
Telephone: (713) 651-0111<br>
Facsimile:  (713) 651-0220

## **CERTIFICATE OF SERVICE**

I hereby certify that I served the above and foregoing document by causing true and correct copies of such paper to be filed and transmitted to all counsel of record via the Court's CM/ECF electronic filing system on this 23rd day of March, 2017.

　　　　　　　　　　　　　　　　　　　*/s/ Dwight E. Jefferson*
　　　　　　　　　　　　　　　　　　　Dwight E. Jefferson