**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **IN RE NATIONAL COLLEGIATE ATHLETIC ASSOCIATION STUDENT-ATHLETE CONCUSSION INJURY LITIGATION** | MDL No. 2492<br><br>Master Docket No. 1:13-cv-09116<br><br>This Document Relates to:<br>All Cases<br><br>Judge John Z. Lee<br><br>Magistrate Judge M. David Weisman |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE THAT on Wednesday, March 29, 2017 at 9:00 a.m., or as soon thereafter as counsel may be heard, in Room 1225, in Judge John Z. Lee's courtroom, Everett M. Dirksen United State Courthouse, 219 South Dearborn Street, Chicago, Illinois, counsel for Plaintiff Julius Whittier shall then and there present the **Motion to Withdraw Plaintiff Mildred Whittier a/n/f and Attorney in Fact for Julius Whittier's Claims Setting Personal Injury Damages from Case No. 13-cv-09116.**

Respectfully submitted,

**MILDRED WHITTIER A/N/F AND ATTORNEY IN FACT FOR JULIUS WHITTIER**, individually and on behalf of all others similarly situated,

Dated: March 23, 2017

By: */s/ Dwight E. Jefferson*
Dwight E. Jefferson
State Bar No. 10605600
djefferson@coatsrose.com
Coats Rose, P.C.
9 Greenway Plaza, Suite 1100
Houston, Texas 77046-0307
Telephone: (713) 651-0111
Facsimile: (713) 651-0220

1

## CERTIFICATE OF SERVICE

    I hereby certify that I served the above and foregoing document by causing true and correct copies of such paper to be filed and transmitted to all counsel of record via the Court's CM/ECF electronic filing system on this 23rd day of March, 2017.

                                              */s/ Dwight E. Jefferson*
                                              Dwight E. Jefferson

013317.000001\4844-7334-6629.v1