```
 1                 IN THE UNITED STATES DISTRICT COURT
                      NORTHERN DISTRICT OF ILLINOIS
 2                          EASTERN DIVISION

 3   IN RE:  NATIONAL COLLEGIATE       )  Docket No. 13 C 9116
     ATHLETIC ASSOCIATION STUDENT-     )
 4   ATHLETE CONCUSSION INJURY         )  Chicago, Illinois
     LITIGATION,                       )  March 3, 2017
 5                                     )  10:15 o'clock a.m.

 6                TRANSCRIPT OF PROCEEDINGS - MOTION
                  BEFORE THE HONORABLE JOHN Z. LEE
 7
     APPEARANCES:
 8
     For the Plaintiffs:         HAGENS BERMAN SOBOL SHAPIRO, by
 9                               MS. ELIZABETH A. FEGAN
                                   (appearing telephonically)
10                               MR. DANIEL J. KUROWSKI
                                 455 North Cityfront Plaza Drive
11                               NBC Tower - Suite 2410
                                 Chicago, Illinois 60611
12
     For Defendant NCAA:         LATHAM & WATKINS, by
13                               MS. JOHANNA MARGARET SPELLMAN
                                 330 North Wabash Avenue
14                               Suite 2800
                                 Chicago, Illinois 60611
15

16

17

18

19

20

21
                        ALEXANDRA ROTH, CSR, RPR
22                        Official Court Reporter
                  219 South Dearborn Street, Room 1224
23                      Chicago, Illinois 60604
                             (312) 408-5038
24

25
```

1      (Proceedings had in open court:)
2            THE CLERK:  13 C 9116, NCAA Student Athlete Concussion
3    Injury Litigation.
4            MS. SPELLMAN:  Good morning, your Honor.  Johanna
5    Spellman for the defendant.
6            MR. KUROWSKI:  Good morning, your Honor.  Daniel
7    Kurowski for plaintiffs.
8            MS. FEGAN:  Good morning, your Honor.  Elizabeth Fegan
9    on the telephone for plaintiffs also.
10           THE COURT:  Ms. Fegan, you are not joining us this
11   morning.
12           MS. FEGAN:  I know.  I apologize.  I was supposed to
13   be home Wednesday night, and I'm still on the road.  My
14   apologies.
15           THE COURT:  No, that's fine.
16           So how are things going, Ms. Spellman?
17           MS. SPELLMAN:  Things are going well, your Honor.  The
18   parties will be filing today a detailed declaration from
19   Gilardi that sets forth with greater specificity and hopefully
20   greater clarity for the Court the specific costs that have been
21   incurred in performing the notice program to date and projected
22   costs.  Your Honor had asked specifically for more detail in
23   the administrative costs and costs that have not been
24   anticipated back in April 2015, when Gilardi filed a
25   declaration on the projected cost of the notice program.  That

1    information will be in the declaration.

2    　　　　To preview for you, the upshot is, there are about
3    $250,000 in costs incurred and projected that were not
4    addressed in the April 2015 declaration.  Those consist
5    primarily of Gilardi's project management costs, costs of
6    communicating with the parties about the notice program, costs
7    of communicating with the parties about the collection of
8    substantial student athlete contact information from member
9    schools, quality control costs, day-to-day maintenance costs,
10   those kinds of things, as well as costs of advising on the
11   phase one media campaign.  Gilardi's costs of performing that
12   campaign were not addressed in the declaration.  And then costs
13   of setting up a toll-free hotline that settlement class members
14   are able to call with questions about the settlement.  So those
15   costs -- those are the bigger buckets that go into those costs.

16   　　　　As you will see when we make our submission, the
17   primary driver of an increase in cost of the notice program
18   relates to the amount of direct notice that the notice
19   administrator is able to provide.  In January the notice
20   administrator sent about 2.1 million postcard notices to class
21   members and projects that when the second round of direct
22   notice goes out a total of approximately 3.6 million class
23   members will be sent postcard notice.

24   　　　　That's substantially more than the 2.9 million that
25   was projected back in April of 2015, which is a good thing.

