# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL COLLEGIATE ATHLETIC ASSOCIATION STUDENT-ATHLETE CONCUSSION INJURY LITIGATION | MDL No. 2492<br><br>Master Docket No. 1:13-cv-09116<br><br>Original N.D. Ill. Dkt. No.: 1:14-cv-00962<br><br>Judge John Z. Lee<br><br>This Document Relates to N.D. Ill. Dkt. No: 1:14-cv-00962 |

### UNOPPOSED MOTION FOR LEAVE TO WITHDRAW APPEARANCE OF J. DOMINICK LARRY AS ONE OF THE COUNSEL OF RECORD FOR PLAINTIFF ANTHONY NICHOLS

J. Dominick Larry, one of the attorneys of record for Plaintiff Anthony Nichols ("Plaintiff"), pursuant to Local Rule 83.17, hereby respectfully moves the Court for leave to withdraw his appearance on behalf of Plaintiff. In Support, Mr. Larry states as follows:

1. As of January 27, 2017, Mr. Larry is no longer associated with the law firm Edelson PC, which has been retained to represent Plaintiff in this matter. As such, Mr. Larry seeks leave to withdraw his appearance on behalf of Plaintiff.

2. Although Mr. Larry is no longer associated with Edelson PC, and will no longer represent Plaintiff in this action, Plaintiff will continue to be represented by other attorneys at Edelson PC, including Benjamin H. Richman and Benjamin S. Thomassen. Therefore, Plaintiff will not be prejudiced by Mr. Larry's withdrawal.

3. Plaintiff's counsel has conferred with defense counsel, and Defendant does not object to this motion.

4. A copy of this motion will be served upon Plaintiff and all counsel of record.

WHEREFORE, Plaintiff and Mr. Larry respectfully request that this Court enter an order granting him leave to withdraw his appearance as one of the attorneys of record for Plaintiff Nichols.

          Respectfully submitted,

Dated: March 31, 2017          By: /s/ Benjamin H. Richman

          By: /s/ J. Dominick Larry

Benjamin H. Richman
brichman@edelson.com
Benjamin S. Thomassen
bthomassen@edelson.com
EDELSON PC
350 North LaSalle Street, 13th Floor
Chicago, Illinois 60654
Telephone: (312) 589-6370
Fax: (312) 589-6378

J. Dominick Larry
j.dominick.larry@gmail.com
323 E. Wacker Dr. #246
Chicago, IL 60601

**CERTIFICATE OF SERVICE**

      I, Benjamin H. Richman, an attorney, certify that on March 31, 2017, I served the above and foregoing *Unopposed Motion for Leave to Withdraw Appearance of J. Dominick Larry as One of the Counsel of Record for Plaintiff Anthony Nichols*, by causing true and accurate copies of such paper to be filed with the Court and transmitted to all counsel of record via the Court's CM/ECF electronic filing system.

                                       /s/ Benjamin H. Richman