**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE NATIONAL COLLEGIATE ATHLETIC ASSOCIATION STUDENT-ATHLETE CONCUSSION INJURY LITIGATION | MDL No. 2492 <br><br> Master Docket No. 1:13-cv-09116 <br><br> Original N.D. Ill. Dkt. No.: 1:14-cv-00962 <br><br> Judge John Z. Lee <br><br> This Document Relates to N.D. Ill. Dkt. No: 1:14-cv-00962 |

**[PROPOSED] ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO WITHDRAW APPEARANCE OF J. DOMINICK LARRY AS ONE OF THE COUNSEL OF RECORD FOR PLAINTIFF ANTHONY NICHOLS**

The Court has considered Plaintiff's and J. Dominick Larry's Unopposed Motion for Leave to Withdraw as One of the Counsel of Record for Plaintiff Anthony Nichols and hereby GRANTS the motion. Mr. Larry is hereby granted leave to withdraw his appearance as counsel of record for Plaintiff Nichols. Plaintiff shall continue to be represented in this matter by other attorneys at Edelson PC, including Benjamin H. Richman and Benjamin S. Thomassen.

Dated: _____

_____
HONORABLE JOHN Z. LEE
UNITED STATES DISTRICT JUDGE