# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL COLLEGIATE ATHLETIC ASSOCIATION STUDENT-ATHLETE CONCUSSION INJURY LITIGATION | MDL No. 2492<br><br>Master Docket No. 1:13-cv-09116<br><br>Original N.D. Ill. Dkt. No.: 1:14-cv-00962<br><br>Judge John Z. Lee<br><br>This Document Relates to N.D. Ill. Dkt. No: 1:14-cv-00962 |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on April 6, 2017, at 9:00 a.m., or as soon thereafter as counsel may be heard, the undersigned will appear before the Honorable John Z. Lee, United States District Judge, or any judge sitting in his stead in Courtroom 1225, located at United States Courthouse, Everett McKinley Dirksen Federal Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604, and shall then and there present the attached ***Unopposed Motion for Leave to Withdraw Appearance of J. Dominick Larry as One of Counsel of Record for Plaintiff Anthony Nichols***, at which time you may appear as you see fit.

Respectfully submitted,

Dated: March 31, 2017

By: /s/ Benjamin H. Richman
    One of Plaintiff's Attorneys

Benjamin H. Richman
brichman@edelson.com
Benjamin S. Thomassen
bthomassen@edelson.com
EDELSON PC
350 North LaSalle Street, 13th Floor
Chicago, Illinois 60654
Telephone: (312) 589-6370
Fax: (312) 589-6378

**CERTIFICATE OF SERVICE**

   I, Benjamin H. Richman, an attorney, certify that on March 31, 2017, I served the above and foregoing *Notice of Motion*, by causing true and accurate copies of such paper to be filed with the Court and transmitted to all counsel of record via the Court's CM/ECF electronic filing system.

              /s/ Benjamin H. Richman