**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: NATIONAL COLLEGIATE ATHLETIC ASSOCIATION STUDENT-ATHLETE CONCUSSION INJURY LITIGATION | MDL No. 2492 <br><br> Master Docket No. 1:13-cv-09116 <br><br> Judge John Z. Lee <br><br> Magistrate Judge M. David Weisman |

**UNOPPOSED MOTION FOR AN EXTENSION OF TIME**

Pursuant to Fed. R. Civ. P. 6(b)(1), the National Collegiate Athletic Association ("NCAA"), through its counsel, respectfully requests an extension of time until Monday, April 10, 2017, to file its reply in support of its Motion for the Payment of Settlement Expenses (Dkt. #385). In support of this motion, the NCAA states as follows:

1. On March 21, 2017, the NCAA filed a Motion for the Payment of Settlement Expenses in which it requested that the Court approve payment from the Medical Monitoring Fund of settlement expenses for the service of subpoenas on the colleges and universities that had not provided contact information for members of the Settlement Class.[1] See Motion for Payment (Dkt. #385) at passim.

2. On March 22, 2017, the Court entered a Minute Order in which it set a briefing schedule for the NCAA's Motion for Payment of Settlement Expenses. See Minute Order (Dkt. #387). Pursuant to the Minute Order, the NCAA's reply is due by April 5, 2017.

---

[1] Unless otherwise defined, capitalized terms have the meaning ascribed to them in the Second Amended Settlement Agreement, which is Exhibit 1 to the joint motion for preliminary approval filed with the Court on May 20, 2016. See Second Am. Settlement Agt. (Dkt. #266-1).

3. Scheduling conflicts have arisen for counsel for the NCAA in connection with another case. The NCAA, therefore, respectfully requests an extension of time until Monday, April 10, 2017, to file its reply.

4. Counsel for the NCAA conferred with Class Counsel on April 4, 2017. Class Counsel do not oppose the NCAA's request for an extension.

5. In light of the above, the NCAA respectfully submits that good cause exists under Fed. R. Civ. P. 6(b)(1) for the requested extension, that this motion is not brought for purposes of delay and that the requested extension will not unduly prejudice any party.

WHEREFORE, the NCAA respectfully requests an extension of time until Monday, April 10, 2017 for the NCAA to file its reply in support of its Motion for the Payment of Settlement Expenses. The NCAA further requests whatever other relief the Court deems appropriate.

Dated: April 5, 2017            Respectfully submitted,

                                */s/ Johanna M. Spellman*
                                Liaison Counsel for Defendant
                                National Collegiate Athletic Association

Mark S. Mester
  mark.mester@lw.com
Johanna M. Spellman
  johanna.spellman@lw.com
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, Illinois 60611
Telephone: (312) 876-7700
Facsimile: (312) 993-9767

## **CERTIFICATE OF SERVICE**

I, Johanna M. Spellman, certify that on April 5, 2017, a true and correct copy of the foregoing UNOPPOSED MOTION FOR AN EXTENSION OF TIME was filed through the CM/ECF system, which caused notice to be sent to all counsel of record.

*/s/ Johanna M. Spellman*
Johanna M. Spellman
  johanna.spellman@lw.com
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, Illinois 60611
Telephone: (312) 876-7700
Facsimile: (312) 993-9767