# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
### Eastern Division

National Collegiate Athletic Association Student−Athlete Concussion Injury Litigation, et al.

Plaintiff,

v.

Case No.: 1:13−cv−09116

Honorable John Z. Lee

National Collegiate Athletic Association, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 9, 2017:

MINUTE entry before the Honorable John Z. Lee: Status hearing held on 5/9/17. For the reasons stated on the record, NCAA's motion for the payment of settlement expenses in the amount of $131,323.15 for the service of supoenas [385] is granted. The Court approves the amended estimated budget for the notice program in the total amount of $2,135,380.21. In light of the continuing efforts to provide direct notice to class members, the parties should file a joint motion with a revised schedule and a motion for a rule to show cause to address any NCAA affiliated schools that have not responded to the subpoenas. Status hearing set for 7/27/17 at 10:00 a.m.Mailed notice(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.