UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL COLLEGIATE ATHLETIC ASSOCIATION STUDENT-ATHLETE CONCUSSION INJURY LITIGATION | MDL No. 2492 <br><br> Master Docket No. 13-cv-09116 <br><br> Judge John Z. Lee <br><br> Magistrate Judge Geraldine Soat Brown |

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 83.17 of the United States District Court for the Northern District of Illinois, the undersigned Plaintiffs request an Order permitting the law firm Zelle LLP to withdraw as counsel of record for the undersigned Plaintiffs in this action. In support of this motion, the undersigned Plaintiffs state as follows:

1. Daniel S. Mason, Michael R. Cashman, and Shawn D. Stuckey, formerly of the law firm Zelle LLP, have appeared on behalf of Plaintiffs Chris Walker, Ben Martin and Dan Ahern in this case.

2. Messrs. Mason, Cashman, and Stuckey are the only attorneys from Zelle LLP to have ever appeared and they are no longer with the law firm Zelle LLP.

3. Zelle LLP has no knowledge and takes no position regarding these attorneys' appearances in this case, as associated with their new respective law firms.

4. Hausfeld LLP will continue to represent Plaintiffs Chris Walker, Ben Martin and Dan Ahern in this case.

5. This withdrawal of the law firm Zelle LLP will not cause any delay or prejudice to any party.

WHEREFORE, the undersigned Plaintiffs respectfully request that this Court enter an order to permit the law firm Zelle LLP to withdraw from this matter.

Dated: May 12, 2017        By:    */s/ Richard S. Lewis*

Richard S. Lewis
HAUSFELD LLP
1700 K. Street, NW
Suite 650
Washington, DC 20006
rlewis@hausfeld.com
Phone: 202-540-7151
Fax: 202-540-7201

*Counsel for Plaintiffs Chris Walker, Ben Martin and Dan Ahern*