UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL COLLEGIATE ATHLETIC ASSOCIATION STUDENT-ATHLETE CONCUSSION LITIGATION | MDL NO. 2492<br>Case No. 13-cv-09116<br><br>Judge John Z. Lee<br><br>Magistrate Judge Brown |

### JOINT MOTION FOR ENTRY OF REVISED SCHEDULE

The Settlement Class Representatives and Defendant National Collegiate Athletic Association ("NCAA," and together with Settlement Class Representatives, the "Parties") respectfully request that the Court enter a revised schedule for the consideration of final approval of the Second Amended Class Action Settlement Agreement and Release, any objections thereto, and any requests for payment of attorneys' fees and costs.[1]  In support thereof, the Parties state as follows:

1.  On May 9, 2017, the Court approved the amended estimated budget for the Notice Plan.  The Court also authorized the Notice Administrator to proceed with the second wave of direct notice to be provided by regular mail and email using Settlement Class Member contact information received from NCAA member institutions.

2.  The Notice Administrator has represented that the second wave of direct notice will begin approximately three weeks from May 9, 2017, during which time the Notice Administrator will clean up the address data it has received and prepare the mailings.

---

[1] Unless otherwise defined, capitalized terms have the meaning ascribed to them in the Second Amended Settlement Agreement, which is Exhibit 1 to the joint motion for preliminary approval filed with the Court on May 20, 2016.  *See* Second Am. Settlement Agt. (Dkt. #266-1).

010270-12 959377 V1

3. Accordingly, the Parties propose that the deadlines set forth in the Court's July 15, 2016 Preliminary Approval Order be revised as follows:

| Action | Date Set Forth in July 15, 2016 Preliminary Approval Order | Proposed New Date |
|---|---|---|
| Second wave of direct notice to be issued | Not addressed | May 30-June 6, 2017 |
| Deadline for Settlement Class Members to object to or opt out of the Settlement | March 10, 2017 | August 4, 2017 |
| Deadline for any objections or responses to the petitions for attorneys' fees and costs | March 10, 2017 | August 4, 2017 |
| Notice Administrator shall file with the Court the Opt-Out List with an affidavit attesting to the completeness and accuracy thereof | April 21, 2017 | August 18, 2017 |
| Notice Administrator and Program Administrator shall file declarations with the Court concerning implementation of the Notice program and other terms of the Settlement | April 21, 2017 | August 18, 2017 |
| Deadline for filing Motion for Final Approval of the Settlement, including any responses to objections | March 31, 2017 | August 25, 2017 |
| Fairness Hearing | May 5, 2017 at 10:00 a.m. | At the Court's convenience on or after September 15, 2017 |

WHEREFORE, the Settlement Class Representatives and NCAA respectfully request that the Court enter the revised schedule. A Proposed Order is attached hereto. The Parties further request whatever other relief the Court deems appropriate.

Dated: May 18, 2017

                        Respectfully submitted,

                        HAGENS BERMAN SOBOL SHAPIRO LLP

By: */s/ Steve W. Berman*
   Steve W. Berman
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Tel.: 206.623.7292
Fax: 206.623.0594
Email: steve@hbsslaw.com

Elizabeth A. Fegan
HAGENS BERMAN SOBOL SHAPIRO LLP
455 N. Cityfront Plaza Dr., Suite 2410
Chicago, IL 60611
Tel.: 708.628.4949
Fax: 708.628.4950
Email: beth@hbsslaw.com

*Settlement Class Counsel*

*/s/ Mark S. Mester*
Lead Counsel for Defendant
National Collegiate Athletic Association

Mark S. Mester
  mark.mester@lw.com
Johanna Spellman
  johanna.spellman@lw.com
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, Illinois, 60611
Telephone: (312) 876-7700
Facsimile: (312) 993-9767

010270-12 959377 V1

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that on May 18, 2017, a true and correct copy of the foregoing was filed electronically via CM/ECF, which caused notice to be sent to all counsel of record.

By:   */s/ Steve W. Berman*
       Steve W. Berman