- 1 –

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL COLLEGIATE ATHLETIC ASSOCIATION STUDENT-ATHLETE CONCUSSION LITIGATION | MDL NO. 2492<br>Case No. 13-cv-09116<br><br>Judge John Z. Lee<br><br>Magistrate Judge Brown |

## [PROPOSED] SCHEDULING ORDER

Based on the current status of the Notice Program and in order to ensure that direct mail and email notice to Settlement Class Members is maximized, the Court vacates the current schedule and sets new dates as follows:

1. The Notice Administrator shall begin the second wave of direct mail and email by May 30, 2017, and shall continue until completed.

2. The deadline for Settlement Class Members to object or opt out of the Settlement is August 4, 2017.

3. The deadline for any objections or responses to the petitions for attorneys' fees and costs is August 4, 2017.

4. The Notice Administrator shall file with the Court the Opt−Out List with an affidavit attesting to the completeness and accuracy thereof by August 18, 2017.

5. The Notice Administrator and Program Administrator shall file declarations with the Court concerning implementation of the Notice program and other terms of the Settlement by August 18, 2017.

6. The Motion for Final Approval of the Settlement, including any responses to Objections is due August 25, 2017.

- 1 –

- 2 –

7.     The Fairness Hearing is set on _____, 2017 [any date on or after September 15, 2017 at the Court's convenience] at \_\_\_\_ \_.m. in Courtroom 1225.

DATED:                                        ENTERED:

_____