UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL COLLEGIATE ATHLETIC ASSOCIATION STUDENT-ATHLETE CONCUSSION LITIGATION | MDL NO. 2492<br><br>Case No. 13-cv-09116<br><br>Judge John Z. Lee<br><br>Magistrate Judge David M. Weisman |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on Tuesday, May 23, 2017 at 9:00 a.m., Counsel shall appear before the Honorable Judge John Z. Lee in the courtroom usually occupied by him in Room 1225 of the U.S. District Court for the Northern District of Illinois, 219 S. Dearborn Street, Chicago, Illinois and then and there present **Joint Motion for Entry of Revised Schedule.** You are invited to attend.

Date: May 18, 2017

Respectfully submitted,

By: */s/ Steve W. Berman*
Steve W. Berman
*steve@hbsslaw.com*
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Tel.: 206.623.7292

Elizabeth A. Fegan
*beth@hbsslaw.com*
HAGENS BERMAN SOBOL SHAPIRO LLP
455 N. Cityfront Plaza Dr., Suite 2410
Chicago, IL 60611
Tel.: 708.628.4949

*Lead and Settlement Class Counsel*

010270-12 922077 V1

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that on May 18, 2017, a true and correct copy of the foregoing was filed electronically via CM/ECF, which caused notice to be sent to all counsel of record.

By: */s/ Steve W. Berman*