## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
## Eastern Division

National Collegiate Athletic Association
Student−Athlete Concussion Injury Litigation, et al.

                                                      Plaintiff,

v.                                                        Case No.: 1:13−cv−09116

                                                      Honorable John Z. Lee

National Collegiate Athletic Association, et al.

                                                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 23, 2017:

      MINUTE entry before the Honorable John Z. Lee:Motion hearing held on 5/23/17. Joint motion for entry of a revised schedule [408] is granted. The parties should submit an order with the revised schedule and contact the courtroom deputy when they have done so. The final settlement approval hearing set for 7/27/17 is reset to 9/22/17 at 10:00 a.m. Status hearing reset for 9/22/17 at 10:00 a.m. Mailed notice(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.