## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
## Eastern Division

| | |
|---|---|
| National Collegiate Athletic Association Student–Athlete Concussion Injury Litigation, et al.<br><br>  Plaintiff,<br><br>v.<br><br>National Collegiate Athletic Association, et al.<br><br>  Defendant. | Case No.: 1:13−cv−09116<br><br>Honorable John Z. Lee |

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 25, 2017:

   MINUTE entry before the Honorable John Z. Lee: Minute entry [410] is amended: Motion hearing held on 5/23/17. Joint motion for entry of a revised schedule [408] is granted. The Notice Administrator shall begin the second wave of direct mail and email by May 30, 2017, and shall continue until completed. The deadline for Settlement Class Members to object or opt out of the Settlement is August 4, 2017. The deadline for any objections or responses to the petitions for attorneys fees and costs is August 4, 2017. The Notice Administrator shall file with the Court the OptOut List with an affidavit attesting to the completeness and accuracy thereof by August 18, 2017.The Notice Administrator and Program Administrator shall file declarations with the Court concerning implementation of the Notice program and other terms of the Settlement by August 18, 2017. The Motion for Final Approval of the Settlement, including any responses to Objections is due August 25, 2017. The final settlement approval hearing set for 7/27/17 is reset to 9/22/17 at 10:00 a.m. Status hearing reset for 9/22/17 at 10:00 a.m.Mailed notice(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.