UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL COLLEGIATE ATHLETIC ASSOCIATION STUDENT-ATHLETE CONCUSSION LITIGATION | MDL NO. 2492<br>Case No. 13-cv-09116<br><br>Judge John Z. Lee<br><br>Magistrate Judge Brown |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on Tuesday, June 20, 2017, at 9:00 a.m. or as soon thereafter as counsel may be heard, Settlement Class Counsel will appear before the Honorable Judge John Z. Lee of the United States District Court for the Northern District of Illinois in Courtroom 1225 at 219 S. Dearborn Street, Chicago, Illinois and present MOTION FOR ORDER ON RULE TO SHOW CAUSE, a copy of which is being filed concurrently herewith.

Dated: June 6, 2017                    Respectfully submitted,

By: */s/ Steve W. Berman*
    Steve W. Berman
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Tel.: 206.623.7292
Fax: 206.623.0594
Email: steve@hbsslaw.com

Elizabeth A. Fegan
HAGENS BERMAN SOBOL SHAPIRO LLP
455 N. Cityfront Plaza Dr., Suite 2410
Chicago, IL 60611
Tel.: 708.628.4949
Fax: 708.628.4950
Email: beth@hbsslaw.com

*Settlement Class Counsel*

**CERTIFICATE OF SERVICE**

I, Steve W. Berman, certify that on June 6, 2017, a true and correct copy of the foregoing MOTION FOR ORDER ON RULE TO SHOW CAUSE was filed through the CM/ECF system, which caused notice to be sent to all counsel of record. In addition, I hereby certify that I served the foregoing MOTION FOR ORDER ON RULE TO SHOW CAUSE via email on Maribel Gorbea Diaz, Counsel for University of Puerto Rico, Bayamon, using the following address: Maribel.gorbea@upr.edu. Further, I hereby certify that I caused the foregoing MOTION FOR ORDER ON RULE TO SHOW CAUSE to be hand delivered via process server to the following non-registered persons.

Lane College
President's Office
545 Lane Avenue
Bray Hall, 3rd Floor
Jackson, Tennessee 38301

Saint Augustine's University
President's Office
1315 Oakwood Avenue
Boyer Building, Room 110
Raleigh, North Carolina 27610-2298

University of Puerto Rico, Rio Piedras
President's Office
San Juan, 00931, Puerto Rico

The College of New Rochelle
President's Office
29 Castle Place
New Rochelle, New York 10805

Lemoyne-Owen College
President's Office
c/o Human Resources
807 Walker Avenue
Memphis, Tennessee 38126

Southern University, Baton Rouge
Southern University System
801 Harding Boulevard
J.S. Clark Administration Building
4th Floor President's Office
Baton Rouge, Louisiana 70813

<u>*/s/ Steve W. Berman*</u>
Steve W. Berman
  steve@hbsslaw.com
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, Washington 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594