UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL COLLEGIATE ATHLETIC ASSOCIATION STUDENT-ATHLETE CONCUSSION INJURY LITIGATION | MDL No. 2492<br><br>Master Docket No. 1:13-cv-09116<br><br>Judge John Z. Lee |

NOTICE OF MOTION

PLEASE TAKE NOTICE THAT on July 11, 2017 at 9:00 a.m., or as soon thereafter as counsel may be heard, in Room 1225, in Judge John Z. Lee's courtroom, Everett M. Dirksen United State Courthouse, 219 South Dearborn Street, Chicago, Illinois, counsel for Plaintiff Julius Whittier shall then and there present **Plaintiff Whittier's Second Motion for Leave to Amend His Motion for Attorney's Fees and Costs**.

Dated: June 20, 2017.

Respectfully submitted,

By: */s/ Dwight E. Jefferson*
   Dwight E. Jefferson
   State Bar No. 10605600
   djefferson@coatsrose.com
   Coats Rose, P.C.
   9 Greenway Plaza, Suite 1100
   Houston, Texas 77046-0307
   Telephone: (713) 651-0111
   Facsimile:  (713) 651-0220

*Counsel for Plaintiff Julius Whittier, by and through his next friend and Attorney in Fact, Mildred Whittier*

1

## **CERTIFICATE OF SERVICE**

I hereby certify that I served the above and foregoing document by causing true and correct copies of such paper to be filed and transmitted to all counsel of record via the Court's CM/ECF electronic filing system on this 20th day of June, 2017.

                                                 */s/ Dwight E. Jefferson*
                                                 Dwight E. Jefferson

013317.000001\4837-7140-8202.v1