# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

|  |  |
|---|---|
| IN RE NATIONAL COLLEGIATE ATHLETIC ASSOCIATION STUDENT-ATHLETE CONCUSSION INJURY LITIGATION | ) MDL No. 2492 ) ) Master Docket No. 1:13-cv-09116 ) ) ) The Document Relates To: ) All Cases ) ) ) Judge John Z. Lee ) ) Magistrate Judge Geraldine Soat Brown |

## NOTICE OF WITHDRAWAL OF APPEARANCE

TO THE CLERK AND ALL PARTIES:

NOW COMES James R. Dugan, II, who represents to this Court that David B. Franco is no longer associated with The Dugan Law Firm, APLC, and therefore will no longer be performing work in this matter. As such, the undersigned respectfully requests that David B. Franco be withdrawn as counsel of record for Plaintiff(s) in the above-numbered and entitled cause. All other counsel named below shall remain the attorneys of record for Plaintiff(s) in this action.

DATED: June 21, 2017.

Respectfully Submitted:

/s/ James R. Dugan, II_____
**James R. Dugan, II (LA Bar No. 24785)**
**Douglas R. Plymale (LA Bar No. 28409)**
**David S. Scalia (LA Bar No. 21369)**
**The Dugan Law Firm, APLC**
One Canal Place
365 Canal Street, Suite 1000
New Orleans, Louisiana 70130
Telephone: (504) 648-0180
Facsimile: (504) 648-0181
E-mail: *jdugan@dugan-lawfirm.com*
*dplymale@dugan-lawfirm.com*
*dscalia@dugan-lawfirm.com*

***Counsel for Plaintiff(s)***

### CERTIFICATE OF SERVICE

I hereby certify that on this 21 day of June, 2017, I filed the above and foregoing pleading using this Court's CM/ECF system, which will send electronic notice of this filing to all parties to this matter and/or their counsel of record.

/s/ James R. Dugan, II_____
**James R. Dugan, II**