**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

|  |  |
|---|---|
| IN RE: NATIONAL COLLEGIATE ATHLETIC ASSOCIATION STUDENT-ATHLETE CONCUSSION LITIGATION | ) ) ) ) ) ) ) ) ) MDL No. 2492<br><br>Master Docket No. 1:13-cv-09116<br><br>Judge John Z. Lee<br><br>Magistrate Judge M. David Weisman |

**JOINT STATUS REPORT ON NCAA MEMBER
INSTITUTIONS THAT HAVE COMPLIED WITH SUBPOENAS**

Settlement Class Representatives Derek Owens, et al., ("Settlement Class Representatives") and Defendant National Collegiate Athletic Association (the "NCAA," and together with Plaintiffs, the "Parties"), through their counsel, jointly submit the following status report on NCAA member institutions that have complied with subpoenas requesting last-known contact information for student-athletes.[1]

1. On May 9, 2017, the Court ordered the filing of a motion for a rule to show cause for any NCAA member institutions that had not complied with subpoenas requesting last-known contact information for members of the Settlement Class. See Minute Entry (Dkt. #405). At a May 23, 2017 hearing, the Court ordered that the foregoing motion for a rule to show cause be filed by June 6, 2017.

2. On June 6, 2017, Settlement Class Representatives moved this Court for entry of an order directing seven (7) NCAA member institutions that had not yet complied with the

---

[1] Capitalized terms in this submission have the meaning ascribed to them in the Second Amended Class Action Settlement Agreement and Release, which is Exhibit 1 to the Joint Motion for Preliminary Approval of Second Amended Class Settlement and Certification of Settlement Class and Settlement Subclasses. See Second Am. Settlement Agt. (Dkt. #266-1).

foregoing subpoenas to show cause why they should not be held in contempt (the "Motion"). See Motion for Order on Rule to Show Cause (Dkt. #414).

3. On June 19, 2017, the Parties informed the Court that five (5) of the NCAA member institutions identified in the Motion had complied with the subpoenas since the Motion was filed. See Joint Status Report (Dkt. #416).

4. At a June 20, 2017 hearing, the Court entered and continued the Motion to July 7, 2017 in order to provide the remaining two (2) NCAA member institutions that had not yet complied with the subpoenas with an opportunity to do so. See Minute Entry (Dkt. #418).

5. Since the June 20, 2017 hearing, we are pleased to report that the remaining two (2) NCAA member institutions have complied with the subpoenas. See Spellman Decl., Ex. A hereto, at ¶ 4.

6. Because all seven (7) of the NCAA member institutions identified in the Motion have complied with the subpoenas, we respectfully submit that the Motion is now moot.

Dated: July 6, 2017

By:/s/ Steve W. Berman (w/ consent)
   Settlement Class Counsel

Steve W. Berman
  steve@hbsslaw.com
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, Washington 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

Respectfully submitted,

By:/s/ Johanna M. Spellman
   Liaison Counsel for Defendant
   National Collegiate Athletic Association

Mark S. Mester
  mark.mester@lw.com
Johanna M. Spellman
  johanna.spellman@lw.com
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, Illinois 60611
Telephone: (312) 876-7700
Facsimile: (312) 993-9767

Elizabeth A. Fegan
  beth@hbsslaw.com
HAGENS BERMAN SOBOL SHAPIRO LLP
455 North Cityfront Plaza Drive, Suite 2410
Chicago, Illinois 60611
Telephone: (708) 628-4949
Facsimile: (708) 628-4950

**CERTIFICATE OF SERVICE**

I, Johanna M. Spellman, certify that on July 6, 2017, a true and correct copy of the forgoing JOINT STATUS REPORT ON NCAA MEMBER INSTITUTIONS THAT HAVE COMPLIED WITH SUBPOENAS was filed through the CM/ECF system, which caused notice to be sent to all counsel of record.

*/s/ Johanna M. Spellman*
Johanna M. Spellman
johanna.spellman@lw.com
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, Illinois, 60611
Telephone: (312) 876-7700
Facsimile: (312) 993-9767