# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
### Eastern Division

National Collegiate Athletic Association Student−Athlete Concussion Injury Litigation, et al.

Plaintiff,

v.

Case No.: 1:13−cv−09116

Honorable John Z. Lee

National Collegiate Athletic Association, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, July 7, 2017:

MINUTE entry before the Honorable John Z. Lee: Motion hearing held on 7/7/17. In light of the status report filed that the NCAA member institutions that have all complied with the subpoenas [423], the motion for order on rule to show cause [414] is denied.The deadline for Settlement Class Members to object or opt out of the Settlement is August 18, 2017. The deadline for any objections or responses to the petitions for attorneys fees and costs is August 18, 2017. The Notice Administrator shall file with the Court the Opt−Out List with an affidavit attesting to the completeness and accuracy thereof by August 25, 2017.The Notice Administrator and Program Administrator shall file declarations with the Court concerning implementation of the Notice program and other terms of the Settlement by August 25, 2017. The Motion for Final Approval of the Settlement, including any responses to Objections is due August 25, 2017. The final settlement approval hearing date of 9/22/17 at 10:00 a.m. will stand. Mailed notice(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.