

**FILED**

June 30, 2017

JUL −5 2017

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Clerk of Court
U.S. District Court for the Northern District of Illinois
219 South Dearborn St.
Chicago, IL 60604

Dear Clerk of Court:

I am writing to submit my objection to the National Collegiate Athletic Association Student-Athlete Concussion Case (Case No. 1:14-cv-09116) Settlement to the Court. I would like to object to the settlement because it does not give extra monies and/or physical care for: athletes who had preexisting injuries before enrolling in a NCAA sport (i.e. Scoliosis and other spinal conditions), and athletes who attended college as emancipated minors (emancipated minor is a legal mechanism by which a court grants a minor permission to be an adult (Age of majority)) .

Firstly, I would like to object to the fact that athletes who had preexisting injuries before enrolling in a NCAA sport, are not given extra monies as a result of their participation in the lawsuit. When most student athletes tryout for NCAA sports, they must pass a physical which might note that he or she had some type of pre-existing medical condition before they were allowed to participate in a NCAA sport, and those pre-existing injuries (i.e. scoliosis and other spinal conditions) might have been the result of a concussion injury. In my case, my former household got me into a fall accident in which I ended up developing scoliosis at the age of 8, and this occurred after they did not seek any medical attention for me based on the fact that I had already reported them to the Albany Police Department for Severe Child Abuse Violations at the age of 8.

Secondly, I object to the settlement because there is no provision of extra monies for athletes who attended college as emancipated minors. I admit, I had a very difficult time with The University at Albany once I enrolled as an independent student because my former head of household was the Deputy Superintendent of a medium-security prison known as Altoona Prison in Upstate New York, and he was previously an architect of prison security systems during my primary school years in Albany, New York. My difficult times at the University at Albany involved the university committing financial aid fraud and transcript fraud against me, and I am finally in the process of suing my Undergraduate University for discriminating against me. Also, I have heard that many

people violate the rights of emancipated minors, and that these crimes oftentimes are not reported because many emancipated minors are periodically drugged and sexually assaulted.

Finally, I would appreciate hearing from you regarding this, and thank you for your consideration of this objection. Also, feel free to request additional evidence from me on this matter. I look forward to getting my objection to the amended settlement resolved, and hope to hear from you soon.

Sincerely,


Elizabeth Terry


*List of enclosures: Emails on Objection to March 10th Deadline (EXHIBIT 1), Verification of Student Athlete Participation at the University at Albany (EXHIBIT 2), High School Records with Notes on NCAA History and Preexisting Injuries as an Independent Student (EXHIBIT 3), and New York State Child Abuse and Maltreatment Register (SCR) in which I am named as a subject of a report (EXHIBIT 4).*

# EXHIBIT 1

 Gmail

**ELIZABETH TERRY <terry.elizabeth.marie@gmail.com>**

---

# OBJECTION TO THE MARCH 10TH DEADLINE - CONFLICT

---

**info (CollegeAthleteConcussionSettlement SACL1)**                    Thu, Apr 27, 2017 at 1:47
<info@collegeathleteconcussionsettlement.com>                                              PM
To: ELIZABETH TERRY <terry.elizabeth.marie@gmail.com>

Dear Elizabeth,


The Court is considering an extended deadline to object to the Settlement. If you wish to object, please send your request in writing according to the instructions below, and it will be included in the list of possible objections being considered.

If you do not exclude yourself from the Settlement Class, you may object to the Settlement or the award of Attorneys' Fees and Costs. The Court will consider your views. To object, you or your attorney must submit your written objection to the Court. The objection must include the following:

- The name of the case and multi-district litigation, In re National Collegiate Athletic Association Student-Athlete Concussion Litigation, Case No. 1:13-cv-09116;
- Your name, address, telephone number, and, if you are represented by counsel, the name, address and telephone number of your counsel;
- The name of the NCAA member school(s) at which you participated in NCAA-sponsored sport(s), the NCAA-sponsored sport(s) in which you participated and the years during which you participated;
- A written statement of your objections, including any facts or law you wish to bring to the Court's attention;
- Any other supporting papers, materials or briefs that you want the Court to consider in support of your objection;
- A statement of whether you intend to appear at the Fairness Hearing; and If you intend to appear at the Fairness Hearing through counsel, the identity of the attorney(s) representing you who will appear at the Fairness Hearing.

You must send via U.S. Mail copies of the objection to each of the following addresses:

Clerk of Court United States District Court for the Northern District of Illinois 219 South Dearborn Street Chicago, IL 60604

Settlement Class Counsel: Steve W. Berman, Esq. HAGENS BERMAN SOBOL SHAPIRO LLP 1918 Eighth Avenue Suite 3300 Seattle, Washington 98101

Counsel for the NCAA: Mark S. Mester, Esq. LATHAM & WATKINS LLP 330 North Wabash Avenue Suite 2800 Chicago, Illinois 60611

The requirements to object to the Settlement are described in detail in the Second Amended Settlement Agreement in Section XIII(C).

Kind Regards,
Thalia


NCAA Student-Athlete Concussion Injury Litigation

Settlement Administrator

www.CollegeAthleteConcussionSettlement.com

877-209-9898

---

**From:** ELIZABETH TERRY [terry.elizabeth.marie@gmail.com]
**Sent:** Tuesday, March 28, 2017 4:17 PM
**To:** info (CollegeAthleteConcussionSettlement SACL1)

**Subject:** OBJECTION TO THE MARCH 10TH DEADLINE - CONFLICT

[Quoted text hidden]

# EXHIBIT 2

 Gmail

**ELIZABETH TERRY <terry.elizabeth.marie@gmail.com>**

---

## TERRY, ELIZABETH 04': 97-98 Varsity Indoor/Outdoor Track Athlete

**Peach, Melissa M** <mpeach@albany.edu>
To: ELIZABETH TERRY <terry.elizabeth.marie@gmail.com>

Tue, May 9, 2017 at 9:21 AM

Elizabeth,

Thank you for your patience. I have attached what the university has on record. Please note that the document has been redacted to protect the personal information of others.

