# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

|   |   |
|---|---|
| IN RE: NATIONAL COLLEGIATE ATHLETIC ASSOCIATION STUDENT-ATHLETE CONCUSSION LITIGATION | MDL No. 2492 <br><br> Master Docket No. 1:13-cv-09116 <br><br> Judge John Z. Lee <br><br> Magistrate Judge M. David Weisman |

## JOINT MOTION FOR ENTRY OF REVISED SCHEDULE

The Settlement Class Representatives and Defendant National Collegiate Athletic Association (the "NCAA", and together with Settlement Class Representatives, the "Parties") respectfully request that the Court enter a revised schedule for the consideration of final approval of the Second Amended Class Action Settlement Agreement and Release, any objections thereto, and any requests for payment of attorneys' fees and costs.[1]  In support thereof, the Parties state as follows:

      1.      On July 5, 2017, the Notice Administrator informed the Parties that the mailing of direct notice would be completed by July 21, 2017.  At a July 7, 2017 hearing, the Parties informed the Court of the Notice Administrator's estimated completion date for the mailing of direct notice and suggested that the deadline for Settlement Class Members to object or opt out of the Settlement be reset to August 18, 2017.  On July 7, 2017, the Court entered an Order setting an August 18, 2017 deadline for Settlement Class Members to object or opt out and

---

[1] Unless otherwise defined, capitalized terms have the meaning ascribed to them in the Second Amended Settlement Agreement, which is Exhibit 1 to the joint motion for preliminary approval filed with the Court on May 20, 2016.  See Second Am. Settlement Agt.

resetting certain other deadlines related to the consideration of final approval of the Settlement. See Minute Order (Dkt. #426).

2. On July 19, 2017, the Notice Administrator informed the Parties that the mailing of direct notice will not be completed until August 2, 2017. The Notice Administrator also informed the Parties that the delay is due to unanticipated challenges involving the format in which certain Settlement Class Member contact information was submitted to the Notice Administrator, which, in turn, required more work to clean and prepare the data for mailing than the Notice Administrator previously anticipated. The Notice Administrator has assured the Parties that it will complete the mailing of direct notice by August 2, 2017.

3. As the mailing of direct notice will not be completed before August 2, 2017, the Parties respectfully request that the deadlines set forth in the Court's July 7, 2017 Minute Order (Dkt. #426) be revised as follows:

| Action | Date Set Forth in July 7, 2017 Minute Order | Proposed New Date |
|---|---|---|
| Deadline for Settlement Class Members to object to or opt out of the Settlement | August 18, 2017 | September 15, 2017 |
| Deadline for any objections or responses to the petitions for attorneys' fees and costs | August 18, 2017 | September 15, 2017 |
| Notice Administrator shall file with the Court the Opt-Out List with an affidavit attesting to the completeness and accuracy thereof | August 25, 2017 | September 29, 2017 |
| Notice Administrator shall file declarations with the Court concerning implementation of the Notice program and other terms of the Settlement | August 25, 2017 | September 29, 2017 |
| Deadline for filing Motion for Final Approval of the Settlement, including any responses to objections | August 25, 2017 | September 29, 2017 |

| Fairness Hearing | September 22, 2017 at 10:00 a.m. | At the Court's convenience on or after October 27, 2017 |

WHEREFORE, the Parties respectfully request that the Court enter the revised schedule. A Proposed Order is attached hereto. The Parties further request whatever other relief the Court deems appropriate.

Dated: July 28, 2017

By:*/s/ Steve W. Berman* (w/ consent)
    Co-Lead and Settlement Class Counsel

Steve W. Berman
  steve@hbsslaw.com
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, Washington 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594


Elizabeth A. Fegan
  beth@hbsslaw.com
HAGENS BERMAN SOBOL SHAPIRO LLP
455 North Cityfront Plaza Drive, Suite 2410
Chicago, Illinois 60611
Telephone: (708) 628-4949
Facsimile: (708) 628-4950


By:*/s/ Joseph J. Siprut* (w/ consent)
    Co-Lead and Settlement Class Counsel

Joseph J. Siprut
  jsiprut@siprut.com
SIPRUT PC
17 North State Street, Suite 1600
Chicago, Illinois 60602
Telephone: (312) 236-0000
Facsimile: (312) 878-1342

Respectfully submitted,

By:*/s/ Johanna M. Spellman*
    Liaison Counsel for Defendant
    National Collegiate Athletic Association

Mark S. Mester
  mark.mester@lw.com
Johanna M. Spellman
  johanna.spellman@lw.com
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, Illinois 60611
Telephone: (312) 876-7700
Facsimile: (312) 993-9767

# CERTIFICATE OF SERVICE

I, Johanna M. Spellman, certify that on July 28, 2017, a true and correct copy of the foregoing JOINT MOTION FOR ENTRY OF REVISED SCHEDULE was filed through the CM/ECF system, which caused notice to be sent to all counsel of record.

*/s/ Johanna M. Spellman*
Johanna M. Spellman
 johanna.spellman@lw.com
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, Illinois, 60611
Telephone: (312) 876-7700
Facsimile: (312) 993-9767