**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: NATIONAL COLLEGIATE ATHLETIC ASSOCIATION STUDENT-ATHLETE CONCUSSION LITIGATION ) ) ) ) ) ) ) ) | MDL No. 2492<br><br>Master Docket No. 1:13-cv-09116<br><br>Judge John Z. Lee<br><br>Magistrate Judge M. David Weisman |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that on Wednesday, August 2, 2017 at 9:00 a.m. or as soon thereafter as counsel may be heard, counsel for Defendant National Collegiate Athletic Association will appear before the Honorable Judge John Z. Lee of the United States District Court for the Northern District of Illinois in Courtroom 1225 at 219 S. Dearborn Street, Chicago, Illinois and present the Joint Motion for Entry of Revised Schedule.

Dated: July 28, 2017

Respectfully submitted,

By: */s/ Johanna M. Spellman*
　　Liaison Counsel for Defendant
　　National Collegiate Athletic Association

Mark S. Mester
　mark.mester@lw.com
Johanna M. Spellman
　johanna.spellman@lw.com
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, Illinois 60611
Telephone: (312) 876-7700
Facsimile: (312) 993-9767

## CERTIFICATE OF SERVICE

I, Johanna M. Spellman, certify that on July 28, 2017, a true and correct copy of the foregoing NOTICE OF MOTION was filed through the CM/ECF system, which caused notice to be sent to all counsel of record.

*/s/ Johanna M. Spellman*
Johanna M. Spellman
  johanna.spellman@lw.com
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, Illinois, 60611
Telephone: (312) 876-7700
Facsimile: (312) 993-9767