# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: In Re: NCAA Student-Athlete Concussion Injury Litigation

Case Number: 13-cv-9116

An appearance is hereby filed by the undersigned as attorney for:
The National Collegiate Athletic Association

Attorney name (type or print): Marc B. Klein

Firm: Latham & Watkins LLP

Street address: 330 North Wabash Ave., Suite 2800

City/State/Zip: Chicago, IL 60611

Bar ID Number: 6316960
(See item 3 in instructions)

Telephone Number: (312) 876-7700

Email Address: marc.klein@lw.com

| Question | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ☑ |
| Are you acting as local counsel in this case? | ☐ | ☑ |
| Are you a member of the court's trial bar? | ☐ | ☑ |
| If this case reaches trial, will you act as the trial attorney? | ☐ | ☑ |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
   If appointed counsel, are you
   ☐ Federal Defender
   ☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 8/15/2017

Attorney signature: S/ Marc B. Klein
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015