**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: IN RE: NATIONAL COLLEGIATE ATHLETIC ASSOCIATION STUDENT-ATHLETE CONCUSSION LITIGATION

Case Number: 13-cv-09116

An appearance is hereby filed by the undersigned as attorney for:
Samantha Greiber, an Objector to the Second Amended Class Action Settlement Agreement and Release dated May 20, 2016

Attorney name (type or print): Aron U. Raskas

Firm: Rifkin Weiner Livingston LLC

Street address: 2002 Cliper Park Road; Unit 108

City/State/Zip: Baltimore, MD 21209

Bar ID Number: 04393 (MD)
(See item 3 in instructions)

Telephone Number: 410-769-8080

Email Address: araskas@rwllaw.com

Are you acting as lead counsel in this case? ☒ Yes ☐ No

Are you acting as local counsel in this case? ☐ Yes ☒ No

Are you a member of the court's trial bar? ☐ Yes ☒ No

If this case reaches trial, will you act as the trial attorney? ☒ Yes ☐ No

If this is a criminal case, check your status. ☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you a

☐ Federal Defender

☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on August 24, 2017

Attorney signature: S/ Aron U. Raskas
(Use electronic signature if the appearance form is filed electronically.)