UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL COLLEGIATE ATHLETIC ASSOCIATION STUDENT-ATHLETE CONCUSSION LITIGATION | MDL No. 2492 <br><br> Master Docket No. 13-cv-09116 <br><br> Judge John Z. Lee |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that, on Tuesday, August 29, 2017, at 9:00 a.m., counsel for Samantha Greiber, an Objector, shall appear before the Honorable Judge John Z. Lee, in Courtroom 1225 of the U.S. District Court for the Northern District of Illinois, 219 S. Dearborn Street, Chicago, Illinois and then and there present the MOTION OF OBJECTOR SAMANTHA GREIBER FOR LEAVE TO FILE STATEMENT OF OBJECTION EXCEEDING PAGE LIMIT OF LOCAL RULE. You are welcome to attend and appear.

Respectfully submitted,

Dated: August 24, 2017      __/s/ Aron U. Raskas_____
RIFKIN WEINER LIVINGSTON LLC
2002 Clipper Park Road, Suite 108
Baltimore, Maryland 21211
410-769-8080 Telephone
410-769-8811 Facsimile
araskas@rwllaw.com

*Counsel for Objector Samantha Greiber*

**CERTIFICATE OF SERVICE**

I hereby certify that, on this 24th day of August, 2017, a true and correct copy of the foregoing document was filed electronically on the Court's CM/ECF system, which caused notice to be sent to all counsel of record.

/s/ Aron U. Raskas_____