**U.S. District Court for the Northern District Of Illinois
Attorney Appearance Form**

Case Title: IN RE: NATIONAL COLLEGIATE ATHLETIC ASSOCIATION STUDENT-ATHLETE CONCUSSION LITIGATION

Case Number: 13-cv-09116

An appearance is hereby filed by the undersigned as attorney for:
Samantha Greiber, an Objector to the Second Amended Class Action Settlement Agreement and Release dated May 20, 2016

Attorney name (type or print): Charles S. Fax

Firm: Rifkin Weiner Livingston LLC

Street address: 7979 Old Georgetown Road, Suite 400

City/State/Zip: Bethesda, MD 20814

Bar ID Number: 2490 (MD)
(See item 3 in instructions)

Telephone Number: 301-951-0150

Email Address: cfax@rwllaw.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ☒ |
| Are you acting as local counsel in this case? | ☐ | ☒ |
| Are you a member of the court's trial bar? | ☐ | ☒ |
| If this case reaches trial, will you act as the trial attorney? | ☒ | ☐ |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you a
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on August 24, 2017

Attorney signature: S/ Charles S. Fax
(Use electronic signature if the appearance form is filed electronically.)