**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

|  |  |
|---|---|
| IN RE: NATIONAL COLLEGIATE ATHLETIC ASSOCIATION STUDENT-ATHLETE CONCUSSION LITIGATION | ) ) ) ) ) ) ) ) ) MDL No. 2492<br><br>Master Docket No. 1:13-cv-09116<br><br>Judge John Z. Lee<br><br>Magistrate Judge M. David Weisman |

**AGREED MOTION TO DESIGNATE INTERIM
LIAISON COUNSEL FOR THE NCAA**

Defendant National Collegiate Athletic Association (the "NCAA"), through its counsel, respectfully moves this Court to approve the designation of Interim Liaison Counsel. In support of this motion, the NCAA states as follows:

1. On February 5, 2014, the Court issued Case Management Order No. 1 ("CMO 1"). See CMO 1 (Dkt. #15). In CMO 1, the Court ordered Plaintiffs and the NCAA to file designations of Liaison Counsel. See id. at ¶ 10.

2. On May 9, 2014, the NCAA submitted its designation of Johanna Spellman of Latham & Watkins as Liaison Counsel. See Designation of Lead and Liaison Counsel for the NCAA (Dkt. #47).

3. On July 30, 2014, the Court approved the designation of Johanna Spellman of Latham & Watkins as Liaison Counsel for the NCAA. See Minute Entry (Dkt. #75).

4. Johanna Spellman began her maternity leave on August 7, 2017 and is expected to return from maternity leave in late December of this year.

5. Subject to approval by the Court, the NCAA designates Kathleen P. Lally of Latham & Watkins as Interim Liaison Counsel for the NCAA while Ms. Spellman is on maternity leave.

6. Counsel for the NCAA have conferred with Plaintiffs' counsel on this issue. Based upon those communications, we understand that Plaintiffs' counsel have no objection to the appointment of Kathleen P. Lally as Interim Liaison Counsel.

WHEREFORE, the NCAA respectfully requests that the Court approve its request to designate Kathleen P. Lally of Latham & Watkins as Interim Liaison Counsel for the NCAA. The NCAA further requests whatever other relief the Court deems appropriate.

Dated: August 28, 2017

Respectfully submitted,

*/s/ Mark S. Mester*
Lead Counsel for Defendant
National Collegiate Athletic Association

Mark S. Mester
  mark.mester@lw.com
Johanna M. Spellman
  johanna.spellman@lw.com
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, Illinois 60611
Telephone: (312) 876-7700
Facsimile: (312) 993-9767

**CERTIFICATE OF SERVICE**

    I, Mark S. Mester, certify that on August 28, 2017, a true and correct copy of the foregoing Agreed Motion to Designate Interim Liaison Counsel For The NCAA was filed through the CM/ECF system, which caused notice to be sent to all counsel of record.

                                                */s/ Mark S. Mester*
                                                Mark S. Mester
                                                  mark.mester@lw.com
                                                LATHAM & WATKINS LLP
                                                330 North Wabash Avenue, Suite 2800
                                                Chicago, Illinois, 60611
                                                Telephone:  (312) 876-7700
                                                Facsimile:  (312) 993-9767