**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

|  |  |
|---|---|
| IN RE: NATIONAL COLLEGIATE ATHLETIC ASSOCIATION STUDENT-ATHLETE CONCUSSION LITIGATION | ) ) ) ) ) ) ) ) ) MDL No. 2492<br><br>Master Docket No. 1:13-cv-09116<br><br>Judge John Z. Lee<br><br>Magistrate Judge M. David Weisman |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on Thursday, August 31, 2017, at 9:00 a.m. or as soon thereafter as counsel may be heard, counsel for Defendant National Collegiate Athletic Association will appear before the Honorable Judge John Z. Lee of the United States District Court for the Northern District of Illinois in Courtroom 1225 at 219 S. Dearborn Street, Chicago, Illinois and present the Agreed Motion To Designate Interim Liaison Counsel For The NCAA.

Dated: August 28, 2017

Respectfully submitted,

*/s/ Mark S. Mester*
Lead Counsel for Defendant
National Collegiate Athletic Association

Mark S. Mester
  mark.mester@lw.com
Johanna M. Spellman
  johanna.spellman@lw.com
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, Illinois 60611
Telephone: (312) 876-7700
Facsimile: (312) 993-9767

**CERTIFICATE OF SERVICE**

      I, Mark S. Mester, certify that on August 28, 2017, a true and correct copy of the foregoing NOTICE OF MOTION was filed through the CM/ECF system, which caused notice to be sent to all counsel of record.

                                                      */s/ Mark S. Mester*
                                                      Mark S. Mester
                                                        mark.mester@lw.com
                                                     LATHAM & WATKINS LLP
                                                     330 North Wabash Avenue, Suite 2800
                                                     Chicago, Illinois, 60611
                                                     Telephone: (312) 876-7700
                                                     Facsimile: (312) 993-9767