Stenographic Transcript of

COMMITTEE ON

COMMERCE, SCIENCE AND TRANSPORTATION

# UNITED STATES SENATE

PROMOTING THE WELL-BEING AND ACADEMIC SUCCESS OF COLLEGE ATHLETES

Wednesday, July 9, 2014

Washington, D.C.

ALDERSON REPORTING COMPANY

1155 CONNECTICUT AVENUE, NW

SUITE 200

WASHINGTON, D.C. 20005-5650

(202) 289-2260

1                    CONTENTS

2    STATEMENT OF                                    PAGE

3    OPENING STATEMENT OF HON. JOHN D. (JAY) ROCKEFELLER,

4    U.S. SENATOR FROM WEST VIRGINIA                    3

5    STATEMENT OF HON. JOHN THUNE, U.S. SENATOR FROM SOUTH

6    DAKOTA                                           11

7    STATEMENT OF MYRON LAURENT ROLLE, STUDENT-ATHLETE, THE

8    FLORIDA STATE UNIVERSITY COLLEGE OF MEDICINE      17

9    STATEMENT OF DEVON JAHMAI RAMSAY, FORMER COLLEGE FOOTBALL

10   PLAYER, UNIVERSITY OF NORTH CAROLINA              23

11   STATEMENT OF TAYLOR BRANCH, AUTHOR AND HISTORIAN  32

12   STATEMENT OF WILLIAM D. BRADSHAW, FORMER DIRECTOR OF

13   ATHLETICS, TEMPLE UNIVERSITY                      43

14   STATEMENT OF RICHARD M. SOUTHALL, ASSOCIATE PROFESSOR,

15   UNIVERSITY OF SOUTH CAROLINA, DIRECTOR, COLLEGE SPORT

16   RESEARCH INSTITUTE                                49

17   STATEMENT OF MARK A. EMMERT, PRESIDENT, THE NATIONAL

18   COLLEGIATE ATHLETIC ASSOCIATION                   55

19

20

21

22

23

24

25

Alderson Reporting Company
1-800-FOR-DEPO

1    PROMOTING THE WELL-BEING AND ACADEMIC SUCCESS OF COLLEGE

2    ATHLETES

3

4    Wednesday, July 9, 2014

5

6    U.S. Senate

7    Committee on Commerce,

8    Science, and Transportation

9    Washington, D.C.

10

11    The committee met, pursuant to notice, at 2:36 p.m. in

12    Room SR-253, Russell Senate Office Building, Senator John

13    D. Rockefeller, chairman of the committee, presiding.

14    Present: Senators Rockefeller [presiding], Nelson,

15    McCaskill, Klobuchar, Blumenthal, Booker, Thune, Ayotte,

16    Heller, Coats, Scott, and Johnson.

17    Index: Senators Rockefeller, Thune, McCaskill,

18    Booker, Coats, Klobuchar, Heller, Nelson, Blumenthal,

19    Ayotte, and Scott.

20

21

22

23

24

25

1      OPENING STATEMENT OF HON. JOHN ROCKEFELLER, U.S.

2  SENATOR FROM WEST VIRGINIA

3     The Chairman:  This hearing will come to order, and I

4  want to thank all of you very much for coming here.  You're

5  a bit squeezed in there but water is on the house.

6     [Laughter.]

7     The Chairman:  So be comfortable and be glad.

8     College sports has an absolutely extraordinary

9  position in the culture of our country.  Not only have

10  college sports inspired incredible fan passion all across

11  the country but they provided a very important way for

12  young men and women to, as is written, both do athletics as

13  an avocation and get an education.  We are going to sort of

14  talk about that today.

15     Many young people, however, athletics has provided an

16  avenue to college they would have otherwise not have

17  existed and it is important to understand that.

18     College athletes and athletics are rooted in the

19  notion of amateurism.  And the history of that is very

20  interesting and important, going back to the founding of

21  NCAA, 1906, and all the rest of it; and going back,

22  actually, to the Greek's concept of amateurism.

23     Playing college sports is supposed to be an avocation.

24  Students play college sports for the love of the game not

25  for the love of money.  That is the ideal but many people

Alderson Reporting Company
1-800-FOR-DEPO

1  believe this notion of college sports as being undermined

2  by the power and the influence of money.

3      I remember a meeting I had in my office with the three

4  top executives of ESPN and it was one of those meetings in

5  which I didn't say a word because they just went around in

6  circles, each talking about what a great business model

7  they had and how they had the control and the power that no

8  other broadcast system would ever have and how thrilled

9  they were with it, and how they were going to make it even

10  stronger.

11      There's a growing perception that college athletics,

12  particularly Division I football and basketball, are not

13  avocations at all.  What they really are is highly

14  profitable commercial enterprises.  They believe that.

15      Critics of big-time college athletics say that the

16  goal of these programs is not to provide young people with

17  a college education, but to produce a winning program that

18  reaps financial rewards for the athletic departments and

19  their schools.  It is not, however, about the students;

20  their part of what generates the money.

21      It's about capturing the billions of dollars of

22  television and marketing revenues that college sports do

23  generate.  And it will generate even more.

24      Colleges and universities say that these revenues

25  benefit college athletes and their student bodies at large.

1   But I think we have to consider whether the lure of such

2   riches could corrupt the basic mission of athletic

3   programs.  Winning teams get higher payouts than losing

4   teams which creates a strong incentive to win.  An

5   incentive which land-grant public universities and others

6   are more than happy to follow.  And win at any cost.

7        Much of the money is often funneled right back into

8   those sports programs in the form of multimillion-dollar

9   coaching salaries and state-of-the-art facilities.  Many of

10  them paid for by the taxpayers to perpetuate the cycle of

11  winning.  I think somewhere in my reading here, about $48

12  million of all the $900 million that NCAA gets from, you

13  know, their broadcasting, March Madness and all the rest of

14  it, a very small portion goes specifically to academics.

15  But even that is hard to figure because nobody has the

16  figures.

17       Mr. Emmert works for them.  They make the decisions.

18  He carries out what they want and, yet, I think a subject

19  of discussion is:  how does he carry out what they want?

20  What powers do you have, Mr. Emmert, for actually carrying

21  out what you think is a good idea?  You've been president

22  of three major universities, different places.  Then, I

23  would think, your passion for education would need to show

24  itself.

25       Athletics to me are meant to serve schools and their

Alderson Reporting Company
1-800-FOR-DEPO

1  public duty to educate students, not the other way around.

2  That's the way it's always put forward and that's the way

3  it should be.

4      Dr. Mark Emmert is here to present the perspective of

5  the colleges and universities that belong to the NCAA and I

6  would like to thank you for testifying.  You could have

7  declined to do so.  Some do, but you didn't.  And I'm

8  grateful for that.

9      I believe that you were put at the helm of the NCAA

10  because you have an impressive academic credentials and a

11  sterling reputation.  And I think that we all appreciate

12  that you're extremely well compensated.  Your commendable

13  individual qualities and capabilities are not what trouble

14  me.  I think I'm just very skeptical that the NCAA can

15  never live up to the lofty mission that you constantly talk

16  about, and which is written and printed in speeches and

17  statements and responses to Penn State this or something

18  else that.  The mission, nothing comes before education, is

19  always there but the actions don't appear to be.

20      I don't see how the NCAA will ever be capable of truly

21  making a safe, good education experience for students their

22  number one priority.  I want you to tell me that I'm wrong.

23  That I am wrong and that I'm particularly wrong about the

24  future.  But I'll be a tough sell.

25      I think we believe that the NCAA has largely been left

1    to its own to determine what reforms are appropriate and

2    how to accomplish its mission.  As we continue to learn

3    more about what goes on at some major universities and

4    colleges, we want to know if the NCAA is seriously

5    considering how college athletes are faring under this

6    system.  Not just living as they do but injured as they

7    often become, racked by poverty if they don't do well and

8    maybe their stipends are cut off and is there an advantage

9    in the mandated four-year scholarship.  All of these things

10   are put at play.

11       How are young men, who strap on their helmets on a

12   football field in front of a 100,000 passionate and paying

13   customers, how are they doing?  How are young men who lace

14   up their shoes and play basketball for March Madness, which

15   consumes the nation, is deliberately spread out over a long

16   period of time so that no kid, 12 years or 10 years or

17   over, can ever hope to do any homework because there's

18   always basketball on.

19       Are colleges and universities living up to their end

20   of the bargain in providing them with a good education?

21   Are these young athletes entitled to any of the billions of

22   dollars that are reaped from their athletic services?  And

23   when young men and women put their bodies at risk from

24   playing sports for their schools, whether women's lacrosse

25   or men's soccer, do they have adequate health insurance?  I

1    don't know.  I don't know.

2         And I never go into a restaurant or a barber shop or

3    anything without asking, sometimes to their discomfort, "Do

4    you have health insurance?"  Because I know the answer is

5    going to be no.  And I care about health care and I get

6    very unhappy when people who work in places don't make a

7    lot of money, don't have health insurance.

8         Do the schools and athletic leagues sufficiently

9    minimize the risk of concussions?  And what happens to a

10   student who is injured before graduation?  Can he or she

11   finish out their studies or does the scholarship run dry?

12        Well, a couple of months ago, we all heard the deeply

13   troubling comments of Shabazz Napier, the talented

14   University of Connecticut guard who was the most valuable

15   player of the 2014 NCAA basketball tournament.  In the

16   midst of a tournament that generated hundreds of millions

17   of dollars in revenue for the NCAA and its members, Mr.

18   Napier talked about how sometimes he did not have enough to

19   eat during college.  How did college sports benefit Mr.

20   Napier on the nights he had to go to bed hungry?

21        Now you can look at that two ways.  So there he is,

22   he's trying to pick out a sensational example of a famous

23   athlete and turn it to some very large problem.  I'm not

24   trying to do that.  I think it is a problem.  And the whole

25   sense of giving students a safety net and a sense of

Alderson Reporting Company
1-800-FOR-DEPO

1  confidence that, if they're not, they don't turn out to be

2  as good running backs or point guards or whatever and they

3  don't make the team or they're let off in their third year.

4  Are they dropped?  Do they get the scholarships or what

5  happens?  I don't know.

6      The title of today's hearings is "Promoting the Well-

7  Being and Academic Success of College Athletes."  I want to

8  have an objective, open-minded and frank discussion on this

9  subject.  I'm going to try my best to.  The NCAA has the

10  same goal as I do.

11      Dr. Emmert is going to tell us that the NCAA's mission

12  is to protect college athletes from abusive practices and

13  exploitation and to promote college sports as a means

14  towards achieving academic excellence.

15      Today, I want to explore whether the NCAA is

16  fulfilling its mission.  We still hear too many reports of

17  fraudulent academics.  We still hear too many tragic

18  stories of former college athletes who have absolutely

19  nothing to show for the services they provided even though

20  they helped generate millions and millions of dollars.

21  This subject is often discussed, but I'm here to tell you

22  that -- and if perchance the Democrats should control the

23  Congress next time, and nobody is quite sure of that, John

24  Thune has one idea, Bill Nelson has another idea, and you.

25  Yes, okay.

1      [Laughter.]

2      The Chairman:  And that I think that we want to

3  continue this.  We want to make this a continuing surge of

4  this oversight committee.  We have jurisdiction over

5  sports; all sports.  All sports.  And we have the ability

6  to subpoena; we've created a special investigations unit.

7  We're very into this subject.  I personally am.  I think

8  our members are.  And so, this is the part of a process

9  here.

10      So I'm going to have some tough questions for our

11  panel:  Is the NCAA and its member schools, is it simply a

12  legal cartel; have college sports become a multibillion-

13  dollar commercial enterprise which is no different than the

14  other corporate witnesses who have appeared before this

15  committee; or is the NCAA truly different; and does the

16  100-year-old organization, in fact, have the best interest

17  of college athletes?  They're large questions and important

18  to be answered.

19      I turn now to my very distinguished Ranking Member,

20  Senator John Thune, from the State of South Dakota.

21

22

23

24

25

Alderson Reporting Company
1-800-FOR-DEPO

1      STATEMENT OF HON. JOHN THUNE, U.S. SENATOR FROM SOUTH

2  DAKOTA

3      Senator Thune:  Thank you, Mr. Chairman, for holding

4  the hearing today.  And I want to thank our panelists for

5  the opportunity to examine the current state of collegiate

6  athletics.  And, like you, I look forward to hearing from

7  our witnesses including the President of the National

8  Collegiate Athletic Associate on how the NCAA and its

9  member institutions are fulfilling the commitments made to

10  our collegiate student-athletes.

11      I'm an avid sports fan and I know other members of

12  this committee are as well.  As a former basketball player

13  in high school and college, and the proud father of a

14  daughter who competed at the Division I level, I certainly

15  recognize that participation in organized sports not only

16  requires physical and mental strength, but also teaches

17  teamwork and other skills that serve you throughout life.

18  However, the college student-athlete is, and should be, a

19  student first.  Colleges and universities must remember and

20  prioritize their academic obligation to student-athletes.

21      As the popularity of college sports has grown,

22  particularly the popularity of college football and men's

23  and women's basketball, so too has the profitability of

24  many collegiate athletic programs.  In the current

25  environment, the stakes have been raised both for the

Alderson Reporting Company
1-800-FOR-DEPO

1    student-athlete who wants to succeed and for the university

2    that has a financial interest in winning games.  Increasing

3    revenues for some schools in conferences, due in large part

4    to lucrative contracts for the broadcast rights to football

5    and basketball games, have become more common.  Revenues

6    from ticket sales and merchandizing efforts for some

7    schools are also significant.  And, of course, alumni want

8    to see their teams win, and may be inspired to contribute

9    to winning programs.

10        As we'll hear today, the NCAA is a member-driven

11   organization whose stated mission is "to integrate

12   intercollegiate athletics into higher education so that the

13   educational experience of the student-athlete is

14   paramount."  However, major criticism of college sports is

15   that some institutions appear unable to balance the core

16   academic mission of the university and the commercial

17   considerations that often accompany college athletics,

18   particularly in high-profile sports.  Many feel the

19   commitment to the student-athlete is falling short.

20        Another point of contention involves athletic

21   scholarships and whether the practice of offering annual,

22   as opposed to multiyear, scholarships unfairly places

23   student-athletes at risk of losing their scholarships as a

24   result of poor-performance or injury.  But, while multiyear

25   scholarships may benefit student-athletes, they may

Alderson Reporting Company
1-800-FOR-DEPO

1    disadvantage smaller schools who can't match the resources

2    of larger institutions.

3          Clearly, collegiate athletics in America is not

4    without controversy, and we will hear from some of the

5    NCAA's most vocal critics today.  While I'm sure that

6    today's hearing will highlight a host of important issues,

7    I hope we will not lose sight of the positive impact that

8    amateur athletics has made on the lives of countless

9    student-athletes.  And we must remember that college

10   athletics is not just about football and basketball.

11         The director of athletics at the University of South

12   Dakota recently shared the results of the student-athlete

13   exit interviews he conducts annually to evaluate the

14   school's athletic program for the vantage point of the

15   athletes themselves.  He underscored two stories that stood

16   out from this past year's athletes.

17         The athletic director at USD reiterated how Dustin

18   Gens, a sophomore diver at USD, recovered from open-heart

19   heart surgery to qualify to dive at the NCAA's Zone

20   Championships; a feat that would not have been possible

21   without the work of a dedicated training staff, academic

22   support, coaches, team, and family.  He also noted the

23   moving story of Hanna Veselik, a sophomore swimmer, who

24   leaned on friends, family, and teammates to help her

25   through the tragic loss of her father who passed away early

Alderson Reporting Company
1-800-FOR-DEPO

1    in the season.  With this support, Hanna was able to return

2    to the pool and achieve lifetime best times in all of her

3    swimming events at the Summit League Championships.

4         As the USD athletic director puts it, "These two are

5    just a sample of what college athletics should mean.  If

6    you strip away the money, fancy locker rooms, charter

7    flights, and large budgets, you're left with student-

8    athletes who often have to overcome personal, social,

9    economic, academic, and athletic adversity, all just to

10   compete.  But they frequently do it with passion and a

11   determination that makes us all proud."  That's from the

12   athletic director at the University of South Dakota.

13        Recognizing the challenges exist, it is my hope that

14   the NCAA, its member institution, the student athletes

15   themselves, and other stakeholders will seek solutions that

16   promote the education, health, and well-being of student

17   athletes and seek to preserve amateurism in collegiate

18   athletics.  This is an area where Congress can provide a

19   forum, but the solutions are most likely to come from those

20   most directly involved in the education and development of

21   student-athletes.

22        Mr. Chairman, thank you again for holding this

23   hearing, and I look forward to hearing and having an

24   opportunity to question our witnesses.  Thank you.

25        The Chairman:  Thank you, sir.

1      What we are going to do now is we are going to hear

2  the testimony.  And then, both Senator McCaskill and

3  Senator Booker, both of whom are sterling and wonderful

4  people, are going to get very, very angry at me.  Because

5  I'm going to charge into the regular order and I'm going to

6  allow Senator Coats to ask the first question, which

7  violates all the rules of the committee but --

8      Senator McCaskill:  Oh, I'm mad.

9      The Chairman:  That'll make you a better questioner.

10      Senator Booker:  As the most junior member on the

11  committee, I must say that Senate rules do not allow me to

12  be mad at you, Chairman.

13      [Laughter.]

14      Senator Coats:  And, Mr. Chairman, for what it's

15  worth, I was under the impression, also, that we were on

16  the first to arrive and ask questions in order.  So I

17  arrived at 2:10 --

18      The Chairman:  See?

19      Senator Coats:  -- just so I can be first.

20      The Chairman:  What am I going to do?

21      [Laughter.]

22      Senator Coats:  Because I didn't want to put you in a

23  bad spot or breach the rules either.

24      The Chairman:  You never do and you are wonderful.  So

25  you will ask the first questions after the two of us.

Alderson Reporting Company
1-800-FOR-DEPO

1      Mr. Rolle, and thank you for being here.

2      And don't be nervous.

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Alderson Reporting Company
1-800-FOR-DEPO

1      STATEMENT OF MYRON LAURENT ROLLE, STUDENT-ATHLETE,

2   THE FLORIDA STATE UNIVERSITY COLLEGE OF MEDICINE

3      Mr. Rolle:  Okay.

4      The Chairman:  I mean it.

5      Mr. Rolle:  All right.

6      The Chairman:  It's a wonderful opportunity to say

7   what's in your heart and on your mind.

8      Mr. Rolle:  Yes, sir.

9      First, I want to thank you and the committee for

10  inviting me here today to share some of my experience and

11  knowledge on this very important subject; very complicated

12  subject as well.

13     I've had many conversations with fellow student-

14  athletes on this issue about the current role of student-

15  athletes today in this giant scheme of collegiate

16  athletics.  And we often walk away from those conversations

17  with more questions than answers.  So I'm hoping today is a

18  first step towards answering some of those questions and

19  providing some context and some clarity to this discussions

20  so that we can see our student-athletes receive maximum

21  edification in all aspects of their person, be it a

22  student, and athlete, a leader, and a man and a woman.

23  That's very important to me.

24     I wanted start my remarks by beginning at the genesis

25  of my story.  My parents are from the islands of the

Alderson Reporting Company
1-800-FOR-DEPO

1  Bahamas, my brothers are as well.  I was born here in the

2  states and I was raised in New Jersey.  I went to high

3  school in Princeton, New Jersey.

4       And after my schooldays in Princeton, I would go over

5  to the university and I saw this big poster, a statue, and

6  trophies of this guy who became my hero.  His name was Bill

7  Bradley.  He was just a rock star, in my opinion, an

8  epitome of what a student-athlete ought to be; college

9  basketball American, best player in college at a school

10  like Princeton, Hall-of-Famer, a U.S. Senator, and a Rhodes

11  Scholar.  That's the first time I heard those two words,

12  Rhodes Scholar, used in the same sentence.

13       And once I finished high school in Princeton, I had 83

14  scholarship offers to go anywhere I want to to play

15  football and I was rated the number one high school

16  prospect in the country by ESPN.  I decided to go to

17  Florida State.  And when I got to Tallahassee on campus,

18  first thing I did was go to the Office of National

19  Fellowships and tell them that I wanted to be a Rhodes

20  Scholar like my hero Bill Bradley.  If he did it, I want to

21  try and do it as well.  And so, three years later, I was

22  fortunate to earn that scholarship.

23       Then, I went to see my teachers and academic advisors

24  at FSU and tell them that I want you guys to help increase

25  my intellectual capital so one day I can be an outstanding

Alderson Reporting Company
1-800-FOR-DEPO

1    pediatric neurosurgeon, like another one of my influences,

2    Dr. Ben Carson.  Now, I'm a second year medical student

3    hopefully able to do that in the future.

4         And lastly, I went to my strength coaches and my

5    athletic trainers and my football coaches, Bobby Bowden

6    included, and told them that I want them to equip my body

7    and get me ready for a career as a national football

8    player.  And fortunately, I was able to be drafted by the

9    Titans and play for the Steelers as well.

10        Now, it may sound like my story is pristine and ideal,

11   and maybe used as the poster child for which you want a

12   collegiate student-athlete to have experienced, but I will

13   say that my story is quite rare and unique.  And some

14   people even call it an anomaly because, outside of Senator

15   Cory Booker, the last major Division I football player to

16   earn a Rhodes Scholarship was a guy named Pat Haden.  And

17   that was in the 1970s, and played at USC, and played for

18   the Las Angeles Rams as well; as a quarterback.

19        There are very few student-athletes who I've come in

20   contact with that have had the same infrastructure as I've

21   had; the family support, had the foresight, not come from a

22   broken school system in high school, and not come from a

23   broken family who are able to engage in their college

24   experience and maximize their time.

25        Many more of my teammates and friends and fellow

Alderson Reporting Company
1-800-FOR-DEPO

1    student-athletes struggled in the college environment; they

2    struggled mightily, struggled economically. Because, now,

3    with the scholarship stipend that they receive they became,

4    believe it or not, the main breadwinners for their families

5    and would have to send some of their scholarship money home

6    to take care of their immediate and extended family.

7         They also struggled academically as well.  A lot of

8    them would go through this academic machinery in their

9    colleges and be spit out at the end of that machine left

10   torn, worn and asking questions, and with really no

11   direction, no guidance, on where they should go; no

12   purpose, no idea of their trajectory and sometimes left

13   with a degree in hand that didn't behoove any of their

14   future interest.

15        So I hope today we can shed light on this aspect, as

16   you said, Chairman Rockefeller, that we are really pouring

17   energy and life and money and exposure, and highlighting on

18   T.V., the life of the athlete.  But I believe that we're

19   still falling a bit short of edifying and improving,

20   augmenting, the aspect of the students; the person, the

21   man, the woman, and even the philanthropist and the leader.

22        And I believe if we can do that, we can not only see

23   our student-athletes at these major schools go on to be

24   productive athletes in the professional ranks but, more

25   importantly, be productive leaders and citizens that go on

Alderson Reporting Company
1-800-FOR-DEPO

1   to be leaders of industry and leaders of men, leaders of

2   women, and just really have an indelible impact as they go

3   on into their future.

4        So thank you for having me here.  And I'm looking

5   forward to joining this discussion.

6        [The prepared statement of Mr. Rolle follows:]

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Alderson Reporting Company
1-800-FOR-DEPO

```
1        The Chairman:  Thank you very, very much.

2        And now, Devon Ramsay.

3        Welcome.

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Alderson Reporting Company
1-800-FOR-DEPO

1        STATEMENT OF DEVON JAHMAI RAMSAY, FORMER COLLEGE

2   FOOTBALL PLAYER, UNIVERSITY OF NORTH CAROLINA

3        Mr. Ramsay:  Good afternoon, Chairman Rockefeller.

4        The Chairman:  Devon, right?  Yes.

5        Mr. Ramsay:  Good afternoon, Chairman Rockefeller and

6   members of the committee.  It is an honor and a pleasure to

7   have this opportunity to be in your presence and share my

8   story and thoughts on the current state of college

9   athletics.  Let me first thank you and your staff for the

10  invitation.

11       I was born to Sharon Lee and Devon Anthony Ramsay on

12  December 8, 1988 in Red Bank, New Jersey.  My mother has

13  always valued a strong education and has sent me to the

14  Rumson County Day School, which was a Blue Ribbon private

15  winning school that covered kindergarten through eighth

16  grade.  At Rumson, I excelled in the classroom and

17  participated in athletics.  And by the time it was for me

18  to leave, I had the opportunity to go to the Lawrenceville

19  School, which is right down the road in Princeton that I

20  played against Myron.

21       [Laughter.]

22       Mr. Ramsay:  I decided this would be the best academic

23  and athletic environment for me.  I would go on to have a

24  successful academic and athletic career, graduating in

25  2007.  And I decided to sign my letter of intent to go to

1    the University of North Carolina at Chapel Hill.  And what

2    drew me to that school was not only its esteemed reputation

3    as a top academic institution but also as the new hire of

4    then new head coach, Butch Davis.  This showed that the

5    university had an all-around commitment to excellence.

6        Now, my career at the University of North Carolina has

7    been one filled with adversity.  I've undergone five

8    surgeries, been through three head coaches, and been asked

9    if I wanted to transfer or if I wanted to take a medical

10   redshirt.  However, despite all this, I managed to succeed;

11   being named an offensive starter for another six years and,

12   by NFL draft analyst Mel Kiper, named the top three in my

13   position.

14       But most importantly, I got my degree in public policy

15   with a concentration of business.  After graduating, I

16   moved back to Red Bank, where I would pursue my hopes of

17   making an NFL team.  However, I didn't make the team at

18   Tampa Bay.

19       Now, in the summer of 2010, two of my teammates had

20   violated and NCAA rules and attended a party thrown by

21   sports agents.  The University of North Carolina then

22   launched their own investigation into the matter and

23   discovered several potential counts of academic fraud.

24   After the final practice of the week, before we played

25   Clemson, I was told to report to one of the conference

Alderson Reporting Company
1-800-FOR-DEPO

1   rooms and brought in for questioning by University

2   officials.  Before the questioning began, I was told that

3   this conversation would be recorded and was asked if I

4   needed a lawyer.  I thought I had been called in there to

5   see if they could find any more leads for the

6   investigation, but then they began to ask me about my

7   definition academic fraud, academic dishonesty and

8   plagiarism.  And that is when they brought up a two-year-

9   old email correspondence between myself and a tutor.  In

10  the said email, I ask the university's tutor for help with

11  grammar and overall quality in the paper.  And she replied

12  by adding four to five sentences to a two and half page

13  paper.

14      They ask me if this is the exact same paper I turned

15  in.  However, I couldn't remember since it was two years

16  ago.  In the following four weeks that I was held out of

17  competition, they sent me to the University's Honor Court.

18  And the Attorney General of the Honor Court said that there

19  was no case here; that there wasn't enough evidence.  They

20  had no final version of the paper, it wasn't submitted

21  electronically and, I don't know, most people don't keep

22  papers from two years ago.

23      As I was being held out by UNC, an official from the

24  compliance office proposed that if I were to plead guilty

25  after being held out for so many games, that the NCAA

Alderson Reporting Company
1-800-FOR-DEPO

1    would, in fact, allow me to play.  At this time, I believe

2    that the UNC's compliance which was very well versed in

3    NCAA policy.  However, it was a shocking blow that the NCAA

4    then ruled me guilty of academic fraud which strips away my

5    remaining eligibility and tarnishes my reputation.

6         After coming to the realization that UNC was more

7    concerned with penalties and losses of scholarships than

8    protecting one of its own, my mother and I set out to find

9    lawyers that would hopefully have my best interests at

10   heart.  However, none would stand against the NCAA nor its

11   membership.

12        Fortunately for me, Robert Orr, a State Supreme Court

13   judge, reached out to my mother after reading an article

14   that she had been involved with in The News and Observer.

15   Without Judge Orr's legal knowledge and tenacity, I would

16   have no one to turn to.  As we went through the appeals

17   process, which was possible with the endorsement of the

18   University of North Carolina, the leadership at UNC once

19   again wanted me to take a plea for a reduced sentence.

20   However, Judge Orr, my mother and I needed to have my name

21   unsullied.  By going back and looking at the original

22   interview, reviewing a lack of evidence and disregarding

23   the guided testimony, the NCAA overturned its ruling and

24   reinstated my eligibility.

25        Unfortunately, the first game of the next season, I

26

1  tore three ligaments in my knee.  After receiving my sixth

2  year of eligibility, I was not able to return to the field

3  of play until my final game; which I participated in two

4  plays.

5       Now, one of the things that was, looking back at my

6  career, that I wish I could have partaken in was in

7  internships.  A few of my friends from Lawrenceville went

8  on to play at the Ivy League.  It's not as demanding as,

9  you know, high-level Division I football.  They were

10  allowed to go and pursue other things during the summer.

11  And upon graduation, some of my friends got great job

12  offers.

13       An internship gives you direction, teaches you

14  valuable life lessons and prepares you for a level of

15  professionalism.  At a competitive football school,

16  completing an internship is almost impossible.  In order to

17  be eligible to receive your scholarship stipend during the

18  summer and granted aid, if you're eligible, one was if you

19  were enrolled in a certain number of credit hours.  I've

20  seen several teammates attempt to manage school, summer

21  workouts and their internship.  Most of these athletes

22  ended up quitting their internship because of the sheer

23  level of exhaustion experience on an average day.  Only one

24  was able to complete this internship because it counted

25  towards his credit hours so he wasn't required to go to any

27

1  classes.

2      At the University of North Carolina, football players

3  are one of the only teams not allowed to participate in

4  University camps, which would hone skills for those that

5  would want to get into coaching and create another source

6  of income.  In fact, during a panel discussion about the

7  documentary "$chooled: The Price of College Sport," head

8  coach of the George Mason men's basketball team, Paul

9  Hewitt, stated that his team has to do an internship before

10  they graduate; a mandatory one.  I think this is a great

11  practice.

12      If the NCAA truly wants to develop student-athletes

13  and prepare them for success off the field, than they

14  should mandate that all athletes complete an internship.

15  The reason it needs to be mandated is because there exists

16  a culture that demonizes any activity that won't directly

17  help a program.  Players that go home for a semester, and I

18  had friends that had done this, are labeled as selfish and

19  lazy and almost a cancer to the team.  But, in fact, he's

20  just going home.  He's still working out.  He's just trying

21  to improve his own value for the likelihood that he's not

22  going to make the NFL.

23      I've come to realize that there is a void in college

24  athletics.  The NCAA, as an institution, no longer protects

25  the student-athlete.  They are more concerned with signage

Alderson Reporting Company
1-800-FOR-DEPO

1   and profit margins.  As I was called up to the initial

2   meeting with UNC's investigators, I wasn't aware that I

3   needed to defend myself against my university and the NCAA.

4   And, as a student, I lack the resources and the knowledge

5   to defend myself against an 80 year-old institution.  My

6   family lacked the resources to hire a lawyer.  And if I

7   refused to be interviewed, I would have been held down

8   until I testified.

9        In the NCAA, college football players have a very

10  small window of opportunity to prove our worth to the NFL.

11  Therefore, every game you miss is a lost opportunity and a

12  means to devalue your worth.  There needs to exist an

13  entity that quickly and effectively advocates for the

14  student-athlete.  I was extremely fortunate that Judge Orr

15  reached out to my family to help.  However, it terrifies me

16  how many students might have had their eligibility unjustly

17  taken and their reputation damaged.

18       The student-athlete has a short career and is an

19  amazing new, renewable resource.  And because of that, the

20  NCAA is able to take advantage of naïve young men and

21  women.  There needs to be an organization that will, in

22  fact, protect the college athlete and has no ties to the

23  financial being of the Universities or to the NCAA.

24  Allowing the NCAA continue to intimidate schools and

25  athletes is dangerous and unfair.  To quote a famous Roman

29

1    poet, "Who will watch the watchmen?"

2        Thank you for the opportunity to appear before you

3    today.

4        [The prepared statement of Mr. Ramsay follows:]

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Alderson Reporting Company
1-800-FOR-DEPO

1      The Chairman:  Thank you very much, Mr. Ramsay. We

2  appreciate it a lot.

3      Mr. Taylor Branch is from Baltimore.  He is an author

4  and an historian.  And he's written one of the, what I

5  call, five best books ever written in terms of my own

6  reading preferences, about the civil rights movement and

7  the development of it.  And he's also an expert on this

8  subject and has written extensively.

9      We welcome you, sir.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Alderson Reporting Company
1-800-FOR-DEPO

1    STATEMENT OF TAYLOR BRANCH, AUTHOR AND HISTORIAN

2    Mr. Branch:  Thank you.

3    Thank you, Senator Rockefeller.  Thank you, Senator

4    Thune.  Thank you, members of the Committee, guests, sports

5    fans and educators.  I am honored to be here.

6    The subject for your hearing today, college sports and

7    the well-being of college athletes, is full of mine fields

8    and myths.  I hope to offer some summary comments for

9    possible discussion under three headings:  Amateurism,

10   balance and equity.

11   Amateurism has become the distinguishing feature of

12   NCAA governance.  It is identified in official

13   pronouncements as the bedrock principle of college

14   athletics.  The NCAA Bylaws define and mandate amateur

15   conduct as follows:  "Student athletes shall be amateurs in

16   an intercollegiate sport, and their participation should be

17   motivated primarily by education and by the physical,

18   mental and social benefits to be derived.  Student

19   participation in intercollegiate athletics is an avocation,

20   and student athletes should be protected from exploitation

21   by professional and commercial enterprises."  That's NCAA

22   Bylaw 2.9.

23   The word "amateur" reflects conflicted attitudes about

24   money, youth, and the purposes of recreation.  Its broad

25   ambivalence has opened a muddled flexibility in public

Alderson Reporting Company
1-800-FOR-DEPO

1    habits, allowing the United States to become the world's

2    only nation to develop commercialized sports at

3    institutions of higher learning.  Even the major

4    universities involved, which were founded to uphold

5    intellectual rigor, routinely ignore or excuse the

6    contradictions of a multibillion-dollar side industry built

7    on their undergraduate students.

8        Confusion and mythology begin with the word itself.

9    Dictionary synonyms for "amateur" range from a wholesome

10   "enthusiast" or "devotee" to a bumbling "dabbler" or

11   "rookie."  Merriam-Webster gives a stinging illustration of

12   the latter tone:  "The people running that company are a

13   bunch of amateurs."  Accordingly, the same word expresses

14   praise and scorn without distinction.  This ambiguity gains

15   reinforcement in our uniquely designed popular world of

16   sports, where fans are encouraged to cheer and boo without

17   thinking objectively.

18       The ideal of ancient Greek amateurism has always been

19   misleading, because the athletes of Olympus actually

20   competed for huge prizes.  Aristotle researched well-

21   rewarded champions back through records of the earliest

22   Olympic festivals.  And modern scholars have confirmed

23   evidence of high-stakes victory and loss.  "Ancient

24   amateurism is a myth," noted the classicist David Young.

25   "Purists who refused to mix money with sport did not exist

1   in the ancient world," concludes Michael B. Poliakoff, "and

2   victors' monuments boast of success in the cash competition

3   as openly as they boast of victory in the sacred contests."

4       Golf legend Bobby Jones is enshrined in modern sports

5   history as the ideal, as the model amateur, and gentlemen

6   who decline every championship prize he earned.  His

7   reputation fits the true definition of amateur, which is

8   derived from the Latin "amator" or "lover," specifying one

9   who chooses to pursue a skill out of subjective devotion

10  rather than the hope of financial gain.  Some non-college

11  sports still allow athletes to declare and renounce amateur

12  status.

13      Significantly, students themselves called themselves

14  amateurs when they invented intercollegiate sports after

15  the Civil War.  Until 1905, students retained general

16  control of the new phenomenon in everything from scheduling

17  and equipment to ticket sales.  They recruited alumni to

18  construct Harvard Stadium in 1903 with zero funds from the

19  college.  "Neither the faculties nor other critics assisted

20  in building the structure of college athletics," declared

21  Walter Camp, Yale class of 1880, who became the father of

22  college football in his spare time.

23      The NCAA, created in 1906, slowly transformed the

24  amateur tradition inherited from college athletes.  Its

25  board declared a goal of total faculty control as late as

1   1922, and the weak NCAA organization could not hire its

2   first full-time staff member until 1951.  After that,

3   however, burgeoning revenue from television contracts

4   allowed NCAA officials to enforce amateur rules as an

5   objective requirement rather than a subjective choice.

6   This is problematic because attempts to regulate personal

7   motivation and belief commonly run afoul of the

8   Constitution.  Even if internal standards were allowed, and

9   somehow could be measured, NCAA rules contradict the key

10  requirement that college sports must be an avocation, or

11  calling, which comes from "vocare," to call, and "vox,"

12  voice, by denying athletes an essential voice.  NCAA rules

13  govern the players by fiat, excluding them from membership

14  and consent.

15      Balance.  Checks and balances are required for sound

16  governance, and the NCAA structure is unbalanced in at

17  least four basic respects.  First, NCAA enforcement suffers

18  an inherent conflict of interest between alleged violations

19  in football as opposed to basketball, because the

20  organization lost its television revenue from college

21  football and is almost wholly dependent on a sole-source

22  broadcasting contract for the March Madness basketball

23  tournament.

24      Second, the NCAA structure creates a false impression

25  of common practice between the very few schools that

Alderson Reporting Company
1-800-FOR-DEPO

1  aggressively commercialize college athletics, roughly 100

2  to 150 of some 1,200 NCAA members, and the vast majority of

3  schools with small crowds and negligible sports revenue.

4  An elastic NCAA amateurism stretches all the way from a

5  Division III cross-country race to Notre Dame Football on

6  ESPN.

7      Third, NCAA officials resolutely obscure differences

8  between commercialized sports and the academic mission on

9  campus.  In the classroom, colleges transfer highly valued

10  expertise to students, but this traditional role is

11  reversed in big-time sports.  There, athletes deliver

12  highly valued expertise to the colleges.  This distinction

13  is basic and fundamental to your committee's stated purpose

14  of promoting educational integrity.  College athletes are,

15  or should be, students in the classroom and competitor

16  players in the athletic department.  They face multiple

17  roles in careers like many Americans, but their conflicting

18  demands cannot be managed or balanced unless they are

19  squarely recognized.  The NCAA undermines this logical

20  separation by insisting that sports are an educational

21  supplement for a hybrid creature under its jurisdiction

22  called the student-athlete.  Universities implicitly concur

23  by offloading some of their academic responsibility to the

24  NCAA.

25      Fourth, the NCAA and its member schools strip rights

36

1   from athletes uniquely as a class.  No college tries to ban

2   remunerative work for all students, and no legislature

3   could or would write laws to confiscate earnings from one

4   targeted group of producers in a legitimate enterprise.  On

5   the contrary, universities sponsor extensive work study

6   programs, and student-citizens everywhere exercise freedom

7   to market skills everywhere from bookstore jobs and pizza

8   delivery to the entrepreneurial launch of Facebook, unless

9   they are athletes.  For college athletes alone, the NCAA

10  brands such industry unethical.

11      Equity.  Basic fairness requires attention to the

12  rights and freedom of participants above the convenience of

13  observers.  Applied to college sports, this principle would

14  mean that no freedom should be abridged because of athletic

15  status.  While I am neither a lawyer nor a professional

16  economist, I find ample historical evidence that experts

17  object to collusion in the NCAA's regulatory structure.

18      In Microeconomics, a prominent textbook, professors

19  Robert Pindyck and Daniel Rubinfeld make the NCAA a

20  featured example of an economic cartel that reaps anti-

21  competitive profit.  The courts have agreed in two landmark

22  cases.  In NCAA versus Board of Regents of the University

23  of Oklahoma in 1984, the U.S. Supreme Court struck down the

24  NCAA's exclusive control of college football broadcasts as

25  an illegal restraint of trade.  Overnight, the major

1   football schools won the freedom to sell every broadcast

2   their markets would bear, without having to share proceeds

3   with the smaller schools through the NCAA. "We eat what we

4   kill," bragged one official at the University of Texas.

5      In Law v. the NCAA, 1998, assistant coaches won a $54

6   million settlement along with an order vacating the NCAA's

7   $16,000 limit on starting salaries. The compensation of

8   assistant football coaches has cracked the $1 million

9   barrier since then with salaries skyrocketing even in non-

10   revenue sports. By 2010, the University of Florida paid

11   its volleyball coach $365,000.

12      Thus, the supervisors of college sports have won

13   economic freedom, and they enjoy enormous largesse from a

14   distorted cartel marketplace that now shackles only the

15   most vital talent: the players. "To reduce bargaining

16   power by student athletes," wrote Pindyck and Rubinfeld,

17   "the NCAA creates and enforces rules regarding eligibility

18   and the terms of compensation."

19      NCAA officials, of course, steadfastly assert that

20   their whole system is devoted to the educational welfare

21   and benefit of the college athletes. "Football will never

22   again be placed ahead of educating, nurturing and

23   protecting young people," NCAA president Mark Emmert,

24   sitting near me, vowed when he announced NCAA sanctions for

25   the recent scandal at Penn State.

Alderson Reporting Company
1-800-FOR-DEPO

1    Such professions must be reconciled somehow with NCAA

2  rules that systematically deny college athletes a full

3  range of guaranteed rights from due process and

4  representation to the presumption of innocence.  These

5  rules can turn words on their head, like Alice in

6  Wonderland.  The NCAA's bedrock pledge to avoid commercial

7  exploitation of college athletes, for instance, aims to

8  safeguard them from getting paid too much, or at all,

9  rather than too little in the ordinary usage of the word

10  exploit; to use selfishly for one's ends, as employers who

11  exploit their workers.

12    In closing, I would suggest one hopeful precedent from

13  the past work of your Commerce Committee.  This is not the

14  first time that the governance of amateur sports, together

15  with the education of college athletes, has presented a

16  daunting tangle of passions and vested interests.

17    Fifty years ago, an early bonanza in sports revenue

18  intensified the bitter feud between the NCAA and the

19  Amateur Athletic Union, AAU, which controlled access to the

20  Olympic Games.  AAU leaders accused an "unpatriotic" NCAA

21  of sabotaging U.S. chances to win medals.  They claimed

22  that college athletes already were paid, and therefore not

23  amateurs at all since the NCAA approved athletic

24  scholarships in 1956.  NCAA officials retorted that AAU

25  coaches were parasites on college training facilities.

1    These two sides nitpicked, boycotted, sabotaged, and

2  disqualified each other until President Kennedy enlisted no

3  less a mediator than General Douglas MacArthur to foster

4  U.S. hopes for the 1964 Tokyo Olympics.  The squabbling

5  exhausted MacArthur, who recommended a Blue Ribbon

6  commissions that brought proposals eventually to this

7  committee.

8    Your predecessors shaped what became the Olympic and

9  Amateur Sports Act of 1978.  One key provision of that law

10  secured for active athletes a 20 percent share of the

11  voting seats on each of the 39 new U.S. Olympic Committees.

12  Though small, this representation soon transformed amateur

13  sports.  Granted a voice, athletes tipped the balance on

14  governing committees in the United States and inexorably

15  around the globe.  Marathon races, then tennis tournaments,

16  recognized a right for players to accept prize money and

17  keep their Olympic eligibility.  New leagues sprang up to

18  popularize volleyball and other games with corporate

19  sponsors.  Olympic officials came to welcome professional

20  competitors in every sport except boxing.

21    By 1986, when the International Olympic Committee

22  expunged the word amateur from its bylaws, the modified

23  games defied every prediction of disasters.  Indeed, most

24  people scarcely don't notice the change.  Some of you

25  helped recognize success in the revised Ted Stevens Olympic

Alderson Reporting Company
1-800-FOR-DEPO

1    and Amateur Sports Act of 1998.

2        This example suggests a good place to start.  Wherever

3    possible, make athletes true citizens rather than glorified

4    vassals in college sports.  Where markets extend into

5    college sports, make them fair and competitive.  Recognize

6    the rights, uphold the rights, of college athletes.  Give

7    them a voice, and challenge universities, in turn, to make

8    wise, straightforward decisions about the compatibility of

9    commercialized sports with education.

10       Thank you.

11       [The prepared statement of Mr. Branch follows:]

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Alderson Reporting Company
1-800-FOR-DEPO

