

# WOMEN'S LACROSSE

## 2016 AND 2017 RULES



# RESPECT.
## It's the name of the game.

Sportsmanship is a core value of the NCAA.
The NCAA Committee on Sportsmanship
and Ethical Conduct has identified *respect*
and *integrity* as two critical elements
of sportsmanship and launched an awareness
and action campaign at the
NCAA Convention
in January 2009.
Athletics administrators may download materials
and view best practices ideas
at the website below:

**www.NCAA.org/about/what-we-do/fairness-and-integrity/sportsmanship**





# 2016 and 2017 NCAA WOMEN'S LACROSSE RULES AND INTERPRETATIONS

NATIONAL COLLEGIATE ATHLETIC ASSOCIATION



[ISSN 0735-9195]
THE NATIONAL COLLEGIATE ATHLETIC ASSOCIATION
P.O. Box 6222
Indianapolis, Indiana 46206-6222
317/917-6222
www.ncaa.org
November 2015

**Manuscript Prepared By:** Stefanie Sparks Smith, Secretary-Rules Editor, NCAA Women's Lacrosse Rules Committee.

**Edited By:** Rachel Seewald, Associate Director, Championships and Alliances

NCAA, NCAA logo and NATIONAL COLLEGIATE ATHLETIC ASSOCIATION are registered marks of the Association and use in any manner is prohibited unless prior approval is obtained from the Association.

COPYRIGHT, 2006, 2007, 2008, 2009, 2011, 2013, 2015 BY THE NATIONAL COLLEGIATE ATHLETIC ASSOCIATION
PRINTED IN THE UNITED STATES OF AMERICA

# Contents

NCAA Women's Lacrosse Rules Committee..................................................4
Major Rules Changes for 2016 and 2017 ...................................................5
Significant Editorial Changes.....................................................................6
Points of Emphasis...................................................................................7
New Officiating Procedures ......................................................................8
Official NCAA Women's Lacrosse Rules
    Rule 1—The Playing Area and Goals...............................................9
    Rule 2—Equipment and Uniforms .................................................15
    Rule 3—Game Personnel ...............................................................20
    Rule 4—Time Factors and Scoring .................................................24
    Rule 5—Play of the Game .............................................................28
    Rule 6—Fouls ..............................................................................42
    Rule 7—Penalty Administration ....................................................49
    Rule 8—Definition of Terms .........................................................58
Appendix A: Pregame Protocol .................................................................64
Appendix B: Umpire Signals.....................................................................65
Appendix C: Lightning Policy ...................................................................71
Appendix D: Blood Guidelines..................................................................74
Appendix E: US Lacrosse Manufacturer's Specifications for Equipment.......75
Appendix F: Carding Procedures ...............................................................88
Appendix G: Alternate Official Responsibilities and Duties .........................90
Appendix H: Concussions .........................................................................92
Appendix I: Accommodations for Student-Athletes with Disabilities .........102
Index to Rules.........................................................................................103

**US Lacrosse Acknowledgement**

The NCAA acknowledges US Lacrosse, the national governing body of men's and women's lacrosse, and the former United States Women's Lacrosse Association for their respective roles in developing and publishing the rules of women's lacrosse since 1932. The NCAA rules book was developed based on current US Lacrosse Official Rules for Girls' and Women's Lacrosse, and the NCAA continues to work collaboratively with US Lacrosse in the area of rule development.

*USLacrosse*

# NCAA Women's Lacrosse Rules Committee

The chart below lists the members of the committee who voted on and approved the rules included in this edition of the book. This information is being included for historical purposes.

| Name | Institution or Conference | Term Expiration |
|------|---------------------------|-----------------|
| Jen Adams | Loyola University Maryland | 9-1-18 |
| Melissa Falen | Notre Dame of Maryland University | 9-1-15 |
| Alicia Groveston | Grand Valley State University | 9-1-17 |
| Abigail Lee Jackson | Union College, New York | 9-1-18 |
| Kate McAfee | University of New Hampshire | 9-1-17 |
| Laura Moan | Susquehanna University | 9-1-16 |
| Julie Myers, chair | University of Virginia | 9-1-17 |
| Rachelle Paul | Monmouth University | 9-1-15 |
| Stefanie Sparks Smith* | Secretary-Rules Editor | 9-1-18** |

