

# MEN'S LACROSSE

## 2017 AND 2018 RULES



Sportsmanship is a core value of the NCAA.
The NCAA Committee on Sportsmanship
and Ethical Conduct has identified *respect*
and *integrity* as two critical elements
of sportsmanship and launched an awareness
and action campaign at the
NCAA Convention
in January 2009.
Athletics administrators may download materials
and view best practices ideas
at the website below:

www.NCAA.org/about/what-we-do/fairness-and-integrity/sportsmanship





# 2017 and 2018 NCAA MEN'S LACROSSE RULES AND INTERPRETATIONS

**NATIONAL COLLEGIATE ATHLETIC ASSOCIATION**



[ISSN 0736-7775]
THE NATIONAL COLLEGIATE ATHLETIC ASSOCIATION
P.O. BOX 6222
INDIANAPOLIS, INDIANA 46206-6222
317/917-6222
WWW.NCAA.ORG

OCTOBER 2016

**Manuscript Prepared By:** William Scroggs, *Secretary-Rules Editor, NCAA Men's Lacrosse Rules Committee.*

**Edited By:** Ty Halpin, *Associate Director of Playing Rules and Officiating.*

NCAA, NCAA logo and NATIONAL COLLEGIATE ATHLETIC ASSOCIATION are registered marks of the Association and use in any manner is prohibited unless prior approval is obtained from the Association.

COPYRIGHT, 1974, BY THE NATIONAL COLLEGIATE ATHLETIC ASSOCIATION
REPRINTED: 1975, 1976, 1977, 1978, 1979, 1980, 1981, 1982, 1983, 1984, 1985, 1986, 1987, 1988, 1989, 1990, 1991, 1992, 1993, 1994, 1995, 1996, 1997, 1998, 1999, 2000, 2001, 2002, 2003, 2004, 2005, 2006, 2007, 2008, 2010, 2012, 2014, 2016.
PRINTED IN THE UNITED STATES OF AMERICA

2

# Contents

*page*

NCAA Men's Lacrosse Rules Committee ........................................................4

Major Rules Changes for 2017 and 2018................................................6

Points of Emphasis.............................................................................7

Official NCAA Lacrosse Rules ...........................................................8

   RULE 1—The Game, Field and Equipment ...........................8

   RULE 2—Game Personnel...........................................................20

   RULE 3—Time Factors and Scoring...........................................25

   RULE 4—Play of the Game........................................................27

   RULE 5—Personal and Expulsion Fouls ...................................53

   RULE 6—Technical Fouls...........................................................61

   RULE 7—Penalty Enforcement.................................................73

Official Lacrosse Signals....................................................................86

Appendices.........................................................................................90

   Appendix I—Stick Check........................................................90

   Appendix II—Records Keeping...............................................93

   Appendix III—Lightning Guidelines......................................94

   Appendix IV—Ball and Crosse Specifications........................95

   Appendix V—Concussions......................................................97

   Appendix VI—Accommodations for Student-Athletes
     with Disabilities...............................................................99

Index to Rules..................................................................................100

3

# NCAA Men's Lacrosse Rules Committee

The chart below lists the members of the committee who voted on and approved the rules included in this edition of the book. This information is being included for historical purposes.

| Name | Institution | Term Expiration |
|------|-------------|-----------------|
| Josh MacArthur | Babson College | 8-31-16 |
| Dino Mattessich | Hofstra University | 8-31-19 |
| Doug Misarti | Kenyon College | 8-31-17 |
| Robert Scalise, chair | Harvard University | 8-31-17 |
| Willie Scroggs* | Secretary-Rules Editor | 8-31-18** |
| Bob Shillinglaw | University of Delaware | 8-31-16 |
| Vincent Smith | Colorado Mesa University | 8-31-19 |
| John Svec | Siena College | 8-31-18 |
| Marty Watters | University of the South | 8-31-18 |

*Non-voting member
**Eligible for reappointment

For a complete and current listing of the NCAA Men's Lacrosse Rules Committee, please go to: www.ncaa.org/playingrules.

The committee invites NCAA head coaches or other interested parties to submit rules-change proposals for the committee to consider at its annual meeting in August. Proposals may be submitted online at http://www.ncaa.org/championships/playing-rules/playing-rules-proposal-form. All rules-change proposals are at the discretion of the committee.

