

**REPORT OF THE
NCAA COMMITTEE ON COMPETITIVE SAFEGUARDS AND
MEDICAL ASPECTS OF SPORTS
DECEMBER 13 – 15, 2015, MEETING**

*ACTION ITEMS.*

1. **Legislative items.**

   a. **Awards and Benefits – Housing and Meals - Nutritional Supplements.**

      (1) <u>Recommendation</u>. In Division I, recommend that the autonomy conferences sponsor and adopt legislation to add protein as a permissible class of nutritional supplements in NCAA Division I Bylaw 16.5.2-(g). In addition, to revise a Division I July 26, 2000 official interpretation to eliminate the restriction on percentage of protein in all nutritional supplement classes.

      (2) <u>Effective date</u>. Immediate.

      (3) <u>Rationale</u>. CSMAS proposes this change in the permissible nutritional supplements legislation. It will allow institutions to appropriately provide protein supplementation to their student-athletes to effectively address special nutritional needs. Student-athletes should be provided education to support good nutrition and advised that supplements are not intended to replace food. In addition, the committee emphasizes the importance of providing student-athletes with education about any potential risks of supplement consumption, as student-athletes who have tested positive for banned substance from supplement use have lost eligibility. Further, student-athletes should check with athletics staff prior to using any supplements. Student-athletes should be provided information to utilize the Drug Free Sport Resource Exchange Center for supplement product label review. The Resource Exchange Center is the only authoritative resource for NCAA banned drug advice. Finally, student-athletes should be advised that ultimately they are responsible for anything they ingest.

      (4) <u>Estimated budget impact</u>. None.

      (5) <u>Student-athlete impact</u>. As noted in the rationale, this amendment will provide institutions additional tools to address unique nutritional needs of student-athletes.

   b. **Noncontroversial Legislation - Awards and Benefits – Housing and Meals - Nutritional Supplements.**

      (1) <u>Recommendation</u>. In Division II, adopt noncontroversial legislation to amend

Committee on Competitive Safeguards
  and Medical Aspects of Sports
December 13-15, 2015
Page No. 2
_____

      Division II Bylaw 16.5.1-(e) to add protein as a permissible class of nutritional supplements. In addition, to revise a January 12, 2004 Division II interpretation to eliminate the restriction on percentage of protein in all nutritional supplement classes.

  (2) Effective date. Immediate.

  (3) Rationale. CSMAS proposes this change in the permissible nutritional supplements legislation. It will allow institutions to appropriately provide protein supplementation to their student-athletes to effectively address special nutritional needs. Student-athletes should be provided education to support good nutrition and advised that supplements are not intended to replace food. In addition, the committee emphasizes the importance of providing student-athletes with education about any potential risks of supplement consumption, as student-athletes who have tested positive for banned substance from supplement use have lost eligibility. Further, student-athletes should check with athletics staff prior to using any supplements. Student-athletes should be provided information to utilize the Drug Free Sport Resource Exchange Center for supplement product label review. The Resource Exchange Center is the only authoritative resource for NCAA banned drug advice. Finally, student-athletes should be advised that ultimately they are responsible for anything they ingest.

  (4) Estimated budget impact. None.

  (5) Student-athlete impact. As noted in the rationale, this amendment will provide institutions additional tools to address unique nutritional needs of student-athletes.

c. **Nurse Practitioners providing mandatory medical exams for tryouts for Division I basketball.**

  (1) Recommendation. Adopt noncontroversial legislation to amend Division I legislation, Bylaw 13.11.2.1 (on-campus evaluations – basketball) to allow nurse practitioners, in addition to physicians, to conduct required medical examinations in states that already allow nurse practitioners to practice independently of physician supervision. This amendment would apply for Division I basketball.

  (2) Effective date. Immediate.

  (3) Rationale. Following the adoption of DI Proposal No. 2015-13 that permits nurse practitioners to conduct the mandatory medical examinations for current student-athletes, independent of physician supervision in states where the nurse practitioner is so licensed, CSMAS proposes a non-controversial legislative

       change that extends this permission to similarly and consistently apply to mandatory medical examinations for Division I basketball tryouts.

  (4) <u>Estimated budget impact</u>. None.

  (5) <u>Student-athlete impact</u>. The change will give student-athletes a wider range of options in providers who conduct their mandatory medical examinations, making the process less restrictive.

