

# 2017 Headgear Clarification

The following 2 examples are the **ONLY CURRENT LEGAL** models that are allowed for play at all levels:

 



**MUST have MEETS ASTM F3137**

No other PROTECTIVE headgear is allowed on the field



 **Sweat Bands are allowed** 

2/8/17