Case: 1:13-cv-09116 Document #: 450-29 Filed: 08/30/17 Page 1 of 3 PageID #:11067

# Cascade Releases Its First Women's Headgear, the LX

Friday October 28th, 2016 10:52am

Facebook    Tweet



LIVERPOOL, N.Y. — Cascade Lacrosse, the leading head protection brand in lacrosse, today unveiled the Cascade LX women's lacrosse headgear, the first integrated system to meet newly approved ASTM standards for women's lacrosse headgear and goggles.

More than three years in development, the Cascade LX headgear was designed specifically for the women's game through an in-depth research and development process that featured fit testing, lab testing and on-field feedback from female players of all ages. Leveraging Cascade's leadership position in lacrosse head protection, its rich history of innovation and unmatched insight into the women's game, the integrated Cascade LX headgear allows players who choose to wear headgear to easily gear up and get into the game with confidence and minimal adjustments before and during play.

8/21/2017　　Case: 1:13-cv-09116 Document #: 450-29 Filed: 08/30/17 Page 2 of 3 PageID #:11068　Cascade Releases its First Women's Headgear, the LX | Inside Lacrosse

"We are extremely excited to introduce the Cascade LX headgear to the lacrosse community," said Jenna Abelli, Category Manager, Women's Lacrosse, Cascade Lacrosse. "As the No. 1 brand in lacrosse head protection, we were committed to deliver women's headgear that not only meets the protection specifications of the new ASTM standard but also meets the fit, comfort and aesthetic demands of players. Although it is an optional piece of equipment, the integrated system of the Cascade LX headgear makes the transition from goggles as seamless as possible."

Key features of the Cascade LX include:

- INTEGRATED GOGGLE: The integrated goggle system increases face comfort and improves user experience with an easy ability to gear up compared to separate goggles and headgear.
- FIT SYSTEM: Interchangeable cheek pads the rear adjustable strap provide a dialed-in fit for different head shapes and sizes. Designed for play with either mid-high or low pony tails.
- PROTECTION: PORON XRD© Material, a pliable and multi-purpose foam exclusive to Cascade in lacrosse, offers maximum comfort with the ability to dissipate forces experienced upon impact.
- FLEXIBLE SHELL: The Cascade LX outer shell is tough on impact, but still maintains the flexibility required by the ASTM standard. The outer shell also has plenty of room for team customization.

At the direction of US Lacrosse, ASTM, an international standards organization that develops and publishes performance standards, created ASTM standard F3137 for headgear in women's lacrosse. The standard, which was finalized in May 2015, provides a set of guidelines and test procedures to which manufacturers can develop products. As a leader in head protection, Cascade Lacrosse collaborated with both ASTM and US Lacrosse to help research and develop the test methodology for the new standard, which goes into effect January 1, 2017.

The Cascade LX meets the newly created ASTM standard F3137 for headgear and the updated ASTM standard F3077 for women's lacrosse eyewear, which adds additional testing requirements from the general eyewear standard previously utilized.

"As a coach, it is our responsibility to keep our girls protected on the field and the Cascade LX headgear is a product that not only meets the important standard but is also something my girls are excited to wear," said Ronnie Davis, Director, Monster Elite Lacrosse. "From the very first time my players tried on the new headgear, it became clear that Cascade Lacrosse went the extra mile to create a unique product specific to the women's game. We are excited to wear the Cascade LX headgear and I think it is a product that many players will want to wear in the future."

Available in six colorways with custom decal options, the Cascade LX will be available at select lacrosse retail locations in mid-November for $149. For more information, visit www.cascadelacrosse.com.

## About Cascade Lacrosse

Based in Liverpool, N.Y., Cascade Lacrosse has celebrated a rich history of delivering revolutionary technology, unrivaled player experiences and innovation to the lacrosse community. Founded in 1986, the company has pioneered advancements in head protection beginning with its very first sports helmet for lacrosse. Today,

http://www.insidelacrosse.com/article/cascade-releases-its-first-women-s-headgear-the-lx/36451　　2/6

Cascade Lacrosse continues this tradition by routinely adding to its long list of game-changing transformations in safety, comfort and performance. Proud partnerships include 16 NCAA Div. I Championship teams since 1995, Major League Lacrosse, Team USA, Team Canada, Iroquois Nationals and Team Australia. Performance Sports Group Ltd., the parent company of Cascade Lacrosse, is a publicly-traded company on the New York Stock Exchange and the Toronto Stock Exchange whose affiliates market products under the BAUER, MISSION, MAVERIK, CASCADE, INARIA, COMBAT and EASTON brand names. Performance Sports Group is a member of the Russell 2000 and 3000 Indexes. For more information, visit www.CascadeLacrosse.com.

Comments

From Press Releases

Equipment

## STX Launches Enhanced "Exult 500" Women's Head

Tuesday October 6th, 2015 1:35pm

Facebook     Tweet