Case: 1:13-cv-09116 Document #: 450-31 Filed: 08/30/17 Page 1 of 19 PageID #:11073



# 2012-13 NCAA
# DIVISION I MANUAL



THE NATIONAL COLLEGIATE ATHLETIC ASSOCIATION
P.O. Box 6222
Indianapolis, Indiana 46206-6222
317/917-6222

ncaa.org

July 2012
[ISSN 1093-3174]

**Text Prepared By:** NCAA Academic and Membership Affairs Staff.

**Production By:** SO&SO Co., LLC — *www.soandsoco.com*.


*This publication incorporates final legislative actions taken during the 2011-12 legislative cycle. Legislation adopted after August 1, 2011, interpretations incorporated by the Legislative Review/Interpretations Committee, modifications of wording and editorial revisions are set off by a gray background and also include an adoption or revision date. Readers seeking the legislative history of a given provision (earlier dates of adoption or revision) should consult the appropriate paragraphs in the 1988-89 NCAA Manual or the NCAA academic and membership affairs staff.*

NCAA, NCAA logo and National Collegiate Athletic Association are registered marks of the Association, and use in any manner is prohibited unless prior approval is obtained from the Association.

©2012 by the National Collegiate Athletic Association

# Table of Contents

## CONSTITUTION

### Article 1   Name, Purposes and Fundamental Policy
- 1.1   Name .................................................................. 1
- 1.2   Purposes ............................................................. 1
- 1.3   Fundamental Policy ........................................... 1

### Article 2   Principles for Conduct of Intercollegiate Athletics
- 2.01   General Principle ............................................. 3
- 2.1   The Principle of Institutional Control and Responsibility ............................ 3
- 2.2   The Principle of Student-Athlete Well-Being ................................................. 3
- 2.3   The Principle of Gender Equity ...................... 3
- 2.4   The Principle of Sportsmanship and Ethical Conduct ........................................ 4
- 2.5   The Principle of Sound Academic Standards ............................................. 4
- 2.6   The Principle of Nondiscrimination .............. 4
- 2.7   The Principle of Diversity Within Governance Structures ...................... 4
- 2.8   The Principle of Rules Compliance ............... 4
- 2.9   The Principle of Amateurism ......................... 4
- 2.10   The Principle of Competitive Equity ........... 4
- 2.11   The Principle Governing Recruiting ............ 4
- 2.12   The Principle Governing Eligibility ............. 5
- 2.13   The Principle Governing Financial Aid ...... 5
- 2.14   The Principle Governing Playing and Practice Seasons ............................... 5
- 2.15   The Principle Governing Postseason Competition and Contests Sponsored by Noncollegiate Organizations ............. 5
- 2.16   The Principle Governing the Economy of Athletics Program Operation ............. 5

### Article 3   NCAA Membership
- 3.01   General Principles ........................................... 7
- 3.02   Definitions and Applications ........................ 7
- 3.1   Eligibility for Membership ............................... 8
- 3.2   Active Membership ........................................... 8
- 3.3   Member Conference ........................................ 13
- 3.4   Affiliated Membership .................................... 14
- 3.7   Dues of Members ............................................. 15

### Article 4   Organization
- 4.01   General Principles .......................................... 17
- 4.02   Definitions and Applications ....................... 18
- 4.1   Executive Committee ....................................... 20
- 4.2   Division I Board of Directors ........................ 21
- 4.5   Division I Leadership Council ...................... 22
- 4.6   Division I Legislative Council ....................... 23
- 4.9   Committees/Cabinets ...................................... 24

### Article 5   Legislative Authority and Process
- 5.01   General Principles .......................................... 27
- 5.02   Definitions and Applications ....................... 27
- 5.1   Conventions and Meetings ............................ 27
- 5.2   Elements of Legislation ................................. 30
- 5.3   Amendment Process ....................................... 31
- 5.4   Other Legislative and Amendment Procedures ...................................... 37

### Article 6   Institutional Control
- 6.01   General Principle ............................................ 41
- 6.1   Institutional Governance ................................ 41
- 6.2   Budgetary Control ............................................ 42
- 6.3   Self-Study and Evaluation ............................. 42
- 6.4   Responsibilities for Actions of Outside Entities .............................................. 42

## OPERATING BYLAWS

### Article 10   Ethical Conduct
- 10.01   General Principle .......................................... 43
- 10.02   Definitions and Applications ..................... 43
- 10.1   Unethical Conduct .......................................... 43
- 10.2   Knowledge of Use of Banned Drugs ......... 44
- 10.3   Sports Wagering Activities .......................... 44
- 10.4   Disciplinary Action ........................................ 44

### Article 11   Conduct and Employment of Athletics Personnel
- 11.01   Definitions and Applications ..................... 45
- 11.1   Conduct of Athletics Personnel ................... 47
- 11.2   Contractual Agreements ............................... 47
- 11.3   Compensation and Remuneration ............. 48
- 11.4   Employment of High School, Preparatory School or Two-Year College Coaches, or Other Individuals Associated with Prospective Student-Athletes ........................................... 48
- 11.5   Certification to Recruit Off Campus ........... 49
- 11.6   Limitations on Scouting of Opponents ..... 49
- 11.7   Limitations on the Number and Duties of Coaches ......................................... 50

### Article 12   Amateurism
- 12.01   General Principles ......................................... 59
- 12.02   Definitions and Applications ..................... 59
- 12.1   General Regulations ....................................... 60
- 12.2   Involvement with Professional Teams ........ 65
- 12.3   Use of Agents ................................................... 68
- 12.4   Employment ..................................................... 69
- 12.5   Promotional Activities .................................. 70
- 12.6   Financial Donations from Outside Organizations ....................................... 74

