- Home
- Student-Athletes

# Benefits to College Student-Athletes

| | |
|---|---|
| | ## 1. College Education<br><br>A college degree has a direct impact on a person's quality of life. A 2013 study by The College Board shows that the median lifetime earnings of bachelor's degree recipients are 65 percent higher than those of high school graduates. Access to a college education is a great benefit to student-athletes as well. NCAA research shows 15 percent of Division I student-athletes are first-generation college students. |
| | ## 2. Academic Success<br><br>The NCAA's most recent data indicate that more than eight out of 10 (82 percent) Division I student-athletes are earning their degrees. Overall, college student-athletes graduate at rates higher than college students in general.  As part of the NCAA's Academic Progress Rate, more than 11,500 student-athletes have returned to campus and completed their degrees since 2005. |
| | ## 3. Scholarships<br><br>More than 150,000 student-athletes receive $2.4 billion in athletic scholarships each year from NCAA member colleges and universities.<br>The average college student graduates with $35,200 in debt. Athletic scholarships offset these costs for student-athletes. In addition, USA Today determined that a full men's basketball scholarship can be worth at least $120,000 per year, when factoring in goods, services and future earnings.<br>Athletes who do not receive athletic scholarships have a variety of other financial aid available to them, including academic scholarships and federal Pell Grants. Student-athletes' earnings from part-time employment also are exempt from financial aid limits. Moreover, in the last decade NCAA schools have awarded more than $17 billion in athletics scholarships. |
| | ## 4. Student Assistance Fund<br><br>Division I student-athletes have access through their campus and conference offices to more than $75 million from the NCAA's Student Assistance Fund. These resources can be used in a variety of ways, from helping student-athletes fly home in the event of a family tragedy to purchasing a winter coat or other needed clothing that they might not be able to afford. |
| | ## 5. Academic and Support Services<br><br>Student-athletes receive academic support, such as state-of-the-art technology and tutoring, and have access to athlete-focused academic advisors in addition to traditional academic advisors. The NCAA also provides resources each year to schools as part of the Academic Enhancement Fund. |
| | ## 6. Medical Care<br><br>The NCAA takes appropriate steps to modify safety guidelines, playing rules and standards. |
| | |

| | |
|---|---|
| | ### 7. Elite Training Opportunities<br><br>Student-athletes have regular access to top-notch coaching, facilities and equipment. These resources typically cost Olympic athletes thousands of dollars per year. |
| | ### 8. Healthy Living<br><br>Student-athletes have access to cafeteria "training tables" on campus. In addition, some schools hire nutritionists and dieticians to work with each individual student-athlete. |
| | ### 9. Exposure and Experiences<br><br>Student-athletes have the opportunity to travel across the country and around the world for competition, including regular-season, NCAA championships and foreign tours. Some student-athletes receive national and international exposure during competition. These experiences can open doors for the few who will compete professionally and for the majority who will go pro in something other than sports. |
| | ### 10. Preparation for Life<br><br>Increasingly, the business world is focusing on creating a team environment with employees, as evidenced by constant discussion of teamwork in publications like the Harvard Business Review. By competing in college sports, student-athletes learn important skills, like leadership, time management and how to effectively work with others toward a common goal. Companies have specifically said that they seek to hire former student-athletes, and the majority of student-athletes say that participating in college sports prepares them for life after graduation. |

- Student-Athletes
- Division I
- Division II
- Division III

Privacy/Legal Statement
Terms of Use
Contact Us
NCAA Employment
FAQs