**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: IN RE: NATIONAL COLLEGIATE ATHLETIC ASSOCIATION STUDENT-ATHLETE CONCUSSION LITIGATION

Case Number: 13-cv-09116

An appearance is hereby filed by the undersigned as attorney for:
 Samantha Greiber, an Objector to the Second Amended Class Action Settlement Agreement and Release dated May 20, 2016

Attorney name (type or print):  Alan M. Rifkin

Firm:    Rifkin Weiner Livingston LLC

Street address:    225 Duke of Gloucester Street

City/State/Zip:    Annapolis, MD 21401

Bar ID Number:  11562 (MD)
(See item 3  in instructions)

Telephone Number:    410-269-5066

Email Address: arifkin@rwllaw.com

Are you acting as lead counsel in this case?  ☐ Yes  ☒ No

Are you acting as local counsel in this case?  ☐ Yes  ☒ No

Are you a member of the court's trial bar?  ☐ Yes  ☒ No

If this case reaches trial, will you act as the trial attorney?  ☒ Yes  ☐ No

If this is a criminal case, check your status.  ☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you a

☐ Federal Defender

☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on August 31, 2017

Attorney signature:    S/ Alan M. Rifkin
(Use electronic signature if the appearance form is filed electronically.)