## U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: IN RE: NATIONAL COLLEGIATE ATHLETIC ASSOCIATION STUDENT-ATHLETE CONCUSSION LITIGATION

Case Number: 13-cv-09116

An appearance is hereby filed by the undersigned as attorney for:
Samantha Greiber, an Objector to the Second Amended Class Action Settlement Agreement and Release dated May 20, 2016

Attorney name (type or print):  Roy Mason

Firm:     Smouse & Mason, LLC

Street address:     502 Washington Avenue, Suite 710

City/State/Zip:     Towson, Maryland 21204

Bar ID Number:  00922 (MD)
(See item 3  in instructions)

Telephone Number:     410-269-6620

Email Address: RLM@smouseandmason.com

Are you acting as lead counsel in this case?        ☐ Yes    ☒ No

Are you acting as local counsel in this case?        ☐ Yes    ☒ No

Are you a member of the court's trial bar?        ☐ Yes    ☒ No

If this case reaches trial, will you act as the trial attorney?    ☒ Yes    ☐ No

If this is a criminal case, check your status.    ☐    Retained Counsel

☐    Appointed Counsel
If appointed counsel, are you a

☐ Federal Defender

☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on August 31, 2017

Attorney signature:     S/ Roy Mason
                        (Use electronic signature if the appearance form is filed electronically.)