**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: IN RE: NATIONAL
COLLEGIATE
ATHLETIC ASSOCIATION STUDENT-
ATHLETE CONCUSSION LITIGATION

Case Number: 13-cv-09116

An appearance is hereby filed by the undersigned as attorney for:
Samantha Greiber, an Objector to the Second Amended Class Action Settlement
Agreement and Release dated May 20, 2016

Attorney name (type or print):  Arnold M. Weiner

Firm:    Rifkin Weiner Livingston LLC

Street address:      2002 Cliper Park Road; Unit 108

City/State/Zip:    Baltimore, MD  21211

Bar ID Number:  01605 (MD)              Telephone Number:    410-769-8080
 (See item 3  in instructions)

Email Address: aweiner@rwllaw.com

Are you acting as lead counsel in this case?                ☐ Yes    ☒ No

Are you acting as local counsel in this case?               ☐ Yes    ☒ No

Are you a member of the court's trial bar?                  ☐ Yes    ☒ No

If this case reaches trial, will you act as the trial attorney?   ☒ Yes    ☐ No

If this is a criminal case, check your status.    ☐    Retained Counsel

                                                  ☐    Appointed Counsel
                                                       If appointed counsel, are you a

                                                       ☐ Federal Defender

                                                       ☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on August 31, 2017

Attorney signature:    S/ Arnold M. Weiner
                       (Use electronic signature if the appearance form is filed electronically.)