## U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: IN RE: NATIONAL COLLEGIATE ATHLETIC ASSOCIATION STUDENT-ATHLETE CONCUSSION LITIGATION

Case Number: 13-cv-09116

An appearance is hereby filed by the undersigned as attorney for:
Samantha Greiber, an Objector to the Second Amended Class Action Settlement Agreement and Release dated May 20, 2016

Attorney name (type or print): Barry L. Gogel

Firm: Rifkin Weiner Livingston LLC

Street address: 2002 Clipper Park Road, Unit 108

City/State/Zip: Baltimore, MD 21211

Bar ID Number: 25495 (MD)
(See item 3 in instructions)

Telephone Number: 410-269-5066

Email Address: bgogel@rwllaw.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ☒ |
| Are you acting as local counsel in this case? | ☐ | ☒ |
| Are you a member of the court's trial bar? | ☐ | ☒ |
| If this case reaches trial, will you act as the trial attorney? | ☒ | ☐ |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you a
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on August 31, 2017

Attorney signature: S/ Barry L. Gogel
(Use electronic signature if the appearance form is filed electronically.)