UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL COLLEGIATE ATHLETIC ASSOCIATION STUDENT-ATHLETE CONCUSSION LITIGATION | MDL No. 2492<br><br>Master Docket No. 13-cv-09116<br><br>Judge John Z. Lee |

### NOTICE OF INTENTION TO APPEAR AT FAIRNESS HEARING

Samantha Greiber, a Settlement Class Member objecting to the Second Amended Class Action Settlement Agreement and Release ("Amended Settlement Agreement"), by her undersigned counsel, pursuant to the Court's Preliminary Approval Order (ECF No. 278), ¶ 32, as amended by the Court's August 1, 2017 Minute Entry (ECF No. 432), provides the following notice:

1. Ms. Greiber, a Settlement Class Member, intends to make an appearance at the Fairness Hearing for the purpose of objecting to the proposed Amended Settlement on the grounds set forth in the Statement of Objection of Samantha Greiber, on Behalf of a Putative Subclass of Women Lacrosse Players, to Amended Settlement Agreement (ECF No. 450) (the "Greiber Objection").

2. The undersigned counsel intend to make an appearance at the Fairness Hearing for the purpose of objecting, on behalf of Ms. Greiber and a putative class of Women Lacrosse Players, to the proposed Amended Settlement on the grounds set forth in the Greiber Objection.

                                            Respectfully submitted,

Dated: August 31, 2017                     /s/ Aron U. Raskas_____
Arnold M. Weiner
Aron U. Raskas
Barry L. Gogel
RIFKIN WEINER LIVINGSTON LLC
2002 Clipper Park Road, Suite 108
Baltimore, Maryland 21211
410-769-8080 Telephone
410-769-8811 Facsimile
aweiner@rwllaw.com
araskas@rwllaw.com
bgogel@rwllaw.com


Alan M. Rifkin
RIFKIN WEINER LIVINGSTON LLC
225 Duke of Gloucester Street
Annapolis, MD 21401
 (410) 269-5066 Telephone
(410) 269-1235 Facsimile
arifkin@rwllaw.com


Charles S. Fax
RIFKIN WEINER LIVINGSTON LLC
7979 Old Georgetown Road, Suite 400
Bethesda, MD 20814
301-951-0150 Telephone
301-951-0172 Facsimile
cfax@rwllaw.com


Roy L. Mason
SMOUSE & MASON, LLC
502 Washington Avenue, Suite 710
Towson, Maryland 21204
410-269-6620 Telephone
443-991-4573 Facsimile
rlm@smouseandmason.com


*Counsel for Objector Samantha Greiber*

2

**CERTIFICATE OF SERVICE**

I hereby certify that, on this 31st day of August, 2017, a true and correct copy of the foregoing document was filed electronically on the Court's CM/ECF system, which caused notice to be sent to all counsel of record.

/s/ Aron U. Raskas_____