THE CLERK OF COURT — US DISTRICT COURT FOR NORTHERN DISTRICT OF ILLINOIS
STEVE W. BERMAN, ESQ. — HAGENS BERMAN SOBOL SHAPIRO LLP (CLASS)
MARK S. MESTER, ESQ. — LATHAM & WATKINS LLP (NCAA)
JOSEPH J. SIPRUT, ESQ. — SIPRUT PC (CLASS)

RE: CASE NO. 1:13-CV-09116
JOHN W. DEVEREUX, JR.
21 MONTPELLIER
NEWPORT BEACH, CA 92660
541-496-4500
FOOTBALL @ POMONA-CLAREMONT 1953-1956, CLAREMONT, CA

**FILED**
SEP 01 2017
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

I AM OBJECTING TO THE HIGH ATTORNEYS' FEES NOT TO EXCEED $15,000,000 AND $750,000 IN OUT-OF-POCKET EXPENSES, BELIEVING THAT THE DAMAGED ATHLETES DESERVE MORE THAN THE SERVICE AWARD OF $5,000 FOR EACH CLASS REPRESENTATIVE DEPOSED IN THE LITIGATION, AND $2,500 FOR EACH CLASS REPRESENTATIVE WHO WAS NOT DEPOSED IN THE LITIGATION — WE ARE THE ONES WHO WERE INJURED AND HAVE INDURED MEDICAL HARDSHIPS & MENTAL LOSSES. I RESPECTIVELY REQUEST THAT THE COURT BE FAIR AND REASONABLE TO ALL ATHLETES WHO HAVE SUFFERED SUCH HARDSHIPS AND FINANCIAL LOSS DUE TO SAID CONDITIONS.
I WILL NOT BE ABLE TO ATTEND THE FAIRNESS HEARING.

RESPECTFULLY

John W. Devereux Jr.    08/29/2017