UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL COLLEGIATE ATHLETIC ASSOCIATION STUDENT-ATHLETE CONCUSSION LITIGATION | MDL No. 2492<br><br>Master Docket No. 13-cv-09116<br><br>Judge John Z. Lee |

**STATEMENT OF OBJECTION OF MARISSA SPINAZZOLA, ON BEHALF OF A PUTATIVE SUBCLASS OF ACTIVE WOMEN LACROSSE PLAYERS, TO AMENDED SETTLEMENT AGREEMENT AND NOTICE OF INTENTION TO APPEAR AT FAIRNESS HEARING**

Marissa Spinazzola ("Ms. Spinazzola"), a Settlement Class Member, by her undersigned counsel, pursuant to Fed. R. Civ. P. 23(e) and the Court's Preliminary Approval Order (ECF No. 278), as amended by the Court's August 1, 2017 Minute Entry (ECF No. 432), objects on behalf of a putative subclass of active Women Lacrosse Players to the Second Amended Class Action Settlement Agreement and Release dated May 20, 2016 ("Amended Settlement"), as not fair, reasonable or adequate as applied to Women Lacrosse Players for the reasons set forth more fully in the Statement of Objection of Samantha Greiber, On Behalf of a Putative Subclass of Women Lacrosse Players, To Amended Settlement Agreement (ECF No. 450) ("Greiber Objection"), which Ms. Spinazzola adopts and incorporates herein. The undersigned counsel respectfully request that Ms. Spinazzola's Objection be consolidated and heard with the Greiber Objection. Pursuant to the Court's Preliminary Approval Order (ECF No. 278), ¶ 32, as amended by the Court's August 1, 2017 Minute Entry (ECF No. 432), Ms. Spinazzola provides the following additional information and notice:

1

1.Ms. Spinazzola is presently a student-athlete at Mercy College, where she plays NCAA Division II women's lacrosse. Ms. Spinazzola has played NCAA Division II lacrosse for Mercy College from 2015 through at least the Preliminary Approval Date, and continues to do so. As such, Ms. Spinazzola is a member of the Settlement Class and the Contact Sports Subclass.

2.Ms. Spinazzola has sustained concussions playing lacrosse and believes that women lacrosse players should wear protective helmets, but are not sufficiently educated about protective helmets and the health and safety benefits that they provide.

3.Ms. Spinazzola intends to make an appearance at the Fairness Hearing to state her perspective as part of her objection to the proposed Amended Settlement.

4.The undersigned counsel intend to make an appearance at the Fairness Hearing for the purpose of objecting, on behalf of Ms. Spinazzola, as well as on behalf of Ms. Greiber and a putative class of Women Lacrosse Players, to the proposed Amended Settlement on the grounds set forth in the Greiber Objection.

Respectfully submitted,

Dated:  September 15, 2017/s/ Aron U. Raskas
Arnold M. Weiner
Aron U. Raskas
Barry L. Gogel
RIFKIN WEINER LIVINGSTON LLC
2002 Clipper Park Road, Suite 108
Baltimore, Maryland 21211
410-769-8080 Telephone
410-769-8811 Facsimile
aweiner@rwllaw.com
araskas@rwllaw.com
bgogel@rwllaw.com

2

Alan M. Rifkin
RIFKIN WEINER LIVINGSTON LLC
225 Duke of Gloucester Street
Annapolis, MD 21401
 (410) 269-5066 Telephone
(410) 269-1235 Facsimile
arifkin@rwllaw.com


Charles S. Fax
RIFKIN WEINER LIVINGSTON LLC
7979 Old Georgetown Road, Suite 400
Bethesda, MD 20814
301-951-0150 Telephone
301-951-0172 Facsimile
cfax@rwllaw.com

Roy L. Mason
SMOUSE & MASON, LLC
502 Washington Avenue, Suite 710
Towson, Maryland  21204
410-269-6620 Telephone
443-991-4573 Facsimile
rlm@smouseandmason.com


*Counsel for Objector Marissa Spinazzola*

## CERTIFICATION AND SIGNATURES OF OBJECTOR

I, Marissa Spinazzola, hereby adopt and submit the forgoing Statement of Objection (incorporating the Greiber Objection) as my Objection pursuant to the Preliminary Approval Order.

September 14, 2017

*Marissa Spinazzola*
Marissa Spinazzola
82 Beacon Hill Drive 1A3
Dobbs Ferry, NY 10522
631-428-7551

## CERTIFICATE OF SERVICE

I hereby certify that, on this 15th day of September, 2017, a true and correct copy of the foregoing document was filed electronically on the Court's CM/ECF system, which caused notice to be sent to all counsel of record.

                 /s/ Aron U. Raskas