UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL COLLEGIATE ATHLETIC ASSOCIATION STUDENT-ATHLETE CONCUSSION LITIGATION | MDL No. 2492 <br><br> Master Docket No. 13-cv-09116 <br><br> Judge John Z. Lee |

**STATEMENT OF OBJECTION OF LACEY DONLON**
**TO AMENDED SETTLEMENT AGREEMENT**
**AND NOTICE OF INTENTION TO APPEAR AT FAIRNESS HEARING**

Lacey Donlon ("Ms. Donlon"), by her undersigned counsel, pursuant to Fed. R. Civ. P. 23(e) and the Court's Preliminary Approval Order (ECF No. 278), as amended by the Court's August 1, 2017 Minute Entry (ECF No. 432), objects to the Second Amended Class Action Settlement Agreement and Release dated May 20, 2016 ("Amended Settlement") as not fair, reasonable or adequate as applied to Women Lacrosse Players for the reasons set forth more fully in the Statement of Objection of Samantha Greiber, On Behalf of a Putative Subclass of Women Lacrosse Players, To Amended Settlement Agreement (ECF No. 450) ("Greiber Objection"), which Ms. Donlon adopts and incorporates herein. The undersigned counsel respectfully request that Ms. Donlon's Objection be consolidated and heard with the Greiber Objection. Pursuant to the Court's Preliminary Approval Order (ECF No. 278), ¶ 32, as amended by the Court's August 1, 2017 Minute Entry (ECF No. 432), Ms. Donlon provides the following additional information and notice:

1.    Ms. Donlon was a student at St. Joseph's College in Patchogue, New York, where she played NCAA women's lacrosse (Division III) in intercollegiate fall play in 2013. This was an NCAA-sanctioned sport as, among other things, the NCAA Women's Lacrosse Rules

Committee issued a September 19, 2013 Memorandum to Head Women's Lacrosse Coaches and Officials governing "2013 Fall Ball." *See* Exhibit 1 hereto. As such, Ms. Donlon is a member of the Settlement Class and the Contact Sports Subclass.

2.     Ms. Donlon has sustained concussions playing lacrosse and desired to wear a helmet when she played at St. Joseph's College, but the NCAA Women's Lacrosse Rules made the use of such helmets illegal at that time that she played. Ms. Donlon believes that women lacrosse players should wear protective helmets, but the NCAA still does not require such helmets for women, nor does it sufficiently educate student-athletes about protective helmets and the health and safety benefits that they provide.

3.     Ms. Donlon intends to make an appearance at the Fairness Hearing for the purpose of objecting to the proposed Amended Settlement on the grounds set forth in the Greiber Objection, as adopted herein.

3.     The undersigned counsel intend to make an appearance at the Fairness Hearing for the purpose of objecting, on behalf of Ms. Donlon, as well as Ms. Greiber and a putative class of Women Lacrosse Players, to the proposed Amended Settlement on the grounds set forth in the Greiber Objection.

Respectfully submitted,

Dated: September 15, 2017

*/s/ Aron U. Raskas*

Arnold M. Weiner
Aron U. Raskas
Barry L. Gogel
RIFKIN WEINER LIVINGSTON LLC
2002 Clipper Park Road, Suite 108
Baltimore, Maryland 21211
410-769-8080 Telephone
410-769-8811 Facsimile
aweiner@rwllaw.com
araskas@rwllaw.com
bgogel@rwllaw.com

Alan M. Rifkin
RIFKIN WEINER LIVINGSTON LLC
225 Duke of Gloucester Street
Annapolis, MD 21401
 (410) 269-5066 Telephone
(410) 269-1235 Facsimile
arifkin@rwllaw.com


Charles S. Fax
RIFKIN WEINER LIVINGSTON LLC
7979 Old Georgetown Road, Suite 400
Bethesda, MD 20814
301-951-0150 Telephone
301-951-0172 Facsimile
cfax@rwllaw.com

Roy L. Mason
SMOUSE & MASON, LLC
502 Washington Avenue, Suite 710
Towson, Maryland  21204
410-269-6620 Telephone
443-991-4573 Facsimile
rlm@smouseandmason.com


*Counsel for Objector Lacey Donlon*

## CERTIFICATION AND SIGNATURES OF OBJECTOR

I, Lacey Donlon, hereby adopt and submit the forgoing Statement of Objection

(incorporating the Greiber Objection) as my Objection pursuant to the Preliminary Approval

Order.

September 13, 2017

Lacey Donlon
55 County Greens Drive
Bellport, NY 11713
516-456-8379

4

## CERTIFICATE OF SERVICE

I hereby certify that, on this 15th day of September, 2017, a true and correct copy of the foregoing document was filed electronically on the Court's CM/ECF system, which caused notice to be sent to all counsel of record.

*/s/ Aron U. Raskas*