FILED
SEP 20 2017
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

September 15, 2017

Clerk of the Court
United States District Court for the Northern District of Illinois
219 South Dearborn Street
Chicago, IL 60604

Steve W. Berman, Esq.
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, Washington 98101

Mark S. Mester, Esq.
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, Illinois 60611

**Re:** National Collegiate Athletic Association Student-Athlete Concussion Litigation
Case No. 1:13-cv-09116

SACLI-20572743-3

To whom it may concern:

I, Robert Smith, attended college at The University of Southern Mississippi from 2009 to 2013. While enrolled, I was an active member of the Southern Miss football team for all four years. I am not represented by counsel, however, I would like to opt out/"exclude myself" from the settlement. I will not be in attendance for the Fairness Hearing. I do not believe that this particular settlement will be beneficial to me in regards to the injuries I sustained while playing NCAA football.

If you should have any questions or concerns, please do not hesitate to contact me.

Robert A. Smith
308 Clarendon Street
Petal, MS 39401
(601) 384-7581