```
 1                IN THE UNITED STATES DISTRICT COURT
                     NORTHERN DISTRICT OF ILLINOIS
 2                          EASTERN DIVISION

 3
   IN RE:  NATIONAL COLLEGIATE      )  Docket No. 13 C 9116
 4 ATHLETIC ASSOCIATION STUDENT-    )
   ATHLETE CONCUSSION INJURY        )  Chicago, Illinois
 5 LITIGATION,                      )  August 23, 2017
                                    )  9:15 o'clock a.m.
 6

 7              TRANSCRIPT OF PROCEEDINGS - MOTION
                 BEFORE THE HONORABLE JOHN Z. LEE
 8
   APPEARANCES:
 9
   For the Plaintiffs:          HAGENS BERMAN SOBOL SHAPIRO, by
10                              MS. ELIZABETH A. FEGAN
                                455 North Cityfront Plaza Drive
11                              NBC Tower - Suite 2410
                                Chicago, Illinois 60611
12
   For Defendant NCAA:          LATHAM & WATKINS, by
13                              MR. MARC B. KLEIN
                                330 North Wabash Avenue
14                              Suite 2800
                                Chicago, Illinois 60611
15

16

17

18

19

20                     ALEXANDRA ROTH, CSR, RPR
                         Official Court Reporter
21                     219 South Dearborn Street
                              Room 1224
22                       Chicago, Illinois 60604
                            (312) 408-5038
23

24

25
```

```
 1        (Proceedings had in open court:)
 2             THE CLERK:  13 C 9116, NCAA Student-Athlete Concussion
 3   Injury Litigation.
 4             MS. FEGAN:  Good morning, your Honor.  Elizabeth Fegan
 5   for plaintiffs.  This is our motion for leave to pay notice --
 6             MR. KLEIN:  Good morning, your Honor.  Marc Klein for
 7   the NCAA.
 8             THE COURT:  Okay.  This is the motion for leave to pay
 9   notice program expenses from the settlement fund.  The request
10   is that I authorize the payment of 1,090,616.73 from the
11   settlement fund to Gilardi, Gilardi & Co LLC, who has been the
12   notice administrator.
13             Is there any objection to the motion?  Have you heard
14   any objection to the motion?
15             MR. KLEIN:  No objection, your Honor.
16             MS. FEGAN:  We have not, no.
17             THE COURT:  Very well.  The motion is granted.
18             MS. FEGAN:  Thank you very much.
19             THE COURT:  Thank you.
20        (Which were all the proceedings heard in this case.)
21
22
23
24
25
```

1              CERTIFICATE

2       I HEREBY CERTIFY that the foregoing is a true, correct

3 and complete transcript of the proceedings had at the hearing

4 of the aforementioned cause on the day and date hereof.

5

6   /s/Alexandra Roth                              9/6/2017
  _____          _____
7   Official Court Reporter                        Date
    U.S. District Court
8   Northern District of Illinois
    Eastern Division