**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

|  |  |
|---|---|
| **IN RE: NATIONAL COLLEGIATE ATHLETIC ASSOCIATION STUDENT-ATHLETE CONCUSSION LITIGATION** | MDL NO. 2492<br><br>Master Docket No. 13-cv-09116<br><br><br>Judge John Z. Lee<br><br>Magistrate Judge Geraldine Soat Brown |

**DECLARATION OF ELIZABETH A. FEGAN IN SUPPORT OF PLAINTIFFS'
MOTION FOR FINAL APPROVAL OF SECOND AMENDED CLASS SETTLEMENT**

      1.      I, Elizabeth A. Fegan, am a partner at Hagens Berman Sobol Shapiro LLP, have full knowledge of the matters set forth herein, and could and would testify hereto if necessary.

      2.      Attached are true and correct copies of the following exhibits:

| Exhibit | Description |
|---|---|
| 1. | Objection of Malcolm Campbell |
| 2. | Objection of Maria Fagan |
| 3. | Objection of Paul Krepinski |
| 4. | Objection of Gerry Paul Little |
| 5. | Objection of Carrie Murphy |
| 6. | Objection of Reuben David Patino |
| 7. | Objection of Anthony Plastino |
| 8. | Objection of Hans Standgaard |
| 9. | Objection of Anita Jeffrey, M.D. |
| 10. | Letter of Support from Maggie Carper |
| 11. | Letter of Support from Kelly Roderick |
| 12. | Letter of Support from Marc Steven Elliott |
| 13. | Letter of Support from Letice (Jones) Jolley |
| 14. | Email from Elizabeth Fegan dated August 24, 2017 |

- 1 -

I declare that the foregoing is true and correct to the best of my knowledge.

Dated:  September 29, 2017

_/s/ Elizabeth A. Fegan_
Elizabeth A. Fegan

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that on September 29, 2017, a true and correct copy of the foregoing was filed electronically via CM/ECF, which caused notice to be sent to all counsel of record.

By: ___/s/ Elizabeth A. Fegan___
         Elizabeth A. Fegan

- 3 -