# Exhibit 1

"National Collegiate Athletic Association Student-Athlete Concussion Injury Litigation" Settlement

Malcolm Campbell
Phone number: 323.432.0279
Address: 5482 Wilshire Blvd. L.A., CA 90036
Email:   **malcolm9100@gmail.com**

**I, Malcolm Campbell OBJECT**. What is this. If I knew what I know now, playing sports in the NCAA would have been different for me. The NCAA has mislead me. Graduating from high school it's my dream to play for a D1 NCAA School team because NCAA sports teams get a lot of broadcast through TV. or even anywhere advertised. Graduating from high school, I wanted to be on ESPN playing on a top ranked NCAA basketball team. I attended NCAA D1, the University of Hartford in Connecticut (year 2007-2009), and NCAA D2, University of Alaska Anchorage in Alaska (year 2009-2010) on full basketball scholarships.

     There are huge disadvantages to this sport attending to play for the NCAA that I was unaware of, before receiving this settlement notice. Upon signing scholarship papers for the NCAA, their should be a page in all NCAA scholarship papers when a player commits and/or signs with a University, so that the athlete is fully aware of what's long-term effects could possibly happen.

     I have symptoms that are unexplainable, BUT thanks to the "National Collegiate Athletic Association Student-Athlete Concussion Injury Litigation" settlement. Most of my life during and after participating in the NCAA is explained in the "National Collegiate Athletic Association Student-Athlete Concussion Injury Litigation" settlement.

     I was unaware of the injuries I experienced (a few listed below from doctors notes). Prior to playing for the NCAA being flown out on college visits, the facilities, and trainers looked assuring to me that my health will have top care. I question the NCAA if they have a rating scale to make a University NCAA bound. Are the facilities, and employees rated?

     Or do they just become NCAA because the school deserves it. "Would you cross the street without looking both ways?" Well athletes such as myself only **see** one way when crossing that street. I see one goal (to win a basketball championship). I see one team (my team). Looking the other way now, it's impossible for me to have seen the aftermath prior to, or in present playing for the NCAA. I was only able to look one way when signing my NCAA basketball scholarships. How do I become aware of the aftermath.

<u>Doctors notes explained:</u>

(page 2)
Had pain in my ankle from working out (A lot of times, it doesn't matter how much there pain is felt on an area of the body, playing for an NCAA school I was taught to thrive on

Pp.1

by my head coach. Scholarships could be taken away if too much pain was experienced from an athlete, and work wasn't produced to show what I was signed full scholarship for)

(page 7 & 8)
I would get dizzy during practice from running
At the doctors for knee pain I experienced while working-out (basketball) doing some jumping exercises, leaping, diving, and jumping were required)

(page 17 & 18)
Back at the doctors office for having knee pain (in basketball once I step foot on court, I was taught by my coaches to always keep my knees bent to move faster in any direction when intended)

   The doctors notes explanation jotted down on pp.1 isn't nothing compared to what I've experienced as an NCAA athlete. Those are just a few doctors notes from my injuries. Majorly my "doctor" was the schools trainer. The trainer gave the Coach the "OKs" for me to continue to play a sport, or back to playing a sport from health problems I experienced. Their decision was based off of background training, and the physical appearance of my injury. No x-ray or MRIs, depending on the situation.
   I've gained arthritis in my knees while playing for the NCAA. Something that could have been preventing that would be allowing the trainer facility to have an MRI or X-Ray room, and allowing everyone to be on the same in-shape routine but on different levels. Everyone that signs with an NCAA school is different, meaning everyone's not in the same shape, and it takes time to get in good shape (depends what the Coach thinks good shape is), it can't happen in a week for me, which I felt like was the situation. (Example) for me, because I'm tall, I should not have to worry about in practice running in the gym under certain time limits (timing) in certain workout. Our body fat should be measured from multiple areas, my/our vertical, the trainers, or other employees should try their best to really understand each athlete.
   Besides having head athletic trainers, there should be people that monitor all employees how they work. NCAA has a huge name in the world. Athletes are recruited from all around the world. My position (Center) is where I post up near the rim, and the objective is because the ball is near the rim, when I catch the basketball offensively, to try and make the basket in the rim, as the defensive increases. Anything is bound to happen. Majority of the time on the basketball court, I face the rim and try to push through my opponent to get to the rim, while other defenders try to come and defend. Look at my free throw percentages from both NCAA schools .
   Free throws happen because someone is fouled, that person is allowed to shoot the shot from the free throw line without defense/contact. I've had many bruises all over my body from taking impacts to my body, many blows to my head, not to including having my lip busted open many times bleeding while performing for the NCAA. There are unlimited ways I got a concussions while playing in the NCAA whether it's going to steal

Pp.2

the basketball on the court during practice, or in a game having contact with the defender, rebounding the ball offensively, or defensively, or even having a turnover (when someone tries to steal the ball from me).

