# Exhibit 2

August 3, 2017

RECEIVED
AUG 0 8 2017
HAGENS BERMAN

To Whom It May Concern,

I object to the terms of this settlement as I feel there needs to be an amendment made to the polices that are being implemented in the area of treatment. Please consider the following information to make a more definitive treatment plan regarding mental health for those who have suffered and/or continue to suffer from Post-Concussion Syndrome.

It has been about five years since I accidentally put my cell phone in with the cold cuts in the refrigerator; I never realized the satisfaction of a ringing ham slice until that precise moment. It is within this situation where the innate skill of laughter helped soothe my forgetfulness. I am thankful I find a tremendous amount of solace in this skill.

It was just two weeks ago when someone asked me how old my beautiful son was. In this common exchange, I answered "A year and one month." When this stranger then asked me when my son's birthday was, I felt a dark veil of familiar disappointment loom over me... a one-way ticket to the lonely island of, "I can't remember." The more I tried to locate the answer, the heavier the veil became; I immediately felt like I was miles away from this simple and important response. The guilt, shame and discomfort was paralyzing. This was one of the most profound "forgetful" moments I have experienced to date, although they all tend to deliver similar feelings on different levels. Despite these debilitating feelings, I reached into my "tool kit." Not only did I own this moment, I have learned to "pause" when feeling heightened to find comfort in the skills I have developed and strengthened through practice over the years. These skills help me to focus, locate, process and communicate information effectively. When we extinguish our innate skills, we gravitate toward learned skills. These learned skills help bring resolve to any form of a challenge which will hopefully in turn allow one to rise above these residual symptoms as opposed to succumbing to defeat. Skills are the key. Proper skills will unlock the memory vault.

The new policy of "...having medical personnel with training in the diagnosis, treatment and management of concussions present at games and practices is important..." however I feel it is missing a crucial piece. I feel very strongly about providing a stronger emphasis on need for mental health management systems, not just the identification but the follow up. It is essential for the student-athletes that get diagnosed with PCS to have the university, coaches, teammates, family members as well as the on campus counseling support staff educated on what this diagnosis consists of and the potential residual mental health side effects.

Aside from the physical and cognitive symptoms, there are potential behavioral symptoms of depression, anxiety and mood swings. Once the concussed athlete feels better, the first thing they want to do is jump back into playing. It is in their blood. It is their passion. It is a part of how they define and identify themselves. This is a major concern as emotional/behavioral symptoms have the potential to get pushed to the side as they are masked with the "high" of getting back into the game. How are the residual symptoms of mood swings, anxiety and depression being monitored and for how long? After "sitting out" for an extended amount of time, the ego takes a blow and the athlete jumps "back in" trying to make up for lost time. How often are these student-athletes slowing down to check in with themselves at this point? Here are some common questions following concussions that need be addressed with the student athlete should they be out for an extended period of time.

Am I letting my team down?
Am I letting my coach down?
I've trained so hard all year, am I going to lose my spot? Can I ever recover?
Will my scholarship be effected? If it is, will I have to transfer out of school?
What will I do next?
What am I without this sport?
Am I experiencing the residual symptoms?
How am I affected by it personally? Academically? Athletically?

It needs to be mandated that each student-athlete that experiences a concussion to seek therapy each week the concussion is present and continue the therapeutic monitoring for at least the year. As there is no conclusive evidence stating how long each person will experience these symptoms, the university will be granting the student-athlete the tools to find comfort in seeking professional support and this will force the student-athlete to take responsibility for their own mental health. When the student-athlete graduates... then what? They are immediately placed into a professional world that knows nothing of the accomplishments, the blood, sweat, tears and sacrifice it took to get there; the professional world will never know the struggle of how much power and energy it took to function during the day. There is also that looming fear of 'what if they knew the struggle you faced daily? Would you lose your job?' The spinning chair of the processing and focus it takes for the work day questions, the work flow, remaining professional and not emotional, balancing time management and prioritizing; the list grows deeper when you lack the skills to maintain it all. Once the professional day is complete, what about needing to recharge after you get home from work? How the family and/or relationships you grow into needs to be comfortable and compassionate with the special needs of the support that coincides with this diagnosis? Most importantly, if you don't even know these prolonged symptoms exist, how could you even expect

others to understand? Setting these students up for mental health support will not only give them tools, it will change their quality of life.

With mandating therapy into this policy, it will allow the university to expand their in house resources. There is a free campus counseling department that students rarely even recognize is there for them. Unfortunately, when one is forced to develop a new major coping mechanism that hasn't fully been developed (for example being removed from the sport itself and not having another outlet lined up), when this reality is striped for an undetermined amount of time, boredom sets in and substance abuse can sneak in very quickly. Given the age group and environment, there is even more of a concern with this form of monitoring. By integrating mandatory therapy into this policy, it would acknowledge that mental health *is* important and something that needs to be practiced and used in a routine to gain the benefits from. Not only would attending therapy normalize the symptoms for the student-athlete, but it would provide opportunity to appropriately address the mood swings, embarrassment, and difficulty in rewiring of the executive functioning that is blocked. Individualized counseling would give the counselor the opportunity to teach sound coping mechanisms, especially geared towards breathing and centering techniques through meditation. It would also give the counselor an opportunity to create an action plan following graduation on how to locate a therapist and how insurance plays a roll in this conversation. It takes a lot of introspection to acknowledge you need therapy and people generally wait to find one when they are in extreme need of it. Having a structured action plan in place will only guide this student to success and place a strong point of taking responsibility in this process.

