# Exhibit 3

7-09-17

Gilardi & Co LLC
P O Box 43414
Providence RI 02940-3414

Re: My claim, NCAA Student-Athlete Concussion Injury Litigation

Dear Gilardi & Co:

I'm writing in response to the Legal Notice post card I recently received from you regarding the Proposed Settlement of Class Action and Fairness hearing for Medical Monitoring and Release of Claims.

I'm writing to ask you to plead to the court that this settlement is woefully inadequate for me, a college football player from August 1975 through November 1980, who has already been diagnosed with Post-Concussion Syndrome. What would be fair to me and the others who have been suffering the consequences of the brain damage caused by playing collegiate football is being awarded additional, more useful relief such as in monetary compensation and/or payment for ongoing medical and psychological care and treatment.

I was diagnosed long ago, so providing screening and medical evaluations is unfair to me. I never went on to play pro football, so my damage can only be the attributed of my collegiate career which was under the auspices of the NCAA. There has to be 10's of 1000's of other college players who have the same circumstance as me and the NCAA has responsibility to be fair to all of us damaged, not just the un-diagnosed!

I urge you to please represent those of us in this situation and seek the additional damages as I've specified above to truly help us out! Diagnosis would certainly helpful to those who are unaware they have been damaged, but the settlement doesn't go far enough. I could spend hours sharing with you the negative consequences of my brain injury in terms of financial, career, personal relationships, opportunity losses and so on that I have suffered while the NCAA financially reaped benefits gained at my physical and mental expense. It's hard to explain and for someone who hasn't been through this to understand, but the pain and suffering has had, and continues to have, overarching consequences to every aspect of my life.

Thank you for your time and I hope you will truly try to help me and others like me with a fair and adequate settlement rather than the deplorably insufficient proposed settlement as it stands at this point.

Sincerely,

*[signature]*

Paul A. Krepinski
5044 Eckert Circle
Castle Rock CO 80104



5044 SDCRS CIRCLE
CAS*[illegible], CA [illegible]

14 JUL 2017 PM 6 L

NCAA STUDENT-ATHLETE
CONCUSSION INJURY LITIGATION
C/O GILARDI & CO LLC
P.O. BOX 43414
PROVIDENCE RI 02940-3414

02940-341414