# Exhibit 4



**Freeholder Gerry P. Little**
**Ocean County Board of Chosen Freeholders**

---

3/3/17

1. In re NCAA Student-Athlete Concussion Litigation Case No: 1-13-cv-09116

2. Hon. Gerry P. Little
   259 N 9th St
   Surf City, NJ 08008-5339
   ★ PROUD SUPPORTER OF THE USO ★
   phone: 609-494-7323

3. Bloomsburg State College (now Univ.) Football – 1966-1968

4. Players receive medical evaluation. A gaggle of attorneys split up millions. I object.

5. No supporting briefs.

6. Attend hearing? No.

7. Not represented by Attorney.

Thank you for your consideration.

*Gerry P. Little*

**Freeholder Gerry P. Little**
**Ocean County Board of Chosen Freeholders**

SOUTH JERSEY NJ 080
04 MAR 2017 PM 2 T


USA FOREVER

Mark S. Mester, Esq.
Latham & Watkins LLP
330 North Wabash Ave
Suite 2800
Chicago, Illinois 60611

**Freeholder Gerry P. Little**



Hon. Gerry P. Little
259 N 9th St
Surf City, NJ 08008-5339

★ SUPPORT OUR TROOPS ★