# Exhibit 5

**Thalia Rojas**

| | |
|---|---|
| **From:** | Receptionist <Receptionist@hbsslaw.com> |
| **Sent:** | Monday, February 27, 2017 8:24 AM |
| **To:** | Chris O'Hara |
| **Cc:** | Heidi Waggoner |
| **Subject:** | FW: NCAA Big West |

Thanks,

Eddie

Receptionist | **Hagens Berman Sobol Shapiro LLP** | Direct:

---

**From:** Carrie Murphy [mailto:carriemurphy25@yahoo.com]
**Sent:** Saturday, February 25, 2017 3:08 PM
**To:** contactus@hbsslaw.com
**Subject:** NCAA Big West

I do not agree with the settlement with the NCAA concussion litigation and have been trying to reach out for 6 months.

I played in the Big West in California ....my coach, trainers, and athletic department handled my injuries improperly. When I called the NCAA for help a rude employee told me she did not know what to do. This is not right toward female athletics.

My life has been affected with inability to concentrate at a job and now have PTSD.  The medical monitoring will not be enough for me and the treatment I need on top of expenses I cannot earn for daily living.

I asked a listed law firm with this issue in Chicago to help me but my memory can only recall so much, he lied to me.

An athlete patient that has symptoms 10 years after injuries is still being ignored and is disgusting.

The NCAA and the BIG WEST need re-examine the athletes who played soccer immediately, some are not living healthy lives because of the misleading coaches made up policy. Coach Keith West and the Admin of that time year 2005,2006,2007,2008. California State U Northridge.


Carrie Murphy
805 624 2582
Director of Operations WPSL