# Exhibit 7

JONES, GREGG,
CREEHAN & GERACE LLP

ATTORNEYS AT LAW

ANTHONY J. PLASTINO, II, OF COUNSEL
ALSO ADMITTED IN WV & DISTRICT OF COLUMBIA
BOARD CERTIFIED PA W.C. LAW SPECIALIST
(412) 261-6400
ajp@jgcg.com



January 26, 2017

*VIA U.S. FIRST CLASS MAIL*
*AND EMAIL: INFO@COLLEGEATHLETECONCUSSIONSETTLEMENT.COM*

NCAA Student-Athlete Concussion Injury Litigation
c/o Gilardi & Co. LLC
P.O. Box 43414
Providence, RI 02940-3414

    RE:    IN RE NATIONAL COLLEGIATE ATHLETIC ASSOCIATION
              STUDENT-ATHLETE CONCUSSION INJURY LITIGATION
              CASE NO. 1:13-CV-09116
              SACL1-20099726-2
              OBJECTION LETTER

To Whom It May Concern:

Enclosed please find a copy of the Class Action Notice we received on January 12, 2017 in the above matter.

I started and played Varsity Football for Susquehanna University all four (4) years of college from 1972-1975. My sophomore year I started both ways on offense and defense. I am age 62. My son also played in college as will be discussed below.

With all due respect, we both object to the amount of the settlement as it is woefully inadequate for all the players and subsequent disability and problems they have suffered as a result of football or other college sports related head trauma. We would ask the parties and the Court to please reconsider and substantially increase the amount of this settlement for the benefit of these players.

As my son, Anthony J. Plastino, III, age 25, also played Varsity Football for Mercyhurst University from 2009 to 2012. If not done so already, please add

NCAA Student-Athlete Concussion Injury Litigation
January 26, 2017
Page 2

JGC&G

him to the Class Action and send him a Notice. His address is also 213 Doubletree Drive, Venetia, PA 15367 for this purpose.

Please also send us a copy of the Screening Questionnaire as soon as possible.

If you have any questions, please contact me. Thank you for your kind attention to this matter.

Very truly yours,

Anthony J. Plastino, II

AJP/lap

Enclosure

cc: Anthony J. Plastino, III *(w/enc.)*

NCAA Student-Athlete Concussion Injury Litigation
c/o Gilardi & Co. LLC
P.O. Box 43414
Providence, RI 02940-3414

Rec'd 1/12/17

Presorted
First-Class Mail
US Postage
PAID
Permit #177
New Brunswick, NJ

D-03-0079125

**LEGAL NOTICE**

*In re National Collegiate Athletic Association Student-Athlete Concussion Injury Litigation,*
Case No. 1:13-cv-09116 (United States District Court for the Northern District of Illinois)

**NOTICE OF PROPOSED SETTLEMENT OF CLASS ACTION AND FAIRNESS HEARING FOR MEDICAL MONITORING AND RELEASE OF CLAIMS**

If You Are a Current or Former Student-Athlete Who Played An NCAA-Sanctioned Sport at an NCAA School At Any Time Through July 15, 2016,

Your Rights May Be Affected by a Class Action Lawsuit

**SACL1**



Postal Service: Please Do Not Mark Barcode

SACL1-20099726-2

478733 777 25 ************AUTO**5-DIGIT 15314
Anthony Plastino
213 Doubletree Dr
Venetia PA 15367-1439

### WHAT IS THIS LAWSUIT ABOUT?

A Settlement, subject to court approval, has been reached in a class action lawsuit called *In re National Collegiate Athletic Association Student-Athlete Concussion Injury Litigation*, Case No. 1:13-cv-09116 (N.D. Ill.). It is pending in the United States District Court for the Northern District of Illinois.

The lawsuit claims that the NCAA was negligent and breached its duty to protect all current and former student-athletes by failing to adopt appropriate rules regarding concussions. The lawsuit seeks medical monitoring relief to diagnose possible long-term effects of concussions or the accumulation of sub-concussive hits for all current and former student-athletes. The lawsuit also seeks changes to the NCAA's concussion management and return-to-play guidelines. The NCAA denies these allegations and denies it did anything wrong. If the Court does not approve the Settlement, the NCAA will argue, among other things, that the case should not be a class action. The Court has not decided whether or not Defendant did anything wrong.

### WHO IS INCLUDED?

You are a Class Member and included in the Settlement if you played an NCAA-sanctioned sport at an NCAA school at any time up to July 15, 2016.

### WHAT DOES THE SETTLEMENT PROVIDE?

The NCAA has agreed to a Medical Monitoring Fund of $70,000,000, which, after deducting administrative costs, and attorneys' fees and expenses, will fund the screening of Class Members as well as medical evaluations for those Class Members who qualify as a result of the screening during the 50-year Medical Monitoring Program. The medical evaluations will be designed to assess symptoms related to persistent post-concussion syndrome, as well as cognitive, mood, behavioral, and motor problems that may be associated with mid- to late-life onset diseases that may be linked to concussions and/or subconcussive hits, such as Chronic Traumatic Encephalopathy and related disorders. In addition, the NCAA has committed $5,000,000 to fund research regarding the prevention, diagnosis, care, and management of concussions and mid- to late-life neurodegenerative disease. The NCAA has also agreed to change its policies and procedures for concussion management and return to play. You can download the Second Amended Settlement Agreement from www.collegeathleteconcussionsettlement.com or call the toll-free number listed below and request one.

### WHO REPRESENTS YOU?

The Court appointed the law firms Hagens Berman Sobol Shapiro LLP and Siprut PC to represent you. You do not have to pay these attorneys or anyone else to participate. They will ask the Court for attorneys' fees and costs, which would be paid from the Medical Monitoring Fund. You may hire your own lawyer to appear in Court for you; if you do, you have to pay that lawyer.

### WHAT ARE YOUR OPTIONS?

- **Do Nothing and Remain in the Settlement.** If you do nothing, you are considered a participant in the Settlement. You will be bound by all Court orders. If the Settlement is approved, certain potential legal claims you may have against the NCAA will be resolved and forever released. Also, if the Settlement is approved, you will have the opportunity to complete a screening questionnaire to determine whether you qualify for up to two medical evaluations during the 50-year medical monitoring period.

- **Opt Out ("Exclude Yourself")** from the Settlement. You must submit a written request to Opt Out of the Class and the Settlement to the Notice Administrator. The complete, signed Opt-Out request must be mailed to the Notice Administrator postmarked no later than March 10, 2017. However, if you are a current NCAA student-athlete on or after 6 months after the Effective Date and your school fails to put in place a concussion management plan within six months of the Effective Date, you will have a second opportunity to opt-out so long as you do so within 12 months of the Effective Date.

- **Object or Comment on the Settlement.** Written objections must be filed and served no later than March 10, 2017. You give up your right to sue and are bound by Court orders even if your objection is rejected. If you file an objection, you may appear at the Fairness Hearing to explain your objection, but you are not required to attend.

The Court will determine whether to approve the Settlement and attorneys' fees and expenses at a Fairness Hearing to be held on May 5, 2017, at 10 a.m., at the Everett M. Dirksen United States Courthouse for the United States District Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois. You may attend this hearing if you wish, but you do not have to attend in order to participate in the proposed Settlement.

### HOW CAN I GET MORE INFORMATION?

If you have questions or want to complete a Screening Questionnaire:

*Visit:* www.collegeathleteconcussionsettlement.com; *Call:* 1-877-246-8935;

*Write:* In re: NCAA Student-Athlete Concussion Injury Litigation, c/o Gilardi & Co. LLC, PO Box 43414, Providence, RI 02940-3414