# Exhibit 8

26681 Cassidy Lane
Davis, CA 95616
January 17, 2017

Clerk of the Court
United States District Court for the Northern District of Illinois
219 South Dearborn Street
Chicago, IL 60604

Subject: In re National Collegiate Athletic Association Student-Athlete Concussion Litigation, Case No. 1:13-cv-09116

Dear Sirs,

As a swimmer and rower who attended University of California at Davis in the 1980's and competed in the NCAA, I object to the proposed class action settlement I was informed of via a post card on January 17, 2017. The only ones benefitting here are the lawyers, $15,000,000 for them out of a proposed $70,000,000 settlement is ridiculous. Participating in a sport in college was one of the highlights of my college experience, I accepted the risks that I might hurt myself by participating and no, I didn't play football, but swimmers and water polo players probably have as many concussions as football players due to collisions with each other and the pool walls. The risks associated with concussions are now well known and I believe adequate precautions are being taken in all college sports today. This lawsuit only serves to fatten the lawyers pockets by going after the large profits that come in from collegiate spectator sports like football and basketball. This money grab by greedy lawyers should be stopped dead in its tracks.

Sincerely,

Hans Strandgaard
file: ncaaletter1-17-17