# Exhibit 10

**From:** Customer Service <customer+service@emailconfirmationdelivery.com>
**Date:** August 8, 2017 at 8:58:32 PM CDT
**Cc:** <beth@hbsslaw.com>, <dank@hbsslaw.com>, <tomm@hbsslaw.com>, <forms@hbsslaw.com>
**Subject: FORM: NCAA Concussions**
**Reply-To:** <donotreply@emailconfirmationdelivery.com>

---

Aug 8, 2017 18:58:30 PDT

## FORM: NCAA Concussions

Below are the form questions/answers:

| | |
|---|---|
| **First name/Last name** | Margaret Carper |
| **Phone** | (937) 604-4137 or (937) 643-9019 |
| **Email** | mcarper@sbcglobal.net |
| **Preferred Contact Method** | EMAIL |
| **Address 1** | 859 Broadview Boulevard |
| **Address 2** | (field not answered) |
| **City** | Dayton |
| **Select a State** | OH - Ohio |
| **Zip** | 45419-3639 |
| **How Did You Hear About This Case/Investigation?** | I was notified of Case No. 1:13-CV-09116 (US District Court for the Northern District of Illinois) by US Mail. |
| **How Has This Issue Affected You?** | Concussions I sustained as a varsity athlete at the University of Arizona have negatively affected my life intellectually, emotionally, professionally and socially; it is not possible to exaggerate how much my life changed in many absolutely awful ways, as a consequence of "having my bell rung" as it was called back in the '70s....Still, it means so much to me that you folks took up this cause. I am truly thankful that your firm was willing to dedicate you attorneys and the firm's resources to concussion litigation. You folks gave me a voice! Reading the Court's Legal Notice and reviewing your firm's "NCAA Concussions" link has moved me to tears.... I hope that some day I can shake your hands and thank you so much for speaking for me and securing the possibility that I can participate in concussion screening and |

1



|   |   |
|---|---|
|   | hopefully undergo medical evaluation(s) under the settlement you folks are securing for those of us who have carried thi! s very, very heavy load. In conclusion, I am sorry about all the cliches I've tossed around here; but how awful for me that much of my post-concussions life has been reduced to a big cliche... Anyway, thank you so so so much for your time, effort and you continued hard work, loyalty and fidelity to "us." Maggie Carper (Mrs. Matt Carper) University of Arizona, Class of 1981 Dayton, Ohio |
| / | • Email updates about this case |
| / | (field not answered) |
| / | (field not answered) |
| / | (field not answered) |

Please do not reply to this email. This mailbox is not monitored and will not receive a response.