# Exhibit 11

RECEIVED
JAN 31 2017
HAGENS BERMAN LLP

Kelly Roderick
2150 Lane Woods Drive
Columbus, Ohio 43221

Steve W. Berman, Esq.
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, Washington 98101

January 27, 2017

Dear Mr. Berman,

I have become aware of the NCAA Student Athlete Concussion Injury Litigation and wanted to tell you that I think this litigation is incredibly important for college athletes.

As a Division I field hockey player at Michigan State University I experienced a MTBI –concussion on August 19, 2008. Though I was knocked out (a 90 mile an hour line drive ball hit on the forehead will do that), I was just given a bag of ice on the sidelines and not hospitalized. If you would like more information about my injury, please contact me (information below). I received a diagnosis of post concussion syndrome several months later after transferring to Ohio State University with symptoms that persisted over the next several years.

I have given MSU permission to forward my personal contact information (letter enclosed).

Dr. W. Jerry Mysiw, the Chair of the Department of Physical Medicine and Rehabilitation at OSU treated me for my MTBI post concussion syndrome until the end of last year—8 years, 5 months from the date of my injury.

1

My family Doctor, Dr. Catherine Waterfield, now sees me on a continuing basis for my symptoms, which are now manageable. With help from Ohio State's Disability Services, I was able to graduate from OSU in May 2015 with a BFA degree.

I was hired as a Graduate Assistant at Ohio University in January 2016 and completed my Master's Degree in Sport Sciences in December 2016.

I have dedicated my life to the field of sports training and I am pursuing a career in Strength & Conditioning.
I worked as a personal trainer and instructor at the OSU Sports and Recreation Center for 6 years and became a respected Yoga teacher for sports teams. I have developed my own sports specific Yoga movement program, which helps athletes reduce injury. I have worked with countless teams at OSU as a Strength & Conditioning intern and Ohio University in the Strength & Conditioning department where I worked specifically with football. Recently I was given the opportunity to work with the Columbus Crew professional soccer team this spring.

I have successfully managed my post concussion symptoms that I have through diligent hard work and support from my parents and medical doctors. My knowledge in this area makes me a better strength and conditioning coach.

I hope this information helps you with your case.

Sincerely,

*[signature]*

Kelly F. Roderick
2150 Lane Woods Drive
Columbus, Ohio 43221

330-554-6300
kellyrod8908@gmail.com

2

Kelly F. Roderick
2150 Lane Woods Drive
Columbus, Ohio 43221

Mr. Robert Kent
Assistant General Counsel
Michigan State University
Hannah Administration Building
426 Auditorium Road, Room 494
East Lansing, Michigan 48824

January 27, 2017

RE: Subpoena, In re National Collegiate Athletic Association Student-Athlete Concussion Injury Litigation, United States District Court Case No. MDL 2492

Dear Mr. Kent,

You have permission to disclose my contact information, first year attended and the NCAA sport I played that MSU has on file in addition to the updated information I am providing below.

I played field hockey for MSU in the 2008-09 season and sustained a concussion at a team pre-season scrimmage on Tuesday, August 19, 2008. I transferred to Ohio State the next semester because of post-concussion symptoms. I was diagnosed and began treatment for those symptoms by April, 2009 with Dr. W. Jerry Mysiw, the Associate Professor and Bert C. Wiley Chair for PM&R (Physical Medicine and Rehabilitation) at OSU.

Sincerely,

*[signature]*

Kelly F. Roderick
2150 Lane Woods Drive
Columbus, Ohio 43221

Phone (mobile) 330-554-6301
E-Mail: kellyrod8908@gmail.com