# Exhibit 13

February 26, 2017

Steve W. Berman, Esq.
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, Washington 98101

RECEIVED
MAR 0 6 2017
HAGENS BERMAN LLP

To Steve W. Berman,

I am writing to you to acknowledge the NCAA Student-Athlete Concussion Injury Settlement and quickly state that I support this cause. As a former softball player for the University of Utah my softball career was ended by a concussion in the middle of my Junior year (2000). I lost my memory for some time and I never received proper treatment for a full recovery. I support this cause because I don't want anyone else to go through some of the challenges I went through back then.

Sincerely,
Letice (Jones) Jolley