UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **IN RE: NATIONAL COLLEGIATE ATHLETIC ASSOCIATION STUDENT-ATHLETE CONCUSSION LITIGATION** | MDL NO. 2492<br>Case No. 13-cv-09116<br><br>Judge John Z. Lee<br><br>Magistrate Judge Brown |

### JOINT MOTION FOR ENTRY OF REVISED SCHEDULE

The Settlement Class Representatives and Defendant National Collegiate Athletic Association ("NCAA," and together with Settlement Class Representatives, the "Parties") respectfully request that the Court enter a revised schedule for the consideration of final approval of the Second Amended Class Action Settlement Agreement and Release, any objections thereto, and any requests for payment of attorneys' fees and costs.[1] In support thereof, the Parties state as follows:

1. On September 29, 2017, the Notice Administrator filed the Declaration of Rachel Christman Regarding Dissemination of Direct Notice (Dkt. 470), representing that the mailing of direct notice had been completed as of August 9, 2017. The Notice Administrator represented that it mailed postcards to 3,808,577 Class Members and sent email notices to 1,899,635 Class Members (approximately 1,639,470 of which were also mailed postcards) representing outreach to approximately 4,068,742 unique Class Members.

2. Since that time, the Notice Administrator has been working to transition the class member database to the Program Administrator. However, during the course of transitioning the

---

[1] Unless otherwise defined, capitalized terms have the meaning ascribed to them in the Second Amended Settlement Agreement, which is Exhibit 1 to the joint motion for preliminary approval filed with the Court on May 20, 2016. *See* Second Am. Settlement Agt. (Dkt. #266-1).

- 1 -

data, the Notice Administrator discovered that it inadvertently did not mail the postcard notice to approximately 10,000 additional Settlement Class Members ("Residual Group"). The Notice Administrator notified Class Counsel on Friday, October 27, 2017.

3. The Notice Administrator has represented that, once the Court has set a new schedule, the postcard notice will be mailed to the Residual Group approximately one week later.

4. Accordingly, the Parties propose that the deadlines set forth in the Court's August 1, 2017 Order (Dkt. 432) be revised as follows:

| Action | Date Set Forth in August 1, 2017 Minute Entry | Proposed New Date (based on a projected order dated November 7, 2017) |
|---|---|---|
| Postcard Notices mailed to Residual Group | Not addressed | By November 14, 2017 |
| Deadline for Settlement Class Members *in the Residual Group* to object to or opt out of the Settlement | September 15, 2017 | January 16, 2018 |
| Deadline for any objections or responses to the petitions for attorneys' fees and costs by Settlement Class Members *in the Residual Group* | September 15, 2017 | January 16, 2018 |
| Notice Administrator shall file with the Court the amended Opt-Out List with an affidavit attesting to the completeness and accuracy thereof | September 29, 2017 | January 30, 2018 |
| Notice Administrator shall file an amended declaration with the Court concerning implementation of the Notice program and other terms of the Settlement | September 29, 2017 | January 30, 2018 |

| Action | Date Set Forth in August 1, 2017 Minute Entry | Proposed New Date (based on a projected order dated November 7, 2017) |
|---|---|---|
| Deadline for filing supplement to the Motion for Final Approval of the Settlement, or to otherwise respond to objections. *These filings will solely address objections made by the Residual Group.* | September 29, 2017 | January 30, 2018 |
| Fairness Hearing | November 28, 2017 | At the Court's convenience on or after January 31, 2018 |

WHEREFORE, the Settlement Class Representatives and NCAA respectfully request that the Court enter the revised schedule, and any further relief the Court deems appropriate.

Dated: November 2, 2017

                                                Respectfully submitted,

                                                HAGENS BERMAN SOBOL SHAPIRO LLP

                                                By: */s/ Steve W. Berman*
                                                    Steve W. Berman
                                                1918 Eighth Avenue, Suite 3300
                                                Seattle, WA 98101
                                                Tel.: 206.623.7292
                                                Fax: 206.623.0594
                                                Email: steve@hbsslaw.com

                                                Elizabeth A. Fegan
                                                HAGENS BERMAN SOBOL SHAPIRO LLP
                                                455 N. Cityfront Plaza Dr., Suite 2410
                                                Chicago, IL 60611
                                                Tel.: 708.628.4949
                                                Fax: 708.628.4950
                                                Email: beth@hbsslaw.com

                                                *Settlement Class Counsel*

- 4 -

                                              */s/ Mark S. Mester*
Lead Counsel for Defendant
National Collegiate Athletic Association

Mark S. Mester
  mark.mester@lw.com
Kathleen Lally
  kathleen.lally@lw.com
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, Illinois, 60611
Telephone: (312) 876-7700
Facsimile: (312) 993-9767

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that on November 2, 2017, a true and correct copy of the foregoing was filed electronically via CM/ECF, which caused notice to be sent to all counsel of record.

By: */s/ Steve W. Berman*
Steve W. Berman

010270-12 996027 V1