UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL COLLEGIATE ATHLETIC ASSOCIATION STUDENT-ATHLETE CONCUSSION LITIGATION | MDL NO. 2492<br><br>Master Docket No. 13-cv-09116<br><br>Judge John Z. Lee<br><br>Magistrate Judge Brown |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on November 7, 2017 at 9:00 a.m., Settlement Class Counsel shall appear before the Honorable Judge John Z. Lee in the courtroom usually occupied by him in Room 1225 of the U.S. District Court for the Northern District of Illinois, 219 S. Dearborn Street, Chicago, Illinois and then and there present: **JOINT MOTION FOR ENTRY OF REVISED SCHEDULE.** You are invited to attend.

Dated: November 2, 2017

Respectfully submitted,

By: _/s/ Steve W. Berman_
Steve W. Berman
*steve@hbsslaw.com*
Christopher P. O'Hara
*chriso@hbsslaw.com*
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

Elizabeth A. Fegan
*beth@hbsslaw.com*
HAGENS BERMAN SOBOL SHAPIRO LLP
455 N. Cityfront Plaza Dr., Suite 2410
Chicago, IL 60611
Telephone: (708) 628-4949
Facsimile: (708) 628-4950

*Settlement Class Counsel*

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that on November 2, 2017, a true and correct copy of the foregoing was filed electronically via CM/ECF, which caused notice to be sent to all counsel of record.

By: */s/ Steve W. Berman*
Steve W. Berman

010270-12 996158 V1