**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2**
**Eastern Division**

National Collegiate Athletic Association Student–Athlete
Concussion Injury Litigation, et al.

|  |  |
|---|---|
| Plaintiff, | |
| v. | Case No.: |
| | 1:13–cv–09116 |
| | Honorable John Z. Lee |
| National Collegiate Athletic Association, et al. | |
| Defendant. | |

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, November 8, 2017:

      MINUTE entry before the Honorable John Z. Lee:Motion hearing held on 11/8/17. Joint motion for entry of a revised schedule [476] is granted. Counsel should provide a proposed order to the proposed order mailbox and contact the courtroom deputy when they have done so. The final fairness hearing scheduled for 11/28/17 is reset to 3/1/18 at 2:00 p.m. Mailed notice(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.