UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL COLLEGIATE ATHLETIC ASSOCIATION STUDENT-ATHLETE CONCUSSION LITIGATION | MDL NO. 2492<br>Case No. 13-cv-09116<br><br>Judge John Z. Lee<br><br>Magistrate Judge Weisman |

**ORDER**

WHEREAS, on September 29, 2017, the Notice Administrator filed the Declaration of Rachel Christman Regarding Dissemination of Direct Notice (Dkt. 470) representing that the Notice Program was complete;

WHEREAS, the Notice Administrator subsequently discovered that it inadvertently did not mail the postcard notice or send the email notice to 9,239 unique class members (of which 3,605 have an email address) whose records the Notice Administrator received from Frostburg State University ("Frostburg State University Settlement Class Members");

WHEREAS, the Parties requested an extension of the schedule for the consideration of final approval of the Second Amended Class Action Settlement Agreement and Release, any objections thereto, and any requests for payment of attorneys' fees and costs to permit the Notice Administrator to send notice to the Frostburg State University Settlement Class Members;

NOW THEREFORE, the Court orders as follows:

1. The November 28, 2017 date for the Fairness Hearing is vacated and reset to March 1, 2018 at 2 p.m. for all Settlement Class Members.

2. Other than the new March 1, 2018 date for the Fairness Hearing, the September 15, 2017 deadline to file objections or requests for exclusion contained in the Court's August 1,

010270-12 997967 V1

2017 Minute Order (Dkt #432) shall continue to apply to all Settlement Class Members except for Frostburg State University Settlement Class Members.

3. The Notice Administrator shall send the postcard and email notices to Frostburg State University Settlement Class Members by November 14, 2017. The postcard notices shall be printed on blue paper, and the background of the email notices shall be light blue.

4. *As to the Frostburg State University Settlement Class Members only*, the following new deadlines shall apply and be contained in the blue postcard and email notices:

| Action | Deadline |
| --- | --- |
| Deadline for Frostburg State University Settlement Class Members to object to or opt out of the Settlement | January 16, 2018 |
| Deadline for Frostburg State University Settlement Class Members to object or respond to the petitions for attorneys' fees and costs | January 16, 2018 |
| Notice Administrator shall file with the Court the amended Opt-Out List with an affidavit attesting to the completeness and accuracy thereof | January 30, 2018 |
| Notice Administrator shall file an amended declaration with the Court concerning implementation of the Notice program and other terms of the Settlement | January 30, 2018 |
| Deadline for the Parties to file a supplement to the Motion for Final Approval of the Settlement or to otherwise respond to objections. *These additional filings will solely address objections made by the Frostburg State University Settlement Class Members.* | January 30, 2018 |

5. By November 14, 2017, the Notice Administrator shall update the Settlement Website, located at http://www.collegeathleteconcussionsettlement.com/, to clearly identify that:

    a. Settlement Class Members who attended any NCAA member institution other

       than Frostburg State University are subject to the deadlines set forth in the Court's

010270-12 997967 V1

>   August 1, 2017 Minute Order (Dkt #432) with the new Fairness Hearing Date of March 1, 2018;
>
> b. Frostburg State University Settlement Class Members, who will be able to identify themselves through receipt of the blue postcard or email notices, are subject to the deadlines set forth in the Court's Order of this date.

Dated: November 13, 2017                               ENTERED:

*/s/ John Z. Lee*

_____
John Z. Lee