UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.1
Eastern Division

National Collegiate Athletic Association
Student−Athlete Concussion Injury Litigation, et al.

                                                                                                                     Plaintiff,

v.                                                                                                                       Case No.:
                                                                                                                      1:13−cv−09116

                                                                                                                      Honorable John Z.
                                                                                                                      Lee

National Collegiate Athletic Association, et al.

                                                                                           Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, November 28, 2017:

      MINUTE entry before the Honorable John Z. Lee: Pursuant to the Court's order [481] entered on 11/13/17. The Court orders as follows: (1) The November 28, 2017 date for the Fairness Hearing is vacated and reset to March 1, 2018 at 2 p.m. for all Settlement Class Members; (2) Other than the new March 1, 2018 date for the Fairness Hearing, the September 15, 2017 deadline to file objections or requests for exclusion contained in the Courts August 1, 2017 Minute Order (Dkt #432) shall continue to apply to all Settlement Class Members except for Frostburg State University Settlement Class Members; (3)The Notice Administrator shall send the postcard and email notices to Frostburg State University Settlement Class Members by November 14, 2017. The postcard notices shall be printed on blue paper, and the background of the email notices shall be light blue. (4) As to the Frostburg State University Settlement Class Members only, the following new deadlines shall apply and be contained in the blue postcard and email notices: The Deadline for Frostburg State University Settlement Class Members to object to or opt out of the Settlement shall be January 16, 2018; the deadline for Frostburg State University Settlement Class Members to object or respond to the petitions for attorneys fees and costs shall be January 16, 2018; the Notice Administrator shall file with the Court the amended Opt−Out List with an affidavit attesting to the completeness and accuracy thereof by January 30, 2018; Notice Administrator shall file an amended declaration with the Court concerning implementation of the Notice program and other terms of the Settlement by January 30, 2018; the Deadline for the Parties to file a supplement to the Motion for Final Approval of the Settlement or to otherwise respond to objections. These additional filings will solely address objections made by the Frostburg State University Settlement Class Members by January 30, 2018. (5) By November 14, 2017, the Notice Administrator shall update the Settlement Website, located at http://www.collegeathleteconcussionsettlement.com/ , to clearly identify that: (a) Settlement Class Members who attended any NCAA member institution other than Frostburg State University are subject to the deadlines set forth in the Courts August 1, 2017 Minute Order (Dkt #432) with the new Fairness Hearing Date of March 1, 2018; (b) Frostburg State University Settlement Class Members, who will be able to identify

themselves through receipt of the blue postcard or email notices, are subject to the deadlines. Mailed notice(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.