IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **IN RE: NATIONAL COLLEGIATE ATHLETIC ASSOCIATION STUDENT-ATHLETE CONCUSSION INJURY LITIGATION** | **MDL No: 2492**<br><br>**Case No.: 1:13-cv-09116**<br><br>**Judge John Z. Lee**<br><br>**Magistrate Judge David M. Weisman**<br><br>This Document Relates to All Cases |

**MOTION BY STEWART R. POLLACK FOR LEAVE TO WITHDRAW HIS
APPEARANCE AS ONE OF THE COUNSEL OF RECORD FOR PLAINTIFFS**

Stewart R. Pollack, one of the attorneys of record for Plaintiffs Plaintiffs Christopher Burkholder, David Burns, Glenn Capriola, Larry Carr, Daniel Lee Cook, William Crawford, Ronald W. Hermanm, II, Derrick Lee, Joseph Miller, Orenthal James Owens, Richard Seals, Brandon Walthour, Robert Samuels, Raymond Griffin, John Hutchings, Steve Strinko, Neville Hawkins, David Harley, Patrick Reddick, Derrick Dudley, Rodney Gallon, Henry Davison, Demoreo Ford, James Harrison, Ryan Hill, Willie Johnson, Jamie Richardson, Eric Washington, Gary Grey, Charles Wysocki, Antjuan Tolbert, Conredge Collins, David Odom, Thomas Sullivan, Kerry Bonds, Geoff Donner, Chad Williams, Fredrick Pettus, James Bozeman, Hagen Mason, Marcus Clayton, Eric Towe, Cole Harvey, and Roger Jerrick (collectively, "Plaintiffs"), respectfully moves this Court pursuant to Local Rule 83.17 for leave to withdraw as counsel of record for Plaintiffs. In support of this Motion, Mr. Pollack states as follows:

1.As of June 2, 2017, Mr. Pollack no longer works with the law firm Edelson PC, which has been retained to represent the Plaintiffs in this matter. As such, Mr. Pollack seeks leave to withdraw his appearance on behalf of the Plaintiff.

2.Although Mr. Pollack no longer works with Edelson PC and no longer represents the Plaintiffs in this action, the Plaintiffs will continue to be represented by other attorneys at Edelson PC, including Rafey S. Balabanian, Jay Edelson, Benjamin H. Richman, and Benjamin S. Thomassen. Plaintiffs will, therefore, not be prejudiced by Mr. Pollack's withdrawal.

WHEREFORE, Mr. Pollack respectfully requests that the Court enter an order granting him leave to withdraw his appearance as one of the attorneys of record for Plaintiffs.

Respectfully submitted,

Dated: January 9, 2018By:/s/ Stewart R. Pollack

By:/s/ Rafey S. Balabanian

Rafey S. Balabanian
rbalabanian@edelson.com
Edelson PC
123 Townsend Street, Suite 100
San Francisco, California 94107
Tel: 415.212.9300
Fax: 415.373.9435

## **CERTIFICATE OF SERVICE**

      I hereby certify that I served the above and foregoing ***Motion by Stewart R. Pollack for Leave to Withdraw His Appearance as One of the Counsel of Record for Plaintiffs*** by causing a true and accurate copy of such paper to be filed and served on all counsel of record via the Court's CM/ECF electronic filing system on January 9, 2018.

                                                  /s/ Rafey S. Balabanian