**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **IN RE: NATIONAL COLLEGIATE ATHLETIC ASSOCIATION STUDENT-ATHLETE CONCUSSION INJURY LITIGATION** | **MDL No: 2492**<br><br>**Case No.: 1:13-cv-09116**<br><br>**Judge John Z. Lee**<br><br>**Magistrate Judge David M. Weisman**<br><br>This Document Relates to All Cases |

## NOTICE OF MOTION

TO: See attached certificate of service.

**PLEASE TAKE NOTICE** that on January 16, 2017, at 9:00 a.m., or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable John Z. Lee or any judge sitting in his stead in Courtroom 1225 of the United States Courthouse for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois 60604, and then and there present the ***Motion by Stewart R. Pollock for Leave to Withdraw His Appearance as One of the Counsel of Record for Plaintiffs***, a copy of which has been served upon you via the Court's CM/ECF electronic filing system.

Respectfully submitted,

Dated: January 9, 2018

By: /s/ Stewart R. Pollack

By: /s/ Rafey S. Balabanian

Rafey S. Balabanian
rbalabanian@edelson.com
Edelson PC
123 Townsend Street, Suite 100
San Francisco, California 94107
Tel: 415.212.9300
Fax: 415.373.9435

## **CERTIFICATE OF SERVICE**

      I hereby certify that I served the above and foregoing *Notice of Motion* by causing a true and accurate copy of such paper to be filed and served on all counsel of record via the Court's CM/ECF electronic filing system on January 9, 2018.

      By:   /s/ Rafey S. Balabanian