# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.1
### Eastern Division

National Collegiate Athletic Association Student−Athlete
Concussion Injury Litigation, et al.

Plaintiff,

v.

Case No.: 1:13−cv−09116

Honorable John Z. Lee

National Collegiate Athletic Association, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, January 10, 2018:

MINUTE entry before the Honorable John Z. Lee:Motion by Stewart R. Pollack for leave to withdraw his appearance as one of the counsel of record for plaintiffs [485] is granted. No appearance is required on the motion.Mailed notice(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.