**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

IN RE: NATIONAL COLLEGIATE
ATHLETIC ASSOCIATION STUDENT-
ATHLETE CONCUSSION LITIGATION

MDL NO. 2492
Case No. 13-cv-09116

Judge John Z. Lee

**MOTION TO WITHDRAW APPEARANCE
OF MILLER AS COUNSEL FOR PLAINTIFF**

Siprut PC, on behalf of Richard L. Miller II ("Miller"), one of the attorneys of record for Plaintiff Angelica Palacios ("Plaintiff"), pursuant to Local Rule 83.17, hereby respectfully requests the Court for leave to withdraw. In support of this motion (the "Motion"), Siprut PC states:

1.      As of January 15, 2018, Mr. Miller is no longer associated with the law firm Siprut PC, which has been retained to represent Plaintiff in this matter.

2.      Although Mr. Miller will no longer represent Plaintiff in this action, Plaintiff will continue to be represented by other attorneys at Siprut PC with appearances on file in this case.

3.      Plaintiff will not be prejudiced by Mr. Miller's withdrawal.

WHEREFORE, Siprut PC, on behalf of Mr. Miller, respectfully requests that this Court enter an order:

A.      Granting this Motion;

B.      Deeming Mr. Miller's appearance for Plaintiff withdrawn; and

C.      Granting such other and further relief this Court deems equitable and just.


Dated: January 29, 2018                          */s/ Todd L. McLawhorn*

                                                  Joseph J. Siprut

- 2 -

*jsiprut@siprut.com*
Todd L. McLawhorn
*tmclawhorn@siprut.com*
**SIPRUT** PC
17 N. State Street
Suite 1600
Chicago, Illinois 60602
Phone: 312.236.0000
Fax: 312.878.1342
***Settlement Class Counsel and Counsel for***
***Plaintiff Angelica Palacios***

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that a true and correct copy of the foregoing **Motion To Withdraw Appearance Of Miller As Counsel For Plaintiff** was filed this 29th day of January 2018 via the electronic filing system of the Northern District of Illinois, which will automatically serve all counsel of record.

*/s/ Todd L. McLawhorn*