# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| **IN RE: NATIONAL COLLEGIATE ATHLETIC ASSOCIATION STUDENT-ATHLETE CONCUSSION LITIGATION** | MDL NO. 2492<br>Case No. 13-cv-09116<br><br>Judge John Z. Lee |

## NOTICE OF MOTION

TO:  (See attached service list.)

PLEASE TAKE NOTICE that on February 1, 2018, at 9:00 a.m., the undersigned shall appear before the Honorable Judge John Z. Lee, or any judge sitting in his stead in Courtroom 1225 of the U.S. District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn St., Chicago, Illinois and shall present the accompanying **Motion To Withdraw Appearance Of Miller As Counsel For Plaintiff**.

Dated: January 29, 2018            */s/ Todd L. McLawhorn*

Joseph J. Siprut
*jsiprut@siprut.com*
Todd L. McLawhorn
*tmclawhorn@siprut.com*
**SIPRUT PC**
17 N. State Street
Suite 1600
Chicago, Illinois 60602
Phone: 312.236.0000
Fax: 312.878.1342
*Settlement Class Counsel and*
*Counsel for Plaintiff Angelica Palacios*

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that a true and correct copy of the foregoing **Notice Of Motion** was filed this 29th day of January 2018 via the electronic filing system of the Northern District of Illinois, which will automatically serve all counsel of record.

*/s/ Todd L. McLawhorn*