# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL COLLEGIATE ATHLETIC ASSOCIATION STUDENT-ATHLETE CONCUSSION LITIGATION ) ) ) ) ) ) ) ) | MDL No. 2492<br><br>Master Docket No. 1:13-cv-09116<br><br>Judge John Z. Lee<br><br>Magistrate Judge M. David Weisman |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on Tuesday, February 6, 2018, at 9:00 a.m. or as soon thereafter as counsel may be heard, counsel for Defendant National Collegiate Athletic Association will appear before the Honorable Judge John Z. Lee of the United States District Court for the Northern District of Illinois in Courtroom 1225 at 219 S. Dearborn Street, Chicago, Illinois and present the Joint Motion For An Extension Of Time To Address The Notice Program.

Dated: January 30, 2018

Respectfully submitted,

By: */s/ Mark S. Mester*
Counsel for Defendant
National Collegiate Athletic Association

Mark S. Mester
 mark.mester@lw.com
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, Illinois 60611
Telephone: (312) 876-7700
Facsimile: (312) 993-9767

## **CERTIFICATE OF SERVICE**

I, Mark S. Mester, certify that on January 30, 2018, a true and correct copy of the foregoing NOTICE OF MOTION was filed through the CM/ECF system, which caused notice to be sent to all counsel of record.

*/s/ Mark S. Mester*
Mark S. Mester
    mark.mester@lw.com
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, Illinois, 60611
Telephone:  (312) 876-7700
Facsimile:  (312) 993-9767