# Exhibit A

Geoff Suddath
geoffsuddath@aol.com
(443) 974-2762
2105 Country Fair Lane
Eldersburg, Md 21784

To whom it may concern,

    With regards to the *In re National Collegiate Athletic Association Student-Athlete Concussion Injury Litigation* 2018 hearing, I am choosing to object/comment on the settlement. During the 2011 football season, I was a member of the Frostburg State University Bobcats, and teammates with Derek Sheely. I was on the field with Derek when the injury occurred. While preventing and handling concussions is a very difficult task, I do believe more could have been done to prevent this injury from happening, and ultimately his death. Further, during my time as an NCAA athlete, I believe more could have been done to prevent other concussions and injuries from occurring.

    If you have any additional questions or would like me to provide more information, I have left my contact information as the header of this letter.

                                                Sincerely,

                                                Geoff Suddath