# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
### Eastern Division

National Collegiate Athletic Association Student−Athlete Concussion Injury Litigation, et al.

          Plaintiff,

v.

Case No.: 1:13−cv−09116

Honorable John Z. Lee

National Collegiate Athletic Association, et al.

          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 6, 2018:

    MINUTE entry before the Honorable John Z. Lee: Motion hearing held on 2/6/18. For the reasons stated on the record, the joint motion for an extension of time to address the notice program [491] is granted. The final fairness hearing scheduled for 3/1/18 is stricken. The audit should be completed by 2/20/18; the declaration from the Notice Administrator should be filed by 2/26/18. The Notice Administrator must be present at the status hearing. A final fairness hearing date will be set at the next status. A status hearing is scheduled for 3/1/18 at 2:00 p.m. Mailed notice(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.