UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL COLLEGIATE ATHLETIC ASSOCIATION STUDENT-ATHLETE CONCUSSION LITIGATION | MDL NO. 2492<br>Case No. 13-cv-09116<br><br>Judge John Z. Lee<br><br>Magistrate Judge Weisman |

**[PROPOSED] SCHEDULING ORDER**

This cause coming to be heard on the Joint Motion For Entry of Revised Schedule, and the Court being fully advised by the Updated Declaration of Rachel Christman Regarding the Dissemination of Direct Notice and Audit of Direct Notice Program,

IT IS HEREBY ORDERED:

1. The Fairness Hearing shall take place on _____ 2018 at ___ __.m. for all Settlement Class Members.

2. For purposes of this Order, Residual Settlement Class Members include certain Settlement Class Members from 27 NCAA member institutions.

3. Other than the new _____, 2018 date for the Fairness Hearing, the September 15, 2017 deadline to file objections or requests for exclusion contained in the Court's August 1, 2017 Minute Order (Dkt. #432) shall continue to apply to all Settlement Class Members except for Frostburg State University Settlement Class Members and the Residual Settlement Class Members.

4. Further, other than the new _____, 2018 date for the Fairness Hearing, the January 16, 2018 deadline to file objections or requests for exclusion contained in the Court's

November 13, 2017 Order (Dkt. #481) shall continue to apply to all Frostburg State University Settlement Class Members.

5. The Notice Administrator shall send the postcard and email notices to the Residual Settlement Class Members by [March 23, 2018]. The postcard notices shall be printed on yellow paper, and the background of the email notices shall be yellow.

6. *As to the Residual Settlement Class Members only*, the following new deadlines shall apply and be contained in the yellow postcard and email notices:

| Action | Deadline |
|---|---|
| Deadline for Residual Settlement Class Members to object to or opt out of the Settlement | June 8, 2018 |
| Deadline for Residual Settlement Class Members to object or respond to the petitions for attorneys' fees and costs | June 8, 2018 |
| Notice Administrator shall file with the Court the amended Opt-Out List with an affidavit attesting to the completeness and accuracy thereof | June 27, 2018 |
| Notice Administrator shall file an amended declaration with the Court concerning implementation of the Notice program and other terms of the Settlement | June 27, 2018 |
| Deadline for the Parties to file a supplement to the Motion for Final Approval of the Settlement or to otherwise respond to objections. *These additional filings will solely address objections made by the Residual Settlement Class Members.* | June 27, 2018 |

7. By [March 9, 2018], the Notice Administrator shall update the Settlement Website, located at http://www.collegeathleteconcussionsettlement.com/, to clearly identify that:

    a. Settlement Class Members, except for Frostburg State University Settlement Class Members and Residual Settlement Class Members, are subject to the

       deadlines set forth in the Court's August 1, 2017 Minute Order (Dkt. #432) with the new Fairness Hearing Date of _____, 2018;

b.  Frostburg State University Settlement Class Members, who are able to identify themselves through receipt of the blue postcard or email notices, are subject to the deadlines set forth in the Court's November 13, 2017 Order (Dkt. # 481), with the new Fairness Hearing Date of _____, 2018;

c.  The Residual Settlement Class Members, who will be able to identify themselves through receipt of the yellow postcard or email notices, are subject to the deadlines set forth in the Court's Order of this date.

Dated: _____, 2018                                  ENTERED:

                                                                                         _____