# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
### Eastern Division

National Collegiate Athletic Association Student−Athlete Concussion Injury Litigation, et al.

Plaintiff,

v.

Case No.: 1:13−cv−09116

Honorable John Z. Lee

National Collegiate Athletic Association, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, March 9, 2018:

MINUTE entry before the Honorable John Z. Lee: Status hearing held on 3/8/18. The Court is informed that, after a comprehensive audit, the Notice Administrator has determined that it failed to send direct mail notices to approximately 74,000 putative class members ("the residual group"). For the reasons stated on the record, the joint motion for entry of revised schedule [497] is granted. Postcard notices to the residual group will be mailed out by 3/23/18; the deadline for settlement class members in the residual group to object or opt out of the settlement is 6/8/18; the deadline for any objections or responses to the petitions for attorneys' fees and costs by the settlement class members in the residual group is 6/8/18. As to putative class members who are not part of the residual group, the deadlines set by the Court in its previous orders will stand. The Notice Administrator shall file with the Court the amended opt out list with an affidavit attesting to the completeness and accuracy by 6/27/18; the Notice Administrator shall file an amended declaration with the Court concerning implementation of the notice program and other terms of the settlement by 6/27/18; the deadline for the parties to file the supplement to the Motion for Final Approval of the Settlement, or to otherwise respond to objections is 6/27/18. The final approval hearing for the proposed settlement is scheduled for 8/16/18 at 10:00 a.m. Mailed notice(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our

web site at *www.ilnd.uscourts.gov*.