

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**219 SOUTH DEARBORN STREET**
**CHICAGO, ILLINOIS 60604**

## NOTIFICATION OF CHANGE OF ATTORNEY ADDRESS OR NAME

1. Complete this form and e-file it, using the Notice of Change of Address event, in each case that you list below.
2. Update your contact information in CM/ECF. Click HERE for update instructions.

---

Name: **Jay Edelson**

Firm: **Edelson PC**

Street Address: **350 North LaSalle Street, 14th Floor**

City/State/Zip Code: **Chicago, Illinois 60654**

Phone Number: **312-589-6375**

Email address: **jedelson@edelson.com**

ARDC (Illinois State Bar members, only): **6239287**

If you have previously filed an appearance with this court using a different name, enter that name.
**N/A**

List all active cases in which you currently have an appearance on file.

| Case Number | Case Title | Assigned Judge |
|---|---|---|
| 1:11-cv-08987 | Pereira et al. v. Santander Consumer USA, Inc. | Hon. Charles P. Kocoras |
| 1:12-cv-09431 | Bonner v. Santander Consumers USA, Inc. | Hon. Charles P. Kocoras |
| 1:13-cv-09116 | In re: NCAA Student-Athlete Concussion Injury Litig. | Hon. John Z. Lee |
| 1:15-cv-10889 | In re VTech Data Breach Litig. | Hon. Manish S. Shah |
| 1:-17-cv-01542 | Friends for Health: Supporting The North Shore Health Center, et al. v. PayPal, Inc., et al. | Hon. Robert W. Gettleman |
| 1:17-cv-02928 | Zak v. Bose Corporation | Hon. Andrea R. Wood |
| 1:17-cv-05083 | Dedinsky v. Here Media, Inc. | Hon. Jorge L. Alonso |
| 1:17-cv-06670 | Daniels v. West Liberty Foods LLC | Hon. Henry D. Leinenweber |
| 1:17-cv-08163 | Moore, et al. v. Healthcare Services Group, Inc. | Hon. Amy J. St. Eve |
| 1:16-cv-08727 | In re: NCAA Student-Athlete Concussion Litig. Single School/Single Sport (Football) | Hon. John Z. Lee |
| 1:14-cv-01437 | Greene v. Mt. Gox | Hon. Gary Fienerman |

| 1:12-cv-04069 | Birchmeier v. Caribbean Cruise Line | Hon. Matthew F. Kennelly |
| --- | --- | --- |
| 1:14-cv-01735 | Remijas v. The Neiman Marcus Group, LLC | Hon. Sharon J. Coleman |
| 1:17-cv-09020 | Taylor v. Sunrise Senior Living Management Inc., et al. | Hon. Thomas M. Durkin |
| 1:17-cv-01402 | Rose, et al. v. NCAA, et al. | Hon. John Z. Lee |
| 1:17-cv-04975 | Weston v. Big Sky Conference, Inc., et al. | Hon. John Z. Lee |
| 1:16-cv-09980 | Richardson v. Southeastern Conference, et al. | Hon. John Z. Lee |
| 1:17-cv-04978 | Langston, et al. v. Mid-American Intercollegiate Athletics Assoc., et al. | Hon. John Z. Lee |
| 1:17-cv-01211 | Barra and Assoc. v. Cleary | Hon. John R. Blakey |
| 1:18-cv-1465 | Mullen v. GLV | Hon. Robert N. Dow |

/s/ Jay Edelson

_____

**Signature of Attorney**

March 13, 2018

_____

Date

Rev. 01272016