

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

# NOTIFICATION OF CHANGE OF ATTORNEY ADDRESS OR NAME

1. Complete this form and e-file it, using the Notice of Change of Address event, in each case that you list below.
2. Update your contact information in CM/ECF. Click HERE for update instructions.

Name: **Benjamin H. Richman**

Firm: **Edelson PC**

Street Address: **350 North LaSalle Street, 14th Floor**

City/State/Zip Code: **Chicago, Illinois 60654**

Phone Number: **312-589-6377**

Email address: **brichman@edelson.com**

ARDC (Illinois State Bar members, only): **6300668**

If you have previously filed an appearance with this court using a different name, enter that name.
**N/A**

List all active cases in which you currently have an appearance on file.

| Case Number | Case Title | Assigned Judge |
|---|---|---|
| 1:11-cv-08987 | Pereira et al. v. Santander Consumer USA, Inc. | Hon. Charles P. Kocoras |
| 1:12-cv-09431 | Bonner v. Santander Consumers USA, Inc. | Hon. Charles P. Kocoras |
| 1:13-cv-09116 | In re: NCAA Student-Athlete Concussion Injury Litig. | Hon. John Z. Lee |
| 1:16:cv-07535 | Sherwin v. Samsung Electronics America, Inc. | Hon. Jorge L. Alonso |
| 1:16-cv-08694 | Warciak V. Subway Restaurants, Inc. | Hon. Charles P. Kocoras |
| 1:16-cv-07447 | Robinson v. DeVry Education Group, Inc. | Hon. Manish S. Shah |
| 1:16-cv-11057 | Edelson PC v. The Bandas Law Firm, et al. | Hon. Rebecca R. Pallmeyer |
| 1:17-cv-01447 | Vinci v. Beenverified, Inc. | Hon. Manish S. Shah |
| 1:17-cv-01406 | Dobrowolski v. Intelius, Inc. | Hon. Manish S. Shah |
| 1:17-cv-01542 | Friends for Health: Supporting The North Shore Health Center, et al. v. PayPal, Inc., et al. | Hon. Robert W. Gettleman |
| 1:17-cv-05083 | Dedinsky v. Here Media, Inc. | Hon. Jorge L. Alonso |

| | | |
|---|---|---|
| 1:17-cv-05250 | Doporcyk v. Roundy's Supermarkets, Inc., et al. | Hon. Thomas M. Durkin |
| 1:17-cv-06670 | Daniels v. West Liberty Foods LLC | Hon. Henry D. Leinenweber |
| 1:17-cv-07358 | Barnes v. ARYZTA LLC | Hon. Thomas M. Durkin |
| 1:17-cv-07303 | Howe v. Speedway LLC, et al. | Hon. Andrea R. Wood |
| 1:17-cv-08163 | Moore, et al. v. Healthcare Services Group, Inc. | Hon. Amy J. St. Eve |
| 1:16-cv-08727 | In re: NCAA Student-Athlete Concussion Litig. Single School/Single Sport (Football) | Hon. John Z. Lee |
| 1:13-cv-08389 | Beaton v. SpeedyPC Software | Hon. Andrea R. Wood |
| 1:16-cv-02106 | Molitor v. Manasseh Jordan Ministries, Inc., et al. | Hon. Charles R. Norgle Sr. |
| 1:17-cv-05309 | Molitor, et al. v. Manasseh Jordan Ministries, Inc., et al | Hon. Charles R. Norgle Sr. |
| 1:17-cv-01519 | Vinci v. Spokeo, Inc. | Hon. Manish S. Shah |
| 1:17-cv-09020 | Taylor v. Sunrise Senior Living Management Inc., et al. | Hon. Thomas M. Durkin |
| 1:17-cv-01402 | Rose, et al. v. NCAA, et al. | Hon. John Z. Lee |
| 1:17-cv-04975 | Weston v. Big Sky Conference, Inc., et al. | Hon. John Z. Lee |
| 1:16-cv-09980 | Richardson v. Southeastern Conference, et al. | Hon. John Z. Lee |
| 1:17-cv-04978 | Langston, et al. v. Mid-American Intercollegiate Athletics Assoc., et al. | Hon. John Z. Lee |
| 1:16-cv-11235 | Baez, et al. v. Monster, Inc., et al. | Hon. Charles P. Kocoras |

/s/ Benjamin H. Richman                                   March 14, 2018
_____         _____

**Signature of Attorney**                                       **Date**


Rev. 01272016