```
 1                IN THE UNITED STATES DISTRICT COURT
                     NORTHERN DISTRICT OF ILLINOIS
 2                         EASTERN DIVISION

 3   IN RE:  NATIONAL COLLEGIATE     )   Docket No. 13 C 9116
     ATHLETIC ASSOCIATION STUDENT-   )
 4   ATHLETE CONCUSSION INJURY       )   Chicago, Illinois
     LITIGATION,                     )   February 6, 2018
 5                                   )   9:00 o'clock a.m.

 6              TRANSCRIPT OF PROCEEDINGS - MOTION
              BEFORE THE HONORABLE JOHN Z. LEE
 7
     APPEARANCES:
 8
     For the Plaintiffs:            HAGENS BERMAN SOBOL SHAPIRO, by
 9                                  MS. ELIZABETH A. FEGAN
                                    455 North Cityfront Plaza Drive
10                                  NBC Tower - Suite 2410
                                    Chicago, Illinois 60611
11
                                    SIPRUT PC, by
12                                  MR. TODD LAWRENCE McLAWHORN
                                    17 North State Street
13                                  Suite 1600
                                    Chicago, Illinois 60602
14
     For Defendant NCAA:            LATHAM & WATKINS, by
15                                  MS. JOHANNA MARGARET SPELLMAN
                                    MR. MARC BRIAN KLEIN
16                                  330 North Wabash Avenue
                                    Suite 2800
17                                  Chicago, Illinois 60611

18

19

20

21
                       ALEXANDRA ROTH, CSR, RPR
22                       Official Court Reporter
                       219 South Dearborn Street
23                            Room 1224
                        Chicago, Illinois 60604
24                         (312) 408-5038

25
```

1          (Proceedings had in open court:)
2              THE CLERK:  Case 13 C 9116, NCAA Student-Athlete
3    Concussion Injury Litigation.
4              MS. FEGAN:  Good morning, your Honor.  Elizabeth Fegan
5    on behalf of plaintiffs.
6              MR. McLAWHORN:  Todd McLawhorn for plaintiffs.
7              MS. SPELLMAN:  Johanna Spellman and Marc Klein for the
8    NCAA.
9              THE COURT:  Good morning.
10             So, Ms. Fegan, what's going on with this notice
11   program?
12             MS. FEGAN:  So in anticipation of the filing of the
13   notice administrator's declaration last week just 24 hours
14   before it was due, in lieu of sending us a declaration they
15   advised us that they had discovered over the weekend several
16   files from schools that it sounds like from an initial -- from
17   the initial description we received from them, when they were
18   transferring the names over into the notice database, the
19   spreadsheet had several tabs.  They pulled information from one
20   tap, not all the tabs, that the schools had submitted.
21             As a result, as of today we are aware of four schools
22   for whom notice is not complete.  And that comprises
23   approximately 13,000 unique class members.  They have not done
24   a full audit, which is part of what we've discovered over the
25   last week, despite assurances to us that that had been done

1 after Frostburg.

2 We have asked them what it would take to do an audit
3 of every single submission from every single school to ensure
4 that all class members for whom we received information
5 received direct notice. They have told us as of last night
6 that they think it would take two weeks. They will do it at
7 their own cost, and we are recommending, your Honor, that we
8 strike the current dates and put this over for two weeks, that
9 we can get the results of that audit, determine how much
10 additional notice -- whether this is it or whether there is
11 more than these four schools, and at that time recommend to you
12 a further schedule.

13 THE COURT: So this audit, that would encompass all of
14 the submissions that the notice administrator received from all
15 the schools?

16 MS. FEGAN: Absolutely, even ones where they already
17 assured us notice has gone out. We asked them to go back.
18 Based on information and the way it was coming out to us, we
19 are very uncomfortable with the way and the representations
20 that have come to us before. And we want to avoid this
21 problem.

