

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

# NOTIFICATION OF CHANGE OF ATTORNEY ADDRESS OR NAME

1. Complete this form and e-file it, using the Notice of Change of Address event, in each case that you list below.
2. Update your contact information in CM/ECF. Click HERE for update instructions.

Name   Katrina Carroll

Firm   Lite DePalma Greenberg, LLC

Street Address   111 W. Washington Street - Suite 1240

City/State/Zip Code   Chicago, IL 60602

Phone Number   312-750-1265

Email address   kcarroll@litedepalma.com

ARDC (Illinois State Bar members, only)   6291405

If you have previously filed an appearance with this court using a different name, enter that name.

List all active cases in which you currently have an appearance on file.

| Case Number | Case Title | Assigned Judge |
|---|---|---|
| See attached Exhibit A | | |
| | | |
| | | |
| | | |
| | | |
| | | |

/s/ Katrina Carroll
_____
Signature of Attorney

May 7, 2018
_____
Date

Rev. 01272016

# EXHIBIT A

**Active Cases**

1:13-cv-05795 In Re: Stericycle, Inc., Sterisafe Contract Litigation - Representing COCHRANTON VETERINARY HOSPITAL - **Honorable Robert W. Gettleman**

1:13-cv-09116 In Re: National Collegiate Athletic Association Student-Athlete Concussion Injury Litigation - Representing Chris Walker - **Honorable John Z. Lee**

1:13-cv-09117 Walker et al v. National College Athletic Association - Representing Chris Walker - **Honorable John Z. Lee**

1:13-cv-09305 Salam v. Lifewatch, Inc. - Representing Ismael Salam, Robert Hossfeld - **Honorable Charles R. Norgle, Sr**

1:14-cv-03624 Mednick v. Precor Inc - Representing Gary Mednick, Steven Bayer - **Honorable Harry D. Leinenweber**

1:14-cv-04787 Lewert v. P.F. Chang's China Bistro, Inc. - Representing Lucas Kosner - **Honorable Elaine E. Bucklo**

1:14-cv-05151 PAR 4 Transport, LLC vs Navistar - Representing Gettysburg Auto Transport, LLC - **Honorable Joan B. Gottschall**

1:14-cv-05848 Gordon v. Caribbean Cruise Line, Inc. et al - Representing Richard Gordon - **Honorable John Z. Lee**

1:14-cv-08006 Gettysburg Auto Transport, LLC v. Navistar International Corporation - Representing Gettysburg Auto Transport, LLC - **Honorable Joan B. Gottschall**

1:14-cv-10318 Navistar Maxxforce Engines Marketing, Sales Practices and Products Liability Litigation - Representing Gettysburg Auto Transport, LLC - **Honorable Joan B. Gottschall**

1:15-cv-02980 Bakov v. Consolidated World Travel - Representing Julie Herrera - **Honorable Harry D. Leinenweber**

1:15-cv-04030 Herrera v. Consolidated World Travel, Inc - Representing Julie Herrera - **Honorable Harry D. Leinenweber**

1:15-cv-08690 Pyour BV v. Igredion Incorporated - Representing Pyour BV - **Honorable Charles R. Norgle, Sr**

1:15-cv-10381 Keith et al v. Ferring Pharmaceuticals, Inc. et al. - Representing Nicole Keith, Ryan Keith, Jack R. Dodds, Jr., Shannon Minerich, Crystalina R. Dodds, Michelle Cooper, Anna Kujtkowski, Bayley Marquez, Kathleen Butler, Erica Anderson, Kelly DeLaney, Joan Pelletier, Kasey Deutsch, Stephanie Pellett, Dawn Sivills, American Federation Of State, County and Municipal Employees, District Council 47 Health And Welfare Fund, Andrea Street, Gloria Sivko, Rebecca Lagerborg - **Honorable Amy J. St. Eve**

1:16-cv-02714 Rivera et al v. Google LLC. - Representing Lindabeth Rivera, Joseph Weiss - **Honorable Edmond E. Chang**

1:16-cv-06103 Beardsall, et al v. CVS Pharmacy, Inc. et al - Representing Kelly Biddle, Patricia Bordenet, Joseph Branciforte, Daniel Brown, Jennifer Carlsson, Amy Connor, Taryn Cornelius, Phyllis Czapski, Raelee Dallaque, Shirley Darden, Alexandra Groffsky, Emma Groffsky, Jack Holzman, LaTanya James, Michelle Jessop, Andee Kochavi, Skye Krejckant, Tammy Kummers, Daniel Ladd, Keith Lutz, Kathy Mellody, Susan Nazari, Tina Nicolosi, Jonathan Perlin, Dana Phillips, Nancy Reeves, Shelley Waitzman, Donna White, Amber Wimberly, Jamilla Wang, Skye Doucette, Megan Norsworthy, Christopher Draus, Jennifer Beardsall, Deborah Cartnick, Thomas Ramon, Jr, Autumn Dean, Gerald Gordon, Martina Osley, Deborah Ostrander, Matthew Robertson, Joy Judge, Joyce Ivy - **Honorable Amy J. St. Eve**

1:16-cv-06446 Nicks et al v. Koch Meat Co., Inc. et al - Representing Jimmy R. Nicks, James Earl Patrick - **Honorable Amy J. St. Eve**

1:16-cv-09410 Gary Spanier, D.C. P.A. v. State Farm Mutual Automobile Insurance Company - Representing Gary Spanier, D.C. P.A. - **Honorable Charles R. Norgle, Sr**

1:16-cv-10984 Monroy v. Shutterfly, Inc. - Representing Alejandro Monroy - **Honorable Amy J. St. Eve**

1:17-cv-00222 Parrott v. Family Dollar, Inc. et al - Representing Jennifer M Parrott - **Honorable Jorge L. Alonso**

1:17-cv-00498 Alea v. Wilson Sporting Goods Company et al - Representing George Alea, Curtis Hamburg - **Honorable Gary Feinerman**

1:17-cv-01373 Nicholoson v. Nationstar Mortgage LLC of Delaware - Representing Rena Nicholoson - **Honorable Robert M. Dow, Jr**

1:17-cv-04464 Bishop et al v. Behr Process Corporation et al - Representing Tom Paul, Kathleen Bishop, Jeanne Haman, Nancy Graf, Mark Sumpter - **Honorable John Robert Blakey**

1:18-cv-01061 Albrecht v. Oasis Power, LLC - Representing Kenneth Albrecht - **Honorable Harry D. Leinenweber**

1:18-cv-01771 Boone v. MB Financial Bank, N.A. - Representing Rhonda Boone - **Honorable Charles P. Kocoras**