

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

## NOTIFICATION OF CHANGE OF ATTORNEY ADDRESS OR NAME

1. Complete this form and e-file it, using the Notice of Change of Address event, in each case that you list below.
2. Update your contact information in CM/ECF. Click HERE for update instructions.

Name   Richard R. Gordon

Firm   Gordon Law Offices, Ltd.

Street Address   111 W. Washington, Suite 1240

City/State/Zip Code   Chicago, IL 60602

Phone Number   312-332-5200

Email address   RRG@GordonLawChicago.com

ARDC (Illinois State Bar members, only)   627751

If you have previously filed an appearance with this court using a different name, enter that name.

List all active cases in which you currently have an appearance on file.

| Case Number | Case Title | Assigned Judge |
|---|---|---|
| 1:14-cv-04787 | Lewert v. P.F. Chang's China E | Elaine E. Bucklo |
| 1:14-cv-08370 | Zahn v. North American Powe | Virginia M. Kendall |
| 1:14-cv-03624 | Mednick v. Precor Inc | Harry D. Leinenweber |
| 1:18-cv-02200 | Gooden v. XSport Fitness Inc | Manish S. Shah |
| 1:15-cv-10381 | Keith et al v. Ferring Pharmace | Amy J. St. Eve |
| 1:13-cv-9116 | In Re: National Collegiate Ath | John Z. Lee |

_Signature of Attorney_   4-30-18   _Date_

Rev. 01272016