**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **IN RE: NATIONAL COLLEGIATE ATHLETIC ASSOCIATION STUDENT-ATHLETE CONCUSSION LITIGATION** | MDL NO. 2492<br><br>Master Docket No. 13-cv-09116<br><br>Judge John Z. Lee |

**SETTLEMENT CLASS COUNSEL'S SECOND SUPPLEMENTAL SUBMISSION IN
SUPPORT OF MOTION FOR FINAL APPROVAL OF
SECOND AMENDED CLASS SETTLEMENT**

Settlement Class Counsel submits this second supplement pursuant to the Court's March 9, 2018 Minute Order.

Pursuant to the docket entry dated August 1, 2017, the deadline for Settlement Class Members (except Settlement Class Members from Frostburg State University and the Residual Group) to object to or opt-out of the Settlement was September 15, 2017. Class Counsel responded to those objections on September 29, 2017.

Pursuant to the Case Management Order dated November 13, 2017, the deadline for Settlement Class Members from Frostburg State University to object to or opt-out of the Settlement was January 16, 2018. Just one comment was received. Class Counsel responded to that comment on January 30, 2018.

Pursuant to the Minute Order dated March 9, 2018, the deadline for Settlement Class Members in the Residual Group to object to or opt-out of the Settlement was June 8, 2018. No additional objections or comments were filed or delivered.

- 2 –

WHEREFORE, Settlement Class Counsel respectfully requests that the Court grant the

Motion for Final Approval of the Second Amended Settlement.

Date:  June 27, 2018.

Respectfully submitted,

By:  */s/ Steve W. Berman*
     Steve W. Berman
*steve@hbsslaw.com*
Christopher P. O'Hara
*chriso@hbsslaw.com*
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
206.623.7292
Fax: 206.623.0594

Elizabeth A. Fegan
*beth@hbsslaw.com*
HAGENS BERMAN SOBOL SHAPIRO LLP
455 N. Cityfront Plaza Dr., Suite 2410
Chicago, IL 60611
708.628.4949
Fax: 708.628.4950

*Settlement Class Counsel*

010270-12 1044242 V1

- 3 –

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that on June 27, 2018, a true and correct

copy of the foregoing was filed electronically via CM/ECF, which caused notice to be sent to all

counsel of record.

By: ___*/s/ Steve W. Berman*_____
Steve W. Berman

010270-12 1044242 V1