- 1 –

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL COLLEGIATE ATHLETIC ASSOCIATION STUDENT-ATHLETE CONCUSSION LITIGATION | MDL NO. 2492<br>Case No. 13-cv-09116<br><br>Judge John Z. Lee<br><br>Magistrate Judge Brown |

**JOINT MOTION FOR EXTENSION OF TIME TO SUBMIT
DECLARATION FROM NOTICE ADMINISTRATOR AND FINAL OPT-OUT LIST**

On March 9, 2018, the Court ordered the Notice Administrator to file an amended declaration with the Court concerning implementation of the notice program and other terms of the settlement on June 27, 2018.

On June 27, 2018 at 3:30 p.m., the Notice Administrator informed Settlement Class Counsel and counsel for the NCAA that it had identified approximately 1,900 Settlement Class Members whose original notices were returned as undeliverable, but for whom the Notice Administrator has now identified updated addresses.

In order for the parties to address this issue with the Notice Administrator and provide a recommendation to the Court on how to proceed, the parties request an extension to Monday, July 2, 2018 to file a status report and explanatory declaration from the Notice Administrator with the Court.

WHEREFORE, Settlement Class Counsel and the NCAA respectfully request until July 2, 2018 to file a status report and explanatory declaration from the Notice Administrator with the Court.

- 2 –

Dated: June 27, 2018

                Respectfully submitted,

                HAGENS BERMAN SOBOL SHAPIRO LLP


                By: */s/ Steve W. Berman*
                    Steve W. Berman
                1918 Eighth Avenue, Suite 3300
                Seattle, WA 98101
                Tel.: 206.623.7292
                Fax: 206.623.0594
                Email: steve@hbsslaw.com

                Elizabeth A. Fegan
                HAGENS BERMAN SOBOL SHAPIRO LLP
                455 N. Cityfront Plaza Dr., Suite 2410
                Chicago, IL 60611
                Tel.: 708.628.4949
                Fax: 708.628.4950
                Email: beth@hbsslaw.com

                *Settlement Class Counsel*


                By: */s/ Mark S. Mester*
                    Lead Counsel for Defendant
                    National Collegiate Athletic Association

                Mark S. Mester
                  mark.mester@lw.com
                Johanna M. Spellman
                  johanna.spellman@lw.com
                LATHAM & WATKINS LLP
                330 North Wabash Avenue, Suite 2800
                Chicago, Illinois  60611
                Telephone:  (312) 876-7700
                Facsimile:  (312) 993-9767

010270-12 1044445 V1

- 3 –

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that on June 27, 2018, a true and correct copy of the foregoing was filed electronically via CM/ECF, which caused notice to be sent to all counsel of record.

By: */s/ Steve W. Berman*
Steve W. Berman

010270-12 1044445 V1