# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.2
### Eastern Division

National Collegiate Athletic Association Student−Athlete
Concussion Injury Litigation, et al.

Plaintiff,

v.

Case No.: 1:13−cv−09116

Honorable John Z. Lee

National Collegiate Athletic Association, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 11, 2018:

MINUTE entry before the Honorable John Z. Lee: Motion hearing held on 7/11/18. Joint motion to reset the date of the final approval hearing and require an independent audit of the direct notice portion of the notice program [511] is granted. For the reasons stated on the record, the Court finds that an independent audit is necessary to evaluate the effectiveness of the direct notice program. The costs of the audit should be split 50% for Plaintiffs and 50% for the Defendant. The fairness hearing scheduled for 8/16/18 is stricken; a status hearing is set for 8/16/18 at 10:00 a.m. The parties should submit a status report regarding the audit by 8/10/18. Mailed notice(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.