IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: NATIONAL COLLEGIATE ATHLETIC ASSOCIATION STUDENT-ATHLETE CONCUSSION LITIGATION | ) ) ) ) ) ) ) | MDL No. 2492<br><br>Master Docket No. 1:13-cv-09116<br><br>Judge John Z. Lee<br><br>Magistrate Judge M. David Weisman |

## DECLARATION OF MATTHEW L. GARRETSON
## OF GARRETSON RESOLUTION GROUP

I, Matthew L. Garretson, declare as follows:

1.     I am the Chief Executive Officer of Garretson Resolution Group ("GRG"). On July 15, 2016, the Court appointed GRG as the Program Administrator to "administer the Second Amended Settlement in accordance with the terms and conditions of this Order and the Second Amended Settlement Agreement." (Doc. No. 278, ¶ 13.) I make this declaration based upon my personal knowledge, and I am competent to testify as to its contents.

2.     Section VI of the Second Amended Settlement Agreement (the "Settlement Agreement") and the Court's July 15, 2016 Order set forth GRG's duties as the Program Administrator of the Medical Monitoring Program (the "Program"). Those duties include receiving, processing, and paying expenses (as provided for in the Settlement Agreement and any applicable orders of the Court), implementing and overseeing the online screening questionnaire, working with Qualifying Class Members to ensure they receive medical evaluations, processing and allocating results of the medical evaluations, and providing periodic reporting to the Parties and the Court.[1] (Doc. No. 266-1, VI.)

---

[1] Unless otherwise defined, capitalized terms have the meaning ascribed to them in the Second Amended Settlement Agreement, which is Exhibit 1 to the joint motion for preliminary approval filed with the Court on May 20, 2016. (Doc. No. 266-1.)

3.      Section IV of the Settlement Agreement outlines the benefits to Settlement Class Members and describes the process for the creation of the Program, as led by the Medical Science Committee ("MSC") or "the Program Administrator as its designee." (Doc. No. 266-1, IV.) The Settlement Agreement requires, among other things, that a request for proposal ("RFP") be issued to medical institutions and providers in 33 diverse geographic locations seeking participation in the Program. (Doc. No. 266-1, IV.B.1.) The Program includes an online screening questionnaire designed by the MSC, has provisions related to interventions based on mood and suicidality, allows Qualifying Class Members to receive two medical evaluations, requires the Program Administrator to pay providers within specified time periods, and calls for the MSC to evaluate the program periodically throughout its life. (Doc. No. 266-1, IV.)

4.      The Settlement Agreement and the Court's July 15, 2016 Order also call for the establishment of a Medical Monitoring Fund (the "Fund") for the purpose of paying all costs of the Program in accordance with the Settlement Agreement. (Doc. No. 266-1, IV.A; Doc. No. 278, ¶ 35.)  Class Counsel and the NCAA selected Huntington National Bank to hold the Fund, and the NCAA deposited $5,000,000 into the Fund on July 28, 2016. Class Counsel, the NCAA, and GRG entered into a Qualified Settlement Fund Agreement dated September 9, 2016, to set forth the terms and conditions for the operation and administration of the Fund, in accordance with the terms outlined in the Settlement Agreement.

5.      The Settlement Agreement requires GRG as the Program Administrator to administer the Fund and to make certain payments from the Fund, subject to necessary authorizations. In particular, the Program Administrator is required to make "[a]ll payments for the costs of administration of the Medical Monitoring Program, in amounts to be approved by the Court." (Doc. No. 266-1, IV.A.2.c.)

6.     GRG submits the invoices attached as **Exhibit A** seeking Court approval for payment of $395,442.03 for GRG's administration services performed from January 1, 2016 through March 31, 2018.

7.     Pursuant to the Court's instructions in the November 29, 2016 minute entry to provide an "estimate as to whether the Parties are on target for meeting the previously submitted budget" (Doc. No. 310), I offer the following explanation of services performed to date as compared to the budget previously submitted to the Court.

### Background

8.     In anticipation of the initial motion for preliminary approval of the proposed settlement, GRG began working with Class Counsel and Counsel for the NCAA in late 2014 concerning the design and implementation of a Medical Monitoring Program. During this time (prior to GRG's appointment as Program Administrator), GRG proposed a program plan to Class Counsel and Counsel for the NCAA, including a fee schedule setting forth billing rates for GRG employees and pass-through expenses. GRG, Class Counsel, Counsel for the NCAA, and the Special Master, Honorable Wayne R. Andersen (Ret.), memorialized GRG's fee structure in a letter dated January 4, 2017, and attached as **Exhibit B.**

9.     Following consultation with the MSC, Class Counsel, and Counsel for the NCAA, GRG submitted to the Court a report dated April 14, 2015 (the "2015 GRG Report"), which described a plan to administer the Medical Monitoring Program. (Doc. No. 161.) The plan included estimates for the three types of administrative costs associated with administering the Medical Monitoring Program: (1) foundational costs, (2) program fixed costs, and (3) program variable costs. Our estimate of total costs "to initiate and administer the Medical Monitoring Program" (Doc. No. 161, ¶ 41)—based on the requirements of the then-current draft settlement agreement, consultation with the Parties and MSC, and class member participation forecasts

3

provided by Bruce Deal of the Analysis Group (Doc. No. 170, ¶ 78)—was $8,029,459. (Doc. No.

