**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

|  |  |  |
|---|---|---|
| | ) | |
| | ) | **MDL No. 2492** |
| **IN RE: NATIONAL COLLEGIATE** | ) | |
| **ATHLETIC ASSOCIATION STUDENT-** | ) | **Master Docket No. 1:13-cv-09116** |
| **ATHLETE CONCUSSION LITIGATION** | ) | |
| | ) | **Judge John Z. Lee** |
| | ) | |
| | ) | **Magistrate Judge M. David Weisman** |

**EXHIBITS TO**
**JOINT STATUS REPORT ON INDEPENDENT AUDIT**
**OF DIRECT NOTICE PORTION OF THE NOTICE PROGRAM**


Exhibit 1 -- Curriculum vitae of Cynthia L. Jones of Monument Economics Group

Exhibit 2 -- Relevant experience of Cynthia L. Jones of Monument Economics Group

# EXHIBIT 1



## Cynthia L. Jones, CFA

Vice President
Monument Economics Group
Office: (212) 835-1603 Mobile: (609) 290-9114
Email:  cjones@megconsulting.com

## Professional Summary

Cynthia Jones is an expert in securities, capital markets, and commercial litigation matters including valuation and economic damages.  She provides expert analyses and opinions in areas including actions brought pursuant to Federal and State securities laws; ERISA litigation; complex business and consumer litigation; shareholder oppression; commercial damages; and mergers and acquisition litigation.  Cynthia prepares valuations of public and private companies, partnerships and assets in a variety of industries for litigation and transactional purposes.  She has been qualified in Federal district court to provide opinions concerning class certification matters, including market efficiency, and has structured financial settlements and developed equitable plans of allocation in conjunction with class action settlements and SEC disgorgement proceedings.  She is frequently called upon to quantify stakeholder damages in financial disputes and to assist in matters related to class certification.

## Education

*Rutgers University Graduate School of Management*, New Brunswick, New Jersey
Master of Business Administration (Finance)

*North Carolina State University*, Raleigh, North Carolina
B.A. Economics and Business Management

*Chartered Financial Analyst® Designation*

## Relevant Experience

**Management Planning, Inc.,** Princeton, New Jersey          2015 - 2017

Vice-President

Project leader for litigation services practice group.  Provided valuations and testimony in connection with commercial and securities litigation matters, shareholder disputes, and other litigation matters. Prepared valuations of privately-held companies in a variety of industries for corporate planning and tax-related purposes.

**Financial Markets Analysis, LLC,** Princeton, New Jersey      2001 – 2015

Senior Consultant

Provided broad range of capital markets consulting, valuation and research including economic and financial valuations and damages for litigation consulting firm.  Served as consulting and testifying expert in numerous securities litigations involving equity and debt securities, REITs, mutual funds, and derivative securities.

**Trilogy Capital Management, LLC**, Princeton, New Jersey     1998 - 2001

Director Marketing and Client Services

Responsible for all aspects of performance attribution and reporting for investment manager and hedge fund. Provided quantitative analyses and assisted portfolio manager with development of new investment products.  Established and facilitated compliance procedures for all areas of the firm in accordance with regulatory mandates.

**Princeton Venture Research**, Princeton, New Jersey      1989 - 1998

Project manager responsible for providing financial valuations of securities, as well as public and private companies, for investment banking purposes and financial dispute resolution.  Primary analyst for longest-running Delaware appraisal case, *CEDE & Co. v. Technicolor, Inc.*

**Prudential Securities, Inc.,** Princeton, New Jersey      1988 - 1989

Assistant to Sr. Vice-President

Assisted investment manager in implementing equity, fixed income, and commodity transactions. Attained FINRA/NFA Series 3 license (National Commodity Futures).

**Merrill Lynch,** Somerset, New Jersey      1987 - 1988

Client Service Representative

Handled inquiries and transactions for investment account which serviced ESOPs of major U.S. corporations. Attained FINRA Series 7 license (General Securities Representative).

## Professional Affiliations and Activities

CFA Institute – Member
CFA Society of New York – Member
CFA Society of Philadelphia – Member
National Association of Forensic Economists – Member
FINRA Dispute Resolution Arbitrator

# EXHIBIT 2



1530 Wilson Boulevard • Suite 560
Arlington, VA • 22209 • T: 703.465.5600

## Relevant Recent Experience (large data and claims administration)

Economic expert in administration of *SEC vs. Taberna Capital Management*: Assisted counsel in developing equitable plan of distribution to compensate investors in approximately 80 securities underlying 8 domestic and 2 international Collateralized Debt Obligations; assisted administrator in record identification including banks and institutions that purchased/distributed the securities.

Economic expert in administration of *SEC vs. CSFB*: Assist counsel in developing equitable plan of distribution to compensate investors in approximately 75 residential mortgage backed securities, with approximately 1560 underlying trust securities; assisted administrator in record identification including reconciliation of submissions by reporting institutions, individual investors and brokers of record.

*NASDAQ Facebook IPO Securities Litigation*: Prepared analysis of TIC (trade-by-trade) price and volume data on first day of Facebook's IPO, including transactions on order book ahead of actual trading, to determine which trades were not executed on a timely basis, were not notified of trades, or were cancelled, and may have been damaged as a result. Analysis covered more than two million transactions and trading volume in excess of one billion shares of stock.

Assisted in administration of Price-fixing Antitrust Litigation: Data analysis including more than 27,000 customers and addresses with a Claim ID created by administrator. Matched the customers and addresses to those included in the transaction-level sales data that totaled over 22 million observations sourced from 9 different manufacturers in order to calculate the total sales purchased by each of the 27,000 customers by manufacturer.

Economic expert in Antitrust delay in generic drug entry litigation: Imported, processed, and stacked the transaction-level sales data for 12 different drug manufacturers. This included harmonizing customer names across the different manufacturers' data along with dropping transactions that were not applicable to the analysis, such as sales to government entities and sample sales. This also included matching returns back to the original sales transaction and applying price adjustments such as credits, debits, chargebacks, and rebates in order to calculate a net price at the transaction-level. This processed data was then used to create price charts, market share charts, and calculate damages based on the alleged misconduct.

Consulting expert in Healthcare Industry: Performed analysis of health care claims data with over 100 million observations. Met with hospitals' employees and insurers to gain genuine understanding of their complex data systems.