```
 1                  IN THE UNITED STATES DISTRICT COURT
                       NORTHERN DISTRICT OF ILLINOIS
 2                           EASTERN DIVISION

 3   IN RE:  NATIONAL COLLEGIATE        )  Docket No. 13 C 9116
     ATHLETIC ASSOCIATION STUDENT-      )
 4   ATHLETE CONCUSSION INJURY          )  Chicago, Illinois
     LITIGATION,                        )  August 16, 2018
 5                                      )  10:00 o'clock p.m.

 6            TRANSCRIPT OF PROCEEDINGS - STATUS, MOTION
                  BEFORE THE HONORABLE JOHN Z. LEE
 7
     APPEARANCES:
 8
     For the Plaintiffs:           HAGENS BERMAN SOBOL SHAPIRO, by
 9                                 MS. ELIZABETH A. FEGAN
                                      (appearing telephonically)
10                                 MR. DANIEL J. KUROWSKI
                                   455 North Cityfront Plaza Drive
11                                 NBC Tower - Suite 2410
                                   Chicago, Illinois 60611
12
                                   SIPRUT PC, by
13                                 MR. TODD LAWRENCE McLAWHORN
                                   17 North State Street
14                                 Suite 1600
                                   Chicago, Illinois 60602
15
     For Defendant NCAA:           LATHAM & WATKINS, by
16                                 MS. JOHANNA MARGARET SPELLMAN
                                   MR. MARK BRIAN KLEIN
17                                 330 North Wabash Avenue
                                   Suite 2800
18                                 Chicago, Illinois 60611

19

20

21
                        ALEXANDRA ROTH, CSR, RPR
22                        Official Court Reporter
                       219 South Dearborn Street
23                            Room 1224
                        Chicago, Illinois 60604
24                          (312) 408-5038

25
```

1      (Proceedings had in open court:)
2          THE CLERK:  Case 13 CV 9116, NCAA Student Athlete
3  Concussion Injury Litigation.
4          MS. SPELLMAN:  Good morning, your Honor.  Johanna
5  Spellman and Marc Klein for the NCAA.
6          MR. KUROWSKI:  Good morning, your Honor.  Daniel
7  Kurowski.  And my partner, Elizabeth Fegan is attending by
8  telephone.  We are counsel for the settlement class.
9          MR. McLAWHORN:  Todd McLawhorn also counsel for the
10 settlement class.
11         THE COURT:  Good morning.  Good morning, Ms. Fegan.
12 You are on the phone?
13         MS. FEGAN:  Good morning, your Honor.  Yes, thank you.
14         THE COURT:  So I read the status report.  And it
15 stated that MEG would have more information.  So what's the
16 status of things?
17         MS. SPELLMAN:  Yes, your Honor.  To date MEG has
18 reviewed approximately 3,000 files that the notice
19 administrator provided.  Those consist of data that was
20 provided by NCAA member institutions as well as the notice
21 administrator's work product.
22         In particular, the auditor has been focused on how
23 data that was submitted in nonstandard format was handled by
24 the notice administrator and has performed sampling to identify
25 and understand any discrepancies between what the schools

1 provided and the notice administrator's standardized format.
2     The work that remains to be done is to look at what
3 the schools provided and the notice administrator's final
4 records of what was ultimately used to send direct notice to
5 the class members.  They are also going to analyze how the
6 returned undeliverable mail was handled, and they expect to
7 have that work completed by sometime next week.
8     THE COURT:  All right.  And so do you think that all
9 of the work will be done in about a week?
10     MS. SPELLMAN:  Yes, your Honor.
11     THE COURT:  And would that include their analysis of
12 all the work?
13     MS. SPELLMAN:  Yes, your Honor.
14     THE COURT:  Okay.  And I take it that at the end of
15 that process, you anticipate receiving some sort of report from
16 them?
17     MS. SPELLMAN:  That's right.
18     THE COURT:  Okay.  And so how do you suggest that we
19 proceed?
20     MS. SPELLMAN:  We suggest that the parties contact the
21 Court as soon as we are notified -- as soon as the auditor
22 tells us that they completed the work and provide us their
23 analysis.  The parties could then submit to the Court very --
24 in short order a final report on the auditor's findings and a
25 proposed schedule for getting any additional notice out to

1 class members and a proposed schedule for final approval.
2       MS. FEGAN: Your Honor?
3       THE COURT: Yes.
4       MS. FEGAN: Elizabeth Fegan.
5       We agree with that. I will just suggest that we set a
6 deadline perhaps for the auditor of ten days. Hopefully it's
7 shorter than that -- or even seven days. And hopefully it's
8 shorter than that. But I do think having a deadline keeps the
9 process moving and is helpful.
10       MS. SPELLMAN: That's fine with us, your Honor.
11       THE COURT: All right. So I will set a deadline for
12 the audit to be complete by September 27 -- I'm sorry, by
13 August 27. And I will give the parties some time to review it,
14 meet and confer. And we will set this case for further status.
15       Carmen, give me a date the week of September 10,
16 please.
17       THE CLERK: September 12 at 10:00 o'clock.
18       MS. FEGAN: Your Honor, September 12 at 10:00 a.m. I
19 can attend by phone. I do have an oral argument in the
20 Southern District of New York that afternoon. But I can attend
21 by phone. And I think we should have everything worked out by
22 then.
23       THE COURT: All right. Very good.
24       MS. SPELLMAN: Thank you, your Honor.
25       THE COURT: Thank you.

```
 1              MR. KUROWSKI:  Your Honor, we also had one other item
 2   that was noticed before your Honor, the motion for leave to pay
 3   medical monitoring expenses.  It is an unopposed motion.  I
 4   don't know the extent to which your Honor wishes to address it
 5   at the hearing.  I just wanted to flag it for the Court's
 6   attention.
 7              THE COURT:  Let me take a look at it.
 8         (Brief pause.)
 9              THE COURT:  I will enter and continue to the next
10   status.  If I have any questions, I will let the parties know,
11   and so we can address it then.  Okay?
12              MR. KUROWSKI:  Thank you.
13              THE COURT:  Thank you.
14              MS. FEGAN:  Thank you.
15         (Which were all the proceedings heard in this case.)
16                              CERTIFICATE
17              I HEREBY CERTIFY that the foregoing is a true, correct
18   and complete transcript of the proceedings had at the hearing
19   of the aforementioned cause on the day and date hereof.
20
21    /s/Alexandra Roth                              8/27/2018
     _____      _____
22    Official Court Reporter                         Date
      U.S. District Court
23    Northern District of Illinois
      Eastern Division
24
25
```