# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

National Collegiate Athletic Association
Student−Athlete Concussion Injury Litigation, et al.

Plaintiff,

v.

Case No.: 1:13−cv−09116

Honorable John Z. Lee

National Collegiate Athletic Association, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 12, 2018:

MINUTE entry before the Honorable John Z. Lee:Status hearing held on 9/12/18. Joint motion for entry of a revised schedule [522] is granted. The parties should submit a proposed order to the mailbox and contact the courtroom deputy when they have done so. Postcard notices to be mailed to Remaining Settlement Class Members by 9/28/18; the deadline for Remaining Settlement Class Members to object to or opt out of the Settlement is 12/7/18; the deadline for any objections or responses to the petitions for attorneys fees and costs by Remaining Settlement Class Members is 12/7/18. Notice Administrator shall file with the Court an amended Opt−Out List with an affidavit attesting to the completeness and accuracy thereof by 12/19/18. Notice Administrator shall file an amended declaration with the Court concerningimplementation of the Notice Program and other terms of the settlement by 12/19/18; the deadline for filing supplement to the Motion for Final Approval of the Settlement, or to otherwise respond to objections.These filings will solely address objections made by the remaining settlement class members. The fairness hearing is set for 1/30/19 at 10:00 a.m. (ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.