IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |
|---|---|
| IN RE: NATIONAL COLLEGIATE ATHLETIC ASSOCIATION STUDENT-ATHLETE CONCUSSION LITIGATION | ) ) ) ) ) ) ) ) MDL No. 2492<br><br>Master Docket No. 1:13-cv-09116<br><br>Judge John Z. Lee<br><br>Magistrate Judge M. David Weisman |

## ORDER

WHEREAS, on July 11, 2018, the Court granted the Parties' request to reset the date of the final approval hearing and require an independent audit of the direct notice portion of the Notice Program (Dkt. #514);

WHEREAS, on August 10, 2018 (Dkt. #518) and September 7, 2018 (Dkt. #521), the Parties filed joint status reports on the audit of the direct notice portion of the Notice Program;

WHEREAS, on September 7, 2018, the Parties requested an extension of the schedule for the consideration of final approval of the Second Amended Class Action Settlement Agreement and Release, any objections thereto, and any requests for payment of attorneys' fees and costs in order to permit the Notice Administrator to send direct notice to potential Class Members who were inadvertently not sent notice ("Remaining Settlement Class Members");

NOW THEREFORE, the Court orders as follows:

1. The Fairness Hearing shall take place on January 30, 2019 at 10:00 a.m. for all Settlement Class Members.

2. Other than the new January 30, 2019 date for the Fairness Hearing, the September 15, 2017 deadline to file objections or requests for exclusion contained in the Court's August 1, 2017 Minute Order (Dkt. #432) shall continue to apply to all Settlement Class Members except

- 2 -

for Class Members who attended Frostburg State University, Residual Settlement Class Members and Remaining Settlement Class Members.

3.  Further, other than the new January 30, 2019 date for the Fairness Hearing, (i) the January 16, 2018 deadline to file objections or requests for exclusion contained in the Court's November 13, 2017 Order (Dkt. #481) shall continue to apply to all Frostburg State University Settlement Class Members and (ii) the June 8, 2018 deadline to file objections or requests for exclusion contained in the Court's March 9, 2018 Order (Dkt. #498) shall continue to apply to all Residual Settlement Class Members.

4.  The Notice Administrator shall send the postcard and email notices to the Remaining Settlement Class Members by September 28, 2018. The postcard notices shall be printed on pink paper, and the background of the email notices shall be pink.

5.  *As to the Remaining Settlement Class Members only*, the following new deadlines shall apply and be contained in the pink postcard and email notices:

| Action | Deadline |
|---|---|
| Deadline for Remaining Settlement Class Members to object to or opt out of the Settlement. | December 7, 2018 |
| Deadline for Remaining Settlement Class Members to object or respond to the petitions for attorneys' fees and costs. | December 7, 2018 |
| Notice Administrator shall file with the Court the amended Opt-Out List with an affidavit attesting to the completeness and accuracy thereof. | December 7, 2018 |
| Notice Administrator shall file an amended declaration with the Court concerning implementation of the Notice program and other terms of the Settlement. | December 19, 2018 |
| Deadline for the Parties to file a supplement to the Motion for Final Approval of the Settlement or to otherwise respond to objections. *These additional filings will solely address objections made by the Remaining Settlement Class Members.* | December 19, 2018 |

6.   By September 14, 2018, the Notice Administrator shall update the Settlement Website, located at http://www.collegeathleteconcussionsettlement.com/, to clearly identify that:

a.   Settlement Class Members, except for Frostburg State University Settlement Class Members, Residual Settlement Class Members and Remaining Settlement Class Members, are subject to the deadlines set forth in the Court's August 1, 2017 Minute Order (Dkt. #432) with the new Fairness Hearing Date of January 30, 2019;

b.   Frostburg State University Settlement Class Members, who are able to identify themselves through receipt of the blue postcard or email notices, are subject to the deadlines set forth in the Court's November 13, 2017 Order (Dkt. # 481), with the new Fairness Hearing Date of January 30, 2019;

c.   Residual Settlement Class Members, who are able to identify themselves through receipt of the yellow postcard or email notices, are subject to the deadlines set forth in the Court's March 9, 2018 Order (Dkt. # 498), with the new Fairness Hearing Date of January 30, 2019;

d.   Remaining Settlement Class Members, who will be able to identify themselves through receipt of the pink postcard or email notices, are subject to the deadlines set forth in the Court's Order of this date.

Dated:  9/12/18                                                ENTERED:

_____
John Z. Lee