# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.2
### Eastern Division

| | | |
|---|---|---|
| National Collegiate Athletic Association Student−Athlete Concussion Injury Litigation, et al. | | |
| | Plaintiff, | |
| v. | | Case No.: 1:13−cv−09116 |
| | | Honorable John Z. Lee |
| National Collegiate Athletic Association, et al. | | |
| | Defendant. | |

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, January 15, 2019:

    MINUTE entry before the Honorable John Z. Lee: The Court orders the Notice Administrator to file with the Court the final Opt−Out List with an affidavit attesting to the completeness and accuracy thereof by January 22, 2019. To the extent that personal identifiers other than names are included in the list, the Notice Administrator shall file a redacted public version as well as unredacted sealed version on the docket.Mailed notice(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.