# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

National Collegiate Athletic Association Student−Athlete Concussion Injury Litigation, et al.

Plaintiff,

v.

Case No.: 1:13−cv−09116
Honorable John Z. Lee

National Collegiate Athletic Association, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, January 28, 2019:

MINUTE entry before the Honorable John Z. Lee:The Court construes Plaintiff Chris Walker 's motion for leave to file out of time or to be annexed as an exhibit to the settlement class counsel's petition [383] as a motion to reconsider the Court's previous ruling [338] denying Walker's petition for attorney's fees and costs [335, 336]. Because the Court provided notice on July 15, 2016, that all petitions for attorney's fees and costs were required to be filed by January 13, 2017, the Court finds that Walker had more than sufficient time to file the petition and the problems that counsel experienced in filing the petition on the final day were completely avoidable. The fact that Walker's attorney was out of the country on what appears to be a pre−planned trip to a winery in Italy and the fact that neither the attorney nor the paralegal was familiar with CM−ECF filing system does not establish good cause. Rather, because the attorney was aware of the mandatory filing deadline, he should have attempted to file the petition to accommodate his trip and any unfamiliarity with the filing system.Mailed notice(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.