**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

|  |  |  |
|---|---|---|
| | ) | **MDL No. 2492** |
| **IN RE: NATIONAL COLLEGIATE** | ) | |
| **ATHLETIC ASSOCIATION STUDENT-** | ) | **Master Docket No. 1:13-cv-09116** |
| **ATHLETE CONCUSSION LITIGATION** | ) | |
| | ) | **Judge John Z. Lee** |
| | ) | |
| | ) | **Magistrate Judge M. David Weisman** |

**MOTION FOR LEAVE TO WITHDRAW
APPEARANCE OF MARC B. KLEIN AS COUNSEL OF RECORD**

Pursuant to Local Rule 83.17, Defendant National Collegiate Athletic Association ("NCAA"), by its attorneys, moves this Court for an order granting Marc B. Klein leave to withdraw his appearance as one of the attorneys of record in this matter. In support of this motion, the NCAA states as follows:

1. Attorneys from Latham & Watkins LLP have filed appearances on behalf of the NCAA in the above-captioned matter.

2. Marc B. Klein is leaving Latham & Watkins LLP effective March 15, 2019 and will no longer be participating in this matter.

3. The NCAA will continue to have able and competent representation from attorneys Mark S. Mester and Johanna M. Spellman of Latham & Watkins LLP.

4. Counsel for the NCAA conferred with Plaintiffs' counsel and Plaintiffs' counsel does not oppose this motion.

5. Accordingly, neither Plaintiffs nor the NCAA nor the Court will be prejudiced by the withdrawal of Marc B. Klein as counsel for the NCAA in this matter.

WHEREFORE, the NCAA respectfully requests that this Court enter an order granting the undersigned permission to withdraw as counsel for the NCAA.

Dated:  March 5, 2019

Respectfully submitted,

By: */s/ Marc B. Klein*  _____
        Counsel for Defendant
        National Collegiate Athletic Association

Marc B. Klein
   Illinois Bar No.:  6316960
   marc.klein@lw.com
Mark S. Mester
   Illinois Bar No.:  6196140
   mark.mester@lw.com
Johanna M. Spellman
   Illinois Bar No.:  6293851
   johanna.spellman@lw.com

LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, Illinois 60611
Telephone:  (312) 876-7700
Facsimile:  (312) 993-9767