**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: NATIONAL COLLEGIATE ATHLETIC ASSOCIATION STUDENT-ATHLETE CONCUSSION LITIGATION ) ) ) ) ) ) ) ) | MDL No. 2492<br><br>Master Docket No. 1:13-cv-09116<br><br>Judge John Z. Lee<br><br>Magistrate Judge M. David Weisman |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that on Tuesday, March 12, 2019, at 9:00 a.m. or as soon thereafter as counsel may be heard, Defendant National Collegiate Athletic Association will appear before the Honorable Judge John Z. Lee of the United States District Court for the Northern District of Illinois in Courtroom 1225 at 219 S. Dearborn Street, Chicago, Illinois and present the Motion for Leave to Withdraw Appearance of Marc B. Klein as Counsel of Record.

Dated:  March 5, 2019                                    Respectfully submitted,

                                            By: */s/ Marc B. Klein*
                                                Counsel for Defendant
                                                National Collegiate Athletic Association

Marc B. Klein
  Illinois Bar No.:  6316960
  marc.klein@lw.com
Mark S. Mester
  Illinois Bar No.:  6196140
  mark.mester@lw.com
Johanna M. Spellman
  Illinois Bar No.:  6293851
  johanna.spellman@lw.com

LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, Illinois 60611
Telephone:  (312) 876-7700
Facsimile:  (312) 993-9767