# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL COLLEGIATE ATHLETIC ASSOCIATION STUDENT-ATHLETE CONCUSSION LITIGATION | MDL No. 2492<br><br>Case No.: 1:13-cv-09116<br><br>Honorable John Z. Lee |

## MOTION FOR LEAVE TO WITHDRAW
## APPEARANCE OF ATTORNEY ELIZABETH A. FEGAN

Pursuant to Local Rule 83.17, Elizabeth A. Fegan hereby moves this Court for leave to withdraw as counsel for Plaintiffs, Adrian Arrington, Derek Owens and Kyle Solomon (collectively "Plaintiffs"), and in support thereof states as follows:

1. Plaintiffs retained the law firm Hagens Berman Sobol Shapiro, LLP ("Hagens Berman") as their legal representation in this case.

2. On November 11, 2019, Steve W. Berman, managing Partner of Hagens Berman, Elizabeth A. Fegan, and Daniel J. Kurowski filed Appearances as counsel on behalf of Derek Owens (Dkt. 26, 27, and 28).

3. Additionally, on March 12, 2013, Steve W. Berman, managing Partner of Hagens Berman, Elizabeth A. Fegan, and Daniel J. Kurowski filed Appearances as counsel on behalf of Kyle Solomon. (Dkt. 136, 137, and 138).

4. Elizabeth A. Fegan's last day of employment with Hagens Berman was May 30, 2019.

5. Plaintiffs will continue to have legal representation by attorneys Steve W. Berman and Daniel J. Kurowski of Hagens Berman.

- 2 -

Accordingly, Elizabeth A. Fegan respectfully requests that the Court terminate her appearance on behalf of Plaintiffs, Adrian Arrington, Derek Owens and Kyle Solomon, and for such further relief this Court deems just and proper.

DATED: May 31, 2019

Respectfully submitted,

HAGENS BERMAN SOBOL SHAPIRO LLP

By */s/ Elizabeth A. Fegan*

Elizabeth A. Fegan
Daniel J. Kurowski
HAGENS BERMAN SOBOL SHAPIRO LLP
455 N. Cityfront Plaza Dr., Suite 2410
Chicago, IL 60611
Telephone: (708) 628-4949
Facsimile: (708) 628-4950
beth@hbsslaw.com
dank@hbsslaw.com

Steve W. Berman
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
steve@hbsslaw.com

*Attorneys for Plaintiffs Derek Owens and Kyle Solomon*

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that the foregoing document was filed electronically on the 31st day of May, 2019. Notice and a copy of this filing will be served upon all counsel of record by operation of the Court's CM/ECF electronic filing system.

/s/ Elizabeth A. Fegan
Elizabeth A. Fegan