**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: NATIONAL COLLEGIATE ATHLETIC ASSOCIATION STUDENT-ATHLETE CONCUSSION LITIGATION | MDL No. 2492<br><br>Case No.: 1:13-cv-09116<br><br>Honorable John Z. Lee |

**NOTICE OF MOTION**

TO:   *All counsel of record*

**PLEASE TAKE NOTICE** that on **June 19, 2019** at **9:00 a.m.**, or as soon thereafter as counsel may be heard, I shall appear before the Honorable John Z. Lee, District Judge, or any other Judge sitting in his stead in Courtroom 1225 of the Everett McKinley Dirksen U.S. Courthouse, located at 219 S. Dearborn Street, Chicago, Illinois, and then and there present, **MOTION FOR LEAVE TO WITHDRAW APPEARANCE OF ATTORNEY ELIZABETH A. FEGAN**, a copy of which has been served upon all counsel of record by operation of the Court's CM/ECF electronic filing system.

DATED: May 31, 2019

Respectfully submitted,

HAGENS BERMAN SOBOL SHAPIRO LLP

By */s/ Elizabeth A. Fegan*

Elizabeth A. Fegan
Daniel J. Kurowski
HAGENS BERMAN SOBOL SHAPIRO LLP
455 N. Cityfront Plaza Dr., Suite 2410
Chicago, IL 60611
Telephone: (708) 628-4949
Facsimile: (708) 628-4950
beth@hbsslaw.com
dank@hbsslaw.com

Steve W. Berman
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
steve@hbsslaw.com

- 2 -

*Attorneys for Plaintiffs Derek Owens and Kyle Solomon*

- 3 -

## **CERTIFICATE OF SERVICE**

  The undersigned attorney hereby certifies that the foregoing document was filed electronically on the 31st day of May, 2019. Notice and a copy of this filing will be served upon all counsel of record by operation of the Court's CM/ECF electronic filing system.

              */s/ Elizabeth A. Fegan*
               Elizabeth A. Fegan