# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.1
## Eastern Division

National Collegiate Athletic Association Student−Athlete Concussion Injury Litigation, et al.

                                                Plaintiff,

v.

                                                Case No.: 1:13−cv−09116

                                                Honorable John Z. Lee

National Collegiate Athletic Association, et al.

                                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, August 12, 2019:

      MINUTE entry before the Honorable John Z. Lee:For the reasons stated in the memorandum opinion and order, the Court certifies the Settlement Class and Subclasses, grants the motion for final approval of the Second Amended Class Action Settlement Agreement [467], and grants in part and denies in part the petitions for fees and service awards [327] [328] [330] [333] [334]. [For further details see memorandum opinion and order].Mailed notice(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.