**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **IN RE: NATIONAL COLLEGIATE ATHLETIC ASSOCIATION STUDENT-ATHLETE CONCUSSION LITIGATION** | MDL NO. 2492<br>Case No. 13-cv-09116<br><br>Judge John Z. Lee |

**NOTICE OF ADDRESS AND FIRM NAME CHANGE**

COMES NOW, attorney for Plaintiffs Washington and VanZant, Daniel T. DeFeo and advises the Court and Counsel of his change from DeFeo Law Firm P.C. located at 924 Main Street, Lexington, MO 64067 to the following:

**The DeFeo Law Firm**
**1627 Main Street, Suite 900**
**Kansas City, MO 64108**
**Telephone:  (816) 581-4600**
**Facsimile:  (816) 581-4646**
**Email:  ddefeo@defeolaw.com**

Counsel respectfully requests this Court to update the docket with this information and requests other counsel to note this address for settlement purposes.

Respectfully submitted,

THE DEFEO LAW FIRM

By:  *Daniel T. DeFeo*
DANIEL T. DEFEO, MO  #35161
1627 Main Street, Suite 900
Kansas City, MO 64108
Telephone:  (816) 581-4600
Facsimile:  (816) 581-4646
ddefeo@defeolaw.com
gdefeo@defeolaw.com

Attorneys for Plaintiff

1

## CERTIFICATE OF SERVICE

  The undersigned hereby certifies that the foregoing was filed on this the 15th day of August 2019 via the Court's ECF system which will email copy to all counsel of record.

                */s/ Daniel T. DeFeo*
                Attorney for Plaintiff