UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.1
Eastern Division

National Collegiate Athletic Association Student−Athlete
Concussion Injury Litigation, et al.

                                        Plaintiff,

v.                                            Case No.: 1:13−cv−09116
                                            Honorable John Z. Lee

National Collegiate Athletic Association, et al.

                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, August 19, 2019:

      MINUTE entry before the Honorable John Z. Lee:Plaintiffs' motion to clarify is granted in full [555], and the Court sua sponte corrects its award of fees to Coats Rose, who represented Mildred Whittier. The Court amends the Final Order and Judgment entered on August 13, 2019, as follows: (1) Lite DePalma shall be awarded $109,374 in fees; (2) Branstetter Stranch shall be awarded $4,389 in fees; and (3) Coats Rose shall be awarded $60,800 in fees. In all other respects, the judgment remains the same. Mailed notice(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.