**McILWAIN, LLC**
Timothy J. McIlwain, Esq.
NJ Attorney ID No.: 010471996
2020 New Road, Suite A
Linwood, New Jersey 08221
Tel: 877-375-9599
Fax: 609-450-7017
www.McilwainLaw.com

Attorney for Plaintiff Dan Ahern

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL COLLEGIATE ATHLETIC ASSOCIATION STUDENT-ATHLETE CONCUSSION LITIGATION | MDL No. 2492<br><br>Master Docket No. 13-cv-09117<br><br>Original Docket No. TNE/1:13-cv-0293<br><br>Judge John Z. Lee<br><br>**NOTICE OF APPEAL TO THE U.S. COURT OF APPEALS FOR THE EIGHTH CIRCUIT** |

Notice is hereby given that attorney for Plaintiff Dan Ahern, appeals to the United States Court of Appeals for the Eighth Circuit from the Order of the United States District Court, District of the Northern District of Illinois, denying Plaintiff attorney's fees [Docket No. 75] Dated August 13, 2019.

Dated: August 26, 2016                    **McILWAIN, LLC**

                                          BY:   /s/ Timothy J. McIlwain
                                                TIMOTHY J. MCILWAIN
                                                2020 New Road, Suite A
                                                Linwood, New Jersey 08221
                                                Attorney@mcilwainlaw.com

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL COLLEGIATE ATHLETIC ASSOCIATION STUDENT-ATHLETE CONCUSSION LITIGATION | Case No. 1:13-cv-09117<br><br>Hon. Noel L. Hillman, U.S.D.J.<br><br>NOTICE OF APPEAL TO THE U.S. COURT OF APPEALS FOR THE EIGHTH CIRCUIT |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Appeal was delivered to the Defendant, through their counsel of record as follows by email transmission on this 26th Day of August 2019:

Hagens Berman Sobol Shapiro, LLP

Siprut, PC

Zimmerman Reed, LLP

Hausfeld, LLP

Lite DePalma Greenberg, LLC

J. Selmer Law P.A.

Zelle Hoffmann Voelbel & Mason, LLP

TLW & Assocs. LLC

Branstetter Stranch & Jennings PLLC

Shindler Anderson Goplerud Weese PC

**Notice of Objectors' Counsel:**

Edelson PC

Gordon Law Offices, Ltd.

Dwight E. Jefferson of Coats Rose PC

Clifford Law Offices PC

                                              **McILWAIN, LLC**

BY:  /s/ Timothy J. McIlwain
      TIMOTHY J. MCILWAIN
      2020 New Road, Suite A
      Linwood, New Jersey 08221
      Attorney@mcilwainlaw.com