# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF DOCKETING - Short Form

August 26, 2019

**To:**   Thomas G. Bruton
          Clerk of Court

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

> Appellate Case No: 19-2638
>
> Caption:
> CHRIS WALKER, et al.,
> Plaintiffs - Appellees
>
> v.
>
> NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, et al.,
> Defendants - Appellees
>
> APPEAL OF: TIMOTHY J. MCILWAIN

> District Court No: 1:13-cv-09116
> Clerk/Agency Rep Thomas G. Bruton
> District Judge John Z. Lee
>
> Date NOA filed in District Court: 08/26/2019

If you have any questions regarding this appeal, please call this office.

form name: **c7_Docket_Notice_short_form**(form ID: **188**)