# EXHIBIT 1

TIMOTHY J. McILWAIN, ESQ.
*Pro Hac Vice*
2020 New Road, Suite A
Linwood, New Jersey 08221
Tel: (877) 375-9599
Fax: (609) 677-1790
AttorneyMcilwain@me.com

**UNITED STATE COURT OF APPEALS
FOR THE SEVENTH CIRCUIT**

| | |
|---|---|
| CHRIS WALKER, ET. AL. | No. 19-2368 |
| Plaintiff-Appellants | |
| NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, ET. AL     v. | **APPEAL FROM THE UNITED STATES DISTRICT COURT OF THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION** |
| Defendants-Appellees | MDL NO. 2492
Master Docket No. 13-cv-09116
Judge John Z. Lee |

**PLAINTIFF-APPELLANT'S AMENDED DOCKETING STATEMENT**

Timothy J McIlwain, counsel for the above listed parties, pursuant to Circuit Rule 3(c)(1), this Court's order entered August 26, 2019, and this court's subsequent order dated September 13, 2019, hereby respectfully submits the following as his Amended Docketing Statement:

## I. District Court Jurisdiction

The District Court had Subject Matter Jurisdiction over this matter pursuant to 28 U.S.C. § 1332 (a) (Diversity of Citizenship) and (d) (Plaintiffs and Defendants are citizens of different states, and the matter is a class action exceeding $5,000,000.00).

**A. The Parties:**

    Counsel for Plaintiffs, Timothy J. McIlwain, appealing the court's order on attorneys' fees only, resides in Louisville, Kentucky.

Plaintiff Chris Walker was a class representative for the medical monitoring class. He resides in Chattanooga, Tennessee.

Plaintiff Ben Martin was a class representative for the medical monitoring class. He resides in Knoxville, Tennessee.

Plaintiff Dan Ahern was a class representative for the medical monitoring class. He resides in Pensacola Florida

Defendant National Collegiate Athletic Association (NCAA), is an unincorporated association that acts as the governing body for college sports. Its principal office is located in Indianapolis, Indiana.

This matter was transferred to the District Court for the Northern District of Illinois Eastern Division, from the U.S. District Court in Tennessee, pursuant to 28 U.S.C. § 1407 and Rule 6.2 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation. ("The Panel.")

The District Court had personal jurisdiction over the named Plaintiff Class Representatives because they submitted to the jurisdiction of the District Court.

Similarly, the District Court had personal jurisdiction over the Defendant NCAA because it submitted to the jurisdiction of the court, and conducts substantial business in the State of Illinois.

## I.      **Appellate Jurisdiction**

This Court has jurisdiction over this appeal pursuant to 28 U.S.C. § 1291 because Plaintiff's legal counsel, Timothy J McIlwain, is appealing the **Final Order and Judgment Approving the Second Amended Class Settlement** of the District Court entered on August 26, 2019, [Designated as App. Ct . Doc. No1-1], **inter alia**, granting attorney's fees to every other plaintiff's attorney representing clients in the case with the exception of Plaintiff's counsel Timothy J. McIlwain.

Plaintiff's counsel did not file a post-judgment motion or other motion that would toll the period of time to file a notice of appeal, and instead timely filed its notice of appeal in the district court within thirty days after the entry of judgment, on August 26, 2019.  See Fed. R. App. P. 4(a)(1)(A).

As set forth in his Notice of Appeal Plaintiff's counsel seeks review of the District Court order granting awards of attorney's fees to every other lawyer involved in this litigation except him.

In this appeal Plaintiff's counsel seeks appellate review only of the August 26,

3

2019 order.

## II. Appeal from a Final Judgment

As noted above, this is an appeal from a final judgment entered August 26, 2019 that adjudicated all of the Requirements of Circuit Rule 3(c)(1)

## III. No Prior or Related Appellate Proceedings

There have been no prior, related, or collateral appellate proceedings in relation to this case.

## IV. Additional Requirements of Circuit Rule 3(c)(1)

This is a civil case that does not involve any criminal convictions. No designations under 28 U.S.C. § 1915(g) are relevant in this case. There are no government parties being sued in their official capacity. This case does not involve a collateral attack on a criminal conviction.

Dated this 18th Day of September, 2019

By_____s/Timothy J. McIlwain_____
　　　　　Timothy J. McIlwain, Esq,

# UNITED STATE COURT OF APPEALS
# FOR THE SEVENTH CIRCUIT

| | |
|---|---|
| CHRIS WALKER, ET. AL.<br><br>Plaintiff-Appellants<br><br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, ET. AL    v.<br><br>Defendants-Appellees | No. 19-2368<br><br>**APPEAL FROM THE UNITED STATES DISTRICT COURT OF THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**<br><br>MDL NO. 2492<br>Master Docket No. 13-cv-09116<br>Judge John Z. Lee |

## **CERTIFICATE OF SERVICE**

(X) CERTIFICATE OF SERVICE WHEN ALL CASE PARTICIPANTS ARE CM/ECF PARTICPANTS.

