- 1 –

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **IN RE: NATIONAL COLLEGIATE ATHLETIC ASSOCIATION STUDENT-ATHLETE CONCUSSION LITIGATION** | MDL NO. 2492<br>Case No. 13-cv-09116<br><br>Judge John Z. Lee<br><br>Magistrate Judge Weisman |

**SETTLEMENT CLASS PLAINTIFFS' MOTION FOR IMPOSITION OF APPEAL BOND AGAINST APPELLANT McILWAIN, LLC/TIMOTHY J. McILWAIN**

Settlement Class Plaintiffs, by and through Settlement Class Counsel, and as their Motion for Imposition of Appeal Bond Against Appellant McIlwain, LLC/Timothy J. McIlwain, respectfully move this Court to request an order directing Appellant McIlwain, LLC/Timothy J. McIlwain to post an appeal bond in the amount of $432,956 (or any other such amount that the Court finds appropriate). As further detailed in the accompanying Memorandum of Law, incorporated here by reference, the balance of factors that courts consider in determining whether to impose an appeal bond clearly support the Court's exercise of discretion in favor of an appeal bond here. Settlement Class Plaintiffs further request that the Court grant them all such other relief as the Court deems necessary and appropriate.

- 2 –

Dated: September 24, 2019

Respectfully submitted,

HAGENS BERMAN SOBOL SHAPIRO LLP

By: */s/ Steve W. Berman*
    Steve W. Berman
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Tel.: 206.623.7292
Fax: 206.623.0594
Email: steve@hbsslaw.com

Daniel J. Kurowski
455 N. Cityfront Plaza Dr., Suite 2410
Chicago, IL 60611
Tel.: 708.628.4949
Fax: 708.628.4950
Email: dank@hbsslaw.com

Joseph J. Siprut
SIPRUT PC
17 N. State Street, Suite 1600
Chicago, IL 60602
Email: jsiprut@siprut.com

*Settlement Class Counsel*

- 3 –

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that on September 24, 2019, a true and correct copy of the foregoing was filed electronically via the Court's CM/ECF electronic filing system, which caused notice to be sent to all counsel of record.

By:   */s/ Steve W. Berman*
      Steve W. Berman

010270-12/1192532 V1