- 1 –

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| **IN RE: NATIONAL COLLEGIATE ATHLETIC ASSOCIATION STUDENT-ATHLETE CONCUSSION LITIGATION** | MDL NO. 2492<br>Case No. 13-cv-09116<br><br>Judge John Z. Lee<br><br>Magistrate Judge Weisman |

**DECLARATION OF DANIEL J. KUROWSKI IN SUPPORT OF
SETTLEMENT CLASS PLAINTIFFS' MOTION FOR IMPOSITION OF APPEAL BOND
AGAINST APPELLANT McILWAIN, LLC/TIMOTHY J. McILWAIN**

I, Daniel J. Kurowski, declare as follows:

1. I am a partner with Hagens Berman Sobol Shapiro LLP. I make this declaration in support of Settlement Class Plaintiffs' Motion Imposition of Appeal Bond Against Appellant McIlwain, LLC/Timothy J. McIlwain.

2. I requested that Gilardi and Garretson Resolution Group create estimates of costs that would occur due to a delay in settlement implementation.

3. Attached hereto as Exhibit 1 is a true and correct copy of the Administration Services Estimate dated September 5, 2019 from Gilardi.

4. Attached hereto as Exhibit 2 is a true and correct copy of the Declaration of William Mulvey of Garretson Resolution Group dated September 24, 2019.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 24, 2019            /s/ *Daniel J. Kurowski*

- 1 –