UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **IN RE: NATIONAL COLLEGIATE ATHLETIC ASSOCIATION STUDENT-ATHLETE CONCUSSION LITIGATION** | MDL NO. 2492<br>Case No. 13-cv-09116<br><br>Judge John Z. Lee<br><br>Magistrate Judge Weisman |

## NOTICE OF MOTION

TO:  *All counsel of Record*

**PLEASE TAKE NOTICE** that on **Thursday, October 3, 2019**, at **9:00 a.m.** or as soon thereafter as counsel may be heard, Settlement Class Counsel shall appear before the Honorable John Z. Lee, or any other judge sitting in his stead in Courtroom 2125 of the Everett McKinley Dirksen United States Courthouse, located at 219 S. Dearborn Street, Chicago, Illinois, and then and there present the ***Settlement Class Plaintiffs' Motion for Imposition of Appeal Bond Against Appellant McIlwain, LLC/Timothy J. McIlwain***, a copy of which has been served upon all counsel of record by operation of the Court's CM/ECF electronic filing system.

Dated: September 24, 2019

Respectfully submitted,
HAGENS BERMAN SOBOL SHAPIRO LLP

By: */s/ Steve W. Berman*
    Steve W. Berman
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Tel.: 206.623.7292
Fax: 206.623.0594
Email: steve@hbsslaw.com

Daniel J. Kurowski
HAGENS BERMAN SOBOL SHAPIRO LLP
455 N. Cityfront Plaza Dr., Suite 2410
Chicago, IL 60611
Tel.: 708.628.4949
Fax: 708.628.4950
Email: dank@hbsslaw.com

        Joseph J. Siprut
SIPRUT PC
17 N. State Street, Suite 1600
Chicago, IL 60602
Email: jsiprut@siprut.com

*Settlement Class Counsel*

- 3 -

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that on September 24, 2019, a true and correct copy of the foregoing was filed electronically via the Court's CM/ECF electronic filing system, which caused notice to be sent to all counsel of record.

By:   */s/ Steve W. Berman*
       Steve W. Berman