# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.1
### Eastern Division

| | |
|---|---|
| National Collegiate Athletic Association Student−Athlete Concussion Injury Litigation, et al.<br><br>Plaintiff,<br><br>v.<br><br>National Collegiate Athletic Association<br><br>Defendant. | Case No.: 1:13−cv−09116<br>Honorable John Z. Lee |

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, October 3, 2019:

    MINUTE entry before the Honorable John Z. Lee:Motion hearing held on 10/3/19. Second motion for leave to pay notice program expenses from the settlement fund [568] is granted. Defendant's response to Plaintiffs' motion for resolution of a dispute concerning the effective date [563] shall be due by 10/8/19; reply due by 10/15/19. Timothy McIlwain's response to the motion for imposition of appeal bond against appellant McIlwain, LLC/Timothy J. McIlwain [565] is due by 10/17/19; reply due by 10/31/19. Mailed notice(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.