# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

National Collegiate Athletic Association Student−Athlete Concussion Injury Litigation, et al.

                                        Plaintiff,

v.                                            Case No.: 1:13−cv−09116

                                                  Honorable John Z. Lee

National Collegiate Athletic Association

                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, October 28, 2019:

      MINUTE entry before the Honorable John Z. Lee:Pursuant to the October 25, 2019 Order issued by the United States Court of Appeals for the Seventh Circuit, the Court issues a rule to show cause why Plaintiffs' motion for the imposition of an appeal bond [565] should not be stricken as moot. Plaintiffs and Timothy McIlwain shall file a response to the rule to show cause on or before November 4, 2019. The Court sets a status hearing on November 5, 2019 at 9:00 a.m. regarding the pending motion for an order resolving the Effective Date dispute. Mailed notice(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.