# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| **IN RE: NATIONAL COLLEGIATE ATHLETIC ASSOCIATION STUDENT-ATHLETE CONCUSSION LITIGATION** | MDL NO. 2492<br>Case No. 13-cv-09116<br><br>Judge John Z. Lee<br><br>Magistrate Judge Weisman |

## NOTICE REGARDING DISMISSAL OF APPEAL

TO THE COURT, ALL PARTIES AND THEIR COUNSEL: Please take notice that on November 4, 2019, the foregoing Stipulated Motion to Voluntarily Dismiss Appeal Pursuant to Fed. R. App. P. 42(b), attached here as Exhibit A, was filed with the U.S. Court of Appeals for the Seventh Circuit.

Dated: November 4, 2019

Respectfully submitted,

By: */s/ Steve W. Berman*
    Steve W. Berman
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Tel.: 206.623.7292
Fax: 206.623.0594
Email: steve@hbsslaw.com

Daniel J. Kurowski
HAGENS BERMAN SOBOL SHAPIRO LLP
455 N. Cityfront Plaza Dr., Suite 2410
Chicago, IL 60611
Tel.: 708.628.4949
Email: dank@hbsslaw.com

Joseph J. Siprut
SIPRUT PC
17 N. State Street, Suite 1600
Chicago, IL 60602

*Settlement Class Counsel*

- 1 -

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that on November 4, 2019, a true and correct copy of the foregoing was filed electronically via the Court's CM/ECF electronic filing system, which caused notice to be sent to all counsel of record.

By:   <i>/s/ Steve W. Berman</i><br>
Steve W. Berman