# EXHIBIT A

# UNITED STATES COURT OF APPEALS
# FOR THE SEVENTH CIRCUIT

| | |
|---|---|
| CHRIS WALKER, et al., | No. 19-2638 |
| Plaintiffs–Appellees, | |
| v. | Appeal from the United States District Court for the Northern District of Illinois, Eastern Division |
| NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, et al., | District Court No: 1:13-cv-09116 |
| Defendants-Appellees, | |
| This Document Relates To: APPEAL OF: TIMOTHY J. MCILWAIN | District Judge John Z. Lee |

## STIPULATED MOTION TO VOLUNTARILY DISMISS
## APPEAL PURSUANT TO FED. R. APP. P. 42(b)

Appellant, Timothy J. McIlwain and Settlement Class Plaintiffs, by and through Settlement Class Counsel, hereby stipulate and agree that the above captioned appeal shall be dismissed pursuant to Fed. R. App. P. 42(b), with each party to bear its own fees and costs.

**AGREED**

By: _____

Timothy J. McIlwain
MCILWAIN, LLC
2020 New Road, Suite A
Linwood, NJ 09221
Phone: 877-375-9599
Attorney@mcilwainlaw.com

*Appellant*

**AGREED**

By: _____ By DJK
with Permission

Steve W. Berman
HAGENS BERMAN SOBOL
SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Phone: 206-623-7292
steve@hbsslaw.com

*Settlement Class Counsel for Settlement Class Plaintiffs/Appellees*

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that on November 4, 2019, a true and correct copy of the foregoing was filed electronically via the Court's CM/ECF electronic filing system, which caused notice to be sent to all counsel of record.

By:  */s/ Steve W. Berman*
　　　　Steve W. Berman