## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.1
## Eastern Division

National Collegiate Athletic Association
Student−Athlete Concussion Injury Litigation, et al.

                                    Plaintiff,

v.                                       Case No.: 1:13−cv−09116

                                    Honorable John Z. Lee

National Collegiate Athletic Association

                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, November 5, 2019:

      MINUTE entry before the Honorable John Z. Lee:Status hearing held on 11/5/19. For the reasons stated on the record, the Court hereby finds the Effective Date under the terms of the Class Settlement Agreement to be November 18, 2019. Motion for the imposition of appeal bond against Appellant McIlwain, LLC/Timothy J. McIlwain [565] is denied as moot. Status hearing set for 2/5/20 at 9:00 a.m.Mailed notice(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.