# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.1
### Eastern Division

National Collegiate Athletic Association Student−Athlete Concussion Injury Litigation, et al.

                Plaintiff,

v.                  Case No.: 1:13−cv−09116

                Honorable John Z. Lee

National Collegiate Athletic Association

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, February 5, 2020:

  MINUTE entry before the Honorable John Z. Lee: Status hearing held on 2/5/20. The parties report that they are engaged in efforts to implement the settlement. The parties are directed to devise a cost−effective marketing campaign to announce the commencement of the medical monitoring program and file a status report with the Court by 2/21/20. Status hearing set for 7/8/20 at 9:00 a.m. Mailed notice(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.