# EXHIBIT A

# *NCAA Concussion Settlement*
**Notice Plan Proposal**
**Proprietary and Confidential**
**February 17, 2020**



## Media Plan

| Notice Enhancements | Cost |
|---|---|
| National Sponsored Search Listings (Google, Yahoo! & Bing) | |
| **Plan Total:** | **$10,000.00** |

*Quote valid for 60 days from issue date. All advertising is subject to publisher's approval and availability at the time of the buy.*



Hilsoft Notifications
10300 SW Allen Blvd.
Beaverton, OR 97005
503.350.5800
www.hilsoft.com

