# EXHIBIT B



Google

auto insurance

Q All    ◎ Maps    News    Images    ◎ Shopping    ⋮ More            Settings    Tools

About 3,320,000,000 results (0.95 seconds)

Ad · www.geico.com/ ▼
### GEICO Auto Insurance | Free Auto Insurance Quote | GEICO.com
Don't Overpay for **Auto Insurance**. Switch to GEICO and You Could Save Today! Free Quotes.

**Get a Quote**
Why Pay More for Insurance?
Try GEICO®. Get a Free Quote Today!

**Military Discounts**
Great Rates for
Military Members

Ad · www.quotewizard.com/ ▼
### 10 Car Insurance Quotes Online | Oregon Rates from $24
Compare and Save $500 a year on **Car Insurance**. Find out how much you could save.

Ad · www.countryfinancial.com/ ▼    (800) 423-1048
### COUNTRY Auto Insurance | Switch & Bundle To Save
Looking For **Auto Insurance** In Portland? Call COUNTRY For A Free Quote And Save.