- 1 –

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| **IN RE: NATIONAL COLLEGIATE ATHLETIC ASSOCIATION STUDENT-ATHLETE CONCUSSION LITIGATION** | MDL NO. 2492<br><br>Master Docket No. 13-cv-09116<br><br>Judge John Z. Lee<br><br>Magistrate Judge M. David Weisman |

## NOTICE OF JOINT MOTION

TO:   *All counsel of Record*

**PLEASE TAKE NOTICE** that on **Wednesday, February 26, 2020**, at **9:00 a.m.** or as soon thereafter as counsel may be heard, Counsel shall appear before the Honorable John Z. Lee, or any other judge sitting in his stead in Courtroom 2125 of the Everett McKinley Dirksen U.S. Courthouse located at 219 S. Dearborn Street, Chicago, Illinois, and then and there present the ***Joint Motion for Approval of Cost of Sponsored Search Listings***, a copy of which has been served upon all counsel of record by operation of the Court's CM/ECF electronic filing system.

Dated: February 21, 2020

Respectfully submitted,

HAGENS BERMAN SOBOL SHAPIRO LLP

By: */s/ Daniel J. Kurowski*

Steve W. Berman
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Tel.: 206.623.7292
Fax: 206.623.0594
Email: steve@hbsslaw.com

Daniel J. Kurowski
HAGENS BERMAN SOBOL SHAPIRO LLP
455 N. Cityfront Plaza Dr., Suite 2410
Chicago, IL 60611
Tel.: 708.628.4949
Fax: 708.628.4950
Email: dank@hbsslaw.com

Joseph J. Siprut

- 1 –

- 2 –

        SIPRUT PC
        17 N. State Street, Suite 1600
        Chicago, IL 60602
        Email: jsiprut@siprut.com

*Settlement Class Counsel*

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that on February 21, 2020, a true and correct copy of the foregoing was filed electronically via the Court's CM/ECF electronic filing system, which caused notice to be sent to all counsel of record.

By: ⎯⎯*/s/ Daniel J. Kurowski*⎯⎯