# Exhibit A

| | |
|---|---|
| **From:** | Smallwood, Jason |
| **To:** | Collins, Robert (CH); dank@hbsslaw.com; Mulvey, Bill; Paschal, Jon; Baisden, Sandy |
| **Cc:** | chriso@hbsslaw.com; steve@hbsslaw.com; Mester, Mark (CH) |
| **Subject:** | RE: NCAA Concussion Settlement - Registration Status Update |
| **Date:** | Thursday, March 5, 2020 10:47:49 AM |

Good morning Robbie,

At this time there is no evidence of any unauthorized transfer, misuse or extrication of any data in our possession, including that for NCAA.

Kind regards,


**Jason Smallwood**
Epiq | Project Manager
6281 Tri-Ridge Boulevard, Suite 300
Cincinnati, OH 45140
Office: (513) 394-7029
Email: Jason.Smallwood@epiqglobal.com

**People. Partnership. Performance.**
www.epiqglobal.com

*This electronic mail (including any attachments) may contain information that is privileged, confidential, and/or otherwise protected from disclosure to anyone other than its intended recipient(s). If you have received this message in error, please notify the sender immediately by reply email of the inadvertent transmission and then immediately delete the original message (including any attachments) in its entirety.*

---

**From:** Robert.Collins@lw.com <Robert.Collins@lw.com>
**Sent:** Wednesday, March 4, 2020 7:56 PM
**To:** Smallwood, Jason <Jason.Smallwood@epiqglobal.com>; dank@hbsslaw.com; Mulvey, Bill <Bill.Mulvey@epiqglobal.com>; Paschal, Jon <Jon.Paschal@epiqglobal.com>; Baisden, Sandy <Sandy.Baisden@epiqglobal.com>
**Cc:** chriso@hbsslaw.com; steve@hbsslaw.com; mark.mester@lw.com
**Subject:** RE: NCAA Concussion Settlement - Registration Status Update

I emailed Jon separately about this yesterday, but can Epiq please confirm that the current issue(s) with Epiq's websites/platforms has not resulted in any breach of any data related to the Medical Monitoring Program or Settlement?

**Robert C. Collins III**

**LATHAM & WATKINS LLP**
330 North Wabash Avenue, Suite 2800 | Chicago, IL 60611
D: +1.312.876.6566 | M: +1.219.789.3376

---

**From:** Smallwood, Jason <Jason.Smallwood@epiqglobal.com>
**Sent:** Wednesday, March 4, 2020 3:32 PM

**To:** Daniel J. Kurowski <dank@hbsslaw.com>; Mulvey, Bill <Bill.Mulvey@epiqglobal.com>; Paschal, Jon <Jon.Paschal@epiqglobal.com>; Baisden, Sandy <Sandy.Baisden@epiqglobal.com>
**Cc:** chriso@hbsslaw.com; steve@hbsslaw.com; Mester, Mark (CH) <mark.mester@lw.com>; Collins, Robert (CH) <Robert.Collins@lw.com>
**Subject:** RE: NCAA Concussion Settlement - Registration Status Update

Good afternoon Dan,

Yes, the registration portion of the website remains down as of this afternoon. We do not yet have a timeline, but our technical team continues to work diligently to bring systems back up in a safe manner. We are hopeful that the issue will be resolved soon. Your idea regarding adding a notice to the website to inform class members of the outage is a good one, but I fear any request to update website language would only distract the technical team from correcting the issue and potentially lengthen the outage. Thankfully our call center is back up and running as of this morning so class members can continue to contact us with questions.

We did place a hold on the first batch of 'Stay Informed' emails so they did not go out today. We will reschedule as soon as registration functionality is back up and running.

Kind regards,

**Jason Smallwood**
Epiq | Project Manager
6281 Tri-Ridge Boulevard, Suite 300
Cincinnati, OH 45140
Office: (513) 394-7029
Email: Jason.Smallwood@epiqglobal.com

**People. Partnership. Performance.**
www.epiqglobal.com

*This electronic mail (including any attachments) may contain information that is privileged, confidential, and/or otherwise protected from disclosure to anyone other than its intended recipient(s). If you have received this message in error, please notify the sender immediately by reply email of the inadvertent transmission and then immediately delete the original message (including any attachments) in its entirety.*

---

**From:** Daniel J. Kurowski <dank@hbsslaw.com>
**Sent:** Wednesday, March 4, 2020 1:50 PM
**To:** Mulvey, Bill <Bill.Mulvey@epiqglobal.com>; Paschal, Jon <Jon.Paschal@epiqglobal.com>; Smallwood, Jason <Jason.Smallwood@epiqglobal.com>; Baisden, Sandy <Sandy.Baisden@epiqglobal.com>
**Cc:** chriso@hbsslaw.com; steve@hbsslaw.com; mark.mester@lw.com; robert.collins@lw.com
**Subject:** NCAA Concussion Settlement - Registration Status Update

> **CAUTION:** This email originated from outside of Epiq. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Jon, et al.

I see that the "Registration" link on the settlement website still appears to be down.

Do you have a sense yet when the class members will be able to access the registration link? And if you do not yet know the timing, would it be possible to include a notice on the website informing visitors that the Registration link is down?

Also, I understood that the first batch of emails to the "Stay Informed" contacts was scheduled to go out today, can you please advise whether those emails were put on hold?

Thanks,

Dan

**Daniel J. Kurowski** | Partner

**Hagens Berman Sobol Shapiro LLP**

455 North Cityfront Plaza Drive, Suite 2410, Chicago, IL 60611

Direct: (708) 628-4963

DanK@hbsslaw.com | www.hbsslaw.com

Firm News | Cases | Twitter | Facebook



Named 2019 Mass Tort Elite Trial Lawyers by the *National Law Journal* and honored by the American Antitrust Institute for Outstanding Antitrust Litigation also in 2019

PRIVILEGED & CONFIDENTIAL: This e-mail message (and any attachments) is for the exclusive use of the intended recipient(s) and likely contains confidential and privileged information. It is the property of the law firm Hagens Berman Sobol Shapiro LLP. Do not disseminate this email, its content, or any attachments without approval of Hagens Berman. If you are not the intended recipient, please do not read, distribute, or take any other action in reliance upon this message. If you have received this email in error, please notify the sender immediately by return e-mail and promptly delete this message and its attachments from your computer system. Be advised that no privileges are waived by the transmission of this message.

---

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient. Any review, disclosure, reliance or distribution by others or forwarding without express permission is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies including any attachments.

Latham & Watkins LLP or any of its affiliates may monitor electronic communications sent or received by our networks in order to protect our business and verify compliance with our policies and relevant legal requirements. Any personal information contained or referred to within this electronic communication will be processed in accordance with the firm's privacy notices and Global Privacy Standards available at www.lw.com.