# Exhibit 1



| | |
|---|---|
| Invoice Number | 690144 |
| Invoice Date | January 31, 2020 |
| PO Number | |
| Contract | |
| Project | NCAA0-03294-01 |
| Terms | 30 |
| Page | 1 of 1 |

9144 Arrowpoint Blvd, 4th Floor Charlotte, NC 28273

NCAA Concussion Litigation

Hagens, Berman, Sobol and Shapiro, LLP
1144 W. Lake Street, Suite 400
Oak Park, IL 60301

NCAA Student Athlete Concussion Litigation

| Description | Client Case# | GRG# | Qty | Rate | Amount |
|---|---|---|---|---|---|
| Program Director Billable Hours April-December 2018 | | | 49.30 | 305.00 | 15,036.50 |
| 2018 Pass Thru Expenses | | | 1.00 | 5,825.40 | 5,825.40 |
| Subtotal | | | | | 20,861.90 |
| **Invoice Total** | | | | | **20,861.90** |

**Remittance Advice:**
**Wire:** CIBC, 120 S. LaSalle St., Chicago, IL 60603 Epiq Mass Tort-Wire Receipts Acct ABA# 071006486 Acct# 2178037
**Check:** Make check payable to Epiq Mass Tort and send to the Charlotte address noted above.
**Epiq Mast Tort EIN: 26-3840385**
PLEASE NOTE THAT OUR ADDRESS HAS CHANGED
Our new address is 9144 Arrowpoint Blvd. 4th Floor, Charlotte, NC 28273

**NCAA Student Athlete Concussion Injury Litigation**
**Third Party Expenses  May  01, 2017 to December 31, 2018**

|   | Date of Expense | Description | Amount |
|---|---|---|---|
| 1 | 8/29/2018 | Network Development | $ 5,738.49 |
| 2 | 10/9/2018 | Research Fees Q3 2018 | $ 36.40 |
| 3 | 10/16/2017 | Research Fees Q3 2017 | $ 18.70 |
| 4 | 2/21/2018 | Postage/Shipping | $ 12.96 |
| 5 | 4/5/2018 | Postage/Shipping | $ 6.48 |
| 6 | 3/14/2018 | Postage/Shipping | $ 6.48 |
| 7 | 12/26/2017 | Postage/Shipping | $ 5.89 |
|   |   |   | **$ 5,825.40** |



# INVOICE

INVOICE #1024-2
Date: February 2, 2017

Prairie Wind Partners
Brett Long
2629 Orchard Lane
Excelsior, Minnesota 55331

**TO:**
Bill Mulvey
Garretson Resolution Group
6281 Tri-Ridge Blvd, Ste 300
Cincinnati, OH 45140

**FOR:**
NFL/NCAA Physician Network Development –
October-December

| DESCRIPTION | UNITS | RATE | AMOUNT |
|---|---|---|---|
| **NFL/NCAA PHYSICIAN NETWORK DEVELOPMENT** | 2.00 | $5,000 | $10,000 |
| Itemized Time Accounting:<br>• October 12: Cleveland Clinic meeting prep – 1 hour<br>• October 12: Cleveland Clinic meeting prep call with Chuck – **1 hour**<br>• October 13: Cleveland Clinic conference call – 1 hour<br>    o Meeting with Ann Huston, Dr. Mike Modic, **Chuck Spencer**<br>• October 20: Cleveland Clinic call debrief and overall NFL/NCAA network approach call with Matt Francis – 1 hour<br>• November 2 – Intro call with Jason Wolf – 1 hour<br>• November 17 – Call with Jason Wolf to discuss GRG ideas and prep for 11/18 Cleveland Clinic call – 1 hour<br>• November 18 – Cleveland Clinic conference call – 1 hour<br>    o Meeting with Jay Alberts, David Schindler, **Jason Wolf**<br>• December 13: Cleveland Clinic visit prep with Jason – 1 hour<br>• December 15: Cleveland Clinic visit – 8 hours<br>• **TOTAL CHARGED HOURS – 16 hours or 2.0 days** | | | |
| **TRAVEL RELATED EXPENSES – Cleveland Clinic visit – Dec 15, 2016** | | | $1,476.94 |
| See attached Receipts<br>1. Flight – MSP-CLE (Dec 14/15)<br>2. Ground transportation<br>3. Parking (MSP Airport)<br>4. Mileage – roundtrip (26 mi X 2 X 0.54)<br>5. Hotel<br>6. Meals | | | 996.20<br>48.28<br>40.00<br>28.08<br>283.63<br>80.75 |
| | | **TOTAL** | **$11,476.94** |

