# **Exhibit 2**



| | | Invoice Number | 690145 |
| | | Invoice Date | January 31, 2020 |
| | | PO Number | |
| | | Contract | |
| | | Project | NCAA0-03294-01 |

9144 Arrowpoint Blvd, 4th Floor Charlotte, NC 28273

NCAA Concussion Litigation

▮▮▮▮▮▮▮▮▮▮

Hagens, Berman, Sobol and Shapiro, LLP
1144 W. Lake Street, Suite 400
Oak Park, IL 60301

| | | Terms | 30 |
| | | Page | 1 of 1 |

NCAA Student Athlete Concussion Litigation

| Description | Client Case# | GRG# | Qty | Rate | Amount |
|---|---|---|---|---|---|
| Technical Writer-Billable Hours 2019 | | | 15.80 | 145.00 | 2,291.00 |
| Program Director-Billable Hours 2019 | | | 150.50 | 317.00 | 47,708.50 |
| Project Manager-Billable Hours 2019 | | | 270.50 | 196.00 | 53,018.00 |
| Project Coordinator-Billable Hours 2019 | | | 99.50 | 145.00 | 14,427.50 |
| Systems Analyst-Billable Hours 2019 | | | 88.00 | 145.00 | 12,760.00 |
| 2019 Pass Thru Expenses | | | 1.00 | 241.17 | 241.17 |
| Subtotal | | | | | 130,446.17 |
| **Invoice Total** | | | | | **130,446.17** |

**Remittance Advice:**
**Wire:** CIBC, 120 S. LaSalle St., Chicago, IL 60603 Epiq Mass Tort-Wire Receipts Acct ABA# 071006486 Acct# 2178037
**Check:** Make check payable to Epiq Mass Tort and send to the Charlotte address noted above.
**Epiq Mast Tort EIN: 26-3840385**

PLEASE NOTE THAT OUR ADDRESS HAS CHANGED

Our new address is 9144 Arrowpoint Blvd. 4th Floor, Charlotte, NC 28273

**NCAA Student Athlete Concussion Injury Litigation**
**Third Party Expenses  Jan 01, 2019 to December 31, 2019**

|   | Date of Expense | Description | Amount |
|---|---|---|---|
| 1 | 12/31/2019 | Optuminsight | 128.67 |
| 2 | 11/30/2019 | Optum Fee Analyzer | 91.65 |
| 3 | 3/31/2019 | Postage/Shipping | 13.90 |
| 4 | 9/30/2019 | Postage/Shipping | 6.95 |
|   |   | | **$ 241.17** |

**Optum360**

**Invoice : 80012456642**

Note: You may receive your invoice prior to receiving your product as this invoice is generated immediately upon shipment of merchandise.

Optum360 Product Return Address:
4810 Williamsburg Rd
Warehouse #2
Hurlock, MD 21643
Phone # 1-800-464-3649, Option 1

**Federal Tax ID Number:** ███████

**Customer** ███████

| | |
|---|---|
| **Bill To:** Epiq<br>Accounts Payable<br>4064 Colony Rd Fl 2<br>Charlotte, NC 28211-5028<br>US | **ShipTo:** Epiq<br>Sandy Baisden<br>4064 Colony Rd Fl 2<br>Charlotte, NC 28211-5028<br>US |

| Invoice Date: | Our Order Number: | Ordered By: | Terms: |
|---|---|---|---|
| 12/28/2019 | 13245634 | **Sandy Baisden** | CreditCard |

| Purchase Order Number: | Order Date: | Salesperson: | Shipment Tracking Number: |
|---|---|---|---|
| | 12/28/2019 | 509 | 1ZA8V1410242625620 |

| Quantity Required | Quantity Shipped | Item # | Description | Unit Price | Discount % | Net Amount |
|---|---|---|---|---|---|---|
| 1 | 1 | NFA20 | National Fee Analyzer 2020<br>9781622546671 | 199.95 | 40.00 | 119.97 |

Page 1 of 1

**Optum360 60-Day Return Policy**
If unsatisfied with purchase, please return within 60 days of shipment.
Contact customer service to obtain authorization to return product.

