- 1 –

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **IN RE: NATIONAL COLLEGIATE ATHLETIC ASSOCIATION STUDENT-ATHLETE CONCUSSION LITIGATION** | MDL NO. 2492<br><br>Master Docket No. 13-cv-09116<br><br>Judge John Z. Lee<br><br>Magistrate Judge M. David Weisman |

## NOTICE OF UNOPPOSED MOTION

TO:   *All counsel of Record*

**PLEASE TAKE NOTICE** that on **Thursday, May 7, 2020**, at **9:00 a.m.** or as soon thereafter as counsel may be heard, Counsel shall appear before the Honorable John Z. Lee, or any other judge sitting in his stead in Courtroom 2125 of the Everett McKinley Dirksen U.S. Courthouse located at 219 S. Dearborn Street, Chicago, Illinois, and then and there present the ***Unoppsed Second Motion for Leave to Pay Medical Monitoring Expenses From the Settlement Fund***, a copy of which has been served upon all counsel of record by operation of the Court's CM/ECF electronic filing system.

Dated: April 8, 2020

Respectfully submitted,

By: */s/ Daniel J. Kurowski*

Steve W. Berman
*steve@hbsslaw.com*
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
206.623.7292
Fax: 206.623.0594

Daniel J. Kurowski
*dank@hbsslaw.com*
HAGENS BERMAN SOBOL SHAPIRO LLP
455 N. Cityfront Plaza Dr., Suite 2410
Chicago, IL 60611
708.628.4949
Fax: 708.628.4950

Joseph J. Siprut

- 1 –

- 2 –

        *jsiprut@siprut.com*
        SIPRUT PC
        17 N. State Street, Suite 1600
        Chicago, IL 60602

        *Settlement Class Counsel*

- 3 –

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on April 8, 2020, a true and correct copy of the foregoing was filed electronically via the Court's CM/ECF electronic filing system, which caused notice to be sent to all counsel of record.

By: */s/ Daniel J. Kurowski*
Daniel J. Kurowski