**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **IN RE: NATIONAL COLLEGIATE ATHLETIC ASSOCIATION STUDENT-ATHLETE CONCUSSION LITIGATION** | ) ) ) ) ) ) ) ) | MDL No. 2492 <br><br> Case No. 1:13-cv-09116 <br><br> Judge John Z. Lee <br><br> Magistrate Judge M. David Weisman |

### NOTICE OF ADDRESS CHANGE

TO THE HONORABLE JUDGE OF THIS COURT:

COMES NOW, Dwight E. Jefferson, attorney of record for Mildred Whittier, on behalf of the estate of Julius Whittier, deceased, Plaintiff in the above styled and numbered cause, and hereby gives notice to this Court and to all parties to this suit of the change of his new firm and address effective August 21, 2020:

Dwight E. Jefferson
Grealish & McZeal, P.C.
700 Louisiana St., 48th Floor
Houston, Texas 77002
Telephone (713) 255-3234
Facsimile (713) 783-2502
djefferson@grealishmczeal.com

The clerk and all counsel of record in this cause are asked to make note of this change. Further, all orders, notices, and other correspondence from the Court and all parties should be directed to this new address.

Respectfully submitted,

By: */s/ Dwight E. Jefferson*
Dwight E. Jefferson
State Bar No. 10605600
Grealish & McZeal, P.C.
700 Louisiana St., 48th Floor
Houston, Texas 77002
Telephone (713) 255-3234
Facsimile (713) 783-2502
djefferson@grealishmczeal.com

**ATTORNEYS FOR PLAINTIFF**
**MILDRED WHITTIER, ON BEHALF**
**OF THE ESTATE OF JULIUS WHITTIER,**
**DECEASED**

## CERTIFICATE OF SERVICE

I hereby certify the foregoing instrument was forwarded to all counsel of record using the Court's ECF system, which will cause a true and correct copy be served on this 28th day of August 2020.

*/s/ Dwight E. Jefferson*
Dwight E. Jefferson