**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

|  |  |
|---|---|
| **IN RE: NATIONAL COLLEGIATE ATHLETIC ASSOCIATION STUDENT ATHLETE CONCUSSION LITIGATION** | MDL No. 2492<br><br>Master Docket No. 1:13-cv-09116<br><br>This Document Relates To:<br>All Cases<br><br>Judge John Z. Lee<br><br>Magistrate Judge M. David Weisman |

**MOTION TO WITHDRAW APPEARANCE OF KATHLEEN P. LALLY**

Defendant the National Collegiate Athletic Association, by and through their counsel, moves the Court for an order withdrawing the appearance of attorney Kathleen P. Lally as counsel for Defendant. In support of their motion, Plaintiff states as follows:

1.     On August 25, 2017, Kathleen P. Lally entered an appearance as an attorney with Latham & Watkins LLP on behalf of Defendant in this matter.

2.     Effective September 29, 2020, Kathleen P. Lally will be leaving Latham & Watkins LLP.

3.     Defendant will not be prejudiced if this motion is granted. Latham & Watkins LLP will continue to represent Defendant in the above-captioned matter, and representation of Defendant is otherwise unchanged.

4.     Accordingly, this withdrawal will not cause any delay or prejudice to any party or the court.

**WHEREFORE**, Defendant respectfully requests that this Court enter an order granting Kathleen P. Lally leave to withdraw as attorney of record for Defendant.

2

Date:  September 24, 2020               Respectfully submitted

                                         */s/ Robert C. Collins III*

                                         Mark S. Mester (ARDC No. 6196140)
 mark.mester@lw.com
Johanna Spellman (ARDC No. 6293851)
 johanna.spellman@lw.com
Robert C. Collins III (ARDC No. 6304674)
 robert.collins@lw.com
Kathleen P. Lally (ARDC No. 6284954)
 kathleen.lally@lw.com
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, Illinois 60611
Telephone: (312) 876-7700
Facsimile: (312) 993-9767

*Counsel for Defendant*
*National Collegiate Athletic Association*

2