**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **IN RE: NATIONAL COLLEGIATE ATHLETIC ASSOCIATION STUDENT ATHLETE CONCUSSION LITIGATION** | MDL No. 2492<br><br>Master Docket No. 1:13-cv-09116<br><br>This Document Relates To:<br>All Cases<br><br>Judge John Z. Lee<br><br>Magistrate Judge M. David Weisman |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on Monday, October 5, 2020, at 9:15 a.m. or as soon thereafter as counsel may be heard, Defendant National Collegiate Athletic Association will appear before the Honorable Judge John Z. Lee of the United States District Court for the Northern District of Illinois in Courtroom 2125 at 219 S. Dearborn Street, Chicago, Illinois and present the Motion to Withdraw Appearance of Kathleen P. Lally.

Date: September 24, 2020

Respectfully submitted

*/s/ Robert C. Collins*

Mark S. Mester (ARDC No. 6196140)
mark.mester@lw.com
Johanna Spellman (ARDC No. 6293851)
johanna.spellman@lw.com
Robert C. Collins III (ARDC No. 6304674)
robert.collins@lw.com
Kathleen P. Lally (ARDC No. 6284954)
kathleen.lally@lw.com
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, Illinois 60611
Telephone: (312) 876-7700
Facsimile: (312) 993-9767

*Counsel for Defendant*
*National Collegiate Athletic Association*