

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

# NOTIFICATION OF CHANGE OF ATTORNEY ADDRESS OR NAME

1. Complete this form and e-file it, using the Notice of Change of Address event, in each case that you list below.
2. Update your contact information in CM/ECF. Click HERE for update instructions.

Name   Richard S. Lewis

Firm   Hausfeld LLP

Street Address   888 16th Street, NW, Suite 300

City/State/Zip Code   Washington, DC 20006

Phone Number   202-540-7200

Email address   rlewis@hausfeld.com

ARDC (Illinois State Bar members, only)   Pro Hac Vice

If you have previously filed an appearance with this court using a different name, enter that name.

List all active cases in which you currently have an appearance on file.

| Case Number | Case Title | Assigned Judge |
|---|---|---|
| 13-cv-9116 | In re NCAA Student-Athlete Concussion Litigation | John Z. Lee |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

/s/Richard S. Lewis
_____
Signature of Attorney

11/2/2020
_____
Date

Rev. 01272016