**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

|  |  |
|---|---|
| **IN RE: NATIONAL COLLEGIATE ATHLETIC ASSOCIATION STUDENT-ATHLETE CONCUSSION LITIGATION** | MDL No. 2492 <br><br> Master Docket No. 1:13-cv-09116 <br><br> Judge John Z. Lee <br><br> Magistrate Judge M. David Weisman |

**THE PARTIES' NOTICE OF FILING OF THE
MEDICAL SCIENCE COMMITTEE'S ANNUAL REPORT**

PLEASE TAKE NOTICE that on December 30, 2020, in accordance with Sections V.B and V.C.6 of the Second Amended Class Action Settlement Agreement and Release (ECF No. 558-1), on behalf of the Medical Science Committee, the Class Representatives and Settlement Class Members together with the NCAA hereby jointly file with the Court the "Annual Report of the Medical Science Committee."

Date: December 30, 2020

Respectfully submitted,

By: */s/ Mark S. Mester*
Mark S. Mester
*mark.mester@lw.com*
Johanna Spellman
*johanna.spellman@lw.com*
Robert C. Collins III
*robert.collins@lw.com*
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
312.876.7700
Fax: 312.993.9767

*Counsel for NCAA*

By: */s/ Steve W. Berman*
Steve W. Berman
*steve@hbsslaw.com*
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
206.623.7292
Fax: 206.623.0594

Daniel J. Kurowski
*dank@hbsslaw.com*
HAGENS BERMAN SOBOL SHAPIRO LLP
455 N. Cityfront Plaza Dr., Suite 2410
Chicago, IL 60611
708.628.4949
Fax: 708.628.4950

*Settlement Class Counsel*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned, an attorney, hereby certifies that on December 30, 2020 a true and correct copy of the foregoing was filed electronically via CM/ECF, which caused notice to be sent to all counsel of record.

By: ___ */s/ Steve W. Berman*_____