# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

National Collegiate Athletic Association Student−Athlete Concussion Injury Litigation, et al.

Plaintiff,

v.

Case No.: 1:13−cv−09116

Honorable John Z. Lee

National Collegiate Athletic Association

Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, February 5, 2021:

MINUTE entry before the Honorable John Z. Lee:Unopposed third motion for leave to pay medical monitoring expenses from the settlement fund [606] is granted. The Court grants leave for payment of $552,996 in fees and expenses to Epiq Mass Tort and $13,799.99 in final administrative costs to Gilardi & Co. LLC. Mailed notice(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.