

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

# NOTIFICATION OF CHANGE OF ATTORNEY ADDRESS OR NAME

1. Complete this form and e-file it, using the Notice of Change of Address event, in each case that you list below.
2. Update your contact information in CM/ECF. Click HERE for update instructions.

Name: **Rafey S. Balabanian**

Firm: **Edelson PC**

Street Address: **150 California Street, 18th Floor**

City/State/Zip Code: **San Francisco, California 94111**

Phone Number: **(415) 212-9300**

Email address: **rbalabanian@edelson.com**

ARDC (Illinois State Bar members, only): **6285687**

If you have previously filed an appearance with this court using a different name, enter that name.
 **N/A**

List all active cases in which you currently have an appearance on file.

| Case Number | Case Title | Assigned Judge |
|---|---|---|
| 1:13-cv-09116 | In Re: National Collegiate Athletic Association Student-Athlete Concussion Injury Litigation | Hon. John Z. Lee |
| 1:13-cv-08389 | Beaton v. SpeedyPC Software | Hon. Andrea R. Wood |
| 1:16-cv-09980 | Richardson v. Southeastern Conference et al | Hon. John Z. Lee |
| 1:16-cv-08727 | National Collegiate Athletic Association Student-Athlete Concussion Injury Litigation – Single Sport/Single School (Football) | Hon. John Z. Lee |
| 1:17-cv-04978 | Langston et al v. Mid-America Intercollegiate Athletics Association et al | Hon. John Z. Lee |
| 1:17-cv-01402 | Rose et al v. National Collegiate Athletic Association et al | Hon. John Z. Lee |
| 1:17-cv-04975 | Weston v. Big Sky Conference, Inc. et al | Hon. John Z. Lee |
| 1:17-cv-02928 | Zak v. Bose Corporation | Hon. Andrea R. Wood |
| 1:17-cv-08544 | Brandon v. BRG Sports, Inc. | Hon. Charles R. Norgle, Sr |
| 1:17-cv-08972 | Adams, et al. v. BRG Sports, Inc. | Hon. Matthew F. Kennelly |
| 1:18-cv-00129 | Bradshaw v. BRG Sports, Inc. | Hon. Edmond E. Chang |

| | | |
|---|---|---|
| 1:18-cv-02027 | Dancel v. Groupon, Inc. | Hon. Ronald A. Guzman |
| 1:18-cv-07250 | Jones, et al. v. BRG Sports, Inc. | Hon. John F. Kness |
| 1:18-cv-07686 | In re: Lion Air Flight JT 610 Crash | Hon. Thomas M. Durkin |
| 1:19-cv-02170 | In re: Ethiopian Airlines Flight ET 302 Crash | Hon. Jorge L. Alonso |
| 1:20-cv-07115 | Edelson PC v. Girardi et al | Hon. Matthew F. Kennelly |

/s/Rafey S. Balabanian              April 19, 2021
_____      _____

Signature of Attorney                                                   Date

Rev. 01272016