UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: NATIONAL COLLEGIATE ATHLETIC
ASSOCIATION STUDENT−ATHLETE CONCUSSION
INJURY LITIGATION                                                MDL No. 2492

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO −45)

On December 18, 2013, the Panel transferred 1 civil action(s) to the United States District Court for the Northern District of Illinois for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 988 F.Supp.2d 1373 (J.P.M.L. 2013). Since that time, 561 additional action(s) have been transferred to the Northern District of Illinois. With the consent of that court, all such actions have been assigned to the Honorable John Z. Lee.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of Illinois and assigned to Judge Lee.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Northern District of Illinois for the reasons stated in the order of December 18, 2013, and, with the consent of that court, assigned to the Honorable John Z. Lee.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Illinois. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

Aug 10, 2021

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

John W. Nichols
Clerk of the Panel

IN RE: NATIONAL COLLEGIATE ATHLETIC
ASSOCIATION STUDENT−ATHLETE CONCUSSION
INJURY LITIGATION

MDL No. 2492

SCHEDULE CTO−45 − TAG−ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|---|---|---|---|
| INDIANA SOUTHERN | | | |
| INS | 1 | 21−01966 | GEE v. NATIONAL COLLEGIATE ATHLETIC ASSOCIATION |
| INS | 1 | 21−01967 | MEYERS v. NATIONAL COLLEGIATE ATHLETIC ASSOCIATION |
| INS | 1 | 21−01968 | TOWNSEND v. NATIONAL COLLEGIATE ATHLETIC ASSOCIATION |
| INS | 1 | 21−01984 | SORENSON v. NATIONAL COLLEGIATE ATHLETIC ASSOCIATION |
| INS | 1 | 21−01994 | SMITH v. NATIONAL COLLEGIATE ATHLETIC ASSOCIATION |
| INS | 1 | 21−01997 | CUPAL v. NATIONAL COLLEGIATE ATHLETIC ASSOCIATION |
| INS | 1 | 21−01998 | HARRIS et al v. NATIONAL COLLEGIATE ATHLETIC ASSOCIATION |
| INS | 1 | 21−02037 | WEED v. NATIONAL COLLEGIATE ATHLETIC ASSOCIATION |
| INS | 1 | 21−02080 | THOMAS v. NATIONAL COLLEGIATE ATHLETIC ASSOCIATION |