**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **IN RE: NATIONAL COLLEGIATE ATHLETIC ASSOCIATION STUDENT-ATHLETE CONCUSSION LITIGATION** | MDL NO. 2492<br><br>Master Docket No. 1:13-cv-09116<br><br>Judge John Z. Lee<br><br>Magistrate Judge M. David Weisman |

**JOINT STATUS REPORT ON SETTLEMENT IMPLEMENTATION**

The Settlement Class and the National Collegiate Athletic Association, through their respective counsel of record, and in accordance with the Court's Minute Entry directing the parties to file a status report on any developments in the Medical Monitoring Program by December 17, 2021, hereby state the following:

*<u>Update on Settlement Statistics and Program Participation</u>*

1. As of December 13, 2021, 2,688 Settlement Class Members have successfully registered to participate in the Medical Monitoring Program.

2. Of the 2,688 registered Settlement Class Members, 1,047 (39%) have completed and submitted the full Screening Questionnaire.

3. Of those 1,047 Settlement Class Members, 235 (22% of those submitting a Screening Questionnaire) have been informed that they are Qualifying Class Members and are eligible for an in-person Medical Evaluation based on the results of their Screening Questionnaire (as determined by the cut scores defined by the Medical Science Committee).

4. Of the 235 Qualifying Class Members, 165 (70% of all Qualifying Class Members) have scheduled, or are in the process of scheduling, in-person Medical Evaluations.

5. Because other Qualifying Class Members have been slow to schedule appointments, the Program Administrator continues a weekly outreach campaign to encourage other Qualifying Class Members to schedule their Medical Evaluations. To this point, the Program Administrator has successfully contacted 98 (42%) Qualifying Class Members to encourage them to schedule an appointment.

6. The Program Administrator anticipates a higher percentage of Qualifying Class Members will schedule in-person Medical Evaluations over the coming months, as more individuals are immunized against COVID-19 and as COVID-related restrictions are loosened across the country.

7. In addition, 812 Settlement Class Members (78% of those submitting a Screening Questionnaire) have been informed that they are currently not eligible for an in-person Medical Evaluation based on the results of their Screening Questionnaire (as determined by the cut scores defined by the Medical Science Committee).

8. The Program Administrator continues to notify all Settlement Class Members who submit Screening Questionnaires of their Medical Evaluation eligibility status within 30 days of submission, as per the Settlement Agreement.

### *Update Regarding Online Advertising Campaign and the Parties' Ongoing Efforts to Drive Participation*

9. The Parties and Program Administrator continue to pursue strategies for increasing participation in the Medical Monitoring Program.

10. During 2020, the Program Administrator initiated an email blast campaign targeting all individuals who had submitted a 'Stay Informed' request on the settlement website. This email blast campaign resulted in a significant increase in registrations, accounting for 71% of all registrations on the website. Due to the success of the previous email blast campaign, the

Program Administrator is working to renew these efforts in early 2022 with an expanded audience.

11. Data provided by the Notice Administrator (KCC) is now being analyzed to determine the number of email addresses that could be used in future email blasts. Early estimates indicate that as many as 2.1 million email addresses could be included in the Notice Administrator data.

### *Update Regarding Program Location Network Construction*

12. As of December 13, 2021, the Program Administrator has contracted with at least one Program Location in all 34 target cities.

13. Complete coverage (contracts with both clinical neuropsychologists and neurologists) has been achieved in 27 (79%) of the 34 target cities.

14. The Program Administrator has completed training and orientations with Program Locations in all 34 cities within which a Program Location has been contracted. There are 116 total Program Locations (each with one or more clinical neuropsychologists and/or neurologists) active and available for scheduling Medical Evaluations with Qualifying Class Members.

15. Of the 235 Qualifying Class Members as of December 13, 2021, 205 (87%) have an active (ready to schedule) Neuropsychology Program Location within 150 miles of their residence and 160 (68%) have both an active Neuropsychology and Neurology Program Location within 150 miles of their residence.

16. Contract negotiation, training, orientation, and activation activities continue for all Program Locations that are not yet actively scheduling Medical Evaluations.

### *Other Notes*

17. The Program Administrator is also working on a full review of the settlement website and associated workflow for registrations and questionnaire submissions to ensure that

the interface is as intuitive as possible. While this work is ongoing, improvement opportunities have been noted and will be implemented as we move through 2022.

\*\*\*

The Parties thank the Court for its ongoing time and attention and welcome any questions it may have at this time or at a later date.

Date: December 17, 2021

Respectfully submitted,

By: */s/ Mark S. Mester (with consent)*
Mark S. Mester
*mark.mester@lw.com*
Johanna Spellman
*johanna.spellman@lw.com*
Robert C. Collins III
*robert.collins@lw.com*
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
312.876.7700
Fax: 312.993.9767

*Counsel for NCAA*

By: */s/ Daniel J. Kurowski*
Steve W. Berman
*steve@hbsslaw.com*
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
206.623.7292
Fax: 206.623.0594

Daniel J. Kurowski
*dank@hbsslaw.com*
HAGENS BERMAN SOBOL SHAPIRO LLP
455 N. Cityfront Plaza Dr., Suite 2410
Chicago, IL 60611
708.628.4949
Fax: 708.628.4950

*Settlement Class Counsel*

- 5 -

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that on December 17, 2021 a true and correct copy of the foregoing was filed electronically via CM/ECF, which caused notice to be sent to all counsel of record.

                                                       */s/ Daniel J. Kurowski*