Judge Manish S. Shah
Magistrate Judge  M. David Weisman

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**ORDER OF THE EXECUTIVE COMMITTEE**

It appearing that the Honorable John Z. Lee having been confirmed for a seat on the Court of Appeals for the Seventh Circuit; therefore

It is hereby ordered that the Clerk is to reassign MDL 2492 (13 CV 9116, *In Re: National Collegiate Athletic Association Student-Athlete Concussion Injury Litigation)*; that includes the cases listed below to the Honorable Manish S. Shah and the designated Magistrate Judge M. David Weisman.

| Case Number | Case Name |
|---|---|
| 1:14-CV-00035 | Durocher et al v. National Collegiate Athletic Association et al |
| 1:14-CV-00194 | Hudson v. National Collegiate Athletic Association |
| 1:14-CV-00198 | Powell v. National Collegiate Athletic Association |
| 1:14-CV-00199 | Doughty v. National College Athletic Association |
| 1:14-CV-00962 | Nichols v. National Collegiate Athletic Association |
| 1:14-CV-09322 | Mildred Whittier v. National Collegiate Athletic Association |
| 1:21-CV-01527 | Picou v. National Collegiate Athletic Association et al |

**ENTER:**

**FOR THE EXECUTIVE COMMITTEE:**

_____
Hon. Rebecca R. Pallmeyer, Chief Judge

Dated at Chicago, Illinois this 15th day of September, 2022