1   It's to the benefit of the class.  We -- Gilardi has received
2   substantially more useful contact information from member
3   schools.  But the increased volume in contact information, as
4   well as the fact that printing costs and postage costs have
5   increased since April 2015, has led to an increase of
6   approximately $450,000 in the cost of sending direct notice.
7           All that should be hopefully laid out clearly for your
8   Honor.  But that's --
9           THE COURT:  So what do you anticipate that the net
10  increase will be as compared to the original overall budget
11  that the parties presented back at the date of preliminary
12  approval?
13          MS. SPELLMAN:  The net increase will be
14  approximately -- I think it's approximately 600,000.
15          THE COURT:  And that's for --
16          MS. SPELLMAN:  Maybe little bit more.
17          THE COURT:  That includes anticipated costs too,
18  right?
19          MS. SPELLMAN:  That's right.  That's through the
20  completion of the notice program.
21          THE COURT:  Okay.  And that still places us well
22  within the bounds of Dr. Deal's cost estimates and forecast
23  with regard to the sufficiency of the $70 million fund?
24          MS. SPELLMAN:  I believe so.  I have to defer to
25  plaintiff's counsel on that, though.

1     MS. FEGAN:  It does, your Honor.
2     THE COURT:  Okay.  All right.  So when everything is
3  filed today, I will take a look at it.  I take it that you are
4  also providing me with a just analysis, comparing the original
5  budget with the additional costs that were incurred and the
6  projected cost, just give me some sort of comparison?
7     MS. SPELLMAN:  We do, your Honor.  The submission does
8  compare the original estimated cost to the projected total
9  cost.  And I think the projected -- current projected total
10 cost is approximately 3.1 percent of the total fund, which is
11 still well within the range and well under what other courts
12 have found to be acceptable and reasonable.
13    THE COURT:  Okay.
14    MS. SPELLMAN:  That will be in there.
15    THE COURT:  And how is the direct notice program
16 going?  I know that the NCAA was assisting the plaintiffs in
17 getting additional responses from various member institutions.
18 How is that going?
19    MS. SPELLMAN:  It's going well, your Honor.  The NCAA
20 did send out a third and final request for contact information
21 in December, with a short window for schools to voluntarily
22 comply.  And then subsequent to that, class counsel served
23 approximately 385 subpoenas on schools.  The response to those
24 has been good.  But there still remain about 80 schools that
25 have not provided any contact information.

1          We -- we think respectfully it would be in the class'
2  benefit to reach out to those schools and really try to impress
3  upon them the importance of complying with the subpoenas and
4  doing it timely, giving them a short window of a few weeks, to
5  make, you know, a final push to try to get as much contact
6  information as we can, so as much direct notice can be sent as
7  possible.  That would require a modest extension of the
8  schedule.  But we think it's worth -- an effort worth making.
9          THE COURT:  Of the 85 schools, what percentage of the
10 overall NCAA members does the 85 consist of?
11         MS. SPELLMAN:  I believe -- I believe there are
12 approximately 1100 schools.  So that's -- that's a rough
13 ballpark.
14         THE COURT:  So that will be about what, eight percent?
15         MS. SPELLMAN:  Approximately.
16         THE COURT:  Okay.  And so you anticipate that to allow
17 this process to happen -- I am just trying to figure out
18 whether or not at this point the parties anticipate that the
19 May 4 -- is it May 4 or May 5, the final approval date --
20         MS. SPELLMAN:  I believe it's May 5.
21         THE COURT:  May 5, whether the final approval date
22 is -- are we still on schedule to meet that?
23         MS. SPELLMAN:  I think it would require a modest
24 extension of that schedule, maybe approximately 30 days or so.
25         THE COURT:  Okay.  Ms. Fegan, what do you think?

1    MS. FEGAN: Your Honor, while we think that having 92
2 percent of the schools responding and the contact information,
3 we do not object if the NCAA wants to make one more push to try
4 and get all the schools data in. Ms. Spellman and I did speak
5 yesterday, confer about a proposed extension of the schedule.
6 And I do think if we are going to enter that, it needs to be
7 before next Friday, which is the objection date.
8    The second round of notice still needs to go out.
9 Even if the 80 schools don't respond, the second round of
10 notice still needs to go out. And that objection date can't
11 occur before all of the direct notice is complete.
12    THE COURT: Right. And so how much time do you think
13 the modest extension would consist of? Have the parties
14 thought about that?
15    MS. SPELLMAN: We have, your Honor. We had proposed,
16 in conferring with Ms. Fegan yesterday, asking schools to
17 provide their data no later than March 24. The second round of
18 direct notice would go out April 14. The opt-out and objection
19 deadline would be May 5. Final approval motion would be filed
20 on May 26, and then a fairness hearing on June 9.
21    THE COURT: June 9 is going to be difficult for me.
22 But I take it the motion will ask for some sort of date after
23 June 9?
24    MS. SPELLMAN: Sure. That was just our suggestion,
25 ballpark suggestion.