Regards,

Melissa Peach

-------------------

Go Great Danes!

Melissa M. Peach

Associate Athletic Director for Compliance

Office of Compliance Services

University at Albany Department of Athletics

1400 Washington Avenue | PE-307A | Albany, NY 12222

**O:** (518) 442-3005 | **F:** (518) 442-3031

mpeach@albany.edu | www.ualbanysports.com

Follow us @UAlbanyBylaws

**From:** ELIZABETH TERRY [mailto:terry.elizabeth.marie@gmail.com]
**Sent:** Wednesday, May 03, 2017 12:17 PM
**To:** Peach, Melissa M <mpeach@albany.edu>
**Subject:** Re: TERRY, ELIZABETH 04': 97-98 Varsity Indoor/Outdoor Track Athlete

Dear Melissa,

I appreciate your prompt response to my request for information on my participation history in Track and Field with The University at Albany's NCAA Track and Field Team. I will all rest easier during my discovery process for information,

knowing that you are looking up my participation history with The Office of Campus Recreation. I will look forward to hearing back from your office and their office in the near future.


Thank you very much!


Very truly yours,




Elizabeth


On Wed, May 3, 2017 at 11:42 AM, Peach, Melissa M <mpeach@albany.edu> wrote:

Elizabeth,


I am acknowledging receipt of your request regarding your participation on the UAlbany Women's Track and Field and UAlbany Women's Rugby teams. As Women's Rugby is not an intercollegiate sport here, but rather, a club sport, I will not have participation information on Women's Rugby. The Office of Campus Recreation, who I have copied on this email, will be able to assist you with that request.


I am researching your participation history with the Women's Track and Field team and will be in touch with you soon.


Sincerely,

Melissa Peach

-------------------

Go Great Danes!

**Melissa M. Peach**

**Associate Athletic Director for Compliance**

**Office of Compliance Services**

**University at Albany Department of Athletics**

**1400 Washington Avenue | PE-307A | Albany, NY 12222**

**O: (518) 442-3005 | F: (518) 442-3031**

**mpeach@albany.edu | www.ualbanysports.com**

**Follow us @UAlbanyBylaws**

**From:** Registrar's Office
**Sent:** Friday, April 28, 2017 1:53 PM
**To:** terry.elizabeth.marie@gmail.com
**Cc:** Peach, Melissa M <mpeach@albany.edu>
**Subject:** RE: TERRY, ELIZABETH 04': 97-98 Varsity Indoor/Outdoor Track Athlete

Hi Elizabeth,

The Registrar's Office does not handle athletic records (or proof of athletic involvement) as we are responsible for ensuring the integrity, accuracy, and security of all *academic* records.

I am cc'ing one of my colleagues from the Athletics Department to ask for her assistance if she is able to provide any on this matter.

Please let me know if you have any questions.

Best,

## Travis Strattion

Customer Service Manager

Registrar's Office

University at Albany, State University of New York

1400 Washington Avenue | Campus Center B-52 |Albany, NY 12222

Tel: (518) 442-5540 | Fax: (518) 442-5532

tstrattion@albany.edu



**Confidentiality Notice**

The information contained in this electronic transmission is legally privileged and confidential and intended for the use of the individual(s) or entity(ies) named above only. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or reproduction of this transmission is strictly prohibited. If you have received this transmission in error, please destroy any and all copies of the transmission and notify the sender immediately.

**From:** UAlbany General Information
**Sent:** Friday, April 28, 2017 10:04 AM
**To:** Registrar's Office <Registrar@albany.edu>
**Subject:** FW: TERRY, ELIZABETH 04': 97-98 Varsity Indoor/Outdoor Track Athlete

**From:** ELIZABETH TERRY [mailto:terry.elizabeth.marie@gmail.com]
**Sent:** Thursday, April 27, 2017 3:23 PM
**To:** UAlbany General Information <geninfo@albany.edu>
**Subject:** TERRY, ELIZABETH 04': 97-98 Varsity Indoor/Outdoor Track Athlete

To Whom It May Concern:

I understand that your information service might have information on what steps I must take to secure information that I was a member of both: The University at Albany's Track and Field Team, and Women's Rugby Team. Would you be kind enough to furnish me with any information which still states that I was a member of the Women's Track and Field Team and Women's Rugby Team during the years 1997-1998?

This information will help me prepare a letter of concern to the NCAA on how my rights as an emancipated minor were violated during my freshman year of college. Your help will be greatly appreciated.

Very truly yours,

Ms. Elizabeth Terry

--

"Great things in business are never done by one person. They're done by a team of people."

-Steve Jobs

📄 **UA WTI Roster 97-98.pdf**
109K

# UNIVERSITY AT ALBANY
## Women's Track & Field Roster
### 1997-98

**11/20**

| Name | Year | Phone | Hometown |
|------|------|-------|----------|
| Elizabeth Terry | Fr. | 442-1217 | Plattsburgh |

**TEAM CAPTAINS:**

| | | |
|---|---|---|
| **DIRECTOR:** | Roberto Vives | 442-3064(O) |
| **ASSOC. HEAD COACH** | Craig McVey | 442-3057(O) |
| **COACHES:** | Knut Hjeltnes | |
| | Dennis King | |
| | Mary Beth Steffen | 442-3055(O) |
| | David Herrington | 452-5700(O) |
| | Kevin Williams | 442-4849(O) |
| | Jeffrey York | |

**MANAGER:**

# EXHIBIT 3

 **Gmail**

**ELIZABETH TERRY <terry.elizabeth.marie@gmail.com>**

---

## Terry, Elizabeth: School Records (K-12)
---

**ELIZABETH TERRY** <terry.elizabeth.marie@gmail.com>
To: Christine Le Clair <cleclair@plattscsd.org>

Wed, Jun 1, 2016 at 12:57 PM

Dear Christine,

Who threw away my k-8 permanent school records?