```
1        The Chairman:  Thank you very much, Mr. Branch.

2        And I want to be very critical of myself because what

3   the general rule around here is that witnesses speak for

4   five or six minutes, but I failed to make that clear.  And

5   so, we just got --

6        Mr. Branch:  It says five minute right here, but I

7   wasn't watching.

8        [Laughter.]

9        Mr. Branch:  Sorry.

10       The Chairman:  But I want to just sort of keep it to

11  five or six or seven minutes.  That would be the best.  And

12  I thank you for your testimony.  And it was my fault.

13       Mr. Bradshaw, who is the former Director of Athletics

14  at Temple University, we welcome you, sir.

15

16

17

18

19

20

21

22

23

24

25
```

Alderson Reporting Company
1-800-FOR-DEPO

1    STATEMENT OF WILLIAM D. BRADSHAW, FORMER DIRECTOR OF

2    ATHLETICS, TEMPLE UNIVERSITY

3    Mr. Bradshaw:  Chairman Rockefeller, Ranking Member

4    Thune, ladies and gentlemen of the committee, good

5    afternoon.  Your invitation to me to testify today about

6    promoting the well-being and academic success of our

7    student-athletes is much appreciated.

8    It is an honor for me, this afternoon, to represent

9    the 1,600-plus institutions and 11,000-plus individual

10   members of NACDA and its athletics administrators who are

11   the practitioners of our enterprise and representing, in

12   excess, of 500,000 student-athletes across all three NCAA

13   divisions, as well as the NAIA and junior-community

14   colleges.

15   NACDA serves as the professional association for those

16   in the field on intercollegiate athletic administration.

17   It provides educational opportunities and serves as a

18   vehicle for networking the exchange of information and

19   advocacy on behalf of the association.

20   My career in higher education includes positions as an

21   assistant baseball coach, head baseball coach, director of

22   alumni and, before retiring a year ago, 36 years as a

23   Division I athletic director at three universities.  My

24   athletic career includes three years as a student-athlete

25   and one as a walk-on, followed by two years as a

43

1  professional baseball player in the Washington Senators

2  organization where two broken ankles influenced a career

3  change and a Master's Degree.  I trust my ankles are ankles

4  with you Washington Senators here today.

5       These experiences proved valuable to my subsequent 36

6  year as a Division I athletic director at La Salle, DePaul,

7  and Temple Universities, retiring from this wonderful

8  profession one year ago.

9       During the five decades of my career, I have seen

10  significant improvements and the commitment by universities

11  to the academic, athletic and personal experiences of

12  student-athletes.  From state-of-the-art academic support

13  services, elite coaching and training, athletic facilities,

14  to the much improved equipment, safety requirements and

15  emerging NCAA permissive benefits, our student-athletes

16  have never had it better.  And yet, we know we can do

17  better.  We, as educators, are committed to maximizing and

18  developing the enormous academic, athletic and personal

19  potential that our talented student-athletes bring to our

20  universities.

21       In assessing the well-being of student-athletes, it's

22  important to examine our university's performances and

23  trends in the areas of academics, financial security,

24  health safety and life skills.

25       Academics.  Over the past 20 years, graduation rates,

Alderson Reporting Company
1-800-FOR-DEPO

1   by any metric, have drastically improved for student-

2   athletes.  In 2013, the Graduation Success Rate measure for

3   all student-athletes in Division I was 82 percent,

4   including 71 percent for Division I FBS football

5   participants, and 73 percent for men's basketball student-

6   athletes.

7       Among the reasons for this dramatic improvement in

8   graduation rates are:  Increased NCAA requirements for

9   initial eligibility and continued eligibility, and

10  university's proactive response to the Academic Progress

11  Rate metric instituted by the NCAA to measure individual

12  teams' classroom performance each semester.

13       Health and safety.  While universities strive to use

14  best practices, we can never do too much to ensure the

15  health and safety of our student-athletes.  The prevention

16  and detection of concussions, for example, particularly in

17  the sport of football, remain as one of the highest

18  priorities for every athletic director at every level.

19  Best practices that have become commonplace include:

20  Hiring strength and conditioning coaches, dieticians, and

21  nutritionists; required seminars for all student-athletes

22  to discuss drugs and alcohol, assault, date rape, and

23  gambling, as well as comprehensive regular drug testing and

24  follow-up.

25       Financial security.  As we all know, the real cost to

Alderson Reporting Company
1-800-FOR-DEPO

1  attend college have risen above inflation for years,

2  causing many students to have massive debt upon graduation

3  and proving too costly for others to even attend their

4  college of their choice.  Currently, Division I student-

5  athletes receive $2.1 billion in athletic scholarships, and

6  this total will continue to escalate with anticipated NCAA

7  legislation covering real costs of education, combined with

8  the annual increases in tuition, room and board, books and

9  fees.

10      In addition to the real value of an athletic

11  scholarship, and according to the U.S. Census data, a

12  college graduate, on the average, earns $1 million more

13  over a lifetime than a non-graduate.  Other financial

14  benefits for student-athletes include:  universities'

15  health insurance; NCAA catastrophic insurance; multi-year

16  athletic grants; and student assistance funds available to

17  conference offices.

18      The vastly improved conditions afforded student-

19  athletes have resulted in their unprecedented performances

20  in the classroom, on the playing fields, and in preparation

21  for life.  Few other campus activities or clubs produce

22  such natural diversity as intercollegiate athletics,

23  bringing together young men and women from various races,

24  religions, nations, beliefs, with the common denomination

25  being their academic profiles and athletic skills.

Alderson Reporting Company
1-800-FOR-DEPO

1    Less than 1 percent of Division I student-athletes

2    will ever participate in professional sports, and that

3    professional career, on average, lasts only a few years.

4    This reality underscores the value of a college education,

5    an education that many young men and women could not afford

6    without an athletic scholarship.

7    In our profession of intercollegiate athletics, the

8    student-athletes under our care are the center of our

9    universe, and the most important people to consider in our

10   decision making.  If we always ask ourselves, before

11   allocating resources, building facilities, or hiring

12   coaches, is this decision in the best interest of our

13   student athletes, then I believe that answer has helped us

14   to arrive at the right decision.

15   Any of your questions are most welcome.  Thanks,

16   again, for inviting me to be with you this afternoon.

17   [The prepared statement of Mr. Bradshaw follows:]

18

19

20

21

22

23

24

25

Alderson Reporting Company
1-800-FOR-DEPO

1          The Chairman:  Thank you very much, Mr. Bradshaw.

2          Now Dr. Richard Southall, who is a professor at the

3     University of South Carolina, the Director of the College

4     Sports Research Institute.

5          Welcome, sir.

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Alderson Reporting Company
1-800-FOR-DEPO

1     STATEMENT OF RICHARD M. SOUTHALL, ASSOCIATE

2     PROFESSOR, UNIVERSITY OF SOUTH CAROLINA, DIRECTOR, COLLEGE

3     SPORT RESEARCH INSTITUTE

4         Dr. Southall:  Thank you.

5         Chairman Rockefeller, Ranking Member Thune, and

6     distinguished committee members, thank you for the

7     opportunity to speak before you today.  My initial draft of

8     my comments was only 35 minutes.  So thank you for giving

9     me the advice.

10        As director of the College Sport Research Institute at

11    the University of South Carolina, my comments today are not

12    off-the-cuff remarks, but informed by sociological,

13    organizational and economic theories, as well as empirical

14    studies, and drawn extensively from NCAA documents.  They

15    reflect not only my work, but also that of numerous

16    colleagues and scholars.

17        While I am well aware there are distinct socio-

18    demographic differences within and between NCAA divisions,

19    as well as between NCAA revenue and Olympic sports, my

20    testimony today will focus on how, within big-time college

21    sport, NCAA members have sought to protect their business

22    interests at the expense of the well-being and academic

23    success of NCAA profit-athletes.

24        For several decades, the NCAA was aware that as the

25    scale of both revenue, generation and spending continue to

1    grow, there is a general sense that big-time athletics is

2    in conflict with the principle of amateurism and that

3    increased governmental and public scrutiny is likely if

4    graduation rates do not improve in underperforming sports.

5        Consequently, in 2003 the NCAA embarked on a two-phase

6    organizational rebranding strategy that was part of an

7    aggressive public and media relations agenda that addressed

8    critics and provided an alternative to what the NCAA

9    described as the doggerel of cynics.

10       First, the NCAA created a term of art, The Collegiate

11    Model of Athletics, as a better understood definition of

12    amateurism that isolates the principle to the way in which

13    college athletes are viewed without imposing its

14    avocational nature on revenue-producing opportunities.

15    Notably, Division I revenues have more than doubled since

16    2003.

17       Tellingly, internal NCAA documents reveal protecting

18    the collegiate model is nearly, by definition, the primary

19    focus of the office of the NCAA president.

20       Concurrently, in an effort to maintain the perception

21    of a clear line of demarcation between college and

22    professional sport, and offer support for the effectiveness

23    of its new Academic Progress Program, the NCAA developed

24    the Academic Progress Rate, or APR, and Graduation Success

25    Rate, or GSR.  Since 2003, the NCAA has consistently sought

1    to utilize these rates as proof that big-time college sport

2    has one clear focus:  Education.

3        However, several items are noteworthy.  One, neither

4    the Federal Graduation Rate, FGR, mandated by Congress, nor

5    the NCAA's GSR, is perfect or inherently a more accurate

6    metric.  They utilize different sampling and statistical

7    analyses to examine different cohorts.  In short, they are

8    different graduation rates.

9        Two, the GSR consistently returns a rate 12 to 25

10   percent higher than the FGR.  As far back as 1991, the NCAA

11   knew that removing eligible dropouts, in other words

12   transfers or athletes who leave school in good academic

13   standing, from the GSR cohort would result in a markedly

14   higher success rate.

15       Three, since there is no comparable national-level GSR

16   for the general student body to report GSR and FGR data

17   simultaneously in press releases or data-set tables,

18   invites inappropriate comparisons and fosters confusion

19   among the general public.

20       While the NCAA National Office has sought to protect

21   its collegiate model, academic support staffs labor within

22   a system that too often depends on an amorphous special-

23   talented admission process, focuses on maintaining

24   eligibility and results in athletes often clustering or

25   being steered to majors conducive to their practice and

1    competition; or, in other words, work schedules.

2    Tellingly, several authorities within the NCAA and

3    university governance structures recognize clustering and

4    scheduling of easy courses as problems.

5         In addition, contrary to the NCAA's public posturing

6    that they are just normal students, profit-athletes tend,

7    in important respects, to be physically, culturally and

8    socially isolated from the campus community.  They live in

9    a tightly controlled parallel universe indicative of

10   Goffman's total institutions.

11        Through the steady drumbeat of sophisticated and

12   subtle institutional propaganda, the NCAA has sought

13   spontaneous consent to a mythology that big-time college

14   sport a priori enhances the educational experience of

15   "student-athletes."

16        Propaganda is effective because it exploits people's

17   reluctance to intellectually engage with any oppositional

18   alternative views.  Since 2003, while the NCAA has

19   successfully embedded its Collegiate Model of Athletics

20   including the Graduation Success Rate, into the public's

21   consciousness, there has been little progress in ensuring

22   profit-athletes have equal access to educational

23   opportunities afforded other students.

24        In conclusion, there is clear evidence the NCAA's

25   Collegiate Model of Athletics not only systematically

52

1    inhibits access to a world-class university education, but

2    also exploits profit-athletes by denying them basic

3    bargaining rights, due process and standard forms of

4    compensation.

5        I want to thank the committee members for the

6    opportunity to visit with you today.

7        [The prepared statement of Dr. Southall follows:]

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Alderson Reporting Company
1-800-FOR-DEPO

1        The Chairman:  Thank you for your excellent testimony.

2        And, finally, Dr. Mark Emmert who is -- well, you all

3   know who he is.

4        [Laughter.]

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Alderson Reporting Company
1-800-FOR-DEPO

1      STATEMENT OF MARK A. EMMERT, PRESIDENT, THE NATIONAL

2  COLLEGIATE ATHLETIC ASSOCIATION

3      Dr. Emmert:  Thank you, Senator.

4      And good afternoon to you and to Senator Thune and --

5      Senator Booker:  Is your microphone on?

6      Dr. Emmert:  Thank you.  I appreciate that.

7      Is it working now?  Can you hear me fine?

8      The Chairman:  I notice no difference.

9      Dr. Emmert:  Okay.

10     [Laughter.]

11     Dr. Emmert:  As a recovering university president,

12  I've learned to appreciate.  So thank you very much.

13     Good afternoon to all of you on the panel.  I'm Mark

14  Emmert.  I've served now as the President of the NCAA since

15  October of 2010 following 30 years as a professor, a

16  university administrator and a university president.  I

17  certainly appreciate the opportunity to appear before all

18  of you today and discuss what I agree are very important

19  issues.  And I particularly want to thank you, Mr.

20  Chairman, for working with us on the timing of this

21  hearing.  It's good that we are able to be here.

22     The NCAA's core purpose, as has already been pointed

23  out, is to promote the well-being and the success of more

24  than 460,000 student-athletes as they enjoy both world-

25  class athletic experiences and receive access to topnotch

55

1  educations.  That's why I've been working diligently with

2  the Division I Board of Directors, our member universities

3  and all the stakeholders to drive policy changes that

4  support student-athlete success and, indeed, address many

5  of the issues that have already been raised here today.

6      During my tenure, we've enacted more than a dozen key

7  reforms.  Two notable examples are raising academic

8  standards and add in the opportunity for a multiple-year

9  scholarships.

10     As we discuss how to improve college sports today,

11  it's important to understand that the NCAA is a

12  democratically governed, membership-led association of

13  nearly 1,100 colleges and universities.  As such, neither I

14  nor any member of my staff have a vote on association

15  policy or infractions decisions.  It's important to note

16  that, appropriately, in my opinion, university presidents

17  themselves, are the ultimate decision makers within the

18  association.

19     Members make rules through a representative process

20  much as you do in Congress.  It is challenging, obviously,

21  to bring together coaches, athletic administrators, faculty

22  members, student-athletes and university presidents to

23  achieve consensus on much of anything, let alone college

24  sports.  And while the pace of change is not what I or many

25  others would like, the Division I member schools are

Alderson Reporting Company
1-800-FOR-DEPO

1    working very diligently, even as we speak, to create a new

2    decision making structure that will yield practical and, I

3    hope, timely results on all of these issues.

4        Before we discuss the challenges at hand, let me be

5    clear.  College sports, in my opinion, works extremely well

6    for the vast majority of our 460,000 student-athletes.  And

7    while it can and should be modified, the collegiate model

8    should in fact be preserved because all of the good

9    provides for so many.  Nonetheless, I agree there are very

10   important changes that need to be made and many university

11   presidents happen to agree with me.

12       Let me describe the most important ones.  First,

13   student-athletes, in my opinion, should be given a

14   scholarship for life so they may complete a Bachelor's

15   Degree even if their education is delayed for any reason

16   unrelated to a lack of academic progress or serious

17   misconduct.

18       Second, scholarships should cover the full and actual

19   cost of attendance not simply tuition, room and board,

20   books and supplies.

21       Third, NCAA schools must always lead in the area of

22   health and safety.  For example, the NCAA, along with the

23   variety of medical experts, released recently, new

24   guidelines that address the diagnosis, the management and

25   the prevention of sports-related concussions.

Alderson Reporting Company
1-800-FOR-DEPO

1      Fourth, the NCAA must work assertively with all of our

2    universities on sexual assault prevention and support for

3    victims.  This is a national crisis and we can all do

4    better.

5      Fifth, while all student-athletes today are covered by

6    insurance for injuries, and the NCAA covers catastrophic

7    injuries, any gaps in coverage must be closed.

8      Sixth, the academic success of student-athletes must

9    remain our ultimate priority.  This means providing them

10   with the time as well as the resources they need to take

11   advantage of the opportunities at college campuses, as our

12   two former college athletes have testified.

13     Finally, all changes that are made, these and others,

14   must maintain a support for Title IX and cannot come at the

15   cost of student-athletes in women's and non-revenue

16   generating sports.

17     The NCAA provides countless opportunities to men and

18   women, including many from low income families who would

19   not otherwise attend college.  In fact, some 82,000 current

20   student-athletes are first generation college students.

21   And at the risk of correcting Mr. Bradshaw, it is now $2.7

22   billion in athletic scholarships that are provided to

23   students that make that a reality.

24     Further, NCAA revenues are reinvested in our mission.

25   Specifically, last year's revenue allowed us to conduct 89

Alderson Reporting Company
1-800-FOR-DEPO

1   national championships in 23 different sports with nearly

2   50,000 student-athletes participating in those

3   championships from across the entire country.  Those

4   revenues allowed us to provide $700 million directly to

5   colleges and universities in all three divisions.  A $100

6   million of which was used to cover extra expenses and

7   emergency expenses for Division I student-athletes.

8   Further, those revenues allowed us to cover the $14 million

9   insurance premium for catastrophic insurance policies for

10  our student-athletes.

11      College sports are serving student-athletes very, very

12  well for the most part.  Yes, there are changes to both

13  policy and the culture that are needed, and they require

14  frank conversations like the one we're having here and

15  serious actions.

16      I'm committed to working with you and our member

17  schools to ensure that student-athletes have all the

18  opportunities for success that they deserve.  And I want to

19  thank you for the invitation, Mr. Chairman, to appear

20  today.  I look forward to taking your questions and working

21  with you in the future.

22      [The prepared statement of Dr. Emmert follows:]

23

24

25

Alderson Reporting Company
1-800-FOR-DEPO

1    The Chairman:  Thank you very much, Mr. Emmert.

2    I will start, Senator Thune will follow, and then

3    Senator Coats.  And then, we'll proceed from there.

4    According to your website, and I'm just sort of going

5    back to some basic stuff, student-athlete health, safety

6    and well-being remain our top priorities.  Yet, in court

7    papers filed for a lawsuit in which a family has sued the

8    NCAA after their son died from a brain injury suffered in a

9    pre-season football practice, the NCAA asserted that "The

10   NCAA denies that it has a legal duty to protect student-

11   athletes."

12   I find that extraordinary.  Now, I know what your

13   answer is going to be and that's going to upset me.  But,

14   the question is how do you reconcile your website's

15   publically stated priorities of promoting health and safety

16   with your private legal arguments which you will declare

17   somehow are different; that the NCAA doesn't have a legal

18   duty to protect student-athletes?  You either do or you

19   don't.

20   Dr. Emmert:  I will not quibble about the language.  I

21   think that was, at the very least, a terrible choice of

22   words created by legal counsel to make a legal argument.  I

23   am not a lawyer.  I am not going to defend or deny what a

24   lawyer wrote in a lawsuit.  I will unequivocally state we

25   have a clear, moral obligation to make sure that we do

60

1   everything we can to support and protect student-athletes.

2       The Chairman:  See, what I perceive is a web of

3   convenient protection to all parties.  You suggested that

4   there are a number of universities.  See, what I really

5   want to see is I have a panel of subpoenaed universities

6   presidents from land-grant, publically funded universities

7   up here.  And I think it'll come to that because I think

8   it's going to have to.  I don't know how we're going to

9   work anything out without it.

10      But you say that was bad language by a lawyer who got

11  confused or, put later, didn't have a good night's rest; or

12  whatever it was.  And so, you sort of slosh over that.

13      Earlier, you said that there are a number of

14  universities that want to make a certain number of changes,

15  which you then enumerated three or four of them.  But then,

16  you've also said, frequently in answers to questions in

17  other fora that you don't have the authority to do

18  anything.  You don't have a vote, which you said here.

19  Everything is in the hands of the universities.

20      My cynical self says that universities like things

21  exactly the way they are because they're making a ton of

22  money.  In fact, they are making so much money and they

23  have more money than they ever had been before, not all,

24  but some.  That there's been about 120 that make most of

25  it; 120 universities.  I don't know how change is possible.

1      How do you make the case for saying that you can be a

2   participant in this process of bringing about change when

3   you say that they don't have to listen to anything you say?

4      Dr. Emmert:  Well, I can tell you, Senator, what is

5   going on right now.  In less than a month now, the Division

6   I board will vote on a completely changed decision making

7   structure.  They will put all of the subjects that we're

8   describing and discussing here today in the hands of the 65

9   universities that have the largest revenue.  The schools

10  that are within the five --

11     The Chairman:  I'm sorry.  I've got to interrupt.

12     Why would you pick the 65 schools that make the most

13  money?  Because, to me, they would be the ones who be the

14  least likely to want to make any changes at all.

15     Dr. Emmert:  Because, quite the contrary, they're the

16  ones that precisely want to make changes; often changes

17  that have price tags associated with them.  And they want

18  to make those changes and are often blocked from doing so

19  by institutions that have less revenue.  So if, for

20  example, you want to move toward a scholarship model that

21  covers full cost of attendance.  Something that the

22  Division I board, in my first year on the job, twice

23  passed.  It was overridden by the membership of the 350

24  schools in Division I, predominantly with the support of

25  the 65 major schools saying this is something we really

1    need and they were blocked from doing so by the other

2    institutions.

3        So those schools are, indeed, the schools whose

4    interests are the points that I just enumerated.  Indeed, I

5    was practically quoting from a letter signed by all the

6    presidents of PAC-12 and all the presidents of the BIG 10,

7    all of whom have said "These are the changes we must make

8    in intercollegiate athletics and we need authority to make

9    those kinds of changes."

10       The Chairman:  Now, is this the 65 largest

11   universities or are these also the smaller ones who you say

12   block progress because it's --

13      Dr. Emmert:  Yes, sir.

14      The Chairman:  -- expensive?

15      Dr. Emmert:  These are the 65 schools that are members

16   of the five largest revenue conferences:  the FCC, the BIG

17   12, the BIG 10, the PAC-12 and the ACC.

18      The Chairman:  Would you agree with me, in my final

19   first round question, that college sports has long

20   forgotten the word amateurism?  And I'm talking

21   particularly about the 120 major -- but you know there's a

22   lot more than that.  That it's just a business and the more

23   money you could make -- I mean, West Virginia University

24   signed onto the BIG 12, which guarantees one thing and one

25   thing only.  And that means that most of the people of West

Alderson Reporting Company
1-800-FOR-DEPO

1    Virginia who are not income, or even moderate income,

2    cannot go to any games out in the Southwest.  Though, West

3    Virginia University sure makes a ton of money from them.

4        How do you respond to that?  Is that right?  Is that

5    fair?  Is that progressive?

6        Dr. Emmert:  If I may, Senator, there's two questions

7    that are being asked there.  The first is do I believe that

8    the 120 or so dominant schools, the FBS schools, perhaps to

9    whom you're referring, have abandoned the concept of

10   amateurism?  And I would say that, no, they have not.

11       I certainly agree with you that the topline revenue,

12   the expenditures that are going on right now, in college

13   athletics have unequivocally moved up very sharply in the

14   past two decades.  The fact that schools are investing

15   those dollars back into their athletic program, makes quite

16   clear that the universities, themselves, are not doing this

17   to "turn a profit."  Indeed, last year, out of the 1,100

18   schools, about 23 in all of America had positive cash flow.

19   In other words, invested all of the money that they had in

20   college sports and had some left over.  Everyone else in

21   the country put resources into college sports instead of

22   taking them out.

23       In terms of the changes that occurred in the

24   construction of the conferences over the past handful of

25   years, I probably agree with you.  I was very disappointed

Alderson Reporting Company
1-800-FOR-DEPO

1    in the changes that conferences sought to make progress in.

2    They created some significant travel challenges.  I

3    believe, not just for the fans but also for the student

4    athletes.  When you have to go across a country for a

5    football game, is one thing because that only occurs

6    occasionally.  When it's your volleyball team, your

7    basketball team, or your soccer team, it means student-

8    athletes are traveling a great deal at great expense both

9    in time and energy and commitment.  So I was quite

10   disappointed in not all but many of those changes that

11   occurred.

12        The Chairman:  I thank you and I turn to Ranking

13   Member Thune.

14        Senator Thune:  Thank you, Mr. Chairman.

15        Mr. Emmert, under your presidency, you indicated that

16   you've taken the initiative to form some of these Division

17   I subcommittees to address needed changes.  And I'm

18   wondering if you could discuss what you hope to accomplish

19   with that initiative?

20        Mr. Emmert:  Thank you, Senator.

21        First of all, as I mentioned, within a month we'll

22   see, I hope, the board pass a completely new decision

23   making structure because of the challenges of the past 24

24   months of making decisions around a very aggressive reform

25   agenda.  The leadership of the 65 leading universities have

Alderson Reporting Company
1-800-FOR-DEPO

1    said, "We simply have to find a better way to make

2    progress."

3         They have identified, as their agenda, many of the

4    items that I just addressed and a handful of others.  So

5    there is a very keen interest in finding, first of all,

6    ways to provide greater support for student-athletes.  We

7    passed, twice over the past 36 months, a proposal to allow

8    universities to give student-athletes as a bare minimum an

9    additional $2,000 in their scholarship to cover all their

10   miscellaneous expenses.  I believe that the universities,

11   this fall and no later than January, will approve a

12   proposal to do something just like that yet again.  And I

13   hope an even more robust model to cover the real legitimate

14   cost of being a student-athlete.

15        We were able to pass changes that allowed, but didn't

16   require, multi-year scholarships for a student-athletes

17   prior to three years ago.  The universities were literally

18   forbidden by NCAA rules about providing multi-year

19   scholarships.  We were able to get a change in the rules to

20   allow them and I think we're well on our way toward

21   mandating that they be, in fact, multiple-year commitments

22   so that student-athletes don't have to worry about whether

23   or not they're going to be able to finish their degree on

24   time.  I think that is extremely likely to happen.

25        As I mentioned also, there's a very strong interest in

Alderson Reporting Company
1-800-FOR-DEPO

1   this same group of leading universities that cover the

2   cost, fully, the cost of insurance programs.  The vast

3   majority of universities cover all of those costs today but

4   it shouldn't be a question.  It should be quite clear that

5   no student-athlete will ever have to cover costs of

6   insurance or injuries that they are inflicting on them when

7   they are student-athlete.

8       And I think, finally, we've got to address this issue

9   of time.  The demands that are placed on student-athletes

10  right now are, in my eyes and I think in the eyes of many

11  including, I suspect, Mr. Bradshaw, the demands that are

12  being placed on young men and women; both in terms of

13  what's required of them for regular coaching, what's

14  required from informal coaching, what's required simply to

15  be competitive these days, is far too great a time, a

16  demand, and we need to find ways -- I completely agree with

17  Mr. Ramsay, for example.

18      We need to find ways that young men and women can take

19  advantage of internships, of study abroad opportunities, of

20  all the things that we know that help prepare them for life

21  because a very, very tiny fraction of them are ever going

22  to play professional sport.  For virtually all of college

23  players, their last game is their last game in college.