\* Non-voting member
\*\* Eligible for reappointment

For a complete and current listing of the NCAA Women's Lacrosse Rules Committee, please go to www.ncaa.org/playingrules

Those seeking interpretations of rules or play situations may contact:
Stefanie Sparks Smith
NCAA Women's Lacrosse Secretary-Rules Editor
ssmithsre@gmail.com
603-494-1865

# Major Rules Changes for 2016 and 2017

*The changed rules listed below are identified in the rules text by a shaded background.*

| Rule(s) | Explanation |
| --- | --- |
| 2-12 | The bottom of the goalkeeper's uniform must be a predominantly solid school color, white, black or gray. |
| 4-3 | If a team is leading by 10 or more goals in the last two minutes of the half, the clock is not stopped. |
| 4-7 | Change the overtime procedure to sudden victory. |
| 5-5 | By the 2017 season for Division I institutions and by the 2018 season for Division II and Division III institutions, require that a visible 90-second possession clock be in place. |
| 5, 7 | Allow self-starts. |
| 5-17 | Allow any defender to play the ball in their defensive goal circle when their team is in possession of the ball. |
| 5-17 | Eliminate the deputy. |
| 5-22 | Exempt goalkeepers from obstruction of free space to goal. |
| 5-23 | Eliminate the throw and implement a procedure of alternate possession. |
| 5-31 | Check every goal scorer's stick after each goal. |
| 5-31 | During any stick check, the illegal manipulation of a stick and/or the illegal stringing of a stick will result in a non-releasable yellow card penalty. |
| 6-1 | Add "Horizontal Stick" to the list of major fouls. |
| 6-2 | Change the categorization of three seconds from a major foul to a minor foul. |
| 6-2.b | Eliminate the minor foul of empty stick check when a player is playing for the ball. |
| 6-2.f | Eliminate the minor foul of body ball. |
| 7, 1, 8 | Add dots on the field 5 yards from the hash marks on the goal line extended. |
| 8 | Change the critical scoring area from 15m to 12m. |
| App. E | New crosse specifications. |

5

# Significant Editorial Changes

*These are additions/clarifications/deletions to the rules book. Some have been part of past interpretations or custom, while others are minor editorial changes to clean up language and eliminate wordiness.*

| Rule(s) | Explanation |
|---------|-------------|
| 2-2(b) | Clarified the proper procedure for administering a pocket depth check. |
| 2-9 | Clarified eye protection specification requirements for 2016 and 2017. |
| 4-4 | Clarified that if the request for a possession timeout is made to the official timer, the clock and play shall stop on the sound of the horn. |
| 4-9(j) | Added notes clarifying when a goal should be disallowed and the collective effort that needs to be made by officials in identifying the goal-scorer's stick. |
| 5-2, 5-24(c) | Clarified at what point during the set-up of the draw are substitutes no longer permitted. |
| 5-8 | Clarified the note regarding when a team is playing with fewer than 12 players. |
| 5-21 | Clarified what the goalkeeper may not do when outside of the goal circle. |
| 5-28 | Clarified that no coaching may take place during an injury timeout. |
| 5-29 | Clarified equipment inspection. |
| 5-30 | Clarified when coaches may request a stick check. |
| 6-1(a) | Clarified Rough/Dangerous Check. |
| 6-1(d) | Clarified that Holding can occur when your team is in possession of the ball. |
| 6-1(e) | Added language to Crosse in the Sphere. |
| 6-1(h) | Deleted an example of an Illegal Use of the Crosse in light of the fouls Horizontal Stick and Cross-Check. |
| 6-1(w) | Clarified Dangerous Shot. |
| 6-2(c) | Added a note to Empty Stick Check. |
| 7-2 | Added clarifying language about free positions. |
| 7-14 | Clarified that on an 8-meter free position, the shooter's stick is permitted to be in the 8-meter arc. |
| 7-22 | Clarified when the scoring play is complete by deleting the example of the attacking team passing or carrying the ball behind the level of goal line extended. |
| 8 | Added definitions for the following terms: Free Position, Held Whistle, Stop-Clock, Offsetting/Simultaneous and Subsequent Foul. |
| App. B | Updated signals. |
| App. F | Clarified carding and substitution procedures for goalkeepers. |

6

# Points of Emphasis

The "Points of Emphasis" section highlights certain areas of the game the Women's Lacrosse Rules Committee believes warrant continued attention by placing a stronger emphasis on existing rules.