Those seeking interpretations of rules may contact:
Willie Scroggs
Secretary-Rules Editor
williescroggs@unc.edu
919-475-2698

The online Case Book, as well as interpretations and other rules information, are available at www.ncaa.org/playingrules.

4

# The Rules

NCAA Men's Lacrosse Rules and Interpretations have been designated as either administrative rules or conduct rules. Typically, administrative rules are those dealing with preparation for the game. The conduct rules are those that deal directly with the game itself. Some administrative rules (as indicated) may be altered by the mutual consent of the competing institutions. Others (as indicated) are unalterable. No conduct rule may be changed by mutual consent. All NCAA member institutions are required to conduct their intercollegiate games according to these rules.

# Major Rules Changes for 2017 and 2018

*Each change or altered segment is identified in the rules by a screened background. The figures below refer to rule and section, respectively. In all Approved Rulings (A.R.), Team A is the offensive team and the home team and Team B is the defensive and visiting team.*

## Major Rules Changes

| Rule | Description | Page |
|------|-------------|------|
| 1-18 | Clarification that pocket must be completely attached to the sidewalls | 14 |
| 1-19 | Adjustable length handles permitted | 15 |
| 2-4 | Technology permitted on sideline for coaching purposes | 21 |
| 2-7 | Officials shall be on field 30 minutes before game to meet with coaches and captains | 21 |
| 2-7 | Officials permitted to use communication devices for in-game officiating | 22 |
| 2-8 | Officials' jurisdiction ends when officials leave facility | 22 |
| 2-12.f | Mechanic added if shot clock fails to start | 24 |
| 4-3.b.15 | Paint or tape allowed for faceoff player's stick | 29 |
| 4-6.g | Exception added to clear when a live-ball timeout is called | 33 |
| 4-11.f | Goal may not be scored by a team that fouled to cause a slow whistle or play on | 38 |
| 4-15.g | Clearing count satisfied if a live-ball timeout is called | 41 |
| 4-16.b | Over-and-back provisions added | 41 |
| 5-13 | Officiating assigning authority is responsible for alerting institution/conference when expulsion fouls occur. | 59 |
| 6-11-b | End of period negates a shot clock | 70 |
| 7-2.g | Principles added when multiple fouls are in effect | 74 |
| 7-9 | Goal may not be scored by a team that fouled to cause a slow whistle or play on | 82 |

6

# Points of Emphasis

### Stalling Warning/Shot Clock

The committee will continue to strive for consistency when implementing the shot clock procedure. Game officials have improved in this area and the committee will continue to focus on the key elements of stalling. Officials' judgment will always be part of the implementation of this rule – but the goal is for national consistency where possible.

The key principle in applying the stalling rules deals with whether or not the team in possession is actively attempting to score a goal.

*Indicators that a team is NOT stalling include:*

- Putting the ball at risk to find a scoring opportunity (e.g., pass in front of the goal);
- Continuing to run offense (e.g., screening, cutting, etc.);
- Attempting legitimate shots that miss the cage.

### Use of the Head

Players (offensive or defensive) who initiate contact with the head as a tactic is an area of concern of the committee. Depending on the nature and severity of the contact, such action may be considered a time-serving penalty or violation.

### Faceoffs

The new procedure is intended to fairly conduct each faceoff and reduce illegal tactics such as pinning either crosse. The committee believes the faceoff is an important and unique part of the game.

An important point for officials and players to remember: When the two faceoff players are engaged, they must make an attempt to play the ball. (Rule 4-3.b.15)

# RULE 1

# The Game, Field and Equipment

## The Game

SECTION 1. Lacrosse is played by two teams of 10 players each. The purpose of each team is to score by causing the ball to enter the goal of its opponent and to prevent the other team from securing the ball and scoring. The ball is kept in play by being carried, thrown or batted with the crosse, or rolled or kicked in any direction, subject to the restrictions described in the following rules.

**A.R. 1.** A team that starts a game with fewer than 10 players, including those in the penalty area, shall forfeit the game by a score of 1-0. When a team does not appear for a game, that result shall be registered as a "no contest" rather than a forfeit.

## The Field

### Playing Field

SECTION 2. The playing field shall be rectangular, 110 yards long and 60 yards wide. The boundaries of the field shall be marked with white or contrasting-colored lines. The long sides of the field shall be designated sidelines; the short sides shall be designated end lines. A bold white or contrasting-colored line shall be marked through the center of the field perpendicular to the sidelines. This line shall be known as the center line and shall continue through any logos or other markings. All lines shall be not less than 2 inches wide nor more than 4 inches wide. The goal line shall be 2 inches wide. The center line shall be 4 inches wide.