**d. Noncontroversial Legislation – Recruiting – Tryouts – Permissible Activities - Nurse Practitioners providing mandatory medical exams for tryouts for Division II.**

  (1) <u>Recommendation</u>. Adopt noncontroversial legislation to amend Division II Bylaw 13.11.2-(c) to allow nurse practitioners, in addition to physicians, to conduct required medical examinations in states that already allow nurse practitioners to practice independently of physician supervision. This amendment would apply for all sports in Division II.

  (2) <u>Effective date</u>. Immediate.

  (3) <u>Rationale</u>. Following the adoption of DII Proposal No. NC-2016-39 that permits nurse practitioners to conduct the mandatory medical examinations for current student-athletes, independent of physician supervision in states where the nurse practitioner is so licensed, CSMAS proposes a non-controversial legislative change to similarly and consistently apply to mandatory medical examinations for tryouts of prospective student-athletes.

  (4) <u>Estimated budget impact</u>. None.

  (5) <u>Student-athlete impact</u>. The change will give prospective student-athletes a wider range of options in providers who conduct their mandatory medical examinations, making the process less restrictive.

**2. Nonlegislative items.**

  **a. Institutional Performance Program:**

    (1) <u>Recommendation</u>. The committee heard an update on the health and safety component of the Division I Institutional Performance Program and unanimously endorsed the following statement:

Committee on Competitive Safeguards
  and Medical Aspects of Sports
December 13-15, 2015
Page No. 4
_____

> The Committee on Competitive Safeguards and Medical Aspects of Sport expressed the strongest support for continued development and eventual implementation of a health and safety tool either as a part of the existing Institutional Performance Program, or as a stand-alone initiative with similar characteristics.
>
> (2) <u>Effective date</u>. Immediate.
>
> (3) <u>Rationale</u>. The committee believes this has the potential to be an invaluable and unprecedented tool that could allow real-time visualization of emerging standards of care for the administration of sports medicine programs, and is completely consistent with data collection and analysis trends in broader healthcare. It is also consistent with existing strategic priorities areas identified by the NCAA Sport Science Institute. The committee respectfully urges the Division I Strategic Vision and Planning Committee to support the initiative, including the implementation of mandated requirements for the reporting of relevant health and safety data. Lastly, the committee notes and appreciates the constructive and non-punitive approach to institutional improvement that is facilitated by this approach. Motion passes unanimously.
>
> (4) <u>Estimated budget impact</u>. None.
>
> (5) <u>Student-athlete impact</u>. Additional data will provide increased ability to effectively attend to student-athlete health and safety issues.

## *INFORMATIONAL ITEMS*.

1. **Sexual violence prevention meeting.** Two CSMAS committee members will join the Feb. 29 higher education meeting in Indianapolis, with the goal of identifying best practice tools for the NCAA membership to operate consistent with the guidelines found in the Addressing Sexual Assault and Interpersonal Violence publication.

2. **Legal update.** The committee received a general legal update from NCAA general counsel, Scott Bearby.

3. **Division I governance update.** The committee received a general update from Jenn Fraser, director of Division I governance, including discussion of the Division I Autonomy legislative proposal supporting the independent medical care model which identifies a requirement for each institution to appoint a director of medical services.

4. **Division II governance update.** The committee received an update from Maritza Jones, director of Division II and Amanda Conklin, associate director of NCAA Academic and

Case: 1:13-cv-09116 Document #: 450-27 Filed: 08/30/17 Page 5 of 9 PageID #:11061

Committee on Competitive Safeguards
   and Medical Aspects of Sports
December 13-15, 2015
Page No. 5
_____

Membership Affairs. Staff provided the division's 2015-16 priorities, the Foundation for the Future Initiative, legislation to be voted on at the 2016 Convention. Staff also discussed several unique championship events taking place in 2016, such as the joint Divisions I, II and III women's basketball championships and Division II's Spring Championships Festival.

5. **Division III governance update.** The committee received a general update from Louise McCleary director of Division III governance. Items of note included the Playing and Practice Seasons review and Division III Convention programming, addressing student-athlete mental well-being and sexual assault prevention.

6. **Playing Rules update**. The committee received an update from the Playing Rules Committee and determined the following:

   a. The committee took no position on the adoption of a new ASTM standard for women's lacrosse headgear.

   b. The committee took no position on the need for changes to the soccer overtime rule and indicated that the currently available data were not able to provide adequate guidance.

   c. The committee opposed a change to existing rules in women's volleyball regarding the use of padded protective devices for upper extremity injuries noting that that the committee was not aware of a legitimate health and safety concern arising from their use.