### Article 13   Recruiting
- 13.01   General Principles ......................................... 77
- 13.02   Definitions and Applications ..................... 77
- 13.1   Contacts and Evaluations ............................. 80
- 13.2   Offers and Inducements ............................... 98

| | | |
|---|---|---|
| 13.3 | Admissions and Graduation Data, Banned Drug List and Initial-Eligibility Standards | 100 |
| 13.4 | Recruiting Materials | 101 |
| 13.5 | Transportation | 105 |
| 13.6 | Official (Paid) Visit | 106 |
| 13.7 | Unofficial (Nonpaid) Visit | 111 |
| 13.8 | Entertainment, Reimbursement and Employment of High School/College-Preparatory School/Two-Year College Coaches and Other Individuals Associated with Prospective Student-Athletes | 113 |
| 13.9 | Letter-of-Intent Programs, Financial Aid Agreements | 114 |
| 13.10 | Publicity | 115 |
| 13.11 | Tryouts | 116 |
| 13.12 | Sports Camps and Clinics | 125 |
| 13.13 | High School All-Star Games | 129 |
| 13.14 | Use of Recruiting Funds | 130 |
| 13.15 | Precollege Expenses | 131 |
| 13.16 | U.S.Service Academy Exceptions and Waivers | 132 |
| 13.17 | Recruiting Calendars | 133 |
| 13.18 | Basketball Event Certification—Men's Basketball | 140 |
| 13.19 | Basketball Event Certification—Women's Basketball | 141 |
| 13.20 | Women's Final Four Basketball Event Certification | 143 |

**Article 14  Eligibility: Academic and General Requirements**

| | | |
|---|---|---|
| 14.01 | General Principles | 145 |
| 14.02 | Definitions and Applications | 145 |
| 14.1 | General Eligibility Requirements | 147 |
| 14.2 | Seasons of Competition: Five-Year Rule | 154 |
| 14.3 | Freshman Academic Requirements | 163 |
| 14.4 | Progress-Toward-Degree Requirements | 172 |
| 14.5 | Transfer Regulations | 178 |
| 14.6 | High School All-Star Games, Effects on Eligibility | 189 |
| 14.7 | Outside Competition, Effects on Eligibility | 190 |
| 14.8 | Additional Waivers for Eligibility Requirements | 193 |
| 14.9 | U.S.Service Academy Exceptions, Special Eligibility Provisions | 194 |
| 14.10 | Certification of Eligibility | 194 |
| 14.11 | Ineligibility | 194 |
| 14.12 | Restoration of Eligibility | 195 |

**Article 15  Financial Aid**

| | | |
|---|---|---|
| 15.01 | General Principles | 199 |
| 15.02 | Definitions and Applications | 200 |
| 15.1 | Maximum Limit on Financial Aid—Individual | 202 |
| 15.2 | Elements of Financial Aid | 202 |
| 15.3 | Terms and Conditions of Awarding Institutional Financial Aid | 207 |
| 15.5 | Maximum Institutional Grant-in-Aid Limitations by Sport | 210 |

**Article 16  Awards, Benefits and Expenses for Enrolled Student-Athletes**

| | | |
|---|---|---|
| 16.01 | General Principles | 223 |
| 16.02 | Definitions and Applications | 223 |
| 16.1 | Awards | 223 |
| 16.2 | Complimentary Admissions and Ticket Benefits | 225 |
| 16.3 | Academic and Other Support Services | 226 |
| 16.4 | Medical Expenses | 227 |
| 16.5 | Housing and Meals | 227 |
| 16.6 | Expenses for Student-Athlete's Friends and Relatives | 229 |
| 16.7 | Team Entertainment | 230 |
| 16.8 | Expenses Provided by the Institution for Practice and Competition | 230 |
| 16.9 | Other Travel Expenses Provided by the Institution | 233 |
| 16.10 | Provision of Expenses by Individuals or Organizations Other Than the Institution | 234 |
| 16.11 | Benefits, Gifts and Services | 235 |
| 16.12 | Expense Waivers | 238 |

**Article 17  Playing and Practice Seasons**

| | | |
|---|---|---|
| 17.01 | General Principles | 241 |
| 17.02 | Definitions and Applications | 241 |
| 17.1 | General Playing-Season Regulations | 243 |
| 17.2 | Baseball | 252 |
| 17.3 | Basketball | 254 |
| 17.4 | Bowling, Women's | 257 |
| 17.5 | Cross Country | 259 |
| 17.6 | Equestrian, Women's | 261 |
| 17.7 | Fencing | 263 |
| 17.8 | Field Hockey | 265 |
| 17.9 | Football | 267 |
| 17.10 | Golf | 273 |
| 17.11 | Gymnastics | 276 |
| 17.12 | Ice Hockey | 278 |
| 17.13 | Lacrosse | 280 |
| 17.14 | Rifle | 282 |
| 17.15 | Rowing, Women's | 284 |
| 17.16 | Rugby, Women's | 286 |
| 17.17 | Sand Volleyball, Women's | 288 |
| 17.18 | Skiing | 290 |
| 17.19 | Soccer | 292 |
| 17.20 | Softball | 294 |
| 17.21 | Swimming and Diving | 297 |
| 17.22 | Tennis | 299 |
| 17.23 | Track and Field, Indoor/Outdoor | 301 |
| 17.24 | Volleyball | 304 |
| 17.25 | Water Polo | 307 |
| 17.26 | Wrestling | 309 |
| 17.27 | Exceptions for Member Institutions Located in Alaska, Hawaii and Puerto Rico | 312 |
| 17.28 | Foreign Tours | 312 |
| 17.29 | Playing Rules | 314 |