      Statistics sheets do not include my first year, or any year listed with "the University of Hartford" as a red shirt alongside in practice (which was about five days out the week, four to five hours long. I had my chance of being televised through ESPN for the NCAA. Will the NCAA have their chance right now to compensate me for my injuries. As an ex-NCAA athlete who has, and still is experiencing side effects from playing in the NCAA such as having arthritis, and experiencing concussions for three years, I should be compensated for my injuries. I need help healing what has happened to me threw my playing career. I will attend the next Fairness Hearing if I can, once updated when it is, from the "National Collegiate Athletic Association Student-Athlete Concussion Injury Litigation" settlement group. If the settlement is passed, as an ex-NCAA athlete who has experienced these concussions and who is living with these side effects for who knows how long they lasts.).

      It's a mess, and all I ask from the NCAA in return for my leadership of representing the NCAA well is to be **compensated** for my injuries. I never did any smoking, drinking, drugs, or involve any type of inappropriate behavior, but I need a sports psychologist, and sports therapist. In the amount of $30,000 this would allow to help **me** better understand why I have anger problems (emotional) from having so many concussions while playing in the NCAA. The amount listed is beyond reasonable. Were talking about my life. Even after a hospital visit, the hospital reaches out, via mail, email, and/or phone to ask how the visit was and sometimes even rate a questionnaire about the visit to help better the company.

Everything listed on Pp.1 to Pp.3 is true:

Name: Malcolm Campbell

X _____

Pp.3

23. **How do I object to the Settlement?**

If you do not exclude yourself from the Settlement Class, you may object to the Settlement or the award of Attorneys' Fees and Costs. The Court will consider your views. To object, you or your attorney must submit your written objection to the Court. The objection must include the following:

- The name of the case and multi-district litigation, *In re National Collegiate Athletic Association Student-Athlete Concussion Litigation*, Case No. 1:13-cv-09116;
- Your name, address, telephone number, and, if you are represented by counsel, the name, address and telephone number of your counsel;
- The name of the NCAA member school(s) at which you participated in NCAA-sponsored sport(s), the NCAA-sponsored sport(s) in which you participated and the years during which you participated;
- A written statement of your objections, including any facts or law you wish to bring to the Court's attention;
- Any other supporting papers, materials or briefs that you want the Court to consider in support of your objection;
- A statement of whether you intend to appear at the Fairness Hearing; and
- If you intend to appear at the Fairness Hearing through counsel, the identity of the attorney(s) representing you who will appear at the Fairness Hearing.

You must send via U.S. Mail copies of the objection to each of the following addresses, postmarked no later than March 10, 2017:

| Clerk of Court<br>United States District Court for the<br>Northern District of Illinois<br>219 South Dearborn Street<br>Chicago, IL 60604 | Steve W. Berman, Esq.<br>HAGENS BERMAN SOBOL<br>SHAPIRO LLP<br>1918 Eighth Avenue<br>Suite 3300<br>Seattle, Washington 98101<br>*Settlement Class Counsel* | Mark S. Mester, Esq.<br>LATHAM & WATKINS LLP<br>330 North Wabash Avenue<br>Suite 2800<br>Chicago, Illinois 60611<br>*Counsel for the NCAA* |

The requirements to object to the Settlement are described in detail in the Second Amended Settlement Agreement in Section XIII(C).

24. **How do I ask the Court to exclude me from the Settlement?**

To exclude yourself from the Settlement (or "opt out" of the Settlement), you must mail a letter or other written document to the Notice Administrator. Your request for exclusion must include:

- Your name, address, and telephone number;
- The name of the NCAA member school(s) at which you participated in NCAA-sponsored sport(s), the NCAA-sponsored sport(s) in which you participated and the years during which you participated;
- A statement that "I wish to exclude myself from the Settlement Class in *In re National Collegiate Athletic Association Student-Athlete Concussion Litigation*, Case No. 1:13-cv-09116" (or substantially similar clear and unambiguous language); and,
- Your signature by hand (not any form of electronic signature), and the date on which you signed it (even if you are represented by an attorney).

You must mail your exclusion request, postmarked no later than March 10, 2017, to:

**NCAA Student-Athlete Concussion Injury Litigation**
**Notice Administrator**
**c/o Gilardi & Co LLC**
**PO Box 43414**
**Providence, RI 02940-3414**

Further, if you are a current NCAA student-athlete on or after six (6) months after the Effective Date and your school fails to put in place a concussion management plan within six (6) months of the Effective Date, you will have a second opportunity to opt-out so long as you do so within twelve (12) months of the Effective Date.

Exclusions, or opt-outs, shall be allowed on an individual basis only, and "mass" or "class" opt-outs are not allowed. If you do not timely submit an exclusion request including all of the above information, you will be bound by the Settlement and all of your claims for any of the Released Claims will be released. If you validly and timely request exclusion from the Settlement Class, you will not be bound by the Final Order and Judgment entered in this Litigation. Excluding yourself means you cannot receive any of the Settlement benefits or comment upon the Settlement, but you will be able to file a lawsuit on your own behalf.