I was one of the lucky ones. I kept looking for help. I knew in my core something was wrong. I know in my heart that my university did everything they knew to be best, they were always supportive to me and the healing process following my concussions, however, what I have learned through this process is that I ultimately was the one who needed to persevere to find out how to manage the residual symptoms. The migraines were unbearable following graduation. The dizzy spells while working, the falling asleep while driving, the anxiety, mood swings, the locked jaw from grinding and clenching while sleeping; I needed help. Working full time as a teacher and coach, I still look back amazed as to how I was even able to function. There was a period time where I felt depressed, lost, heavy embarrassment and on top of it, every time I went to a doctor, the symptoms were deemed to be made up or unfounded. It was at one of my lowest points that I finally crossed paths with one doctor that believed me and had the knowledge to diagnose me with Post Concussion Syndrome. It was through his guidance and his staff that I learned about the benefits of breathing properly, going to therapy, the benefits of vitamins and the importance nutrition places on fueling your body appropriately. My favorite tool that I have learned from this practice was the power of support. I will forever be grateful this this doctor and his staff as they changed my path in life. This doctor introduced me to Heart Math Institute (Inner Balance), which is one of the

most powerful tools in teaching a person how to breathe properly. As an athlete and counselor, I assumed I gained enough knowledge through experience in how to "breathe" properly, but only found myself amazed how incorrect I had been all this time. Inner Balance has taught me the importance of Heart Rate Variability and to actually recognize that I had not been in coherence, which once understood, I was able to identify, manage and balance those "fight or flight" moments. Everyone needs this tool, especially PCS survivors. I also collected skills from neurofeedback with word retrieval to help me in those "lost" moments as well. "Slowing down" is essential in living with these symptoms.

Without the knowledge and guidance of my therapist in identifying my cognitive responses vs. my emotional reactions, I would not have been able to tell the crumbling mother in me to relax when I couldn't recall my own son's birthday and allow my cognition to surpass my emotional reaction. My gratitude for him and his practice have given me overall compassion for myself in learning to live with my challenges. I am forever grateful for his practice as well as without these skills, I wouldn't be able to have the confidence to overcome these challenges as a person, a mother, a wife and a school counselor. These skills are detrimental to everyone especially the PCS population.

Maintaining positive mental health takes a lot practice in routine and energy. When people don't know the work that goes along with these symptoms they tend to immediately gravitate towards the "quick fix" of prescription drugs. I began with Lexapro to help with the anxiety and following the birth of my first child, when post-partum depression kicked in, the only thing I felt was best was to go to was Zoloft. For three years of 100 mg of Zoloft, I still felt overwhelmed and the Band-Aid was just growing larger. When I got pregnant with my second child, I reflected on a conversation with my doctor about how one day I could be free from medication and learn to work with myself through breathing tools. I remember dismissing this thought as life felt good without emotions for the time being, however, this thought was always planted in my brain since then, and one day I felt the confidence to challenge the emotions I was facing and to be comfortable with the "uncomfortable" emotions. Developing skills is not easy, however, it is NECESSARY. With this perspective in the back of my mind and the weekly support from my therapist, I have used Inner Balance techniques, physical activity, introspection, meditation, essential oils and nutrition as my impetus to be the best version of myself.

What we are really searching for here is the "quality of life." It is time to take this diagnosis by the horns and learn that it cannot be solved but it can be managed by overcoming the setbacks through developing sound coping mechanisms through self-growth. People are going to need this help. Their future families, relationships, professions will depend on their mental health as they all become a part of their story. This policy has the opportunity to help to set people up for success through support services; I fear that if this

opportunity of not defining support services for student-athletes in need when they are in a vulnerable place, it will only put them on a blind, lonely, confusing road. It is my intention that with the information I have outlined in this letter, there is a consideration for addressing the importance and personal responsibility it takes to maintain mental health needs… with a simple amendment made within this policy, the soul of the driven, passionate student-athlete can still thrive through the next phase of their lives…the quality of life resides within the quality of support and learned skills.

Thank you for your consideration!


Sincerely,

*Maria Fagan* [signature]

Maria Fagan
MariaFagan14@gmail.com
845-596-5408

Maria Fagan
15 Lincoln Avenue
Rutherford, New Jersey 07070

Steve W. Berman, Esq.
Hagens Berman Sobol Shapiro, LLP
1918 Eighth Avenue, Suite 3300
Seattle, Washington 98101

98101-121425