22 THE COURT: This notice process has been --

23 MS. FEGAN: A mess.

24 THE COURT: -- quite frustrating. I understand why it
25 took so long to get all the information from the various

1  schools because we are talking about hundreds of schools.  But
2  once all the information was received and once the subpoena
3  process, and then once the information was received, I think I
4  believe, I believe you believed too, that the notice
5  administrator would then just go about sending out direct
6  notice to everyone.
7         The Frostburg State incident seemed like an anomaly at
8  the time.  But it did set us back several months to provide --
9  so that those class members can provide notice and be provided
10 notice and have an opportunity to have their say and object to
11 any of the settlement, as well as the fee petitions.
12        I must say it doesn't instill a lot of confidence at
13 the moment in my mind with regard to the way that the notice
14 administrator has gone about its job with regard to providing
15 notice.
16        So as part of this audit, will there be some sort of
17 written product that's produced as a result of the audit?
18        MS. FEGAN:  Yes, your Honor.  We've asked them so far
19 already to put in writing for us what they have done, where the
20 mistakes lied, what they're doing to correct that, and what
21 this audit will entail.  Once the audit is completed, we are
22 going to have that put all into a declaration from them, as
23 well as the results of the audit so that there is full
24 transparency, both about what occurred along the way but also
25 what they've done to correct it, so that we can all get some

1    confidence that the notice program is complete.

2           But we certainly share your misgivings and -- about
3    where we stand today.

4           THE COURT:  And you said the two weeks is the time by
5    which the audit will be done?  Or when do you think you will be
6    able to submit the declaration?

7           MS. FEGAN:  They have said that they could have the
8    audit done within two weeks.  My suggestion is perhaps then we
9    build in an extra week in case the declaration comes late and
10   we have questions, because we want to make sure that all of our
11   questions are answered, which will hopefully anticipate the
12   Court's concerns.

13          THE COURT:  We have a status hearing in the
14   single-sport single-school track of the MDL on March 1 at 2:00
15   o'clock.  So what I want is, I want the audit done by the 20th.
16   I want the declaration to be filed by the 26th.  We will set
17   this case for further status on March -- let's see.

18          We have the March 1 hearing anyway.  So we will keep
19   that hearing.  But I am going to set a status hearing as
20   opposed to the final approval hearing, because we will have to
21   wait to resolve this notice issue before the final approval can
22   be given.  And I want the notice administrator here, March 1 at
23   2:00 o'clock, in case I have any further questions.  And so a
24   representative from the notice administrator can attest to all
25   the work that's been done and certify to the Court in person

1   that the audit has been completed, and that direct mail has
2   been sent out.
3          The reason why the notice program has delayed things
4   is that I continue to believe that direct notice is one of the
5   best ways for the class members to receive notice of the
6   settlement and the status of these proceedings.  Given the fact
7   that we're talking about approximately 13,000 people, we are
8   talking about a significant number of potential class members
9   here that need to receive notice.
10         So given that, I will again be amenable, although
11  reluctantly, to reset the fairness hearing to a future date
12  that we will determine later.  I will enter an order today
13  striking that date and changing it to a status hearing.  And
14  then on March 1, I will go ahead and set another date for the
15  final approval hearing.
16         Are there any other interim deadlines between now and
17  then aside from the deadlines that may be triggered by this
18  additional notice requirement that need to be extended?
19         MS. FEGAN:  There are not, your Honor.
20         May I just ask for one clarification?  You indicated
21  that you wanted the notice administrator on March 1 to certify,
22  explain that the audit is done and also that direct notice has
23  been sent.  Are you suggesting that what they find we begin
24  that direct notice program to them?  Or do you want us to come
25  on March 1 with a proposal for how that notice program as to

```
 1  the remainder of the schools will roll out?
 2          THE COURT:  I think that to the extent that notice can
 3  be sent out to the people that you have, the sooner the better.
 4          MS. FEGAN:  Great.
 5          THE COURT:  I just want certification both by way of
 6  affidavit with regard to what's going to take place and the
 7  plan and how long it's going to take, and the notice
 8  administrator to be here so that if I have any questions I can
 9  ask notice administrator about where things stand.
10          MS. FEGAN:  Thank you.
11          THE COURT:  All right?  Okay.  Thank you.
12       (Which were all the proceedings heard in this case.)
13                            CERTIFICATE
14          I HEREBY CERTIFY that the foregoing is a true, correct
15  and complete transcript of the proceedings had at the hearing
16  of the aforementioned cause on the day and date hereof.
17
18   /s/Alexandra Roth                                3/1/2018
    _____     _____
19   Official Court Reporter                        Date
     U.S. District Court
20   Northern District of Illinois
     Eastern Division
21
22
23
24
25
```