161, ¶ 41.) The 2015 GRG Report also noted:

> All of GRG's costs estimates include a 3.5% annual increase beginning in the second year of the program, and are presented on an unadjusted basis (i.e., no discount rate has been applied to costs estimates for activity in future years). It should be noted that GRG cost estimates <u>do</u> <u>not</u> include the actual costs of Medical Evaluations, travel reimbursements to qualifying Class Members, or Medical Science Committee fees.

Id. (emphasis in original).

    10.    The amounts set forth in the 2015 GRG Report were included in the Corrected

Expert Report of Bruce Deal, dated April 20, 2015 (Doc. No. 170). In his report, Mr. Deal

anticipated that GRG would provide administrative support for the MSC and outlined other

administrative costs that would need to be paid by the Fund, including estimated costs of

$8,029,459 for GRG's work as the Program Administrator:

**Table 7. Administrative Costs Proposed by Garretson, by Administrative Category (Baseline scenario).**[57][58]

| Projected Cost Category | Source | Estimate |
|---|---|---|
| Program Initiation, Class Member Registration, and Opt Out | Garretson | $576,536 |
| Provider Network Setup and Maintenance | Garretson | $2,367,479 |
| IT Setup and Maintenance | Garretson | $1,917,834 |
| Screening and Evaluations | Garretson | $3,167,610 |

(Doc. No. 170, ¶ 87, b, d.) While the estimate developed by GRG was included in Mr. Deal's

report, GRG categorizes its fees in a different manner in accordance with the three categories

described above (foundational, program fixed costs, and program variable costs). These three

categories, however, cover the same costs that comprise Mr. Deal's estimates. The costs for

which GRG seeks reimbursement are discussed in detail below.

## Work on the Medical Monitoring Program

11.      Following the Court's January 26, 2016 order, which stated that the Court would grant preliminary approval if the Parties made several modifications to the Settlement Agreement, GRG began planning activities in preparation for tasks that would be required of the Program Administrator immediately following preliminary approval.  These activities included reviewing Settlement documents (including the January 26, 2016 Court order); drafting and updating project plans; preparing for post-preliminary approval activities (such as establishing the Medical Monitoring Fund within ten days of preliminary approval and issuing the RFP within 45 days of preliminary approval); developing requirements for information technology systems; and preparing for provider recruitment.

12.      After the Court appointed GRG as the Program Administrator in July 2016, GRG began working with the MSC to begin creating the Program, consistent with Sections IV and VI of the Settlement Agreement.

13.      On August 29, 2016, GRG issued an RFP seeking providers to participate in the Program. In so doing, GRG, in consultation with the MSC, established a webpage and online form to receive submissions and conducted outreach seeking provider candidates in all 33 markets. In response to the RFP, GRG received 97 submissions and a significant number of questions and inquiries about the Program itself. GRG also made efforts to directly contact sites that had been identified as potential Program locations but that had not submitted a response to the RFP.

14.      On December 6, 2016, GRG, the MSC, Class Counsel, and Counsel for the NCAA met in Chicago to discuss various aspects of the Program, including reviewing the RFP responses, discussing clinical integrity and quality controls, and reviewing evaluation requirements.

15.     Since the December 6, 2016, meeting, GRG has communicated updates on program timing to interested providers, performed outreach to additional providers, engaged in program and technology planning in anticipation of provider contracting, and continued the development and deployment of the online screening application.

### Fees And Expenses For Which Approval Is Sought

16.     GRG is seeking Court approval for payment of $369,836.70 in fees to GRG for services rendered (including $40,598, or 3.2% of the projected foundational costs, in fees for work performed between the Court's January 26, 2016 order and GRG's appointment as Program Administrator on July 15, 2016) and $25,605.33 to reimburse GRG for expenses incurred through March 31, 2018. With the exception of the fees noted as "payment processing" in the table below, all fees and expenses for which approval is requested are foundational costs for the Program, as described in the 2015 GRG Report. (Doc. No. 161, ¶ 38.) I describe below the details of these foundational costs and variances from the estimates set forth in the 2015 GRG Report.

17.     Foundational costs include three basic categories: (i) overall program planning and initiation, (ii) establishing and enrolling the Program Location network, and (iii) IT system customization and development, including development of the online Screening Questionnaire. (Doc. No. 161, ¶ 38). In arriving at the total Program cost estimate of $8,029,459 presented in the 2015 GRG Report, GRG's analysis anticipated total foundational costs of $1,271,683 across those three basic categories. The foundational cost estimate for each category , as well as the portion of those estimates covered by GRG's current approval request, are set forth below:

| Foundational Costs | 2015 estimate (all foundational work) | Current approval request (work through Q1 2018) |
|---|---|---|
| Program initiation and planning | $152,900 | $192,635 |
| Program Location network development | $455,483 | $158,306 |

6

| | | |
|---|---|---|
| IT configuration and development | $663,300 | $7,886 |
| Total | $1,271,683 | $358,827 |

**Fixed and Variable Costs**

| | | |
|---|---|---|
| Payment processing | See Note (A) | $11,010 |

**Other Costs**

| | | |
|---|---|---|
| Expenses | See Note (B) | $25,605 |

| | |
|---|---|
| **Total Current Approval Request:** | $395,442 |

(A) These costs relate to GRG's processing and payment of fees and expenses (such as payments to the MSC and the Notice Administrator) in accordance with the terms of the Settlement Agreement. Costs associated with such processing were included in the total cost estimate in the 2015 GRG report; however, such costs were included as part of the underlying "fixed" and "variable" – rather than "foundational" – cost estimates and, accordingly, are presented here separately. These costs are not projected to exceed initial estimates.