I hereby certify that on September 18th , 2019 I electronically filed the foregoing with the Clerk of the Court of the United States Court of Appeals for the Seventh Circuit, by using the CM/ECF system. I certify that all participants are registered CM/ECF users, and that service will be accomplished by the CM/ECF system.

Dated this 20th Day of September, 2019

By_____s/Timothy J. McIlwain_____
          Timothy J. McIlwain, Esq,

5

I hereby certify that a copy of the foregoing Docketing Statement was filed electronically with the Clerk of the United States Court of Appeals for the Seventh Circuit. by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system on this 20th Day of September, 2019:

(X) CERTIFICATE OF SERVICE WHEN ALL CASE PARTICIPANTS ARE CM/ECF PARTICPANTS.

| | |
|---|---|
| MARK S. MESTER<br>WATKINS, LLP<br>SOUTH WACKER DRIVE 5800<br>CHICAGO, IL 60606-6362 | J. CHRISTIAN WORD LATHAM &<br>LATHAM & WATKINS, LLP 233<br>555 ELEVENTH STREET N.W. SUITE<br>WASHINGTON, DC 20004-1327 |
| RENAE STEINER<br>HEINS MILLS & OLSON, P.L.C.<br>CLIFTON AVENUE<br>MINNEAPOLIS MN 55403 | GORDON BALL<br>LAW OFFICES OF GORDON BALL 310<br>7001 OLD KENT DRIVE<br>KNOXVILLE, TN 37919 |
| DANIEL S MASON<br>MARK J FEINBERG<br>ZELLE HOFMANN VOEBEL<br>& MASON, LLP<br>44 MONTGOMERY STREET<br>SUITE 3400<br>SAN FRANCISCO, CA 94104 | MICHAEL D. HAUSFIELD<br>RICHARD S LEWIS<br>MINDY B. PAVA<br>HAUSFELD LLP<br>WASHINGTON, DC 20006 |
| MICHAEL R. CASHMAN<br>SHAWN D, STUCKEY<br>HOFFMANN VOEBEL<br>MASON, LLP<br>500 WASHINGTON AVE. SOUTH 4000<br>MINNEAPOLIS MN 55415. | W. MARK LANIER<br>EUGENE R. EGDORF ZELLE<br>THE LANIER LAW FIRM &<br>6810 FM 1960 WEST<br>HOUSTON, TX 77069 SUITE |
| EDGAR D. GANKENDORFF<br>PROVOSTY & GANKENDORF<br>650 POYDRAS STREET | JOSEPH J. DEPALMA<br>STEVEN J. GREENFOGEL<br>LITE, DEPALMA, GREENBERG, LLC |

| | | |
|---|---|---|
| 1 | SUITE 2700<br>NEW ORLEANS, LA 70130 | TWO GATEWAY CENTER, SUITE 1201<br>NEWARK, NJ 07102 |

CHARLES S. ZIMMERMAN
J. GORDON RUDD, JR.
BRIAN C. GUDMUNDSON
ZIMMERAN REED PLLP

1100 IDS CENTER , 80 SOUTH 8TH STREET
MINNEAPOLIS, MN 55402

ROGER W. DICKSON
KYLE W. EISELSTEIN
C. CREWS TOWNSEND
MILLER & MARTIN, PLLC (CHATTANOOGA)

832 GEORGIA AVENUE
1000 VOLUNTEER BUILDING
CHATTANOOGA TN 37402


STEVE W. BERMAN
ELIZABETH A. FEGAN
HAGENS BERMAN SOBOL SHAPIRO
1918 EIGHTH AVE. SUITE 3300
SEATTLE, WASHINGTON 98101

J. GERARD STRANCH IV
JAMES G. STRANCH III
BRANSTETTER, STRANCH & JENNINGS, PLLC
227 SECOND AVENUE NORTH
FOURTH FLOOR
NASHVILLE, TN 37201-1631

JOSEPH J. SIPRUT
SIPRUT PC
17 NORTH STATE STREET, SUITE 1600
CHICAGO, IL 60602


KEN LEVINSON, ESQ.
LEVINSON & STEFANI
230 WEST MONROE AVENUE
SUITE 2210
CHICAGO, IL 60606
KEN@LEVINSONSTEFANI.COM


**McILWAIN, LLC**

BY:   /s/ Timothy J. McIlwain
       TIMOTHY J. MCILWAIN
       2020 New Road, Suite A Linwood, New Jersey 08221 Tel: 877-375-9599
       Fax: 609-450-7017
         Attorney@mcilwainlaw.com