Make all checks payable to Prairie Wind Partners, LLC

NCAA $5,738.49

Total NFL
$5,738.48



# PACER
Public Access to Court Electronic Records

**Account Summary**

**INVOICE**

Invoice Date: 10/09/2018
Usage From: 07/01/2018   to: 09/30/2018

| | |
|---|---|
| **Pages:** | 6,474 |
| Rate: | $0.10 |
| Subtotal: | $647.40 |
| **Audio Files:** | 2 |
| Rate: | $2.40 |
| Subtotal: | $4.80 |
| **Current Billed Usage:** | $652.20 |
| **Previous Balance:** | $0.00 |
| Current Balance: | **$652.20** |

**Total Amount Due:** ➡ $652.20

**Account #:** ▊▊▊▊
**Invoice #:** 3448834-Q32018
**Due Date:** 11/13/2018
**Amount Due:** $652.20

**Contact Us**
San Antonio: (210) 301-6440
Toll Free: (800) 676-6856
Hours: 8 am – 6 pm CT M-F
pacer@psc.uscourts.gov

See pacer.gov/billing for detailed billing transactions, instructions for disputing transactions, FAQs, and more.

It's quick and easy to pay your bill online with a credit card. Visit the **Manage My Account** section of the PACER Service Center website at pacer.gov.

The PACER Federal Tax ID is:
*74-2747938*

Questions about the invoice?
Visit **pacer.gov/billing**

### Four More Courts Convert to NextGen CM/ECF

During the third quarter of 2018, four more courts implemented the next generation case management/electronic case files (NextGen CM/ECF) system. To date, 35 courts have converted, and more will follow in the coming months. For more information and updates on NextGen conversion, please continue to chek your court's website. Below is a list of the most recent NextGen courts:

- 5th Circuit Court of Appeals
- 7th Circuit Court of Appeals
- 11th Circuit Court of Appeals
- Alabama Northern Bankruptcy Court

---

*Please detach the coupon below and return with your payment.* **Thank you!**



# PACER
Public Access to Court Electronic Records

| Account # | Due Date | Amount Due |
|---|---|---|
| ▊▊▊▊ | 11/13/2018 | $652.20 |

Do not send cash. Make checks or money orders drawn on a U.S. Bank in U.S. dollars payable to: PACER Service Center. Include your account ID on the check or money order.

NCAA $36.40
Corp $615.80

Visit pacer.gov for address changes.

Garretson Firm Resolution Group
Tracey Jones
4064 Colony Rd
2nd Floor
Charlotte, NC 28211

PACER Service Center
P.O. Box 71364
Philadelphia, PA 19176-1364




BILLING HISTORY

Close

Summary Transaction Report by Client Code
All
from 07/01/2018 to 09/30/2018

Fri Oct 12 12:39:57 CDT 2018
gr2304

| Client Code | Pages | Audio | Cost |
|---|---|---|---|
| | 2343 | 2 | $239.10 |
| | 732 | 0 | $73.20 |
| | 589 | 0 | $58.90 |
| | 5 | 0 | $0.50 |
| | 448 | 0 | $44.80 |
| | 283 | 0 | $28.30 |
| | 10 | 0 | $1.00 |
| | 6 | 0 | $0.60 |
| | 75 | 0 | $7.50 |
| | 18 | 0 | $1.80 |
| | 6 | 0 | $0.60 |
| NCAA BB | 364 | 0 | $36.40 |
| | 95 | 0 | $9.50 |
| | 481 | 0 | $48.10 |
| | 71 | 0 | $7.10 |
| | 807 | 0 | $80.70 |
| F | 93 | 0 | $9.30 |
| | 3 | 0 | $0.30 |
| | 45 | 0 | $4.50 |
| Grand Total: | 6474 pages | | $647.40 |
| | 2 audio files ($2.40 ea) | | $4.80 |
| | | | $652.20 |

*[handwritten: NCAA $36.40]*

Back    New Search

https://pacer.login.uscourts.gov/csobill-hist/billingmenu.jsf?mmabh=89335314    10/12/2018



# INVOICE

**Account Summary**

Invoice Date: 10/06/2017
Usage From: 07/01/2017 to: 09/30/2017

| | | |
|---|---|---|
| **Pages:** | 15,956 | |
| Rate: | $0.10 | |
| Subtotal: | $1,595.60 | |
| **Audio Files:** | 0 | |
| Rate: | $2.40 | |
| Subtotal: | $0.00 | |
| **Current Billed Usage:** | $1,595.60 | |
| **Previous Balance:** | $0.00 | |
| Current Balance: | $1,595.60 | |

**Account #:** [redacted]
**Invoice #:** 3448834-Q32017
**Due Date:** 11/09/2017
**Amount Due:** $1,595.60

**Contact Us**

San Antonio: (210) 301-6440
Toll Free: (800) 676-6856
Hours: 8 am - 6 pm CT M-F
pacer@psc.uscourts.gov

**Total Amount Due:** $1,595.60

See pacer.gov/billing for detailed billing transactions, instructions for disputing transactions, FAQs, and more.