FOB Optum360 warehouse. Title and risk of loss passes to buyer upon delivery to carrier.

| | |
|---|---|
| NonTaxable Subtotal | 0.00 |
| **Taxable Subtotal** | 119.97 |
| **Tax** | 8.70 |
| **Total Invoice** | 128.67 |
| **Payments or Credits** | -128.67 |
| **Invoice Balance Due** | $ 0.00 |

---

**Please detach and remit with payment**

Customer # 0008334318

**REMITTANCE STUB**
*****Please make checks payable to Optum360**
****Remittance Address not for Product Returns**

Print Date
**01/02/2020**

Invoice 80012456642

**Bill To:** Epiq
Accounts Payable
4064 Colony Rd Fl 2
Charlotte, NC 28211-5028
US

☐ Please note changes to address above

**Optum360 Remittance Address:**
Optum360
PO Box 88050
Chicago, IL 60680-1050

**Invoice    $    0.00**

Amount Enclosed _____

Check # _____

Pay & check your account online at: https://billpay.optum.com
For product information, online ordering & credit card payments: www.optum360coding.com

000833431800800001245664200132456340000000000004

**Optum360**

**Invoice : 80012407490**

Note: You may receive your invoice prior to receiving your product as this invoice is generated immediately upon shipment of merchandise.

Optum360 Product Return Address:
4810 Williamsburg Rd
Warehouse #2
Hurlock, MD 21643
Phone # 1-800-464-3649, Option 1
**Federal Tax ID Number:**

**Customer:**

| Bill To: | Epiq<br>Accounts Payable<br>4064 Colony Rd Fl 2<br>Charlotte, NC 28211-5028<br>US | ShipTo: | Epiq<br>Sandy Baisden<br>4064 Colony Rd Fl 2<br>Charlotte, NC 28211-5028<br>US |
|---|---|---|---|

| Invoice Date: | Our Order Number: | Ordered By: | Terms: |
|---|---|---|---|
| 11/07/2019 | 13245634 | **Sandy Baisden** | CreditCard |

| Purchase Order Number: | Order Date: | Salesperson: | Shipment Tracking Number: |
|---|---|---|---|
| | 11/07/2019 | 509 | 1ZA8V1410244955056 |

| Quantity Required | Quantity Shipped | Item # | Description | Unit Price | Discount | Net Amount |
|---|---|---|---|---|---|---|
| 1 | 1 | 0051 | Two Day Air Charge (Total Order Charge) | 43.71 | 100.00 | 0.00 |
| 1 | 1 | NFA19 | National Fee Analyzer 2019<br>9781622544585 | 199.95 | 57.26 | 85.45 |

Page 1 of 1

**Optum360 60-Day Return Policy**
If unsatisfied with purchase, please return within 60 days of shipment.
Contact customer service to obtain authorization to return product.

FOB Optum360 warehouse. Title and risk of loss passes to buyer upon delivery to carrier.

| | |
|---|---|
| **NonTaxable Subtotal** | 0.00 |
| **Taxable Subtotal** | 85.45 |
| **Tax** | 6.20 |
| **Total Invoice** | 91.65 |
| **Payments or Credits** | -91.65 |
| **Invoice Balance Due** | $ 0.00 |

_ _ _ _ _ _ _ _ _ _ _ _ _ **Please detach and remit with payment** _ _ _ _ _ _ _ _ _ _ _ _ _

Customer # 0008334318

**REMITTANCE STUB**
*Please make checks payable to Optum360
**Remittance Address not for Product Returns

Print Date
**11/25/2019**

Invoice 80012407490

| Bill To: | Epiq<br>Accounts Payable<br>4064 Colony Rd Fl 2<br>Charlotte, NC 28211-5028<br>US |
|---|---|

**Invoice** $ 0.00

☐ Please note changes to address above

Amount Enclosed _____

Check # _____

Optum360 Remittance Address:
Optum360
PO Box 88050
Chicago, IL 60680-1050

Pay & check your account online at: https://billpay.optum.com
For product information, online ordering & credit card payments: www.optum360coding.com

0008334318008000012407490001324563400000000000001

**NCAA Stamps.com March $13.90**

| Date | Cost | Class/Service | CostCode |
|---|---|---|---|
| 3/22/2019 | $6.95 | Priority Mail (R) | NCAA |
| 3/22/2019 | $6.95 | Priority Mail (R) | NCAA |
|  | $13.90 |  |  |

Stamps.com NCAA Sept 2019 $6.95

| Date | Amount Paid | Class/Service | CostCode |
|---|---|---|---|
| 9/18/2019 | $6.95 | Priority Mail (R) | NCAA |