1   THE COURT: And, Ms. Fegan, in cases like this where
2 we have such a broad class, what would be the best way -- well,
3 let me put it this way: By simply granting the request and
4 putting it on the court's website, would that be sufficient to
5 notify the class of the change in the date, the deadlines? Or
6 will some additional outreach be required so that the class
7 members know about the change in the schedule?
8   MS. FEGAN: Your Honor, typically -- and the
9 preliminary approval order allows the Court to change the dates
10 obviously. And typically we do post that on the settlement
11 website. We can inquire with Gilardi whether an e-mail blast
12 could go out to let those that have provided e-mail addresses
13 or for which we have them -- notice of the new date. I don't
14 know how much that would cost. But we can find that out today
15 and perhaps include that in today's submission.
16   But typically having it on the settlement website and
17 obviously having it on the court's docket is sufficient.
18   THE COURT: Right. I think it seems to me that given
19 the scope of the class here, that I would be interested to get
20 some cost estimates as to further outreach, whether it be in
21 terms of an e-mail blast and/or perhaps some sort of press
22 release or statement by settling plaintiffs, so that the word
23 can get out there with regard to the new dates. But I think it
24 may be advisable to provide some sort of notice in addition to
25 the settlement website and having it on the court's website.

1 The court's website is fascinating, and it gets lots of hits,
2 but I don't know whether -- I think it might be beneficial to
3 try to augment that.
4 So if the parties can provide me with at least some
5 suggestions and some broad cost estimates, that would be
6 helpful as well. Okay? Hopefully given the technology it
7 wouldn't be that expensive to send out an e-mail blast. And
8 certainly I'm sure that Hagens Berman having a press release,
9 that wouldn't incur that material cost at this point in time.
10 So I would like the parties to think about that, too,
11 and include that as part of any sort of motion to change the
12 dates. I do recognize overall, though, that if a modest
13 extension means that more potential class members get notice of
14 their rights, then it's certainly worthwhile and reasonable to
15 do so. But given the size of this class, I just want to make
16 sure that if there are changes to the schedule that we let the
17 class members know. Okay.
18 So you are going to be filing the additional cost
19 affidavit or submissions today with regard to notice. And when
20 do you anticipate filing the motion to modify the schedule?
21 MS. SPELLMAN: I think we can get it on file early
22 next week.
23 THE COURT: Okay. I think as Ms. Fegan suggested, the
24 sooner the better.
25 MS. SPELLMAN: Yes, your Honor. And --

Case: 1:13-cv-09116 Document #: 392 Filed: 03/29/17 Page 10 of 10 PageID #:10269

10

```
 1            THE COURT:  Go ahead.
 2            MS. SPELLMAN:  I think we are scheduled to be before
 3   your Honor on Tuesday?
 4            THE COURT:  Let's keep that date just because it's on
 5   the calendar.  And if other people, other plaintiffs' counsel
 6   or people, want to get some information as to what's going on
 7   or where things are going, I think that would be a good time to
 8   do it.  Hold on let me see.
 9            It might be a short status, but I think that, again,
10   because that date was set some time ago, I think it would be
11   wise to keep that date and see where we are.  Okay?  All right
12   thank you very much.
13            MS. SPELLMAN:  Thank you.
14            MS. FEGAN:  Thank you.
15            MR. KUROWSKI:  Thank you, your Honor.
16      (Which were all the proceedings heard in this case.)
17                              CERTIFICATE
18            I HEREBY CERTIFY that the foregoing is a true, correct
19   and complete transcript of the proceedings had at the hearing
20   of the aforementioned cause on the day and date hereof.
21
22    /s/Alexandra Roth                              3/3/2017
     _____     _____
23    Official Court Reporter                        Date
      U.S. District Court
24    Northern District of Illinois
      Eastern Division
25
```