Kind regards,


Elizabeth Terry

On Sat, Jan 9, 2016 at 11:06 AM, Christine Le Clair <cleclair@plattscsd.org> wrote:
> Hi Elizabeth,
>
> I sent you everything that we have.
>
> Christine Le Clair
> Plattsburgh City School District
> Records Clerk
>
> Sent from my iPhone
>
> On Jan 9, 2016, at 10:50 AM, ELIZABETH TERRY <terry.elizabeth.marie@gmail.com> wrote:
>
>> To Whom It May Concern:
>>
>> On December 5, I ordered a copy of my school records (k-12) for my personal records. I received your delivery within two weeks, but over ninety percent of my school records are missing.
>>
>> I, as a former Plattsburgh Senior High Guidance Department Intern, want your office to resend my school records to my post office box with all requested documentation. I will appreciate your sending me my entire school record, including my repeated Haiku poetry. Please find my new and slightly amended request from attached to this email.
>>
>> Thank you for your attention to this matter.
>>
>> Sincerely,
>>
>>
>> Elizabeth Terry
>> PHS 97'
>>
>> Mailing Address:
>> 534 West 112th Street
>> P.O. Box 250553
>> New York, NY 10025
>>
>> <schoolrecordsrelease.pdf>

EOP Letter 12/18/96    Binghamton Univ.
EOP Form              P. O. Box 6001
                      Binghamton, NY 13902-6001

EOP Form 2-5-97  12/18/96   Buffalo Univ.
                            3435 Main St., Hayes A
                            Buffalo, NY 14214-3014

                 12/18/96   Albany Univ.
EOP                         1400 Washington Ave.    Sent finals 7/2/97
3rd period                  Albany, NY 12222

sent
mtl.
terms
2/10/97          12/18/96   Suny Oswego
                            Oswego, NY 13126        Princeton 2/27/08
                                                       609 258 6843
                                                    CGS - 4/21/08
                                                    Cornell - 4/21/08

                 11/26/86   SUNY APP.

                 11/26/96   Army ROTC

                 1/21/97    Syracuse Univ.
                            215 Archbold North
                            Syracuse, NY 13244-1140

                 1/21/97    Norwich Univ.
                            Northfield, VT 05663

                 2/12/97    Virginia Military Inst.
                            Lexington, Virginia 24450-0304

                 3/ /97     Virginia Tech
                            104 Burruss Hall
                            Blacksburg, VA 24061
NCAA
sent                                          617 496 3229
9/9/97           2/8/08 - Faxed to Harvard College

MS ELIZABETH M. TERRY
C/O MR. & MRS ALVIN TERRY, SR.
2B CRESCENT DRIVE
PLATTSBURGH, NY 12901
518-566-7354        9700061

# SECONDARY SCHOOL RECORD

## 1. STUDENT IDENTIFICATION

STUDENT'S FULL LEGAL NAME, LAST NAME FIRST
TERRY, ELIZABETH M.

| SEX | COMMON NAME | OTHER LAST NAMES USED | BIRTH DATE: | SOC. SEC. NUMBER |
|-----|-------------|----------------------|-------------|------------------|
| F | | | 8/28/79 | |

PARENT OR LEGAL GUARDIAN

| NAME. INDEPENDENT | ADDRESS 86 Brinkerhoff St. |
|---|---|
| CITY Plattsburgh | STATE NY ZIP 12901 |

## 2. SCHOOL IDENTIFICATION

NAME Plattsburgh High School
ADDRESS 1 Clifford Drive
CITY Plattsburgh     PHONE: 518 561-7500
STATE New York     ZIP 12901 SCHOOL CODE 334-552

## 3. STUDENT'S ACADEMIC HISTORY

MINIMUM PASSING MARK 65%     OTHER PASSING MARKS USED (AND NUMERICAL EQUIVALENT) R=state exam

| GRADE & YRS. | COURSES TAKEN (AND SPECIAL LEVEL WHERE APPROPRIATE) | MARKS | | CREDITS |
|---|---|---|---|---|
| 8 | Spanish I | 92 | 94P | 1 |
| 9 | 1993 – 1994 | | | |
| | English 9 | 79 | | 1 |
| | Global Studies I | 84 | | 1 |
| | Spanish II | 64 | | 0 |
| | Seq. math IR | 66 | 66R | 1 |
| | Biology w/lab | 72 | 78R | 1 |
| | Keyboarding I | 74 | | ½ |
| | Sculpture | 87 | | ½ |
| | PE sem I | 93 | | ¼ |
| | PE Sem II | 92 | | ¼ |
| | Band/orchestra | 93 | | 1 |
| 10 | 1994 – 1995 | | | |
| | English 10 | 75 | | 1 |
| | Global Studies 10R | 83 | 75R | 1 |
| | NYSC I | 69 | 57R | 1 |
| | Chemistry R | 66 | 66R | 1 |
| | Spanish III R | 79 | 88R | 1 |
| | Studio Art | 81 | | ½ |
| | Band | 100 | | 1 |
| | Music in our Lives | 95 | | ½ |
| | PE | 97 | | ½ |

| GRADE & YRS | COURSES TAKEN (AND SPECIAL LEVEL WHERE APPROPRIATE) | MARKS | | CREDITS |
|---|---|---|---|---|
| 11 | 1995 – 1996 | | | |
| | English 11R | 78 | 80R | 1 |
| | Am. History 11-1R | 81 | 73R | 1 |
| | Spanish IV | 91 | | 1 |
| | Seq. Math IIR | 95 | 90R | 1 |
| | Physics R | 77 | 73R | 1 |
| | Health | 88 | | ½ |
| | Bus. Data Proc. | 87 | | ½ |
| | PE Sem I | 100 | | ¼ |
| | PE Sem II | 100 | | ¼ |
| | Band & Orchestra | 89 | | 1 |
| 8/96 | Summer School | | | |
| | PE (Weightlifting) | 95 | | ¼ |
| 12 | 1996 – 1997    Sem I | | | |
| | AP English      83 | 77 | | 1 |
| | Participation in Govt. | 50 | | 0 |
| | Economics | 78 | | ½ |
| | Spanish V       95 | 91 | | 1 |
| | Math IIIR       75 | 66 | 79R | 1 |
| | Science Research Tech. 90 | 90 | | 1 |
| | Family Science | 66 | | ½ |
| | PE Sem I | 90 | | ¼ |
| | Participation in Govt. (Sem 2) | 74 | | ½ |
| | Band & Orchestra    S | WD | | 0 |