24  That's not going to be their profession.  Their

25  professional life and their life in general is going to be

Alderson Reporting Company
1-800-FOR-DEPO

1     changed by having a meaningful degree and meaningful

2     experiences that go along with that.  That means we've got

3     to create opportunities for them to do the many things that

4     are available on campuses.

5         Senator Thune:  Thanks.

6         Mr. Bradshaw, you bring a unique perspective as former

7     AD, and as a member institution, taking care of the well-

8     being of your student-athletes.  And I'm told that it was

9     your practice, while at Temple, to conduct exit interviews

10    and I'm wondering, and at sometimes those led to

11    substantive changes in policy and how programs could be

12    improved.  But do you got some examples from those

13    interviews that you can share with us that led to direct

14    improvements in the way that Temple addressed the needs of

15    student-athletes?

16        Mr. Bradshaw:  We gathered our best information from

17    our student-athletes about how they were being treated.  As

18    many of you might know, student-athletes aren't the most

19    shy people in the world.  They -- absolutely.  They're like

20    my teenagers.  They let you know when they're hungry, they

21    let you know when you need things.  So the exit interviews

22    were invaluable because seniors were leaving the

23    institution.

24        We'd also follow-up.  We had questionnaires that we

25    sent the seniors a month before they left and then went

1    over those questionnaires with the student-athletes, talked

2    about every facet of their experience at the university.

3    That was helpful.

4         We also had a captain's council, which was an

5    aggregate of all the captains from every team that got

6    together without the coaches, just myself and some

7    administrators, to hear everything they had to say about

8    their experience so that we could use that in recruiting

9    and help to do a lot better job.

10        We also have team meetings with each of the teams

11   before their seasons to welcome the freshman and also to

12   gather input from those freshmen about it.  And we were

13   able to gather very valuable things.  Like, we had one team

14   who their practice facility was maybe about 25 minutes from

15   campus and when they got back in the evening, they weren't

16   able to get the kind of quality dinner because a lot of the

17   students had already been in there and things were picked

18   over.  And we were able to extend that time for their meals

19   for an hour so that those student-athletes could eat.

20        We also had football players who were practicing in

21   the afternoon, some of them in pre-med.  And some of the

22   courses they were taking were right up against their

23   practice.  We were able to get that football coach to take

24   those practices in the morning when 97 percent of the

25   classes that the kids were taking were there.  So that was

Alderson Reporting Company
1-800-FOR-DEPO

1    very valuable input right from the center of our universe,

2    the student-athletes.

3        Senator Thune:  My time has expired, Mr. Chairman, but

4    from the athletic director's standpoint, what role do you

5    see the AD and the universities playing?  I mean, some of

6    these things you can go above and beyond what the NCAA

7    requires; correct?  I mean there's --

8        Mr. Bradshaw:  Yes.

9        Senator Thune: -- a lot of flexibility that's allowed

10   at the member institutions to make decisions that are the

11   best interests of their student-athletes.

12       Mr. Bradshaw:  And we should.

13       We have the responsibility and its institutional

14   control.  It's not only the Chairman of the Board or

15   trustees but the president and athletic director should all

16   be onboard and have similar philosophies and missions and

17   principles about how that works.  And in concert with all

18   those people because sometimes you need funds to do the

19   things that you need to do and you need support from the

20   board and the president.

21       So it's very important that all of us work together to

22   do that because we're out recruiting other student-athletes

23   and that's a brand we call "Athletics, the front porch of

24   the university."  It might not be the most important thing

25   you see when you drive by but it's the most visible

Alderson Reporting Company
1-800-FOR-DEPO

1    messenger of the brand of the university.

2         Senator Thune:  Thank you.

3         Mr. Chairman, thank you.

4         The Chairman:  Thank you, Senator Thune.

5         Senator Coats.

6         Senator Coats:  Mr. Chairman, thank you.

7         Dr. Emmert, thank you for being willing to testify

8    here.  I know you didn't have to do this and I think it's

9    been very constructive to hear the reforms that you have

10   initiated and those that you hope to initiate.  And it

11   sounds like there's some real positive things that are

12   happening relative to the issues that, as you have

13   acknowledged, are challenges for the NCAA, and challenges

14   for the universities and challenges for our committee.

15        Mr. Chairman, I want to thank you for following

16   through on your commitment to me and to others that, you

17   know, we're going to have a good, solid, non-theatrical

18   investigation and committee process here.  Because, I think

19   we're all on the same page in terms of how can we best

20   preserve the student-athlete and best provide for them.

21   How do we address some of the challenges that we're facing

22   today with the revenues and so forth.  And I think this is

23   a very constructive effort that we're undertaking here.

24   And I thank you for pulling all that together.

25        Here's what I'm hearing and I'm leading to a question

Alderson Reporting Company
1-800-FOR-DEPO

1    here.  But, I'm hearing from our witnesses that there are

2    many positive things happening and many positive results

3    coming from being a student-athlete.  That opportunities

4    that are available to athletes that otherwise would not

5    have been able to get a college experience and a college

6    degree in the education process.

7        The list of reforms that Dr. Emmert has basically said

8    these are his proposals, and I think it goes right to what

9    we are trying to accomplish here:  Scholarship for life;

10   the full and actual cost of attendance payment; leading and

11   taking the lead in areas of health and safety; addressing

12   the sexual assault issue which goes across all aspects of

13   athletics but also college experience, it's not limited to

14   just one; medical insurance, dealing with those questions;

15   academic priorities, and we talked about the time issue;

16   support for Title IX.

17       I mean, it's been remarkable what has happened under

18   Title IX in terms of the number of women that are able to

19   participate in athletics, games, scholarships.  Many of

20   those also would not have perhaps had a chance with

21   scholarship help and support.  The vast majority of schools

22   that, whether Division II or Division III or not in the top

23   65, and that offer all these opportunities.  It's something

24   we want to preserve, it's something we want to improve.

25       I think we have a president of the NCAA who is a

Alderson Reporting Company
1-800-FOR-DEPO

1   reformer, known as that. That's why he was hired. He's

2   taken steps already, and willing to take significant steps

3   forward.

4        Now, obviously, it goes to this question, Dr. Emmert,

5   of the 65. I was encouraged about your response to the

6   Chairman's question relative to their interest in

7   addressing these issues. Now, it's one thing to say that

8   their willing to do it, it's another thing to do it. So we

9   wish you success but we understand that it's -- you're the

10  proposal. You're the initiator but they're the decision

11  makers.

12       And so, I hope, Mr. Chairman, that over some period of

13  time here, hopefully relatively soon, we can get a positive

14  result from that effort. Because, I think that's really

15  where these major issues fall.

16       But Dr. Emmert, would you just give us one more shot

17  at the ability to address what I think goes to the root of

18  the problem, but also to the root of the solution. And

19  that is that the top 65, which are the revenue generators,

20  we don't want jeoperdate is the other 1,000 or so that

21  aren't, and put them in a situation where they won't be

22  able to fulfill Title IX or they won't be able to fulfill

23  the level of sports that get so many young people the

24  opportunities to participate and get a college education at

25  the same time.

73

1    Dr. Emmert:  Yes, Mr. Chairman and Senator Coats.  I

2  think you're asking one of the, well, two of the most

3  important questions.

4    And first, is a recognition that 100 years ago when

5  the NCAA was created it was, as Mr. Branch pointed out,

6  created with some impetus from the White House and Congress

7  because of all the challenges in college sports.  And at

8  that time, it was determined that college sports should be

9  appropriately self-governed; that the universities

10  themselves were capable of providing the right kind of

11  structure and governance and oversight to make college

12  sports work effectively for young men and young women.  And

13  we're at a point now where we're going to see, yet again,

14  whether or not that self-governance system still works.  I

15  have confidence because I know most of these presidents as

16  colleagues and I know their interests and their

17  considerations and concerns that provides a mood of

18  confidence that they want to move forward on the agendas

19  that I described, plus more, in the coming weeks and

20  months.

21    Now, I think, Mr. Chairman, this hearing is a useful

22  cattle prod, if you will, to make sure that everyone

23  understands that the world is watching.  The U.S. Senate is

24  watching and everyone is paying attention to what

25  universities are going to do to address these very real and

Alderson Reporting Company
1-800-FOR-DEPO

1    significant issues.  I think all of those things, combined,

2    give me some very positive belief that we're going to wind

3    up in the right place in a matter of months.  Now, if we're

4    not, then we have another conversation that we can have.

5    I'm sure.  And I have no doubt, sir, that you or your

6    successors will make sure that we have that conversation.

7    But I have no concerns about this body or any other trying

8    to hold universities accountable for the things that they

9    need to and should be doing.

10        Senator Coats:  Thank you, Mr. Chairman.  My time has

11   expired.

12        Senator Klobuchar:  Mr. Chairman, I wanted to note for

13   the record that Senator Coats, out in the hallway, found

14   out he just had his tenth grandchild.

15        [Laughter.]

16        Senator Klobuchar:  Just for the record.

17        Senator McCaskill:  And I heard he cried --

18        [Laughter.]

19        Senator Klobuchar:  Oh, I didn't tell her that.

20        [Laughter.]

21        Senator Coats:  I had to leave.  I cried --

22        Senator McCaskill:  We love that.

23        Senator Coats: It's as hard as number one.

24        The Chairman:  You don't get to meet, you know, some

25   kind of a --

Alderson Reporting Company
1-800-FOR-DEPO

1        Senator McCaskill:  A guy who cries over his

2    grandchildren is very cool.

3        Senator Klobchar:  We like that.

4        Senator Coats:  That's a good thing.

5        Senator Klobuchar:  Thank you.

6        Senator Coats:  I agree.

7        The Chairman:  It's another form of cartel.

8        [Laughter.]

9        The Chairman:  Senator Heller, to be followed by --

10       Senator Heller:  Thank you, Mr. Chairman.  I hope this

11   doesn't get you in trouble also; calling on me next.  But I

12   have a couple things for the record.

13       First, I'd like to submit an opening statement.  Your

14   staff has that.

15       The Chairman:  So ordered.

16       [The information referred to follows:]

17        [COMMITTEE INSERT]

18

19

20

21

22

23

24

25

Alderson Reporting Company
1-800-FOR-DEPO

1      Senator Heller:  And second, also for the record, is a

2    USC alum who spoke with Pat Haden just before this hearing.

3    I'm pretty sure that we usually watch the Trojans beat

4    Notre Dame on NBC and not on ESPN.

5      Sorry, Mr. Branch.

6      [Laughter.]

7      Senator Heller:  No, that's Stanford.  I wish I could

8    say that.

9      Having said that to you, Dr. Emmert, I have a couple

10   questions.  The seven points that you brought up I think

11   are, what you say you're trying to achieve, I think are

12   more weaknesses today than they are strengths.  If you have

13   to talk about students having scholarships for life, today

14   you don't have them.  And I think that's a weakness.  If

15   you have to talk about men and women, and having full and

16   actual coverage of their costs while they're in college, is

17   a weakness because it's something that you don't have

18   today.  If you're talking about leading in the area of

19   safety, you're not doing it today.  If the NCAA is talking

20   about taking the lead in sexual assault, then they are not

21   doing it today.  If you're talking about gaps in insurance

22   coverage, means it's not happening today.  We can go on and

23   on.  Managing time and demands on these men and women that

24   are in school, means it is not happening today.

25     And I'll share with you, every once in a while the

Alderson Reporting Company
1-800-FOR-DEPO

1   Chairman and I agree on something.  I call that lightening

2   in a bottle.

3       The Chairman:  Careful.

4       Senator Heller:  Maybe the stars are aligning.  I'm

5   not sure on this one.  But, needless to say, I agree with

6   him.  And that is that we do have jurisdiction here, in

7   this Congress, over the NCAA.

8       And so, my question to you is this:  If tomorrow there

9   was a bill in front of the United States Senate that would

10  disband the NCAA, and for all their discussions in hearings

11  and witnesses that spoke today, give me reasons why I

12  shouldn't vote for that bill.

13      Dr. Emmert:  Well, I am happy to.

14      The fact is that, first of all, we've been focused

15  already in this brief period of time on the things that

16  aren't happening.  But the reality also is is that an

17  enormous amount of very, very good things are happening --

18      Senator Heller:  Good.  I want hear those.  I want to

19  hear those.

20      Dr. Emmert:  -- that we have talked about.  So when we

21  focus on the issues of college sports, the vast majority of

22  them, as many of you have noted, the vast majority of those

23  issues are really focused on men's basketball and football

24  as it's played in the top handful of institutions.  If you

25  look at BCS football and men's basketball, you are looking

1    at less than 5 percent of all of intercollegiate athletics.

2    You're missing 95 percent of intercollegiate athletics.

3    For that other 95 percent, there are very few of those

4    challenges or problems that are occurring.  Indeed, it is

5    serving.

6         So, I'm not very good at math in my hand, but if it's

7    95 percent of 460,000 students, let's just say it's 450,000

8    students or 425,000 students for whom this is working

9    amazingly well.  They are graduating at a higher rate than

10   the rest of the student body on their campuses, they're

11   graduating at a higher rate than the rest of the students

12   in the United States.  Yes, we can in fact have a very good

13   learning discussion about how we measure graduation rates.

14   But if you use the federal graduation rate, student-

15   athletes in Division I graduated 1 percent higher than non-

16   athletes on all of our campuses across America.

17        If you look at men's and women's basketball, if you

18   look at football, the graduation rates, as Mr. Bradshaw

19   pointed out, have been steadily growing for more than 15

20   years now; each and every year.  If you look at African-

21   American men the African-American men on any given campus,

22   have a 9 percent higher probability of graduating if they

23   happen to be an athlete than if they're not an athlete.

24        The fact is its student-athletes make very good

25   students.  Yes, there are many issues, and our two former

1   athletes here, I think, have pointed them out very nicely

2   that need to be addressed.  But, for the vast majority of

3   students, being an athlete also goes along with being a

4   better student and more likely to graduate.  And also, we

5   believe, though the data is not well done, and I just

6   learned from Dr. Southall that he's working on a study that

7   I think will be very useful, we believe that there's good

8   reason to see that they are more successful in life as

9   well, overall.

10       So one of the things that we all need to work on

11  together is to make sure that we don't throw the baby out

12  with the bathwater here.  Intercollegiate athletics, as you

13  pointed out, Mr. Rockefeller, is a wonderful part of our

14  society and provides extraordinary opportunities for the

15  vast majority of student-athletes.  I focused my comments

16  on the things that I'd like to see fixed.  You just

17  elaborated on them.  That should not be interpreted as

18  everything is wrong in college sports.  Indeed, even if you

19  look at scholarships, in fact, no one is giving a

20  guaranteed four, no one.  Most schools are not giving

21  guaranteed four-year commitments.  USC has just committed

22  to do that.  University of Indiana has just committed to do

23  that.  A handful of others are looking at it right now --

24       Senator Heller:  But wasn't that --

25       Dr. Emmert:  -- but the reality is is that almost no

Alderson Reporting Company
1-800-FOR-DEPO

1   student ever losses their scholarship.

2       Senator Heller:  But wasn't that prohibited by the

3   NCAA?

4       Dr. Emmert:  It was.

5       Senator Heller:  When did that change?

6       Dr. Emmert:  That's one of the things that I think

7   will occur in the coming months.

8       Senator Heller:  In other words, schools did offer

9   four-year scholarships until the NCAA prohibited it.

10      Dr. Emmert:  They did and I have no idea why that was

11  put into the rules.  I have my own notions, but I have no

12  idea -- I don't even know when that occurred but a number

13  of years ago.

14      Bill, do you know when that occurred?

15      Mr. Southall:  1974.

16      Dr. Emmert:  1974

17      Mr. Bradshaw:  1973.

18      Dr. Emmert: '73.

19      Senator Heller:  And no reason as to why?

20      Dr. Emmert:  Bill, do you know why?

21      Mr. Bradshaw:  I really don't know, really don't know.

22      Dr. Emmert:  None of us was in the room.

23      Mr. Bradshaw:  In recruiting, it's not a very good

24  idea not to give multi-year scholarships.

25      Senator Booker:  I trust the historian.  I'd love to

81

1   hear what Taylor Branch --

2      Senator Heller:  I would.  I'd like to hear this, yes.

3      Mr. Branch:  The historical record on that was that it

4   was driven by the coaches at the biggest universities,

5   precisely the 65 biggest schools, because they wanted more

6   control over their athletes; they're driven to win.  You

7   have a better chance of winning if you control the athlete

8   and what time he gets up and how much time he spends in the

9   weight room, and so on and so forth.  And if you can yank

10   their scholarship, then you got more control over them.

11      Senator Coats:  But you can't do that anymore; right?

12      Senator McCaskill:  Yes, you can.

13      Mr. Branch:  Yes, you can.

14      Senator Coats:  You can't control the time --

15      Mr. Branch:  The NCAA, in 1973, at the behest of the

16   big school athletic departments and coaches put in a rule

17   that you could not offer more than a one-year scholarship.

18   In other words, guaranteeing the coaches that control over

19   the athletes.  And that survived for 40 years.  Now, what

20   they're trying to do is to repeal that law so that you

21   could, at your option, offer more.

22      Dr. Emmert:  Excuse me, for interrupting.  It has, in

23   fact, been repealed.  It's one of the first things that I

24   insisted on.

25      Mr. Branch:  But it lasted for 40 years at the behest

Alderson Reporting Company
1-800-FOR-DEPO

1  of the same 65 schools that are now proposing to do these

2  reforms that you're talking about.  And I think they're

3  good, but it's because they can afford them and because the

4  gap between the level of money involved and the needs of

5  these athletes has gone so obscene that they want to do it

6  on their own and they can afford to do it.

7      Senator Booker:  If Senator Heller would allow me

8  because this is such an important point.  It has not

9  changed.  A student-athlete, right now, who for the reasons

10 of a coach at any time can revoke that scholarship so that

11 that student is no longer able to stay at a university.

12     Dr. Emmert, that's true right now; right?

13     Dr. Emmert:  It's a variable.

14     So, starting last year, schools -- two year ago.

15 Pardon me.  Schools were provided the option.  In other

16 words, this prohibition was repealed so that a school today

17 can offer a multi-year scholarship and many do.

18     So, as I just mentioned, the University of Southern

19 California and Indiana, for example, have recently

20 announced that that is precisely what they are going to do

21 is offer full four-year scholarships.  Many schools in the

22 BIG 10 have been doing so since this prohibition was

23 lifted.  I don't know the extent to which it --

24     Senator Booker:  But it is not uniform?

25     Dr. Emmert:  But it is most certainly not uniform --

83

1  Senator Booker:  And it's not even the majority of

2 schools.

3  Dr. Emmert:  I believe that it's not --

4  The Chairman:  Senator Booker --

5  Dr. Emmert:  -- not close to the majority.

6  The Chairman:  -- your turn will come.

7  [Laughter.]

8  Dr. Emmert:  Would the NCAA ever order this --

9  Senator McCaskill:  Do we need to remind him that he

10 is junior on this committee?

11  [Laughter.]

12  Senator McCaskill:  I think somehow he forgot about

13 this thing.

14  The Chairman:  And now we're calling on Senator

15 McCaskill.

16  Senator McCaskill:  Thank you.

17  I would like to offer into the record the roll call of

18 the institutions who voted to reestablish the one-year

19 rule.  After it was voted in, in 2011, that you could have

20 the option of giving a four-year scholarship, the very next

21 meeting there was an attempt to overrule that decision.

22 They needed a two-thirds vote to overrule the decision to

23 go back to the one-year requirement.  I think it would be

24 very interesting for the members of this committee to look

25 at the institutions that voted to go back to a one-year

Alderson Reporting Company
1-800-FOR-DEPO

1    requirement in 2012.  They need 62 and a half percent.

2    They got 62.12 to go back the one-year.  And I think you'll

3    be surprised.  It's counterintuitive.  Some of the

4    institutions that voted to go back to the one-year, like

5    Harvard voted to go back to one-year; Yale was strong, they

6    abstained.  We had institutions like Texas, all wanted to

7    go back to one-year, but then there were smaller schools

8    that wanted to go back to one year.

9        Senator Thune:  What did Missouri do?

10       Senator McCaskill:  One Missouri school did, but the

11   University of Missouri did not.  And I was willing to offer

12   this into the record and I was nervous when I got this

13   because I was afraid that my university might have voted to

14   go back to one-year.  But it's very telling that in 2012 --

15   Now I guess my question to you, Dr. Emmert, is why wasn't

16   this made public at the time?  Because, I think most of

17   these universities would be embarrassed if they were

18   publically called out that they were unwilling to give a

19   four-year scholarship to an athlete.  So why did it take a

20   request from Congress for this roll call for this to ever

21   reach the light of day?  And I would ask this list to made

22   part of the public record?

23       The Chairman:  So ordered.

24       [The information referred to follows:]

25        [COMMITTEE INSERT]

1     Dr. Emmert:  Well, the data were made available to all

2  of the memberships.  So --

3     Senator McCaskill:  I'm talking about to the public.

4  Why didn't you put it on your website?

5     Dr. Emmert:  I'm not debating the fact.  I just don't

6  simply know whether it was not put on the website.  The

7  debate was very public.  It was, obviously, a very disputed

8  case.  It's a very interesting debate.  I was quite stunned

9  by some of the argumentation.

10     So we have the -- and one of the things I didn't

11  mention about changes that I anticipate in the coming

12  weeks.  Mr. Branch pointed out something that's part of the

13  Olympic movement, Olympic tradition now that, in the United

14  States, that student-athletes have to have a very -- not

15  student-athletes.  Olympic athletes have to have a

16  substantial vote and voice in all of the deliberations of

17  the Olympic bodies.  I certainly advocate for a model much

18  like that and, indeed, the proposal that's going to be

19  voted on later, in August, will include a full

20  representation of students as voting members alongside the

21  presidents and athletic directors on all of the legislative

22  bodies.

23     But, we currently have student-athlete advisory

24  committees that we turn to all of these issues --

25     Senator McCaskill:  Dr. Emmert, that's all great.

Alderson Reporting Company
1-800-FOR-DEPO

1    Dr. Emmert:  No, but if I might, ma'am.  The student-

2    athlete advisory committee advised against putting in

3    multi-year scholarships because they happened to agree with

4    coaches that it was a good incentive for their colleagues

5    to remain engaged.  So some universities voted to overturn

6    this because they're very own student-athlete advisory

7    committee said, "No, no, no, no, don't give multi-year

8    scholarships.  We like one-year scholarships."

9    My point is simply, ma'am, it was quite

10    counterintuitive in many levels.  And I was quite appalled

11    by --

12    Senator McCaskill:  Okay.  Fair enough.

13    I would like to talk to those students because I think

14    they probably felt pressure from coaches if they were all

15    student-athletes.  I have a hard time imagining that any

16    student thinks it's in their best interest to get a one-

17    year scholarship rather than a four-year scholarship.

18    I'd like to get to handling rape accusations.

19    Dr. Emmert:  Yes, ma'am.

20    Senator McCaskill:  In one of the responses to one of

21    the letters I sent you, you indicated that you provide an

22    online Title IX legal and best practices material and video

23    classes.

24    My question is:  In that material, do you make the

25    recommendation to your institutions that they not be

Alderson Reporting Company
1-800-FOR-DEPO

1    allowed to handle the adjudication of Title IX complaints

2    involving sexual assault against student-athletes?

3        Dr. Emmert:  I don't know the answer to that.

4        Senator McCaskill:  Well, we've done a survey and the

5    results came out today.  And I was shocked to find out 30

6    percent of the Division I, II, and III schools allow their

7    athletic departments to handle the allegations against

8    their athletes.  Now, we have a big problem with victims

9    being willing to come forward.

10       And I assume you've read the long cover story about

11    the investigation that did not occur with Mr. Winston at

12    Florida State?

13       Dr. Emmert:  I have.

14       Senator McCaskill:  That there was no investigation of

15    that allegation.  We will never know whether he was guilty

16    or not because nobody ever investigated it because of who

17    he was.

18       If you're a victim and you know your allegation is

19    going to be handled by the athletic department as opposed

20    to any other student on campus who is handled in a

21    different system, why in the world would you think the

22    process was going to be fair?

23       Dr. Emmert:  I read your data this morning and I was

24    both, it sounds like, equally surprised and dismayed by

25    that fact.

1    I think the concern you're raising is spot on.  I

2    think it creates, first of all, an enormous amount of

3    conflicts of interest.  I think it creates the kind of

4    enormous apprehension you're describing right now on the

5    part of a victim.  As somebody who has spent most of his

6    life on campus and, in several jobs, had responsibilities

7    for campus safety.  Whenever I was a president, I had to

8    deal with victims and family members of victims and people

9    who had suffered egregious harm.  And I always found it the

10    most difficult problem that I'd ever wrestle with.  I think

11    this is something that needs to be addressed.  I think your

12    data is shining a very important light on a phenomenon that

13    I think most of the members are going to be very surprised

14    to know exist.

15    Senator McCaskill:  Well, I think that, my sense, and

16    I have a lot of questions about transparency of money and

17    about whether or not things are made public.  I feel for

18    you, because part of me thinks you're captured by those

19    that you're supposed to regulate but then you're supposed

20    to regulate those that you're captured by.  And I can't

21    tell whether you're in charge or whether you're a minion to

22    them.

23    The notion that you can't forcefully state "I will go

24    after this and I will make sure that no university allows

25    their athletic department to handle a sexual allegation

1  against one of their team members," you know, I don't sense

2  that you feel like you have any control over this

3  situation.  And if you have no control, if you're literally

4  a monetary pass-through, why should you even exist?

5      Dr. Emmert:  Well, I think the reality is is that

6  while the issue we're talking about here, I don't have a

7  vote on and I don't get to set those policies.  I can

8  certainly set the tone on it and I can certainly be someone

9  who voices a very loud opinion and says, "This is not

10  right.  This is inappropriate.  These are the conflicts

11  that exist when you have a policy and a practice like this

12  on your campus."

13      When I first took this job, the very first summit I

14  held in Indianapolis was a summit on sexual violence.  It

15  was a summit that led to the creation of a working group of

16  experts and not college athletic folks but of experts from

17  across the country to create a working group and a think

18  tank.  We're going to issuing the results of their work

19  this summer as a workbook and a guide to best practices.

20      I'm now, thanks to your work, going to in and make

21  sure that this issue is addressed in that handbook.  And

22  I'm going to talk to the leadership at our very next

23  meeting in August, about the fact that this is really

24  inappropriate and we need to find ways to make sure that

25  athletic departments are not the ones who are responsible

Alderson Reporting Company
1-800-FOR-DEPO

1   for adjudication of these issues because of all the obvious

2   concerns that you raise.

3        Senator McCaskill:  Thank you.

4        Dr. Emmert:  I couldn't agree more.

5        Senator McCaskill:  Thank you.  I'm over my time and

6   I'll try to come back.  I hope somebody else covers the

7   questions about young people from families that can't

8   afford to even travel to see their children play in the

9   games.

10       Dr. Emmert:  Yes.

11       Senator McCaskill:  Because, meanwhile, the

12  universities are making gazillion dollars off their

13  children but their parents can't even get a stipend to

14  attend the game to watch their child play.  There's

15  something wrong with that scenario.  And it's going on

16  college campus across this country every single week.

17       Dr. Emmert:  I agree with you.