The committee requests that players, officials and coaches concentrate on the following areas:

## Obstruction of Free Space to Goal

While improvement in calling obstruction of free space to goal has been made, the committee encourages officials to be vigilant in making this call **early** and before the shooter releases the ball. To assist in making the call early, officials should focus on whether the defense is in an illegal position and whether the attack has the opportunity to shoot safely and is looking to shoot. The committee also requests that coaches instruct their players **not** to shoot when another player is obstructing their free space to goal.

## Professionalism

The committee continues to encourage all coaches, players, officials and administrators to conduct themselves in a professional manner before, during and immediately following all contests. The committee reminds coaches and players to avoid the use of excessive dissent or abusive language and reminds coaches to stay in his or her coaching area. The committee encourages calm, patient and productive dialogue between coaches and officials.

## Offside Violations

The committee requests that officials pay particular attention to offside violations. Specifically, the committee encourages officials to call reckless checks and other fouls against players carrying the ball over the restraining line as players that are offsides often commit uncontrolled and dangerous swings.

# New Officiating Procedures

1.  Officials must take control of the goal scoring stick each time a goal is scored and perform a mandatory pocket depth check pursuant to Rule 2-2(b). No substitutions will be permitted until after the mandatory pocket depth check has been administered and only if the stick is deemed legal.

2.  Stick checks requested by teams will consist of a pocket depth check and full examination of the stringing and head of the crosse, including measurements of the stringing and head of the crosse pursuant to Appendix E. These requests are permitted during the following time periods:
    a.  timeouts;
    b.  at halftime;
    c.  before the game;
    d.  before overtime; and
    e.  prior to the start of the draw.

3.  During any stick check, violations of Appendix E (excluding pocket depth) will result in a non-releasable yellow card.

4.  The Head Umpire will be responsible for maintaining an accurate record for alternate possession. Alternate possession will initially be determined at the pre-game meeting with the captains.

5.  Officials shall call timeout following major and minor fouls in the critical scoring area, illegal draws, offside violations and to administer alternate possession.

6.  Officials shall position themselves on the playing field so that the A and B officials are table-side and the C official is on the far side of the field.

7.  The penalty lane above the goal line extended shall be cleared for goal circle fouls.

8.  Following a whistle blown for a major or minor foul outside of the critical scoring area, the player awarded the free position is permitted to self-start, and no additional whistle is necessary. If the spot of the foul cannot be determined, the official shall indicate the location of the free position. If the official has to reset the free position, the whistle of the official will restart play. Repeated false starts, delays in moving 4m by the defense or self-starts by the attack beyond the playing distance of the foul may result in a delay-of-game card.

8

# RULE 1

# The Playing Area and Goals

## The Playing Area

### Field Dimensions

SECTION 1. The playing area shall be rectangular and marked with a solid lined boundary. The field should be between 101m and 110m (110 to 120 yds.) from end line to end line; and between 55m and 64m (60 to 70 yds.) from sideline to sideline. The goals shall be placed not more than 92m (100 yds.) and not less than 82m (90 yds.) apart, measured from goal line to goal line. There must be 9m (10 yds.) of space behind each goal line, extending to the end line and running the width of the field. There must be a minimum of 4m (4.4 yds.) of space between the sideline boundary and the scorer's table. There should be at least 4m of space between the other sideline and any spectator area. There should be 2m (6'6") of space beyond each end line.

SECTION 2. It shall be the host institution's responsibility to see that the field is in proper condition for safe play, and that the field is consistent with the rules. Where optimal field dimensions as listed in Rule 1-3 are not or cannot be met due to field-space limitations, play may take place if the visiting team has been notified in writing before the day of the game and personnel from both participating teams agree. Soft/flexible cones, pylons or flags must be used to mark the corners of the field. The playing area must be flat and free of glass, stones and any protruding objects. No additional marks may be added to the field.

### New Field Construction

SECTION 3. Optimal field dimensions shall be 65 yards in width and 120 yards in total length, with goals 100 yards apart and 10 yards of space behind each goal line. Additional space outside the playing area is required. See Rule 1-1.

### Line Size and Color

SECTION 4. All lines are 5cm-10.1cm (2"-4") wide, except the goal line, which shall be 5cm (2") wide. It is recommended that all lines be painted white or a single contrasting color.