Out of bounds lines shall be measured from the inside edge of the line; field lines (e.g., midfield line, etc.) shall be measured from the center of the line.

**A.R. 2.** All markings on the field shall conform to the "Men's Lacrosse Field of Play" diagram in this book. Adherence to dimensions on the field diagram is mandatory unless participating institutions mutually agree to different dimensions in writing, for those rules that are alterable.

8



**Men's lacrosse field of play**

**A.R. 3.** Officials arrive at the game site and notice that field markings in Rule 1-2 do not conform to the "Lacrosse Field of Play" diagram or are of incorrect dimensions. **RULING:** Officials notify Team A head coach. **1.** No penalty will be assessed if corrections are made before designated game time; **2.** Technical foul (visiting team awarded ball) will be assessed if corrections delay the start of the game; 3. Three-minute full-time penalty (no faceoff) if Team A coach is unable or refuses to make corrections. Officials should notify their district assigner.

**A.R. 4.** After the scoring of a goal, Team A or B coach brings to the attention of the officials that the crease, goal dimensions, etc., are in violation of the rules. Can the goal be disallowed in accordance with Rules 1-2 through 1-15? **RULING:** No. It is assumed that, once the game has started, all physical playing conditions have been accepted by both teams and the officials, and the game shall be played with these conditions, except for minor corrections such as a hole in net, etc.

## Goals and Goal Lines

SECTION 3. A lacrosse goal shall form an opening or goal mouth that is 6 feet wide and 6 feet high (inside measurements). Goals shall be constructed of 1-1/2 inch (outside diameter 1.90 inches) metal pipe and shall be painted orange. All goals shall consist of two vertical posts joined by a rigid top crossbar. These posts shall be 6 feet apart, and the top crossbar shall be 6 feet from the ground.

Lacrosse goals should be constructed in a manner such that when a ball enters the goal mouth and is a goal, it shall not re-enter the field of play. If in-ground goals are used, the vertical posts shall be 7-1/2 feet in overall length and shall be inserted into 1-1/2-foot-by-2-inch vertical sleeves that are inserted into the ground, exposing 6 feet of vertical post above the ground. The sleeves shall be capped at the bottom, and the top of the sleeves shall be at ground level.



On fields where an in-ground goal is not used or on artificial-surface fields, the following goals are legal:

a. **Flat-iron goal (recommended for use on artificial-surface fields)**—Each vertical post shall be 6 feet long and shall be attached to a piece of flat iron at the bottom. The two flat irons, each attached to a vertical post, shall meet at a point 7 feet back from the center of the goal. The maximum thickness of the flat iron shall be 1/2 inch, with no part of the flat iron extending into

the goal line. If a flat-iron goal is used on a grass field, it may be attached to the ground with ground anchors.

b. **Obtuse-angle goal and 90-degree angle goal**—Each vertical post shall be 6 feet long and shall be attached to a ground pipe at the bottom. The ground pipe must form an obtuse angle or a 90-degree angle with the goal line immediately behind the vertical post and then bend to extend to a point 7 feet back from the center of the goal.

A two-inch line shall be drawn between the goal posts to indicate the plane of the goal, and it shall be designated as the goal line. The net shall be considered part of the goal. The goals shall be centered between the sidelines and placed 15 yards from each end line.

*Note: The home team is responsible for having legal goals. See Rule 1-2, A.R. 3 for penalty procedures.*

## Goal Creases

SECTION 4. Around each goal shall be a plainly marked circle known as the goal crease. The area within the crease line shall not be painted. This circle shall be marked by using the midpoint of the goal line as the center and drawing a circle with a radius of 9 feet around that point to the outside edge of the line. The goal-crease area is the circular surface about each goal within and including the goal-crease line itself.

## Goal Nets

SECTION 5. Each goal shall be fitted with a pyramid-shaped cord netting that shall extend and be fastened on the ground at a point 7 feet back of the center of the goal. The net shall be considered part of the goal. The mesh of the net shall not exceed 1-1/2 inches, and the net shall be fastened to the goal posts, crossbar and the ground to prevent the passage of the ball. Nets shall be adjusted so the ball may pass completely through the imaginary plane of the goal at any location inside the border of the goal posts. It is recommended that the net be attached to the ground with ground anchors every 12 inches or by a 1-inch-by-7-foot flat iron secured firmly to the ground. Goal nets may be of any solid color.