7. **Catastrophic reporting mandate implementation plan**. The committee considered an update from John Parsons on continued challenges to final implementation of the 2014 catastrophic reporting mandate, and approved a guidance plan to be used in completion of the mandated implementation strategies.

8. **Wrestling summit update.** The committee reviewed and approved the strategic agenda arising from the July 2015 wrestling summit. A full report with public release is forthcoming.

   As a result of the work of the 2015 NCAA Wrestling Summit, CSMAS supports the wrestling rules committee's consideration of the interpretation to Rule 6.1.5-Referee Timeout, Concussion Evaluation Timeout as a permanent form of that rule. This interpretation, which is being used for the 2015-16 NCAA season, separates concussion injury timeout from general injury and blood timeout. Concussion-related injury timeouts are unlimited, and sports medicine staff may remove an athlete from the mat for evaluation. Coaches are also prohibited from the mat during the evaluation unless requested by sports medicine staff; and the wrestler is not penalized for incurring the injury timeout if he returns to the match.

9. **Suspended or delayed sporting events.** The committee considered the health and safety implications of sporting events that are either delayed for significant time periods or are suspended for an extensive period of time. The committee approved the following statement:

   *The committee appreciates the complexity of the issue, but also acknowledges the relative infrequency of the described scenario as well as the myriad of variables that must be considered when constructing the solution for these scenarios.*

   *The committee notes that member institutions should proactively identify plans that can be consulted when these situations arise. The committee also notes the importance of a holistic approach to a solution that accounts not only for the time demands of the suspended event, but also for the subsequent impact on the total student-athlete time demands, including on matters such as sleep, school work, recovery, and proper nutrition.*

10. **The Practice of Ankle Spatting.** The committee was asked to review concerns concerning the medical practice of "spatting", which consists of applying athletic tape to the outside of the shoe for the purpose of providing mechanical support to an ankle. The stated concern is regarding when the athletic tape is applied, it covers the corporate logo of the shoe manufacturer. The committee approved the following statement:

    *While the scientific evidence in support of spatting is ambiguous, on this and all questions, the committee reiterates its support to the principles and ideals established in the Inter-association Consensus Statement on Independent Medical Care. Medical professionals should have the unchallengeable authority to determine the appropriate clinical intervention for the health and safety of their student-athletes.*

11. **Climatic Concerns.** The Sport Science Institute will provide draft best practice guidelines regarding concerns related to climate conditions, such as air pollution or high altitudes, and bring to the June 2016 meeting for review. Forrest Karr, Bob Casmus, Jim Crawley and Greg Frazer will hold a conference call to further discuss mandatory practice or events during inclement weather.

12. **Foundation for the Future.** CSMAS will submit a proposal for Division II's "Foundation for the Future" initiative. Jim Crawley, Bob Casmus, Forrest Karr and unnamed Division II SAAC representative (TBD) will draft a proposal for submission by the March 1 deadline. CSMAS agreed to join other Division II bodies in submitting a proposal for online coaching education.

13. **Operational review regarding legislation and Association-wide policy.** CSMAS charges the Sport Science Institute to continue to explore comprehensive options to enhance its operational efficiency and its ability to respond to health and safety issues in a more timely and flexible manner.

Committee on Competitive Safeguards
and Medical Aspects of Sports
December 13-15, 2015
Page No. 7
_____

14. **Concussion protocols.** CSMAS urges all members to have institutional concussion protocols that meet the inter-association guidelines and the related concussion checklist.

15. **Banned Drugs.** The committee reviewed the 2015-16 banned drug classes educational document and recommended an exploration of strategies that bring greater attention to the supplement warning: a stronger, more prominent message on this attachment to the Drug Testing Consent form. Staff will explore whether there is an opportunity to amend the Drug Testing Consent form itself so that the message appears just before the signature line.