**Article 18  Championships and Postseason Football**

| | | |
|---|---|---|
| 18.01 | General Principles | 315 |
| 18.02 | Definitions and Applications | 315 |

| | | |
|---|---|---|
| 18.1 | Regulations and Authority for Conduct of Championships | 315 |
| 18.2 | Criteria for Establishment or Continuation of Championships | 315 |
| 18.3 | Current Championships | 317 |
| 18.4 | Eligibility for Championships | 317 |
| 18.5 | Automatic Qualification by Conference | 321 |
| 18.6 | Playing Rules for Championships | 321 |
| 18.7 | Postseason Football | 321 |

**Article 19 Enforcement**

| | | |
|---|---|---|
| 19.01 | General Principles | 323 |
| 19.02 | Definitions and Applications | 323 |
| 19.1 | Committee on Infractions | 324 |
| 19.2 | Appeals Committees | 325 |
| 19.3 | Establishment and Revision of Enforcement Policies and Procedures | 325 |
| 19.4 | Notice of Charges and Opportunity to Appear | 326 |
| 19.5 | Penalties | 326 |
| 19.6 | Rights of Member to Appeal | 329 |
| 19.7 | Restitution | 330 |

**Article 20 Division Membership**

| | | |
|---|---|---|
| 20.01 | General Principles | 331 |
| 20.02 | Definitions and Applications | 331 |
| 20.2 | Establishment of and Compliance With Division Criteria | 332 |
| 20.4 | Multidivision Classification/Reclassification of Football Subdivision | 335 |
| 20.5 | Change of Division Membership | 337 |
| 20.7 | Division Legislation | 339 |
| 20.8 | Eligibility for National Collegiate and Division Championships | 340 |
| 20.9 | Division I Membership Requirements | 340 |

**Article 21 Committees**

| | | |
|---|---|---|
| 21.02 | Definitions and Applications | 351 |
| 21.1 | Playing Rules Oversight Panel | 351 |
| 21.2 | Association-Wide Committees—General Committees | 352 |
| 21.3 | Association-Wide Committees—Rules Committees Without Championships Administration Responsibilities | 355 |
| 21.4 | Common Committees—Committees With Playing Rules and Championships Administration Responsibilities | 357 |
| 21.5 | Common Committees—Committees With Only Championship Administration Responsibilities | 358 |
| 21.6 | Common Committees—Committees With Governance Administration Responsibilities | 359 |
| 21.7 | Division I Cabinets and Committees | 360 |

**Article 22 Athletics Certification**

| | | |
|---|---|---|
| 22.01 | General Principle | 371 |
| 22.1 | Committee on Athletics Certification | 371 |
| 22.2 | Mandatory Self-Study and External Peer Review | 371 |
| 22.3 | Certification Decisions | 374 |
| 22.4 | Conference Assistance | 375 |
| 22.5 | Other Assistance | 375 |

**Article 23 Academic Performance Program**

| | | |
|---|---|---|
| 23.01 | General Principles | 377 |
| 23.02 | Definitions and Applications | 377 |
| 23.1 | Committee on Academic Performance | 377 |
| 23.2 | Penalties, Rewards and Access to Postseason Competition | 378 |
| 23.3 | Appeal Procedures | 379 |
| 23.4 | Establishment and Revision of Academic Performance Policies and Procedures | 380 |

## ADMINISTRATIVE BYLAWS

**Article 31 Executive Regulations**

| | | |
|---|---|---|
| 31.01 | General Principles | 381 |
| 31.02 | Definitions and Applications | 381 |
| 31.1 | Administration of NCAA Championships | 381 |
| 31.2 | Eligibility for Championships | 386 |
| 31.3 | Selection of Teams and Individuals for Championships Participation | 389 |
| 31.4 | Financial Administration of Championships | 392 |
| 31.5 | Financial Administration of Postseason Football | 394 |
| 31.6 | Rights to NCAA Properties and Marketing Restrictions | 394 |
| 31.7 | General Financial Management | 396 |
| 31.8 | Personnel | 398 |
| 31.9 | National Statistics Program | 398 |

**Article 32 Enforcement Policies and Procedures**

| | | |
|---|---|---|
| 32.1 | Committee on Infractions—Special Operating Rules | 399 |
| 32.2 | Preliminary Review of Information | 399 |
| 32.3 | Investigative Procedures | 400 |
| 32.4 | Processing Information for Secondary Violations | 402 |
| 32.5 | Notice of Inquiry | 402 |
| 32.6 | Notice of Allegations | 403 |
| 32.7 | Summary Disposition and Expedited Hearing | 404 |
| 32.8 | Committee on Infractions Hearings | 405 |
| 32.9 | Notification of Committee on Infractions Action | 407 |
| 32.10 | Appeal Procedure | 408 |
| 32.11 | Oral Arguments | 409 |

**Article 33 Athletics Certification Policies and Procedures**

| | | |
|---|---|---|
| 33.1 | Self-Study and External Peer Review | 413 |
| 33.2 | External Peer-Review Teams | 413 |
| 33.3 | Certification Schedule of Participating Institutions | 414 |
| 33.4 | Self-Study Process and Report Procedures | 414 |
| 33.5 | Orientation | 415 |
| 33.6 | Peer-Review Evaluation Visit | 415 |
| 33.7 | Report of Peer-Review Team | 416 |
| 33.8 | Certification Decision | 416 |

# Table of Figures

**Article 4  Organization**
    **4-1**    Division I Governance Structure................... [25](#)
    **4-2**    Association Governance Structure ............. [26](#)