Concussion or mild traumatic brain injury (mTBI) has been defined as "a complex pathophysiological process affecting the brain, induced by traumatic biomechanical forces." Although concussions most commonly occur after a direct blow to the head, they can occur after a blow elsewhere in the body that transmits forces to the head. Sometimes, athletes refer to hits that result in concussions as getting "dinged" or having their "bell rung."

According to the experts retained by Class Counsel and the Class Representatives, when a concussion occurs, there is a traumatically induced alteration of brain function that may include a rapid onset of cognitive impairment (e.g., impairment to the mental processes of perception, learning, memory, judgment, and reasoning). Most times, the short-term effects of the concussion spontaneously resolve.

Other concussion symptoms include: amnesia, confusion, nausea, loss of consciousness, balance problems or dizziness, double or fuzzy vision, sensitivity to light or noise, headache, feeling sluggish, foggy or groggy, feeling unusually irritable, concentration or memory problems, or slowed reaction time.

You may have suffered a concussion if you experienced any of these symptoms while playing an NCAA sport, even if you were not formally diagnosed with a concussion. You do **not** need to have lost consciousness to have suffered a concussion.

Top

7. **What is a subconcussive hit?**

Subconcussive hits, or impacts, do not produce any clinical concussion symptoms, but may adversely affect brain function in the same way symptomatic concussions do. Some published data reflecting high school and college football players who did not exhibit clinical signs of concussion and did not report symptoms of concussion but nonetheless had physiological and structural changes to the brain suggest the possibility that subconcussive hits can lead to changes in the brain that are similar to those observed in concussed players.

Top

8. **Do concussions only occur in football?**

Many people associate concussion with football. However, concussions can occur in any sport, including most often in a range of contact sports, including but not limited to men's and women's soccer, ice hockey, basketball, field hockey, lacrosse and wrestling.

Top

## 2007-08 Men's Basketball Roster

*Malcolm Campbell — Redshirt*

| # | Name | Pos | Yr | Ht | Wt | Hometown | High School | Previous |
|---|---|---|---|---|---|---|---|---|
| 1 | Jaret von Rosenberg | G | Jr. | 6-2 | 185 | Mission, TX | Sharyland | Collin County |
| 2 | Warren McLendon | F | Jr. | 6-6 | 250 | Dublin, GA | West Laurens | The Citadel |
| 3 | Michael Turner | G/F | Jr. | 6-5 | 215 | Novato, CA | Marin Catholic | West Valley |
| 5 | Tambo Barrow | G | Jr. | 6-0 | 190 | Boston, MA | Boston Latin Academy | |
| 10 | Andres Torres | G | Fr. | 5-10 | 170 | Guaynabo, Puerto Rico | Colegio Adianez | MS Accounting and Taxation |
| 11 | Brian Glowiak | G | Sr. | 6-3 | 180 | New Britain, CT | New Britain | |
| 12 | Clint Kuban | G | Jr. | 6-2 | 185 | Bethel, CT | Bethel | |
| 15 | David Bookman | F | So. | 6-7 | 225 | Fort Worth, TX | Southwest | |
| 22 | Rich Baker | G | Sr. | 6-1 | 180 | Frederick, MD | Montrose Christian | |
| 23 | Morgan Sabia | F | Fr. | 6-8 | 200 | San Anselmo, CA | Sir Francis Drake | |
| 24 | Joe Zeglinski | G | So. | 6-0 | 185 | Philadelphia, PA | Archbishop Ryan | |
| 25 | Anthony Minor | F | Fr. | 6-6 | 200 | Philadelphia, PA | Plymouth Whitemarsh | |
| 31 | Kevin Estes | F | Fr. | 6-7 | 230 | Richmond, VA | Benedictine | |

### Coaching Staff

| Name | Title |
|---|---|
| John Gallagher | Associate Men's Basketball Coach |
| Chris Gerlufsen | Assistant Men's Basketball Coach |
| Elliott Broadnax | Assistant Men's Basketball Coach |