(B) The 2015 GRG Report did not include estimates of pass-through expenses. Expenses incurred to date relate to a one-time consulting fee paid to a third-party expert to advise on communication and contracting strategy with respect to major medical institutions – $20,037.86 – and travel and incidental expenses related to the December 6, 2016, MSC meeting – $5,567.47. (The largest incidental expense for the MSC meeting was $2,347.77 for the cost of a conference room at O'Hare Airport to provide a central meeting location for the physician members of the MSC, thereby reducing their travel time and cost.)

18. Program initiation and planning includes time billed for overall planning and oversight, and communication with and coordination of the MSC, Class Counsel, Counsel for the NCAA, and other third parties with respect to the RFP process and other foundational issues. Fees accrued for these activities through March 31, 2018 exceeded GRG's initial estimates by $39,735, primarily as a result of the significant investment of time and attention in developing—in consultation with the MSC and Parties—a robust communication plan for the RFP process. Additionally, GRG has continued to engage in planning and preparation activities in the period between the initially scheduled Fairness Hearing date in May 2017, and the currently scheduled date in August 2018. As certain foundational work will continue through the Medical Monitoring Program launch, it is estimated that the total cost for Program initiation and planning

activities, if approved, will be $210,000 to $225,000 (exceeding the initial estimate by approximately $60,000 to $75,000).

19.     Program Location network development work includes the RFP and provider selection process, contracting with institutions, establishing payment systems, and establishing baseline exam procedures, and GRG expects to meet the previously submitted budget for those tasks.

20.     IT Configuration and Development work includes foundational work related to the online screening tool, scheduling systems, and provider claims adjudication system. At this time, GRG's IT configuration and development fees are not expected to exceed the initial estimates.

21.     As noted above, in addition to foundational costs, the $8,029,459 total cost estimate in the 2015 GRG Report was based on underlying estimates of fixed costs ($3,166,531), and variable costs ($3,591,245). GRG has not provided services within the fixed or variable cost categories to date, with the exception of payment management and processing (resulting in the $11,010 in fees described in Note A to the table above). Payment management and processing were planned activities for the Program; accordingly, the delivery of these services and their corresponding fees is within the estimates of fixed and variable costs underlying the 2015 GRG Report and is not expected to result in an overall cost increase.

22.     As described in Note B, the analysis in the 2015 GRG Report did not include estimates of potential pass-through expenses. This request for payment includes costs for two non-recurring items: the December 6, 2016, MSC planning meeting and a one-time consulting fee for an outside expert to advise on contracting and communications strategy with major medical facilities. These expenses total $26,605. Taken together with the potential increase in

8

program initiation costs described in Paragraph 18, and taking into account other pass-through costs GRG would incur in the future, we estimate that GRG's total fees and expenses to administer the Program may exceed our 2015 estimate of $8,029,459 by approximately $100,000 to $115,000 (1.2% to 1.4% of the initial estimate).

23.     I declare under penalty of perjury under the laws of the State of Ohio that the foregoing is true and correct.

EXECUTED on this **29th** day of **June**, **2018**, at Cincinnati, Ohio.

_____

Matthew L. Garretson
Chief Executive Officer
GARRETSON RESOLUTION GROUP
6281 Tri-Ridge Blvd, Suite 300
Cincinnati, OH 45140

US-DOCS\101597786.3   LW_NCAA MDL -- Program Administrator Expense Declaration 2018 GRG rev 2018 06 04          06-29-2018
16:16  049742-0012

# EXHIBIT A



| | | |
|---|---|---|
| Invoice Number | 654719 | |
| Invoice Date | April 10, 2017 | |
| PO Number | | |
| Contract | | |
| Project | CNCUS-03294-00 | |

4064 Colony Road, 2nd Floor | Charlotte, NC 28211

NCAA Concussion Litigation
Elizabeth A. Fegan
Hagens, Berman, Sobol and Shapiro, LLP
1144 W. Lake Street, Suite 400
Oak Park, IL 60301

| | |
|---|---|
| Terms | 30 |
| Page | 1 of 1 |

---

Garretson Resolution Group Billable Hours through December 31, 2016

| | Hours | Rate | Amount |
|---|---|---|---|
| **NCAA - Program Initiation and Planning** | | | |
| Program Manager | 136.8 | 285 | $38,988.00 |
| Subject Matter Expert | 192.8 | 285 | $54,948.00 |
| Vice President | 100.0 | 350 | $35,000.00 |
| **Category subtotal** | **429.6** | | **$128,936.00** |
| **NCAA - Provider Location Network development** | | | |
| Program Manager | 110.7 | 285 | $31,549.50 |
| Provider Network Coordinator | 78.0 | 130 | $10,140.00 |
| Provider Network Manager | 150.0 | 200 | $30,000.00 |
| Subject Matter Expert | 123.3 | 285 | $35,140.50 |
| **Category subtotal** | **462.0** | | **$106,830.00** |
| **NCAA - Operational activities-Payment Processing** | | | |
| Subject Matter Expert | 11.5 | 285 | $3,277.50 |
| Treasury Analyst | 35.1 | 130 | $4,563.00 |
| **Category subtotal** | **46.6** | | **$7,840.50** |
| **Invoice Total** | **938.2** | | **$243,606.50** |