It's quick and easy to pay your bill online with a credit card. Visit the **Manage My Account** section of the PACER Service Center website at pacer.gov.

The PACER Federal Tax ID is: **74-2747938**

Questions about the invoice? Visit **pacer.gov/billing**

### First, Sixth Circuit Courts Convert to NextGen

In August, the First and Sixth Circuit Courts of Appeals implemented the next generation (NextGen) CM/ECF system. To date, a total of 13 courts have converted, and more courts will follow in the coming months. See the following websites for what to do when your court announces it will make the transition.

- **NextGen Help** (pacer.gov/nextgen): Provides general information about NextGen conversion
- **Electronic Learning Modules** (pacer.gov/ecfcbt/cso/index.html): Provides user training for new NextGen features
- **NextGen CM/ECF FAQs** (pacer.gov/psc/hfaq.html): Answers common NextGen-related questions
- **Court Links** (pacer.gov/psco/cgi-bin/links.pl): Shows which courts have converted

---

*Please detach the coupon below and return with your payment.* **Thank you!**

| Account # | Due Date | Amount Due |
|---|---|---|
| [redacted] | 11/09/2017 | $1,595.60 |

Do not send cash. Make checks or money orders drawn on a U.S. Bank in U.S. dollars payable to: PACER Service Center. Include your account ID on the check or money order.

*Handwritten:* NCCA $18.70    CORP $1,576.90

Visit pacer.gov for address changes.

PACER Service Center
P.O. Box 71364
Philadelphia, PA 19176-1364

Garretson Firm Resolution Group
Tracey Jones
4064 Colony Rd
2nd Floor
Charlotte, NC 28211



**PACER** — PUBLIC ACCESS TO COURT ELECTRONIC RECORDS

**BILLING HISTORY**　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Close

Summary Transaction Report by Client Code
All
from 07/01/2017 to 09/30/2017

Fri Oct 13 09:11:08 CDT 2017
gr2304

Back　　New Search

| Client Code | Pages | Audio | Cost |
|---|---|---|---|
|  | 5514 | 0 | $551.40 |
|  | 61 | 0 | $6.10 |
|  | 33 | 0 | $3.30 |
|  | 2458 | 0 | $245.80 |
|  | 33 | 0 | $3.30 |
|  | 34 | 0 | $3.40 |
|  | 1 | 0 | $0.10 |
|  | 280 | 0 | $28.00 |
|  | 31 | 0 | $3.10 |
|  | 135 | 0 | $13.50 |
|  | 172 | 0 | $17.20 |
|  | 67 | 0 | $6.70 |
| NCAA | 81 | 0 | $8.10 |
| NCAA GRG MEDICAL MONITORING | 106 | 0 | $10.60 |
|  | 82 | 0 | $8.20 |
|  | 34 | 0 | $3.40 |
|  | 39 | 0 | $3.90 |
|  | 4761 | 0 | $476.10 |
|  | 261 | 0 | $26.10 |
|  | 24 | 0 | $2.40 |
|  | 31 | 0 | $3.10 |
|  | 1629 | 0 | $162.90 |
|  | 3 | 0 | $0.30 |
|  | 86 | 0 | $8.60 |
| Grand Total: | 15956 pages |  | $1,595.60 |
|  | 0 audio files ($2.40 ea) |  | $0.00 |
|  |  |  | $1,595.60 |

Back　　New Search

https://pacer.login.uscourts.gov/csobill-hist/billingmenu.jsf?mmabh=44434846　　　　10/13/2017

## Stamps.com NCAA Oct 2017 to Dec 2018

| | Date | Cost | Class/Service | CostCode |
|---|---|---|---|---|
| 4 | 2/21/2018 | $12.96 | Priority Mail (R) | NCAA |
| 5 | 4/5/2018 | $6.48 | Priority Mail (R) | NCAA |
| 6 | 3/14/2018 | $6.48 | Priority Mail (R) | NCAA |
| 7 | 12/26/2017 | $5.89 | Priority Mail (R) | NCAA |