## 4. STUDENT'S ACADEMIC SUMMARY

### ACADEMIC STANDING

| AT THE END OF | GPA | CLASS RANK | CLASS SIZE |
|---|---|---|---|
| June 1996 | 82% | 77 | 154 |
| June 1997 | 81% | 95 | 154 |
| | | | |
| | | | |

### NUMBER OF CREDITS EARNED

| LANGUAGE ARTS | FOREIGN LANGUAGE | MATH | SOCIAL SCIENCE | NATURAL SCIENCE | FINE ARTS | PRACTICAL ARTS | BUSINESS | PHYSICAL EDUCATION | OTHER |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

### SIGNIFICANT DATES

ENTRY 11/93     REENTRY
WITHDRAWAL 9/94
ANTICIPATED GRADUATION 6/97
GRADUATION 6/21/97
Regents Diploma

*ENTER NUMBER AND "SEMESTERS," "TRIMESTERS," "QUARTERS," "GRADE," "YEARS," ETC.

## 5. ADDITIONAL STUDENT INFORMATION

STUDENT'S NAME, LAST NAME FIRST     TERRY, ELIZABETH

Additional information about this student, as checked below, is provided either in this space or on attached pages.

☐ A. Interests, activities, and achievements  ☐ B. Special features of student's program  ☐ C. Special problems or needs  ☐ D. Personal inventory or checklist  ☐ E. Written comments  ☐ F. Other _____

Member of Communications Club – Grades 9,11,12; Varsity Club – Grade 12; Community-School Organization – Grades 11-12;
Orchestra – Grades 9-12; Band – Grade 10; Model UN – Grades 9-12; Newspaper – Grades 11-12; Key Club;
Soccer – Grade 12; Track & Field – Grade 12; Science Olympiad – Grades 9, 12; Civil Air Patrol.

Volunteer – WCFE, Make-a-Wish, Soccer coaching.

## 6. TEST SCORES (PRIMARILY GRADES 10-12)

1995   PSAT/NMSQT  Verbal 42; Math 58   Selection Index 142   45%ile

12/95  SAT I  Verbal 510; Math 490

5/96   SAT I  Verbal 500; Math 510

## 7. ADDITIONAL SCHOOL INFORMATION

Additional information about our school, as checked below, is provided on the attached pages or school profile

☐ A. Accreditation information   ☐ C. Method of computing class rank   ☐ E. Explanation of curriculum   ☐ G. Frequency distribution
☐ B. Method of computing GPA    ☐ D. Key to symbols and titles        ☐ F. Description of marking system ☐ H. Other

## 8. PREVIOUS SECONDARY SCHOOLS ATTENDED

| NAME OF SCHOOL | STREET ADDRESS | CITY | STATE | ZIP | FROM MONTH | FROM YEAR | TO MONTH | TO YEAR |
|---|---|---|---|---|---|---|---|---|
| Colonie Central School | 1 Raider Blvd. | Albany | NY | 12205 | 9 | 93 | 11 | 93 |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |

## 9. SCHOOL OFFICIALS

| SCHOOL PRINCIPAL | PERSON TO CONTACT FOR ADDITIONAL INFORMATION | SIGNATURE OF OFFICIAL CERTIFYING THIS TRANSCRIPT (School Seal If Available) |
|---|---|---|
| NAME  John Gallagher | NAME:  Peter Sullivan  TITLE:  Counselor | NAME:  _____  TITLE  _____  DATE  _____ |

CUMULATIVE HEALTH RECORD
(2/84)

Name _Terry, Elizabeth_   Sex _female_

Date and Place of Birth _August 28, 1979 Texas_

Approved As To Content By New York
State Education Department—June 1970

| | Parent or Guardian | Address | Phone |
|---|---|---|---|
| 1 | Alvin/Ludmila Terry | 10 Orlanda gray Dr. | 566-7354 |
| 2 | | 28 Crescent Drive | |
| 3 | | | |

| | School Name and Location | Family Physician | Phone |
|---|---|---|---|
| 1 | PHS - E 11/29/93  Gr. 9 | | |
| 2 | | | |
| 3 | | | |

## HISTORY

| | Date | | Date | | Date | | Check |
|---|---|---|---|---|---|---|---|
| Anemia | | Heart Disease | | Rheumatic Fever | | Asthma or Allergies | |
| Chicken Pox | | Measles | | Blood Disorder | | Ear Conditions | |
| Diabetes | | Mumps | | Tuberculosis | | Operations | |
| Epilepsy | | Kidney Disease | | Contact with TBC | | Operations | |
| German Measles | | Pneumonia | | Whooping Cough | | Serious Injuries | |

## IMMUNIZATION

| | Dates | | | | | | Dates | | |
|---|---|---|---|---|---|---|---|---|---|
| DTP | 8/30/84 | 2/1/85 | 5/8/85 | | | Smallpox | | Tuberculin Test | |
| Polio (TOPV) | 8/30/84 | 2/1/85 | 5/8/85 | | | Mumps | 8/30/84 | | |
| Diphtheria | | | | | | Measles | | mmR 8/30/90 | |
| Tetanus | 6/29/88 | | | | | German Measles | | | |