18       The Chairman:  Thank you.

19       Senator Klobuchar.

20       Senator Klobuchar:  I thank you very much, Mr.

21  Chairman.

22       And I just want to start with one of my favorite

23  stories of the year; was the coach, the coach, is the coach

24  for the University of Minnesota football team, Coach Kill,

25  who has epilepsy.  And, as you know, Dr. Emmert, he had a

1    number of seizures during games, during stressful moments

2    in games.  And the University of Minnesota president

3    decided we're not going to get rid of him, we're keeping

4    him on.  Our record has been a little rocky, the Gophers.

5    But they kept Coach Kill on.  He had to coach from a box.

6    He couldn't coach on the field because of his condition.

7    And during the entire season, he coached from a box.  And I

8    was there when we beat Nebraska with him in a box.  It was

9    a great moment.

10        And it was a great story, but it does make me thing,

11   as I hear all of this, that that kind of compassion, what

12   was so captivating about that story, was that it kind of

13   defied what had become of so many of these big sports games

14   and the kind of cut throat competition and how people were

15   treated.

16        And so, I think what you're hearing up here today is

17   the hope that these are deliverables.  These are things

18   that can happen.  When you talk about changing the sexual

19   assault policy, making sure the players have the healthcare

20   insurance, making sure that they have the time to do these

21   internships; these aren't like crazy hard things to do.  I

22   think they're possible things to do.

23        And so, what I more want anything, as I listen to all

24   this, is that we commit.  And I know the Chairman will be

25   retired, but he will be here, I'm sure, for this.  That we

92

1   have another hearing whether it's six months from now or a

2   year from now to check up on what's happening with these

3   things.  Because, these are things that we don't have to

4   pass a law to change, when I listen to some of these

5   commitments and the possibilities.

6       And I wanted to go with one of the things, and that is

7   that we haven't talked about as much.  And that is the

8   issue of the concussions.  We've had several players,

9   whether they are at the high school level or at the college

10  level.  And I know Senator Tom Udall, I've cosponsored his

11  bill and we've had hearings on this specific topic already.

12  But I understand that there is some work being done here.

13  I know there's a lawsuit that's going on but I wondered if

14  you could comment, Dr. Emmert, and then I'll ask you, Mr.

15  Rolle, with your medical focus here; just your opinion of

16  it.  But if you could talk about what's being done with

17  this issue because I think it's a very important issue for

18  all levels of sports.

19      Dr. Emmert:  I think it's a critical issue and it's

20  most heavily identified with football, of course, but it's

21  also the leading cause of concussions for young women in

22  soccer, for example.  And it occurs in virtually every

23  sport.

24      There's a number of things going on.  I'll be as quick

25  as I can.  First of all, as I mentioned in my opening

Alderson Reporting Company
1-800-FOR-DEPO

1    comments, when I first came into the office, I was a bit

2    surprised to find there wasn't a chief medical officer

3    position in the NCAA.  So I created that job and we went

4    out and we hired a wonderful doctor, Brian Hainline, who is

5    a neurologist.  He has been working unbelievably hard to

6    pull together, first of all, a best science.

7         One of the big problems is we don't have good science

8    on concussions.  It is not as well understood as we all

9    might think.  And so, once they've done that, just this

10   past handful of days, they released the first ever

11   consensus among all the medical community on the treatment

12   and the prevention of concussions, especially around

13   football and new football practice guidelines around

14   contact and a variety of other things.  We signed with the

15   Department of Defense, about two months ago, an agreement

16   to do a $30 million project.  We're putting up $15 million,

17   DoD is putting up $15 million to track longitudinally,

18   first of its kind ever track longitudinally, young men and

19   women and try and get a legitimate history of the

20   occurrence of and a treatment of concussions so that we

21   understand it better.  We're working with all of the youth

22   sports organizations to try and get better practice

23   guidelines, working with the NFL on their Heads UP program

24   to try and get coaches, especially in football, coaches

25   trying to teach young men and boys how to tackle properly.

Alderson Reporting Company
1-800-FOR-DEPO

1    But we have the same issue with soccer.  So there's

2  some soccer coaches, girls' soccer coaches, that are saying

3  now we need to ban any heading until girls and boys are at

4  least 12 years of age.  And so, we're looking at trying to

5  lend our support to those kind of efforts.  We're making,

6  pardon the pun, headway but the facts are we need a lot

7  better understanding of this disorder and how we can

8  prevent it.  I'm pleased with where we are and I'm proud.

9    Senator McCaskill:  Mr. Rolle?

10   Mr. Rolle:  Well, part of the reason, actually, why I

11 stopped playing in the NFL to pursue medicine and go into a

12 particular specialty of neurosurgery was because a lot of

13 my teammates having early onset dementia or traumatic brain

14 injury or some of these chronic traumatic encephalopathies,

15 things that you often associate with several concussive

16 episodes.  I saw it in the NFL, I saw it in college.  And

17 now, as an inspiring neurosurgeon, I would love to add

18 expertise to that discussion.

19   But I think at the collegiate level, one thing that I

20 noticed in the locker rooms were a lot of my teammates, a

21 lot of fellow athletes of mine, you know, we want to be

22 fast; right?  We want to be quick.  We want to be nimble.

23 We want to be agile.  And so, the protective equipment that

24 we wear, a lot of the guys were choose and select equipment

25 that's lighter and maybe not as protective.  And so, that

Alderson Reporting Company
1-800-FOR-DEPO

1    might lead to more concussive episodes.

2         I think education, as Dr. Emmert said, is incredible

3    important.  We do have some athletic trainers and doctors

4    that come and speak to us as collegiate athletes and talk

5    to us about the dangers of concussion, but if you are

6    concussed as a player, sometimes you feel pressured and

7    forced to get back on the field as quickly as possible.

8    And then, if you have a risk of getting a second

9    concussion, you're likelihood of getting a third and a

10   fourth, a fifth, goes up exponentially actually.

11        And so, the pressures and stresses of trying to be on

12   the field, trying to compete, not losing your position all

13   at the same time, as Devon said earlier, if you're not on

14   the field and if the coaches can't see you, you're not

15   exposed, then you perhaps lose your opportunity of getting

16   drafted high and getting to your next level.  And so,

17   there's a lot of different issues that go on.

18        I think one way to address this issue along with

19   education is just to, perhaps, change the culture, change

20   the focus, of big collision, high velocity hits in the

21   sport of football, and the idea that that is a part of the

22   game.  It is not a part of the game, actually.  If you look

23   at the rulebook, it's just to take a player to the ground,

24   similar to how a rugby is performed, but you see all the

25   highlights and all the exposure on these big, high velocity

96

1    hits where guys are spearing into another player and that's

2    what gets highlighted, that's what gets celebrated.  And I

3    think that's a wrong path.

4         And so, as I said, hopefully in a few years or so, I

5    can add more knowledge to this discussion.  But, from my

6    anecdotal knowledge, it is an issue that's not only in the

7    NFL but also in college and even before that; high school

8    and primary football, as well.

9         Senator McCaskill:  Okay.  Well, thank you.

10        And I'll ask the questions on the record about the

11   internships of you, Mr. Ramsay, because I just thought that

12   was really fascinating when you look at the numbers that

13   Dr. Emmert gave us on what a small proportion of the

14   student-athletes end up going into pro-sports.  That's most

15   likely not going to be their career.  And they have to have

16   that ability to pursue.  And if it's supposed to be 20

17   hours than we have to find some way to measure that and

18   enforce it so that it's across-the-board.  And that's one

19   of the things I'm very interested in hearing the follow-up

20   in a year.  And I thank you for bringing that to our

21   attention.

22        Thank you.

23        And it also says to go down, as we discussed, Dr.

24   Emmert, yesterday, to the high school level and so that we

25   put some of this in perspective.  And I do think there's

Alderson Reporting Company
1-800-FOR-DEPO

1    ways to change cultures.  We've changed cultures in this

2    country before and still have great sports games.

3         Thank you.

4         The Chairman:  Thank you, Senator Klobuchar.

5         Senator Nelson, I want to say something about you.

6         To me, this hearing so far has been a lot of talk

7    about a lot of things which have been around for an awfully

8    long time, which we all think should be solved.  But

9    they're not solved, and I think there are very clear

10   reasons for it and that decision making reason is very

11   flawed, fragile and useless.

12        Florida, which has -- everybody recruits from Florida.

13   They have a law which you would know, Senator Blumenthal,

14   that transparency, how money is spent, has to be made

15   public because they have a law.  And so, you know, when the

16   contributions and the NCAA comes in and only a small

17   portion goes to education and all kinds of things go to the

18   stadium, that's all available to the public.

19        And so, I commend them for coming from a state like

20   that.  And I just think that's the path for so many answers

21   which we just otherwise seem to be unwilling to deal with.

22   Excuse me.

23        Senator Nelson:  Well, thank you Mr. Chairman.

24        I think a lot has come out of this committee hearing

25   that should enable and help Dr. Emmert to continue with the

98

1   reforms that he's trying.  Now, so much has been said about

2   so many of these issues.  Let me just highlight a couple.

3        I happen to know because I was mesmerized with Mr.

4   Rolle as a player at Florida State.  And for him to do his

5   interview for the Rhodes Scholarship, which was in the

6   South on a Saturday, his president, T.K. Wetherell, had to

7   get special dispensation so that they could get someone to

8   donate a private jet for him that could fly him somewhere

9   in the Northeast when Florida State was playing up here.

10   And, even so, he made it only in the second half.  But, the

11   emphasis, you know, that's something that's so common sense

12   that you would want a player to interview for the Rhodes,

13   and yet it was a big deal.  And it shouldn't have been.

14        The fact of so many of these players are coming from

15   families that are dirt poor, and they don't have the

16   opportunities that others do.  It seems to me it's common

17   sense.  We ought to have stipends or scholarship, whatever

18   you want to call it, so it equalizes the playing field of

19   the financial ability if those student-athletes are

20   contributing to the financial well-being of that

21   university.

22        So, too, with health insurance.  That ought to be

23   common sense.  If a player is hurt and that's a career-

24   ending injury, the best of medical care ought to be given

25   to that player.  And for it to last for some period of time

1    in the future.  And, of course, concussions just to add
2    another whole dimension to this thing.  I thought it was
3    very interesting, in another committee that I have the
4    privilege of chairing, we did a hearing on concussions
5    including professional athletes, went down the line on the
6    table and they would not recommend to their children that
7    they play football.
8         So times are changing.  And the NCAA has got to get
9    with the times and so, whatever this committee hearing has
10   done to enable you, as a reformer, to get those schools to
11   give you the votes that you need to do a lot of these
12   things that we're talking about; the family travel.  Why
13   should they have to sneak around in the shadows in order to
14   get money to be able to buy a ticket to come to the game
15   and where to stay in a hotel and so forth?  I mean, it just
16   defies common sense.
17        Mr. Rolle, do you want to make any final comment?
18        Mr. Rolle:  Sure.
19        One thing that I'd like to say is that when you think
20   about the four-year scholarship discussion and the one-year
21   renewable, a lot of players that I was on teams with, it
22   kind of felt like it was us verse them.  You know, it
23   wasn't a team.  We didn't kind of feel like the NCAA was
24   protecting our best interesting; was looking out for us.
25   Wanting, to see us succeed and thrive and flourish was

Alderson Reporting Company
1-800-FOR-DEPO

1   almost as if we had to do everything we could to promote

2   ourself and to better ourself against this big machine that

3   was dictating and ordering the steps that we took.  And

4   maybe that's not true.  Maybe there's some

5   miscommunication.  Maybe the information was getting

6   disseminated to the student-athletes on the field well

7   enough.  But that's kind of how we felt.

8        And I think another thing is quite bothersome today,

9   going back to the economic issue and economic struggles, a

10  lot of my teammates, as you know Senator Nelson, I mean,

11  come from poor areas in Florida and they come to Florida

12  State as the first person in their family to be a college

13  student.  And they don't have a lot of money to lean back

14  on from their families.  So that leaves them open and

15  susceptible to some unsavory things.

16       I mean, these are agents, NFL runners, who would come

17  to our dorms and knock on our doors and say, "Hey, I can

18  take you out to a night club; I can buy you a meal; I can

19  give you a suit to wear; I can take you and your girlfriend

20  out to eat."  And then, these players accept it because

21  they don't have much else and then they become ineligible.

22  Then they don't have any opportunity for financial gain in

23  the future by going to the NFL because now, they have a

24  black mark or they just don't play anymore.  So then, they

25  end up back in Liberty City, Miami or Polk County, Florida,

Alderson Reporting Company
1-800-FOR-DEPO

1    and that typical perpetuity continues.  And it's

2    frustrating and discouraging and I saw it often.

3         Senator Nelson:  That is the exact example that we

4    need to use.

5         Thank you, Mr. Chairman.

6         The Chairman:  Thank you, Senator Nelson.

7         Isn't it not Senator Cory Booker in attendance today?

8    It's his turn to ask a question.

9         [Laughter.]

10        The Chairman:  Finally.  I apologize.

11        Senator Booker:  No, sir.  I --

12        The Chairman:  Look, you could have run for the Senate

13   ten years ago.

14        [Laughter.]

15        Senator Booker:  I don't want to be disrespectful to

16   Senator Blumenthal who I think was here before me, earlier.

17        Would you like to -- no?

18        Senator Blumenthal:  I will ask my questions now only

19   because I have to preside, and if you would yield for five

20   minutes, I would really appreciate it.

21        Senator Booker:  I've already been put in my place

22   once.  You're more senior than me.  I will yield, sir.

23        Senator Blumenthal:  Yes, but you're bigger than I am.

24   So --

25        [Laughter.]

Alderson Reporting Company
1-800-FOR-DEPO

1    Senator Blumenthal:  Let me thank you, Mr. Chairman,

2    for having this hearing, which very sincerely is, I think,

3    a very important one, very significant, for the future of

4    academic institutions.  I want to thank all of the folks

5    who have come to enlighten us and thank you to Senator

6    Nelson, by the way, for having that hearing on concussions

7    which was very enlightening.

8        And I want to begin by saying, for what it's worth, I

9    think the law here is heading in a very unfortunate

10   direction, as Dr. Emmert and I have discussed.  I think the

11   law is heading in the direction of regarding athletes at

12   universities more and more as employees.  And that is

13   because of the growing asymmetry and inequality of

14   bargaining positions, financial benefit, energy, time,

15   sweat, blood, injury that is involved.  That is classically

16   the reason why labor law protections have applied to

17   individuals who potentially are victims of exploitations,

18   whether it's in garment factories or construction sites or

19   universities.

20       And so, I think the challenge here is to diminish that

21   asymmetry to reduce the inequality and to return truly to

22   the model of student-athletes, which I think many of us

23   want to be the prevailing model but increasingly is not so,

24   and therefore the laws will move to protect them as the NRB

25   ruling reflects.  And I say that with regret because I,

Alderson Reporting Company
1-800-FOR-DEPO

1    too, as Dr. Emmert has articulated well, valued that

2    student-athlete model rather than the employee/employer

3    model.  But the more the reality is that athletes in effect

4    function as employees, the more the law will recognize that

5    fact.  And my opinion is worth what you're paying for it,

6    I'm just a country lawyer from Connecticut.  But I

7    sincerely believe that that's the direction of the law.

8         I want to first ask you, Dr. Emmert, I was absolutely

9    astonished and deeply troubled by the revelation that

10   athletic departments, on many campuses, investigate campus

11   sexual assaults.  I'd like your commitment that you will

12   work to change that practice as soon as possible and as

13   effectively as possible.

14        Dr. Emmert:  You have my commitment.

15        I obviously want to understand the data more.  I

16   simply read a summary.  I'm not sure what the facts are on

17   those campuses but, as I said earlier, the data that

18   Senator McCaskill's staff brought forward was shocking to

19   me.

20        Senator Blumenthal:  Well, I am shocked and outrage by

21   the apparent practice on many campuses of, in effect, re-

22   victimizing survivors who may be, in effect, victims.

23        I want to focus for the moment on health insurance.

24   You know, individual colleges and the NCAA make billions of

25   dollars on the talents of these young men and women.  And I

104

1  want ask you:  Couldn't the NCAA offer health insurance for

2  athletes for a certain amount of time after they leave

3  college?  That seems eminently fair and in effect making

4  them better athletes and better students while they're

5  there.

6      So I would ask for your commitment that you will work

7  towards providing for health insurance for these needs and

8  injuries that may extend beyond their playing years on

9  campus or even in professional settings.  And I'd like to

10  know what more, assuming you are committed to that cause,

11  what more your organization can do to encourage schools to

12  provide this kind of coverage for its student-athletes?

13      Dr. Emmert:  Yes, sir.

14      Well, today, the coverage that exists right now is

15  provided either by the campus itself or by the student

16  athlete's family.  Depending upon university policies that

17  at most of the high resource schools, they provide the

18  insurance so that the student doesn't have to.  We need to

19  do several things.

20      One, we need to make sure, in my opinion, we need to

21  make sure that there aren't co-payment requirements.  If a

22  young man or woman, especially from a low income family,

23  has an injury and all of a sudden they have a $2,000,

24  $5,000 co-payment that seems grossly inappropriate since it

25  was a sports-related injury.  Why should they be on the

105

1   hook for that?  So we need to make sure that we don't have

2   many of those circumstances out there.

3       We have right now, at the NCAA level, catastrophic

4   insurance so that if there is long-term disability issues,

5   if there are injuries that require treatment over a course

6   of a lifetime, there is a policy in place.  We have some

7   individuals that have been on that insurance policy for 20

8   or more years, and we've taken a number of steps to make

9   sure that that is as strong as it could possibly be.  That

10  policy, though, doesn't kick in until you have $90,000

11  worth of bills.  We need to make sure that, to your point -

12  - I'm saying yes, I guess, Senator.  You have my

13  commitment.

14      Senator Blumenthal:  I'm glad to hear the yes.

15      Dr. Emmert:  There are complexities in all this we

16  need to work our way through.  But I agree with you that --

17      Senator Blumenthal:  Thank you.

18      Dr. Emmert:  -- no one should have to pay for an

19  injury that they suffered as a student-athlete.

20      Senator Blumenthal:  I welcome and accept your yes to

21  both the sexual assault and the insurance questions.  And I

22  would ask further for your commitment that you work with us

23  on sensible legislation that will impose a higher level of

24  responsibility in both areas.

25      Thank you.

106

1        Dr. Emmert:  Certainly.

2        Senator Blumenthal:  Thank you, Mr. Chairman.

3        The Chairman:  Go ahead.

4        Senator Booker:  Thank you, Mr. Chairman.

5        First of all, I'm grateful.  You know, you and I

6   talked about this in my first days as United States

7   Senator; that this was an issue that you wanted to cover

8   and you saw my excitement for doing that.  And a lot of

9   that excitement stemmed from the fact that I was, back in

10  the '90s, an NCAA Division I football player.

11       And I want to first say, it's very important for me to

12  say, that I probably wouldn't be here right now if it

13  wasn't for that experience.  And I am deeply grateful.  I

14  joke all the time that I got into Stanford University

15  because of a 4.0 and 1600; 4.0 yards per carry, 1600

16  receiving yards in my high school years, and had lifetime

17  experiences frankly that I could never, ever replace.  And

18  it opened up extraordinary doors for me.

19       And so, we could have a hearing that could go on for

20  hours if not days about all the good things that are

21  happening with the NCAA and athletes.  And so, please

22  forgive me if I'm not giving that appropriate light.

23       But what concerns me and what you and I have talked

24  about, chairperson, for quite some time are the egregious

25  challenges we have.

Alderson Reporting Company
1-800-FOR-DEPO

1    Now, I want to just publically thank Dr. Emmert,

2  because he was gracious not only to come here, which he did

3  not have to do, but he actually took special time to come

4  see me as a former NCAA athlete to sit down with me and

5  hear my concerns.  And I was taken aback actually that you

6  agreed with me across-the-board.  And let me just reiterate

7  those, for the record, and just make sure that we are in

8  agreement.

9    So, number one, you agreed it's a big problem that

10  athletes don't get scholarships to get a B.A.?

11    Dr. Emmert:  Yes.

12    Senator Booker:  That is a big problem; that we have

13  athletes that pour their lives 40, 50 hours a week and then

14  end up having gone through their eligibility but don't have

15  a B.A.  That's a problem?

16    Dr. Emmert:  Yes.

17    Senator Booker:  You agree it's a problem that we have

18  athletes, often very poor, coming onto college campuses

19  restricted from working?  They can't shovel driveways for

20  some extra spending money, can't meet the needs of travel,

21  can't buy toiletries, clothing.  If they're restricted from

22  working, banned from working, you know that that's a

23  problem we have to address?

24    Dr. Emmert:  But a minor correction.  They're not

25  banned from working.  They can, in fact, work and in many

1   cases do.  But the biggest challenge is they simply haven't

2   the time.

3       Senator Booker:  So, in other words, they can't work

4   because of whatever reason.  You know that's a problem;

5   that the scholarship does not cover the full costs --

6       Dr. Emmert:  Yes.

7       Senator Booker:  -- at the same time they're being

8   expected, whether by law or not, to work 40, 50, 60 hours a

9   week?

10       Dr. Emmert:  Completely agree.

11       Senator Booker:  That's a problem; right.

12       You agree that a problem that the health coverage is

13   inadequate and that we have people, many of whom I know and

14   you know, who have blown-out knees and, even though they've

15   graduated now, they're having to go in the pocket for co-

16   pays and the like to deal with medical injuries that were

17   incurred, really, the root of them was the challenges they

18   had when they were an athlete?

19       Dr. Emmert:  Yes, I agree that the insurance today is

20   much better than most people think, but there's certainly

21   areas that need to be closed --

22       Senator Booker:  It's inadequate and it is costing

23   some athletes thousands of dollars into their lifetimes.

24       Dr. Emmert:  Yes.

25       Senator Booker:  You agree that there's a real

Alderson Reporting Company
1-800-FOR-DEPO

1    problem, still, with time?  That, as the two athletes at

2    the end of the table, I know they're not much different

3    than me, but it's not just the practice time.

4         Guys, how many hours would you show up before practice

5    and get your ankles taped, get treatments?  An hour, two

6    hours?

7         Mr. Rolle:  Yes, sir.

8         Senator Booker:  Sometimes three hours depending on

9    how bad your injury, your strain is?  We have athletes now

10   putting in upwards of 60, 70 hours a week.  That's a

11   problem.

12        Dr. Emmert:  Huge problem.

13        Senator Booker:  Okay.

14        And you agree that there is, at least, an issue that

15   has to be dealt with to improve with the issue of sexual

16   assault; that has to be improved in terms of the way we

17   investigate?

18        Dr. Emmert:  Yes.

19        I think the way we educate young men and young women,

20   and the way we educate people on campuses to handle the

21   issues.

22        Senator Booker:  Right.

23        And this, we didn't cover so it might not be a simple

24   yes or no but, in terms of the due process, when a young

25   man like Mr. Ramsay not even knowing he could get a lawyer,

1    not even getting help, that there are breakdowns in process

2    that are not clear.  Would you say that that process could

3    be improved?

4        Dr. Emmert:  It certainly could, especially on most

5    campuses.  Yes.

6        Senator Booker:  So I guess I just to you, Mr.

7    Chairman, not having the time to go through more rounds and

8    deeper questioning, to just say, clearly, this is my

9    problem.  This was a challenge for when I was an athlete,

10   some 20 years ago.  And athletes after athletes are going

11   through and facing what I consider the exploitation of

12   athletes.

13       Let me be very clear.  It is exploitation when you

14   have an athlete working 60, 70 hours a week, but yet still

15   not able to afford the basic necessities, not just having

16   your parents fly back and forth but being put in horrible

17   situations where they see their jersey with their name on

18   it being sold making thousands and thousands of dollars,

19   but they can't even afford to get the basic necessities of

20   life.  And if they try to sell their jersey for $50, they

21   then get penalized and lose their -- that's exploitation of

22   an athlete.

23       To me, it's exploitation when you give your body --

24   gentlemen on the end, how many linemen today that played

25   with you that have gone through four, five and six

111

1    surgeries for their knees?

2        Mr. Rolle:  Many.

3        Senator Booker:  A lot.

4        Mr. Ramsay:  Yes.

5        Mr. Ramsay:  Me.

6        Senator Booker:  And if they're going into their own

7    pocket, after giving up their knees to make millions of

8    dollars for the university and then the universities aren't

9    even compensating them appropriately, that's an

10   exploitation of a college athlete.  That has to be

11   addressed.

12       If we have guys, like was testified by the two

13   gentlemen on the end, who -- I know this because we spent

14   hours.  We did the math, my teams, because so many players

15   feel an assault on your dignity; that you're putting 70, 80

16   hours a week.  You're giving up internships.  You know more

17   about your playbook.  I can still tell you: Stonebreaker,

18   Todd Lyght, Chris Zorich.  I can tell you more about them

19   because that's what I was studying at night -- that you

20   spend all of that effort and then your university is not in

21   any way insuring that you get a degree at the end in

22   something like engineering or political science.  But

23   they're not honoring the fact that sometimes, hey, when

24   you're working fulltime you can't finish your degree in

25   four or five years.  In fact, when they can lord over you,

1    the removal of your scholarship, because it does still

2    happen.  Athletes are still exploited, that they blow out

3    their knee -- if they somehow don't meet the mandates of a

4    coach, they lose their scholarship.  They don't get their

5    degree.

6        And so, to me this is plain and simple, the dark side

7    of the NCAA where athletes are being exploited.  And this

8    is why I love that Taylor Branch is here.  Because,

9    occasionally, and you use these words, Dr. Emmert, you used

10    "this may work as a cattle prod to get us moving."  This

11    hearing may be a cattle prod.  I wrote that word down

12    because I have seen the NCAA move quickly when there is

13    money and reputation on the table.

14        For example, you mentioned his name, Shabazz Napier;

15    says on the highest exultation of victory, he says on T.V.

16    what we know athletes, what coaches know, is a truth.  That

17    some guys don't even have the money to buy shaving cream;

18    to eat at night.  But he says it on national T.V. and

19    within seven days, because the shame and embarrassment --

20    within seven days, if I'm correct, the rules changed and

21    guys could actually eat.

22        Dr. Emmert:  Yes, though I'd like to --

23        Senator Booker:  So hold on, because I'm already over

24    my time, sir.

25        Dr. Emmert:  Okay.

Alderson Reporting Company
1-800-FOR-DEPO

1     [Laughter.]

2     Senator Booker:  Let me give you another example.  Cam

3     Newton was going through the same problems you were at the

4     same time.  His eligibility was being challenged, Mr.

5     Ramsay.  Cam Newton, a guy that brings millions of dollars

6     into a university and his adjudication happened quickly.

7     Yours did not.  You're not a name athlete.  Your name isn't

8     on jersey and the like, and so it didn't.

9     So what I want to say in conclusion, Mr. Chairperson,

10    and really why I love that Taylor Branch is here because he

11    wrote one of the more seminal books of my life about the

12    Civil Rights movement, that when there's a class of

13    individuals who are being exploited and there is millions

14    and millions of dollars being brought in and guys can't

15    even afford healthcare, can't afford to finish they

16    degrees, than we have a problem.  And I respect Dr. Emmert

17    in saying:  We are going to try and address that but where

18    is the urgency that this has been going on decades in

19    America?  And so, I don't trust, like the Supreme Court

20    when they said we're going to integrate schools.  They said

21    do it with what?  All, what kind of speed?