### Restraining Line

SECTION 5. The restraining line, a solid line 27m (30 yds.) upfield from each goal line, shall extend across the width of the field. It must be clearly distinguishable as the restraining line, for example, the only line on the field, or marked in a different color, or marked with X's. Cones shall not be used for this purpose.

9

## Center Circle

SECTION 6. There is a circle, with a radius of 9m (30'), in the center of the field and through the center of this a line 3m (9'11") in length, parallel to the goal lines.

## Arc and Fan

SECTION 7. An arc and fan shall be marked 8m (26'4") and 12m (39'4"), respectively, from the goal circles. The arc and fan shall be measured from the center of the goal line 10.6m (34'10") for the 8-meter mark and 14.6m (47'9") for the 12-meter mark. The 8-meter arc shall end on a line on each side that runs from a point on each side of the goal circle, where, if the goal line were continued, would cross the goal line. This line will be at a 45-degree angle to the goal line extended. The 12-meter fan will end at the goal line extended.

SECTION 8. The 8-meter arc will be sectioned off by hash marks 30.5cm (1') in length, perpendicular and bisecting the arc. These will be measured 4, 8 and 12 meters, respectively, from either side of the center hash mark, which shall be measured from the center of and perpendicular to the center of the goal line (10.6m/34'10"). Two additional 30.5cm (1') marks will be made 8 meters from the goal circle, perpendicular to the goal line extended.

## Below Goal Markings

SECTION 9. Two small circles 5-6 inches in diameter must be added to the field behind each goal The circles should mirror each other, 5 yards from the hash marks on the goal line extended. They shall be marked in the direction towards the end line and measured in a line perpendicular to the goal line extended. They may be marked in a temporary substance (i.e., spray paint, chalk, etc.). The circles are hereinafter referred to as the "dot".

## Substitution Area

SECTION 10. The substitution area shall be in front of the scorer's table and centered at the midfield line. The area will be sectioned off by two hash marks, 2m-4m in length. The hash marks will be placed perpendicular to and touching the sideline with each one placed 4.5m (5 yds.) from the center line of the field.

## Penalty Area

SECTION 11. The penalty area shall be directly in front of the scorer's/timer's table at the rear of the substitution area. A player serving a penalty must sit or kneel in this area.

## Team Bench Area

SECTION 12. The team bench area is defined as the area from the end of the substitution area to the team's restraining line, and behind the level of the scorer's table extended. Nonplaying team personnel must remain in their team bench area. Violation of this rule will be assessed as a misconduct foul.

## Scorer's/Timer's Table

SECTION 13. A scorer's/timer's table will be set up at midfield, at least 4m (4.4 yds.) from the designated playing boundaries on the teams' bench side. An accurate visible score must be continuously displayed. A visible game clock and 90-second possession clock are required. A visible possession arrow is optional, but not required.

## Coaching Area

SECTION 14. Coaches must remain within their own coaching area, that is, the area on the bench/table side of the field extending from their side of the

substitution area to their end line, and up to the sideline. Violation of this rule is misconduct.

**A.R. 1-1.** An assistant coach is on the opposite side of the field from the scorer's table coaching his/her team. **RULING:** ILLEGAL. A coach may move along the bench/table side boundary line from the substitution area to his/her end line only. Violation is considered misconduct.

## Spectator Areas

SECTION 15. Spectators must be kept back at least 4m (4.4 yds.) from the sidelines. Spectators are not allowed immediately behind the team bench or table area, except in permanent stadium seating. No spectators are allowed behind the end lines, except in permanent stadium seating positioned behind protective netting or fencing.

## Directions for 8-Meter Arc/12-Meter Fan

### 8-METER ARC (See Diagram 1)

1. The goal circle is made first. The goal circle is a circle, radius 8½' (2.6m) measured from the center of the goal line (D) to the outer edge of the goal circle line. The goal circle line shall be 2"-4" (5cm-10.1cm) wide.
2. The goal line should be 2" to align with the goalposts of the goal cage.
3. Run string from point (A) on the back of the goal circle that is perpendicular to the goal line at its center to the points on goal circle (B), so if the goal line were extended it would intersect the circle. Extend and mark these lines (45-degree angle) from the goal circle (B) 28'-3" (8.58m) to point C.
4. To mark the curve of the arc, measure from the center of the goal line (D) 34'-10" (10.6m) to G connecting the sidelines. The arc will now be 8 meters from the circle.
5. The center hash mark 1' (30.5cm) on the 8-meter arc shall be measured from the center of and perpendicular to the goal line (34'-10"/10.6m). The other hash marks will be measured 4, 8 and 12 meters respectively from either side of the center hash mark. Two additional hash marks will be made 8 meters from the goal circle, perpendicular to the goal line extended.