## Defensive and Attack Areas

SECTION 6. In both halves of the field, a line 40 yards long shall be marked, centered on goal and parallel to and 20 yards from the goal line. Lines shall be drawn at right angles to the terminal points of these lines to connect them with the end lines. The areas within these lines at each end of the field shall be designated as the defensive area and the attack area, respectively.

*Note: The lines running parallel to the sideline must be solid, and they may or may not be a contrasting color.*

## Defensive-Area Lines (or Restraining Lines)

SECTION 7. Lines parallel to the end line shall be marked on each side of the field 20 yards from the goal line and shall extend from sideline to sideline. The defensive-area line shall coincide with the 40-yard portion of the attack-area line.

## Wing Areas

SECTION 8. Lines parallel to the sidelines shall be marked on each side of the field 20 yards from the center of the field and extending 10 yards on each side of the center line. The areas between these line segments and the sidelines and confined within the extremities of those line segments shall be designated as wing areas.

## Center of the Field

SECTION 9. A point on the center line, equidistant from each side, shall be marked with a 4-inch-by-4-inch square that is a contrasting color and shall be designated as the center.

## Table Area, Team Benches

SECTION 10. Where physically possible, the scorer's table should be placed at least 6 yards from the sideline at the center line. It is recommended that this table be elevated. The substitution area shall be 20 yards wide. Two lines shall be drawn on either side of the center line 10 yards from the center line and extending past the scorer's table.

Benches for the competing teams shall be placed in the team area at least 5 yards from the substitution area and, where physically possible, at least 10 yards from the sideline, parallel to the sideline.

Only players serving penalty time, players ready to substitute on the fly and official scorers and timers are allowed in the substitution area.

**A.R. 5.** Any violation of the rules within the bench, coaches or substitution area can be called only by the officials on the playing field.

## Coaches Areas

SECTION 11. The coaches areas shall be located on either side of the substitution area. Each coaches area shall extend from the substitution area 20 yards parallel to the sideline. It shall be bounded by the sideline, the table area, a dotted line 6 yards from and parallel to the sideline, and a dotted line extending from the sideline, parallel to and 20 yards from the substitution area line.

## Team Areas

SECTION 12. The team areas shall be on either side of the substitution area. Each team area shall extend from the table area 20 yards parallel to the sideline. Each team area shall be bounded on the field side by the coaches area.

## Penalty Area

SECTION 13. The penalty area shall be located within the substitution area immediately in front of the scorer's table.

## Limit Lines, Spectator and Media Restrictions

SECTION 14. a. Limit lines should be marked with lines 1 foot long, at 2-foot intervals, outside the sidelines and extended 5 yards past the end line, except in playing areas where total field surface does not permit. Lines should be at least 10 yards from the sideline on the bench side of the field and at least 6

yards from the sideline across the field from the bench. Contrasting colors are recommended.

b. Spectators and media (including photographers) are not allowed behind the end lines, except in stadium structures where permanent seats exist.

c. Spectators and media (including photographers) are not allowed immediately behind the team area, or within or immediately behind the table area.

d. Spectators and media (including photographers) are not allowed within the limit lines at any time during a contest.

**A.R. 6.** Artificial-surface fields may substitute markings that already exist on the field as limit lines. In all cases, these lines must be 6 yards from the sidelines when total field surface permits.

**A.R. 7.** Other markings may be substituted for the limit lines and must be mutually agreed upon in writing before the day of the game.

**A.R. 8.** Officials warn the Team A head coach (home team) that spectators must be behind the limit lines and/or moved from behind the end lines. Can Team A be penalized? **RULING:** Yes. Rule 6-6-f, delay of game. Were the situation to continue, Team A shall be penalized according to Rule 5-4-e.

**A.R. 9.** Cannons or any other explosive devices are prohibited on or within hearing distance of the field of play.

## Cones and Pylons

SECTION 15. Soft, flexible cones or pylons of red or orange color shall be placed at the outside edge of each of the four corners of the field and the outside edge of the intersection of the center line and sideline opposite the table area. For safety reasons, only cones or pylons should be placed at the intersections of the substitution area line and sideline, directly in front of the substitution area.