16. **Nutritional Supplement Education**. The persistent use of supplements implicated in positive drug tests and the risk posed to student-athlete health demands a fundamental cultural change in order to effect student-athlete behavior change:

    a. Coaches. The committee identified coaches as a primary target for education, and identified the need for interventions that influence coaches/strength coaches to carry an appropriate message regarding supplement use and how their comments to student-athletes might undermine prevention efforts. This issue will be considered as the SSI engages in 2016-17 strategic planning for coaching education.

    b. Administrators. The committee recommended a new approach to reach administrators to have them support the message about the risk of supplement use, including message repetition throughout the year in various media: video, poster, social media. In addition, the committee noted the need to assure sports medicine and administrative audiences are provided effective tools to reinforce the message. This initiative will commence with the summer drug-education and testing resource mailing.

    c. Student-athletes. SAAC representatives recommended the development of short electronic training videos or quick commercials/hits with emphasized messages, and to consider requiring coaches' education on this issue as part of their certification exam. Messages should target end of summer/first two weeks of August/preseason for both student-athletes and coaches.

17. **Substance Use Survey.** The committee recommends an SSI staff review in advance of the administration of the 2017 Substance Use Survey instrument, to provide research staff recommended changes to marijuana use terms, non-prescription pain medications, dietary supplements, anabolic steroids, and with an eye on updating terminology for more accurate student-athlete reporting.

18. **Spit Tobacco Prevention**. The committee reviewed the Baseball Umpires public safety announcement, and survey of baseball officials and coaches, initiated to identify strategies for spit tobacco cessation. NCAA research staff will assist with analysis and strategy. Staff will follow up on a recommendation to target equipment staff that may make tobacco

purchases for coaches. It was also noted that new turf fields come with a warranty that prohibits use of sunflower seeds or gum, or the warranty is null and void, which could provide another environmental approach to reducing use.

19. **Future meetings.** The next CSMAS meeting is scheduled for June, 15 – 17, 2016 in Dallas, Texas and tentatively in Los Angeles on December 11 – 14, 2016.

*Committee Chair:*     *Forrest Karr, Northern Michigan University, Great Lakes Intercollegiate Athletic Conference*
*Staff Liaison(s):*     *Brian Hainline, NCAA*
                        *John Parsons, NCAA*
                        *Mary Wilfert, NCAA*

| CSMAS<br>December 13 – 15, 2015 |
|---|
| **Attendees:** |
| Randy Bird, University of Virginia; Atlantic Coast Conference. |
| Larry Bowman, Clemson University; Atlantic Coast Conference. |
| Robert Casmus, Catawba College; South Atlantic Conference. |
| Jim Crawley, Dominican College; Central Atlantic Collegiate Conference. |
| LaGwyn Durden, University of Texas; Big 12 Conference. |
| Laura Farleman, Cedarville University; Great Midwest Athletic Conference. |
| Gregory Frazer, Duquesne University; Atlantic 10 Conference. |
| Joseph Hannant, University of North Carolina, Pembroke; Peach Belt Conference. |
| Forrest Karr, Northern Michigan University; Great Lakes Intercollegiate Athletic Conference. |
| Michael Mattia, John Hopkins University; Centennial Conference. |
| Abbey Miklitsch, University of Rhode Island; Atlantic 10 Conference. |
| Jessica Mohler, U.S. Naval Academy. |
| Douglas Ramos, Creighton University; Big East Conference. |
| Lori Runksmeier, Eastern Connecticut State University; Little East Conference. |
| Amy Schafer, Thiel College; Presidents' Athletic Conference. |
| Lynn Snyder-Mackler, University of Delaware; Colonial Athletic Association. |
| Megan Warren, Defiance College. |
| Maureen White, U.S. Merchant Marine Academy; Landmark Conference. |
| **Absentees:** |
| Bob Colgate, National Federation of State High School Associations. |
| Roger Kruse, University of Toledo; Mid-American Conference. |
| Kimberly Patterson Walpert, University of Georgia. |
| **Guests in Attendance:** |

| | |
|---|---|
| Tom Dompier, Zack Kerr; Datalys. | |
| Mark Bockleman, Michelle Dorsey, Lara Gray; Drug Free Sport. | |
| **NCAA Staff Support in Attendance:** | |
| Dawn Buth, NCAA | |
| Cassie Folck, NCAA | |
| Cindy McKinney, NCAA | |
| **Other NCAA Staff Members in Attendance:** | |
| Scott Bearby | |
| Dan Callandro | |
| Amanda Conklin | |
| Jenn Fraser | |
| Brian Hendrickson | |
| Terri Carmichael Jackson | |
| Maritza Jones | |
| Louise McCleary | |
| Naima Stevenson | |
| Leeland Zeller | |