**Article 5  Legislative Authority and Process**
    **5-1**    Division I Legislative Process ....................... [39](#)

**Article 11  Conduct and Employment of Athletics Personnel**
    **11-1**    Coaches' Compensation and Benefits ........ [57](#)
    **11-2**    Coaches' Reimbursable Expenses ................ [58](#)

**Article 14  Eligibility: Academic and General Requirements**
    **14-1**    Initial Eligibility ................................................ [196](#)

**Article 15  Financial Aid**
    **15-1**    Financial Aid Maximum Limits ................... [219](#)
    **15-2**    How to Determine a Counter ..................... [221](#)
    **15-3**    Where to Count Student-Athletes Who Participate in More Than One Intercollegiate Sport ................................. [222](#)

**Article 16  Awards, Benefits and Expenses for Enrolled Student-Athletes**
    **16-1**    Participation Awards ...................................... [239](#)
    **16-2**    Championship Awards .................................. [239](#)
    **16-3**    Special Achievement Awards ..................... [240](#)

**Article 17  Playing and Practice Seasons**
    **17-1**    Maximum Number of Contests and Dates of Competition for Each Sport .................................................... [249](#)
    **17-2**    First Practice, Contest or Date of Competition, and End-of-Season Dates .............................................................. [250](#)

**Article 20  Division Membership**
    **20-1**    General Requirements for Division I Membership ................................................ [349](#)

**Article 32  Enforcement Policies and Procedures**
    **32-1**    Processing of a Typical NCAA Infractions Case .......................................... [411](#)
    **32-2**    Processing of a Typical NCAA Infractions Appeals Case ......................... [412](#)

# User's Guide

**I. MANUAL FORMAT**

**BLEED TABS**
A "bleed tab" on each page helps the user turn to the desired article quickly.

**GENERAL PRINCIPLES**
General principles that are considered of particular importance in helping the user understand the rationale for the detailed regulations that follow are presented at the beginning of appropriate articles.

**DEFINITIONS AND APPLICATIONS**
Following the general principles in most articles is a section in which definitions and applications are provided for a number of the more important words or terms used in that article.

**DECIMAL NUMBERING WITH TOPIC HEADINGS**
The decimal numbering system provides efficiency and flexibility. Section headings, to at least the fourth subsection level, and for further subsections where appropriate, assist the user in identifying the section content, thus facilitating ready access to pertinent regulations. This system also facilitates a "hanging indention" presentation, which helps the reader relate the subsections to the basic section.

**VOTING REQUIREMENTS**
Symbols for voting requirements appear after the title of the bylaw. See page ix for a complete explanation of all symbols. Each division's Manual contains legislation specific to the applicable division and does not contain legislation pertaining only to one or both of the other divisions.

## II. ORGANIZATION OF THE NCAA MANUAL

Divisions I, II and III each have a separate Manual that contains legislation specific to the applicable division and does not contain legislation pertaining only to one or both of the other divisions. However, legislation that includes references to one or both of the other divisions will appear in its entirety. In addition, since each division's Manual does not contain legislation specific to the other division(s), some bylaws may have gaps in the numbering sequence.

**Constitution**

Articles 1 through 6 are the constitution, which consists of information relevant to the purposes of the Association, its structure, its membership and legislative-process information, and the more important principles for the conduct of intercollegiate athletics.

| | | |
|---|---|---|
| **Article 1** | Name, Purposes and Fundamental Policy |
| **Article 2** | Principles for Conduct of Intercollegiate Athletics |
| **Article 3** | NCAA Membership |
| **Article 4** | Organization |
| **Article 5** | Legislative Authority and Process |
| **Article 6** | Institutional Control |

**Operating Bylaws**

Articles 10 through 23 are the operating bylaws, which consist of legislation adopted by the membership to promote the principles enunciated in the constitution and to achieve the Association's purposes.

| | |
|---|---|
| **Article 10** | Ethical Conduct |
| **Article 11** | Conduct and Employment of Athletics Personnel |
| **Article 12** | Amateurism |
| **Article 13** | Recruiting |
| **Article 14** | Eligibility: Academic and General Requirements |
| **Article 15** | Financial Aid |
| **Article 16** | Awards, Benefits and Expenses for Enrolled Student-Athletes |
| **Article 17** | Playing and Practice Seasons |
| **Article 18** | Championships and Postseason Football |
| **Article 19** | Enforcement |
| **Article 20** | Division Membership |
| **Article 21** | Committees |
| **Article 22** | Athletics Certification |
| **Article 23** | Academic Performance Program |

**Administrative Bylaws**

Articles 31 through 33 are administrative bylaws, which set forth policies and procedures for the implementation of (a) the general legislative actions of the Association, (b) the NCAA championships and the business of the Association, (c) the Association's enforcement program and (d) the Association's athletics certification program. These administrative bylaws may be adopted or modified by the Division I Board of Directors or Legislative Council for the efficient administration of the activities that they govern. These same bylaws also may be amended by the membership through the regular legislative process.

| | |
|---|---|
| **Article 31** | Executive Regulations |
| **Article 32** | Enforcement Policies and Procedures |
| **Article 33** | Athletics Certification Policies and Procedures |

Note: The authorization for adoption and amendment of each of the administrative bylaws (31, 32 and 33) is set forth in Constitution 5.2.3.1, 5.2.3.2, 5.2.3.3 and 5.2.3.4.