# HARTFORD

SEARCH 🔍

TEAMS // TICKETS // INSIDE ATHLETICS // RECRUITS // SHOP // DONATE // UNIVERSITY
// // // // //

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 1 | Jaret von Rosenberg | G | Sr. | 6-2 | 185 | Mission, TX | Sharyland | Collin County |
| 2 | Charles White | G | Fr. | 6-1 | 170 | Philadelphia, PA | Simon Gratz | |
| 3 | Michael Turner | G/F | Sr. | 6-5 | 215 | Novato, CA | Marin Catholic | West Valley |
| 4 | Malcolm Campbell | C | Fr. | 6-9 | 255 | Los Angeles, CA | Fairfax | |
| 11 | Andres Torres | G | So. | 5-10 | 170 | Guaynabo, Puerto Rico | Colegio Adianez | MS Accounting and Taxation |
| 12 | Clint Kuban | G | Sr. | 6-2 | 185 | Bethel, CT | Bethel | |
| 15 | David Bookman | F | Jr. | 6-7 | 225 | Fort Worth, TX | Southwest | |
| 21 | Genesis Maciel | F/C | Fr. | 6-9 | 250 | Los Angeles, CA | Compton Centennial/Worcester Acad. | |
| 22 | Drake U'u | G/F | Fr. | 6-5 | 210 | Sacramento, CA | Rio Americano | |
| 23 | Morgan Sabia | F | So. | 6-8 | 200 | San Anselmo, CA | Sir Francis Drake | |
| 24 | Joe Zeglinski | G | Jr. | 6-0 | 185 | Philadelphia, PA | Archbishop Ryan | |
| 25 | Anthony Minor | F | So. | 6-6 | 200 | Philadelphia, PA | Plymouth Whitemarsh | |
| 31 | Kevin Estes | F | So. | 6-7 | 230 | Richmond, VA | Benedictine | |
| 32 | Clayton Brothers | G | Fr. | 6-1 | 170 | Philadelphia, PA | Roxborough | |
| 33 | Anthony Panebianco | G | Fr. | 6-4 | 210 | Jupiter, FL | St. Thomas More | |

**Coaching Staff**

| | |
|---|---|
| Drew Dawson | Assistant Men's Basketball Coach |
| Chris Gerlufsen | Assistant Men's Basketball Coach |
| Elliott Broadnax | Assistant Men's Basketball Coach |
| Jason Ivey | Director of Basketball Operations |

     

```
$ = Philly Hoop Group Classic (neutral games at The Palestra in Philadelphia, PA)
% = ESPNU BracketBusters
& = America East Championship (Albany, NY)


ATTENDANCE SUMMARY        GAMES    TOTALS   AVG/GAME
   HOME....................  12     17090     1424
   AWAY....................  17     50747     2985
   NEUTRAL.................   4      8360     2090
   TOTAL...................  33     76197     2309
```