---

Garretson Resolution Group wire instructions
The Private Bank, 120 S. LaSalle St., Chicago, IL 60603
Garretson Resolution Group Inc-Wire Receipts Acct
ABA#
Acct#



4064 Colony Road, 2nd Floor | Charlotte, NC 28211

NCAA Concussion Litigation
Elizabeth A. Fegan
Hagens, Berman, Sobol and Shapiro, LLP
1144 W. Lake Street, Suite 400
Oak Park, IL 60301

| | |
|---|---|
| Invoice Number | 655345 |
| Invoice Date | May 04, 2017 |
| PO Number | |
| Contract | |
| Project | CNCUS-03294-00 |
| | |
| Terms | 30 |
| Page | 1 of 1 |

NCAA Student Athlete Concussion Injury Litigation
Third Party Expenses thru March 31, 2017

| Description | Client Case# | GRG# | Qty | Rate | Amount |
|---|---|---|---|---|---|
| NCAA Network Development Consultant | | | | | 20,037.86 |
| NCAA Conference Room Chicago | | | | | 2,347.77 |
| NCAA Shipping | | | | | 243.71 |
| NCAA Travel-Paschal | | | | | 1,071.16 |
| NCAA Travel-Mulvey | | | | | 1,203.40 |
| NCAA Travel-Gernon | | | | | 701.43 |
| **Invoice Total** | | | | | **25,605.33** |

Garretson Resolution Group wire instructions
The Private Bank, 120 S. LaSalle St., Chicago, IL 60603
Garretson Resolution Group Inc-Wire Receipts Acct
ABA# ██████████
Acct# ██████████



# INVOICE

INVOICE #1024-1
Date: September 23, 2016

Prairie Wind Partners
Brett Long
2629 Orchard Lane
Excelsior, Minnesota 55331

**TO:**
Bill Mulvey
Garretson Resolution Group
6281 Tri-Ridge Blvd, Ste 300
Cincinnati, OH 45140

**FOR:**
NCAA Physician Network Development – **Aug&Sept**

| DESCRIPTION | UNITS | RATE | AMOUNT |
|---|---|---|---|
| **NCAA PHYSICIAN NETWORK DEVELOPMENT** | **4.00** | **$5,000** | **$20,000** |
| Itemized Time Accounting: <br>• August 3: preparation, document review – 3 hours (no charge) <br>• August 4: briefing and planning session – 10 hours/ 1 day <br>• August 8: Research health systems, start contact list – 3 hours <br>• August 17: NFL document review, network approach – 3 hours <br>• August 18: planning session – 8 hours/1 day <br>• August 30: planning call with Candice – 1 hour <br>• September 2: network development, contact reach out – 4 hours <br>• September 6: planning call with Amy & Candice – 1 hour <br>• September 7: network development, contact reach out – 3 hours <br>• September 13: planning call with Amy & Candice – 1 hour <br>• **TOTAL CHARGED HOURS – 32 hours or 4 days** | | | |
| **TRAVEL RELATED EXPENSES** | | | **$1,912.86** |
| See attached Receipts <br>1. Flights (for just Aug 4 visit) <br>2. Ground transportation (uber for Aug 4 visit) <br>3. Parking (Aug 4, 18 visits) <br>4. Mileage – 2 roundtrips (26 mi X 4) X 0.54 <br>5. Hotel (Aug 18 visit) <br>6. Meals/misc | | | 1194.20 <br>37.15 <br>77.00 <br>56.16 <br>496.65 <br>51.70 |
| | | **TOTAL** | **$21,912.86** |

Make all checks payable to Prairie Wind Partners, LLC



**Hilton**
**Chicago O'Hare Airport**

Please Remit Payment To:
HILTON CHICAGO O'HARE AIRPORT
P.O. Box 92681
Chicago, IL 60675-2681

O'Hare International Airport
P.O. Box 66414, Chicago, IL 60666
Ph: (773) 686-8000  Fax: (773) 601-0579

| INVOICE NO. |
| --- |
| ███████ |

| INVOICE DATE |
| --- |
| **12/9/2016** |

| PAGE NO. |
| --- |
| 1 |

E-Events - GRG
ATTENTION:  Suzi Valentine
6281 Tri-Ridge Blvd
Cincinnati, OH 45140

| DATE | REFERENCE | DESCRIPTION | AMOUNT |
| --- | --- | --- | --- |
| 12/6/2016 | 215270 | BANQUET CHECK | $2,277.77 |
| 12/6/2016 | 5748 | AUDIO VISUAL - 2001 | $70.00 |
| *12/9/2016* | *AMEX 3007* | *PAYMENT* | *($2,347.77)* |

# RECEIPT

IF YOU HAVE ANY QUESTIONS
PLEASE CALL THE ACCOUNTING DEPARTMENT AT
(773) 601-1749

| OVER 90 DAYS | OVER 60 DAYS | OVER 30 DAYS | $0.00 CURRENT | PLEASE PAY THIS AMOUNT | $0.00 |
| --- | --- | --- | --- | --- | --- |

PAST DUE ACCOUNTS SUBJECT TO SERVICE CHARGE OF 1.5% PER MONTH

Case: 1:13-cv-09116 Document #: 516-1 Filed: 08/09/18 Page 15 of 26 PageID #:11629