### Medical Examination (Use Medical Code)

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Date | 12/7/93 | 11/21/95 | 11/19/96 | | | | | | |
| Age | 16-3 | 16-3 | 17-3 | | | | | | |
| Grade | 9 | 11 | 13 | | | | | | |
| Eyes | — | | | | | | | | |
| Ears (Otoscopic) | — | | | | | | | | |
| Lymph Nodes | — | | | | | | | | |
| Thyroid | — | | | | | | | | |
| Nose | — | | | | | | | | |
| Tonsils | — | | | | | | | | |
| Teeth | — | | | | | | | | |
| Heart | BP- 98/68 BP- 68 | | | | | | | | |
| Lungs | — | | | | | | | | |
| Hernia | — | | | | | | | | |
| Genito-Urinary | No Abnormal 2/95 160/60 | | | | | | | | |
| Ortho-pedic | Structural | S-XX S-(+) | | | | | | | |
| | Posture | W | | | | | | | |
| | Feet | NL | | | | | | | |
| Skin (Non-Commun) | — | X → X | | | | | | | |
| Epilepsy | — | | | | | | | | |
| Nervous System | — | | | | | | | | |
| Speech | — | | | | | | | | |
| Nutrition | — | | | | | | | | |
| Other | 1mm. | XX | | | | | | | |
| Signature of Physician | | | | | | | | | |

### Screening Procedures

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Date | 12/7/93 | 11/21/95 | 11/19/96 | | | | | | |
| Height | 59 | 62½ | 65 | | | | | | |
| Weight | 103 | 118 | 138 | | | | | | |

| | | Date | 12/7/93 | 11/21/95 | 11/19/96 | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| V S I O N | With Glasses | R | | | | | | | | |
| | | L | | | | | | | | |
| | Without Glasses | R | 20/30 | 20/30 | 20/20-2 | | | | | |
| | | L | 20/30 | 20/30 | 20/20 | | | | | |

| OMB: | | | | | Color Perception: | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| H E A R I N G | Date | | 11/21/95 | 11/19/96 | | | | | | |
| | Sweep | R | 20S | 20S | 20S | | | | | |
| | Test | L | 20S | 20S | 20S | | | | | |
| | Date | | | | | | | | | |
| | Threshold Acuity | R | | | | | | | | |
| | | L | | | | | | | | |

*Medical Code (Use above in recording medical examination findings).

| | | | |
|---|---|---|---|
| Blank | -No Defect | S | -Scoliosis Screen |
| X | -Observation (Not Reportable) | 1 | -Irremediable Defect |
| XX | -Report and Follow-Through | SR | -Supplementary Record |
| XXX | -Report and Immediate Follow-Through | T | -Under Treatment or Treated |

**Dental Code XX—1-8 Carious Teeth. XXX 8 Or More Carious Teeth (Dental Hygiene Teachers Record)

**Medical Recommendations (including Special, Employment, and Athletic Examinations)**

12-7-93

| Legal requirements for immunization waived because of: | |
|---|---|
| A. Parent's religion | ☐ |
| B. Physician's certificate | ☐ |

Missing on Booster OPV + DT.

11/21/95 Spinal screen - ® rib, Ⓛ lumbar hump spinal deviation. A/ Scoliosis "S" curve in a girl who is only 9 months post-menarche. P/Refer.

② Irregular flat brown nevus ® thoraco-lumbar area. Observe.
L Hauber

---

**School Nurse — Teacher Notes**

9/13/94 Copy to Saranac ᴹᴮ

11/27/95 T/c to mother shared findings of scoliosis screening — advised F/u c̄ FMD. referral mailed home. ᴹᴮ

2/29/96 IH for Track — has not seen FMD. for scoliosis - re advised to do so ᴹᴮ

8/15/96 IH for V Soccer. H/. scoliosis - states seen by FMD. requested note. LH ᴹᴮ

2/10/97 IH for Track neg ᴹᴮ

---

A transcript of this record must be forwarded when the pupil moves out of the district.

## SECONDARY PERMANENT RECORD

### SENIOR HIGH SCHOOL, PLATTSBURGH, NEW YORK

| STUDENT'S LAST NAME | TERRY | FIRST NAME AND INITIAL | ELIZABETH M. | BIRTH DATE | 8/28/79 |
|---|---|---|---|---|---|

**ADDRESS** 10 Deland Way   Plattsburgh, NY   12901   **PHONE NO**

**FATHER'S NAME** Alvin   **EMPLOYER** Dept. of Corrections   **PHONE** 563-8449

**MOTHER'S NAME** Ludmila   **EMPLOYER**   **PHONE**

| DATE ENTERED | 11/29/83 | FROM | Colonie |
|---|---|---|---|
| DATE LEFT | 9/94 | TO | Saranac |
| DATE RE-ENTERED | 9/95 | FROM | Saranac Center |

GRADUATED ON 6/21/97
RANK 95/154   AVG 82%
DIPLOMA - SCHOOL REGENTS   Regents Diploma
FINAL AVG 81%

**N Y S REGENTS COMPETENCY**
MATH P 66 R 6/94
READ P RCT 1/96
WRIT P 82 RCT 1/96
Am.His - P -73R - 6/96   Sci P 78 R 6/94

---

LAST **TERRY**   FIRST **ELIZABETH**   MI **M**
TEST DATE **DEC 95**   GRADE **11**
SAT Program   The College Board
Scores on Recentered Scale
SAT I – V **510**   SAT I – M **490**

Last **TERRY**   First **ELIZABETH**   MI **M**

|  | Scores | Percentiles |  |  |
|---|---|---|---|---|
| Verbal | 42 | 22 | Year | 95 |
| Math | 58 | 81 | Grade | 11 |
| Selection Index | 142 | 45 | Optional Code | |
|  |  |  | School Code | 334552 |

**PSAT/NMSQT**

---

LAST **TERRY**   FIRST **ELIZABETH**   MI **M**
TEST DATE **MAY 96**   GRADE **11**
SAT Program   The College Board
Scores on Recentered Scale
SAT I – V **500**   SAT I – M **510**