22    Mr. Branch:  Deliberate.

23    Senator Booker:  All deliberate speed.

24    And it took them a long time to get around to doing

25    the right thing by people.

Alderson Reporting Company
1-800-FOR-DEPO

1     Well these aren't just people, these are young people

2    in the United States of America.  And we can't afford to

3    wait for all deliberate speed.  There has got to be some

4    level of accountability for fast action on things that the

5    head of the NCAA says is a problem.  That next season, when

6    football season starts, there are going to be kids

7    suffering from the same list of unfair things that somehow

8    someday is going to be addressed.  So I think we need

9    another hearing with the real rule makers, with college

10   presidents lined up here, and ask them how fast are they

11   going to address the exploitation of college athletes?

12      Mr. Chairman, thank you.

13      Senator Coats:  Well, Mr. Chairman, could Dr. Emmert

14   respond to that?

15      The Chairman:  No, I have a sacred obligation to

16   Senator Ayotte.  She is next.

17      Senator Ayotte:  Thank you, Mr. Chairman.  I

18   appreciate it.

19      Let me just say up front on this issue of athletic

20   departments investigating sexual assault allegations.  That

21   is ridiculous.  You've got to get up and fix that right

22   away.

23      I am a proud graduate of the Penn State University,

24   and it's obviously we're -- it was so troubling and

25   disappointing to see what happened at my own university.  I

Alderson Reporting Company
1-800-FOR-DEPO

1   love the university, but the athletic department is not

2   where you handle these kinds of allegations, so you've got

3   to fix that, Dr. Emmert.  Walk out this door and fix that.

4       What I'm troubled about when I hear, you know, the

5   testimony today, and I just need to understand.  Senator

6   Blumenthal asked about the change to an employer/employee

7   model.  We've talked about compensation potentially for

8   athletes today.  I don't want to see any athletes

9   mistreated.  I want them to be able to have a quality of

10  life that's important as they serve and get the education

11  and be able to an athlete; the student-athlete model.

12      But, as I think about what, for example, the NLRB did

13  in its ruling, I know it applies to private universities

14  allowing unionization at Northwestern, and I think about

15  this compensation model, the employer/employee model, what

16  does this do in terms of the schools where we're not

17  talking about the top athletes that may go on, that are the

18  revenue-generating sports?  And what will that do to

19  women's athletics?

20      If we start down the road of a compensation model,

21  what will happen in our schools in terms of the schools or

22  the sports that aren't at the top where those athletes --

23  you can sell the jerseys, you can make money, but are still

24  very important to student life.  And when I think about

25  Title IX and women and the opportunities women have gotten

1    because of Title IX, if you're on campus and this suddenly

2    becomes an employer/employee-type model, what does that do

3    for the women's sports if they're not revenue generating?

4    And how do we sustain them if this model changes?

5         So it's a big question but I would like you all to

6    comment on it because the last thing I want to see is for -

7    - I want to make sure that our athletes are treated well.

8         And certainly, Mr. Rolle, what you've done, it's

9    really inspiring to see what you've done.

10        And thank you, Mr. Ramsay, as well for your

11   inspiration in being here.  But there's a whole category of

12   athletes that weren't quite at your level but are

13   participating in college sports.  And it's been an

14   opportunity for them to get an education.  And for women,

15   as well, that are at your level but don't always -- our

16   sports don't always generate the same amount of revenue.

17   And I want to make sure that women still have the

18   opportunity that they've had because of Title IX.  So if

19   you could comment on that, I'd appreciate it.

20        Dr. Southall:  I would love to comment on that.  I

21   think it's not a zero sum game.  If some athletes are

22   profit-athletes who have a higher market value than the

23   cost of their grant and aid, then we should treat them

24   differently than athletes who are not profit athletes.

25   It's not either/or or they must be.  If they're employees,

117

1    as the NLRB found, then we should treat them as employees.

2    That does not mean that college athletics or athletes in

3    the other sports, women, or anything, it doesn't --

4         Senator Ayotte:  Well, can I tell you --

5         Dr. Southall:  It's not an either/or.

6         Senator Ayotte:  Can I tell you, Doctor, my university

7    said that if the unionization rule were applied, University

8    of New Hampshire, that they feel like this is actually

9    going to diminish the athletic program.  It would diminish

10   it for women, it will diminish it for non-revenue

11   generating sports.  So I understand what you're saying but

12   that's sort of not what I'm hearing from some other

13   universities.

14        Dr. Southall:  Well, I would say that probably a

15   university president, by the name of Chicken Little, might

16   have been the first one to say that because the sky will

17   not, in fact, fall.

18        By denying profit-athletes just compensation in the

19   market, does not preclude colleges and universities from

20   supporting intercollegiate athletics as an educational

21   opportunity.  If they're employees, then they should have

22   all the rights of employees.  Title IX does not apply in an

23   employee setting.

24        Senator Ayotte:  Well, I would like to see what Mr.

25   Bradshaw has to say about what I just said as well.  Thank

118

1    you.

2        Mr. Bradshaw:  We probably don't have time, but I

3    certainly like to hear that model that works.  I believe

4    it's going to be devastating to all those student-athletes

5    including women who don't produce revenue; who aren't seen

6    as athletes or students who create that revenue.  I really

7    would like to see that model work because, as we all know,

8    that's going to mean those who can afford to pay for that

9    will and those who can't won't.

10       Senator Ayotte:  Thank you.

11       Dr. Southall:  Again, if I can reiterate, and I

12   appreciate the question.  I'm trying to articulate as

13   clearly as I can.  If the athletes are, in fact, employees

14   then we have a moral obligation and an obligation under the

15   law to treat them as such.  If they're not, does not

16   preclude them from participating.  Title IX does not have

17   to be held hostage by this because we're only talking about

18   5 percent of the athletes.

19       Senator Ayotte:  So, I know my time is up and I know

20   others have to ask questions but -- so we're just going to

21   have a distinction.  So some will be employees and some

22   will be student-athletes?

23       Dr. Southall:  They already are employees.

24       Senator Ayotte:  I don't know how that works.

25       Dr. Southall:  They already are employees.

Alderson Reporting Company
1-800-FOR-DEPO

1    So by being open and honest about what we are using

2    and exploiting these athletes for, honesty is a very good

3    thing.

4    Senator Ayotte:  So as a woman athlete, if I'm not a

5    revenue generating athlete, then I'm not going to be

6    eligible for this employee/employer relationship.  And so,

7    then there's sort of a second category of athletes on

8    campus.

9    Dr. Southall:  They already have that.

10   Senator Ayotte:  That bothers me.

11   Dr. Southall:  We refer to them as revenue-athletes

12   right now in revenue sports and Olympic sports.  And that's

13   fine.  It does not mean that if we compensate athletes

14   according to the market that everyone else has to go away.

15   That is not what has to occur at all.

16   Senator Scott:  Mr. Chairman?

17   Dr. Southall:  So if the universities find that that

18   opportunity is very important, they will support it.  They

19   will support it.  I see no way that women's athletics or

20   Olympic athletics is going to go away.  It's not going to

21   happen.  It just isn't.

22   Senator Scott:  Mr. Chairman?

23   The Chairman:  Senator Scott.

24   Senator Scott:  Thank you.

25   Dr. Emmert, as I listen to Kelly's questions about the

1 cost structure and the likely impact of creating some

2 unions or some employees and some not employees, ultimately

3 the cost structure itself would have impact in universities

4 and have impact in athletic programs.  I just wonder how

5 significant that impact would be.

6 　　　　And let me say this before you answer the question;

7 you think about your answer.

8 　　　　To Mr. Southall, it's good to have you here from

9 Columbia, South Carolina University, South Carolina.  I

10 would be remiss if I didn't point out that at least you go

11 to the right place; the Gamecocks.  I like that a lot,

12 being a South Carolina fan myself.

13 　　　　I will tell you that my story is very different than

14 Cory's story, and you've got these Rhodes Scholars on the

15 end who have done very well academically.  And I'm very

16 proud to see your success off the field as well as on the

17 field.  I will say that my story, I think, really plays an

18 important part of why I am asking the questions I'm asking

19 about the cost structure.

20 　　　　I'm a kid that grew up in a single-parent household.

21 Had it not been for football I would not have been able to

22 afford to go to college at all.  I played football for just

23 a year in college and earned a Christian Leadership

24 Scholarship which took me to a different school.  And I

25 realize that responsibilities and the burden of practice

1    before and after labs and the challenges that I faced, and

2    made a decision to go to a different route.

3        But the fact of the matter is, had it not been for

4    that scholarship opportunity, I would not be sitting here

5    today because I would not have had the opportunity to

6    finish my, or even start, my education.  So when I think

7    about -- now I went to a small school, Presbyterian

8    College; NAIA back in the day.  So when I think about the

9    cost structure of this conversation on athletes that are

10   not in those top tier schools, there is a significant

11   unintended consequences that I think we are looking at that

12   Kelly really brought to the surface that is hard to deny

13   and perhaps even harder to figure out how to fix it.

14       Dr. Emmert:  Well, I happen to agree with you.

15       I think that the implications of converting a student-

16   athlete model to an employee/employer model would utterly

17   transform college sports into something that doesn't begin

18   to look like what it looks like today.  With all due

19   respect, I completely agree with Dr. Southall's

20   interpretation of all of this.

21       If you simply look at the definition of an employee,

22   as has been provided by one NLRB administrator, that if a

23   student is receiving a scholarship and additional benefits,

24   that's compensation.  If they are working more as a

25   student-athlete than they are in their academic work, then

1    their working.  If they are subject to the oversight of a

2    coach, then they have a boss.  I'm not a labor lawyer but

3    that's, in summary, the definition of a student-athlete.

4    That would apply to virtually every student-athlete that

5    has a scholarship; man, woman, doesn't matter.

6         You know, a woman soccer player -- the difference

7    between a women's basketball player and a men's basketball

8    player isn't that the men's basketball player works harder.

9    It isn't that they're more or less talented.  The only

10   difference is a singular difference and that is there's

11   more people in the stands.  That's it in terms of their

12   time commitment, their competitiveness, everything.  The

13   difference is one plays in front of a lot of people and one

14   doesn't.  The difference between a volleyball player and a

15   soccer player is exactly the same.  The only difference is

16   whether they're playing on T.V. or whether they're not.

17        Senator Scott:  Yes, sir.  And I want --

18        Dr. Emmert:  So that completely --

19        Senator Scott:  You're going to have to wrap it up a

20   little bit.

21        Dr. Emmert:  -- changes the relationship, as Dr.

22   Southall pointed out, Title IX has nothing to do with

23   employee/employer relationships.  So Title IX would have

24   nothing to do with any student-athlete that is no longer a

25   student-athlete that's now an employee including a women's

Alderson Reporting Company
1-800-FOR-DEPO

1    basketball player.  It would be an irrelevancy for college

2    sports.

3         Senator Scott:  Quick question for Mr. Bradshaw.

4         I know that you played sports a couple of years ago.

5    I think it's five or seven years ago, I think it was.

6         Mr. Bradshaw:  Thank you very much.

7         Senator Scott:  Yes, sir.  I can't read my notes but I

8    think it says four or five years ago.

9         Mr. Bradshaw:  There you go.

10        Senator Scott:  Not 45.

11        But my question is, as you've had a lot of experience

12   and you've looked at this opportunity as well as the

13   challenges that come with the opportunity from multiple

14   angles, what kind of progress have you seen over the last

15   three decades or so?  As we wrestle with some of the

16   challenges that are going to be future challenges, and

17   certainly are present challenges, sometimes we miss the

18   progress that we've made along the way.

19        Mr. Bradshaw:  And certainly, all of us think we can

20   do better.  There's no question about it, and we spend most

21   of our time --

22        Senator Scott:  And we should.  And we should.

23        Mr. Bradshaw:  -- talking about how we can be better

24   and not patting ourselves on the back.  But I would just

25   say, as a former assistant coach back in the day and head

Alderson Reporting Company
1-800-FOR-DEPO

1  coach and student-athlete, that it's night and day; the

2  changes, the quality of physicians, trainers.  I mean, we

3  didn't know what a dietician was as student-athletes or

4  head coach.  I mean, the changes are enormous.  They're

5  compelling.

6      And I think one of the things I would recommend that

7  you get some student-athletes to talk to, that there's a

8  balance.  Obviously, there's outliers.  There's some

9  horrible stories that have happened and none of us, none of

10  those is too many whether it's assault or date rape or

11  whatever it might be.  But I would love to see a panel of

12  student-athletes to come in and talk about everything; a

13  balanced panel of that.  It's been significant and are

14  across the line.

15      And I'm retired now.  I can talk about it very

16  objectively and not be concerned about a college president

17  or a faculty or a board of trustees.  It is really just an

18  incredible profession that we're in, the changes that the

19  NCAA are trying to make.  And again, Mark has got to deal

20  with votes, he's got to deal with the institutions, the

21  college presidents, the board of trustees who pressure the

22  college presidents.  I think you've got something when you

23  want to bring the presidents in here.  I think that would

24  be a good move and something that could help everyone.  But

25  the changes that have happened, they are just, you know, by

1    leaps and bounds particularly even in the last decade.

2         Senator Scott:  Final question, Mr. Chairman?  Do I

3    have time for a final question?

4         The Chairman:  Sure.

5         Senator Scott:  To my Gamecocker, Dr. Southall.  As

6    you look at the opportunity for collective bargaining and

7    its impact on the academic environment, realizing that most

8    institution's, darn near all institutions, primary

9    objective really is to cultivate an environment that is

10   conducive for academic achievement.  How do you see the

11   impact of the collective bargaining opportunity, though I

12   have grave concerns with it personally, on college campuses

13   and its impact on that academic environment?  Or, do you

14   see one?

15        Dr. Southall:  I don't see that it would have any

16   effect.

17        Senator Scott:  Good enough.  Good enough.

18        Dr. Southall:  No.

19        Senator Scott:  All right.  Thank you, sir.

20        The Chairman:  Okay.

21        Senator Scott:  Thank you, Mr. Chairman.

22        The Chairman:  Thank you.

23        Senator Coats, I know the question you want to ask and

24   Mr. Emmert has answered most of those questions.  And I

25   know you feel a duty to ask the question but there isn't

Alderson Reporting Company
1-800-FOR-DEPO

1  going to be a second round.  I'm going to make a closing

2  statement, and then at 5:15 we will be through this very

3  long hearing.

4      I want to say this: I have two impressions.  One of

5  them is superficial and the other, I think, is worrisome of

6  this hearing.  And I want each of you to either agree or

7  not agree with me as kind of your closing statement.  That

8  on one level, this has been an open conversation.  We've

9  brought up all kinds of issues and those issues have been

10  discussed to a small degree or a large degree.  But my real

11  feeling from this hearing is that we haven't accomplished

12  much, and that people have laid down their, sort of,

13  protective -- I'm not talking about you two gentlemen.  But

14  that there has been, sort of, a self-protection mode either

15  for oneself or on behalf of others.

16      Your point about getting the board of trustees in,

17  that would be kind of interesting because they do have a

18  big influence over college presidents.

19      But all I know is, coming out of this hearing, that I

20  don't think I've learned anything particularly new except

21  some anecdotes that I haven't been hearing for 50 years,

22  which is how long I've been in this business.  And that the

23  answers, you know, of course there's progress.  Of course

24  there's progress on concussions and of course there's

25  progress in other things, but isn't in any way can comment

Alderson Reporting Company
1-800-FOR-DEPO

1    in an effective progress to what we should have been doing;

2    all of us including this committee and this Congress, by

3    not exercising our oversight rights?

4         The head of the NCAA at one point said, well, one of

5    the things I did was to make sure that -- and I forget what

6    the example was but it was the statement I got something

7    done.  I don't believe that.  I don't believe that.

8         I think that the system is rigged so that you are

9    separated from the possibilities of getting something done

10   except as you testify or, you know, you probably couldn't

11   write articles.  You'd probably get blowback on that.  But

12   I don't think you have the power and I think it's

13   constructed for that purpose.  I'm cynical.  I'm cynical

14   about it.

15        It's too easy to have to complain in Senate hearings

16   about, or any other kinds of fora, what progress has been

17   made.  Of course there's always progress that's been made

18   but does it keep up with what needs to be done?  And the

19   answer is absolutely not.

20        And this country is now so soaked in the culture of

21   ESPN, plus I guess a couple of other stations, and watching

22   football, baseball, world's soccer, all the rest of it.  I

23   mean, my own view is it's undermining our values.  I'll

24   tell you one thing for sure, I think it's undermining our

25   commitment to education.

Alderson Reporting Company
1-800-FOR-DEPO

1       And Dr. Southall, I think that you're talking about

2  the different ways of jiggering the students, who are not

3  athletes, actually doing a better job academically than

4  those who aren't.  It was said by the head of the NCAA that

5  that was true.  And it was also in his testimony.  I don't

6  believe that.  I just don't believe it.  Now I may be

7  wrong, but this and then the different formulas you use --

8  it's very interesting to me and something I'd like to know

9  more about.

10      But to me it's been, in essence, an important hearing

11 but not one which points to progress, because I think

12 everybody is going to leave this hearing and they're going

13 to go right back.  I'm not.  I don't think Senator Booker

14 is, and I don't think a bunch of others are -- go back to

15 doing what they do.  But we got that one out of the way.

16 No harm there.  Nobody did themselves any great damage.

17 Congress doesn't usually follow through.  Congress doesn't

18 get that much done.  That happens to be true for the last

19 three or four years.

20      And then, there's always the question of getting

21 people from, you know, either trustees or heads of colleges

22 and universities from states, and then members here would

23 correlated to that might not want to have that happen.  I

24 mean, the world works in ways that protects itself, but

25 this is a particular ugly one.

Alderson Reporting Company
1-800-FOR-DEPO

1      The question of rape and having -- I mean, I voted not

2  to allow the Department of Defense to settle rape

3  questions.  I think that's ridiculous.  It passed.  What I

4  didn't want to pass, passed by a margin but it was not a

5  great margin.  So yes, that's progress.  But what we want

6  to do is get there, and I don't have a feeling that we're

7  on that path.

8      I think this hearing symbolizes that we might be, but

9  the substance is that we probably won't be.  React to that,

10  anybody who wants to then I'm going to close the hearing.

11      Mr. Branch, I think you had something.

12      Mr. Branch:  Well, Senator, I think that some

13  differences have been, I mean, there are big differences

14  here between talking about the way things work and how to

15  reform and the whole underlying structure.  Frankly, I

16  think some differences have been diminished.

17      I agree whole-heartedly with one thing Dr. Emmert

18  said, which is that a lot of these economic restrictions in

19  the NCAA rules, if they were vacated, as Senator Heller's -

20  - or abolished or somehow vacated for athletes as they were

21  for coaches, it wouldn't make a particle of difference for

22  90 percent of athletes.  A small an athlete, recruited at a

23  small Division III school, would be able to ask for better

24  health coverage or a salary and the university, the little

25  school, would be free to laugh at them and say we don't do

Alderson Reporting Company
1-800-FOR-DEPO

1    it.  You know, go somewhere else.  Just like if the piccolo

2    player said, "I want to be paid to march in the band."

3        The schools are free to bargain that way but it

4    wouldn't make an enormous difference in precisely these 65

5    schools that we're talking about where there is gigantic

6    money if an athlete can bargain at recruiting for better

7    healthcare coverage for more time to study for a longer

8    scholarship.  It would change things because right now the

9    model is that the schools do that solely at their

10   dispensation.

11       I mean, the coaches in these big schools even want to

12   give money out of their own pocket to players, like a tip,

13   because they know that they don't have enough money to eat.

14   So a model that recognizes that these athletes are trying

15   to manage two very demanding careers at once that are in

16   separate spheres, it is a step forward.

17       But right now, to me, the least hopeful thing I heard

18   today is that we are looking to these same 65 schools that

19   are the most commercialized as the engine of reform in the

20   NCAA.  I really don't see that.  They may give higher

21   compensation, they may give more tips, but they're the ones

22   that created most of these problems in the first place.

23   And I don't think that the big schools are going to do

24   anything other than be driven more and more by the market

25   in athletics and, quite frankly, those schools exploit

Alderson Reporting Company
1-800-FOR-DEPO

1  their athletes both as players and as students.  Because I

2  go around all of these big schools and the athletes.

3  They're pushed into certain majors that are easy.  They are

4  not allowed to take certain courses.  So the sad thing to

5  me is, I think, that some differences are outlined and may

6  be diminished, but I don't see the big 65 schools as an

7  engine for much reform in the future because their record

8  doesn't show that.

9      The Chairman:  Any other comments?

10     Senator Coats:  Mr. Chairman, I had asked before --

11     The Chairman:  I know.  You want to have Mr. Emmert to

12  reply to everything that Cory Booker said.

13     Senator Coats:  No.  Well, I just thing he deserves

14  the opportunity to do that when someone takes an extra five

15  minutes, and Senator Booker had every right.  And he's most

16  passionate about what he plead, but he leveled some

17  accusations at the NCAA.  I think they at least deserve to

18  be able to respond to that.

19     The Chairman:  And he'll have ample chance to do that.

20  I have been bent over backwards, annoyed some of my members

21  to give you a particular break because you come from

22  Indiana where NCAA is headquartered.  And I've done that.

23     Senator Coats:  Well, I don't think you gave me a

24  particular break.  I was the first one here and that's the

25  normal procedure and I had my five minutes --

Alderson Reporting Company
1-800-FOR-DEPO

1    The Chairman:  If you hadn't been, you made it very

2    clear to me on the floor that you wanted to be able to be

3    the first one to ask the questions, and I said, "That's

4    okay.  Clear it with Senator Thune."

5    Senator Coats:  But then I said I'll be the first so

6    that you don't --

7    The Chairman:  Yes, but you also -- so I'm not going

8    to bend on that.  This is the closing statement.  And Mr.

9    Emmert is free to answer in any form that he wants.  He can

10   write every member of the Commerce Committee a letter.

11   Anybody else want to say anything?

12   Dr. Southall:  I've spent the last 15 years of my

13   professional career examining intercollegiate athletics.

14   And after this hearing today, I, like yourself, am very

15   disheartened because I'm not sure that we collectively are

16   willing to take a cold, hard, objective look, informed by

17   research and informed by data at the collegiate model of

18   athletics.

19   The Chairman:  All right.

20   That being said, I want to thank everybody for this.

21   This has been a long and interesting hearing.  Everything

22   is a first step, as Neil Armstrong said.  We got a lot of

23   steps to make, and as others have pointed out, the world is

24   changing.

25   You know, it's like that Jackie Robinson, 42, movie.

133

1   And the player comes in and he says "I want to be traded."

2   And then, a couple weeks later he comes back and says "I

3   don't want to be traded."

4        "Well, you willing to play with Robinson?"

5        He said, "Well, look.  The world is changing and I can

6   change too."

7        Now I think there's an element of that in all of this

8   progress; has its own varieties in its own sort of

9   beauties.  And I think there has been progress.

10        My question is in that, for my entire adult life, I've

11   been hearing about this and there's still so many problems

12   that are, in accident, I think calls into question the way

13   the decisions are made and carried through within the upper

14   ranks of the football and basketball community.  And that's

15   on my mind and I'm chairman so I'm going to say that.  And

16   I'm also going to say that is the last thing I'll say and

17   this hearing is adjourned.

18        [Whereupon, at 5:20 p.m., the hearing was adjourned.]

19

20

21

22

23

24

25

Alderson Reporting Company
1-800-FOR-DEPO

**A**

AAU 39:19,20
39:24
aback 108:5
abandoned 64:9
ability 10:5
73:17 97:16
99:19
able 14:1 19:3,8
19:23 27:2,24
29:20 55:21
66:15,19,23
69:13,16,18,23
72:5,18 73:22
73:22 83:11
100:14 111:15
116:9,11
121:21 130:23
132:18 133:2
abolished
130:20
abridged 37:14
abroad 67:19
absolutely 3:8
9:18 68:19
104:8 128:19
abstained 85:6
abusive 9:12
academic 2:1
6:10 9:7,14
11:20 12:16
13:21 14:9
18:23 20:8
23:22,24 24:3
24:23 25:7,7
26:4 36:8,23
43:6 44:11,12
44:18 45:10
46:25 49:22
50:23,24 51:12
51:21 56:7
57:16 58:8
72:15 103:4
122:25 126:7
126:10,13
academically
20:7 121:15

academics 5:14
9:17 44:23,25
ACC 63:17
accept 40:16
101:20 106:20
access 39:19
52:22 53:1
55:25
accident 134:12
accompany
12:17
accomplish 7:2
65:18 72:9
accomplished
127:11
accountability
115:4
accountable
75:8
accurate 51:5
accusations
87:18 132:17
accused 39:20
achieve 14:2
56:23 77:11
achievement
126:10
achieving 9:14
acknowledged
71:13
across-the-bo...
97:18 108:6
Act 40:9 41:1
action 115:4
actions 6:19
59:15
active 40:10
activities 46:21
activity 28:16
actual 57:18
72:10 77:16
AD 68:7 70:5
add 56:8 95:17
97:5 100:1
adding 25:12
addition 46:10

52:5
additional 66:9
122:23
address 56:4
57:24 65:17
67:8 71:21
73:17 74:25
96:18 108:23
114:17 115:11
addressed 50:7
66:4 68:14
80:2 89:11
90:21 112:11
115:8
addressing
72:11 73:7
adequate 7:25
adjourned
134:17,18
adjudication
88:1 91:1
114:6
administration
43:16
administrator
55:16 122:22
administrators
43:10 56:21
69:7
admission 51:23
adult 134:10
advantage 7:8
29:20 58:11
67:19
adversity 14:9
24:7
advice 49:9
advised 87:2
advisors 18:23
advisory 86:23
87:2,6
advocacy 43:19
advocate 86:17
advocates 29:13
afford 47:5 83:3
83:6 91:8
111:15,19

114:15,15
115:2 119:8
121:22
afforded 46:18
52:23
afoul 35:7
afraid 85:13
African- 79:20
African-Amer...
79:21
afternoon 23:3,5
43:5,8 47:16
55:4,13 69:21
age 95:4
agenda 50:7
65:25 66:3
agendas 74:18
agents 24:21
101:16
aggregate 69:5
aggressive 50:7
65:24
aggressively
36:1
agile 95:23
ago 8:12 25:16
25:22 39:17
43:22 44:8
66:17 74:4
81:13 83:14
94:15 102:13
111:10 124:4,5
124:8
agree 55:18 57:9
57:11 63:18
64:11,25 67:16
76:6 78:1,5
87:3 91:4,17
106:16 108:17
109:10,12,19
109:25 110:14
122:14,19
127:6,7 130:17
agreed 37:21
108:6,9
agreement
94:15 108:8

ahead 38:22
107:3
aid 27:18 117:23
aims 39:7
alcohol 45:22
Alice 39:5
aligning 78:4
all-around 24:5
allegation 88:15
88:18 89:25
allegations 88:7
115:20 116:2
alleged 35:18
allocating 47:11
allow 15:6,11
26:1 34:11
66:7,20 83:7
88:6 130:2
allowed 27:10
28:3 35:4,8
58:25 59:4,8
66:15 70:9
88:1 132:4
allowing 39:24
33:1 116:14
allows 89:24
alongside 86:20
alternative 50:8
52:18
alum 77:2
alumni 12:7
34:17 43:22
amateur 13:8
32:14,23 33:9
34:5,7,11,24
35:4 39:14,19
40:9,12,22
41:1
amateurism
3:19,22 14:17
32:9,11 33:18
33:24 36:4
50:2,12 63:20
64:10
amateurs 32:15
33:13 34:14
39:23

amator 34:8
amazing 29:19
amazingly 79:9
ambiguity 33:14
ambivalence
  32:25
America 13:3
  64:18 79:16
  114:19 115:2
American 18:9
  79:21
Americans
  36:17
amorphous
  51:22
amount 78:17
  89:2 105:2
  117:16
ample 37:16
  132:19
analyses 51:7
analyst 24:12
ancient 33:18,23
  34:1
anecdotal 97:6
anecdotes
  127:21
Angeles 19:18
angles 124:14
angry 15:4
ankles 44:2,3,3
  110:5
announced
  38:24 83:20
annoyed 132:20
annual 12:21
  46:8
annually 13:13
anomaly 19:14
answer 8:4
  47:13 60:13
  88:3 121:6,7
  128:19 133:9
answered 10:18
  126:24
answering 17:18
answers 17:17

61:16 98:20
  127:23
Anthony 23:11
anti- 37:20
anticipate 86:11
anticipated 46:6
anybody 130:10
  133:11
anymore 82:11
  101:24
apologize
  102:10
appalled 87:10
apparent 104:21
appeals 26:16
appear 6:19
  12:15 30:2
  55:17 59:19
appeared 10:14
applied 37:13
  103:16 118:7
applies 116:13
apply 118:22
  123:4
appreciate 6:11
  31:2 55:6,12
  55:17 102:20
  115:18 117:19
  119:12
appreciated
  43:7
apprehension
  89:4
appropriate 7:1
  107:22
appropriately
  56:16 74:9
  112:9
approve 66:11
approved 39:23
APR 50:24
area 14:18 57:21
  77:18
areas 44:23
  72:11 101:11
  106:24 109:21
aren't 68:18

73:21 78:16
  92:21 105:21
  112:8 115:1
  116:22 119:5
  129:4
argument 60:22
argumentation
  86:9
arguments
  60:16
Aristotle 33:20
Armstrong
  133:22
arrive 15:16
  47:14
arrived 15:17
art 50:10
article 26:13
articles 128:11
articulate
  119:12
articulated
  104:1
asked 24:8 25:3
  64:7 116:6
  132:10
asking 8:3 20:10
  74:2 121:18,18
aspect 20:15,20
aspects 17:21
  72:12
assault 45:22
  58:2 72:12
  77:20 88:2
  92:19 106:21
  110:16 112:15