### 12-METER FAN (See Diagram 1)

Inscribe a semicircle (E) from the center of the goal line (D) 14.6m (47' 9"). The flat side of the semicircle should be marked from the points on the goal circle (B) to the semicircle.



**DIAGRAM 1**
**8m Arc/12m Fan**



**DIAGRAM 2**
**Field Setup and Measurements**
**(Not Drawn to Scale)**

# The Goals

## The Goals

SECTION 15. Each goal consists of two posts or pipes perpendicular to the ground, constructed of metal, 1.83m (6') high and 1.83m (6') apart, joined at the top by a crossbar 1.83m (6') from the ground (inside measurements). The goal posts (pipes) must not extend upward beyond the crossbar nor the crossbar sideways beyond the goal posts. The posts and crossbar must be a solid white, orange or silver color and be 4 to 5cm (1.5 to 2") in diameter. A line called the goal line must be drawn between the two posts, continuous with them and of the same width. The netting, not more than 4cm (1.5") mesh, must be attached to the posts and crossbar and to a point on the ground 2.1m (7') behind the center of the goal line; it must be firmly pegged down. Whenever possible, the net should be strung so as to prevent the rebounding of the ball. Any additional goal supports that are exposed must be padded the entire length with material that limits the rebound of the ball. Goal cages that have "flat" supports or angled ground pipes that prevent the ball from re-entering the playing area after hitting the ground pipe, do not have to be padded.

## Goal Circle

SECTION 16. The goal circle is a circle, with a radius of 2.6m (8'6") measured from the center of the goal line to the outer edge of the goal circle line. The goal circle line shall be 5cm-10.1cm (2"-4") wide.



**DIAGRAM 3 - The Goal**

# RULE 2

# Equipment and Uniforms

## Equipment

**Field Crosse**

SECTION 1. The field crosse must be made of the following basic materials: composite, metal alloy (handle only), rubber, wood, gut, leather, fiberglass, nylon, plastic or any other synthetic material. (Recessed screws must be used to affix the head to the handle.)

The head of the stick shall be triangular in concept and shall be affixed to the handle in such a way that it shall basically be in the same plane as the handle.

The pocket of the stick shall be strung with four or five longitudinal leather and/or synthetic thongs, eight to 12 stitches of cross-lacing and not more than two "shooting/throw" strings (hereinafter referred to as "shooting string"). Mesh pockets are not allowed.

The crosse shall not have sharp or protruding parts or edges, and shall not be dangerous to players in any way.

The crosse's overall length shall be a minimum of 35-1/2" and a maximum of 43-1/4".

SECTION 2. A crosse meets specifications if:

a. It complies with the criteria in this rule and it meets the Manufacturer's Specifications as approved by US Lacrosse and listed in Appendix E.

b. The top of the ball remains visible/seen above the top of the wooden or plastic sidewall after the ball has been dropped into the pocket of a horizontally held crosse and reasonable force with one hand has been applied to the ball one time and released.

c. The ball moves freely within all parts of the head of the stick, both laterally and along its full length.

**A.R. 2-1.** A player has woven the thongs of the crosse back up through the head of her crosse. **RULING:** ILLEGAL. A crosse may have only four or five thongs. Weaving the existing thongs through the head essentially adds extra thongs. Umpires should watch for this during pregame stick check.

**A.R. 2-2.** During the pregame stick check, it is discovered that a field player is using flat shoelaces as her shooting strings. **RULING:** ILLEGAL. The player may not use this crosse until the shoelaces have been removed and the player will be issued a non-releasable yellow card. If the shoelaces are discovered on a crosse in play, it will be removed from the game and the player will be issued a non-releasable yellow card.

**Goalkeeper Crosse**

SECTION 3. The goalkeeper crosse must be made of the following basic materials: composite, metal alloy (handle only), rubber, wood, gut, leather, fiberglass, nylon, plastic or any other synthetic material. (Recessed screws must be used to affix the head to the handle.)