# Equipment

## The Ball

SECTION 16. The ball shall be white, yellow, orange, lime green or pink smooth or slightly textured solid rubber. The ball must meet the current NOCSAE lacrosse ball standard. See Appendix IV for additional dimensions.

Balls shall be supplied by the home team. The ball in use at the end of the game shall become the property of the winning team. The home team must supply an adequate number of balls. A minimum of six balls and a maximum of 10 balls shall be available at each end line and sideline. The number of balls in each area must be equal in each area. On the bench side, balls shall be placed at the scorer's table and outside each bench area. These balls shall be replenished by the home team and game management staff.

**A.R. 10.** Team A supplies orange, lime green or yellow balls that meet specifications. Team B's coach requests that a white ball be used. **RULING:** A white ball shall be used, unless both coaches agree to use a different-colored ball.

**A.R. 11.** At any time during the game, both coaches agree to change to a different-colored ball. **RULING:** Legal.

**A.R. 12.** Team A supplies a white, slightly textured ball that meets rules specifications. Team B's coach requests that a completely smooth ball be used. **RULING:** A completely smooth ball shall be used.

**A.R. 13.** A white ball is in use during the game. On a restart, A1 picks up an orange ball, and Team A scores with the orange ball. **RULING:** No goal. If an official becomes aware of the unauthorized color change during play, he should stop play and restart with a ball of the correct color. The ball shall be awarded to the team that had possession at the time of the referee's whistle to stop play.

## Crosse—Dimensions

SECTION 17. The crosse shall be an overall fixed length of either 40 to 42 inches (short crosse) or 52 to 72 inches (long crosse), except for the goalkeeper's crosse, which shall be 40 to 72 inches long.

The circumference of the crosse handle shall be not more than 3-1/2 inches and the handle must be relatively straight. The head of the crosse at its widest point shall measure between 6 and 10 inches, inside measurement, at the front of the side wall. There must be one crosse that is 10 to 12 inches, inside measurement at its widest point, at the front of the side wall. This crosse must be used by the designated goalkeeper. The side walls of the crosse shall not be more than 2 inches high.

There must be a goalkeeper on the field who is properly equipped with a chest protector, throat protector and a crosse that is 10 to 12 inches wide and 40 to 72 inches long.

A ball stop is not required, except on crosses with wooden heads. The length of the head must be a minimum of 10 inches from the outside edge of the head to the beginning of the throat of the crosse, regardless of whether a ball stop is used. The goalkeeper's crosse may have a maximum head length of 16-1/2 inches, measured in the same way. If a ball stop is used, only one may be used, and the dimensions shall be a maximum of 2 inches in length, 1-1/2 inches in width and 1/4 inch in thickness.

*Note: Goalkeeper's equipment (and any substitute) must meet requirements listed in Rule 6-6, A.R.s 19-21.*

**A.R. 14.** Any crosse with an inside measurement from 10 to 12 inches shall be considered a goalkeeper's crosse and shall be used only by the designated goalkeeper.

## Crosse—Construction

SECTION 18. The crosse shall be made of wood, laminated wood or synthetic material, with the head approximately perpendicular to the handle. The side wall shall be defined as the inside surface area (i.e., pocket side) of the wall. The side wall shall be not more than 2 inches wide.

Traditional wooden crosses are still legal if meeting all existing specifications, including stringing. The net/pocket of the crosse may be constructed of gut, rawhide, linden, or synthetic material and shall be roughly triangular in shape.

The longitudinal weaving must be attached to the frame of the throat below the stop. Both side walls may be made of synthetic material, wood or laminate. The pocket/net must be completely attached to the side walls, leaving no gaps large enough for a ball to pass through.

The net of the crosse shall be constructed of gut, rawhide, linen or synthetic material and shall be roughly triangular in shape. The longitudinal weaving must be attached to the frame of the stop below the stop, and the stop must be of separate construction.