## III. VOTING REQUIREMENTS FOR MANUAL

The Manual attempts to present all regulations on a given subject in logical order. As a result, different paragraphs in the same sections may carry different voting requirements. The following terms define voting requirements currently in effect for sections in the Manual:

- **Dominant provision**—Legislation that is derived from the constitution in the 1988-89 Manual (the Manual format that was employed until the membership approved the revised format at the 1989 Convention). All such legislation is identified by an asterisk **(*)** and requires a two-thirds majority vote of the total membership (present and voting) for adoption or amendment.

- **Common provision**—Legislation that is derived from the common bylaws (9, 10, 12 and 13) in the 1988-89 Manual. All such legislation is identified by a pound sign **(#)** and requires a majority vote of each of the three divisions, voting separately, for adoption or amendment.

- **Federated provision**—Legislation that is derived from divided bylaws in the 1988-89 Manual. Such legislation can be adopted or amended by a majority vote of one or more of the subdivisions voting separately.

- **Division dominant**—A division dominant provision is one that applies to all members of a division and is of sufficient importance to the division that it requires a two-thirds majority vote of all delegates present and voting at a division's annual or special Convention. Division dominant provisions are identified by a diamond symbol (◆).

- **Football Championship Subdivision dominant**—A Football Championship Subdivision dominant provision is a regulation that applies only to the Football Championship Subdivision and is of sufficient importance to the subdivision that it requires a two-thirds majority vote for adoption or to be amended pursuant to the legislative process set forth in Constitution 5.3. Football Championship Subdivision dominant provisions are identified by the initialization FCSD.

The Executive Committee is authorized to establish the voting requirement for any new section when the content or context does not clearly determine it. The authorization for this is set forth in Constitution 5.3.7.1.

### Symbols Designating Voting Requirements and Subdivisions For Which Federated Legislation is Applicable

| Provision | Symbol |
|---|---|
| **Dominant** | * |
| **Common** | # |
| **Federated** | |
|   NCAA Football Bowl Subdivision | FBS |
|   NCAA Football Championship Subdivision | FCS |
|   Bowl Subdivision and Championship Subdivision | FBS/FCS |
| **Division dominant** | ◆ |
|   Football Championship Subdivision dominant | FCSD |

## IV. DE MINIMIS AND RESTITUTION VIOLATIONS

**De Minimis** – Violations of articles designated by a capital letter D in brackets and bold font "**[D]**" at the end of the legislative language shall be considered institutional violations per Constitution 2.8; however, the involved prospective student-athlete's or student-athlete's eligibility shall not be affected.

**Restitution** – For violations of articles designated by a capital letter R in brackets and bold font "**[R]**" at the end of the legislative language, if the value of the benefit provided to the individual (prospective or enrolled student-athlete) is $100 or less, the eligibility of the individual shall not be affected conditioned upon the individual repaying the value of the benefit to a charity of his or her choice. The individual, however, shall remain ineligible from the time the institution has knowledge of the receipt of the impermissible benefit until the individual repays the benefit. A violation of such a provision remains an institutional violation per Constitution 2.8.1, and documentation of the individual's repayment shall be forwarded to the enforcement staff with the institution's self-report of the violation.

## V. DIAGRAMS AND TABLES

Diagrams and tables are included as supplements to the text to help present the content of certain regulations in a clear and concise manner. They are presented as "Figures" and are listed on page vi. With the exception of Bylaw 17, all diagrams and tables related to a given article of the constitution or a particular bylaw have been placed at the back of the article or bylaw.

## VI. LEGISLATION THAT IS SHADED/SCREENED

Legislation, incorporations of interpretations, editorial revisions and modifications of wording approved or adopted after August 1, 2011, are set off by a gray background and include an adoption or revision date.

## VII. NOTATION OF LEGISLATION WITH DELAYED EFFECTIVE DATE

Legislation with a delayed effective date is enclosed in a box and set off by a gray background.

# User Guide to Electronic Device Formats

**QUARTERLY PUBLICATION**

Division I, II and III Manuals are updated quarterly and available in electronic format. In addition to an interactive PDF, you can opt to download a version suitable for display on a number of mobile devices. This overview will help members who own "tablet" or "phone" readers, as well as those who prefer browser-based or PDF access to NCAA bylaws.



**ACCESS AND DOWNLOAD**

Point your browser to www.ncaapublications.com and log in. Locate the latest (July, October, January, or April) edition for the current academic year. We suggest that you first download the ePub Instructions PDF for the latest tips on access, synchronization and navigation on your device of choice. You will have the choice of directly downloading FREE documents, or adding multiple selections to the shopping cart. Once you complete the checkout procedure, you will receive download instructions via e-mail. Refer to the Device-Specific Tips at the end of this document.



**ABOUT THE PDF FORMAT**

The PDF version of the NCAA manual has been engineered to provide fingertip access to the latest legislation. Once you locate the latest version of your Division Manual, click the Download button to view on either Adobe® Acrobat Reader or Professional. We suggest that you then click the SAVE icon and store a personal copy, to take better advantage of the extended features.

Note that this PDF version has "colored" tabs, to indicate that interactive features have been enabled, like hyperlinked Table of Contents and index pages. We also added a "watermark" to the footer of each page, so if you print excerpts of the documentation, you can later determine its origin.

### Displaying Updated Bylaws in Your PDF

Using either Adobe® Acrobat Reader or Acrobat Pro, you can display a hyperlinked panel of all updated legislation:

1. Save the downloaded PDF for easy access.
2. Ctrl/Cmd+F to access the Find Panel.
3. Enter the desired "Adopted" or "Revised" Date (in our example, we use 8/11/11)
4. Next to the Search Term, you will see a "turn down" menu arrow with the "Open Full Acrobat Search" option.
5. The resulting panel display let's you hyperlink to the latest legislation.
6. To go a step further, click the "Save" icon near the top of the dialogue to create either a CSV (spreadsheet) or PDF reference file.