## Season Box Score

```
                     2008-09 Hartford Men's Basketball Stats
                      Hartford Season Box Score (as of Jul 22, 2009)
                                    All games

   RECORD:            OVERALL       HOME        AWAY       NEUTRAL
   ALL GAMES........  (7-26)        (4-8)       (1-16)     (2-2)
   CONFERENCE.......  (2-14)        (2-6)       (0-8)      (0-0)
   NON-CONFERENCE...  (5-12)        (2-2)       (1-8)      (2-2)
```

```
                            |---TOTAL---| |---3-PTS---|          |----REBOUNDS----|
## Player              GP-GS Min--Avg FG-FGA  Pct  3FG-FGA  Pct  FT-FTA  Pct Off Def Tot  Avg PF FO   A  TO Blk Stl  Pts  Avg
24 Zeglinski, Joe.....  10-10  341 34.1  54-137 .394  33-90  .367  12-19 .632  14  41  55  5.5 24  0  24   9   0  13  153 15.3
   Conference-Only..     0-0    0  0.0   0-0  .000   0-0  .000   0-0  .000   0   0   0  0.0  0  0   0   0   0   0    0  0.0
01 von Rosenberg, Jare 33-33 1264 38.3 133-345 .386 49-180 .272 108-128 .844  34 113 147  4.5 66  1 116  83   1  48  423 12.8
   Conference-Only..    16-16  637 39.8  64-181 .354 26-107 .243  46-56 .821  18  56  74  4.6 35  0  58  42   1  25  200 12.5
03 Turner, Michael.... 33-32 1077 32.6 120-288 .417 56-149 .376  73-96 .760  45 160 205  6.2 120 9  81  74   6  52  369 11.2
   Conference-Only..    16-16  582 36.4  67-169 .396  35-94 .372  39-50 .780  33  91 124  7.8 57  3  34  36   1  32  208 13.0
23 Sabia, Morgan...... 32-31  976 30.5 121-302 .401 56-171 .327  40-59 .678  26 113 139  4.3 85  4  23  54  19  13  338 10.6
   Conference-Only..    15-15  459 30.6  52-139 .374  24-80 .300  19-29 .655  12  50  62  4.1 39  2  10  24  13   6  147  9.8
21 Maciel, Genesis.... 32-8   625 19.5  69-174 .397  18-54 .333  34-46 .739  18  67  85  2.7 63  1  25  43  10   7  190  5.9
   Conference-Only..    15-7   339 22.6  32-93 .344  10-31 .323  18-25 .720  10  38  48  3.2 30  0  16  23   8   2   92  6.1
11 Torres, Andres..... 32-17  933 29.2  60-172 .349  26-98 .265  23-36 .639  18  49  67  2.1 89  5  94  68   0  51  169  5.3
   Conference-Only..    15-11  477 31.8  27-94 .287  12-53 .226  15-25 .600  13  26  39  2.6 52  5  44  30   0  22   81  5.4
31 Estes, Kevin....... 25-11  327 13.1  35-70 .500   1-3  .333  10-13 .769  13  31  44  1.8 59  0  18  29   7   4   81  3.2
   Conference-Only..    10-4   127 12.7  16-31 .516   0-0  .000   4-5  .800   7  14  21  2.1 23  0   5  12   3   2   36  3.6
25 Minor, Anthony..... 28-8   352 12.6  32-59 .542   0-0  .000  19-37 .514  23  26  49  1.8 68  4  16  31   4  12   83  3.0
   Conference-Only..    13-2   136 10.5  13-20 .650   0-0  .000   7-11 .636  10   8  18  1.4 28  2   4   9   3   3   33  2.5
22 U'u, Drake......... 18-5   199 11.1  20-69 .290   6-43 .140   6-12 .500   8  23  31  1.7 23  0   5  19   1   7   52  2.9
   Conference-Only..     6-3   103 17.2   9-32 .281   2-18 .111   4-6  .667   4  11  15  2.5 10  0   3   7   0   4   24  4.0
32 Brothers, Clayton.. 33-5   422 12.8  28-86 .326  11-34 .324  15-28 .536  10  26  36  1.1 60  4  18  30   1   7   82  2.5
   Conference-Only..    16-4   280 17.5  18-54 .333  10-23 .435  10-15 .667   7  13  20  1.3 42  3  12  21   1   6   56  3.5
15 Bookman, David..... 18-5   124  6.9  18-36 .500   0-2  .000   8-14 .571   6  14  20  1.1 21  1   5  13   3   1   44  2.4
   Conference-Only..     7-2    79 11.3  16-21 .762   0-0  .000   6-10 .600   3   9  12  1.7 11  1   3   7   1   0   38  5.4
04 Campbell, Malcolm..  7-0    25  3.6   3-7  .429   0-0  .000   1-4  .250   2   4   6  0.9  2  0   0   0   2   0    7  1.0
   Conference-Only..     0-0    0  0.0   0-0  .000   0-0  .000   0-0  .000   0   0   0  0.0  0  0   0   0   0   0    0  0.0
12 Kuban, Clint.......  7-0    10  1.4   2-9  .222   2-8  .250   1-2  .500   0   1   1  0.1  2  0   0   0   1   0    7  1.0
   Conference-Only..     3-0     6  2.0   0-5  .000   0-4  .000   1-2  .500   0   1   1  0.3  1  0   0   0   0   0    1  0.3
   TEAM...............                                                       56  60 116  3.5  1      7                 0
   Conference-Only..                                                         28  29  57  3.6  1      2                 0
   -------------------------------------------------------------------------------------------------------------------------
   Total.............  33  6675       695-1754 .396 258-832 .310 350-494 .709 273 728 1001 30.3 683 29 425 460  54 216 1998 60.5
   Conference-Only..   16  3225       314-839 .374 119-410 .290 169-234 .722 145 346  491 30.7 329 16 189 213  31 102  916 57.2
   -------------------------------------------------------------------------------------------------------------------------
   Opponents.........  33  6675       765-1699 .450 256-700 .366 530-768 .690 358 860 1218 36.9 520  - 458 473 116 198 2316 70.2
   Conference-Only..   16  3225       353-804 .439 100-293 .341 263-369 .713 175 412  587 36.7 262  4 203 219  51  90 1069 66.8


   SCORE BY PERIODS:                    1st    2nd     OT    OT2    Total
```



Back Row (left-to-right): Drew Robinson, Bryce Arnott, Aaron Stevens, Malcolm Campbell, Liam Gibcus, Nick Pacitti, Donnie Lao, Ryan Rock, Jesse Blandford. Front Row (l-r): Steve White, Kevin White, assistant coach Casey Reed, head coach Rusty Osborne, assistant coach Ryan Orton, student assistant Chris Neal, Brandon Walker, Casey Robinson.

## UAA BASKETBALL-M - 2009-10 ROSTER

**SEASON:** 2009 ▼

LIST VIEW ▶

**UAA BASKETBALL-M - 2009-10 COACHES**

Rusty Osborne - Head Coach *5 years*
Ryan Orton - Assistant Coach *1st Year*
Casey Reed - Graduate Assistant Coach



Your Local Alaska Ford Store is a proud sponsor of the University of Alaska, Anchorage
Your Local Alaska Ford Store | BuyFordNow.com




KTVA ALASKA


Alaska Business


GCI


WELLS FARGO


Alaska AIRLINES

|         |     |       |      |
|---------|-----|-------|------|
| HOME    | 15  | 25655 | 1710 |
| AWAY    | 10  | 6923  | 692  |
| NEUTRAL | 2   | 110   | 55   |
| TOTAL   | 27  | 32688 | 1211 |