Check# 215270

# Hilton Chicago O'Hare Airport

PO Box 66414 • Chicago, Illinois 60666 • (773) 686 8000 • Catering Fax (773) 462 7081

## Banquet Check

| | |
|---|---|
| Account: e-Events | |
| Booking: GRG | |
| Address: | |

| Event Date: | 12/6/2016 |
|---|---|
| Contact: | Suzi Valentine |
| Phone: | |
| Fax: | |
| On-Site: | Suzi Valentine |
| Phone: | |

| | |
|---|---|
| Banquet Manager: | Bus ID: 1,582,56 |
| Billing ID: ▮▮▮▮ | Seg ID: |
| Billing Method: | Meal ID: |

| Quantity | Food | Price | | Amount |
|---|---|---|---|---|
| 15 | Conference Coffee Break | 15.00 | Per Person | 225.00 |
| 15 | Salad & Sandwich Tuesday | 44.00 | Per Person | 660.00 |
| | | Subtotal: | | 885.00 |
| | | Service Charge %: | 18.50 | 163.73 |
| | | Tax %: | 11.50 | 101.78 |
| | | Administrative Fee %: | 4.75 | 46.77 |
| | | Total: | | $1,197.28 |

| Quantity | Beverage | Price | | Amount |
|---|---|---|---|---|
| 13 | EVIAN Spring Water *Based on Consumption* | 6.25 | per Bottle | 81.25 |
| 5 | Assorted Regular and Diet Coke Products *Based on Consumption* | 5.00 | Each | 25.00 |
| | | Subtotal: | | 106.25 |
| | | Service Charge %: | 18.50 | 19.66 |
| | | Tax %: | 11.50 | 12.22 |
| | | Bottled Beverage Tax %: | 3.00 | 0.75 |
| | | Administrative Fee %: | 4.75 | 5.61 |
| | | Total: | | $144.49 |

| Quantity | Miscellaneous | Price | Amount |
|---|---|---|---|
| 1 | Conference Style Board Table with built in power, VGA connector (Need VGA CABLE-NOT included). The room has a built in 65" LCD screen, Flipchart w/ markers. Water Station in room | | 0.00 |
| | | Subtotal: | 0.00 |
| | | Total: | $0.00 |

| | Room Rental | Price | Amount |
|---|---|---|---|
| Function: | | | |
| Room: | 2001 | | |
| | | Subtotal: | 0.00 |

Upon signing this check final beverage consumption, taxes, and gratuities have not been added. All final charges will be mailed.

_____          _____
Client Signature                                        Date          Printed: 12/7/2016

| Account: e-Events | | | Event Date: | 12/6/2016 | |
|---|---|---|---|---|---|
| Booking: GRG | | | | | |
| Address: | | | Contact: | Suzi Valentine | |
| | | | Phone: | | |
| | | | Fax: | | |
| | | | On-Site: | Suzi Valentine | |
| Banquet Manager: | Bus ID: | 1,582,56 | Phone: | | |
| Billing ID: ████ | Seg ID: | | | | |
| Billing Method: | Meal ID: | | | | |

|  |  | Total: | $0.00 |
|---|---|---|---|
| **Function:** | | | |
| Room: 2001 | 800.00 | | 800.00 |
| | | Subtotal: | 800.00 |
| | Room Rental Tax %: | 17.00 | 136.00 |
| | | Total: | $936.00 |
| **Function:** | | | |
| Room: 2001 | | | |
| | | Subtotal: | 0.00 |
| | | Total: | $0.00 |

| | Grand Total: | $2,277.77 |
|---|---|---|
| | Balance Due: | $2,277.77 |

Upon signing this check final beverage consumption, taxes, and gratuities have not been added.  All final charges will be mailed.

Client Signature                                          Date          Printed:  12/7/2016

```
      Hilton Chicago O'Hare
      TECHNOLOGY SERVICES

  601 MIKE
  ----------------------------------
  CHK 5 7 4 8 DEC06'16 1:32PM
  ----------------------------------

    2 HSI DISC @ 35.00    70.00

    AV Charges            70.00
    Payment ...... 7 0 . 0 0
    H10056 /GRG BUSI
    Room Charge           70.00
  ----601 CLOSED DEC06  1:32PM----
```

# Hilton Chicago O'Hare Airport

O'Hare International Airport • P.O. Box 66414 • Chicago, IL 60666 • (773) 686-8000 • Fax (773) 462-7081

## Event Order

BEO #: 215.270
Page: 1 of 2
Comp/Modified: 12/5/201 11:19 AM
Revised:
Event Day:

Cancel and Date:
Master Account:
Booking Number: 1,582,565
LOCAL

| Account: | e-Events | | Event Date: | Tuesday, December 6, 2016 |
| Group Posting: | GRG | | Contact: | Suzi Valentine |
| Event Posting: | | | Phone: | |
| Address: | | | Fax: | |
| | | | On-Site: | Amy Gerson |

| Booked By: | Dennis Chaffee | | Billing: | |
| Catering Src: | Dennis Chaffee | | Credit Card Number: | |
| Service Mgr: | Dennis Chaffee | | Tax Exempt Status: | |