---

| LAST NAME | FIRST NAME AND MIDDLE INITIAL | M | F | PROGRESS | COURSE OF STUDY | VOCATIONAL CHOICE |
|---|---|---|---|---|---|---|
| TERRY | ELIZABETH | | X | 7 8 9 10 11 12 PG | | |

```
TERRY, ELIZABETH M.    GRADE 9      1993-1994
ID #00102    ABS 1    TRDY 0       DIS 0

PLATTSBURGH SENIOR HIGH SCHOOL
   SUBJECT           SA      SA XM GR CREDIT
120 ENG 9R           83      74    79  1.000
214 GLOBAL I 9-             84 80 84  1.000
304 SPANISH I                 94 92  1.000
305 SPANISH II       81     64 59 64  0.000
406 SEQ MATH IR      82     50 66 66  1.000
505 BIOLOGY R        78     64 78 72  1.000
601 KEYBOARD 1               75
902 SCULPTURE              88 80 87  0.500
921 PHYS ED                    93  0.250
922 PHYS ED                    92  0.250
950 BAND&ORCHES            93    93  1.000
```

GR 80 - 1994-95  Saranac.

| | | |
|---|---|---|
| Eng 10 | | 75 1cs. |
| SS 10 | 75R | 83 1cs. |
| Crse I | 57R | 69 1cs |
| Chem/lab | 66R | 66 1cs. |
| Span III | 88R | 79 1cs. |
| Studio Art | | 81 1/2cs. |
| Band | | 100 1cs |
| Music studies | | 95 1/2cs. |
| PE | | 97 1/2 cs. |

**SECONDARY PERMANENT RECORD**

```
TERRY, ELIZABETH M.    GRADE 11     1995-1996
ID #00061    ABS 0    TRDY 0       DIS 0
CR 22.500
PLATTSBURGH SENIOR HIGH SCHOOL
   SUBJECT         S1 S2 XM GR CREDIT
114 ENG 11 R       79 77 80 78 1.000
207 AM. HIST 11 88 76 73 81 1.000
307 SPANISH IV     92 90 90 91 1.000
404 SEQ MATH II 9B 92 90 95 1.000
500 PHYSICS R      80 74 73 77 1.000
510 HEALTH            89 80 88 0.500
608 BUS DATA PR 87    86 87 0.500
923 PHYS ED                100 0.250
924 PHYS ED                100 0.250
950 BAND&ORCHES    87    89 1.000
```

```
TERRY, ELIZABETH M.       GRADE 12    199
ID #00061
CR 28.250
PLATTSBURGH SENIOR HIGH SCHOOL
   SUBJECT        S1 S2 XM GR CREDIT
131 AP ENGLISH    83 70 81 77 1.000
204 PARTIC IN G   54       50 0.000
204 PARTIC IN G      84    74 0.500
                  77 82    78 0.500
205 ECON          90 90 80 91 1.000
313 SPANISH V     95 55 79 66 1.000
402 MATH IIIR     75 88100 90 1.000
501 SCI. RES. T   90    0  66 0.500
511 FAMILY SCIE   73          90 0.250
923 PHYS ED
950 BAND&ORCHES S
```

**SENIOR HIGH SCHOOL, PLATTSBURGH, NEW YORK**

# EXHIBIT 4



12/15/2014

**CERTIFIED MAIL**

**New York State
Office of Children
& Family Services**

Request ID: 28767004
Subject Name: ELIZABETH TERRY
Case ID: 1620595

ELIZABETH TERRY
534 W 112TH ST
PO BOX 250553
NEW YORK, NY 10025

Andrew M. Cuomo
*Governor*

Dear Elizabeth Terry:

Sheila J. Poole
*Acting Commissioner*

We are writing in response to your inquiry concerning reports made to
the New York State Child Abuse and Maltreatment Register (SCR) in
which you are named or are a subject of a report.

P.O. Box 4480
Albany, NY 12204

We are providing you with a copy of all information in the State
Central Register which had not already been sent to you including the
report that outlines the results of the investigation (Investigation
Summary). Any deletion that may appear has been made pursuant
to Section 422(4) of the Social Services Law, which prohibits any
release, disclosure or identification of the names of or identifying
descriptions of the person(s) who has reported suspected child abuse or
maltreatment unless written authorization has been given. Additionally,
Section 422(7) of the Social Services Law allows the commissioner to
prohibit the release of any information where it is found that the release
of that information would be detrimental to the safety or interests
of a person who has cooperated in the subsequent investigation.

Sincerely,
Linda A. Joyce, Director
State Central Register
Division of Child Welfare
and Community Services

Enclosures:

LAJ/KM

OFFICE OF CHILDREN AND FAMILY SERVICES
CHILD PROTECTIVE SERVICES
INTAKE REPORT

******* WARNING *******
CONFIDENTIAL INFORMATION
AUTHORIZED PERSONNEL ONLY

CASE NAME : Terry, Ludmila & Alvin
MERGE TO CASE ID :
INTAKE CASE ID : 1620595
CALL/INTAKE STAGE ID : 2264760

### SUMMARY

| | | |
|---|---|---|
| DATE REPORTED | : 06/24/1996 | PRIMARY WORKER : Stageclose, Conversi |
| TIME REPORTED | : 12:07 PM | COUNTY/ZONE : () |
| CLASSIFICATION | : CPS - Familial | SECONDARY WORKER : |
| INTAKE TYPE | : Initial | COUNTY/ZONE : |
| DUP. OF STAGE ID | : | WORKER TAKING INTAKE : 54883 |
| | | COUNTY/ZONE : |