  115:20 125:10
assaults 104:11
assert 38:19
asserted 60:9
assertively 58:1
assessing 44:21
assistance 46:16
assistant 38:5,8
  43:21 124:25
assisted 34:19
associate 1:14

11:8 49:1
  95:15
associated 62:17
association 1:18
  43:15,19 55:2
  56:12,14,18
assume 88:10
assuming
  105:10
astonished
  104:9
asymmetry
  103:13,21
athlete 8:23
  17:22 20:18
  29:22 79:23,23
  80:3 82:7
  85:19 87:2
  108:4 109:18
  111:9,14,22
  112:10 114:7
  116:11 120:4,5
  122:16 130:22
  131:6
athlete's 105:16
athletes 2:2 3:18
  4:25 7:5,21 9:7
  9:12,18 10:17
  13:15,16 14:8
  14:14,17 17:14
  17:15 20:24
  27:21 28:14
  29:25 32:7,15
  32:20 33:19
  34:11,24 35:12
  36:11,14 37:1
  37:9,9 38:16
  38:21 39:2,7
  39:15,22 40:10
  40:13 41:3,6
  45:2,6 46:5,19
  47:13 50:13
  51:12,24 58:12
  60:11 65:4,8
  72:4 79:15,16
  80:1 82:6,19
  83:5 86:15

88:8 95:21
  96:4 100:5
  103:11 104:3
  105:2,4 107:21
  108:10,13,18
  109:23 110:1,9
  111:10,10,12
  113:2,7,16
  115:11 116:8,8
  116:17,22
  117:7,12,21,24
  117:24 118:2
  119:6,13,18
  120:2,7,13
  122:9 129:3
  130:20,22
  131:14 132:1,2
athletic 1:18
  4:18 5:2 7:22
  8:8 11:8,24
  12:20 13:14,17
  14:4,9,12 19:5
  23:23,24 36:16
  37:14 39:19,23
  43:16,23,24
  44:6,11,13,18
  45:18 46:5,10
  46:16,25 47:6
  55:2,25 56:21
  58:22 64:15
  70:4,15 82:16
  86:21 88:7,19
  89:25 90:16,25
  96:3 104:10
  115:19 116:1
  118:9 121:4
athletics 1:13
  3:12,15,18
  4:11,15 5:25
  11:6 12:12,17
  13:3,8,10,11
  14:5,18 17:16
  23:9,17 28:24
  32:14,19 34:20
  36:1 42:13
  43:2,10 46:22
  47:7 50:1,11

52:19,25 63:8
64:13 70:23
72:13,19 79:1
79:2 80:12
116:19 118:2
118:20 120:19
120:20 131:25
133:13,18
**attempt** 27:20
84:21
**attempts** 35:6
**attend** 46:1,3
58:19 91:14
**attendance**
57:19 62:21
72:10 102:7
**attended** 24:20
**attention** 37:11
74:24 97:21
**attitudes** 32:23
**Attorney** 25:18
**augmenting**
20:20
**August** 86:19
90:23
**author** 1:11 31:3
32:1
**authorities** 52:2
**authority** 61:17
63:8
**available** 46:16
68:4 72:4 86:1
98:18
**avenue** 3:16
**average** 27:23
46:12 47:3
**avid** 11:11
**avocation** 3:13
3:23 32:19
35:10
**avocational**
50:14
**avocations** 4:13
**avoid** 39:6
**aware** 29:2
49:17,24
**awfully** 98:7

**Ayotte** 2:15,19
115:16,17
118:4,6,24
119:10,19,24
120:4,10

**B**

**B** 34:1
**B.A** 108:10,15
**baby** 80:11
**Bachelor's**
57:14
**back** 3:20,21 5:7
24:16 26:21
27:5 33:21
51:10 60:5
64:15 69:15
84:23,25 85:2
85:4,5,7,8,14
91:6 96:7
101:9,13,25
107:9 111:16
122:8 124:24
124:25 129:13
129:14 134:2
**backs** 9:2
**backwards**
132:20
**bad** 15:23 61:10
110:9
**Bahamas** 18:1
**balance** 12:15
32:10 35:15
40:13 125:8
**balanced** 36:18
125:13
**balances** 35:15
**Baltimore** 31:3
**ban** 37:1 95:3
**band** 131:2
**Bank** 23:12
24:16
**banned** 108:22
108:25
**barber** 8:2
**bare** 66:8
**bargain** 7:20

131:3,6
**bargaining**
38:15 53:3
103:14 126:6
126:11
**barrier** 38:9
**baseball** 43:21
43:21 44:1
128:22
**basic** 5:2 35:17
36:13 37:11
53:2 60:5
111:15,19
**basically** 72:7
**basketball** 4:12
7:14,18 8:15
11:12,23 12:5
13:10 18:9
28:8 35:19,22
45:5 65:7
78:23,25 79:17
123:7,7,8
124:1 134:14
**bathwater** 80:12
**Bay** 24:18
**BCS** 78:25
**bear** 38:2
**beat** 77:3 92:8
**beauties** 134:9
**bed** 8:20
**bedrock** 32:13
39:6
**began** 25:2,6
**beginning** 17:24
**behalf** 43:19
127:15
**behest** 82:15,25
**behoove** 20:13
**belief** 35:7 75:2
**beliefs** 46:24
**believe** 4:1,14
6:9,25 20:4,18
20:22 26:1
47:13 64:7
65:3 66:10
80:5,7 84:3
104:7 119:3

128:7,7 129:6
129:6
**belong** 6:5
**Ben** 19:2
**bend** 133:8
**benefit** 4:25
8:19 12:25
38:21 103:14
**benefits** 32:18
44:15 46:14
122:23
**bent** 132:20
**best** 9:9 10:16
14:2 18:9
23:22 26:9
31:5 42:11
45:14,19 47:12
68:16 70:11
71:19,20 87:16
87:22 90:19
94:6 99:24
100:24
**better** 15:9
44:16,17 50:11
58:4 66:1 69:9
80:4 82:7
94:21,22 95:7
101:2 105:4,4
109:20 124:20
124:23 129:3
130:23 131:6
**beyond** 70:6
105:8
**big** 18:5 63:6,16
63:17,24 82:16
83:22 88:8
92:13 94:7
96:20,25 99:13
101:2 108:9,12
117:5 127:18
130:13 131:11
131:23 132:2,6
**big-time** 4:15
36:11 49:20
50:1 51:1
52:13
**bigger** 102:23

**biggest** 82:4,5
109:1
**bill** 9:24 18:6,20
78:9,12 81:14
81:20 93:11
**billion** 46:5
58:22
**billions** 4:21
7:21 104:24
**bills** 106:11
**bit** 3:5 20:19
94:1 123:20
**bitter** 39:18
**black** 101:24
**block** 63:12
**blocked** 62:18
63:1
**blood** 103:15
**blow** 26:3 113:2
**blowback**
128:11
**blown-out**
109:14
**Blue** 23:14 40:5
**Blumenthal**
2:15,18 98:13
102:16,18,23
103:1 104:20
106:14,17,20
107:2 116:6
**board** 34:25
37:22 46:8
56:2 57:19
62:6,22 65:22
70:14,20
125:17,21
127:16
**boast** 34:2,3
**Bobby** 19:5 34:4
**bodies** 4:25 7:23
86:17,22
**body** 19:6 51:16
75:7 79:10
111:23
**bonanza** 39:17
**boo** 33:16
**Booker** 2:15,18

15:3,10 19:15
55:5 81:25
83:7,24 84:1,4
102:7,11,15,21
107:4 108:12
108:17 109:3,7
109:11,22,25
110:8,13,22
111:6 112:3,6
113:23 114:2
114:23 129:13
132:12,15
**books** 31:5 46:8
57:20 114:11
**bookstore** 37:7
**born** 18:1 23:11
**boss** 123:2
**bothers** 120:10
**bothersome**
101:8
**bottle** 78:2
**bounds** 126:1
**Bowden** 19:5
**box** 92:5,7,8
**boxing** 40:20
**boycotted** 40:1
**boys** 94:25 95:3
**Bradley** 18:7,20
**Bradshaw** 1:12
42:13 43:1,3
47:17 48:1
58:21 67:11
68:6,16 70:8
70:12 79:18
81:17,21,23
118:25 119:2
124:3,6,9,19
124:23
**bragged** 38:4
**brain** 60:8 95:13
**Branch** 1:11
31:3 32:1,2
41:11 42:1,6,9
74:5 77:5 82:1
82:3,13,15,25
86:12 113:8
114:10,22

130:11,12
**brand** 70:23
71:1
**brands** 37:10
**breach** 15:23
**breadwinners**
20:4
**break** 132:21,24
**breakdowns**
111:1
**Brian** 94:4
**brief** 78:15
**bring** 44:19
56:21 68:6
125:23
**bringing** 46:23
62:2 97:20
**brings** 114:5
**broad** 32:24
**broadcast** 4:8
12:4 38:1
**broadcasting**
5:13 35:22
**broadcasts**
37:24
**broken** 19:22,23
44:2
**brothers** 18:1
**brought** 25:1,8
40:6 77:10
104:18 114:14
112:21 127:9
**budgets** 14:7
**building** 2:12
34:20 47:11
**built** 33:6
**bumbling** 33:10
**bunch** 33:13
129:14
**burden** 121:25
**burgeoning** 35:3
**business** 4:6
24:15 49:21
63:22 127:22
**Butch** 24:4
**buy** 100:14
101:18 108:21

113:17
**Bylaw** 32:22
**bylaws** 32:14
40:22

—————

**C**

**California** 83:19
**call** 19:14 31:5
35:11 70:23
78:1 84:17
85:20 99:18
**called** 25:4 29:1
34:13 36:22
85:18
**calling** 35:11
76:11 84:14
**calls** 134:12
**Cam** 114:2,5
**Camp** 34:21
**camps** 28:4
**campus** 18:17
36:9 46:21
52:8 69:15
79:21 88:20
89:6,7 90:12
91:16 104:10
105:9,15 117:1
120:8
**campuses** 58:11
68:4 79:10,16
104:10,17,21
108:18 110:20
111:5 126:12
**can't** 13:1 82:11
82:14 89:20,23
91:7,13 96:14
108:19,20,21
109:3 111:19
112:24 114:14
114:15 115:2
119:9 124:7
**cancer** 28:19
**capabilities** 6:13
**capable** 6:20
74:10
**capital** 18:25
**captain's** 69:4

**captains** 69:5
**captivating**
92:12
**captured** 89:18
89:20
**capturing** 4:21
**care** 8:5,5 20:6
47:8 68:7
99:24
**career** 19:7
23:24 24:6
27:6 29:18
43:20,24 44:2
44:9 47:3
97:15 133:13
**career-** 99:23
**careers** 36:17
131:15
**Careful** 78:3
**Carolina** 1:10
1:15 23:2 24:1
24:6,21 26:18
28:2 48:3 49:2
49:11 121:9,9
121:12
**carried** 134:13
**carries** 5:18
**carry** 5:19
107:15
**carrying** 5:20
**Carson** 19:2
**cartel** 10:12
37:20 38:14
76:7
**case** 25:19 62:1
86:8
**cases** 37:22
109:1
**cash** 34:2 64:18
**catastrophic**
46:15 58:6
59:9 106:3
**category** 117:11
120:7
**cattle** 74:22
113:10,11
**cause** 93:21

105:10
**causing** 46:2
**celebrated** 97:2
**Census** 46:11
**center** 47:8 70:1
**certain** 27:19
61:14 105:2
132:3,4
**certainly** 11:14
55:17 64:11
83:25 86:17
90:8,8 107:1
109:20 111:4
117:8 119:3
124:17,19
**chairing** 100:4
**chairman** 2:13
3:3,7 10:2 11:3
14:22,25 15:9
15:12,14,18,20
15:24 17:4,6
20:16 22:1
23:3,4,5 31:1
42:1,10 43:3
48:1 49:5 54:1
55:8,20 59:19
60:1 61:2
62:11 63:10,14
63:18 65:12,14
70:3,14 71:3,4
71:6,15 73:12
74:1,21 75:10
75:12,24 76:7
76:9,10,15
78:1,3 84:4,6
84:14 85:23
91:18,21 92:24
98:4,23 102:5
102:6,10,12
103:1 107:2,3
107:4 111:7
115:12,13,15
115:17 120:16
120:22,23
126:2,4,20,21
126:22 132:9
132:10,11,19

133:1,7,19
134:15
**Chairman's**
73:6
**chairperson**
107:24 114:9
**challenge** 41:7
103:20 109:1
111:9
**challenged**
114:4
**challenges** 14:13
57:4 65:2,23
71:13,13,14,21
74:7 79:4
107:25 109:17
122:1 124:13
124:16,16,17
**challenging**
56:20
**champions**
33:21
**championship**
34:6
**championships**
13:20 14:3
59:1,3
**chance** 72:20
82:7 132:19
**chances** 39:21
**change** 40:24
44:3 56:24
61:25 62:2
66:19 81:5
93:4 96:19,19
98:1 104:12
116:6 131:8
134:6
**changed** 62:6
68:1 83:9 98:1
113:20
**changes** 56:3
57:10 58:13
59:12 61:14
62:14,16,16,18
63:7,9 64:23
65:1,10,17

66:15 68:11
86:11 117:4
123:21 125:2,4
125:18,25
**changing** 92:18
100:8 133:24
134:5
**Chapel** 24:1
**charge** 15:5
89:21
**charter** 14:6
**check** 93:2
**Checks** 35:15
**cheer** 33:16
**Chicken** 118:15
**chief** 94:2
**child** 19:11
91:14
**children** 91:8,13
100:6
**choice** 35:5 46:4
60:21
**chooled** 28:7
**choose** 95:24
**chooses** 34:9
**Chris** 112:18
**Christian**
121:23
**chronic** 95:14
**circles** 4:6
**circumstances**
106:2
**citizens** 20:25
41:3
**City** 101:25
**civil** 31:6 34:15
114:12
**claimed** 39:21
**clarity** 17:19
**class** 34:21 37:1
55:25 114:12
**classes** 28:1
69:25 87:23
**classically**
103:15
**classicist** 33:24
**classroom** 23:16

36:9,15 45:12
46:20
**clear** 42:4 50:21
51:2 52:24
57:5 60:25
64:16 67:4
98:9 111:2,13
133:2,4
**clearly** 13:3
111:8 119:13
**Clemson** 24:25
**close** 84:5
130:10
**closed** 58:7
109:21
**closing** 39:12
127:1,7 133:8
**clothing** 108:21
**club** 101:18
**clubs** 46:21
**clustering** 51:24
52:3
**co-** 109:15
**co-payment**
105:21,24
**coach** 24:4 28:8
38:11 43:21,21
69:23 83:10
91:23,23,23,24
92:5,5,6 113:4
123:2 124:25
125:1,4
**coached** 92:7
**coaches** 13:22
19:4,5 24:8
38:5,8 39:25
45:20 47:12
56:21 69:6
82:4,16,18
87:4,14 94:24
94:24 95:2,2
96:14 113:16
130:21 131:11
**coaching** 5:9
28:5 44:13
67:13,14
**Coats** 2:16,18

15:6,14,19,22
60:3 71:5,6
74:1 75:10,13
75:21,23 76:4
76:6 82:11,14
115:13 126:23
132:10,13,23
133:5
**cohort** 51:13
**cohorts** 51:7
**cold** 133:16
**colleagues** 49:16
74:16 87:4
**collective** 126:6
126:11
**collectively**
133:15
**college** 1:8,9,15
2:1 3:8,10,16
3:18,23,24 4:1
4:11,15,17,22
4:25 7:5 8:19
8:19 9:7,12,13
9:18 10:12,17
11:13,18,21,22
12:14,17 13:9
14:5 17:2 18:8
18:9 19:23
20:1 23:1,8
28:7,23 29:9
29:22 32:6,7
32:13 34:19,20
34:22,24 35:10
35:20 36:1,14
37:1,9,13,24
38:12,21 39:2
39:7,15,22,25
41:4,5,6 46:1,4
46:12 47:4
48:3 49:2,10
49:20 50:13,21
51:1 52:13
56:10,23 57:5
58:11,12,19,20
59:11 63:19
64:12,20,21
67:22,23 72:5

72:5,13 73:24
74:7,8,11
77:16 78:21
80:18 90:16
91:16 93:9
95:16 97:7
101:12 105:3
108:18 112:10
115:9,11
117:13 118:2
121:22,23
122:8,17 124:1
125:16,21,22
126:12 127:18
**colleges** 4:24 6:5
7:4,19 11:19
20:9 36:9,12
43:14 56:13
59:5 104:24
118:19 129:21
**collegiate** 1:18
11:5,8,10,24
13:3 14:17
17:15 19:12
50:10,18 51:21
52:19,25 55:2
57:7 95:19
96:4 133:17
**collision** 96:20
**collusion** 37:17
**Columbia** 121:9
**combined** 46:7
75:1
**come** 3:3 14:19
19:19,21,22
28:23 58:14
61:7 84:6 88:9
91:6 96:4
98:24 100:14
101:11,11,16
103:5 108:2,3
124:13 125:12
132:21
**comes** 6:18
35:11 98:16
134:1,2
**comfortable** 3:7

coming 3:4 26:6 72:3 74:19 81:7 86:11 98:19 99:14 108:18 127:19
commend 98:19
commendable 6:12
comment 93:14 100:17 117:6 117:19,20 127:25
comments 8:13 32:8 49:8,11 80:15 94:1 132:9
Commerce 2:7 39:13 133:10
commercial 4:14 10:13 12:16 32:21 39:6
commercialize 36:1
commercialized 33:2 36:8 41:9 131:19
commissions 40:6
commit 92:24
commitment 12:19 24:5 44:10 65:9 71:16 104:11 104:14 105:6 106:13,22 123:12 128:25
commitments 11:9 66:21 80:21 93:5
committed 44:17 59:16 80:21,22 105:10
committee 2:7 2:11,13 10:4 10:15 11:12

15:7,11 17:9 23:6 32:4 39:13 40:7,21 43:4 49:6 53:5 71:14,18 76:17 84:10,24 85:25 87:2,7 98:24 100:3,9 128:2 133:10
committee's 36:13
committees 40:11,14 86:24
common 12:5 35:25 46:24 99:11,16,23 100:16
commonly 35:7
commonplace 45:19
community 52:8 94:11 134:14
company 33:12
comparable 51:15
comparisons 51:18
compassion 92:11
compatibility 41:8
compelling 125:5
compensate 120:13
compensated 6:12
compensating 112:9
compensation 38:7,18 53:4 116:7,15,20 118:18 122:24 131:21
compete 14:10 96:12
competed 11:14

33:20
competition 25:17 34:2 52:1 92:14
competitive 27:15 37:21 41:5 67:15
competitiveness 123:12
competitor 36:15
competitors 40:20
complain 128:15
complaints 88:1
complete 27:24 28:14 57:14
completely 62:6 65:22 67:16 109:10 122:19 123:18
completing 27:16
complexities 106:15
compliance 25:24 26:2
complicated 17:11
comprehensive 45:23
concentration 24:15
concept 3:22 64:9
concern 89:1
concerned 26:7 28:25 125:16
concerns 74:17 75:7 91:2 107:23 108:5 126:12
concert 70:17
concludes 34:1
conclusion 52:24 114:9
concur 36:22

Concurrently 50:20
concussed 96:6
concussion 96:5 96:9
concussions 8:9 45:16 57:25 93:8,21 94:8 94:12,20 100:1 100:4 103:6 127:24
concussive 95:15 96:1
condition 92:6
conditioning 45:20
conditions 46:18
conducive 51:25 126:10
conduct 32:15 58:25 68:9
conducts 13:13
conference 24:25 46:17
conferences 12:3 63:16 64:24 65:1
confidence 9:1 74:15,18
confirmed 33:22
confiscate 37:3
conflict 35:18 50:2
conflicted 32:23
conflicting 36:17
conflicts 89:3 90:10
confused 61:11
confusion 33:8 51:18
Congress 9:23 14:18 51:4 56:20 74:6 78:7 85:20 128:2 129:17 129:17

Connecticut 8:14 104:6
consciousness 52:21
consensus 56:23 94:11
consent 35:14 52:13
consequences 122:11
Consequently 50:5
consider 5:1 47:9 111:11
considerations 12:17 74:17
considering 7:5
consistently 50:25 51:9
constantly 6:15
Constitution 35:8
construct 34:18
constructed 128:13
construction 64:24 103:18
constructive 71:9,23
consumes 7:15
contact 19:20 94:14
contention 12:20
CONTENTS 1:1
contests 34:3
context 17:19
continue 7:2 10:3 29:24 46:6 49:25 98:25
continued 45:9
continues 102:1
continuing 10:3
contract 35:22
contracts 12:4

35:3
**contradict** 35:9
**contradictions**
33:6
**contrary** 37:5
52:5 62:15
**contribute** 12:8
**contributing**
99:20
**contributions**
98:16
**control** 4:7 9:22
34:16,25 37:24
70:14 82:6,7
82:10,14,18
90:2,3
**controlled** 39:19
52:9
**controversy**
13:4
**convenience**
37:12
**convenient** 61:3
**conversation**
25:3 75:4,6
122:9 127:8
**conversations**
17:13,16 59:14
**converting**
122:15
**cool** 76:2
**core** 12:15 55:22
**corporate** 10:14
40:18
**correct** 70:7
113:20
**correcting** 58:21
**correction**
108:24
**correlated**
129:23
**correspondence**
25:9
**corrupt** 5:2
**Cory** 19:15
102:7 132:12
**Cory's** 121:14

**cosponsored**
93:10
**cost** 5:6 45:25
57:19 58:15
62:21 66:14
67:2,2 72:10
117:23 121:1,3
121:19 122:9
**costing** 109:22
**costly** 46:3
**costs** 46:7 67:3,5
77:16 109:5
**couldn't** 25:15
91:4 92:6
105:1 128:10
**council** 69:4
**counsel** 60:22
**counted** 27:24
**counterintuitive**
85:3 87:10
**countless** 13:8
58:17
**country** 3:9,11
18:16 59:3
64:21 65:4
90:17 91:16
98:2 104:6
128:20
**counts** 24:23
**County** 23:14
101:25
**couple** 8:12
76:12 77:9
99:2 124:4
128:21 134:2
**course** 12:7
38:19 93:20
100:1 106:5
127:23,23,24
128:17
**courses** 52:4
69:22 132:4
**court** 25:17,18
26:12 37:23
60:6 114:19
**courts** 37:21
**cover** 57:18 59:6

59:8 66:9,13
67:1,3,5 88:10
107:7 109:5
110:23
**coverage** 58:7
77:16,22
105:12,14
109:12 130:24
131:7
**covered** 23:15
58:5
**covering** 46:7
**covers** 58:6
62:21 91:6
**cracked** 38:8
**crazy** 92:21
**cream** 113:17
**create** 28:5 57:1
68:3 90:17
119:6
**created** 10:6
34:23 50:10
60:22 65:2
74:5,6 94:3
131:22
**creates** 5:4
35:24 38:17
89:2,3
**creating** 121:1
**creation** 90:15
**creature** 36:21
**credentials** 6:10
**credit** 27:19,25
**cried** 75:17,21
**cries** 76:1
**crisis** 58:3
**critical** 42:2
93:19
**criticism** 12:14
**critics** 4:15 13:5
34:19 50:8
**cross-country**
36:5
**crowds** 36:3
**cultivate** 126:9
**culturally** 52:7
**culture** 3:9

28:16 59:13
96:19 128:20
**cultures** 98:1,1
**current** 11:5,24
17:14 23:8
58:19
**currently** 46:4
86:23
**customers** 7:13
**cut** 7:8 92:14
**cycle** 5:10
**cynical** 61:20
128:13,13
**cynics** 50:9

**D**

**D** 1:3,12 2:13
43:1
**D.C** 2:9
**dabbler** 33:10
**Dakota** 1:6
10:20 11:2
13:12 14:12
**damage** 129:16
**damaged** 29:17
**Dame** 36:5 77:4
**dangerous** 29:25
**dangers** 96:5
**Daniel** 37:19
**dark** 113:6
**darn** 126:8
**data** 46:11 51:16
80:5 86:1
88:23 89:12
104:15,17
133:17
**data-set** 51:17
**date** 45:22
125:10
**daughter** 11:14
**daunting** 39:16
**David** 33:24
**Davis** 24:4
**day** 18:25 23:14
27:23 85:21
122:8 124:25
125:1

**days** 67:15
94:10 107:6,20
113:19,20
**deal** 65:8 89:8
98:21 99:13
109:16 125:19
125:20
**dealing** 72:14
**dealt** 110:15
**debate** 86:7,8
**debating** 86:5
**debt** 46:2
**decade** 126:1
**decades** 44:9
49:24 64:14
114:18 124:15
**December** 23:12
**decided** 18:16
23:22,25 92:3
**decision** 47:10
47:12,14 56:17
57:2 62:6
65:22 73:10
84:21,22 98:10
122:2
**decisions** 5:17
41:8 56:15
65:24 70:10
134:13
**declare** 34:11
60:16
**declared** 34:20
34:25
**decline** 34:6
**declined** 6:7
**dedicated** 13:21
**deeper** 111:8
**deeply** 8:12
104:9 107:13
**defend** 29:3,5
60:23
**Defense** 94:15
130:2
**defied** 40:23
92:13
**defies** 100:16
**define** 32:14

**definition** 25:7
34:7 50:11,18
122:21 123:3
**degree** 20:13
24:14 44:3
57:15 66:23
68:1 72:6
112:21,24
113:5 127:10
127:10
**degrees** 114:16
**delayed** 57:15
**deliberate**
114:22,23
115:3
**deliberately**
7:15
**deliberations**
86:16
**deliver** 36:11
**deliverables**
92:17
**delivery** 37:8
**demand** 67:16
**demanding** 27:8
131:15
**demands** 36:18
67:9,11 77:23
**demarcation**
50:21
**dementia** 95:13
**democratically**
56:12
**Democrats** 9:22
**demographic**
49:18
**demonizes** 28:16
**denies** 60:10
**denomination**
46:24
**deny** 39:2 60:23
122:12
**denying** 35:12
53:2 118:18
**department**
36:16 88:19
89:25 94:15

116:1 130:2
**departments**
4:18 82:16
88:7 90:25
104:10 115:20
**DePaul** 44:6
**dependent** 35:21
**depending**
105:16 110:8
**depends** 51:22
**derived** 32:18
34:8
**describe** 57:12
**described** 50:9
74:19
**describing** 62:8
89:4
**deserve** 59:18
132:17
**deserves** 132:13
**designed** 33:15
**despite** 24:10
**detection** 45:16
**determination**
14:11
**determine** 7:1
**determined** 74:8
**devalue** 29:12
**devastating**
119:4
**develop** 28:12
33:2
**developed** 50:23
**developing**
44:18
**development**
14:20 31:7
**Devon** 1:9 22:2
23:1,4,11
96:13
**devoted** 38:20
**devotee** 33:10
**devotion** 34:9
**diagnosis** 57:24
**dictating** 101:3
**Dictionary** 33:9
**didn't** 4:5 6:7

15:22 20:13
24:17 61:11
66:15 71:8
75:19 86:4,10
100:23 110:23
114:8 121:10
125:3 130:4
**died** 60:8
**dietician** 125:3
**dieticians** 45:20
**difference** 55:8
123:6,10,10,13
123:14,15
130:21 131:4
**differences** 36:7
49:18 130:13
130:13,16
132:5
**different** 5:22
10:13,15 51:6
51:7,8 59:1
60:17 88:21
96:17 110:2
121:13,24
122:2 129:2,7
**differently**
117:24
**difficult** 89:10
**dignity** 112:15
**diligently** 56:1
57:1
**dimension** 100:2
**diminish** 103:20
118:9,9,10
**diminished**
130:16 132:6
**dinner** 69:16
**direct** 68:13
**direction** 20:11
27:13 103:10
103:11 104:7
**directly** 14:20
28:16 59:4
**director** 1:12,15
13:11,17 14:4
14:12 42:13
43:1,21,23

44:6 45:18
48:3 49:2,10
70:15
**director's** 70:4
**directors** 56:2
86:21
**dirt** 99:15
**disability** 106:4
**disadvantage**
13:1
**disappointed**
64:25 65:10
**disappointing**
115:25
**disasters** 40:23
**disband** 78:10
**discomfort** 8:3
**discouraging**
102:2
**discovered**
24:23
**discuss** 45:22
55:18 56:10
57:4 65:18
**discussed** 9:21
97:23 103:10
127:10
**discussing** 62:8
**discussion** 5:19
9:8 21:5 28:6
32:9 79:13
95:18 97:5
100:20
**discussions**
17:19 78:10
**disheartened**
133:15
**dishonesty** 25:7
**dismayed** 88:24
**disorder** 95:7
**dispensation**
99:7 131:10
**disputed** 86:7
**disqualified**
40:2
**disregarding**
26:22

**disrespectful**
102:15
**disseminated**
101:6
**distinct** 49:17
**distinction**
33:14 36:12
119:21
**distinguished**
10:19 49:6
**distinguishing**
32:11
**distorted** 38:14
**dive** 13:19
**diver** 13:18
**diversity** 46:22
**Division** 4:12
11:14 19:15
27:9 36:5
43:23 44:6
45:3,4 46:4
47:1 50:15
56:2,25 59:7
62:5,22,24
65:16 72:22,22
79:15 88:6
107:10 130:23
**divisions** 43:13
49:18 59:5
**doctor** 94:4
118:6
**doctors** 96:3
**documentary**
28:7
**documents**
49:14 50:17
**DoD** 94:17
**doesn't** 60:17
76:11 105:18
106:10 118:3
122:17 123:5
123:14 129:17
129:17 132:8
**doggerel** 50:9
**doing** 7:13 62:18
63:1 64:16
75:9 77:19,21

83:22 107:8
114:24 128:1
129:3,15
**dollar** 10:13
**dollars** 4:21
7:22 8:17 9:20
64:15 91:12
104:25 109:23
111:18 112:8
114:5,14
**dominant** 64:8
**don't** 6:19,20
7:7 8:1,1,6,7
9:1,3,5 16:2
25:21,21 40:24
60:19 61:8,17
61:18,25 62:3
66:22 73:20
75:24 77:14,17
80:11 81:12,21
81:21 83:23
86:5 87:7 88:3
90:1,6,7 93:3
94:7 99:15
101:13,21,22
101:24 102:15
106:1 108:10
108:14 113:3,4
113:17 114:19
116:8 117:15
117:16 119:2,5
119:24 126:15
127:20 128:7,7
128:12 129:5,6
129:13,14
130:6,25
131:13,20,23
132:6,23 133:6
134:3
**donate** 99:8
**door** 116:3
**doors** 101:17
107:18
**dorms** 101:17
**doubled** 50:15
**doubt** 75:5
**Douglas** 40:3

**dozen** 56:6
**Dr** 6:4 9:11 19:2
48:2 49:4 53:7
54:2 55:3,6,9
55:11 59:22
60:20 62:4,15
63:13,15 64:6
71:7 72:7 73:4
73:16 74:1
77:9 78:13,20
80:6,25 81:4,6
81:10,16,18,20
81:22 82:22
83:12,13,25
84:3,5,8 85:15
86:1,5,25 87:1
87:19 88:3,13
88:23 90:5
91:4,10,17,25
93:14,19 96:2
97:13,23 98:25
103:10 104:1,8
104:14 105:13
106:15,18
107:1 108:1,11
108:16,24
109:6,10,19,24
110:12,18
111:4 113:9,22
113:25 114:16
115:13 116:3
117:20 118:5
118:14 119:11
119:23,25
120:9,11,17,25
122:14,19
123:18,21,21
126:5,15,18
129:1 130:17
133:12
**draft** 24:12 49:7
**drafted** 19:8
96:16
**dramatic** 45:7
**drastically** 45:1
**drawn** 49:14
**drew** 24:2

**drive** 56:3 70:25
**driven** 82:4,6
131:24
**driveways**
108:19
**dropouts** 51:11
**dropped** 9:4
**drug** 45:23
**drugs** 45:22
**drumbeat** 52:11
**dry** 8:11
**due** 12:3 39:3
53:3 110:24
122:18
**Dustin** 13:17
**duty** 6:1 60:10
60:18 126:25

───────
**E**
**earlier** 61:13
96:13 102:16
104:17
**earliest** 33:21
**early** 13:25
39:17 95:13
**earn** 18:22
19:16
**earned** 34:6
121:23
**earnings** 37:3
**earns** 46:12
**easy** 52:4 128:15
132:3
**eat** 8:19 38:3
69:19 101:20
113:18,21
131:13
**economic** 14:9
37:20 38:13
49:13 101:9,9
130:18
**economically**
20:2
**economist** 37:16
**edification**
17:21
**edifying** 20:19

**educate** 6:1
110:19,20
**educating** 38:22
**education** 3:13
4:17 5:23 6:18
6:21 7:20
12:12 14:16,20
23:13 32:17
39:15 41:9
43:20 46:7
47:4,5 51:2
53:1 57:15
72:6 73:24
96:2,19 98:17
116:10 117:14
122:6 128:25
**educational**
12:13 36:14,20
38:20 43:17
52:14,22
118:20
**educations** 56:1
**educators** 32:5
44:17
**effect** 104:3,21
104:22 105:3
126:16
**effective** 52:16
128:1
**effectively** 29:13
74:12 104:13
**effectiveness**
50:22
**effort** 50:20
71:23 73:14
112:20
**efforts** 12:6 95:5
**egregious** 89:9
107:24
**eighth** 23:15
**either** 15:23
60:18 105:15
127:6,14
129:21
**either/or** 117:25
118:5
**elaborated**

80:17
**elastic** 36:4
**electronically**
25:21
**element** 134:7
**eligibility** 26:5
26:24 27:2
29:16 38:17
40:17 45:9,9
51:24 108:14
114:4
**eligible** 27:17,18
51:11 120:6
**elite** 44:13
**email** 25:9,10
**embarked** 50:5
**embarrassed**
85:17
**embarrassment**
113:19
**embedded** 52:19
**emergency** 59:7
**emerging** 44:15
**eminently** 105:3
**Emmert** 1:17
5:17,20 6:4
9:11 38:23
54:2 55:1,3,6,9
55:11,14 59:22
60:1,20 62:4
62:15 63:13,15
64:6 65:15,20
71:7 72:7 73:4
73:16 74:1
77:9 78:13,20
80:25 81:4,6
81:10,16,18,20
81:22 82:22
83:12,13,25
84:3,5,8 85:15
86:1,5,25 87:1
87:19 88:3,13
88:23 90:5
91:4,10,17,25
93:14,19 96:2
97:13,24 98:25
103:10 104:1,8

104:14 105:13
  106:15,18
  107:1 108:1,11
  108:16,24
  109:6,10,19,24
  110:12,18
  111:4 113:9,22
  113:25 114:16
  115:13 116:3
  120:25 122:14
  123:18,21
  126:24 130:17
  132:11 133:9
**emphasis** 99:11
**empirical** 49:13
**employee**
  118:23 122:21
  123:25
**employee/emp...**
  104:2 120:6
  122:16 123:23
**employees**
  103:12 104:4
  117:25 118:1
  118:21,22
  119:13,21,23
  119:25 121:2,2
**employer/emp...**
  116:6,15
**employer/emp...**
  117:2
**employers** 39:10
**enable** 98:25
  100:10
**enacted** 56:6
**encephalopat...**
  95:14
**encourage**
  105:11
**encouraged**
  33:16 73:5
**ended** 27:22
**endorsement**
  26:17
**ends** 39:10
**energy** 20:17
  65:9 103:14

**enforce** 35:4
  97:18
**enforcement**
  35:17
**enforces** 38:17
**engage** 19:23
  52:17
**engaged** 87:5
**engine** 131:19
  132:7
**engineering**
  112:22
**enhances** 52:14
**enjoy** 38:13
  55:24
**enlighten** 103:5
**enlightening**
  103:7
**enlisted** 40:2
**enormous** 38:13
  44:18 78:17
  89:2,4 125:4
  131:4
**enrolled** 27:19
**enshrined** 34:4
**ensure** 45:14
  59:17
**ensuring** 52:21
**enterprise** 10:13
  37:4 43:11
**enterprises** 4:14
  32:21
**enthusiast** 33:10
**entire** 59:3 92:7
  134:10
**entitled** 7:21
**entity** 29:13
**entrepreneurial**
  37:8
**enumerated**
  61:15 63:4
**environment**
  11:25 20:1
  23:23 126:7,9
  126:13
**epilepsy** 91:25
**episodes** 95:16

96:1
**epitome** 18:8
**equal** 52:22
**equalizes** 99:18
**equally** 88:24
**equip** 19:6
**equipment**
  34:17 44:14
  95:23,24
**equity** 32:10
  37:11
**escalate** 46:6
**especially** 94:12
  94:24 105:22
  111:4
**ESPN** 4:4 18:16
  36:6 77:4
  128:21
**essence** 129:10
**essential** 35:12
**esteemed** 24:2
**evaluate** 13:13
**evening** 69:15
**events** 14:3
**eventually** 40:6
**everybody** 98:12
  129:12 133:20
**evidence** 25:19
  26:22 33:23
  37:16 52:24
**exact** 25:14
  102:3
**exactly** 61:21
  123:15
**examine** 11:5
  44:22 51:7
**examining**
  133:13
**example** 8:22
  37:20 41:2
  45:16 57:22
  62:20 67:17
  83:19 93:22
  102:3 113:14
  114:2 116:12
  128:6
**examples** 56:7

68:12
**excelled** 23:16
**excellence** 9:14
  24:5
**excellent** 54:1
**excess** 43:12
**exchange** 43:18
**excitement**
  107:8,9
**excluding** 35:13
**exclusive** 37:24
**excuse** 33:5
  82:22 98:22
**executives** 4:4
**exercise** 37:6
**exercising** 128:3
**exhausted** 40:5
**exhaustion**
  27:23
**exist** 14:13
  29:12 33:25
  89:14 90:4,11
**existed** 3:17
**exists** 28:15
  105:14
**exit** 13:13 68:9
  68:21
**expected** 109:8
**expenditures**
  64:12
**expense** 49:22
  65:8
**expenses** 59:6,7
  66:10
**expensive** 63:14
**experience** 6:21
  12:13 17:10
  19:24 27:23
  52:14 69:2,8
  72:5,13 107:13
  124:11
**experienced**
  19:12
**experiences** 44:5
  44:11 55:25
  68:2 107:17
**expert** 31:7

**expertise** 36:10
  36:12 95:18
**experts** 37:16
  57:23 90:16,16
**expired** 70:3
  75:11
**exploit** 39:10,11
  131:25
**exploitation**
  9:13 32:20
  39:7 111:11,13
  111:21,23
  112:10 115:11
**exploitations**
  103:17
**exploited** 113:2
  113:7 114:13
**exploiting** 120:2
**exploits** 52:16
  53:2
**explore** 9:15
**exponentially**
  96:10
**exposed** 96:15
**exposure** 20:17
  96:25
**expresses** 33:13
**expunged** 40:22
**extend** 41:4
  69:18 105:8
**extended** 20:6
**extensive** 37:5
**extensively** 31:8
  49:14
**extent** 83:23
**extra** 59:6
  108:20 132:14
**extraordinary**
  3:8 60:12
  80:14 107:18
**extremely** 6:12
  29:14 57:5
  66:24
**exultation**
  113:15
**eyes** 67:10,10

**F**

face 36:16
Facebook 37:8
faced 122:1
facet 69:2
facilities 5:9
　39:25 44:13
　47:11
facility 69:14
facing 71:21
　111:11
fact 10:16 26:1
　28:6,19 29:22
　57:8 58:19
　61:22 64:14
　66:21 78:14
　79:12,24 80:19
　82:23 86:5
　88:25 90:23
　99:14 104:5
　107:9 108:25
　112:23,25
　118:17 119:13
　122:3
factories 103:18
facts 95:6
　104:16
faculties 34:19
faculty 34:25
　56:21 125:17
failed 42:4
fair 41:5 64:5
　87:12 88:22
　105:3
fairness 37:11
fall 66:11 73:15
　118:17
falling 12:19
　20:19
false 35:24
families 20:4
　58:18 91:7
　99:15 101:14
family 13:22,24
　19:21,23 20:6
　29:6,15 60:7
　89:8 100:12

101:12 105:16
　105:22
famous 8:22
　29:25
fan 3:10 11:11
　121:12
fancy 14:6
fans 32:5 33:16
　65:3
far 51:10 67:15
　98:6
faring 7:5
fascinating
　97:12
fast 95:22 115:4
　115:10
father 11:13
　13:25 34:21
fault 42:12
favorite 91:22
FBS 45:4 64:8
FCC 63:16
feat 13:20
feature 32:11
featured 37:20
federal 51:4
　79:14
feel 12:18 89:17
　90:2 96:6
　100:23 112:15
　118:8 126:25
feeling 127:11
　130:6
fees 46:9
fellow 17:13
　19:25 95:21
Fellowships
　18:19
felt 87:14 100:22
　101:7
festivals 33:22
feud 39:18
FGR 51:4,10,16
fiat 35:13
field 7:12 27:2
　28:13 43:16
　92:6 96:7,12

96:14 99:18
　101:6 121:16
　121:17
fields 32:7 46:20
fifth 58:5 96:10
Fifty 39:17
figure 5:15
　122:13
figures 5:16
filed 60:7
filled 24:7
final 24:24
　25:20 27:3
　63:18 100:17
　126:2,3
finally 54:2
　58:13 67:8
　102:10
financial 4:18
　12:2 29:23
　34:10 44:23
　45:25 46:13
　99:19,20
　101:22 103:14
find 25:5 26:8
　37:16 60:12
　66:1 67:16,18
　88:5 90:24
　94:2 97:17
　120:17
finding 66:5
fine 55:7 120:13
finish 8:11 66:23
　112:24 114:15
　122:6
finished 18:13
first 11:19 15:6
　15:16,19,25
　17:9,18 18:11
　18:18 23:9
　26:25 35:2,17
　39:14 50:10
　57:12 58:20
　62:22 63:19
　64:7 65:21
　66:5 74:4
　76:13 78:14

82:23 89:2
　90:13,13 93:25
　94:1,6,10,18
　101:12 104:8
　107:5,6,11
　118:16 131:22
　132:24 133:3,5
　133:22
fits 34:7
five 24:7 25:12
　31:5 42:4,6,11
　44:9 62:10
　63:16 102:19
　111:25 112:25
　124:5,8 132:14
　132:25
fix 115:21 116:3
　116:3 122:13
fixed 80:16
flawed 98:11
flexibility 32:25
　70:9
flights 14:7
floor 133:2
Florida 1:8 17:2
　18:17 38:10
　88:12 98:12,12
　99:4,9 101:11
　101:11,25
flourish 100:25
flow 64:18
fly 99:8 111:16
focus 49:20
　50:19 51:2
　78:21 93:15
　96:20 104:23
focused 78:14
　78:23 80:15
focuses 51:23
folks 90:16
　103:4
follow 5:6 60:2
　129:17
follow-up 45:24
　68:24 97:19
followed 43:25
　76:9

following 25:16
　55:15 71:15
follows 21:6
　30:4 32:15
　41:11 47:17
　53:7 59:22
　76:16 85:24
football 1:9 4:12
　7:12 11:22
　12:4 13:10
　18:15 19:5,7
　19:15 23:2
　27:9,15 28:2
　29:9 34:22
　35:19,21 36:5
　37:24 38:1,8
　38:21 45:4,17
　60:9 65:5
　69:20,23 78:23
　78:25 79:18
　91:24 93:20
　94:13,13,24
　96:21 97:8
　100:7 107:10
　115:6 121:21
　121:22 128:22
　134:14
fora 61:17
　128:16
forbidden 66:18
forced 96:7
forcefully 89:23
foresight 19:21
forget 128:5
forgive 107:22
forgot 84:12
forgotten 63:20
form 5:8 65:16
　76:7 133:9
former 1:9,12
　9:18 11:12
　23:1 42:13
　43:1 58:12
　68:6 79:25
　108:4 124:25
forms 53:3
formulas 129:7

forth 71:22 82:9
  100:15 111:16
fortunate 18:22
  29:14
fortunately 19:8
  26:12
forum 14:19
forward 6:2
  11:6 14:23
  21:5 59:20
  73:3 74:18
  88:9 104:18
  131:16
foster 40:3
fosters 51:18
found 75:13
  89:9 118:1
founded 33:4
founding 3:20
four 25:12,16
  35:17 61:15
  80:20 111:25
  112:25 124:8
  129:19
four-year 7:9
  80:21 81:9
  83:21 84:20
  85:19 87:17
  100:20
fourth 36:25
  58:1 96:10
fraction 67:21
fragile 98:11
frank 9:8 59:14
frankly 107:17
  130:15 131:25
fraud 24:23 25:7
  26:4
fraudulent 9:17
free 130:25
  131:3 133:9
freedom 37:6,12
  37:14 38:1,13
frequently 14:10
  61:16
freshman 69:11
freshmen 69:12

friends 13:24
  19:25 27:7,11
  28:18
front 7:12 70:23
  78:9 115:19
  123:13
frustrating
  102:2
FSU 18:24
fulfill 73:22,22
fulfilling 9:16
  11:9
full 32:7 39:2
  57:18 62:21
  72:10 77:15
  83:21 86:19
  109:5
full-time 35:2
fulltime 112:24
fully 67:2
function 104:4
fundamental
  36:13
funded 61:6
funds 34:18
  46:16 70:18
funneled 5:7
further 58:24
  59:8 106:22
future 6:24 19:3
  20:14 21:3
  59:21 100:1
  101:23 103:3
  124:16 132:7

G
gain 34:10
  101:22
gains 33:14
gambling 45:23
game 3:24 26:25
  27:3 29:11
  65:5 67:23,23
  91:14 96:22,22
  100:14 117:21
Gamecocker
  126:5

Gamecocks
  121:11
games 12:2,5
  25:25 39:20
  40:18,23 64:2
  72:19 91:9
  92:1,2,13 98:2
gap 83:4
gaps 58:7 77:21
garment 103:18
gather 69:12,13
gathered 68:16
gazillion 91:12
general 25:18
  34:15 40:3
  42:3 50:1
  51:16,19 67:25
generate 4:23,23
  9:20 117:16
generated 8:16
generates 4:20
generating
  58:16 117:3
  118:11 120:5
generation
  49:25 58:20
generators
  73:19
genesis 17:24
Gens 13:18
gentlemen 34:5
  43:4 111:24
  112:13 127:13
George 28:8
getting 39:8
  96:8,9,15,16
  101:5 111:1
  127:16 128:9
  129:20
giant 17:15
gigantic 131:5
girlfriend
  101:19
girls 95:2,3
give 41:6 66:8
  73:16 75:2
  78:11 81:24

85:18 87:7
  100:11 101:19
  111:23 114:2
  131:12,20,21
  132:21
given 57:13
  79:21 99:24
gives 27:13
  33:11
giving 8:25 49:8
  80:19,20 84:20
  107:22 112:7
  112:16
glad 3:7 106:14
globe 40:15
glorified 41:3
go 8:2,20 18:4
  18:14,16,18
  20:8,11,23,25
  21:2 23:18,23
  23:25 27:10,25
  28:17 64:2
  65:4 68:2 70:6
  77:22 84:23,25
  85:2,4,5,7,8,14
  89:23 93:6
  95:11 96:17
  97:23 98:17
  107:3,19
  109:15 111:7
  116:17 120:14
  120:20 121:10
  121:22 122:2
  124:9 129:13
  129:14 131:1
  132:2
goal 4:16 9:10
  34:25
goes 5:14 7:3
  72:8,12 73:4
  73:17 80:3
  96:10 98:17
Goffman's
  52:10
going 3:13,20,21
  4:9 8:5 9:9,11
  10:10 15:1,1,4

15:5,5,20
  26:21 28:20,22
  60:4,13,13,23
  61:8,8 62:5
  64:12 66:23
  67:21,24,25
  71:17 74:13,25
  75:2 83:20
  86:18 88:19,22
  89:13 90:18,20
  90:22 91:15
  92:3 93:13,24
  97:14,15 101:9
  101:23 111:10
  112:6 114:3,17
  114:18,20
  115:6,8,11
  118:9 119:4,8
  119:20 120:5
  120:20,20
  123:19 124:16
  127:1,1 129:12
  129:12 130:10
  131:23 133:7
  134:15,16
Golf 34:4
good 5:21 6:21
  7:20 9:2 23:3,5
  41:2 43:4
  51:12 55:4,13
  55:21 57:8
  61:11 71:17
  76:4 78:17,18
  79:6,12,24
  80:7 81:23
  83:3 87:4 94:7
  107:20 120:2
  121:8 125:24
  126:17,17
Gophers 92:4