15

The head of the stick shall be triangular in concept and shall be affixed to the handle in such a way that it shall basically be in the same plane as the handle.

The pocket of the stick shall be strung with six or seven longitudinal leather and/or synthetic thongs and crosse lacing, or be mesh.

The crosse shall not have sharp or protruding parts or edges, and shall not be dangerous, to players in any way.

The crosse's overall length shall be a minimum of 35-1/2" and a maximum of 52".

SECTION 4. A crosse meets specifications if:

a. It complies with the criteria in this rule and it meets the Manufacturer's Specifications as approved by US Lacrosse and listed in Appendix E.

b. The ball moves freely within all parts of the head of the crosse, both laterally and along its full length.

**A.R. 2-3.** The blue goalkeeper is using three shoelaces as her shooting strings, with two across the top of the stick and one forming a "V" down the middle. **RULING:** LEGAL. The goalkeeper crosse may have more than two shooting strings and may use shoelaces as those strings. With the mesh pocket, the goalkeeper crosse may contain some stringing other than at the top of the crosse.

**A.R. 2-4.** The goalkeeper who is outside the goal circle switches crosses with a field player. **RULING:** ILLEGAL. The field player is penalized for having a crosse that does not meet specifications. The field player will be called for a minor foul.

## The Ball

SECTION 5. The ball shall be yellow or bright orange (similar to Pantone #811) and made of solid rubber. The ball must meet the current NOCSAE lacrosse ball standard. All balls must specify that the ball meets the NOCSAE standard. The home team will supply the game balls.

The teams must agree on which color (yellow or bright orange) ball to use prior to game time. If no agreement can be reached, the default will be a yellow ball. For all NCAA tournament games, the yellow ball will be used.

## Goalkeeper Equipment

SECTION 6. The goalkeeper must wear a helmet with face mask, a separate throat protector, padded gloves, a mouthpiece and a chest protector. The protective helmet, designed for lacrosse, must meet the NOCSAE test standard and must have a chin strap securely attached.

SECTION 7. It is recommended that the goalkeeper wear padding on arms, legs and shoulders. This padding must not excessively increase the size of these body parts. Body padding must not exceed the thickness of legal goalkeeping gloves – 2.54cm (1") padding. Gloves must not contain any webbing and must not excessively increase the size of the hands as they are presented to the ball.

**A.R. 2-5.** A goalkeeper wears football shoulder pads. **RULING:** LEGAL, if they do not exceed the maximum legal thickness of 1".

**A.R. 2-6.** A goalkeeper wears a throat protector that is attached to her helmet using screws. **RULING:** LEGAL. This is one type of "separate" throat protector.

## Mouthpiece

SECTION 8. All players must properly wear a professionally manufactured intra-oral mouthpiece that fully covers the upper jaw teeth. The mouthpiece

must not be altered to decrease protection, and there may be no protruding tabs for field players. It is recommended that the mouthpiece be properly fitted, for example, constructed from a model made from an impression of the individual's teeth, constructed and fitted for the individual by impressing the teeth into the mouthpiece, or provided by a dental professional.

**A.R. 2-7.** At the center draw, the umpire notices one of the players without her mouthpiece. The player then reaches into her sock, gets her mouthpiece and puts it in. **RULING:** ILLEGAL. Minor foul for not wearing her mouthpiece properly. Appropriate delay of game card is issued. Because the player was able to correct the problem immediately, she does not have to leave the game unless she is to receive a green/red card. The opposing center is awarded the ball at the spot where the draw was to take place, and the offending player moves 4m away.

## Eye Protection

SECTION 9. All field players must properly wear eye protection. For the 2016 season, eye protection must meet either the current ASTM Specification Standard for eye protectors for selected sports or the ASTM Specification Standard for eye protectors for women's lacrosse, must be tested by an accredited testing facility, and must be listed on the US Lacrosse website. Beginning with the 2017 season, eye protection must meet the most current ASTM Specification Standard for eye protectors for women's lacrosse.

## Other Personal Equipment

SECTION 10. Close-fitting gloves, nose guards and soft headgear may be worn by all players. Further protective devices necessitated on genuine medical grounds may be used by players, providing that the umpires agree that they do not endanger other players. All protective devices used should be close-fitting, padded where necessary, and not be of excessive weight.

Players may only wear securely taped medic-alert jewelry with information visible and close-fitting cloth sweatbands. Any other adornment will be considered jewelry and may not be worn. Barrettes are legal as long as they do not endanger other players.