*Note 1: Any crosse in which the net is woven to the head in such a manner that a lip or hook is formed that might ensnare the ball is illegal.*

*Note 2: All hollow crosse handles must have their open end adequately covered with a plastic or rubber manufactured end cap. Tape alone is not sufficient. The use of metal caps (e.g., bottle caps) is prohibited. Officials will instruct the player to correct the violation before continuing to play. If a player does not correct the issue, a 1 minute unsportsmanlike penalty shall be called.*

*Note 3: Sawing the head of the crosse near the throat to get the hand closer to the ball is illegal altering. A 3-minute non-releaseable penalty will result & the crosse shall be removed from the game.*

## Crosse—Prohibitions

SECTION 19. No player shall use a crosse that does not meet the specifications of Sections 17, 18 and 19. Furthermore, crosses in which the pocket has sagged to such a depth that it has become difficult for an opponent to dislodge the ball and crosses in which the construction or stringing at the bottom is designed to withhold the ball from play also are prohibited. Additionally, no player may use a crosse that has stringing that retards the normal and free dislodgment of the ball by an opponent. The pocket shall be deemed to have sagged too deeply if the top surface of a lacrosse ball, when placed therein, is below the bottom edge of the side wall (this prohibition does not apply to the goalkeeper's crosse). A crosse that has been altered in such a way as to give an advantage to an individual is illegal.

Any strings or leathers used to attach the pocket to the crosse are limited to a hanging length of 2 inches. The use of pull strings to alter the depth of the pocket is illegal. Any additional strings or laces (e.g., shooting strings) must be located within 4" of top of the crosse (this prohibition does not apply to the goalkeeper's crosse). No more than one sidewall string on each side is allowed.

*Note: Officials will instruct the player to cut the strings. If a player does not correct the issue, a 1 minute unsportsmanlike penalty shall be called.*

No crosse may have any tape affixed to the plastic. This does not include the crosse of a goalkeeper. Otherwise, players may tape the handles of their crosse in the same traditional manner (including "donuts") as they have in the past

For the rules dealing with faceoff sticks, see Rule 4-3.b.15.

Adjustable-length handles are permitted, but may not be adjusted during play. Handles that have been altered in any fashion other than taping or adding another covering designed to improve the grip are illegal. (See Rule 5-9.)

**A.R. 15.** A1 has strings on his crosse that have a hanging length greater than 2 inches. **RULING:** Officials shall instruct A1 to cut the strings to the proper length. If A1 does not, a one-minute, nonreleasable penalty shall be assessed for unsportsmanlike conduct.

The crosse shall be relatively straight from the butt end to the end of the head. A "relatively straight" crosse shall be defined as one that may be laid flat on a tabletop on the side opposite the netting so that a substantial portion of the crosse rests on the table, with the butt-end placed off of the table, such that there is a distance from the tabletop to bottom edge of the head that at no point exceeds 2-3/4 inches (see diagram).

See Appendix I for instructions on how a crosse should be tested for legality on the field (i.e., field test).



2.75"

FLAT SURFACE (TABLE TOP)

**A.R. 16.** May a player shave or sand the wall of his crosse to make it more flexible or thinner? **RULING:** No.

**A.R. 17.** The mesh weaving of a crosse may be of more than one color. Any attempt to mislead an opponent, such as painting a ball, etc., into the weaving is illegal. **RULING:** Unsportsmanlike conduct, three-minute nonreleasable penalty.

**A.R. 18.** The longitudinal weaving (net) must be attached firmly to the bottom edge of the throat construction and completely along the sidewalls, with no gaps large enough for a ball to pass through. This can be accomplished easily by running a piece of leather, gut, nylon, linen, etc., from one side wall tightly interwoven, through the longitudinal weaving (net) along the front of the bottom edge of the throat construction and securely fastened to the opposite side wall. No other interpretations are to be construed from Rules 1-18 and 1-19.

**A.R. 19.** May a player use an altered or cambered handle? **RULING:** No. Three-minute nonreleasable penalty. Crosse removed for the duration of the game.

## Helmet, Face Mask and Mouthpiece

SECTION 20. All players shall wear a protective helmet. Both the chin pad and the chin strap shall be firmly attached to the mask, as designed. If any snaps are hanging, proper officiating technique is to request that the player fix the snaps. Repeated offenses shall be penalized. All players on a team must wear helmets of the same dominant team color or colors.

All face masks must have a center bar from top to bottom. The manufacturer's warning label must be affixed to the helmet. A plastic face shield as part of the helmet may be worn, provided the face shield is completely clear. A tinted eye shield may be worn only for a documented medical condition.

All competing players shall wear intra-oral mouthpieces of a highly visible color during play. The mouthpieces must cover all upper-jaw teeth. A clear mouthpiece may be used if the head coach certifies that it must be clear for a medical reason.