**Export the search results into a spreadsheet or PDF file**

Note: The specific examples are for the NCAA Division Manuals. Documentation is regularly updated to create the best reader experience for all ePubs, regardless of download source.



## ABOUT THE ePUB FORMAT

The file (.epub) format available for download from the NCAA website can be read directly on a growing number of devices. The most prominent among those needing no "translation," are the iPhone and iPad. Many others are listed at the following link: http://www.epubbooks.com/ebook-readers. Other reading devices, like the Amazon Kindle® and Blackberry® will require translation to their own required format. Devices like the Barnes&Noble Nook® require what we refer to as "clearing house" software. In other words, content that is not purchased from the reading device distributor needs to be "managed" on your computer, then made available to your personal reading device using a synchronization procedure.

## Displaying Your ePub on your iPad or iPhone

Once you locate the latest version of the Division Manual you can click the Download button to direct the (.epub) document to a convenient location. Chances are that you already have an iTunes account and some familiarity with the "sync" procedure.

1. Launch iTunes and locate the ePub document you just downloaded.
2. Click to select the (.epub) file and drag it into the LIBRARY area of the iTunes application window.
3. If there is no Books folder available, just "drop" the file, and iTunes will create it for you.
4. Plug your iPad or iPhone into your computer, and start "sync"
   For additional help: http://www.apple.com/support/ios/ibooks/
5. You should be prompted to download/install the iBook app
6. Complete synchronization and double-click the book icon on your device bookshelf.

Use the iPad navigation tools to display the TOC and search for updated legislation.



**Hyperlinked Updated Legislation on iPad**

## Browser-Based ePub Reading

The same (.epub) document that you download for the mobile devices can be displayed on the Firefox web browser. Once available on your desktop, you don't need an internet connection to open or read the NCAA Division manuals or any of the free eBooks that are available.

A growing number of articles, books and technical publications will be available only as ePubs. The free Firefox add-on allows a far greater number of readers to access and manage ePub content.

Follow this link http://www.epubread.com/en/manual.php to the ePub reader manual to familiarize yourself with the navigation and management capabilities. From there, click on the Install button to get started.

Note: Once you install the ePub reader, any (.epub) document you download will automatically launch the Firefox browser application. To save additional copies for distribution (if permitted), click the "Save" icon at the bottom of the application window.

Many readers find that eBook "Screen Reading" is more comfortable. The reader can control the size and font display to avoid the eye fatigue and the constant zooming needed with a "rigid" layouts.



## READING eBOOKS ON OTHER DEVICES

Every device has its own set of display parameters, so the appearance of the NCAA Manuals may differ slightly. The content itself, however, has been generated from a single downloaded source. Your individual device provider will be the best source for procedures and recommended software for synchronization.

To display the Manuals on your Nook, consider the following:
http://nooktalk.net/news/loading-books-with-adobe-digital-editions-on-your-nook

To display content on a Blackberry device, you may consider:
http://www.bbgeeks.com/blackberry-guides/geek-guide-how-to-read-e-books-on-your-blackberry-88523/

If you want to display your downloaded (.epub) on a Kindle device, you will need intervening software.
To manage and translate your NCAA Manuals, check out similar links to this example:
http://www.ehow.com/how_7360365_convert-epub-kindle.html

For ratings and additional information on Calibre software for Kindle format translation:
http://download.cnet.com/Calibre/3000-20412_4-10910277.html

## A Brief Overview of Mobile Device Publications

With a growing number of display devices and publication types, we offer this brief explanation of terms and features.

**ePUB–**Is the standard maintained by the International Digital Publishing Forum (IDPF). All of the descriptions that follow characterize different kinds of ePubs. Many devices can display this format (like the iPad or iPhone) without "translation." Files of this type have the (.epub) extension. These files can have text, images and both "external" and "internal" hyperlinked content.

The external hyperlink is the most common, where one click takes you to a typical destination. The internal hyperlink is an extremely valuable, but under utilized aspect of e-Publication. Cross references and footnotes are prime examples. On an ePub, the reader can have a larger, unobstructed reading area. The footnote reference will bring you to the cited material then return you to your original location on may devices (characteristics will vary).

**eBook–**The most common ePub of this type is, of course, a book. Navigation, search, reader preferences (like font and type size, etc.) are quite similar (but not identical) on the majority of mobile devices. Purchased ePub content requires an account with the eBook distributor, the necessary "bookshelf" app loaded on your mobile device and familiarization with the synchronization procedure. eBooks purchased from another distributor may require "translation" software to make them compatible with your device. There are basically two types of eBooks:

> **Fixed Layout–**These are best characterized by limited user control over orientation (either portrait or landscape), font choice or search-ability. These are useful for pictorial books and guides, where fixed layout is critical. Hyperlinking and video embedding are possible in this type of document.

> **Flexible Layout–**These can be used to publish an amazing array of affordable documents. Attributes of these eBooks include: Reader control of environment (preferences); Accessibility (nearly all devices, with translation and Firefox browser); Graphics (embedded and hyperlinked); Navigation (TOC, cross-reference, footnote); Display (portrait or landscape); Distribution (governed by readership / more below).

> Publication types that can benefit from eBook layouts. Magazines (graphics will be downsized, but they can be "anchored" with specific text, like captions) (sidebars and pullquotes can anchored the same way). Technical documentation and Catalogs publishers will also benefit from the same liquid display of content. Alumni and sports departments can create revenue-generating instruments from their existing body of work.