## Overall Team Statistics

| | | |
|---|---|---|
| **SCORING** | 1915 | 1735 |
| Points per game | 70.9 | 64.3 |
| Scoring margin | +6.7 | - |
| **FIELD GOALS-ATT** | 672-1481 | 603-1406 |
| Field goal pct | .454 | .429 |
| **3 POINT FG-ATT** | 211-580 | 181-534 |
| 3-point FG pct | .364 | .339 |
| 3-pt FG made per game | 7.8 | 6.7 |
| **FREE THROWS-ATT** | 360-504 | 348-490 |
| Free throw pct | .714 | .710 |
| **REBOUNDS** | 951 | 786 |
| Rebounds per game | 35.2 | 29.1 |
| Rebounding margin | +6.1 | - |
| **ASSISTS** | 415 | 377 |
| Assists per game | 15.4 | 14.0 |
| **TURNOVERS** | 373 | 377 |
| Turnovers per game | 13.8 | 14.0 |
| Turnover margin | +0.1 | - |
| Assist/turnover ratio | 1.1 | 1.0 |
| **STEALS** | 165 | 181 |
| Steals per game | 6.1 | 6.7 |
| **BLOCKS** | 52 | 80 |
| Blocks per game | 1.9 | 3.0 |
| **WINNING STREAK** | 1 | - |
| Home win streak | 1 | - |
| **ATTENDANCE** | 25655 | 7033 |
| Home games-Avg/Game | 15-1710 | 10-692 |
| Neutral site-Avg/Game | - | 2-55 |

| | | | |
|---|---|---|---|
| Alaska Anchorage | 863 | 1052 | 1915 |
| Opponents | 790 | 945 | 1735 |

## Season Box Score

| | | | | |
|---|---|---|---|---|
| ALL GAMES | (17-10) | (10-5) | (5-5) | (2-0) |
| CONFERENCE | (8-8) | (5-3) | (3-5) | (0-0) |
| NON-CONFERENCE | (9-2) | (5-2) | (2-0) | (2-0) |

| Player | G | GS | Min | Avg | FG | FGA | FG% | 3P | 3PA | 3P% | FT | FTA | FT% | OR | DR | TR | Avg | PF | FO | A | TO | BL | ST | PTS | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Walker, Brandon | 27 | 27 | 932 | 34.5 | 147 | 289 | .509 | 34 | 99 | .343 | 88 | 122 | .721 | 53 | 91 | 144 | 5.3 | 60 | 1 | 64 | 46 | 14 | 23 | 416 | 1 |
| Campbell, Malcolm | 11 | 11 | 225 | 20.5 | 64 | 113 | .566 | 0 | 0 | .000 | 34 | 59 | .576 | 23 | 38 | 61 | 5.5 | 31 | 0 | 6 | 20 | 8 | 4 | 162 | 1 |
| Robinson, Casey | 27 | 27 | 752 | 27.9 | 109 | 236 | .462 | 66 | 162 | .407 | 39 | 50 | .780 | 38 | 65 | 103 | 3.8 | 72 | 1 | 43 | 34 | 7 | 26 | 323 | 1 |
| White, Kevin | 27 | 26 | 788 | 29.2 | 68 | 189 | .360 | 47 | 131 | .359 | 36 | 55 | .655 | 23 | 89 | 112 | 4.1 | 42 | 1 | 74 | 49 | 2 | 20 | 219 | |

# KAISER PERMANENTE

WEST LA MEDICAL CENTER L
6041 CADILLAC AVE
LOS ANGELES CA 90034-1702

## Result Date - 11/10/2007 (continued)

### Result History (continued)

XR KNEE, LEFT, STANDING, 1 OR 2 VIEWS on 11/10/2007

### Transcription

| Type | ID | Date and Time | Author |
|---|---|---|---|
| Diagnostic imaging | 24602827 | 11/8/2007  5:02 PM | Hsu, Christopher Ta-Wei (M.D.) |

Signed by Hsu, Christopher Ta-Wei (M.D.), MEDICAL DOCTOR on 11/10/07 at 0907

```
LEFT KNEE                      11-06-07

FINDINGS:   Frontal view of both knees and lateral view of the left
knee demonstrate no evidence of acute fracture or dislocation.  Mild
degenerative changes are noted in both knees with spurring of the
tibial spines and slight mild narrowing of the medial joint
compartment bilaterally.  No suprapatellar joint effusion identified
in the left knee.

IMPRESSION:   No  acute fracture or dislocation, mild degenerative
changes of both knees particularly involving the medial joint
compartment.
```

Display only: Transcription (24602827) on 11/8/2007  5:02 PM by Hsu, Christopher Ta-Wei (M.D.)