*Please refer to your Sales Agreement for specifics, and cancellation policy. The hotel requires any changes to the guarantees and/or cancellation of items to be made by 11:30a CST two (2) working days prior to function for food and beverage, audio visual and telecommunications. The hotel will not be responsible for service for more than five (5) % of the guests over guarantee (for 50 guests or more). Number of guests served will be chaged if over guarantee. Due to Licensing restrictions, all food and beverage must be provided by the Hilton Chicago O'Hare Airport.*

| Date | Time | Room | Function | Set-up | Post | GTD | Set | Rental |
|------|------|------|----------|--------|------|-----|-----|--------|
| Dec 6, 2016 | 9:00 AM - 4:00 PM | 2001 | MTG | BRDM | Yes | 15 | 15 | $800.00 |
| Dec 6, 2016 | 9:00 AM - 12:00 PM | 2001 | BRK | EXIS | No | 15 | 15 | |
| Dec 6, 2016 | 12:00 PM - 1:00 PM | 2001 | LUNB | EXIS | No | 15 | 15 | |

| Food | Beverage |
|------|----------|
| **Serve: 9:00 AM     Room: 2001** | **Event: 9:00 AM     Room: 2001** |
| | Event:  9:00 AM to   12:00 PM    Function:  BRK |
| *Conference Coffee Break* | |
| Trail Mix | EVIAN Spring Water |
| Cocoa Nib Fudgy Brownies | *Based on Consumption* at $6.25 per Bottle |
| Hilton Custom Blend Coffee, Decaf and Tea | Assorted Regular and Diet Coke Products |
| 15 people @ $15.00 Per person | *Based on Consumption* at $5.00 Each |
| | |
| **Serve: 12:00 PM     Room: 2001** | **Event: 12:00 PM     Room: 2001** |
| | Event:  12:00 PM to   1:00 PM    Function:  LUNB |
| *Salad & Sandwich Tuesday* | |
| Chilled Pasta Salad with Fresh Vegetables (Vegan, Vegetarian) | EVIAN Spring Water |
| Organic Mixed Greens with Tomatoes, Cucumbers | *Based on Consumption* at $6.25 per Bottle |
| Ranch and Balsamic Vinaigrette Dressing | Assorted Regular and Diet Coke Products |
| Roast Beef and White Cheddar on Pretzel Baguette | *Based on Consumption* at $5.00 Each |
| Pesto Roasted Chicken Caprese on Ciabatta Bread | |
| Roasted Portobello Burger with Tomatoes, Vidalia Onions, | Refresh Beverages throughout the day |
| Cacciacavallo on Sundried Tomato Focaccia (Vegetarian) | |
| Kosher Dill Pickles | **Audio Visual** |
| Mayonnaise and Mustard | |
| Bags of Gourmet Potato Chips and Pretzels | **Setup** |
| | Room:  2001 |

*The combined gratuity and service charge of 23.25% is applicable to all services and products on the banquet order, plus state and local taxes, unless otherwise stated as excluded. A portion of the combined charge (18.5%) is a gratuity and will be fully distributed to employees assigned to the event. The remainder of the combined charge (4.75%) is a service charge that is not a gratuity and is the property of Hotel to cover discretionary and administrative costs of the event. Please see further definition in your Sales Agreement, if applicable.*

_____        _____
Organization Authorized Signature                                    Date





# Hilton
### CHICAGO O'HARE AIRPORT

PASCHAL, JONATHAN M

12325 DARBY CHASE DR

CHARLOTTE NC 28277
UNITED STATES OF AMERICA

| | |
|---|---|
| Room: | 5037/D2 |
| Arrival Date: | 12/5/2016 1:11:00 PM |
| Departure Date: | 12/6/2016 11:02:00 AM |
| Adult/Child: | 1/0 |
| Room Rate: | 254.00 |
| Rate Plan: | T1 |
| HH # | |
| AL: | US #0E9E730 |
| Car: | |

Confirmation Number: 3296181107

12/6/2016

| DATE | DESCRIPTION | ID | REF. NO | CHARGES | CREDITS | BALANCE |
|---|---|---|---|---|---|---|
| 12/5/2016 | *ROOM SERVICE | LINTR | 14236081 | $31.02 | | |
| 12/5/2016 | GUEST ROOM | JUSU | 14236453 | $254.00 | | |
| 12/5/2016 | OCCUPANCY TAX-STATE | JUSU | 14236453 | $30.23 | | |
| 12/5/2016 | OCCUPANCY TAX-CITY | JUSU | 14236453 | $11.43 | | |
| 12/5/2016 | OCCUPANCY TAX-COUNTY | JUSU | 14236453 | $2.54 | | |
| 12/6/2016 | AX **BALANCE** | MSAW | 14237530 | | ($329.22) | $0.00 |

EXPENSE REPORT SUMMARY

| | 12/5/2016 | STAY TOTAL |
|---|---|---|
| ROOM AND TAX | $298.20 | $298.20 |
| FOOD AND BEVERAGE | $31.02 | $31.02 |
| DAILY TOTAL | $329.22 | $329.22 |

You have earned approximately 4702 Hilton HHonors points for this stay. Hilton HHonors(R) stays are posted within 72 hours of checkout. To check your earnings or book your next stay at more than 3,900

Thank you for choosing Hilton. You'll get more when you book directly with us - more destinations, more points, and more value. Book your next stay at hilton.com.