Worker Safety : N          Sensitive Issues : N          Special Handling : N

### LIST OF PRINCIPALS

| Line | ADDR # | NAME | AKA | RELATIONSHIP | ROLE | SEX | DOB(AGE) | TYPE | DOD | PERSON ID | REL | LANG | Line |
|------|--------|------|-----|--------------|------|-----|----------|------|-----|-----------|-----|------|------|
| 01 | P01 | Tatiana Terry | | Child | Unknown | F | 01/01/1995 (0) | A | | 8093800 | Y | | 01 |
| | | ETHNICITY / RACE: Non-Hispanic or Latino / Bl/Af-Amer | | | | | | | | | | | |
| 02 | P02,03 | Judith Terry | | Child | Unknown | F | 01/01/1984 (0) | A | | 8103942 | Y | | 02 |
| | | ETHNICITY / RACE: Non-Hispanic or Latino / Bl/Af-Amer | | | | | | | | | | | |
| 03 | P02,03 | Elvin Terry | | Oth Fam mbr | No Role | M | 01/01/1978 (0) | A | | 8114020 | Y | | 03 |
| | | ETHNICITY / RACE: Non-Hispanic or Latino / Bl/Af-Amer | | | | | | | | | | | |
| 04 | P02,03 | Elizabet Terry | | Child | Mal Child | F | 08/28/1979 (0) | | | 8124116 | Y | | 04 |
| | | ETHNICITY / RACE: Non-Hispanic or Latino / Bl/Af-Amer | | | | | | | | | | | |
| 05 | P02,03 | Elvin Terry | | Parent | Algd Sub | M | 01/01/1947 (0) | A | | 8134260 | Y | | 05 |
| | | ETHNICITY / RACE: Non-Hispanic or Latino / Bl/Af-Amer | | | | | | | | | | | |
| 06 | P02,03 | Ludmila Terry | | Parent Sub | Algd Sub | F | 01/01/1956 (0) | A | | 8103941 | Y | | 06 |
| | | ETHNICITY / RACE: Non-Hispanic or Latino / White | | | | | | | | | | | |

### ALLEGATION DETAIL

| Line | MALTREATED/ABUSED CHILDREN | ALLEGATIONS | Line | ALLEGED SUBJECT(S) |
|------|----------------------------|-------------|------|---------------------|
| 04 | Elizabet Terry | Excessive Corporal Punishment Lacerations, Bruises, Welts Other | 06 | Ludmila Terry |
| 04 | Elizabet Terry | Other | 05 | Elvin Terry |

Date Created: 11/26/2014 at 12:39  Page: 1 OF 3

OFFICE OF CHILDREN AND FAMILY SERVICES
CHILD PROTECTIVE SERVICES
INTAKE REPORT

******* WARNING *******
CONFIDENTIAL INFORMATION
AUTHORIZED PERSONNEL ONLY

CASE NAME : Terry, Ludmila & Alvin
MERGE TO CASE ID :
INTAKE CASE ID : 1620595
CALL/INTAKE STAGE ID : 2264760

OFFICE OF CHILDREN AND FAMILY SERVICES
CHILD PROTECTIVE SERVICES
INTAKE REPORT

******* WARNING *******
CONFIDENTIAL INFORMATION
AUTHORIZED PERSONNEL ONLY

CASE NAME : Terry, Ludmila & Alvin
MERGE TO CASE ID :
INTAKE CASE ID : 1620595
CALL/INTAKE STAGE ID : 2264760

Oral Report Narrative
THIS MORNING STEPMO HIT ELIZABETH REPEATEDLY WITH A BELT ON HER
ARMS LEAVING RED WELTS. MO HIT ELIZABETH AS PUNISHMENT BECAUSE
SHE DID NOT RETURN A SCHOOL BOOK. STEPMO HAS HIT ELIZABETH IN
THE PAST ALSO. PARENTS HAVE BEEN BERY STRICT WITH ELIZABETH AND
HAVE TOLD HER TO START LOOKING FOR SOMEWHERE ELSE TO LIVE.

| Case Name: | Terry, Ludmila & Alvin | ***** WARNING ***** |
|---|---|---|
| Case ID: | 1620595 | CONFIDENTIAL INFORMATION |
| Intake Stage ID: | 2264760 | AUTHORIZED PERSONNEL ONLY |
| Investigation Stage ID: | 2264761 | |

## CPS INVESTIGATION SUMMARY

The information in this section reflects the most current and up-to-date findings regarding this report.
The Narrative data reflects the findings associated with the Investigation.

| | |
|---|---|
| Intake Received: | 06/24/1996 |
| Incident Occurred: | |
| Investigation Begun: | 06/24/1996 |
| Investigation Completed: | 08/24/1996 |
| Investigation Approved: | |
| Determination: | Indicated |
| Closure Reason: | Close-No services required |
| Family Assessment Response: | |

| | | |
|---|---|---|
| Supervisor: | Conversion Person | |
| Primary Worker: | Conversion Stageclose | County/Jurisdiction: |

## ALLEGATION INFORMATION

| MA / AB Child | Allegation(s) | Subject Of Report | Decision |
|---|---|---|---|
| Terry,Elizabet | Excessive Corporal Punishment | Terry,Ludmila | Substantiated |
| Terry,Elizabet | Lacerations, Bruises, Welts | Terry,Ludmila | Substantiated |
| Terry,Elizabet | Other | Terry,Ludmila | Substantiated |
| Terry,Elizabet | Other | Terry,Alvin | Unsubstantiated |

## ALLEGATION DETAIL

| MA / AB Child | Setting Of Abuse/Maltreatment |
|---|---|
| Terry,Elizabet | |
| Terry,Elizabet | |
| Terry,Elizabet | |
| Terry,Elizabet | |

## INJURY DETAIL

| MA / AB Child | Type | Side | Area | Cause |
|---|---|---|---|---|

| Case Name: | Terry, Ludmila & Alvin | ***** WARNING ***** |
|---|---|---|
| Case ID: | 1620595 | CONFIDENTIAL INFORMATION |
| Intake Stage ID: | 2264760 | AUTHORIZED PERSONNEL ONLY |
| Investigation Stage ID: | 2264761 | |