gotten 116:25
govern 35:13
governance
  32:12 35:16
  39:14 52:3
  74:11
governed 56:12

governing 40:14
governmental 50:3
gracious 108:2
grade 23:16
graduate 28:10 46:12 80:4 115:23
graduated 79:15 109:15
graduating 23:24 24:15 79:9,11,22
graduation 8:10 27:11 44:25 45:2,8 46:2 50:4,24 51:4,8 52:20 79:13,14 79:18
grammar 25:11
grandchild 75:14
grandchildren 76:2
grant 117:23
granted 27:18 40:13
grants 46:16
grateful 6:8 107:5,13
grave 126:12
great 4:6 27:11 28:10 65:8,8 67:15 86:25 92:9,10 98:2 129:16 130:5
greater 66:6
Greek 33:18
Greek's 3:22
grew 121:20
grossly 105:24
ground 96:23
group 37:4 67:1 90:15,17
grow 50:1
growing 4:11 79:19 103:13

grown 11:21
GSR 50:25 51:5 51:9,13,15,16
handle 88:1,7 89:25 110:20 116:2
guaranteed 39:3 80:20,21
guaranteeing 82:18
guarantees 63:24
guard 8:14
guards 9:2
guess 85:15 106:12 111:6 128:21
guests 32:4
guidance 20:11
guide 90:19
guided 26:23
guidelines 57:24 94:13,23
guilty 25:24 26:4 88:15
guy 18:6 19:16 76:1 114:5
guys 18:24 95:24 97:1 110:4 112:12 113:17,21 114:14

**H**
habits 33:1
Haden 19:16 77:2
hadn't 133:1
Hainline 94:4
half 25:12 85:1 99:10
Hall-of-Famer 18:10
hallway 75:13
Hampshire 118:8
hand 20:13 57:4 79:6
handbook 90:21
handful 64:24

66:4 78:24 80:23 94:10
handle 88:1,7 89:25 110:20 116:2
handled 88:19 88:20
handling 87:18
hands 61:19 62:8
Hanna 13:23 14:1
happen 57:11 66:24 79:23 92:18 99:3 113:2 116:21 120:21 122:14 129:23
happened 72:17 87:3 114:6 115:25 125:9 125:25
happening 71:12 72:2 77:22,24 78:16 78:17 93:2 107:21
happens 8:9 9:5 129:18
happy 5:6 78:13
hard 5:15 75:23 87:15 92:21 94:5 122:12 133:16
harder 122:13 123:8
harm 89:9 129:16
Harvard 34:18 85:5
haven't 93:7 109:1 127:11 127:21
he'll 132:19
he's 8:22 28:19 28:20,20,21 31:4,7 73:1

80:6 99:1 125:20 132:15
head 24:4,8 28:7 39:5 43:21 115:5 124:25 125:4 128:4 129:4
heading 95:3 103:9,11
headings 32:9
headquartered 132:22
heads 94:23 129:21
headway 95:6
health 7:25 8:4,5 8:7 14:16 44:24 45:13,15 46:15 57:22 60:5,15 72:11 99:22 104:23 105:1,7 109:12 130:24
healthcare 92:19 114:15 131:7
hear 9:16,17 12:10 13:4 15:1 55:7 69:7 71:9 78:18,19 82:1,2 92:11 106:14 108:5 116:4 119:3
heard 8:12 18:11 75:17 131:17
hearing 3:3 11:4 11:6 13:6 14:23,23 32:6 55:21 71:25 72:1 74:21 77:2 92:16 93:1 97:19 98:6,24 100:4 100:9 103:2,6 107:19 113:11 115:9 118:12

127:3,6,11,19 127:21 129:10 129:12 130:8 130:10 133:14 133:21 134:11 134:17,18
hearings 9:6 78:10 93:11 128:15
heart 13:19 17:7 26:10
heavily 93:20
held 25:16,23,25 29:7 90:14 119:17
Heller 2:16,18 76:9,10 77:1,7 78:4,18 80:24 81:2,5,8,19 82:2 83:7
Heller's 130:19
helm 6:9
helmets 7:11
help 13:24 18:24 25:10 28:17 29:15 67:20 69:9 72:21 98:25 111:1 125:24
helped 9:20 40:25 47:13
helpful 69:3
Here's 71:25
hero 18:6,20
Hewitt 28:9
hey 101:17 112:23
high 11:13 18:2 18:13,15 19:22 93:9 96:16,20 96:25 97:7,24 105:17 107:16
high-level 27:9
high-profile 12:18
high-stakes 33:23

**higher** 5:3 12:12
  33:3 43:20
  51:10,14 79:9
  79:11,15,22
  106:23 117:22
  131:20
**highest** 45:17
  113:15
**highlight** 13:6
  99:2
**highlighted** 97:2
**highlighting**
  20:17
**highlights** 96:25
**highly** 4:13 36:9
  36:12
**Hill** 24:1
**hire** 24:3 29:6
  35:1
**hired** 73:1 94:4
**hiring** 45:20
  47:11
**historian** 1:11
  31:4 32:1
  81:25
**historical** 37:16
  82:3
**history** 3:19
  34:5 94:19
**hits** 96:20 97:1
**hold** 75:8 113:23
**holding** 11:3
  14:22
**home** 20:5 28:17
  28:20
**homework** 7:17
**HON** 1:3,5 3:1
  11:1
**hone** 28:4
**honest** 120:1
**honesty** 120:2
**honor** 23:6
  25:17,18 43:8
**honored** 32:5
**honoring** 112:23
**hook** 106:1
**hope** 7:17 13:7

14:13 20:15
  32:8 34:10
  57:3 65:18,22
  66:13 71:10
  73:12 76:10
  91:6 92:17
**hopeful** 39:12
  131:17
**hopefully** 19:3
  26:9 73:13
  97:4
**hopes** 24:16
  40:4
**hoping** 17:17
**horrible** 111:16
  125:9
**host** 13:6
**hostage** 119:17
**hotel** 100:15
**hour** 69:19
  110:5
**hours** 27:19,25
  97:17 107:20
  108:13 109:8
  110:4,6,8,10
  111:14 112:14
  112:16
**house** 3:5 74:6
**household**
  121:20
**huge** 33:20
  110:12
**hundreds** 8:16
**hungry** 8:20
  68:20
**hurt** 99:23
**hybrid** 36:21

**I**

**I'd** 76:13 80:16
  81:25 82:2
  87:18 89:10
  100:19 104:11
  105:9 113:22
  117:19 129:8
**I'll** 6:24 77:25
  91:6 93:14,24

97:10 128:23
  133:5 134:16
**I'm** 6:7,14,22,23
  8:23 9:9,21
  10:10 11:11
  13:5 15:5,5,8
  17:17 19:2
  21:4 55:13
  59:16 60:4
  62:11 63:20
  65:17 68:8,10
  71:25,25 72:1
  75:5 77:3 78:4
  79:6 86:3,5
  90:20,22 91:5
  92:25 95:8,8
  97:19 104:6,16
  106:12,14
  107:5,22
  113:20,23
  116:4 118:12
  119:12 120:4,5
  121:15,18,20
  123:2 125:15
  127:1,13
  128:13,13
  129:13 130:10
  133:7,15
  134:15,15,16
**I've** 17:13 19:19
  19:20 24:7
  27:19 28:23
  55:12,14 56:1
  62:11 93:10
  102:21 127:20
  127:22 132:22
  133:12 134:10
**idea** 5:21 9:24
  9:24 20:12
  81:10,12,24
  96:21
**ideal** 3:25 19:10
  33:18 34:5
**identified** 32:12
  66:3 93:20
**ignore** 33:5
**II** 72:22 88:6

**III** 36:5 72:22
  88:6 130:23
**illegal** 37:25
**illustration**
  33:11
**imagining** 87:15
**immediate** 20:6
**impact** 13:7
  21:2 121:1,3,4
  121:5 126:7,11
  126:13
**impetus** 74:6
**implications**
  122:15
**implicitly** 36:22
**important** 3:11
  3:17,20 10:17
  13:6 17:11,23
  44:22 47:9
  52:7 55:18
  56:11,15 57:10
  57:12 70:21,24
  74:3 83:8
  89:12 93:17
  96:3 103:3
  107:11 116:10
  116:24 120:18
  121:18 129:10
**importantly**
  20:25 24:14
**impose** 106:23
**imposing** 50:13
**impossible**
  27:16
**impression**
  15:15 35:24
**impressions**
  127:4
**impressive** 6:10
**improve** 28:21
  50:4 56:10
  72:24 110:15
**improved** 44:14
  45:1 46:18
  68:12 110:16
  111:3
**improvement**

45:7
**improvements**
  44:10 68:14
**improving** 20:19
**inadequate**
  109:13,22
**inappropriate**
  51:18 90:10,24
  105:24
**incentive** 5:4,5
  87:4
**include** 45:19
  46:14 86:19
**included** 19:6
**includes** 43:20
  43:24
**including** 11:7
  45:4 52:20
  58:18 67:11
  100:5 119:5
  123:25 128:2
**income** 28:6
  58:18 64:1,1
  105:22
**increase** 18:24
**increased** 45:8
  50:3
**increases** 46:8
**Increasing** 12:2
**increasingly**
  103:23
**incredible** 3:10
  96:2 125:18
**incurred** 109:17
**indelible** 21:2
**Index** 2:17
**Indiana** 80:22
  83:19 132:22
**Indianapolis**
  90:14
**indicated** 65:15
  87:21
**indicative** 52:9
**individual** 6:13
  43:9 45:11
  104:24
**individuals**

103:17 106:7
114:13
**industry** 21:1
33:6 37:10
**ineligible** 101:21
**inequality**
103:13,21
**inexorably**
40:14
**inflation** 46:1
**inflicting** 67:6
**influence** 4:2
127:18
**influenced** 44:2
**influences** 19:1
**informal** 67:14
**information**
43:18 68:16
76:16 85:24
101:5
**informed** 49:12
133:16,17
**infractions**
56:15
**infrastructure**
19:20
**inherent** 35:18
**inherently** 51:5
**inherited** 34:24
**inhibits** 53:1
**initial** 29:1 45:9
49:7
**initiate** 71:10
**initiated** 71:10
**initiative** 65:16
65:19
**initiator** 73:10
**injured** 7:6 8:10
**injuries** 58:6,7
67:6 105:8
106:5 109:16
**injury** 12:24
60:8 95:14
99:24 103:15
105:23,25
106:19 110:9
**innocence** 39:4

**input** 69:12 70:1
**INSERT** 76:17
85:25
**insisted** 82:24
**insisting** 36:20
**inspiration**
117:11
**inspired** 3:10
12:8
**inspiring** 95:17
117:9
**instance** 39:7
**Institute** 1:16
48:4 49:3,10
**instituted** 45:11
**institution** 14:14
24:3 28:24
29:5 68:7,23
**institution's**
126:8
**institutional**
52:12 70:13
**institutions** 11:9
12:15 13:2
33:3 43:9
52:10 62:19
63:2 70:10
78:24 84:18,25
85:4,6 87:25
103:4 125:20
126:8
**insurance** 7:25
8:4,7 46:15,15
58:6 59:9,9
67:2,6 72:14
77:21 92:20
99:22 104:23
105:1,7,18
106:4,7,21
109:19
**insuring** 112:21
**integrate** 12:11
114:20
**integrity** 36:14
**intellectual**
18:25 33:5
**intellectually**

52:17
**intensified**
39:18
**intent** 23:25
**intercollegiate**
12:12 32:16,19
34:14 43:16
46:22 47:7
63:8 79:1,2
80:12 118:20
133:13
**interest** 10:16
12:2 20:14
35:18 47:12
66:5,25 73:6
87:16 89:3
**interested** 97:19
**interesting** 3:20
84:24 86:8
100:3,24
127:17 129:8
133:21
**interests** 26:9
39:16 49:22
63:4 70:11
74:16
**internal** 35:8
50:17
**International**
40:21
**internship** 27:13
27:16,21,22,24
28:9,14
**internships** 27:7
67:19 92:21
97:11 112:16
**interpretation**
122:20
**interpreted**
80:17
**interrupt** 62:11
**interrupting**
82:22
**interview** 26:22
99:5,12
**interviewed**
29:7

**interviews** 13:13
68:9,13,21
**intimidate** 29:24
**invaluable**
68:22
**invented** 34:14
**invested** 64:19
**investigate**
104:10 110:17
**investigated**
88:16
**investigating**
115:20
**investigation**
24:22 25:6
71:18 88:11,14
**investigations**
10:6
**investigators**
29:2
**investing** 64:14
**invitation** 23:10
43:5 59:19
**invites** 51:18
**inviting** 17:10
47:16
**involved** 14:20
26:14 33:4
83:4 103:15
**involves** 12:20
**involving** 88:2
**irrelevancy**
124:1
**islands** 17:25
**isn't** 102:7 114:7
120:21 123:8,9
126:25 127:25
**isolated** 52:8
**isolates** 50:12
**issue** 17:14 67:8
72:12,15 90:6
90:21 93:8,17
93:17,19 95:1
96:18 97:6
101:9 107:7
110:14,15
115:19

**issues** 13:6
55:19 56:5
57:3 71:12
73:7,15 75:1
78:21,23 79:25
86:24 91:1
96:17 99:2
106:4 110:21
127:9,9
**issuing** 90:18
**it'll** 61:7
**it's** 4:21 6:2
15:14 17:6
27:8 44:21
55:21 56:11,15
61:8 63:12,22
65:6 70:14,21
70:25 71:8
72:13,17,23,24
73:7,8,9 75:23
76:7 77:17,22
78:24 79:6,7
81:23 82:23
83:3,13 84:1,3
85:3,14 86:8
87:16 91:15
93:1,17,19,19
93:20 96:23
97:16,18 99:16
102:1,8 103:8
103:18 107:11
108:9,17
109:22 110:3
111:23 115:24
117:5,8,13,21
117:25 118:5
119:4 120:20
121:8 124:5
125:1,10,13
128:12,15,23
128:24 129:8
129:10 133:25
**items** 51:3 66:4
**Ivy** 27:8
**IX** 58:14 72:16
72:18 73:22
87:22 88:1

116:25 117:1
117:18 118:22
119:16 123:22
123:23

**J**

**Jackie** 133:25
**JAHMAI** 1:9
23:1
**January** 66:11
**JAY** 1:3
**jeoperdate**
73:20
**jersey** 18:2,3
23:12 111:17
111:20 114:8
**jerseys** 116:23
**jet** 99:8
**jiggering** 129:2
**job** 27:11 62:22
69:9 90:13
94:3 129:3
**jobs** 37:7 89:6
**John** 1:3,5 2:12
3:1 9:23 10:20
11:1
**Johnson** 2:16
**joining** 21:5
**joke** 107:14
**Jones** 34:4
**judge** 26:13,15
26:20 29:14
**July** 2:4
**junior** 15:10
84:10
**junior-commu...**
43:13
**jurisdiction** 10:4
36:21 78:6

**K**

**keen** 66:5
**keep** 25:21
40:17 42:10
128:18
**keeping** 92:3
**Kelly** 122:12
**Kelly's** 120:25

**Kennedy** 40:2
**kept** 92:5
**key** 35:9 40:9
56:6
**kick** 106:10
**kid** 7:16 121:20
**kids** 69:25 115:6
**kill** 38:4 91:24
92:5
**kind** 69:16
74:10 75:25
89:3 92:11,12
92:14 94:18
95:5 100:22,23
101:7 105:12
114:21 124:14
127:7,17
**kindergarten**
23:15
**kinds** 63:9 98:17
116:2 127:9
128:16
**Kiper** 24:12
**Klobchar** 76:3
**Klobuchar** 2:15
2:18 75:12,16
75:19 76:5
91:19,20 98:4
**knee** 27:1 113:3
**knees** 109:14
112:1,7
**knew** 51:11
**knock** 101:17
**know** 5:13 7:4
8:1,1,4 9:5
11:11 25:21
27:9 44:16
45:25 54:3
60:12 61:8,25
63:21 67:20
68:18,20,21
71:8,17 74:15
74:16 75:24
81:12,14,20,21
81:21 83:23
86:6 88:3,15
88:18 89:14

90:1 91:25
92:24 93:10,13
95:21 98:13,15
99:3,11 100:22
101:10 104:24
105:10 107:5
108:22 109:4
109:13,14
110:2 112:13
112:16 113:16
113:16 116:4
116:13 119:7
119:19,19,24
123:6 124:4
125:3,25
126:23,25
127:19,23
128:10 129:8
129:21 131:1
131:13 132:11
133:25
**knowing** 110:25
**knowledge**
17:11 26:15
29:4 97:5,6
**known** 73:1

**L**

**La** 44:6
**labeled** 28:18
**labor** 51:21
103:16 123:2
**labs** 122:1
**lace** 7:13
**lack** 26:22 29:4
57:16
**lacked** 29:6
**lacrosse** 7:24
**ladies** 43:4
**laid** 127:12
**land-grant** 5:5
61:6
**landmark** 37:21
**language** 60:20
61:10
**large** 4:25 8:23
10:17 12:3

14:7 127:10
**largely** 6:25
**larger** 13:2
**largesse** 38:13
**largest** 62:9
63:10,16
**Las** 19:18
**lasted** 82:25
**lastly** 19:4
**lasts** 47:3
**late** 34:25
**Latin** 34:8
**laugh** 130:25
**Laughter** 3:6
10:1 15:13,21
23:21 42:8
54:4 55:10
75:15,18,20
76:8 77:6 84:7
84:11 102:9,14
102:25 114:1
**launch** 37:8
**launched** 24:22
**LAURENT** 1:7
17:1
**law** 38:5 40:9
82:20 93:4
98:13,15 103:9
103:11,16
104:4,7 109:8
119:15
**Lawrenceville**
23:18 27:7
**laws** 37:3 103:24
**lawsuit** 60:7,24
93:13
**lawyer** 25:4 29:6
37:15 60:23,24
61:10 104:6
110:25 123:2
**lawyers** 26:9
**lazy** 28:19
**lead** 57:21 72:11
77:20 96:1
**leader** 17:22
20:21
**leaders** 20:25

21:1,1,1 39:20
**leadership** 26:18
65:25 90:22
121:23
**leading** 65:25
67:1 71:25
72:10 77:18
93:21
**leads** 25:5
**League** 14:3
27:8
**leagues** 8:8
40:17
**lean** 101:13
**leaned** 13:24
**leaps** 126:1
**learn** 7:2
**learned** 55:12
80:6 127:20
**learning** 33:3
79:13
**leave** 23:18
51:12 75:21
105:2 129:12
**leaves** 101:14
**leaving** 68:22
**led** 68:10,13
90:15
**Lee** 23:11
**left** 6:25 14:7
20:9,12 64:20
68:25
**legal** 10:12
26:15 60:10,16
60:17,22,22
87:22
**legend** 34:4
**legislation** 46:7
106:23
**legislative** 86:21
**legislature** 37:2
**legitimate** 37:4
66:13 94:19
**lend** 95:5
**lessons** 27:14
**let's** 79:7
**letter** 23:25 63:5

133:10
letters 87:21
level 11:14
    27:14,23 45:18
    73:23 83:4
    93:9,10 95:19
    96:16 97:24
    106:3,23 115:4
    117:12,15
    127:8
leveled 132:16
levels 87:10
    93:18
Liberty 101:25
life 11:17 20:17
    20:18 27:14
    44:24 46:21
    57:14 67:20,25
    67:25 72:9
    77:13 80:8
    89:6 111:20
    114:11 116:10
    116:24 134:10
lifetime 14:2
    46:13 106:6
    107:16
lifetimes 109:23
lifted 83:23
ligaments 27:1
light 20:15
    85:21 89:12
    107:22
lightening 78:1
lighter 95:25
likelihood 28:21
    96:9
limit 38:7
limited 72:13
line 50:21 100:5
    125:14
lined 115:10
linemen 111:24
list 72:7 85:21
    115:7
listen 62:3 92:23
    93:4 120:25
literally 66:17

90:3
little 39:9 52:21
    92:4 118:15
    123:20 130:24
live 6:15 52:8
lives 13:8 108:13
living 7:6,19
locker 14:6
    95:20
lofty 6:15
logical 36:19
long 7:15 63:19
    88:10 98:8
    114:24 127:3
    127:22 133:21
long-term 106:4
longer 28:24
    83:11 123:24
    131:7
longitudinally
    94:17,18
look 8:21 11:6
    14:23 59:20
    78:25 79:17,18
    79:20 80:19
    84:24 96:22
    97:12 102:12
    122:18,21
    126:6 133:16
    134:5
looked 124:12
looking 21:4
    26:21 27:5
    78:25 80:23
    95:4 100:24
    122:11 131:18
looks 122:18
lord 112:25
lose 13:7 96:15
    111:21 113:4
losing 5:3 12:23
    96:12
loss 13:25 33:23
losses 26:7 81:1
lost 29:11 35:20
lot 8:7 20:7 31:2
    63:22 69:9,16

70:9 89:16
95:6,12,20,21
95:24 96:17
98:6,7,24
100:11,21
101:10,13
107:8 112:3
121:11 123:13
124:11 130:18
133:22
loud 90:9
love 3:24,25
    75:22 81:25
    95:17 113:8
    114:10 116:1
    117:20 125:11
lover 34:8
low 58:18
    105:22
lucrative 12:4
lure 5:1
Lyght 112:18

**M**

M 1:14 49:1
ma'am 87:1,9
    87:19
MacArthur 40:3
    40:5
machine 20:9
    101:2
machinery 20:8
mad 15:8,12
Madness 5:13
    7:14 35:22
main 20:4
maintain 50:20
    58:14
maintaining
    51:23
major 5:22 7:3
    12:14 19:15
    20:23 33:3
    37:25 62:25
    63:21 73:15
majority 36:2
    57:6 67:3

72:21 78:21,22
80:2,15 84:1,5
majors 51:25
    132:3
makers 56:17
    73:11 115:9
making 6:21
    24:17 47:10
    57:2 61:21,22
    62:6 65:23,24
    91:12 92:19,20
    95:5 98:10
    105:3 111:18
man 17:22 20:21
    105:22 110:25
    123:5
manage 27:20
    131:15
managed 24:10
    36:18
management
    57:24
Managing 77:23
mandate 28:14
    32:14
mandated 7:9
    28:15 51:4
mandates 113:3
mandating
    66:21
mandatory
    28:10
Marathon 40:15
march 5:13 7:14
    35:22 131:2
margin 130:4,5
margins 29:1
mark 1:17 6:4
    38:23 54:2
    55:1,13 101:24
    125:19
markedly 51:13
market 37:7
    117:22 118:19
    120:14 131:24
marketing 4:22
marketplace

38:14
markets 38:2
    41:4
Mason 28:8
massive 46:2
Master's 44:3
match 13:1
material 87:22
    87:24
math 79:6
    112:14
matter 24:22
    75:3 122:3
    123:5
maximize 19:24
maximizing
    44:17
maximum 17:20
McCaskill 2:15
    2:17 15:2,8
    75:17,22 76:1
    82:12 84:9,12
    84:15,16 85:10
    86:3,25 87:12
    87:20 88:4,14
    89:15 91:3,5
    91:11 95:9
    97:9
McCaskill's
    104:18
meal 101:18
meals 69:18
mean 14:5 17:4
    37:14 63:23
    70:5,7 72:17
    100:15 101:10
    101:16 118:2
    119:8 120:13
    125:2,4 128:23
    129:24 130:1
    130:13 131:11
meaningful 68:1
    68:1
means 9:13
    29:12 58:9
    63:25 65:7
    68:2 77:22,24

meant 5:25
measure 45:2,11
  79:13 97:17
measured 35:9
medals 39:21
media 50:7
mediator 40:3
medical 19:2
  24:9 57:23
  72:14 93:15
  94:2,11 99:24
  109:16
medicine 1:8
  17:2 95:11
meet 75:24
  108:20 113:3
meeting 4:3 29:2
  84:21 90:23
meetings 4:4
  69:10
Mel 24:12
member 10:11
  10:19 11:9
  14:14 15:10
  35:2 36:25
  43:3 49:5 56:2
  56:14,25 59:16
  65:13 68:17
  70:10 133:10
member-driven
  12:10
members 8:17
  10:8 11:11
  23:6 32:4 36:2
  43:10 49:6,21
  53:5 56:19,22
  63:15 84:24
  86:20 89:8,13
  90:1 129:22
  132:20
membership
  26:11 35:13
  62:23
membership-l...
  56:12
memberships
  86:2

men 3:12 7:11
  7:13,23 21:1
  29:20 46:23
  47:5 58:17
  67:12,18 74:12
  77:15,23 79:21
  79:21 94:18,25
  104:25 110:19
men's 7:25
  11:22 28:8
  45:5 78:23,25
  79:17 123:7,8
mental 11:16
  32:18
mention 86:11
mentioned
  65:21 66:25
  83:18 93:25
  113:14
merchandizing
  12:6
Merriam-We...
  33:11
mesmerized
  99:3
messenger 71:1
met 2:11
metric 45:1,11
  51:6
Miami 101:25
Michael 34:1
Microeconomi...
  37:18
microphone
  55:5
midst 8:16
mightily 20:2
million 5:12,12
  38:6,8 46:12
  59:4,6,8 94:16
  94:16,17
millions 8:16
  9:20,20 112:7
  114:5,13,14
mind 17:7
  134:15
mine 32:7 95:21

minimize 8:9
minimum 66:8
minion 89:21
Minnesota
  91:24 92:2
minor 108:24
minute 42:6
minutes 42:4,11
  49:8 69:14
  102:20 132:15
  132:25
miscellaneous
  66:10
miscommunic...
  101:5
misconduct
  57:17
misleading
  33:19
missing 79:2
mission 5:2 6:15
  6:18 7:2 9:11
  9:16 12:11,16
  36:8 58:24
missions 70:16
Missouri 85:9
  85:10,11
mistreated
  116:9
mix 33:25
mode 127:14
model 4:6 34:5
  50:11,18 51:21
  52:19,25 57:7
  62:20 66:13
  86:17 103:22
  103:23 104:2,3
  116:7,11,15,15
  116:20 117:2,4
  119:3,7 122:16
  122:16 131:9
  131:14 133:17
moderate 64:1
modern 33:22
  34:4
modified 40:22
  57:7

moment 92:9
  104:23
moments 92:1
monetary 90:4
money 3:25 4:2
  4:20 5:7 8:7
  14:6 20:5,17
  32:24 33:25
  40:16 61:22,22
  61:23 62:13
  63:23 64:3,19
  83:4 89:16
  98:14 100:14
  101:13 108:20
  113:13,17
  116:23 131:6
  131:12,13
month 62:5
  65:21 68:25
months 8:12
  65:24 66:7
  74:20 75:3
  81:7 93:1
  94:15
monuments
  34:2
mood 74:17
moral 60:25
  119:14
morning 69:24
  88:23
mother 23:12
  26:8,13,20
motivated 32:17
motivation 35:7
move 62:20
  74:18 103:24
  113:12 125:24
moved 24:16
  64:13
movement 31:6
  86:13 114:12
movie 133:25
moving 13:23
  113:10
muddled 32:25
multi-year

46:15 66:16,18
  81:24 83:17
  87:3,7
multibillion-
  10:12
multibillion-d...
  33:6
multimillion-d...
  5:8
multiple 36:16
  124:13
multiple-year
  56:8 66:21
multiyear 12:22
  12:24
Myron 1:7 17:1
  23:20
myth 33:24
mythology 33:8
  52:13
myths 32:8

_____

**N**

NACDA 43:10
  43:15
NAIA 43:13
  122:8
naïve 29:20
name 18:6 26:20
  111:17 113:14
  114:7,7 118:15
named 19:16
  24:11,12
Napier 8:13,18
  8:20 113:14
nation 7:15 33:2
national 1:17
  11:7 18:18
  19:7 51:20
  55:1 58:3 59:1
  113:18
national-level
  51:15
nations 46:24
natural 46:22
nature 50:14
NBC 77:4

NCAA 3:21 5:12
6:5,9,14,20,25
7:4 8:15,17 9:9
9:15 10:11,15
11:8 12:10
14:14 24:20
25:25 26:3,3
26:10,23 28:12
28:24 29:3,9
29:20,23,24
32:12,14,21
34:23 35:1,4,9
35:12,16,17,24
36:2,4,7,19,24
36:25 37:9,19
37:22 38:3,5
38:17,19,23,24
39:1,18,20,23
39:24 43:12
44:15 45:8,11
46:6,15 49:14
49:18,19,21,23
49:24 50:5,8
50:10,17,19,23
50:25 51:10,20
52:2,12,18
55:14 56:11
57:21,22 58:1
58:6,17,24
60:8,9,10,17
66:18 70:6
71:13 72:25
74:5 77:19
78:7,10 81:3,9
82:15 84:8
94:3 98:16
100:8,23
104:24 105:1
106:3 107:10
107:21 108:4
113:7,12 115:5
125:19 128:4
129:4 130:19
131:20 132:17
132:22
NCAA's 9:11
13:5,19 37:17

37:24 38:6
39:6 51:5 52:5
52:24 55:22
near 38:24
126:8
nearly 50:18
56:13 59:1
Nebraska 92:8
necessities
111:15,19
need 5:23 57:10
58:10 63:1,8
67:16,18 68:21
70:18,19,19
75:9 80:2,10
84:9 85:1
90:24 95:3,6
100:11 102:4
105:18,20,20
106:1,11,16
109:21 115:8
116:5
needed 25:4
26:20 29:3
59:13 65:17
84:22
needless 78:5
needs 28:15
29:12,21 68:14
83:4 89:11
105:7 108:20
128:18
negligible 36:3
Neil 133:22
neither 34:19
37:15 51:3
56:13
Nelson 2:14,18
9:24 98:5,23
101:10 102:3,6
103:6
nervous 16:2
85:12
net 8:25
networking
43:18
neurologist 94:5

neurosurgeon
19:1 95:17
neurosurgery
95:12
never 6:15 8:2
15:24 38:21
44:16 45:14
88:15 107:17
new 18:2,3
23:12 24:3,4
29:19 34:16
40:11,17 50:23
57:1,23 65:22
94:13 118:8
127:20
News 26:14
Newton 114:3,5
NFL 24:12,17
28:22 29:10
94:23 95:11,16
97:7 101:16,23
nicely 80:1
night 101:18
112:19 113:18
125:1
night's 61:11
nights 8:20
nimble 95:22
nitpicked 40:1
NLRB 116:12
118:1 122:22
non- 38:9 79:15
non-college
34:10
non-graduate
46:13
non-revenue
58:15 118:10
non-theatrical
71:17
normal 52:6
132:25
North 1:10 23:2
24:1,6,21
26:18 28:2
Northeast 99:9
Northwestern

116:14
notable 56:7
Notably 50:15
note 56:15 75:12
noted 13:22
33:24 78:22
notes 124:7
noteworthy 51:3
notice 2:11
40:24 55:8
noticed 95:20
notion 3:19 4:1
89:23
notions 81:11
Notre 36:5 77:4
NRB 103:24
number 6:22
18:15 27:19
61:4,13,14
72:18 75:23
81:12 92:1
93:24 106:8
108:9
numbers 97:12
numerous 49:15
nurturing 38:22
nutritionists
45:21

O

object 37:17
objective 9:8
35:5 126:9
133:16
objectively
33:17 125:16
obligation 11:20
60:25 115:15
119:14,14
obscene 83:5
obscure 36:7
Observer 26:14
observers 37:13
obvious 91:1
obviously 56:20
73:4 86:7
104:15 115:24

125:8
occasionally
65:6 113:9
occur 81:7 88:11
120:15
occurred 64:23
65:11 81:12,14
occurrence
94:20
occurring 79:4
occurs 65:5
93:22
October 55:15
off-the-cuff
49:12
offensive 24:11
offer 32:8 50:22
72:23 81:8
82:17,21 83:17
83:21 84:17
85:11 105:1
offering 12:21
27:12
offers 18:14
office 2:12 4:3
18:18 25:24
50:19 51:20
94:1
officer 94:2
offices 46:17
official 25:23
32:12 38:4
officials 25:2
35:4 36:7
38:19 39:24
40:19
offloading 36:23
Oh 15:8 75:19
okay 9:25 17:3
55:9 87:12
97:9 110:13
113:25 126:20
133:4
Oklahoma
37:23
old 25:9
Olympic 33:22

39:20 40:8,11
40:17,19,21,25
49:19 86:13,13
86:15,17
120:12,20
**Olympics** 40:4
**Olympus** 33:19
**onboard** 70:16
**once** 18:13
26:18 77:25
94:9 102:22
131:15
**one-** 87:16
**one-year** 82:17
84:18,23,25
85:2,4,5,7,14
87:8 100:20
**one's** 39:10
**ones** 57:12 62:13
62:16 63:11
90:25 131:21
**oneself** 127:15
**online** 87:22
**onset** 95:13
**open** 101:14
120:1 127:8
**open-heart**
13:18
**open-minded**
9:8
**opened** 32:25
107:18
**opening** 1:3 3:1
76:13 93:25
**openly** 34:3
**opinion** 18:7
56:16 57:5,13
90:9 93:15
104:5 105:20
**opportunities**
43:17 50:14
52:23 58:11,17
59:18 67:19
68:3 72:3,23
73:24 80:14
99:16 116:25
**opportunity**

11:5 14:24
17:6 23:7,18
29:10,11 30:2
49:7 53:6
55:17 56:8
96:15 101:22
117:14,18
118:21 120:18
122:4,5 124:12
124:13 126:6
126:11 132:14
**opposed** 12:22
35:19 88:19
**oppositional**
52:17
**option** 82:21
83:15 84:20
**order** 3:3 15:5
15:16 27:16
38:6 84:8
100:13
**ordered** 76:15
85:23
**ordering** 101:3
**ordinary** 39:9
**organization**
10:16 12:11
29:21 35:1,20
44:2 105:11
**organizational**
49:13 50:6
**organizations**
94:22
**organized** 11:15
**original** 26:21
**Orr** 26:12,20
29:14
**Orr's** 26:15
**ought** 18:8
99:17,22,24
**ourself** 101:2,2
**outliers** 125:8
**outlined** 132:5
**outrage** 104:20
**outside** 19:14
**outstanding**
18:25

**overall** 25:11
80:9
**overcome** 14:8
**Overnight** 37:25
**overridden**
62:23
**overrule** 84:21
84:22
**oversight** 10:4
74:11 123:1
128:3
**overturn** 87:5
**overturned**
26:23

**P**

**p.m** 2:11 134:18
**PAC-12** 63:6,17
**pace** 56:24
**page** 1:2 25:12
71:19
**paid** 5:10 38:10
39:8,22 131:2
**panel** 10:11 28:6
55:13 61:5
125:11,13
**panelists** 11:4
**paper** 25:11,13
25:14,20
**papers** 25:22
60:7
**parallel** 52:9
**paramount**
12:14
**parasites** 39:25
**pardon** 83:15
95:6
**parents** 17:25
91:13 111:16
**part** 4:20 10:8
12:3 50:6
59:12 80:13
85:22 86:12
89:5,18 95:10
96:21,22
121:18
**partaken** 27:6

**participant** 62:2
**participants**
37:12 45:5
**participate** 28:3
47:2 72:19
73:24
**participated**
23:17 27:3
**participating**
59:2 117:13
119:16
**participation**
11:15 32:16,19
**particle** 130:21
**particular** 95:12
129:25 132:21
132:24
**particularly**
4:12 6:23
11:22 12:18
45:16 55:19
63:21 126:1
127:20
**parties** 61:3
**party** 24:20
**pass** 65:22 66:15
93:4 130:4
**pass-through**
90:4
**passed** 13:25
62:23 66:7
130:3,4
**passion** 3:10
5:23 14:10
**passionate** 7:12
132:16
**passions** 39:16
**Pat** 19:16 77:2
**path** 97:3 98:20
130:7
**patting** 124:24
**Paul** 28:8
**pay** 106:18
119:8
**paying** 7:12
74:24 104:5
**payment** 72:10

**payouts** 5:3
**pays** 109:16
**pediatric** 19:1
**penalized**
111:21
**penalties** 26:7
**Penn** 6:17 38:25
115:23
**people** 3:15,25
4:16 8:6 15:4
19:14 25:21
33:12 38:23
40:24 47:9
63:25 68:19
70:18 73:23
89:8 91:7
92:14 109:13
109:20 110:20
114:25 115:1,1
123:11,13
127:12 129:21
**people's** 52:16
**perceive** 61:2
**percent** 40:10
45:3,4,5 47:1
51:10 69:24
79:1,2,3,7,15
79:22 85:1
88:6 119:18
130:22
**perception** 4:11
50:20
**perchance** 9:22
**perfect** 51:5
**performance**
45:12
**performances**
44:22 46:19
**performed**
96:24
**period** 7:16
73:12 78:15
99:25
**permissive**
44:15
**perpetuate** 5:10
**perpetuity** 102:1

**person** 17:21 20:20 101:12
**personal** 14:8 35:6 44:11,18
**personally** 10:7 126:12
**perspective** 6:4 68:6 97:25
**phenomenon** 34:16 89:12
**philanthropist** 20:21
**philosophies** 70:16
**physical** 11:16 32:17
**physically** 52:7
**physicians** 125:2
**piccolo** 131:1
**pick** 8:22 62:12
**picked** 69:17
**Pindyck** 37:19 38:16
**pizza** 37:7
**place** 41:2 75:3 102:21 106:6 121:11 131:22
**placed** 38:22 67:9,12
**places** 5:22 8:6 12:22
**plagiarism** 25:8
**plain** 113:6
**play** 3:24 7:10 7:14 18:14 19:9 26:1 27:3 27:8 67:22 91:8,14 100:7 101:24 134:4
**playbook** 112:17
**played** 19:17,17 23:20 24:24 78:24 111:24 121:22 124:4
**player** 1:10 8:15

11:12 18:9 19:8,15 23:2 44:1 96:6,23 97:1 99:4,12 99:23,25 107:10 123:6,7 123:8,8,14,15 124:1 131:2 134:1
**players** 28:2,17 29:9 35:13 36:16 38:15 40:16 67:23 69:20 92:19 93:8 99:14 100:21 101:20 112:14 131:12 132:1
**playing** 3:23 7:24 46:20 70:5 95:11 99:9,18 105:8 123:16
**plays** 27:4 121:17 123:13
**plea** 26:19
**plead** 25:24 132:16
**please** 107:21
**pleased** 95:8
**pleasure** 23:6
**pledge** 39:6
**plus** 74:19 128:21
**pocket** 109:15 112:7 131:12
**poet** 30:1
**point** 9:2 12:20 13:14 74:13 83:8 87:9 106:11 121:10 127:16 128:4
**pointed** 55:22 74:5 79:19 80:1,13 86:12 123:22 133:23
**points** 63:4

77:10 129:11
**Poliakoff** 34:1
**policies** 59:9 90:7 105:16
**policy** 24:14 26:3 56:3,15 59:13 68:11 90:11 92:19 106:6,7,10
**political** 112:22
**Polk** 101:25
**pool** 14:2
**poor** 99:15 101:11 108:18
**poor-perform...** 12:24
**popular** 33:15
**popularity** 11:21,22
**popularize** 40:18
**porch** 70:23
**portion** 5:14 98:17
**position** 3:9 24:13 94:3 96:12
**positions** 43:20 103:14
**positive** 13:7 64:18 71:11 72:2,2 73:13 75:2
**possibilities** 93:5 128:9
**possible** 13:20 26:17 32:9 41:3 61:25 92:22 96:7 104:12,13
**possibly** 106:9
**poster** 18:5 19:11
**posturing** 52:5
**potential** 24:23 44:19
**potentially**

103:17 116:7
**pour** 108:13
**pouring** 20:16
**poverty** 7:7
**power** 4:2,7 38:16 128:12
**powers** 5:20
**practical** 57:2
**practically** 63:5
**practice** 12:21 24:24 28:11 35:25 51:25 60:9 68:9 69:14,23 90:11 94:13,22 104:12,21 110:3,4 121:25
**practices** 9:12 45:14,19 69:24 87:22 90:19
**practicing** 69:20
**practitioners** 43:11
**praise** 33:14
**pre-med** 69:21
**pre-season** 60:9
**precedent** 39:12
**precisely** 62:16 82:5 83:20 131:4
**preclude** 118:19 119:16
**predecessors** 40:8
**prediction** 40:23
**predominantly** 62:24
**preferences** 31:6
**premium** 59:9
**preparation** 46:20
**prepare** 28:13 67:20
**prepared** 21:6 30:4 41:11 47:17 53:7 59:22

**prepares** 27:14
**Presbyterian** 122:7
**presence** 23:7
**present** 2:14 6:4 124:17
**presented** 39:15
**preserve** 14:17 71:20 72:24
**preserved** 57:8
**preside** 102:19
**presidency** 65:15
**president** 1:17 5:21 11:7 38:23 40:2 50:19 55:1,11 55:14,16 70:15 70:20 72:25 89:7 92:2 99:6 118:15 125:16
**presidents** 56:16 56:22 57:11 61:6 63:6,6 74:15 86:21 115:10 125:21 125:22,23 127:18
**presiding** 2:13 2:14
**press** 51:17
**pressure** 87:14 125:21
**pressured** 96:6
**pressures** 96:11
**presumption** 39:4
**pretty** 77:3
**prevailing** 103:23
**prevent** 95:8
**prevention** 45:15 57:25 58:2 94:12
**price** 28:7 62:17
**primarily** 32:17
**primary** 50:18

97:8 126:8
**Princeton** 18:3,4
  18:10,13 23:19
**principle** 32:13
  37:13 50:2,12
**principles** 70:17
**printed** 6:16
**prior** 66:17
**priori** 52:14
**priorities** 45:18
  60:6,15 72:15
**prioritize** 11:20
**priority** 6:22
  58:9
**pristine** 19:10
**private** 23:14
  60:16 99:8
  116:13
**privilege** 100:4
**prize** 34:6 40:16
**prizes** 33:20
**pro-sports** 97:14
**proactive** 45:10
**probability**
  79:22
**probably** 64:25
  87:14 107:12
  118:14 119:2
  128:10,11
  130:9
**problem** 8:23,24
  73:18 88:8
  89:10 108:9,12
  108:15,17,23
  109:4,11,12
  110:1,11,12
  111:9 114:16
  115:5
**problematic**
  35:6
**problems** 52:4
  79:4 94:7
  114:3 131:22
  134:11
**procedure**
  132:25
**proceed** 60:3

**proceeds** 38:2
**process** 10:8
  26:17 39:3
  51:23 53:3
  56:19 62:2
  71:18 72:6
  88:22 110:24
  111:1,2
**prod** 74:22
  113:10,11
**produce** 4:17
  46:21 119:5
**producers** 37:4
**productive**
  20:24,25
**profession** 44:8
  47:7 67:24
  125:18
**professional**
  20:24 32:21
  37:15 40:19
  43:15 44:1
  47:2,3 50:22
  67:22,25 100:5
  105:9 133:13
**professionalism**
  27:15
**professions** 39:1
**professor** 1:14
  48:2 49:2
  55:15
**professors** 37:18
**profiles** 46:25
**profit** 29:1
  37:21 64:17
  117:24
**profit-athletes**
  49:23 52:6,22
  53:2 117:22
  118:18
**profitability**
  11:23
**profitable** 4:14
**program** 4:17
  13:14 28:17
  50:23 64:15
  94:23 118:9

**programs** 4:16
  5:3,8 11:24
  12:9 37:6 67:2
  68:11 121:4
**progress** 45:10
  50:23,24 52:21
  57:16 63:12
  65:1 66:2
  124:14,18
  127:23,24,25
  128:1,16,17
  129:11 130:5
  134:8,9
**progressive** 64:5
**prohibited** 81:2
  81:9
**prohibition**
  83:16,22
**project** 94:16
**prominent**
  37:18
**promote** 9:13
  14:16 55:23
  101:1
**promoting** 2:1
  9:6 36:14 43:6
  60:15
**pronounceme...**
  32:13
**proof** 51:1
**propaganda**
  52:12,16
**properly** 94:25
**proportion**
  97:13
**proposal** 66:7
  66:12 73:10
  86:18
**proposals** 40:6
  72:8
**proposed** 25:24
**proposing** 83:1
**prospect** 18:16
**protect** 9:12
  29:22 49:21
  51:20 60:10,18
  61:1 103:24

**protected** 32:20
**protecting** 26:8
  38:23 50:17
  100:24
**protection** 61:3
**protections**
  103:16
**protective** 95:23
  95:25 127:13
**protects** 28:24
  129:24
**proud** 11:13
  14:11 95:8
  115:23 121:16
**prove** 29:10
**proved** 44:5
**provide** 4:16
  14:18 59:4
  66:6 71:20
  87:21 105:12
  105:17
**provided** 3:11
  3:15 9:19 50:8
  58:22 83:15
  105:15 122:22
**provides** 43:17
  57:9 58:17
  74:17 80:14
**providing** 7:20
  17:19 58:9
  66:18 74:10
  105:7
**proving** 46:3
**provision** 40:9
**public** 5:5 6:1
  24:14 32:25
  50:3,7 51:19
  52:5 85:16,22
  86:3,7 89:17
  98:15,18
**public's** 52:20
**publically** 60:15
  61:6 85:18
  108:1
**pull** 94:6
**pulling** 71:24
**pun** 95:6

**Purists** 33:25
**purpose** 20:12
  36:13 55:22
  128:13
**purposes** 32:24
**pursuant** 2:11
**pursue** 24:16
  27:10 34:9
  95:11 97:16
**pushed** 132:3
**put** 6:2,9 7:10
  7:23 15:22
  61:11 62:7
  64:21 73:21
  81:11 82:16
  86:4,6 97:25
  102:21 111:16
**puts** 14:4
**putting** 87:2
  94:16,17
  110:10 112:15

---

**Q**

**qualify** 13:19
**qualities** 6:13
**quality** 25:11
  69:16 116:9
  125:2
**quarterback**
  19:18
**question** 14:24
  15:6 60:14
  63:19 67:4
  71:25 73:4,6
  78:8 85:15
  87:24 102:8
  117:5 119:12
  121:6 124:3,11
  124:20 126:2,3
  126:23,25
  129:20 130:1
  134:10,12
**questioner** 15:9
**questioning**
  25:1,2 111:8
**questionnaires**
  68:24 69:1

questions 10:10
    10:17 15:16,25
    17:17,18 20:10
    47:15 59:20
    61:16 64:6
    72:14 74:3
    77:10 89:16
    91:7 97:10
    102:18 106:21
    119:20 120:25
    121:18 126:24
    130:3 133:3
quibble 60:20
quick 93:24
    95:22 124:3
quickly 29:13
    96:7 113:12
    114:6
quite 9:23 19:13
    62:15 64:15
    65:9 67:4 86:8
    87:9,10 101:8
    107:24 117:12
    131:25
quitting 27:22
quote 29:25
quoting 63:5

R
race 36:5
races 40:15
    46:23
racked 7:7
raise 91:2
raised 11:25
    18:2 56:5
raising 56:7
    89:1
Rams 19:18
Ramsay 1:9
    22:2 23:1,3,5
    23:11,22 30:4
    31:1 67:17
    97:11 110:25
    112:4,5 114:5
    117:10
range 33:9 39:3

Ranking 10:19
    43:3 49:5
    65:12
ranks 20:24
    134:14
rape 45:22
    87:18 125:10
    130:1,2
rare 19:13
rate 45:2,11
    50:24,25 51:4
    51:9,14 52:20
    79:9,11,14
rated 18:15
rates 44:25 45:8
    50:4 51:1,8
    79:13,18
re- 104:21
reach 85:21
reached 26:13
    29:15
React 130:9
read 88:10,23
    104:16 124:7
reading 5:11
    26:13 31:6
ready 19:7
real 45:25 46:7
    46:10 66:13
    71:11 74:25
    109:25 115:9
    127:10
reality 47:4
    58:23 78:16
    80:25 90:5
    104:3
realization 26:6
realize 28:23
    121:25
realizing 126:7
really 4:13
    20:10,16 21:2
    61:4 62:25
    73:14 78:23
    81:21,21 90:23