No equipment, including protective devices, may be used unless it complies with the rules or manufacturers' specification and is deemed not dangerous to other players by the officials.

*Note: Hard and unyielding items (guards, casts, braces, splints, etc.) on the hand, wrist, forearm, elbow, upper arm or shoulder are prohibited unless padded with a closed-cell, slow-recovery foam padding no less than ½" thick. Knee and ankle braces that are unaltered from the manufacturer's original design/production do not require any additional padding.*

**A.R. 2-8.** A field player asks to wear a hard helmet to protect an injury. **RULING:** ILLEGAL. A player cannot wear a hard helmet that would be dangerous to other players. She could wear a soft helmet made of foam-type material. Soft headgear is defined as any head covering without hard or unyielding parts that have the potential to injure another player. Soft headgear must allow for the integration of required legal eye protection and is to be worn as directed.

**A.R. 2-9.** A player is wearing a soft cloth bracelet. **RULING:** ILLEGAL, minor foul. This is considered jewelry.

**A.R. 2-10.** A field player is wearing a hard-brimmed baseball cap. **RULING:** ILLEGAL. A player may not wear/use any type of equipment

that is dangerous to other players. Players may wear soft-brimmed visors or caps.

# Uniforms

## Footwear/Cleats
SECTION 11. Players must wear composition or rubber soled shoes. No spikes are allowed. Plastic, leather or rubber cleats/studs may be worn. Shoes and socks are not required to be identical for team members.

## Uniform Shirts and Kilts/Shorts
SECTION 12. All team members shall be dressed uniformly with the exception of the goalkeeper, whose colors must be of the same corresponding colors as her teammates. Her top (shirt) must be of the same color as her team; the bottom must be predominantly a solid official school color, white, black or gray. The goalkeeper's shirt must be worn over any chest and shoulder protective equipment.

SECTION 13. All players must wear numbers, differing from others on the team, on the front and back of the uniform shirt. Numbers on the back must be a minimum of 8 inches tall; numbers on the front must be a minimum of 6 inches tall and must be centered at chest level. If a number appears elsewhere on a player's uniform (such as on the kilt, shorts, pants or on the sleeves of the shirt), it must match the number on the player's shirt. Numbers must be in a color clearly contrasting to that of the top (i.e., dark shirts must have light numbers and light shirts must have dark numbers), or be clearly outlined in a contrasting color if the top and the number are a similar color. Non-solid-colored shirts must have the numbers superimposed on a solid color block background or outlined with a contrasting color. A player's uniform number must be the same as that recorded in the scorebook. A player not listed on the roster and/or in the scorebook by name and correct uniform number is an illegal substitute.

> **A.R. 2-11.** A team chooses to memorialize a former player by wearing her number on the uniform shirt sleeve. **RULING:** ILLEGAL. No number other than that of the player may be worn on the player's uniform. (It is suggested that the memorialized player's initials be used, or that a ribbon or cloth sweatband be worn in her memory.)

> **A.R. 2-12.** A red player number 00 plays goalkeeper the first half of the game. The second half, she plays in the field as number 32. **RULING:** LEGAL, if both numbers were recorded on the roster that is placed at the scorer's table before the start of the game; but it must be noted on the official score sheet. All warnings and cards must be carried with her name and recorded on the score sheet.

> **A.R. 2-13.** Before the game begins, the officials discover that a team has illegal uniforms that cannot be corrected prior to the beginning of the game. **RULING:** A minor foul is called and the game will begin with a free position for the opponent at the center line. If both teams are illegally dressed the game will begin with the awarding of alternate possession at the center. Player positioning for the draw will apply.

SECTION 14. The coaches/schools shall agree upon contrasting colors before the day of the game. If both teams have uniform shirts of the same or similar color, the home team shall be obligated to change or wear numbered pinnies of a contrasting color.

## Visible Undergarments

SECTION 15. All visible undergarments worn under the kilts/shorts must be of one solid color, and must be white, gray, black or one of that team's uniform colors. All team members choosing to wear visible undergarments must wear the same color. This does not apply to medical sleeves.

SECTION 16. All visible undergarments worn under the shirts must be of one solid color, and must be white, gray, black or one of that team's uniform colors. All team members who choose to wear visible undergarments must wear the same color. This does not apply to medical sleeves.