*Note: A standard for helmets and face masks has been promulgated by the National Operating Committee on Standards for Athletic Equipment (NOCSAE). Players must use helmets that meet the standard. All players shall wear helmets that carry a warning label regarding risk of injury and a manufacturer's or reconditioner's certification indicating satisfaction of NOCSAE test standards. All such reconditioned helmets shall show recertification to confirm that they meet the NOCSAE standard.*

## Personal Equipment

**SECTION 21. a. Protective Equipment.** All players shall wear protective gloves, shoes and jerseys. All players except the designated goalkeeper shall wear shoulder pads and arm pads. The designated goalkeeper shall wear protective goalkeeper equipment (see Rule 1-23-c). The altering of equipment is prohibited. All players on a team must wear gloves of the same dominant official team color unless safety reasons require a different color glove to be worn. Specialized goalkeeper gloves may be of any color. The throat protector and chest protector are required pieces of equipment for the goalkeeper, but the goalkeeper is not required to wear shoulder pads or arm pads.

b. **Jerseys.** The jerseys shall have numbers that are at least 10 inches high and centered on the front. Jersey numbers of at least 12 inches in height also must be centered on the back.

The home team shall wear white or light-colored jerseys; however, this rule may be waived if both coaches agree to do so before the game. When jersey colors are not sufficiently contrasting, the home team shall change its jerseys. All uniform numbers must clearly contrast the color of the uniform. A white or light-colored uniform must have dark-colored numbers; a dark-colored uniform must have light-colored numbers.

c. **Shorts.** All players on the same team must wear uniform shorts of the same dominant official team color.

d. **Other clothing.** Under-jerseys, compression shorts or sweat pants may be worn, but if visible to others, must be of a solid color that is limited to white, gray or one of that team's official colors. If some players on a team choose to wear under-jerseys, all of the players who choose to wear under-jerseys for that team must wear the same color of under-jersey. Under-jerseys also must be tucked in if they extend below the game jersey. If some players on a team choose to wear compression shorts, all of those players on that team must wear the same color of compression shorts. Also, if some players on a team choose to wear sweat pants, those players on that team must wear the same color of sweat pants.

**A.R. 20.** A team's official colors are orange and black. All of its players who are wearing compression shorts are wearing orange compression shorts that extend below black game shorts. All of its players who are wearing under-jerseys that are visible are wearing black under-jerseys. Some of its players are

wearing gray sweat pants. **RULING:** Legal. Teammates' under-jerseys must match; teammates' compression shorts must match; and teammates' sweat pants must match.

**A.R. 21.** An official notices that A1, with possession of the ball, is wearing compression shorts, sweat pants, under-jersey, jersey, helmet or gloves that do not conform to the color provisions in this rules book. **RULING:** Technical foul, award possession to Team B. A1 must change illegal piece of clothing to correct color to continue participation. Officials should observe players before the start of the game to prevent this foul from being assessed.

e. **Cleats.** Shoe cleats shall be no longer than 1/2 inch.

## Coaches Certification

SECTION 22. The pregame equipment certification by the head coach shall act as the team warning. The head coach shall certify to the referee before the game that all players:

a. Have been informed what equipment is mandatory and what constitutes illegal equipment.

b. Have been provided the equipment mandated by rule.

c. Have been instructed to wear and how to wear mandatory equipment during the game.

d. Have been instructed to notify the coaching staff when equipment becomes illegal through play during the game.

e. Have had their crosses, uniforms and all other equipment inspected by the head coach for meeting specifications.

*Note: "a" through "e" can be covered by the referee asking the head coach the following: "Coach, are all of your players legally equipped by rule?"*

## Prohibited Equipment

SECTION 23. The following general prohibitions relating to equipment shall be adhered to:

a. No player shall wear or carry equipment that, in the opinion of the officials, endangers that individual or other players.

b. No player shall wear anything on the outside of his jersey or alter the jersey in any other way that might obstruct the view of his number.

c. The special equipment worn by the goalkeeper shall not exceed that of a field player, plus standard goalkeeper equipment, i.e., shinguards, chest protectors and throat protectors. Throat protectors must be specifically designed for lacrosse.

d. Duplicate numbers on jerseys shall not be permitted on the same team.

## New Equipment

SECTION 24. The NCAA Men's Lacrosse Rules Committee is responsible for formulating the official playing rules. The committee is not responsible for testing or approving playing equipment.