**App Publication–**These are distributed through an App that you download and enable on your display device. The graphics are impressive, if not inspirational, and many let you display the content in either vertical or horizontal (portrait or landscape) fashion. You have no control of the display size or type. This is another example of a "Fixed Layout" ePub.

**Tablet Publication–**This App Publication is available to an extremely limited number of mobile devices. These are also the most time- and labor-intensive type of publication to produce, since you essentially need to create a horizontal and vertical version of each page.

## Security (Access)

Another consideration for developing an ePub strategy (particularly for revenue-generating content) is access and security. Some choices for publishers: Distributor-controlled (digital-rights enforcement and paid royalties for a pre-determined percentage); Single password for all subscribers (honor system, publisher controlled); Free (the cost is subsidized through membership, subscription or sponsor agreement).

*— compiled by SO&SO Co LLC*

CONSTITUTION, ARTICLE 1

# Name, Purposes and Fundamental Policy

## 1.1 Name. [*]
The name of this organization shall be "The National Collegiate Athletic Association."

## 1.2 Purposes. [*]
The purposes of this Association are:

(a) To initiate, stimulate and improve intercollegiate athletics programs for student-athletes and to promote and develop educational leadership, physical fitness, athletics excellence and athletics participation as a recreational pursuit;

(b) To uphold the principle of institutional control of, and responsibility for, all intercollegiate sports in conformity with the constitution and bylaws of this Association;

(c) To encourage its members to adopt eligibility rules to comply with satisfactory standards of scholarship, sportsmanship and amateurism;

(d) To formulate, copyright and publish rules of play governing intercollegiate athletics;

(e) To preserve intercollegiate athletics records;

(f) To supervise the conduct of, and to establish eligibility standards for, regional and national athletics events under the auspices of this Association;

(g) To cooperate with other amateur athletics organizations in promoting and conducting national and international athletics events;

(h) To legislate, through bylaws or by resolutions of a Convention, upon any subject of general concern to the members related to the administration of intercollegiate athletics; and

(i) To study in general all phases of competitive intercollegiate athletics and establish standards whereby the colleges and universities of the United States can maintain their athletics programs on a high level.

## 1.3 Fundamental Policy. [*]

**1.3.1 Basic Purpose. [*]**  The competitive athletics programs of member institutions are designed to be a vital part of the educational system. A basic purpose of this Association is to maintain intercollegiate athletics as an integral part of the educational program and the athlete as an integral part of the student body and, by so doing, retain a clear line of demarcation between intercollegiate athletics and professional sports.

**1.3.2 Obligations of Member Institutions. [*]** Legislation governing the conduct of intercollegiate athletics programs of member institutions shall apply to basic athletics issues such as admissions, financial aid, eligibility and recruiting. Member institutions shall be obligated to apply and enforce this legislation, and the enforcement procedures of the Association shall be applied to an institution when it fails to fulfill this obligation.

CONSTITUTION, ARTICLE 2

# Principles for Conduct of Intercollegiate Athletics

## 2.01 General Principle. [*]
Legislation enacted by the Association governing the conduct of intercollegiate athletics shall be designed to advance one or more basic principles, including the following, to which the members are committed. In some instances, a delicate balance of these principles is necessary to help achieve the objectives of the Association.

## 2.1 The Principle of Institutional Control and Responsibility. [*]
**2.1.1 Responsibility for Control. [*]** It is the responsibility of each member institution to control its intercollegiate athletics program in compliance with the rules and regulations of the Association. The institution's president or chancellor is responsible for the administration of all aspects of the athletics program, including approval of the budget and audit of all expenditures. *(Revised: 3/8/06)*

**2.1.2 Scope of Responsibility. [*]** The institution's responsibility for the conduct of its intercollegiate athletics program includes responsibility for the actions of its staff members and for the actions of any other individual or organization engaged in activities promoting the athletics interests of the institution.

## 2.2 The Principle of Student-Athlete Well-Being. [*]
Intercollegiate athletics programs shall be conducted in a manner designed to protect and enhance the physical and educational well-being of student-athletes. *(Revised: 11/21/05)*

**2.2.1 Overall Educational Experience. [*]** It is the responsibility of each member institution to establish and maintain an environment in which a student-athlete's activities are conducted as an integral part of the student-athlete's educational experience. *(Adopted: 1/10/95)*

**2.2.2 Cultural Diversity and Gender Equity. [*]** It is the responsibility of each member institution to establish and maintain an environment that values cultural diversity and gender equity among its student-athletes and intercollegiate athletics department staff. *(Adopted: 1/10/95)*

**2.2.3 Health and Safety. [*]** It is the responsibility of each member institution to protect the health of, and provide a safe environment for, each of its participating student-athletes. *(Adopted: 1/10/95)*

**2.2.4 Student-Athlete/Coach Relationship. [*]** It is the responsibility of each member institution to establish and maintain an environment that fosters a positive relationship between the student-athlete and coach. *(Adopted: 1/10/95)*

**2.2.5 Fairness, Openness and Honesty. [*]** It is the responsibility of each member institution to ensure that coaches and administrators exhibit fairness, openness and honesty in their relationships with student-athletes. *(Adopted: 1/10/95)*

**2.2.6 Student-Athlete Involvement. [*]** It is the responsibility of each member institution to involve student-athletes in matters that affect their lives. *(Adopted: 1/10/95)*

## 2.3 The Principle of Gender Equity. [*]
**2.3.1 Compliance With Federal and State Legislation. [*]** It is the responsibility of each member institution to comply with federal and state laws regarding gender equity. *(Adopted: 1/11/94)*