### Order Providers

| Authorizing | Encounter | Billing |
|---|---|---|
| Ashoorzadeh, Kambiz (D.O.) | Ashoorzadeh, Kambiz (D.O.) | Ashoorzadeh, Kambiz (D.O.) |

### Order Information

| Date | Department | Ordering/Authorizing |
|---|---|---|
| 11/6/2007 | FAMILY PRACTICE  PERDIEM | Ashoorzadeh, Kambiz (D.O.) |

### Associated Diagnoses

ANKLE JOINT PAIN.

### Result Information

| Status | Provider Status |
|---|---|
| Final result (11/10/2007  1:40 PM) | Reviewed |

## Result Date - 11/10/2007

### Narrative

```
Special View?->NONE
```

### Lab and Collection

XR ANKLE, LEFT, AP, LAT, OBL, 3 VIEW on 11/6/2007

### Result History

Kaiser Permanente                                                                                        Page 2

**KAISER PERMANENTE**  WEST LA MEDICAL CENTER U
6041 CADILLAC AVE
LOS ANGELES CA 90034-1702

---

**Result Date - 7/18/2009 (continued)**

<u>Progress Notes by Lee, Jean Hwajin (M.D.) at 8/15/2008 9:51 AM (continued)</u>

| | | |
|---|---|---|
| HGB | 14.1 | 12/09/2003 |
| HCT AUTO | 41.3 | 12/09/2003 |
| PLT'S AUTO | 431 | 12/09/2003 |

No results found for this basename: CHOL,TG,HDL,LDLCALC,LDL,CHOLHDL,LDLDIRECT


**ASSESSMENT AND PLAN:**
V70.0C HEALTH CHECK UP, ADULT (primary encounter diagnosis)


**Orders Placed This Encounter**
CBC NO DIFF
ALT, SERUM
ELECTROLYTES, SERUM
CREATININE, SERUM
LIPID PANEL
GLUCOSE, FASTING
For school athletics-will refer to cardiology to evaluate dizziness. For now do not exercise and stop if noting any symptoms.
Self refer to optometry
Sunscreen; safe sex
Discussed risk and benefits and answered all questions.
If applicable, recommend smoking cessation.
Screening recommendation per guidelines.
Return to clinic as instructed or as needed.


<u>Progress Notes by Lang, Daniel T (M.D.) at 8/25/2008 2:22 PM</u>

| | | |
|---|---|---|
| Author: Lang, Daniel T (M.D.) | Service: (none) | Author Type: Physician |
| Filed: 8/28/2008 9:17 AM | Note Time: 8/25/2008 2:22 PM | Note Type: Progress Notes |
| Status: Signed | Editor: Lang, Daniel T (M.D.) (Physician) | |


<u>History</u>:
INITIAL CARDIOLOGY CONSULTATION

Reason for Consult: pt is 6 foot 9 inches and notes dizziness when playing basketball for 2.5 hours and lasts for 15-20 mins. he denies any syncope. please evaluate for school athletic program.
Referring Physician: JEAN HWAJIN LEE MD, MEDICAL DOCTOR

SUBJECTIVE
Malcolm C Campbell is a 18 year old male without significant medical problems.
Patient came alone for appt.

Cardiac Studies:
- EKG: 8-15-2008 sinus bradycardia without other abnormalities.

(8/28/2008)Patient complains of : patient on the basket ball team in college in Conn. Presently sophomore in college and

Kaiser Permanente                                                                                                 Page 7

**KAISER PERMANENTE**   WEST LA MEDICAL CENTER U
6041 CADILLAC AVE
LOS ANGELES CA 90034-1702

---

## Result Date - 7/18/2009 (continued)

### Progress Notes by Lang, Daniel T (M.D.) at 8/25/2008 2:22 PM (continued)

first year basket ball.
No significant issues. Some dizziness in the beginning of basket ball practice. Now completely resolved. Patient states he was probably not in good enough shape for the practice. Patient had has been playing without problems.
Denies chest pain, dyspnea on exertion.
Exercise Capacity: Excellent

CARDIAC HISTORY:
Past CardiacHistory: none
Normal childhood development.
One younger brother without issues.
No surgeries.

MEDICATIONS:
Current outpatient prescriptions:
TRIAMCINOLONE ACETONIDE 0.1 % TOP CREA, APPLY TO AFFECTED AREA BID, Disp: 80, Rfl: 0
PROAIR HFA 90 MCG/ACTUATION INHL HFAA, SHAKE WELL AND INHALE 2 PUFFS ORALLY EVERY 6 HOURS AS NEEDED FOR SHORTNESS OF BREATH OR WHEEZING, Disp: 8.5, Rfl: 0
FLUTICASONE 50 MCG/ACTUATION NASL AERO SPRAY, USE 1 SPRAY IN EACH NOSTRIL DAILY, Disp: 16, Rfl: 3
ELIDEL 1 % TOP CREA, AP BID, Disp: 60, Rfl: 2
TRIAMCINOLONE ACETONIDE 0.1 % TOP OINT, AP BID, Disp: 80, Rfl: 2

ALLERGIES:

No Known Drug Aller*
Social History
 Marital Status: Unknown       Spouse Name:
 Years of Education:           Number of children:

Occupational History
 None on file

Social History Main Topics
 Tobacco Use: Never
 Alcohol Use: No
 Drug Use: No
 Sexual Activity: Not on file

Other Topics       Concern
 None on file

Social History Narrative
 None on file


ROS Cardiovascular: no family history of cardiac issue, no family history of sudden death.
ROS General: no syncopy, no bleeding , no pulm, no asthma.