**HILTON HHONORS**

**WALDORF ASTORIA**

**CONRAD**

**Hilton**

**DOUBLETREE**

**EMBASSY SUITES**

**Hilton Garden Inn**

**Hampton**

**HOMEWOOD SUITES**

**HOME2**

**Hilton Grand Vacations**

---

AX

# Hilton
### CHICAGO O'HARE AIRPORT

PASCHAL, JONATHAN M

O'HARE INTERNATIONAL AIRPORT
P.O. Box 66414 | Chicago, IL | 60666
T: 773 686 8000 | F: 773 601 2873

*We Hope You Enjoyed Your Stay!*
For Reservations at any Hilton Hotel Worldwide
Call Your Travel Agent or 1-800-HILTONS
*We look forward to serving you again soon.*

| | |
|---|---|
| DATE OF CHARGE | FOLIO NO./CHECK NO. |
| 12/6/2016 | 4152101 A |
| AUTHORIZATION | INITIAL |
| 109591 | |
| PURCHASES & SERVICES | |
| TAXES | |
| TIPS & MISC. | |
| TOTAL AMOUNT | -329.22 |
| PAYMENT DUE UPON RECEIPT | |

MERCHANDISE AND/OR SERVICES PURCHASED ON THIS CARD SHALL NOT BE RESOLD OR RETURNED FOR A CASH REFUND.

**AMERICAS • EUROPE • MIDDLE EAST • AFRICA • ASIA • AUSTRALASIA**

AMERICAN EXPRESS **TRAVEL**

INVOICE

Page 1 of 3

Generated: Fri, 02 December 2016 14:47:20

## Invoice

**American Express Travel Record Locator**   BMFQBI

Business Centurion Travel Service
2401 W. Behrend Dr Ste.55 M/C 08-03-69
Phoenix Arizona 85027
Toll Free 1-800-297-3333
When Overseas Call Collect 602-537-4000

### Invoice Information

Ticket Date          02/12/2016
Invoice              870190
Customer Number      ▆▆▆▆▆▆

## Invoice Passenger Name(s)    MULVEY/WILLIAM

Your invoice contains ticketed airline information. Please see your itinerary for full trip details.

The Baggage Rules of DELTA AIRLINES INC. apply to this itinerary, and can be accessed by visiting
https://myamextravel.com/baggage

| Payment Detail | Invoice Total | USD640.20 |
|---|---|---|
| | Charge by Airline | 640.20 |

| Flight Information | | Charges | |
|---|---|---|---|
| Ticket Number | 7927950908 | Ticket Base Fare | 569.30 |
| Passenger Name | MULVEY/WILLIAM | Gov't Taxes/Airline Imposed Fees | 70.90 |
| Airline | DELTA AIRLINES INC. | | |
| | | **Total Ticket Amount** | **640.20** |
| Flight Details | 05 Dec 2016 DL3486 K Class | | |
| | Cincinnati/Chicago/Ohare Intl Arpt | | |
| Flight Details | 06 Dec 2016 DL3486 K Class | | |
| | Chicago/Ohare Intl Arpt/Cincinnati | | |

### Credit Card Information

| Charged to Card | AX XXXXXXXXXX▆ | Amount | USD 640.20 |
|---|---|---|---|



# Account & Checkout

| Guest Name: MULVEY,WILLIAM | Total $563.20 |
|---|---|

| 12/6 | |
|---|---|
| OCCUPANCY TA | $2.54 |
| OCCUPANCY TA | $11.43 |
| GASLIGHT CLU | $265.00 |
| GUEST ROOM | $254.00 |
| OCCUPANCY TA | $30.23 |

Menu  * Back

LG

Receipt for M... Flight Receipt Room...

1 / 3    81.5% ▾

# Flight Receipt for Minneapolis/St Paul, MN to Chicago-Ohare, IL

## PASSENGER INFORMATION

AMY MARIE GERNON
SkyMiles Number: ▮▮▮▮▮

Confirmation Number: HQVQ8T
Ticket Number: 0062365051797

## FLIGHT INFORMATION

| Date and Flight | Status | Class | Seat/Cabin |
|---|---|---|---|
| MSP>ORD<br>Mon 05Dec2016 DL 1430 | FLWN | T | |
| ORD>MSP<br>Tue 06Dec2016 S5 3328 | FLWN | H | |

## DETAILED CHARGES

**Air Transportation Charges**
Base Fare:      $354.41   USD

**Taxes, Fees & Charges:**
United States - September 11th Security Fee(Passenger Civil Aviation Security Service Fee) (AY)    $11.20   USD
United States - Transportation Tax (US)    $26.59   USD
United States - Passenger Facility Charge (XF)    $9.00   USD
United States - Flight Segment Tax (ZP)    $8.00   USD