## PRINCIPAL INFORMATION

**Name:** Terry,Judith
**Added to Case:** 06/24/1996
**Relationship:** Child
**Role:** Unknown
**Person ID:** 8103942
**DOB:** 01/01/1984                              **Approx:**    Y
**Sex:** Female
**Language:**
**Race:** Black or African American
**Ethnicity:** Non-Hispanic or Latino
**DOD:**
**Reason:**
**Address:**

**Phone:**

**Name:** Terry,Alvin
**Added to Case:** 06/24/1996
**Relationship:** Other Family member
**Role:** No Role
**Person ID:** 8114020
**DOB:** 01/01/1978                              **Approx:**    Y
**Sex:** Male
**Language:**
**Race:** Black or African American
**Ethnicity:** Non-Hispanic or Latino
**DOD:**
**Reason:**
**Address:**

**Phone:**

**Name:** Terry,Elizabet
**Added to Case:** 06/24/1996
**Relationship:** Child
**Role:** Maltreated Child
**Person ID:** 8124116
**DOB:** 08/28/1979                              **Approx:**    N
**Sex:** Female
**Language:**
**Race:** Black or African American
**Ethnicity:** Non-Hispanic or Latino
**DOD:**
**Reason:**
**Address:**

**Phone:**

**Name:** Terry,Alvin
**Added to Case:** 06/24/1996
**Relationship:** Parent
**Role:** Alleged Subject

| Case Name: Terry, Ludmila & Alvin | ***** WARNING ***** |
|---|---|
| Case ID: 1620595 | CONFIDENTIAL INFORMATION |
| Intake Stage ID: 2264760 | AUTHORIZED PERSONNEL ONLY |
| Investigation Stage ID: 2264761 | |

**Person ID:** 8134260
**DOB:** 01/01/1947                                          **Approx:**        Y
**Sex:** Male
**Language:**
**Race:** Black or African American
**Ethnicity:** Non-Hispanic or Latino
**DOD:**
**Reason:**
**Address:**


**Phone:**

**Name:** Terry,Ludmila
**Added to Case:** 06/24/1996
**Relationship:** Parent Substitute
**Role:** Confirmed Subject
**Person ID:** 8103941
**DOB:** 01/01/1956                                          **Approx:**        Y
**Sex:** Female
**Language:**
**Race:** White
**Ethnicity:** Non-Hispanic or Latino
**DOD:**
**Reason:**
**Address:**


**Phone:**

**Name:** Terry,Tatiana
**Added to Case:** 06/24/1996
**Relationship:** Child
**Role:** Unknown
**Person ID:** 8093800
**DOB:** 01/01/1995                                          **Approx:**        Y
**Sex:** Female
**Language:**
**Race:** Black or African American
**Ethnicity:** Non-Hispanic or Latino
**DOD:**
**Reason:**
**Address:**


**Phone:**

Start Type: A  Home Visit Date: 01/01/1900
Oral Report Narrative
THIS MORNING STEPMO HIT ELIZABETH REPEATEDLY WITH A BELT ON HER
ARMS LEAVING RED WELTS.  MO HIT ELIZABETH AS PUNISHMENT BECAUSE
SHE DID NOT RETURN A SCHOOL BOOK.  STEPMO HAS HIT ELIZABETH IN
THE PAST ALSO.  PARENTS HAVE BEEN BERY STRICT WITH ELIZABETH AND
HAVE TOLD HER TO START LOOKING FOR SOMEWHERE ELSE TO LIVE.
Preliminary Report of Investigation
ON 6/24/96 STEPMOTHER BECAME ANGRY WITH CHILD AND STRUCK CHILD
REPEATEDLY WITH A BELT CAUSING VARIOUS RED, LINEAR SHAPED MARKS.

| Case Name: | Terry, Ludmila & Alvin | ***** WARNING ***** |
| Case ID: | 1620595 | CONFIDENTIAL INFORMATION |
| Intake Stage ID: | 2264760 | AUTHORIZED PERSONNEL ONLY |
| Investigation Stage ID: | 2264761 | |

FATHER WAS NOT HOME AT THE TIME.  CHILD LEFT THE HOME AND IS
STAYING WITH FRIENDS.  INVESTIGATION CONTINUES.
Sequence Determination Report
REPORT IS INDICATED AGAINST LUDMILLA TERRY FOR LACERATIONS/
BRUISES/WELTS, EXCESSIVE CORPORAL PUNISHMENT AND INADEQUATE
GUARDIANSHIP.  ON 6/24/96 STEPMOTHER BECAME ANGRY WITH
ELIZABETH AND STRUCK HER REPEATEDLY WITH A BELT.  CHILD
SUSTAINED NUMEROUS RED, LINEAR MARKS ON HER ARMS AS A REUSLT.
FATHER WAS NOT AT HOME DURING THE TIME OF THE INCIDENT.  CHILD
REPORTS HAVING BEEN STRUCK IN THE PAST BY BOTH STEPMOTHER
AND FATHER - UNCLEAR ABOUT WHETHER CHILD SUSTAINED INJURIES
FROM PAST INCIDENTS.  CHILD LEFT THE HOME FOLLOWING THE
INCIDENT ON 6/24/96 AND IS CURRENTLY LIVING IN HER OWN RESIDENCE.
ALTHOUGH TELEPHONE CONTACT WAS MADE FATHER, FAMILY REFUSED TO
MEET WITH CASEWORKER.  FATHER WOULD NOT ALLOW CASEWORKER TO
COME TO THE HOME OR MEET WITH OTHER FAMILY MEMBERS.  FATHER
CONFIRMED THAT STEPMOTHER HAD STRUCK CHILD WITH A BELT ON 6/24/96
INDICATION BASED ON STATEMENTS OF CHILD, OBSERVATIONS OF MARKS
ON CHILD'S ARMS, AND INFORMATION FROM FATHER.

CASE CLOSED.  CHILD OUT OF THE HOME AND LIVING ON HER OWN.