    97:12 102:20
    109:17 114:10

117:9 119:6
    121:17 122:12
    125:17 126:9
    131:20
reaped 7:22
reaps 4:18 37:20
reason 28:15
    57:15 80:8
    81:19 95:10
    98:10 103:16
    109:4
reasons 45:7
    78:11 83:9
    98:10
rebranding 50:6
receive 17:20
    20:3 27:17
    46:5 55:25
receiving 27:1
    107:16 122:23
recognition 74:4
recognize 11:15
    40:25 41:5
    52:3 104:4
recognized
    36:19 40:16
recognizes
    131:14
Recognizing
    14:13
recommend
    100:6 125:6
recommendati...
    87:25
recommended
    40:5
reconcile 60:14
reconciled 39:1
record 75:13,16
    76:12 77:1
    82:3 84:17
    85:12,22 92:4
    97:10 108:7
    132:7
recorded 25:3
records 33:21
recovered 13:18

recovering
    55:11
recreation 32:24
recruited 34:17
    130:22
recruiting 69:8
    70:22 81:23
    131:6
recruits 98:12
Red 23:12 24:16
redshirt 24:10
reduce 38:15
    103:21
reduced 26:19
reestablish
    84:18
refer 120:11
referred 76:16
    85:24
referring 64:9
reflect 49:15
reflects 32:23
    103:25
reform 65:24
    130:15 131:19
    132:7
reformer 73:1
    100:10
reforms 7:1 56:7
    71:9 72:7 83:2
    99:1
refused 29:7
    33:25
regarding 38:17
    103:11
Regents 37:22
regret 103:25
regular 15:5
    45:23 67:13
regulate 35:6
    89:19,20
regulatory
    37:17
reinforcement
    33:15
reinstated 26:24
reinvested 58:24

reiterate 108:6
    119:11
reiterated 13:17
relations 50:7
relationship
    120:6 123:21
relationships
    123:23
relative 71:12
    73:6
relatively 73:13
released 57:23
    94:10
releases 51:17
religions 46:24
reluctance 52:17
remain 45:17
    58:9 60:6 87:5
remaining 26:5
remarkable
    72:17
remarks 17:24
    49:12
remember 4:3
    11:19 13:9
    25:15
remind 84:9
remiss 121:10
removal 113:1
removing 51:11
remunerative
    37:2
renewable 29:19
    100:21
renounce 34:11
repeal 82:20
repealed 82:23
    83:16
replace 107:17
replied 25:11
reply 132:12
report 24:25
    51:16
reports 9:16
represent 43:8
representation
    39:4 40:12

86:20
**representative** 56:19
**representing** 43:11
**reputation** 6:11 24:2 26:5 29:17 34:7 113:13
**request** 85:20
**require** 59:13 66:16 106:5
**required** 27:25 35:15 45:21 67:13,14,14
**requirement** 35:5,10 84:23 85:1
**requirements** 44:14 45:8 105:21
**requires** 11:16 37:11 70:7
**research** 1:16 48:4 49:3,10 133:17
**researched** 33:20
**resolutely** 36:7
**resource** 29:19 105:17
**resources** 13:1 29:4,6 47:11 58:10 64:21
**respect** 114:16 122:19
**respects** 35:17 52:7
**respond** 64:4 115:14 132:18
**response** 45:10 73:5
**responses** 6:17 87:20
**responsibilities** 89:6 121:25
**responsibility**

36:23 70:13 106:24
**responsible** 90:25
**rest** 3:21 5:13 61:11 79:10,11 128:22
**restaurant** 8:2
**restraint** 37:25
**restricted** 108:19,21
**restrictions** 130:18
**result** 12:24 51:13 73:14
**resulted** 46:19
**results** 13:12 51:24 57:3 72:2 88:5 90:18
**retained** 34:15
**retired** 92:25 125:15
**retiring** 43:22 44:7
**retorted** 39:24
**return** 14:1 27:2 103:21
**returns** 51:9
**reveal** 50:17
**revelation** 104:9
**revenue** 8:17 35:3,20 36:3 38:10 39:17 49:19,25 58:25 62:9,19 63:16 64:11 73:19 117:3,16 119:5 119:6 120:5,12
**revenue-athlet...** 120:11
**revenue-gener...** 116:18
**revenue-prod...** 50:14
**revenues** 4:22 4:24 12:3,5

50:15 58:24 59:4,8 71:22
**reversed** 36:11
**reviewing** 26:22
**revised** 40:25
**revoke** 83:10
**rewarded** 33:21
**rewards** 4:18
**Rhodes** 18:10,12 18:19 19:16 99:5,12 121:14
**Ribbon** 23:14 40:5
**Richard** 1:14 48:2 49:1
**riches** 5:2
**rid** 92:3
**ridiculous** 115:21 130:3
**rigged** 128:8
**right** 5:7 17:5 23:4,19 40:16 42:6 47:14 62:5 64:4,12 67:10 69:22 70:1 72:8 74:10 75:3 80:23 82:11 83:9,12,12 89:4 90:10 95:22 105:14 106:3 107:12 109:11 110:22 114:25 115:21 120:12 121:11 126:19 129:13 131:8,17 132:15 133:19
**rights** 12:4 31:6 36:25 37:12 39:3 41:6,6 53:3 114:12 118:22 128:3
**rigor** 33:5
**risen** 46:1
**risk** 7:23 8:9 12:23 58:21

96:8
**road** 23:19 116:20
**Robert** 26:12 37:19
**Robinson** 133:25 134:4
**robust** 66:13
**rock** 18:7
**Rockefeller** 1:3 2:13,14,17 3:1 20:16 23:3,5 32:3 43:3 49:5 80:13
**rocky** 92:4
**role** 17:14 36:10 70:4
**roles** 36:17
**roll** 84:17 85:20
**Rolle** 1:7 16:1 17:1,3,5,8 21:6 93:15 95:9,10 99:4 100:17,18 110:7 112:2 117:8
**Roman** 29:25
**rookie** 33:11
**room** 2:12 46:8 57:19 81:22 82:9
**rooms** 14:6 25:1 95:20
**root** 73:17,18 109:17
**rooted** 3:18
**roughly** 36:1
**round** 63:19 127:1
**rounds** 111:7
**route** 122:2
**routinely** 33:5
**Rubinfeld** 37:19 38:16
**rugby** 96:24
**rule** 32:3 82:16 84:19 115:9 118:7

**rulebook** 96:23
**ruled** 26:4
**rules** 15:7,11,23 24:20 35:4,9 35:12 38:17 39:2,5 56:19 66:18,19 81:11 113:20 130:19
**ruling** 26:23 103:25 116:13
**Rumson** 23:14 23:16
**run** 8:11 35:7 102:12
**runners** 101:16
**running** 9:2 33:12
**Russell** 2:12

**S**

**sabotaged** 40:1
**sabotaging** 39:21
**sacred** 34:3 115:15
**sad** 132:4
**safe** 6:21
**safeguard** 39:8
**safety** 8:25 44:14,24 45:13 45:15 57:22 60:5,15 72:11 77:19 89:7
**salaries** 5:9 38:7 38:9
**salary** 130:24
**sales** 12:6 34:17
**Salle** 44:6
**sample** 14:5
**sampling** 51:6
**sanctions** 38:24
**Saturday** 99:6
**saw** 18:5 95:16 95:16 102:2 107:8
**saying** 62:1,25 95:2 103:8

106:12 114:17
118:11
**says** 42:6 61:20
90:9 97:23
113:15,15,18
115:5 124:8
134:1,2
**scale** 49:25
**scandal** 38:25
**scarcely** 40:24
**scenario** 91:15
**schedules** 52:1
**scheduling**
34:16 52:4
**scheme** 17:15
**Scholar** 18:11
18:12,20
**scholars** 33:22
49:16 121:14
**scholarship** 7:9
8:11 18:14,22
19:16 20:3,5
27:17 46:11
47:6 57:14
62:20 66:9
72:9,21 81:1
82:10,17 83:10
83:17 84:20
85:19 87:17,17
99:5,17 100:20
109:5 113:1,4
121:24 122:4
122:23 123:5
131:8
**scholarships** 9:4
12:21,22,23,25
26:7 39:24
46:5 56:9
57:18 58:22
66:16,19 72:19
77:13 80:19
81:9,24 83:21
87:3,8,8
108:10
**school** 11:13
18:3,9,13,15
19:22,22 23:14

23:15,19 24:2
27:15,20 51:12
77:24 82:16
83:16 85:10
93:9 97:7,24
107:16 121:24
122:7 130:23
130:25
**school's** 13:14
**schooldays** 18:4
**schools** 4:19
5:25 7:24 8:8
10:11 12:3,7
13:1 20:23
29:24 35:25
36:3,25 38:1,3
56:25 57:21
59:17 62:9,12
62:24,25 63:3
63:3,15 64:8,8
64:14,18 72:21
80:20 81:8
82:5 83:1,14
83:15,21 84:2
85:7 88:6
100:10 105:11
105:17 114:20
116:16,21,21
122:10 131:3,5
131:9,11,18,23
131:25 132:2,6
**science** 2:8 94:6
94:7 112:22
**scorn** 33:14
**Scott** 2:16,19
120:16,22,23
120:24 123:17
123:19 124:3,7
124:10,22
126:2,5,17,19
126:21
**scrutiny** 50:3
**season** 14:1
26:25 92:7
115:5,6
**seasons** 69:11
**seats** 40:11

**second** 19:2
35:24 57:18
77:1 96:8
99:10 120:7
127:1
**secured** 40:10
**security** 44:23
45:25
**see** 6:20 12:8
15:18 17:20
18:23 20:22
25:5 61:2,4,5
65:22 70:5,25
74:13 80:8,16
91:8 96:14,24
100:25 108:4
111:17 115:25
116:8 117:6,9
118:24 119:7
120:19 121:16
125:11 126:10
126:14,15
131:20 132:6
**seek** 14:15,17
**seen** 27:20 44:9
113:12 119:5
124:14
**seizures** 92:1
**select** 95:24
**self** 61:20
**self-governance**
74:14
**self-governed**
74:9
**self-protection**
127:14
**selfish** 28:18
**selfishly** 39:10
**sell** 6:24 38:1
111:20 116:23
**semester** 28:17
45:12
**seminal** 114:11
**seminars** 45:21
**Senate** 2:6,12
15:11 74:23
78:9 102:12

128:15
**Senator** 1:4,5
2:12 3:2 10:20
11:1,3 15:2,3,6
15:8,10,14,19
15:22 18:10
19:14 32:3,3
55:3,4,5 60:2,3
62:4 64:6
65:14,20 68:5
70:3,9 71:2,4,5
71:6 74:1
75:10,12,13,16
75:17,19,21,22
75:23 76:1,3,4
76:5,6,9,10
77:1,7 78:4,18
80:24 81:2,5,8
81:19,25 82:2
82:11,12,14
83:7,7,24 84:1
84:4,9,12,14
84:16 85:9,10
86:3,25 87:12
87:20 88:4,14
89:15 91:3,5
91:11,19,20
93:10 95:9
97:9 98:4,5,13
98:23 101:10
102:3,6,7,11
102:15,16,18
102:21,23
103:1,5 104:18
104:20 106:12
106:14,17,20
107:2,4,7
108:12,17
109:3,7,11,22
109:25 110:8
110:13,22
111:6 112:3,6
113:23 114:2
114:23 115:13
115:16,17
116:5 118:4,6
118:24 119:10

119:19,24
120:4,10,16,22
120:23,24
123:17,19
124:3,7,10,22
126:2,5,17,19
126:21,23
129:13 130:12
130:19 132:10
132:13,15,23
133:4,5
**Senators** 2:14
2:17 44:1,4
**send** 20:5
**senior** 102:22
**seniors** 68:22,25
**sensational** 8:22
**sense** 8:25,25
50:1 89:15
90:1 99:11,17
99:23 100:16
**sensible** 106:23
**sent** 23:13 25:17
68:25 87:21
**sentence** 18:12
26:19
**sentences** 25:12
**separate** 131:16
**separated** 128:9
**separation**
36:20
**serious** 57:16
59:15
**seriously** 7:4
**serve** 5:25 11:17
116:10
**served** 55:14
**serves** 43:15,17
**services** 7:22
9:19 44:13
**serving** 59:11
79:5
**set** 26:8 90:7,8
**setting** 118:23
**settings** 105:9
**settle** 130:2
**settlement** 38:6

**seven** 42:11
  77:10 113:19
  113:20 124:5
**sexual** 58:2
  72:12 77:20
  88:2 89:25
  90:14 92:18
  104:11 106:21
  110:15 115:20
**Shabazz** 8:13
  113:14
**shackles** 38:14
**shadows** 100:13
**shame** 113:19
**shaped** 40:8
**share** 17:10 23:7
  38:2 40:10
  68:13 77:25
**shared** 13:12
**Sharon** 23:11
**sharply** 64:13
**shaving** 113:17
**shed** 20:15
**sheer** 27:22
**shining** 89:12
**shocked** 88:5
  104:20
**shocking** 26:3
  104:18
**shoes** 7:14
**shop** 8:2
**short** 12:19
  20:19 29:18
  51:7
**shot** 73:16
**shouldn't** 67:4
  78:12 99:13
**shovel** 108:19
**show** 5:23 9:19
  110:4 132:8
**showed** 24:4
**shy** 68:19
**side** 33:6 113:6
**sides** 40:1
**sight** 13:7
**sign** 23:25
**signage** 28:25

**signed** 63:5,24
  94:14
**significant** 12:7
  44:10 65:2
  73:2 75:1
  103:3 121:5
  122:10 125:13
**Significantly**
  34:13
**similar** 70:16
  96:24
**simple** 110:23
  113:6
**simply** 10:11
  57:19 66:1
  67:14 86:6
  87:9 104:16
  109:1 122:21
**simultaneously**
  51:17
**sincerely** 103:2
  104:7
**single** 91:16
**single-parent**
  121:20
**singular** 123:10
**sir** 14:25 17:8
  31:9 42:14
  48:5 63:13
  75:5 102:11,22
  105:13 110:7
  113:24 123:17
  124:7 126:19
**sit** 108:4
**sites** 103:18
**sitting** 38:24
  122:4
**situation** 73:21
  90:3
**situations**
  111:17
**six** 24:11 42:4,11
  93:1 111:25
**sixth** 27:1 58:8
**skeptical** 6:14
**skill** 34:9
**skills** 11:17 28:4

37:7 44:24
  46:25
**sky** 118:16
**skyrocketing**
  38:9
**slosh** 61:12
**slowly** 34:23
**small** 5:14 29:10
  36:3 40:12
  97:13 98:16
  122:7 127:10
  130:22,23
**smaller** 13:1
  38:3 63:11
  85:7
**sneak** 100:13
**soaked** 128:20
**soccer** 7:25 65:7
  93:22 95:1,2,2
  123:6,15
  128:22
**social** 14:8 32:18
**socially** 52:8
**society** 80:14
**socio-** 49:17
**sociological**
  49:12
**sold** 111:18
**sole-source**
  35:21
**solely** 131:9
**solid** 71:17
**solution** 73:18
**solutions** 14:15
  14:19
**solved** 98:8,9
**somebody** 89:5
  91:6
**someday** 115:8
**son** 60:8
**soon** 40:12
  73:13 104:12
**sophisticated**
  52:11
**sophomore**
  13:18,23
**sorry** 42:9 62:11

77:5
**sort** 3:13 42:10
  60:4 61:12
  118:12 120:7
  127:12,14
  134:8
**sought** 49:21
  50:25 51:20
  52:12 65:1
**sound** 19:10
  35:15
**sounds** 71:11
  88:24
**source** 28:5
**South** 1:5,15
  10:20 11:1
  13:11 14:12
  48:3 49:2,11
  99:6 121:9,9
  121:12
**Southall** 1:14
  48:2 49:1,4
  53:7 80:6
  81:15 117:20
  118:5,14
  119:11,23,25
  120:9,11,17
  121:8 123:22
  126:5,15,18
  129:1 133:12
**Southall's**
  122:19
**Southern** 83:18
**Southwest** 64:2
**spare** 34:22
**speak** 42:3 49:7
  57:1 96:4
**spearing** 97:1
**special** 10:6 99:7
  108:3
**special-** 51:22
**specialty** 95:12
**specific** 93:11
**specifically** 5:14
  58:25
**specifying** 34:8
**speeches** 6:16

**speed** 114:21,23
  115:3
**spend** 112:20
  124:20
**spending** 49:25
  108:20
**spends** 82:8
**spent** 89:5 98:14
  112:13 133:12
**spheres** 131:16
**spit** 20:9
**spoke** 77:2
  78:11
**sponsor** 37:5
**sponsors** 40:19
**spontaneous**
  52:13
**sport** 1:15 28:7
  32:16 33:25
  40:20 45:17
  49:3,10,21
  50:22 51:1
  52:14 67:22
  93:23 96:21
**sports** 3:8,10,23
  3:24 4:1,22 5:8
  7:24 8:19 9:13
  10:5,5,5,12
  11:11,15,21
  12:14,18 24:21
  32:4,6 33:2,16
  34:4,11,14
  35:10 36:3,8
  36:11,20 37:13
  38:10,12 39:14
  39:17 40:9,13
  41:1,4,5,9 47:2
  48:4 49:19
  50:4 56:10,24
  57:5 58:16
  59:1,11 63:19
  64:20,21 73:23
  74:7,8,12
  78:21 80:18
  92:13 93:18
  94:22 98:2
  116:18,22

117:3,13,16
118:3,11
120:12,12
122:17 124:2,4
**sports-related**
57:25 105:25
**spot** 15:23 89:1
**sprang** 40:17
**spread** 7:15
**squabbling** 40:4
**squarely** 36:19
**squeezed** 3:5
**SR-253** 2:12
**stadium** 34:18
98:18
**staff** 13:21 23:9
35:2 56:14
76:14 104:18
**staffs** 51:21
**stakeholders**
14:15 56:3
**stakes** 11:25
**stand** 26:10
**standard** 53:3
**standards** 35:8
56:8
**standing** 51:13
**standpoint** 70:4
**stands** 123:11
**Stanford** 77:7
107:14
**star** 18:7
**stars** 78:4
**start** 17:24 41:2
60:2 91:22
116:20 122:6
**starter** 24:11
**starting** 38:7
83:14
**starts** 115:6
**state** 1:8 6:17
10:20 11:5
17:2 18:17
23:8 26:12
38:25 60:24
88:12 89:23
98:19 99:4,9

101:12 115:23
**state-of-the-art**
5:9 44:12
**stated** 12:11
28:9 36:13
60:15
**statement** 1:2,3
1:5,7,9,11,12
1:14,17 3:1
11:1 17:1 21:6
23:1 30:4 32:1
41:11 43:1
47:17 49:1
53:7 55:1
59:22 76:13
127:2,7 128:6
133:8
**statements** 6:17
**states** 18:2 33:1
40:14 78:9
79:12 86:14
107:6 115:2
129:22
**stations** 128:21
**statistical** 51:6
**statue** 18:5
**status** 34:12
37:15
**stay** 83:11
100:15
**steadfastly**
38:19
**steadily** 79:19
**steady** 52:11
**Steelers** 19:9
**steered** 51:25
**stemmed** 107:9
**step** 17:18
131:16 133:22
**steps** 73:2,2
101:3 106:8
133:23
**sterling** 6:11
15:3
**Stevens** 40:25
**stinging** 33:11
**stipend** 20:3

27:17 91:13
**stipends** 7:8
99:17
**Stonebreaker**
112:17
**stood** 13:15
**stopped** 95:11
**stories** 9:18
13:15 91:23
125:9
**story** 13:23
17:25 19:10,13
23:8 88:10
92:10,12
121:13,14,17
**straightforward**
41:8
**strain** 110:9
**strap** 7:11
**strategy** 50:6
**strength** 11:16
19:4 45:20
**strengths** 77:12
**stresses** 96:11
**stressful** 92:1
**stretches** 36:4
**strip** 14:6 36:25
**strips** 26:4
**strive** 45:13
**strong** 5:4 23:13
66:25 85:5
106:9
**stronger** 4:10
**struck** 37:23
**structure** 34:20
35:16,24 37:17
57:2 62:7
65:23 74:11
121:1,3,19
122:9 130:15
**structures** 52:3
**struggled** 20:1,2
20:2,7
**struggles** 101:9
**student** 4:25
8:10 11:19
14:14,16 17:22

19:2 29:4
32:15,18,20
38:16 46:16
47:13 51:16
65:3 79:10
80:4 81:1
83:11 87:16
88:20 101:13
105:15,18
116:24 122:23
**student-** 14:7
17:13,14 45:1
45:5 46:4,18
60:10 65:7
79:14 87:1
122:15
**student-athlete**
1:7 11:18 12:1
12:13,19 13:12
17:1 18:8
19:12 28:25
29:14,18 36:22
43:24 56:4
60:5 66:14
67:5,7 71:20
72:3 83:9
86:23 87:6
104:2 106:19
116:11 122:25
123:3,4,24,25
125:1
**student-athletes**
11:10,20 12:23
12:25 13:9
14:21 17:20
19:19 20:1,23
28:12 43:7,12
44:12,15,19,21
45:3,15,21
46:14 47:1,8
52:15 55:24
56:22 57:6,13
58:5,8,15,20
59:2,7,10,11
59:17 60:18
61:1 66:6,8,16
66:22 67:9

68:8,15,17,18
69:1,19 70:2
70:11,22 79:24
80:15 86:14,15
87:15 88:2
97:14 99:19
101:6 103:22
105:12 119:4
119:22 125:3,7
125:12
**student-citizens**
37:6
**students** 3:24
4:19 6:1,21
8:25 20:20
29:16 33:7
34:13,15 36:10
36:15 37:2
46:2 52:6,23
58:20,23 69:17
77:13 79:7,8,8
79:11,25 80:3
86:20 87:13
105:4 119:6
129:2 132:1
**studies** 8:11
49:14
**study** 37:5 67:19
80:6 131:7
**studying** 112:19
**stuff** 60:5
**stunned** 86:8
**subcommittees**
65:17
**subject** 5:18 9:9
9:21 10:7
17:11,12 31:8
32:6 123:1
**subjective** 34:9
35:5
**subjects** 62:7
**submit** 76:13
**submitted** 25:20
**subpoena** 10:6
**subpoenaed**
61:5
**subsequent** 44:5

substance 130:9
substantial
  86:16
substantive
  68:11
subtle 52:12
succeed 12:1
  24:10 100:25
success 2:1 9:7
  28:13 34:2
  40:25 43:6
  45:2 49:23
  50:24 51:14
  52:20 55:23
  56:4 58:8
  59:18 73:9
  121:16
successful 23:24
  80:8
successfully
  52:19
successors 75:6
sudden 105:23
suddenly 117:1
sued 60:7
suffered 60:8
  89:9 106:19
suffering 115:7
suffers 35:17
sufficiently 8:8
suggest 39:12
suggested 61:3
suggests 41:2
suit 101:19
sum 117:21
summary 32:8
  104:16 123:3
summer 24:19
  27:10,18,20
  90:19
summit 14:3
  90:13,14,15
superficial
  127:5
supervisors
  38:12
supplement

36:21
supplies 57:20
support 13:22
  14:1 19:21
  44:12 50:22
  51:21 56:4
  58:2,14 61:1
  62:24 66:6
  70:19 72:16,21
  95:5 120:18,19
supporting
  118:20
supposed 3:23
  89:19,19 97:16
Supreme 26:12
  37:23 114:19
sure 9:23 13:5
  60:25 64:3
  74:22 75:5,6
  77:3 78:5
  80:11 89:24
  90:21,24 92:19
  92:20,25
  100:18 104:16
  105:20,21
  106:1,9,11
  108:7 117:7,17
  126:4 128:5,24
  133:15
surface 122:12
surge 10:3
surgeries 24:8
  112:1
surgery 13:19
surprised 85:3
  88:24 89:13
  94:2
survey 88:4
survived 82:19
survivors
  104:22
susceptible
  101:15
suspect 67:11
sustain 117:4
sweat 103:15
swimmer 13:23

swimming 14:3
symbolizes
  130:8
synonyms 33:9
system 4:8 7:6
  19:22 38:20
  51:22 74:14
  88:21 128:8
systematically
  39:2 52:25

―――――――
        T
―――――――
T.K 99:6
T.V 20:18
  113:15,18
  123:16
table 100:6
  110:2 113:13
tables 51:17
tackle 94:25
tags 62:17
take 20:6 24:9
  26:19 29:20
  58:10 67:18
  69:23 73:2
  85:19 96:23
  101:18,19
  132:4 133:16
taken 29:17
  65:16 73:2
  106:8 108:5
takes 132:14
talent 38:15
talented 8:13
  44:19 51:23
  123:9
talents 104:25
talk 3:14 6:15
  77:13,15 87:13
  90:22 92:18
  93:16 96:4
  98:6 125:7,12
  125:15
talked 8:18 69:1
  72:15 78:20
  93:7 107:6,23
  116:7

talking 4:6
  63:20 77:18,19
  77:21 83:2
  86:3 90:6
  100:12 116:17
  119:17 124:23
  127:13 129:1
  130:14 131:5
Tallahassee
  18:17
Tampa 24:18
tangle 39:16
tank 90:18
taped 110:5
targeted 37:4
tarnishes 26:5
taxpayers 5:10
Taylor 1:11 31:3
  32:1 82:1
  113:8 114:10
teach 94:25
teachers 18:23
teaches 11:16
  27:13
team 9:3 13:22
  24:17,17 28:8
  28:9,19 65:6,7
  65:7 69:5,10
  69:13 90:1
  91:24 100:23
teammates
  13:24 19:25
  24:19 27:20
  95:13,20
  101:10
teams 5:3,4 12:8
  28:3 45:12
  69:10 100:21
  112:14
teamwork 11:17
Ted 40:25
teenagers 68:20
television 4:22
  35:3,20
tell 6:22 9:11,21
  18:19,24 62:4
  75:19 89:21

112:17,18
  118:4,6 121:13
  128:24
telling 85:14
Tellingly 50:17
  52:2
Temple 1:13
  42:14 43:2
  44:7 68:9,14
ten 102:13
tenacity 26:15
tend 52:6
tennis 40:15
tenth 75:14
tenure 56:6
term 50:10
terms 31:5 38:18
  64:23 67:12
  71:19 72:18
  110:16,24
  116:16,21
  123:11
terrible 60:21
terrifies 29:15
testified 29:8
  58:12 112:12
testify 43:5 71:7
  128:10
testifying 6:6
testimony 15:2
  26:23 42:12
  49:20 54:1
  116:5 129:5
testing 45:23
Texas 38:4 85:6
textbook 37:18
thank 3:4 6:6
  11:3,4 14:22
  14:24,25 16:1
  17:9 21:4 22:1
  23:9 30:2 31:1
  32:2,3,3,4
  41:10 42:1,12
  48:1 49:4,6,8
  53:5 54:1 55:3
  55:6,12,19
  59:19 60:1

65:12,14,20
71:2,3,4,6,7,15
71:24 75:10
76:5,10 84:16
91:3,5,18,20
97:9,20,22
98:3,4,23
102:5,6 103:1
103:4,5 106:17
106:25 107:2,4
108:1 115:12
115:17 117:10
118:25 119:10
120:24 124:6
126:19,21,22
133:20
**thanks** 47:15
68:5 90:20
**That'll** 15:9
**that's** 6:2,2
14:11 17:23
18:11 32:21
56:1 60:13
67:24 70:9,23
73:1,14 76:4
77:7,14 81:6
83:12 86:12,18
86:25 93:13
95:25 97:1,2,3
97:6,14,18
98:18,20 99:11
99:11,23 101:4
101:7 104:7
108:15,22
109:4,11
110:10 111:21
112:9,19
116:10 118:12
119:8 120:12
122:24 123:3
123:11,25
128:17 130:3,5
132:24 133:3
134:14
**theories** 49:13
**there's** 4:11
7:17 61:24

63:21 64:6
66:25 70:7
71:11 80:7
91:14 93:13,24
95:1 96:17
97:25 101:4
109:20,25
114:12 117:11
120:7 123:10
124:20 125:7,8
125:8 127:23
127:24,24
128:17 129:20
134:7,11
**they're** 9:1,3
10:17 61:21
62:15 66:23
68:19,20 73:10
77:16 79:10,23
82:6,20 83:2
87:6 92:22
98:9 105:4
108:21,24
109:7,15 110:2
112:6,23 117:3
117:25 118:21
119:15 123:9
123:16,16
125:4 129:12
131:21 132:3
**they've** 94:9
109:14 117:18
**thing** 18:18
63:24,25 65:5
70:24 73:7,8
76:4 84:13
92:10 95:19
100:2,19 101:8
114:25 117:6
120:3 128:24
130:17 131:17
132:4,13
134:16
**things** 7:9 27:5
27:10 61:20
67:20 68:3,21
69:13,17 70:6

70:19 71:11
72:2 75:1,8
76:12 78:15,17
80:10,16 81:6
82:23 86:10
89:17 92:17,21
92:22 93:3,3,6
93:24 94:14
95:15 97:19
98:7,17 100:12
101:15 105:19
107:20 115:4,7
125:6 127:25
128:5 130:14
131:8
**think** 5:1,11,18
5:21,23 6:11
6:14,25 8:24
10:2,7 28:10
60:21 61:7,7
66:20,24 67:8
67:10 71:8,18
71:22 72:8,25
73:14,17 74:2
74:21 75:1
77:10,11,14
80:1,7 81:6
83:2 84:12,23
85:2,16 87:13
88:21 89:1,2,3
89:10,11,13,15
90:5,17 92:16
92:22 93:17,19
94:9 95:19
96:2,18 97:3
97:25 98:8,9
98:20,24
100:19 101:8
102:16 103:2,9
103:10,20,22
109:20 110:19
115:8 116:12
116:14,24
117:21 121:7
121:17 122:6,8
122:11,15
124:5,5,8,19

125:6,22,23
127:5,20 128:8
128:12,12,24
129:1,11,13,14
130:3,8,11,12
130:16 131:23
132:5,17,23
134:7,9,12
**thinking** 33:17
**thinks** 87:16
89:18
**third** 9:3 36:7
57:21 96:9
**thought** 25:4
97:11 100:2
**thoughts** 23:8
**thousands**
109:23 111:18
111:18
**three** 4:3 5:22
18:21 24:8,12
27:1 32:9
43:12,23,24
51:15 59:5
61:15 66:17
110:8 124:15
129:19
**thrilled** 4:8
**thrive** 100:25
**throat** 92:14
**throw** 80:11
**thrown** 24:20
**Thune** 1:5 2:15
2:17 9:24
10:20 11:1,3
32:4 43:4 49:5
55:4 60:2
65:13,14 68:5
70:3,9 71:2,4
85:9 133:4
**ticket** 12:6 34:17
100:14
**tier** 122:10
**ties** 29:22
**tightly** 52:9
**time** 7:16 9:23
18:11 19:24

23:17 26:1
34:22 39:14
58:10 65:9
66:24 67:9,15
69:18 70:3
72:15 73:13,25
74:8 75:10
77:23 78:15
82:8,8,14
83:10 85:16
87:15 91:5
92:20 96:13
98:8 99:25
103:14 105:2
107:14,24
108:3 109:2,7
110:1,3 111:7
113:24 114:4
114:24 119:2
119:19 123:12
124:21 126:3
131:7
**timely** 57:3
**times** 14:2 100:8
100:9
**timing** 55:20
**tiny** 67:21
**tip** 131:17
**tipped** 40:13
**tips** 131:21
**Titans** 19:9
**title** 9:6 58:14
72:16,18 73:22
87:22 88:1
116:25 117:1
117:18 118:22
119:16 123:22
123:23
**today** 3:14 9:15
11:4 12:10
13:5 17:10,15
17:17 20:15
30:3 32:6 43:5
44:4 49:7,11
49:20 53:6
55:18 56:5,10
58:5 59:20

62:8 67:3
71:22 77:12,13
77:18,19,21,22
77:24 78:11
83:16 88:5
92:16 101:8
102:7 105:14
109:19 111:24
116:5,8 122:5
122:18 131:18
133:14
**today's** 9:6 13:6
**Todd** 112:18
**toiletries** 108:21
**Tokyo** 40:4
**told** 19:6 24:25
25:2 68:8
**Tom** 93:10
**tomorrow** 78:8
**ton** 61:21 64:3
**tone** 33:12 90:8
**top** 4:4 24:3,12
60:6 72:22
73:19 78:24
116:17,22
122:10
**topic** 93:11
**topline** 64:11
**topnotch** 55:25
**tore** 27:1
**torn** 20:10
**total** 34:25 46:6
52:10
**tough** 6:24
10:10
**tournament**
8:15,16 35:23
**tournaments**
40:15
**track** 94:17,18
**trade** 37:25
**traded** 134:1,3
**tradition** 34:24
86:13
**traditional**
36:10
**tragic** 9:17

13:25
**trainers** 19:5
96:3 125:2
**training** 13:21
39:25 44:13
**trajectory** 20:12
**transfer** 24:9
36:9
**transfers** 51:12
**transform**
122:17
**transformed**
34:23 40:12
**transparency**
89:16 98:14
**Transportation**
2:8
**traumatic** 95:13
95:14
**travel** 65:2 91:8
100:12 108:20
**traveling** 65:8
**treat** 117:23
118:1 119:15
**treated** 68:17
92:15 117:7
**treatment** 94:11
94:20 106:5
**treatments**
110:5
**trends** 44:23
**tries** 37:1
**Trojans** 77:3
**trophies** 18:6
**trouble** 6:13
76:11
**troubled** 104:9
116:4
**troubling** 8:13
115:24
**true** 34:7 41:3
83:12 101:4
129:5,18
**truly** 6:20 10:15
28:12 103:21
**trust** 44:3 81:25
114:19

**trustees** 70:15
125:17,21
127:16 129:21
**truth** 113:16
**try** 9:9 18:21
91:6 94:19,22
94:24 111:20
114:17
**trying** 8:22,24
28:20 72:9
75:7 77:11
82:20 94:25
95:4 96:11,12
99:1 119:12
125:19 131:14
**tuition** 46:8
57:19
**turn** 8:23 9:1
10:19 26:16
39:5 41:7
64:17 65:12
84:6 86:24
102:8
**turned** 25:14
**tutor** 25:9,10
**twice** 62:22 66:7
**two** 8:21 13:15
14:4 15:25
18:11 24:19
25:12,15,22
27:3 37:21
40:1 43:25
44:2 51:9 56:7
58:12 64:6,14
74:2 79:25
83:14 94:15
110:1,5 112:12
127:4,13
131:15
**two-phase** 50:5
**two-thirds** 84:22
**two-year-** 25:8
**typical** 102:1

_____
**U**
**U.S** 1:4,5 2:6 3:1
11:1 18:10

37:23 39:21
40:4,11 46:11
74:23
**Udall** 93:10
**ugly** 129:25
**ultimate** 56:17
58:9
**ultimately** 121:2
**unable** 12:15
**unbalanced**
35:16
**unbelievably**
94:5
**UNC** 25:23 26:6
26:18
**UNC's** 26:2 29:2
**undergone** 24:7
**undergraduate**
33:7
**underlying**
130:15
**undermined** 4:1
**undermines**
36:19
**undermining**
128:23,24
**underperform...**
50:4
**underscored**
13:15
**underscores**
47:4
**understand** 3:17
56:11 73:9
93:12 94:21
104:15 116:5
118:11
**understanding**
95:7
**understands**
74:23
**understood**
50:11 94:8
**undertaking**
71:23
**unequivocally**
60:24 64:13

**unethical** 37:10
**unfair** 29:25
115:7
**unfairly** 12:22
**unfortunate**
103:9
**Unfortunately**
26:25
**unhappy** 8:6
**uniform** 83:24
83:25
**unintended**
122:11
**Union** 39:19
**unionization**
116:14 118:7
**unions** 121:2
**unique** 19:13
68:6
**uniquely** 33:15
37:1
**unit** 10:6
**United** 33:1
40:14 78:9
79:12 86:13
107:6 115:2
**universe** 47:9
52:9 70:1
**universities** 4:24
5:5,22 6:5 7:3
7:19 11:19
29:23 33:4
36:22 37:5
41:7 43:23
44:7,10,20
45:13 46:14
56:2,13 58:2
59:5 61:4,5,6
61:14,19,20,25
62:9 63:11
64:16 65:25
66:8,10,17
67:1,3 70:5
71:14 74:9,25
75:8 82:4
85:17 87:5
91:12 103:12

103:19 112:8
116:13 118:13
118:19 120:17
121:3 129:22
**university** 1:8
1:10,13,15
8:14 12:1,16
13:11 14:12
17:2 18:5 23:2
24:1,5,6,21
25:1 26:18
28:2,4 29:3
37:22 38:4,10
42:14 43:2
48:3 49:2,11
52:3 53:1
55:11,16,16
56:16,22 57:10
63:23 64:3
69:2 70:24
71:1 80:22
83:11,18 85:11
85:13 89:24
91:24 92:2
99:21 105:16
107:14 112:8
112:20 114:6
115:23,25
116:1 118:6,7
118:15 121:9
130:24
**university's**
25:10,17 44:22
45:10
**unjustly** 29:16
**unpatriotic**
39:20
**unprecedented**
46:19
**unrelated** 57:16
**unsavory** 101:15
**unsullied** 26:21
**unwilling** 85:18
98:21
**uphold** 33:4
41:6
**upper** 134:13

**upset** 60:13
**upwards** 110:10
**urgency** 114:18
**usage** 39:9
**USC** 19:17 77:2
80:21
**USD** 13:17,18
14:4
**use** 39:10 45:13
69:8 79:14
102:4 113:9
129:7
**useful** 74:21
80:7
**useless** 98:11
**usually** 77:3
129:17
**utilize** 51:1,6
**utterly** 122:16

---

**V**

**v** 38:5
**vacated** 130:19
130:20
**vacating** 38:6
**valuable** 8:14
27:14 44:5
69:13 70:1
**value** 28:21
46:10 47:4
117:22
**valued** 23:13
36:9,12 104:1
**values** 128:23
**vantage** 13:14
**variable** 83:13
**varieties** 134:8
**variety** 57:23
94:14
**various** 46:23
**vassals** 41:4
**vast** 36:2 57:6
67:2 72:21
78:21,22 80:2
80:15
**vastly** 46:18
**vehicle** 43:18

**velocity** 96:20
96:25
**verse** 100:22
**versed** 26:2
**version** 25:20
**versus** 37:22
**Veselik** 13:23
**vested** 39:16
**victim** 88:18
89:5
**victimizing**
104:22
**victims** 58:3
88:8 89:8,8
103:17 104:22
**victors** 34:2
**victory** 33:23
34:3 113:15
**video** 87:22
**view** 128:23
**viewed** 50:13
**views** 52:18
**violated** 24:20
**violates** 15:7
**violations** 35:18
**violence** 90:14
**Virginia** 1:4 3:2
63:23 64:1,3
**virtually** 67:22
93:22 123:4
**visible** 70:25
**visit** 53:6
**vital** 38:15
**vocal** 13:5
**vocare** 35:11
**voice** 35:12,12
40:13 41:7
86:16
**voices** 90:9
**void** 28:23
**volleyball** 38:11
40:18 65:6
123:14
**vote** 56:14 61:18
62:6 78:12
84:22 86:16
90:7

**voted** 84:18,19
84:25 85:4,5
85:13 86:19
87:5 130:1
**votes** 100:11
125:20
**voting** 40:11
86:20
**vowed** 38:24
**vox** 35:11

---

**W**

**wait** 115:3
**walk** 17:16
116:3
**walk-on** 43:25
**Walter** 34:21
**want** 3:4 5:18,19
6:22 7:4 9:7,15
10:2,3 11:4
12:7 15:22
17:9 18:14,20
18:24 19:6,11
28:5 42:2,10
53:5 55:19
59:18 61:5,14
62:14,16,17,20
71:15 72:24,24
73:20 74:18
78:18,18 83:5
91:22 92:23
95:21,22,22,23
98:5 99:12,18
100:17 102:15
103:4,8,23
104:8,15,23
105:1 107:11
108:1 114:9
116:8,9 117:6
117:7,17
123:17 125:23
126:23 127:4,6
129:23 130:4,5
131:2,11
132:11 133:11
133:20 134:1,3
**wanted** 17:24

18:19 24:9,9
26:19 75:12
82:5 85:6,8
93:6 107:7
133:2
**Wanting** 100:25
**wants** 12:1
28:12 130:10
133:9
**War** 34:15
**Washington** 2:9
44:1,4
**wasn't** 25:19,20
27:25 29:2
42:7 80:24
81:2 85:15
94:2 100:23
107:13
**watch** 30:1 77:3
91:14
**watching** 42:7
74:23,24
128:21
**watchmen** 30:1
**water** 3:5
**way** 3:11 6:1,2,2
36:4 50:12
61:21 66:1,20
68:14 96:18
97:17 103:6
106:16 110:16
110:19,20
112:21 120:19
124:18 127:25
129:15 130:14
131:3 134:12
**ways** 8:21 66:6
67:16,18 90:24
98:1 129:2,24
**We'd** 68:24
**we'll** 12:10 60:3
65:21
**we're** 10:7 20:18
59:14 61:8
62:7 66:20
70:22 71:17,19
71:21,23 74:13

74:13 75:2,3
84:14 90:6,18
92:3,3 94:16
94:21 95:4,5
100:12 114:20
115:24 116:16
119:17,20
125:18 130:6
131:5
**we've** 10:6 56:6
67:8 68:2
78:14 88:4
93:8,11 98:1
106:8 116:7
124:18 127:8
**weak** 35:1
**weakness** 77:14
77:17
**weaknesses**
77:12
**wear** 95:24
101:19
**web** 61:2
**website** 60:4
86:4,6
**website's** 60:14
**Wednesday** 2:4
**week** 24:24
91:16 108:13
109:9 110:10
111:14 112:16
**weeks** 25:16
74:19 86:12
134:2
**weight** 82:9
**welcome** 22:3
31:9 40:19
42:14 47:15
48:5 69:11
106:20
**welfare** 38:20
**well-** 9:6 33:20
68:7
**well-being** 2:1
14:16 32:7
43:6 44:21
49:22 55:23

60:6 99:20
**went** 4:5 18:2,23
19:4 26:16
27:7 68:25
94:3 100:5
122:7
**weren't** 69:15
117:12
**West** 1:4 3:2
63:23,25 64:2
**Wetherell** 99:6
**what's** 17:7
67:13,13,14
93:2,16
**White** 74:6
**whole-heartedly**
130:17
**wholesome** 33:9
**wholly** 35:21
**WILLIAM** 1:12
43:1
**willing** 71:7 73:2
73:8 85:11
88:9 133:16
134:4
**win** 5:4,6 12:8
39:21 82:6
**wind** 75:2
**window** 29:10
**winning** 4:17
5:3,11 12:2,9
23:15 82:7
**Winston** 88:11
**wise** 41:8
**wish** 27:6 73:9
77:7
**witnesses** 10:14
11:7 14:24
42:3 72:1
78:11
**woman** 17:22
20:21 105:22
120:4 123:5,6
**women** 3:12
7:23 21:2
29:21 46:23
47:5 58:18

67:12,18 72:18
74:12 77:15,23
93:21 94:19
104:25 110:19
116:25,25
117:14,17
118:3,10 119:5
**women's** 7:24
11:23 58:15
79:17 116:19
117:3 120:19
123:7,25
**won** 38:1,5,12
**won't** 28:16
73:21,22 119:9
130:9
**wonder** 121:4
**wondered** 93:13
**wonderful** 15:3
15:24 17:6
44:7 80:13
94:4
**wondering**
65:18 68:10
**Wonderland**
39:6
**word** 4:5 32:23
33:8,13 39:9
40:22 63:20
113:11
**words** 18:11
39:5 51:11
52:1 60:22
64:19 81:8
82:18 83:16
109:3 113:9
**work** 8:6 13:21
37:2,5 39:13
49:15 52:1
58:1 61:9
70:21 74:12
80:10 90:18,20
93:12 104:12
105:6 106:16
106:22 108:25
109:3,8 113:10
119:7 122:25

130:14
**workbook** 90:19
**workers** 39:11
**working** 28:20
55:7,20 56:1
57:1 59:16,20
79:8 80:6
90:15,17 94:5
94:21,23
108:19,22,22
108:25 111:14
112:24 122:24
123:1
**workouts** 27:21
**works** 5:17 57:5
70:17 74:14
119:3,24 123:8
129:24
**world** 33:15
34:1 68:19
74:23 88:21
129:24 133:23
134:5
**world-** 55:24
**world-class** 53:1
**world's** 33:1
128:22
**worn** 20:10
**worrisome**
127:5
**worry** 66:22
**worth** 15:15
29:10,12 103:8
104:5 106:11
**wouldn't** 107:12
130:21 131:4
**wrap** 123:19
**wrestle** 89:10
124:15
**write** 37:3
128:11 133:10
**written** 3:12
6:16 31:4,5,8
**wrong** 6:22,23
6:23 80:18
91:15 97:3
129:7

**wrote** 38:16
60:24 113:11
114:11

**X**

**Y**
**Yale** 34:21 85:5
**yank** 82:9
**yards** 107:15,16
**year** 9:3 19:2
27:2 43:22
44:6,8 62:22
64:17 79:20
83:14,14 85:8
87:17 91:23
93:2 97:20
121:23
**year-old** 29:5
**year's** 13:16
58:25
**years** 7:16,16
18:21 24:11
25:15,22 39:17
43:22,24,25
44:25 46:1
47:3 55:15
64:25 66:17
74:4 79:20
81:13 82:19,25
95:4 97:4
102:13 105:8
106:8 107:16
111:10 112:25
124:4,5,8
127:21 129:19
133:12
**yesterday** 97:24
**yield** 57:2
102:19,22
**You'd** 128:11
**you'll** 85:2
**you're** 3:4 6:12
14:7 27:18
64:9 73:9,10
74:2 77:11,18
77:19,21 79:2
83:2 88:18

89:1,4,18,19
89:19,20,21,21
90:3 92:16
96:9,13,14
102:22,23
104:5 112:15
112:16,24
114:7 117:1
118:11 123:19
129:1
**you've** 5:21
61:16 65:16
88:10 115:21
116:2 117:8,9
121:14 124:11
124:12 125:22
**young** 3:12,15
4:16 7:11,13
7:21,23 29:20
33:24 38:23
46:23 47:5
67:12,18 73:23
74:12,12 91:7
93:21 94:18,25
104:25 105:22
110:19,19,24
115:1
**youth** 32:24
94:21

**Z**

**zero** 34:18
117:21
**Zone** 13:19
**Zorich** 112:18

**0**

**1**

**1** 38:8 46:12
47:1 79:15
**1,000** 73:20
**1,100** 56:13
64:17
**1,200** 36:2
**1,600-plus** 43:9
**10** 7:16 63:6,17
83:22

**100** 36:1 59:5
74:4
**100-year-old**
10:16
**100,000** 7:12
**11** 1:6
**11,000-plus** 43:9
**12** 7:16 51:9
63:17,24 95:4
**120** 61:24,25
63:21 64:8
**14** 59:8
**15** 79:19 94:16
94:17 133:12
**150** 36:2
**16,000** 38:7
**1600** 107:15,15
**17** 1:8
**1880** 34:21
**1903** 34:18
**1905** 34:15
**1906** 3:21 34:23
**1922** 35:1
**1951** 35:2
**1956** 39:24
**1964** 40:4
**1970s** 19:17
**1973** 81:17
82:15
**1974** 81:15,16
**1978** 40:9
**1984** 37:23
**1986** 40:21
**1988** 23:12
**1991** 51:10
**1998** 38:5 41:1

**2**

**2,000** 66:9
105:23
**2.1** 46:5
**2.7** 58:21
**2.9** 32:22
**2:10** 15:17
**2:36** 2:11
**20** 40:10 44:25
97:16 106:7

111:10
**2003** 50:5,16,25
52:18
**2007** 23:25
**2010** 24:19
38:10 55:15
**2011** 84:19
**2012** 85:1,14
**2013** 45:2
**2014** 2:4 8:15
**23** 1:10 59:1
64:18
**24** 65:23
**25** 51:9 69:14

**3**

**3** 1:4
**30** 55:15 88:5
94:16
**32** 1:11
**35** 49:8
**350** 62:23
**36** 43:22 44:5
66:7
**365,000** 38:11
**39** 40:11

**4**

**4.0** 107:15,15
**40** 82:19,25
108:13 109:8
**42** 133:25
**425,000** 79:8
**43** 1:13
**45** 124:10
**450,000** 79:7
**460,000** 55:24
57:6 79:7
**48** 5:11
**49** 1:16

**5**

**5** 79:1 119:18
**5,000** 105:24
**5:15** 127:2
**5:20** 134:18
**50** 108:13 109:8
111:20 127:21

**50,000** 59:2
**500,000** 43:12
**54** 38:5
**55** 1:18

**6**

**60** 109:8 110:10
111:14
**62** 85:1
**62.12** 85:2
**65** 62:8,12,25
63:10,15 65:25
72:23 73:5,19
82:5 83:1
131:4,18 132:6

**7**

**70** 110:10
111:14 112:15
**700** 59:4
**71** 45:4
**73** 45:5 81:18

**8**

**8** 23:12
**80** 29:5 112:15
**82** 45:3
**82,000** 58:19
**83** 18:13
**89** 58:25

**9**

**9** 2:4 79:22
**90** 130:22
**90,000** 106:10
**900** 5:12
**90s** 107:10
**95** 79:2,3,7
**97** 69:24