**2.3.2 NCAA Legislation. [*]** The Association should not adopt legislation that would prevent member institutions from complying with applicable gender-equity laws, and should adopt legislation to enhance member institutions' compliance with applicable gender-equity laws. *(Adopted: 1/11/94)*

**2.3.3 Gender Bias. [*]** The activities of the Association should be conducted in a manner free of gender bias. *(Adopted: 1/11/94)*

2

PRINCIPLES

## 2.4 The Principle of Sportsmanship and Ethical Conduct. [*]

For intercollegiate athletics to promote the character development of participants, to enhance the integrity of higher education and to promote civility in society, student-athletes, coaches, and all others associated with these athletics programs and events should adhere to such fundamental values as respect, fairness, civility, honesty and responsibility. These values should be manifest not only in athletics participation, but also in the broad spectrum of activities affecting the athletics program. It is the responsibility of each institution to: *(Revised: 1/9/96)*

(a) Establish policies for sportsmanship and ethical conduct in intercollegiate athletics consistent with the educational mission and goals of the institution; and *(Adopted: 1/9/96)*

(b) Educate, on a continuing basis, all constituencies about the policies in Constitution 2.4-(a). *(Adopted: 1/9/96)*

## 2.5 The Principle of Sound Academic Standards. [*]

Intercollegiate athletics programs shall be maintained as a vital component of the educational program, and student-athletes shall be an integral part of the student body. The admission, academic standing and academic progress of student-athletes shall be consistent with the policies and standards adopted by the institution for the student body in general.

## 2.6 The Principle of Nondiscrimination. [*]

The Association shall promote an atmosphere of respect for and sensitivity to the dignity of every person. It is the policy of the Association to refrain from discrimination with respect to its governance policies, educational programs, activities and employment policies, including on the basis of age, color, disability, gender, national origin, race, religion, creed or sexual orientation. It is the responsibility of each member institution to determine independently its own policy regarding nondiscrimination. *(Adopted: 1/16/93, Revised: 1/16/00)*

## 2.7 The Principle of Diversity Within Governance Structures. [*]

The Association shall promote diversity of representation within its various divisional governance structures and substructures. Each divisional governing body must assure gender and ethnic diversity among the membership of the bodies in the division's administrative structure. *(Adopted: 1/9/96 effective 8/1/97)*

## 2.8 The Principle of Rules Compliance. [*]

**2.8.1 Responsibility of Institution. [*]** Each institution shall comply with all applicable rules and regulations of the Association in the conduct of its intercollegiate athletics programs. It shall monitor its programs to assure compliance and to identify and report to the Association instances in which compliance has not been achieved. In any such instance, the institution shall cooperate fully with the Association and shall take appropriate corrective actions. Members of an institution's staff, student-athletes, and other individuals and groups representing the institution's athletics interests shall comply with the applicable Association rules, and the member institution shall be responsible for such compliance.

**2.8.2 Responsibility of Association. [*]** The Association shall assist the institution in its efforts to achieve full compliance with all rules and regulations and shall afford the institution, its staff and student-athletes fair procedures in the consideration of an identified or alleged failure in compliance.

**2.8.3 Penalty for Noncompliance. [*]** An institution found to have violated the Association's rules shall be subject to such disciplinary and corrective actions as may be determined by the Association.

## 2.9 The Principle of Amateurism. [*]

Student-athletes shall be amateurs in an intercollegiate sport, and their participation should be motivated primarily by education and by the physical, mental and social benefits to be derived. Student participation in intercollegiate athletics is an avocation, and student-athletes should be protected from exploitation by professional and commercial enterprises.

## 2.10 The Principle of Competitive Equity. [*]

The structure and programs of the Association and the activities of its members shall promote opportunity for equity in competition to assure that individual student-athletes and institutions will not be prevented unfairly from achieving the benefits inherent in participation in intercollegiate athletics.

## 2.11 The Principle Governing Recruiting. [*]

The recruiting process involves a balancing of the interests of prospective student-athletes, their educational institutions and the Association's member institutions. Recruiting regulations shall be designed to promote equity

among member institutions in their recruiting of prospective student-athletes and to shield them from undue pressures that may interfere with the scholastic or athletics interests of the prospective student-athletes or their educational institutions.

## 2.12 The Principle Governing Eligibility. [*]

Eligibility requirements shall be designed to assure proper emphasis on educational objectives, to promote competitive equity among institutions and to prevent exploitation of student-athletes.

## 2.13 The Principle Governing Financial Aid. [*]

A student-athlete may receive athletically related financial aid administered by the institution without violating the principle of amateurism, provided the amount does not exceed the cost of education authorized by the Association; however, such aid as defined by the Association shall not exceed the cost of attendance as published by each institution. Any other financial assistance, except that received from one upon whom the student-athlete is naturally or legally dependent, shall be prohibited unless specifically authorized by the Association.

## 2.14 The Principle Governing Playing and Practice Seasons. [*]

The time required of student-athletes for participation in intercollegiate athletics shall be regulated to minimize interference with their opportunities for acquiring a quality education in a manner consistent with that afforded the general student body.

## 2.15 The Principle Governing Postseason Competition and Contests Sponsored by Noncollegiate Organizations. [*]

The conditions under which postseason competition occurs shall be controlled to assure that the benefits inherent in such competition flow fairly to all participants, to prevent unjustified intrusion on the time student-athletes devote to their academic programs, and to protect student-athletes from exploitation by professional and commercial enterprises.

## 2.16 The Principle Governing the Economy of Athletics Program Operation. [*]

Intercollegiate athletics programs shall be administered in keeping with prudent management and fiscal practices to assure the financial stability necessary for providing student-athletes with adequate opportunities for athletics competition as an integral part of a quality educational experience.