History Reviewed:

I have reviewed the Medical/Surgical, Family and Social history as displayed in HealthConnect on the date of the encounter or the portion(s) as noted in the progress note.


Kaiser Permanente                                                                                 Page 8

**KAISER PERMANENTE**  WEST LA MEDICAL CENTER L
6041 CADILLAC AVE
LOS ANGELES CA 90034-1702

---

### Result Date - 7/18/2009 (continued)

#### ED Provider Notes by Ramirez, Dorian (M.D.) at 7/17/2009 7:31 PM (continued)

(Kaiser members call 1-800-954-8000 to arrange your appointment).
3. Return to Emergency Department for increased pain, shortness of breath, fever, vomiting, inability to tolerate food or liquid.

I discussed the diagnosis and treatment plan with the patient. All questions were answered satisfactorily by the patient who confirmed understanding of all instructions at this time.

DORIAN RAMIREZ MD
West LA Kaiser Permanente Emergency Department
7/17/2009


#### Progress Notes by Dinani, Aleem S (P.T.) at 7/31/2009 9:20 AM

| Author: Dinani, Aleem S (P.T.) | Service: (none) | Author Type: PHYSICAL THERAPIST |
|---|---|---|
| Filed: 7/31/2009 9:52 AM | Note Time: 7/31/2009 9:20 AM | Note Type: Progress Notes |
| Status: Signed | Editor: Dinani, Aleem S (P.T.) (PHYSICAL THERAPIST) | |

History

ROS

PE Text: Not used

Physical Exam


Knee Evaluation

SUBJECTIVE
Malcolm C Campbell is a 19 year old male who presents with L knee pn improved 95%. Pt states he was working out and doing jumps when he felt pn below the knee. Pt went to triage and was told to cont with the ice regimen. Pt cont to work out without pain. Only feels mild after the work out which subsides.
Patient rates pain at minimial/10.
Mechanism of injury: jumping
Aggravating Factors: improved now only after work out
Easing Factors: ice
Occupation: student b/ball
Activities: running, wts, b/ball training
Functional Limitations: able to return to function
Disability: none
Refer to patient medical records for PMH, Imaging, and medication list.

OBJECTIVE

**KAISER PERMANENTE**     WEST LA MEDICAL CENTER U
6041 CADILLAC AVE
LOS ANGELES CA 90034-1702

---

Result Date - 7/18/2009 (continued)

Progress Notes by Dinani, Aleem S (P.T.) at 7/31/2009 9:20 AM (continued)

Palpation/Observation: no ttp patellar/quad tendon bursae
Accessory Motion: wfl PAT glides wfl.
Neuro: nt
DTR's: nt
ROM
1) Knee Extension-Flexion (R) wfl° (L) wfl°

MMT
1) Quads (R) wfl/5 (L) wfl/5 mild pn with resistance
2) Hamstrings (R) nt/5 (L) nt/5
3) Glut med (R) nt/5 (L) nt/5
4) Glut max (R) nt/5 (L) nt/5
Special Tests: Valgus nt, varus nt, anterior drawer nt, McMurray's nt, 2x limb squat nt
Gait/Posture:nt

Treatment: 1) pt 95% better with ice
2) educated on tendonitis and healing. T/E avoid the jumping and high impact running. Jog and wts are okay. Cont ice after ex. Based on post ex pn return to running and jumps
Response Rx:verbalsied understanding
Patient Instructions: Given handouts for exercises as described for home exercise program // needs practice.

ASSESSMENT
Malcolm C Campbell is a 19 year old male presents with possible patellar tendonitis which has improved.
Impairements:none
Prognosis: good

Plan: discharged with education

Eval time:925-935
Rx time:935-950
Total time:925-950

Ordering physician:
Please document your approval of the plan of care by co-signing this initial assessment note. If you do not approve the plan, please notify the therapist of disapproval and/or modification to the plan.

ALEEM S DINANI PT

---

**END OF REPORT**

---

PRIOR TO SENDING ANY MAIL, PLEASE SEND A NOTICE/UPDATE TO ME VIA PHONE OR EMAIL SO THAT I CAN EXPECT MAIL FROM THIS SETTLEMENT,

**THANK YOU**

Malcolm Campbell
5482 Wilshire Blvd.
L.A., CA. 90036

Mark S. Meder Esq.
LATHAM & WATKINS LLP
330 North Wabash Avenue
Suite 2800
Chicago, Illinois 60611
(counsel for the NCAA)