**Total Price:**      $409.20   USD

Paid with American Express ************▮▮▮▮

EY OF TERMS

## Hilton
### HOTELS & RESORTS

**HILTON CHICAGO O'HARE AIRPORT**

**Hotel Address**

O'HARE INTERNATIONAL AIRPORT
CHICAGO, IL 60666

Reservations
www.hilton.com or
1-800-HILTONS

**Name and Address**

ERNON, AMY
1 WINONA STREET
ORTHFIELD, MN 55057

firmation # 3295916259

6/16   PAGE   1

| | | |
|---|---|---|
| Room | 6021//K1 | |
| Arrival Date | 12/05/16 | |
| Departure Date | 12/06/16 | |
| Adult/Child | 1/0 | |
| Room Rate | $248.92 | |
| Rate Plan | L-HPPRP1 | |
| HHonors # | ▮▮▮▮▮ | |
| Airline: | | |

| DATE | REFERENCE | DESCRIPTION | AMOUNT |
|---|---|---|---|
| | | | $248.92 |
| | | | $29.62 |
| /05/16 | 14236540 | GUEST ROOM | $11.20 |
| 05/16 | 14236540 | OCCUPANCY TAX-STATE | $2.49 |
| 05/16 | 14236540 | OCCUPANCY TAX-CITY | ($292.23) |
| 05/16 | 14236540 | OCCUPANCY TAX-COUNTY | |
| 6/16 | 14237690 | ***********▮▮▮▮ | |



| | | |
|---|---|---|
| Invoice Number | 665412 | |
| Invoice Date | February 26, 2018 | |
| PO Number | | |
| Contract | | |
| Project | NCAA0-03294-01 | |

4064 Colony Road, 2nd Floor | Charlotte, NC 28211

| | |
|---|---|
| Terms | 30 |
| Page | 1 of 1 |

NCAA Concussion Litigation
Elizabeth A. Fegan
Hagens, Berman, Sobol and Shapiro, LLP
1144 W. Lake Street, Suite 400
Oak Park, IL 60301

**NCAA Concussion Litigation**

Garretson Resolution Group Billable Hours - January 1, 2017 thru December 31, 2017

| | Hours | Rate | Amount |
|---|---|---|---|
| **NCAA - Program Initiation and Planning** | | | |
| Compliance Officer | 5 | 295 | $ 1,475.00 |
| Program Manager | 138.8 | 295 | $40,946.00 |
| Subject Matter Expert | 18.2 | 295 | $5,369.00 |
| Finance Subject Matter Expert | 2 | 295 | $590.00 |
| Project Manager | 21 | 207 | $ 4,347.00 |
| Operations Manager | 14 | 207 | $ 2,898.00 |
| | 199 | | $55,625.00 |
| | | | |
| **NCAA - Provider Network Development** | | | |
| Compliance Officer | 3.4 | 295 | $ 1,003.00 |
| Program Manager | 29.2 | 295 | $ 8,614.00 |
| Subject Matter Expert | 4 | 295 | $ 1,180.00 |
| Project Manager | 47 | 207 | $ 9,729.00 |
| Operations Manager | 38 | 207 | $ 7,866.00 |
| Provider Network Manager | 35 | 207 | $ 7,245.00 |
| Provider Network Coordinator | 94 | 135 | $12,690.00 |
| Technical Writer | 10.9 | 135 | $ 1,471.50 |
| | 261.5 | | $49,798.50 |
| | | | |
| **NCAA - Operational activities-Payment Processing** | | | |
| PMC Operations Manager | 6 | 207 | $ 1,242.00 |
| Subject Matter Expert | 1 | 295 | $ 295.00 |
| Manager | 11 | 135 | $ 1,485.00 |
| Program Manager | 0.5 | 295 | $ 147.50 |
| | 11.5 | | $ 3,169.50 |
| **NCAA- IT Development & Maintenance** | | | |
| Program Manager | 2.5 | 295 | $ 737.50 |
| Sr. Business Analyst | 40.8 | 135 | $ 5,508.00 |
| | 43.3 | | $ 6,245.50 |
| | | | |
| **Invoice Total** | **515.3** | | **$114,838.50** |

| | |
|---|---|
| **Invoice Total** | **$114,838.50** |

```
Garretson Resolution Group wire instructions
CIBC, 120 S. LaSalle St., Chicago, IL 60603
Garretson Resolution Group Inc-Wire Receipts Acct
ABA#  ███████████
Acct# ██████████
```



4064 Colony Road, 2nd Floor | Charlotte, NC 28211

NCAA Concussion Litigation
Elizabeth A. Fegan
Hagens, Berman, Sobol and Shapiro, LLP
1144 W. Lake Street, Suite 400
Oak Park, IL 60301

| | | |
|---|---|---|
| Invoice Number | 667656 | |
| Invoice Date | April 11, 2018 | |
| PO Number | | |
| Contract | | |
| Project | NCAA0-03294-01 | |
| | | |
| Terms | 30 | |
| Page | 1 of 1 | |

NCAA Concussion Litigation

---

Garretson Resolution Group Billable Hours - January 1, 2018 thru March 31, 2018

| | Hours | Rate | Amount |
|---|---|---|---|
| **NCAA - Program Initiation and Planning** | | | |
| Operations Manager | 7.8 | 214 | $1,669.20 |
| Program Manager | 21 | 305 | $6,405.00 |
| | 28.8 | | $8,074.20 |
| **NCAA - Provider Network enrollment activities** | | | |
| Program Manager | 5.5 | 305 | $1,677.50 |
| **NCAA- IT Development** | | | |
| Program Manager | 4 | 305 | $1,220.00 |
| Sr. Business Analyst | 3 | 140 | $420.00 |
| | 7 | | $1,640.00 |
| | 41.3 | | $11,391.70 |

**Invoice Total**  **$11,391.70**

---

Garretson Resolution Group wire instructions
CIBC, 120 S. LaSalle St., Chicago, IL 60603
Garretson Resolution Group Inc-Wire Receipts Acct
ABA# ███████
Acct# ███████